SECTION 15440
PLUMBING FIXTURES AND EQUIPMENT

# PART 1 - GENERAL

## 1.1    SUMMARY

A.    Section Includes:

1.    Plumbing fixtures, trim, and equipment.

## 1.2    RELATED SECTIONS

A.    Related Sections include but are not necessarily limited to:

1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
2.    Division 1 - General Requirements.
3.    Section 07900 - Joint Sealants.
4.    Section 10800 - Toilet and Bath Accessories.
5.    Section 11005 - Equipment: Basic Requirements.
6.    Section 15060 - Pipe and Pipe Fittings: Basic Requirements.

## 1.3    QUALITY ASSURANCE

A.    Referenced Standards:

1.    American National Standard Institute (ANSI):

a.    Z358.1, Emergency Eyewash and Shower Equipment.

2.    American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE):

a.    90.1, Energy Efficient Design of New Buildings Except Low-Rise Residential Buildings.

3.    American Gas Association (AGA).
4.    American Society of Mechanical Engineer (ASME).
5.    American Society of Mechanical Engineer (ASME)/American National Standards Institute (ANSI):

a.    ASME/ANSI A112.19.3M, Stainless Steel Plumbing Fixtures (Designed for Residential Use).

6.     American Society of Sanitation Engineers (ASSE):

    a.    1011, Performance Requirements for Hose Connections Vacuum Breakers.

7.     National Sanitation Foundation (NSF).
8.     Underwriters Laboratories, Inc. (UL).

## 1.4  SUBMITTALS

A.    Shop Drawings:

    1.    See Sections 11005 and 15060.
    2.    Color selection charts for Owner color selection.

B.    Operation and Maintenance Manuals:

    1.    See Section 01340.

# PART 2 - PRODUCTS

## 2.1  ACCEPTABLE MANUFACTURERS

A.    Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

    1.    Plumbing fixtures (vitreous china):

        a.    American Standard.
        b.    Crane.
        c.    Kohler.
        d.    Eljer.
        e.    Or equal.

    2.    Water closet seats:

        a.    Church.
        b.    Beneke.
        c.    Or equal.

    3.    Lavatory fittings:

        a.    American Standard.
        b.    Crane.
        c.    Kohler.
        d.    Or equal.

4.      Flush valves:

      a.      Sloan.
      b.      Zurn.
      c.      Delany.
      d.      Or equal.

5.      Emergency shower and eyewash:

      a.      Speakman.
      b.      Haws.
      c.      Or equal.

6.      Drains, carriers and shock absorbers:

      a.      Wade.
      b.      Josam.
      c.      Zurn.
      d.      Smith.
      e.      Or equal.

7.      Hydrants:

      a.      Wade.
      b.      Josam.
      c.      Smith.
      d.      Or equal.

8.      Reduced pressure backflow preventer:

      a.      Watts.
      b.      Febco.
      c.      Clayton.
      d.      Or equal.

B.      Submit requests for substitution in accordance with Specification Section 01640.

## 2.2     MANUFACTURED UNITS

A.      Plumbing Fixtures (Vitreous China):

1.      Water closet (WC):

      a.      White.
      b.      1.6 GAL per flush.
      c.      Siphon jet.
      d.      Elongated bowl.
      e.      1-1/2 IN top spud or close coupled tank.
      f.      Bolt caps.

g.    Type:

    1)    WC-3 (handicapped wall hung) American Standard "Afwall" 2257.103.

2.    Lavatory (L):

a.    White.

b.    Front overflow.

c.    Type:

    1)    L-4 (handicapped 20 x 27 IN) American Standard "Wheelchair" 9140.013 and cast grid drain assembly 7723.018.

B.    Toilet Seat:

1.    Molded plastic.

2.    Open front.

3.    No cover.

4.    Stainless steel hinge with check.

5.    For elongated bowl.

C.    Lavatory Fittings:

1.    Handicapped lavatory faucets:

a.    Chrome-plated wrist handles.

b.    Chrome-plated gooseneck.

c.    Aerator.

d.    Renewable seat.

D.    Flush Valve:

1.    Diaphragm type.

2.    Non-hold-open handle.

3.    Screw driver Bak-Chek angle stop.

4.    Vacuum breaker flush connection and spud coupling.

5.    Wall and spud flanges.

6.    Spud size as required.

E.    Emergency Fixtures:

1.    Emergency shower and eye/face wash (ESEW): ANSI Z358.1.

a.    Deluge shower head:

    1)    Stay-open ball valve.

    2)    Pull-chain.

      b.     Eye/face wash:

            1)    Aerated eye/face wash with stainless steel bowl.
            2)    Stay-open full port ball valve.
            3)    Push handle control for eye/face wash.
            4)    Supply line strainer for eye/face wash.

      c.     Type:

            1)    ESEW-1 (free standing, cast flange base and pull-chain for shower): Speakman SE-601.
            2)    ESEW-2 (freezeproof, wall mounted, and push handle for shower): Speakman SE-242 and SE-403.

2.    Emergency eye/face wash (EW):

      a.     Aerated eye/face wash.
      b.     Stainless steel bowl.
      c.     1/2 IN stay-open full port ball valve.
      d.     Push handle control.
      e.     Supply line strainer.
      f.     Type:

            1)    EW-1 (free-standing, cast flange base and stanchion): Speakman SE-420.
            2)    EW-2 (wall mounted, wall mounting brackets, 1-1/2 IN tailpiece): Speakman SE-400.
            3)    EW-3 (countertop mounted, mounting brackets, handle sleeve, 1-1/2 IN tailpiece): Speakman SE-460).

3.    Emergency shower (ES):

      a.     Deluge shower head.
      b.     Ceiling mount.
      c.     1 IN self closing valve.
      d.     Pull chain and ring.
      e.     Type:

            1)    ES-1: Speakman SE-206.

F.    Carriers:

1.    Closets (wall hung):

      a.     Wade W-330 or 340 for vertical stacks.
      b.     Wade W-310, 4 IN for horizontal lines.

    2.     Urinals: Wade W-400 series.
    3.     Lavatories: Wade W-520 series.
    4.     Drinking fountains (electric water coolers): Wade W-400 series.
    5.     Service sinks: Wade W-630.

G.    Drains, Roof Drains and Downspout Nozzle:

    1.     Floor drain (FD):

        a.     Bottom outlet.
        b.     Clamping seepage flange.
        c.     Seepage openings.
        d.     Size as shown on Drawings.
        e.     Type: Cast iron body.

            1)     FD-1 (unfinished area) sediment bucket, bucket shall support grate: Wade W-1200-TD.
            2)     FD-2 (finished area) adjustable satin nickel bronze strainer: Wade W-1100.

    2.     Equipment drain (ED):

        a.     Cast-iron soil pipe.
        b.     Type:

            1)     ED-1: Refer to Contract Drawings.

H.    Traps:

    1.     Floor and equipment drains:

        a.     Same material and coating as the piping system.
        b.     3 IN minimum seal.

    2.     Fixture drains:

        a.     2 IN minimum seal.
        b.     Cast brass.
        c.     Chrome plated.
        d.     Size as required.

    3.     Ventilation housing drains:

        a.     Extra-deep seal sufficient to maintain seal against static pressure maintained in fan housing.

I.    Cleanouts:

1.    Cleanouts (CO) Or Equal:

    a.    Cleanouts for cast-iron pipe:

        1)    Tapped extra heavy cast-iron ferrule.
        2)    Calked into cast-iron fittings.
        3)    Extra heavy brass neoprene seal screw plug with solid hexagonal nut.

    b.    Cleanouts for steel pipe:

        1)    Extra heavy brass screw plug in drainage fittings.

    c.    Cleanouts turning out through walls and up through floor shall be made by long sweep ells or "y" and 1/8 bends with plugs and face or deck plates to conform to architectural finish in room.

        1)    Where definite finish is not indicated, wall plates shall be chrome-plated cast-brass and floor plates polished brass.

    d.    Cleanout openings on downspouts, waste and drain lines as indicated and as required by Code.

        1)    Provide cleanouts of same size as pipe up to 4 IN, and not less than 4 IN for larger pipes.
        2)    Close access openings for concealed cleanouts with flush floor or flush wall cover plates or flush ceiling access panels.
        3)    Provide wall plates with chrome plated cast-brass round cleanout cover with flanged ring.
        4)    Provide screws which match cover plate material.

    e.    Cleanouts installed in floor with a resilient tile finish: Wade W-6000-TB.
    f.    Cleanouts installed in floor with ceramic tile, concrete, or Terrazzo finish: Wade W-6000-SB.
    g.    Cleanouts installed in finished rooms flush with wall: Wade W-8460-S stainless steel.
    h.    Cleanouts installed in completely accessible pipe chases or where piping is exposed do not require special covers.
    i.    Cleanouts in floating floors: Smith 9350-C2.

J.    Hose Bibb (HB-1):

    1.    3/4 IN boiler drain with attached vacuum breaker-backflow preventer.
    2.    Vacuum breaker: Non-removable, manual draining, meeting the requirements of the ASSE 1011.

K.    Hydrants (WH):

    1.    Wall hydrant:

        a.    Non-freeze.
        b.    Integral vacuum breaker.
        c.    Nylon seat.
        d.    3/4 IN hose connection.
        e.    3/4 IN inlet connection.
        f.    Length as recommended by manufacturer for wall thickness.
        g.    Type:

            1)    WH-1 (exposed) Wade W-8620.
            2)    WH-2 (wall box) Wade W-8625.

L.    Instantaneous Electric Water Heater:

    1.    Instant flow hot water heater.
    2.    Capacity:

        a.    Temperature rise:  54 DegF.
        b.    Flow:  1.0 gpm.

    3.    Watts:  8000.
    4.    Voltage:  208.
    5.    Automatic shut off for flow below 0.65 gpm.
    6.    Inline flow control.
    7.    Chronomite S80I or equal.

M.    Reduced Pressure Backflow Preventer:

    1.    Backflow preventers consist of two check valves, test cocks and relief valve, all assembled as an integral unit.
    2.    Reduced pressure backflow preventers Watts 909 or listed equal.
    3.    Backflow preventer to have threaded ends in sizes through 2 IN, flanged 2-1/2 IN and larger.
    4.    Pressure loss through backflow preventer not exceeding 14 psi at design flow.
    5.    Provide air gap and pipe discharge to within 6 IN of finished floor.

# PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Cross Connection:

    1.   Do not install any plumbing components that will provide a cross connection between potable and non-potable or drainage systems.

B.   Fixtures:

    1.   Install fixtures at locations indicated on Drawings and in compliance with local codes.

    2.   Connect plumbing supply, drain and vent line sizes as shown on Drawings.

    3.   Set proper grounds to form secure base for each fixture and rigid setting.

    4.   Install fixtures except water closets with water supply above rim and with code approved backflow preventers.

    5.   Seal fixture joints abutting walls and floors with silicone sealant.

    6.   Connect exposed traps and supply pipes for fixtures and equipment to rough piping systems at wall, unless otherwise specified.

C.   Drains:

    1.   Install drains at locations indicated on Drawings and in compliance with local codes.

    2.   In quarry tile floors:

        a.   24 x 24 IN 6 LB lead sheet clamped to drain.

        b.   Set 1-1/2 IN above structural slab for mortar set and 1/2 IN for thin set.

    3.   In uncovered concrete slabs:

        a.   Install at the low points of surface areas to be drained or as indicated.

        b.   Set tops of drains flush with the finished floor.

        c.   Install drain flashing collar or a flange so that no leakage occurs between the drain and the adjoining surfaces.

        d.   Maintain the integrity of waterproof membranes, where penetrated.

D.    Wall Hydrants:

1.    Install 24 IN above exterior grade.
2.    Support units from the structure and mount flush with structure face.
3.    Prior to final setting, fill the back of the face with a non-hardening silicone calk and press firmly in place to stop infiltration and water leakage.
4.    Install isolation valves in line to each wall hydrant.

E.    Hose Bibbs:

1.    Install 36 IN above finished floor.
2.    In exterior locations, provide interior isolation valve.

F.    Shock Absorbers:

1.    Install on hot and cold water lines adjacent to each battery of fixtures or other equipment where indicated on Drawings.
2.    Size as recommended by manufacturer for length of pipe served.
3.    Locations having two fixtures or less, install capped air chamber 12 IN long on hot and cold water runouts to each fixture, same size as runout.
4.    Runouts to hose bibbs and wall hydrants do not require air chambers.
5.    Install units vertically on top of pipe or as detailed on the Drawings.

G.    Cleanouts:

1.    Install cleanouts:

a.    Above floor in each vertical riser that connects to horizontal branch below floor.
b.    At test tee to receive proper test plugs in each vertical riser at least every other floor.
c.    As required by local code.

H.    Wall Plates and Escutcheons:

1.    Install as specified in Section 15060 or this Section.

I.    Water Heater:

1.    Install all water heaters in accordance with details, manufacturer's recommendations, and applicable codes.
2.    Orient to allow access to the controls, elements and other items requiring service.

3.     Connect hot and cold water piping to the unit with line-size, isolation valves and dielectric unions.

4.     Where indicated, install instantaneous electric water heaters in enclosure rated for area classification. Silicone seal all piping and wiring penetrations.

J.     Reduce Pressure Backflow Preventer:

1.     Install on water lines as required by Code.

## 3.2   FIELD QUALITY CONTROL

A.     Test piping and fixtures for leaks per Section 15060.

***END OF SECTION***

**THIS SPACE WAS INTENTIONALLY LEFT BLANK**

**SECTION 15481**
**COMPRESSED AIR SYSTEMS**

## PART 1 - GENERAL

### 1.1    SUMMARY

    A.    Section Includes:

        1.    Rotary screw air compressors.
        2.    Air filters.
        3.    Air receiver.
        4.    Accessories.
        5.    Services of a Manufacturer's Field Service Representative.

### 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 09905 - Painting and Protective Coatings.
        4.    Section 11005 - Equipment: Basic Requirements.
        5.    Section 15483 – Reservoir Aeration Systems.
        6.    Division 16 – Electrical.

### 1.3    SYSTEM DESCRIPTION

    A.    Description of System:

        1.    The compressed air system will supply air to Reservoir Aeration Systems.
        2.    Control compressors using the lead, lag, lag-lag modes based on pressure in the receiver.
        3.    Verify final requirements with Aeration System supplier.

    B.    Provide each compressor unit with the following components:

        1.    Compressor.
        2.    Intake air filter--silencer.
        3.    Aftercooler.
        4.    Oil cooler.
        5.    Separator.
        6.    Filters.
        7.    Compressor unit skid.

|     |                            |
|-----|----------------------------|
| 8.  | Compressor unit piping.    |
| 9.  | Compressor unit controls.  |
| 10. | Thermostatic control valves. |
| 11. | Accessories.               |

## 1.4   QUALITY ASSURANCE

A.   Referenced Standards:

1.   American Society of Mechanical Engineers (ASME).

a.   Section VIII - Rules for Construction of Pressure Vessels.

## 1.5   SUBMITTALS

A.   Shop Drawings:

1.   See Section 01340.

2.   Product technical data including:

a.   Acknowledgement that products submitted meet requirements of standards referenced.

b.   Manufacturer's installation instructions.

3.   Fabrication and/or layout drawings:

a.   Equipment outlines showing overall dimensions and equipment connections.

4.   Test reports.

B.   Operation and Maintenance Manuals:

1.   See Section 01340.

## PART 2 - PRODUCTS

## 2.1   ACCEPTABLE MANUFACTURERS

A.   Rotary Screw Compressors:

1.   Gardner Denver "Electra Screw".

2.   Sullair.

3.   Qunicy.

4.   Or equal.

B. Filters:

    1. R.P. Adams
    2. Or equal.

C. Submit request for substitutions in accordance with Section 01640.

## 2.2 MATERIALS

A. Piping:  See Section 15060.

## 2.3 PERFORMANCE AND DESIGN REQUIREMENTS

A. Rotary Screw Compressors.

    1. Number: 3

        a. Comp-1, Comp-2, Comp-3.

    2. Discharge pressure: 125 psig.
    3. Capacity with 14.7 psig, 60 Deg F, inlet conditions:

        a. Comp-1, Comp-2:  315 ICFM
        b. Comp-3:  421 ICFM.

    4. Inlet air temperature, maximum: 105 Deg F.
    5. Inlet air relative humidity: 90 percent.
    6. Maximum motor size:

        a. Comp-1, Comp-2:  75 HP.
        b. Comp-3:  100 HP.

    7. Electric supply to motor: 480 V, 3 PH, 60 HZ.

B. Filters:

    1. Air pre-filters:

        a. Number: 1.
        b. Type: Coalescing.
        c. Air flow: 1,000 SCFM.
        d. Inlet conditions:

            1) 125 psig.
            2) Temperature: Per Compressor Manufacturer.

        e. Connection: 3 inches.

2.    Air after-filters:

    a.    Number: 3

        1)    1-FF-Filter.
        2)    1-SMF-Filter.
        3)    1-AK-Filter.

    b.    Type: Oil Removal Filters.
    c.    Air flow: 1,000 SCFM.
    d.    Inlet conditions:

        1)    125 psig.
        2)    Temperature: Per Compressor Manufacturer.

    e.    Outlet conditions:

        1)    FF-Filter – Residual oil content 0.3 PPM.
        2)    SMF-Filter – Residual oil content – 0.01 PPM.
        3)    AK Filter – Residual oil content 0.003 PPM.

    f.    Initial pressure differential:

        1)    SMF-Filter – 1.7 psig.
        2)    AK Filter – 1.17 psig.
        3)    FF-Filter – 0.74 psig.

C.    Receiver:

    1.    Volume:  300 gallon.
    2.    Pressure rating:  150 psig.

## 2.4    FABRICATION

A.    Shop Assembly:

    1.    Assemble each compressor completely before shipping.
    2.    Comply with Section 11005.

B.    Shop Finishing:

    1.    Paint in compliance with Section 09905.

C.    Nameplates:

    1.    Brass or corrosion-resistant stainless steel nameplate.

2. Mount in a readily visible location on each item of equipment by means of rivets, welding or screws.

3. Nameplate information:

    a. Pressure.
    b. Temperature.
    c. Capacity.
    d. Test pressure, maximum and minimum.
    e. Rpm.
    f. Motor horsepower.
    g. Manufacturer's name model and serial number.
    h. Equipment item number.
    i. Model number of each bearing.
    j. Recommended lubricant.

D. Rotary Screw Compressors

1. Single stage or two stage oil- flooded rotary screw with downstream oil separator.

2. Hydrocarbon base oils shall not be used.

3. Air-cooled oil coolers with the exit water temperature maintained by a thermostatic control valve at the outlet of the oil cooler.

4. Provide dry type intake air filter- silencer with a differential pressure gage.

    a. Size filter silencer for a minimum of 150 percent of the rated compressor flow.
    b. Filter-silencer shall have an easily replaceable filter cartridge.

5. Air-cooled aftercooler with a separator:

    a. Size aftercooler and separator to reduce air temperature to within 10 Deg F of ambient.
    b. Shell-and-tube type heat exchanger with the water in the shell side.
    c. Mounted on the compressor skid unit.
    d. Size for the maximum air flow rating of the compressor.
    e. Provide pressure and temperature gages on exit air piping.

6. Air-oil separator:

    a. Locate downstream of aftercooler.
    b. Design to remove condensed water and oil from compressed air.
    c. Mechanical centrifugal type with trap, bypass and isolation valves and strainer.

      d.      Mount on the compressor skid.

      e.      Size for the maximum capacity of the compressor as measured on the discharge side of the aftercooler.

      f.      Pressure rating of an automatic drain (float trap): 150 psig.

E.    Receiver

    1.    ASME Pressure Vessel, code stamped.
    2.    Steel.
    3.    Vertical.
    4.    Provide with legs.
    5.    Connections:

      a.      Inlet: 3 IN.
      b.      Outlet: 3 IN.
      c.      Drain: 3/4 IN.

F.    Piping and Valves

    1.    Prepipe skid mounted components.
    2.    Valves: See Sections 15104 and 15114.
    3.    Install pressure relief valve downstream of aftercooler/separator.

## 2.5 ELECTRICAL POWER WIRING, CONTROLS, AND INSTRUMENTATION

A.    The instrumentation and control system shall be designed and provided by compressor supplier.

B.    Provide local control panels complete with all starters, controls, control power transformers, annunciators, and alarms all prewired. All required interconnecting wiring between freestanding panels and skid-mounted equipment shall be completely identified and detailed.

    1.    Provide control panels and wiring in accordance with Division 16.
    2.    Provide Off-On-Auto selector switch for each compressor.
    3.    Provide selector switch for selection of each compressor as lead, lag, and lag-lag compressor, with provision for adding a future fourth compressor as stand-by.
    4.    With all selector switches in Auto compressors shall start and stop in accordance with the following receiver tank air pressures:

      a.      Lead compressor: Runs continuously with high pressure cutout at 125 psig.
      b.      Lag compressor: Starts at 110 psig, stops at 125 psig.
      c.      Lag-Lag compressor: Starts at 115 psig, stops at 125 psig.

C. Instrumentation:

   1. Local indication for each compressor:

      a. Air temperature.
      b. Coolant temperature.
      c. Air pressure.
      d. Oil pressure.
      e. Oil temperature.
      f. Inlet filter differential pressure.

   2. Local alarms for each compressor:

      a. Low air pressure.
      b. Compressor motor thermal overload.
      c. High air temperature.
      d. High oil temperature.
      e. Low oil pressure.

   3. Remote alarm:

      a. General alarm.

## 2.6 SOURCE QUALITY CONTROL

A. Factory Tests:

   1. Test all equipment as a completed unit in the shop prior to shipment.
   2. Use testing methods to confirm equipment compliance with specifications.

## PART 3 - EXECUTION

## 3.1 INSTALLATION

A. Install system in accordance with manufacturer's instructions.

B. Comply with Section 11005.

## 3.2 FIELD QUALITY CONTROL

A. Duties of Manufacturer's Field Service Representative:

   1. Inspect equipment covered by this Section.
   2. Supervise adjustments and installation checks.

3.      Conduct startup of equipment and perform operational checks.

4.      Provide OWNER with a written statement that the manufacturer's equipment has been installed properly, has been started up and is ready for operation by OWNER's personnel.

### 3.3    DEMONSTRATION

A.      Personnel Training:

1.      Provide 8 hours of the Manufacturer's Technical Representative's time for the training of the OWNER's personnel.

**\*\*\*END OF SECTION\*\*\***

# SECTION 15482
# LAKE AERATION SYSTEM PERFORMANCE

## PART 1 - GENERAL

### 1.1    SUMMARY

A.    Section Includes:

    1.    In-lake portion of system.
    2.    Raw water quality required.

B.    Design Work by VENDOR

    1.    In-lake Aeration System:

        a.    Pipe Specification suitable for high-pressure compressed air service.
        b.    Aeration system design and specification to achieve performance criteria specified in 3.2A.
        c.    Design and materials specifications for protection of the aeration system from damage caused by normal lake recreational activities.

### 1.2    RELATED SECTIONS

A.    Related Sections include but are not limited to:

    1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
    2.    Division 1 –General Requirements.
    3.    Section 11005 – Equipment:  Basic Requirements.
    4.    Section 15060 – Pipe and Pipe Fittings:  Basic Requirement.

### 1.3    SYSTEM DESCRIPTION

A.    Dissolved Oxygen (DO) and Temperature:

    1.    The Tampa Bay Regional Reservoir will be stratified such that a large anaerobic zone can be developed in the reservoir characterized by low DO and temperature changes greater than 3 degrees C throughout the water column.

B.    The overall goal of the aeration system is to reduce existing dissolved iron and manganese, minimize the concentration of these metals at the raw water

intake, promote oxidation of organic matter, decrease conditions conducive to blue-green algal biomass, and reduce the anaerobic zone in the lake.

C.    The system shall be a combination of Hypolimnetic layer aeration and artificial circulation.

    1.    Whole lake de-stratification is not desired.
    2.    Hypolimnetic layer operation is designed to function when reservoir stage is between elevations 110 ft to full condition.
    3.    Artificial Circulation is designed to function when reservoir stage is below elevation 110 ft.

## 1.4    SUBMITTALS

A.    See Section 01340

B.    Shop Drawings:

    1.    Design Proposal:

        a.    Approved vendor must submit design proposal for the lake aeration system including:

            1)    Proposed data sheets.
            2)    Compressor selection.
            3)    General layout of in-lake system indicating locations of equipment.

    2.    Product technical data including:

        a.    Manufacturer's installation instructions

    3.    Fabrication and/or layout drawings.

        a.    Equipment outlines showing overall dimensions and equipment connections.

    4.    Test reports.

C.    Operation and Maintenance (O&M) Manuals:

    1.    See Section 01340.

## PART 2 - PRODUCTS

### 2.1   PERFORMANCE CRITERIA AND DESIGN REQUIREMENTS

A.   Raw water quality goals for the aeration system at the raw water intakes shall be as follows:

| | | |
|---|---|---|
| 1. | Dissolved Oxygen: | Greater than 1.0 mg/L |
| 2. | Dissolved Iron: | Maximum contaminant level (MCL) 0.35 mg/L |
| 3. | Dissolved Manganese: | Maximum contaminant level (MCL)   .01 mg/L |

B.   The system shall deliver at least 29 tons/day of air to the reservoir.

C.   The aeration system shall consist of three stations with each station having 3 towers and 4 diffused air laterals. Each tower shall be a telescoping column to accommodate varying water levels. Each tower shall have a capacity to circulate 20 mgd with an input airflow of 100 scfm. The diffused air lateral capacity at each station shall be 300 scfm.

## PART 3 - EXECUTION

### 3.1   INSTALLATION

A.   Approved vendor shall oversee the installation of the aeration system.

### 3.2   FIELD QUALITY CONTROL

A.   Duties of VENDOR's Field Service Representative:

1.   Inspect all equipment pertaining to the in-lake portion of the aeration system.
2.   Supervise adjustments and installation checks.
3.   Conduct startup of equipment and perform operational checks.
4.   Provide OWNER with a written statement that VENDOR's equipment has been installed properly, has been started up and is ready for operation by OWNER's personnel.
5.   Provide 16 hours of on-site training.

B.   Performance Criteria Conformance:

1.   Performance Verification Tests (PVT) will be conducted by the OWNER during a period beginning one month after system installation and continuing for a period of 12 months.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
15482-3

April 2002
Conformed

      a.     Water quality samples will be taken and analyzed for dissolved oxygen, dissolved iron and manganese at a minimum of twice a week during the PVT period.

2.     During the PVT period, 95% of samples must meet the raw water quality criteria specified in paragraph 3.2A.

      a.     The OWNER may exclude samples that violate one or more of the performance criteria from the calculation of the 95% attainment requirement when the OWNER deems those samples to have been impacted by unusual events (e.g. severe storms, illegal discharges).

C.     The VENDOR will be notified by OWNER within 72 hours of the completion of sample analysis if a violation of the performance criteria occurs. Notification shall include date, time, and criteria violated.

## 3.3    PERFORMANCE WARRANTY

A.     Should the Performance Verification Testing indicate that the installed equipment cannot meet their basis of design as set forth in this section, the CONTRACTOR shall modify in-lake equipment and/or installation at no additional cost to the OWNER such that the supplied equipment performs within the performance criteria set forth in this specification per approval of ENGINEER.

### ***END OF SECTION***

SECTION 15605
HVAC: EQUIPMENT

## PART 1 - GENERAL

### 1.1    SUMMARY

A.    Section Includes:

1.    Heating, ventilating, and cooling equipment.

### 1.2    RELATED SECTIONS

A.    Related Sections include but are not necessarily limited to:

1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
2.    Division 1 - General Requirements.
3.    Section 11005 - Equipment: Basic Requirements.
4.    Section 13448 - Control Panels.
5.    Section 15890 - HVAC: Ductwork.
6.    Section 15970 - Instrumentation and Control For HVAC Systems.
7.    Section 15990 - HVAC Systems: Balancing and Testing.
8.    Division 16 - Electrical.

### 1.3    QUALITY ASSURANCE

A.    Referenced Standards:

1.    American Gas Association (AGA).
2.    Air Movement and Control Association (AMCA):

a.    210, Laboratory Methods of Testing Fans for Rating Purposes.
b.    AS401, Fans, Standard Classifications for Spark-Resistant Construction.

3.    Air Conditioning and Refrigeration Institute (ARI):

a.    410, Force-Circulation Air-Cooling and Air-Heating Coils.
b.    430, Central Station Air-Handling Units.

4.    American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE):

           a.      Applications Handbook, Chapter on Sound and Vibration Control.

    5.      National Electrical Manufacturers Association (NEMA).

    6.      National Fire Protection Association (NFPA):

           a.      90A, Installation of Air Conditioning and Ventilating Systems.

    7.      National Roofing Contractor Association (NRCA).

    8.      Underwriters Laboratories, Inc. (UL).

B.    Miscellaneous:

    1.      Gage thickness specified herein shall be manufacturer's standard gage for steel and Brown and Sharpe gage for non-ferrous metals.

    2.      Corrosion protection of equipment to be as specified herein.

## 1.4   SUBMITTALS

A.    Shop Drawings:

    1.      See Section 01340.

    2.      Fabrication and/or layout drawings.

    3.      Product technical data including:

           a.      Acknowledgement that products submitted meet requirements of standards referenced.

           b.      Manufacturer's installation instructions.

           c.      Wiring diagrams.

           d.      Control diagrams.

           e.      Manufacturer's catalog cuts and technical data.

           f.      Corrosion-protection information.

           g.      Fan curves.

           h.      Sound data.

           i.      Vibration isolation.

           j.      Control description.

           k.      Performance data on all equipment.

    4.      Certifications:

           a.      Provide certification of thickness of corrosion-protection coating.

B.    Operation and Maintenance Manuals:

    1.      See Section 01340.

## PART 2 - PRODUCTS

### 2.1    ACCEPTABLE MANUFACTURERS

A.    Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

    1.    Fan coils:

        a.    Carrier.
        b.    McQuay.
        c.    Or equal.

    2.    Wall-mounted propeller-type exhaust fans:

        a.    Loren Cook.
        b.    Aerovent.
        c.    Penn Ventilator Co., Inc.
        d.    Or equal.

    3.    Toilet room exhaust fans:

        a.    Penn Ventilator Co., Inc.
        b.    Loren-Cook.
        c.    Or equal.

    4.    Unitary split system heat pump:

        a.    Carrier.
        b.    Lennox.
        c.    Bryant.
        d.    Or equal.

B.    Submit requests for substitution in accordance with Specification Section 01640.

### 2.2    GENERAL

A.    All manufactured units shall be factory wired and assembled.

    1.    Use fasteners made of same material as unit.
    2.    Fabricate motor assemblies and unit housings with vibration isolation assemblies:

        a.    Type: As per Table 42, Chapter 43, ASHRAE Applications Handbook.

**2.3     MANUFACTURED UNITS**

A.     Equipment Coils:
    1.     Cooling coils - direct expansion:

        a.     ARI certified.
        b.     Material:

            1)     Aluminum.
            2)     Copper with aluminum fins for use in administration
                   units only.

        c.     Fin spacing: Minimum 80 fins per foot.
        d.     Minimum standard operating limit: 250 psi.
        e.     Size and capacity as scheduled.

B.     Fan Coils:

    1.     ARI certified.
    2.     Coils: See paragraph(s) in Article 2.3, Equipment Coils.
    3.     Blower:

        a.     Fan wheels: Centrifugal forward-curved, double width.
        b.     Fan housing: Galvanized steel.
        c.     Statically and dynamically balanced.
        d.     Motor:

            1)     See Section 11005.
            2)     Integral overload protection.

    4.     Cabinet:

        a.     Material: Galvanized steel, 18 GA minimum.
        b.     Discharge duct collar.

    5.     Drain pans:

        a.     Material: Galvanized steel.
        b.     Equip with drain connection.
        c.     Insulated.

    6.     Filters: See Section 15890.
    7.     Wall mounted thermostat with fan "ON/OFF" subbase.
    8.     Size and capacity as scheduled on Drawings.

C.   Wall-Mounted Propeller-Type Exhaust Fans:

   1.   AMCA certified.
   2.   Industrial quality.
   3.   Materials:

      a.   Propeller: Cast aluminum or aluminum.
      b.   Office ring: Spun aluminum.
      c.   Panel and supports: Aluminum or stainless steel.
      d.   Drive shaft: Solid stainless steel.
      e.   Sheaves: Cast iron.

   4.   Propellers:

      a.   Statically and dynamically balanced.
      b.   Airfoil design.
      c.   Minimum four blades.

   5.   Sealed pillow block bearings.
   6.   Welded reinforced motor base plate.
   7.   Adjustable motor base.
   8.   Motor: See Section 11005.

      a.   Driver and driven sheaves:

         1)   Keyed hub type.
         2)   Drive sheaves: Fixed pitch diameter.
         3)   Driver:

            a)   Shipped with variable pitch diameter sheave.
            b)   Fixed pitch diameter size based on approved test
                and balance reports.

         4)   V-belt drives sized for 150-percent motor horsepower.

   9.   Accessories:

      a.   Inlet guard.
      b.   Bird screen.

   10.   Size and capacity as scheduled on Drawings.

D.   Toilet Room Exhaust Fans:

   1.   AMCA certified.
   2.   UL listed.

3.      Materials: Galvanized steel.
4.      Centrifugal wheels.
5.      Permanently lubricated motor.
6.      Acoustically insulated housing.
7.      Resilient rubber-in-shear vibration isolation.
8.      Fan, motor, and wheel assembly removable from housing.
9.      Duct flanged outlet.
10.    Integral backdraft damper.
11.    Minimum 85-percent free open area face grill.
12.    Accessories:

        a.     Wall cap.

13.    Size and capacity as scheduled on Drawings.

E.    Unitary Split System Heat Pump:

   1.     Outdoor Unit:

        a.     Casing and frame:

             1)    Material: Heavy gage galvanized steel.
             2)    Installation: 1 IN thick neoprene-coated glass fiber.
             3)    Installation: Base equipped with lifting brackets with lifting holes.
             4)    Removable end panel for access to components and connections.

        b.     Compressors:

             1)    Heavy duty, reciprocating, semi-hermetic type.
             2)    Positive displacement oil pump.
             3)    Suction and discharge service valves.
             4)    Thermal overload protection.

        c.     Refrigeration circuit:

             1)    Sight glass.
             2)    Filter dryer.
             3)    Manual shut-off valve.
             4)    High pressure relief valve.

        d.     Compressor isolators.
        e.     Condenser coils:

             1)    Nominal 3/8 IN OD seamless copper mechanically bonded to corrugated aluminum fins.
             2)    Factory leak tested at 315 psig under water.

f.   Condenser fans:

   1)   Direct drive: See Section 11005.
   2)   Propeller type.

g.   Condenser fan motors:

   1)   Heavy duty, inherently protected, non-reversing.
   2)   Permanently lubricated bearings.
   3)   Integral rain shield.

h.   Defrost control: Defrost cycles at a preselected time interval when the outdoor coil is below a preset initiation temperature.

i.   Expansion valve: Designed and sized specifically for heat pump service.

j.   Reversing valve: Four-way interchange reversing valve, operates on pressure differential between the outdoor unit and indoor unit.

# PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Install in accordance with Section 11005.

B.   Install fixed pitched drive sheave after sheave has been sized based on accepted test and balance report.

## 3.2   FIELD QUALITY CONTROL

A.   Comply with Section 15990.

## 3.3   ADJUSTING

A.   Install new filters on units which have been running prior to acceptance of Project.

***END OF SECTION***

**THIS SPACE WAS INTENTIONALLY LEFT BLANK**

## SECTION 15890
## HVAC: DUCTWORK

# PART 1 - GENERAL

### 1.1   SUMMARY

    A.    Section Includes:

        1.    HVAC ductwork and accessories.

### 1.2   RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 09905 - Painting and Protective Coatings.
        4.    Section 11005 - Equipment: Basic Requirements.
        5.    Section 15970 - Instrumentation and Control for HVAC Systems.

### 1.3   QUALITY ASSURANCE

    A.    Referenced Standards:

        1.    American Architectural Manufacturer's Association (AAMA):

            a.    605.2, Voluntary Specification for High Performance Organic Coatings on Architectural Extrusions and Panels.

        2.    Air Diffusion Council (ADC):

            a.    1062, Test code for Grilles, Registers and Diffusers.

        3.    Air Movement and Control Association (AMCA):

            a.    210, Test Code for Air Moving Devices.
            b.    500, Test Method for Louvers, Dampers, and Shutters.

        4.    American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE):

            a.    Handbook of Fundamentals, Chapter 33, Duct Design.

     b.     52, Method of Testing Air Conditioning Devices Used in General Ventilation for Removing Particulate Matter.

     c.     70, Method for Testing for Rating the Air Flow Performance of Outlets and Inlets.

5.     American Society for Testing and Materials (ASTM):

     a.     A653, Standard Specification for Sheet Steel, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process.

     b.     B221, Standard Specification for Aluminum-Alloy Extruded Bars, Rods, Wire, Shapes and Tubes.

6.     American Welding Society (AWS).

7.     National Institute for Standards and Technology (NIST):

     a.     Voluntary Product Standard PS-15.

8.     Sheet Metal and Air Conditioning Contractor's National Association (SMACNA):

     a.     HVAC Duct Construction Standards - Metal and Flexible.

9.     Underwriters Laboratory, Inc. (UL):

     a.     Building Materials Directory.

B.     Qualifications:

1.     Fabricator: Firms regularly engaged in the manufacture of the specific product, of type, size required, whose products have been in use in similar service for not less than 3 years.

2.     Installers: Firm with at least 5 years installation experience on products similar to that required for this Project.

## 1.4    DEFINITIONS

A.     Installer or Applicator: Installer or applicator is the person actually installing or applying the product in the field at the Project site.

1.     Installer or applicator are synonymous.

## 1.5    SUBMITTALS

A.     Shop Drawings:

1.  See Section 11005.
2.  Efficiency ratings per ASHRAE 52 for factory built and assembled filter units.
3.  Scaled ductwork drawings (1/4 IN equals 1 FT) showing duct and accessory layout and support.

B.  Operation and Maintenance Manuals:

1.  See Section 01340.

# PART 2 - PRODUCTS

## 2.1   ACCEPTABLE MANUFACTURERS

A.  Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

1.  Flexible ducts:

   a.  Thermaflex.
   b.  Condu-flex.
   c.  Glass-flex.
   d.  Or equal.

2.  Turning vanes:

   a.  Barber - Colman.
   b.  Titus.
   c.  Tuttle and Bailey.
   d.  Or equal.

3.  Flexible duct connections:

   a.  Vent fabrics.
   b.  Duro-Dyne.
   c.  Or equal.

4.  Ceiling diffusers:

   a.  Anemostat.
   b.  Carnes.
   c.  Titus.
   d.  Or equal.

5.      Registers:

    a.     Anemostat.
    b.     Carnes.
    c.     Titus.
    d.     Or equal.

6.      Air filters:

    a.     American Air Filter.
    b.     Farr.
    c.     Continental.
    d.     Or equal.

7.      Manual dampers:

    a.     Air Balance.
    b.     Ruskin.
    c.     American Warming.
    d.     Or equal.

8.      Temperature control and automatic dampers:

    a.     Air Balance.
    b.     Ruskin.
    c.     American Warming.
    d.     Or equal.

9.      Louvers:

    a.     Ruskin.
    b.     Air Balance.
    c.     American Warming.
    d.     Or equal.

B.     Submit requests for substitution in accordance with Specification Section 01640.

## 2.2   COMPONENTS

A.   Duct and Fittings (Metallic):

   1.    Material:  Galvanized steel sheets.
   2.    Fabrication:  Rectangular ductwork.

      a.     Minimum material thickness:  22 GA.

b.     Meet SMACNA HVAC duct construction standards for minimum of 2 IN WG static pressure.

c.     Joints:

    1)    Galvanized "S" slips.
    2)    Galvanized drive slips.
    3)    Seal joints for zero leakage.

3.    Fabrication: Round ductwork (2 to 10 IN WG):

a.     Minimum material: Meeting ASTM A653.

b.     Minimum duct material thickness:

    1)    3 to 14.5 IN DIA: 26 GA.
    2)    15 to 26 IN DIA: 24 GA.
    3)    27 to 36 IN DIA: 22 GA.
    4)    37 to 50 IN DIA: 20 GA.

c.     Construction: Spiral lock seam.

d.     Minimum fitting material thickness:

    1)    3 to 14.5 IN DIA: 24 GA.
    2)    15 to 26 IN DIA: 22 GA.
    3)    27 to 50 IN DIA: 20 GA.

e.     Fittings:

    1)    Continuous welds all seams.
    2)    All divided flow fittings are to be manufactured as separate fittings, not as tap collars welded into spiral duct sections.

f.     Joints:

    1)    Slip joints with screws or pop rivets.
    2)    Seal each joint with "shrink-fit" plastic bands having thermal setting adhesive preapplied to plastic band.

B.    Supports and Hangers:

1.    Materials:

a.     Support angles: Galvanized steel.
b.     Hanger rods: Cadmium plated.
c.     Anchors: Stainless steel wedge type.

    2.       Fabrication:

        a.       Trapeze type units.

C.    Turning Vanes:

    1.       Materials: Same as duct.
    2.       Fabrication:

        a.       Fabricate double vane units.
        b.       Pressure drop through elbows: Maximum 20 percent of velocity pressure.

D.    Flexible Connections:

    1.       Materials: Hypalon, double coated closely woven glass fabric.
    2.       Fabrication:

        a.       Withstand 4.5 IN water column, positive and negative pressure.

E.    Flexible Duct:

    1.       Material:

        a.       Continuous steel supporting spiral covered with 100 percent continuous filament fiberglass with nonporous fiberglass/vinyl liner and reinforced Mylar/neoprene outer cover.

    2.       UL listed, Class 1 with flame spread of 25 or less and smoke development rating not to exceed 50.

F.    Diffusers:

    1.       Materials:

        a.       Body: Extruded aluminum.
        b.       Ceiling diffuser gaskets: Sponge rubber.

    2.       Fabrication:

        a.       Type: Square or rectangular with removable core.

        b.       Key operated opposed blade damper mounted in neck except where indicated on Drawings to be omitted.

          1)     Dampers to be housed in round to square adapters.

   c.    Linear supply diffusers:

       1)     Internal pattern control vanes which also function as volume control dampers, adjustable through slots.
       2)     Mounting: Hanger inside ductwork.
       3)     Clear anodized face.
       4)     Length: As indicated on Drawings.
       5)     Number of slots, size, location, and throw: See Drawings.

   d.    Finish:

       1)     Circular diffusers: Clear satin anodized.
       2)     Interior of perforated supply and return diffusers: Flat black paint.

G.    Volume Dampers and Flow Equalizers for Round Neck Diffusers:

   1.    Material: Aluminum.
   2.    Fabrication:

     a.    Design for neck velocity: 2500 FT/MIN.
     b.    Center rod operator accessible through diffuser without removing diffuser.
     c.    Furnish with screws, duct collars, transitions and air pattern deflectors as required.

H.    Register Assembly:

   1.    Materials:

     a.    Assembly: Extruded aluminum.
     b.    Gaskets: Sponge rubber.

   2.    Fabrication:

     a.    Supply registers:

       1)     Two sets individually adjustable louvers.

     b.    Return register:

       1)     45-degree deflection front blades.

c. Dampers:
   1)   Key-operated opposed blade.

d. Screws, duct collars, and transitions as required.
e. Finish for units installed in finish areas where ductwork is concealed: Prime painted with primer compatible with paint specified in Section 09905.

I. Air Filters:

1. Efficiency rating as per ASHRAE 52.
2. 2 IN thickness minimum.
3. Efficiency: 20 percent.
4. Air velocity: 450 FPM maximum.
5. Clean pressure drop: 0.2 IN WG maximum.
6. Size, capacity, and type: As indicated on Drawings.

J. Automatic and Manually Operated Dampers:

1. Material:

   a. Body: 6063 T5 aluminum.
   b. Seal blade edge: Extruded vinyl.

2. Fabrication:

   a. Frame thickness: 0.125 IN minimum.
   b. Blades:

      1)   Two-position parallel blade.
      2)   Mixing and volume: Opposed blade.
      3)   Airfoil shape.
      4)   Maximum 6 IN width.

   c. Linkage: Concealed in frame.
   d. Axles: 1/2 IN plated steel hex.
   e. Bearings: Molded Synthetic.
   f. Seals:

      1)   Jamb: Flexible compression type.

   g. Control shaft: Removable, 1/2 IN DIA.
   h. Air leakage (4 FT SQ damper) at 4 IN WG pressure: 99 cfm maximum.
   i. Motors for motor operated damper: See Section 15970.

j.    Provide outboard support for operator linkage where damper motor is to be installed outside of duct.

k.    Provide fold out operator mounting bracket where damper motor is to be installed on face of damper or inside duct.

l.    Finish: 215 R1 anodized.

K.    Louvers:

1.    Stormproof.

2.    Continuous blade appearance.

3.    ASTM B221 extruded aluminum, alloy 6063T5, minimum 0.081 IN thick.

4.    Minimum free area: As scheduled.

5.    Maximum pressure drop: 0.10 IN of water at 900 fpm at zero water penetration.

6.    Bird screen:

a.    1/2 IN SQ mesh.

b.    16 GA aluminum.

c.    Install in standard, folded frame.

7.    Anchors, fasteners, reinforcing: Aluminum or stainless steel.

8.    Finish:

a.    AAMA 605.2.

b.    AA-M10C22A42 dark bronze anodized finish.

## 2.3 MAINTENANCE MATERIALS

A.    Extra Materials:

1.    Furnish Owner with the following extra materials:

a.    Twelve complete filter media changes for each filter unit.

b.    Filter media used during construction is in addition to this requirement.

## PART 3 - EXECUTION

## 3.1 INSTALLATION

A.    See Section 11005.

B.    Metal Ductwork:

1.    Install with longitudinal seams sealed for zero leakage.

2.    Install supports and hangers with anchors in accordance with SMACNA HVAC Duct Construction Standards.

3.     Install turning vanes in square elbows.

      a.     Unsupported vane length not to exceed 48 IN.
      b.     Position vanes at proper angle to meet specified pressure drop.

4.     Install flexible connections at fans.

      a.     Locate as close as possible to fan.
      b.     Allow 1 IN of slack to prevent vibration transmission.
      c.     Install thrust restraints across connectors.

C.     Flexible Ductwork:

1.     Install in concealed areas between: low velocity duct work and diffusers, return air grilles or exhaust outlets and ducts.
2.     Use low loss fittings for connection to duct.
3.     Connect to metal duct collars by means of non-combustible synthetic rubber sealing compound and stainless steel drawband.

D.     Dampers:

1.     Install where indicated on Drawings of sizes shown.

E.     Diffusers:

1.     Install where shown on Drawings of size and capacities scheduled on Drawings.
2.     Install painted lay-in type in lay-in ceilings.
3.     Install prime painted diffusers in areas where duct work is concealed.
4.     Install anodized diffusers in exposed duct work.

F.     Register Assemblies:

1.     Install where shown on Drawings of size and capacities scheduled on Drawings.
2.     Install prime painted grilles and registers in areas where duct work is concealed. Field paint to match adjacent surface finish.

G.     Air Filters:

1.     Install where shown on Drawings of size and capacity scheduled on Drawings.
2.     Do not operate equipment during construction without filters.

**\*\*\*END OF SECTION\*\*\***

## SECTION 15970
### INSTRUMENTATION AND CONTROL FOR HVAC SYSTEMS

## PART 1 - GENERAL

### 1.1    SUMMARY

    A.    Section Includes:

        1.    Instrumentation and control for HVAC systems.
        2.    Temperature control.
        3.    Ventilation control.
        4.    Heating control.
        5.    Cooling control.
        6.    Control wiring.

### 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 10400 -Identification, Stenciling, and Tagging Systems.
        4.    Section 15605 - Heating, Ventilating, and Cooling Equipment.
        5.    Section 15890 - HVAC: Ductwork.
        6.    Section 16120 – Wire and Cable – 600 Volts and Below.

### 1.3    QUALITY ASSURANCE

    A.    See Section 11005.

    B.    Referenced Standards:

        1.    National Electrical Code (NEC).
        2.    National Electrical Manufacturers Association (NEMA).
        3.    Scientific Apparatus Makers Association (SAMA):

            a.    PM C20.1, Process Measurement and Control Terminology.

    C.    Miscellaneous:

        1.    Controls to be in compliance with Section 16010 for NEMA and NEC enclosure class requirements unless noted or specified otherwise.
        2.    Unless specifically noted otherwise, components of systems shall be industrial duty suitable for moist, corrosive environments.

3.   Express control device performance requirements in terminology in accordance with SAMA PM C20.1. Process Measurement and Control Terminology.

## 1.4   SYSTEM DESCRIPTION

A.   Work shall be provided as an integrated operating system.

B.   Provide a complete system of automatic temperature control, thermostats, relays, damper operators and other associated controls and appurtenances required to maintain minimum conditions described in detail herein and on Drawings, together with thermometers, gages and other accessory equipment.

    1.   Assemble control system with complete system of wiring to fulfill requirements of the Contract Documents.

C.   Install system using competent mechanics under direct supervision of control manufacturer.

D.   Controls, as set out in "Sequence of Operations," are designed to illustrate operating functions only.

    1.   Control sequence shall be considered supplementary to sequence of operation.

    2.   These minimum specified items, and any additional controls, not indicated but required to meet performance as outlined in the Contract Documents, shall be furnished and installed at no additional cost to Owner to make a complete system.

E.   Sequence of Operation - General:

    1.   Sequence of operations indicated illustrates basic operating functions only. Contractor shall review Drawings and submit complete installation data, including minor details, to provide proper operation in his proposal. Where an item differs from specifications, control manufacturer shall submit manufacturer's recommendations subject to Engineer's approval.

    2.   Fan coil (FC-101) and heat pump (HP-101):

        a.   Controlled by wall thermostat with auto "HEAT/COOL" change-over.

           1)   "HEAT": Heat pump will cycle to maintain a setpoint of 68 DegF (adjustable). Electric heating coil in fan coil will provide supplemental heat as required.

      2)    "COOL":  Cooling coil will cycle to maintain setpoint of 75 DegF (adjustable).

3.    Motor operated damper (MOD-102):

    a.    Controlled by wall mounted thermostat.
    b.    Damper is open when room is above setpoint (75 DegF, adjustable).
    c.    Damper is closed when room is below setpoint (adjustable).

4.    Motor operated damper (MOD-101) and exhaust fan (EF-101):

    a.    Controlled by "HAND/AUTO" switch.

        1)    "HAND":  Damper open, fan on.
        2)    "AUTO":  Control from end switch on MOD-102:

            a)    MOD-102 "OPEN":  MOD-101 "OPEN" and EF-101 "ON".
            b)    MOD-102 "CLOSED":  MOD-101 "CLOSED" and EF-101 "OFF".

5.    Motor operated damper (MOD-202):

    a.    Controlled by wall mounted thermostat.
    b.    Damper is open when room is above setpoint (75 DegF, adjustable).
    c.    Damper is closed when room is below setpoint (adjustable).

6.    Motor operated damper (MOD-201) and exhaust fan (EF-201):

    a.    Controlled by "HAND/AUTO" switch.

        1)    "HAND":  Damper open, fan on.
        2)    "AUTO":  Control from end switch on MOD-202:

            a)    MOD-202 "OPEN":  MOD-201 "OPEN" and EF-201 "ON".
            b)    MOD-202 "CLOSED":  MOD-201 "CLOSED" and EF-201 "OFF".

7.    Exhaust fan (EF-202):

    a.    Controlled by "ON/OFF" switch in restroom.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
15970 - 3

April 2002
Conformed

8.    Exhaust fan (EF-301):

    a.    Controlled by "HAND/AUTO" switch:

        1)    "HAND": Fan is "ON".
        2)    "AUTO": Control from wall mounted thermostat:

            a)    Room temperature above setpoint (75 DegF adjustable): Fan is "ON".
            b)    Room temperature below setpoint: Fan is "OFF".

9.    Exhaust fan (EF-302):

    a.    Controlled by "HAND/AUTO" switch:

        1)    "HAND": Fan is "ON".
        2)    "AUTO": Control from wall mounted thermostat:

            a)    Room temperature above setpoint (75 DegF adjustable): Fan is "ON".
            b)    Room temperature below setpoint: Fan is "OFF".

10.    Motor operated damper (MOD-301):

    a.    Interlocked with Exhaust fan EF-301:

        1)    EF-301 "ON": MOD-301 is "OPEN".
        2)    EF-301 "OFF": MOD –301 is "CLOSED".

11.    Motor operated damper (MOD-302):

    a.    Interlocked with Exhaust fan EF-302:

        1)    EF-301 "ON": MOD-302 is "OPEN".
        2)    EF-301 "OFF": MOD –302 is "CLOSED".

12.    Motor operated damper (MOD-303):

    a.    Interlocked with all compressors and wall thermostat:

        1)    If any compressor is "ON": MOD-303 is "OPEN".
        2)    Room temperature above setpoint (75 DegF adjustable): MOD-303 is "OPEN".
        3)    Room temperature below setpoint: MOD-303 is "CLOSED".

13.    Motor operated damper (MOD-306):

    a.    Interlocked with all compressors and wall thermostat:

        1)    If any compressor is "ON": MOD-306 is "OPEN".
        2)    Room temperature above setpoint (75 DegF adjustable): MOD-306 is "OPEN".
        3)    Room temperature below setpoint: MOD-306 is "CLOSED".

14.    Motor operated damper (MOD-304):

    a.    Future.

15.    Motor operated damper (MOD-305):

    a.    Interlocked with compressor #3:

        1)    Compressor is "ON": MOD-305 is "OPEN".
        2)    Compressor is "OFF": MOD-305 is "CLOSED".

16.    Motor operated damper (MOD-307):

    a.    Interlocked with compressor #2:

        1)    Compressor is "ON": MOD-307 is "OPEN".
        2)    Compressor is "OFF": MOD-307 is "CLOSED".

17.    Motor operated damper (MOD-308):

    a.    Interlocked with compressor #1:

        1)    Compressor is "ON": MOD-308 is "OPEN".
        2)    Compressor is "OFF": MOD-308 is "CLOSED".

## 1.5    SUBMITTALS

A.    See Section 01340.

B.    Shop Drawings:

    1.    Wiring diagrams showing point to point termination with auxiliary interlocks for each item in each control loop.
    2.    Word description of loop function for each individual unit controlled.

C. Quality Control Submittals:

    1. Secure from equipment manufacturers, detailed and complete control and power wiring diagrams, word descriptions of controls provided as part of the HVAC equipment or equipment interfaced or interlocked thereto, and submit with equipment manufacturer's submittals.

        a. Provide the above information to control manufacturer.

D. Operation and Maintenance Manuals:

    1. See Section 01340.

## PART 2 - PRODUCTS

## 2.1 ACCEPTABLE MANUFACTURERS

A. Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

    1. Manufacturer's catalog numbers hereinafter are for reference to type, style, dimension, related items and to establish a standard of quality. Reference to a manufacturer's number hereinafter does not imply full compliance to these Specifications.

    2. Instrumentation and control systems:

        a. Honeywell.
        b. Johnson Control Co.
        c. Or equal.

B. Submit requests for substitution in accordance with Specification Section 01640.

## 2.2 EQUIPMENT

A. Dampers:

    1. Refer to Section 15890.

B. Damper Operators:

    1. Provide operators of proper size and number to secure two-position action as required.

2. Furnish damper operators for installation inside ductwork and attached to frame of damper, or installed outside ductwork and connected to extended shaft as required.

3. Provide operators for outside air, spring-loaded with sufficient power to assure tight closing of dampers on fan shutdown.

4. Provide electric operators with fully immersed in oil gear train, in closed cast aluminum housing.

   a. Provide damper operators with integral spring return motor.
   b. Provide end switches permitting simultaneous operation or interlocking with other equipment.
   c. Provide separate electrical circuits for damper operators with no more than four operators on a circuit.

5. Ensure coordination to provide for the installation of tight closing dampers low leakage type (6 cfm per square foot at 4 IN WC pressure across damper) with compatible dampers, damper operators and related controls.

C. Electric Control Instruments:

1. Thermostat:

   a. Line voltage.
   b. NEMA 4X splash-proof enclosure.
   c. External tin-plated sensing element.
   d. Minimum 3.5 DegF differential.
   e. Single stage.

      1) Snap switch.
      2) 1 HP rating.

   f. Range: 35 - 100 DegF.
   g. External setpoint adjustment.
   h. Unit illustrated:

      1) Honeywell, Model T631F.

2. Provide transformers for supplying current to control equipment operating at less than 120 V and where required by manufacturer's automatic control system design capable of supplying 125 percent of energy requirements of equipment connected for not less than 1 HR.

   a. Enclose transformers in UL listed cabinets with conduit connections.

     b.    Provide fused disconnect switches on both primary and secondary sides.

     c.    Provide in full compliance with Division 16 Specifications.

3.    Provide each thermostat with an accurate red-reading thermometer sensing temperature outside of enclosure.

## PART 3 - EXECUTION

## 3.1    INSTALLATION

A.    Comply with requirements of Section 16120.

B.    Identification: See Section 10400.

C.    Connect control devices to perform functions indicated and perform in required sequence.

D.    In general, locate thermostats for room control immediately inside door, above light switch, unless shown otherwise.

     1.    Where light switch is in an entryway to room, locate thermostat on wall within room so it is capable of sensing true space conditions.

     2.    Prior to installation, coordinate thermostat location with Engineer.

**\*\*\*END OF SECTION\*\*\***

SECTION 15990
HVAC SYSTEMS:  BALANCING AND TESTING

## PART 1 - GENERAL

### 1.1   SUMMARY

A.   Section Includes:

1.   Adjusting, balancing, and testing of all heating, ventilating and air conditioning (HVAC) systems, including the following systems:

### 1.2   RELATED SECTIONS

A.   Related Sections include but are not necessarily limited to:

1.   Bidding Requirements, Contract Forms, and Conditions of the Contract.
2.   Division 1 - General Requirements.
3.   Section 15605 - HVAC: Equipment.
4.   Section 15890 - HVAC: Ductwork.
5.   Section 15970 - Instrumentation and Control for HVAC Systems.

### 1.3   QUALITY ASSURANCE

A.   Referenced Standards:

1.   Associated Air Balance Council (AABC):

a.   National Standard for Total System Balance.

2.   American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE):

a.   ASHRAE Handbook, Systems, chapter entitled "Testing, Adjusting, and Balancing."

3.   National Environmental Balancing Bureau (NEBB):

a.   Procedural Standards for Testing Adjusting Balancing of Environmental Systems.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
15990 - 1

April 2002
Conformed

4.       Sheet Metal and Air Conditioning Contractors National Association, Inc (SMACNA):

      a.      HVAC Systems, Testing, Adjusting and Balancing.

B.     Qualifications:

    1.     Work of this Section to be accomplished by an independent testing and balancing firm certified by one of the following:

      a.      Associated Air Balance Council (AABC).
      b.      National Environmental Balance Bureau (NEBB).
      c.      Other certification entity approved by Engineer.

    2.     The independent firm shall not be the same firm as the firm installing the HVAC equipment, nor under contract to the firm installing the equipment.

## 1.4   SUBMITTALS

A.     Shop Drawings:

    1.     See Section 01340.
    2.     Certifications:

      a.      Letter stating the name and qualifications of the firm proposed.
      b.      Evidence that relevant subcontractors have been notified of the requirement to coordinate balance and test elements in the work with the testing and balancing firm.

    3.     Report forms:

      a.      Procedures and forms to be used in calibrating of test instruments, balancing systems, and recording and reporting test data.

B.     Reports:

    1.     Completed test reports and data forms upon completion of installation, balance and testing of HVAC systems.

      a.      Insert recorded information on report forms required by specifications and approved for use on project.
      b.      Additional written verification and other related information clearly identifying project, date and specifics of verification.

        c.      Utilize report forms similar to those shown in Section V of AABC Standard.

        d.      Provide forms typed and signed by the testing and balancing firm.

C.     Operation and Maintenance Manuals:

    1.     See Section 01340.

# PART 2 - PRODUCTS

# NOT USED

# PART 3 - EXECUTION

## 3.1   PREPARATION

A.     Secure approved shop drawings of all HVAC equipment.

B.     Procedures and Forms:

    1.     Submit procedures and forms to be used in calibration of test instruments, balancing systems, and recording and reporting test data.

    2.     Obtain approval before beginning balancing and testing.

C.     Do not begin balancing and testing until HVAC systems are complete and in full working order.

    1.     Place HVAC systems into full operation and continue their operation during each working day of balancing and testing.

D.     Provide qualified heating and ventilating Engineer(s) to supervise and perform balancing and testing.

E.     Review design Drawings, Standard Specifications, approved shop drawings and other related items to become thoroughly acquainted with the design of HVAC systems.

F.     Check all installed systems against Contract Drawings, Specifications and shop drawings to see that system is installed as required.

    1.     Report deficiencies to the Engineer.

    2.     Report deficiencies to Contractor for remedial action including providing corrective measures required in the function of any part of system to complete balancing.

G.     Make necessary adjustments as required to balance the systems.

## 3.2    FIELD QUALITY CONTROL

A.     Balance and Test Air Systems:

1.     Adjust equipment RPM to design requirements.
2.     Report motor full load amperes.
3.     Obtain design CFM at fans. Make pilot tube traverse of main supply and exhaust ducts within 5 percent.
4.     Test and record system static pressures, suction and discharge.
5.     Obtain design CFM for recirculated air.
6.     Obtain design CFM outside air.
7.     Test and record entering air temperatures, (DB, heating and cooling).
8.     Test and record leaving air temperatures, (DB, heating and cooling).
9.     Test and record leaving air temperatures, (WB, cooling).
10.    Adjust dampers in supply, exhaust and return air ducts to design CFM.
11.    Test diffusers and registers as follows:

   a.     Adjust to comply with design requirements within 10 percent.
   b.     Identify location and area of each.
   c.     Adjust face velocity to establish required CFM. Retest after initial adjustments.
   d.     Adjust to minimize drafts and to ensure uniform air distribution in all areas.

12.    Identify and list size, type and manufacturer of diffusers, registers and HVAC equipment.

   a.     Use manufacturer's ratings on equipment to make required calculations.

13.    Adjust and assure that the operation of automatically operated dampers are as specified. Check and calibrate controls.
14.    Prepare and submit reports.


### ***END OF SECTION***

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
15990 - 4

April 2002
Conformed

Division 16
Electrical

# SECTION 16010
# ELECTRICAL: BASIC REQUIREMENTS

## PART 1 - GENERAL

### 1.1    SUMMARY

A.    Section Includes:

    1.    Basic requirements for electrical systems.

### 1.2    RELATED SECTIONS

A.    Related Sections include but are not necessarily limited to:

    1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
    2.    Division 1 - General Requirements.
    3.    Section 05505 – Metal Fabrications.
    4.    Section 09905 - Painting and Protective Coatings.
    5.    Section 10400 - Identification, Stenciling, and Tagging Systems.
    6.    Section 11005 - Equipment: Basic Requirements.

### 1.3    DEFINITIONS

A.    Outdoor Area:

    1.    Exterior locations where the equipment is normally exposed to the weather and including below grade structures, such as vaults, manholes, handholes and in-ground pump stations.

B.    Architecturally Finished Area:

    1.    Offices, laboratories, conference rooms, restrooms, corridors and other similar occupied spaces.

C.    Non-architecturally Finished Area:

    1.    Pump, chemical, mechanical, electrical rooms and other similar process type rooms.

D.    Shop Fabricated:

    1.    Manufactured or assembled equipment for which a UL test procedure has not been established.

## 1.4    QUALITY ASSURANCE

A.    Referenced Standards:

1.    American National Standards Institute (ANSI):

   a.    C2, National Electrical Safety Code.

2.    American Society for Testing and Materials (ASTM):

   a.    A36, Standard Specification for Carbon Structural Steel.
   b.    A123, Standard Specification for Zinc (Hot-Dip Galvanized) Coatings on Iron and Steel Products.
   c.    A153, Standard Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware.
   d.    Z535.1, Safety Color Code.
   e.    Z535.2, Environmental and Facility Safety Signs.
   f.    Z535.3, Criteria for Safety Symbols.
   g.    Z535.4, Product Safety Signs and Labels.

3.    ETL Testing Laboratories, Inc (ETL).
4.    Insulated Cable Engineers Association (ICEA).
5.    Illuminating Engineering Society of North America (IES).
6.    Instrument Society of America (ISA).
7.    Lightning Protection Institute (LPI).
8.    National Electrical Manufacturers Association (NEMA):

   a.    250, Enclosures for Electrical Equipment (1000 Volts Maximum).
   b.    ICS 6, Enclosures for Industrial Controls and Systems.

9.    National Fire Protection Association (NFPA):

   a.    70, National Electrical Code (NEC).

10.    Occupational, Health and Safety Administration (OSHA)

   a.    1910.145, Specification for Accident Prevention Signs and Tags.

11.    Underwriters Laboratories, Inc (UL):

   a.    508, Safety Industrial Control Equipment.
   b.    698, Industrial Control Equipment for Use in Hazardous Locations.

## 1.5    SYSTEM DESCRIPTION

A.   Provide functioning systems in compliance with manufacturer's instructions, performance requirements specified or shown on the Drawings, and modifications resulting from reviewed shop drawings and field coordinated drawings.

B.   Coordinate installation of the service transformer and metering with the serving utility. The serving utility for this Project is Tampa Electric Company (TECO). Contact: Dave Driggers at (813) 630-7185.

C.   The utility will furnish the transformer, primary service conduit and wire, metering CT's, meter and meter socket, and make all connections at the transformer, CT's and meter socket.

## 1.6    SUBMITTALS

A.   Shop Drawings:

1.   See Sections 01340 and 11005.
2.   Provide manufacturer's technical information on products to be used, including product descriptive bulletin.
3.   Include data sheets that include manufacturer's name and product model number. Clearly identify all optional accessories.
4.   Acknowledgement that products submitted comply with the requirements of the standards referenced.
5.   Manufacturer's delivery, storage, handling and installation instructions.
6.   Product installation details.

B.   Operation and Maintenance Manuals:

1.   See Section 01340.

C.   Miscellaneous:

1.   Indicate the products are UL or ETL listed or is constructed utilizing UL or ETL listed or UL recognized components. Where a UL standard has not been established clearly identify that no UL standard exists for that equipment.

## 1.7    DELIVERY, STORAGE, AND HANDLING

A.   See Section 01600.

B.    Ensure that equipment is not used as steps, ladders, scaffolds, platforms, or for storage-either inside or on top of enclosures.

C.    Protect nameplates on electrical equipment to prevent defacing.

## 1.8    AREA DESIGNATIONS

A.    Designation of an area will determine the NEMA rating of the electrical equipment enclosures, types of conduits and installation methods to be used in that area.

    1.    Outdoor areas are considered wet unless specifically designated otherwise on the Drawings or in the specifications.
    2.    Indoor areas are considered dry unless specifically designated on the Drawings or in the specifications as wet.
    3.    All concrete embedded materials shall comply with dry area requirements.
    4.    The outdoor and indoor areas of the Water Control Structure and Bridge are considered wet.

## PART 2 - PRODUCTS

## 2.1    ACCEPTABLE MANUFACTURERS

A.    Refer to specific Division 16 sections and specific material paragraphs below.

B.    Provide all equipment of a similar type by one manufacturer unless otherwise noted in the Specifications.

C.    Trade names and catalog numbers may be used in the Drawings or Specifications to establish quality standards and basics of design.

    1.    Other listed manufacturers in the applicable specification sections with equal equipment may be acceptable.
    2.    If no other manufacturer is listed, then manufacturers of equal equipment may be acceptable.

D.    Listed:

    1.    Where UL test procedures have been established for the product type, use UL or ETL approved electrical equipment and provide with the UL or ETL label.

2.2   **MATERIALS**

A.   Electrical Equipment Supports:

   1.   Approved manufacturers:

      a.   Unistrut Building Systems.
      b.   Or Equal.

   2.   Material requirements:

      a.   Galvanized steel: ASTM A123 or ASTM A153.
      b.   Stainless steel: AISI Type 316.
      c.   PVC coat galvanized steel: ASTM A123 or ASTM A153 and 20 mil PVC coating.
      d.   Fiberglass: Fire-retardent polyester or vinylester resin, ASTM E84, UL 94.

B.   Nameplates for labeling equipment enclosures and equipment that is visible with the enclosure door closed:

   1.   Approved manufacturers catalog numbers:

      a.   W. H. Brady Co., #B-1.
      b.   Seton, "Setonply".
      c.   Or equal.

   2.   Materials:  Phenolic, 2-ply engraved.
   3.   Size:

      a.   Surface:  As required for the text.
      b.   Thickness:  1/16 IN.

   4.   Fabrication:

      a.   Two layer laminated.
      b.   Legend engraved through top lamination into bottom lamination.
      c.   Drilled holes in each corner, for screw mounting.

   5.   Lettering:

      a.   3/8 IN high minimum for switchgear, switchboards, motor control centers, panelboards and transformers.
      b.   3/16 IN high minimum for all other equipment.

6.    Colors: White top surface, black core, unless otherwise indicated.

C.    Nameplates for labeling components inside equipment enclosures:

    1.    Approved manufacturers catalog numbers:

        a.    W. H. Brady Co., "Industrial Strength Tape" #42018.
        b.    Seton, "Component and General Identification Labels" #45553.
        c.    Panduit, "Standard Labeling Tape" LS4-33.
        d.    Or equal.

    2.    Materials:  vinyl tape or vinyl cloth with printable topcoat.
    3.    Size: ½ IN. high, length as required by the text.
    4.    Colors: White background, black printing.

D.    Wire Markers:

    1.    Materials:  vinyl or polyester tape.

        a.    Approved manufacturer's catalog numbers:

            1)    W. H. Brady Co., Indoor/Outdoor Vinyl Tape, B-580.
            2)    Seton, "Self-Laminating Wire Marker Labels" M7340.
            3)    Panduit, LS4M "Industrial Labeling Tape".
            4)    Or equal.

        b.    Size:  Height as required by the wire size, length as required by the text.
        c.    Colors:  White background, black printing.

    2.    Materials:  Heat shrinkable polyolefin:

        a.    Approved manufacturer's catalog numbers:

            1)    Seton, Welded Wire Marking Sleeves.
            2)    Or equal.

        b.    Size:  Height as required by the wire size, length as required by the test.
        c.    Colors:  White background, black printing.

E.    Safety Signs:

    1.    Approved manufacturers catalog numbers:

        a.    W. H. Brady Co., #B-302 or #B-120.

       b.     Seton, Pressure Sensitive Vinyl or Tedlar Coated Plastic.

       c.     Panduit, GMM Polyester Film (Type PPS) or GMPE1 Rigid Polyethylene (Type PRS).

       d.     Or equal.

2.   Materials, size and fabrication:

       a.     For indoor use:  Polyester or vinyl, surface area as required by the text, 4 mil minimum thickness, self-adhesive.

       b.     For outdoor use and on entrances to electrical rooms or stations:  Fiberglass or coated plastic, surface area as required by the text, minimum area 7 X 10 IN, 60 mil thickness, drilled holes for screw mounting.

3.   Color in accordance with ASME (ANSI Z535.1, .2, .3 and .4) and OSHA 1910.145.

4.   Minimum letter size on indoor signs, 3/16IN.

5.   Maximize the letter size on outdoor signs to sufficiently fill the printable area on the sign.

6.   Standards: ASME/ANSI Z535.1, Z535.2, Z535.3 and Z535.4, OSHA 1910.145.


# PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   See Section 01800 for openings and penetrations in structures.

B.   Install and wire all equipment, including prepurchased equipment, and perform all tests necessary to assure conformance to the Drawings and Specifications and ensure that equipment is ready and safe for energization.

C.   Install equipment in accordance with the requirements of:

    1.   The NEC.
    2.   The manufacturer's instructions.

D.   Equipment Finishes:

    1.   See Section 11005.
    2.   Paint interiors of control panels white or light gray.

E.   Do not use equipment that exceed dimensions or reduce clearances indicated on the Drawings or as required by the NEC.

F.  Coordinate the installation of electrical equipment with other trades.

    1.  Arrange for the building in of equipment during structure construction.
    2.  Where equipment cannot be built-in during construction, arrange for sleeves, box-outs, openings, etc., as required to allow installation of equipment after structure construction is complete.

G.  Install equipment plumbed, square and true with construction features and securely fastened.

H.  Install electrical equipment, including pull and junction boxes, minimum of 6 IN from process, gas, air and water piping and equipment.

I.  Install equipment so it is readily accessible for operation and maintenance, is not blocked or concealed and does not interfere with normal operating and maintenance requirements of other equipment.

J.  Device Mounting Schedule:

    1.  Mounting heights as indicated below:

        a.  Light switch (to center): 48 IN.
        b.  Receptacle in architecturally finished areas (to center): 18 IN.
        c.  Receptacle on exterior wall of building (to center): 18 IN.
        d.  Receptacle in non-architecturally finished areas (to center): 48 IN.
        e.  Telephone outlet in architecturally finished areas (to center): 18 IN.
        f.  Telephone outlet for wall-mounted phone (to center): 54 IN.
        g.  Safety switch (to center of operating handle): 54 IN.
        h.  Separately mounted motor starter (to center of operating handle): 54 IN.
        i.  Pushbutton or selector switch control station (to center): 48 IN.
        j.  Panelboard (to top): 72 IN.

K.  Avoid interference of electrical equipment operation and maintenance with structural members, building features and equipment of other trades. When it is necessary to adjust the intended location of electrical equipment, unless specifically dimensioned or detailed, the CONTRACTOR may make adjustments in equipment locations in accordance with the following without obtaining the ENGINEER's approval:

    1.  3 IN at grade, floor and roof level in any direction in the horizontal plane.

    2.    3 IN for equipment other than lighting at ceiling level in any direction in the horizontal plane.

    3.    6 IN for lighting fixtures at ceiling level in any direction in the horizontal plane.

    4.    3 IN on walls in a horizontal direction within the vertical plane.

    5.    Changes in equipment location exceeding those defined above require the ENGINEER's approval.

L.    Electrical equipment support system shall be used per the following area designations unless otherwise noted on the Drawings:

    1.    Dry areas:

        a.    Galvanized system consisting of: galvanized steel channels and fittings, nuts and hardware and conduit clamps.

    2.    Wet areas:

        a.    PVC coated steel system consisting of: PVC coated steel channels and fittings and conduit clamps with stainless steel nuts and hardware.

M.    Provide all necessary anchoring devices and supports as detailed on the Drawings and rated for the equipment load based on dimensions and weights verified from approved submittals, or as recommended by the manufacturer.

    1.    See Section 05505.

    2.    Do not cut, or weld to, building structural members.

    3.    Do not mount safety switches or other equipment to equipment enclosures, unless enclosure mounting surface is properly braced to accept mounting of external equipment.

N.    Electrical Equipment Enclosures

    1.    Unless otherwise noted on the Drawings or in the detailed specifications use:

        a.    NEMA 1 in architecturally finished areas.

        b.    NEMA 4X in wet areas.

O.    Provide corrosion resistant spacers to maintain 1/4 IN separation between equipment and mounting surface in Wet areas, on below grade walls and on walls of liquid containment or processing areas.

P.    Install floor-mounted equipment on concrete pads or foundations.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
16010 - 9

April 2002
Conformed

Q.  Do not place equipment fabricated from aluminum in direct contact with earth or concrete.

R.  Screen or seal all openings into equipment mounted outdoors to prevent the entrance of rodents and insects.

S.  Do not use materials that may cause the walls or roof of a building to discolor or rust.

T.  Tag equipment enclosures and components that are visible with the enclosure door closed in accordance with the following:

    1.  All equipment including, but not limited to, transformers, switchgear, switchboards, panelboards, motor control centers, motor starters, circuit breakers, safety switches, cable tray, wireway and control panels.

    2.  Legend: Name and number of enclosure or device as indicated on the Drawings, such as LP-11 and PP-11.

U.  Tag components inside equipment enclosures in accordance with the following:

    1.  All components including, but not limited to, circuit breakers, fuses, control power transformers, relays, contactors, and timers.

    2.  Legend:  Function of equipment such as M-101, CR-101 and TR-101.

V.  Tag wires with wire markers in control panels and in pull or junction boxes, handholes and manholes where multiple circuits exist.

    1.  Tag wire at both ends and in junction and pull boxes, handholes and manholes.

    2.  Legend: Circuit number or wire number as shown on the Drawings or as furnished with the equipment.

W.  Install Safety Signs as indicated in the following:

    1.  Legend in accordance with the following tabulation:

        a.  Entrances to electrical rooms:  In accordance with OSHA Danger Sign requirements, ELECTRICAL ROOM, HIGH VOLTAGE (define voltage, example 480 VAC) KEEP OUT, AUTHORIZED PERSONNEL ONLY.

      b.     Equipment enclosures, cable tray and wireway where 120 VAC or higher and 50 V DC and higher exist : In accordance with OSHA Danger Sign requirements, HIGH VOLTAGE (define voltage, example 480 VAC) AUTHORIZED PERSONNEL ONLY.

X.     Field paint in accordance with Section 09905.

## 3.2    FIELD QUALITY CONTROL

A.    Verify exact rough-in location and dimensions for connection to electrical items furnished by others.

    1.    Secure shop drawings from those furnishing the equipment.

    2.    Provide sleeves wherever openings are required through new concrete or masonry members.

    3.    Place sleeves accurately and coordinate locations with the ENGINEER.

    4.    Should any cutting and patching be required due to failure to coordinate penetrations, such cutting and patching shall be done at the expense of the CONTRACTOR.

    5.    CONTRACTOR shall not endanger the stability of any structural member by cutting, digging, chasing, or drilling and shall not, at any time, cut or alter the work without the ENGINEER's written consent.

        a.    Provide additional reinforcing if required.

    6.    Use workmen skilled in their particular field for subsequent patching to restore walls, ceilings, or floors to their original condition.

B.    Repair or replace fireproofing materials removed or damaged during installation of electrical equipment.

C.    Set circuit breaker solid state trip settings as shown on the Drawings.

D.    Testing:

    1.    After installation test all equipment as recommended by the manufacturer and verify all components are operational.

    2.    Continuity test all system and equipment grounding.

    3.    Performance test in accordance with the manufacturer's instructions all main and feeder circuit breakers provided with ground-fault protection. Test immediately after installation per NEC Article 230.

    4.    Test Equipment Interface and verify protection, coordination and operation.

5.      Adjust installed equipment for proper operation of all electrical and mechanical components.

E.      Replace equipment and systems found inoperative or defective and re-test.

F.      Cleaning:

1.      See Section 01710.
2.      Apply touch-up paint as required to repair scratches and other marks.
3.      Replace nameplates damaged during installation.
4.      Thoroughly vacuum the interior of all enclosures to remove dirt and debris.

G.      Record Drawings:

1.      CONTRACTOR to maintain a marked up set of Contract Document Drawings showing actual installed circuit numbers, conduit sizes, cable tray routing, number of conductors, conductor sizes (other than #12) and all other deviations from the design drawings.
2.      Dimension on the Drawings from permanent, visible, building features all underground conduit and concealed items.
3.      Provide actual motor size, starter size, and heater size, along with all other protective equipment for all 480 V and 4160 V motor circuits as part of the one-line record drawings.
4.      Revise all conductor identification and circuit schedules to indicate as installed conditions.

## 3.3    DEMONSTRATION

A.      Demonstrate equipment in accordance with Section 01650.


***END OF SECTION***

## SECTION 16060
## GROUNDING

# PART 1 - GENERAL

## 1.1    SUMMARY

    A.    Section Includes:

        1.    Grounding.

## 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 13100 - Lightning Protection System.
        4.    Section 13105 – ESE Lighting Protection
        5.    Section 16010 - Electrical: Basic Requirements.
        6.    Section 16120 - Wire and Cable - 600 Volt and Below.
        7.    Section 16131 - Raceways.

## 1.3    QUALITY ASSURANCE

    A.    Assure ground continuity is continuous throughout the entire Project.

    B.    Referenced Standards:

        1.    American Society for Testing and Materials (ASTM):

            a.    B8, Standard Specification for Concentric-Lay-Stranded Copper Conductors, Hard, Medium-Hard, or Soft.

        2.    Institute of Electrical and Electronics Engineers (IEEE):

            a.    837, Qualifying Permanent Connections Used in Substation Grounding.

        3.    National Fire Protection Association (NFPA):

            a.    70, National Electric Code (NEC).

        4.    Underwriters Laboratories, Inc. (UL):

            a.    467, Electrical Grounding and Bonding Equipment.

## 1.4   SUBMITTALS

A.   Shop Drawings:

1.   See Section 16010.
2.   Fabrication and/or layout drawings:

a.   Plan drawing(s) showing type, size and locations of all grounding system equipment.Miscellaneous:

1.   Test reports: Ground rod and/or grounding system resistance test results.

## PART 2 - PRODUCTS

## 2.1   ACCEPTABLE MANUFACTURERS

A.   Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

1.   Ground rods and bars and grounding clamps, connectors and terminals:

a.   Burndy.
b.   Harger Lightning Protection.
c.   Heary Brothers.
d.   Joslyn.
e.   Robbins Lightning Protection.
f.   Thompson.
g.   Or equal.

2.   Exothermic weld connections:

a.   Burndy.
b.   Erico Products Inc., Cadweld.
c.   Harger Lightning Protection.
d.   Or equal.

3.   Prefabricated composite test stations:

a.   Quazite Composolite.
b.   Armorcast Products Company.
c.   Or equal.

  4. Fall-of-potential test device:

    a. "Ground Megger" device: James G. Biddle Co.
    b. Or equal.

B. Submit requests for substitution in accordance with Specification Section 01640.

## 2.2 COMPONENTS

A. Wire and Cable:

  1. Bare conductors: Soft drawn stranded copper meeting ASTM B8.
  2. Insulated conductors: Green colored insulation, per Section 16120.

B. Conduit: As specified in Section 16131.

C. Ground Bars:

  1. Solid copper, 1/4 IN thick, 2 or 4 IN wide and length as indicated
  2. Predrilled grounding lug mounting holes.
  3. Stainless steel or galvanized steel mounting brackets.
  4. Insulated standoffs.

D. Ground Rods:

  1. 3/4 IN x 10 FT, or as indicated on the Drawings.
  2. Copperclad:

    a. Heavy uniform coating of electrolytic copper molecularly bonded to a rigid steel core.
    b. Corrosion resistant bond between the copper and steel.
    c. Hard drawn for a scar-resistant surface.

E. Grounding Clamps, Connectors and Terminals:

  1. Mechanical type:

    a. Standards: UL 467.
    b. High copper alloy content.

  2. Compression type:

    a. Standards: UL 467, IEEE 837.
    b. High copper alloy content.
    c. Suitable for direct burial in earth or concrete.

F.    Exothermic Weld Connections:

    1.    Copper oxide reduction by aluminum process.
    2.    Molds properly sized for each application.

G.    Prefabricated Composite Material Test Stations:

    1.    Fiberglass reinforced polymer concrete.
    2.    Body and cover shall sustain a minimum vertical load test of 22,000 LBS over a 10 IN square or be H-20 rated per AASHTO.
    3.    Open bottom.
    4.    Stackable design as required for specified depth.
    5.    Cover shall have an engraved legend of "GROUND".


# PART 3 - EXECUTION


## 3.1    INSTALLATION

A.    General:

    1.    Install products in accordance with manufacturer's instructions.
    2.    Size conductors as required by NEC 250, except use larger size conductors where indicated on the Drawings.
    3.    Remove paint, rust, or other nonconducting material from contact surfaces before making ground connections.
    4.    Where ground conductors pass through floor slabs or building walls provide sleeves per Sections 01800 and 16131.
    5.    Do not splice grounding conductors except at ground rods.
    6.    Install ground rods and grounding conductors in firm soil outside of areas excavated during construction of the structure.

        a.    Provide excavation required for installation of ground rods and ground conductors.
        b.    Use driving studs or other suitable means to prevent damage to threaded ends of sectional rods.
        c.    Provide sufficient slack in grounding conductor to prevent conductor breakage during backfill or due to ground movement.
        d.    Backfill excavation completely, thoroughly tamping to provide good contact between backfill materials and ground rods and conductors.

06922-059-096
TBW Project No. 01302
Tampa Bay Regional Reservoir
16060 - 4
April 2002
Conformed

7.   Do not use exothermic welding if it will damage the structure the grounding conductor is being welded too.

B.   Facility Grounding Electrode System:

1.   Provide a grounding electrode system in accordance with NEC 250.
2.   Main grounding bar: 2 FT in length and mounted adjacent to service entrance electrical equipment.
3.   Bond the following to the service entrance electrical equipment ground bus using mechanical type connectors.

   a.   Service entrance electrical equipment:

      1)   Bare #3/0 AWG conductor.

   b.   Main water pipe:

      1)   Bare #3/0 AWG conductor.
      2)   Grounding conductor connected to the water pipe with mechanical type connectors.

   c.   Building steel:

      1)   Bare #3/0 AWG conductor.
      2)   Grounding conductor connected to the building steel with compression type connector or exothermic weld.

4.   Ground Ring Grounding System:

   a.   Ground ring consists of ground rods and a grounding conductor looped around the structure.
   b.   Placed at a minimum of 10 FT from the structure foundation and 2 FT-6 IN below grade.
   c.   Provide a minimum of four ground rods placed at the corners of the structure.
   d.   Structural Grounding:

      1)   Bond metal support columns to the ground ring at all corners of the structure.
      2)   Bond alternate metal support columns along the perimeter of the structure to the ground ring.

   e.   Grounding conductor:

      1)   Bare conductor, size as indicated on the Drawings.

        2)    Grounding conductor connected to the ground rods and metal support columns with compression type connector or exothermic weld.

    f.    Ground rod test stations:

        1)    Provided on ground rod were the building grounding electrode is connected.

        2)    Grounding conductors connected to ground rod with removable ground clamps.

C.    Supplemental Grounding Electrode:

    1.    Reference NFPA 70 (1999 NEC, 250-54)

    2.    Provide the following grounding in addition to the equipment ground conductor supplied with the feeder conductors.

    3.    Metal light poles:

        a.    Connect metal pole and pole base reinforcing steel to a ground rod.

        b.    Grounding conductor:  Bare #6 AWG conductor.

    4.    Motors 100 HP and larger:

        a.    Provide a bare #2/0 AWG conductor bolted to the motor frame and connected to the ground ring.

    5.    Ground cranes and hoists in accordance with NEC 610.

D.    Bonding of Miscellaneous Structures:

    1.    Reference NFPA 70 (1999 NEC, 250-104)

    2.    Other metal piping:

        a.    Connect in a daisy chain or radial fashion: interior hot and cold water piping system, process piping, fire sprinkler system service water pipe to the service entrance electrical equipment ground bus.

        b.    Bare #3/0 AWG conductor.

        c.    Grounding conductor connected to the pipes with mechanical type connectors.

    3.    Structural steel:

        a.    Provide additional bonding jumpers as required so that the exposed interior structural steel is interconnected.

    b.    Bare #3/0 AWG conductor.

    c.    Grounding conductor connected to the steel with compression type connector or exothermic weld.

4.    Lightning protection system:

    a.    Connect to ground ring.  See Section 13100 and 13105.

E.    Raceway Grounding:

1.    All metallic conduit shall be electrically continuous.
2.    All power raceways shall contain an equipment grounding conductor.
3.    Conductor insulation shall be identical to phase conductors.
4.    Provide grounding-type insulating bushings:

    a.    For all equipment not supplied with a conduit hub.

5.    Provide double locknuts at all panels.
6.    Bond all conduit, at entrance and exit of equipment, to the equipment ground bus or lug.
7.    Provide bonding jumpers if conduits are installed in concentric knockouts.
8.    Make all metallic raceway fittings and grounding clamps tight to ensure equipment grounding system will operate continuously at ground potential to provide low impedance current path for proper operation of overcurrent devices during possible ground fault conditions.
9.    Provide bonding jumpers identical in conductor size to the largest ground conductor run within the conduit.

F.    Equipment Grounding:

1.    Ground all equipment supplied from electrical equipment through the electrical equipment ground bus. Provide an equipment grounding conductor connected to the ground bus and equipment ground lug.
2.    Consider control devices (switches, indicating lights, meters, starters, relays, etc.) mounted in MCC's, switchgear, control panels, or other metal enclosures to be adequately grounded, if the enclosure ground lug or ground bus is properly grounded.
3.    Ground unused and spare power and control cable at both ends.

G.    Cable Tray (and Trough) Grounding:

1.    Make metal cable tray electrically continuous by one of the following methods:

    a.    Tray sections and fittings suitable for grounding purposes. Provide bonding jumpers at discontinuous joints.

    b.    Lay a grounding conductor within the tray for bonding of each individual tray section.

        1)    A minimum of one ground lug per tray section shall be provided.

        2)    The grounding conductor shall be:  Sized in accordance with the largest conductors run within the tray.

2.    Bond the tray or tray grounding conductor to every electrical equipment ground bus or telecomm backboard ground bus.

3.    Bond all conduits to the tray that extend the conductors to field equipment.

## 3.2    FIELD QUALITY CONTROL

A.    Leave grounding system uncovered until inspected by ENGINEER.

B.    Complete grounding system test: Resistance of 5 ohms or less.

C.    Test resistance of installed ground system after backfilling and before connection to any other grounded system including underground piping, utility services or other building ground systems.

1.    Test ground grid resistance by fall-of-potential method.

2.    Perform test at the ground rod test station.

**\*\*\*END OF SECTION\*\*\***

**SECTION 16120**
**WIRE AND CABLE - 600 VOLT AND BELOW**

## PART 1 - GENERAL

### 1.1    SUMMARY

    A.    Section Includes:

        1.    Building, control and instrumentation wire and cable (600 V and below).
        2.    Wire connectors.
        3.    Electrical tape.
        4.    Pulling lubricant.

### 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 16010 - Electrical: Basic Requirements.

### 1.3    QUALITY ASSURANCE

    A.    Referenced Standards:

        1.    Insulated Cable Engineers Association/National Electrical Manufacturers Association (ICEA/NEMA):

            a.    S-66-524/WC 7, Cross-Linked Thermosetting- Polyethylene-Insulated Wire and Cable for Transmission and Distribution of Electrical Energy.

        2.    National Fire Protection Association (NFPA):

            a.    70, National Electrical Code (NEC).

        3.    National Electrical Manufacturers Association (NEMA).

            a.    ICS 4, Terminal Blocks for Industrial Use.
        4.    Underwriters Laboratories, Inc (UL):

            a.    44, Thermoset-Insulated Wires and Cables.
            b.    83, Thermoplastic-Insulated Wires and Cables.

    c.    486A, Wire Connectors and Soldering Lugs for use with Copper Conductors.

    d.    486C, Splicing Wire Connectors.

    e.    510, Insulating Tape.

    f.    1581, Reference Standard for Electrical Wires, Cables, and Flexible Cords.

## 1.4   DEFINITIONS

A.    Cable: Multi-conductor, insulated, with outer sheath containing either building wire or instrumentation wire.

B.    Instrumentation Cable: Multiple conductor, insulated, twisted or untwisted, with outer sheath. The following are specific types of instrumentation cables:

    1.    Analog signal cable: Used for the transmission of low current (e.g. 4-20mA DC) or low voltage (e.g. 0-10V DC) signals, using No. 16 AWG and smaller conductors. Commonly used types are defined in the following:

        a.    TP: Twisted pair without shield.

        b.    TSP: Twisted-shielded pair.

        c.    TST: Twisted-shielded triad.

    2.    Digital signal cable: Used for the transmission of digital signals between computers, PLC's, RTU's, etc.

C.    Power Cable: Multi-conductor, insulated, with outer sheath containing building wire, No. 12 AWG and larger.

D.    Control Cable: Multi-conductor, insulated, with outer heath containing building wires, No. 16, No. 14 or No. 12 AWG.

E.    Building wire: Single conductor, insulated, with or without outer jacket depending upon type.

## 1.5   SUBMITTALS

A.    Shop Drawings:

    1.    See Section 16010.

## 1.6   DELIVERY, STORAGE, AND HANDLING

A.    See Section 16010.

## PART 2 - PRODUCTS

### 2.1   ACCEPTABLE MANUFACTURERS

A.   Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

   1.   Building wire, power and control cable.

      a.   American Insulated Wire Corporation.
      b.   Cablec Corporation.
      c.   Carol Cable Company, Inc.
      d.   Rome Cable Corporation.
      e.   Southwire Company.
      f.   Or equal.

   2.   Instrumentation cable.

      a.   Analog cable:

         1)   Alpha Wire Corporation.
         2)   American Insulated Wire Corporation.
         3)   Belden Wire and Cable.
         4)   Carol Cable Company.
         5)   Or equal.

   3.   Wire Connectors:

      a.   Burndy Corporation.
      b.   Buchanan.
      c.   Ideal.
      d.   Ilsco.
      e.   Minnesota Mining and Manufacturing Co.
      f.   Teledyne Penn Union.
      g.   Thomas and Betts.
      h.   Phoenix Contact.
      i.   Or equal.

   4.   Insulating Tape.

      a.   Minnesota Mining and Manufacturing Co.
      b.   Plymouth.
      c.   Or equal.

B.   Submit requests for substitution in accordance with Specification Section 01640.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
16120 - 3

April 2002
Conformed

## 2.2   MANUFACTURED UNITS

A.   Building wire:

   1.   Conductors shall be copper with 600 Volt rated insulation.

   2.   Surface mark with manufacturers name or trademark, conductor size, insulation type and UL label.

   3.   Conform to ICEA/NEMA S-66-524/WC 7 and UL 44 for type XHHW insulation.

B.   Power and control Cable:

   1.   Contains building wire as specified herein with an overall PVC jacket. Number of conductors as required.

   2.   Conform to NEC type TC.

C.   Instrumentation Cable:

   1.   Surface mark with manufacturers name or trademark, conductor size, insulation type and UL label.

   2.   Analog Cable:

      a.   Tinned copper conductors with 300 Volt insulation, twisted or twisted with 100 percent shield coverage with drain wire as required. PVC insulated with PVC jacket.

      b.   Conform to UL 83, UL 1581 and NEC type ITC.

   3.   Digital Cable:

      a.   As recommended by equipment (e.g. PLC, RTU) manufacturer.

D.   Wire Connectors:

   1.   Twist/Screw on type:

      a.   Insulated pressure or spring type solderless connector.

      b.   600 Volt rated.

      c.   Conform to UL 486C.

   2.   Compression and mechanical screw type:

      a.   600 Volt rated.

      b.   Conform to UL 486A.

3.    Terminal block type:

    a.    High density, screw-post barrier-type with white center marker strip
    b.    600 Volt and ampere rating as required, for power circuits.
    c.    600 Volt, 20 Ampere rated for control circuits.
    d.    300 Volt, 15 Ampere rated for instrumentation circuits.
    e.    Conform to NEMA ICS 4.

E.    Insulating Tape:

    1.    Pressure sensitive vinyl.
    2.    Premium grade.
    3.    Heat, cold, moisture, and sunlight resistant.
    4.    Thickness, depending on use conditions: 7, 8.5, or 10 mil.
    5.    For cold weather or outdoor location, tape must also be all-weather.
    6.    Comply with UL 510.

F.    Pulling Lubricant: Cable manufacturer's standard containing no petroleum or other products which will deteriorate insulation.


# PART 3 - EXECUTION

## 3.1    INSTALLATION

A.    Usage of Insulation Types:

    1.    Type XHHW insulated conductors shall be used for all wire, power and control cable applications.

B.    Conductor size limitations:

    1.    Feeder and branch power conductors shall not be smaller than No. 12 AWG unless otherwise indicated on the Drawings.
    2.    Control conductors shall not be smaller than No. 14 AWG unless otherwise indicated on th Drawings.
    3.    Instrumentation conductors shall not be smaller than No. 18 AWG unless otherwise indicated on the Drawings.

C.    Color code all wiring as follows:

1.　　Lighting and power wiring:

|  | 240/120 V, 208/120 V | 480 V, 480/277 V |
|---|---|---|
| Phase 1 | Black | Brown |
| Phase 2 | Red | Orange |
| Phase 3 | Blue | Yellow |
| Neutral | White | White |
| Ground | Green | Green |

2.　　For conductors #10 AWG and smaller, the insulation along the entire length shall have the indicated color. For larger conductors colored insulation or black insulation may be used. For black insulated conductors, 3 IN of colored tape applied at the end of the conductor shall be used to identify the conductor.

D.　　Install all wiring in raceway unless otherwise indicated on the Drawings.

E.　　Feeder, branch, control and instrumentation circuits shall not be combined in a raceway, cable tray, junction or pull box, except as permitted in the following:

1.　　Where specifically indicated on the Drawings.
2.　　Where field conditions dictate and written permission is obtained from the ENGINEER.
3.　　Feeder and branch power circuits shall be isolated from all control and instrumentation circuits.
4.　　Control circuits shall be isolated from feeder and branch power and instrumentation circuits. Combining of control circuits is permitted. The combinations shall comply with the following:

a.　　12 VDC, 24 VDC and 48 VDC may utilize a common raceway.
b.　　125 VDC shall be isolated from all other AC and DC circuits.
c.　　AC control circuits shall be isolated from all DC circuits.

5.　　Instrumentation circuits shall be isolated from feeder and branch power and control circuits. Combining of instrumentation circuits is permitted. The combinations shall comply with the following:

a.　　Analog signal circuits may utilize a common raceway.
b.　　Digital signal circuits may utilize a common raceway but isolated from analog signal circuits.

6.　　For lighting and receptacle circuits, multiple branch circuits may be installed in a raceway as allowed by the NEC, with the wire derated in

ampacity in accordance with the requirements of the NEC. Raceway fill shall not exceed the limits established by the NEC.

F.    Ground the drain wire of shielded cables at one end only. The preferred grounding location is at the load, not at the source.

G.    Splices and taps for the following circuit types shall be made in the indicated enclosure type using the indicated method.

    1.    Feeder and branch power circuits.

        a.    Device outlet boxes:

            1)    Twist/screw on type connectors.

        b.    Junction and pull boxes and wireways:

            1)    Twist/screw on type connectors for use on #8 and smaller wire.
            2)    Compression, mechanical screw or terminal block or terminal strip type connectors for use on #6 AWG and larger wire.

        c.    Motor terminal boxes:

            1)    Twist/screw on type connectors for use on #10 AWG and smaller wire.
            2)    Mechanical screw type connectors for use on #8 AWG and larger wire.

        d.    Manholes or handholes: Twist/screw on type connectors pre-filled with epoxy.

            1)    Twist/screw on type connectors pre-filled with epoxy for use on #8 AWG and smaller wire.
            2)    Watertight compression or mechanical screw type connectors for use on #6 AWG and larger wire.

    2.    Control circuits.

        a.    Junction and pull boxes: Terminal block type connector.
        b.    Manholes or handholes: Twist/screw on type connectors pre-filled with epoxy.
        c.    Control panels and motor control centers: Terminal block or strips provided within the equipment or field installed within the equipment by the contractor.

3.   Instrumentation circuits can be spliced where field conditions dictate and written permission is obtained from the ENGINEER. Maintain electrical continuity of the shield when splicing twisted shielded conductors.

   a.   Junction and pull boxes: Terminal block type connector.
   b.   Control panels and motor control centers: Terminal block or strip provided within the equipment or field installed within the equipment by the contractor.

4.   Non-insulated compression and mechanical screw type connectors shall be insulated with tape or hot or cold shrink type insulation.
5.   Ground both ends of spare wires.

H.   Insulating Tape Usage:

1.   For insulating connections of #8 AWG wire and smaller: 7 mil vinyl tape.
2.   For insulating splices and taps of #6 AWG wire or larger: 10 mil vinyl tape.
3.   For insulating connections made in cold weather or in outdoor locations: 8.5 mil, all weather vinyl tape.


**\*\*\*END OF SECTION\*\*\***

## SECTION 16130
## OUTLET, PULL AND JUNCTION BOXES

# PART 1 - GENERAL

## 1.1    SUMMARY

    A.    Section Includes:

        1.    Outlet, pull and junction boxes.

## 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 09905 - Painting and Protective Coatings.
        4.    Section 16010 - Electrical: Basic Requirements.
        5.    Section 16060 - Grounding.
        6.    Section 16131 - Raceways.
        7.    Section 16140 - Wiring Devices.

## 1.3    QUALITY ASSURANCE

    A.    Referenced Standards:

        1.    National Electrical Manufacturers Association (NEMA):

            a.    250, Enclosures for Electrical Equipment (1000 Volts Maximum).
            b.    OS 1, Sheet-Steel Outlet Boxes, Device Boxes, Covers, and Box Supports.

        2.    Underwriters Laboratories, Inc. (UL):

            a.    50, Enclosures for Electrical Equipment.
            b.    514A, Metallic Outlet Boxes.
            c.    886, Outlet Boxes and Fittings for Use in Hazardous (Classified) Locations.

## 1.4    SUBMITTALS

    A.    Shop Drawings:

        1.    See Section 16010.  Identify dimensional size of pull and junction boxes to be used.

---

1.5    DELIVERY, STORAGE, AND HANDLING

A.    See Section 16010.


PART 2 - PRODUCTS

2.1    ACCEPTABLE MANUFACTURERS

A.    Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

1.    Appleton Electric Co.
2.    Crouse-Hinds.
3.    Killark.
4.    O-Z/Gedney.
5.    Steel City.
6.    Raco.
7.    Bell.
8.    Hoffman Engineering Co.
9.    Wiegmann.
10.   B-Line Circle.
11.   Or equal.

B.    Submit requests for substitution in accordance with Specification Section 01640.


2.2    OUTLET BOXES

A.    Metallic Outlet Boxes:

1.    Hot-dip galvanized steel.
2.    Conduit knockouts and grounding pigtail.
3.    Styles:

a.    2 IN x 3 IN rectangle.
b.    4 IN square.
c.    4 IN octagon.
d.    Masonry/tile.

4.    Accessories:

a.    Flat blank cover plates.
b.    Barriers.
c.    Extension, plaster or tile rings.
d.    Box supporting brackets in stud walls.
e.    Adjustable bar hangers.

5.       Standards: NEMA OS 1, UL 514A.

B.     Cast Outlet Boxes:

    1.      Zinc plated cast iron or die-cast copper free aluminum with manufacturers standard finish.
    2.      Threaded hubs and grounding screw.
    3.      Styles:

        a.     "FS" or "FD".
        b.     "Bell".
        c.     Single or multiple gang and tandem.
        d.     "EDS" or "EFS" for hazardous locations.

    4.      Accessories: 40 mil PVC exterior coating and 2 mil urethane interior coating.
    5.      Standards: UL 514A and 886.

C.     See Section 16140 for wiring devices, wallplates and coverplates.

## 2.3   PULL AND JUNCTION BOXES

A.     NEMA 1 rated:

    1.      Body and cover: 14 GA, galvanized steel or steel finished with rust inhibiting primer and manufacturers standard paint inside and out.
    2.      With or without concentric knockouts on four sides.
    3.      Flat cover fastened with screws.

B.     NEMA 4X rated (metallic):

    1.      Body and cover: 14 GA Type 304 or 316 stainless steel.
    2.      Seams continuously welded and ground smooth.
    3.      No knockouts.
    4.      External mounting flanges.
    5.      Hinged door and stainless steel screws and clamps.
    6.      Door with oil-resistant gasket.

C.     Miscellaneous Accessories:

    1.      Rigid handles for covers larger than 9 SF or heavier than 25 LBS.
    2.      Split covers when heavier than 25 LBS.
    3.      Weldnuts for mounting optional panels and terminal kits.
    4.      Terminal blocks: Screw-post barrier-type, rated 600 volt and 20-ampere minimum.

D.     Standards: NEMA 250, UL 50.

## PART 3 - EXECUTION

### 3.1    INSTALLATION

A.    General:  Install products in accordance with manufacturer's instructions.

    1.    See Section 16010 and the Drawings for area classifications.

    2.    Fill unused punched-out, tapped, or threaded hub openings with insert plugs.

    3.    Paint boxes in accordance with Section 09905.

    4.    Size boxes to accommodate quantity of conductors enclosed and quantity of conduits connected to the box.

B.    Outlet Boxes:

    1.    Permitted uses of metallic outlet boxes.

        a.    Housing of wiring devices:

            1)    Recessed in all stud framed walls and ceilings.

            2)    Recessed in poured concrete, concrete block and brick walls of an architecturally finished areas and exterior building walls.

        b.    Pull or junction box:

            1)    Above gypsum wall board or acoustical tile ceilings.

            2)    Above 10 FT in an architecturally finished area where there is no ceiling.

            3)    Above 10 FT in dry non-architecturally finished areas.

    2.    Permitted uses of cast outlet boxes:

        a.    Housing of wiring devices surface mounted in non-architecturally finished dry, wet corrosive, highly corrosive and hazardous areas.

        b.    Pull and junction box surface mounted in non-architecturally finished dry, wet corrosive and highly corrosive.

    3.    Mount device outlet boxes where indicated on the Drawings and at heights as scheduled in Section 16010.

    4.    Set device outlet boxes plumb and vertical to the floor.

    5.    Outlet boxes recessed in walls:

        a.    Install with appropriate stud wall support brackets or adjustable bar hangers so that they are flush with the face of the wall.

      b.      Locate in ungrouted cell of concrete block with bottom edge of box flush with bottom edge of block and flush with the face of the block.

6.     Place barriers between switches in boxes with 277 V switches on opposite phases.

7.     Back-to-back are not permitted.

8.     Cast outlet boxes in highly corrosive areas shall be PVC coated in the same manner as the conduit.

C.    Pull and Junction Boxes:

1.     Install pull or junction boxes in conduit runs where indicated or required to facilitate pulling of wires or making connections. Make covers of boxes accessible.

2.     Permitted uses of NEMA 1 enclosure:

      a.      Pull or junction box surface mounted above removable ceiling tiles of an architecturally finished area.

      b.      Pull or junction box surface mounted above 10 FT in areas designated as dry in architecturally and non-architecturally finished areas.

      c.      Pull or junction box surface mounted in areas designated as dry in architecturally and non-architecturally finished areas.

3.     Permitted uses of NEMA 4X metallic enclosures:

      a.      Pull or junction box surface mounted in areas designated as wet and/or corrosive.

      b.      PVC coating in corrosive and highly corrosive areas when PVC coated conduit is used.

**\*\*\*END OF SECTION\*\*\***

**THIS SPACE WAS INTENTIONALLY LEFT BLANK**

# SECTION 16131
# RACEWAYS

## PART 1 - GENERAL

### 1.1    SUMMARY

    A.    Section Includes:

        1.    Conduits.
        2.    Conduit fittings.
        3.    Conduit supports.

### 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 03431 - Precast and Prestressed Concrete.
        4.    Section 05505 - Metal Fabrications.
        5.    Section 09905 - Painting and Protective Coatings.
        6.    Section 16010 - Electrical: Basic Requirements.

### 1.3    QUALITY ASSURANCE

    A.    Referenced Standards:

        1.    American National Standards Institute (ANSI):

            a.    C80.1, Rigid Steel Conduit - Zinc-Coated.
            b.    C80.3, Electrical Metallic Tubing - Zinc-Coated

        2.    American Society for Testing and Materials (ASTM):

            a.    A123, Standard Specification for. Zinc Coating (Hot-Dip Galvanized) Coatings on Iron and Steel Products.
            b.    A153, Standard Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware.
            c.    D1784, Standard Specification for Rigid Poly Vinyl Chloride (PVC) Compounds and Chlorinated Poly Vinyl Chloride (CPVC) Compounds.
            d.    D2564, Solvent Cements for (PVC) Plastic Pipe, Tubing, and Fittings.
            e.    E84, Standard Test Method for Surface Burning Characteristics of Building Materials.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
16131 - 1

April 2002
Conformed

   f. (ANSI/ASTM) F512, Standard Specification for Smooth-Wall Poly Vinyl Chloride (PVC) Conduit and Fittings for Underground Installation.

 3. ETL Testing Laboratories, Inc (ETL).

 4. National Electrical Manufacturers Association (NEMA):

   a. RN-1, Polyvinyl-Chloride (PVC) Externally Coated Galvanized Rigid Steel Conduit and Intermediate Metal Conduit.

   b. TC-2, Electrical Plastic Tubing (EPT) and Conduit (EPC-40 and EPC-80).

   c. TC-3, PVC Fittings for Use with Rigid PVC Conduit and Tubing.

   d. 250, Enclosures for Electrical Equipment (1000 Volts Maximum).

 5. National Fire Protection Association (NFPA):

   a. 70, National Electrical Code (NEC).

 6. Underwriters Laboratories Inc (UL):

   a. 1, Flexible Metal Conduit.

   b. 6, Rigid Metal Conduit.

   c. 94, Test for Flammability of Plastic Materials for Parts in Devices and Appliances.

   d. 360, Liquid-Tight Flexible Steel Conduit.

   e. 467, Grounding and Bonding Equipment.

   f. 514B, Fittings for Cable and Conduit.

   g. 651, Schedule 40 and 80 Rigid PVC Conduit.

   h. 797, Safety Electrical Metallic Tubing.

## 1.4 SUBMITTALS

A. Shop Drawings:

 1. See Section 16010.

 2. Fabrication and/or layout drawings:

   a. Proposed routing of raceways buried under slabs-on-grade floors. Identify conduit by tag number of equipment served or by circuit schedule number.

   b. Proposed routing and details of construction, including raceway and rebar, for raceways embedded in floor slabs, walls and columns. Identify conduit by tag number of equipment served or by circuit schedule number.

      c.     Proposed location and details of construction for openings in slabs and walls for raceway runs.

## 1.5   DELIVERY, STORAGE, AND HANDLING

    A.    See Section 16010.

## PART 2 - PRODUCTS

## 2.1   ACCEPTABLE MANUFACTURERS

    A.    Subject to compliance with the Contract Documents, the following manufacturers are acceptable.

        1.    Rigid metallic conduits.

            a.     Allied Tube and Conduit Corporation.
            b.     Triangle PWC Inc.
            c.     Western Tube and Conduit Corporation.
            d.     Wheatland Tube Company.
            e.     LTV Steel Company.
            f.     Or equal.

        2.    PVC coated rigid metallic conduits and repair kits.

            a.     Occidental Coating Company.
            b.     Perma-Cote.
            c.     Rob-Roy Ind.
            d.     Raychem "GelTek" tape.
            e.     Or equal.

        3.    Rigid non-metallic conduit.

            a.     Carlon.
            b.     Certainteed Corporation.
            c.     Canadian General Electric Company.
            d.     Western Plastics Corporation.
            e.     Or equal.

        4.    Flexible conduit.

            a.     Anamet, Inc.
            b.     International Metal Hose Company.
            c.     Flexible Metal Hose Company.
            d.     Triangle PWC Inc.
            e.     LTV Steel Company.
            f.     Or equal.

5.      Conduit Fittings and accessories.

    a.     Appleton.
    b.     Carlon.
    c.     Crouse-Hinds.
    d.     Killark.
    e.     OZ Gedney Company.
    f.     RACO.
    g.     Steel City.
    h.     Thomas and Betts.
    i.     Western Plastics Company.
    j.     Or equal.

6.      Conduit support systems.

    a.     Unistrut Building Systems.
    b.     B-Line Systems Inc.
    c.     Kindorf.
    d.     Minerallac Fastening Systems.
    e.     Caddy.
    f.     Or equal.

B.     Substitution: Submit requests for substitution in accordance with Specification Section 01640.

## 2.2   RIGID METALLIC CONDUITS

A.     Rigid galvanized steel conduit (RGS):

1.      Mild steel with continuous welded seam.
2.      Metallic zinc applied by hot-dip galvanizing or electro-galvanizing. Threads galvanized after cutting.
3.      Internal Coating: Baked lacquer, varnish or enamel for a smooth surface.
4.      Standards: ANSI C80.1, UL 6.

B.     PVC-Coated rigid steel conduit (PVC-RGS):

1.      Nominal 40 mil Polyvinyl Chloride Exterior Coating:

    a.     Coating: Bonded to hot-dipped galvanized rigid steel conduit conforming to ANSI C80.1.
    b.     The bond between the PVC coating and the conduit surface: Greater than the tensile strength of the coating.

2.      Nominal 2 mil, minimum, urethane interior coating.
3.      Urethane coating on threads.

4.    Conduit: Epoxy prime coated prior to application of PVC and urethane coatings.

5.    Female Ends: Have a plastic sleeve extending a minimum of 1 pipe diameter or 2 IN, whichever is less beyond the opening. The inside diameter of the sleeve shall be the same as the outside diameter of the conduit to be used with it.

6.    Standards: ANSI C80.1, UL 6, NEMA RN-1.

C.    Electrical metallic tubing (EMT):

1.    Mild steel with continuous welded seam.

2.    Metallic zinc applied by hot-dip galvanizing or electro-galvanizing.

3.    Internal Coating: Baked lacquer, varnish, or enamel for a smooth surface.

4.    Standards: ANSI C80.3, UL 797.

## 2.3    RIGID NON-METALLIC CONDUIT

A.    Schedules 40 (PVC-40) and 80 (PVC-80):

1.    Polyvinyl-chloride (PVC) plastic compound which meets, as a minimum, ASTM D1784 cell classification PVC 12233-A, B, or C.

2.    Rated for direct sunlight exposure.

3.    Fire retardant and low smoke emission.

4.    Shall be suitable for use with 90 DegC wire and shall be marked "maximum 90 DegC".

5.    Standards: ASTM D1784, NEMA TC-2, UL 651.

## 2.4    FLEXIBLE CONDUIT

A.    Flexible galvanized steel conduit (FLEX):

1.    Formed of continuous, spiral wound, hot-dip galvanized steel strip with successive convolutions securely interlocked.

2.    Standard: UL 1.

B.    PVC-Coated flexible galvanized steel (liquid-tight) conduit (FLEX-LT):

1.    Core formed of continuous, spiral wound, hot-dip galvanized steel strip with successive convolutions securely interlocked.

2.    Extruded PVC outer jacket positively locked to the steel core.

3.    Liquid and vaportight.

4.    Standard: UL 360.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
16131 - 5

April 2002
Conformed

**2.5     WIREWAY**

A.    General.

1.    Suitable for lay-in conductors.
2.    Designed for continuous grounding.
3.    Covers:

a.    Hinged or removable in accessible areas.
b.    Non-removable when passing through partitions

4.    Finish: Rust inhibiting primer and manufacturers standard paint inside and out except for stainless steel type.
5.    Standards: UL 870, NEMA 250.

B.    General Purpose (NEMA 1 rated) Wireway:

1.    14 or 16 gage steel without knockouts.
2.    Cover: Solid and held in place by captive screws.

C.    Watertight (NEMA 4X rated) Wireway:

1.    14 gage Type 304 or 316 stainless steel bodies and covers with out knockouts and 10 gage stainless steel flanges.
2.    Cover: Fully gasketed and held in place with captive clamp type latches.
3.    Flanges: Fully gasketed and bolted.

D.    Dusttight (NEMA 12 rated) Wireway:

1.    14 gage steel bodies and covers without knockouts and 10 gage steel flanges.
2.    Cover: Fully gasketed and held in place with captive clamp type latches.
3.    Flanges: Fully gasketed and bolted.

**2.6     CONDUIT FITTINGS AND ACCESSORIES**

A.    Fittings for Use with RGS :

1.    Locknuts:

a.    Threaded steel or malleable iron.
b.    Gasketed or nongasketed.
c.    Grounding or non-grounding type.

2.    Bushings:

    a.    Threaded, insulated metallic.

    b.    Grounding or non-grounding type.

3.    Hubs: Threaded, insulated and gasketed metallic for raintight connection.

4.    Couplings:

    a.    Threaded straight type: Same material and finish as the conduit with which they are used on.

    b.    Threadless type: Gland compression or self-threading type, concrete tight.

5.    Unions:

    a.    Threaded galvanized steel or zinc plated malleable iron.

6.    Conduit bodies (elbows and tees):

    a.    Body: Zinc plated cast iron or cast copper free aluminum with threaded hubs.

    b.    Standard and mogul size.

    c.    Cover: Clip-on type with stainless steel screws. Gasketed or non-gasketed galvanized steel, zinc plated cast iron or cast copper free aluminum.

7.    Conduit bodies (round):

    a.    Body: Zinc plated cast iron or cast copper free aluminum with threaded hubs.

    b.    Cover: Threaded screw on type, gasketed, galvanized steel, zinc plated cast iron or cast copper free aluminum.

8.    Sealing fittings:

    a.    Body: Zinc plated cast iron or cast copper free aluminum with threaded hubs.

    b.    Standard and mogul size.

    c.    With or without drain and breather.

    d.    Fiber and sealing compound: UL listed for use with the sealing fitting.

9.    Service entrance head.

    a.    Malleable iron, galvanized steel or copper free aluminum.

    b.    Insulated knockout cover for use with a variety of sizes and number of conductors.

10.   Expansion couplings:

    a.   2 IN nominal straight-line conduit movement in either direction.
    b.   Galvanized steel with insulated bushing.
    c.   Gasketed for wet locations.
    d.   Internally or externally grounded.

11.   Expansion/deflection couplings:

    a.   3/4 IN nominal straight-line conduit movement in either direction.
    b.   30-degree nominal deflection from the normal in all directions.
    c.   Metallic hubs, neoprene outer jacket and stainless steel jacket clamps.
    d.   Internally or externally grounded.
    e.   Watertight, raintight and concretetight.

12.   Standards: UL 467, 514B, 886.

B.   Fittings for Use with PVC-RGS:

1.   The same material and construction as those fittings listed under paragraph "Fittings for Use with RGS" and coated as defined under paragraph "PVC Coated Rigid Steel Conduit (PVC-RGS)."

C.   Fittings for Use with EMT:

1.   Connectors:

    a.   Straight, angle and offset types furnished with locknuts.
    b.   Zinc plated steel.
    c.   Insulated gland compression type.
    d.   Concrete and raintight.

2.   Couplings:

    a.   Zinc plated steel.
    b.   Gland compression type.
    c.   Concrete and raintight.

3.   Conduit bodies (elbows and tees):

    a.   Body: Copper free aluminum with set screw.
    b.   Standard and mogul size.
    c.   Cover: Screw down type with steel screws. Gasketed or non-gasketed galvanized steel or copper free aluminum.

4. Standard: UL 514B.

D. Fittings for Use with FLEX:

 1. Connector:

  a. Zinc plated malleable iron.
  b. Squeeze or clamp-type.

 2. Standard: UL 514B.

E. Fittings for Use with FLEX-LT:

 1. Connector:

  a. Straight or angle type.
  b. Metal construction, insulated and gasketed.
  c. Composed of locknut, grounding ferrule and gland compression nut.
  d. Liquidtight.

 2. Standard: UL 476, 514B.

F. Fittings for Use with Rigid Non-Metallic Conduit:

 1. Coupling and adapters shall be of the same material, thickness, and construction as the conduits with which they are used.
 2. Standards: UL 651, NEMA TC-2.
 3. Solvent cement for welding fittings shall be supplied by the same manufacturer as the conduit and fittings.

  a. Standard: ASTM D2564.

## 2.7 CONDUIT SUPPORT SYSTEMS

A. Multi-conduit surface or trapeze type support:

 1. Material requirements.

  a. Galvanized steel: ASTM A123 or ASTM A153.
  b. Stainless steel: AISI Type 316.
  c. PVC coat galvanized steel: ASTM A123 or ASTM A153 and 20 mil PVC coating.

B. Single conduit support fasteners:

 1. Material requirements.

  a. Zinc plated steel.
  b. Stainless steel.
  c. Malleable iron.

      d.     PVC coat malleable iron or steel: 20 mil PVC coating.
      e.     Steel protected with zinc phosphate and oil finish.

## 2.8  OPENINGS AND PENETRATIONS IN WALLS AND FLOORS

A.    Sleeves, smoke and fire stop fitting through walls and floors:

    1.    See Section 01800.

## 2.9  ALL RACEWAY AND FITTINGS

A.    Mark Products:

    1.    Identify the nominal trade size on the product.
    2.    Stamp with the name or trademark of the manufacturer.

## PART 3 - EXECUTION

## 3.1  GENERAL INSTALLATION

A.    Shall be in accordance with the requirements of NFPA 70.

B.    Size of Raceways:

    1.    Raceway sizes are shown on the Drawings, if not shown on the Drawings, then size in accordance with NFPA 70.
    2.    Unless specifically indicated otherwise, the minimum raceway size shall be:

      a.     Conduit: 3/4 IN.
      b.     Wireway: 2.5 IN x 2.5 IN.

C.    Field Bending and Cutting of Conduits:

    1.    Utilize tools and equipment recommended by the manufacturer of the conduit, designed for the purpose and the conduit material to make all field bends and cuts.
    2.    Do not reduce the internal diameter of the conduit when making conduit bends.
    3.    Prepare tools and equipment to prevent damage to the PVC coating.
    4.    Degrease threads after threading and apply a zinc rich paint.
    5.    Debur interior and exterior after cutting.

D.    Male threads of conduit systems shall be coated with an electrically conductive anti-seize compound.

E.   The protective coating integrity of conduits, fittings, and accessories shall be maintained.

  1.   Repair RGS utilizing a zinc rich paint.
  2.   Repair PVC-RGS utilizing a patching compound, of the same material as the coating, provided by the manufacturer of the conduit; or a self-adhesive, highly conformable, cross-linked silicone composition strip, followed by a protective coating of vinyl tape. The total nominal thickness: 40 mil.
  3.   Repair surfaces which will be inaccessible after installation prior to installation.

F.   Remove moisture and debris from conduit before wire is pulled into place.

  1.   Pull mandrel with diameter nominally 1/4 IN smaller than the interior of the conduit, to remove obstructions.
  2.   Swab conduit by pulling a clean, tight-fitting rag through the conduit.
  3.   Tightly plug ends of conduit with tapered wood plugs or plastic inserts until wire is pulled.

G.   Only nylon or polyethylene rope shall be used to pull wire and cable in conduit systems.

H.   Fill openings in walls, floors, and ceilings and finish flush with surface.

  1.   See Section 01800.

I.   Painting:

  1.   See Section 09905.
  2.   Painting shall not be required:

    a.   Of conduits above suspended ceilings.
    b.   Of conduits in crawl spaces.
    c.   Of fiberglass conduit support systems.

## 3.2   RACEWAY ROUTING

A.   Raceways shall be routed in the field unless otherwise indicated.

  1.   Conduit and fittings shall be installed, as required, for a complete system that has a neat appearance and is in compliance with all applicable codes.
  2.   Run in straight lines parallel to or at right angles to building lines.
  3.   Do not route conduits through areas of high ambient temperature or radiant heat.

    4.    Conduit shall not interfere with, or prevent access to, piping, valves, ductwork, or other equipment for operation, maintenance and repair.

    5.    Provide pull boxes or conduit bodies as needed so that there is a maximum of 360 degrees of bends in the conduit run.

B.    All rigid conduits within a structure shall be installed exposed except as follows:

    1.    Concealed above gypsum wall board or acoustical tile suspended ceilings.

    2.    Concealed within stud frame, poured concrete, concrete block and brick walls of an architecturally finished area.

    3.    Embedded in floor slabs or buried under floor serving equipment in non-architecturally finished areas that are not located on or near a wall or column and the ceiling height is greater than 12 FT.

C.    Maintain minimum spacing between parallel conduit and piping runs in accordance with the following:

    1.    Between instrumentation and telecommunication: 1 IN.

    2.    Between instrumentation and 125V, 48V and 24V DC, 2 IN.

    3.    Between instrumentation and 600V and less AC power or control: 6 IN.

    4.    Between instrumentation and greater than 600V AC power: 12 IN.

    5.    Between telecommunication and 125V, 48V and 24V DC, 2 IN.

    6.    Between telecommunication and 600V and less AC power or control: 6 IN.

    7.    Between telecommunication and greater than 600V AC power: 12 IN.

    8.    Between 125V, 48V and 24V DC and 600V and less AC power or control: 2 IN.

    9.    Between 125V, 48V and 24V DC and greater than 600V AC power: 2 IN.

    10.    Between 600V and less AC and greater than 600V AC: 2 IN.

    11.    Between process, gas, air and water pipes: 6 IN.

D.    Conduits shall be installed to eliminate moisture pockets. Where water cannot drain to openings, provide drain fittings in the low spots of the conduit run.

E.    Conduit shall not be routed on the exterior of structures except as specifically indicated on the Drawings.

F.    Where sufficient room exists within the housing of roof-mounted equipment, the conduit shall be stubbed up inside the housing.

G.    Provide all required openings in walls, floors, and ceilings for conduit penetration.

    1.    See Section 01800.

H.  Conduit embedded in columns and floor slabs or buried under slab-on-grade:

    1.  Run in the most direct, practical route.
    2.  Not to be installed under equipment pads.
    3.  No crossovers.
    4.  Secured in place to prevent movement during the backfill and pour.

I.  Conduits and accessories embedded in concrete where shown on the Contract Drawings:

    1.  Shall not be considered to replace structurally the displaced concrete except as indicated in the following:

        a.  Conduit and fittings shall not displace more than 4 percent of the area of the cross-section of a column on which stress is calculated or which is required for fire protection.
        b.  Size and locate sleeves or conduits passing through floors, walls, or beams so as not to significantly impair the strength of the construction.
        c.  Sleeves or conduits passing through floors, walls or beams may be considered as replacing the displaced concrete structurally in compression.

            1)  Shall not be exposed to rusting or other deterioration.
            2)  Nominal inside diameter shall not exceed 2 IN.
            3)  Minimum spacing: 3 DIA OC.

    2.  Shall not be larger in outside diameter than one-third the thickness of the slab, column or beam.
    3.  Shall have a minimum spacing of 3 DIA OC.
    4.  In reinforced concrete construction:

        a.  Conduit shall not be run in beams.
        b.  Place conduit after reinforcing steel has been laid.
        c.  The reinforcement steel shall not be displaced by the conduit.
        d.  Provide a minimum of 1-1/2 IN of cover over conduit, excluding surface finish.
        e.  Conduits parallel to main reinforcement shall be run near the center of the wall.
        f.  Conduits perpendicular to main reinforcement shall be run midway between wall or slab supports.

## 3.3  RACEWAY APPLICATIONS:

A.  Raceway types to be used per wire or cable types:

1. Power wire or cables: All raceway types.
2. Control wire or cables: All raceway types.
3. Instrumentation cables: Metallic raceway non-metallic may be used underground.
4. Motor leads from a VFD: Metallic conduits except EMT.
5. Telecommunication cables: All raceway types.

B. Raceway types to be used per the following area designations.

1. Dry areas:

   a. RGS.
   b. EMT above 10 FT.
   c. FLEX.
   d. FLEX-LT.
   e. NEMA 1 rated wireway.
   f. NEMA 12 rated wireway.

2. Wet areas:

   a. PNC-RGS.
   b. FLEX-LT.
   c. NEMA 4 rated wireway.

C. Raceway types to be used per the following raceway routing locations:

1. In stud framed walls:

   a. RGS.
   b. EMT.

2. In concrete block or brick walls:

   a. RGS.
   b. PVC-40.

3. Above ceilings:

   a. RGS.
   b. EMT.
   c. FLEX.
   d. FLEX-LT.
   e. NEMA 1 rated wireway.

4. Embedded in poured concrete walls and floors.

   a. PVC-40.
   b. PVC-RGS when emerging from concrete.

    5.      Beneath floor slab:

           a.      PVC-40.
           b.      PVC-RGS when emerging from concrete.

    6.      Direct buried conduits and duct banks:

           a.      PVC-80.
           b.      PVC-RGS for bends greater than 20 deg.

    7.      Concrete encased duct banks:

           a.      PVC-40.
           b.      RGS for bends greater than 20 deg.

D.    FLEX conduits shall be installed for connections to light fixtures, HVAC equipment and other similar devices above the ceilings. The maximum length shall not exceed:

    1.      6 FT to light fixtures.
    2.      3 FT to all other equipment.

E.    FLEX-LT conduits shall be install as the final conduit connection to light fixtures, motors, electrically operated valves, instrumentation primary elements, and other electrical equipment that is liable to vibrate. The maximum length shall not exceed:

    1.      6 FT to light fixtures.
    2.      3 FT to motors.
    3.      2 FT to all other equipment.

F.    HAZ-FLEX coupling shall be installed as the final conduit to motors, electrically operated valves, instrumentation primary elements and electrical equipment that is liable to vibrate. The maximum length shall not exceed:

    1.      3 FT to motors.
    2.      2 FT to all other equipment.

G.    NEMA 1 rated wireway:

    1.      Surface mounted above removable ceilings tiles of an architecturally finished area.

H.    NEMA 4 rated wireway:

    1.      Surface mounted in areas designated as wet and or corrosive.

I.    NEMA 12 rated wireway:

    1.    Surface mounted in areas designated as dry in architecturally and non-architecturally finished areas.

J.    Underground conduit: See Section 16135.

K.    Under floor raceway as indicated on the Drawings.

## 3.4    CONDUIT FITTINGS AND ACCESSORIES

A.    Conduit Seals:

    1.    Installed in conduit systems located in hazardous areas as required by the NFPA 70.

B.    Rigid non-metallic conduit and fittings shall be joined utilizing solvent cement.

    1.    Immediately after installation of conduit and fitting, the fitting or conduit shall be rotated 1/4 turn to provide uniform contact.

C.    Install expansion fittings:

    1.    Where conduits span structural expansions joints.
    2.    Where conduits are exposed to the sun and conduit run is greater than 200 FT.
    3.    Where as identified on the Drawings.

D.    Install expansion/deflection fittings:

    1.    Where conduits enter a structure.

        a.    Except electrical manholes and handholes.
        b.    Except where the ductbank is tied to the structure with rebar.

    2.    Elsewhere as identified on the Drawings.

E.    Threaded connections shall be made wrench-tight.

F.    Conduit joints shall be watertight.

    1.    Where subjected to possible submersion.
    2.    In areas classified as wet.
    3.    Underground.

G.   Terminate conduits:

1.   In outlet boxes.

   a.   With an insulated grounding bushing and locknut.
   b.   With an insulated compression type connector.

2.   In NEMA 1 rated enclosures:

   a.   With an insulated grounding bushing and locknut.

3.   In NEMA 12 rated enclosures:

   a.   With an insulated grounding bushing a gasketed locknut.

4.   In NEMA 4X rated enclosures:

   a.   With a threaded, insulated and gasketed hub.

5.   When stubbed up through the floor into floor mount equipment:

   a.   With an insulated grounding bushing.

H.   Threadless couplings shall only be used to join new RGS to existing RGS conduit when the existing conduit end is not threaded and it is not practical or possible to cut threads on the existing conduit with a pipe threader.

## 3.5   CONDUIT SUPPORT:

A.   Multi-conduit surface or trapeze type support system to be used per the following area designations and conduit types:

1.   Dry or wet areas:

   a.   Galvanized system consisting of: Galvanized steel channels and fittings, nuts and hardware and conduit clamps.
   b.   Aluminum system consisting of: Aluminum channels and fittings with stainless steel nuts and hardware and conduit clamps.

2.   Conduit type shall be compatible with the support system material.

   a.   Galvanized steel system may be used with RGS and EMT.
   b.   Stainless steel system may be used with RGS and PVC-RGS.
   c.   PVC coated galvanized steel system may be used with PVC-RGS, PVC-40 and PVC-80.

        d.      Fiberglass system may be used with PVC-40, PVC-80 and PVC-RGS.

B.    Single conduit support fasteners to be used per the following area designations and conduit types:

    1.    Architecturally finished areas:

        a.      Material: Zinc plated steel, or steel protected with zinc phosphate and oil finish.
        b.      Types of fasteners: Spring type hangers and clips, straps, hangers with bolts, clamps with bolts and bolt on beam clamps.
        c.      Provide anti-rattle conduit supports when conduits are routed through metal studs.

    2.    Dry or wet areas:

        a.      Material: Zinc plated steel, stainless steel and malleable iron.
        b.      Types of fasteners: Straps, hangers with bolts, clamps with bolts and bolt on beam clamps.

    3.    Conduit type shall be compatible with the support fastener material.

        a.      Zinc plated steel, steel protected with zinc phosphate and oil finish and malleable iron fasteners may be used with RGS and EMT.
        b.      Stainless steel system may be used with RGS and PVC-RGS.
        c.      PVC coated fasteners may be used with PVC-RGS, PVC-40 and PVC-80.

C.    In seismic locations provide required sway bracing per local building codes.

D.    Conduit support general requirements:

    1.    Maximum spacing between conduit supports per NFPA 70.
    2.    Support conduit from the building structure.
    3.    Do not support conduit from process, gas, air or water piping; or from other conduits.
    4.    Provide hangers and brackets to limit the maximum uniform load on a single support to 25 LBS or to the maximum uniform load recommended by the manufacturer if the support is rated less than 25 LBS.

        a.      Do not exceed maximum concentrated load recommended by the manufacturer on any support.
        b.      Conduit hangers: Continuous threaded rods combined with struts or conduit clamps: Do not use perforated strap hangers and iron bailing wire.

    c.    Do not use suspended ceiling support systems to support raceways.

    d.    Hangers in metal roof decks:

        1)    Utilize fender washers.
        2)    Not extend above top of ribs.
        3)    Not interfere with vapor barrier, insulation, or roofing.

5.    Conduit support system fasteners:

    a.    Use sleeve-type expansion anchors as fasteners in masonry wall construction. Do not use concrete nails and powder-driven fasteners.

    b.    Comply with the requirements of Section 03431 for fasteners in precast-prestressed concrete construction.

    c.    Comply with the requirements of Section 05505 for fasteners in cast-in-place concrete construction.

**\*\*\*END OF SECTION\*\*\***

**THIS SPACE WAS INTENTIONALLY LEFT BLANK**

**SECTION 16135**
**EXTERIOR UNDERGROUND**

## PART 1 - GENERAL

### 1.1    SUMMARY

    A.    Section Includes:

        1.    Manholes.
        2.    Handhole.
        3.    Underground conduits.

### 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 02221 - Trenching, Backfilling and Compacting for Utilities.
        4.    Division 3 - Concrete.
        5.    Section 16010 - Electrical: Basic Requirements.
        6.    Section 16060 - Grounding.
        7.    Section 16120 - Wire and Cable - 600 Volt and Below.
        8.    Section 16131 - Raceways.

### 1.3    QUALITY ASSURANCE

    A.    Referenced Standards:

        1.    American Association of State Highway & Transportation Officials (AASHTO).
        2.    American Society for Testing Materials (ASTM):

            a.    A536, Standard Specification for Ductile Iron Castings.

        3.    National Fire Protection Association (NFPA):

            a.    70, National Electrical Code (NEC).

### 1.4    DEFINITIONS

    A.    Direct-buried conduit means individual (single) underground conduits without concrete encasement.

---

    B.    Direct-buried ductbank means multiple underground conduits, arranged in one or more planes, in a common trench, without concrete encasement.

## 1.5    SUBMITTALS

    A.    Shop Drawings:

        1.    See Section 16010.

            a.    Provide cross-section sketch of each direct-buried ductbank.

                1)    Dimension from grade to direct buried ductbank.
                2)    Dimension from direct buried ductbank to other utilities in the route.

    B.    Operation and Maintenance Manuals:

        1.    See Section 01340.

## PART 2 - PRODUCTS

## 2.1    ACCEPTABLE MANUFACTURERS

    A.    Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

        1.    Sidewalk type handhole.

            a.    Crouse-Hinds.
            b.    OZ-Gedney.
            c.    Appleton Electric Company.
            d.    Killark.
            e.    Or equal.

        2.    Prefabricated composite handholes:

            a.    Quazite Composolite.
            b.    Armorcast Products Company.
            c.    Or equal.

        3.    Precast manholes and handholes:

            a.    Utility Vault Co.
            b.    Oldcastle Precast, Inc.
            c.    Or equal.

4.     Manhole and handhole and ductbank accessories:

     a.     Neenah.
     b.     Unistrut.
     c.     Condux International, Inc.
     d.     Underground Devices, Inc.
     e.     Condux International, Inc.
     f.     W. H. Brady Company.
     g.     Seton Nameplate Company.
     h.     Or equal.

B.     Submit requests for substitution in accordance with Specification Section 01640.

## 2.2    MANHOLES AND HANDHOLES

A.     Sidewalk Type Handholes:

1.     Cast-iron box and cover, hot-dip galvanized.
2.     Flange for flush mounting.
3.     Checkered cover with neoprene gasket, pry bar slots and stainless steel screws.
4.     Drilled and tapped holes.
5.     Watertight NEMA 4 classification.

B.     Prefabricated Composite Material Handholes:

1.     Fiberglass reinforced polymer concrete.
2.     Body and cover shall sustain a minimum vertical load test of 22,000 LBS over a 10 IN square or be H-20 rated per AASHTO.
3.     Open bottom.
4.     Stackable design as required for specified depth.
5.     Cover shall have an engraved legend of "ELECTRIC" or "COMMUNICATIONS".

C.     Precast Manholes and Handholes:

1.     Fiberglass reinforced polymer concrete or steel reinforced cement concrete structures:
2.     Shall have an AASHTO live load rating of H-20.
3.     Mating edges shall be tongue and groove type.

D.     Cast-in-Place Manholes:

1.     Comply with Division 3 - Concrete.

### 2.3    PRECAST MANHOLE AND HANDHOLE ACCESSORIES

A.    Cover and frame:

1.    Cast ductile iron: ASTM A536.
2.    AASHTO live load rating: H-20.
3.    Diameter: 24 IN.
4.    Cast the legend "ELECTRICAL" or "COMMUNICATIONS" into manhole and handhole covers.

B.    Cable Racks and hooks:

1.    3/16 IN hot-dipped galvanized steel, nylon or PVC coated.
2.    120 LBS minimum loading capacity.
3.    Minimum 7 1/2 IN long hooks with three-point locking to resist twisting.

C.    Cable Pulling Irons:

1.    7/8 IN DIA hot-dipped galvanized steel.
2.    6000 LB minimum pulling load.

D.    Ground Rods and Grounding Equipment: See Section 16060.

### 2.4    UNDERGROUND CONDUIT AND ACCESSORIES

A.    Concrete: Comply with Division 3 – Concrete.

B.    Duct Terminators:

1.    Window type.
2.    ABS plastic.
3.    Provide for conduit entrance.
4.    Designed for installation into manhole or handhole walls for a watertight seal.
5.    Sufficient space between terminator walls to allow for placement of rebar and concrete.

C.    Conduit: See Section 16131.

D.    Duct Spacers/Supports:

1.    High density polyethylene or high impact polystyrene.
2.    Interlocking.
3.    Provide 2 IN minimum spacing between conduits.

E.   Warning Tape:

1.   Approved manufacturers and catalog numbers:

a.   W H Brady Company, Catalog S-10, #91296.

2.   Material: Polyethylene.
3.   Thickness: 3.5 mils.
4.   Tensile strength: 1750 psi.
5.   Size: 6 IN wide (minimum).
6.   Legend:

a.   Preprinted and permanently imbedded.
b.   Message continuously printed.

## PART 3 - EXECUTION

### 3.1   GENERAL

A.   Drawings indicate the intended location of manholes and handholes; and routing of direct buried conduit. Field conditions may affect actual routing.

B.   Install manholes and handholes approximately where shown on the Drawings or as required for pulling distances. Determine the exact locations after careful consideration has been given to the location of other utilities, grading, and paving.

1.   Shall not be installed in a swale or ditch.
2.   Locations are to be approved by the ENGINEER prior to excavation and placement or construction of manholes and handholes.

C.   Install products in accordance with manufacturer's instructions.

D.   Install manholes and handholes in conduit runs where indicated or as required to facilitate pulling of wires or making connections.

E.   Comply with Section 02221 for trenching, backfilling and compacting.

### 3.2 ·  MANHOLES AND HANDHOLES

A.   Sidewalk Type Handholes:

1.   For use in on grade sidewalks and bridge deck sidewalks where not subjected to vehicular traffic.

2.      Install flush with concrete surface and embedded in the concrete with a minimum of 1 1/2 IN of concrete.

3.      Place handhole after reinforcement steel has been laid. The reinforcing steel shall not be displaced without approval by the ENGINEER.

4.      Size: In accordance with the NEC, for the number of conduits entering or as indicated on the Drawings.

B.    Prefabricated Composite Material Hanholes

1.      For use in non-vehicular traffic areas.

2.      Place handhole on a foundation of compacted 1/4 to 1/2 IN crushed rock or gravel a minimum of 8 IN thick and 6 IN larger than handholes footprint on all sides.

3.      Install so that the surrounding grade is 1 IN lower than the top of the handhole.

4.      Size: As required for the number of conduits entering or as indicated on the Drawings.

C.    Precast Manholes and Handholes:

1.      For use in non-vehicular traffic areas.

2.      Construction:

    a.      Grout or seal all joints, per manufacturers instructions.

    b.      Covers and frames: Paint with two coats asphalt paint before setting.

    c.      Support cables on walls by cable racks:

        1)      Provide a minimum of two racks, install symmetrically on each wall of manholes and handholes. Provide additional cable racks, as required, so that both ends of cable splices will be supported horizontally.

        2)      Equip cable racks with adjustable hooks: Minimum of two cable hooks per rack or as required by the number of conductors to be supported with one spare hook on each rack.

    d.      Install a cable-pulling iron in each wall opposite each ductbank entrance.

    e.      In each manhole and handhole, drive 3/4 IN x 10 FT long copper clad ground rod into the earth with approximately 6 IN exposed above finished floor.

        1)      Drill opening in floor for ground rod.

2)   Connect all metallic conduits, racks, and other metallic components to ground rod by means of #8 AWG minimum copper wire and approved grounding clamps.

f.   Provide french drain in the bottom of each manhole or handhole.

3.   Place manhole or handhole on a foundation of compacted 1/4 to 1/2 IN crushed rock or gravel a minimum of 8 IN thick and 6 IN larger than manholes or handholes footprint on all sides.

4.   Install so that the top of cover is 1 IN above finished grade. Where existing grades are higher than finished grades, install sufficient number of courses of curved segmented concrete block between top of handhole and manhole frame to temporarily elevate manhole cover to existing grade level.

5.   After installation is complete, backfill and compact soil around manholes and handholes.

6.   Handhole size:

a.   As required for the number of conduits entering or as indicated on the Drawings.
b.   Minimum floor dimension of 4 FT x 4 FT and minimum depth of 4 FT.

7.   Manhole size:

a.   As required for the number of conduits entering or as indicated on the Drawings.
b.   Minimum floor dimension of 6 FT x 6 FT and a minimum depth of 6 FT.

## 3.3   UNDERGROUND CONDUITS:

A.   General Installation Requirements:

1.   Do not place concrete or soil until conduits have been observed by the ENGINEER.
2.   Conduits shall be sloped a minimum of 4 IN per 100 FT or as detailed on the Drawings. Low points shall be at manholes or handholes.
3.   During construction and after conduit installation is complete, plug the ends of all conduits.
4.   Provide conduit supports and separators of concrete, plastic, or other suitable nonmetallic nondecaying material designed for that purpose.

    a.    Place supports and separators for rigid nonmetallic conduit on maximum centers as indicated for the following trade sizes:

        1)    1 IN and less: 3 FT.
        2)    1-1/4 to 3 IN: 5 FT.
        3)    3-1/2 to 6 IN: 7 FT.

    b.    Place supports and separators for rigid steel conduit on maximum centers as indicated for the following trade sizes:

        1)    1 IN and less: 10 FT.
        2)    1-1/4 to 2-1/2 IN: 14 FT.
        3)    3 IN and larger: 20 FT.

    c.    Securely anchor conduits to supports and separators to prevent movement during placement of concrete or soil.

5.    Stagger conduit joints at intervals of 6 IN vertically.

6.    Make conduit joints watertight and in accordance with manufacturer's recommendations.

7.    Accomplish changes in direction of runs exceeding a total of 5 degrees by long sweep bends having a minimum radius of 25 FT. Sweep bends may be made up of one or more curved or straight sections or combinations thereof.

8.    Furnish manufactured bends at end of runs. Minimum radius of 18 IN for conduits less than 3 IN trade size and 36 IN for conduits 3 IN trade size and larger.

9.    Field cuts requiring tapers shall be made with the proper tools and shall match factory tapers.

10.    After the conduit run has been completed, pull a standard flexible mandrel having a length of not less than 12 IN and a diameter approximately 1/4 IN less than the inside diameter of the conduit through each conduit. Then pull a brush with stiff bristles through each conduit to remove any foreign material left in conduit.

11.    Pneumatic rodding may be used to draw in lead wire.

    a.    Install a heavy nylon cord free of kinks and splices in all unused new ducts.
    b.    Extend cord 3 FT beyond ends of conduit.

12.    Transition from PVC to RGS conduit a minimum of 5 FT prior to entering a structure or going above ground. Except PVC conduit may be extended directly to manholes, handholes, pad mounted transformer boxes and other exterior pad mounted electrical equipment.

    a.    Terminate rigid PVC conduits with end bells.

    b.    Terminate steel conduits with insulated bushings.

13.    Place warning tape in trench directly over ductbanks, direct-buried conduit, and direct-buried wire and cable.

    a.    6 IN below finished grade where conduit or ductbank is 12 IN or more below finished grade.

    b.    3 IN below finished grade where conduit or ductbank is less than 12 IN below finished grade.

    c.    Trenches containing electrical power:

        1)    Legend: CAUTION CAUTION CAUTION (1st line), BURIED ELECTRIC LINE (2nd line).

        2)    Letters: 1-1/4 IN minimum.

        3)    Interval: Continuous.

        4)    Color: Red and black letters.

B.    Direct-Buried Ductbank:

1.    Ductbank system consists of conduits directly buried in earth with separations between different cabling types as required in Section 16131 or as detailed on the Drawings.

2.    Install so that the top of the uppermost conduit, at any point, is not less than 24 IN below grade.

3.    Provide a uniform minimum clearance of 2 IN between conduits or as required in Section 16131 for different cabling types. Maintain the separation by:

    a.    The use of conduit supports and separators.

    b.    Installing the multilevel ductbank one level at a time. Each level is backfilled with the appropriate amount of soil to maintain the required separations.

C.    Direct-Buried Conduit:

1.    Ductbank system consisting of a conduit directly buried in earth.

2.    Install so that top of conduit, at any point, is not less than 24 IN below grade.

D.    Conduits embedded in concrete structure (e.g., sidewalks, bridge decks) where shown on the Contract Drawings:

1.    Shall not be considered to replace structurally the displaced concrete except as indicated in the following:

2.    Shall not be larger in outside diameter than one-third the thickness of concrete.
3.    Shall have a minimum spacing of 3 DIA OC.
4.    In reinforced concrete construction:

      a.    Place conduit after reinforcing steel has been laid.
      b.    The reinforcement steel shall not be displaced by the conduit.
      c.    Provide a minimum of 1-1/2 IN of cover over conduit.

**\*\*\*END OF SECTION\*\*\***

# SECTION 16140
# WIRING DEVICES

## PART 1 - GENERAL

### 1.1   SUMMARY

A.   Section Includes:

   1.   Light switches.
   2.   Receptacles.
   3.   Device wallplates and coverplates.

### 1.2   RELATED SECTION

A.   Related Sections include but are not necessarily limited to:

   1.   Bidding Requirements, Contract Forms, and Conditions of the Contract.
   2.   Division 1 - General Requirements.
   3.   Section 16010 - Electrical: Basic Requirements.
   4.   Section 16130 - Outlet, Pull, and Junction Boxes.

### 1.3   QUALITY ASSURANCE

A.   Referenced Standards:

   1.   National Electrical Manufacturers Association (NEMA):

      a.   WD-1, Wiring Devices.
      b.   WD-6, Wiring Devices – Dimensional Requirements.

   2.   Underwriters Laboratories, Inc. (UL):

      a.   20, General Use Snap Switches.
      b.   498, Attachment Plugs and Receptacles.
      c.   514A, Metallic Outlet Boxes.
      d.   894, Safety Switches for Use in Hazardous (Classified) Locations.
      e.   943, Ground-Fault Circuit-Interrupters.
      f.   1010, Receptacle-Plug Combinations for Use in Hazardous (Classified) Locations.
      g.   1449, Transient Voltage Surge Suppressors.

1.4     SUBMITTALS

A.      Shop Drawings:

1.      See Section 16010.


PART 2 - PRODUCTS

2.1     ACCEPTABLE MANUFACTURERS

A.      Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

1.      Light switches and receptacles:

a.      Hubbell.
b.      Bryant.
c.      Pass & Seymour.
d.      Arrow Hart.
e.      General Electric.
f.      Leviton.
g.      Crouse-Hinds.
h.      Appleton Electric Co.
i.      Killark.
j.      Or equal.

B.      Submit requests for substitution in accordance with Specification Section 01640.


2.2     LIGHT SWITCHES

A.      General requirements unless modified in specific requirements paragraph of switches per designated areas:

1.      Toggle type, quiet action, Standard Specification grade.
2.      Self grounding with grounding terminal.
3.      Back and side wired.
4.      Solid silver cadmium oxide contacts.
5.      Rugged urea housing and one-piece switch arm.
6.      Rated 20 A, 120/277 V AC.
7.      Switch handle color: Ivory.
8.      Types as indicated on the Drawings:

a.      Single pole.
b.      Double pole.

      c.     3-way.
      d.     4-way.
      e.     Keyed.
      f.     Momentary contact.

   9.     Standards: UL 20, 514A; NEMA WD-6.

B.     Architecturally Finished Areas:

   1.     Wallplate: Ivory colored nylon.

C.     Dry Areas:

   1.     Coverplate: Zinc plated malleable iron.

D.     Wet Areas:

   1.     Coverplate: Gasketed zinc plated malleable iron or aluminum with stainless steel screws utilizing rocker, front mounted toggle or pull type switch. Single or multiple gang as required.

## 2.3   RECEPTACLES

A.     General requirements unless modified in specific requirements paragraph of receptacles per designated areas:

   1.     Straight blade, Standard Specification grade.
   2.     Brass triple wipe line contacts.
   3.     One piece grounding system with double wipe brass grounding contacts and self grounding strap.
   4.     Back and side wired.
   5.     Rated 20 A, 125 V AC.
   6.     High impact nylon body.
   7.     Receptacle body color:

      a.     Normal power: Ivory.
      b.     Generator or UPS power: Red.
      c.     Isolated ground systems: Orange triangle on face with body color as specified above.

   8.     Types as indicated on the Drawings:

      a.     Normal: Self grounding with grounding terminal.
      b.     Ground fault circuit interrupter: Feed-through type with test and reset buttons.
      c.     Isolated grounding: Grounding terminal is isolated from the grounding strap.
      d.     Surge protective device receptacle: MOV protection for L-N, L-G and N-G, failure indicator light, UL 1449 listed.

9.    Duplex or simplex as indicated on the Drawings.
10.   Configuration: NEMA 5-20R.
11.   Standards: UL 498, 514A, 943; NEMA WD-1, WD-6.

B.    Architecturally Finished Areas:

1.    Wallplate: Ivory colored nylon.

C.    Dry Areas:

1.    Coverplate: Zinc plated malleable iron.

D.    Wet Areas:

1.    Coverplate:

a.    Raintight while in use, gasketed, flame retardant, UV stabilized polycarbonate, 2.25 IN cover depth.
b.    Weather resistant zinc plated or aluminum, gasketed, self-closing cover using stainless steel spring.

## PART 3 - EXECUTION

## 3.1    INSTALLATION

A.    Mount devices where indicated on the Drawings and as scheduled in Section 16010.

B.    See Section 16130 for device outlet box requirements.

C.    Where more than one receptacle is installed in a room, they shall be symmetrically arranged.

D.    Provide blank plates for empty outlets.

### ***END OF SECTION***

**SECTION 16410**
**SAFETY SWITCHES**

## PART 1 - GENERAL

### 1.1    SUMMARY

    A.    Section Includes:

        1.    Safety switches.

### 1.2    RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 16010 - Electrical: Basic Requirements.

### 1.3    QUALITY ASSURANCE

    A.    Referenced Standards:

        1.    National Electrical Manufacturers Association (NEMA):

            a.    250, Enclosures for Electrical Equipment (1000 Volt Maximum).
            b.    KS-1, Enclosed and Miscellaneous Distribution Equipment Switches.

        2.    National Fire Protection Association (NFPA):

            a.    70, National Electrical Code (NEC).

        3.    Underwriters Laboratories, Inc. (UL):

            a.    98, Enclosed and Dead-Front Switches.

### 1.4    SUBMITTALS

    A.    Shop Drawings:

        1.    See Section 16010.
        2.    Associate safety switch type and rating with connect equipment tag number.

B.   Operation and Maintenance Manuals:

1.   See Section 01340.

## PART 2 - PRODUCTS

### 2.1   ACCEPTABLE MANUFACTURERS

A.   Subject to compliance with the Contract Documents, the following safety switch manufacturers are acceptable:

1.   Square D.
2.   General Electric.
3.   Cutler-Hammer.
4.   Siemens.
5.   Appleton Electric Company.
6.   Crouse-Hinds.
7.   Killark.
8.   Or equal.

B.   Submit requests for substitution in accordance with Specification Section 01640.

### 2.2   SAFETY SWITCHES

A.   General:

1.   Non-fusible or fusible as indicated on the Drawings.
2.   Suitable for service entrance when required.
3.   NEMA Type HD heavy-duty construction.
4.   Switch blades will be fully visible in the OFF position with the enclosure door open.
5.   Quick-make/quick-break operating mechanism.
6.   Deionizating arc chutes.
7.   Double-break rotary action shaft and switchblade shall be manufactured as one common component.
8.   Clear line shields to prevent accidental contact with line terminals.
9.   Operating handle:

a.   Red and easily recognizable.
b.   Padlockable in the OFF position
c.   Interlocked to prevent door from opening when the switch is in the ON position with a defeater mechanism.

B.    Ratings:

  1.   Voltage and amperage: As indicated on Drawings.
  2.   Short circuit withstand: Equal to or greater than the upstream equipment.

C.    Enclosures:

  1.   NEMA 1 rated:

    a.   Body and cover: Sheet steel finished with rust inhibiting primer and manufacturers standard paint inside and out.
    b.   With or without knockouts, hinged and lockable door.

  2.   NEMA 4X rated (metallic):

    a.   Body and cover: Type 304 or 316 stainless steel.
    b.   No knockouts, external mounting flanges, hinged and gasketed door.

  3.   NEMA 12 rated:

    a.   Body and cover: Sheet steel finished with rust inhibiting primer and manufacturers standard paint inside and out.
    b.   No knockouts, external mounting flanges, hinged and gasketed door.

D.    Overcurrent and short circuit protective devices:

  1.   Fuses.
  2.   See Section 16490 for overcurrent and short circuit protective device requirements.

E.    Standards: NEMA KS-1, UL 98.


# PART 3 - EXECUTION

## 3.1   INSTALLATION

A.    Install as indicated and in accordance with manufacturer's instructions and recommendations.

B.    Switches shall be installed adjacent to the equipment they are intended to serve unless otherwise indicated on the Drawings.

---

C.    Permitted uses of NEMA 1 enclosure:

    1.    Surface or flush mounted in areas designated dry in architecturally finished areas.

D.    Permitted uses of NEMA 4X metallic enclosure:

    1.    Surface mounted in areas designated as wet and/or corrosive.

E.    Permitted uses of NEMA 12 enclosure:

    1.    Surface mounted in areas designated as dry in non-architecturally finished areas.

**\*\*\*END OF SECTION\*\*\***

SECTION 16441
PANELBOARDS

## PART 1 - GENERAL

### 1.1  SUMMARY

A.  Section Includes:

1.  Lighting and appliance panel boards.
2.  Power distribution panel boards.

### 1.2  RELATED SECTIONS

A.  Related Sections include but are not necessarily limited to:

1.  Bidding Requirements, Contract Forms, and Conditions of the Contract.
2.  Division 1 - General Requirements.
3.  Section 11005 - Equipment: Basic Requirements.
4.  Section 16010 - Electrical: Basic Requirements.
5.  Section 16060 - Grounding.
6.  Section 16442 - Motor Control Equipment.
7.  Section 16490 - Overcurrent and Short Circuit Protective Devices.

### 1.3  QUALITY ASSURANCE

A.  Referenced Standards:

1.  National Electrical Manufacturers Association (NEMA):

a.  PB 1, Panel boards.

2.  National Fire Protection Association (NFPA):

a.  70, National Electric Code (NEC).

3.  Underwriters Laboratories, Inc (UL):

a.  67, Panel boards.
b.  50, Cabinets and Boxes.

### 1.4  SUBMITTALS

A.  Shop Drawings:

1.  See Section 16010.
2.  Fabrication and/or layout drawings:

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
16441 - 1

April 2002
Conformed

        a.     Panel board layout with alphanumeric designation, branch circuit breakers size and type, as indicated in the panelboard schedules.

B.     Operation and Maintenance Manuals:

     1.     See Section 01340.

# PART 2 - PRODUCTS

## 2.1   ACCEPTABLE MANUFACTURERS

A.     Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

     1.     General Electric.
     2.     Square D.
     3.     Cutler-Hammer.
     4.     Siemens.
     5.     Or equal.

B.     Submit requests for substitution in accordance with Specification Section 01640.

## 2.2   MANUFACTURED UNITS

A.     Standards: NEMA PB 1, NFPA 70, UL 50, UL 67.

B.     Ratings as follows unless indicated otherwise on Drawings:

     1.     Current, voltage, number of phases, number of wires as indicated on the Drawings.
     2.     Panel boards rated 240 VAC or less: 10,000-amp minimum short circuit rating.
     3.     Panel boards rated 480 VAC: 14,000-amp minimum short circuit rating.

C.     Construction:

     1.     Service entrance rated as indicated on Drawings.
     2.     Interiors factory assembled and designed such that switching and protective devices can be replaced without disturbing adjacent units and without removing the main bus connectors.

3.    Multi-section panelboards: Feed-through or sub-feed lugs.

4.    Main lugs: Solderless type approved for copper and aluminum wire.

D.    Bus bars:

1.    Main bus bars: Plated aluminum or copper sized to limit temperature rise to a maximum of 65 degC above an ambient of 40 degC. Drilled and tapped and arranged for sequence phasing of the branch circuit devices.

2.    Ground bus and isolated ground bus, when indicated on Drawings: Solderless mechanical type connectors.

3.    Neutral bus bars: Insulated 100 percent rated or 200 percent rated, when indicated on the Drawings and with solderless mechanical type connectors.

E.    Enclosure:

1.    Boxes: Code gage galvanized steel, furnish without knockouts.

2.    Trim assembly: Code gage steel finished with rust inhibited primer and manufacturers standard paint inside and out.

3.    Lighting and appliance panel board:

    a.    Trims supplied with hinged door over all circuit breaker handles.

    b.    Trims for surface mounted panel boards, same size as box.

    c.    Trims for flush mounted panel boards, overlap the box by 3/4 IN on all sides.

    d.    Doors lockable with corrosion resistant chrome-plated combination lock and catch, all locks keyed alike.

    e.    Nominal 20 IN wide and 5-3/4 IN deep with gutter space in accordance with NEC.

    f.    Clear plastic cover for directory card mounted on the inside of each door.

    g.    NEMA 3R or 12 rated: Door gasketed.

4.    Power distribution panel board:

    a.    Trims cover all live parts with switching device handles accessible.

    b.    Less than or equal to 12 IN deep with gutter space in accordance with NEC.

    c.    Clear plastic cover for directory card mounted front of enclosure.

    d.    NEMA 3R or 12 rated: Doors gasketed and lockable with corrosion resistant chrome-plated combination lock and catch, all locks keyed alike.

5.    Overcurrent and short circuit protective devices:

    a.    Main overcurrent protective device:

        1)    Molded case circuit breaker.
        2)    Fusible switch.

    b.    Branch overcurrent protective devices:

        1)    Mounted molded case circuit breaker.
        2)    Fusible switch.

    c.    See Section 16490 for overcurrent and short circuit protective device requirements.
    d.    Factory installed.

F.    Integral surge protective device: See Section 16491.

# PART 3 - EXECUTION

## 3.1    INSTALLATION

A.    Install as indicated on Drawings, in accordance with the NEC, and in accordance with manufacturer's instructions.

B.    Support panel board enclosures from wall studs or modular channels support structure, per Section 16010.

C.    Provide NEMA 1, 3R or 12 rated enclosure as indicated on the Drawings.

D.    Provide panel board labeling as specified in Section 16010.

E.    Provide each panel board with a typed directory:

    1.    Identify all circuit locations in each panel board with the load type and location served.
    2.    Mechanical equipment shall be identified by OWNER-furnished designation if different than designation indicated on Drawings.
    3.    Room names and numbers shall be final building room names and numbers as identified by the OWNER if different than designation indicated on Drawings.

***END OF SECTION***

## SECTION 16442
## MOTOR CONTROL EQUIPMENT

# PART 1 - GENERAL

## 1.1   SUMMARY

A.   Section Includes:

1.   Motor control centers.
2.   Separately mounted motor starters (including those supplied with equipment).
3.   Manual motor starters.

## 1.2   RELATED SECTIONS

A.   Related Sections include but are not necessarily limited to:

1.   Bidding Requirements, Contract Forms, and Conditions of the Contract.
2.   Division 1 - General Requirements.
3.   Section 11005 - Equipment: Basic Requirements.
4.   Section 16010 - Electrical: Basic Requirements.
5.   Section 16060 - Grounding.

## 1.3   QUALITY ASSURANCE

A.   Referenced Standards:

1.   American National Standards Institute (ANSI):

a.   C62.41, Guide for Surge Voltages in Low Voltage AC Power Circuits.

2.   Canadian Standards Association (CSA).
3.   Institute of Electrical and Electronics Engineers (IEEE).
4.   National Electrical Manufacturers Association (NEMA):

a.   ICS 2, Industrial Control Devices, Controllers, and Assemblies.
b.   250, Enclosures for Electrical Equipment (1000 Volt Maximum).

5.   National Fire Protection Association (NFPA):

a.   70, National Electrical Code (NEC).

6.       Underwriters Laboratories, Inc (UL):

        a.      845, Electric Motor Control Centers.

B.     Miscellaneous:

    1.     Verify motor horsepower loads, other equipment loads, and controls from approved shop drawings and notify ENGINEER of any discrepancies.
    2.     Verify the required instrumentation and control wiring for a complete system and notify ENGINEER of any discrepancies.

## 1.4     SUBMITTALS

A.     Shop Drawings:

    1.     See Section 16010.
    2.     Fabrication and/or layout drawings:

        a.     Front elevation and plan drawing of the assembly.
        b.     Conduit space locations within the assembly.
        c.     Single line drawing.
        d.     Unit wiring diagrams for motor starter controls.
        e.     Starter and component schedule.

B.     Operation and Maintenance Manuals:

    1.     See Section 01340.

## PART 2 - PRODUCTS

## 2.1     ACCEPTABLE MANUFACTURERS

A.     Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

    1.     Motor control centers:

        a.     General Electric.
        b.     Square D.
        c.     Cutler Hammer.
        d.     Siemens.
        e.     Or equal.

2. Separately mounted motor starters:

    a. General Electric.
    b. Square D.
    c. Cutler Hammer.
    d. Siemens.
    e. Or equal.

3. Manual motor starters:

    a. General Electric.
    b. Square D.
    c. Cutler Hammer.
    d. Siemens.
    e. Or equal.

B. Submit requests for substitution in accordance with Specification Section 01640.

## 2.2   MOTOR CONTROL CENTERS

A. Ratings:

1. 600 Volt class, 3 phase, 60 hertz with operating voltage and number of wires as indicated on the Drawings.
2. Short circuit withstand rating: 42 KAIC symmetrical unless otherwise indicated on the Drawings.

B. Construction:

1. Standards: UL 845.
2. Totally enclosed, dead front, free standing assemblies. bolted together to form a single assembly
3. Fabricate of not less than 14 GA steel with 16 GA steel doors in standardized units.
4. Nominal size per section: 20 IN wide, 20 IN deep, and 90 IN high.
5. Enclosure:

    a. NEMA 12:

        1) Dust-tight and drip-proof.
        2) Gasketed material round all doors, door cutouts, cover plates, side, top and back sheets.
        3) Gasketed bottom plate.

06922-059-096
TBW Project No. 01302

Tampa Bay Regional Reservoir
16442 - 3

April 2002
Conformed

6.     Horizontal wireways:

    a.     At the top, isolated from the main bus and at the bottom.
    b.     Easily accessible.
    c.     Full length of the MCC.

7.     Vertical wireway:

    a.     Each MCC section that accepts plug-in units.
    b.     Connects to top and bottom wireways.
    c.     Isolated from the unit interiors.
    d.     Accessible through a separate hinged door.
    e.     Cable tie supports to hold wiring in place.

8.     Unit doors:

    a.     Formed round corners and rolled edges.
    b.     Minimum of two heavy-duty hinges or continuous piano hinge.
    c.     Held closed by means of captive fasteners.
    d.     Fabricate to be a part of the structure and not part of the starter.

9.     Unit cubicles:

    a.     Draw-out type for motor starters through NEMA Size 5.
    b.     Guide rails for supporting and aligning starters.
    c.     Operating handle:

       1)     With the unit stabs engaged and door closed the handle mechanism allows complete ON/OFF control of the unit disconnect and clear indication of the disconnect status.
       2)     Circuit breaker and MCP operators includes a separate TRIPPED position.
       3)     Mechanical interlock to prevent to prevent the opening of the door when the disconnect is in the ON position with a defeater mechanism for use by authorized personnel.
       4)     Mechanical interlock to prevent the placement of the disconnect in the ON position with the door open with a defeater mechanism for use by authorized personnel.
       5)     Non-defeatable interlock to prevent the installation or removal of a unit  unless the disconnect is in the OFF position.
       6)     Padlockable in the OFF position.

    d.     Control panel:

    1)    Provide the following devices per Section 16493 unless otherwise indicated on the Drawings.

        a)    Three position switch (hand-off-auto).
        b)    Red ON indicator light.
        c)    Green OFF indicator light.

e.    Control power transformer:

    1)    120 Volt secondary.
    2)    Fused on primary and secondary side.
    3)    Sized for 140 percent of required load.

f.    Minimum of one full size space unit (12 IN) for any combination magnetic motor starter or starter without overload relay.

g.    One-half full size space unit (6 IN) for circuit breakers 100 A and less.

h.    Effectively baffled to isolate any ionized gases which may occur within unit starter.

10.    External mounted overload relay pushbutton.

11.    Assemblies effectively ventilated, to allow relocation of starters and other components:

a.    Within the assembly and with the same load.

b.    Without having to compensate for changes in location.

12.    Finish: Rust inhibited primer and manufacturers standard paint inside and out.

13.    Bottom shall have ample unrestricted space for conduit entry.

14.    Wiring: NEMA Class I, Type B.

C.    Buses:

1.    Material: Tin-plated aluminum or silver-plated copper.

2.    Main horizontal bus:

a.    600 A unless otherwise indicated on the Drawings.

b.    Extend the full-length of the MCC with provisions for splicing additional sections to either end.

3.    Vertical buses

a.    300 A unless otherwise indicated on the Drawings.

    b.     Securely bolted to the horizontal main bus with joint easily accessible for maintenance.

    c.     Completely isolated and insulated by means of a barrier.

    d.     Extended full length of vertical section to distribute incoming power to each circuit breaker and starter in structure. Starters NEMA size 5 and larger and certain other components may be cable connected to the main bus with the approval of the ENGINEER.

    e.     Vertical bus shall be extended to spaces provided for future equipment.

4.    Ground bus:

    a.     Extend the full-length of the MCC with provisions for splicing additional sections to either end.

    b.     1/4 x 2 IN, 300 A tin-plated copper.

    c.     Solidly grounded to each structure.

    d.     Locate near bottom of structure.

    e.     Provide for lug connection of equipment ground wires.

D.    Overcurrent and Short Circuit Protective Devices:

1.    Main device:

    a.     Molded case circuit breaker.

    b.     Fusible switch.

2.    Feeder devices:

    a.     Mounted molded case circuit breaker.

    b.     Fusible switch.

3.    Motor protection with full voltage starters:

    a.     Motor circuit protector.

    b.     Molded case circuit breaker.

    c.     Class RK-1 fuse.

4.    Motor protection with reduced voltage starters:

    a.     Molded case circuit breaker.

    b.     Motor circuit protector.

    c.     Class RK-1 fuse.

5.    See Section 16490 for overcurrent and short circuit protective device requirements.

6.     Factory installed.

E.    Motor Starters: See requirements within this section.

F.    Surge protective device: Integrally mounted, see Section 16491.

## 2.3    SEPARATELY MOUNTED COMBINATION STARTERS:

A.    Standards: NEMA 250.

B.    Enclosure:

    1.    NEMA 4X rated:

        a.    Body and cover: Type 304 or 316 stainless steel.
        b.    No knockouts, external mounting flanges, hinged and gasketed door.

    2.    NEMA 12 rated:

        a.    Body and cover: Sheet steel finished with rust inhibiting primer and manufacturers standard paint inside and out.
        b.    No knockouts, external mounting flanges, hinged and gasketed door.

C.    Operating handle:

        a.    With the door closed the handle mechanism allows complete ON/OFF control of the unit disconnect and clear indication of the disconnect status.
        b.    Circuit breaker and MCP operators includes a separate TRIPPED position.
        c.    Mechanical interlock to prevent to prevent the opening of the door when the disconnect is in the ON position with a defeater mechanism for use by authorized personnel.
        d.    Mechanical interlock to prevent the placement of the disconnect in the ON position with the door open with a defeater mechanism for use by authorized personnel.
        e.    Padlockable in the OFF position.

D.    External mounted overload relay pushbutton.

E.     Control devices:

    1.     Provide the following devices per Section 16493 unless otherwise indicated on the Drawings.

        a.     Three position switch (hand-off-auto).
        b.     Red ON indicator light.
        c.     Green OFF indicator light.

    2.     Devices will be accessible with the door closed.

F.     Control power transformer:

    1.     120 Volt secondary.
    2.     Fused on primary and secondary side.
    3.     Sized for 140 percent of required load.

G.     Fault current withstand rating: Equal to the rating of the electrical gear from which it is fed.

H.     Motor Starters: See requirements within this section.

I.     Disconnect switch: Fusible, double break, rotary blades and quick-make quick-brake action.

J.     Overcurrent and Short Circuit Protective Devices:

    1.     Motor protection with full voltage starters:

        a.     Motor circuit protector.
        b.     Molded case circuit breaker.
        c.     Class RK-1 fuse.

    2.     Motor protection with reduced voltage starters:

        a.     Molded case circuit breaker.
        b.     Motor circuit protector.
        c.     Class RK-1 fuse.

    3.     See Section 16490 for overcurrent and short circuit protective device requirements.
    4.     Factory installed.

## 2.4   MOTOR STARTERS

A.     Full Voltage Non-Reversing (FVNR) Magnetic Starters:

---

1.    Contactor shall be NEMA full size rated.

    a.    NEMA half sizes and IEC contactors are not permitted.

2.    Double-break silver alloy contacts.

3.    Overload relays:

    a.    Ambient compensated, bimetallic type with interchangeable heaters, +/-24 percent adjustability, single phase sensitivity, an isolated arm contact and manual reset.

    b.    Ambient insensitive, adjustable solid state type with phase loss protection, phase imbalance protection and manual reset.

4.    Interlock and auxiliary contacts, wired to terminal blocks:

    a.    Holding circuit contact, normally open.
    b.    Overload alarm contact, normally open.
    c.    Normally open auxiliary contact, for remote run status.
    d.    Two additional normally open spare field replaceable auxiliary contacts.

## 2.5   MANUAL MOTOR STARTERS:

A.    Quick-make, quick-break toggle mechanism that is lockable in the OFF position.

B.    Types:

    1.    Horsepower rated, for ON/OFF control.
    2.    Horsepower rated, for ON/OFF control and thermal overload protection. Switch to clearly indicate ON, OFF, and TRIPPED position.

C.    Voltage and current ratings and number of poles as required for the connected motor.

D.    Enclosures:

    1.    NEMA 1 rated:

        a.    Galvanized steel or steel finished with rust inhibiting primer and manufacturers standard paint inside and out.
        b.    With or without concentric knockouts.

2.      NEMA 4X rated:

        a.      Type 304 or 316 stainless steel.
        b.      No knockouts, external mounting flanges.

3.      NEMA 12 rated:

        a.      Body and cover: Sheet steel finished with rust inhibiting primer
                and manufacturers standard paint inside and out.
        b.      No knockouts, external mounting flanges.

## PART 3 - EXECUTION

## 3.1    INSTALLATION

A.      Install as indicated and in accordance with manufacturer's recommendations
        and instructions.

B.      Mounting height for surface mounted equipment: See Section 16010.

C.      Mount MCC on 4 IN high concrete pad:

        1.      Install two 4 IN wide channel sills flush in pads to support and
                maintain alignment of the MCC.
        2.      Align front of MCC with top edge of pad chamfer.

D.      Overload heaters:

        1.      Size for actual motor full load current of the connected motor.
        2.      For motors with power factor correction capacitors, size to compensate
                for the capacitors effect on load current.

E.      Combination and manual starter enclosures:

        1.      Permitted uses of NEMA 1 enclosure:

                a.      Surface or flush mounted in architecturally finished areas.
                b.      Surface mounted above 10 FT in areas designated as dry in
                        architecturally and non-architecturally finished areas.

        2.      Permitted uses of NEMA 4X enclosure:

                a.      Surface mounted in areas designated as wet and/or corrosive.

    3.    Permitted uses of NEMA 12 enclosure:

        a.    Surface mounted in areas designated as dry.

## 3.2    FIELD QUALITY CONTROL

    A.    Field test and verify operation of the equipment.

***END OF SECTION***

**THIS SPACE WAS INTENTIONALLY LEFT BLANK**

## SECTION 16460
## DRY-TYPE TRANSFORMERS

**PART 1 - GENERAL**

### 1.1    SUMMARY

A.    Section Includes:

1.    Dry-type transformers, 1000 kVA and less.

### 1.2    RELATED SECTIONS

A.    Related Sections include but are not necessarily limited to:

1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
2.    Division 1 - General Requirements.
3.    Section 16010 - Electrical: Basic Requirements.

### 1.3    QUALITY ASSURANCE

A.    Referenced Standards:

1.    American National Standards Institute (ANSI):

a.    C57.96, Loading Dry-Type Distribution and Power Transformers.
b.    C89.2, Dry-Type Transformers for General Applications.

2.    National Electrical Manufacturers Association (NEMA):

a.    ST 20, Dry-Type Transformers for General Applications.

3.    Underwriters Laboratories Inc.(UL):

a.    506, Specialty Transformers.
b.    1561, Dry-Type General Purpose and Power Transformers.

### 1.4    SUBMITTALS

A.    Shop Drawings:

1.    See Section 16010.
2.    Product technical data:

a.    UL nameplate data.

---

3.    Certifications:

      a.    Sound level certifications.

B.    Operation and Maintenance Manuals:

    1.    See Section 01340.

## PART 2 - PRODUCTS

### 2.1    ACCEPTABLE MANUFACTURERS

A.    Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

1.    General Electric.
2.    Square D.
3.    Cutler-Hammer/Westinghouse.
4.    Siemens.
5.    Sola/Hevi-Duty.
6.    Or equal.

B.    Submit requests for substitution in accordance with Specification Section 01640.

### 2.2    GENERAL PURPOSE DRY-TYPE TRANSFORMERS

A.    Ventilated or non-ventilated, air cooled, two winding type.

B.    Cores: High grade, non-aging silicon steel with high magnetic permeability, and low hysteresis and eddy current losses. Magnetic flux densities are to be kept well below the saturation point.

C.    Coils: Continuous wound with electrical grade aluminum.

D.    Non-ventilated units:

1.    Core and coil assembly encapsulated in a proportioned mixture of resin and aggregate to provide a moistureproof, shock resistant seal.
2.    Totally enclosed, NEMA 3R, {steel}{type 316 stainless steel} enclosure finished with a weather-resistant enamel.

E.    Ventilated units:

1.    Core and coils assembly impregnated with non-hygroscopic, thermosetting varnish and cured to reduce hot spots and seal out moisture and completely isolated from the enclosure by means of vibration dampening pads.

2.   Dripproof, NEMA 2, steel enclosure finished with a weather-resistant enamel and ventilation openings protected from falling dirt.

F.   Furnish taps for transformers as follows:

   1.   1 PH, 2 kVA and below: None.
   2.   1 PH, 3 to 25 kVA: Two 5 percent FCBN.
   3.   1 PH, 25 kVA and above: Two 2.5 percent FCAN and four 2.5 percent FCBN.
   4.   3 PH, 3 to 15 kVA: Two 5 percent FCBN.
   5.   3 PH, 15 kVA and above: Two 2.5 percent FCAN and four 2.5 percent FCBN.

G.   Sound levels: Manufacturer shall guarantee not to exceed the following:

   1.   Up to 9 kVA: 40 dB.
   2.   10 to 50 kVA: 45 dB

H.   Insulating material (600 V and below):

   1.   3 to 15 kVA units: 185 degC insulation system with a 115 degC rise.
   2.   15 kVA and above units: 220 degC insulation system with a 150 degC rise.

I.   Ratings: 60 Hertz, Voltage, KVA and phase, as indicated on the Drawings.

J.   Finish: Rust inhibited primer and manufacturers standard paint inside and out.

K.   Standards: ANSI C57.96, ANSI C89.2, NEMA ST 20, UL 506, UL 1561.

L.   Special provisions, when indicated on the Drawings:

   1.   K-Factor rated:

      a.   Suitable for circuits with a harmonic profile equal to or less than a K-factor of 4 or 13 without exceeding the temperature rise.
      b.   Neutral conductor and lugs rated for 200 percent of normal phase current.

   2.   Electrostatic shielded transformer: Shield consisting of a single turn of a thin sheet of aluminum or copper, extending over the full width of the windings, placed between the primary and secondary winding and grounded.
   3.   Isolation transformer: Primary and secondary windings electrically isolated from each.
   4.   Shielded isolation transformer: Incorporates both the electrostatic shield and isolation features as described above.

## PART 3 - EXECUTION

### 3.1    INSTALLATION

A.    Install products in accordance with manufacturer's instructions.

B.    Indoor locations:

   1.    Provide ventilated type for 15 kVA units and above.
   2.    Provide non-ventilated type for 9 kVA units and below and were indicated on the Drawings.
   3.    Mount 9 kVA units and below on wall.
   4.    Mount 15 kVA units and above on chamfered 4 IN high concrete housekeeping pad or from wall and/or ceiling, at 7 FT above finished floor, using equipment support brackets per Section 16010.
   5.    Provide rubber vibrations isolation pads.

C.    Outdoor locations:

   1.    Provide non-ventilated type.
   2.    Mount ventilated type on a concrete pad.
   3.    Mount non-ventilated type on concrete pad for units weighting greater than 400 LBS and mount units weighting less than 400 LBS on channel support structure per detail on Drawings.

D.    Enclosures: Painted steel in all areas.

E.    Ground in accordance with Section 16060.

***END OF SECTION***

SECTION 16490
OVERCURRENT AND SHORT CIRCUIT PROTECTIVE DEVICES

## PART 1 - GENERAL

### 1.1 SUMMARY

A.   Section Includes:

1.   Low voltage circuit breakers.
2.   Low voltage fuses.

### 1.2 RELATED SECTIONS

A.   Related Sections include but are not necessarily limited to:

1.   Bidding Requirements, Contract Forms, and Conditions of the Contract.
2.   Division 1 - General Requirements.
3.   Section 16010 - Electrical: Basic Requirements.

### 1.3 QUALITY ASSURANCE

A.   Referenced Standards:

1.   American National Standards Institute (ANSI):

a.   C37.13, Low-Voltage AC Power Circuit Breakers Used in Enclosures.
b.   C37.16, Low-Voltage Power Circuit Breakers and AC Power Circuit Protectors – Preferred Ratings, Related Requirements, and Application Recommendations.
c.   C37.17, Trip Devices for AC and General Purpose DC Low Voltage Power Circuit Breakers.

2.   Institute of Electrical and Electronics Engineers, Inc. (IEEE):

a.   242, Protection and Coordination of Industrial and Commercial Power Systems (Buff Book).
b.   399, Power System Analysis (Brown Book).

3.   National Electrical Manufacturers Association (NEMA):

a.   AB 1, Molded Case Circuit Breakers.
b.   SG 3, Power Switching Equipment.

4.    National Fire Protection Association (NFPA):

    a.    70, National Electrical Code (NEC).

5.    Underwriters Laboratories (UL):

    a.    198C, High-Interrupting-Capacity Fuses, Current Limiting Types.
    b.    198E, Class R Fuses.
    c.    489, Molded Case Circuit Breakers and Circuit Breaker Enclosures.
    d.    943, Ground Fault Circuit Interrupters.
    e.    1053, Ground-Fault Sensing and Relaying Equipment.
    f.    1066, Low-Voltage AC and DC Power Circuit Breakers.

## 1.4    SUBMITTALS

A.    Shop Drawings:

1.    See Section 16010.
2.    Reports:

    a.    Short circuit study report.
    b.    Protective coordination study report.

B.    Operation and Maintenance Manual:

1.    See Section 01340.

C.    Miscellaneous:

1.    Test reports:

    a.    Ground fault protection system testing.

## PART 2 - PRODUCTS

## 2.1    ACCEPTABLE MANUFACTURERS

A.    Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

1.    Circuit breakers:

    a.    Cutler-Hammer.

      b.    General Electric Company.

      c.    Square D Company.

      d.    Siemens.

      e.    Or equal.

2. Fuses:

      a.    Bussmann, Inc.

      b.    Littlefuse, Inc.

      c.    Gould Shawmut.

      d.    Or equal.

B. Submit requests for substitution in accordance with Specification Section 01640.

## 2.2   CIRCUIT BREAKERS

A. Molded case type:

1. General:

      a.    Standards: NEMA AB 1, UL 489.

      b.    Unit construction.

      c.    Over-center, toggle handle operated.

      d.    Quick-make, quick-break, independent of toggle handle operation.

      e.    Manual and automatic operation.

      f.    All poles open and close simultaneously.

      g.    Three position handle: on, off and tripped.

      h.    Molded-in ON and OFF markings on breaker cover.

      i.    One-, two- or three-pole as indicated on the Drawings.

      j.    Current and interrupting ratings as indicated on the Drawings.

      k.    Bolt on type.

2. Thermal magnetic type:

      a.    Inverse time overload and instantaneous short circuit protection by means of a thermal magnetic element.

      b.    Frame size 150 amp and below:

          1)    Non-interchangeable, non-adjustable thermal magnetic trip units.

    c.     Frame sizes 225 to 250 amp:

        1)    Interchangeable and adjustable instantaneous thermal magnetic trip units.

    d.     Ground Fault Circuit Interrupter (GFCI) Listed:

        1)    Standard: UL 943.
        2)    One- or two-pole as indicated on the Drawings.
        3)    Class A ground fault circuit.
        4)    Trip on 5 mA ground fault (4-6 mA range).

    e.     Ground Fault Equipment Protective Circuit Interrupter (GFEPCI) Listed:

        1)    Standard: UL 1053.
        2)    Trip on 30 mA ground fault (6-50 mA range).

    f.     Switching Duty (SWD) Listed:

        1)    15 and 20 amp rated at 347 Volts and less.
        2)    Suitable for switching fluorescent lighting loads on a regular basis.

    g.     Switching Duty (HID) Listed:

        1)    50 amp maximum rated at 480 Volts and less.
        2)    Suitable for switching high intensity discharge lighting loads on a regular basis

    h.     HACR Listed:

        1)    Heating, air conditioning and refrigeration applications.

3.    Solid state trip type:

    a.     Inverse time overload, instantaneous short circuit and ground fault protection by means of a solid state trip element, associated current monitors and flux shunt trip mechanism.

    b.     Frame size 400 amp and above:

        1)    Interchangeable current sensor or rating plug:
        2)    Adjustable long time pickup setting. Adjustable from 50 to 100 percent of the current sensor or rating plug.
        3)    Adjustable short time pickup setting.
        4)    Adjustable instantaneous pick-up.
        5)    Fixed ground fault pickup.

    4.     Motor Circuit Protector:

        a.     Adjustable instantaneous short circuit protection by means of a magnetic or solid state trip element.

        b.     Sized for the connected motor.

## 2.3   FUSES

A.    UL Class L fuses:

    1.     Standard: UL 198C.
    2.     Dual-element time-delay and current limiting type.
    3.     Ratings: 600 Volt, 601-6000 amps and 200,000 RMS AIC symmetrical.

B.    UL Class J fuses:

    1.     Standard: UL 198C.
    2.     Dual-element time-delay and current limiting rejection type.
    3.     Ratings: 600 Volt, 0-600 amps and 200,000 RMS AIC symmetrical.

C.    UL Class RK-1 fuses:

    1.     Standard: UL 198E.
    2.     Single-element fast-acting and current limiting rejection type.
    3.     Ratings: 250 and 600 Volt, 1/10-600 amps and 200,000 RMS AIC symmetrical.

D.    UL Class RK-5 fuses:

    1.     Standard: UL 198E.
    2.     Dual-element time-delay and current limiting rejection type.
    3.     Ratings: 250 and 600 Volt, 1/10-600 amps and 200,000 RMS AIC symmetrical.

E.    UL Class CC fuses:

    1.     Standard: UL 198C.
    2.     Single-element fast-acting and current limiting rejection type.
    3.     Ratings: 250 and 600 Volt, 1/10-30 amps and 200,000 RMS AIC symmetrical.

## PART 3 - EXECUTION

### 3.1    INSTALLATION

A.    Current and interrupting ratings as indicated on the Drawings.

B.    Series rated systems not acceptable.

C.    Devices shall be ambient temperature compensated.

D.    Molded case circuit breakers shall incorporate the following, unless indicated otherwise on the Drawings:

    1.    Frame sizes 250 amp and less shall be thermal magnetic type.
    2.    Frame sizes 400 amp and larger shall be solid state trip type.

        a.    Current sensor or rating plugs long time pickup setting shall be set so that the indicated trip level is near the 75 percent trip point.

    3.    Frame sizes 1000 amp and above shall include integral ground fault protection.
    4.    Motor circuit protectors sized for the connected motor.

E.    Fuses:

    1.    UL Class L: Use for main and feeder devices over 600 amps.
    2.    UL Class J: Use for feeder devices 600 amps and smaller.
    3.    UL Class RK-1: Use where indicated.
    4.    UL Class RK-5: Use for motor feeder and branch circuit devices.

### 3.2    FIELD QUALITY CONTROL

A.    Coordinated Power System Protection.

    1.    A study shall be prepared to demonstrate that the equipment and system constructed meet the specified requirements for equipment ratings, coordination and protection.
    2.    The studies shall be performed in accordance with IEEE 242 and 399.

**\*\*\*END OF SECTION\*\*\***

## SECTION 16491
## LOW VOLTAGE SURGE PROTECTIVE DEVICES (SPD)

# PART 1 - GENERAL

## 1.1   SUMMARY

    A.    Section Includes:

        1.    Type 1 SPD - Service Entrance Motor Control Center, integrally mounted.

## 1.2   RELATED SECTIONS

    A.    Related Sections include but are not necessarily limited to:

        1.    Bidding Requirements, Contract Forms, and Conditions of the Contract.
        2.    Division 1 - General Requirements.
        3.    Section 16010 - Electrical: Basic Requirements.

## 1.3   QUALITY ASSURANCE

    A.    Referenced Standards:

        1.    Institute of Electrical and Electronics Engineers (IEEE):

            a.    C62.41, Recommended Practice on Surge Voltages in Low-Voltage AC Power Circuits.
            b.    C62.45, Guide on Surge Testing For Equipment Connected to Low-Voltage AC Power Circuits.

        2.    National Electrical MANUFACTURERS Association (NEMA):

            a.    LS 1, Low Voltage Surge Protective Devices.

        3.    Underwriters Laboratories, Inc. (UL):

            a.    1449, Standard for Safety - Transient Voltage Surge Suppressors.

    B.    Qualifications:

        1.    Provide devices for a MANUFACTURER who has been regularly engaged in the development, design, testing, listing and manufacturing of SPDs of the types and ratings required for a period of ten years or more and whose products have been in satisfactory use in similar

service. Upon request, suppliers or MANUFACTURERS shall provide a list of not less than three customer references showing satisfactory operation.

## 1.4   DEFINITIONS

A.   Clamping Voltage: The applied surge shall be induced at the 90 degree phase angle of the applied system frequency voltage. The voltage measured at the end of the 6 IN output leads of the SPD and from the zero voltage reference to the peak of the surge.

B.   Let-Through Voltage: The applied surge shall be induced at the 90 degree phase angle of the applied system frequency voltage. The voltage measured at the end of the 6 IN output leads of the SPD and from the system peak voltage to the peak of the surge.

C.   Maximum Continuous Operating Voltage (MCOV): The maximum steady state voltage at which the SPD device can operate and meet it specification within its rated temperature.

D.   Maximum Surge Current: The maximum 8x20 microsecond surge current pulse the SPD device is capable of surviving on a single-impulse basis without suffering either performance degradation or more than 10 percent deviation of clamping voltage at a specified surge current. Listed by mode, since number and type of components in any SPD may very by mode.

E.   MCC:  Motor Control Center.

F.   Protection Modes: This parameter identifies the modes for which the SPD has directly connected protection elements, i.e. line-to-neutral (L-N), line-to-line (L-L), line-to-ground (L-G), neutral-to-ground (N-G).

G.   Surge Current per Phase: The per phase rating is the total surge current capacity connected to a given phase conductor. For example, a wye system surge current per phase would equal L-N plus L-G; a delta system surge current per phase would equal L-L plus L-G. The N-G mode is not included in the per phase calculation.

H.   System Peak Voltage: The electrical equipment supply voltage sine wave peak (i.e. for a 480/277 volt system the L-L peak voltage is 679V and the L-N peak voltage is 392V).

## 1.5   SUBMITTALS

A.   Shop Drawings:

1.   See Section 16010.

---

2. Product technical data:

    a. MANUFACTURER's experience.
    b. Electrical and mechanical drawing showing unit dimensions, weights, mounting provisions, connection details and layout diagram of the unit.
    c. SPD Type 1:

        1) UL 1449 product listing data.
        2) Signed and Certified Clamping Voltage data from a third party testing laboratory, including oscilloscope waveform snapshots for the indicated IEEE C62.41 Category waveforms. Testing shall be in accordance with IEEE C62.41. Clearly identify the voltage reference level.

B. Operation and Maintenance Manual:

    1. See Section 01340.

## 1.6 DELIVERY, STORAGE, AND HANDLING

A. See Section 16010.

## 1.7 WARRANTY

A. The MANUFACTURER shall provide a 5-year Limited Warranty from date of shipment against failure when installed in compliance with applicable national/local electrical codes and the MANUFACTURER's installation, operation and maintenance instructions.

## PART 2 - PRODUCTS

## 2.1 TYPE 1 SPD

A. Product:

    1. SPD tag number or electrical equipment tag number SPD is connected to MCC-1.
    2. Integrally mounted in switchgear, switchboards or MCCs.
    3. Hybrid solid-state high performance suppression system. Do not use a suppression system with gas tubes, spark gaps or other components which might short or crowbar the line resulting in interruption of normal power flow to connected loads.
    4. Do not connect multiple SPD modules in series to achieve the specified performance.

5.      Designed for parallel connection.

6.      Field connection:  Use mechanical or compression lugs for each phase, neutral and ground that will accept bus bar or #10 through #1/0 conductors.

7.      Device Monitor: Provide long-life, solid state, externally visible indicators and Form C dry contact(s) that monitors the on-line status of each mode of the units suppression filter system and power loss in any of the phases. A fuse status only monitor system is not acceptable.

8.      Test reports shall represent the installed SPD, including any internal fusing and 6 IN lead length.

B.      Operating Voltage: The nominal unit operating voltage and configuration as indicated on Drawings.

C.      Modes of Protection: All modes.

1.      Three phase (delta): L-L, L-G.

2.      Three phase (wye): L-N, L-L, L-G and N-G.

3.      Single phase (2 pole): L-L, L-N, L-G and N-G.

4.      Single phase: L-N, L-G and N-G.

D.      Maximum Continuous Operating Voltage: Less than 130 percent of system peak voltage.

E.      Operating Frequency: 45 to 65 Hertz.

F.      Maximum Surge Current: 250,000A per phase, 125,000A per mode minimum.

G.      Minimum Repetitive Surge Current Capacity: 5000 impulses with no degradation greater than 10 percent deviation of the clamping voltage.

H.      Fusing: The SPD may contain internal fuses, but a C3 or B3 combination wave shall not cause the fuse to open the circuit to the SPD circuitry.

I.      Maximum Clamping Voltages, including 6 IN lead length and measured from the zero voltage reference:

1.      ANSI/IEEE C3 combination wave: 500 percent of system peak voltage.

2.      ANSI/IEEE B3 combination wave: 350 percent of system peak voltage.

3.      Mode N-G clamping voltage may be 175 percent higher than the L-G levels.

## PART 3 - EXECUTION

### 3.1    INSTALLATION

    A.    Install products in accordance with MANUFACTURER's instructions.

    B.    Type 1 SPD

        1.    Connected in parallel to the equipment.

        2.    Install in dedicated service equipment compartment or bucket at the factory before shipment.

        3.    Provide leads that are as short and straight as possible.

        4.    Maximum lead length: 12 IN.

        5.    Minimum lead size: #2 stranded AWG or bus bar.

        6.    Connect leads to the service equipment bus through a 40A circuit breaker or molded case switch.

            a.    Provide circuit breaker or switch operable from the service equipment exterior or from behind a hinged door.

### ***END OF SECTION***

06922-059-096
TBW Project No. 01302

Tampa Bay Water Reservoir
16491 - 5

April 2002
Conformed

**THIS SPACE WAS INTENTIONALLY LEFT BLANK**

**SECTION 16493**
**CONTROL EQUIPMENT ACCESSORIES**

## PART 1 - GENERAL

### 1.1 SUMMARY

A.  Section Includes:

    1.  Operator control devices (selector switches, pushbuttons, indicator lights, etc.).
    2.  Control devices (timers, relays, contactors, etc.).
    3.  Control panels and operator stations.

### 1.2 RELATED SECTION

A.  Related Sections include but are not necessarily limited to:

    1.  Bidding Requirements, Contract Forms, and Conditions of the Contract.
    2.  Division 1 - General Requirements.
    3.  Section 11005 - Equipment: Basic Requirements.
    4.  Section 16010 - Electrical: Basic Requirements.
    5.  Section 16060 - Grounding.

### 1.3 QUALITY ASSURANCE

A.  Referenced Standards:

    1.  National Electrical Manufacturers Association (NEMA):

        a.  ICS 2, Industrial Control Devices, Controllers, and Assemblies.
        b.  250, Enclosures for Electrical Equipment (1000 Volt Maximum).

    2.  National Fire Protection Association (NFPA):

        a.  70, National Electrical Code (NEC).

    3.  Underwriters Laboratories, Inc (UL):

        a.  508, Industrial Control Equipment.

1.4     **SUBMITTALS**

A.     Shop Drawings:

1.     See Section 16010.

B.     Operation and Maintenance Manuals:

1.     See Section 01340.


## PART 2 - PRODUCTS

2.1     **ACCEPTABLE MANUFACTURERS**

A.     Subject to compliance with the Contract Documents, the following manufacturers are acceptable:

1.     Pilot Devices and Relays:

a.     Idec.
b.     Potter & Brumsfield.
c.     Time Mark.
d.     ATC Diversified Electronics.
e.     Or equal.

2.     Contactors:

a.     ASCO.
b.     Cutler-Hammer.
c.     General Electric.
d.     Square D.
e.     Siemens.
f.     Allen Bradley.
g.     Or equal.

3.     Photocells and Time Clocks:

a.     Grasslin.
b.     Tork.
c.     Intermatic.
d.     Paragon.
e.     Or equal.

4.      Alarm Devices:

     a.      Edwards Signaling.
     b.      Federal Signal Corp.
     c.      Or equal.

5.      Terminal Blocks:

     a.      Phoenix Contact.
     b.      Allen-Bradley.
     c.      Or equal.

6.      Enclosures:

     a.      Hoffman Engineering Co.
     b.      Wiegmann.
     c.      B-Line Circle AW Adalet.
     e.      Or equal.

B.      Submit requests for substitution in accordance with Specification Section 01640.

## 2.2    PILOT DEVICES

A.      General Requirements:

1.      Standards: NEMA ICS 2, UL 508.
2.      Heavy-duty NEMA 4/13 watertight/oiltight.
3.      Heavy-duty NEMA 4/4X corrosion resistant.
4.      Heavy-duty factory sealed, explosion-proof and dust ignition-proof (Class I and II).
5.      Mounting hole: 30.5 mm.
6.      Contact blocks: 10 amp, NEMA 600A rated, number as required to fulfill functions shown or specified.
7.      Legend plate marked as indicated on Drawings or specified.

B.      Selector Switches:

1.      Two, three- or four-position rotary switch as required to fulfill functions shown or specified.
2.      Maintained contact type.
3.      Knob or lever type operators.

C.      Pushbuttons:

1.      Non-illuminated type:

---

       a.      Protective boot.

       b.      Momentary contact.

       c.      Standard flush and mushroom operators.

       d.      Red colored buttons for START or ON and black color for STOP or OFF.

       e.      Emergency stop pushbuttons: Mushroom head operator and maintained contact.

  2.     Illuminating type:

       a.      Protective boot.

       b.      Momentary contact.

       c.      Standard flush operator.

       d.      Serves as both pushbutton control and indicating light.

       e.      Red colored lenses for start or on and green for STOP or OFF.

       f.      Resistor-type full voltage light unit with lens and panel gasket.

D.    Indicating Lights:

  1.     Allowing replacement of bulb without removal from control panel.

  2.     Lamp: Incandescent, 120 V or 24 V as required.

  3.     Full voltage type.

  4.     Push-to-test indicating lights.

  5.     Glass lens.

  6.     Color code lights as follows:

       a.      Green: OFF or stopped; valve closed.

       b.      Amber: Standby; auto mode; ready.

       c.      Red: ON or running; valve open.

## 2.3   RELAYS

A.    General Requirements:

  1.     Standards: NEMA ICS 2, UL 508.

B.    Control Relays:

  1.     General purpose (ice cube) type:

       a.      Plug-in housing.

       b.      Clear polycarbonate dust cover with clip fastener.

       c.      Coil voltage: 120 VAC or as required.

       d.      Contacts:

           1)     10 amp continuous.

           2)     Silver cadmium oxide.

           3)     Minimum of 3 SPDT contacts.

  e.  Sockets: DIN rail mounted.
  f.  Internal neon or LED indicator is lit when coil is energized.
  g.  Manual operator switch.

2.  Industrial type:

  a.  Coil voltage: 120 VAC or as required.
  b.  Contacts:

    1)  10 amp, NEMA A600 rated.
    2)  Double break, silver alloy.
    3)  Convertible from normally open to normally closed or vice versa, without removing any wiring.
    4)  Expandable from 2 poles to 12 poles.

  c.  Provide contacts for all required control plus two spares.

C.  Time Delay Relays:

1.  General purpose type:

  a.  Timing modes: On and Off delay, interval, one shot and repeat cycle.
  b.  Plug-in housing.
  c.  Polycarbonate dust cover with clip fastener.
  d.  Coil voltage: 120 VAC or as required.
  e.  Contacts:

    1)  10 amp continuous.
    2)  Silver cadmium oxide.
    3)  Two normally open and two normally closed DPDT contacts.

  f.  Sockets: DIN rail mounted.
  g.  External timing adjustment knob.
  h.  Timing ranges: 0.05 seconds to 16.65 hours.
  i.  Repeat accuracy: +/-1 percent.

2.  Solid State industrial type:

  a.  Timing modes: On and Off delay and repeat cycle.
  b.  Industrial housing.
  c.  Coil voltage: 120 VAC or as required.

06922-059-096
TBW Project No. 01302
    Tampa Bay Regional Reservoir
    16493 - 5
    April 2002
    Conformed

    d.    Contacts:

        1)    5 amp, NEMA B150 rated.
        2)    Silver alloy.
        3)    Convertible On Delay and Off Delay contacts.
        4)    One normally open and one normally closed timed contacts.
        5)    One normally open and one normally closed instantaneous contacts.

    e.    Furnish with "on" and "timing out" indicators.
    f.    External timing adjustment knob.
    g.    Timing ranges: 0.05 seconds to 10 hours.
    h.    Repeat accuracy: +/-1 percent.

3.    Mechanical industrial type.

    a.    Timing modes: On and Off delay.
    b.    Coil voltage: 120 VAC or as required.
    c.    Contacts:

        1)    10 amp, NEMA A600 rated.
        2)    Double break, silver alloy.
        3)    Convertible On Delay and Off Delay contacts.
        4)    Convertible normally open and normally closed timed contacts.
        5)    Convertible normally open instantaneous contacts.

    d.    External timing adjustment knob.
    e.    Timing ranges: 0.2 – 60 sec or 5 – 180 sec.
    f.    Repeat accuracy: greater than +/-10 percent.

## 2.4   CONTACTORS

A.    General Requirements:

    1.    Standards: NEMA ICS 2, UL 508.

B.    Lighting and Remote Control Switches.

    1.    Electrically operated, electrically held.
    2.    Coil voltage: 120 VAC or as required.
    3.    Contacts: Totally enclosed, double-break silver-cadmium-oxide.
    4.    Rated for ballasted lighting, tungsten and general use loads.
    5.    Number of poles, continuous ampere rating and voltage, as indicated on Drawings or as specified.

6. Auxiliary control relays, as indicated on Drawings or as specified.
7. Auxiliary contacts, as indicated on Drawings or as specified.

C. Definite Purpose:

1. Coil voltage: 120 VAC or as required.
2. Contacts: Totally enclosed, double-break silver-cadmium-oxide.
3. Resistive load and horsepower rated.
4. Number of poles, continuous ampere rating and voltage, as indicated on Drawings or as specified.
5. Auxiliary contacts, as indicated on Drawings or as specified.

## 2.5   PHOTOCELLS AND TIME CLOCKS

A. Photocells, Weatherproof enclosure.

1. Adjustable turn-on range, initially set at 1.0 footcandles. Turn-off level approximately three times turn-on.
2. Provide time delay device to eliminate nuisance switching.
3. Voltage, amperage and/or wattage ratings as required for the application.

B. General Requirements for Time Clocks:

1. Separate manual on-off operation without disturbing automatic settings.
2. Enclosure:

    a. NEMA 1 for indoor locations
    b. Stand alone or DIN rail for mounting in control panel.
    c. NEMA 3R or 4 for exterior locations.

3. Voltage, amperage and/or wattage ratings as required for the application.

C. Electromechanical.

1. 24-hour dial powered by a self-starting synchronous motor.
2. Minimum of 16-hour carryover power utilizing a spring-driven reserve with automatic rewind or rechargeable battery.
3. Minimum of 12 pairs of on-off trippers and a skip-a-day device.

D. Electromechanical.

1. 7-day dial powered by a self-starting synchronous motor.
2. Minimum of 24-hour carryover power utilizing a spring-driven reserve with automatic rewind or rechargeable battery.

      3.      Minimum of 1 pair of on-off trippers per day.

E.    Electronic.

    1.      24-hour and 7-day programmable using solid state technology.
    2.      Minimum of 72-hour carryover power utilizing rechargeable battery or capacitor.
    3.      Minimum of 7-on and 7-off set points.

F.    Electronic.

    1.      365-day programmable using solid state technology with block programming.
    2.      Minimum of 72-hour carryover power utilizing rechargeable battery or capacitor.
    3.      Minimum of 48 events per week, 16 individual holiday overrides, daylight savings or standard time selectable, automatic leap year correction.

G.    Astronomical Clocks.

    1.      Adjustable for the installed latitude. Settings for astro on/astro off, astro on/time off or time on/astro off.
    2.      365-day programmable using solid state technology with block programming.
    3.      Minimum of 72-hour carryover power utilizing rechargeable battery or capacitor.
    4.      Minimum of 48 events per week, 16 individual holiday overrides daylight savings or standard time selectable, automatic leap year correction.

## 2.6   ALARM DEVICES

A.    Alarm Horns:

    1.      Vibrating horn type.
    2.      PLC compatible as required.
    3.      Heavy-duty die cast housing with corrosion resistant finish.
    4.      Adjustable volume: 78 to 103 dB at 10 FT.
    5.      Voltage: 120 VAC or as required.
    6.      Enclosures/mountings:

        a.    Flush wall or panel mounting in dry areas.
        b.    NEMA 4X panel mounting in wet areas.
        c.    Surface mounting in dry areas.
        d.    NEMA 4X surface mounting in wet areas.
        e.    NEMA 4X, hazardous location surface mounting in wet and hazardous areas.

1)   Fixed volume: 97 dB at 10 FT.

B.   Alarm Lights:

1.   Panel mounted:

a.   Strobe type.
b.   Shatter resistant polycarbonate lens and base,
c.   Lens color as indicated on Drawings.
d.   NEMA 4X enclosure.
e.   PLC compatible.
f.   Voltage: 120 VAC.

2.   Wall mounted:

a.   Heavy-duty strobe type.
b.   Weatherproof shatter resistant polycarbonate lens and cast base.
c.   Optically designed fresnel lens with color as indicated on Drawings.
d.   Immune to shock and vibration, no moving parts.
e.   Xenon flash tube providing a minimum of 65 single flashes per minute.
f.   Mounting: Wall or corner wall brackets.

## 2.7   MISCELLANEOUS DEVICES

A.   Run Time Meters:

1.   Six-digit wheels including a 1/10 digit.
2.   Non-reset type.
3.   Time range in hours.
4.   Automatic recycle at zero.
5.   Accuracy:  1 percent.
6.   Sealed against dirt and moisture.
7.   Tamperproof.

## 2.8   TERMINATION EQUIPMENT

A.   General Requirements:

1.   Modular type with screw compression clamp.
2.   Screws: Stainless steel.
3.   Current bar: Nickel-plated copper allow.
4.   Thermoplastic insulation rated for -40 to +90 Deg C.
5.   Wire insertion area: Funnel-shaped to guide all conductor strands into terminal.

6.      End sections and end stops at each end of terminal strip.
7.      Machine-printed terminal markers on both sides of block.
8.      Spacing: 6 mm.
9.      Wire size: 22-12 AWG.
10.     Rated voltage: 600 V.
11.     Din rail mounting.

B.      Standard-type block.

1.      Rated current: 30 A.
2.      Color:  Gray body.

C.      Bladed-type disconnect block:

1.      Terminal block with knife blade disconnect which connects or isolated the two sides of the block.
2.      Rated current: 10 A.
3.      Color:

   a.      Panel control voltage leaves enclosure - normal: Gray body, orange switch.
   b.      Foreign voltage entering enclosure: Orange body, orange switch.

D.      Grounded-type block:

1.      Electrically grounded to mounting rail.
2.      Terminal ground wires and analog cable shields.
3.      Color: Green and yellow body.

E.      Fuse Holders:

1.      Blocks can be ganged for multi-pole operation.
2.      Spacing: 9.1 mm.
3.      Wire size: 30-12 AWG.
4.      Rated voltage: 300 V.
5.      Rated current: 12 A.
6.      Fuse size: 1/4 x 1-1/4.
7.      Blown fuse indication.
8.      DIN rail mounting.

## 2.9   ENCLOSURES

A.      Control Panels:

1.      NEMA 4X rated:

    a.     Body and cover: 14 GA Type 304 or 316 stainless steel.
    b.     Seams continuously welded and ground smooth.
    c.     No knockouts.
    d.     External mounting flanges.
    e.     Hinged door and stainless steel screws and clamps.
    f.     Door with oil-resistant gasket.

2.    NEMA 12 enclosure:

    a.     Body and cover: 14 GA steel finished with rust inhibiting primer and manufacturers standard paint inside and out.
    b.     No knockouts.
    c.     External mounting flanges.
    d.     Non-hinged stainless steel cover held closed with captivated cover screws threaded into sealed wells or hinged cover held closed with stainless steel screws and clamps.
    e.     Flat door with oil resistant gasket.

3.    Control Panel Miscellaneous Accessories:

    a.     Back plane mounting panels: Steel with white enamel finish or Type 304 stainless steel.
    b.     Wire management duct:

         1)    Bodies: PVC with side holes.
         2)    Cover: PVC snap-on.
         3)    Size as required.

    c.     Rigid handles for covers larger than 9 SF or heavier than 25 LBS.
    d.     Split covers when heavier than 25 LBS.
    e.     Floor stand kits made of same material as the enclosure.
    f.     Weldnuts for mounting optional panels and terminal kits.

4.    Standards: NEMA 250, UL 50.

B.    Operator Control Stations:

1.    NEMA 4X rated:

    a.     Type 304 or 316 stainless steel body.
    b.     Gasketed Type 304 or 316 stainless steel cover.
    c.     Number of device mounting holes as required.