UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
a Regional Water Supply Authority,

                Plaintiff,

vs.                                       Case No.: 8:08-CV-2446-T-27TBM

HDR ENGINEERING, INC., et al.,

                Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge following a preliminary pretrial conference (Dkt. 80). Plaintiff and Defendants Barnard Construction Company, Inc. and Construction Dynamics Group, Inc. have filed objections (Dkts. 84-86). Defendants HDR Engineering, Inc., Barnard Construction Company, Inc., and Construction Dynamics Group, Inc. have also filed responses to Plaintiff's objection (Dkts. 89-91).

The June 10, 2009 preliminary pretrial conference before the Magistrate Judge was held to set deadlines for expert disclosures, which were not determined during this Court's original preliminary pretrial conference on May 13, 2009. The Magistrate Judge has recommended bifurcating expert disclosures, with the parties' liability experts to be disclosed beginning January 8, 2010, and the damages experts to be disclosed beginning May 14, 2010.

In its objection, Plaintiff advocates an October 4, 2010 date for disclosure of its remediation expert, rather than May 14, 2010. Plaintiff also requests extension of the December 15, 2009 discovery cut-off previously set by this Court, so that discovery may continue until the May 2011 pretrial conference. Specifically, Plaintiff contends that it is not a reasonable use of public funds to secure litigation experts to devise conceptual long-term remediation designs, which it anticipates

1

receiving by August 2010, when it anticipates having the actual long-term remediation design completed by April 2011. (Dkt. 84 at 5).

By contrast, Defendant Barnard Construction Company, Inc. contends that Plaintiff's liability expert should be disclosed by October 15, 2009, rather than January 8, 2010. Specifically, Barnard argues that it is entitled to be advised of the basis for Plaintiff's claim against it, Plaintiff having filed the instant action in December 2008. (Dkt. 85 at 4). Defendant Construction Dynamics Group, Inc. objects to the bifurcation of discovery, and requests that all experts by disclosed on or before November 15, 2009, or, alternatively, on or before the January 8, 2010 date recommended by the Magistrate Judge. (Dkt. 86 at 5).

After careful consideration of Report and Recommendation, the objections, and responses, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. The expert disclosure deadlines set by the Magistrate Judge correctly balance the interest in ensuring prompt and complete discovery with the interests in judicial, fiscal, and administrative efficiency. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 80) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Within eleven (11) days of the date of this Order, the parties shall submit a Case Management Report reflecting the agreed upon terms and the following case management deadlines:

(a) Plaintiff's expert disclosure as required by Fed. R. Civ. P. 26(a)(2)(A) regarding all matters except remediation design and cost shall be made on or before **January 8, 2010**. Defendants' expert disclosure as required by Fed. R. Civ. P. 26(a)(2)(A) regarding all matters except remediation design and cost shall be made on or before **March 26, 2010**. Plaintiff's rebuttal expert disclosure shall be made on or before

**April 23, 2010**.

(b) Plaintiff's expert disclosure as required by Fed. R. Civ. P. 26(a)(2)(A) regarding remediation design and cost shall be made on or before **May 14, 2010**. Defendants' expert disclosure as required by Fed. R. Civ. P. 26(a)(2)(A) regarding mediation design and cost shall be made on or before **June 18, 2010**. Plaintiff's rebuttal expert disclosure shall be made on or before **July 16, 2010**.

(c) Mediation shall be conducted on or before **October 15, 2010**.

(d) All discovery shall be completed on or before **December 15, 2010**.

(e) The dispositive motion deadline is **January 31, 2011**.

(f) The pretrial conference shall be set in **May 2011**.

(g) Trial is set for the term commencing **July 5, 2011**.

**DONE AND ORDERED** in chambers this 5th day of August, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record