**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TAMPA BAY WATER,
a regional water supply authority,

      Plaintiff,

v.                                    Case No. 8:08-cv-02446-JDW-TBM

HDR ENGINEERING, INC., a Nebraska
corporation; CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland corporation;
BARNARD CONSTRUCTION COMPANY,
INC., a Montana corporation,
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, a Minnesota corporation,

      Defendants

## NOTICE OF COMPLIANCE

      This notice serves as confirmation of compliance with this court's Order dated March 8, 2010 directing attorneys Wayne B. Mason and Todd E. Betanzos to register for CM/ECF.

Respectfully submitted,

/s/Wayne B. Mason
WAYNE B. MASON
Texas State Bar No. 13158950
TODD E. BETANZOS
Texas State Bar No. 90001860
Sedgwick, Detert, Moran & Arnold LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Phone: (469) 227-8200
Fax: (469) 227-8004

and

Timothy D. Woodward
Florida Bar No.: 0486868
twoodward@forizs-dogali.com
James K. Hickman
Florida Bar No.: 0893020
jhickman@foriza-dogali.com
Brian A. Hohman
Florida Bar No: 764671
bhohman@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Telephone: (813) 289-0700
Facsimile:   (817) 289-9435

**Attorneys for Defendant
HDR ENGINEERING, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via electronic filing on the 25th day of March, 2010 in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

/s/Wayne B. Mason
WAYNE B. MASON

**NOTICE OF COMPLIANCE – Page 2**

**NOTICE OF COMPLIANCE – Page 3**