FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2010 AUG 26  PM 12: 31

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

TAMPA BAY WATER,
A Regional Water Supply Authority,

      Plaintiff,

                                CASE NO.: 8:08-CV-2446-T27TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation,
CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland corporation,
BARNARD CONSTRUCTION
COMPANY, INC., a
Montana corporation,

      Defendants.

_____/

BARNARD CONSTRUCTION COMPANY,
INC., a Montana corporation,

      Third Party Plaintiff,

v.

MCDONALD CONSTRUCTION
CORPORATION, a Florida corporation,

      Third Party Defendant.

_____/

## MEDIATORS' REPORT

      Patrick C. Coughlan, Esq. and Devon G. Coughlan, Esq., as the designated

mediators in this matter, hereby submit their Mediators' Report as follows:

The parties met on June 22 and 23, 2010, and on August 17, 18, and 19, 2010 for mediation in an effort to resolve the pending dispute. All parties appeared with settlement authority and participated in good faith.

All outstanding claims with respect to Construction Dynamics Group, Inc. have been settled in full.

The outstanding claims with respect to HDR Engineering, Inc., Barnard Construction Company, Inc., McDonald Construction Corporation, and St. Paul Fire and Marine Insurance Co. were not resolved at mediation. Settlement discussions are continuing between these parties and the mediators. It is reasonably anticipated that another mediation session among some or all parties will be scheduled within the next 45 days. If a follow-up mediation session is not scheduled in a timely fashion, an impasse will be declared as to the remaining parties.

Dated: August 25, 2010

Patrick C. Coughlan, Esq., Cert #3630R
Devon G. Coughlan, Esq., Cert #21365CR
Mediators
Conflict Solutions
1540 Star Pointe Lane
Naples, FL 34112
800-762-5582