# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TAMPA BAY WATER,<br>A Regional Water Supply Authority,<br><br>    Plaintiff,<br><br>v.<br><br>HDR ENGINEERING, INC., a Nebraska corporation, CONSTRUCTION DYNAMICS GROUP, INC., a Maryland corporation, BARNARD CONSTRUCTION COMPANY, INC., a Montana corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>    Defendants. | CASE NO. 8:08-cv-2446-T27-TBM |

## EXHIBIT A

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume I of X
103:21 – 104:2
117:24 – 119:2
119:10 – 125:5
125:15-25
126:4-21
130:12-19

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume II of X
151:24 – 152:17
153:6-25
206:3-207:21
210:16 – 212:5
212:11 – 213:10
214:6 – 216:7
216:14 – 217:8
229:2-15
230:4-25
236:14 – 237:19
238:12 – 239:13
243:19 – 244:7

1

DL/2542167v1

244:25 – 245:14
245:20-24
246:9 – 247:14
251:11 – 254:16
255:5 – 257:1
258:15-18
272:16 – 273:3
276:2 – 277:3
277:13-20
288:9-20
290:7-12
296:11-14
301:10-17

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume III of X
335:5-15
337:3-9
345:20 – 346:8
346:14-22
356:14 – 357:4
365:19 – 366:10
394:18-21
396:1-8
412:7-11
419:17-24
425:12-16


Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume IV of X
441:10-15
442:25 – 443:4
446:5-15
447:25 – 448:3
448:16 – 449:5
452:25 – 453:11
453:25 – 454:14
457:10 – 20
461:9 – 462:5
465:1-11
466:3 – 13
467:20-25
468:5-18
470:23 – 471:1
471:14-25
482:16 – 483:1
527:20 – 528:13
529:2-15
530:10 – 532:1

532:13-17
532:22-25
533:5 – 534:11
535:25 – 538:16
538:22 – 539:1
540:25 – 542:2
545:12-20
545:25 – 546:7
547:8 – 548:1
549:22 – 550:1

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume V of X
603:8 – 604:9
612:20 – 613:1

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume VI of X
717:10-22
722:7 – 723:17
725:8 – 728:4
741:25 – 742:11
743:11 – 744:10
775:22 – 776:16
780:6 – 781:19
782:15 – 784:9
788:24 – 789:4
790:16-19
790:24 – 791:13

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume VII of X
None

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume VIII of X
None

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume IX of X
None

Deposition of Kenneth J. O'Connell, Ph.D., P.E. – Volume X of X
1306:22 – 1307:6