# ATTACHMENT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
A Regional Water Supply Authority

    Plaintiff,                    CASE NO.:  8:08-cv-2446-T27-TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation,
CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland corporation,
BARNARD CONSTRUCTION
COMPANY, INC., a Montana corporation,

    Defendants.
_____/

## TAMPA BAY WATER'S RULE 26(a)(1)(A)(iii) INITIAL DISCLOSURES

Plaintiff, Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay Water"), by and through its undersigned counsel, hereby serves its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii).

A computation of each category of damages claimed by Tampa Bay Water is as outlined below and supporting documentation is enclosed via CD, Bates Nos. TBW-ID-00001-01593.

I.    INVESTIGATION, MONITORING and SHORT TERM REPAIRS

    A.    Value of work performed in-house by Tampa Bay Water:

        $133,603 (approx.)

    B.    Amounts paid to HDR Engineering, Inc., prior to termination of contract in October 2008:

        $728,905 (approx.)

Exhibit "A"

C.  Amounts paid for services of David Carrier, P.E.:

$45,142 (approx.)

D.  Amounts paid to Veolia:

$14,511 (approx.)

E.  Amounts paid to Black and Veatch for work prior to Resolution 2009-002:

$992,303 (approx.)

F.  Amounts paid to contractors for grouting and crack-related work:

|      | Fiscal Year | Amount | Status |
|------|------|------|------|
| i.   | FY 2007 - | $221,880 | (approx.) |
| ii.  | FY 2008 - | $736,483 | (approx.) |
| iii. | FY 2009 - | $1,325,000 | (encumbered) |
|      |           | $2,283,363 | |

G.  Work assigned to Black & Veatch upon termination of HDR Engineering, Inc. contract in October 2008:

$1,965,000 (per Resolution 2009-002)

H.  Work performed by Golder Associates, Inc.:

$160,695 (approx.)

I.  Work performed by George F. Young, Inc.:

$85,122 (approx.)

J.  Work provided to Earth Tech, Inc., pursuant to Contract No. 2008-040:

$1,049,900

K.  Work awarded to Proshot Concrete, Inc., pursuant to Contract No. 2008-030:

$1,235,550

L.  Work performed by Rowland, Inc.:

$79,860 (approx.)

    M.    Work performed by Kimmins Contracting Corp.:

        $8,856 (approx.)

II.    LONG TERM REMEDIATION and REPAIRS (including but not limited to: investigation, engineering, design, permitting, procurement, construction and other expenses):

    Not yet determined.

III.    LITIGATION EXPENSES (including but not limited to: attorneys' fees and costs, experts retained for litigation, reasonable and necessary litigation costs):

    Not yet determined.

IV.    FINES or PENALTIES IMPOSED BY PERMITTING or REGULATORY AUTHORITIES:

    Not yet determined.

V.    LOST or DIMINISHED USE of the REGIONAL RESERVOIR

    Not yet determined.

*/s/ Richard A. Harrison*
Richard A. Harrison, Esquire
Florida Bar Number 0602493
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682
rharrison@allendell.com
Lead Trial Counsel

David Forziano, Esquire
Florida Bar Number 0025755
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682
dforziano@allendell.com
Trial Counsel

3

Attorneys for Plaintiff, Tampa Bay Water, A Regional Water Supply Authority

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail on this 9th day of March, 2009 to:

Timothy D. Woodward, Esquire
James Keith Hickman, Esquire
Forizs & Dogali, PL
4301 Anchor Plaza Pkwy, Suite 300
Tampa, FL 33634

Michael R. Candes, Esquire
Ben William Subin, Esquire
Holland & Knight, LLP
P.O. Box 1526
Orlando, FL 32802-1526

David L. Bresler, Esquire
Banker Lopez Gassler, P.A.
501 First Avenue North, Suite 900
St. Petersburg, FL 33701

Richard Miles Stanislaw, Esquire
Christopher Wright, Esquire
Stanislaw Ashbaugh
701 Fifth Ave., Suite 4400
Seattle, WA 98104-7012

Robert P. Vilece, Esquire
Law Office of Michael J. Krakar
1900 Summit Tower Blvd., Suite 500
Orlando, FL 32810

Richard A. Harrison, Esquire
Florida Bar Number 0602493

4