# ATTACHMENT 2

**Candes, Michael R (ORL - X21160)**

| | |
|---|---|
| **From:** | Richard Harrison [RHarrison@allendell.com] |
| **Sent:** | Friday, May 21, 2010 11:24 AM |
| **To:** | Miles Stanislaw (Msn); jhickman@forizs-dogali.com; kurt.meaders@sdma.com; twoodward@forizs-dogali.com; wayne.mason@sdma.com; akovalcik@moopd.com; cmiller@moopd.com; doran.matzke@arcadis-us.com; mheitman@moopd.com; swpickert@moopd.com; ashelton@BANKERLOPEZ.COM; dbresler@bankerlopez.com; HKinsey@BANKERLOPEZ.COM; kmunkittrick@bankerlopez.com; Subin, Ben W (ORL - X25122); cwright@wthf.com; Candes, Michael R (ORL - X21160); mstanislaw@wthf.com |
| **Cc:** | Dave Forziano; Misty C. Leafers; Elizabeth Galbavy; Lisa Ferrara |
| **Subject:** | RE: Tampa Bay Water v HDR et al - MEDIATION WEEK DEPOS |

Counsel,

As set forth in our pleadings, Tampa Bay Water does intend to make a claim for damages for loss of use and/or diminished use of the Reservoir. As accurately observed by Mr. Stanislaw, that is not the subject of any of the expert reports we have furnished. We do not intend to utilize any experts retained for purposes of litigation to make the loss of use claim and hence no report(s) or other disclosures were required to be provided on this topic. I am unaware of any "deadline" by which we are obligated to do, in this regard, anything more than we have done thus far.

Richard A. Harrison

Allen Dell, P.A.

202 South Rome Avenue

Suite 100

Tampa FL 33606

813-223-5351 Telephone

813-229-6682 Fax

813-230-7317 Cell

rharrison@allendell.com

www.allendell.com

Board Certified in City, County and Local Government Law by The Florida Bar

---

CONFIDENTIALITY NOTICE: This email transmission and any documents accompanying this email transmission contain information from the law firm of Allen Dell, P.A. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity identified. Any transmission of confidential and/ or privileged material to persons or entities other than the intended recipient(s) shall not be construed as a waiver of any privilege or confidence. If you are not the intended recipient, you are hereby notified that the opening, review, disclosure, copying, distribution or the taking of any action in reliance upon the contents of this emailed information is strictly prohibited, and that you should immediately delete this email transmission together

**Exhibit "B"**

with any attachments thereto from your files. If you have received this email in error, please notify us immediately so that we can take any appropriate corrective action.

From: Miles Stanislaw (Msn) [mailto:milesstanislaw@msn.com]
Sent: Tuesday, May 18, 2010 11:30 AM
To: Richard Harrison; jhickman@forizs-dogali.com; kurt.meaders@sdma.com; twoodward@forizs-dogali.com; wayne.mason@sdma.com; akovalcik@moopd.com; cmiller@moopd.com; doran.matzke@arcadis-us.com; mheitman@moopd.com; swpickert@moopd.com; ashelton@BANKERLOPEZ.COM; dbresler@bankerlopez.com; HKinsey@BANKERLOPEZ.COM; kmunkittrick@bankerlopez.com; ben.subin@hklaw.com; cwright@wthf.com; Michael.Candes@hklaw.com; mstanislaw@wthf.com
Cc: Dave Forziano; Misty C. Leafers; Elizabeth Galbavy; Lisa Ferrara; 'Patrick Coughlan'; 'Devon Coughlan'
Subject: RE: Tampa Bay Water v HDR et al - MEDIATION WEEK DEPOS

Richard,

In earlier dialogue in this case TBW suggested that loss of use of the reservoir and/or water might be an element of TBW's damages. In my preliminary review of the latest Golder and OCL reports I do not see any claim for loss of use damages being made by TBW. If TBW were to make such a claim it would be necessary for Barnard, and presumably at least some of the other defendants, to retain an expert to evaluate and respond to a loss of use claim. At this point there is nothing for an expert to evaluate or respond to regarding a loss of use claim. Arguably the deadline for TBW to make a claim for loss of use has now passed.

In order for Barnard, and presumably all other defendants, to know how to proceed with their defense please give us an unequivocal answer to the following: IS TBW MAKING A MONETARY CLAIM FOR LOSS OF USE OF RESERVOIR AND/OR WATER IN THIS CASE AND IF SO, WHEN WILL THE DETAILS OF THAT CLAIM BE PROVIDED?

By making this inquiry of TBW Barnard is not waiving any defenses and expressly reserves all rights with respect to a loss of use claim?

Miles

---

From: Richard Harrison [mailto:RHarrison@allendell.com]
Sent: Tuesday, May 18, 2010 8:18 AM
To: jhickman@forizs-dogali.com; kurt.meaders@sdma.com; twoodward@forizs-dogali.com; wayne.mason@sdma.com; akovalcik@moopd.com; cmiller@moopd.com; doran.matzke@arcadis-us.com; mheitman@moopd.com; swpickert@moopd.com; ashelton@BANKERLOPEZ.COM; dbresler@bankerlopez.com; HKinsey@BANKERLOPEZ.COM; kmunkittrick@bankerlopez.com; ben.subin@hklaw.com; cwright@wthf.com; Michael.Candes@hklaw.com; Miles Stanislaw; mstanislaw@wthf.com
Cc: Dave Forziano; Misty C. Leafers; Elizabeth Galbavy; Lisa Ferrara; Patrick Coughlan; Devon Coughlan
Subject: Tampa Bay Water v HDR et al - MEDIATION WEEK DEPOS

Counsel,

As I have previously advised and as the mediators will confirm, our agreement to mediate during the week of June 21 was expressly conditioned upon there being no depositions scheduled during that week. We currently show Dr. Brumund and Mr. O'Connell

scheduled during the week of June 21.

I have discussed the matter with counsel for HDR, who have agreed to withdraw it notices for Dr. Brumund and Mr. O'Connell for that week. Please confirm and serve cancellation notices no later than noon on Friday, May 21, with respect to any depositions previously scheduled for that week. If the matter is not resolved by then, we will file a motion for protective order and also advise our client to withdraw from the June mediation dates based on the failure of the other parties to honor the express condition upon which we agreed to the dates.

Richard A. Harrison

Allen Dell, P.A.

202 South Rome Avenue

Suite 100

Tampa FL 33606

813-223-5351 Telephone

813-229-6682 Fax

813-230-7317 Cell

rharrison@allendell.com

www.allendell.com

Board Certified in City, County and Local Government Law by The Florida Bar

---

CONFIDENTIALITY NOTICE: This email transmission and any documents accompanying this email transmission contain information from the law firm of Allen Dell, P.A. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity identified. Any transmission of confidential and/ or privileged material to persons or entities other than the intended recipient(s) shall not be construed as a waiver of any privilege or confidence. If you are not the intended recipient, you are hereby notified that the opening, review, disclosure, copying, distribution or the taking of any action in reliance upon the contents of this emailed information is strictly prohibited, and that you should immediately delete this email transmission together with any attachments thereto from your files. If you have received this email in error, please notify us immediately so that we can take any appropriate corrective action.