# ATTACHMENT 3

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2                  TAMPA DIVISION

 3   TAMPA BAY WATER,
     A Regional Water Supply
 4   Authority,

 5            Plaintiff,    CASE NO.:  8:08-CV-2446-T27-TBM

 6   vs.

 7   HDR ENGINEERING, INC., a
     Nebraska corporation,
 8   CONSTRUCTION DYNAMICS
     GROUP, INC., a Maryland
 9   corporation,
     BARNARD CONSTRUCTION
10   COMPANY, INC., a Montana
     corporation,
11   ST. PAUL FIRE AND MARINE
     INSURANCE COMPANY, a
12   Minnesota corporation,

13            Defendants.
     _____/
14   BARNARD CONSTRUCTION COMPANY, INC.,
     a Montana corporation,
15
              Third Party Plaintiff,
16
     vs.
17

18   MCDONALD CONSTRUCTION CORPORATION,
     a Federal corporation,
19
              Third Party Defendant.
20   _____/

21

22       VIDEOTAPED DEPOSITION OF ALISON ADAMS

23
                                        COPY
24

25
```

ORANGE REPOR

Exhibit "C"

```
 1    * * * * * * * * * * * * * * * * * * * * * * * * * *

 2
                         VOLUME II OF II
 3                       (Pages 138 - 301)

 4

 5    VIDEOTAPED
      DEPOSITION OF:       ALISON ADAMS
 6
      TAKEN BY:            The Defendant, HDR Engineering, Inc.
 7
      DATE TAKEN:          June 10, 2010
 8
      TIME:                9:03 a.m. - 5:22 p.m.
 9
      PLACE:               Allen Dell, P.A.
10                         202 South Rome Avenue
                           Suite 100
11                         Tampa, Florida  33604

12    REPORTED BY:         Tonya Hornsby-Magee, Registered
                           Professional Reporter and Notary
13                         Public, State of Florida at Large
```

```
 1   or a maintenance activity or infrastructure limitation,
 2   operation of the reservoir is not expected to limit the
 3   amount of water that can be treated at the regional
 4   surface water treatment facility."  Did I read that
 5   correct?
 6        A.   That's correct.
 7        Q.   "Currently, the use of the regional reservoir
 8   is constrained until additional testing is completed and
 9   either an interim or long-term remedies are placed."
10   Did I read that correct?
11        A.   That's correct.
12        Q.   Okay.  In the '08 water year, part of the
13   issue with respect to the amount of water that you could
14   get from the reservoir from -- for that year was because
15   there was not enough rainfall in the fall of '07; is
16   that correct?
17        A.   That would be correct.
18        Q.   Okay.  And assuming even if you could have
19   withdrawn water off the rivers in March and April of
20   '08, how much would you have obtained from that
21   withdrawal to put into the reservoir?  Have you made
22   that analysis?
23        A.   In March and April?
24        Q.   Yes.
25        A.   Yes, I have made that analysis.
```

1    Q.   Okay.  How much was it?

2    A.   It was approximately an -- an additional 9

3 billion gallons of storage that would have been

4 available to us.

5    Q.   That additional 9 billion gallons of storage,

6 is that what would have been -- would that be in excess

7 of what was routed to the surface water treatment plant?

8    A.   Yes.

9    Q.   How much were you routing through the surface

10 water treatment plant in March and April?

11   A.   I'll have to check.  I don't remember off the

12 top of my head.

13   Q.   Have you been asked to do a loss use or loss

14 of water capacity analysis for Tampa Bay Water regarding

15 the reservoir?

16   A.   Yes, I have been.

17   Q.   Okay.  Do you have any loss use analysis for

18 the year 2006?

19   A.   No.

20   Q.   Any loss of use for the water year 2007?

21   A.   No.

22   Q.   Any loss of use analysis done for the water

23 year 2008?

24   A.   No.  Sorry.  I didn't remember my years there.

25   Q.   Any loss analysis done for the water year

1  table.

2      Q.  Okay.

3      A.  There -- there's no additional information.
4  Some people just can visualize it better in a graph than
5  on table.  That's all it intended to do.

6      Q.  And the upshot of this graph of 381 and 380 is
7  that those levels led to a fine of $46,000?

8      A.  That's correct.

9          MR. FORZIANO:  Object to form.

10 BY MR. MEADERS:

11     Q.  Besides being a graphical representation, 381
12 doesn't differ than 380, does it?

13     A.  No, it doesn't.

14     Q.  Okay.

15     A.  It's ...

16     Q.  Has anybody asked you to calculate the
17 monetary value of this 8.9 billion gallons?

18     A.  No.

19     Q.  Has anybody asked you to put a price tag on
20 that?

21     A.  No.

22     Q.  Are you -- do you know how to put a price tag
23 on that?

24     A.  I'm not the best person to ask that question.

25     Q.  Have you been asked to supply your information

```
 1  to anybody to do so?
 2      A.   No.
 3      Q.   Do you have any information, as we sit here
 4  today, whether or not anybody has attempted to do so?
 5      A.   Not that I know of.
 6      Q.   Okay.  With respect to all these -- the -- the
 7  estimates and the 8.9 billion gallons' issue and the
 8  exhibit -- well, strike that.
 9           Exhibits 378 through 381 represent the
10  analysis that you've done with respect to loss, future
11  loss, opportunity for not having the reservoir at -- at
12  136.5 feet, correct?
13      A.   That's correct.
14      Q.   And despite that analysis, at the end of the
15  day, Tampa Bay Water was able to meet all of their
16  members' and users' requirements for that time period,
17  correct?
18           MR. FORZIANO:  Object to form.
19      A.   We met them, but we had to exceed our
20  groundwater wellfield permit limits.
21      Q.   And the cost of exceeding that groundwater
22  permit limits was a fine of $46,000?
23           MR. FORZIANO:  Object to form.
24      A.   The Southwest Florida man- -- Water Management
25  District did impose a fine of $46,554.85; however, there
```