# ATTACHMENT 4

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION

 3   TAMPA BAY WATER,
     A Regional Water Supply
 4   Authority,

 5            Plaintiff,     CASE NO.:   8:08-CV-2446-T27-TBM

 6   vs.

 7   HDR ENGINEERING, INC., a
     Nebraska corporation,
 8   CONSTRUCTION DYNAMICS
     GROUP, INC., a Maryland
 9   corporation,
     BARNARD CONSTRUCTION
10   COMPANY, INC., a Montana
     corporation,
11   ST. PAUL FIRE AND MARINE
     INSURANCE COMPANY, a
12   Minnesota corporation,

13            Defendants.
     _____/
14   BARNARD CONSTRUCTION COMPANY, INC.,
     a Montana corporation,
15
              Third Party Plaintiff,
16
     vs.
17

18   MCDONALD CONSTRUCTION CORPORATION,
     a Federal corporation,
19
              Third Party Defendant.
20   _____/

21

22        VIDEOTAPED DEPOSITION OF JON KENNEDY

23
                                          COPY
24

25                 Exhibit "D"
```

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *


                    VOLUME II OF II
                    (Pages 127 - 266)


VIDEOTAPED
DEPOSITION OF:      JON KENNEDY

TAKEN BY:           The Defendant, HDR Engineering, Inc.

DATE TAKEN:         June 11, 2010

TIME:               9:04 a.m. - 5:17 p.m.

PLACE:              Allen Dell, P.A.
                    202 South Rome Avenue
                    Suite 100
                    Tampa, Florida  33604

REPORTED BY:        Tonya Hornsby-Magee, Registered
                    Professional Reporter and Notary
                    Public, State of Florida at Large
```

```
 1   presented by Tampa Bay Water as an expert in, this is
 2   the sum and substance of your testimony?
 3        A.   Yes.
 4        Q.   You have not been asked to provide any
 5   testimony regarding the evaluation of the cause of the
 6   cracking?
 7        A.   Not --
 8             MR. FORZIANO:  Object to form.
 9        A.   Not as an expert.
10        Q.   Okay.  Just to repeat what other people may
11   have told Tampa Bay Water?
12        A.   Yes.
13             MR. FORZIANO:  Object to form.
14   BY MR. MEADERS:
15        Q.   Are you qualified to perform an analysis and
16   provide an opinion as to the dollar cost of water which
17   may have been lost due to any inability to fill the
18   reservoir up to a particular level?
19             MR. FORZIANO:  Object to form.
20        A.   If I'm given the amount of water, the answer
21   is yes, I can.  I cannot develop the amount of water on
22   my own.
23        Q.   Have you been asked to do that in this case --
24        A.   No, I haven't.
25        Q.   -- parse out what might be loss use of water
```

```
 1   from the reservoir?
 2       A.   No, I have not.
 3       Q.   Are you a hy- -- are you a water economist?
 4       A.   I am not.
 5       Q.   Have any studies or degree in that type of
 6   analysis?
 7            MR. FORZIANO:  Object to form.
 8       A.   I do have an economic's degree.  That is
 9   correct, I don't.
10       Q.   Have you been asked at all to look at the
11   amount of water that may not have been able to put in
12   the reservoir and provide an estimate as to what that
13   equals in any type of dollar damage?
14       A.   No, I haven't.
15       Q.   Are you aware of the additional cost which
16   Tampa Bay Water may have had to pay to regulatory
17   authorities due to any loss of use of the reservoir for
18   any time?
19       A.   Yes.
20       Q.   Okay.  Dr. Adams testified that the sum and
21   substance of that amount was $46,000, due to having to
22   use groundwater.  Do you agree with that?
23            MR. FORZIANO:  Object to form.
24       A.   That is the amount of the fine we paid to the
25   regulator.
```