# ATTACHMENT 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
A Regional Water Supply Authority

    Plaintiff,

CASE NO.: 8:08-cv-2446-T27-TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation,
CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland corporation,
BARNARD CONSTRUCTION
COMPANY, INC., a
Montana corporation,
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,
a Minnesota corporation,

    Defendants.
_____/

BARNARD CONSTRUCTION COMPANY,
INC., a Montana corporation,

    Third Party Plaintiff,

v.

MCDONALD CONSTRUCTION
CORPORATION, a Florida corporation,

    Third Party Defendant.
_____/

## TAMPA BAY WATER'S SECOND AMENDED
## RULE 26(a)(1)(A)(iii) INITIAL DISCLOSURES

Plaintiff, Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay Water"), by and through its undersigned counsel, hereby serves its Second Amended Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii).

Exhibit "G"

A computation of each category of damages claimed by Tampa Bay Water is as outlined below:

I.  INVESTIGATION, MONITORING and SHORT TERM REPAIRS

   A.  Value of work performed in-house by Tampa Bay Water:

   $209,210 (approx.)

   B.  Amounts paid to HDR Engineering, Inc., prior to termination of contract in October 2008:

   $728,905 (approx.)

   C.  Amounts paid for services of David Carrier, P.E.:

   $62,793 (approx.)

   D.  Amounts paid to Veolia:

   $16,489 (approx.)

   E.  Amounts paid to Black and Veatch for work prior to Resolution 2009-002:

   $398,519 (approx.)

   F.  *Amounts paid to contractors for grouting and crack-related work:*

   | | | | |
   |---|---|---|---|
   | i.   | FY 2007 - | $221,880    | (approx.) |
   | ii.  | FY 2008 - | $736,483    | (approx.) |
   | iii. | FY 2009 - | $1,517,543  | (encumbered) |
   |      |           | $2,475,906  | |

   G.  Work assigned to Black & Veatch upon termination of HDR Engineering, Inc. contract in October 2008:

   $3,184,017 (per Resolution 2009-002)

   H.  Work performed by Golder Associates, Inc.:

   $160,695 (approx.)

   I.  Work performed by George F. Young, Inc.:

   $85,122 (approx.)

2

    J.    Work provided to Earth Tech, Inc., pursuant to Contract No. 2008-040:

        Included in I(F)

    K.    Work awarded to Proshot Concrete, Inc., pursuant to Contract No. 2008-030:

        Included in I(F)

    L.    Work performed by Rowland, Inc.:

        Included in I(F)

    M.    Work performed by Kimmins Contracting Corp.:

        Included in I(F)

II.    A.    REPAIRS

        (1) REPAIR OPTION #1 (Drainage Blanket and Stair-Step Soil-Cement)

        $92,580,628 - $115,796,573*

        (2) REPAIR OPTION #2 (Drainage Blanket and Rip Rap)

        $116,438,957 - $145,637,726*

        *cost estimate varies based on date of valuation

    B.    PREJUDGMENT INTEREST ON COST OF LONG TERM REPAIRS

        Option #1 - $44,901,605

        Option #4 - $56,472,752

    C.    INVESTIGATION, MONITORING and SHORT TERM REPAIRS

        $7,321,656

    D.    PERMITTING COSTS for LONG TERM REPAIRS

        $392,918

    E.    PROCUREMENT COSTS for LONG TERM REPAIRS

        $2,241,288

  F. DESIGN COSTS FOR LONG TERM REPAIRS
    $10,418,327

III. LITIGATION EXPENSES (including but not limited to: attorneys' fees and costs, experts retained for litigation, reasonable and necessary litigation costs):

  $5,352,175 (paid through 9/30/10)

IV. FINES or PENALTIES IMPOSED BY PERMITTING or REGULATORY AUTHORITIES:

  $46,455 + $2,000 Administrative Fee.

V. LOST or DIMINISHED USE of the REGIONAL RESERVOIR

  A. Past Lost/Diminished Use (March 08-June 09)

    $20,014,320 (based on 8.9 billion gallons of available water lost @ WY 2008 Uniform Rate) (Revenue Model) OR $TBD (Cost Model)

  B. Future Lost/Diminished Use (estimated 2-year remediation period)

    $41,473,350 - $48,162,600 (based on 15.5-18 billion gallons of available water to be lost during construction @ WY 2012 Projected Uniform Rate) (Revenue Model) OR $20,094,262 (based on incremental increased cost of projected desalination use over 4 mgd baseload production) (Cost Model)

VI. OVERPAYMENTS to BARNARD CONSTRUCTION COMPANY, INC.

  $3,374,021 - $6,518,355 (as detailed in the report of O'Connell and Lawrence, Inc., at pages OCL_BCCI000061-OCL_BCCI000074)

              *[signature]*
              **Richard A. Harrison, Esquire**
              Florida Bar Number 0602493
              rharrison@allendell.com
              Lead Trial Counsel
              **David Forziano, Esquire**
              Florida Bar Number 0025755
              dforziano@allendell.com
              **Misty C. Leafers**
              Florida Bar Number: 416894

mleafers@allendell.com
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682

Attorneys for Plaintiff, Tampa Bay Water,
A Regional Water Supply Authority

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail on this 20th day of October, 2010 to:

Timothy D. Woodward, Esquire
James Keith Hickman, Esquire
Forizs & Dogali, PA
4301 Anchor Plaza Pkwy, Suite 300
Tampa, FL 33634

Michael R. Candes, Esquire
Ben William Subin, Esquire
Holland & Knight, LLP
P.O. Box 1526
Orlando, FL 32802-1526

Stephen W. Pickert, Esquire
Anthony R. Kovalcik, Esquire
Carlton Daniel Miller, Esquire
Gilmer McGrary Heitman, IV, Esquire
Moye, O'Brien, O'Rourke, Pickert &
Martin, LLP
800 S. Orlando Avenue
Maitland, FL 32751

Richard Miles Stanislaw, Esquire
Christopher Wright, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, WA 98161

David L. Bresler, Esquire
Adam C. Shelton, Esquire
Banker Lopez Gassler, P.A.
501 First Avenue North, Suite 900
St. Petersburg, FL 33701

Wayne B. Mason, Esquire
Kurt W. Meaders, Esquire
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

**Richard A. Harrison, Esquire**
Florida Bar Number 0602493

5