# ATTACHMENT 9

**Candes, Michael R (ORL - X21160)**

| | |
|---|---|
| **From:** | Richard Harrison [RHarrison@allendell.com] |
| **Sent:** | Wednesday, October 20, 2010 11:00 AM |
| **To:** | Subin, Ben W (ORL - X25122); cwright@wthf.com; Candes, Michael R (ORL - X21160); Miles Stanislaw; mstanislaw@wthf.com; david.kent@sdma.com; jhickman@forizs-dogali.com; kurt.meaders@sdma.com; twoodward@forizs-dogali.com; wayne.mason@sdma.com; ashelton@BANKERLOPEZ.COM; dbresler@bankerlopez.com; HKinsey@BANKERLOPEZ.COM; kmunkittrick@bankerlopez.com; akovalcik@moopd.com; cmiller@moopd.com; doran.matzke@arcadis-us.com; swpickert@moopd.com |
| **Cc:** | Dave Forziano; Lisa Ferrara; Rick Lotspeich; Jon Kennedy |
| **Subject:** | Kennedy/TBW Corporate Rep Deposition October 21-22 |
| **Attachments:** | SCAN4454_000.pdf |

Counsel,

In an effort to keep us all on the same page for the deposition tomorrow and Friday, please recall that Mr. Kennedy has been previously designated as TBW's corporate representative on the following subject matters:

*Item 2 (meetings with HDR) and Item 3 (termination of HDR's contract) of HDR's original corporate representative deposition notice – to the extent the deposition that was commenced in June was not completed (none of the parties except HDR conducted any examination at that time) and is being continued over the next two days, Mr. Kennedy remains the designated representative on these topics.

*The topic of TBW's damages (as requested in multiple notices and cross-notices by multiple parties)

*The topic of HDR's trench drain test (as requested in Barnard's notice and perhaps related cross-notices)

We will leave it to the Defendants to sort out the order of inquiry as among you in light of the numerous notices and cross-notices covering the balance of Mr. Kennedy's deposition.

Mr. Kennedy is not the designated corporate representative on any other matters and to the extent you inquire on topics other than the foregoing, any testimony provided by Mr. Kennedy is in his individual capacity and not as the agency's corporate representative.

In addition, Mr. Kennedy is expected to provide opinion testimony based on his experience, knowledge and training as to the nature of the permits that will be required in connection with the remediation work on the reservoir facility and the estimated cost of obtaining such permits.

Finally, please see the attached second amended disclosure as to damages.

Richard A. Harrison
Allen Dell, P.A.
202 South Rome Avenue
Suite 100
Tampa FL 33606
813-223-5351 Telephone
813-229-6682 Fax
813-230-7317 Cell

Exhibit "I"

rharrison@allendell.com
www.allendell.com

**Board Certified in City, County and Local Government Law by The Florida Bar**

-------------------------------------------------------------------------------------------------------------------------

CONFIDENTIALITY NOTICE: This email transmission and any documents accompanying this email transmission contain information from the law firm of Allen Dell, P.A. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity identified. Any transmission of confidential and/ or privileged material to persons or entities other than the intended recipient(s) shall not be construed as a waiver of any privilege or confidence. If you are not the intended recipient, you are hereby notified that the opening, review, disclosure, copying, distribution or the taking of any action in reliance upon the contents of this emailed information is strictly prohibited, and that you should immediately delete this email transmission together with any attachments thereto from your files. If you have received this email in error, please notify us immediately so that we can take any appropriate corrective action.