# ATTACHMENT 10

```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION

 3    TAMPA BAY WATER,
      A Regional Water Supply
 4    Authority,

 5              Plaintiff,     CASE NO.:  8:08-CV-2446-T27-TBM

 6    vs.

 7    HDR ENGINEERING, INC., a
      Nebraska corporation,
 8    CONSTRUCTION DYNAMICS
      GROUP, INC., a Maryland
 9    corporation,
      BARNARD CONSTRUCTION
10    COMPANY, INC., a Montana
      corporation,
11    ST. PAUL FIRE AND MARINE
      INSURANCE COMPANY, a
12    Minnesota corporation,

13              Defendants.
      _____/
14    BARNARD CONSTRUCTION COMPANY, INC.,
      a Montana corporation,
15
                Third Party Plaintiff,
16
      vs.
17

18    MCDONALD CONSTRUCTION CORPORATION,
      a Federal corporation,
19
                Third Party Defendant.
20    _____/

21                    VOLUME I OF II
                      (Pages 1 - 115)
22
                   VIDEOTAPED DEPOSITION OF
23                 ALISON ADAMS, Ph.D., P.E.

24

25
```

ORANGE REPORTING   800.275.7991

Exhibit "J"

```
 1   * * * * * * * * * * * * * * * * * * * * * * * * * *

 2

 3                           VOLUME I OF II
                             (Pages 1 - 115)
 4

 5   VIDEOTAPED
     DEPOSITION OF:         ALISON ADAMS, Ph.D., P.E.
 6
     TAKEN BY:              The Defendant, Barnard Construction
 7                          Company

 8   DATE TAKEN:            November 5, 2010

 9   TIME:                  9:02 a.m. - 5:01 p.m.

10   PLACE:                 Allen Dell, P.A.
                            202 South Rome Avenue
11                          Suite 100
                            Tampa, Florida  33604
12
     REPORTED BY:           Tonya Hornsby-Magee, Registered
13                          Professional Reporter and Notary
                            Public, State of Florida at Large
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

     RICHARD A. HARRISON, ESQUIRE
 3   OF:    Allen Dell, P.A.
            202 South Rome Avenue
 4          Suite 100
            Tampa, Florida  33604
 5          (813)223-5351

 6          APPEARING ON BEHALF OF THE PLAINTIFF

 7


 8   KURT W. MEADERS, ESQUIRE
     OF:    Sedgwick, Detert, Moran & Arnold, LLP
 9          Suite 5400
            1717 Main Street
10          Dallas, Texas  75201
            (460)227-8200
11
            APPEARING ON BEHALF OF THE DEFENDANT,
12          HDR ENGINEERING, INC.

13


14   STEPHEN PICKERT, ESQUIRE
     OF:    Moye, O'Brien, O'Rourke,
15          Pickert & Martin, LLP
            800 South Orlando Avenue
16          Maitland, Florida  32751
            (407)622-5250
17
            APPEARING ON BEHALF OF THE DEFENDANT,
18          CONSTRUCTION DYNAMICS GROUP, INC.

19

20

21

22

23

24

25
```

1  use desal?

2     A.  Well, over -- anything above the four MGD.

3     Q.  Mr. Kennedy testified that if your estimated

4  potential surface water supplies are wrong, your damage

5  calculations would be wrong.  Do you agree?

6     MR. HARRISON:  Object to the form.

7     A.  Well, if -- if I -- if we actually end up

8  needing -- or actually having more surface water

9  available to us than these low-flow conditions indicate,

10 then we would not use as much surface -- then we would

11 not probably have to use as much desal for the -- for

12 the given demand.

13    Q.  Would that affect your damage calculations?

14    MR. HARRISON:  Object to the form.

15    A.  To the extent that I understand that

16 Mr. Kennedy took these volumes of water in -- in his

17 making that damage calculation, then yes.  I'm not doing

18 the damage calculation, so I don't know that I know

19 everything that went into it but ...

20    Q.  So Mr. Kennedy then is the witness that --

21 that will testify about how you reached the demand

22 for -- for damages?

23    MR. HARRISON:  You mean the monetary amount?

24    MR. SIMS:  Yes --

25    A.  You mean the mone- --

```
 1            MR. SIMS:  -- monetary amount.
 2       A.   He's the one that's doing the cost
 3  calculations, yes.
 4  BY MR. SIMS:
 5       Q.   Bare with me just a moment here.
 6            I'm going to show you a document now that
 7  we'll number 7- --
 8            THE COURT REPORTER:  13.
 9  BY MR. SIMS:
10       Q.   -- 713.
11            MR. HARRISON:  It's already been marked.
12            MR. SIMS:  What is it?
13            MR. HARRISON:  656.
14            MR. SIMS:  Never mind.  Thank you.
15            THE DEPONENT:  You want me to rip that off?
16            THE COURT REPORTER:  I'll do it.
17            THE DEPONENT:  Okay.
18  BY MR. SIMS:
19       Q.   If you'd look at page four of the --
20            (Discussion off the record.)
21  BY MR. SIMS:
22       Q.   Turning to page four of Exhibit 656, do you
23  see the section marked Roman numeral V, "Lost or
24  Diminished Use of the Regional Reservoir"?
25       A.   Yes.
```

103

```
 1        Q.   And do you see under that heading subparagraph
 2   a, "Past Lost/Diminished Use"?
 3        A.   Yes.
 4        Q.   And under that, a calculation of
 5   $20,014,320 --
 6        A.   Yes.
 7        Q.   -- by -- is that -- does that parenthetical
 8   following that number mean that you used something
 9   called a revenue number to reach it?
10        A.   I did not calculate that, so I -- I believe
11   Mr. Kennedy would have to answer that question.
12        Q.   It goes on to say "or" dollar sign "TBD cost
13   model."  Do you understand what that means?
14        A.   It's my understanding it says to be determined
15   by cost model.
16        Q.   To your knowledge, has that cost model been
17   prepared?
18        A.   Not to my knowledge.
19        Q.   And who would do that calculation?
20        A.   Mr. Kennedy.  I'm sorry.
21        Q.   Do you know what -- what factors would be
22   involved or -- or used in a cost model?
23        A.   No, I don't.
24        Q.   Could damage calculations be lower or higher
25   as a function of surface water supplies?
```