UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAMPA BAY WATER,**
a Regional Water Supply Authority,

        **Plaintiff,**

vs.                                                                       Case No. 8:08-CV-2446-T-27TBM

**HDR ENGINEERING, INC., et al.,**

        **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff Tampa Bay Water and Defendant Construction Dynamics Group, Inc.'s Stipulated Emergency Motion for Entry of Order Determining Good Faith Settlement Between TBW and CDG and Its Subcontractor Parsons Brinckerhoff (Dkt. 238).[1] All parties to this lawsuit have agreed to the relief requested. Upon consideration, the motion is **GRANTED**, the parties' stipulation is approved, and it is **ORDERED AND ADJUDGED**:

    1. The six million dollar ($6,000,000) settlement between Plaintiff Tampa Bay Water ("TBW") and Defendant Construction Dynamics Group, Inc. ("CDG") and CDG's subcontractor Parsons Brinckerhoff Construction Services, n/k/a PB Americas, Inc. ("Parsons Brinckerhoff") is reasonable and was made in good faith.

    2. The six million dollar settlement between TBW, CDG, and Parsons Brinckerhoff is for a substantial and reasonable amount and reasonably relates to CDG's and CDG's subcontractors' (including Parsons Brinckerhoff's) potential exposure.

---

[1] The parties are reminded that the unwarranted designation of a motion as an emergency motion may result in the imposition of sanctions. Local Rule 3.01(e).

1

3. Although there is a wide range of damage estimates and Plaintiff's damages estimate exceeds $100 million, the parties' determination that the six million dollar settlement amount equals or exceeds most of the Defendants' estimated costs to maintain or address the soil-cement at issue in this lawsuit is approved.

4. The six million dollar settlement amount includes a contribution from Zurich American Insurance Company, an insurer of CDG, and the contribution exceeds the "each occurrence" limits of the pertinent insurance policy. This contribution is evidence of the settling parties' good faith.

5. Conditioned on its payment of the six million dollar settlement amount to TBW, CDG and its subcontractors on the Reservoir Project, including Parsons Brinckerhoff, are discharged pursuant to Fla. Stat. § 768.31(5)(b) from liability for contribution to any other tortfeasor in this matter who is a party to this action.[2]

**DONE AND ORDERED** in chambers this 1st day of December, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[2] As the parties provide no authority showing that Fla. Stat. § 768.31(5)(b) permits this Court to adjudicate the rights of non-parties, the discharge is properly limited to parties to this lawsuit.