UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,                                  CASE NO.: 8:08-CV-2446-T-27TBM
a Regional Water Supply Authority,

     Plaintiff,

v.

HDR ENGINEERING, INC., a
Nebraska corporation,
CONSTRUCTION DYNAMICS GROUP,
INC., a Maryland corporation,
BARNARD CONSTRUCTION COMPANY,
INC., a Montana corporation, and
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, a Minnesota corporation,

     Defendants.
_____/

BARNARD CONSTRUCTION COMPANY,
INC., a Montana corporation,

     Third Party Plaintiff,

v.

MCDONALD CONSTRUCTION
CORPORATION, a Florida corporation,

     Third Party Defendant.
_____/

## CONSTRUCTION DYNAMICS GROUP, INC.'S
## NOTICE OF TAKING DEPOSITION

     PLEASE TAKE NOTICE that Defendant, Construction Dynamics Group, Inc., by

and through its undersigned counsel, will take the deposition, by oral examination, of the

person named below, before a duly authorized representative of Orange Reporting or any

other person authorized to take depositions in the State of Florida:


EXHIBIT
6

NAME: Jon Kennedy, to be followed by the Corporate Representative(s) of Tampa Bay Water regarding its claimed damages

DATE/TIME: October 20, 2010, 1:30 p.m. - 5:00 p.m. (3.5 hours)
October 21, 2010, 9:00 a.m. - 5:00 p.m. (7 hours)
October 22, 2010, 9:00 a.m. - 5:00 p.m. (7 hours)

PLACE: Orange Reporting
100 S. Edison Avenue, Suite D
Tampa, Florida 33606

This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated this 19th day of April, 2010.

STEPHEN W. PICKERT
Florida Bar No. 329045
spickert@moopd.com
ANTHONY R. KOVALCIK
Florida Bar No. 085588
akovalcik@moopd.com
CARLTON D. MILLER
Florida Bar No. 017730
cmiller@moopd.com
GILMER M. HEITMAN
Florida Bar No. 016077
mheitman@moopd.com
Moye, O'Brien, O'Rourke,
Pickert & Dillon, LLP
800 South Orlando Avenue
Maitland, Florida 32751
(407)622-5250 Telephone
(407)622-5440 Facsimile
Trial Counsel for CONSTRUCTION
DYNAMICS GROUP, INC.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by

electronic transmission to the following, this 19th day of April, 2010:

Richard A. Harrison, Esq.
David Forziano, Esq.
Allen Dell, P.A.
202 S. Rome Avenue, Suite 100
Tampa, Florida 33606

Michael R. Candes, Esq.
Ben W. Subin, Esq.
Holland & Knight, LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801

Richard Miles Stanislaw, Esq.
Christopher A. Wright, Esq.
Stanislaw Ashbaugh
701 Fifth Avenue, Suite 4400
Seattle, Washington 98104

Timothy D. Woodward, Esq.
James K. Hickman, Esq.
Forizs & Dogali, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634

David L. Bresler, Esq.
Banker Lopez Gassler P.A.
501 1st Avenue North, Suite 900
St. Petersburg, Florida 33701

Wayne B. Mason, Esq.
Todd E. Betanzos, Esq.
Sedgwick, Detert, Moran & Arnold LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201

STEPHEN W. PICKERT
Florida Bar No. 329045
spickert@moopd.com
ANTHONY R. KOVALCIK
Florida Bar No. 085588
akovalcik@moopd.com
CARLTON D. MILLER
Florida Bar No. 017730
cmiller@moopd.com
GILMER M. HEITMAN
Florida Bar No. 016077
mheitman@moopd.com
Moye, O'Brien, O'Rourke,
Pickert & Dillon, LLP
800 South Orlando Avenue
Maitland, Florida 32751
(407)622-5250 Telephone
(407)622-5440 Facsimile
Trial Counsel for CONSTRUCTION
DYNAMICS GROUP, INC.

3