**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TAMPA BAY WATER, a Regional Water Supply Authority,

Plaintiff,

vs.

HDR ENGINEERING, INC., a Nebraska corporation; CONSTRUCTION DYNAMICS GROUP, INC., a Maryland corporation; BARNARD CONSTRUCTION COMPANY, INC., a Montana corporation, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,

Defendants.

CASE NO.: 8:08-CV-2446-T27-TBM

---

BARNARD CONSTRUCTION COMPANY, INC., a Montana corporation,

Third Party Plaintiff,

v.

McDONALD CONSTRUCTION CORPORATION, a Florida corporation,

Third Party Defendant.

____________________________________/

RECEIVED
MAY 7 2010

**HDR ENGINEERING, INC.'S *AMENDED* NOTICE OF INTENTION TO TAKE VIDEOTAPED DEPOSITION OF A 30(B)(6) CORPORATE REPRESENTATIVE**

PLEASE TAKE NOTICE that HDR Engineering, Inc. ("HDR"), pursuant to 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of a corporate representative of Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay Water Authority") that is

EXHIBIT 7

most knowledgeable regarding the areas of inquiry listed below.[1] The deposition will take place at the offices of **Allen Dell, P.A., 202 South Rome Avenue, Suite 100, Tampa, FL 33606 at 9:00 a.m. on June 10, 2010,** and will continue from day to day thereafter until completed. The deposition will be stenographically recorded and/or videotaped before a duly authorized representative of Orange Reporting, or any other person authorized to take depositions in the State of Florida. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

## AREAS OF INQUIRY:

1. Tampa Bay Water Authority Board's ongoing use and operational decisions as to the use of the water supply facilities within its authority including use, fill and drawdown decision concerning the C.W. Bill Young Regional Reservoir.
2. Any meetings, conversations or negotiations with HDR occurring after discovery of the unexpected cracking in the flat-plate soil-cement at the C.W. Bill Young Regional Reservoir.
3. The consideration, review and decision to terminate HDR's contract concerning the C.W. Bill Young Regional Reservoir.
4. The basis for Tampa Bay Water Authority Board's claims and allegations against HDR and the other defendants in this matter.

Dated: May 6, 2010.

FORIZS & DOGALI, P.A.

TIMOTHY D. WOODWARD, ESQUIRE
Florida Bar No.: 0486868
twoodward@forizs-dogali.com
JAMES K. HICKMAN, ESQUIRE
Florida Bar No.: 0893020
jhickman@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Telephone 813-289-0700; Facsimile 813-289-9435

SEDGWICK, DETERT, MORAN & ARNOLD LLP

---

[1] This deposition is being taken in lieu of the deposition of Mark Sharpe based on representations that he is not of personal knowledge of the information responsive to the areas of inquiry set forth herein.

2

WAYNE B. MASON, ESQUIRE
wayne.mason@sdma.com
Admitted *Pro Hac Vice*
KURT W. MEADERS, ESQUIRE
kurt.meaders@sdma.com
Admitted *Pro Hac Vice*
1717 Main Street, Suite 5400
Dallas, TX 75201-7367
Telephone 469-227-8200; Facsimile 469-227-8004

*Attorneys for HDR Engineering, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served via Email and U.S. Mail on this 6th day of May, 2010, to the following:

RICHARD A. HARRISON, ESQUIRE
rharrison@allendell.com
DAVID FORZIANO, ESQUIRE
dforziano@allendell.com
MISTY C. LEAFERS, ESQUIRE
mleafers@allendell.com
Allen Dell, P.A.
202 South Rome Avenue, Suite 100
Tampa, FL 33606
*Attorneys for Tampa Bay Water*

STEPHEN W. PICKERT, ESQUIRE
spickert@moopd.com
CARLTON D. MILLER, ESQUIRE
cmiller@moopd.com
ANTHONY R. KOVALCIK, ESQUIRE
akovalcik@moopd.com
GILMER M. HEITMAN IV, ESQUIRE
mheitman@moopd.com
Moye O'Brien O'Rourke Pickert & Dillon, LLP
800 S. Orlando Avenue
Maitland, FL 32751-5685
*Attorneys for Construction Dynamics Group, Inc.*

RICHARD M. STANISLAW, ESQUIRE
mstanislaw@wthf.com
milesstanislaw@msn.com
Watt, Tieder, Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, WA 98161
*Co-Counsel for Barnard Construction and St. Paul Fire and Marine Ins. Co.*

CHRISTOPHER A. WRIGHT, ESQUIRE
cwright@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, WA 98161
*Co-Counsel for Barnard Construction and St. Paul Fire and Marine Ins. Co.*

MICHAEL R. CANDES, ESQUIRE
Michael.Candes@hklaw.com
BEN W. SUBIN, ESQUIRE
ben.subin@hklaw.com
Holland & Knight LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
*Attorneys for Barnard Construction and St. Paul Fire and Marine Ins. Co.*

3

DAVID L. BRESLER, ESQUIRE
dbresler@bankerlopez.com
ADAM C. SHELTON, ESQUIRE
ashelton@bankerlopez.com
Banker Lopez Gassler P.A.
501 1st Avenue North, Suite 900
St. Petersburg, FL 33701
*Attorneys for McDonald Construction Corporation*

DORAN MATZKE, ESQ.
Arcadis, U.S., Inc.
630 Plaza Drive, Suite 100
Highlands Ranch, CO 80129

_____
James K. Hickman