## Lisa Ferrara

| | |
|---|---|
| **From:** | Richard Harrison |
| **Sent:** | Monday, May 17, 2010 3:17 PM |
| **To:** | James K. Hickman (jhickman@forizs-dogali.com); kurt.meaders@sdma.com; Timothy D. Woodward (twoodward@forizs-dogali.com); wayne.mason@sdma.com; Anthony R. Kovalcik (akovalcik@moopd.com); Carlton D. Miller (cmiller@moopd.com); Doran L. Matzke (doran.matzke@arcadis-us.com); Gilmer McCrary Heitman IV (mheitman@moopd.com); Stephen W. Pickert (swpickert@moopd.com); Adam Christopher Shelton (ashelton@BANKERLOPEZ.COM); David L. Bresler (dbresler@bankerlopez.com); Holly Kinsey (HKinsey@BANKERLOPEZ.COM); Kate B. Munkittrick (kmunkittrick@bankerlopez.com); Ben W. Subin (ben.subin@hklaw.com); Christopher Wright (cwright@wthf.com); Michael R. Candes (Michael.Candes@hklaw.com); Miles Stanislaw; Richard M. Stanislaw (mstanislaw@wthf.com) |
| **Cc:** | Dave Forziano; Misty C. Leafers; Lisa Ferrara; Elizabeth Galbavy |
| **Subject:** | Tampa Bay Water vs HDR Engineering et al. |
| **Importance:** | High |

Counsel,

With respect to the Rule 30(b)(6) notices served by HDR (for June 10-11) and by Barnard (for June 9), please be advised as follows:

With regard to the matters specified in HDR's notice, we are going to designate Dr. Alison Adams to testify as to item #1 of the notice and Jon Kennedy as to items ##2&3. Mr. Kennedy is not available on June 10 but is available on June 11; Dr. Adams is not available on June 11 but is available on June 10. So we'll be producing Dr. Adams on June 10 and Mr. Kennedy on June 11.

As to Barnard's notice, the sole topic specified is in fact a subset of item #1 of HDR's notice. The witness will therefore also be Mr. Kennedy. However, Mr. Kennedy is not available on June 9. Given that the topic specified by Barnard is duplicative of that contained in HDR's prior notice, that Barnard has cross-noticed the June 10-11 depo, and that Mr. Kennedy is in any event not available on June 9, we request that Barnard withdraw the notice for June 9. Failing that, we will file a motion for protective order in which we raise these issues as well as other irregularities with Barnard's notice (including but not limited to the attempted manipulation of the deposition schedule).

As to item #4 of HDR's notice, we have asked HDR to discuss that matter with us in an effort to narrow the scope. As written it is obviously so broad as to include all of the expert reports and opinions and all of the prior depo testimony in the case, which in our view is beyond the scope of a 30(b)(6) deposition. No agreement has yet been reached on this matter.

Also, as a reminder, under the operative provisions of the CMO noticing parties are required to depose our designees as to all matters once we designate them – the purpose being to avoid having them deposed as corporate reps and then again as fact witnesses. Accordingly, you will want to be prepared to depose both Dr. Adams and Mr. Kennedy as to all matters during the corporate rep depos in June.

Richard A. Harrison
Allen Dell, P.A.
202 South Rome Avenue
Suite 100



EXHIBIT 8

1

Tampa FL 33606
813-223-5351 Telephone
813-229-6682 Fax
813-230-7317 Cell
rharrison@allendell.com
www.allendell.com

Board Certified in City, County and Local Government Law by The Florida Bar

---

CONFIDENTIALITY NOTICE: This email transmission and any documents accompanying this email transmission contain information from the law firm of Allen Dell, P.A. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity identified. Any transmission of confidential and/or privileged material to persons or entities other than the intended recipient(s) shall not be construed as a waiver of any privilege or confidence. If you are not the intended recipient, you are hereby notified that the opening, review, disclosure, copying, distribution or the taking of any action in reliance upon the contents of this emailed information is strictly prohibited, and that you should immediately delete this email transmission together with any attachments thereto from your files. If you have received this email in error, please notify us immediately so that we can take any appropriate corrective action.