## Lisa Ferrara

**From:** Richard Harrison
**Sent:** Tuesday, May 18, 2010 10:41 AM
**To:** 'Stephen W. Pickert'; jhickman@forizs-dogali.com; kurt.meaders@sdma.com; twoodward@forizs-dogali.com; wayne.mason@sdma.com; Anthony Kovalcik; Carlton Miller; doran.matzke@arcadis-us.com; Mike Heitman; ashelton@BANKERLOPEZ.COM; dbresler@bankerlopez.com; HKinsey@BANKERLOPEZ.COM; kmunkittrick@bankerlopez.com; ben.subin@hklaw.com; cwright@wthf.com; Michael.Candes@hklaw.com; 'Miles Stanislaw'; mstanislaw@wthf.com
**Cc:** Dave Forziano; Misty C. Leafers; Lisa Ferrara; Elizabeth Galbavy
**Subject:** RE: Tampa Bay Water vs HDR Engineering et al.


You are correct – we have not yet designated any rep(s) as to your noticed topic (damages) for the Oct depo. We will certainly do so well in advance of the depo.

Richard A. Harrison
Allen Dell, P.A.
202 South Rome Avenue
Suite 100
Tampa FL 33606
813-223-5351 Telephone
813-229-6682 Fax
813-230-7317 Cell
rharrison@allendell.com
www.allendell.com

Board Certified in City, County and Local Government Law by The Florida Bar

---

CONFIDENTIALITY NOTICE: This email transmission and any documents accompanying this email transmission contain information from the law firm of Allen Dell, P.A. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity identified. Any transmission of confidential and/ or privileged material to persons or entities other than the intended recipient(s) shall not be construed as a waiver of any privilege or confidence. If you are not the intended recipient, you are hereby notified that the opening, review, disclosure, copying, distribution or the taking of any action in reliance upon the contents of this emailed information is strictly prohibited, and that you should immediately delete this email transmission together with any attachments thereto from your files. If you have received this email in error, please notify us immediately so that we can take any appropriate corrective action.

**From:** Stephen W. Pickert [mailto:swpickert@moopd.com]
**Sent:** Tuesday, May 18, 2010 10:32 AM
**To:** Richard Harrison; jhickman@forizs-dogali.com; kurt.meaders@sdma.com; twoodward@forizs-dogali.com; wayne.mason@sdma.com; Anthony Kovalcik; Carlton Miller; doran.matzke@arcadis-us.com; Mike Heitman; ashelton@BANKERLOPEZ.COM; dbresler@bankerlopez.com; HKinsey@BANKERLOPEZ.COM; kmunkittrick@bankerlopez.com; ben.subin@hklaw.com; cwright@wthf.com; Michael.Candes@hklaw.com; 'Miles Stanislaw'; mstanislaw@wthf.com
**Cc:** Dave Forziano; Misty C. Leafers; Lisa Ferrara; Elizabeth Galbavy
**Subject:** RE: Tampa Bay Water vs HDR Engineering et al.

The points of my email are that 1) I did not want anyone to assert that we never objected to the changes being made without any consultation such as, but not limited to, HDR and TBW unilaterally deleting Brummond and O'Connel from the schedule. My other main concern was your paragraph related to Mr. Kennedy but you seem to acknowledge that his deposition will take more than a day and that he has been scheduled during the week of 10/18. To my knowledge you have not yet designated anyone on the corp rep notices we sent for that same week. I do not intend to make an issue of the June 9 depo date.

STEPHEN W. PICKERT, ESQ.
BOARD CERTIFIED IN CONSTRUCTION LAW BY THE FLORIDA BAR
MOYE, O'BRIEN, O'ROURKE, PICKERT & DILLON, LLP



1