JUN-12-2009 17:04          FL DEP                                                813 744 6090    P.02/02



# Florida Department of Environmental Protection

Southwest District Office
13051 North Telecom Parkway
Temple Terrace, Florida 33637-0926

Charlie Crist
Governor

Jeff Kottkamp
Lt. Governor

Michael W. Sole
Secretary

June 12, 2009

Mr. Gerald J. Seeber
Tampa Bay Water
2575 Enterprise Road
Clearwater, Florida 33763-1102

Re:  Environmental Resource Permit No. 29-0178328-001
     C.W. Bill Young Regional Reservoir Short-term Repairs for 2009 and Proposed Long-term Fix

Dear Mr. Seeber:

This letter is to acknowledge receipt of the supplemental information you submitted to the Department on June 11, 2009. This information was requested during our June 4, 2009 meeting in response to your letter of that date referencing "C.W. Bill Young Regional Reservoir Short-term Repairs for 2009 and proposed Long Term Fix" provided to us during our meeting.

Based on the information provided, the Department agrees that Tampa Bay Water may return the reservoir to the permitted elevation of 136.5 feet NGVD and operate at the permitted withdrawal rates of no greater than 66 MGD when the reservoir level is at or above 95 feet NGVD, and no greater than 33 MGD when the reservoir level drops below 95 feet NGVD.

If you have any questions concerning this matter, please contact Ilsa Johansson at (813) 632-7600, extension 338.

Sincerely yours,

Deborah A. Getzoff
District Director
Southwest District

cc: W. David Carrier, III

*"More Protection, Less Process"*
*www.dep.state.fl.us*

