Case 8:08-cv-02446-JDW-TBM   Document 249-11   Filed 12/16/10   Page 1 of 5 PageID 10365

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER )
)
v. ) CASE NO.: 8:08-CV-2446-T27-TBM
)
HDR ENGINEERING, INC., et al )
)

# Expert Report

# Rebuttal to Damage Claims by Tampa Bay Water Related to Past and Future Lost Reservoir Storage in the C.W. Bill Young Regional Reservoir

By:

William W. Wade, Ph. D.
Energy and Water Economics
39 Public Square
Columbia TN 38401
(931) 490-0060

For:

Richard Miles Stanislaw, ESQUIRE
Watt, Tieder, Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, Washington 98161
(206) 204-5800

**October 6, 2010**



1

WADEEXP0001

surface water (SW) production from the Surface Water Treatment Plant with groundwater from its well fields to meet demand. (Citations provided below.)

6      **Standard method to value water resources reveals the errors of TBW's damage estimates for past and future loss of water.**

Standard resource economics methods agree on ways to estimate the value of water. A review of the standard method of valuation is useful to understand several sources of error in Dr. Alison Adams' reliance on the amount of water lost from the reservoir between March 2008 and May 2009 and some unidentified TBW person's valuation of this water at TBW's wholesale rate. The widely used approach is described and cited in two recent water resource economics texts. (Griffin, Ronald C. Water Resource Economics: The Analysis of Scarcity, Policies and Projects. Cambridge: MIT Press, 2006. Young, Robert A. Determining the Economic Value of Water: Concepts and Methods. Washington DC, Resources for the Future, 2005.) Abundant economic literature and government monographs elucidate and use this method.
I discuss the method in "Valuation of Water Supplies in Eastern Watershed Conflicts and Planning," Eastern Water Law and Policy Reporter, v. 3, no. 8, August/September 2008. (Attachment B.) Professor Young provides an excellent summary of the algebraic mechanics at pages 256-259, (Pages attached as Attachment C.) I will summarize graphically below.

Water is not a homogeneous commodity with a single source of value. Location, climatic conditions, timing and quality, at least, figure into the valuation of water. Uses of the water matter greatly to its value. To value the loss of a water supply or a shortage caused by any number of reasons, three basic questions govern the valuation:

1      Are we dealing with loss of finished drinking water or raw water?
2      Are we valuing finished drinking water for humans or business users, or raw water for agricultural uses?
3      Are we dealing with loss of water or replacement of one source with another?

The answer to these questions reveals that the economic analysis of water shortage or water loss hinges on:

- Cost of replacement water; or,
- Cost of shortages; i.e., lost industry or agricultural profits; reduced residential well being; lost agency revenues.

TBW's damage claims for lost water imply lost agency revenues. For this claim to be valid, the 8.9 BG of foregone SW storage must translate to 8.9 BG of lost sales of finished water at the wholesale rate. This is not a fact.

TBW's valuation error will become clear by explaining the standard method of valuation of water losses, which is sometimes reported as the cost of shortages. To simplify the

10

WADEEXP0010

discussion I will focus on loss of water for residential use. Then, I will come back to the replacement cost question, which actually governs TBW's lost surface water damages claims.

The value of residential water is determined with reference to the water demand curve as shown on Figure 1. This approach does not require knowledge about the entire demand curve. It is sufficient to know the demand curve in the local area of the incremental amount of water at issue. This information can be derived from the slope of the demand curve, measured by price elasticity. The slope gives the incremental change in water use for an incremental change in price, at some position on the curve.

**Figure 1    Water Demand Curve**



Demand curves are sometimes referred to as willingness to pay curves because that is what they measure. Economists label the difference between willingness to pay observed from a demand curve and the water's market price as consumer surplus, a technical economic term generally referring to consumer well being, and tantamount to net value.

The consumer surplus (CS) measure is used widely to value water and the cost of residential water shortages in the water resource literature. For residential use, CS is the correct measure of value according to established economic theory, agency guidelines and legal mandates. The above figure can be modified to illustrate how CS is used to estimate the residential value of loss of water supply, or shortage costs, assuming a reduction or loss of water, as well as agency lost revenues during a shortage.

Consumer surplus is easily explained with Figure 1. Assume, for example, that a retail water agency in Tampa sells water at a price $P_0$ shown on Figure 1. At this price, the quantity consumed is $Q_0$. Economists label the area (A) above the price as consumer surplus. Consumers would be willing to pay this amount above their actual payment

11

(B+C) to consume $Q_0$. The blocks (B+C) comprise the wholesale price paid by retail agencies to TBW (C) for finished drinking water plus the retail cost of distribution, storage of finished water and management (B). Consumer surplus is nothing more than a measure of the income that people get to keep while consuming water at the level $Q_0$ in the example.

Now, consider the value of a decremental unit of water from $Q_0$ to $Q_1$ if actually caused by the outage of the Bill Young reservoir. Water shortage costs begin by asking the question: What is the value to customers, residential customers in this example, of the quantity of water between $Q_1$ and $Q_0$ that cannot be obtained due to the outage. Figure 2 shows that the total value is measured as the area under the curve between $Q_1$ and $Q_0$ – the area equal to (C'+B'+A'). This value includes the amount of revenue the retail agency and TBW would not receive (B'+C') by not selling the amount of water between $Q_1$ and $Q_0$ plus the amount of consumer surplus residential customers would lose due to outage (A').

Figure 2  Illustrated Costs of Hypothetical Water Shortage



While this could answer the question if the reservoir outage had caused the loss of finished water supplied to retail end users, (C'+B'+A') is the value of the finished tap water, which is pumped, stored, treated, and delivered to customers, not the value of the raw water *per se*. Raw water refers to water in its natural state – in streams, reservoirs or aquifers untreated. Dr. Adams' 8.9 BG is raw water, not finished water.

Consumer expenditures represented by (B'+C') are matched by the agencies' cost of service for providing and managing the water pumped from the source, including all infrastructure costs. Consequently, the value represented by (B'+C') is subtracted to isolate the value of the raw water (A').

Recognizing that humans have values for resources, the valuation of raw water begins with the finished tap water and subtracts the values added by the water agency to provide the water. The value of the water shortage to consumers is equal to the small triangle, (A'). If TBW had no replacement for the 8.9 BG, the unreported value of (A')

12

would be a consideration to value the shortage of raw water. But TBW had a replacement and the service area suffered no shortage of water supplies.

In the current situation, the value of the raw water is irrelevant.

### 7 TBW met all member agency demands from March 2008 thru May 2009 and lost no sales revenue due to reservoir outage.

There was no water supply shortage. TBW did not lose any sales revenue due to the outage of the reservoir. Consumers did not incur any shortage costs or diminution of consumer surplus. Dr. Adams is definitive that TBW met all Member Agency demands during the period of outage in her June 10, 2010, deposition.

> Adams TR: 221 - 222:
> 24  Q. Okay. Was there any point in time in this
> 25  March '08 to May 2009 time frame that Tampa Bay Water
> 1   could not meet the demands of water?
>     . . .
> 3   A. No, we always meet the demands of the water.
> 4   It just depends upon what sources of water that we have
> 5   to use.

If TBW met all member agency demands, TBW did not "lose the sale" of water to member agencies. Consequently, the sale of the hypothetical quantity of water described in the Figure 2 as the difference between $Q_0$ and $Q_1$ was not lost; TBW made the delivery and collected an amount of money based on TBW's existing Uniform Rate. Consumers suffered no shortage related to the reservoir outage. TBW lost no revenues related to reservoir outage.

### 8 Actual recession-reduced TBW water sales are correctly measured with the published Uniform Rate.

In contrast to the hypothetical but non-existent water losses illustrated on Figure 2, Figure 3 illustrates how drought water use restrictions and recession act together to reduce demand and lower TBW revenues. The figure shows how demand is shifted inward by these factors.

13

WADEEXP0013