```
1                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
2                      TAMPA DIVISION

3

4   TAMPA BAY WATER,
    A Regional Water Supply
5   Authority,

6           Plaintiff,     CASE NO.:  8:08-CV-2446-T27-TBM

7   vs.

8   HDR ENGINEERING, INC., a
    Nebraska corporation,
9   CONSTRUCTION DYNAMICS
    GROUP, INC., a Maryland
10  corporation,
    BARNARD CONSTRUCTION
11  COMPANY, INC., a Montana
    corporation,
12  ST. PAUL FIRE AND MARINE
    INSURANCE COMPANY, a
13  Minnesota corporation,

14          Defendants.
    _____/
15  BARNARD CONSTRUCTION COMPANY, INC.,
    a Montana corporation,
16
            Third Party Plaintiff,
17
    vs.
18

19  MCDONALD CONSTRUCTION CORPORATION,
    a Federal corporation,
20
            Third Party Defendant.
21  _____/

22                  VOLUME III OF IV
                    (Pages 290 - 415)
23
                VIDEOTAPED DEPOSITION OF
24                JONATHAN KENNEDY, P.E.

25
```

EXHIBIT
12

1    * * * * * * * * * * * * * * * * * * * * * * * * *

2

3                          VOLUME III OF IV
                         (Pages 290 - 415)
4

5    VIDEOTAPED
     DEPOSITION OF:      JONATHAN KENNEDY, P.E.
6
     TAKEN BY:           The Defendant, Barnard Construction
7                        Company

8    DATE TAKEN:         October 22, 2010

9    TIME:               9:05 a.m. - 5:05 p.m.

10   PLACE:              Allen Dell, P.A.
                         202 South Rome Avenue
11                       Suite 100
                         Tampa, Florida  33604
12
     REPORTED BY:        Tonya Hornsby-Magee, Registered
13                       Professional Reporter and Notary
                         Public, State of Florida at Large
14

15

16

17

18

19

20

21

22

23

24

25

1    like that.  All the way up until the end of August, we

2    gave it our best shot and gave HDR its best shot and we

3    got not enough accomplished.

4        Q.   Did there come a point in time when you

5    declined to either return Mr. Meyer's telephone calls?

6        A.   I -- there certainly could have been.  I don't

7    know.

8        Q.   Your level of frustrations with -- with

9    Mr. Meyers [sic] was such that you didn't even want to

10   return his calls; is that right?

11            MR. MEADERS:  Objection to form.

12       A.   If he would have called me by the end of

13   August I would have had nothing to say to him.  I'd

14   heard enough.

15       Q.   Your -- Tampa Bay Water's lawyer brought in

16   three sheets after our last break.  I know what two of

17   those sheets are, but what -- what is this sheet; what

18   is that intended to do?

19            MR. MEADERS:  Tell me which one it is,

20       Mr. Stanislaw.

21            MR. STANISLAW:  It's the -- the long one.

22            MR. MEADERS:  Thank you.

23       A.   The -- this document is a document that I

24   prepared the first two pages of.  The last page was

25   prepared by Dr. Alison Adams.  And this is pursuant to a

1    cost model basis to estimate Tampa Bay Water's increased

2    costs of operating its facilities during a projected

3    two-year reservoir outage for construction of the

4    remediation project.

5         Q.   **When did you prepare those first two sheets?**

6         A.   I prepared these first two sheets either

7    earlier this week or late last week.

8         Q.   **Okay.  Are you finished calculating Tampa Bay**

9    **Water's dollar losses as a result of having the**

10   **reservoir out of use either in prior years or the**

11   **potential in future years?**

12        A.   On prior years, in my view, based on my

13   skimming of the report -- I was provided the report by

14   counsel last Wednesday, Counselor, by a Wade.  And I

15   have skimmed that report but I have not totally digested

16   it, and Dr. Adams and I really would want to look at

17   that report and better understand it before we can go

18   back and estimate the amounts of water involved to see

19   if that's in dispute.

20             The costs are tied to the -- to the amounts of

21   water, and I have not had a chance to finish the report

22   myself and then I was going to give it to Dr. Adams.

23        Q.   **Do you have Exhibit 656 in front of you?**

24        A.   656?

25        Q.   **Yes.**

```
1        A.    Yes.

2        Q.    Turn -- turn to Roman numeral V on Exhibit

3   656.

4        A.    Yes.

5        Q.    And Exhibit 656 are Tampa Bay Water's Amended

6   Rule 26 Disclosures that are undated that appeared to

7   have been mailed to the lawyers on the 20th of October,

8   two days ago.  Do you see that?

9        A.    Yes.

10       Q.    Now, Roman numeral V says 20 million dollars

11  based on 8.9 billion gallons of available water lost of

12  water year 2008 or TBD cost model.  Do you see that?

13       A.    Yes.

14       Q.    Has that cost model been prepared yet?

15       A.    The -- the -- a cost model has been prepared

16  and those are the sheets you have just had me look at.

17  And that cost model is projecting rates for the outage

18  of construction.

19       Q.    Well, has the -- has a cost model been

20  prepared for water year 2008?

21       A.    It -- it has not been adjusted for 2008 and it

22  would need to be adjusted for two things, the amount of

23  water which needs to be applied, which I would need

24  Dr. Adams to give me input on.  And I would need to go

25  back and recreate it based on the operating costs that
```

1    were existing in fiscal 2008.

2         Q.   How much money is Tampa Bay Water claiming for

3    past use -- past lost/diminished use of the reservoir

4    for the time period of March 8th to June 9th of '09?

5         A.   Well, the --

6         Q.   March '08 to June of '09?

7         A.   The -- the answer is 20.014 million dollars

8    based on the uniform rate, which is a revenue model.

9         Q.   And then it goes on to say, or --

10        A.   That's -- that's correct.

11        Q.   -- dollar TBD.  Well, which is it, is it the

12   20 million dollars or is it the TBD number that Tampa

13   Bay Water is claiming?

14        A.   And I am going to have to finish a detailed

15   review of the Wade report to make sure that I understand

16   it, and Dr. Adams has to finish her review her review of

17   that Wade report and then we will decide is it -- is it

18   appropriate to adjust the revenue model or apply a cost

19   model.

20        Q.   Well, what difference would the Wade report --

21   Wade is an expert of water costs retained by Barnard

22   Construction, right?

23        A.   I --

24             MR. HARRISON:  Object to the form.

25        A.   -- don't recall who retained him.  I know he

 1    is an expert in your defense, yes.

 2        Q.   All right.  Well, what difference does the

 3    expert defense report make on how much money Tampa Bay

 4    Water's claiming for past lost/diminished use of water?

 5        A.   It -- it makes a difference on two folds.

 6    Again, I have skimmed the document and I understand that

 7    he is disputing both the availability of the water and

 8    the appropriateness of using a revenue model, and that

 9    is what I need to further understand.

10        Q.   So you're going to pick an approach of using

11    either the 20 million dollars or the TBD amount for

12    Tampa Bay Water's damages after you read the defense

13    expert's report; is that what you're telling me?

14        A.   Yes.  I think we should be responsive to

15    additional information that need to we consider.

16    Neither Dr. Adams nor I are water economists.

17        Q.   Do you understand Mr. Wade's report enough to

18    know that he thinks the value of the past

19    lost/diminished use for the period of March '08 to

20    June '09 is zero dollars?

21        A.   Yes.

22        Q.   Do you agree with that?

23        A.   No.

24        Q.   Why?

25        A.   Because he is not looking at the cost to Tampa

1    Bay Water regarding other things that are intangibles

2    and -- and that's what I need to further evaluate.

3         Q.   And are you prepared today to list for me what

4    those intangible costs are, sir?

5         A.   I can't list all of them today.  But the ones

6    that jump out on me based on my skimming, I can identify

7    for you, if you like.

8         Q.   Well, don't you understand that you are the

9    person designated pursuant to court rule to testify on

10   an informed basis about Tampa Bay Water's damages?

11        A.   I do.

12        Q.   And you're not prepared to do that today, are

13   you, sir?

14        A.   I'm prepared to give you as much as I can

15   based on a report that I received last Wednesday.

16        Q.   What you're telling me is, is that as a result

17   of the report that you received last Wednesday, Tampa

18   Bay Water is now going to change their damage claim; is

19   that right?

20        A.   It may.

21        Q.   And why isn't the 20 million dollars still an

22   appropriate number to include for the past lost use of

23   water from March '08 to June '09?

24        A.   Well, until I've completed my evaluation and

25   Dr. Adams has completed hers, it is the appropriate

1    number to use.

2        Q.   The same is true with respect to the future

3    lost/diminished use damages claims under Roman numeral V

4    B, that now that you have the Wade report, you don't

5    know if the 41 million dollars is the right amount of

6    damages to be claiming or not, true?

7        A.   I agree, I don't know if it is or not.

8        Q.   And you have to do a cost model to calculate

9    possible alternative damages for future lost or

10   diminished use, correct?

11       A.   That's correct.

12       Q.   And you haven't prepared that cost model yet,

13   have you?

14       A.   I have, and you have it.

15       Q.   Okay.  So -- so your work with respect to V(B)

16   is completed?

17       A.   It is.

18       Q.   Okay.  So is Tampa Bay Water claiming 41 to

19   48 million dollars from a future lost or diminished use

20   or are they claiming 20 million dollars?

21       A.   It's claiming 20 million dollars.

22       Q.   So we can strike out the 40 to 48 million

23   dollars and -- and move forward on the agreement that

24   Tampa Bay Water's damages for future lost or diminished

25   use have been reduced to 20 million dollars; is that

1   correct?

2       A.   Yes.

3           MR. STANISLAW:   Is there another copy of this

4       that can be marked?   Is this yours?

5           MR. BRESLER:   That's an extra one.

6           MR. HARRISON:   You want to mark his?

7           (Exhibit Number 668 was marked for

8       identification.)

9   BY MR. STANISLAW:

10      Q.   Okay.   Let me start by asking you -- the

11  41 million dollars that was formerly Tampa Bay Water's

12  damage claim was based on 15.5 to 18 billion gallons of

13  available water.   Do you see that?

14      A.   Yes.

15      Q.   What amount of water is now 20 million dollars

16  that is now Tampa Bay Water's claim based on?

17      A.   Can we turn to page three of Exhibit 668.

18  This is a table that was prepared by Dr. Adams and --

19      Q.   All -- all I'm asking you is:   What is the

20  quantity of water on which the 20 million dollars is

21  based?

22      A.   We're going to have to run a calculation to

23  get a total volume.   It is eight million gallons a day

24  for 24 months and five million gallons a day for 12

25  months.

```
 1          Q.    The 41 million dollars assumed that there's
 2    15.5 to 18 billion gallons of available water.  Now that
 3    the damages are 20 million dollars for future lost use,
 4    what amount of water is assumed to be available?
 5               MR. HARRISON:  Object to the form.
 6          A.    I'm going to have to run a calculation.
 7          Q.    Well, go run it.
 8          A.    Okay.  We'll take a break.
 9          Q.    How long is it going to take you?
10          A.    I need a calculator and I'll be back in a
11    minute or two.
12          Q.    Why don't you bring a calculator back in with
13    you?
14          A.    I don't have one.
15               MR. HARRISON:  Why don't you just ask him to
16          explain what he did and that might be helpful to
17          you.
18    BY MR. STANISLAW:
19          Q.    So you're going to leave to get a calculator
20    and borrow it from somebody?
21          A.    I can if somebody's got one in the office.  Or
22    if you like, I can describe it to you.
23          Q.    No, I -- I'd like to go my way, if I could
24    here.  Why don't you do your calculations.
25               THE VIDEOGRAPHER:  The time is 11:05 a.m.  Off
```

```
 1          the record.
 2                  (Brief recess.)
 3                  THE VIDEOGRAPHER:   The time is 11:08 a.m.   On
 4          the record.
 5   BY MR. STANISLAW:
 6          Q.    Tell me what it is you're about to calculate.
 7          A.    I'm about to calculate a volume of water that
 8   we will have to supply from our desalination plant over
 9   the construction period and the following-year period
10   while we refill the reservoir for service.
11          Q.    Okay.   Let me ask just you this question:
12   When you were deposed the last time, you said you were
13   not qualified to perform an analysis or provide an
14   opinion unless someone else developed the amount of
15   water for you.   Are you now qualified to do that?
16          A.    I am still not qualified to do that, and
17   that's why I relied on Dr. Adams to give me sheet three
18   of Exhibit 668.
19          Q.    Okay.   So tell me what it is you're -- you're
20   going to calculate.
21          A.    I am going to calculate eight million gallons
22   a day over a 24-month period and five million gallons a
23   day over a 12-month period and come up with a total
24   amount of water that we will -- we expect to have to
25   produce from our desalination facility instead of our
```

1    enhanced surface water system as a result of the

2    reservoir being out of service.

3         Q.   Okay.  And before you do that, let me ask you

4    this question:  Why do you make a comparison between the

5    surface water and desalinization plant and not include

6    groundwater availability in that calculation?

7         A.   Looking at page three of Exhibit 668 and

8    taking a year of interest as being, for example, year

9    2010, and these are water years, so they would start on

10   October 1st of the prior year and end September 30th

11   of -- of -- water year '13 would be September 30 of

12   2013.

13        Dr. Adams has projected for me a total demand

14   of 165 MGD and she has documented that we expect to

15   supply 115 MGD of groundwater.  So the rest of the water

16   to meet our demands is going to have to come from one of

17   these other three sources that are listed on this table,

18   which are all of the other sources that are available to

19   Tampa Bay Water.

20        Q.   And do you know what Ms. Adams' assumption of

21   115 MGD for groundwater is based on?

22        A.   I am not a hundred percent certain, except in

23   general, it relies on us staying within our permits on

24   our groundwater system and giving us the flexibility to

25   pump more than our groundwater permits on any given day

1    to meet an immediate need.  There are several

2    groundwater permits that comprise the capacity of Tampa

3    Bay Water's system.

4        Q.   And the consequences of exceeding the

5    groundwater limit allowed by the combined permits is a

6    fine, correct?

7        A.   It has been, yes, a fine.  And I think we can

8    expect it in the future to be a fine.

9        Q.   And there isn't any basis on which any agency

10   or government entity would stop Tampa Bay Water from

11   pumping groundwater in excess of the permitted capacity,

12   is there, sir?

13            MR. HARRISON:  Object to the form.

14       A.   No, they will not stop us.  They will fine us.

15       Q.   And have you made a comparison to see which is

16   the least expensive means of making up for any lost

17   water when construction is accomplished in the future by

18   comparing the anticipated fines for groundwater versus

19   the cost of obtaining water from the desal plant?

20       A.   I have not.  There is a fine and penalty

21   matrix that the Water Management District uses, and

22   Tampa Bay Water is not the one that determine those

23   amount of fines.

24       Q.   Okay.  Now, what -- tell me again the

25   calculation you're going to make.

```
 1        A.   Well, you have asked me for the volume.  And
 2   in order to calculate the volume, I have to take the
 3   daily difference over the period of time and run a very
 4   brief calculation of that to give you the volume that
 5   you have asked for.
 6        Q.   And -- and you're going to calculate the
 7   volume of water for what period of time?
 8        A.   I'm going to calculate that volume of water
 9   from this table over 2013, 2014, and 2015, which would
10   be the year that we are resuming service in the
11   reservoir following a two-year outage.
12        Q.   When are you projecting construction to start?
13        A.   Right now we are projecting that construction
14   can start as early as September 2012 and as late as
15   March 2013 --
16        Q.   Okay.
17        A.   -- depending on how quickly we can get the
18   permits and what the weather conditions are.
19        Q.   Okay.  Go -- go ahead and make your
20   calculation.
21        A.   Okay.  I'm ready.  Do you want me to write
22   this down?
23        Q.   Go ahead.
24        A.   On -- on the exhibit?
25        Q.   Yeah.
```

1      A.    Okay.  Do you want me to date it?

2      **Q.    Yes.**

3      A.    It's the 22nd.

4            Okay.  I get a total -- the calculation

5      indicates that we will be projecting that we have to

6      supply 7.67 billion gallons more of desal water during

7      this time period than we would otherwise budget to

8      provide.

9      **Q.    Okay.  Tell -- tell me what the information on**

10     **the first two pages of Exhibit 668 is.**

11     A.    Okay.  I have provided the first page to give

12     you the line item detail of the individual chemicals

13     that are used at the surface water treatment plant,

14     denoted SWTP on the page.  And I've also given you the

15     electric costs of running the surface water treatment

16     plant.  These are fiscal '11 budget costs.  That is the

17     approved fiscal '11 budget that started this October.

18            Below that, I have identified for you the

19     desalination facility chemicals, and in their case, a

20     sludge hauling contract that we have to dispose of that

21     solids, which is -- you will not see all costs up at the

22     surface water plant because that sludge is disposed of,

23     actually, to an economic benefit of another -- of a --

24     of a third party somewhere.  And I have totaled for you

25     the chemical costs and the electric costs for these two

```
 1    facilities for the fiscal '11 budget.
 2              Then moving over to the --
 3         Q.   Well, stop right there, if you could.
 4              Aren't the costs for the chemicals and the
 5    electricity at the surface water treatment plant a
 6    function of the amount of water that is put through that
 7    surface water treatment plant?
 8         A.   Yes.
 9         Q.   And isn't the same true for the desal plant,
10    the cost of the chemicals and the sludge removal and the
11    electricity is a function of the amount of water that's
12    processed through the desalinization plant?
13         A.   Yes.
14         Q.   Well, so how do we know that this is an
15    apples-and-apples comparison?
16         A.   If we could move over to the upper right-hand
17    corner of the first page of Exhibit 668, I provided you
18    from our budget document, our fiscal '11 budget
19    document, the budgeted flows for the surface water
20    treatment plant and other facilities that are related to
21    the surface water treatment plant and the desal plant
22    that allow you to normalize the dollars per million
23    gallons.  So the fiscal '11 budget numbers that are on
24    the left-hand columns are based on flows that are
25    reported over here in the upper right-hand column.
```

1       Q.   What is the upper right-hand column titled?

2       A.   There -- there is no title.  This is going

3  across the way, it says "facility flow in million

4  gallons per day."  And then under the umbrella of costs,

5  it is a summation of electrical and chemical costs for a

6  total.  So in the case of the first row, we have a

7  budget approved for this plant of 7.264 million dollars,

8  to provide 45 million gallons a day through our surface

9  water treatment plant.

10       In the case of the desal plant, three rows

11 below that, we have a budget of 4.64 million dollars to

12 deliver to our system four million gallons a day.

13       Q.   So the per-unit cost of delivering desal water

14 is far in excess of the per-unit cost for any other

15 means of delivering water, correct?

16       A.   That's correct.

17       Q.   Bill Wade is calling.  Should I take the call?

18       A.   That's fine.

19       Q.   Then there's a box that says "total cost per

20 million gallons.  Facilities off during the reservoir."

21 What -- what is that amount there?

22       A.   These are called total cost per MG, or in

23 utility parlance, million gallons.  And the first row is

24 the facilities that will be turned off during the

25 renovation project, and I asked my staff to collect

```
 1    those costs and show them separately.  And this is
 2    telling you that it costs us $557 per million gallons in
 3    this case to reser- -- to operate our repump station and
 4    our reservoir aerators.  And during the renovation we
 5    will not operate either of those facilities.
 6         Q.   And the next number, 3 million dollars,
 7    that -- that's the cost of operating the facilities that
 8    will be going on during the renovation; namely, the
 9    desal plant; is that right?
10         A.   That's correct.
11         Q.   Now, the numbers that you calculated for the
12    lost revenue, let -- let's say you don't get paid the
13    monies in the lawsuit.  Where -- where are you going to
14    get the money --
15              MR. HARRISON:  Object to the form.
16    BY MR. STANISLAW:
17         Q.   -- to pay for those lost revenues you've
18    calculated on Roman numeral VI on Exhibit 656 -- Roman
19    numeral V, I mean?
20         A.   Okay.  Tampa Bay Water will be faced with a
21    decision to prepare its 2013 budget of having to budget
22    for an additional eight million gallons a day of desal
23    if the demand projections continue to hold true.  Those
24    demand projections, Counselor, are reviewed on an annual
25    basis by Dr. Adams.
```

1          Q.   And if Dr. Adams demand assumptions are wrong,

2     your damage analysis is wrong, correct?

3          A.   That's correct.

4          Q.   And it's a fact, isn't it, that the trend of

5     demand for water furnished by Tampa Bay Water has been

6     decreasing over the last several years?

7          A.   I believe the last two years it has, yes.

8          Q.   And as a result of decreasing demand for

9     water, Tampa Bay Water has had to increase the cost it

10    charges for water, hasn't it, sir?

11         A.   A uniform rate has had to be adjusted to

12    recover our fixed costs because we are selling less

13    units, that's correct.

14         Q.   And the adjustment that Tampa Bay Water made

15    was a increase in the cost of the water, correct?

16         A.   A unit increase in the cost of the water,

17    although our total op- -- operating costs have gone

18    down, that is correct.

19         Q.   You raised the cost of water is what you did,

20    right?

21              MR. HARRISON:   Object to the form.

22         A.   We had to increase the unit price of the water

23    even though our total costs have gone down.

24         Q.   And the reason that Tampa Bay Water had to do

25    that is because the demand for the water has gone down,

1    correct?

2         MR. HARRISON:   Object to the form.

3    A.   Well, there's -- there's two reasons for that,

4    actually.

5    Q.   Let me say it another way.   The customers for

6    Tampa Bay Water aren't buying as much water in the last

7    couple years as they were in the previous years, right?

8    A.   That is the first half of the equation,

9    correct.   The second half of the very important equation

10   on this is that Tampa Bay Water has a very high debt

11   service as a percentage, or a very high fixed cost of

12   doing business.   So we have less elasticity in our

13   ability to make adjustments.   So even though our

14   operating costs do go down, they cannot go down in the

15   quantities that are sufficient enough to account for the

16   fact that over half of our budget is paying the

17   mortgage.

18   Q.   Okay.   Let's take a look at the second page of

19   Exhibit 668.   Tell -- tell me what's on the second page.

20   A.   Okay.   For the second page of Exhibit 668,

21   we're starting with the -- the first page of 668 and I'm

22   expanding it out to the left -- to -- to the right,

23   excuse me, to show you the dollars per million gallons

24   for each of the facilities that are listed.   So the

25   flow, the electrical, the chemical, and the total costs

1    are the same, but now we've added a column to show you

2    dollars per million gallons.

3           Going below that, in the next box below that

4    on page two, we look at -- it's titled "Total Cost Per

5    MG," and we are looking at the difference in costs of

6    operating the desal and giving credit for turning

7    facilities off that are solely associated with the

8    reservoir, which are specifically the repump station and

9    the -- the aeration --

10        Q.    Okay.

11        A.    -- system.

12        Q.    And what's the part at the bottom of the page?

13        A.    At the bottom of the page is a calculation

14   that ties Dr. Adams' table together to look at desal --

15   increased desal use for those periods of time and

16   multiplies them by the difference in costs of 2 -- 2

17   point -- $2,600 per million gallons, to give you a total

18   amount that reconciles to the amount in the amended

19   damage claim that I have testified to today,

20   2.094 million dollars based on a cost model.

21          I would like to state for the record that this

22   is a fiscal '11 cost model.

23        Q.    And so what you've done is determine that

24   20 million dollars is the cost of the water for a

25   five-year period, correct?

```
 1       A.   Focusing on two years out of service and one
 2  year as we restart operations.  But yes, over this
 3  five-year period, to demonstrate to you that in fiscal
 4  2012, we expect to experience no increased cost as a
 5  result of reservoir outage.  And in fiscal 2016, we
 6  expect to incur no increased cost as a result of
 7  reservoir outage.
 8       Q.   That's because construction won't have started
 9  in 2012 and construction will be completed in 2016?
10       A.   Generally, yes.  Specifically during 2012, we
11  expect to be drawing the reservoir down so that we can
12  make it available for the contractor in 2013.
13       Q.   And -- and how long does this model assume the
14  construction's going to take?
15       A.   This model assumed a 24-month construction
16  period, which I asked Dr. Adams to use.
17       Q.   Where did you get 24 months?
18       A.   I've gotten 24 months for sometime.  I got
19  that originally from Black & Veatch in June 2009, when
20  we approached the Board with the three fixes.  I had
21  asked them, to prepare for that meeting, to give me an
22  estimated time of construction.  Since that time, I have
23  talked repeatedly with CH2M Hill, our design criteria
24  professional, and asked them to corroborate the two-year
25  construction period as being a reasonable period for the
```

```
 1    range of fixes contemplated.
 2         Q.   Now, in Roman numeral --
 3         A.   Sir, I'm lost.  656?
 4         Q.   656, Roman numeral V.
 5         A.   Yes, sir.
 6         Q.   Under part A, there's reference to a revenue
 7    model and there's reference to a cost model.  What --
 8    what is the revenue model that you're referring to?
 9         A.   Well, the revenue model is what was applied to
10    come up, in part V(A), 20.14 million dollars, and that
11    was a capture of water that was estimated and testified
12    to by Dr. Adams.  And then the uniform rate, as far as
13    our revenue generating capacity of that water, was
14    applied to that volume.  So I would call that -- I am
15    calling that a revenue model.
16         Q.   And -- and what is the uniform rate that was
17    applied to the water that Dr. Adams captured?
18         A.   We'll have to go back and check.  I believe
19    it's the fiscal '11 uniform rate, Counselor, but I'll --
20    I'll have to check on exactly that.
21         Q.   And -- and -- and that's a per gallon rate?
22         A.   It's a per thousand gallon rate.
23         Q.   And where would a member of public find what
24    the fiscal '11 rate was used to answer -- or supply the
25    information in this Roman numeral V A in Exhibit 656?
```

1      A.   Sir, they're supposed to be able to find that

2  in our approved budget on our website.  Depending on the

3  dates of Dr. -- of -- of the calculations that were

4  performed here, this may have used the fiscal 2010

5  revenue, and that's what I'm not certain of because I

6  don't recall.

7      Q.   Okay.  And -- and then there's a reference to

8  the cost model.  What -- what is the cost model?

9      A.   The cost model is an example of which I have

10  just shown you as Exhibit 668.  So it is distinguished

11  from the revenue model specifically to identify

12  facilities that have to be operated to achieve a goal.

13  And these are our costs to achieve that goal and that is

14  what I term a cost model.

15      Q.   And so you haven't prepared a cost model for

16  the period of time March '08 to June '09; is that right?

17      A.   I have not, that is correct.

18      Q.   That's something you have to do in the future?

19      A.   That's correct.

20      Q.   Just out of curiosity, why didn't you do the

21  cost model for Roman numeral V B first before you did it

22  for Roman numeral V A?

23      A.   Because I -- it -- the V B calculation is a

24  simpler calculation and I was prepared to do that

25  because I had a good understanding of Dr. Adams' table.

1    I have not reviewed Dr. Adams' testimony to understand

2    how she derived and what assumptions specifically that

3    she used in her past lost calculations of volume.  And

4    I -- that is a much more complicated look.

5        Q.   What is the most accurate model to use to

6    assure that TBW is using the most cost-effective supply

7    source on a daily basis?

8             MR. HARRISON:  Object to the form.

9        A.   Well, that's a very involved question and that

10   is going to give a long answer, Counselor.

11       Q.   That's al- -- that's alright.

12       A.   Okay.  Tampa Bay Water does not operate its

13   most -- our cost-effective facilities that are in its

14   inventory.  It operates based on permits that are issued

15   to it, and the permit expectations have been in place

16   since 1998 and they are issued by the State.  And as a

17   matter of public policy, our agency is -- has been

18   routinely directed by its Board of Directors to only

19   over-utilize or overpump its least expensive sources as

20   a last resort.  So I hope that is a long and responsive

21   answer to your last question.

22       Q.   So Tampa Bay Water, in preparing these damage

23   calculations, has not used the most cost-effective

24   supply source to meet the -- its member agencies demands

25   for water?

1        A.    That's correct.

2              MR. HARRISON:  Object to the form.

3        A.    That would be a -- that would be contradictory

4    to the public policy that is established by our Board.

5        Q.    **In this Exhibit 5- -- or 668, the base number**

6    **for desal product- -- production is four million gallons**

7    **a day?**

8        A.    Yes.

9        Q.    **Where -- where does that number come from?**

10       A.    That number came from our operations

11   department, which is led by Mr. Ronald Parker.  And I

12   reviewed and asked him to make sure that he edu- -- he

13   educated me as to why they need to use that number.

14   That is, in Mr. Parker's opinion, the minimum annual

15   flow that needs to be produced by that facility to keep

16   it in a state of readiness to serve.  And so we, in my

17   cost model, determined -- the evaluation that I've given

18   you in this Exhibit Number 668, I am showing you that

19   that is a cost burden to Tampa Bay Water regardless of

20   reservoir outage or use.  That is Tampa Bay Water's

21   cost.

22       Q.    **If Mr. Parker's four million gallons a day for**

23   **the base desal production is wrong, your damage**

24   **calculations are also wrong, aren't they, sir?**

25       A.    Yes, sir, they could be wrong low or they

1    could be wrong high.

2        Q.   Do you personally know what the desal plant

3    production actually was in any prior years?

4        A.   I can get that information for you.  It was in

5    the high teens, as far as million gallons per day,

6    during our last reservoir outage.

7        Q.   Well, if in fact the production during the

8    last reservoir outage was in the high teens, why is it

9    appropriate to use four million gallons a day in your

10   cost model?

11       A.   Because as long as Tampa Bay Water is

12   operating within its permits, it would prefer to use the

13   most cost-effective or least-cost production source.

14   And if we are not having, for example -- looking at year

15   2012, for example, on page three of 668, Dr. Adams is

16   projecting a total system demand of 163 million gallons

17   a day and she is using our most cost-effective sources

18   to meet that, based on Mr. Parkers input that we have to

19   run the desal at four million gallons a day anyway.

20       Q.   Your cost model, Exhibit 668, does it assume

21   that the surface water treatment plant will be operated

22   during the period the reservoir's shut down for

23   construction?

24       A.   Yes, it does.  And the demonstration of that

25   is found on page three of that exhibit, in fiscal 2013

1   and 2014.  You will see slightly depressed flows coming

2   from the surface water plant on an annual basis.  For

3   2013, the number is 37 million gallons a day.  For 2014,

4   the number is 41 million gallons a day.  And they are

5   going to be depressed because we will be operating that

6   surface water plant on what is termed "run of river."

7       Q.   In other words, you will be operating the

8   surface water treatment plant on the basis of what water

9   can be diverted from the river sources that feed the

10  surface water treatment plant, correct?

11      A.   Yes, sir, that -- that day.

12      Q.   And tell me what rivers those are.  The

13  Alafia, the Tampa Bypass Canal, and what else?

14      A.   They are also the -- the Tampa Bypass Canal,

15  to be fully responsive to your question, actually gets

16  water from two sources:  From itself and also from the

17  Hillsborough River.  So I represent to you that we

18  actually get water during high flow periods from the

19  Tampa Bypass Canal, the Hillsborough River, and the

20  Alafia River.

21      Q.   So Dr. Alison's numbers here, in this

22  potential surface water delivery, if those numbers are

23  wrong, your damage calculation would be wrong, correct,

24  sir?

25      A.   That's correct.  Again, it could be low or

1    high.

2         Q.   Because it's a function of projecting or

3    forecasting rains, for one thing, correct?

4         A.   That's correct.

5         Q.   If there was more rain than Dr. Adams

6    anticipated, your damage calculations would be inflated,

7    wouldn't they, sir?

8         A.   That's correct.

9         Q.   If the rains were sufficient, you could get

10   sufficient surface water capacity into the treatment

11   plant such that there would be no dollar expenditure as

12   a result of having to obtain -- make up water from the

13   desal plant; isn't that true, sir?

14        A.   That's correct.

15        Q.   So what this 20 million dollars is, is a

16   prediction based on what Dr. Adams guessed the future

17   rainfall will be in the years 2013, '14, and '15,

18   correct?

19             MR. HARRISON:   Object to the form.

20        A.   That's -- that's half of the equation.  The

21   other half of the equation is a prediction of the demand

22   in those years.

23        Q.   All right.  And so you think Dr. Adams is

24   capable of predicting whether or not there's going to be

25   a hurricane in the year 2013 --

```
 1              MR. HARRISON:  Object to the form.
 2   BY MR. STANISLAW:
 3       Q.   -- that will affect this area?
 4              MR. HARRISON:  Object to the form.
 5       A.   No, I don't.
 6       Q.   Do you think she's --
 7       A.   And I doubt if she's testified to that.
 8       Q.   Do you think Dr. Adams is capable of
 9   predicting the amount of rainfall that's going to fall
10   in the three county area that comprises Tampa Bay Water
11   in 2013?
12       A.   I believe Dr. Adams is qualified to make
13   projections based on annual averages, yes, I do.
14       Q.   Are -- are you aware that the Tampa Bay Water
15   proposed budget for 2011 calls for eight million gallons
16   of desal water instead of the 19.7 million gallons shown
17   for 2010?
18       A.   I'm sorry, did you say the proposed fiscal '11
19   budget?
20       Q.   Yes.
21       A.   I'm not -- I don't remember the proposed
22   budget as well.  I better remember the final budget, and
23   the final budget had four MGD of desal water.
24       Q.   And the 2010 budget had 19.7 MGD, correct?
25       A.   I -- I don't know the exact number.  I know it
```

1    was significantly higher.

2         Q.   And -- and what accounts for that decrease

3    between the 2010 budget and 2011 budget?

4         A.   Well, we are back operating within our

5    consolidated groundwater permit which was the largest --

6    is the largest single groundwater permit that we have,

7    and the demands have reduced and we have gotten through

8    the desal acceptance tested period.  And so we are

9    preferring to use, within our permits, the least cost

10   waters in our system.

11        Q.   And -- and the least cost water in Tampa Bay

12   Water's system is groundwater, correct?

13        A.   Groundwater as a whole, understanding that

14   there are individual groundwater systems that are much

15   more expensive than others.  But as a whole, yes,

16   groundwater is substantially lower operating cost than

17   surface water or desalinated water.

18        Q.   And surface water is substantially lower cost

19   than desalinated water, correct?

20        A.   Yeah.

21             (Exhibit Number 669 was marked for

22        identification.)

23   BY MR. STANISLAW:

24        Q.   I'm handing you what's been marked for

25   identification as Exhibit 669.  Can you identify this

```
 1    document for me, please?

 2         A.   Yes.   I don't know exactly where it came from

 3    or which -- okay.   This is a document that I would have

 4    prepared and this is an estimate of water cost by

 5    course -- source of supply during -- for the fiscal '10

 6    budget.

 7         Q.   And the flowrate that's stated here, what does

 8    that mean?

 9         A.   Okay.   The flowrate that's stated here is a --

10    this is flowrate in million gallons per day, and

11    represented on this chart are the current permitted

12    capacities during fiscal '10 of each of the three

13    categories of water that are listed here.   So for

14    example, desalinated seawater treatment plant has a

15    permitted capacity actually of 28 point -- and a

16    fraction of an MGD.   Surface water has a permitted

17    capacity of 72 million gallons a day.   Groundwater, all

18    facilities included, have a groundwater permitted

19    capacity of 121 million gallons a day.   These are annual

20    average flows for groundwater and maximum facility

21    capacities for desalinated and surface water.

22         Q.   So the cost of groundwater is less than 50

23    cents per million gallons a day, correct?

24         A.   That's correct.   During fiscal '10, based on

25    the assumptions that are included in the footnote here,
```

```
 1   which exclude debt service, unallocated labor, and other
 2   as-needed contracting or administrative costs, the
 3   actual operating and maintenance cost of groundwater, it
 4   looks like it comes out to 30 -- 30 cents or so per
 5   thousand gallons.
 6        Q.   And the actual cost of surface water is $1.50
 7   per million gallons a day, correct?
 8        A.   It's $1.50 if the plant is operated at
 9   72 million gallons a day, and that includes all of the
10   surfaces that feed the surface water treatment plant,
11   which would include our -- our fixed non-debt and our
12   other costs of operating the reservoir and the pump
13   stations that feed the plant and moving the surface
14   water throughout our system.
15        Q.   You -- you prepared Exhibit 669?
16        A.   Ye- -- yes, I did.  Not for this purpose, but
17   yes.
18        Q.   Exhibit 669 is dated April 16, 2009 for the
19   fiscal year 2010.  Is this a projection or is this
20   actual cost of water for groundwater, surface water, and
21   desalinated seawater?
22        A.   This would have been a projected unit cost for
23   these three sources of supply based on the fiscal '10
24   proposed budget, and that's why I would have done this
25   in April of 2009.
```

1          Q.    And what you did when you prepared this in
2    April 2009, you based this on the most current data that
3    Tampa Bay Water had for the cost of producing the three
4    types of water shown on Exhibit 669, correct?
5          A.    These would have been the projected costs for
6    fiscal 2010 based on assumed quantities and --
7          Q.    But your projections were based on actual
8    costs that Tampa Bay Water had experienced in the prior
9    years, correct?
10         A.    That is the background that validates the
11   shape of these curves, but the actual lines that are on
12   this shape of the curves are projected costs for the
13   coming year.
14         Q.    What I'm trying to find out, Mr. Kennedy, is
15   how did you arrive at your projections?
16         A.    Well, I took the budget amounts that were
17   existing for the fiscal 2010 proposed budget and the
18   flowrates that were associated with them and then I used
19   a unit cost -- I developed a unit cost for those
20   flowrates similar to the dollars per million gallons
21   that you've seen on Exhibit 668, and then I used those
22   to project costs based on assumed other amounts of flow
23   that we would use.
24         Q.    And where did the projected cost from the 2010
25   budget come from?

1          A.   The agency-wide projected costs?

2          Q.   **Yes.**

3          A.   Well, agency-wide, every department feeds our

4     budget office with our budget requests, and these costs

5     include permit monitoring.  But the majority of the

6     costs shown on this chart come from our operations and

7     maintenance departments.

8          Q.   **All right.  And Exhibit 669 excludes debt**

9     **service, unallocated labor, and unallocated as-needed**

10    **contracting, and other administrative costs.  If these**

11    **numbers were adjusted to include debt service,**

12    **unallocated labor, and as-needed contracting costs, by**

13    **what amounts would they increase?**

14         A.   I don't know exactly how.  I know that the

15    shape of the curves would be the same.  I know that they

16    would all shift up and to the right.  Excuse me, they

17    would all shift upward.  But as far as the exact

18    amounts, I -- I don't know.

19         Q.   **By -- by what percent would the costs that are**

20    **shown on Exhibit 669 increase if the debt service and**

21    **unallocated labor and as-needed contracting is included?**

22         A.   Well, for the total of all of them, this

23    represents approximately a third of the agency's costs,

24    what is shown on the lines.  If I add in all of the

25    other agency's costs, there has to be an adjustment or

1  roughly a tripling of these numbers.  But it's not

2  applied equally to every source.

3      Q.    And why not?

4      A.    Because some of our administrative costs are

5  different for one source than they are for another.  And

6  so the -- the shape of the curves would remain the same,

7  but they may become a little closer together or some of

8  them may get farther apart.  I've never run that

9  calculation.

10          (Exhibit Number 670 was marked for

11      identification.)

12  BY MR. STANISLAW:

13      Q.    Let me hand you Exhibit 670, which is an

14  e-mail you wrote in August of 2005.

15      A.    Not me, sir.

16      Q.    Aren't you Jon Kennedy?

17      A.    I -- oh, yep, I see it.  I see it on the

18  lower.  Got it.

19      Q.    And this e-mail that you sent to a number of

20  different people, you say the groundwater average cost

21  is about 25 cents per thousand?

22      A.    Yes.

23      Q.    And then on Exhibit 669 you say the cost is 30

24  cents per thousand, correct?

25      A.    Yes.

1     Q.   And what -- what -- what accounts for that

2   5-cent increase?

3     A.   Well, based on five elapsed budget years -- or

4   four elapsed budget years.  The Exhibit 670 -- okay.  It

5   is five elapsed budget years.  Exhibit 670 refers to the

6   fiscal '05 budget.  Exhibit 669 is calculating on the

7   proposed fiscal '10 budget.  So there's five years

8   inflationary pressures on some of those costs, most

9   notably chemicals and electricity.  And that would be

10   how the groundwater average costs would have changed.

11     Q.   And in this e-mail you use the term "unit

12   operating costs."  Do you see that?

13     A.   Yes.

14     Q.   What -- what is the unit operating cost?

15     A.   Well, those are the costs that I have

16   attempted to show because I was actually using this

17   approach, although it is -- the unit operating cost is

18   the same as the unit cost on Exhibit 669 on the Y axis.

19   That can be considered the unit operating cost.  That is

20   the cost experienced by asking a thousand gallons of

21   water to come from that system.  That is a cost that is

22   avoided if you do not ask a thousand gallons of water to

23   come from that system.

24     Q.   The e-mail goes on to say surface water

25   average cost is it about $1.10 per thousand.  Do you see

1    that?

2        A.    Yes.

3        Q.    And then you have to subtract the service

4    costs.   What -- what are the service costs?

5        A.    The service costs, specifically in this line,

6    refers to what we are required to pay Veolia as a

7    service fee regardless of use of the facility, which is

8    in the order of several million dollars at that facility

9    that we pay regardless of asking the facility to produce

10   water.  So I subtract from their -- from the surface

11   water treatment plant cost of $1.10 the service fee,

12   which we have to pay regardless.  And in this e-mail,

13   I'm telling him you get about 60 cents per thousand for

14   net expenses or costs.

15       Q.    And does that 60 cents per thousand for net

16   expenses include the cost of pumping, treating, and

17   delivering the water?

18       A.    I believe, in Exhibit 670, that is only the

19   operation of the surface water plant to treat the water.

20       Q.    It's the cost of converting river water to

21   drinking water?

22       A.    Correct.  I believe that's what this refers

23   to, because I'm pretty specific here as how I identified

24   as surface water average costs.

25       Q.    Have the service costs changed from 2005 to

1    2010?

2         A.    The answer is yes.  The service cost at the

3    surface -- well, I want to make sure I'm fully answering

4    your question.  We expect the service cost at the

5    surface water treatment plant to increase by

6    approximately 2 million dollars before the end of this

7    calendar year --

8         Q.    Well, why --

9         A.    -- which is 2010.

10        Q.    Why is that?

11        A.    Because they are going to be able to earn an

12   increased service fee to be the custodian of an

13   increased plant.  And once the increased plant, which is

14   in its final trials right now, is cleared for completion

15   of its construction contract and its punch list items,

16   Veolia is eligible, per contract, for an increased

17   service fee.

18        Q.    Okay.  There's -- the desal plant, you have to

19   subtract service costs.  Veolia isn't involved with the

20   desal plant, are they?

21        A.    No.

22        Q.    So what are the service costs that you

23   subtracted in connection with the desal plant?

24        A.    Well, in 2005, that would have been the then

25   existing service fees that we were paying the operator

1    at that facility, which for fiscal 2005 would have been

2    American Water Prodesse under their -- I think it was

3    called a -- either a temporary or a conditional O&M

4    agreement while that plant went under renovations.

5        Q.    Okay.  Now, look at Exhibit 669.  Have the

6    service costs been deducted from the costs that are

7    shown on Exhibit 669?

8        A.    No, they -- I don't believe they are.  I would

9    have to go back and look at the spreadsheet that

10   underlies it, but it looks to me -- it appears to me

11   that the service fee costs are in here.

12       Q.    Are -- are service costs different from fixed

13   costs?

14       A.    No.

15       Q.    So when you say service costs, you mean fixed

16   costs?

17            MR. HARRISON:  Object to the form.

18       A.    It is a fixed cost that's associated with a

19   certain facility as opposed to debt service, which is a

20   fixed cost that's a Tampa Bay Water overall obligation.

21   They are both fixed costs.

22       Q.    What -- what items make up the service costs

23   for the surface water calculation besides Veolia?

24       A.    There is probably a -- in the surface water

25   calculation, there's probably also the reservoir service

1   fee costs in here as well.

2       Q.   Anything else?

3       A.   No, nothing substantive.

4       Q.   And what are the fixed costs separate and

5   apart from the service costs?

6       A.   Well, fixed costs are the debt service that

7   the agency still has incurred against any of the

8   facilities that -- for the debt that hasn't been retired

9   yet.

10      Q.   Anything else included in fixed cost?

11      A.   Yes.  I would put in fixed cost, for example,

12  a percentage of my time that I charge to general.  Other

13  costs that the agency's going to incur, personnel and

14  other charges the agency incurs to maintain its

15  administrative building, its inventory, those kinds of

16  things that are costs the agency incurs regardless of

17  its use of these particular facilities.  Those would be

18  fixed costs that I would not put -- that are not shown

19  on Exhibit 669.

20           Exhibit 669 does include, for example, if we

21  have a permit monitoring requirement specific to our

22  groundwater system and we track that cost separately,

23  that is a cost that we do allocate directly to the

24  groundwater system.

25      Q.   And -- and what is a unit operating cost?

1      A.    Okay.   On 670, you mean exhibit -- on 670?

2      **Q.    Yeah.   What does the term "unit operating**

3  **cost" mean?**

4      A.    Well, I think of those as recurring costs that

5  are associated with the rate, which means they are

6  things that we expense as opposed to accumulate as an

7  asset that is to be depreciated.   Unit operating costs,

8  a good example of what they are is operator labor,

9  maintenance labor, and -- but they're dominated by

10  electricity and chemicals, and so they are expensed.

11      **Q.    Are the fixed costs included within the unit**

12  **operating costs?**

13      A.    Only a fixed cost that will be associated --

14  that can be attributed to a specific facility.   And now

15  I'm speaking back to Exhibit 669 and giving, as an

16  example, the -- the -- I believe the service fees are --

17  for the desal water and the surface water are included

18  in Exhibit 669.   In Exhibit 670, they are excluded from

19  what I've got as a reduced per thousand net expenses.

20      **Q.    What fixed costs did you exclude for the**

21  **surface water calculations on 669 it?**

22      A.    I would have excluded from this debt service.

23  This facility, we still hold about 80 some million

24  dollars of debt on that facility.   So the debt on that

25  facility would have been excluded from this.   The debt

1   on the raw water system that feeds it or -- and the

2   treated water system that takes water away from it, I

3   would have excluded the debt from that also.  I would

4   have only included -- it looks like I only included the

5   service fees on that as a fixed cost.

6          Is that an answer your question?

7      Q.   Yes.   What fixed cost did you exclude from the

8   groundwater calculation on Exhibit 669?

9      A.   I would have excluded debt service on those

10  groundwater calculations.  The agency, in 1998,

11  capitalized both its own groundwater and several

12  groundwater acquisitions and has a debt service that's

13  associated with groundwater.  So we would have taken the

14  debt service out of that also.

15     Q.   Anything else?

16     A.   Well, except any other as-needed contracting

17  or administrative costs, which are very, very small in

18  comparison to debt service.

19     Q.   And what fixed costs did you exclude from the

20  desal costs on Exhibit 669?

21     A.   I would have excluded any debt that's held by

22  the agency for that project, both for the existing thing

23  facility at that time and the remediation project.  So

24  all debt on that facility would have been excluded from

25  there as well as the as-needed contracting and other

1    administrative costs.

2         Q.   And how do you treat operating labor costs,

3    the wages for the people that are operating the pumping

4    and treating and converting the -- the raw water surface

5    to potable water?

6         A.   Well, it looks like the description of the

7    footnote on Exhibit 669 is not clear as to whether I

8    included -- I did not allocate any of the operating

9    labor.  It excludes unallocated labor.  And our

10   operations budget is an unallocated labor budget, so

11   it -- it looks to me as though -- it -- it appears to

12   me, sir, that I have excluded the operators from this.

13        Q.   So the operational costs of groundwater,

14   surface water, and desalinated water have all been

15   excluded on Exhibit 669; is that right?

16        A.   It looks like we have excluded the labor, the

17   operations labor, which is very small in comparison to

18   the electrical and chemical on this.

19        Q.   And the operations labor are the labor cost

20   for the people who actually do -- or operate the

21   pumping, treating, and converting facilities, correct?

22        A.   That's correct.

23        Q.   And you've also excluded administrative costs

24   from the numbers you've calculated on Exhibit 669 for

25   groundwater, surface water, and desalinated water,

```
 1    correct?
 2         A.    Yes.
 3         Q.    Because those are treated as a fixed cost?
 4         A.    Yes.  They're not attributable to any of these
 5    particular sources.
 6         Q.    Turn to Exhibit 670.  And in paragraph Roman
 7    numeral I it says "left reservoir costs" entire -- "out
 8    entirely."  Do you see that?
 9                See paragraph number one in parenthesis.
10         A.    Yes.
11         Q.    Last sentence, "left reservoir cost out
12    entirely."  Do you see that?
13         A.    No, I don't.  Okay.  Parenthesis.  Okay.  Got
14    it.  Let me read it.  (Reviewing document.)
15                Yes, sir.
16         Q.    And what -- what are reservoir costs?
17         A.    Well, reservoir costs -- Tampa Bay Water,
18    regardless of the cracking and the dispute of the
19    cracking, incurs costs at the reservoir.  We do that by
20    permit and by the need to operate and maintain the
21    facility.  And so I'm referring here to costs that Tampa
22    Bay Water -- and especially in 2005, before the dispute
23    arose, these were costs that Tampa Bay Water was
24    incurring at the reservoir.
25         Q.    And are reservoir costs also left out of the
```

1    numbers that are in Exhibit 669?

2         A.   I can't tell.

3         Q.   Should they be?

4              MR. HARRISON:  Object to the form.

5         A.   I can't tell that either.  I would have to

6    look at the underlying -- there would have been a

7    spreadsheet from which this graph was -- was drawn.  And

8    I would want to satisfy myself that I'm representing the

9    surface water as a system or if I'm representing the

10   surface water as a treatment plant standing alone.  And

11   I don't know that sitting here today.

12        Q.   In determining the numbers on Exhibit 669, did

13   you leave out variable costs?

14        A.   No, I did not leave out variable costs.  In

15   fact, the curves on -- that -- that make up 669 are

16   dominated by what are considered variable costs.

17        Q.   And an example of a variable cost would be,

18   for example, power?

19        A.   Yes.

20        Q.   If the cost of power varies, how -- how do you

21   know what to include for the cost of power?

22        A.   The cost varies because of the amount of water

23   that is used from each of the sources.  So that is the

24   variable cost.  And pursuant to our founding documents,

25   we have a variable cost that shows up in the

1    calculations which -- which changes based on what are

2    called expensed or consumables.  So you'll find in our

3    variable costs two major categories of cost, power and

4    chemicals.

5        Q.    Well, what, for example, is the cost per

6    thousand for power per thousand gallons?

7        A.    It would depend on what facility we were

8    looking at.  For groundwater, raw groundwater where the

9    member government is applying disinfection and high

10   surface pumping, it could be as low as 6 to 8 cents per

11   thousand gallons.  In some of our groundwater systems it

12   is as high as 20 cents per thousand gallons, which are

13   small facilities that have intermittent use.

14              THE COURT REPORTER:  You got away from me.

15              MR. STANISLAW:  Small facilities for

16         intermittent use.

17              THE DEPONENT:  Intermittent use.

18       A.    At the surface water plant and desal plant,

19   they tend to be much higher.

20       Q.    Okay.  And what -- what are the power costs

21   per thousand at the desal plant?

22       A.    We will have to calculate that.

23       Q.    What are the power costs per thousand for

24   surface water?

25       A.    We will have to calculate that also.  But

1    Exhibit 668 allows that calculation to take place, if

2    you like.

3        Q.   Does Tampa Bay Water dispatch water supplies

4    to meet their demands from the lowest cost wells first

5    and then from higher cost sources?

6        A.   If we are pumping --

7             MR. HARRISON:  Object to the form.

8             Go ahead.

9        A.   Can you ask again, please?

10       Q.   Uh-huh.  Does Tampa Bay Water dispatch water

11   supplies to meet its demands from the lowest cost wells

12   first and then water from higher cost sources later?

13       A.   Given that we are operating within our permits

14   and projected to continue to operate with our -- within

15   our permits, we will preferentially try to minimize our

16   costs.  So the first question is related to permit

17   capacity not cost at Tampa Bay Water.

18       Q.   Does Tampa Bay Water have an integrated

19   surface water/groundwater model?

20            MR. HARRISON:  Object to the form.

21       A.   I -- I don't know.  I -- I know we have people

22   who talk about that quite a bit.

23       Q.   Well, I've seen the term ISGW.  Do you know

24   what that means?

25       A.   Yes, sir.  That would stand for integrated

1    surface/groundwater model.

2        Q.   Okay.  And what is Tampa Bay Water's

3    integrated surface water/groundwater model?

4        A.   I -- I'm not certain.  It's not work that's

5    performed in my section.

6        Q.   Whose section is it performed in?

7        A.   It's either Mr. Warren Hogg, H-o-g-g's

8    section, or it's performed in Ms. Adams' section.  I

9    don't talk to either of them about it.

10       Q.   Okay.  Why are the groundwater costs so much

11   lower than the surface water costs?

12       A.   Well, there is -- there are a couple reasons

13   for that.  One is the treatment that is used for surface

14   water includes developing ozonation, which itself is a

15   power draw.  Secondly, that water is produced very close

16   to sea level and then it has to be repumped

17   approximately 40 or 50 miles, as far as that, to its end

18   user.

19            Our raw water costs that I reported to you in

20   testimony a few minutes ago is developed from, in some

21   cases, wells that feed a tank that is owned by a member

22   government.  And then in our cases, our groundwater

23   systems are at higher elevation and going downhill.  So

24   overall, the net effect is that you have a relatively

25   less power usage with groundwater.

1    Q.   Does the groundwater al- -- also require less

2    treatment than surface water?

3    A.   In the state of Florida, yes, it does because

4    our agency is eligible for what is called a 4-log

5    inactivation which, by FDEP rule, allows us to supply

6    treated groundwater without filtration.

7    Q.   The groundwater comes from a number of

8    different wells, correct?

9    A.   Yes, sir.

10   Q.   The CWP well, the SCH well, the BUD well,

11   correct?

12   A.   Yes, sir.

13   Q.   Now, in calculating the costs of the

14   groundwater on Exhibit 669, you average the costs of the

15   groundwater from the various wells that Tampa Bay Water

16   used as its sources?

17   A.   I did.  I would have rolled them up and lumped

18   them together.

19   Q.   And you weight the average to take into

20   consideration that one well might produce more water

21   than another well?

22   A.   Yes.  By -- by aggregating the costs, that

23   lumps them all together on a unit basis.  So some wells

24   within that groundwater curve might cost more than 30

25   cents a year to operate and some cost less.

```
 1          MR. MEADERS:  Object to the answer as
 2     nonresponsive.
 3          MR. HARRISON:  About time for lunch, Miles?
 4          MR. STANISLAW:  Okay.  I can break for you
 5     now.
 6          THE VIDEOGRAPHER:  The time is 12:13 p.m.  Off
 7     the record.
 8          (Luncheon recess.)
 9  *****
10  (Continued in Volume IV of IV.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```