# CHEMICAL ELECTRICAL COST COMPARISON

| | Description | Chemical | Electric |
|---|---|---|---|
| | SWTP | | |
| SWTP | Bleach | $ 781,715 | |
| | Ammonia | $ 112,914 | |
| | NaOH | $ 17,805 | |
| | Sulfuric Acid | $ 1,227,769 | |
| | Ferric Sulfate | $ 1,911,821 | |
| | Solids Polymer | $ 58,729 | |
| | Recycle Polymer | $ 11,746 | |
| | Filter Aid Polymer | $ 24,692 | |
| | Actiflo Polymer | $ 197,534 | |
| | Quicklime | $ 995,941 | |
| | PAC | $ 2,561 | |
| | Hydrogen Peroxide | $ 4,690 | |
| | Phosphoric Acid | $ 556 | |
| | Actiflo Sand | $ 16,138 | |
| | Liquid Oxygen | $ 364,504 | |
| | 45 MGD x 365 days | | $ 1,534,916 |
| | | $ 5,729,115 | $ 1,534,916 |
| | Desalination Facility | | |
| DESAL | Sludge-Hillsborough Co. | $ 174,420 | |
| | Bleach | $ 158,214 | |
| | Ammonia | $ 10,037 | |
| | NaOH | $ 20,293 | |
| | $CO_2$ | $ 29,434 | |
| | Sulfuric Acid | $ 96,710 | |
| | Hydrochloric Acid | $ 54,641 | |
| | Ferric Chloride | $ 54,458 | |
| | Solids Polymer | $ 3,939 | |
| | Belt Polymer | $ 5,416 | |
| | Calcium Hydroxide | $ 72,839 | |
| | Sodium Bisulfite | $ 327,913 | |
| | Defoamer | $ 8,502 | |
| | Sodium Chlorite | $ 161,032 | |
| | Precoat DE | $ 217,847 | |
| | Incidental Chemical Allowance | $ 243,849 | |
| | 4 MGD x 365 days | | $ 3,001,351 |
| | | $ 1,639,544 | $ 3,001,351 |

| | | Costs ($) | | |
|---|---|---|---|---|
| Facility | Flow (MGD) | Electrical | Chemical | Total |
| SWTP | 45 | $ 1,534,916 | $ 5,729,115 | $ 7,264,031 |
| Repump Station | 12.1 | $ 435,644 | $ - | $ 435,644 |
| Reservoir Aeration | 25.3 | $ 149,968 | $ - | $ 149,968 |
| Desal | 4 | $ 3,001,351 | $ 1,639,544 | $ 4,640,895 |

| Total Cost per MG | |
|---|---|
| Facilites Off During Renovation (SWTP, Reservoir, & Repump) | $ 557 |
| Facilites On During Renovation (Desal) | $ 3,178.70 |







C:\Documents and Settings\csanders\Local Settings\Temporary Internet Files\Content.Outlook\04A6XO2U\Chem-Electric Table.xlsx

TBW II. B

2

Chemical & Electrical Costs
Approved FY 2011 Budget
10/19/2010

| Facility | Flow (MGD) | Costs ($) Electrical | Chemical | Total | $/MG |
|---|---|---|---|---|---|
| SWTP | 45 | $ 1,534,916 | $ 5,729,115 | $ 7,264,031 | $ 442.25 |
| Repump Station | 12.1 | $ 435,644 | $ - | $ 435,644 | $ 98.64 |
| Reservoir Aeration | 25.3 | $ 149,968 | $ - | $ 149,968 | $ 16.24 |
| Desal | 4 | $ 3,001,351 | $ 1,639,544 | $ 4,640,895 | $ 3,178.70 |

| Total Cost per MG | |
|---|---|
| Facilities Off During Renovation (SWTP, Reservoir & Repump) | $ 557.13 |
| Facilities On During Renovation (Desal) | $ 3,178.70 |
| Difference | $ 2,621.56 |

Notes:
SWTP= Regional Surface Water Treatment Plant
Desal= Tampa Bay Seawater Desalination Facility

Application of FY 2011 Costs to Projected Desal Use

| Water Year | Desal Use, MGD | Annual Cost Increase, $$ |
|---|---|---|
| 2012 | 4 | $0 |
| 2013 | 12 | $7,654,957 |
| 2014 | 12 | $7,654,957 |
| 2015 | 9 | $4,784,348 |
| 2016 | 4 | $0 |
| Total Increase in Op Cost | | $20,094,262 |

Demand and Supply Scenario for Reservoir return to service
Prepared for August 20, 2010 meeting on Risk

| | | Sources of Supply | | | |
|---|---|---|---|---|---|
| Water Year | Tampa Bay Water Expected Delivery MGD | Total Groundwater MGD | Potential Surface Water Delivery MGD | Potential Desal Use MGD | COT Purchase Water MGD |
| 2010 | 152 | 102 | 37.6 | 11.04 | 2.2 |
| 2011 | 160 (163) | 113 | 42 (45) | 4 | 1 |
| 2012 | 163 | 114 | 44 | 4 | 1 |
| 2013 | 165 | 115 | 37 | 12 | 1 |
| 2014 | 169 | 115 | 41 | 12 | 1 |
| 2015 | 173 | 115 | 48 | 9 | 1 |
| 2016 | 176 | 115 | 56 | 4 | 1 |
| 2017 | 178 | 115 | 58 | 4 | 1 |
| 2018 | 180 | 115 | 60 | 4 | 1 |
| 2019 | 182 | 116 | 61 | 4 | 1 |
| 2020 | 184 | 116 | 63 | 4 | 1 |
| 2021 | 186 | 116 | 65 | 4 | 1 |
| 2022 | 187 | 116 | 66 | 4 | 1 |
| 2023 | 189 | 116 | 68 | 4 | 1 |
| 2024 | 191 | 116 | 70 | 4 | 1 |
| 2025 | 192 | 116 | 71 | 4 | 1 |
| 2026 | 194 | 116 | 73 | 4 | 1 |
| 2027 | 195 | 116 | 74 | 4 | 1 |
| 2028 | 196 | 116 | 75 | 4 | 1 |
| 2029 | 197 | 116 | 76 | 4 | 1 |
| 2030 | 198 | 116 | 77 | 4 | 1 |

8X365 = 2.92 BG
8X365 = 2.92 BG
5X365 = 1.825 BG

Σ = 7.67 Billi Gallons

JMK 10/22/10

Notes
WY 2010 demand and supply based on actual use
WY 2011 - 2030 is model forecast (Sept 2009) (WY 2011 numbers in parenthesis are budgeted)
Total Groundwater max = 121 mgd
Assumes reservoir out of service June 2012 for renovation
Assumes reservoir back in service by start of WY 2015
Assumes desal baseloads at 4 mgd
Reservoir drawdown rate of 42.5 mgd = 15.5 BG in 365 days.

