

Date: April 16, 2009

## FY 2010 Water Cost by Source of Supply[1]

Unit Cost ($/1000 gallons) 1
$5.00
$4.50
$4.00
$3.50
$3.00
$2.50
$2.00
$1.50
$1.00
$0.50
$0.00
Desalinated Seawater
Surface water
Groundwater
0
20
40
60
80
100
120
140
Flowrate (mgd)

Notes:
[1] Excludes debt service, unallocated labor and unallocated "as needed" contracting and other administrative costs. Includes all allocated direct costs (chemicals, electrical, monitoring and mitigation, capital renewal and replacement projects).

EXHIBIT 15

EXHIBIT
669
Kennedy 10/22/10

51A

Gold_prod02615754

13A

**From:** Ken R. Herd
**To:** Ron Parker
**Sent:** 8/10/2005 2:10:02 PM
**Subject:** FW: Quick Estimates of Operating costs
**Attachments:** 2004FSAWWAPaper.pdf

Can you prepare the numbers for desal at 15 vs 25 mgd with a remediated plant. Thanks

---

**From:** Jon Kennedy
**Sent:** Wednesday, August 10, 2005 12:47 PM
**To:** Ervin B Myers
**Cc:** Koni Cassini; Ken R. Herd; Don J. Polmann
**Subject:** Quick Estimates of Operating costs

Ervin there is a quick and dirty way to get this estimate confirmed see attached, look at Figure 1. That is the unit operating cost (all recurring costs associated with rate) that were in the FY 2005 budget for various sources of water.

Groundwater avg cost is about $0.25 per thousand

Surface water avg cost is about $1.10 per thousand total but you have to subtract the "service cost"(1) and you get about $0.60 per thousand net "expenses"

Desal water avg cost is about $1.90 per thousand but again you have to subtract the "service cost"(1) and you get about $1.25 per thousand net "expenses"

(1) services costs were a prorated allocation of the take or pay agreements with Veolia and American (as of October before we had a contract) and are payable regardless of use. Left reservoir costs out entirely as they are for the most part, assumed to be incurred regardless of use.

Apply these costs to determine the change in cost to shift from groundwater to other sources to get total increase in operating costs as follows:

1. shifting one MGD from groundwater to surface water is $0.35 per thousand net increase in operating costs
2. shifting on MGD from groundwater to desal water is about $1.00 per thousand net increase in operating costs

Hope this helps you confirm the estimated cost increases in shifting production.

Jon

<<...>>

# OPERATING COSTS OF GROUNDWATER AND ALTERNATIVE WATER SUPPLIES

**Jonathan M. Kennedy, P.E.**
**Tampa Bay Water**
**Clearwater, Florida**

Tampa Bay Water is a wholesale drinking water provider for six customer governments who in turn supply water to more than 2.5 million residents in the Tampa Bay region. In 1998, Tampa Bay Water embarked on a large capital improvement program, the Master Water Plan, which added 97 million gallons per day (MGD) of capacity to the drinking water system. The new capacity allowed for the significant reduction of pumping from existing groundwater sources. Tampa Bay Water's wholesale drinking water supply system now includes 13 groundwater facilities, four surface water facilities and 2 treated surface water interconnects, an above-ground, off stream reservoir, and a desalinated seawater source. The unit operating costs for each of the supply sources vary widely and include labor, materials, chemicals and power costs.

The installed and permitted average day capacity of the wholesale water system is currently 218 MGD. For Fiscal Year 2005, Tampa Bay Water's member governments have requested 170 MGD, leaving Tampa Bay Water with an excess permitted capacity. This excess has prompted Tampa Bay Water to evaluate opportunities to reduce operating costs by promoting the use of the most cost-effective supplies. This paper describes the analysis of the operating costs of each supply source, the variability of the sources, and the physical and environmental constraints that can impact the employment of the most cost-effective supply sources to meet member government demand.

## THE DEMAND/CAPACITY EQUATION

Tampa Bay Water is effectively required by its governance agreements to maintain a minimum surplus capacity of 6 percent. The surplus capacity, for purposes of this analysis on an average day basis, is defined as the cumulative permitted supply sources compared to the cumulative member government demand. For FY 2005, based on a member government demand projection of 170 MGD, a surplus capacity of 48 MGD exists. This surplus is projected to exist at least until FY 2008 when the bulk of the groundwater supply sources' permits are reduced to 90 MGD from their current capacity of 121 MGD. Table 1 lists a projection of member government cumulative demands compared to the cumulative permitted capacity of the wholesale system.

## PHYSICAL AND ENVIRONMENTAL CONSTRAINTS TO THE SUPPLY SOURCES

Tampa Bay Water is also required by its governance documents to deliver all quantities of water needed by each member government at each of the delivery points. Ideally, all supply sources would be available for delivery to all points of demand. The 2002-2003 Master Water Plan development did plumb 97 MGD of new capacity to the majority of delivery locations, and

EXHIBIT
671
Kennedy 10/22/10

efforts to interconnect the remaining large demand points continues and is expected to be completed by 2008. However, in the Tampa Bay Water system, which covers a 2,000-square-mile service area, it is not feasible to plumb all sources to all demand locations. Table 2 lists the current inventory of delivery locations and the supply sources available to each through the plumbing of the wholesale system.

Each supply source is also constrained by environmental and seasonal considerations. Examples of environmental considerations include lake and groundwater levels, minimum flows of rivers, etc. Seasonal constraints include availability of supply source for rivers and the Tampa Bypass Canal. Completion in late 2004 of a 15-billion gallon, off-stream reservoir will greatly reduce, but not eliminate, the seasonal availability of surface water. For purposes of this analysis, however, which is based on an annual average, environmental constraints are not expected to impact cumulative availability during an "average precipitation" year.

## COMPONENTS OF TOTAL AND UNIT OPERATING COSTS

Operating costs include all costs associated with operating and maintaining the wholesale supply system and are summarized for FY 2005 on Table 3. Included are such costs as operating and maintenance supplies, environmental monitoring, laboratory, labor, fleet, materials and supplies, contracts that support operations and maintenance, a mitigation program to address the repair or replacement of domestic wells and other existing legal groundwater users in the vicinity of the well fields, chemicals and power costs. In theory, all of the costs would not be incurred if no service was requested. In practice, however, only chemical and power costs, and a fraction of the maintenance program, are avoided when service is not demanded. This is because Tampa Bay Water has entered into take-or-pay operating contracts for the surface water and desalinated seawater plants, and other agency programs including the mitigation, monitoring, operational staffing and programmed maintenance, are incurred independent of the level of service provided.

Figure 1 graphs the unit operating costs associated with each supply source for FY 2005. Overall, operating costs represent $0.70 per 1000 gallons agency-wide, of a total FY 2005 budgeted wholesale rate of $2.07 per 100 gallons. Certain costs shown in Figure 1 are allocated based on Average Daily Flow (ADF). Allocated costs based on ADF include those associated with groundwater operations, maintenance laboratory, generalized contract support (lawn and fence maintenance, generator support, etc.) and instrumentation/control. The allocation based on flow most nearly reflects their actual use. Other costs in Figure are shown as direct costs attributed to use of a source including power, environmental monitoring, and treatment necessary to meet contract standards.

The analysis excluded all other administrative costs including development costs (construction, legal, engineering), and the remaining debt service as all of these costs are allocated agency-wide, incurred regardless of any demand for service for drinking water, and not directly related to the operating costs of the various supply sources.

**OPERATING COSTS CARRIED FROM SOURCE TO POINT OF DELIVERY**

Unit costs for each supply source were then added to the treatment (for disinfection if within the potable portion of the Tampa Bay Water system) and transportation costs to each point of delivery identified in Table 2.

The results of this analysis are displayed in Figures 2 through Figure 7 and show the range in operating costs for delivered water to range from a low of $0.17 per1000 gallons for untreated Section 21 well field groundwater delivered to Hillsborough County's Lake Park WTP, to a high of $2.16 per 1000 gallons for desalinated seawater delivered to Pasco County through the Lake Bridge WTP.

Figures 1 through 7 demonstrate the operating cost sensitivity in the following order:

1. Supply source type (i.e. groundwater, surface water and desalinated seawater) and treatment required to meet Tampa Bay Water's wholesale contract water quality standards.

2. Transportation costs to point of delivery.

A third cost sensitivity, not discerned from the Figures, but determined from a review of operating charges, is:

3. Electric rates charged by commercial power provider.

Supply source type for the Tampa Bay Water system is by far the greatest distinguishing characteristic of operating cost. Groundwater treatment in the system consists of hydrogen sulfide removal where necessary, and primary and secondary disinfection and pH control in the potable system. Tampa Bay Water also continues to provide a diminished amount of untreated groundwater. Surface water treatment includes coagulation rapid sedimentation, primary disinfection by ozone and biological filtration. Desalination includes sand filtration, cartridge filtration and high pressure reverse osmosis.

Supply source operating costs vary from a low of $0.17 to a high of $0.78 per 1,000 gallons for groundwater depending primarily on the treatment required for removal of hydrogen sulfide, total pressure requirements of the local source (including groundwater levels and pressures at points of delivery), and the extent of related site-specific programs such as environmental monitoring and mitigation (repair or replacement) of nearby domestic wells and other permitted legal existing users. Supply costs for surface water sources vary from $0.67 to $0.92 per 1,000 gallons for treated surface water (depending on surface water source used) to $1.77 for desalinated seawater. Surface water system costs will increase approximately $0.14 per 1,000 gallons once the off-line reservoir is fully operational.

Transportation costs are the next greatest distinguishing characteristic of operating costs. The Tampa Bay Water system varies in static elevation from sea level (desalinated product water) to elevation 30 (surface water) to a high point of elevation 108 (in the groundwater system). The distances covered in the system include 60 miles of main line. Transportation costs are primarily electric and range between $0.10 to $0.23 per 1,000 gallons for the potable system, and $0.09 to $0.31 per 1000 gallons for the raw water (river intakes) systems, depending on the extent of pumping operations that are required to service a particular delivery point at the specified contract pressure (some delivery points are supplied water through the main system then boosted at the point of delivery).

The third greatest characteristics of operating costs (not revealed by the Figures) are the electric rates charged by the commercial provider. Tampa Bay Water's system covers 2,000 square miles and is served by three different commercial power suppliers. Commercial electric rates also vary depending on the rate schedule that is applicable to the particular service (such as interruptible power). Electric charges vary from $0.043 to $0.087 per KWH plus applicable site-specific demand charges.

**POTENTIAL OPERATIONAL SAVINGS NOW AND IN THE FUTURE**

With the unit operating costs developed for each water source, it is possible to use the table of figures to determine the potential operations savings based on source selection. Groundwater at a total permitted capacity of 152.12 MGD has the lowest overall source operating cost of $0.26 per 1,000 gallons. Permitted system wide groundwater capacity will be reduced to from 152 MGD 121.12 MGD in FY 2008.

This is followed by surface water at an average year capacity of 40.5 MGD with an overall source operating cost of $0.58per 1,000 gallons. Surface water capacity will increase to 60 MGD during average-year conditions when the off –line reservoir is fully operational, projected for FY 2008. Based on a calculation of the fixed operating costs (take or pay service fee portion) of the SWTP full utilization of the current ADF capacity of 40.5 MGD results in a unit operating cost of $0.56 per thousand gallons. In the future, when the ADF capacity increases to 60 MGD with the full operations of the off-stream reservoir, the unit operating cost of the SWTP will be approximately $0.43 per 1000 gallons.

Desalinated seawater unit operating costs are highest, as is to be expected, at $1.77 per 1,000 gallons. This cost is expected to decline significantly when the plant is fully remediated prior to FY 2007, and although an operational savings (primarily due to increased pretreatment efficiency resulting in lower pressure requirements for the membrane process) of at least $0.25 per 1,000 gallons is expected, this number will be finalized once a remediation and long term operating contract is negotiated in early November 2004 which will replace the current bankrupted desalination plant contractor. Based on a calculation of the fixed operating costs

(take or pay service fee portion) of the desalination plant's operating costs, full utilization of the current capacity of 25 MGD results in a unit operating cost of $1.46 per 1000 gallons.

There are many operation decisions available to Tampa Bay Water between FY 2005 (48 MGD surplus capacity) and 2013 (8 MGD surplus capacity). On paper, for FY 2005 operational savings of approximately $6 million per year could be realized, for example, by base loading on permitted groundwater supplies and employing the surface water source at the minimum necessary (19 MGD instead of the budgeted 38 MGD) to meet demands, and not using the seawater desalination facility at all (0 MGD instead of the budgeted13 MGD). Alternately, it would be possible to spend approximately $5 million per year more by base loading the surface water (40.5 MGD instead of the budgeted 38 MGD) and desalinated seawater plants (25 MGD instead of the budgeted 13 MGD) and using groundwater ( at 105 MGD instead of the budgeted 119 MGD) to meet demands not satisfied by the other sources.

Cost escalation for electricity is expected to lead the growth in the disparity of the source operating costs over time, but as shown on Figure 1, this will impact only the seawater desalination supply source, as the surface water source exhibits electricity use similar to the groundwater system.

**OPERATING COST FIGURES INTO STRATEGIC DECISION MAKING- TRADEOFF OF OPERATING COST AND ENVIRONMENTAL STEWARDSHIP**

The Board of Directors considers the employment of sources of supply each year as a part of the annual budget and rate-setting process. Since the introduction of the surface water (FY 2003) and desalinated seawater (FY 2004) sources, the Board has strategically chosen to set rates based on the goal of holding groundwater source use to the 90-mgd level that will be the limit in FY 2008 when the well field sources quantities are further reduced in accordance with water use permit requirements. This decision will cost approximately $6 million for FY 2005, and is judged to provide benefits by enabling environmental monitoring between now and FY 2008 to be performed at the future permitted quantities to ensure that the agency is operating in accordance with its environmental stewardship mandate while utilizing cost-effective groundwater resources in an environmentally acceptable manner.

The decision to utilize the new supply sources has also lead to a conditioning of the agency personnel to learn how to manage the startup and operations of the new sources prior to their "having" to be on-line. This is leading to a smoother long-term transition of the Tampa Bay Water system from what was a groundwater system in FY 1999 (the first years of operations for Tampa Bay Water) to a blended supply system.

To continue to optimize operating costs, Tampa Bay Water will continue to:

Monitor workload and outsource whenever practical to allow the market to price services when cost effective;

Monitor developments in the regulated power industry to optimize demand and other charges through the collection and analysis of charges for the new Master Water Plan facilities;

Continue to operate the potable and untreated water systems at the minimum pressures necessary to meet member government requirements at delivery points;

Continue to monitor chemical usage of the various supply sources to further optimize treatment

Continue to automate the system with new SCADA opportunities for monitoring and control as those opportunities present themselves

**TABLE 1**

**AVERAGE CONDITIONS PROJECTION OF DEMAND AND SUPPLY**

**Mean forecast used for Pineallas, St. Petersburg, NWH and NPR WDPA. 95% use for SCH and Pasco WDPA. 90% used for Tampa Simulation Report, Annual, Average by Water Year (Last Revision 9/11/2003)**

| WDPA | WY 2005 | WY 2006 | WY 2007 | WY 2008 | WY 2009 | WY 2010 | WY 2011 | WY 2012 | WY 2013 |
|---|---|---|---|---|---|---|---|---|---|
| Pinellas | 69.21 | 69.88 | 70.13 | 70.68 | 71.16 | 71.55 | 71.91 | 72.17 | 72.37 |
| St. Petersburg | 32.22 | 32.53 | 32.68 | 32.93 | 33.16 | 33.36 | 33.55 | 33.69 | 33.81 |
| New Port Richey | 3.41 | 3.43 | 3.42 | 3.43 | 3.44 | 3.45 | 3.47 | 3.48 | 3.48 |
| Pasco | 20.73 | 21.52 | 21.87 | 22.36 | 22.84 | 23.27 | 23.78 | 24.22 | 24.71 |
| Tampa | 77.31 | 78.72 | 79.93 | 81.39 | 82.85 | 84.17 | 85.48 | 86.85 | 88.18 |
| NW Hillsborough | 17.79 | 18.33 | 18.65 | 19.02 | 19.38 | 19.71 | 20.04 | 20.36 | 20.69 |
| SC Hillsborough | 29.6 | 30.2 | 30.7 | 31.2 | 31.62 | 32.42 | 33.24 | 34.02 | 34.89 |
| Regional Total Demand | 250.28 | 254.6 | 257.38 | 261.01 | 264.45 | 267.93 | 271.47 | 274.79 | 278.13 |
| | | | | | | | | | |
| Tampa Self Supply | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 |
| Pasco Self-Supply | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| NPR Self Supply | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Tampa Bay Water Projected Demand | 170.28 | 174.6 | 177.38 | 181.01 | 184.45 | 187.93 | 191.47 | 194.79 | 198.13 |
| SUPPLY | | | | | | | | | |
| Consolidated Wellfields (1) | 121 | 121 | 121 | 90 | 90 | 90 | 90 | 90 | 90 |
| BUD Wellfield | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| SCH Wellfield | 24.1 | 24.1 | 24.1 | 24.1 | 24.1 | 24.1 | 24.1 | 24.1 | 24.1 |
| FGUA Wells | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 |
| Eagles 1 Wells | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Subtotal Ground Water | 152.12 | 152.12 | 152.12 | 121.12 | 121.12 | 121.12 | 121.12 | 121.12 | 121.12 |
| Surface Water Treatment Plant (2) | 40.5 | 40.5 | 40.5 | 60 | 60 | 60 | 60 | 60 | 60 |
| Desalination Seawater | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Aggregate Supplies | 217.62 | 217.62 | 217.62 | 206.12 | 206.12 | 206.12 | 206.12 | 206.12 | 206.12 |
| Surplus Capacity mgd | 47.34 | 43.02 | 40.24 | 25.11 | 21.67 | 18.19 | 14.65 | 11.33 | 7.99 |

(1) Consolidated Wellfield cutback scheduled for WY2008
(2) Assumes Reservoir is at full Operational level at end of WY2007

# TABLE 2

## Inventory of Delivery Locations and Supply Sources Available to Same

### MEMBER GOVERNMENTS

| | HILLSBOROUGH | | | | | | PASCO | | | | PINELLAS | | NEW PORT RICHEY | ST PETE | TAMPA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supply Sources | THI | Lake Park | NWH | Lithia | Crystal Lakes | Facility Site | Lake Bridge | US41 | SR54 | Little Rd. | Keller | Regional | Maytum | Cosme | Hills. River WTP | Morris Bridge |
| Ground Water | | | | | | | | | | | | | | | | |
| Cross Bar | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |
| Cypress Creek | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |
| Cypress Bridge | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |
| Morris Bridge | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | X |
| Section 21 | | X | | | | | | | | | | | | | | |
| Cosme/Odessa | | | | | | | | | | | | | | X | | |
| NWH Wellfield | | | X | | | | | | | | | | | | | |
| Eldridge-Wilde | | | | | | | | | | | X | | | | | |
| Starkey | | | | | | | | | | X | | | X | | | |
| North Pasco | | | | | | | | | | X | | | X | | | |
| South Pasco | | 1 | | | | | | | | | | | | x | | |
| SC Hillsborough | | | | X | | | | | | | | | | | | |
| Brandon | | 2 | 4 | X | | 4 | 2 | 2 | 2 | 3 | 2 | 2 | 3 | 2 | | 2 |
| Carrollwood | | | 2 | | | | | | | | | | | | | |
| Crystal Lakes | | | | | x | | | | | | | | | | | |
| Eagles 1 | | | | | | | | | | | | | 1 | | | |
| Surface Water | | | | | | | | | | | | | | | | |
| Bypass Canal Harney | | | | | | | | | | | | | | | X | |
| Bypass Canal | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |
| Hillsborough River | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |
| Alafia River | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |
| Desalination | | | | | | | | | | | | | | | | |
| TB Desal WTP | | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |
| Purchases of treated Water from Tampa | X | 1 | 4 | 2 | | 4 | X | X | X | 3 | X | X | 3 | X | | 1 |

X - Currently Available
1 - Under Construction - Complete WY 2005
2 - Projected Available during WY 2007
3 - Projected Available During WY 2008
4 - Projected Available during WY 2010

**TABLE 3**
**Variable and Fixed Cost of Supply Sources at Various Locations**

| Facility | Flow | Electric | Environmental | Chemicals | Services | Purchases | Wages | Supplies | Services | Treatment | Facility Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Crossbar | 13 | 232,505 | 241,529 | | 148,293 | 17,303 | 100,990 | 95,409 | 95,409 | | 931,438 |
| Cypress Creek | 14 | 260,610 | 417,029 | | 95,913 | 18,634 | 108,759 | 102,748 | 102,748 | | 1,106,441 |
| Cypress Bridge | 8 | 350,400 | 184,984 | | 69,715 | 10,648 | 62,148 | 58,713 | 58,713 | | 795,321 |
| Section 21 | 6 | 76,650 | | | 157,799 | 7,986 | 46,611 | 44,035 | 44,035 | | 377,116 |
| MB WellField | 8 | 192,720 | 165,880 | | 424,715 | 10,648 | 62,148 | 58,713 | 58,713 | 75,000 | 1,048,537 |
| C/O WellField | 5 | 63,875 | 200,000 | | 144,490 | 6,655 | 38,842 | 36,696 | 248,614 | 97,000 | 836,172 |
| NWH WellField | 7 | 117,530 | 238,144 | | 253,158 | 9,317 | 54,379 | 51,374 | 51,374 | | 775,277 |
| EW Well Field | 10 | 211,700 | | | 383,715 | 13,310 | 77,685 | 73,392 | 73,392 | 400,000 | 1,233,193 |
| SP WellField | 6 | 71,175 | | | 177,380 | 7,986 | 46,611 | 44,035 | 44,035 | | 391,222 |
| STKY WellField | 10 | 105,850 | 114,745 | | 135,158 | 13,310 | 77,685 | 73,392 | 73,392 | 83,000 | 676,530 |
| NP WellField | 3 | 60,225 | 114,745 | | 608,380 | 3,993 | 23,305 | 22,017 | 22,017 | | 854,683 |
| SC WellField | 24 | 543,120 | 129,985 | | 523,255 | 31,944 | 186,444 | 176,140 | 176,140 | 147,000 | 1,914,027 |
| BUD WellField | 2 | 53,290 | 192,900 | | 54,715 | 2,662 | 15,537 | 14,678 | 14,678 | | 348,461 |
| Laboratory Cost | | | | | 1,700,000 | | | | | | |
| US-41 Tie-In | 2.5 | 12,775 | | | | 3,327 | 19,421 | 18,348 | 18,348 | | 72,219 |
| W.Pasco Tie-In | 2 | 15,330 | | | | 2,662 | 15,537 | 14,678 | 14,678 | | 62,886 |
| NW07 | 1 | | | 11,370 | | 1,331 | 7,768 | 7,339 | 7,339 | | 35,148 |
| Groundwater WTP | 1 | | | 20,577 | | 1,331 | 7,768 | 7,339 | 7,339 | | 44,355 |
| Lake Bridge WTP | 3 | 87,600 | | 72,092 | 17,500 | 3,993 | 23,305 | 22,017 | 22,017 | | 248,525 |
| Morris Bridge BS | 8 | 327,040 | | 104,872 | 7,500 | 10,648 | 62,148 | 58,713 | 58,713 | | 629,634 |
| South Pasco WTP | 6 | 71,175 | | 78,654 | | 7,986 | 46,611 | 44,035 | 44,035 | | 292,496 |
| Cypress Creek PS | 27 | 492,750 | | 356,268 | 34,000 | 35,936 | 209,749 | 198,157 | 198,157 | | 1,525,018 |
| Crystal Lake Wells | 0.15 | 6,718 | | | | 200 | 1,165 | 1,101 | 1,101 | | 10,285 |
| Carollwood Wells | 0.5 | 13,687 | | | | 665 | 3,884 | 3,670 | 3,670 | | 25,576 |
| Tampa Hills. IC | 2.5 | 32,850 | | | | 3,327 | 19,421 | 18,348 | 18,348 | | 92,294 |
| Repump Facility | 15 | 273,750 | | | | 19,965 | 116,527 | 110,087 | 110,087 | | 630,417 |
| TBC-Harney | 20 | 73,000 | 461,979 | | | 26,620 | 155,370 | 146,783 | 146,783 | | 1,010,534 |
| TBC-PS | 46 | 419,750 | | | | 61,225 | 357,351 | 337,601 | 337,601 | | 1,513,529 |
| Alafia River PS | 10 | 219,000 | 686,979 | | 8,000 | 13,310 | 77,685 | 73,392 | 73,392 | | 1,151,756 |
| Reservoir | | 50,000 | 435,487 | | 394,600 | | | | | | 880,087 |
| Surface WTP | 38 | 410,552 | 100,000 | 2,939,636 | 4,604,145 | | | | | | 8,054,333 |
| **Desalination** | | | | | | | | | | | |
| Desal | 13 | 4,175,600 | 260,862 | 887,371 | 3,077,391 | | | | | | 8,401,224 |
| High Service PS | 53.5 | 1,464,563 | | | 19,000 | 71,207 | 415,614 | 392,645 | 392,645 | | 2,755,675 |
| Alkalinity Facility | 53.5 | 139,442 | | 447,554 | | | | | | | 586,996 |
| **Water For Resale** | | | | | | | | | | | |
| City of Tampa | 4.5 | | | | | | | | 2,233,800 | | |



Figure 1
Source Operating Cost
Surface Waters
Ground Waters
2.500
2.000
1.500
1.000
0.500
0.000
Cost( $/1000)
High Service
Alkalinity
Alafia Cost
Treatment
Allocated
Services
Chemicals
Environmental
Electric
Cross Bar
Cypress Creek
Cypress Bridge
Section 21
Morris Bridge
Cosme/Odessa
North West
Eldridge Wilde
South Pasco
Starkey
North Pasco
South Central
Brandon Urban
SWTP
Desal
Sources

**Figure 2**
**Source Operating Cost Delivered to Hillsborough County**

2.50
2.00
1.50
1.00
0.50
0.00
$/1000
COT
Morris Bridge
Alafia
Desal
Alkalinty
High Service
SWTP
South Pasco WTP
CCPS
Raw Source
Section 21
South Pasco
Cypress Creek
Cross Bar
Cypress Bridge
Morris Bridge
TBC
Tampa Bay Desal
Alafia River
TH Interconnect
COT U.S. 301
NW Wellfield
SC Hills.
Brandon
Crystal Lakes
Sources



**Figure 3**
**Source Operating Cost Delivered to Pasco County**



**Figure 4**
**Source Operating Cost Delivered to Pinellas County**

**Figure 5**
**Source Operating Cost Delivered to New Port Richey**

0.90
0.80
0.70
0.60
0.50
0.40
0.30
0.20
0.10
0.00
Cost($/1000)
North Pasco
Starkey
Sources
Raw Source



**Figure 6**
**Source Operating Cost Delivered to St. Petersburg**

**Figure 7**
**Source Operating Cost Delivered to Tampa**

$/1000

2.50
2.00
1.50
1.00
0.50
0.00

Cypress Creek
Cross Bar
Cypress Bridge
Morris Bridge
Harney Canal
TBC
Tampa Bay Desal
Alafia River
COT U.S. 301

Location

ARPS
Desal
Alkalinity
High Service
SWTP
Morris Bridge B.S.
CCPS
Raw Source