```
 1                 UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                        TAMPA DIVISION

 3    TAMPA BAY WATER,
      A Regional Water Supply
 4    Authority,

 5              Plaintiff,    CASE NO.:  8:08-CV-2446-T27-TBM

 6    vs.

 7    HDR ENGINEERING, INC., a
      Nebraska corporation,
 8    CONSTRUCTION DYNAMICS
      GROUP, INC., a Maryland
 9    corporation,
      BARNARD CONSTRUCTION
10    COMPANY, INC., a Montana
      corporation,
11    ST. PAUL FIRE AND MARINE
      INSURANCE COMPANY, a
12    Minnesota corporation,

13              Defendants.
      _____/
14    BARNARD CONSTRUCTION COMPANY, INC.,
      a Montana corporation,
15
                Third Party Plaintiff,
16
      vs.
17

18    MCDONALD CONSTRUCTION CORPORATION,
      a Federal corporation,
19
                Third Party Defendant.
20    _____/

21                   VOLUME IV OF IV
                    (Pages 416 - 561)
22
                 VIDEOTAPED DEPOSITION OF
23                 JONATHAN KENNEDY, P.E.

24
25
```

EXHIBIT 16

```
 1    * * * * * * * * * * * * * * * * * * * * * * * * * * *

 2

 3                         VOLUME IV OF IV
                           (Pages 416 - 561)
 4

 5    VIDEOTAPED
      DEPOSITION OF:      JONATHAN KENNEDY, P.E.
 6
      TAKEN BY:           The Defendant, Barnard Construction
 7                        Company

 8    DATE TAKEN:         October 22, 2010

 9    TIME:               9:05 a.m. - 5:05 p.m.

10    PLACE:              Allen Dell, P.A.
                          202 South Rome Avenue
11                        Suite 100
                          Tampa, Florida  33604
12
      REPORTED BY:        Tonya Hornsby-Magee, Registered
13                        Professional Reporter and Notary
                          Public, State of Florida at Large
14

15

16

17

18

19

20

21

22

23

24

25
```

1  from source documents, correct?
2      A.  Yes.
3      Q.  What are the source documents that the numbers
4  on Exhibit 668 come from?
5      A.  The -- the numbers on Exhibit 668 can be
6  obtained by -- in -- by doing two things.  The first
7  thing is to obtain the approached fiscal '11 budget from
8  Tampa Bay Water, which is supposed to be available on
9  our website.  And two, by making a public records
10 request for the budget detail that underlies the overall
11 approved budget.
12     Q.  Exhibit 668 is a summary of numbers that
13 include -- that -- that -- that summarizes numbers that
14 are included in some underlying budget document that's
15 not available on the website?
16     A.  That's correct.  That's my understanding.  I
17 don't go to our website to get the budget document.
18         MR. STANISLAW:  Mr. Harrison, Barnard requests
19     the bulk of those documents be produced as a
20     condition to future use of the Exhibit 668.  We're
21     entitled to the underlying source documents on
22     which summaries are based.  Can we get those
23     documents?
24         MR. HARRISON:  You can go to the website and
25     print the budget and you can request the underlying

```
 1    groundwater at the imputed numbers that you see.
 2         Q.   Okay.
 3              MR. HARRISON:  I want to take a short break,
 4    Mr. Stanislaw.  Here's copies of the approved 2011
 5    budget that you requested.  We will supply you with
 6    the underlying documents as soon as we get them.
 7              THE VIDEOGRAPHER:  Time is 2:51 p.m.  Off the
 8    record.
 9              (Brief recess.)
10              THE VIDEOGRAPHER:  The time is 3:05 p.m.  On
11    the record.
12  BY MR. STANISLAW:
13         Q.   Mr. Kennedy, you previously told us what the
14    variable operating costs for producing surface water
15    are, correct?
16         A.   Yes.
17         Q.   Would you summarize those again for me,
18    please?
19         A.   The variable costs are dominated for the
20    surface water treatment plant by chemicals and
21    electricity.
22         Q.   And it's your testimony that those variable
23    operating costs per thousand gallons of surface water
24    will not be reduced when the surface water treatment
25    plant capacity is increased to 121 MGD; is that right?
```