```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

TAMPA BAY WATER,
A Regional Water Supply
Authority,

          Plaintiff,     CASE NO.:  8:08-CV-2446-T27-TBM

vs.

HDR ENGINEERING, INC., a
Nebraska corporation,
CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland
corporation,
BARNARD CONSTRUCTION
COMPANY, INC., a Montana
corporation,
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a
Minnesota corporation,

          Defendants.
_____/
BARNARD CONSTRUCTION COMPANY, INC.,
a Montana corporation,

          Third Party Plaintiff,

vs.

MCDONALD CONSTRUCTION CORPORATION,
a Federal corporation,

          Third Party Defendant.
_____/

                   VOLUME IV OF IV
                   (Pages 416 - 561)

                VIDEOTAPED DEPOSITION OF
                   JONATHAN KENNEDY, P.E.
```

ORANGE REPORTING   800.275.7991

EXHIBIT 17

```
 1    * * * * * * * * * * * * * * * * * * * * * * * * * *

 2

 3                          VOLUME IV OF IV
                            (Pages 416 - 561)
 4

 5    VIDEOTAPED
      DEPOSITION OF:       JONATHAN KENNEDY, P.E.
 6
      TAKEN BY:            The Defendant, Barnard Construction
 7                         Company

 8    DATE TAKEN:          October 22, 2010

 9    TIME:                9:05 a.m. - 5:05 p.m.

10    PLACE:               Allen Dell, P.A.
                           202 South Rome Avenue
11                         Suite 100
                           Tampa, Florida  33604
12
      REPORTED BY:         Tonya Hornsby-Magee, Registered
13                         Professional Reporter and Notary
                           Public, State of Florida at Large
14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | MR. STANISLAW:  Okay.  That's all I have. |
| 2 | CROSS-EXAMINATION |
| 3 | BY MR. BRESLER: |
| 4 | Q.  Mr. Kennedy, do you recall yesterday and some |
| 5 | this morning you were asked questions about Barnard, |
| 6 | questions such as if there had been any problems at the |
| 7 | time of construction with Barnard's construction, that |
| 8 | you would have expected HDR, somebody to have notified |
| 9 | you that there was a problem?  Do you recall that line |
| 10 | of questioning? |
| 11 | A.  I do. |
| 12 | Q.  And the line of questioning along the lines |
| 13 | that at no time has either HDR or Black & Veatch ever |
| 14 | told you that the pore pressure was caused as a result |
| 15 | of Barnard's work, do you recall those kinds of |
| 16 | questions and discussions? |
| 17 | MR. MEADERS:  Objection to form. |
| 18 | MR. HARRISON:  Object to the form. |
| 19 | A.  I -- I do. |
| 20 | Q.  Okay.  When you were talking about Barnard's |
| 21 | work, I assume you were talking about the work |
| 22 | encompassed within Barnard's contract with Tampa Bay |
| 23 | Water? |
| 24 | A.  Yes. |
| 25 | Q.  And that would include Barnard's |

1  subcontractors also.  Whether Barnard actually did the
2  work or a subcontractor did the work wouldn't make any
3  difference, would it?
4       A.   That's correct.
5       Q.   Okay.  Do you know who McDonald is?
6       A.   Yes.
7       Q.   Okay.  So far though, the work that was
8  actually done by McDonald, we could have substituted the
9  name McDonald in place of Barnard, your answer would be
10 the same, wouldn't it?
11      A.   Yes.
12           MR. BRESLER:  That's all I have.
13           MR. MEADERS:  Do you have anything?
14           MR. MILLER:  No.
15           MR. MEADERS:  Richard, certainly with the time
16 remaining I'm not going to be able get done with
17 the questioning that I would have for Mr. Kennedy.
18 I will move forward and see how much I can get
19 done.
20           MR. STANISLAW:  Can I interrupt you for just a
21 moment, Kurt?
22           MR. MEADERS:  Yes, you may.
23           MR. STANISLAW:  I neglected to state on the
24 record that Barnard is reserving the right to
25 conduct future examination of this witness with