```
 1                 UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                         TAMPA DIVISION

 3     TAMPA BAY WATER,
       A Regional Water Supply
 4     Authority,

 5              Plaintiff,     CASE NO.:  8:08-CV-2446-T27-TBM

 6     vs.

 7     HDR ENGINEERING, INC., a
       Nebraska corporation,
 8     CONSTRUCTION DYNAMICS
       GROUP, INC., a Maryland
 9     corporation,
       BARNARD CONSTRUCTION
10     COMPANY, INC., a Montana
       corporation,
11     ST. PAUL FIRE AND MARINE
       INSURANCE COMPANY, a
12     Minnesota corporation,

13              Defendants.
       _____/
14     BARNARD CONSTRUCTION COMPANY, INC.,
       a Montana corporation,
15
                Third Party Plaintiff,
16
       vs.
17

18     MCDONALD CONSTRUCTION CORPORATION,
       a Federal corporation,
19
                Third Party Defendant.
20     _____/

21                      VOLUME IV OF IV
                       (Pages 416 - 561)
22
                    VIDEOTAPED DEPOSITION OF
23                   JONATHAN KENNEDY, P.E.

24

25
```

**EXHIBIT 18**

1   * * * * * * * * * * * * * * * * * * * * * * * * *

2

3                           VOLUME IV OF IV
                            (Pages 416 - 561)
4

5   VIDEOTAPED
    DEPOSITION OF:      JONATHAN KENNEDY, P.E.
6
    TAKEN BY:           The Defendant, Barnard Construction
7                       Company

8   DATE TAKEN:         October 22, 2010

9   TIME:               9:05 a.m. - 5:05 p.m.

10  PLACE:              Allen Dell, P.A.
                        202 South Rome Avenue
11                      Suite 100
                        Tampa, Florida  33604
12
    REPORTED BY:        Tonya Hornsby-Magee, Registered
13                      Professional Reporter and Notary
                        Public, State of Florida at Large
14

15

16

17

18

19

20

21

22

23

24

25

1          respect to his continually revising damage claims

2          that are still not complete at this point.

3               MR. BRESLER:  Join.

4               MR. MEADERS:  And I'm going to make the same

5          statement on the record, that I will, as well,

6          reserve my questions regarding the moving damage

7          claims in this case that with respect to the -- the

8          issues that were just presented to us by a

9          disclosure a couple days ago, but I'll move forward

10         and let's see how much we can get done at the

11         present time.

12              MR. MILLER:  I'm going to join, just in case.

13                         CROSS-EXAMINATION

14    BY MR. MEADERS:

15      Q.   Mr. Kennedy, I want to talk to you a little

16    more about this disclosure that was just served in the

17    revenue model versus the cost model because I just --

18    I'm -- I don't understand why, with respect to the

19    future lost use that you're claiming that you state that

20    a cost model is more appropriate, but for a past damage

21    claim a cost model is -- is not appropriate.

22              By virtue of the fact that you have put in the

23    disclosure and you -- you did not sign the disclosure

24    that was presented to the parties just a few days ago,

25    did you?

 1          A.    No.

 2          Q.    Were you asked to review it before it was

 3   provided to counsel?

 4          A.    Yes.

 5          Q.    Did you review it before it was provided to

 6   counsel?

 7          A.    I did.

 8          Q.    So when you change the future lost or

 9   diminished use, Roman numeral V B number, to a

10   20-million-dollar future claim, was that based on

11   calculations that you had done?

12          A.    Yes.

13          Q.    It's based on the exhibits that have been

14   provided, one of them being Exhibit 668, correct?

15          A.    Yes.  All of them in exhibit -- yes, all of

16   V(B) is contained in Exhibit 668.

17          Q.    I understand you're still looking at -- at

18   Mr. Wade's report to determine what within his report

19   you may adopt or you may not adopt, but can you explain

20   to me why you have changed your future lost damages,

21   that those should be determined on a cost-model basis,

22   but you're still reserving whether or not the

23   appropriate calculation is revenue based or cost-model

24   based for prior claims of lost water use?

25                MR. HARRISON:  Object to the form.

1      A.   I need to fully understand during fiscal '09,

2  the time in which the reservoir was on the fill

3  limitation, and -- and that might have included part of

4  fiscal '08, but I need to better fully understand how

5  much we were using the desal plant as a result of it

6  being used for other purposes versus how much of it was

7  being used to minimize our groundwater production.

8      Q.   I understand that that might be -- that may go

9  into the cost analysis.  But the question I have is:

10  Why does it make a difference whether it is -- why does

11  that question, in your mind, make a difference whether

12  the correct measure of damages is revenue based or cost

13  based?

14      A.   Because I also need to -- in addition to what

15  I've just related to you, I need to better understand

16  Dr. Adams' testimony of how -- how it is she derived the

17  volume of water that was not captured during fiscal '08

18  and fiscal '09 and the basis for that, and -- and I have

19  not been able to understand that fully yet.

20      Q.   Well --

21      A.   And that is taken up at some length in the

22  Wade report.

23      Q.   You would not think it would be fair in the

24  context of this case to ask the defendants to pay for

25  lost revenues from lost use of water if the cost basis

```
 1    for those revenues actually decreased because you had to

 2    use a different type of source, would you?

 3              MR. HARRISON:  Object to the form.

 4        A.    Can you reask?

 5        Q.    Well, the revenue-based model does not take

 6    into account what the cost of that source of the water

 7    was, correct?

 8        A.    That's correct.

 9        Q.    And the -- one of the concepts of the Wade

10    report is -- comes up with is that the -- it costs Tampa

11    Bay Water -- the cost of supplying a unit of water to a

12    constituency changes depending on what source it came

13    from, correct?

14        A.    That's correct.

15        Q.    And so the revenue that was derived is not the

16    real question.  The real question is whether or not the

17    cost to Tampa Bay Water changed, correct?

18              MR. HARRISON:  Object to the form.

19        A.    That's correct, although the total revenue

20    requirements are reflective of all of the sources that

21    we needed for a period of time.

22        Q.    And Tampa Bay Water was never without the

23    ability to serve the water needs of the community,

24    correct?

25        A.    That's correct.
```

1        Q.   And so the revenue stream that was -- that was

2    calculated as being lost, that was going to be there

3    regardless, correct?

4            MR. HARRISON:   Objection to form.

5        A.   The revenue stream exists regardless of

6    source, presuming that we meet all of our member

7    demands.

8        Q.   And you -- and Tampa Bay Water met all of the

9    member demands in the time period that we're talking

10   about, the March '08 to June '09 time frame, correct?

11       A.   That's correct.

12       Q.   There wasn't any time that Tampa Bay Water

13   didn't meet the demands, correct?

14       A.   That's correct.

15       Q.   Have you read Ms. Adams' testimony with

16   respect to that?

17       A.   I have not.

18       Q.   She stated that there was never a time that

19   Tampa Bay Water was not able to meet the demands of the

20   water needs of the community.  Do you understand that?

21       A.   Yes.

22       Q.   Okay.  So the question's really what -- what

23   the source of where the water came from because the

24   demands were met, correct?

25       A.   That is a large part of the equation.  But

```
 1    what I have not yet determined is for the -- those

 2    budget years -- and I believe two budget years were

 3    affected -- what did we budget for the desal plant and

 4    did the rate, overall rate reflect the budge- -- budget,

 5    or did we actually experience something that was

 6    different than the expected budget as a result of having

 7    to use the desal plant in order to make up water.  It is

 8    further complicated by the fact that during 2009, we

 9    were using the desal plant to go through its acceptance

10    test periods.

11         Q.   And that's a question of cost, correct, not a

12    question of revenue?

13              MR. HARRISON:  Object to the form.

14         A.   Except it is -- except to the extent that our

15    revenue is based on a rate that presumes the sources

16    that are used for a given year and then there is an

17    end-of-year true-up and that's what I need to

18    understand.

19         Q.   Okay.  My understanding is that during the

20    time of March '08 to June '09 that there were testing

21    ran with respect to the desal plant?

22         A.   Yes.

23         Q.   And do you know what the million gallons per

24    day tests were?

25         A.   Not exactly, but they're contained in a
```

```
 1   agreement between the Water Management District and
 2   Tampa Bay Water, the requirements of those tests.
 3        Q.    And those -- those tests would have been
 4   specific, meaning that there would have been a specific
 5   level of you needed to run the desal plant for a
 6   particular given time in order to conduct those tests?
 7        A.    Correct.
 8        Q.    For example, you testified under oath that now
 9   you need to run the desal plant at this
10   four-million-gallon a day rate regardless of whether you
11   need it or not, correct?
12        A.    Correct.
13        Q.    And so the test requirements and the test
14   protocol for that desal plant would give you the
15   specific million gallons a day that that would need to
16   be run?
17        A.    Co- --
18             MR. HARRISON:  Object to the form.
19        A.    Correct.
20        Q.    On the calculations for the past lost water
21   use, did I hear you say that you used fiscal year 2011
22   unit cost numbers?
23        A.    I don't recall.  That was based on water year
24   2008 numbers.
25        Q.    Okay.  So for 2000 -- for the past numbers you
```

1    used unit costs for 2008, and for future you used unit

2    costs for the 2012 projected uniform rate, correct?

3         A.    Future cost are based on 2000 -- yes, that's

4    correct.  For the revenue model, that's correct.

5         Q.    And for the cost model, did you use fiscal

6    year 2012 costs or did you use some other fiscal year

7    costs?

8         A.    No, sir, I used the fiscal '11 approved

9    budget.  And -- and that shows on the second page of

10   Exhibit 668, so you have a reference for that.  It -- it

11   says approved fiscal '11 budget, so you'll -- you'll

12   have that citation.

13        Q.    Please pull up and stay with that page that

14   you're looking at on 668 and then also Exhibit 670.

15             Under the de- -- Exhibit 670, under the

16   paragraph that talks about desal water average costs is

17   about $1.90 per thousand.  But again, you have to

18   subtract the, quote, service cost, and you get about

19   $1.25 per thousand net expenses, correct?

20        A.    Yes.

21        Q.    When you -- what do you mean by you have to

22   subtract service costs to get the $1.25 per thousand net

23   expenses?

24        A.    The Exhibit 670 is referring to the fiscal

25   2005 budget.  And with that understanding, the numbers

1     change from year to year but the intent is the same.  I

2     am subtracting a service cost which Tampa Bay Water has

3     to pay regardless of use of the facility.

4          Q.   If the -- go ahead.

5          A.   In the case of Exhibit 670, to produce a

6     thousand gallons of water from the facility costs $1.25

7     per thousand.

8          Q.   And so whether or not the desal plant produced

9     a flowrate of four million gallons a day, two million

10    gallons a day, or 11 million gallons a day, that's a

11    cost that you were going to have to pay regardless,

12    correct?

13         A.   The service cost is paid regardless, correct.

14         Q.   Okay.

15         A.   It's a take or pay arrangement.

16         Q.   And so if you have to increase the desal plant

17    from four-million-gallons-a-day flow to

18    12-million-gallons-a-day flow, then you do not or should

19    not calculate the service cost into that

20    eight-million-gallons-a-day requirement; is --

21         A.   That --

22         Q.   -- that fair?

23         A.   That's correct.

24         Q.   Okay.  Now, the Exhibit 669, which is the

25    graph.  It looks like this (indicating).

```
 1        A.   Yes.

 2        Q.   That is fiscal year 2010 water costs by source

 3   of supply, correct?

 4        A.   Based on the preliminary budget that was

 5   offered at that time.  It was slightly adjusted, but

 6   it's very close to the final.

 7        Q.   Okay.  And the desalinated seawater cost per

 8   1,000 gallons is $3.11, something around there, correct?

 9        A.   Yes, a little bit higher than $3 per thousand

10   gallons.

11        Q.   And that desalinated seawater cost, if I

12   compare that with what you were talking about in Exhibit

13   670, would that be the before service cost average?

14        A.   Yes.  Specific to your question, in Exhibit

15   669, the approximate $3.10 for desalinated seawater

16   relates to the -- in Exhibit 670, the $1.90 per

17   thousand.

18        Q.   Okay.  And so the -- the service -- the chart

19   that is Exhibit 669 does not deduct a service cost from

20   that $3 per thousand gallon unit, correct?

21        A.   That's correct.

22        Q.   Do you know what the desalinated seawater unit

23   cost was in fiscal year 2010 water cost by source budget

24   subtracting the service cost?

25        A.   I -- I don't know it sitting here.  We would
```

1    have to do some research to do that.

2         Q.   Let me just ask you, then:  If the -- if we

3    use 2005 numbers, the service cost for the desal water

4    in 2005 was approximately 65 cents per thousand gallons?

5         A.   Yes, for that flowrate.

6         Q.   For the flowrate that is at what level?

7         A.   And -- and -- and that -- I don't happen to

8    have that number in front of me, but you've correctly

9    stumbled upon the issue.  You have to consider --

10   although I'm showing Mr. Myers, in Exhibit 670, backing

11   out the service cost, the -- the service cost is an

12   amount of money that is paid per year by Tampa Bay Water

13   regardless of use of the facility.  Once I know the

14   amount that we plan to use the facility for, I can

15   relate that to dollars per thousand gallons.  And so I

16   need to know to -- to tell you what the service cost was

17   in fiscal '05, I need to know what the flowrate was in

18   fiscal '05 from the desal.

19            Would you like me to -- is it beneficial for

20   me to see if we can find that from exhibits today?

21        Q.   Let me get the concept down in my head first

22   and then we'll see if you think you can do it in the --

23   in the exhibit.

24            My question is:  Is that the -- with respect

25   to the desal water unit cost, it is appropriate to take

1   out of that unit cost the service cost when determining

2   if you have to increase how much water comes from a

3   desal plant from a cost-basis standpoint?

4           MR. HARRISON:  Object to the form.

5       A.   Correct.

6       Q.   And so that you would want to take out of the

7   cost per unit the service cost when determining the cost

8   basis for the lost use of the reservoir and turning it

9   over to the desal plant, correct?

10          MR. HARRISON:  Object to the form.

11      A.   Correct.

12      Q.   Okay.  And so the -- the -- the diagram that

13  is Exhibit 669, you would have to deduct out the service

14  cost per unit from that diagram to get to the

15  appropriate cost per unit under a cost basis analysis?

16      A.   Correct.

17      Q.   All right.  The $3.17 per thousand gallons

18  will equal about how much per million gallons?

19      A.   It should be $3,170 per thousand [sic]

20  gallons.  You would take the per thousand gallons cost

21  and multiply it by a thousand.

22      Q.   Okay.  So now if we look at Exhibit 668, where

23  you've calculated a million gallons basis for the desal

24  plant, you get approximately that same number of $3,100

25  per million gallons, correct?

```
 1        A.    Yes.
 2        Q.    Now, from that 3,100 [sic] gallons, if I take
 3   that and I take it for a per unit cost basis for a
 4   thousand gallons, I would get $3.17?
 5        A.    Yes.
 6        Q.    Have you taken out of that 3.17 the service
 7   cost?
 8        A.    Yes.
 9        Q.    So in one year, the service cost that
10   you're -- you're -- per thousand gallon unit cost to use
11   the desal plant was 3.11 and then -- not including the
12   service costs, and then a year later your desal plant
13   per unit cost is $3.17 without using your service cost?
14        A.    May I explain?
15        Q.    Answer the question first.
16        A.    Well, okay.  Yes.  You -- you have said in
17   your question, though, one year later.  The Exhibit 670
18   is fiscal 2005 and Exhibit 668 is fiscal 2011.  That is
19   one difference.  So there's six budget years associated
20   with this.
21             And the second thing is the desal plant in
22   2005 was taken down for a remediation project that came
23   on line and is now fully budgeted in fiscal 2011.
24   Actually, it was budgeted in fiscal 2010.  And there are
25   more unit processes in the desal plant in our current
```

```
 1   budget than existed, physically existed in the desal
 2   plant as it was running in fiscal '05.  Specifically, we
 3   have a greater pretreatment system and you can get -- we
 4   basically put a surface water treatment plant at the
 5   front end of the desal membranes, including ultra
 6   filtration through diatomaceous mem- -- diatomaceous
 7   earth filters.  So we are operating a more complicated
 8   and more expensive plant six years later under Exhibit
 9   668 than we were under Exhibit 670.
10       Q.   So for the -- for the constituents, the unit
11   cost for the use of the desal plant has continued to
12   increase?
13       A.   Yes, sir.
14       Q.   And I -- I apologize because my previous
15   question must have been confusing and it must have been
16   just the way I asked it.  I wasn't talking about the
17   e-mail that has the $1.90 per thousand.  I was talking
18   about the chart which is 669, which has the $3.11 per
19   thousand.  Okay?
20       A.   Okay.
21       Q.   That was fiscal year 2010, correct?
22       A.   Yes.
23       Q.   Exhibit 668 is based on fiscal year 2011
24   budgeted, correct?
25       A.   Yes.
```

1    Q.   So that's not final?

2    A.   Fiscal 11 budgeted is -- is what is approved

3    to set the uniform rate.  So it is final until the end

4    of year true-up occurs --

5    Q.   Okay.

6    A.   -- for the audit.

7    Q.   What I'm saying is:  This is year 2010

8    budgeting what you are going to do for fiscal year 2011?

9    A.   Yes.

10   Q.   And in 2010, if that bu- -- that the --

11   Exhibit 669, is that budget numbers or is that true-up

12   numbers?

13   A.   These are budget -- these are preliminary

14   budget numbers.

15   Q.   Okay.  My question to you is:  Is 669 the

16   cost, prior to deducting service costs per thousand

17   gallons of desalinated water, is $3.11?

18   A.   No, it is not.  In Exhibit 669, the way to use

19   the chart is to take a look at what the projected

20   flowrate is.  So if you're interested in doing a

21   comparison between apples and apples to the best we can

22   between Exhibits 668 and 669, you would go into the

23   chart on 669 and estimate 12 MGD or four MGD or some

24   other lower number.  Take your choice.  But the fiscal

25   '11 budget was based on four MGD, and you would go in

1    here and see that the unit cost, including that service

2    cost, that fixed component, is well over $5 a thousand

3    gallons.

4        Q.   Okay.  So the more you use your desalinated

5    water plant, the cheaper it gets per unit?

6        A.   Yes, because we're spreading that fixed

7    service cost over more units.

8        Q.   Now, if I take out the fixed service cost from

9    the desalinated seawater, what happens to my curve?

10       A.   The curve becomes almost a flat line.

11       Q.   Okay.  And in order to determine what the

12   appropriate cost basis would be for the desalinated

13   water, you would want to use the unit cost basis minus

14   the fixed unit cost, correct?

15       A.   Correct.

16       Q.   Because you have to pay those regardless,

17   right?

18       A.   Correct.

19       Q.   Okay.  So you would have a fixed line on

20   Exhibit 669 for unit cost minus service cost of a

21   straight line?

22       A.   I -- I -- I thought I answered your question

23   regarding operating cost.  If I didn't, I didn't

24   understand the question correctly.  Your fixed operating

25   cost would be an -- an amount of money that would not

1    show up on this chart.  It's the fixed cost spread over

2    the number of units that causes these to have a curved

3    shape.  The operating cost is -- is a flat component.

4            Have -- have I answered the question?

5        Q.   I believe so.

6            So the operating cost of the -- the unit

7    operating cost for a thousand gallons of water from the

8    desalination plant should be a flat line?

9        A.   It's -- it's virtually a flat line.  It's

10   indistinguishable.

11       Q.   Okay.  Because the fixed cost, you are going

12   to have to pay for desalinated water plant regardless of

13   how many gallons of water you get from that plant in a

14   year?

15       A.   Yes.

16       Q.   Okay.  The per -- sorry.  The per unit

17   operating cost -- bad question.

18           The unit operating cost per thousand gallons

19   for the desalinated water plant on Exhibit 669,

20   subtracting your fixed cost would be what?

21       A.   It -- it's going to be very close to the

22   numbers that are on 668 as far as dollars per thousand

23   gallons or dollars per million gallons pumped.

24       Q.   Okay.  So --

25       A.   There will be some inflationary pressure

1    between fiscal '10 and fiscal '11.

2        Q.    So where the line ends -- where the curve ends

3    for the desalinated water after somewhere in the realm

4    of, it looks like, 26 million gallons, that means that

5    that curve approaches what the unit operating cost is

6    for desalinated water.  Does that make sense?

7            MR. HARRISON:  Object to the form.

8        A.    No, it does not, because Exhibit 669 has those

9    fixed costs in it.  So actually, the unit operating cost

10   of -- of desal water is -- is actually in the fiscal '11

11   budget, regardless of how much we pump out of the desal

12   plant, is about $3.17 per thousand gallons.  The

13   complicating factor and the confusion is probably coming

14   from the fact that Exhibit 669 has that fixed cost which

15   is causing the curves to have a shape to them.

16       Q.    I understand that.  I think you misunderstood

17   my question.

18           If we take the desalinated seawater unit cost

19   curve and I follow the that all the way to right --

20   right where I get before the D on the chart, are you

21   with me?

22       A.    Yes.

23       Q.    The line -- the curve ends, correct?

24       A.    Yes.  It ends at the permitted capacity of the

25   plant.

```
1        Q.   Okay.  And -- and when I get to the permitted

2    capacity of the plant, is that number what my unit

3    operating cost would be minus all of my fixed costs?

4        A.   No.

5        Q.   Okay.

6        A.   In Exhibit 669, it does include those fixed

7    costs.

8        Q.   Okay.  And it's not appropriate to include

9    those fixed costs in a unit cost basis calculation,

10   correct?

11       A.   Correct.

12       Q.   And so in fiscal year 2010, the cost per unit

13   of desalinated water plus fixed costs at the full

14   capacity at the reservoir -- at the desalinated water

15   would be $3.11?

16       A.   Yes.

17       Q.   Okay.  On Exhibit 668, if you will, the chart

18   that has the -- the last page of the exhibit, the

19   potential surface water delivery.  Was that number

20   calculated by Dr. Adams based on the available -- all

21   available -- excuse me -- using all available diversion

22   of surface water to the surface water treatment plant

23   that you could?

24       A.   That's my understanding, yes, both the Alafia

25   and the Bypass Canal, Hillsborough River high intakes.
```

1      Q.   And so it's your testimony that Mrs. Adams, in

2  doing the potential surface water delivery, used all of

3  the surface water that could be diverted to the surface

4  water treatment plant from the Tampa Bypass Canal and

5  the Alafia River?

6      A.   No.  I'm -- I'm -- thank you.  I misspoke.

7           I don't believe she did that.  I believe what

8  she did is she allocated four MGD of water to -- for

9  example, in 2012, she allocated four MGD to the desal

10 plant regardless.  She allocated one MGD for us to take

11 into our system from City of Tampa regardless.  And I

12 am -- I believe I'm speculating that that would have

13 been -- we can't tell exactly how much surface water

14 would have been available, but -- but she -- there may

15 have been more than 44 MGD available.  She, in her

16 table, has shown us that she planned on desal running

17 anyway and the -- the City of Tampa running anyway.  So

18 that probably came off of as -- came down from an

19 available surface water number.

20     Q.   Meaning that there would be more available

21 surface water in a hydraulic calculation than the

22 44 million gallons?

23     A.   I believe that's correct, sir, and I think

24 that's because in this year, in 2012, we are in the

25 process of draining the reservoir.

1      Q.   Okay.  And in the year 2014, would the

2   reservoir, according to your exhibit -- first page of

3   the exhibit -- I'm sorry, second page of the Exhibit

4   668, year 2014, that's a year that you estimate that the

5   reservoir would be off line for these repairs, correct?

6      A.   Yes.

7      Q.   So the reser- -- there would not be any water

8   coming from the reservoir during -- during 2014,

9   correct?

10     A.   Well, I want to make sure I'm precise.  I have

11  also provided a -- a exhibit that estimates site water

12  control that would have to come to Tampa Bay Water

13  during this time, so there will be intermittent water

14  discharged from the construction site to the surface

15  water treatment plant.

16     Q.   About the four million gallons per day?

17     A.   I'd have to go back and review that exhibit,

18  but it's a calculation of annual average rain falling on

19  the facility for a two-year period annualized.

20     Q.   Do you know what number Ms. Adams started

21  with, whether she started with the expected demand or

22  whether she started with the expected total groundwater

23  MGD?

24          MR. HARRISON:  Object to the form.

25     A.   I believe Ms. Adams would have started with

1    the expected demand.

2        Q.   And the expected demand -- let me back up.

3             What is the margin of error historically for

4    the expected demand of that calculation?

5             MR. HARRISON:  Object to the form.

6        A.   I -- I don't know.  I'm certain there's a

7    confidence band around it.

8        Q.   In fact, haven't you stated in some documents

9    that Tampa Bay Water, when they put the reservoir line

10   in 1998 would not have expected demand to go down by

11   eight percent?

12            MR. HARRISON:  Object to the form.

13       A.   I -- I don't know, but -- but there is an

14   interval.  It's a range.

15       Q.   Okay.  Has the demand in fact gone down in the

16   area serviced by Tampa Bay Water?

17       A.   Yes.

18       Q.   And that demand, was that demand under what

19   was anticipated?

20       A.   Yes.  We are currently supplying less water

21   now than we expected to be supplying at this time based

22   on projections from a few years ago.

23       Q.   Okay.  Based on projections from a few years

24   ago, how many millions of gallons was that projection

25   off?

517

1    A.   I would -- to quickly give you an idea of the

2  magnitude of the change, in fiscal 2005, in exhibits --

3    Q.   **What are you looking at?**

4    A.   Yeah, in Exhibit 671, in fiscal 2005, the

5  member governments requested 170 million gallons a day.

6  Here we are in fiscal '11 budgeting for either 160 or

7  163 MGD.  I don't know why she gave me some of these

8  and -- okay.  She gave me a model forecast.

9        The budget in -- are the paren numbers.  And

10 so five years ago we were serving 170.  Six year --

11 budget years later we are planning to serve 163.

12   Q.   **And then what's the 160 for 2011?**

13   A.   That, according to the notes at the bottom,

14 reads that that was a model forecast that was developed

15 in September of last calendar year and then the agency

16 settled on the number in parenthesis of 163.

17   Q.   **So from the fiscal year 2010 to the fiscal**

18 **year 2011, Tampa Bay Water has projected an increase of**

19 **over 11 million gallons a day to be delivered?**

20   A.   Yes.

21   Q.   **A 2010 number of 152, where does that come**

22 **from?**

23   A.   That was, per the notes on the bottom, the

24 first of the notes, the demand and supply in that entire

25 row, including the demand number, were based on the

518

```
 1    actual use.  So --
 2         Q.   Okay.  Go ahead.
 3         A.   We supplied 152 million gallons a day and the
 4    year just closed this September 30th.
 5         Q.   Okay.  So the water year 2010 is over.  So the
 6    152 million gallons was actual use?
 7         A.   Yes.
 8         Q.   And the 160 million gallons or the
 9    163 million gallons that are projected for 2011 were
10    projected at -- at what time frame were those actually
11    projected; when was that projection made?
12         A.   Those projections are made starting in the --
13    around the December/January time frame.  They are shown
14    to the member governments in March of the coming year,
15    they're discussed with the Board in April of that coming
16    year, and they are finalized in June.  So the 163 number
17    would have come from a June 2010 budget document.
18         Q.   What was the projected million gallons per day
19    for 2010 in June of 2009?
20         A.   I -- I don't know.
21         Q.   Has there been any adjustment in the 2011
22    projection based on the actual 2010 numbers?
23         A.   Whatever adjustments were made are shown in
24    the parenthesis number here.  And before the Board would
25    have adopted the budget for the coming year this June,
```

1    the management would have considered what our deliveries

2    on the current, you know, the then current year were

3    through June to make their final decision on what budget

4    to make.

5        Q.   That must have been me and my question.  My

6    question was:  You know what the actually 2010 actual

7    demand was, correct?

8        A.   Yes.

9        Q.   The 160 number is based on what the projection

10   was going to be and the 163 is what the Board adopted;

11   is that correct?

12       A.   Correct.

13       Q.   And that was adopted prior to knowing what the

14   2010 actual demand was going to be?

15       A.   Correct.

16       Q.   My question to you is:  Would the 2011 number

17   modify for your damage calculation in this case based on

18   the actual demand experienced for the 2010 water year as

19   compared to what you had budgeted for the 2010 water

20   year?

21       A.   No.

22            MR. HARRISON:  Object to the form.

23       A.   No.

24       Q.   Do you know whether the 152 million gallon

25   demand was under what was budgeted by Tampa Bay Water

1     for the 2010 water year?

2          A.   I don't know.

3          Q.   Did you ask or inquire of Dr. Adams whether or

4     not she has performed a true-up of the expected demand

5     for 2011 and beyond based on the historical information

6     that you now received for the demand year of 2010?

7                MR. HARRISON:  Object to the form.

8          A.   Although I have not asked her for that, she

9     will do that in the performance of her next annual

10    projections of demand.

11         Q.   When are the next annual projections of demand

12    due?

13         A.   They're either in December or January.

14         Q.   Okay.  So the demand numbers may in fact go

15    down based on her December calculations in reference to

16    what the actual demand was for the year 2010?

17               MR. HARRISON:  Object to the form.

18         A.   They may.

19         Q.   Look with me, please, on Exhibit Number 671,

20    Table 3.

21         A.   (Complies.)

22         Q.   All right.  I believe your testimony earlier,

23    when you were talking about the two rows that are white,

24    which is the Tampa Bypass Canal pump station and the

25    Alafia River pump station, that by combining those two

```
 1    together, those -- let me ask you a question first.

 2             These -- are these actual numbers on Table 3?

 3        A.    Table 3's numbers should have been taken, and

 4    I recall that they were taken, from the fiscal 2005

 5    budget document.  So they would have been the budget

 6    document, the expectation for that year.

 7        Q.    So the -- the -- the 2005 budget anticipated

 8    that there would be 56 million gallons per day flow from

 9    the Tampa Bypass Canal and the Ala- -- Alafia River?

10        A.    Yes.

11        Q.    And that 38 million gallons per day flow would

12    go through the surface water treatment plant --

13        A.    Yes.

14        Q.    -- is that correct?

15             And the remainder of that, at that point in

16    time in 2005, would have been going to fill the

17    reservoir?

18        A.    Yes.

19        Q.    If the reservoir did not exist, then the

20    amount of water that could be pumped from the Tampa

21    Bypass Canal and the Ala- -- Ala- -- Alafia River in

22    this fiscal year 2005 budget would have been

23    56 million gallons per day flow, correct?

24        A.    Yes.

25        Q.    And that would be a -- that's an average
```

```
 1    annually throughout the year, correct?

 2        A.   Correct.

 3        Q.   And the same numbers that are on the chart

 4    number -- the chart on Exhibit 668, those are also

 5    annualized numbers, correct?

 6        A.   Yes.

 7        Q.   The Tampa By- -- oh, sorry.  Over the last

 8    year, 2009, starting 2010 -- no, from June 2009 to

 9    currently, 2010, has Tampa experienced -- Tampa Bay

10    Water area experienced a wetter year than normal

11    annually or drier?

12             MR. HARRISON:  Object to the form.

13        A.   We were wetter than normal up to October 1st,

14    this month.

15        Q.   Okay.  Do you know -- do you know what -- from

16    the Tampa Bypass Canal and the Ala- -- Alafia River what

17    the historical annual flow is for the year 2009?

18             MR. HARRISON:  Object to the form.

19        A.   No.

20        Q.   How about 2010?

21             MR. HARRISON:  Object to the form.

22        A.   No, I --

23        Q.   No?

24        A.   I wouldn't know.

25        Q.   Now, the surface water treatment plant, the
```

1   capacity of that is going to go on line to increase it

2   to 120 million gallons a day where you're going to

3   operate it at 99 million gallons per day at the end of

4   this year, correct?

5       A.   That's correct.

6       Q.   And so there would be the possibility of using

7   99 million gallons per day from the Tampa Bypass Canal

8   and the Alafia River?

9       A.   That's correct.

10      Q.   And the -- the -- my understanding from

11  Mrs. Adams' testimony, that the priority of how Tampa

12  Bay Water uses the wa- -- available sources is that if

13  the water exists and can be drained from -- sorry,

14  skimmed off of the Tampa Bypass Canal or the Alafia

15  River, that that source is supposed to go through the

16  surface water treatment plant first before it goes into

17  the reservoir?

18      A.   That's correct.

19      Q.   In 2005, based on budget numbers, there would

20  have been at least 56 million gallons per day based on

21  an annual estimation that could go through the surface

22  water treatment plant?

23      A.   Yes.

24      Q.   And if the surface water treatment plant had a

25  capacity of 99 million gallons per day, then those --

1    that amount of water could be used in the surface water

2    treatment plant?

3        A.    Understanding that Table 3 are annual average

4    numbers and what happens is this water is available

5    seasonally, which means there's very high peaks beyond

6    the surface water plant capacity, and then there are the

7    shoulders of the hydrograph which are well within the

8    surface water plant capacity.

9        Q.    I understand that.

10        A.    Okay.  So yes.

11        Q.    And the minimum amount that was processed

12    through the surface water treatment plant on an annual

13    basis was 38 million gallons per day flow?

14        A.    That was -- the budget for 2005 was based on

15    processing 38 million gallons a day.

16        Q.    Okay.  The 2013 number for the potential

17    surface water delivery on Exhibit 668, when it says

18    37 million gallons per day --

19        A.    Yes.

20        Q.    -- can explain to me why that's not at least

21    56 million gallons per day through the surface water

22    treatment plant?

23        A.    No.

24        Q.    Do you personally know what or how Dr. Adams

25    came up with the 37 million gallons per day through the

1    surface water treatment plant on Exhibit 668 if the

2    potential flow back in 19 -- I'm sorry, 2005 was

3    56 million gallons a day through the Tampa Bypass Canal

4    and the Alafia River system?

5        A.   No.

6        Q.   Part of the reason for the expansion of the

7    surface water treatment plant is for when there are

8    situations where greater than 66 million gallons per day

9    can be used from the Bypass Canal or the Alafia River,

10   that the surface water treatment plant has the capacity

11   to treat that, correct?

12       A.   Yes.

13       Q.   Is it possible, based upon the expansion of

14   the surface water treatment plant, that the surface

15   water treatment plant will be able to skim and use all

16   available -- strike that.

17            (Continuing) -- that the surface water

18   treatment plant can process the difference so that you

19   do not need to use the desal plant in the year 2013 and

20   2014?

21            MR. HARRISON:  Object to the form.

22       A.   It would depend on the hydrologic conditions

23   existing in 2013 and '14, and Dr. Adams would have to --

24   to analyze that.

25       Q.   Okay.  Has she -- do you know if she's

1    analyzed that?

2        A.   No, I -- I don't recall.

3        Q.   Did you ask her to analyze and say whatever --

4    in the context of you coming up with your cost model and

5    the charts that you have here, did you ask her to

6    analyze to make sure that every single million gallons

7    of water that can go through the surface water treatment

8    plant go through the surface water treatment plant?

9        A.   I did not ask her to do that.  I asked her to

10   utilize our groundwater within the best practices, and

11   presumed that we were going to do that first, and then I

12   asked her to allocate the other sources necessary to

13   meet the projected demand.

14       Q.   Okay.  And as Mr. Stanislaw asked you that

15   before there is even a fine that would be levied at all

16   against Tampa Bay Water, the groundwater can be pumped

17   at a maximum of 12 million gallons per day, correct?

18       A.   Correct, on an annual average or a rolling

19   average basis, correct.

20       Q.   And the rolling average basis of the year

21   before that the reservoir's going to go off line in

22   20- -- 2012, you have down at a 114 million gallons per

23   day estimate, correct?

24       A.   Yes.

25       Q.   And so if we were to raise the total

1    groundwater use to 121 million gallons per day and we

2    were to assume that the Tampa Bay Bypass Canal and the

3    Alafia River could supply 56 million gallons per day, as

4    you did in your budget in 2005, there would not be a

5    need to use the desal plant water, would there?

6        A.   Let me make sure I've got the math.  56 plus

7    121 is 177 MGD which is above the projected demands in

8    2013.  So the answer is yes.

9        Q.   You would not need to use the desal plant,

10   correct?

11       A.   That's correct.

12       Q.   And okay.  So what we would be doing,

13   basically, instead of pumping -- instead of diverting

14   water to the reservoir, we would be using the skimming

15   of the Alafia River and the Tampa Bay Bypass Canal to

16   use the upgraded potential and the enhancement that you

17   have placed into the surface water treatment plant,

18   correct?

19       A.   Within the limits of the capacity of that

20   expansion, yes.

21       Q.   And it is true that the water going through

22   the surface water treatment plant is a lower cost per

23   unit than it is to use the desal plant?

24       A.   Yes.

25       Q.   And if Tampa Bay Water were able to do that,

1    that is divert the water through the surface water

2    treatment plant, then it -- it would not need to use the

3    desal plant, correct?

4          MR. HARRISON:   Object to the form.

5    A.    Presuming that we had sufficient supplies to

6    meet our demands, that's correct.

7    Q.    And have you calculated a cost basis estimate

8    if you were going to use the surface water treatment

9    plant to make up the difference than if you used the

10   desal plant?

11   A.    I have not.

12   Q.    In fact from a logic standpoint, there would

13   be no loss because the water's going through the same

14   surface water treatment plant whether it comes from the

15   reservoir or whether it comes off the Tampa Bay Bypass

16   Canal or the Alafia River, correct?

17   A.    Not necessarily correct.  The seasonally

18   available water -- absent the reservoir, the seasonally

19   available water far exceeds the capacity of the surface

20   water plant.  So in the case of the no-reservoir system,

21   we are bypassing water that are -- is above the 120 MGD

22   capacity.

23   Q.    All right.  Let me make sure I understand

24   this.  You're bypassing water that is above the 120

25   million gallons per day capacity?

1      A.   If -- if I understood your question correctly,

2  you were posing a situation during the reservoir outage

3  years if there was sufficient surface water available?

4      Q.   Correct.

5      A.   Okay.   Understanding that the annual average

6  surface water available is combination of very low

7  seasonal availability and extremely high seasonal

8  availability.   The absence of the reservoir reduces our

9  ability to save that peak of -- of wet flow.   And so our

10 ability to harvest is limited to the capacity of the

11 surface water plant and so there's an annual average

12 diminishing of the surface waters available for the

13 system.

14     Q.   Let's just -- let's take it historically for

15 the year 2010.   Let's say that I have a hundred and --

16 between -- I have 99-million-gallons-per-day capacity in

17 my surface water treatment plant, and based on the river

18 flows from the Alafia and the Tampa Bay Water can- --

19 and the Tampa Bay Bypass Canal, would I have even used

20 any of the reservoir?

21          MR. HARRISON:   Object to the form.

22     A.   I'm not certain if you would have or not.   You

23 may not have.

24     Q.   And in fact, hasn't it been true that after

25 you filled up the reservoir in 2009, it has not gone

1  through a significant drawdown?

2       A.   It was filled up, I believe, by March 1st of

3  2010 and it is only now starting to go through a

4  drawdown, that's correct.

5       Q.   How far has it been drawn down?

6       A.   One or two billion gallons by now.

7       Q.   How -- how far underneath its 135 MGD?

8       A.   I'm -- I would have to speculate, probably

9  about five feet, five or six feet.

10      Q.   So the level currently at the reservoir is

11 103?

12      A.   I -- I'm speculating.  It -- it's still almost

13 full.  We have still around 14 billion gallons in the

14 unit.

15      Q.   What is the storage tank -- the capacity of

16 storage tank number one that is serviced by the Tampa

17 Bypass Canal?

18      A.   It's either five or seven billion -- or seven

19 million gallons, one of the two.

20      Q.   How about storage number two?

21      A.   It's -- it's the other of those numbers.  I

22 believe the two add up to either ten or

23 12 million gallons.

24      Q.   Okay.  Those -- those ten or 12 million

25 gallons that are -- are they placed within the storage

```
 1    tanks -- well, strike that.

 2              If the -- if the demand is there and the water

 3    is there to come off the Tampa Bay Bypass Canal, is it

 4    directed directly to the surface water treatment plant

 5    without storage?

 6         A.   No, it must go through those tanks.

 7         Q.   And it must go through those tanks why?

 8         A.   Because we want a -- literally a wide spot in

 9    the pipe to make sure that our Bypass Canal pumps are

10    not always directly feeding the surface water plant and

11    possibly upsetting the process.  You want to have a more

12    continuous flow into the sur- -- into the treatment

13    units, so you use what I would term a wide spot in the

14    pipe or those tanks.

15         Q.   But if it's avail- -- fair enough.

16              If it is available through the Tampa Bypass

17    Canal, although it goes through the storage tank, it

18    doesn't have to sit within the storage tank for any

19    given time, does it?

20         A.   Oh, no.  It doesn't stay in there very long.

21         Q.   Meaning that if the surface water treatment

22    plant can be used up to its 99 million gallons capacity

23    because the Tampa Bay Bypass Canal water is available,

24    it's just flowing through the system, correct?

25         A.   That's correct.
```

```
 1        Q.   And the same thing with the Alafia River, it
 2   also supplies water to those two storage tanks, correct?
 3        A.   Yes.
 4        Q.   And the purpose of the storage tanks is to
 5   store water for future use?
 6        A.   The purpose of the raw water tanks is to
 7   behave as a wide spot in the pipes to equalize the flow
 8   that enters the treatment units.
 9        Q.   Okay.  Are --
10        A.   They're not big enough to store water for
11   future use.
12        Q.   Okay.  They're just -- they're -- they're
13   limiting capacity storage tanks?
14        A.   Yes.
15        Q.   I want to refer to a few documents, which
16   would be in here.  I'm looking for a document that was
17   shown to you earlier today.
18             I believe you had testified earlier in this
19   deposition that the short-term repair program was
20   unsuccessful?
21             MR. HARRISON:  Object to the form.
22        A.   I believe my testimony was:  Unsuccessful in
23   addressing the underlying cause of the problem.
24        Q.   The short-term repair program that was
25   implemented in March 2009 in fact had been reported to
```