```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2                   TAMPA DIVISION

 3   TAMPA BAY WATER,
     A Regional Water Supply
 4   Authority,

 5          Plaintiff,    CASE NO.:  8:08-CV-2446-T27-TBM

 6   vs.

 7   HDR ENGINEERING, INC., a
     Nebraska corporation,
 8   CONSTRUCTION DYNAMICS
     GROUP, INC., a Maryland
 9   corporation,
     BARNARD CONSTRUCTION
10   COMPANY, INC., a Montana
     corporation,
11   ST. PAUL FIRE AND MARINE
     INSURANCE COMPANY, a
12   Minnesota corporation,

13          Defendants.
     _____/
14   BARNARD CONSTRUCTION COMPANY, INC.,
     a Montana corporation,
15
            Third Party Plaintiff,
16
     vs.
17

18   MCDONALD CONSTRUCTION CORPORATION,
     a Federal corporation,
19
            Third Party Defendant.
20   _____/

21              VOLUME IV OF IV
                (Pages 416 - 561)
22
              VIDEOTAPED DEPOSITION OF
23              JONATHAN KENNEDY, P.E.

24

25
```

ORANGE REPORTING   800.275.7991

EXHIBIT 20

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

|  |  |
|---|---|
|  | VOLUME IV OF IV<br>(Pages 416 - 561) |
| VIDEOTAPED DEPOSITION OF: | JONATHAN KENNEDY, P.E. |
| TAKEN BY: | The Defendant, Barnard Construction Company |
| DATE TAKEN: | October 22, 2010 |
| TIME: | 9:05 a.m. - 5:05 p.m. |
| PLACE: | Allen Dell, P.A.<br>202 South Rome Avenue<br>Suite 100<br>Tampa, Florida 33604 |
| REPORTED BY: | Tonya Hornsby-Magee, Registered Professional Reporter and Notary Public, State of Florida at Large |

```
 1  report, didn't it?
 2         MR. HARRISON:  Object to the form.
 3     A.  After I skimmed it, yes, it did.
 4     Q.  Okay.  And tell me why you changed Tampa Bay
 5  Water's claim for damages for lost future use from
 6  approximately 40 million dollars to approximately
 7  20 million dollars after reading Mr. Wade's report.
 8         MR. HARRISON:  Object to the form.
 9     A.  I wanted to go ahead and use a cost model
10  regardless of what the number was going to be from the
11  cost model because I think the cost model more
12  accurately reflects, in my mind, the -- what Tampa Bay
13  Water has to prepare for in its budget in out years
14  based on scenarios.
15     Q.  Well, why didn't you use a cost model when you
16  first prepared the damage claim that resulted in your
17  40-million-dollar number?
18         MR. HARRISON:  Object to the form.
19     A.  Well, that was a revenue-based claim.  And I
20  think there is -- I think there is an argument that has
21  some merit to it regarding a -- a not profit agency that
22  is going to have to meet its revenue requirements
23  regardless of which source.
24     Q.  Well, I don't think you answered my question.
25  Why -- why did you abandon the revenue model after you
```

1  read the Wade report and adopt a cost model to compute
2  Tampa Bay Water's damages for lost future use of the
3  reservoir?
4         MR. HARRISON:  Object to the form.
5     A.  I think the cost model more accurately
6  reflects what Tampa Bay Water will incur.
7     Q.  Why didn't you use the cost model in the first
8  place, if that's a more accurate model?
9         MR. HARRISON:  Object to the form.
10    A.  I don't know.
11    Q.  And for Tampa Bay Water's claim for damages
12 for lost use of the reservoir during 2005 and 2006, have
13 you made a determination to change that or are you still
14 playing with the numbers to see which is the best way to
15 go?
16        MR. HARRISON:  Object to the form.
17    A.  Please reask the question.
18    Q.  In Tampa Bay Water's Amended Rule 26
19 Disclosures that were served two days ago, it says that
20 the damages for past lost/diminished use for the period
21 of March '08 to June '09 is going to be either
22 20 million dollars based on a revenue model or TBD based
23 on a cost model.  Do you see that?
24        MR. HARRISON:  It's in another exhibit.
25        THE DEPONENT:  Sorry.  644.

1  that.
2         In the case of Roman numeral V, item B, in my
3  opinion the cost model is or the more accurate portrayal
4  of costs Tampa Bay Water will incur during the two-year
5  remediation period.  I have not yet made that
6  determination on Roman numeral V, item A.
7     Q.  When do you expect to make that determination?
8     A.  I'm going to need another week of time to
9  review, having only had the Wade report since last
10 Wednesday evening.
11    Q.  Well, why does -- why do you need some other
12 side's expert report for you to calculate what the
13 proper damages for Tampa Bay Water should be?
14         MR. HARRISON:  Object to the form.
15    A.  Because I want to make sure that I've taken
16 advantage of considering the items that are in the Wade
17 report.  And if those things cause us to take a look at
18 how it is we've changed -- we need to make a change,
19 then we should be making a change.
20    Q.  And did the items in the Wade report cause
21 Tampa Bay Water to make a change in how they calculated
22 Tampa Bay Water's damages for future lost or diminished
23 use of the reservoir?
24         MR. HARRISON:  Object to the form.
25    A.  Yes.