```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION

 3

 4   TAMPA BAY WATER,
     A Regional Water Supply
 5   Authority,

 6            Plaintiff,    CASE NO.:  8:08-CV-2446-T27-TBM

 7   vs.

 8   HDR ENGINEERING, INC., a
     Nebraska corporation,
 9   CONSTRUCTION DYNAMICS
     GROUP, INC., a Maryland
10   corporation,
     BARNARD CONSTRUCTION
11   COMPANY, INC., a Montana
     corporation,
12   ST. PAUL FIRE AND MARINE
     INSURANCE COMPANY, a
13   Minnesota corporation,

14            Defendants.
     _____/
15   BARNARD CONSTRUCTION COMPANY, INC.,
     a Montana corporation,
16
              Third Party Plaintiff,
17
     vs.
18

19   MCDONALD CONSTRUCTION CORPORATION,
     a Federal corporation,
20
              Third Party Defendant.
21   _____/

22                    VOLUME III OF IV
                     (Pages 290 - 415)
23
                 VIDEOTAPED DEPOSITION OF
24                 JONATHAN KENNEDY, P.E.

25
```

EXHIBIT 22

```
 1   * * * * * * * * * * * * * * * * * * * * * * * * * *

 2

 3                         VOLUME III OF IV
                           (Pages 290 - 415)
 4

 5   VIDEOTAPED
     DEPOSITION OF:       JONATHAN KENNEDY, P.E.
 6
     TAKEN BY:            The Defendant, Barnard Construction
 7                        Company

 8   DATE TAKEN:          October 22, 2010

 9   TIME:                9:05 a.m. - 5:05 p.m.

10   PLACE:               Allen Dell, P.A.
                          202 South Rome Avenue
11                        Suite 100
                          Tampa, Florida  33604
12
     REPORTED BY:         Tonya Hornsby-Magee, Registered
13                        Professional Reporter and Notary
                          Public, State of Florida at Large
14

15

16

17

18

19

20

21

22

23

24

25
```

1  is an expert in your defense, yes.
2      Q.   All right.  Well, what difference does the
3  expert defense report make on how much money Tampa Bay
4  Water's claiming for past lost/diminished use of water?
5      A.   It -- it makes a difference on two folds.
6  Again, I have skimmed the document and I understand that
7  he is disputing both the availability of the water and
8  the appropriateness of using a revenue model, and that
9  is what I need to further understand.
10     Q.   So you're going to pick an approach of using
11 either the 20 million dollars or the TBD amount for
12 Tampa Bay Water's damages after you read the defense
13 expert's report; is that what you're telling me?
14     A.   Yes.  I think we should be responsive to
15 additional information that need to we consider.
16 Neither Dr. Adams nor I are water economists.
17     Q.   Do you understand Mr. Wade's report enough to
18 know that he thinks the value of the past
19 lost/diminished use for the period of March '08 to
20 June '09 is zero dollars?
21     A.   Yes.
22     Q.   Do you agree with that?
23     A.   No.
24     Q.   Why?
25     A.   Because he is not looking at the cost to Tampa

1  Bay Water regarding other things that are intangibles
2  and -- and that's what I need to further evaluate.
3       Q.   And are you prepared today to list for me what
4  those intangible costs are, sir?
5       A.   I can't list all of them today.  But the ones
6  that jump out on me based on my skimming, I can identify
7  for you, if you like.
8       Q.   Well, don't you understand that you are the
9  person designated pursuant to court rule to testify on
10 an informed basis about Tampa Bay Water's damages?
11      A.   I do.
12      Q.   And you're not prepared to do that today, are
13 you, sir?
14      A.   I'm prepared to give you as much as I can
15 based on a report that I received last Wednesday.
16      Q.   What you're telling me is, is that as a result
17 of the report that you received last Wednesday, Tampa
18 Bay Water is now going to change their damage claim; is
19 that right?
20      A.   It may.
21      Q.   And why isn't the 20 million dollars still an
22 appropriate number to include for the past lost use of
23 water from March '08 to June '09?
24      A.   Well, until I've completed my evaluation and
25 Dr. Adams has completed hers, it is the appropriate