UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
A Regional Water Supply Authority,

    Plaintiff,                                  CASE NO.: 8:08-CV-2446-T27TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation,
CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland corporation,
BARNARD CONSTRUCTION
COMPANY, INC., a
Montana corporation,

    Defendants.
_____/

BARNARD CONSTRUCTION COMPANY,
INC., a Montana corporation,

    Third Party Plaintiff,

v.

MCDONALD CONSTRUCTION
CORPORATION, a Florida corporation,

    Third Party Defendant.
_____/

**TAMPA BAY WATER'S RESPONSE TO DEFENDANT HDR ENGINEERING,
INC.'S FIRST REQUEST FOR PRODUCTION TO TAMPA BAY WATER**

    Plaintiff, Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay

Water"), pursuant to Fed. R. Civ. P. 26 and 34, and hereby responds to HDR



Engineering, Inc.'s First Request for Production to Tampa Bay Water dated October 25, 2010, Nos. 1–13 and states as follows:

1. Responsive documents, Bates Nos. TBW317036-TBW317970, were provided to parties on November 22, 2010, via third-party vendor.

        **s/ Richard A. Harrison**
        **Richard A. Harrison, Esquire**
        Florida Bar Number 0602493
        rharrison@allendell.com
        Lead Trial Counsel
        **David Forziano, Esquire**
        Florida Bar Number 0025755
        dforziano@allendell.com
        **Misty C. Leafers**
        Florida Bar Number: 416894
        mleafers@allendell.com
        ALLEN DELL, P.A.
        202 South Rome Avenue, Ste. 100
        Tampa, Florida 33606
        Phone: (813) 223-5351
        Fax: (813) 229-6682

        Attorneys for Plaintiff, Tampa Bay Water,
        A Regional Water Supply Authority

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail on this 23rd day of November, 2010 to:

Timothy D. Woodward, Esquire
James Keith Hickman, Esquire
Forizs & Dogali, PA
4301 Anchor Plaza Pkwy, Suite 300
Tampa, FL 33634

Richard Miles Stanislaw, Esquire
Christopher Wright, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, WA 98161

Michael R. Candes, Esquire
Ben William Subin, Esquire
Holland & Knight, LLP
P.O. Box 1526
Orlando, FL 32802-1526

David L. Bresler, Esquire
Adam C. Shelton, Esquire
Banker Lopez Gassler, P.A.
501 First Avenue North, Suite 900
St. Petersburg, FL 33701

Stephen W. Pickert, Esquire
Anthony R. Kovalcik, Esquire
Carlton Daniel Miller, Esquire
Moye, O'Brien, O'Rourke, Pickert & Martin, LLP
800 S. Orlando Avenue
Maitland, FL 32751

Wayne B. Mason, Esquire
Kurt W. Meaders, Esquire
David C. Kent, Esquire
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

s/ Richard A. Harrison
**Richard A. Harrison, Esquire**
Florida Bar Number 0602493