# Richard Harrison

| | |
|---|---|
| **From:** | Richard Harrison |
| **Sent:** | Monday, December 06, 2010 12:49 PM |
| **To:** | Ben W. Subin (ben.subin@hklaw.com); Christopher Wright (cwright@wthf.com); Michael R. Candes (Michael.Candes@hklaw.com); Miles Stanislaw; Richard M. Stanislaw (mstanislaw@wthf.com) |
| **Cc:** | Dave Forziano; Lisa Ferrara |
| **Subject:** | FW: Motion for Sanctions |
| **Attachments:** | TBW's Third Amended Rule 26(a)(1)(A)(iii) Disclosures.pdf; TBW317971.pdf |

Mike and Miles,

We have still not been able to confer on this motion but I don't want to fail to do so, even post-filing. Our third amended disclosure is attached and reflects the calculated loss of roughly $6.9 million for the past loss of use element of our claim. The supporting documents referenced in the disclosures by Bates number have not yet come back from the copy service, but are attached (w/o Bates numbers) to this email as well. We will serve the amended disclosure with the Bates numbered documents on all parties after we get the Bates numbered documents back (which may be later today).

With respect to the pending motion, which we will oppose and with which we do not agree, Tampa Bay Water in a good faith effort to resolve the motion and address Barnard's claimed prejudice (while not conceding that any such prejudice has occurred) is willing to (1) forego presenting evidence based on its significantly higher revenue model damages calculations; (2) limit its evidence on past and future loss of use to the cost model calculations it has furnished; (3) make Mr. Kennedy available for one additional day of deposition (on a date to be agreed by the parties, but no later than Jan 28) limited solely to the subject matter of TBW's loss of use claims and damages calculations; and (4) not object to your expert, Mr. Wade, submitting a supplemental report on the loss of use damages (without of course agreeing with any conclusions or opinions he may reach in that report) within 30 days after the conclusion of such additional day of Mr. Kennedy's deposition.

In our view, the foregoing would reasonably address all of Barnard's concerns as raised in the pending motion. To resolve the motion, we would stipulate to entry of an order providing for the foregoing. Please advise no later than 5pm on Wednesday December 8 as to whether Barnard is willing to resolve the motion on this basis.

Thank you.

Richard A. Harrison
Allen Dell, P.A.
202 South Rome Avenue
Suite 100
Tampa FL 33606
813-223-5351 Telephone
813-229-6682 Fax
813-230-7317 Cell
rharrison@allendell.com
www.allendell.com

Board Certified in City, County and Local Government Law by The Florida Bar

----



EXHIBIT 24