AGENDA ITEM ___F1___



**DATE:** June 1, 2009
**TO:** Tampa Bay Water Board of Directors
**FROM:** Gerald J. Seeber, General Manager
**SUBJECT:** C.W. Bill Young Regional Reservoir - *Adopt Resolution*

| | |
|---|---|
| **SUMMARY:** | A permanent fix at the C.W. Bill Young Regional Reservoir is necessary to properly manage pore pressures in the soil wedge beneath the interior flat plate. A permanent fix is required to maintain the long-term supply reliability of the enhanced surface water system. |
| **RECOMMENDATION:** | Adopt resolution to (1) commit to a permanent fix to properly manage pore pressures; and (2) implement a procurement process to implement the permanent fix. |

**COST/FUNDING SOURCE:** To be determined.

**DISCUSSION:** Since 2008, staff and the System Engineer, Black & Veatch, have been collecting and evaluating data to study cracking in the soil-cement, erosion control layer that lines the interior of the reservoir. The investigation has centered on the soil-cement flat-plate and the soil wedge beneath that flat plate. The System Engineer has determined that water becomes trapped in the soil wedge between the soil cement and geomembrane causing high water pressures that lead to cracking, soil wedge movement and soil erosion. (See attached fact sheet.)

The reservoir is safe; however, the investigation shows it is necessary to address the pore pressures in the soil wedge beneath the flat-plate to permanently fix the cracking problem. As the reservoir is filled and drained in the future, new soil cement cracks and erosion areas are expected and will need repairs until the underlying problem is fixed.

As part of a short-term repair program, the staff has been patching cracks in the interior soil-cement flat-plate. Patching will allow the facility to continue in use until a permanent fix is constructed. However, use of the facility in terms of storage capacity and drawdown rate can be limited if cracking continues during the next drawdown cycle. Patching is a short-term program and does not address the underlying problem. A permanent fix is needed.

There are three approaches that can address pore pressures at the reservoir:

1. Add drains to the soil wedge.
2. Add weight to the soil cement and soil wedge to prevent further movement.
3. Remove the soil wedge and replace it with a well-drained layer.





Gerald J. Seeber
June 1, 2009
Page 2

To ensure the best solution for the best value, a deliberate approach to procure the permanent fix is recommended. Taking time in the early portion of the procurement effort will best address the critical balance between reliability and cost. The procurement process would include elements of competition and quality assurance to ensure that the fix is both targeted at the problem and is cost-effective. Quality assurance for reliability and cost will include an advisory team to assist the staff in all steps of a competitive procurement:

1) Peer Review to develop project success criteria,
2) Procurement Specialist to review processes to match them to market acceptance, and
3) Owner's Engineer to advise on technical issues in design, permitting and perform constructability reviews.

The procurement process in the attached graphic includes a number of steps for Board discussion and approval.

Tampa Bay Water's system was built with a 15.5 billion gallon reservoir for surface water storage. The reservoir adds a drought-resistant component to bridge the gap between rainy seasons and will be relied upon more heavily with the expansion of our surface water system in Configuration II. Without it, the regional system would need a new supply of at least 25-30 million gallons per day which would cost hundreds of millions of dollars.

While the cost of a permanent fix for the reservoir will not be known until construction bids are received through the competitive process, staff anticipates the costs will be substantially less than building 25-30 million gallons per day of additional supply. For example, a 25 mgd Gulf Coast Desalination facility would cost $461 million, and a second reservoir on a new site, with a 6 billion gallon capacity would cost $224 to $333 million.

Staff recommends that the board adopt the attached resolution that:
1. Approves the implementation of a permanent fix to the C.W Bill Young Regional Reservoir; and
2. Directs the General Manager to commence a procurement process as outlined herein.

Additional specifics of the procurement process will be brought back to the Board in August for further direction and action.

Attachments

2575 Enterprise Road, Clearwater, FL 33763-1102
Phone: 727.796.2355 / Fax: 727.791.2388 / SunCom: 513.7010
www.tampabaywater.org



## Regional Reservoir Soil-Cement Cracking Fact Sheet

### Overview

The C.W. Bill Young Regional Reservoir has operated since 2005 and is a vital part of the regional drinking water system, providing essential water storage during wet times of the year for use during dry times. In December 2006 during inspections of the reservoir, cracking was found in the flat-plate, soil-cement, erosion-control layer lining the interior of the reservoir.

The reservoir is safe and the cracking exists only in the upper layers of the reservoir's lining. Since 2007, a series of studies, data collection and analysis has been performed on the reservoir interior to determine the cause of the cracking. The cracking must be fixed to ensure the long-term, reliable use of the facility.

### Reservoir Cross-Section

The erosion control component of the reservoir consists of a flat-plate soil cement layer and a soil wedge. These layers protect the deeper geomembrane, a waterstop that prevents water from leaking through the reservoir embankment.



At the widest part of the base, the reservoir embankment is 300 feet wide.

The areas of cracking are occurring only in the erosion control interior liner. To date, cracking has been found along nearly 40 percent of the interior layer in the reservoir. With future use, Tampa Bay Water anticipates other areas to experience similar problems until the underlying problem is fixed.

Reservoir Fact Sheet
6-2-09

## High Water Pressures in the Erosion Control Layer Cause Cracking

A comprehensive analysis by Tampa Bay Water's system engineer has determined that water trapped between the soil cement lining and the geomembrane causes high water pressure that leads to cracking, soil wedge movement and soil erosion.



## Basic Approaches to Fixing the Reservoir Interior

The studies and analysis completed have also shown that the erosion control layer of the reservoir's interior can be fixed. There are three basic approaches to fixing the problem:

### Adding Drainage

This approach would entail adding drains to the soil wedge and replacing the soil cement.



Reservoir Fact Sheet
6-2-09

### Adding Weight

This approach would add weight to the existing structure to prevent further movement of the soil cement layer and soil wedge beneath.



### Removing the Soil Wedge

This approach would involve removing the soil wedge between the soil cement and geomembrane and reapplying a well-drained, soil-cement, erosion-control layer directly on top of the geomembrane.



## Procuring to Find the Best Solution at the Best Value

To find the best solution at the best value for the long term fix for the erosion control layer, a competitive design and construction bidding process is recommended. As an added layer of protection for the public's investment, Tampa Bay Water will convene an expert peer review panel to provide technical expertise through the design and permitting process.

The process to design and fix the reservoir is expected to take several years. In the meantime, Tampa Bay Water will continue to meet the daily drinking water demands of the region with surface water, groundwater and desalinated seawater.

- # # # -

6.2.09

## TENTATIVE OUTLINE & SCHEDULE
## LONG-TERM FIX PROCUREMENT PROCESS
### June 1, 2009

| STEP | START | FINISH | DESCRIPTION | EXTERNAL PARTICIPANTS | BOARD INPUT | MONTHS |
|---|---|---|---|---|---|---|
| Recommend Procurement Process | June 2009 | June 2009 | Receive Board approval for procurement process | 1. System engineer<br>2. Litigation counsel | June 2009: Approve procurement process | 1 |
| Conduct qualifications-based short-listing process to obtain Engineer-Procure-Construction Management (EPCM) services | July 2009 | December 2009 | 1. Develop qualifications criteria<br>2. Issue qualifications packet<br>3. Assemble internal selection committee<br>4. Solicit peer experts/advisors to support staff<br>5. Identify three short-listed EPCM firms | 1. Owner engineer<br>2. Peer review experts<br>3. Procurement specialist<br>4. Special counsel for EPCM document drafting | December 2009: Approve short list of EPCM firms | 7 |
| Conduct competitive proposal process with short-listed EPCM firms | January 2010 | August 2010 | 1. Develop RFP criteria<br>2. Issue RFP packet<br>3. Evaluate proposals on technical, cost, and constructability criteria<br>4. Pay stipend for complete proposals | 1. Competing EPCM firms<br>2. Owner engineer<br>3. Peer review experts<br>4. Procurement specialist<br>5. Special counsel | August 2010: Approve recommended "best" proposal | 15 |
| Prepare design and obtain permits | September 2010 | February 2012 | 1. Issue Notice to Proceed to complete design and obtain permits<br>2. Owner engineer and peer review experts review design and applicable permit applications<br>3. Commence stockpiling materials | 1. EPCM firm<br>2. Owner engineer<br>3. Peer review experts<br>4. Procurement specialist | 1. April 2011: Approve modification to Environmental Resource Permit (ERP)<br>2. Approve pre-purchase for stockpiling materials | 32 |
| EPCM construction bidding | December 2011 | February 2012 | Competitive bidding by EPCM with construction subcontractors | 1. EPCM firm<br>2. Owner engineer<br>3. Procurement specialist | | N/A |
| Approve Guaranteed Maximum Price (GMP) amendment to EPCM contract based on final design as permitted and final construction schedule | April 2012 | June 2014 | 1. Issue Notice to proceed for construction via GMP change order<br>2. Maintain system engineer and external experts to periodically review construction progress | 1. EPCM firm<br>2. Owner engineer | Approve GMP amendment | 60 |

t:\gen_manager\dempster\agenda items\f1 attachment (2).doc

### TAMPA BAY WATER, A REGIONAL WATER SUPPLY AUTHORITY

RESOLUTION NO. 2009-____

### A RESOLUTION AUTHORIZING THE GENERAL MANAGER TO PROCEED WITH PROCUREMENT ACTIVITIES TO IMPLEMENT A PERMANENT FIX FOR THE C.W. BILL YOUNG REGIONAL RESERVOIR.

**WHEREAS**, Tampa Bay Water is an interlocal governmental agency whose member governments are Hillsborough County ("**Hillsborough**"), Pasco County ("**Pasco**"), Pinellas County ("**Pinellas**"), the City of St. Petersburg ("**St. Petersburg**"), the City of New Port Richey ("**New Port Richey**"), and the City of Tampa ("**Tampa**"); and

**WHEREAS**, Tampa Bay Water is the sole and exclusive wholesale potable water supplier for its member governments; and

**WHEREAS**, Tampa Bay Water is authorized by Section 373.1962(2)(b), Florida Statutes, to acquire water and water rights; to develop, store and transport water; and to provide, sell, and deliver water for county or municipal purposes and uses; and

**WHEREAS**, Tampa Bay Water is authorized and required by Section 373.1962, Florida Statutes, to design, construct, operate, and maintain facilities in the locations and at the times necessary to ensure an adequate water supply will be available to all citizens within Tampa Bay Water's geographic territory; and

**WHEREAS**, the construction of the C.W. Bill Young Regional Reservoir ("Reservoir") was completed in 2005 and the Reservoir was placed into operation in June 2005; and

**WHEREAS**, in December 2006, inspectors observed abnormal cracking in the flat plate soil cement at the Reservoir; and

**WHEREAS**, analysis of the cracking by the System Engineer under contract to Tampa Bay Water has led to a determination that the cracking is the result of problems related to either the design of the Reservoir embankment or its construction or both; and

**WHEREAS**, the System Engineer has conducted an analysis of the causes of flat plate soil cement cracking and has offered suggestions for a permanent fix to address the erosion control function of the flat plate soil cement; and

**WHEREAS**, the General Manager has recommended to the Board that a permanent fix be applied to the Reservoir so that it can be restored to its full intended use and capacity and that the Board proceed to implement a procurement process designed to provide the best solution for the best value; and

**WHEREAS,** the Board wishes to proceed with the work necessary to restore the Reservoir to its full intended capacity on a permanent basis.

**NOW, THEREFORE,** be it resolved by Tampa Bay Water's Board of Directors as follows:

1. The Board finds that the abnormal cracking in the flat plate soil cement at the C.W. Bill Young Regional Reservoir is interfering with the full use and capacity of the facility and that a long-term fix of the underlying cause of the cracking is necessary to maintain the supply reliability of Tampa Bay Water's Enhanced Surface Water System.

2. The Board authorizes and directs the General Manager to commence a procurement process as outlined in Agenda Item F-1 of the Board Agenda Packet of June 15, 2009, to implement the necessary long-term fix of the Reservoir.

3. The Board directs the General Manager to regularly report on the progress and results of the procurement process hereby authorized and related substantive matters, with updates on consultant and contractor selections, peer review, project schedules, costs and funding, as appropriate.

4. This Resolution shall take effect immediately upon being passed and adopted.

5. If any phrase, portion or part of this Resolution is found to be invalid or unconstitutional by a court of competent jurisdiction, such phrase, portion or part shall be deemed a separate, distinct and independent provision and such holding shall not affect the validity of the remainder of the Resolution.

**PASSED AND ADOPTED** by the Board of Directors of Tampa Bay Water, A Regional Water Supply Authority, this <u>15th</u> day of **June, 2009**.

ATTEST:

TAMPA BAY WATER, A REGIONAL WATER SUPPLY AUTHORITY

_____
Secretary

By:_____

Its:_____

Date:_____

(SEAL)

**APPROVED AS TO FORM:**

_____
Office of the General Counsel

3