UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER, a regional water supply
authority,

        Plaintiff,

v.

                                CASE NO. 8:08-CV-02446-JDW-TBM

HDR ENGINEERING, INC., a Nebraska
corporation; CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland corporation; and
BARNARD CONSTRUCTION COMPANY, a
Montana corporation,

        Defendants.
_____/



BARNARD CONSTRUCTION COMPANY,
INC. a Montana corporation,

        Third Party Plaintiff,
v.

McDONALD CONSTRUCTION
CORPORATION, a Florida corporation,

        Third Party Defendant.
_____/

**NOTICE OF SERVING DEFENDANT, HDR ENGINEERING, INC.'S, FIRST SET OF
INTERROGATORIES TO PLAINTIFF, TAMPA BAY WATER**

        Defendant, HDR ENGINEERING, INC., by and through its undersigned counsel, and

pursuant to the Florida Rules of Civil Procedure, hereby gives notice that the original and one copy

of the attached Interrogatories, numbered 1(a) through 2(f), have been served upon David Forziano,

Esquire, Attorney for the Plaintiff, TAMPA BAY WATER, to be answered in accordance with the

Rules.



EXHIBIT
5

FORIZS & DOGALI, P.A.


Timothy D. Woodward, Esquire
Fla. Bar No.: 0486868
twoodward@forizs-dogali.com
Melissa M. Hussey, Esquire
Fla. Bar No.: 059974
mhussey@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
*Attorneys for Defendant, HDR Engineering, Inc.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S.

Mail this 18th day of August, 2009 to the following:  **Richard A. Harrison, Esq. and David**

**Forziano, Esq.,** Allen Dell, P.A., 202 S. Rome Avenue, Suite 100, Tampa, FL 33606; **Michael**

**R. Candes, Esq. and Ben W. Subin, Esq.,** Holland & Knight, LLP, 200 S. Orange Ave., Suite

2600, Orlando, FL 32801; **Richard Miles Stanislaw, Esq. and Christopher A. Wright, Esq.,**

Stanislaw Ashbaugh, 701 Fifth Avenue, Suite 4400, Seattle, WA 98104; **Gilmer M. Heitman,**

**IV, Esq. and Anthony R. Kovalcik, Esq.,** Moye, O'Brien, O'Rourke, Pickert & Martin, LLP,

800 S. Orlando Ave., Maitland, FL 32751; and **David L. Bresler, Esq.,** Banker Lopez Gassler

P.A., 501 1st Avenue North, Suite 900 Post Office Box 210, St. Petersburg, FL 33701.

## FIRST SET OF INTERROGATORIES TO PLAINTIFF, TAMPA BAY WATER

1.      For each and every insurer that you have placed on notice of the claims asserted by you in the above styled case, please provide the following information:

      a.      The name and address of each such insurer;

      b.      The type of policy issued by each such insurer, i.e, whether the policy is a professional liability policy, errors and omissions policy, general liability policy, owner's controlled policy, excess policy, umbrella policy or other type of policy;

      c.      The date you placed each insurer on notice;

      d.      The policy limits of each such policy;

      e.      The deductible or self insured retention limit for each such policy;

      f.      The policy number for each such policy;

      g.      The policy period of each such policy;

      h.      The name, address and telephone number for each claim specialist, claim representative or adjuster for each such insurer or policy and the claim number assigned by each insurer;

      i.      Whether any such insurer has issued a reservation of rights letter or has otherwise advised you that it has reserved its rights; and

      j.      The specific basis given by each such insurer for reserving its rights.

2.      Is there any insurer who you have not yet given notice of the claims asserted by you in the above styled case but you intend to do so? If you answered "yes" to this interrogatory, please provide the following information:

      a.      The name and address of each insurer who you intend to place on notice of the claims asserted by you in the above styled case;

      b.      The type of policy issued by each such insurer, i.e, whether the policy is a professional liability policy, errors and omissions policy, general liability policy, owner's controlled policy, excess policy, umbrella policy or other type of policy;

      c.      The policy limits of each such policy;

      d.      The deductible or self insured retention limit for each such policy;

e.    The policy number for each such policy; and

f.    The policy period of each such policy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this 18th day of August, 2009 to the following: **Richard A. Harrison, Esq. and David Forziano, Esq.,** Allen Dell, P.A., 202 S. Rome Avenue, Suite 100, Tampa, FL 33606; **Michael R. Candes, Esq. and Ben W. Subin, Esq.,** Holland & Knight, LLP, 200 S. Orange Ave., Suite 2600, Orlando, FL 32801; **Richard Miles Stanislaw, Esq. and Christopher A. Wright, Esq.,** Stanislaw Ashbaugh, 701 Fifth Avenue, Suite 4400, Seattle, WA 98104; **Gilmer M. Heitman, IV, Esq. and Anthony R. Kovalcik, Esq.,** Moye, O'Brien, O'Rourke, Pickert & Martin, LLP, 800 S. Orlando Ave., Maitland, FL 32751; and **David L. Bresler, Esq.,** Banker Lopez Gassler P.A., 501 1st Avenue North, Suite 900 Post Office Box 210, St. Petersburg, FL 33701.

FORIZS & DOGALI, P.A.

Timothy D. Woodward
Fla. Bar No.: 0486868
twoodward@forizs-dogali.com
Melissa M Hussey
Fla. Bar No.: 059974
mhussey@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
*Attorneys for Defendant, HDR Engineering, Inc.*

<u>**FIRST SET OF INTERROGATORIES TO PLAINTIFF, TAMPA BAY WATER**</u>

1. For each and every insurer that you have placed on notice of the claims asserted by you in the above styled case, please provide the following information:

   a. The name and address of each such insurer;

   b. The type of policy issued by each such insurer, i.e, whether the policy is a professional liability policy, errors and omissions policy, general liability policy, owner's controlled policy, excess policy, umbrella policy or other type of policy;

   c. The date you placed each insurer on notice;

   d. The policy limits of each such policy;

   e. The deductible or self insured retention limit for each such policy;

   f. The policy number for each such policy;

   g. The policy period of each such policy;

   h. The name, address and telephone number for each claim specialist, claim representative or adjuster for each such insurer or policy and the claim number assigned by each insurer;

   i. Whether any such insurer has issued a reservation of rights letter or has otherwise advised you that it has reserved its rights; and

   j. The specific basis given by each such insurer for reserving its rights.

2. Is there any insurer who you have not yet given notice of the claims asserted by you in the above styled case but you intend to do so? If you answered "yes" to this interrogatory, please provide the following information:

   a. The name and address of each insurer who you intend to place on notice of the claims asserted by you in the above styled case;

   b. The type of policy issued by each such insurer, i.e, whether the policy is a professional liability policy, errors and omissions policy, general liability policy, owner's controlled policy, excess policy, umbrella policy or other type of policy;

   c. The policy limits of each such policy;

   d. The deductible or self insured retention limit for each such policy;

e.     The policy number for each such policy; and

f.     The policy period of each such policy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this 18th day of August, 2009 to the following:  **Richard A. Harrison, Esq. and David Forziano, Esq.,** Allen Dell, P.A., 202 S. Rome Avenue, Suite 100, Tampa, FL 33606; **Michael R. Candes, Esq. and Ben W. Subin, Esq.,** Holland & Knight, LLP, 200 S. Orange Ave., Suite 2600, Orlando, FL  32801; **Richard Miles Stanislaw, Esq. and Christopher A. Wright, Esq.,** Stanislaw Ashbaugh, 701 Fifth Avenue, Suite 4400, Seattle, WA 98104; **Gilmer M. Heitman, IV, Esq. and Anthony R. Kovalcik, Esq.,** Moye, O'Brien, O'Rourke, Pickert & Martin, LLP, 800 S. Orlando Ave., Maitland, FL 32751; and **David L. Bresler, Esq.,** Banker Lopez Gassler P.A., 501 1st Avenue North, Suite 900 Post Office Box 210, St. Petersburg, FL  33701.


FORIZS & DOGALI, P.A.


Timothy D. Woodward
Fla. Bar No.: 0486868
twoodward@forizs-dogali.com
Melissa M Hussey
Fla. Bar No.: 059974
mhussey@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL  33634
Telephone: (813) 289-0700
Facsimile:  (813) 289-9435
*Attorneys for Defendant, HDR Engineering, Inc.*