```
 1                  UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                        TAMPA DIVISION

 3     TAMPA BAY WATER,
       A Regional Water Supply
 4     Authority,

 5             Plaintiff,    CASE NO.:  8:08-CV-2446-T27-TBM

 6     vs.

 7     HDR ENGINEERING, INC., a
       Nebraska corporation,
 8     CONSTRUCTION DYNAMICS
       GROUP, INC., a Maryland
 9     corporation,
       BARNARD CONSTRUCTION
10     COMPANY, INC., a Montana
       corporation,
11     ST. PAUL FIRE AND MARINE
       INSURANCE COMPANY, a
12     Minnesota corporation,

13             Defendants.
       _____/
14     BARNARD CONSTRUCTION COMPANY, INC.,
       a Montana corporation,
15
               Third Party Plaintiff,
16
       vs.
17

18     MCDONALD CONSTRUCTION CORPORATION,
       a Federal corporation,
19
               Third Party Defendant.
20     _____/

21                    VOLUME IV OF IV
                    (Pages 416 - 561)
22
                 VIDEOTAPED DEPOSITION OF
23                 JONATHAN KENNEDY, P.E.

24

25
```

EXHIBIT
14

```
 1   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 2

 3                         VOLUME IV OF IV
                         (Pages 416 - 561)
 4

 5   VIDEOTAPED
     DEPOSITION OF:        JONATHAN KENNEDY, P.E.
 6
     TAKEN BY:             The Defendant, Barnard Construction
 7                         Company

 8   DATE TAKEN:           October 22, 2010

 9   TIME:                 9:05 a.m. - 5:05 p.m.

10   PLACE:                Allen Dell, P.A.
                           202 South Rome Avenue
11                         Suite 100
                           Tampa, Florida  33604
12
     REPORTED BY:          Tonya Hornsby-Magee, Registered
13                         Professional Reporter and Notary
                           Public, State of Florida at Large
14

15

16

17

18

19

20

21

22

23

24

25
```

1   Water to use?

2       A.   I don't think it's specific to a limit.

3       Q.   And has the ability to use an excess quantity

4   of groundwater above and beyond the permitted amount

5   been factored into the damage calculations that you've

6   done for the future period of time?

7       A.   Yes, it has.

8       Q.   And show me where on Exhibit 669 that's been

9   reflected.   I guess it would be maybe Exhibit 668.

10          MR. HARRISON:   I think it's 668.

11      A.   The bottom of my pile.   Oh, mine are out of

12  order.   This is it (indicating).

13          Okay.   On page -- I would take you to page

14  three of Exhibit 668 and call out the example of the

15  water year 2013, which is the fourth row down.   And

16  staff's understanding at Tampa Bay Water is that the

17  application of the rule that I've just -- that I've just

18  described to you will require us to utilize the capacity

19  of the desalination plant before we can utilize going

20  over our permitted groundwater.   And 12 MGD -- and

21  again, sir, these are annual average flows, but a 12 MGD

22  annual average flow is -- for the desal plant, on the

23  fourth row, is a quite a bit less than the annual

24  average flow of the capacity of the plant, which is 25

25  MGD.

```
 1           Q.    Has there been any discussion between Tampa

 2    Bay Water and the Southwest Florida Water Management

 3    District to get that District to waive or reduce any

 4    fines that might be appropriate in the future for

 5    exceeding the permitted groundwater amount?

 6           A.    Yes, there have.  And I believe that those

 7    discussions have resulted in the rule revision that I've

 8    just described to you.

 9           Q.    Is there anything that prevents Tampa Bay

10    Water from having future discussions with the Southwest

11    Florida Water Management District about getting them to

12    reduce or eliminate any potential fines for Tampa Bay

13    Water using in excess of the permitted groundwater

14    amount during the construction years?

15           A.    No, there are no restrictions on future

16    discussions.

17           Q.    Has anyone from the Southwest Florida Water

18    Management District ever said that we will not consider

19    reducing or eliminating the fine against Tampa Bay Water

20    if they exceed their permitted groundwater amounts

21    during the construction years?

22           MR. HARRISON:  Object to the form.

23           A.    I don't know.  It would not have been relayed

24    to me if they had.

25           Q.    Who is the person on behalf of Tampa Bay Water
```

1    who's got primary responsibility for having these

2    discussions with Southwest Water Management?

3         A.    That would be Richard Lotspeich, general

4    counsel, probably supported by staff members Donald

5    Polmann and/or Warren Hogg.

6         Q.    Does Alison Adams have any role in the

7    determination of whether or not Tampa Bay Water can or

8    should exceed their permitted groundwater capacity in

9    future years?

10              MR. HARRISON:   Object to the form.

11        A.    Excuse me.   Alison does have a role.   Alison's

12   role will -- is primarily projecting our demands and

13   projecting the -- the hydrologic conditions that make

14   surface water available to us.

15        Q.    Wouldn't it be logical and make sense that

16   there would be a willingness to allow Tampa Bay Water to

17   take in excess of their permitted groundwater capacity

18   during reservoir shutdown years because in following

19   years the demand for groundwater would be considerably

20   less?

21              MR. HARRISON:   Object to the form.

22        A.    It would certainly make economic sense.

23              (Exhibit Number 671 was marked for

24         identification.)

25

```
 1   BY MR. STANISLAW:
 2        Q.   Let me hand you 661, please.
 3        A.   These are out of order now and changed around.
 4        Q.   This is a report that you prepared?
 5        A.   Yes.
 6        Q.   Called "Operating Cost of Groundwater and
 7   Alternative Water Supplies"?
 8        A.   Yes.
 9        Q.   And when -- when did you prepare this report?
10        A.   Having seen this document in the Wade
11   document, I went back and looked that up.  And this
12   report, based on my finding it in the file, was prepared
13   to present to the Florida section AWWA meeting, annual
14   meeting, which was in approximately December of 2004.
15        Q.   Okay.
16        A.   Which is consistent with the references in
17   here for fiscal 2005.  So it makes sense that that was
18   the time period.
19        Q.   Turn to Figure 1 of Exhibit 671, if you will.
20        A.   Figure 1?
21        Q.   Yes.
22        A.   Yes, sir.
23        Q.   There's a legend on the right-hand side.
24   What -- what -- and this Figure 1 is to reflect the
25   operating costs for various water sources that Tampa Bay
```

1    Water has, all -- all of their groundwater, all of their

2    surface water, and the desal plant, correct?

3        A.   Yes.

4        Q.   And then what you've done is compartmentalize

5    the various components of costs for each of those

6    sources, correct?

7        A.   Yes.

8        Q.   Okay.  Let's start with "high service."  What

9    is encompassed or meant by "high service"?

10       A.   Okay.  High service on Figure 1 of Exhibit 671

11   refers to the operation of what is called our High

12   Service Pump Station facility.  It is located adjacent

13   to the surface water treatment plant, a little above sea

14   level, and is used to distribute waters throughout our

15   system.

16            So you see on Figure 1 that you'll see a part

17   of the bar for high service being applied to both the

18   surface water plant and the desal plant because those

19   waters go to the High Service Pump Station.  You will

20   not see high service costs on any of the groundwater

21   plants on this chart because at the time this paper was

22   written and presented, none of these wellfield waters

23   were delivered to the High Service Pump Station.

24       Q.   Today are any of the groundwater wells taking

25   water that's delivered to the High Service Pump Station?

1        A.    Depending on operational time of year, the

2    Brandon Urban Disbursed Wellfield can deliver water to

3    the High Service Pump Station.

4        Q.    **Has it done that in water year 2010?**

5        A.    I don't know.

6        Q.    **How about 20- -- 2009?**

7        A.    I don't know.

8        Q.    **You don't know if the Brandon urban well has**

9    **ever delivered water to the pump station, correct?**

10       A.    It -- it has delivered water to the -- the

11   High Service Pump Station.  It did that while I was

12   managing operations, and the Brandon wellfield was

13   operating in an untreated water mode.

14       Q.    **What -- what years were that?**

15       A.    In an untreated water mode?  It would have

16   included the -- it would have included, for example, the

17   year that's shown here on Figure 1, fiscal '05.  I think

18   the treatment facilities for Brandon were completed in

19   either '07 or '08.

20       Q.    **Okay.  And what's the alkalinity?**

21       A.    The alkalinity is a -- a moniker that is

22   applied to the alkalinity adjustment facility, which is

23   like the High Service Pump Station only applied to

24   waters that leave the High Service Pump Station for

25   distribution in the rest of our system.  We do not -- we

1    have to increase alkalinity of our surface water whether

2    it comes from the desal plant or the surface water

3    treatment plant.  We do not need to increase alkalinity

4    of any of our groundwaters.

5         Q.   Okay.  What is the Alafia cost?

6         A.   The Alafia cost is the cost of operating the

7    Alafia pump station, which feeds the surface water

8    treatment plant.

9         Q.   What's the treatment?

10         A.   Well, treatment is applied to the groundwaters

11    on this chart which, as of the time of this writing,

12    where we were applying groundwater treatment.

13         Q.   And has the proportion or ratio of those

14    treatment costs changed since the time Figure 1 was

15    prepared in any significant amount?

16         A.   Are you -- well, in respect that the

17    groundwaters have a lower operating cost to either the

18    surface of the two surface waters, no, that has not

19    changed significantly in -- in their relationship to

20    each other.

21         Q.   And the next item is "allocated."  What is

22    that?

23         A.   I would have to brush up by rereading the

24    job -- the -- the paper here.  But I believe these

25    allocated were certain operation labor and/or

1    maintenance services that could be attributed to a

2    certain facility, or -- or repair services that were

3    attributable to a certain facility.

4         Q.   Okay.   What are "services"?

5         A.   Those would be -- those would be outsourced

6    services for either a plant operator, in the case either

7    the desal or the surface water plant, or

8    environmental-type monitoring or other services, such as

9    mitigation of wells.   So, for example, the services'

10   line is -- is -- is a big bar for an entry called North

11   Pasco, but that's because North Pasco is not used very

12   often and we have a lot of mitigation that's done up

13   there, considering how much of our water is used in it.

14   So "services" here relates to mitigation and/or a plant

15   contract operator.

16        Q.   And what about -- I'm skipping "chemicals" on

17   purpose because that's self-explanatory.   That's the

18   chemicals you put in the water, right?

19        A.   Yes, sir.

20        Q.   What's "environmental"?

21        A.   Environmental are permit requirements that

22   cause us to have outsourced and/or in-house labor

23   services to monitor environmental permits that are

24   peculiar to a specific facility.   And so you'll see

25   those show up on several of the -- several of the

```
 1    groundwater sources and you'll see a little bit of that

 2    show up on our desal plant because, we have for example

 3    there, an NPDES monitoring requirement.

 4        Q.    Okay.  Now, the -- so according to this Figure

 5    1 the cost of producing water from the surface water

 6    treatment plant is about $1.10 per million gallons,

 7    correct?

 8        A.    Well, yes, that's correct.

 9        Q.    Okay.  Now -- now, look at Exhibit 670.

10        A.    Yes.

11        Q.    Okay.  And Exhibit 67 -- 670, which is written

12    and prepared by you at about the same time as this

13    Figure 1 we were just looking at, it says that the cost

14    of the surface water, after you subtract the service

15    cost, is 60 cents per thousand.  Do you see that?

16        A.    Yes, I do.

17        Q.    And how do you get from $1.10 on Figure 1 to

18    60 cents in Exhibit 670?

19        A.    There may be other categories of charges that

20    underlie the e-mail, but in general, what I would do is

21    I would go to Figure 1 and I would remove from Figure 1

22    the bar called "services."  And I believe I would also

23    remove from bar one the -- the one denoted Alafia cost.

24    I think I would take both of those out.

25        Q.    And why would you do that?
```

1      A.   Because Exhibit 670 talks about surface water,

2   and I believe Exhibit 670 was produced to tell somebody

3   what it costs us operationally to just run the surface

4   water treatment plant, not the facilities that take

5   water to it or away from it.

6      Q.   So it doesn't include pumping to or delivery

7   from?

8      A.   That's correct.  My reading of Exhibit 670,

9   absent the backup for it, is -- is reading as though it

10  does not include delivery or taking away from the

11  facility.

12     Q.   Now, is the data that you've included in

13  Exhibit 671, is that updated on some regular or annual

14  basis?

15     A.   It is not.

16     Q.   If you were going to duplicate the data that's

17  included in Exhibit 671, what would be your sources of

18  information?

19     A.   I would ask Tampa Bay Water for its fiscal '11

20  operating budget and the budget detail that rolls up to

21  that budget, and from that you would get a cost that

22  include what is shown to you on Exhibit 668.

23     Q.   And that's the budget that's available on the

24  website to the public?

25     A.   The overall budget is available on the website

1    to the public.  The detail that underlies the budget, I

2    do not believe is published in the full document because

3    of its size.

4         Q.    Turn to Table 3 of Exhibit 671.

5         A.    Table 3, sir?

6         Q.    Yes.

7         A.    (Complies.)

8         Q.    Table 3 contains the variable and fixed costs

9    of water supply sources at the different locations that

10   Tampa Bay Water uses, correct?

11        A.    As of the date this was written, yes, sir.

12        Q.    And it was written in 2005, you told us?

13        A.    Yes, sir, or it's -- or it used fiscal 2005

14   budget numbers.

15        Q.    And then Exhibit 669 was written in 2009?

16        A.    669, however, appears to use budget fiscal '10

17   numbers from a proposed budget.

18        Q.    And Table 3 includes the cost of water from

19   the wells, from the surface water treatment plant, and

20   from the desal plant, correct?

21        A.    Yes.

22        Q.    And it has a breakdown for flow, electrical,

23   environmental, et cetera, correct?

24        A.    Yes.

25        Q.    And how would we get the comparable

1    information that supports the numbers in our Exhibit

2    669?

3          A.    Well, we would -- 669.

4          Q.    Maybe I'm going to rephrase my question.

5                Not "we," how would I get the numbers that

6    support the conclusions on Exhibit 669?

7          A.    We would be -- we would be going back to

8    the -- the proposed budget.  If there's an interest in

9    recreating the numbers that are shown on Exhibit 669, we

10   would have to go back and excavate the proposed fiscal

11   '10 budget.  And we would be going through an exercise

12   that's similar to the allocations that is shown in Table

13   3 with a couple of significant exceptions, and the

14   exceptions are that I believe that by the time I

15   produced Exhibit 669, because of time constraints I was

16   no longer allocating wages and I don't believe I was any

17   longer allocating environmental.  I believe I was using

18   entire categories of systems as roll-ups.

19         Q.    Okay.  Now, to answer my question, how would I

20   get the source documents that are used to determine the

21   numbers that are in Exhibit 669?

22         A.    We would have to make a records request for

23   the proposed fiscal 2010 budget.

24         Q.    Okay.  What -- what are the source -- let me

25   ask you this:  Exhibit 668 is a summary of numbers taken

1    from source documents, correct?

2        A.   Yes.

3        Q.   What are the source documents that the numbers

4    on Exhibit 668 come from?

5        A.   The -- the numbers on Exhibit 668 can be

6    obtained by -- in -- by doing two things.  The first

7    thing is to obtain the approached fiscal '11 budget from

8    Tampa Bay Water, which is supposed to be available on

9    our website.  And two, by making a public records

10   request for the budget detail that underlies the overall

11   approved budget.

12       Q.   Exhibit 668 is a summary of numbers that

13   include -- that -- that -- that summarizes numbers that

14   are included in some underlying budget document that's

15   not available on the website?

16       A.   That's correct.  That's my understanding.  I

17   don't go to our website to get the budget document.

18           MR. STANISLAW:  Mr. Harrison, Barnard requests

19       the bulk of those documents be produced as a

20       condition to future use of the Exhibit 668.  We're

21       entitled to the underlying source documents on

22       which summaries are based.  Can we get those

23       documents?

24           MR. HARRISON:  You can go to the website and

25       print the budget and you can request the underlying

```
1    report, whatever you called it.  We'll get it for

2    you, sure.

3         THE DEPONENT:  I'll know --

4         MR. STANISLAW:  Well, I just -- I don't have

5    to go and do a public records request.  I'm in

6    litigation.  I'm requesting the underlying source

7    documents, so there's no misunderstanding.

8         MR. HARRISON:  Well, if you're doing it in the

9    context of litigation, I think you have to file a

10   written request.  And if you do that --

11        MR. STANISLAW:  No, I don't think so.  If

12   you're relying on a summary for damages, you have

13   to produce the underlying source documents.

14        MR. HARRISON:  You do whatever you want.  I'm

15   telling you how you can have your hand on a

16   document in 30 seconds and you want to argue with

17   me.

18        MR. STANISLAW:  Is the underlying --

19        MR. HARRISON:  -- if want to, fine.

20        MR. STANISLAW:  Is the underlying budget

21   document available to the public on the website?

22        MR. HARRISON:  I think the answer you just

23   heard was that the underlying document is not.

24        MR. STANISLAW:  Well, I want the underlying

25   document.  That's what I'm requesting.
```

```
 1           MR. HARRISON:  Well, fine.  Are you making a
 2      public records request or are you going to do a
 3      request for production?
 4           MR. STANISLAW:  Well, I'm asking you, as the
 5      lawyer for Tampa Bay Water who has his person most
 6      knowledgeable about Tampa Bay Water's damages, who
 7      presented a summary that's Exhibit 668 at
 8      approximately 11:00 a.m. this morning, the day of
 9      his deposition, for you to provide me the
10      underlying documents on which this summary was
11      based.
12           MR. HARRISON:  Well, we'll provide them to you
13      at some point.  It's not a summary.  It's the
14      spreadsheet showing calculations, which is what you
15      asked for.
16           MR. MEADERS:  HDR will make a similar request
17      to the underlying documents under the disclosure
18      requirements of Rule 26 to the Federal Rules of
19      Civil Procedure, in that he's going to be presented
20      as a witness on calculations based thereon.
21           MR. BRESLER:  Join.
22           MR. STANISLAW:  Are you making a similar
23      request, Counselor, or are you making the same
24      request?
25           MR. MEADERS:  I'll make the same and similar
```

1          request.  How about that?

2     BY MR. STANISLAW:

3          Q.   Okay.  Let me ask you to turn to page one of

4     Exhibit 671.

5          A.   Page one?

6          Q.   Yes.

7          A.   Yes, sir.

8          Q.   On the bottom of the first paragraph, the

9     sentence says "the unit operating costs for each of the

10    supply sources vary widely and include labor, materials,

11    chemical, and power costs."  Do you see that?

12         A.   Yes.

13         Q.   Now, just to be clear, are these the same

14    things as recurring costs that you mention in your

15    e-mail earlier?

16         A.   They should be.

17         Q.   Are there any other costs included in unit

18    operating costs besides labor, materials, chemical, and

19    power costs?

20         A.   Not in Exhibit 671 or Exhibit 670, based on my

21    reading of them today.

22         Q.   Do they include any allocated costs, either of

23    those exhibits?

24         A.   It looks to me like there is an allocation

25    made of certain costs.

1        Q.    And what's the allocation basis that was used;

2    do you know?

3        A.    I would have to reread to exactly understand

4    what that is.  May I take a minute or two?

5        Q.    Uh-huh.

6        A.    (Reviewing document.)  Okay.  I'm ready.

7              Allocated costs are described on page two of

8    Exhibit 671, the fourth paragraph down.  And it states

9    that allocated costs have been distributed by average

10   daily flow in the budget for purposes of this paper, and

11   they include those costs -- excuse me -- those

12   associated with groundwater operations, the maintenance,

13   the laboratory, generalized contract support such as

14   lawn and fence maintenance, generator support, et

15   cetera, and instrumentation and control.  Those are

16   allocated costs in Exhibit 671.

17       Q.    Okay.  Turn to Figure 1 of Exhibit 671.

18       A.    Yes.

19       Q.    Which of the costs indicated on Figure 1 are

20   allocated costs?

21       A.    Based on my reading of Figure 1, they are the

22   dark brown that go with the key called "allocated" and

23   they are services that are performed by Tampa Bay Water

24   on the groundwater system and they are tagged against

25   the individual groundwater facilities.

**Q. Do you know what the allocation base is that was used -- well, what are -- what are the sources of the ratio that was used to achieving allocation?**

A. I would have allocated costs based on average day flow in the budget to each of these facilities and I would have proportioned the allocated costs based on that flow.

**Q. Well, what -- what's the numerator or denominator of your allocation base?**

A. I'm going to need to read again.

The denominator is 170 million gallons a day total agency-wide. And I'm looking for the budgeted groundwater portion of that. (Reviewing document.)

I can't get the -- from reading the text in the -- the tables and figures, I don't see any further breakdown of the denominator. What you would need for the denominator is we would need to be able to get from the information what was in the fiscal '05 budget that was budgeted for groundwater and then we would have to go back and recalculate. That would be the denominator.

And then the numerator would be spending some time with table three and back-calculating and see what fit as to whether it was just the services costs that are shown in here or -- or whether it's the sum total of all of the costs that are in table three that are in the

1   white section.

2        Q.   Are you ready, or are you still studying?

3             MR. HARRISON:   No, he was just answering your

4        question.

5        A.   I'm ready.

6        Q.   Okay.   Back on Exhibit 671, in the second

7   paragraph, the fourth point down it says "this excess

8   has prompted Tampa Bay Water to evaluate opportunities

9   to reduce operating costs by promoting the use of the

10  most cost-effective supplies."   Do you see that?

11       A.   Yes, sir.

12       Q.   That's what you wrote as of 2005?

13       A.   Yes, sir.

14       Q.   Is Tampa Bay Water as of today, 2010, still

15  evaluating opportunities to reduce operating costs by

16  promoting the use of the most cost-effective supplies?

17       A.   Yes, sir, within the context of the permits

18  that we have available to us.

19       Q.   Okay.   Is that -- Tampa Bay Water's going --

20  planning on going forward to evaluate opportunities to

21  reduce operating costs by promoting the use of the most

22  cost-effective supplies?

23       A.   Yes, sir, given our operating permits.

24       Q.   What is Tampa Bay Water doing to evaluate

25  opportunities to reduce operating costs by promoting the

1    **use of the most cost-effective supplies?**

2        A.    Well, the most recent example that goes beyond

3    the agency is our negotiations with SWFWMD that resulted

4    in a rule amendment or a rule change -- and I don't know

5    the exact terms -- that we believe are going to give us

6    some potential relief, if necessary, when the reservoir

7    is taken out of service for the renovation project.

8        Q.    **Anything else?**

9        A.    We are -- in fact, my staff is involved in

10   retrofitting pumps and motors in an energy efficiency

11   saving program and we bulk supply our chemicals, which

12   helps us reduce our costs for all of our operating

13   systems which is a unit savings that goes across all of

14   our systems.

15       Q.    **The most cost-effective source of supply that**

16   **Tampa Bay Water has available to it is groundwater,**

17   **correct, sir?**

18       A.    That is correct and will always be correct.

19       Q.    **Okay.   What is Tampa Bay Water doing with**

20   **respect to production sequencing to achieve the most**

21   **cost-effective supply of water?**

22       A.    Well, as far as production sequencing goes, we

23   try very hard to minimize our peaking factors of

24   electrical use by having as consistent a flow from our

25   system as is practicable, given that we operate what is

1    called an "on-demand system."  That means we have to be

2    ready to serve when a member asks for water.  So we are

3    not in control of the demand.

4           Given that we operate an on-demand system, we

5    do what we can to minimize the number of starts of our

6    units.  And a very good example of this is we have made

7    a lot of investment in variable frequency drive that

8    allow us to operate pumps at different speeds to avoid

9    turning them on and off, and therefore changing our --

10   both our electric peaking factors and incur other costs

11   in our system by restarting.

12   **Q.   Is Tampa Bay doing anything else besides**

13   **monitoring electrical costs in order to sequence the**

14   **production of water to achieve the most cost-effective**

15   **supply of that water?**

16          MR. HARRISON:  Object to the form.

17   A.    Tampa Bay Water also operates its groundwater

18   system within the regulations that is a optimized

19   regional operations plan, or its acronym -- acronym is

20   OROP, O-R-O-P.  That is -- that is a program that is

21   developed and is managed by Dr. Adams and allows us to

22   utilize environmental factors -- actually, a sequence of

23   decisions starting with environmental factors.  But

24   there is a cost factor that's considered in the OROP

25   program so that in the case of the groundwater system,

1    we are using -- as one of the questions we ask for

2    sequencing is can we use the least cost groundwater

3    sources.

4       Q.   Anything else Tampa Bay Water is doing besides

5    monitoring the electrical costs and relying on this OROP

6    program?

7       A.   Well, another example, going forward, is we

8    will -- during the time that the reservoir is out of

9    service and we are operating on what is called "run of

10   river," we will utilize the pump stations that can feed

11   well water to the surface water treatment plant that

12   costs us the least amount to run as long as we are

13   within our permits, which means that we will probably be

14   using more Tampa Bypass Canal water than Alafia pump --

15   than Alafia water which has to be lifted and sent

16   greater distance than the Tampa Bypass Canal.

17      Q.   Any other models besides the OROP program

18   being used to determine the most cost-effective delivery

19   sequencing of water?

20      A.   Not to my knowledge at this time.

21      Q.   Turn to Figure 1 of Exhibit 671.

22      A.   Okay.

23      Q.   That shows the operating costs for delivering

24   water from various groundwater sources, correct?

25      A.   Yes, sir.

1       Q.    And it also shows the cost of delivering water

2   from the surface water treatment plant, which is water

3   that's diverted from the Tampa Bypass Canal and the

4   Alafia River, right?

5       A.    Yes, sir.

6       Q.    And did the surface water treatment plant

7   operating costs include the costs of diverting the water

8   from the Tampa Bay Bypass Canal, from the Alafia River,

9   or just the treatment costs?

10      A.    It looks like, based on the wording of Figure

11  1, it appears to include the Alafia diversion costs.  I

12  cannot tell from this figure if it also includes the

13  Tampa Bypass Canal diversion costs.

14      Q.    If you looked at Table 3 on Exhibit 671, could

15  you answer that question?

16      A.    Other way.  Based on doing some calculations

17  on the spot, it does appear that the Alafia cost does

18  appear to include the Tampa Bypass Canal diversion cost

19  also.

20      Q.    I'm not sure I understand that answer.  The --

21  the Alafia cost shown on Table 3 include the cost of

22  diverting from the Tampa Bypass Canal?

23      A.    No, sir.  Table 3 has, in the white section --

24  near the bottom of the white section, there are three

25  rows.  The -- the next to last row is called TBC-PS.

```
 1    That is the diversion from the Tampa Bypass Canal that
 2    feeds Tampa Bay Water's system, and the costs here are
 3    shown to be one and a half million dollars,
 4    1.513 million dollars on the far right.
 5              Below that is a row called Alafia River PS and
 6    over on the far right is 1.151 million dollars.  And the
 7    calculation that I have just performed is adding up
 8    those two numbers and dividing by a total of 56 million
 9    gallons a day for what are the flows that are shown on
10    this chart and trying to quickly relate that to the
11    color of the blue on Figure 1.  And I'll do that again.
12              Okay.  Now that I have taken time to calculate
13    further, I would like to update my statement.  I have
14    recalculated based on using Table 3, Alafia River pump
15    station row that's reported at 10 MGD and has a facility
16    cost of 1.151 million dollars, and I have calculated
17    that to be a cost of operation of 32 cents per thousand
18    gallons.  And my looking at the scale that is on Figure
19    1, appears to me that it is Figure 1 has correctly
20    reported that the blue looks to be about 30 cents per
21    thousand gallons of cost.
22         Q.  Well, how do you get the 60 cents per gallon
23    of cost that's in your -- your earlier e-mail?
24         A.  Okay.  You're referring to Exhibit 670?
25         Q.  Yes.
```

1      A.   What I would do -- and I believe it's

2  reasonable to conclude that, for the most part, Exhibit

3  670 is referring to many things that were done for

4  Exhibit 671 because they're the same budget year.

5           I would have gotten approximately 60 cents per

6  thousand of net expenses by taking the Figure 1 bar,

7  which is shown at about -- it's a little over a dollar

8  per thousand gallons, and I would have removed from it

9  the high service bar and I would have removed from it

10  the Alafia cost and I probably would have removed from

11  it the alkalinity cost so that --

12      Q.   **That bring you down to about 60 cents, doesn't**

13  **it?**

14      A.   Yes, sir.

15      Q.   **Then how do you get from 60 cents to 30 cents?**

16           MR. HARRISON:   Object to the form.

17      A.   I need a cite -- I need a reference as to

18  where the 30 cents is.

19      Q.   **Isn't that what you just told me what you**

20  **figured for the cost; am I referencing --**

21      A.   The --

22      Q.   **-- your answer?**

23      A.   The 30 cents that I calculated a few minutes

24  ago is about the height of this dark blue bar on Figure

25  1 called Alafia cost.

```
 1         Q.   Okay.  Well, you've an entry on Table 3 that
 2    says Tampa Bypass Canal-Harney.  The ti- Tampa Bay --
 3    Tampa Bypass Canal has two sources, the Harney source
 4    and the PS source, right?
 5         A.   Yes, sir.
 6         Q.   And then there's a third source for the
 7    surface water, the Alafia River, right?
 8         A.   Yes.  I would like to make sure that we're
 9    clear that the TBC-Harney is a source that is dedicated
10    to the City of Tampa and is not -- the cost of that
11    facility are not part of the uniform rate that are
12    charged to the other member governments.  The cost of
13    the TBC-Harney is charged only to the City of Tampa.
14         Q.   Okay.  Well, what percentage of -- well, the
15    cost of -- the an- -- the annual cost of surface water
16    treatment and the surface water treatment plant is
17    $8,054,000 as of 2005; is that right?
18         A.   Yes.
19         Q.   And with respect to the calculations there,
20    what -- what percentage of the water is assumed to
21    become -- to come from Tampa Bypass Canal PS and what
22    percent is from the Alafia River?
23         A.   I think for purposes of understanding Table 3
24    and providing an estimate, we have to presume that
25    during this particular year, we were filling the
```

1    reservoir.  And so most of the water in the Alafia River

2    PS line, the 10 MGD that's reported there, as far as a

3    budget balance goes would have likely ended up in the

4    reservoir.  And a net additional 8 MGD from the TBC-PS

5    row would have ended up in the reservoir also.

6            The way in which I've done that calculation is

7    by adding up the row TBC-PS 46 MGD, Alafia River-PS 10

8    MGD, and I've looked at the surface water treatment

9    plant, 38 MGD and I've netted the difference.  And in

10   stating that it's likely that on an annual average

11   basis, that was planned to go to the reservoir.

12       Q.   In a year when you're not filling up the

13   reservoir, what percentage of the water that would go

14   through the surface water treatment plant would come

15   from the Alafia River and what percent from the Tampa

16   Bypass Canal?

17       A.   I -- I don't know.  The flow numbers, even in

18   2005 as they are today, come from Alison Adams.

19       Q.   So she's the one who would know what

20   percentage of the water comes from the Alafia River and

21   what comes from the Bypass Canal; is that right?

22       A.   Yes, sir.

23       Q.   Do the treatment costs differ between the

24   Tampa Bay -- or Tampa Bypass Canal sources and the

25   Alafia River sources?

```
 1        A.   It's -- it's possible, depending on time of
 2   year.  For example -- actually, we're benefited by
 3   having high color source water because it aids in
 4   coagulation.  So, for example, if we are running only on
 5   TBC and the color in the TBC is low, we would be
 6   benefited in our treatment process by using higher color
 7   water, whether it was in the reservoir coming back to us
 8   or it happened to be in the Alafia River at that time.
 9        The other example is we are unable to base
10   loads solely on the Alafia River itself because there
11   are times of the year, in fact most times of the year
12   when the fluoride levels in the Alafia River are higher
13   than we are allowed by contract to serve to our
14   customers.  So it can be different at different times of
15   the year.
16        Q.   Okay.  On table number 3 there is a column
17   called "Flow"?
18        A.   Yes, sir.
19        Q.   And under surface water treatment plant, it
20   says 38?
21        A.   Yes, sir.
22        Q.   And what is the source of that number?
23        A.   I believe that would be what was in the
24   approved fiscal 2005 budget for production in the budget
25   from the surface water treatment plant, 38 MGD.
```

```
1        Q.   As compared to a capacity in 2005 of what?
2        A.   The permitted capacity in 2005 of that
3   facility was 66 MGD.
4        Q.   And why wasn't the full 66 permitted capacity
5   being used at that point in time?
6        A.   Well, because we had a permitted -- we had an
7   excess of permitted supplies that were less costly to
8   operate.
9        Q.   Namely, groundwater?
10       A.   Yes, sir.
11       Q.   Okay.  How would the surface water treatment
12   plant operating costs change now that the capacity of
13   that plant had been increased to 120 million gallons a
14   day?
15       A.   The primary change will be in what is in Table
16   3, the "Services" column.  Shown here on Table 3, that
17   is a 4.6-million-dollar number.  That is the taker pay
18   agreement that we have with Veolia to operate and
19   maintain the facility regardless of use.  That is an
20   index cost.  It is adjusted annually based on the
21   contract indices, which are based on chemical and labor
22   indices.  And that number also will have a step increase
23   when the 120 MGD expansion is complete.
24       Q.   And -- and when is the 120 MGD capacity
25   increase scheduled to be completed?
```

1       A.    It should be completed by the end of this

2    calendar year.  We're in the final testing of it right

3    now.

4       Q.    So Tampa Bay Water doesn't have any data

5    available of the actual operating costs of the surface

6    water treatment plant when it has a capacity of 120 MGD,

7    correct?

8       A.    That's correct.

9       Q.    Turn to Exhibit 668.

10      A.    (Complies.)

11      Q.    Exhibit 668, in the upper right-hand corner,

12   page one, assumes certain costs for the operation of the

13   surface water treatment plant, correct?

14      A.    Yes.

15      Q.    And this is in connection with future damages

16   that Tampa Bay Water anticipates experiencing, correct?

17      A.    That's correct.

18      Q.    And is the assumption that's used for the cost

19   of the surface water treatment plant that's shown in

20   Exhibit 668 a plant with a capacity of 120 MGD or a

21   plant with a capacity of 66 MGD?

22      A.    120 MGD.

23      Q.    How did you get the costs to determine what it

24   would cost to operate a plant at 120 MGD if the plant

25   has never been operated at 120 MGD?

```
 1        A.   I did that -- I made the assumption because
 2   the expansion duplicates the existing processes on site
 3   at the existing facility, and the fiscal '11 budget was
 4   based on the operating history of the existing facility
 5   for chemical usage.
 6        Q.   Is --
 7        A.   So that's -- that's the basis of the
 8   assumption that we will continue the electrical and
 9   chemical cost per million gallons through the expanded
10   facility.
11        Q.   And -- and your assumption is, is that the
12   cost of the electrical and chemical will remain the same
13   even though the capacity is increased to a factor of
14   almost 100 percent?
15        A.   Yes.
16        Q.   You have not credited in Exhibit 668 any
17   savings that would result from an economy of scale
18   occurring as a result of doubling the capacity of the
19   surface water treatment plant, correct?
20        A.   That is --
21             MR. HARRISON:   Object to the form.
22        A.   That is correct.
23        Q.   Why not?
24        A.   Because it's not applicable.  What we are
25   doing is we are duplicating existing processes and the
```

1    operating cost of the existing processes is merely going

2    to be repeated.  The savings do apply on an economy of

3    scale based on the services cost.  But I removed from

4    the damage claim and -- and we've never put in the

5    damage claim the cost of the services.  In addition, I

6    removed from the operating cost model any future budget

7    projections as far as electrical and chemical costs.

8        Q.   So in other words, Exhibit 668 assumes that

9    the cost of chemicals will be the same for 66 million

10   gallons a day as it would be for 120 million gallons a

11   day --

12            MR. HARRISON:  Object to the form.

13   BY MR. STANISLAW:

14       Q.   -- on a per thousand basis?

15       A.   Yes.

16       Q.   And the same is true for electrical?

17       A.   Yes.

18       Q.   Okay.  Look again at Exhibit 670.

19       A.   Yes, sir.

20       Q.   In Exhibit 670, you say that the groundwater

21   average cost is about 25 cents per thousand.  Do you see

22   that?

23       A.   Yes, sir.

24       Q.   And using Table 3 in Exhibit 671, can you

25   explain how you derive the amount of groundwater cost of

1   **25 cents per thousand.**

2       A.   I -- I can describe to you how we should be

3   able to get that.  If we're going to do that

4   calculation, I'm going to need some time to do it.

5   Would you like me to describe it first?

6       **Q.   Yeah, why don't you describe it first.**

7       A.   Okay.  I would have taken the green on Table 3

8   on Exhibit 671.  I would have gone through the green

9   sections up top, which are our groundwater facilities,

10  and I would have aggre- -- I had have added the flows

11  and I would have gone over to the right and I would have

12  added all the facility costs and I would have done -- I

13  would have had the facility cost as my numerator and I

14  would have had the flow as my denominator and I would

15  have made sure that my units multiplied the flow by 365

16  and also multiplied by a thousand so that I would get

17  cents per thousand gallons.  If -- if directed, I will

18  do that calculation and we'll see how it comes up.

19      **Q.   Turn to Figure 1 on Exhibit 671, please.**

20      A.   Yes.

21      **Q.   If you average the numbers there for the**

22  **various groundwater sources, would you expect to get a**

23  **number that is very close to 25 cents per thousand?**

24      A.   I would not use Figure 1 to come to 25 cents a

25  thousand, and I need to tell you why.  It's because, for

```
 1    example, the flow at North Pasco is only three million

 2    gallons a day.  So all of the bars for the groundwater

 3    system do not carry an equal weight.

 4        Q.   Because the flowrates are different?

 5        A.   That's correct.

 6        Q.   You'd have to do a weighted average?

 7        A.   That's correct.  And that's what I propose you

 8    can do with Table 3 is compute a weighted average by

 9    aggregating the flows and aggregating the costs.

10        Q.   Why is it that the cost for the groundwater

11    varies so widely, as shown in Figure Number 1?

12        A.   Two reasons.  One is some of our

13    groundwater -- and again, this was as in 2005.  Some of

14    the details have changed today, but the story theme is

15    the same.  Some of our groundwater sources required

16    sulfide treatment.  Some of our re- -- sources are

17    disinfected groundwater sources.  Some of our

18    groundwater sources are served for disinfection and

19    treatment by a member government, so we don't incur that

20    cost.

21             But the -- the biggest unit cost change over

22    here on North Pasco is the light blue line, which is

23    services.  And that is the result of Tampa Bay Water's

24    good neighbor program policy which, in effect, states

25    that if you have a domestic well for your house or your
```

```
 1    business in the vicinity of one of our wellfields, and I

 2    can't remember what the offset is, it's -- it's a circle

 3    around the wellfields, and you have a water level

 4    complaint, Tampa Bay Water will make good your well.

 5            The North Pasco facility has two production

 6    units that are very remote from everything else that

 7    Tampa Bay Water operates and there are an awful lot of

 8    domestic wells near those two units and so that's why

 9    theres are skewing.  Good neighbor program costs and

10    sulfide treatment costs and disinfection costs.

11       Q.   Turn to Figure 3, please.

12       A.   (Complies.)

13       Q.   Are there any groundwater treatment facilities

14    shown on Table 3?

15            MR. HARRISON:  Figure 3?

16    BY MR. STANISLAW:

17       Q.   Figure 3.

18       A.   Yes, sir.  They are the North Pasco, Starkey,

19    Cypress Creek, Crossbar, Cypress Bridge, Morris Bridge.

20    The rest of them are not groundwater sources.

21       Q.   Okay.  Now turn to Table 3.

22       A.   Yes, sir.

23       Q.   Are there any groundwater treatment facilities

24    shown in Table 3?

25       A.   There are -- they are in the white section and
```

```
 1    they start with the fifth row down and they are listed

 2    as Groundwater Water Treatment Plant, Lake Bridge Water

 3    Treatment Plant, Morris Bridge Booster Station, South

 4    Pasco Water Treatment Plant, Cypress Creek Pump Station.

 5    All of those are treatment facilities.  We also happen

 6    to have a sulfide treatment facility at another

 7    location, but these are what you would call drinking

 8    water treatment plants.

 9         Q.   How come the Morris Bridge says Morris Bridge

10    BS; what is the "BS"?

11         A.   Booster station.

12         Q.   Okay.  The three water treatment plants shown

13    have a throughput of 10 MGD, correct?

14         A.   No.  Going on Table 3, for example, Cypress

15    Creek has a throughput of 27 millions gallons a day.

16    Cypress Creek Pump Station.

17         Q.   I'm talk- -- just talking about the three

18    water treatment plants, Groundwater, Lake Bridge, and

19    South Pasco.  They have a through- -- throughput of

20    ten -- ten MGD?

21         A.   Those three do, yes.  They are a subset of the

22    groundwater treatment systems in our system.

23         Q.   And is groundwater treated at any places other

24    than Groundwater, Lake Bridge, and South Pasco?

25         A.   Yes.  We disinfect water, or what I am
```

1    referring to as groundwater treatment, at the Morris

2    Bridge BS.  We also perform groundwater treatment at

3    Cypress Creek PS on this chart.

4        **Q.   Well, if the groundwater is treated at all**

5    **these different places, how come the cost of groundwater**

6    **is so much lower than the cost of surface water?**

7        A.   The primary reason is because our groundwater

8    treatment is allowed by Florida Statutes and it was true

9    in 2005 and is still true today.  So if I may

10   generalize.  It costs less to treat groundwater if we

11   can achieve 4-log inactivation without use of

12   filtration.  Not having to filter water saves a

13   tremendous amount of cost.  That is the biggest change.

14       **Q.   Is there any significant variation in the cost**

15   **of distributing water to the member agencies between**

16   **groundwater and surface water?**

17            MR. HARRISON:  Object to the form.

18       A.   Well, I -- I'm -- I don't want to speculate on

19   what we would call significant.  In -- in my terms, we

20   have a 15 million dollar annual electric bill.  So to

21   me, ten percent of that is significant.  But in the

22   ca- -- as related to our overall uniform rate, it is not

23   significant.  However, as a practical consideration, the

24   seawater desal is taken at sea level.  And in order to

25   be served to Northwest Hillsborough, Pasco, and Pinellas

```
 1    County, we have to -- after treating that water, we have
 2    to lift it to elevation 108 feet.  So some of our waters
 3    do have an increment of pumping costs that other waters
 4    don't experience.  And that was the purpose -- part of
 5    the purpose of developing these -- these follow-on
 6    figures in Exhibit 671, to show some of the costs of
 7    moving that water.
 8         Q.   Okay.  Turn to page two of Exhibit 671.
 9         A.   Yes, sir.
10         Q.   And directing your attention again to the
11    sentence that talks about allocated costs based on
12    average daily flow, include those associated with
13    groundwater operations, maintenance laboratory,
14    generalized contract support, generator support,
15    instrumentation control.  Do you see that?
16         A.   Yes, sir.
17         Q.   That was the cause as of 2005, that that's how
18    those costs were allocated; namely, based on average
19    daily flow, correct?
20         A.   For purposes of this paper, yes.
21         Q.   Is that still the way Tampa Bay Water
22    allocates costs now that we're in 2010, on average daily
23    flow for those items?
24              MR. HARRISON:  Object to the form.
25         A.   Let me -- I -- I want to make sure I give a
```

1    com- -- a very complete answer so it's not partially

2    understood.

3            This was a paper that I presented to the

4    Florida section AWWA.  And for purposes of displaying

5    the information, I made some decisions on how to

6    allocate costs.  Tampa Bay Water, as an agency, does not

7    follow the Jonathan Kennedy allocation model.  The

8    allocation of costs by Tampa Bay Water are a decision

9    that are made by our finance department.

10   Q.   And do you have any knowledge or information

11   about the allocation model used by the Tampa Bay Water

12   finance department?

13   A.   I -- I do not.

14   Q.   Who's the person who's in charge of that

15   department?

16   A.   Those allocations would be developed by our

17   chief accountant, who is Jane Kemerer.  And they are

18   likely to be allocated on flow or they could be

19   allocated upon facility cost, and -- and I don't have

20   that answer.

21   Q.   Turn to page three of Exhibit 671.

22   A.   I'm sorry, sir?

23   Q.   Turn to page three.

24   A.   Yes.

25   Q.   In connection with this paper, you determined

1    certain items that were cost-sensitive from an operating

2    standpoint, correct?

3        A.    Yes.

4        Q.    One of them is transportation cost to the

5    point of delivery?

6        A.    Yes.

7        Q.    Is the cost of delivering groundwater to the

8    point of delivery the same as delivering surface water?

9        A.    No.

10       Q.    Explain to me how those differ.

11       A.    They can differ for two reasons.  One is

12   elevation and the other is distance.  If the groundwater

13   is being developed and supplied close to its demand --

14   the -- the location that's asking for it in demand, then

15   that cost tends to be a lower cost.

16            If the -- the surface water and also the desal

17   water are lifted from very low elevations to be --

18   the -- the majority of it is lifted to higher elevations

19   and also through a greater distance, so they're

20   traveling to more pipe and they're going uphill.  All of

21   the water coming out of the High Service Pump Station

22   that's adjacent to the surface water treatment plant is

23   going uphill.  Whether it today goes to the Lithia Water

24   Plant or if it goes to the Cypress Creek Water Plant,

25   it's going uphill and it's going over 20 miles uphill.

1        The Cosme-Odessa Wellfield, which is a legacy

2    facility that we acquired in 1998 from St. Petersburg,

3    has groundwater production wells that are within a mile

4    of the tanks that feed the City of St. Petersburg's

5    treatment plant.

6        **Q.   Do you know what the average cost is for**

7    **delivering water from the surface water plants versus**

8    **the groundwater plants in the Tampa Bay Water system?**

9        A.   We can use Exhibit 671 to characterize it in

10    2005.  Is that --

11        **Q.   And -- and what piece of Exhibit 671 would you**

12    **use to do that?**

13        A.   I would go to -- starting with Figure 3, and

14    this is giving you an idea about -- for example, on

15    Figure 3 of Exhibit 671, it's giving you an idea on how

16    much it costs us to deliver a gallon -- or excuse me,

17    1,000 gallons of Tampa Bay desal water, which is the

18    tallest bar, to Pasco County, at the various delivery

19    points in Pasco County.

20        Next to it is -- let's take another one.  So

21    that -- that would be the most expensive surface water

22    is the desal, which is the blue bar.  Next to it is

23    surface water treatment plant.  So on reading Figure 3,

24    if we wanted to take 1,000 gallons of water out of the

25    Alafia River and supply that to Pasco County, that would

```
 1   be the Alafia River bar next to it.  And you can see
 2   that that one to deliver to Pasco is a little under
 3   $1.50 a thousand gallons.  So those tend to be the more
 4   expensive guys.
 5           The ones on here that are indicative of costs
 6   to move groundwater are a little bit variable.  The
 7   lowest is Starkey.  And in 2005, the bar over on the
 8   left, Starkey, is seen -- and just interpreting from
 9   this graph, it looks like it's 15 to 20 cents a thousand
10   gallons.  Those are wells that fed a tank within a few
11   miles of the production well.  That was raw water and
12   the treatment was applied by Pasco County.
13           That's significant because in the case of the
14   bar next to it, Cypress Creek, that is treated water
15   that's delivered to Pasco County.  So in the case of
16   one, it's a very close by groundwater.  In the case of
17   the other, it's a -- a bit further away groundwater that
18   already has treatment in it.  But in either case, these
19   groundwaters, which are primarily harvested either in
20   Pasco County or very close to Pasco County, don't cost
21   much to supply to Pasco County.  And the same is true
22   today.
23       Q.   Turn to page four of Exhibit 671.  The second
24   paragraph says the third greatest characteristic of
25   operating costs -- and these are the variable operating
```

1    costs, right?

2         A.   Yes.

3         Q.   (Continued) -- is electric -- electricity,

4    right?

5         A.   Yes, sir.

6         Q.   Is it true that the electrical costs are about

7    equal for surface water and groundwater on a

8    thousand-gallon basis?

9         A.   The answer to that is no because most of our

10   groundwater system, our legacy groundwater system is

11   located in the Withlacoochee River Electric Cooperative

12   area.  And although the rates that are in this exhibit

13   has changed, the story is still the same.  The lower

14   rates are charged by Withlacoochee River Electric

15   Cooperative, which is a federal cooperative even though

16   it's regulated by the Public Service Commission.

17        The higher rates that we pay are in our areas

18   that are served Progress Energy and TECO, Tampa

19   Electric.  And it so happens that TECO supplies our

20   desal plant.  So the dollars per kilowatt hour happen to

21   be higher at desal because of where it's physically

22   located.

23        Q.   In both Table 3 of Exhibit 671 and Figure 1 of

24   Exhibit 671 include electrical costs, correct?

25        A.   Table 3 does.  What was the other citation?

1      Q.    Figure 1.

2      A.    Yes, both of them do.

3      Q.    Okay.   Turn to page four of Exhibit 671.

4  Under "potential operational savings," do you see that?

5      A.    Yes.

6      Q.    It says "groundwater at a total permitted

7  capacity of 152 MGD has the lowest overall source

8  operating cost of 26 cents per thousand gallons."   Do

9  you see that?

10     A.    Yes.

11     Q.    Is 152 MGD still the permitted capacity for

12 groundwater?

13     A.    Unfortunately no.

14     Q.    What is it now?

15     A.    System-wide now it is 121 MGD.

16     Q.    And does Tampa Bay Water have any opportunity

17 to apply for a modification of the permit to increase

18 the permitted capacity of today back to what it was in

19 2005?

20     A.    We are not prevented from trying to do that,

21 that's correct.

22     Q.    Have you made any effort to do that?

23     A.    We have -- another section of Tampa Bay Water

24 has been negotiating a renewal of the permit for a few

25 years and they have reported to me verbally that it

```
 1   looks like we're not going to be successful in getting

 2   any increase of our groundwater permit.  What has been

 3   offered is a one-time exception in the groundwater

 4   usage, if necessary, after we've used all of our other

 5   sources, during the time that the reservoir is taken out

 6   of service.

 7        Q.   And that one-time exception will provide how

 8   many addition- -- additional MGDs of groundwater to

 9   Tampa Bay Water without incurring a fine?

10        A.   There's no limit to the exemption opportunity.

11        Q.   And if that exemption opportunity is granted,

12   that would be change the future lost damage amount from

13   20 million dollars to potentially zero, wouldn't it,

14   sir?

15        A.   It would not.  And let me make sure that I

16   explain why.  It's because the rule, as it was explained

17   to me by Warren Hogg and confirmed to me by

18   Rick Lotspeich, our general counsel, is read and

19   construed that we have to maximize our use of

20   alternative supplies before we are allowed to exceed our

21   groundwater permits.

22        Q.   And -- and how many gallons of groundwater do

23   you have to take from the desal plant to be considered

24   to be maximizing your supply?

25        A.   Well, the -- the regulator would suggest that
```

1    we be able to take 25 million gallons a day before we

2    are allowed to go to groundwater and exceed our supply.

3    As a practical matter, I believe the number is probably

4    in the mid to upper teens and not as high as 20 million

5    gallons a day.

6         Q.   Let me ask you to take a look at Exhibit 668

7    on the third page.

8         A.   (Complies.)

9         Q.   If the permitted capacity is 122 MGD, do you

10   have an explanation as to why Alison Adams used 115 MGD

11   on the third page of Exhibit 668?

12        A.   Yes.  She used 115 and 140 -- 14, excuse me,

13   but consistently shows less than 121 MGD because she

14   wants to make sure that we reserve an opportunity to

15   operate our on-demand system, making best efforts to not

16   exceed a permit.

17        Q.   Have you made any calculations -- well, if she

18   had used 122, which is the permitted capacity, instead

19   of 115, that would reduce the 20-million-dollar damage

20   component, wouldn't it?

21        A.   It would.  And I want to clarify that the

22   number she -- the number you are referring to is 121

23   MDG, not 122.

24        Q.   Right.  And have you made any calculations to

25   determine the amount by which your damage calculation

1    would be reduced if 121 MGD was used instead of 115?

2        A.   I have not.

3        Q.   Can you approximate that number?

4        A.   We can.

5        Q.   Go ahead and approximate.

6        A.   (Complies.)

7        Q.   Is -- is there an easier way to do it?  You'd

8    be adding six MGD to the groundwater capacity to make it

9    121, right?

10       A.   Yes, that's correct.  That's what I was doing.

11       Q.   And -- and then you'd cut the potential desal

12   number in half from 12 to six, correct?

13       A.   That's correct, that's what I was doing.

14       Q.   And -- and so that would cut the damage of

15   20 millions in half to 10 million dollars, wouldn't it?

16       A.   Well, actua- --

17            MR. HARRISON:  Object to the form.

18       A.   No, that would not be the right calculation

19   because, consistent with my -- how I have presented this

20   exhibit, I would deduct from that the four MGD that I

21   have represented to you we believe we need to operate

22   anyway for our own purposes.  So it would reduce it,

23   based on what you have propounded, that it would reduce

24   it by more than half.

25       Q.   So if you use the permitted capacity for the

1    total groundwater of 121 MGD instead of 115 that is used

2    in Alison Adams' analysis, what is now a

3    20-million-dollar damage claim would be less than

4    10 million dollars, correct?

5         A.    That is correct, holding all of the other

6    numbers the same.

7         Q.    And -- and would all the other numbers be held

8    the same if you reduced the desal use by six MGD and

9    increased the groundwater use by six MGD?

10         A.    When I said all of the other numbers the same,

11   I was presuming that we would still be working on the

12   same water-expected delivery; in other words, meeting

13   the same projected demands.

14         Q.    On that same exhibit, Exhibit 668, there's

15   potentious -- potential surface water delivery.  Do you

16   see that?

17         A.    Yes.

18         Q.    And the numbers in 2012 range from 34, 37, 41,

19   48.  Do you see that?

20         A.    Yes.

21         Q.    And -- and the potential surface water is a

22   function of how much rainfall there's going to be in the

23   future, correct?

24         A.    It's a function of two things in the future.

25   Going from fiscal '11 onward, it's a function of the

1    rainfall, which is not necessarily hurricane or

2    event-related but seasonally related, and the fact that

3    going forward, including 2011 onward, we have a 120 MGD

4    surface water treatment plant that was not available to

5    us in the year 2010.

6       Q.   Well, if you're basing historical data -- if

7    you're basing the future projections on historical data,

8    why wouldn't the future projections all be the same for

9    each year?

10      A.   Well, what Ms. Adams did is she came up,

11   first, with the Tampa Bay Water expected delivery.

12   Okay?  Then she identified and imputed the groundwater

13   amounts that you see.  Okay?  Then she identified that

14   we need to operate our desal facility at four MGD

15   anyway, and then she went back and looked at her

16   hydrologic availability of water for surface water and

17   infilled with that.

18      Q.   So in other words, what -- what you're telling

19   me she did was she took the expected demand for water,

20   took the permitted capacity of the groundwater and

21   subtracted six MGD from it, took the minimum amount of

22   desal use, and then backed into the demand number by

23   plugging in a number for the potential surface water

24   delivery, correct?

25           MR. HARRISON:  Object to the form.

```
1        A.    No, not -- not exactly correct.

2        Q.    But pretty close, huh?

3              MR. HARRISON:  Object to the form.

4        A.    Yes, generally correct.

5        Q.    And -- and what is incorrect about what I just

6    said?

7        A.    We didn't back into the demand number after

8    she --

9        Q.    No, I didn't say you backed into the demand

10   number.

11             MR. HARRISON:  Yeah, you did.

12   BY MR. STANISLAW:

13       Q.    What I said was is that the poten- -- that

14   what she did was she took the full groundwater permitted

15   capacity of 121, subtracted six, took the minimum desal

16   use of four, combined those numbers, and then took the

17   difference between that combined number and the demand

18   projection and arrived at the potential surface water

19   delivery.

20       A.    Assuming that there is sufficient projected

21   surface waters to be hydrologically available.  And then

22   if there was not surface waters to be available, she

23   increased the desal use so that we could total up to the

24   projected demand.  So I believe she used a bit of an

25   iterative process in here, starting with holding the
```

```
 1    groundwater at the imputed numbers that you see.
 2        Q.   Okay.
 3            MR. HARRISON:   I want to take a short break,
 4        Mr. Stanislaw.  Here's copies of the approved 2011
 5        budget that you requested.  We will supply you with
 6        the underlying documents as soon as we get them.
 7            THE VIDEOGRAPHER:   Time is 2:51 p.m.  Off the
 8        record.
 9            (Brief recess.)
10            THE VIDEOGRAPHER:   The time is 3:05 p.m.  On
11        the record.
12    BY MR. STANISLAW:
13        Q.   Mr. Kennedy, you previously told us what the
14    variable operating costs for producing surface water
15    are, correct?
16        A.   Yes.
17        Q.   Would you summarize those again for me,
18    please?
19        A.   The variable costs are dominated for the
20    surface water treatment plant by chemicals and
21    electricity.
22        Q.   And it's your testimony that those variable
23    operating costs per thousand gallons of surface water
24    will not be reduced when the surface water treatment
25    plant capacity is increased to 121 MGD; is that right?
```

1    A.    The increase is 120 MGD.  And that is correct,

2    that is my testimony, operating unit costs will stay the

3    same, or are projected to stay the same.

4    **Q.    And why wouldn't those operating costs be**

5    **decreased if you were increasing the capacity of the**

6    **surface water treatment plant?**

7    A.    Well, because I have identified as the

8    variable costs only chemicals and electricity.  I am --

9    I have excluded specifically from there the service

10   cost.  The service cost is paid for regardless.  The

11   chemicals and electricity for operating an amount of

12   flow through two trains versus a double amount of flow

13   through four trains is not going to see an economy of

14   scale on use of chemicals or electricity.  In fact, it

15   will work the other way.

16          It will more likely work the other way if, for

17   example, today's flow is operated through three of the

18   four coagulation trains instead of through two of the

19   trains, which is currently is.  In that case, our actual

20   unit cost for chemicals -- for electricity will go up.

21   But I presume -- I assume, for this analysis and for my

22   testimony, that they would stay the same and I am

23   banking on the fact that our operators will continue to

24   use each of the four trains in the same flow per train

25   that they do today.

1          Q.   Are you certain that the variable operating

2    costs for producing water in the surface water treatment

3    plant will not go down when the capacity is increased to

4    120 MGD?

5          A.   Yes, sir, I'm certain of it.  In fact, if

6    anything, they will go up.

7          Q.   Could you identify what elements of the

8    allocating costs cause the operating costs of the

9    surface water to decline as the surface water treatment

10   plant capacity expands?

11              MR. HARRISON:  Object to the form.

12         A.   Please reask.

13         Q.   Uh-huh.  Can you identify for me what elements

14   of allocated costs will result in the operating costs of

15   the surface water production to decline as the capacity

16   of the surface water treatment plant expands?

17              MR. HARRISON:  Object to the form.

18         A.   Yes, I can.  And what I would do is the

19   service cost, which is a fixed cost of the surface water

20   treatment plant -- and I would like to go now, if I may,

21   go back to Exhibit 668.  The third page of Exhibit 668

22   will give you a -- a good reference for this.

23              In the -- the column on that third page that

24   shows sources of supply, you see over -- this is over a

25   20-year period.  You see in the year 2010 the surface

```
 1    water delivery 37.6 million gallons a day.  You see at

 2    the bottom of the table in the year 2030, 77 million

 3    gallons a day.  The service cost for the expanded

 4    facility, although there's a one-time increase to

 5    account for the expansion of the plant, actually will

 6    decrease as a total percentage of op- -- of the total

 7    cost of operating the surface water plant as we go

 8    through time.  And the service fee is over -- is going

 9    to be over 6 million dollars, so it's -- it's a large

10    component of the entire surface water treatment plant

11    system.

12         Q.   As long as we're on page three of Exhibit 668,

13    look at water year 2012 that has a potential surface

14    water delivery of 44 MGD.  Do you see that?

15         A.   Yes.

16         Q.   Why was that number reduced from 44 MGD in

17    2012 to 37 MGD in 2013?

18         A.   At my request, Dr. Adams used my schedule for

19    the reservoir renovation project, and this table

20    reflects the draining of the reservoir through the

21    surface water treatment plant to -- to allow me to get

22    the timing as close as possible to having the reservoir

23    drained to turn it over for construction.  So that's why

24    you see the 2012 surface water number being higher than

25    the 2013 number.
```

1            In 2013, Dr. Adams' calculations are based on

2    the reservoir being out of service for the renovation.

3        Q.    And -- and -- and what are the calculations in

4    2014 based on?

5        A.    The calculations in 2014 show an increased

6    demand of 169 MGD over the 2013 flows, and she's trying

7    to make up that demand at the surface water treatment

8    plant within the expected hydrologic conditions and not

9    allocate it to the desal plant.

10       Q.    So she increased the expected demand by four

11   MGD and the surface delivery by four MGD, correct?

12       A.    Yes.

13       Q.    In 2015, she increased the demand by again

14   four MGD but increased the surface water by seven MGD.

15   Why is that?

16       A.    There are a couple of things going on in 2015,

17   as she related to me.  We are, in the case of 2015,

18   refilling the reservoir.  And so for a period of time,

19   although we would still be using the desal plant and

20   making our best efforts to stay under our permit

21   requirements of groundwater, we would expect to have

22   some use of the reservoir in 2015.  We would expect full

23   use of the reservoir in 2016.  So that is the effect of

24   why the surface water system -- numbers are changing

25   between 2015 and 2016.

1       Q.   Okay.   The expected delivery for 2010 -- 2010

2    is 152 MGD?

3       A.   I believe that is -- yes, that was the year

4    that just finished and it might have been 153, but yes.

5       Q.   What was the actual delivery in water year

6    2009?

7       A.   I don't know.

8       Q.   Is that information available anyplace?

9       A.   It -- it should be available.

10      Q.   Where?

11      A.   I -- I can -- we can produce the information.

12   I don't know if it's on the website.  I don't know.

13      Q.   Well, what document would the actual amount of

14   water delivered in 2009 be contained in?

15      A.   I don't know if it would be -- it actually

16   should be in our audited statements.  It should be in

17   the water year 2009 audited statements somewhere in the

18   financials.  There should be a restatement of what

19   service was provided that year.

20      Q.   And are those audited financial statements on

21   the website?

22      A.   I do not know.  If they're not, we can produce

23   them.  They're -- they're a public document.  And -- and

24   I need to state that I don't know if they're in there or

25   not, but I think that would be the first place and

1    quickest place to look.

2             If they're not there, we can find them in a --

3    either a/or a special district facilities report, which

4    is filed annually with the State, but that's not

5    produced until March of the following year.  Or we can

6    find them by adding up water use permit reports, that

7    would be pretty cumbersome to do.

8             MR. STANISLAW:  Well, Barnard is requesting

9        documents that show what the actual amount of water

10       delivered for the years 2007, 2008, and 2009 are in

11       order to support the numbers that are contained in

12       Exhibit 668, which was delivered at approximately

13       11:00 a.m. this morning and forms the basis for

14       Tampa Bay Water's 20-million-dollar damage claim?

15            MR. HARRISON:  What do those years have to do

16       with anything with in this exhibit that starts at

17       2010?  If you want the documents, you can have the

18       documents.  But it has nothing to do with the

19       exhibit.

20            MR. STANISLAW:  Yeah, I -- I do want the

21       documents, yes.  That's why I asked for them.

22            I assume HDR wants to join in that by a

23       similar request.

24            MR. MEADERS:  We will ask for the documents as

25       well, HDR, yes.

```
1            MR. BRESLER:  And McDonald.
2    BY MR. STANISLAW:
3        Q.   Now, I think you told us that the allocated
4    fixed costs pertaining to the costs of producing surface
5    water result in those unit operating costs declining
6    with increased capacity and utilization of the surface
7    water treatment plant, correct?
8        A.   If --
9            MR. HARRISON:  Object to the form.
10       A.   If I said that, I was in error.  The unit
11   operating cost is not expected -- the -- the unit
12   variable operating cost, electrical and chemicals, is
13   not expected to decrease with the expansion.  The
14   overall cost of operating the surface water plant after
15   it experiences it one-time increase for fiscal '11, when
16   the new service fee schedule kicks in, should decrease
17   through time.
18       Q.   The -- the -- and those would be the allocated
19   fixed costs that decrease through time, correct?
20       A.   That's correct.
21       Q.   And will the allocated fixed cost pertain to
22   the groundwater production increase in the same fashion?
23       A.   Actually, they should not and it's --
24       Q.   Why not?
25       A.   It's my opinion, having managed that program
```

1    for several years, that at some point the good neighbor

2    program will have remediated all of -- all possible

3    wells and there should be a -- an asintotic product

4    decline in the number of individual domestic wells that

5    we are required to mitigate in the area in which we have

6    groundwater pumpage.  There's --

7        Q.    What is an --

8        A.    -- a finite number of those wells.

9        Q.    What is an asintotic decline?

10       A.    It means it is going to decline asintotic to

11   the zero axis.  It is on -- for example, Exhibit 669,

12   the line on the groundwater is asintotic to the X axis.

13       Q.    What does asintotic mean?

14       A.    Asintotic means it approaches but does not

15   touch the zero number.  And so my testimony is that in

16   our groundwater system there are certain components of

17   that groundwater system costs that should decline as

18   time goes forward.  Not necessarily the electrical

19   costs, not our renewal and replacement program costs,

20   but such costs as our environmental permit monitoring

21   costs and our good neighbor program costs should

22   decrease over time.

23           (Exhibit Number 672 was marked for

24       identification.)

25

1    BY MR. STANISLAW:

2        Q.   Let me hand you Exhibit 672.  Have you -- have

3    you ever seen Exhibit 672 before?

4        A.   I'm going to have to read.  (Reviewing

5    document.)  Yes.

6        Q.   And what is Exhibit 672?

7        A.   This is not -- I don't -- I -- I think there

8    was more -- okay.  Exhibit 672 is the face page and part

9    of the following pages are part of a Board item that was

10   taken to the Board of Directors in October of 2006 to

11   ask for them to approve our system Configuration II

12   program.

13       Q.   Okay.  So in the second page of Exhibit 672 is

14   an executive summary of a report prepared by Tampa Bay

15   Water's system engineer Black & Veatch, correct?

16       A.   Yes.

17       Q.   Would it be fair to say that Tampa Bay Water

18   outsources their critical thinking to Black & Veatch

19   with respect to water matters?

20            MR. HARRISON:  Object to the form.

21       A.   No.

22       Q.   Turn to the third page of Exhibit 672.  Is

23   that Table 1 from Black & Veatch's report?

24       A.   I don't know if it is.  And it -- it is either

25   from a Black & Veatch report or it is a table that I

1    prepared.  And without the -- okay.  The footnotes are

2    on the next page.  May I read for a minute to see which

3    it is?

4        Q.   Go ahead.

5        A.   (Reviewing document.)  Okay.  Based on my

6    reading of the footnotes attached to this table, this

7    looks like a Black & Veatch work product.

8        Q.   Okay.  And so Black & Veatch estimated the O&M

9    costs for the Configuration II water stream -- water

10   supply project for the downstream enhancements at

11   5.5 million dollars, correct?

12       A.   Let me catch up to you.

13       Q.   The bottom line of Table 1.

14       A.   Yes.

15       Q.   And what is included in downstream enhancement

16   project phases A and B?

17       A.   Downstream enhancement project phases A and B

18   turned into those ten projects that were identified in a

19   co-funding agreement that was executed between Tampa Bay

20   Water and Southwest Florida Water Management District

21   for a series of projects, which included but may not --

22   I may not have the entire list in my head, but it

23   included the expansion -- most notably to the expansion

24   of the surface water treatment plant to its new capacity

25   of 121 MGD; an expansion of the Tampa Bypass Canal pump

485

```
 1   station; two new pump stations on the reservoir

 2   transmission main, one called the South Central Booster

 3   Station, the other called the Off-Stream Reservoir

 4   Booster Station; capacity or pressure improvements at

 5   Morris Bridge BS and Cypress Creek Water Treatment

 6   Plant; and two projects called the ship A-1 and B

 7   projects which converted our Brandon wells from raw to

 8   treated water, and the extension of the northwest

 9   transmission main, which will now provide potable water

10   to an area previously served only by untreated water.

11        And I -- I think that's ten projects.  We also

12   expanded the High Service Pump Station there.  I think

13   that's the tenth project.  It's the program that we're

14   just finishing up right now.

15        Q.   Well, can you tell me, from looking at this

16   chart, what the O&M costs for the expanded enhanced

17   surface water system would be?

18        A.   I need to read.  (Reviewing document.)

19             Yes, I'm using footnote number 15 to

20   understand the assumptions that went into this number,

21   and it -- it is written to presume that we expanded the

22   system to -- when it says to 99 MGD, it -- it means

23   built a 121 plant and run it at 99 MGD.  But it also

24   presumes that we are supplying 25 MGD through the new

25   system.  So these costs would be experienced when we
```

1    have ramped that system up to supply an additional 25

2    MGD.

3        Q.   So having said that, tell me what the O&M

4    costs for the expanded enhanced surface water system

5    would be?

6            MR. HARRISON:   Object to the form.

7        A.   Well, based on Exhibit 672, the third page,

8    and the time in which this was written, they're being

9    reported to you as 5.5 million dollars for

10   25-million-gallons-a-day production.

11           It's probably helpful to relate that to

12   dollars per thousand gallons, to be consistent with some

13   of the other discussion today, and that would be 60

14   cents per thousand gallons.

15       Q.   Which happens to be the exact same number that

16   you have in your e-mail, Exhibit 670, as the cost of the

17   surface water cost after subtracting, quote, service

18   costs, end quote, correct?

19       A.   It does.  It may have gotten there by a

20   different path, but yes, it is the same.

21       Q.   Well, so your Exhibit 670 was the cost of

22   delivering surface water before there was an expanded or

23   enhanced surface water system, correct?

24       A.   Yes.

25       Q.   So is the cost for surface water going to be

1    60 cents both before the enhanced surface water system

2    comes on line and after the enhanced surface water

3    system comes on line?

4        A.   Based on the 2005 and 2006 numbers, yes.

5        Q.   What about October 22, 2010 numbers?

6        A.   Well, we will be able to determine that by

7    having the details that -- that -- the rest of the

8    details that underlie the budget, a portion of which I

9    have given you in Exhibit 668.  So we will have to get

10   the detail out of the budget.  There are other costs

11   that are not electrical and chemical that -- that form

12   our budget.  And that way you -- your expert could be

13   sure that they're doing -- he's doing an

14   apples-and-apples comparison.

15       Q.   You, on behalf of Tampa Bay Water, abandoned

16   one method of computing Tampa Bay Water's future lost

17   revenue after reading the expert reports submitted by

18   Mr. William Wade, correct?

19            MR. HARRISON:  Object to the form.

20       A.   I skimmed the report.  I did not read it in

21   its entirety.

22       Q.   Okay.  Well, tell me why you changed your

23   damage of -- of lost future revenue from 40 million

24   dollars to 20 million dollars.  Well, let me ask this

25   first:  And that did occur after you read William Wade's

```
 1   report, didn't it?
 2              MR. HARRISON:  Object to the form.
 3        A.   After I skimmed it, yes, it did.
 4        Q.   Okay.  And tell me why you changed Tampa Bay
 5   Water's claim for damages for lost future use from
 6   approximately 40 million dollars to approximately
 7   20 million dollars after reading Mr. Wade's report.
 8              MR. HARRISON:  Object to the form.
 9        A.   I wanted to go ahead and use a cost model
10   regardless of what the number was going to be from the
11   cost model because I think the cost model more
12   accurately reflects, in my mind, the -- what Tampa Bay
13   Water has to prepare for in its budget in out years
14   based on scenarios.
15        Q.   Well, why didn't you use a cost model when you
16   first prepared the damage claim that resulted in your
17   40-million-dollar number?
18              MR. HARRISON:  Object to the form.
19        A.   Well, that was a revenue-based claim.  And I
20   think there is -- I think there is an argument that has
21   some merit to it regarding a -- a not profit agency that
22   is going to have to meet its revenue requirements
23   regardless of which source.
24        Q.   Well, I don't think you answered my question.
25   Why -- why did you abandon the revenue model after you
```

1    read the Wade report and adopt a cost model to compute

2    Tampa Bay Water's damages for lost future use of the

3    reservoir?

4              MR. HARRISON:  Object to the form.

5         A.   I think the cost model more accurately

6    reflects what Tampa Bay Water will incur.

7         Q.   Why didn't you use the cost model in the first

8    place, if that's a more accurate model?

9              MR. HARRISON:  Object to the form.

10        A.   I don't know.

11        Q.   And for Tampa Bay Water's claim for damages

12   for lost use of the reservoir during 2005 and 2006, have

13   you made a determination to change that or are you still

14   playing with the numbers to see which is the best way to

15   go?

16             MR. HARRISON:  Object to the form.

17        A.   Please reask the question.

18        Q.   In Tampa Bay Water's Amended Rule 26

19   Disclosures that were served two days ago, it says that

20   the damages for past lost/diminished use for the period

21   of March '08 to June '09 is going to be either

22   20 million dollars based on a revenue model or TBD based

23   on a cost model.  Do you see that?

24             MR. HARRISON:  It's in another exhibit.

25             THE DEPONENT:  Sorry.  644.

1          MR. HARRISON:   656.

2     A.   Okay.  Please.

3     Q.   Tampa Bay Water's Amended Rule 26 Disclosures,

4  that were served two days ago, says in Roman numeral V

5  A, that the past lost/diminished use claim is going to

6  be either 20 million dollars based on the revenue model

7  or a TBD amount, to be determined, on a cost model,

8  correct?

9     A.   That's correct.

10    Q.   If the cost model is the more accurate and

11 correct way to do the future lost damages, why wouldn't

12 the cost model also be the more accurate and correct way

13 to calculate the past lost or diminished use?

14         MR. HARRISON:  Object to the form.

15    A.   I think it can be, but I have to further

16 investigate what part of the desal production during the

17 time period of those 15 months was related to the

18 testing that we were doing to get it past its

19 performance tests as opposed to pumping of the desal

20 plant to meet our demands as our best faith effort

21 minimize our groundwater production fines from SWFWMD,

22 and I don't have that number yet.

23    Q.   So you're still playing with the numbers to

24 determine whether or not the cost model for past lost

25 use or the revenue model for past lost use is more

```
 1    favorable to Tampa Bay Water, correct?
 2              MR. HARRISON:  Object to the form.
 3       A.    Not correct.
 4       Q.    What's incorrect about that?
 5       A.    Your statement that it is most favorable to
 6    Tampa Bay Water.
 7       Q.    Well, aren't you trying to come up with the
 8    most accurate damage calculation?
 9       A.    Yes.
10       Q.    Wouldn't the most accurate damage calculation
11    be the one that's most favorable to Tampa Bay Water?
12       A.    No.
13       Q.    Well, why not?
14       A.    Because it should be accurate and be able to
15    be examined and stamped.  That's what's important.
16       Q.    Well, it wouldn't be favorable for Tampa Bay
17    Water to move forward with an inaccurate model for
18    determining their damages, would it?
19       A.    That's correct.
20       Q.    And so the cost model is the more accurate
21    model and therefore the most favorable model to Tampa
22    Bay Water, correct?
23              MR. HARRISON:  Object to the form.
24       A.    I misunderstood your use of the word
25    "favorable."  I should have asked for a clarification of
```

1  that.

2  In the case of Roman numeral V, item B, in my

3  opinion the cost model is or the more accurate portrayal

4  of costs Tampa Bay Water will incur during the two-year

5  remediation period.  I have not yet made that

6  determination on Roman numeral V, item A.

7  **Q.   When do you expect to make that determination?**

8  A.   I'm going to need another week of time to

9  review, having only had the Wade report since last

10  Wednesday evening.

11  **Q.   Well, why does -- why do you need some other**

12  **side's expert report for you to calculate what the**

13  **proper damages for Tampa Bay Water should be?**

14  MR. HARRISON:  Object to the form.

15  A.   Because I want to make sure that I've taken

16  advantage of considering the items that are in the Wade

17  report.  And if those things cause us to take a look at

18  how it is we've changed -- we need to make a change,

19  then we should be making a change.

20  **Q.   And did the items in the Wade report cause**

21  **Tampa Bay Water to make a change in how they calculated**

22  **Tampa Bay Water's damages for future lost or diminished**

23  **use of the reservoir?**

24  MR. HARRISON:  Object to the form.

25  A.   Yes.