```
       UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF FLORIDA
              TAMPA DIVISION


TAMPA BAY WATER,
A Regional Water Supply
Authority,

        Plaintiff,    CASE NO.: 8:08-CV-2446-T27-TBM

vs.

HDR ENGINEERING, INC., a
Nebraska corporation,
CONSTRUCTION DYNAMICS
GROUP, INC., a Maryland
corporation,
BARNARD CONSTRUCTION
COMPANY, INC., a Montana
corporation,
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a
Minnesota corporation,

        Defendants.
_____/
BARNARD CONSTRUCTION COMPANY, INC.,
a Montana corporation,

        Third Party Plaintiff,

vs.


MCDONALD CONSTRUCTION CORPORATION,
a Federal corporation,

        Third Party Defendant.
_____/

              VOLUME III OF IV
               (Pages 290 - 415)

           VIDEOTAPED DEPOSITION OF
              JONATHAN KENNEDY, P.E.
```

EXHIBIT 21

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VOLUME III OF IV
(Pages 290 - 415)

| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | JONATHAN KENNEDY, P.E. |
| TAKEN BY: | The Defendant, Barnard Construction Company |
| DATE TAKEN: | October 22, 2010 |
| TIME: | 9:05 a.m. - 5:05 p.m. |
| PLACE: | Allen Dell, P.A.<br>202 South Rome Avenue<br>Suite 100<br>Tampa, Florida  33604 |
| REPORTED BY: | Tonya Hornsby-Magee, Registered Professional Reporter and Notary Public, State of Florida at Large |

1  cost model basis to estimate Tampa Bay Water's increased
2  costs of operating its facilities during a projected
3  two-year reservoir outage for construction of the
4  remediation project.
5      Q.  When did you prepare those first two sheets?
6      A.  I prepared these first two sheets either
7  earlier this week or late last week.
8      Q.  Okay.  Are you finished calculating Tampa Bay
9  Water's dollar losses as a result of having the
10 reservoir out of use either in prior years or the
11 potential in future years?
12     A.  On prior years, in my view, based on my
13 skimming of the report -- I was provided the report by
14 counsel last Wednesday, Counselor, by a Wade.  And I
15 have skimmed that report but I have not totally digested
16 it, and Dr. Adams and I really would want to look at
17 that report and better understand it before we can go
18 back and estimate the amounts of water involved to see
19 if that's in dispute.
20         The costs are tied to the -- to the amounts of
21 water, and I have not had a chance to finish the report
22 myself and then I was going to give it to Dr. Adams.
23     Q.  Do you have Exhibit 656 in front of you?
24     A.  656?
25     Q.  Yes.

1    A.    Yes.
2    Q.    Turn -- turn to Roman numeral V on Exhibit
3    656.
4    A.    Yes.
5    Q.    And Exhibit 656 are Tampa Bay Water's Amended
6    Rule 26 Disclosures that are undated that appeared to
7    have been mailed to the lawyers on the 20th of October,
8    two days ago.  Do you see that?
9    A.    Yes.
10   Q.    Now, Roman numeral V says 20 million dollars
11   based on 8.9 billion gallons of available water lost of
12   water year 2008 or TBD cost model.  Do you see that?
13   A.    Yes.
14   Q.    Has that cost model been prepared yet?
15   A.    The -- the -- a cost model has been prepared
16   and those are the sheets you have just had me look at.
17   And that cost model is projecting rates for the outage
18   of construction.
19   Q.    Well, has the -- has a cost model been
20   prepared for water year 2008?
21   A.    It -- it has not been adjusted for 2008 and it
22   would need to be adjusted for two things, the amount of
23   water which needs to be applied, which I would need
24   Dr. Adams to give me input on.  And I would need to go
25   back and recreate it based on the operating costs that

```
 1  were existing in fiscal 2008.
 2       Q.   How much money is Tampa Bay Water claiming for
 3  past use -- past lost/diminished use of the reservoir
 4  for the time period of March 8th to June 9th of '09?
 5       A.   Well, the --
 6       Q.   March '08 to June of '09?
 7       A.   The -- the answer is 20.014 million dollars
 8  based on the uniform rate, which is a revenue model.
 9       Q.   And then it goes on to say, or --
10       A.   That's -- that's correct.
11       Q.   -- dollar TBD.  Well, which is it, is it the
12  20 million dollars or is it the TBD number that Tampa
13  Bay Water is claiming?
14       A.   And I am going to have to finish a detailed
15  review of the Wade report to make sure that I understand
16  it, and Dr. Adams has to finish her review her review of
17  that Wade report and then we will decide is it -- is it
18  appropriate to adjust the revenue model or apply a cost
19  model.
20       Q.   Well, what difference would the Wade report --
21  Wade is an expert of water costs retained by Barnard
22  Construction, right?
23       A.   I --
24            MR. HARRISON:  Object to the form.
25       A.   -- don't recall who retained him.  I know he
```

1  is an expert in your defense, yes.
2     Q.  All right.  Well, what difference does the
3  expert defense report make on how much money Tampa Bay
4  Water's claiming for past lost/diminished use of water?
5     A.  It -- it makes a difference on two folds.
6  Again, I have skimmed the document and I understand that
7  he is disputing both the availability of the water and
8  the appropriateness of using a revenue model, and that
9  is what I need to further understand.
10    Q.  So you're going to pick an approach of using
11 either the 20 million dollars or the TBD amount for
12 Tampa Bay Water's damages after you read the defense
13 expert's report; is that what you're telling me?
14    A.  Yes.  I think we should be responsive to
15 additional information that need to we consider.
16 Neither Dr. Adams nor I are water economists.
17    Q.  Do you understand Mr. Wade's report enough to
18 know that he thinks the value of the past
19 lost/diminished use for the period of March '08 to
20 June '09 is zero dollars?
21    A.  Yes.
22    Q.  Do you agree with that?
23    A.  No.
24    Q.  Why?
25    A.  Because he is not looking at the cost to Tampa

```
 1  Bay Water regarding other things that are intangibles
 2  and -- and that's what I need to further evaluate.
 3       Q.   And are you prepared today to list for me what
 4  those intangible costs are, sir?
 5       A.   I can't list all of them today.  But the ones
 6  that jump out on me based on my skimming, I can identify
 7  for you, if you like.
 8       Q.   Well, don't you understand that you are the
 9  person designated pursuant to court rule to testify on
10  an informed basis about Tampa Bay Water's damages?
11       A.   I do.
12       Q.   And you're not prepared to do that today, are
13  you, sir?
14       A.   I'm prepared to give you as much as I can
15  based on a report that I received last Wednesday.
16       Q.   What you're telling me is, is that as a result
17  of the report that you received last Wednesday, Tampa
18  Bay Water is now going to change their damage claim; is
19  that right?
20       A.   It may.
21       Q.   And why isn't the 20 million dollars still an
22  appropriate number to include for the past lost use of
23  water from March '08 to June '09?
24       A.   Well, until I've completed my evaluation and
25  Dr. Adams has completed hers, it is the appropriate
```

1  number to use.
2      Q.  The same is true with respect to the future
3  lost/diminished use damages claims under Roman numeral V
4  B, that now that you have the Wade report, you don't
5  know if the 41 million dollars is the right amount of
6  damages to be claiming or not, true?
7      A.  I agree, I don't know if it is or not.
8      Q.  And you have to do a cost model to calculate
9  possible alternative damages for future lost or
10 diminished use, correct?
11     A.  That's correct.
12     Q.  And you haven't prepared that cost model yet,
13 have you?
14     A.  I have, and you have it.
15     Q.  Okay.  So -- so your work with respect to V(B)
16 is completed?
17     A.  It is.
18     Q.  Okay.  So is Tampa Bay Water claiming 41 to
19 48 million dollars from a future lost or diminished use
20 or are they claiming 20 million dollars?
21     A.  It's claiming 20 million dollars.
22     Q.  So we can strike out the 40 to 48 million
23 dollars and -- and move forward on the agreement that
24 Tampa Bay Water's damages for future lost or diminished
25 use have been reduced to 20 million dollars; is that

1        MR. HARRISON:  656.

2     A.    Okay.  Please.

3     Q.    Tampa Bay Water's Amended Rule 26 Disclosures,

4  that were served two days ago, says in Roman numeral V

5  A, that the past lost/diminished use claim is going to

6  be either 20 million dollars based on the revenue model

7  or a TBD amount, to be determined, on a cost model,

8  correct?

9     A.    That's correct.

10    Q.    If the cost model is the more accurate and

11 correct way to do the future lost damages, why wouldn't

12 the cost model also be the more accurate and correct way

13 to calculate the past lost or diminished use?

14       MR. HARRISON:  Object to the form.

15    A.    I think it can be, but I have to further

16 investigate what part of the desal production during the

17 time period of those 15 months was related to the

18 testing that we were doing to get it past its

19 performance tests as opposed to pumping of the desal

20 plant to meet our demands as our best faith effort

21 minimize our groundwater production fines from SWFWMD,

22 and I don't have that number yet.

23    Q.    So you're still playing with the numbers to

24 determine whether or not the cost model for past lost

25 use or the revenue model for past lost use is more

1  favorable to Tampa Bay Water, correct?
2          MR. HARRISON: Object to the form.
3      A.  Not correct.
4      Q.  What's incorrect about that?
5      A.  Your statement that it is most favorable to
6  Tampa Bay Water.
7      Q.  Well, aren't you trying to come up with the
8  most accurate damage calculation?
9      A.  Yes.
10     Q.  Wouldn't the most accurate damage calculation
11 be the one that's most favorable to Tampa Bay Water?
12     A.  No.
13     Q.  Well, why not?
14     A.  Because it should be accurate and be able to
15 be examined and stamped. That's what's important.
16     Q.  Well, it wouldn't be favorable for Tampa Bay
17 Water to move forward with an inaccurate model for
18 determining their damages, would it?
19     A.  That's correct.
20     Q.  And so the cost model is the more accurate
21 model and therefore the most favorable model to Tampa
22 Bay Water, correct?
23         MR. HARRISON: Object to the form.
24     A.  I misunderstood your use of the word
25 "favorable." I should have asked for a clarification of

1  that.
2          In the case of Roman numeral V, item B, in my
3  opinion the cost model is or the more accurate portrayal
4  of costs Tampa Bay Water will incur during the two-year
5  remediation period. I have not yet made that
6  determination on Roman numeral V, item A.
7      Q.  When do you expect to make that determination?
8      A.  I'm going to need another week of time to
9  review, having only had the Wade report since last
10 Wednesday evening.
11     Q.  Well, why does -- why do you need some other
12 side's expert report for you to calculate what the
13 proper damages for Tampa Bay Water should be?
14         MR. HARRISON: Object to the form.
15     A.  Because I want to make sure that I've taken
16 advantage of considering the items that are in the Wade
17 report. And if those things cause us to take a look at
18 how it is we've changed -- we need to make a change,
19 then we should be making a change.
20     Q.  And did the items in the Wade report cause
21 Tampa Bay Water to make a change in how they calculated
22 Tampa Bay Water's damages for future lost or diminished
23 use of the reservoir?
24         MR. HARRISON: Object to the form.
25     A.  Yes.