IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| TAMPA BAY WATER, | § | |
| A Regional Water Supply Authority, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 8:08-cv-2446-T27-TBM |
| | § | |
| HDR ENGINEERING, INC., a Nebraska corporation, CONSTRUCTION DYNAMICS GROUP, INC., a Maryland corporation, BARNARD CONSTRUCTION COMPANY, INC., a Montana corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, | § § § § § § § § | |
| Defendants. | § | |

## HDR'S AMENDED CERTIFICATE OF SERVICE

This is to certify that HDR's *Daubert* Motion to Exclude Opinion Testimony on "Loss of Use" Damages by Adams and Kennedy was filed with the Clerk of Court through the CM/ECF system on February 28, 2001 and electronic notice of the electronic filing was thereby sent to all counsel of record the same day.

Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

*/s/ KURT W. MEADERS*
WAYNE B. MASON, ESQUIRE
Admitted Pro Hac Vice
KURT W. MEADERS, ESQUIRE
Admitted Pro Hac Vice
1717 Main Street, Suite 5400
Dallas, TX  75201-7367
Telephone 469-227-8200
Facsimile 469-227-8004

HDR'S AMENDED CERTIFICATE OF SERVICE – Page 1

FORIZS & DOGALI, P.A.
TIMOTHY D. WOODWARD, ESQUIRE
Florida Bar No.: 0486868
JAMES K. HICKMAN, ESQUIRE
Florida Bar No.: 0893020
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL  33634
Telephone 813-289-0700
Facsimile 813-289-9435

ATTORNEYS FOR HDR ENGINEERING, INC.

## CERTIFICATE OF SERVICE

The foregoing instrument was electronically filed with the Clerk of Court through the CM/ECF system on February 28, 2001, which thereby sent a notice of electronic filing to all counsel of record the same day.

*/s/ Kurt W. Meaders*
KURT W. MEADERS