**ANALYSIS AND EVALUATION OF SOIL CEMENT CRACKING
AT TAMPA BAY RESERVOIR**

*Prepared for:*



**HDR Engineering, Inc.
Tampa, Florida**

*Prepared by:*



**BCI Engineers & Scientists, Inc.**
2000 E. Edgewood Drive, Suite 215
Lakeland, Florida  33803

BCI Project No. 8-13354 2

March 2010



BCI_RPT000001

## TABLE OF CONTENTS

1.0   INTRODUCTION AND BACKGROUND ....................................................... 1

2.0   SEQUENCE OF CONSTRUCTION.............................................................. 2

3.0   PERFORMANCE OF LOOSE FILL IN THE WEDGE ................................. 4

4.0   VOID FORMATION AND GROUTING REPAIRS ...................................... 6

5.0   WEDGE CONSTRUCTION AT NORTHEAST DAMAGED AREA............................ 8

6.0   WEDGE CONSTRUCTION AT SOUTHWEST DAMAGED AREA ......................... 11

7.0   ANALYSIS OF CAUSE OF DAMAGE...................................................... 13

8.0   CONSTRUCTION ERRORS AND OMISSIONS ......................................... 15

9.0   ANALYSIS OF GOLDER ASSOCIATES TECHNICAL CONCLUSIONS AND
      OPINIONS ................................................................................................. 16

      9.1   Golder's Damage Mechanism................................................................. 17

      9.2   Limited Extent of Cracking ................................................................... 19

      9.3   Timing of the Cracking........................................................................... 19

      9.4   Inconsistencies with Physical Evidence.................................................. 19

      9.5   Future Embankment Performance—Rapid Drawdown ....................... 23

      9.6   Future Embankment Performance—Increased Cracking .................... 23

REFERENCES ......................................................................................................... 27

FIGURES ................................................................................................................. 29

## LIST OF ATTACHMENTS

ATTACHMENT A  Curriculum Vitae Les Bromwell, Sc.D., P.E

ATTACHMENT B  Litigation Experience (4 Years) Les Bromwell, Sc.D., P.E

ATTACHMENT C  References

BCI_RPT000002

## 1.0   INTRODUCTION AND BACKGROUND

Tampa Bay Water ("TBW") has filed suit against HDR Engineering, Inc. ("HDR"); Barnard Construction Company, Inc. ("BCCI"); and Construction Dynamics Group, Inc. ("CDG") for damages allegedly suffered by TBW as a result of the development of unexpected cracking in the exterior soil cement facing of the CW "Bill" Young Regional Reservoir (the "Reservoir"). Barnard has joined its primary subcontractor, McDonald Construction Company, Inc. ("McDonald") as an additional party to the litigation. HDR has retained BCI Engineers & Scientists, Inc. ("BCI") and it's Principal Engineer Les Bromwell, Sc.D., P.E., to provide an independent analysis of the Reservoir's performance and the cause of the unexpected cracking found in the embankment's soil cement facing. This preliminary report provides my current evaluation and opinions on those subjects.

My curriculum vitae is provided in **ATTACHMENT A**. I have testified as an expert witness during the last four years. A list of each case in which I has testified as an expert witness during that period is attached as **ATTACHMENT B**. Dr. Bromwell's billing rate for his work on this case is $200 per hour.

The purpose of this report is to 1) evaluate the nature of the unexpected cracking which has developed at the reservoir; 2) analyze the geotechnical mechanism that led to that unexpected cracking, and 3) provide an opinion as to the causes of the unexpected cracking and the underlying geotechnical mechanism. The analysis and conclusions set forth in the report are based upon review of the following: design and construction phase project documentation, including design documents, project records such as daily reports and memoranda, and photographs; observations made during visits to the Reservoir; subsurface investigations; technical, scientific, and industry literature; interviews with personnel from both HDR and its subcontractor Ardaman & Associates, Inc.; information from other projects with flat plate soil cement erosion protection; technical analyses, and evaluation of the Reservoir; and overall education, training, and experience in Geotechnical Engineering generally and Dam and Reservoir design and construction specifically.

All of my opinions contained within this report are based on a reasonable degree of engineering certainty.

Inspection and study of the Reservoir is ongoing, and investigations into the conditions present within the embankment will continue for some time, particularly during drawdown of the reservoir. Moreover, discovery in this case is in its early stages, with the parties continuing to exchange documents and electronic information and depositions beginning March 2010. For these reasons, I reserve the right to amend, correct or supplement the information, analysis, and /or opinions contained in this report as may be necessary prior to the trial of this case.

BCI_RPT000003

## 2.0   SEQUENCE OF CONSTRUCTION

The final design cross section of the dam is shown schematically in **Figure II-1**. The as-built drawings show that the dam was constructed to lines and grades that reflect the design section. Some aspects of the design and the sequence of construction are important factors in evaluating the cause of damage to the soil cement, as will be discussed in this section of the report.

The soil cement was placed on the upstream slope of the dam to protect the compacted earth fill from erosion due to wave action. The soil cement was designed as a 16-inch thick layer (termed "flat plate") from the bottom up to a height that is just below the normal maximum operating water elevation, where it transitioned to stair-step horizontal layers that were 12 inches thick, extending to the crest of the dam. The crest road was also paved with a soil cement layer 6-inches thick.   Around most of the dam perimeter there is a toe bench with 12 inches of soil cement paving.

Another significant element of the design was the placement of a High Density Polyethylene (HDPE) liner 60-mils (approximately 1/16 inch) thick within the upstream section of the dam, as shown in **Figure II-1**. Such a liner is termed a geomembrane. The primary purpose of the geomembrane was to prevent excessive loss of Reservoir water by seepage through the embankment. The geomembrane was installed on a 2.5:1 slope, and the bottom of the liner was tied into a soil-bentonite seepage barrier that extended into the foundation silt/limestone layer in order to further reduce seepage losses.

Between the geomembrane and the soil-cement is a region of soils termed the "wedge," as shown in **Figure II-1**. Construction of the wedge was complicated by the need to keep earthmoving equipment from direct contact with the geomembrane in order to avoid potential holes or tears that would allow seepage to pass through to the main embankment section.

The basic procedures involved in construction of the earth dam involved clearing the site and preparing the foundation for construction of a soil-bentonite cutoff wall and placement of compacted fill, followed by construction of the embankment from the downstream toe to the inside 2.5:1 slope where the geomembrane was placed. Following installation of the liner in panels that were heat welded together to form the impervious membrane, a protective layer of soil was pushed over the geomembrane and spread by bulldozers. Placement of a protective layer was an allowed deviation to the specifications that facilitated the contractor's construction of the wedge, and avoided potential damage to the geomembrane.

Bulldozers working on a slope cannot compact sandy soils to the degree that heavy trucks and special compactors can compact on a horizontal surface. Therefore, the method adopted for initial fill placement on the wedge undoubtedly resulted in placing loose fill that did not meet the project density specification. The thickness of this loose fill, and its properties, are major issues that will be explained and discussed in this report.

Following placement of the protective layer or layers over the geomembrane, the construction of the remaining wedge area was done in similar fashion to the rest of the embankment fill, using

BCI_RPT000004

earthmoving equipment (principally scraper pans) to dump borrow soils in lifts that were spread by bulldozers and compacted by heavy rollers (such as sheepsfoot rollers and vibratory drum rollers). The project specifications required that the lifts be horizontal and also required that they be placed parallel to the embankment centerline, which was not always the case.

Another significant construction aspect that affected the performance of the wedge was the repair of areas where rainfall caused erosion of previously-placed fill. During high rainfall periods, the amount of erosion could be excessively large and widespread, as evidenced by photographs taken during construction. Photographs also show that eroded soils were replaced by bulldozers pushing fill up the slope and grading it to the final dimensions of the wedge.

The soil cement consisted of on-site borrow soils that met the specifications, mixed with Portland cement and water, and placed onto the wedge fill by haul trucks. Prior to placement of the soil cement material, a layer of geotextile was placed over the subgrade in order to provide a separation between the earth fill and the soil cement. After placement, the soil cement was spread by bulldozers, then compacted by loaded haul trucks and/or vibratory rollers.

The important aspects of the wedge construction for our purposes are the loose protective layer placed over the geomembrane, loose fill placed elsewhere, and loose backfill placed in erosion gullies. The significance of these construction methods as causes of the subsequent damage that occurred to portions of the soil cement is the primary subject of the following sections of this report.

BCI_RPT000005

## 3.0     PERFORMANCE OF LOOSE FILL IN THE WEDGE

Compaction to a specified density is a requirement of all engineered fill used to construct earth dams. Without compaction, the fill may not have sufficient strength to prevent slope failures; or a sufficiently low compressibility to prevent excessive settlement of the crest; or a suitable permeability for controlling seepage. In order to assure that the required engineering properties are achieved, minimum acceptable values of density are established, along with acceptable values of moisture content, for the various types of soil that will be used as fill.

In the case of the Reservoir, the minimum compaction was set at 95% of the maximum density as determined in an ASTM test procedure known as Standard Proctor Compaction (ASTM D698), and the acceptable range of moisture content was to be –2% to + 3% of the optimum moisture determined in the Proctor compaction test (Letter to Don De Pra from Barry Meyer, October 29, 2002, CAR0000817).

During construction, frequent testing of the fill is required in order to confirm that required compaction and moisture are being achieved. For the Reservoir, test records indicate that the fill met the requirements. However, the wedge fill placed by bulldozers was not tested, according to daily reports and discussions with HDR and Ardaman personnel.

Loose sandy soils have a metastable particle arrangement, as illustrated in **Figure III-1**. It is a well-known phenomenon that such soils can undergo large decreases in volume when they become saturated (Mitchell, 1975, p.77). Such materials are termed *collapsing soils*. Nearly all types of soils are subject to collapse under certain conditions, even clean sands with little silt or clay size particles (Lawton et. al, 1992).  The amount of collapse depends upon the initial moisture content of the soil and the degree of compaction. Dry soils generally experience greater degrees of collapse upon wetting. Such collapses can lead to large differential settlements of the fill and severe cracking (Lawton, et. al, 1992).

Various types of soil that existed in the near-surface strata at the Reservoir site were used as borrow material to construct the earth embankment and wedge. The soils ranged in classification from clean sands (SP) to silty sands (SM) to clayey sands (SC) and clays (CL/CH). Clays were not acceptable fill according to the specifications, but according to construction testing records at least some clays were placed in the fill. All of these soil types are subject to collapse settlement when placed in a loose condition.

Evidence of the potential for collapse of the Reservoir site fill soils is provided by laboratory tests completed during design of the project (LawGibb, 1999; Ardaman, 2000). The tests involved preparing soil samples to various densities and moisture contents, and then subjecting them to wetting and increased loads in a triaxial test cell.[1] The range of densities for the test samples was from 80% compaction to 95% compaction, and the range of moisture contents from 0.5% dry of optimum to 2% wet of optimum. Two types of soils were tested: silty sand with 14%

---

[1] The purpose of these tests was to estimate settlement that might occur at the south end of the reservoir, where compacted fill was placed around and over existing piles of uncompacted overburden soils from earlier phosphate mining. These piles would subsequently become saturated during operation of the reservoir.

BCI_RPT000006

passing the No. 200 sieve, and sandy clay with a Plasticity Index of 37. These soils are representative of the range of soils used during construction.

The test results are depicted in **Figure III-2**, which shows the volume change (expressed as a percentage of the original volume) that resulted from saturation of the samples under a consolidation load of 1,400 lbs/sq. ft. to 2,800 lbs/sq. ft., which represent about 12 to 24 feet of overlying earth fill.

Several relevant points with regard to collapse behavior can be gleaned from these tests. First, all of the silty sand samples decreased in volume upon wetting, even though the starting moisture contents were 2% wet of optimum. The percent volume change ranged from 11% for the sample compacted to 80% density to 2% for the sample compacted to specification density of 95%. For the sandy clay sample, moisture contents ranged from 0.5% dry to 1.5% wet of optimum. The largest volume change, as expected, occurred in the sample at the lowest density (82%) and the lowest moisture content (-0.5%). That sample experienced a volume change of almost 20%. In other words, a 2-foot thick layer of the material would collapse about 5 inches when saturated, and a 5-foot layer would collapse about 12 inches.

The implication of these tests on collapse settlement of the wedge soils, and the impact of such a collapse on the overlying brittle soil cement will be explored in the following sections.

BCI_RPT000007

## 4.0   VOID FORMATION AND GROUTING REPAIRS

The Reservoir was put into operation in June 2005, and was full (Elev. 136.5 ft) by November 5, 2005. The Reservoir level vs. time is shown in **Figure IV-1**. The level was partially drawdown to Elev. 114.7 between March and July 31, 2006, and then raised back to Elev. 131.5 by October 2006. The second drawdown, ultimately reaching Elev. 89.5 in late July 2007, began in late October 2006, and in December 2006, cracks in the soil cement flat plate were observed in the northeast section of the dam near Station 230. The cracks were wider than what would be expected from normal shrinkage, and as the Reservoir level continued to be lowered, additional cracks appeared in the northeast section and also in the southwest section around Station 90 to 100.

The third filling of the Reservoir began the end of July 2007, and reached Elev. 121.6 in late October 2007. The third drawdown began early January 2008, and reached Elev. 95.6 by early July 2008. During July and August 2008 the Reservoir was refilled to Elev. 105.4, and the fourth drawdown began in late September 2008, eventually reaching Elev. 76.0 in May 2009. Additional cracking was observed during the third drawdown, along with widening of some earlier cracks.

After the initial cracks were discovered, various investigations, instrumentation installations, testing, monitoring, and repairs were initiated. Relevant aspects and results of those programs will be referred to in this report. For the present discussion, the most significant aspects of the work that was accomplished involve the identification of voids beneath the soil cement by Ground Penetrating Radar (GPR), and the subsequent filling of the voids using cement-based grout. The repair program also included filling existing cracks from the surface using grout backfill. In addition, cracked soil cement was removed at several construction joints and replaced with concrete. The repair plan was developed by Black & Veatch, the System Engineer for Tampa Bay Water (Black & Veatch, March 3, 2009). Black & Veatch also monitored the repair work.

Based on voids detected in the GPR survey, the grouting program included the following stations: 70+00 to 110+00 (southwest corner), 175+00 to 195+00 (east side), 205+00 to 260+00 (northeast area), and 00+00 to 5+00 (north side). According to Black & Veatch, the remaining areas (approximately 54% of the dam length) did not reflect any significant damage, and were not subject to GPR or grouting (Black & Veatch, July 2, 2009). The grouting consisted of injecting grout on a 5-foot by 5-foot grid on the slope, covering the void areas identified on each GPR survey line. Grouting started at the toe of the soil cement and progressed upward to the highest row, which was located 20 feet downslope from the first stair step.

Grouting of the voids was conducted during the period March 11 through May 26, 2009, during which time a total of 34,916 cubic feet of grout was injected. The volume of grout injected (termed "grout take") at various points was quite variable, ranging from 0 (over 2,100 injection points) to greater than 100 cubic feet at over 100 points, and a maximum of 584 cubic feet in a single hole (Sta 230+40, Line 14). The distribution of average grout takes for various sections of the Reservoir are shown in **Figure IV-2**. The grout take is averaged for several contiguous

BCI_RPT000008

stations, and varies from very low (0.05 to 0.16 cubic feet per lineal foot) to a high of 22 cubic feet per lineal foot in the reach between Station 243 and Station 254. The pattern of grout injected in individual holes is shown in **Figure IV-3** and **Figure IV-4**, which shows the areas with the largest grout takes at the northeast area and the southwest area, respectively.

Following the grouting program, Tampa Bay Water's system engineer Black & Veatch concluded that the grouting program was so effective that confirming GPR testing was not necessary at the completion of the void repairs, and that maps of the grout takes provide adequate confirmation that the voids were repaired (Black and Veatch, March 3, 2009, pg. 18). They also stated that the soil cement and underlying soil wedge materials were restored to a condition that mitigates significant damage due to wave action and erosion, and "with monitored operation and maintenance, the soil cement should provide satisfactory slope protection without any fill elevation limitation" (Black and Veatch, March 3, 2009, pg. 20). FDEP and TBW accepted these conclusions, and allowed the Reservoir to be refilled to the maximum operating level in 2009.

Soil cement, as with all concrete-type materials, is characterized by low strength in tension, and low strain at failure.  Small shrinkage cracking of soil-cement is normal and expected.  Soil cement is a brittle material, and as such is susceptible to greater cracking when inadequately supported by the subgrade on which it is bearing. For that reason it is voids, not cracking per se, that control the performance of the soil cement as protection against wave action. As determined by FDEP consulting expert Dr. W. David Carrier, III, cracking itself does not affect the safety of the dam (Carrier letter to Richard Cantrell, FDEP, September 4, 2007); **ATTACHMENT C.** Rather, FDEP's stated concern is voids[2] (Deborah Getzoff to Janice Swenson, September 3, 2008); **ATTACHMENT C.** Also, as stated by Black & Veatch (March 3, 2009, pg. 19), significant damage would be caused by collapse of soil cement into underlying voids, thus exposing the dam to wave action and erosion.

Because voids directly control the performance of soil cement, void volume is a better measure of damage than is crack frequency. Therefore, this report adopts void volume as the means for quantifying damage. As shown by **Figure IV-5**[3], certain areas of the Reservoir (e.g., Station 75 to Station 110) have many cracks, but relatively little void volume.

Because grout take is a surrogate that reflects the distribution of voids beneath the soil cement, it provides a fundamental test for potential causation mechanisms and theories that have been advanced. Specifically, any causation theory must be able to explain why voids formed, and furthermore why void volume was highest in one area (Station 244 to Station 253) moderate in others (Stations 90 to 100, and Stations 229 to 232), and negligible in areas that comprise approximately 90 % of the 5-mile long dam, as shown in **Figures IV-2** and **IV-5**.

---

[2] FDEP stated its concerns in terms of "hidden damage beneath the flat plate soil cement," interpreted here to mean voids.

[3] Figure V-5 was prepared by summing for each Station the maximum individual widths for each crack greater than 6 mm (Black & Veatch, Flat-Plate Soil-Cement and Soil Wedge Maintenance and Monitoring Status Reports through October 2009)

BCI_RPT000009

**5.0**   **WEDGE CONSTRUCTION AT NORTHEAST DAMAGED AREA**

Of the 34,916 cubic feet of grout used to fill voids, approximately 31,400 cubic feet were placed in the northeast damaged area. This constitutes 90% of the total grout used. In order to understand why this area had the greatest amount of voids, it is necessary to review various aspects of the wedge construction in this area, including the weather conditions during construction.

According to Ardaman daily reports, the placement of wedge fill over the geomembrane started at Station 230+00 on or about October 10, 2003, and progressed northward, reaching Station 263+00 on or about December 20, 2003. During this ten-week period, the total rainfall was only 3.1 inches, with over half of it (1.9 inches) coming in the last week. Six of the weeks had no rain. It was the driest period of the entire Reservoir construction, as seen in **Figure V-1**.

The dryness of the borrow material being placed during this period is illustrated in **Figure V-2**, which shows a haul truck being loaded by a hydraulic excavator, and dust being blown from the dumped dry soil. **Figure V-3** shows dry fill being pushed over the geomembrane.

Dry fill is also referenced in the Reservoir Progress Meeting Minutes during the period October—December 2003 (**ATTACHMENT C**):

> Oct. 28, 2003: Covering liner from Sta. 240+00 to 245+00. Fill seems to be a little dry.

> Nov. 11, 2003: Covering liner from Sta. 230+00 to 250+00. A little dry. McD doing a good job keeping up with the water trucks. (See **Figure V-4** showing cover construction week of November 8, 2003).

> Dec. 10, 2003: Covering liner from Sta. 253+00 to 4+00. Moistures are low. Some tests are failing. McD is running water trucks and are chasing fill. (See **Figure V-5** showing cover construction week of December 10, 2003).

> Dec. 12, 2003: Covering liner from Sta. 225+00—205+00 and 245+00—250+00. Embankment going good (handwritten word added: DRY).

As explained earlier in Section 3, construction of the wedge involved placement of an initial protective layer of bulldozed fill over the geomembrane. According to information provided by HDR and Ardaman staff, this was an allowed deviation to the specifications that facilitated the contractor's construction of the wedge. HDR's and Ardaman's directive was that the protective layer would be 2 feet in thickness. However, the notes taken at a contractors' meeting on August 26, 2003 (**ATTACHMENT C**) include a sketch showing the cover protective layer as "3'min". And numerous photographs taken during construction indicate that a much thicker layer was placed in some areas. In particular, photographs taken in the northeast area during initial wedge construction show dry fill being placed in very thick lifts.

BCI_RPT000010

**Figure V-6** shows bulldozers pushing a thick layer of fill upslope over the geomembrane. Using the inspectors for scale, the thickness of the fill is estimated to range from 4 feet to more than 6 feet. **Figure V-7** shows the bulldozer placed fill reaching the top of the geomembrane. The vertical joints between individual geomembrane panels are approximately 20 feet apart. Using the joints as scale, the thickness of the cover layer is about 10 feet.

Further elucidation of the wedge fill construction is shown in **Figure V-8** where loose and rutted bulldozed fill can be seen on the upper left side of the photograph, and on the upper right, a second layer (darker color) of bulldozed fill is being placed over the cover layer previously placed. This would result in even thicker deposits of loose fill. Thicker layers of soil result in less compactive effort and therefore lower density. In addition, the magnitude of collapse is proportional to thickness, so thicker layers result in greater void volumes. Also, as shown in **Figure V-8**, the loose fill immediately over the liner is being covered with compacted fill on the lower portion of the slope where compaction of a horizontal lift is in progress.

In addition to placing bulldozed fill over the geomembrane, portions of the wedge were completed using bulldozers, as shown in **Figure V-9**, where the dozers can be seen pushing fill up the slope to complete the wedge, and in **Figure V-10**, where a second layer of pushed fill is again being placed over the initial cover layer. The area shown in **Figures V-9** and **V-10** is where the most severe damage occurred—the area between Station 244 and Station 253. This area is also shown in **Figure V-10**, and it is significant to note the ramps at both sides of the area covering the loose fill that was placed over the liner. Subsequent inundation of the loose soils led to collapse, followed by void formation beneath the soil cement and cracking of the soil cement. In this area from Station 244 to Station 253, the amount of collapse caused the large scarp feature that formed (shown in **Figure V-11**), and which is still visible today.

The area from Station 244 to Station 253 also had by far the largest grout take of any section of the Reservoir—15,845 cubic feet of the total 34,916 cubic feet. In addition, the grouting only filled the voids beneath the scarp, and did not lift the scarp back to its original position. The slumped scarp area shown in **Figure V-12** is estimated to be about 20,000 cubic feet, which results in a total estimated void volume of 35,845 cubic feet in this area. Thus this one area, constituting 900 feet of the 26,300 feet of total dam length (3%) represents 65% of the damage to the Reservoir.

Summary of Wedge Construction at Northeast Damaged Area.

Layers of loose fill greater than the intended 2 feet thickness were placed by bulldozers as cover over the geomembrane. Rainfall data and construction records indicate that portions of the fill were placed drier than in other areas of the embankment.

Laboratory tests on samples of the soils used as fill showed that the soils are collapsible when inundated. The percentage volume change varies with degree of compaction and initial water content, with greatest collapse occurring in loose (80% relative compaction) and dry (0.5% dry of optimum moisture) sandy soil. Volume changes up to 20% can occur under such conditions.

BCI_RPT000011

Because the initial cover over the liner varied in thickness, and was not moisture-conditioned and compacted to comply with the specifications for compacted fill, the extent to which collapse occurred was extremely variable. The combination of loose soils, their thickness, and their dry condition caused the highest potential for collapse in the northeast area. When the Reservoir was subsequently filled, this area experienced the greatest void volume and damage to the soil cement.

BCI_RPT000012

## 6.0    WEDGE CONSTRUCTION AT SOUTHWEST DAMAGED AREA

Construction of the wedge fill at the southwest corner of the Reservoir, specifically in the damaged area between Station 88 and Station 100, occurred during the time period from June 2004 through mid-September 2004. To set the stage for subsequent events, the chronology of the construction will be briefly summarized. **Figure VI-1** shows the construction history and the weekly rainfall during wedge construction from Station 88 to Station 102.

Placement of the initial cover fill over the geomembrane liner in the southwest area began in early June 2004 at Station 88+00 and proceeded progressively to Station 100+00 on July 1, 2004. Rainfall was consistent throughout this time period, with a total of 12.8 inches for the 3 weeks in June, and monthly totals of 4.3 inches for July and 15.7 inches for August, respectively. The daily logs indicate repeated slope grading by dozers, much of which was likely to have included reworking wet fill and replacing fill in erosion gullies following heavy rainfall.

We have not been provided photographs of the southwest area during the time period when the wedge was being constructed, but photographs of other sections of the reservoir construction reflect the problems caused by rainfall erosion during this time period. **Figure VI-2** shows erosion damage to the earth fill after a heavy rain in June 2003. The wedge fill and upstream slope grading was essentially complete by August 12, when work was shut down for Hurricane Charley, which passed through the area on Friday August 13. During the three-week period centered around Hurricane Charley, the site received approximately 9 inches of rain (Inlow memo, September 29, 2009).

Prior to Hurricane Charley's arrival, a plastic cover was placed over the fill between Station 88 and Station 90. Following the hurricane, the logs are replete with notations of slope regarding, repair of washouts, removal of wet material, saturated subgrade, backfilling, backfilling from crest, and blading to let dry, all of which are indications of problems caused by excessive rain. From July 30, when the initial wedge fill was complete, through the end of September 2004, the field density test results indicate that only two tests were made in the wedge fill between Station 88 and Station 100.

On September 6, Hurricane Frances passed through the area, bringing approximately 7.6 inches of rain, and severe erosion of exposed slopes, as shown in **Figures VI-3** through **VI-6** taken on the downstream slope. As **Figure VI-3** shows, even grassed slopes were severely eroded. **Figure VI-7** shows erosion of the wedge fill where soil cement has not yet been placed. Finally, on September 18, the flat plate soil cement reached Station 100+00, ending the repeated cycle of filling, followed by rainfall erosion, followed by backfilling that had been repeated throughout the wet summer of 2004.

Because the notations in the field logs indicate that replacement of wedge fill in the affected area was done by bulldozers, it is very unlikely that it achieved the density required to prevent subsequent collapse when inundated. **Figure VI-8** shows a bulldozer pushing fill to repair a downstream slope damaged by heavy rain. We find no evidence that any of the fill that was used for repair of these eroded areas was compacted under specified controlled conditions, or was

BCI_RPT000013

tested to ascertain compliance with the specifications. This resulted in areas of loose fill that collapsed upon subsequent Reservoir filling, and eventually resulted in the formation of voids beneath the soil cement, accompanied with unusual cracking.

The total amount of grout that was used to fill voids between Station 88 and Station 101 is portrayed on **Figure IV-2, Figure IV-4,** and **Figures IV-5.** The station-by-station amounts are tabulated in Black& Veatch's 2009 Regional Reservoir Short Term Repairs Report (FDEP002493). The total volume of voids filled between Station 88 and Station 101 was 3,358 cubic feet, which is approximately 10% of the total grout take around the Reservoir. Although the number and size of cracks in this area was significant, as shown in **Figure IV-5,** the damage as measured by void volume was not nearly as great as the northeast area.

In addition to the relatively small volume of voids, the pattern of grout take, as shown by the individual grout hole volumes in **Figure IV-4,** is distributed very differently than the grout take pattern in the northeast area, shown in **Figure IV-3.** The grout take in the northeast area was distributed over broad areas, indicating extensive void formation both horizontally and vertically, particularly in the most damaged area between Station 244 and 253. However, at the southwest corner, the grout take was primarily in small discrete areas, most of which are aligned parallel to the slope. Some of these areas are aligned with day joints, but others are not in close proximity to a construction joint in the soil cement.

Summary of Wedge Construction at Southwest Damaged Area

The pattern of the grout take at the southwest damaged area is consistent with collapse of loose fill placed in erosion gullies, which are primarily formed parallel to the slope during rainfall runoff. Infiltration of rainfall into cracks at construction joints may also have resulted in both collapse and erosion of fill beneath the soil cement. Eroded fill may well have washed into other voids caused by collapse of loose fill, leaving a preponderance of unfilled voids in the vicinity of construction joints.

The details of how voids and erosion of fill beneath the soil cement interact to affect the cracking and collapse of soil cement are not known. However, the mechanisms of void formation at both the northeast and the southwest damaged areas appear to be basically the same. The primary difference appears to be the manner in which the wedge fill was constructed, and the differences in rainfall that created different construction problems. But in both cases the net result was the same—loose fill subject to collapse upon wetting, which ultimately caused the formation of voids beneath the soil cement.

BCI_RPT000014

## 7.0   ANALYSIS OF CAUSE OF DAMAGE

In order to determine the cause of the voids and cracks, why they occurred when they did, why they occurred at specific locations, and why there was so much variability in the severity of damage, we made an extensive review of reports, photographs, data analyses, and relevant documents.

Several key aspects of the wedge fill construction emerged during our review: the placement of an uncompacted layer of fill of variable thickness against the geomembrane; the filling of large erosion gullies with bulldozer-placed fill; and the placement and grading of the top layer of wedge fill with bulldozers. These construction methods were all potential sources of loose fill that was subject to collapse when inundated during reservoir filling. In areas where thicker layers of loose and dry soil were placed against the geomembrane (northeast area), or where very wet soils had to be worked and reworked by bulldozers (southwest area), the combination of loose soils and adverse weather conditions resulted in cracking and damage of the soil cement.

### 7.1   Damage Mechanism

My investigation of the cracking and damage to the soil cement has shown that the basic mechanism is initiated by the collapse of loose fill material placed within the wedge area during construction. Depending upon the placement density, moisture content, and soil type, the collapse could be as much as 20% of the initial volume. That is, a 5-foot thick layer of soil could collapse as much as 1 foot.

The soil collapse occurs during initial wetting—that is, as the Reservoir level rises. A void is created over the collapsed soil. The soil overlying the void is compacted fill at 95% density or higher. As the compacted soil loses its underlying support, it will tend to fall into the void. In order for this to happen, negative pore water pressures generated during shear must dissipate in order to reduce the shear strength of the soil.

This process takes time to occur, and as it does, the void progresses vertically upward, leaving sheared soil behind. The shear planes observed in the Black & Veatch test Pits (Black & Veatch, February 20, 2009 and April 30, 2009) are an artifact of this process, which is similar to vertical stopping or collapse of a mineshaft that is unable to support the weight of overlying material. It can also be visualized as watching an air bubble move slowly upward through a very viscous fluid. This time-dependent upward movement of voids explains why cracking did not occur during the first (partial) drawdown in mid-2006, but began to occur during the second drawdown in late 2006.

The progressive upward movement of a void eventually brings it to the underside of the flat plate soil cement. The soil cement can bridge over small voids, but it has limited tensile strength and as the voids become larger, the soil cement tensile strength is exceeded and cracks appear. If the voids are large enough, a section of soil cement will collapse. The large scarp between Station 244 and Station 253 in the northeast area illustrates such a collapse of the soil cement. Other smaller collapses also occurred, and as the grout takes shown in **Figures IV-3** and **IV-4**

BCI_RPT000015

illustrate, some areas cracked without collapsing, and some voids formed beneath the soil cement without causing a crack to form. All of these phenomena can and did occur depending upon the size and distribution of the voids.

The collapse mechanism also explains why the northeast area experienced more damage than any other part of the reservoir, and why the cracking pattern in the southwest area is very different than the northeast area. The extensive cracking in the northeast area can be attributed to a thicker layer of loose fill that was also dry. Areas that did not receive such a thick layer, or where the fill was better compacted, did not collapse as much, or at all. In the southwest area, the fill had to be handled, worked, and replaced much more than other locations because of the extensive rainfall that occurred during liner construction in that area. As a result, bulldozer fill that was looser than compacted fill was used to backfill and regrade many areas. Although extensive cracking occurred in the southwest area, the damage in terms of voids and grout volume was much less than at the northeast damaged area.

## 7.2   Additional Void Formation and Downslope Movement of Soil Cement

After cracks formed in the soil cement, rainfall infiltration or rising Reservoir water could fill the cracks and underlying voids, and pressurize the water they contain. This water pressure would reduce the friction between the soil cement and the underlying fill, resulting in downslope displacement of cracked portions of the soil cement. Such displacement is shown in the Black & Veatch test pit photographs (Black & Veatch, February 20, 2009 and April 30, 2009). As the water pressure is relieved (by subsequent flow out of the cracks) the downslope movement stops. This stick-slip movement was detected by extensometer instruments installed after the cracking occurred, and is shown in **Figure VII-1** for Stations 99+50 and 250+00.

Some of the voids beneath the soil cement may have been secondary voids; that is, voids that formed due to water infiltration that redistributed wedge fill from beneath the soil cement, contributing to void formation as well as increasing the likelihood of downslope movement. Although such soil may have moved from void to void beneath the soil cement, the volume of redistributed soil was not significant in terms of increasing the total volume of voids. That is, the evidence (from both sidescan sonar surveys and visual examination) is that little soil was washed out from beneath the soil cement and then redeposited either below the soil cement in the vicinity of the toe bench or in the reservoir bottom. This point will be explained in more detail in Section 9 of the report.

## 7.3   Summary of Opinion of Damage Mechanism

It is my opinion the placement of zones of collapsible soil, which became inundated by rising Reservoir water level, led to the formation of voids beneath the flat plate soil cement. Theses voids initiated the cracking of the soil cement where it occurred, and resulted in further damage that required large quantities of grout to fill the voids and cracks, thereby stabilizing the soil cement.

BCI_RPT000016

## 8.0   CONSTRUCTION ERRORS AND OMISSIONS

Based on our study and evaluation, the following errors and omissions in construction of the wedge fill were major contributors to the damages that occurred to the soil cement:

- Placement of loose fill against the geomembrane using bulldozers

- No moisture control of loose fill

- Excessive thickness of loose fill

- No testing or Quality Control of loose fill

- No documentation of changes and deviations from the specifications with regard to requirements for placement of fill

- Backfill of eroded gullies with loose fill

- Final grading of the wedge fill with bulldozers and no compaction control

Considering the above factors, it is our conclusion that if the fill within the wedge had been compacted as intended by the design engineer (HDR), the problems with the soil cement would not have occurred.

BCI_RPT000017

## 9.0   ANALYSIS OF GOLDER ASSOCIATES TECHNICAL CONCLUSIONS AND OPINIONS

Golder Associates, Inc. (Golder) was retained in October 2008 by Allen Dell, PA, a Tampa based law firm representing Tampa Bay Water, to assist in determining and evaluating the cause or causes of distress to the soil cement facing of the Reservoir. On January 8, 2010, Golder issued a report entitled "Assessment of the Cause(s) of Distress to the Upstream Facing at the Tampa Bay Storage Reservoir in Hillsborough County, Florida."

This section of our report reviews the conclusions and opinions advanced by Golder regarding the mechanisms that caused the unusual soil cement cracking and formation of voids. It focuses on those issues that affected the performance of the soil cement and does not explicitly address the allegations made by Golder against HDR Engineering, Inc., Barnard Construction Company, Inc. (BCCI) or Construction Dynamics Group, Inc. (CDG) with regard to their failures to meet Standard of Care requirements or to perform in accordance with the contract documents. Golder does not connect these allegations to the causation of cracking. Therefore, we leave such items for other experts to address.

We begin with a review of Golder's assessment of the mechanisms that caused the soil cement distress, discussed on pages 114-117 of their report. We analyze and discuss the assumptions and analyses that led to their conclusions and opinions, and contrast them with the findings of our study.

A brief summary of Golder's "most likely explanation for the distress observed in the soil-cement facing" is as follows [115]:

1. As the Reservoir was drawn down, the soil wedge drained more slowly than the Reservoir level dropped.

2. This resulted in excess water pressures occurring at the base of the soil cement facing.

3. The flat plate soil cement weight can only resist 2.8 feet of excess water pressure at the base.

4. As a result of the normal Reservoir operation in 2006 to 2009 excess water pressures were generated at the base of the soil cement, in places, that resulted in lifting of the flat plat soil cement and cracking of the soil cement.

5. As the flat plate soil cement was lifted slightly, the excess water pressure would dissipate temporarily

6. As the soil cement was lifted slightly, the excess water pressure would dissipate temporarily. However, continued seepage from the face of the soil wedge under the soil cement would continue, resulting in softening of the face of the soil wedge, possibly local instability of the face of the soil wedge, and seepage-induced erosion of soil down the slope under the soil wedge.

HDR Engineering
Analysis and Evaluation of Soil Cement at Tampa Bay Reservoir

BCI Project No. 8-13354.2
March 2010
Page 16

BCI_RPT000018

7. Erosion along the face of the soil wedge from the top of the slope and redeposition on the lower part of the slope was further exacerbated by rainwater runoff entering the cracks and flowing down the slope between the soil cement and the soil wedge.

8. The processes described above repeated themselves as the Reservoir drawdown continued and rainfall occurred. The result was a loss of soil under the upper part of the flat plate and an accumulation of soil under the soil cement in the lower parts of the slope above the bench.

9. Also, as the Reservoir level rose, water in the Reservoir flowed through the cracks and down the slope beneath the soil cement, further eroding the surface of the wedge, and, in some cases, completely removing soil from beneath the soil cement, as eroded soil was washed back through cracks in the lower part of the soil cement and into the Reservoir.

## 9.1   Golder's Damage Mechanism

Golder's hypothesis of why the initial cracking occurred invokes excess water pressures under the soil cement during drawdown of the Reservoir level.  To support that hypothesis, numerous seepage analyses were made [pg.93ff]. Golder's conclusions from the seepage modeling results are that "there are reasonable combinations of soil wedge and flat-plate soil-cement permeabilities that result in excess water pressures.....high enough to lift the 16-inch flat-plate soil-cement facing." [104]

Golder used the mean laboratory measured value of permeability for the wedge fill, which is a reasonable approach. However, Golder's "reasonable" value chosen for soil cement was up to 45 times lower than the mean value of 0.127 ft/day that Golder measured on 15 core samples of flat plate soil cement taken from the Reservoir. Golder ignored the laboratory value, and instead used permeability values from the technical literature, none of which involved soil cement from the Reservoir. The value that was selected in order to demonstrate the potential for cracking during drawdown was 0.0028 ft/day, which as stated above is 45 times lower than their measured mean value.[4]

---

[4] A soil cement permeability value that is lower than the wedge soil value results in slower drainage of water from the wedge and hence higher pore water pressures during drawdown.

BCI_RPT000019

If Golder had used the mean value of permeability that they measured from core samples of soil cement, it is likely that they would have predicted no cracking. In fact, they state [101] "Predicted excess water pressure greater than 2.8 feet is negligible if the flat-plate soil-cement permeability is in the upper part of its probable range of values." **Figures 5-25, 5-26, and 5-28** in their report show that in fact, no significant excess pore pressures exist under actual drawdown conditions for any of the measured values of soil cement permeability.

Golder criticizes HDR for implicitly using a soil cement permeability equal to the wedge fill permeability in their design, and states that HDR should have used a lower permeability than the wedge fill. [96] The Golder report, however, fails to note that their measured mean value of soil cement permeability (0.127 ft/day) was nine times higher than the mean vertical permeability measured on 49 samples of as-placed wedge fill (0.014 ft/day). [78] Golder concluded that the "probable range of permeabilities of the soil wedge is judged to be 0.0016 ft/day to 0.11 ft/day." [79] In other words, Golder's entire range of soil wedge permeabilities is higher than their measured mean permeability value of soil cement of 0.127 ft/day. Rather than supporting Golder's criticism that HDR should have used a soil cement permeability lower than the wedge fill, the Golder and Black & Veatch measured permeability values support HDR's design assumption of equal permeabilities, even without taking advantage of the pressure relief afforded by the shrinkage cracks in the soil cement.

In addition, there are several reasons to expect that the in-place permeabilities of both the wedge fill and the soil cement are higher than values used by Golder for their analyses. Golder acknowledges that the fill directly above the geomembrane was pushed up the slope by bulldozers, was relatively uncompacted [65], and was therefore likely to be substantially more permeable than the compacted fill. In addition, Golder cites low blow counts (N values) in the first 6 inches of SPT tests by Black & Veatch as indicative of a loose or "fluffy" zone in the uppermost portion of the wedge beneath the soil cement. Golder did not include either of these layers, of which they were obviously aware, in their seepage analyses. The inclusion of two inclined high permeability layers along the boundaries of the wedge fill would have provided some degree of underdrainage to reduce any excess water pressures.

Golder also did not take into account the potential relief of excess pore pressures through the construction "day joints" in the soil cement, whose wetness above the Reservoir level was noted during site visits and can be seen in oblique airphotos taken in June 2008. Additionally, Golder did not take into account the potential relief of excess pore pressures through the normally occurring shrinkage cracking in the soil cement.

Furthermore, as Golder acknowledges, cracking produced by uplift pressures would allow these pressures to dissipate [115], and thus cracking becomes self-regulating. Nevertheless, Golder did not incorporate this effect, nor the ones described above, into their seepage model.

For the reasons described above, Golder's hypothesis that excess water pressure beneath the soil cement was the primary factor initiating the observed cracking of the soil cement [114] is wrong.

BCI_RPT000020

## 9.2    Limited Extent of Cracking

Golder does not explicitly analyze sections of the dam where no cracking occurred. Presumably this is because they would have to change their permeability assumptions in order to show that no cracking would be expected. In fact, Golder's only explanation of why the entire Reservoir did not exhibit cracked soil cement is that "It is not possible to isolated all the specific factors that caused the unusual cracking" [117] and "The reason the cracking was not observed everywhere is the result of many subtle differences." [116]

Golder never establishes that the conditions needed to confirm their causation mechanism actually existed at any cracked location within the Reservoir, or that they did not exist at locations that did not crack. They merely show that by choosing certain values of permeability for one location, and other values of permeability for another location, one can predict cracking in the one case and no cracking in the other. In other words, the desired result can be obtained if the right input parameters are selected. This does not demonstrate that Golder's causation mechanism produced the cracking, but instead suggests that one should look elsewhere for the reason.

For the reasons described above, Golder's explanation of why the cracking occurred in only a limited area of the Reservoir, and not throughout the entire perimeter of soil cement, is wrong.

## 9.3    Timing of the Cracking

Golder states that their analyses indicated that **excess** water pressures large enough to cause cracking developed during the first drawdown from March 5, 2006 to July 3, 2006. [101] However, no cracking was observed until the second drawdown in December 2006. [7] Golder's causation hypothesis also does not explain why cracking occurred in some areas during the second drawdown, and in others during the third drawdown in 2008-2009. The reader is left to infer that it is due to the "subtle differences" in properties that were referred to earlier. A valid causation theory should explain both the time lag in the initiation of cracking, as well as the continued cracking during the subsequent drawdown.

Because Golder's causation hypothesis does not explain why cracking did not occur until the second drawdown, when their analyses indicated that the conditions necessary to cause cracking existed during the first drawdown, the causation hypothesis is wrong.

## 9.4    Inconsistencies with Physical Evidence.

As described previously, Golder's causation mechanism involves the following sequence of events:

-   During drawdown, excess pore water pressure develops within the soil wedge beneath the soil cement

-   The excess pressure uplifts the soil cement and causes it to crack.

BCI_RPT000021

- Continued seepage from the wedge causes local instability of the face of the soil wedge, and seepage-induced erosion of soil beneath the soil wedge.

- Erosion from beneath the soil cement is further exacerbated by rainfall runoff entering the cracks, causing loss of soil under the upper part of the soil cement and an accumulation of soil under the soil cement in the lower parts of the slope above the bench.

- Following drawdown, as the Reservoir level rose, water flowed through the cracks and down the slope beneath the soil cement, further eroding the wedge soil, and in some cases eroded soil was washed into the Reservoir.

The physical evidence to examine the validity of these statements, and hence the credibility of Golder's causation mechanism as a guide to future performance of the Reservoir, will be described and contrasted in this section of the report. In particular, Golder's damage model will be examined with respect to the following aspects: extent of cracking, crack timing, crack elevations, formation of voids, and erosion of soil.

**Extent of Cracking.** Golder does not have a good explanation for why cracking only occurred over a very limited area of the Reservoir. Extensive cracking exists between Station 75 to 101, and Station 225 to 254, a distance of 4,760 feet, which is approximately 18% of the Reservoir length. More than "subtle differences" in the properties of the fill and the soil cement would be needed to explain the vast difference in performance between 18% of the Reservoir and the remaining 82%. In particular, the difference between the 900-foot long scarp area at Station 244 to 253 and the remaining 4.8 miles of the Reservoir is striking. Such a difference in performance indicates very major differences in soil behavior, not "subtle differences," and thus cannot be explained by Golder's hypothesis.

**Timing of Cracks.** Golder does not have an adequate explanation of why cracking did not occur during first drawdown, when their seepage analyses indicated excess pore pressures large enough to cause cracking. Because their cracking mechanism is triggered whenever the water pressure exceeds 2.8 feet, it is not able to explain the time delay in cracking that occurred, nor the reason that the cracking bore no relationship to the fluctuations in the rate of drawdown that occurred during the three drawdown periods from March 2006 to February 2009.

**Elevation of Cracks.** Golder's seepage analyses predict that the largest excess pore water pressures will occur near the end of the drawdown, and at the lower elevations of the soil cement (generally around Elevation 85 ft). In reality, the crack survey does not identify any cracks below Elev. 97 ft. All of the surveyed cracks are upslope from the cutoff wall, and over the geomembrane. There are no significant cracks where Golder predicts the highest pore water pressures and most crack formation. This failure to predict the elevations where the most severe cracking would occur reflects a serious inadequacy of the excess pore pressure causation theory, and begs for a more accurate and comprehensive causation hypothesis.

HDR Engineering
Analysis and Evaluation of Soil Cement at Tampa Bay Reservoir

BCI Project No. 8-13354.2
March 2010
Page 20

BCI_RPT000022

**Formation of Voids.** In order to go beyond explaining how initial cracking of the soil cement occurred, a credible causation mechanism must explain the damage that resulted from voids underlying the soil cement. Golder's explanation is labored and inconsistent with the physical evidence.

Referring back to the historical description in Section 5, during the third and fourth drawdowns, when some of the cracks in the soil cement grew larger, and additional cracking occurred; extensive investigations were undertaken to evaluate the extent of the problem and its possible causes. One of the most revealing investigations was a GPR study that showed areas of voids beneath the cracked soil cement. Subsequently, all of the involved parties—Tampa Bay Water, FDEP, Black & Veatch, and HDR—agreed that voids were the problem, and that grouting of the voids would provide assurance that the Reservoir was capable of being operating without constraints on the design water levels. It was also agreed that the soil cement cracking was a maintenance issue and not a dam safety issue.

Excess water pressures beneath the soil cement are not only at odds with the physical evidence of how and where cracking occurred, it cannot explain how voids occurred without invoking rainfall as the driving mechanism.

According to Golder's causative theory, once the cracks were initiated by excess water pressure, the pressure dissipated through the cracks. This is a logical mechanistic explanation; that is, if excess water pressures build up, the soil cement will crack and relieve the pressure, without significant damage to the protective quality of the soil cement.

Golder's explanation of how voids formed involves a complicated and unrealistic process of "seepage-induced erosion of soil down the slope under the soil wedge", and "rain water runoff entering the cracks and flowing down the slope between the soil cement and the soil wedge." [117] According to Golder, "the result was a loss of soil under the upper part of the flat-plate and an accumulation of soil under the soil-cement in the lower parts of the slope above the bench." [117]

In fact, it is likely that the infiltrating rainfall caused additional water pressure as it filled the voids beneath the soil cement, and very well may have resulted in instability at the soil cement—wedge fill interface, resulting in downslope movement of cracked slabs of soil cement. However, if this was the operative mechanism, it depended upon voids being present below the soil cement before the instability occurred, rather than as a result of the rainfall infiltration.

Golder's explanation of void formation as a result of the rainfall washing soil downslope beneath the soil cement is in direct conflict with the physical evidence. First, if rainfall caused the voids, then one would expect a fairly uniform distribution of voids in the cracked areas of soil cement, since rainfall is fairly uniform around the Reservoir. In fact, since crack occurrence and width of cracks is greatest in the southwest corner of the Reservoir, the greatest occurrence of voids should have occurred in that area. Conversely, by far the greatest occurrence of voids is at the scarp feature in the northeast area, where an estimated 65% of the total void volume occurred.

BCI_RPT000023

The voids at the southwest corner were a relatively minor percentage of the total void volume, approximately 18%. Void formation by rainfall erosion cannot explain this distribution of voids—65% in a localized area (Station 244 to 253) and 18% in a less cracked area (Station 90 to 100).

**Soil Erosion Beneath Soil Cement and Downslope Deposition.** Golder's explanation of how the voids formed, and where the eroded material went, constitutes the ultimate discrepancy of their flawed causation mechanism with the physical evidence. According to Golder, the voids occurred because of rainfall infiltration into the cracks in the soil cement, which caused erosion of the underlying wedge fill, which was carried down to the lower levels of the soil cement where it redeposited under the soil cement in the lower parts of the slope above the bench. The remainder of the eroded soils was washed into the Reservoir bottom.

This explanation is contrary to all physical evidence regarding any observations of sedimented soil in the Reservoir or changes in the topography of the slope. Based on the grout volumes and approximate estimates of the scarp volume at the northeast area, the total void volume beneath the soil cement was approximately 55,000 cubic feet. This is equivalent to a cube of material approximately 37 feet on a side, or a building three stories high by 37 feet in width and length. No such volume of material at the toe of the slope or inside the Reservoir has been seen or measured. Where did this volume of eroded soil go? Where is it? The answer, as explained in Section 7, ANALYSIS OF CAUSE OF DAMAGE, is that the voids represent the volume change that resulted from loose fill that collapsed within the wedge.

Relatively little of the wedge soil was eroded and moved downslope beneath the soil cement or exited onto the Reservoir floor. Small bulges occur along the toe bench in parts of the northeast area. We have not seen a survey of these bulges, but the size of the bulges indicates that only a relatively small volume of eroded sand can be accounted for at these locations.

Golder states that there is no evidence of any toe bulge in the most damaged area of the soil cement in the northeast area between Station 240 to 250. [64] In this area the estimated total volume of voids was approximately 35,000 cubic feet, and there is no evidence that any of the soil that occupied that void space was deposited beneath the soil cement further down the slope. In fact, a significant amount of grout was used to fill voids on the lower slope above the bench, as shown in **Figure IV-3**. And as explained below, the floor of the reservoir did not receive a measurable amount of eroded soil that had occupied grouted voids.

Conclusive evidence of the lack of significant soil redeposition in the Reservoir bottom is shown by the annual sidescan sonar surveys that measured changes in the elevation of the Reservoir floor. The baseline survey was conducted in June 2006, and subsequent surveys were completed in October 2007 and September 2008 (HDR, 2006, 2007; CH2MHILL, 2008). The 2007 report compared the measured bottom elevations to those found in the 2006 survey. The results are shown in **Figure IX-1**, and the report states "there is no significant change in the reservoir floor elevation." The 2008 survey compared the results with both 2007 and 2006 surveys, as shown in **Figure IX-2**. The 2008 report states "there are no indications of topography changes or the development of new 'features' on the reservoir floor."

BCI_RPT000024

In the 2008 survey, an attempt was also made to delineate cracks in the soil cement that were below the water level. This effort was not definitive and the report stated that future reservoir surveys would not include surveying for cracks or for sediment deposits. The reason for this decision to stop surveying for sediment deposits is not explained, as the sediment surveys are very useful for evaluating the cause of void formation beneath the soil cement. Obviously if the soil displaced by approximately 50,000 cubic feet of voids is not in the reservoir bottom, and is not on the lower slopes or beneath the lower soil cement, then soil displacement is not responsible for the voids, and they must represent collapsed zones of wedge fill, as we have concluded.

Because of the reasons described above, Golder's hypothesis of why the initial cracking occurred, and how it led to the damaged soil cement, is inconsistent with the observed facts, and therefore Golder is wrong.

## 9.5    Future Embankment Performance—Rapid Drawdown

Golder also carried out seepage analyses to evaluate the performance of the soil cement under rapid drawdown conditions resulting from a break in the outlet pipe and subsequent uncontrolled discharge of Reservoir water. The rate of lowering of the Reservoir in such an event was calculated to be 19.9 inches per day from Elev. 136.5 (maximum operating level) down to Elev. 110 feet, and 21.3 inches per day from Elev. 110 to the bottom of the reservoir.

Golder's results predict excess water pressures that substantially exceed 2.8 feet, "except where the permeability of the flat plate soil cement is at the upper limit of its estimated probable range." As we enumerated in Section 9.1 there are several reasons to expect that the soil cement will be at the upper limit of its estimated probable range: higher permeability values in zones of loose wedge fill, potential relief of excess pressure through day joints, and relief of excess pressure during initial cracking. Since none of these effects were considered, Golder's analysis of rapid drawdown is incorrect.

Furthermore, Golder's seepage analyses predict anomalously high excess water pressures near the bottom of the slope, in the vicinity of the toe bench. We were not provided the boundary conditions or other modeling assumptions used by Golder, nor the actual computer output. Therefore, we cannot investigate or determine the reason for what appears, in light of the above-mentioned factors, to be erroneously high water pressure values.

## 9.6    Future Embankment Performance—Increased Cracking

Golder concludes that "The continued use of the Reservoir...without extensive repairs, will result in increased frequency, severity, and areal extent of cracking and continued erosion of embankment material through the cracks in the flat-plate soil cement." [117] In addition, "It is Golder's opinion that repairs must be applied to the entire Reservoir and not just in the areas with unusual cracking. [116]

BCI_RPT000025

These conclusions rely on Golder's damage hypothesis, which we have demonstrated is not credible. We have pointed out numerous inconsistencies between their hypothesis and the observed facts.

In particular, their damage mechanism relies on erosion of embankment material through the cracks in the soil cement, but there is no evidence that the amount of erosion is even a small fraction of the void volume that was grouted or that is in the large scarp subsidence feature. Because voids represent potential structural damage, and the likelihood that damage will increase in the future, an adequate explanation of how voids form, and the potential for future void formation, is a requisite for any credible damage hypothesis or mechanism. We have provided that explanation and Golder has not.

Because Golder's damage hypothesis is wrong, their conclusions regarding future damage are wrong. Existing voids have been grouted, continued downslope movement of the soil cement is not occurring, and additional cracks are not being found. In such circumstances, with no threat to the structural integrity of the dam, the prudent course is to monitor and observe before taking such drastic action as to apply a repair to the entire reservoir.

BCI_RPT000026

## 10.    OPINIONS AND CONCLUSIONS

As documented in the preceding sections of this report, damage to the flat plate soil cement at the Tampa Bay Water Reservoir was caused by collapse of loose fill that was placed as a cover layer over the geomembrane and in other areas; placed as backfill in eroded areas following rain events; and as a final layer during grading of the upstream slope for placement of soil cement. Furthermore, the conditions of fill placement that caused the damage are unique to the damaged areas. It is my opinion that if the fill within the wedge had been compacted as intended by the design engineers, the problems with the soil cement would not have occurred.

My damage hypothesis is based on laboratory test results that document collapse of the fill materials at the site; photographs showing placement of loose fill, corroborated by interviews with those present during construction; and correlation with physical observations and measurements of the damaged soil cement.

Golder Associates, Inc. attributed the cracking to excess water pressures that developed under the soil cement during drawdown of the Reservoir. Golder's analysis is in error. In order to predict excess water pressures large enough to crack the soil cement, they had to assume permeability values of the soil cement that were much lower than their own test results. Further, their damage hypothesis does not explain the extent, timing, or location of the cracking. It is not consistent with physical observations and measurements made of the damaged soil cement. It requires displacement and redeposition of up to 50,000 cubic feet of soil from beneath the soil cement; whereas the evidence is that no significant quantity of soil has eroded from beneath the soil cement. It is my opinion that the Golder report and Golder's damage hypothesis do not provide a credible explanation of the damage that occurred to the soil cement. Furthermore, because Golder's damage hypothesis is wrong, their conclusions regarding future damage, and the cited need to repair the entire reservoir, are wrong.

The degree of damage to the soil cement was extremely variable around the perimeter of the reservoir, ranging from little or no damage in approximately 90% of the perimeter to significant damage in the southwest corner and major damage at the scarp in the northeast damaged area. The scarp represents approximately 900 lineal feet of the 26,300 feet of reservoir perimeter—approximately 3% of the total length. In addition, existing voids have been grouted, continued downslope movement of the cracked areas of soil cement is not occurring, and additional cracks are not being found. There is no threat to the structural integrity of the dam. It is my opinion, that the prudent and rational approach is to monitor and observe the future performance of the Reservoir before taking the drastic action of repairing the entire perimeter of soil cement

BCI_RPT000027



BCI Engineers & Scientists

Leslie G. Bromwell, Sc.D., P.E.
Principal Engineer

---

BCI_RPT000028

## REFERENCES

1.  Letter to Don De Pra, October 29,2002, CAR0000817.

2.  Mitchell, James K. Fundamentals of Soil Behavior, 2nd Edition, John Wiley & Sons, 1975.

3.  Lawton, Evert C., Richard J. Fragaszy, and Mark D. Hetherington. Review of Wetting-Induced Collapse in Compacted Soil, Journal of Geotechnical Engineering, V. 118, No. 9, 1992.

4.  Law Gibb. "Site Characterization Report", 1999 Bates: Vol 1 – HDR_SC00036; Vol 2 – HDR_SC00903

5.  Ardaman& Associates, Inc. "Supplemental Site Characterization Report", 2000, Bates: HDR_SC04653

6.  Black & Veatch Corp. "Short Term Repair Program Status Report", March 3, 2009, Bates: FDEP--2493

7.  Black & Veatch Corp. "Regional Reservoir Short Term Repairs Report." July 2, 2009. Bates: FDEP008748-009552.

8.  Black & Veatch Corp. "C.W. Bill Young Regional Reservoir. Flat-Plate Soil-Cement and Soil Wedge Maintenance and Monitoring Status Report." October 2009. Bates: FDEP009873-009928.

9.  Black & Veatch Corp. "C.W. Bill Young Regional Reservoir. Flat-Plate Soil-Cement and Soil Wedge Maintenance and Monitoring Status Report." January 2009. Bates: FDEP004781-004845.

10.  Black & Veatch Corp. "Flat-Plate Soil-Cement and Soil Wedge Maintenance and Monitoring Status Report." September 2009. Bates: FDEP009742-009797.

11.  Construction Dynamics Group. "Tampa Bay Water – Master Water Plan. Hurricane Jeanne Impacts." CDG. September 29, 2004. Inlow, George. Expedition Report, no Bates Stamp.

12.  Black & Veatch Corp. "Test Pit Excavation Summary", February 20, 2009, Bates: BV000645

13.  Black & Veatch Corp. "Test Pit Excavation Phase 2", April 30, 2009, Bates: B_V047041

14.  Golder Associates, Inc. "Assessment of the Cause and Distress to the Upstream Facing at the Tampa Bay Water Storage Reservoir in Hillsborough County, FL", January 8, 2010, Bates: GA_RPT000001

15.  CH2MHill. "C.W. Bill Young Regional Reservoir. Comprehensive Annual Reservoir Report Water Year 2008." March 2009. Bates: FDEP004116-004160.

16.  HDR Engineering, Inc. "C.W. Bill Young Regional Reservoir. Comprehensive Annual Reservoir Report Water Year 2007." December 2006-September 2007. Bates: CAR0004930 & 0004945.

BCI_RPT000029

17.  HDR Engineering, Inc. "C.W. Bill Young Regional Reservoir. Comprehensive Annual Reservoir Report Water Year 2006." April 2007. Bates: CAR003052.

18.  Construction Dynamics Group. "Quality Assurance Report." December 2003. Lescano, Raul. Bates: HDR_C019305-019333.

19.  Olson Engineering. "Nondestructive Evaluation Ground Penetrating Radar. Rescan of Soil-Cement Erosion Protection, C.W Bill Young Regional Reservoir." January 9, 2009. Bates: FDEP002495-2539.

20.  Stanley D. Locker. "Initial Sidescan Sonar and Bathymetric Mapping of the C.W. Bill Young Regional Reservoir." September 16, 2006. Bates: CAR0003076-0004977.

BCI_RPT000030

**FIGURES**

II-1    Typical Design Cross Sections in Damaged Areas

III-1   Collapsible Soil

III-2   Fill Collapse Upon Saturation

IV-1    Reservoir Level vs. Time

IV-2    Average Grout Take for Various Sections of Reservoir

IV-3    Grout Take for Individual Holes at Northeast Area

IV-4    Grout Take for Individual Holes at Southwest Area

IV-5    Cumulative Width by Embankment Stationing

V-1     Rainfall vs. Time

V-2     Dry Soil Being Loaded into Haul Truck, December 2003

V-3     Dry Soil Being Placed as Cover over Geomembrane Liner, December 2003

V-4     Liner Cover Placement at Northeast Area, Week of November 8, 2003

V-5     Compacted Fill Being Placed over Loosely Placed Liner Cover, Week of December 13, 2003

V-6     Liner Cover Placement, Vicinity Station 230 to 240

V-7     Liner Cover Placement, Vicinity Station 233 to 237

V-8     Compacted Fill Being Placed over Loosely Placed Liner Cover Fill, Vicinity Station 245-250

V-9     Liner Cover Placement at Northeast Corner, November 14, 2003

V-10    Liner Cover Placement at Northeast Corner, January 13, 2003

V-11    Subsided Area in Soil Cement

VI-1    Wedge Construction STA 88 to STA 102

VI-2    Erosion Damage After Heavy Rain (1)

VI-3    Post-Frances Downstream Slope Erosion (1 of 5)

VI-4    Post-Frances Downstream Slope Erosion (2 of 5)

VI-5    Post-Frances Downstream Slope Erosion (3 of 5)

VI-6    Post-Frances Downstream Slope Erosion (4 of 5)

VI-7    Post-Frances Downstream Slope Erosion (5 of 5)

VI-8    Embankment Slope Repair After Heavy Rain (2)

VII-1   Total Extensometer Displacement Station 99+50 and 250+00

IX-1    Side Scan Radar Survey Results 2007

IX-2    Side Scan Radar Survey Results 2008

BCI_RPT000031



Figure II-1

Typical Design Cross Sections in Damaged Areas





**Collapsible Soil**

1

Soil Structure
Before Wetting

2

Wetting

3

Soil Structure
After Wetting

Figure III-1

BCI_RPT000033

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007667



triaxial tests at $\sigma'_c$ = 1.4 ksf

**Fill Collapse Upon Saturation**

Figure III-2

BCI_RPT000034

Source: Geotechnical Site Characterization Report, Volume 2 (Law Gibb, December 1999)
Report of Supplemental Geotechnical Site Investigation (Ardaman, August 2000)

engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867



Reservoir Level vs Time

Figure IV-1

BCL_RPT000035



**Legend**

numbers indicate grout take
averaged over interval shown

| | |
|---|---|
| ■ | 8-22 ft³/LF |
| ■ | 1-8 ft³/LF |
| ■ | < 1 ft³/LF |
| ■ | no "significant damage" (B&V) |

Source: Regional Reservoir Short Term Repairs Report (B&V, July 2009)

**Average Grout Take for Various Sections of Reservoir**

engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867

**Figure IV-2**



Grout Take for Individual Holes at Northeast Area

Source: Regional Reservoir Short Term Repairs Report (B&V, July 2009)

Figure IV-3
BCI_RPT000037

Figure IV-4

BCI_RPT000038

Grout Take for Individual Holes at Southwest Area

Source: Regional Reservoir Short Term Repairs Report (BAV, July 2009)



**Cumulative Crack Width by Embankment Stationing**

Figure IV-5

BCI_RPT000039

Source: Summing of maximum surveyed crack width 2007 - September 2009
Regional Reservoir Short Term Repairs Report (B&V, July 2009)







Rainfall vs Time

Figure V-1

BCL_RPT000040



**Figure V-2**

BCI_RPT000041

## Dry Soil Being Loaded into Haul Truck, December 2003

Source:   Barnard Construction Photo

**BCI**
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007667



**Dry Soil Being Placed as Cover over Geomembrane Liner, December 2003**

Source: Barnard Construction Photo

**Figure V-3**

BCI_RPT000042

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867



**Source: Barnard Construction Photo**

Liner Cover Placement at Northeast Area, Week of November 8, 2003

**Figure V-4**

BCI_RPT000043

**BCI**
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bceng.com
EB-0007867



**Figure V-5**

BCI_RPT000044

Fill Being Placed over Loosely Placed Liner Cover, Week of December 13, 2003

Source: Barnard Construction Photo

**BCI**
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 · www.bcieng.com
EB-0007867



Figure V-6

BCI_RPT000045

Source: CDG Construction Photo

Liner Cover Placement,
Vicinity Station 230 to 240

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867

BCI_RPT000046

Figure V-7



HDR_C019397

Liner Cover Placement,
Vicinity Station 233 to 237

Source: Construction Dynamic Group, Inc. Quality Assurance Reports June - December 2003, HDR_C019397

BCI
engineers & scientists
2000 E. Edgewood Dr. Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867



Source: Barnard Construction Photo

Compacted Fill Being Placed over
Loosely Placed Liner Cover Fill,
Vicinity Station 245-250

Figure V-8

BCI_RPT000047

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007667



Source: Construction Progress Aerials

Liner Cover Placement at
Northeast Corner,
November 14, 2003

Figure V-9

BCI_RPT000048

**BCI**
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867

BCI_RPT000049



Source: Construction Progress Aerials

Liner Cover Placement at Northeast Corner, January 13, 2003
Inset: Loose Fill Being Placed Beneath Subsided
Area of Soil Cement in Figure V-11

Figure V-10

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 www.bcieng.com
EB-0007867



**Figure V-11**

BCI_RPT000050

Subsided Area
in Soil Cement

Source: Golder Report, 2010, GA_RPT000760

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bceng.com
EB-0007867



**Wedge Construction - STA 88 to STA 102**

Figure VI-1

BCI_RPT000061



**Erosion Damage After Heavy Rain**

Source: Construction Dynamic Group, Inc. Quality Assurance Reports 2002 - May 2003, HDR_C020536

**Figure VI-2**

BCI_RPT000052



engineers & scientists
2000 E. Edgewood Dr. Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007957



Source: HDR Photographic Construction Record

**Post-Frances Downstream Slope Erosion (1 of 5)**

Figure VI-3

BCI_RPT000063

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 · www.bcieng.com
EB-0007867



Source: **HDR Photographic Construction Record**

# Post-Frances Downstream
# Slope Erosion (2 of 5)

**Figure VI-4**

**BCI**
engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867

BCI_RPT000054



Source: HDR Photographic Construction Record

**BCI**
engineers & scientists
2000 E. Edgewood Dr. Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867

# Post-Frances Downstream
# Slope Erosion (3 of 5)

**Figure VI-5**

BCI_RPT000055



Source:  HDR Photographic Construction Record

## Post-Frances Downstream
## Slope Erosion (4 of 5)

**BCI**
engineers & scientists
2000 E. Edgewood Dr.  Ste #215
Lakeland, FL  33803
863.667.2345 - www.bcieng.com
EB-0007867

**Figure VI-6**



Source: Construction Dynamics Group, Inc. Quality Assurance Reports - September 2004 HDR_C019808

**Post-Frances Downstream Slope Erosion (5 of 5)**

Figure VI-7

BCI_RPT000057

BCI
engineers & scientists
2000 E. Edgewood Dr., Ste #216
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007667



**Figure VI-8**

BCI_RPT000058

Embankment Slope Repair

After Heavy Rain

Source: Construction Dynamic Group, Inc. Quality Assurance Reports 2002 - May 2003, HDR_C020537

engineers & scientists
2000 E. Edgewood Dr., Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867



Total Extensometer Displacement

Figure VII-1

BCI_RPT000059



C. W. Bill Young
Regional Reservoir

Possible elevation difference,
2007 minus 2006 grid. Grids
have 5 m cell size. Warm (red)
is shallwer, Cool (blue) is
deeper.

Feet
4
3.5
3
2.5
2
1.5
1
0.5
0
-0.5
-1
-1.5
-2
-2.5
-3
-3.5
-4

Source: CW Bill Young Comprehensive Annual Reservoir Report for Water Year 2007

This map depicts the elevation difference computed between the 2006 and 2007 grid
nodes. For emphasis, variations of plus of minus 1 ft are strongly faded. The larger
anomalies in (red positive, blue negative) were inspected using the sidescan imagery.

BCI
engineers & scientists
2000 E. Edgewood Dr. Ste #215
Lakeland, FL 33803
863.667.2345 - www.bcieng.com
EB-0007867

# Side Scan Radar
# Survey Results 2007

Figure IX-1

BCI_RPT000060



Side Scan Radar Survey Results 2008

These maps depict topographic anomalies from the differences computed between the 2008 elevation map compared with 2007 (A) and 2006 (B).  For emphasis, lesser variations in the range of plus or minus 1 ft are strongly faded.

Figure IX-2

BCI_RPT000081