1  that statement, that you thought the protective layer
2  was quite a bit thicker than two feet?
3       A.   Well, the primary basis for that are -- are
4  construction photos that we -- that we got during
5  dis- -- discovery.  And then the other basis for that is
6  that the damage to the soil-cement is more consistent
7  with collapse of loose material than it is with any
8  other hypothesis that -- that I've looked at.
9       Q.   Okay.  And I'm going to just switch gears for
10 a second.  I'm going to stay on your report before we
11 get back to the protective layer, but -- and I know
12 there's more to it than what I'm going to say, but I
13 just want to make sure we're talking about the same
14 things.
15           Your expert report kind of focuses on the
16 problems are -- are caused by collapse of soil upon
17 wetting; is that correct?
18      A.   Correct.
19      Q.   And there's two main areas where this has
20 occurred.  One is in the northeast area of the
21 reservoir, correct?
22      A.   Yes.
23      Q.   And you believe that the layer of soil that
24 collapsed is the protective layer that we've been
25 talking about that was placed over the geomembrane; is



1  that right?
2     A.  Yes.
3     Q.  It was placed thick and loose, and upon
4  saturation, initial filling, it collapsed and then
5  created movements; is that generally correct?
6     A.  Thick and loose and dry.
7     Q.  I'm sorry, and dry.  Thick, loose, and dry.
8  And then once the reservoir was placed in operation, the
9  embankment, just to the wedge, became saturated and
10 those soils -- that soil layer collapsed; is that right?
11    A.  Yes, that's basically correct.
12    Q.  Okay.  And -- and I'm not trying to get every
13 detail right now.  I'm just trying to get like my hands
14 around the concept.
15        And then in the southwest area, where there
16 was some more extensive unusual cracking, the same
17 mechanism, but caused by a different set of
18 circumstances; that is, not necessarily the protective
19 layer was too thick or too dry or too loose, but rather,
20 the repairs for erosion gullies and other issues with
21 regard to the wedge, those repairs were not properly
22 compacted, and those repair areas collapsed upon
23 wetting.  Is that -- is that right, generally?
24    A.  That -- that generally is a correct statement.
25    Q.  Okay.  And have you determined, to a

```
 1   that that are not as -- as -- as significant as the --
 2   as the collapse. Basically, anywhere that loose fill
 3   was placed under the soil-cement could lead to
 4   settlement and cracking, if not large void -- not -- not
 5   void formation, necessarily, but settlement and
 6   cracking.
 7        Q.   Okay. Have you determined, to a reasonable
 8   degree of engineering certainty, that collapse of soils
 9   upon wetting, or what you just described as being a
10   consolidation of embankment fill as the primary -- only
11   primary mechanism that are causing the cracking of the
12   flat-plate soil-cement?
13        A.   Yes.
14        Q.   Okay. So you have definitively ruled out pore
15   pressure as a primary causal mechanism; is that correct?
16        A.   Yes, I have.
17        Q.   Okay. All right. Now that we've got that
18   foundation -- we'll get back to that, I'm sure, a little
19   bit later, but let's talk a little bit more about the
20   protective layer over the geomembrane.
21             You said that you believed the protective
22   layer in places was thicker than three feet thick; is
23   that correct?
24        A.   Yes.
25        Q.   Okay. And when you said, and I'm
```

```
 1      Q.   Okay.  But the primary mechanism was collapse
 2  upon wetting, correct?
 3      A.   Yes.
 4      Q.   So without the primary mechanism, none of the
 5  secondary mechanisms come into play, correct?
 6      A.   That's correct.
 7      Q.   Okay.  So first you had --
 8           (Cell phone interruption.)
 9      A.   I apologize.
10      Q.   That's okay.
11           First you had to have collapse upon wetting.
12  That starts basically the domino effect, correct?
13      A.   Well, I wouldn't characterize it as a domino
14  effect, but it -- that is the initiation of the cracking
15  and the subsequent damage that occurs.
16      Q.   So in the northeast area, you need to have
17  collapse upon wetting of the protective layer in order
18  to -- to trigger any damage to the soil-cement or
19  creation of voids, right?
20      A.   Yes.
21      Q.   Okay.  And in the southwest area, you need to
22  have collapse upon wetting of the repaired erosion
23  gullies, otherwise there's no damage to the soil-cement
24  in that southwest, correct?
25      A.   In the southwest, I wouldn't -- I would not
```