1  Q. Okay. Did he volunteer any information to you
2  along those lines or did any of the interviewees?
3  A. No. What -- what they talked about was the
4  fact that they had the compactors work to the -- to the
5  intersection between that and the horizontal lift.
6  Q. Okay. And you weren't out on site and you
7  never observed the placement of the protective layer
8  over the geomembrane yourself, correct?
9  A. No, I did not during construction.
10 Q. Okay. And no one from BCI observed that; no
11 one who was employed at BCI at that time was -- was out
12 there and observed that; is that correct?
13 A. That's correct.
14 Q. Okay. And have you done any sampling or
15 inspection of the protective layer that was actually
16 placed at the reservoir as part of your investigation of
17 the cause of the cracking?
18 A. I -- I don't believe it's practical to sample
19 or test the protective layer.
20 Q. Okay. You say it's not practical. Why's
21 that?
22 A. I don't think anyone's done it because of
23 concern about exactly where the geomam- -- membrane is
24 and not wanting to damage the geomembrane.
25 Q. Okay. So you never asked HDR, hey, I want to


EXHIBIT 3