

Figure V-2: Dry Soil Being Loaded into Haul Truck, December 2003

Source: Barnard Construction Photo

1  is Figure Roman numeral V-2; is that right?
2      A.   Yes.
3      Q.   And it's labeled "dry" -- "dry soil being
4  loaded on the haul truck, December of '03." Do you see
5  that?
6      A.   That's correct.
7      Q.   Okay. Does this show the protective layer
8  thicker than three feet?
9      A.   Well, it's intended to show that the soil
10 being loaded at that point was -- was dry. There's
11 evidence right behind the -- this equipment that the
12 protective layer is being placed. There's-- it's not
13 the strongest indicator that -- that I have, but to me,
14 it looks like on the -- right above the -- the haul
15 truck, the loaded haul truck, that material has been
16 pushed up by a bulldozer, because there's no evidence of
17 any horizontal lifts up there, is -- is quite thick.
18     Q.   The -- you say it's quite thick?
19     A.   Right.
20     Q.   Okay. And how thick is it?
21     A.   Well, I don't know. But if the material to
22 the right of that thick pile is, let's say, two to three
23 feet, it's clearly quite a bit more than that.
24     Q.   Okay. And do you know where this photo was
25 taken? And what -- what, you know, I mean by that is

1    what station, correct?
2         A.   Not precisely.  I'd have to go back and check
3    the date of the photograph and then go to the
4    construction records as to where -- where borrow
5    material and where protective layer was being placed at
6    that time.  Couldn't pin it to the exact station, but I
7    think it could be pinned to the area of the reservoir.
8    And in December 2003, they were working up in the
9    northeast area.
10        Q.   As you sit here today, you can't tell me where
11   this photo -- what -- what station or approximate
12   station this photo was taken; is that right?
13        A.   My approximation was it was somewhere in the
14   northeast area where they were working in December.
15        Q.   Okay.  And you believe this photo is to show
16   dry soil being loaded onto a haul truck; is that what's
17   supposed to be shown here at the bottom of the -- in the
18   foreground of the picture?
19        A.   Right.  That -- that seems to be pretty dry --
20   very dry soil that he's dumping into the truck.
21        Q.   Why do you believe it to be very dry soil?
22        A.   Because there's a cloud of dust around it and
23   that doesn't happen if the soil is fairly dry.
24        Q.   What makes you believe that that's dust?
25        A.   I say dust.  It's actually -- in my opinion,

1   it's fairly fine soil particles, and they are seen in
2   kind of a cloud to the -- on the picture to the right of
3   the pile that's being dumped into the truck, and then
4   it's kind of hazy, indicating to me dust that's drifting
5   across the rest of the photograph.
6       Q.   Okay.  So that -- what appears to be a cloud,
7   you believe to be dust; is that right?
8       A.   Well, cloud is one way to characterize it.
9   That's what I said.  It's a -- it's -- it's -- to me,
10  it's fine soil particles that are being --
11      Q.   Okay.
12      A.   -- distributed based on -- because it's being
13  dumped dry into a truck.
14      Q.   As you sit here today, can you tell me whether
15  that is fine soil particles or exhaust from the -- see
16  that right there at the front part of the truck, there's
17  a big exhaust pipe right where the cloud begins
18  (indicating)?
19      A.   Uh-huh.
20      Q.   Can you tell me if that's exhaust or a big
21  cloud of dust?
22          MR. WOODWARD:  Object to form.
23  BY MR. FORZIANO:
24      Q.   Do you know?  You can't tell me, can you?
25          MR. WOODWARD:  Same.

```
 1        A.   Well, the cloud actually ex- -- this --
 2   this -- let's say the cloud is the hazy part of the
 3   photograph --
 4        Q.   Uh-huh --
 5        A.   -- that's not sharp and clear.  That actually
 6   extends right up to the pile that's being -- that's
 7   being dumped.  And the exhaust, that engine, I would
 8   say, has to be idling if he's sitting there loading, and
 9   I wouldn't expect it to be a -- a cloud of exhaust from
10   an idling truck like that.
11        Q.   But you don't know, as you sit here today, if
12   it's exhaust or dust, right?  I mean, you're just
13   speculating as to what the condition of the vehicle was,
14   if it's idling or --
15        A.   Well, I was- -- I wasn't there, so I can't
16   say --
17        Q.   Okay.
18        A.   -- that -- that I saw it.  But it -- to me,
19   it's my interpretation that it looks like fine soil
20   particles.
21        Q.   Okay.  Now, the soil that's actually being
22   dumped is pretty dark in color, isn't it, right there?
23   It's dark brown?
24        A.   Yeah, it -- it is   It's fairly dark brown.
25        Q.   Isn't that an indication of moisture, a lot of
```

1   moisture in the soil when it's darker in color?
2       A.   Not necessarily.
3       Q.   Okay.  But it -- but it could be an indication
4   of moisture in the soil, correct?
5       A.   Well, it's possible.
6       Q.   Okay.  And the same way, if you see -- if you
7   look closely, the soil that's falling down are coming
8   out in clumps too.  You see there's particles as opposed
9   to just all this drifting down and -- and smoke, like
10  you said.  It's -- there's actual clumps of soil
11  falling.  Isn't that also an indication of moisture
12  content?
13      A.   It wouldn't be --
14      Q.   You know what I'm referring to.  I'm referring
15  to all of this, right.  The clump, clump, clump, clump,
16  clump, clump, clump, clump, all those (indicating).
17      A.   That's not indicative of -- of anything other
18  than dry soil, in my opinion.
19      Q.   Okay.  So dry soil stays all clumped up
20  together when it's dumped like that?
21      A.   It certainly can.
22      Q.   Okay.  Okay.  So -- but you intended to
23  include this in your report.  The intent was to show dry
24  soil, correct?
25      A.   That's -- to show dry soil, correct.

1    Q.  Okay.  Have you attempted to make any
2  measurements of the -- what you believe to be the
3  thickness of the protective layer based on what you've
4  observed here in this photograph?
5    A.  Not on this photograph, no.
6    Q.  Okay.  And do you know if this is the final
7  condition of the protective layer before it was covered
8  with horizontal lifts?
9    A.  I don't think it -- I don't think it is.  I
10 mean, it looks like it's been graded out from the right
11 side of the picture up where the vertical push has taken
12 place over towards the left side.  And it also looks
13 like the left side of the picture has been -- I wouldn't
14 say graded, but it looks like it's fairly -- fairly
15 uniform.
16   Q.  Uh-huh.
17   A.  But from the -- from the fact there's still
18 some geomembrane showing below the crest on the right,
19 and there's what appears to be a very large pile of fill
20 material right above the -- the haul truck, I don't
21 think it's final, no.
22   Q.  Okay.  So I'm just -- if you don't mind, I'm
23 going to get a little close to you for a minute, just so
24 we can look at the same thing, if that's all right.
25       Over here on the upper right-hand side, it