

Figure V-3: Dry Soil Being Placed as Cover over Geomembrane Liner, December 2003

Source: Barnard Construction Photo

```
 1            MR. WOODWARD:  Object to form.
 2       A.   I don't know that it's a usual condition.
 3  I -- I saw other photographs where material was actually
 4  being taken in trucks and dumped on the crest and then
 5  pushed down to complete part of the protective layer.
 6  So that -- that'd be one explanation.
 7       Q.   Okay.  Let's go to the next figure, Figure
 8  V-3.  It's Bates page number 42.  Do you see that?
 9       A.   Yes.
10       Q.   Do you know where this photograph was taken?
11       A.   Well, again, it's the same month as the
12  previous photograph, so I am pretty sure it's in the
13  northeast part of the reservoir somewhere.
14       Q.   Okay.  But you can't tell me what station?
15       A.   Not exactly the station from this photograph.
16       Q.   Can you tell me how thick the protective layer
17  is in this photograph?
18       A.   I can't really tell from this photograph.
19       Q.   Okay.  And this isn't one of the photographs
20  that you think is evidence of the thick protective
21  layer; is that right?
22       A.   Well, I say I can't -- can't really tell, but
23  it -- there's a dozer working on the left.
24       Q.   Uh-huh.
25       A.   And just from the perspective, it appears that
```

1  that dozer -- that the fill to the right of that dozer
2  is a good bit thicker than where that dozer is sitting.
3  So I can't -- I can't say what the thickness is from
4  this photograph, but it doesn't look like it's -- it's
5  uniform to me.
6       Q.  Sure.  And does it look -- do you have
7  any unders- -- well, let me strike that.
8            Do you know whether or not that is the final
9  condition of the protective layer before the horizontal
10 layers were -- were added?
11      A.  No, I don't.
12      Q.  Okay.  Now, the caption for this figure, it
13 says "dry soil being placed as cover over geomembrane
14 liner."  Do you see that?
15      A.  Yes.
16      Q.  What is it in this photograph that leads you
17 to the conclusion that this is dry soil?
18      A.  This appearance of this soil, just from the
19 way it's -- the way the -- the way the clumps are --
20      Q.  Uh-huh.
21      A.  -- and the fact that it seems to be fracturing
22 as it's being pushed, breaking up, indicates to me that
23 it's -- that it's dry material.
24      Q.  Okay.  The caption "dry soil being placed as
25 cover over geomembrane liner," is that something that