

Figure V-4: Liner Cover Placement at Northeast Area, Week of November 8, 2003

Source: Barnard Construction Photo

1 protective layer.
2  Q. So if we look at the photo, toward the middle
3 to the top of the page, you see the embankment, correct?
4  A. That's correct.
5  Q. Okay. And part of the embankment is covered
6 with soil, and the other is -- got a white material on
7 it, correct?
8  A. That's correct.
9  Q. Okay. And the white material is on the
10 left-hand side of the photo. What is the white
11 material?
12  A. That's the geomembrane.
13  Q. Okay. And the soil that's on the -- on the
14 right-hand side of the embankment, is that -- what is
15 that? Is that protective layer, is that wedge fill?
16  A. That's -- that's protective layer material
17 where -- where you can see it being placed -- where you
18 can see that the -- that the ruts and the tracks are --
19 are passing essentially vertically up the slope.
20  Q. Okay. And there are -- looks to be three
21 people right in the center of the photo on the -- on
22 the -- toward the top of the embankment. There seems to
23 be three people there. Do you see them?
24  A. I see what looks like two people on top of the
25 embankment and one person down -- partway down the slope

1  where a partial layer of soil's been pushed into place.
2      Q.  Okay.  And do you know who those individuals
3  are?
4      A.  No.
5      Q.  Okay.  Did you try to ascertain their
6  identity?
7      A.  No.
8      Q.  Okay.  Do you know if they're inspectors
9  inspecting the placement of the fill material?
10     A.  I -- they look like they're -- two of them
11 look like they're in position to be watching the
12 protective layer being placed.  The truck I don't
13 recognize specifically, but it's typical of the trucks
14 that -- that were used by inspectors on the job.
15     Q.  Okay.  Based on your discussions with
16 Mr. Milhorn, is it your understanding that the
17 inspectors were instructed to report back to him or to
18 Mr. Brittain or Mr. Meyer if the protective layer was
19 placed incorrectly, too loose, too dry, too thick, too
20 thin?
21     A.  I don't know that that reporting was -- was
22 actually done.  I didn't see anything in writing.
23     Q.  Well --
24     A.  I think they -- when I asked, they said the
25 intent was to be sure that the protective layer was

1  A. Well, I think normally when the test -- test
2  didn't pass, that it still was recorded because they had
3  the results of the failing test. The contractor would
4  be advised of that test and he would, certainly on his
5  own initiative, recompact that area as necessary.
6  Q. Okay. Is there anything in this photograph
7  that indicates to you that the protective layer was
8  thicker than the two to three feet thickness that you
9  say was required to be?
10 A. Well, the -- the one thing that I -- that I
11 note in this photograph is, as we see on most of the
12 leading edges where fill is being placed, and in the
13 adjacent layers where the fill apparently has been
14 placed all the way to the crest of the embankment is
15 just looking at this, and you -- and you can actually
16 look at it in more detail if you need to with a
17 magnifying glass or -- or on computer screen by zooming
18 in, but it certainly looks considerably thicker than the
19 person's -- the person's knees that's standing down at
20 the head of the fill.
21 Q. Well, do you know how tall those individuals
22 are?
23 A. I don't know how tall, but they don't look
24 like midgets to me
25 Q. Well, it looks to me like I'm -- what I'm

1   seeing at least is two gentlemen at the top of the
2   embankment, the fill is -- doesn't look like it's any
3   much passed their knee. And it looks to be fairly
4   uniform at least mostly down the slope, and the
5   gentleman standing on the slope certainly is not
6   towering above his head.
7       You said that you thought the protective layer
8   was five, six, seven, eight, ten feet thick, and he's
9   clearly -- it's not even as -- half as tall as the
10  gentleman standing midway down the slope. Would you
11  agree with that?
12      MR. WOODWARD: Object to form.
13      A.  Well, I don't agree with everything that you
14  said, but I guess we -- it was a long question.
15      Q.  Well, how -- how thick is the protective layer
16  right there in the photograph that we're looking at?
17      A.  I think from -- from the people at the top of
18  the embankment, it's difficult to tell right there just
19  how thick the fill is. I'm basically basing this
20  observation on the fact that the person standing at the
21  head of that fill, it appears to me that the fill was
22  definitely higher than his knees, which would be about
23  two feet.
24      Q.  Okay. So you're estimating his knees are
25  about two feet, and it's higher than his knees?

1   A.   Substantially higher than his knees.
2   Q.   How -- can you quantify what you mean by
3   "substantially higher"?
4   A.   I think it's as high or higher than his waist.
5   Q.   Do you have any reason to dispute
6   Mr. Milhorn's testimony that these photographs are a
7   snapshot in time and do not reflect the final condition,
8   thickness of the protective layer?
9   A.   Yes, I do.
10  Q.   Okay. And what is that?
11  A.   Well, basically this sequence of photos, some
12  of which are in here which show horizontal lifts being
13  placed against protective layer, which from all
14  appearances is definitely substantially thicker than two
15  to three feet.
16  Q.   At this location?
17  A.   In the northeast area.
18  Q.   Okay. What station was this photo taken from?
19  A.   I don't know the exact area, but it has the
20  week on the date, and you could go back to the
21  construction records and figure out fairly closely where
22  the cover layer was being placed during that week.
23  Q.   Did you -- did you do that?
24  A.   At one time I did, yes.
25  Q.   And is that contained in your report?

```
 1   which borrow areas were used to construct the protective
 2   layer at any particular point or station area of the
 3   reservoir?
 4        A.   Well, I didn't, and I can't think of any
 5   reason why I would.
 6        Q.   Okay.  Figure V-4, could you tell me -- I -- I
 7   know you couldn't tell me exactly the station, but can
 8   you tell me approximate range of stations that's
 9   depicted in this photograph?
10        A.   Not right here as I sit here and look at the
11   photograph, I can't.
12        Q.   Okay.  Now, in the foreground of the photo,
13   what's shown there?  Looks like there's some kind of
14   cement slabs or boards.  What's shown -- can you
15   identify this?
16        A.   I'm -- I'm not sure, but it is a photo taken
17   from some distance away, and it -- it looks like it's
18   probably some kind of precast -- could be some kind of
19   precast concrete structure and -- and possibly a steel
20   reinforcing bar cage in front of it and a crane over in
21   the lower left-hand corner.
22        Q.   Okay.  And is that water right past that?
23   Looks like there's a -- there's standing water that --
24   that extends from the far right of the photo to that big
25   pile of dirt right here.  I'm talking about this right
```

```
 1  down here. (Indicating.)
 2       A.  In the foreground?
 3       Q.  Yes, sir.
 4       A.  It's not clear, but it could possibly --
 5  possibly be.
 6       Q.  Okay. And all of the vegetation that's shown
 7  in this photograph that -- that's out there that hasn't
 8  been disturbed is dark green, correct? All this
 9  right -- let's see, right through here, all this
10  vegetation here and here, here and here (indicating),
11  it's all pretty green vegetation, isn't it?
12       A.  I believe that the green-shaded features are
13  vegetation, yes.
14       Q.  Okay. What is the moisture content of the
15  soil that's shown in the protective layer; do you know
16  it?
17       A.  I don't know, and I don't believe anyone would
18  know.
19       Q.  Do you know the fines content of any -- of any
20  part of the soil that's used in the protective layer
21  that's shown in Figure V-4?
22       A.  No, I don't, because it wasn't tested.
23       Q.  Okay. I thought Mr. Milhorn told -- told you
24  that it was tested?
25       A.  No --
```