

Source: Barnard Construction Photo

**Fill Being Placed over Loosely Placed Liner Cover, Week of December 13, 2003**

Figure V-5

EXHIBIT 7

```
 1   stands for --
 2       Q.   Roman numeral V?
 3       A.   Roman numeral, yes.
 4       Q.   Okay. Why did you include Figure V-5 in your
 5   report?
 6       A.   Well, it -- it shows -- it shows several
 7   things. It shows the protective layer being -- being
 8   placed, then com- -- completed in -- in some areas.
 9   It's still being pushed -- advancing up the slope in
10   others.
11            Where you see the protective layer being
12   advanced up the slope, it appears, again, to be
13   considerably thicker than two to three feet.
14       Q.   And -- and pardon the interruption, but it
15   looks like there's a lot of area being shown in this
16   photograph. Where are you referring to that it's being
17   pushed up and it looks considerably thicker than two to
18   three feet thick?
19       A.   Well, as far as two to three feet, I'm - I'm
20   again comparing it to inspectors that are standing
21   beside it or perhaps on it where they would give you a
22   fairly direct measurement.
23       Q.   Okay. And just -- the inspectors you were
24   referring to, on the left-hand side, I see three
25   individuals standing on the slope. Let's see, we've got
```

1  and a compactor there moving along the horizontal lift,
2  right?
3      A.   Yes.
4      Q.   Okay.  Continue, please.
5      A.   And that horizontal lift clearly is abutting
6  the protective layer and covering the -- the protective
7  layer as it's -- as it's raised.  So that -- that tells
8  me that what appears to be, from where we can see it, an
9  excessively thick protective layer is being covered by
10 the horizontal lifts that are being brought up the
11 slope.
12     Q.   And I'm sorry.  Where is the excessively thick
13 protective layer, and how do you know that that area
14 where the -- because the horizontal lift that you're
15 referring doesn't extend all the way to the edge where
16 they're -- where they're placing the -- where the three
17 people are, does it?
18          MR. WOODWARD:  Object to form.
19     A.   No.
20     Q.   Okay.  So doesn't this look like they're
21 putting some protective layer, they're building the
22 wedge and horizontal lifts as moving on the front,
23 they're placing additional protective layer, they're
24 placing a protective layer as they're moving toward the
25 left of the photograph?

1      A.   That's correct.
2           MR. WOODWARD:  Object to form.
3    BY MR. FORZIANO:
4      Q.   Okay.  And even where the horizontal wedge
5    fill is, the protective layer is not complete because we
6    see big patches of white geomembrane higher up the
7    slope, correct?
8      A.   It's not complete in that area -- area, that's
9    correct.
10     Q.   Okay.  Now, based on your discussions with the
11   interviewees and even your notes of the preactivity
12   meetings that we discussed yesterday, which are pages 87
13   and 88 of Bates pages of your report, doesn't this
14   depict that the whole protective layer doesn't need to
15   be complete before they start -- what I mean by
16   "complete" is from the toe all the way up to the crest
17   before they can start placing horizontal lifts?
18     A.   That's correct.
19     Q.   Okay.  In fact, the only thing the notes
20   reflect is that the protective layer has to be at least
21   three feet further up the slope, kind of advance of the
22   protective -- of the horizontal lifts that create the
23   wedge; correct?
24     A.   That's correct.
25     Q.   Okay.  So what you can see of the protective

1    against it.
2        Q.   Okay.  And I'm not disagreeing with you there.
3    I want to know how you know how thick it is there
4    because you can't see the geomembrane at that location?
5    So there's no person standing on a reference point where
6    you can then scale the thickness of the protective layer
7    versus someone's body or any other piece of equipment
8    for that matter.
9           So how do you know -- how do you estimate how
10   thick the protective layer is there?
11       A.   Right at that point it's just done by an
12   extrapolation back from where it appears to be too
13   thick.
14       Q.   Okay.  And what is the thickness that you
15   estimate for that area that you've circled "horizontal
16   lift against protective layer," what's the thickness of
17   the protective layer that you estimate for that
18   particular location?
19       A.   Based on the thickness where it is -- where
20   you can get a lateral view of it, I would say it's on
21   the order of greater than three feet, but again, not
22   over -- not over people's head, unless they're bending
23   over some.
24       Q.   Do you think -- think it's thicker at that
25   location that you circled and ident- -- labeled as

1  "horizontal lift against protective layer," do you think
2  that area of the protective layer's thicker than the
3  protective layer that's shown being placed in the
4  left-hand side of the photo where the three individuals
5  are standing?
6  　　A.　No, I don't -- I don't see anything from
7  the -- from the appearance of the piles and the dozer
8  tracks that would indicate it's significantly thicker or
9  thinner.
10 　　　　There is one part of it where I put the circle
11 where it appears that there's a bulge, somewhat of a
12 bulge in the protective layer there. But without a -- a
13 reference close to it, I can't tell just how big that
14 might be.
15 　　Q.　Okay. And some of this might be repetitive,
16 but I just want to make sure we're -- we're clear and
17 the record's clear. You don't have any data that tells
18 you what the moisture content of the soil in the
19 protective layer is that's shown in Figure V-5, correct?
20 　　A.　No, there were no tests made that would tell
21 me that.
22 　　Q.　And you don't have any compaction or density
23 data for that protective layer that's shown in Figure
24 V-5, correct?
25 　　A.　No. Again, it wasn't tested as -- as it was

1  being placed.
2     Q.   Okay.  And you don't know the fines content of
3  the soil that's been -- that's shown in Figure V-5, at
4  least with regard to the protective layer; is that
5  correct?
6     A.   No, for the same reason.
7     Q.   Okay.  And what's the -- do you know what the
8  soil classification is for the soil that's shown in the
9  protective layer in Figure V-5?
10    A.   To me, it looks like a -- a silty sand, an SM
11 clay potentially -- an SM soil.  Potentially some of it
12 is -- would -- could be a clayey sand, SC.
13    Q.   Some of it could be an SC?
14    A.   I believe so.
15    Q.   Okay.  But you -- do you know as you sit here
16 today?
17    A.   As I sit here today, it doesn't appear that
18 there's a significant amount of clayey material in this
19 fill.
20    Q.   Okay.  What's the station that's depicted here
21 in Figure V-5?
22    A.   This appears to me to be at that first curve
23 in the northeast side of the -- of the dam because it --
24 you can see from following the top of the geomembrane
25 around that it seems to be coming around a -- a part of

1    A.   That -- it's a different color. It may be
2 moist. It's -- it's difficult to tell. I believe it's
3 the junction of the geomembrane and the slurry wall.
4 And it's a protective material that's put over that to
5 help -- help prevent damage to the -- to that contact
6 into the slurry wall.
7    Q.   Okay.  Do you know when that material was
8 placed?
9    A.   No.
10   Q.   Okay.  Is there anything in this photograph
11 that indicates that the protective layer being placed
12 was too dry?  Do you see any clouds of dust or anything
13 like that with all this heavy machinery moving about?
14   A.   There's nothing directly in this photograph
15 that -- that indicates to me the dryness of the
16 material.
17   Q.   Okay.  Okay.  Let's -- let's turn to the next
18 figure, Figure V-6, which is Bates page 45. Why did you
19 include this in the -- in your report? What does this
20 show?
21   A.   In the back -- in the background of this photo
22 where the protective layer has been pushed to the top of
23 the geomembrane at the crest of the embankment, near the
24 crest of the embankment --
25   Q.   Uh-huh.