

LEE WM. ATKINSON | A. ANDERSON B. DOGALI | JOEL J. EWUSIAK
ZALA L. FORIZS· | LINDSAY GALLOWAY | RACHEL S. GREEN
JAMES K. HICKMAN | HALEY R. MAPLE | JACQUELINE H. PALIK
MARK SANDAG | ROBERT J. WAHL | TIMOTHY D. WOODWARD*

OF COUNSEL:
HOPE G. DOGALI
KELLEAN K. TRUESDELL

·ALSO ADMITTED IN NY

*BOARD CERTIFIED IN CONSTRUCTION LAW

April 6, 2011

*Via First Class U.S. Mail*
Richard A. Harrison, Esquire
David Forziano, Esquire
Misty C. Leafers, Esquire
Allen Dell, P.A.
202 South Rome Avenue, Suite 100
Tampa, FL 33606

*Via First Class U.S. Mail*
Richard M. Stanislaw, Esquire
Christopher A. Wright, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
1215 Fourth Avenue, Suite 2210
Seattle, WA 98161

*Via First Class U.S. Mail*
Michael R. Candes, Esquire
Ben W. Subin, Esquire
Holland & Knight LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

*Via First Class Mail*
David L. Bresler, Esquire
William A. Kebler, Esquire
Banker Lopez Gassler P.A.
501 1st Avenue North, Suite 900
St. Petersburg, FL 33701

Re:    Tampa Bay Water v. HDR Engineering, Inc., et. al.

To All Counsel:

Please find enclosed four publications that serve as an additional basis for Dr. Bromwell's expert opinion.   Supplemental monitoring data is being received and will continue to be received from the Tampa Bay Regional Reservoir on an ongoing basis. Dr. Bromwell also intends to use some of the incoming data as an additional basis of his opinions.

Sincerely,

Timothy D. Woodward
*(signed in his absence to avoid delay)*

TDW/kg

Enclosures

EXHIBIT
32

# STRESS RATIO EFFECTS ON COLLAPSE
## OF COMPACTED CLAYEY SAND

By Evert C. Lawton,[1] Richard J. Fragaszy,[2] and James H. Hardcastle,[3]
Members, ASCE

**ABSTRACT:** A "double-triaxial" test procedure similar to the double-oedometer test was developed to determine the wetting-induced collapse potential of soils subjected to anisotropic stress states. Based on a series of double-triaxial tests performed on a slightly expansive clayey sand, it was established that the magnitude of volumetric strain resulting from a change in stress state or from wetting depends on mean normal total stress and is independent of principal total stress ratio. The individual components of axial and radial strain, however, depend significantly on stress ratio. For a given mean normal total stress, axial collapse increases and radial collapse decreases with increasing stress ratio. Comparison of oedometer and triaxial results indicates that the ratio of horizontal to vertical effective stress after wetting under zero-lateral-strain conditions varies as a function of the wetting-induced axial strain. In the swell region, effective lateral stresses tend toward active, and in the collapse region effective lateral stresses tend toward passive. These results may be used in conjunction with a knowledge of the in situ stresses to evaluate the potential for multidimensional, wetting-induced collapse in soils.

## INTRODUCTION

Potential breakdown of the structure of metastable soils caused by wetting has always been a source of uncertainty in the analysis of man-made or naturally deposited soil strata. The decrease in total volume of a soil resulting from the wetting-induced breakdown of its structure at essentially unchanging total vertical stress is commonly referred to as "collapse." The term collapse may be somewhat misleading in that it implies a sudden, catastrophic breakdown of structure. Although this does sometimes occur, a more gradual volume change is typical. The rate of collapse can be slow (years) or fast (minutes), while the magnitude can vary from small (less than 1% strain) to large (greater than 10% strain). A collapsible soil will collapse less when partially wetted than when soaked completely. The magnitude of collapse and the time required for collapse to occur depend on the wetting history of the soil, the nature of the metastable bonding or cementing agent, and the type and structure of the soil (Barden et al. 1973; Mingzhen 1987).

Many naturally deposited soils, especially aeolian deposits of loess and sand that cover large areas in many parts of the world, can collapse at low stress levels (Dudley 1970). In contrast, compacted soils generally collapse only at high stress levels not normally encountered in small engineered earth structures. Increased use of large earth structures, however, has prompted the need to consider and control the potential for collapse in many fills, embankments, and earthen dams. For example, in Southern California many

[1]Asst. Prof., Dept. of Civ. and Arch. Engrg., Univ. of Miami, P.O. Box 248294, Coral Gables, FL 33124.

[2]Geotech. Consultant, 590 Caldwell Circle, Athens, GA 30605.

[3]Prof., Dept. of Civ. Engrg., Univ. of Idaho, Moscow, ID 83843.

Note. Discussion open until October 1, 1991. To extend the closing date one month, a written request must be filed with the ASCE Manager of Journals. The manuscript for this paper was submitted for review and possible publication on August 8, 1989. This paper is part of the *Journal of Geotechnical Engineering*, Vol. 117, No. 5, May, 1991. ©ASCE, ISSN 0733-9410/91/0005-0714/$1.00 + $.15 per page. Paper No. 25776.

land developments have involved the filling of canyons with engineered fill as much as 30 m (100 ft) deep. Wetting-induced collapse can be a significant factor in the settlement of several of these fills (Brandon et al. 1990). Collapse has also played a significant role in the failure of several earthen dams in Brazil (Miranda 1988) and Canada (Peterson and Iverson 1953), as well as the Teton Dam in the United States (Leonards and Davidson 1984).

Considerable research has been conducted to study one-dimensional collapse of naturally deposited soils (e.g., Jennings and Knight 1957; Lobdell 1981; Lutenegger and Saber 1988) and compacted soils (e.g., Booth 1977; Cox 1978; Lawton et al. 1989). Relationships between prewetting properties of the soil and magnitude of one-dimensional collapse have been established by testing "undisturbed" natural samples and compacted samples in the laboratory, using standard laboratory oedometers and other similar equipment. In these tests, lateral movement of the samples is prevented by a confining ring, thereby producing one-dimensional volume changes. Field conditions approximating the zero-lateral-strain condition of oedometer tests include: (1) Uniform loads of large areal extent (compared with the thickness of the collapsible stratum) acting on a horizontal stratum of uniform thickness; and (2) fills of uniform depth with horizontal dimensions much greater than their thickness. When wetted, many naturally deposited and man-made metastable soil strata—especially those with steeply sloping surfaces, irregular or sloping bottom boundaries, nonuniform loads, or loads of small areal extent—may undergo significant horizontal deformations in addition to vertical deformation. The use of one-dimensional laboratory tests and analyses for predicting wetting-induced strains in the soil for these situations can lead to serious errors.

The wetting-induced movement occurring at any point within a soil mass depends on a complex, three-dimensional interaction among the water, soil, and type and concentration of ions in the pore fluid at that point, as well as on interactions with neighboring points that are similarly affected. Improved understanding of these complex interactions and a desire to predict collapse under general stress states was the motivation for this study. To facilitate the analysis and prediction of three-dimensional wetting-induced strains, a testing procedure using conventional triaxial equipment was developed. The results of a multidimensional experimental research program, conducted to examine the relationships among principal total stresses and magnitudes of wetting-induced total, axial, and radial volume changes, are summarized in this paper.

## BACKGROUND

Few references to research on multidimensional collapse are available in the literature. In two similar studies, performed at Purdue University, compacted samples of New Providence shale and St. Croix clay were tested by Abeyesekera (1977) and Johnson and Lovell (1979), respectively, using standard triaxial equipment. Samples were prepared using various levels of energy and molding water contents. Each sample was first consolidated under isotropic confining pressure, then saturated under high back pressure and the resulting total volume change determined. Regression analyses were used to derive equations for volumetric strain in terms of as-compacted dry density, as-compacted degree of saturation, and isotropic confining pressure.

When the model developed by Witsman (1979) for one-dimensional volume change of the same shale was applied to the triaxial specimens, correlation between the resulting equation and the actual triaxial data was poor (Abeyesekera and Lovell 1981). This is not surprising when the differences in lateral restraint in oedometer and triaxial tests are considered, as will be discussed in a subsequent section.

A triaxial testing program was conducted by Lourens and Czapla (1987) to determine the collapse characteristics of a compacted silty sand from an embankment in southern Africa. Data from consolidated-drained tests performed on dry (as-compacted) and wet (wetted under isotropic stress) samples were used to calculate hyperbolic stress-strain parameters for the embankment soil. The difference in strain between the dry and wet samples at any stress was assumed to represent the effect of wetting the soil at that stress. Computed wetting-induced collapse settlement of the embankment based on a finite element analysis compared favorably with measured settlement.

Wetting-induced volume changes of anisotropically stressed compacted samples of sodium montmorillonite have been studied by Dakshanamurthy (1979). Samples were first incrementally loaded under drained conditions to principal total stress ratios of 1, 2, and 3, then allowed to imbibe free water. This loading-wetting sequence is referred to herein as the soaked-after-loading method. Because of the high swelling potential of the soil and the comparatively low confining pressures, specimens swelled as a result of the soaking in all but one of the tests. Because the intent was to determine the swelling characteristics of expansive clays, the study was not extended to the higher pressures necessary to produce collapse.

Dakshanamurthy's experiments showed a unique relationship between volumetric strain increase (swelling) and mean normal total stress. The magnitude of swelling decreased exponentially with increased mean normal total stress, but was not affected by the principal total stress ratio ($\sigma_1/\sigma_3$). The individual components of volume change—axial and radial strain—were affected by the stress ratio. For the same mean normal total stress, axial swelling decreased and radial swelling increased with increasing principal stress ratio. Radial swelling exceeded axial swelling for all samples wetted under anisotropic stress conditions.

While Dakshanamurthy's work clarified the effects of anisotropic stresses on the swelling behavior of soils, it did not show whether the relationships are also valid for collapse (volume decrease). Simple extrapolation of the relationships observed in the swelling region to the collapse region is not justified because the mechanisms producing collapse are different from those responsible for swelling. Although both phenomena accompany the addition of water to soil and a reduction in matric suction, collapse occurs as a result of shear failures at water-softened interaggregate or intergranular contacts (Barden et al. 1973), or softening and distortion of clay aggregates (Hodek and Lovell 1979). Swelling is primarily related to absorption and adsorption of water by clay particles or aggregates and rebound resulting from the reduction in effective stresses.

This paper presents the results of a series of collapse tests on a predominantly sandy soil much less expensive than that used by Dakshanamurthy. The major objective of the testing program was to determine how stress ratio

influences the magnitude of collapse and the relative magnitudes of the radial and axial strains.

## SOIL AND METHODS

The soil used by Lawton et al. (1989) in a study of one-dimensional collapse was used in this research. It is a slightly expansive soil classified as SC (clayey sand) in the Unified Soil Classification System and A-6(2) in the AASHTO System. The soil has a maximum grain size of 2.0 mm, a median size of 0.15 mm, and contains, by weight, 15% particles finer than 0.002 mm. Other pertinent index and engineering properties are listed in Table 1.

The experimental program consisted of triaxial collapse tests on nominally identical specimens 71 mm (2.8 in.) in diameter compacted to 85% of modified Proctor maximum dry density at a water content of 10%. The selection of these compaction parameters was based on the results of the one-dimensional study of this soil referred previously and a series of pilot triaxial tests. The one-dimensional study indicated that wetting-induced collapse would occur only if the postloading prewetting degree of saturation, $S$, of the soil was less than that represented by the line of optimums ($S \approx 80\%$) determined from standard ASTM impact compaction tests (D 698 and D 1557). The samples prepared for this research had nominal postcompaction degrees of saturation of 47% thereby ensuring that measurable collapse would occur upon wetting at high stress levels. Compaction was performed with a Harvard miniature tamper, which is a kneading method believed to model sheepsfoot and other similar rollers normally used to compact clayey soils. Each sample was compacted directly into a mold lined with a rubber membrane. Each layer was compacted by loosely placing a predetermined amount of moist soil in the mold and tamping the soil until a height of 25 mm (1.0 in.) was produced. After six layers had been compacted, the top surface of the sample was smoothed and leveled.

Testing was conducted using a standard triaxial cell and load frame. The experimental setup is shown in Fig. 1. Axial load was measured by an electronic load cell and axial displacement by an LVDT. Total volume changes of the test specimens in response to wetting or stress changes were determined by measuring the change in volume of the confining fluid in the cell using an electronic volume-change device. Observed values were corrected for system compliance (expansion of the cell, tubing, etc.). The cell pressure

**TABLE 1.   Properties of Soil**

| Property (1) | Value (2) |
| --- | --- |
| Specific gravity | 2.73 |
| Liquid limit (%) | 34 |
| Plastic limit (%) | 19 |
| Plasticity index (%) | 15 |
| Optimum water content (%) (ASTM D 698) | 15 |
| Maximum dry density (Mg/m$^3$) (ASTM D 698) | 1.82 |
| Optimum water content (%) (ASTM D 1557) | 10 |
| Maximum dry density (Mg/m$^3$) (ASTM D 1557) | 2.02 |



FIG. 1.   Experimental Setup

was applied through a closed system by supplying air pressure through the top of the volume-change device, thereby pressurizing the water in the volume-change device, which in turn pressurized the confining fluid via the water in the drainage tube connecting the chamber to the volume-change device.

Because of the many advantages of the double-oedometer test in evaluating one-dimensional collapse potential (Lawton et al. 1989), a similar procedure, hereafter called the double-triaxial test, was used. In each double-triaxial test, one of a pair of identically prepared specimens was loaded in the as-compacted condition to successively larger axial and radial stresses (while maintaining a constant stress ratio) and allowed to attain dimensional equilibrium at selected levels of stress. A loading increment ratio of 1.0 was used. Before the second specimen was loaded, it was soaked with water under a small positive head at an axial stress ($\sigma_a$) of 25 kPa and a radial stress ($\sigma_r$) corresponding to the stress ratio used in the test. After the wetted specimen had achieved an equilibrium water content, indicated by a cessation of swelling, it was loaded in the same manner as the as-compacted specimen. Typical double-triaxial test results are shown in Fig. 2. The difference between the equilibrium void ratios for the two specimens at each level of stress was used to calculate the volumetric strain difference. The volumetric strain difference at any level of stress is assumed to be approximately the same as the volumetric strain that would occur if the soil were loaded to that stress level in the as-compacted state, then soaked with water. At stress levels where the wetted specimen has a larger void ratio than the as-compacted specimen, the volumetric strain difference is positive and the as-compacted soil is considered to have swelled. A negative volumetric strain difference indicates that the wetted specimen has a smaller volume than the as-compacted specimen, and the soil is considered to have collapsed. Axial strains were computed directly from the LVDT readings of deformation and the original specimen lengths. Radial strains were obtained from initially measured specimen diameters and final specimen diameters computed from



FIG. 2.   Typical Double-Triaxial Test Results



FIG. 3.   Volumetric Strain Difference as Function of Mean Normal Total Stress for Triaxial Tests

the observed volume and length changes using the assumption that the specimens deformed as right-circular cylinders. Double-triaxial tests were performed at principal total stress ratios ($\sigma_a/\sigma_r$) of 1.0, 1.5, 2.0, and 3.0.

Throughout the loading sequence, the cell pressure was applied to the sample before the deviator stress to help prevent shear failures. In most tests the incremental cell pressure and deviator stress were applied as quickly as was practical. However, to prevent unintended shear failure in the wetted

719

specimens at the higher stress ratios, some of the excess pore water pressure created by the application of the cell pressure increase was allowed to dissipate before the deviator stress increase was applied slowly. The maximum stresses applied were limited by the triaxial system to a maximum cell pressure of 690 kPa (100 psi) and a maximum axial load of 4.45 kN (1,000 lb). Further details of the experimental program can be found in Lawton (1986).

## TEST RESULTS

### Volumetric Strain

Volumetric strain difference ($\Delta\epsilon_{vol}$) is plotted versus mean normal total stress ($\sigma_m$) in Fig. 3, in which $\Delta\epsilon_{vol}$ in both the swelling and collapse regions is shown to be uniquely related to $\sigma_m$. As noted previously, this relationship was also observed in the swelling region by Dakshanamurthy (1979) using the soaked-after-loading test sequence. When the data are plotted separately for the soaked and as-compacted tests, as in Fig. 4, it appears that volumetric strain ($\epsilon_{vol}$) for both types of tests is also uniquely related to $\sigma_m$. The scatter for the three curves is certainly within the accuracy of the measurement of the various parameters from which the data were determined. A conclusion that can be drawn from Figs. 3 and 4 is that the volumetric (total) strain produced in a soil by an increase in stress or by wetting can be analyzed in terms of the increase in mean normal total stress or the value of mean normal total stress at the time of wetting.

Curves of $\Delta\epsilon_{vol}$ versus axial stress ($\sigma_a$) for principal stress ratios ($\sigma_a/\sigma_r$) of 1.0, 1.5, 2.0, and 3.0 are shown in Fig. 5. In the swelling region the predicted amount of volumetric swelling at a given $\sigma_a$ increases with $\sigma_a/\sigma_r$. At the lower values of $\sigma_a$ in the collapse region, the predicted volumetric collapse increases with decreasing $\sigma_a/\sigma_r$, whereas for higher values of $\sigma_a$ no definite trend is apparent at the stress levels tested.

Lawton (1986) reported the results of a double-oedometer test performed on samples of the same soil compacted by the same method (Harvard miniature tamper) to the same relative compaction and water content used in this study. When these data are plotted in Fig. 5, it can be seen that at low stresses greater volumetric swelling is predicted from the oedometer tests, and at high stresses greater volumetric collapse is predicted from the oedometer tests. This result might suggest that the wetted equilibrium principal stress ratio in the oedometer tests is greater than 3.0 at low axial stresses and less than 1.0 at high axial stresses. A clarification of this point can be obtained by using the curve (not the data points) in Fig. 3 to recompute $\Delta\epsilon_{vol}$ for all stress ratios and levels of stress. This amounts to assuming that $\Delta\epsilon_{vol}$ is truly a unique function of $\sigma_m$, and that the deviations of the data points from the curve in Fig. 3 result from inherent inaccuracies in measurements and minor random variations in specimens. Using this assumption, the curves of Fig. 5 were redrawn as depicted in Fig. 6. The relative positions of the redrawn triaxial curves and the oedometer curve strongly suggest that in the collapse region the equilibrium stress ratio in the oedometer decreases with increasing axial (vertical) stress, and at high values of axial stress, the equilibrium stress ratio is less than one. Approximate values for $\sigma_a/\sigma_r$ in the oedometer at various values of $\sigma_a$ were determined by picking off values of $\sigma_a$ for various values of $\Delta\epsilon_{vol}$ on the oedometer curve, then determining values of $\sigma_m$ from Fig. 3 for those same values of $\Delta\epsilon_{vol}$. These computed values



FIG. 4.   Volumetric Strain as Function of Mean Normal Total Stress for Soaked and As-Compacted Triaxial Tests



FIG. 5.   Volumetric Strain Difference as Function of Axial Stress for Triaxial and Oedometer Tests

of equilibrium $\sigma_a/\sigma_r$ are shown in Table 2, along with the approximate values obtained from Fig. 5 by observing where the oedometer curve lay in relation to the triaxial curves. The values obtained by the two methods are in reasonably good agreement. The values determined by these steps also indicate a trend of decreasing equilibrium $\sigma_a/\sigma_r$ with increasing $\sigma_v$ in the oedometer.

Since the soaked specimens are essentially saturated and the pore water



**FIG. 6.** Volumetric Strain Difference versus Axial Stress Curves for Triaxial Tests Redrawn Based on Volumetric Strain Difference versus Mean Normal Total Stress Curve (Fig. 3)

pressure approximately zero (i.e., zero suction) for the values of $\sigma_a$ and $\sigma_m$ shown in Table 2, the equilibrium total stress ratios are also essentially the effective stress ratios ($\sigma_a'/\sigma_r'$). The reciprocals of these effective stress ratios yield estimates of the ratio of effective horizontal-to-vertical stress, $K$, for a soil under zero-horizontal-strain conditions after the soil has been wetted to or near saturation and induced volume changes have ceased. These ratios are also shown in Table 2.

Comparison of the equilibrium values of $K$ with values of at-rest, active, and passive coefficients of lateral earth pressure ($K_0$, $K_a$, and $K_p$, respectively) is somewhat complicated by the differences in dry density of the test

**TABLE 2.** Computed Values of Equilibrium Total Stress Ratio and Computed Values of Lateral Stress Coefficients after One-Dimensional Wetting-Induced Volume Change

| $\Delta\epsilon_{vol}$ (%) (1) | Oedometer $\sigma_a$ (kPa) (2) | Triaxial $\sigma_m$ (kPa) (3) | Computed $\sigma_a/\sigma_r$ (4) | Approximate $\sigma_a/\sigma_r$ from Fig. 5 (5) | Computed $\sigma_a'/\sigma_r'$ (6) |
|---|---|---|---|---|---|
| +3 | 88 | 48 | 3.1 | 2.6 | 0.3 |
| +2 | 127 | 79 | 2.3 | 2.0 | 0.4 |
| +1 | 180 | 115 | 2.2 | 1.9 | 0.5 |
| 0 | 245 | 172 | 1.8 | 1.6 | 0.6 |
| −1 | 333 | 266 | 1.4 | 1.4 | 0.7 |
| −2 | 438 | 430 | 1.0 | 1.0 | 1.0 |
| −3 | 590 | 742 | 0.7 | <1.0 | 1.4 |
| −4 | 950 | 1,800[a] | 0.4 | <1.0 | 2.3 |

[a]From extrapolation of the curve in Fig. 3.

specimens after wetting under the various axial stress levels. For the oedometer tests, the predicted values of dry density of the soil at equilibrium after soaking range from 1.77 Mg/m$^3$ (110 lb/cu ft) at $\Delta\epsilon_{vol}$ = +3% to 1.65 Mg/m$^3$ (103 lb/cu ft) at $\Delta\epsilon_{vol}$ = −4%. The as-compacted dry density was 1.72 Mg/m$^3$ (107 lb/cu ft). As will be discussed subsequently, it is unlikely that these small differences of dry density will significantly alter the values of $K_a$, $K_0$, and $K_p$. For purposes of analysis only, the following assumptions are made: (1) The as-compacted effective angle of the soil ($\phi'$) equals 30°; (2) no significant change in $\phi'$ occurs because of swelling or collapse; and (3) the effective cohesion intercept is zero. Using Rankine's (1857) equations for active and passive conditions and Jaky's (1944) equation for at-rest conditions, the corresponding coefficients are $K_a$ = 0.33, $K_0$ = 0.50, and $K_p$ = 3.0. Comparing these values with values of $K$ in Table 2 indicates that $K \approx K_a$ for $\Delta\epsilon_{vol}$ = +3% (swelling); $K$ is slightly greater than $K_0$ for $\Delta\epsilon_{vol}$ = 0; and $K$ is approaching $K_p$ at $\Delta\epsilon_{vol}$ = −4% (collapse). If $\phi'$ is taken as 40°, $K_a$ = 0.22, $K_0$ = 0.36, and $K_p$ = 4.6. Comparing these values with values of $K$ in Table 2 indicates that for $\Delta\epsilon_{vol}$ = +3%, $K$ is between $K_a$ and $K_0$; for $\Delta\epsilon_{vol}$ = 0, $K$ is somewhat greater than $K_0$; and $K$ is approaching $K_p$ at $\Delta\epsilon_{vol}$ = −4%. Clearly, the relationships between the $K$-values in Table 2 and the active, at-rest, and passive coefficients is only slightly affected by the assumption of $\phi'$. In the following analysis the values for $K_a$, $K_0$, and $K_p$ based on $\phi'$ = 30° are used.

To understand why the equilibrium values of $K$ in the oedometer vary with the wetting-induced volumetric strain, the changes in stress that occur in the soil during the compaction, loading, and wetting processes must be considered. The process of application and removal of loads during compaction can result in significant residual lateral earth pressures, which can be many times greater than the theoretical at-rest values and may approach passive earth pressure magnitudes (Duncan and Seed 1986). The test specimens, for which the values of $K$ in Table 2 were determined, were prepared by compacting the soil directly into the oedometer ring. It is likely that this technique produces high residual lateral pressures in the samples after compaction. At the same time, the effective axial stress ($\sigma_a'$) in the sample was a function primarily of the matric suction in the soil since the total axial stress was small. The effective radial stress ($\sigma_r'$) was a function of both the matric suction and the residual lateral stresses induced during compaction. This state of stress is represented by point A in Fig. 7. Using the general characteristics of the hysteretic $K_0$-loading model developed by Duncan and Seed (1986), application of axial load to the sample in increments to simulate overburden pressure results in an increase in both $\sigma_a'$ and $\sigma_r'$, represented by $AB$ for low load, $AB'$ for intermediate load, and $AB''$ for high load. At this stage, the matric suction in the soil has been reduced slightly because of the increase in the degree of saturation caused by compression under load. Because soil represented by point $B''$ has compressed more under the larger applied load, its matric suction is lower than for the soil at point B.

Wetting the soil at point B, B', or B'' under constant total axial stress produces changes in the effective stresses in two ways: (1) Both $\sigma_a'$ and $\sigma_r'$ decrease because of reduction in matric suction, with $\sigma_a'$ becoming essentially equal to $\sigma_a$; and (2) $\sigma_r'$ changes because of volume change of the soil. First, considering the decrease in matrix suction only, the decrease in $\sigma_a'$ will



FIG. 7.  Changes in Axial and Radial Effective Stresses due to Loading and Wetting

be equal to the decrease in $\sigma'_a$ (assuming that $\sigma_r$ is not affected by the decrease in suction) and the stress state will decrease from B, B', and B" to C, C', and C", respectively. Because this stress change is isotropic it will take place at a slope of one in the stress space of Fig. 7. If the magnitude of the change is large enough to reach the $K_0$-line (as at C"), a further decrease in suction results in $\Delta\sigma'_r = K_0\Delta\sigma'_a$ until the decrease in suction stops (D"). If no volume change occurs as a result of wetting at the intermediate load, the $K$-value at point C', which is slightly above $K_0$, corresponds to the equilibrium $K$ for $\Delta\epsilon_{vol} = 0$ shown in Table 2 ($K = 0.6$). If collapse occurs at high load, an increase in $\sigma'_r$ will occur as the soil tends to expand radially because of the increase in density, but is restrained from doing so by the confining ring. The greater the collapse, the greater the increase in $\sigma'_r$, which can approach the full passive condition as indicated by point E" (corresponding to $K = 2.3$ for $\Delta\epsilon_{vol} = -4\%$ in Table 2). If the sample swells at low load, the soil initially tends to expand upward and outward. Because the outward movement is prevented by the confining ring, some initial increase in $\sigma'_r$ may occur. As the soil seeks the path of least resistance, however, the sample continues to expand upward and $\sigma'_r$ decreases because of the decrease in density. The lower limit for this decrease in $\sigma'_r$ occurs when the full active condition is attained (point D). This condition is comparable to $K = 0.3$ for $\Delta\epsilon_{vol} = +3\%$ in Table 2.

These laboratory results suggest that similar stress changes from loading and wetting would also occur in a field-compacted fill, with one possible exception. Compaction of subsequent lifts by rollers subjects previously placed lifts to conditions of loading and unloading, resulting in higher residual lateral earth pressures than developed just by the compaction of each lift alone. The significance of this difference in lateral pressures would depend on several compaction parameters, including weight and type of roller, number of passes per lift, and thickness of each lift. This cyclic loading is not accounted for in an oedometer test where the placement of subsequent lifts is

modeled by application of incremental static loads. However, this difference between field and laboratory loading does not substantially alter the analyses and conclusions presented previously.

**Axial and Radial Strain**

The significance of stress ratio in relation to the component axial and radial strains ($\epsilon_a, \epsilon_r$) is illustrated in Figs. 8 and 9. For a given $\sigma_m$, axial collapse increases and axial swelling decreases with increasing $\sigma_a/\sigma_r$. Radial swelling increases with increasing stress ratio. Radial collapse occurred only when $\sigma_a/\sigma_r$ was equal to one, as expected. These results in terms of swelling are consistent with those of Dakshanamurthy (1979).

An additional result shown in Figs. 8 and 9 is the extremely large axial compression and radial swelling shown for $\sigma_m = 222$ kPa and $\sigma_a/\sigma_r = 3$. This indicates that a sample loaded in its as-compacted state to this stress level, then soaked collapses axially and extends radially to such an extent that general shear failure is occurring in the test specimen. The soaked specimen tested at $\sigma_a/\sigma_r = 3.0$ did yield completely at a slightly higher $\sigma_m$. It is not known whether this failure would occur in a sample that was loaded to those conditions and then soaked, or whether this behavior is due to the buildup of excess pore water pressure in the soaked sample during loading. An indication that this magnitude of wetting-induced collapse might occur in practice is that the value of $\Delta\epsilon_{vol}$ at $\sigma_m = 222$ kPa for $\sigma_a/\sigma_r = 3.0$ is consistent with the unique relationship between $\Delta\epsilon_{vol}$ and $\sigma_m$ shown in Fig. 3.

Changes could be made to the loading procedure used in this study, which would reduce the likelihood of specimen failure by excess pore pressure buildup. A relatively simple change would be to reduce the loading increment ratio to 0.25 or 0.5. This change would significantly reduce the level of excess pore water pressure buildup, but would have the disadvantage of adding considerable time to the duration of each test. An alternative would be the use of a computerized loading-monitoring system, in which the appropriate stresses are applied at a rate slow enough to minimize the buildup of excess pore water pressure.

A comparison of the computed axial and radial strain differences in the oedometer and triaxial tests (Figs. 10 and 11) can provide insight into the substantial differences between the two types of tests. In Fig. 11, the oedometer results are shown by the horizontal line representing $\Delta\epsilon_r = 0$. The axial swelling predicted by the double oedometer test is much greater than predicted by the triaxial tests for all values of $\sigma_a/\sigma_r$, whereas the predicted radial swelling is much greater in the triaxial tests than in the oedometer tests. These relationships are consistent with the zero-lateral-strain condition of the oedometer tests in that the swelling produced by wetting the soil at low $\sigma_a$ will result in high axial swelling in an oedometer test, since radial swelling is prevented by the confining ring. However, radial swelling is not prevented in the triaxial tests and increases with decreasing confining pressure (higher $\sigma_a/\sigma_r$). As a further check of the relationship developed earlier, that $K \approx K_a$ at equilibrium after wetting under low stresses, values of $\Delta\epsilon_a$ and $\Delta\epsilon_r$ for oedometer and triaxial tests can be compared at $\sigma_a = 25$ kPa. A stress ratio of 3.0 in the triaxial test corresponds to $K = 0.33$, which is approximately the active value. Therefore, $\Delta\epsilon_{vol}$ for the oedometer tests and triaxial tests at $\sigma_a/\sigma_r = 3.0$ should be the same. The actual values from the



FIG. 8.   Axial Strain Difference as Function of Mean Normal Total Stress for Triaxial Tests



FIG. 9.   Radial Strain Difference as Function of Mean Normal Total Stress for Triaxial Tests

tests at $\sigma_a$ = 25 kPa are oedometer $\Delta\epsilon_{vol}$ = +6.2% and triaxial $\Delta\epsilon_{vol}$ = +4.2%. The most likely explanation for this discrepancy is that the oedometer sample was soaked at $\sigma_a$ = 1 kPa, but the triaxial sample was soaked at $\sigma_a$ = 25 kPa. Justo et al. (1984) showed that predicted swelling at low stresses in double-oedometer tests depends on the load at which the soil is soaked. Soaking at a lower load will result in a higher prediction of swelling. However, Justo et al. (1984) also found that the load at which the samples are soaked does not significantly affect the accuracy of predicted collapse or swelling at higher pressures. Therefore, the relationships between oed-

726



FIG. 10.   Comparison of Axial Strain versus Axial Stress Curves for Oedometer and Triaxial Tests



FIG. 11.   Comparison of Radial Strain versus Axial Stress Curves for Oedometer and Triaxial Tests

ometer and triaxial results presented herein are not substantially altered by this difference in soaking pressure. Another possible explanation is that the equilibrium value of $K$ for $\sigma_a = 25$ kPa in the oedometer test is less than 0.33 because of a higher effective friction angle of the soil than assumed. Other potential factors include random variations in samples and different width-to-length ratios for oedometer and triaxial samples.

The axial collapse predicted from the oedometer tests generally lies between the triaxial curves for stress ratios of 1.5 and 2.0. For the same range of axial stresses, and oedometer curve for radial strain is approximately the

same as the triaxial curve for $\sigma_a/\sigma_r = 1.5$. For high axial stresses and high stress ratios in a triaxial test, significant axial collapse accompanied by radial expansion occurs as illustrated by the curves for $\sigma_a/\sigma_r = 3.0$. In contrast, at high axial stresses and a stress ratio of 1.0, both axial and radial collapse occur. Wetting an isotropic soil under an isotropic state of stress would be expected to produce equal axial and radial strains. This is confirmed for these tests by observing the nearly identical curves of $\Delta\epsilon_a$ and $\Delta\epsilon_r$ for $\sigma_a/\sigma_r = 1.0$. These results are reasonable when the effect of the confining ring in an oedometer test is considered. At the same $\sigma_a$, one-dimensional axial collapse is less than for $\sigma_a/\sigma_r = 3.0$ because the confining ring prevents lateral expansion that would accompany large axial collapse at low confining pressures, but is greater than the axial collapse for $\sigma_a/\sigma_r = 1.0$ because the confining ring cannot induce inward radial stresses that would produce radial collapse and inhibit axial collapse.

## SUMMARY AND CONCLUSIONS

A double-triaxial test procedure similar to the double-oedometer test was developed to determine the wetting-induced collapse potential of soils subjected to anisotropic stress states. This test permits prediction of wetting-induced volume change at a wide range of axial stresses using standard triaxial equipment and only two samples for each axial to radial stress ratio with less effort than required to obtain the same results from soaked-after-loading triaxial volume-change tests.

Based on a series of double-triaxial tests performed on a slightly expansive clayey sand, it was established that the magnitude of volumetric strain resulting from a change in stress state or from wetting depends on mean normal total stress and is independent of the principal stress ratio. However, the individual components of volumetric strain—axial and radial strain—depend significantly on principal stress ratio. For a given mean normal total stress, the magnitude of axial collapse increases and the magnitude of radial collapse decreases with increasing stress ratio.

Comparison of results from oedometer and triaxial tests indicates that the equilibrium value of coefficient of lateral earth pressure after wetting under zero-lateral-strain conditions varies as a function of the axial strain that occurs because of wetting. At low axial stresses where large swelling occurs, full active conditions may be achieved. At high axial stresses where large axial collapse occurs, full passive conditions may be approached. Equilibrium conditions at or somewhat above at-rest occur at intermediate axial stresses where no or very few wetting-induced volume changes occur.

The relationships developed in this study could improve predictions or analyses of multidimensional wetting-induced collapse in compacted fills such as earthen dams, embankments, and filled canyons. Reliable prediction or analysis, however, requires a reasonably accurate knowledge of the in situ horizontal stresses present in the fill at the time of wetting. The horizontal stresses can be estimated using available compaction models or measured using available in situ testing equipment. The orientation of the principal planes also must be known fairly well if a valid engineering analysis is to be performed. Although in many situations the principal planes are assumed to be horizontal and vertical, this assumption probably is invalid for most fills where significant potential for horizontal wetting-induced movement ex-

728

ists, such as along the slope of an earthen dam. More research is needed in this area.

The results determined relative to the changes in horizontal effective stresses that occur during one-dimensional wetting-induced volume changes could prove valuable for analyzing the postwetting behavior of compacted fills and naturally deposited soil strata where zero-lateral-strain conditions are present.

## APPENDIX I.   REFERENCES

Abeyesekera, R. A. (1977). "Stress-deformation and strength characteristics of a compacted shale." *Report No. JHRP-77-24,* Purdue University, West Lafayette, Ind.

Abeyesekera, R. A., and Lovell, C. W. (1981). "Volume changes in compacted clays and shales on saturation." *Transp. Res. Rec.,* Transportation Research Board, Washington, D.C., (790), 67–73.

Barden, L., McGown, A., and Collins, K. (1973). "The collapse mechanism in partly saturated soil." *Engrg. Geol.,* 7, 49–60.

Booth, A. R. (1977). "Collapse settlement in compacted soils." *Res. Report 324, Bull. 13,* Commonwealth Scientific Institute for Research, National Institute for Transport and Road Research, South Africa.

Brandon, T. L., Duncan, J. M., and Gardner, W. S. (1990). "Hydrocompression settlement of deep fills." *J. Geotech. Engrg.,* ASCE, 116(10), 1536–1548.

Cox, D. W. (1978). "Volume change of compacted clay fill." *Proc. of Conference on Clay Fills,* Institution of Civil Engineers, London, U.K., 79–87.

Dakshanamurthy, V. (1979). "A stress-controlled study of swelling characteristics of compacted expansive clays." *Geotech. Testing J.,* ASTM, 2(1), 57–60.

Dudley, J. H. (1970). "Review of collapsing soils." *J. Soil Mech. and Found. Div.,* ASCE, 96(3), 925–947.

Duncan, J. M., and Seed, R. B. (1986). "Compaction-induced earth pressures under $K_0$-conditions." *J. Geotech. Engrg.,* ASCE, 112(1), 1–22.

Hodek, R. J., and Lovell, C. W. (1979). "A new look at compaction processes in fills." *Bull. Assoc. of Engrg. Geolog.,* 16(4), 487–499.

Jaky, J. (1944). "The coefficient of earth pressure at rest." *J. Soc. Hungarian Arch. Engrs.,* 7, 355–358.

Jennings, J. E., and Knight, K. (1957). "The additional settlement of foundations due to collapse of sandy soils on wetting." *Proc. of Fourth Int. Conf. on Soil Mechanics and Foundation Engineering,* London, U.K., 1, 316–319.

Johnson, J. M., and Lovell, C. W. (1979). "The effect of laboratory compaction on the shear behavior of a highly plastic clay after saturation and consolidation." *Report No. JHRP-79-7,* Purdue University, West Lafayette, Ind.

Justo, J. L., Delgado, A., and Ruiz, J. (1984). "The influence of stress-path in the collapse-swelling of soils at the laboratory." *Proc. of the Fifth Int. Conf. on Expansive Soils,* Adelaide, South Australia, 67–71.

Lawton, E. C. (1986). "Wetting-induced collapse in compacted soil," thesis presented to Washington State University, at Pullman, Wash., in partial fulfillment of the requirements for the degree of Doctor of Philosophy.

Lawton, E. C., Fragaszy, R. J., and Hardcastle, J. H. (1989). "Collapse of a compacted clayey sand." *J. Geotech. Engrg.,* ASCE, 115(9), 1252–1267.

Leonards, G. A., and Davidson, L. W. (1984). "Reconsideration of failure initiating mechanisms for Teton Dam." *Proc. of Int. Conf. on Case Histories in Geotechnical Engineering,* St. Louis, Mo., 2, 1103–1113.

Lobdell, G. T. (1981). "Hydroconsolidation potential of Palouse loess." *J. Geotech. Engrg. Div.,* ASCE, 107(6), 733–742.

Lourens, J. P., and Czapla, H. (1987). "Prediction of collapse settlement of a high embankment." *Civ. Engr. in South Afr.,* 29(2), 49–57.

Lutenegger, A. J., and Saber, R. T. (1988). "Determination of collapse potential of soils." *Geotech. Testing J.,* ASTM, 11(3), 173–178.

Mingzhen, L. (1987). "Laboratory experiment of intermittment immersion on collapsible loess." *Selected Papers from the Chinese Journal of Geotechnical Engineering*, Y. H. Huang, ed., ASCE, 53–61.

Miranda, A. N. de (1988). "Behavior of small earth dams during initial filling," thesis presented to Colorado State University, at Fort Collins, Colo., in partial fulfillment of the requirements for the degree of Doctor of Philosophy.

Peterson, R., and Iverson, N. L. (1953). "Study of several low earth dam failures." *Proc. of Third Int. Conf. on Soil Mechanics and Foundation Engineering*, Zurich, Switzerland, 2, 273–276.

Rankine, W. M. J. (1857). "On stability of loose earth." *Philos. Trans. Royal Soc.*, London, U.K., 1, 9–27.

Witsman, G. R. (1979). "The effect of compaction prestress on compacted shale compressibility." *Report No. JHRP-79-16*, Purdue University, West Lafayette, Ind.

## APPENDIX II.   NOTATION

*The following symbols are used in this paper:*

$K$ = coefficient of lateral earth pressure = $\sigma_h'/\sigma_v'$;

$K_a$ = coefficient of active earth pressure;

$K_0$ = coefficient of earth pressure at rest;

$K_p$ = coefficient of passive earth pressure;

$R$ = relative compaction based on modified Proctor (ASTM D 1557) maximum dry density;

$S$ = degree of saturation;

$w$ = molding (compaction) water content;

$\Delta\epsilon_a$ = axial strain difference;

$\Delta\epsilon_r$ = radial strain difference;

$\Delta\epsilon_{vol}$ = volumetric strain difference;

$\epsilon_a$ = axial strain;

$\epsilon_r$ = radial strain;

$\epsilon_{vol}$ = volumetric strain;

$\sigma_a$ = total axial stress;

$\sigma_m$ = mean normal total stress = $(\sigma_1 + \sigma_2 + \sigma_3)/3$;

$\sigma_r$ = total radial stress;

$\sigma_a'$ = effective axial stress;

$\sigma_h'$ = effective horizontal stress;

$\sigma_r'$ = effective radial stress;

$\sigma_v'$ = effective vertical stress;

$\sigma_a/\sigma_r$ = principal total stress ratio; and

$\phi'$ = effective angle of internal friction.

# TECHNICAL PAPER

JOURNAL OF THE SOUTH AFRICAN
INSTITUTION OF CIVIL ENGINEERING

Vol 47 No 1, 2005, Pages 8–14, Paper 573

# Collapse potential of partly saturated sandy soils from Mozal, Mozambique

E Rust, G Heymann and G A Jones



EBEN RUST completed his BSc(Eng) at the University of Pretoria in 1977. He spent ten years in practice as a geotechnical consultant before joining the University of Pretoria as a lecturer. In 1996 he obtained his PhD from the University of Surrey. Apart from lecturing he is involved in research in the fields of fundamental soil mechanics and in-situ testing.



GERHARD HEYMANN graduated with a BEng degree from the University of Pretoria in 1988. After a short spell in the consulting industry he returned to the University of Pretoria to lecture and research soil mechanics. In the late 1990s he spent three years in the United Kingdom conducting research on the stiffness behaviour of soils and subsequently obtained a PhD from the University of Surrey. He is currently a Professor in the Department of Civil Engineering at the University of Pretoria.



GARY JONES graduated with a BA and later an MA (Cantab) (Engineering) from Cambridge. In 1992 he obtained a PhD from the University of Natal. He spent his first year as an engineer with various roads departments in Africa, including the Natal Roads Department. After a short spell at the CSIR he joined VKE and later SRK in 1982 as geotechnical engineer where he progressed through the ranks to the position of Principal of SRK. He is currently in semi-retirement and has been appointed as Extraordinary Professor at the University of Pretoria.

## INTRODUCTION

There is an upsurge in development along the eastern coast of southern Africa that creates the need to re-examine the typical red sands which occur from northern Mozambique to the south coast of KwaZulu-Natal in South Africa.

A number of problems pertaining to these sands were highlighted by the work at Mozal, the aluminium smelter in Maputo, in the late 1990s (McKnight 1999). The primary geotechnical problem was perceived to be the high collapse potential of the red sands to depths of up to 15 m. The geotechnical investigation, which included conventional laboratory testing together with extensive pile testing, led to the decision that pile depths, particularly under the extremely settlement sensitive pot lines, should be significantly deeper than originally estimated. The foundation engineering decisions made at Mozal were based on the geotechnical information available at the time. However, there is a question as to whether the profession has a proper understanding and hence a rational practice for dealing with these red sands.

As part of the Mozal work, a separate investigation was conducted by the authors during which a number of unconventional laboratory tests were carried out. These include triaxial collapse tests, one-dimensional incremental collapse tests and pore fluid suction measurements. The results do not agree well with those from the conventional tests conducted as part of the initial site investigation and this raises important questions regarding the validity of current practice. A constitutive collapse model is proposed which may shed light on the mechanisms involved.

## COLLAPSE POTENTIAL

Collapse potential was first recognised, described and defined by Jennings and Knight (1957) and Knight (1961), and routine testing was developed to quantify soil collapse. Schwartz (1985) comprehensively reviewed this work in a state of the art paper.

Foundation recommendations for collapsible soil tend to be routine, that is, found below the layer with collapse potential, excavate and recompact the material, dynamically compact it and carry out various drainage precautions to prevent wetting. All these are possible and generally economical because the strata with collapse potential typically are not thick. These approaches have not changed significantly for many years, though our knowledge and understanding of the collapse phenomenon have improved in the recent past.

The workshop on the Genesis and Properties of Collapsible Soils (Derbyshire

et al 1994) was convened for this purpose and the proceedings are essential reading. In broad terms the work deals with the genesis, identification, testing and engineering of collapsible soils with considerable emphasis placed on the definition of terminology. It is generally agreed that collapsible soils comprise a mixture of coarser soil grains held together by finer material which permit intermolecular, electrostatic, capillary and chemical bonds to develop although not all of these may be present and the relative strength of the bond type will depend on the soil (Osipov & Sokolov 1994; Lefebvre 1994). Collapsible soils may generally be identified by simple tests such as particle size distribution, Atterberg limits, dry density, void ratio or degree of saturation and many regulatory authorities present criteria by which collapse may be recognised. These are generally empirical and relate to the area of that authority. Both one-dimensional consolidation and triaxial tests are used to assess the degree of collapse, but it is recognised that sample disturbance and the unrealistic wetting processes of the tests are severe limitations. Some authors (eg Houston et al 1994a) advocate field testing but again the unrealistic wetting presents a major difficulty.

In broad terms South African practice for potentially collapsible soils may be described as essentially qualitative in nature rather than quantitative and it needs to be asked whether this can still be regarded as satisfactory. For example, publications from the symposium on the Genesis and Properties of Collapsible Soils give both theoretical and empirical relationships which could be adopted for southern African conditions: Fredlund and Gan (1994) set out a derivation of collapse relationships from an approach analogous to consolidation theory and incorporating suction pressures, and Lin (1994) presents illuminating test results for loess emphasising the influence of age, overburden pressure, degree of saturation and suction pressure.

Schwartz (1985) pointed out that degree of saturation was a vital parameter in assessing collapse potential and suggested that it should be used as a determining factor for collapse estimates, that is, a critical degree of saturation exists for collapsible soils above which collapse would not occur. Unfortunately this concept would seem to have been largely ignored in practice, although McKnight (1999) reproduced the Schwartz data and added the information from the Mozal site, thus providing a useful illustration of a general relationship between critical degree of saturation and fines content.

Schwartz (1985) also stresses that the concept of effective stress must be taken into consideration in the formulation of any research



*Figure 1 Dry density of the Mozal material*



*Figure 2 Moisture content of the Mozal material*



*Figure 3 Oedometer collapse potential of the Mozal material (McKnight 1999)*

of the material and in particular the wide variation in clay content from less than 5 % to greater than 40 %. They note that collapse has been recognised, particularly with low clay content, but that it has been rare below depths of 5 m.

The extensive investigation for the Mozal aluminium smelter at Maputo provides an example of a thorough, conventional geotechnical investigation of the red sands carried out according to best practice at the time (McKnight 1999). The data is reproduced to show dry density and moisture content against depth (figures 1 and 2) and collapse potential against depth (figure 3). The results indicate that the dry density has a minimum of about 1 600 kg/m³ and a maximum of about 1 850 kg/m³ but with most of the values between 1 600 and 1 700 kg/m³ and apparently no relationship of density against depth (figure 1).

The moisture content (figure 2) is somewhat more scattered but with about 60 % of the results between 4 % and 6 %. A few results are below 2 % moisture and these occur below 12 m depth, which seems unlikely since there appears to be a trend of increasing moisture content with depth.

The degree of saturation varies in the range of about 15 % to 40 % linearly from about 20 % at 6 m depth to about 30 % at 16 m depth. The void ratio averages about 0,55 with a standard deviation of 0,08 and does not appear to show any correlation with depth.

Collapse potential (figure 3) was measured during one-dimensional loading using the standard single oedometer method but with the pressure at inundation being 1 000 kPa. The reasoning for this was that piling was the selected founding method, therefore a high pressure laboratory test would better represent the in-situ conditions. The test results are remarkable in that some of the collapse potentials measured were very high even at depth despite high densities and low void ratios. These, together with soaked pile tests, led to the conclusion that piling through the sands to

the underlying stratum was essential considering the extreme sensitivity of the structures to differential settlement.

## Recognition of collapse potential by southern African criteria

This Mozal data may be compared with that for other recognised southern African collapsible sands. Brink, Patridge and Williams (1982) and Schwartz and Yates (1980) suggest typical dry densities of collapsible materials to be from 900 to 1 600 kg/m³, although the former warn against assuming higher densities necessarily exclude collapse.

Brink (1985) reproduces two sets of relationships between collapse potential index and dry density for Aeolian sands and soils of mixed origin attributed to Schwartz and Pavlakis respectively. These relationships are represented by the following equations:

Aeolian sand:  $CP = \dfrac{1\,672 - \gamma_d}{22}$

$$(\text{coefficient of correlation} = 0,73)$$

Mixed origin:  $CP = \dfrac{1\,590 - \gamma_d}{18,9}$

$$(\text{coefficient of correlation} = 0,77)$$

The equations imply that Aeolian sands with dry densities greater than 1 672 kg/m³ and mixed origin soils with dry densities greater than 1 590 kg/m³ are generally not collapsible.

Clearly the implication from the recorded evidence from southern African soils is that the Mozal soils, with densities that average 1 650 kg/m³, are unlikely to have significant collapse potential.

## Recognition of collapse potential by international criteria

The data in the various papers from the *Genesis and properties of collapsible soils* (Derbyshire et al 1994) indicate a fairly large range of dry densities of collapsible soil but generally from about 1 100 to 1 400 kg/m³ for loesses of Eastern Europe and China. Whilst it would be unacceptable to draw a definite conclusion from the dry density information, there can be no doubt that the Mozal soils have an unusually high dry density for collapsible soil.

Figure 4 is taken from El-Sohby et al (1995). It represents an amalgam of swell and collapse predictions based on numerous predictive methods representing worldwide best practice. The authors give two similar diagrams, one for silt-clay and one for sand-clay, and it is the latter which is reproduced here. It clearly shows that soils with a dry density of 1 650 kg/m³ and clay content less than 30 % would not be expected to have collapse potentials of greater than 1 %. This is deliberately expressed in a conditional sense, rather than as categorical, since the models on which the diagram is based would not be expected to deal with extreme conditions. Nevertheless the weight of evidence contained in the diagram certainly indicates that the Mozal soils at depth would be expected, at the worst, to have a small collapse potential. Schreiner and Popescu (1995) discuss both swell and collapse and in particular the concept of truly collapsible and conditionally collapsible soils which are

work related to the collapse phenomena. As this requires accurate real-time measurement of soil suction it is currently, however, not realistic to expect the practising engineer or a commercial soils laboratory to adopt these requirements to correctly model a collapsible soil in terms of effective stress.

## RED SANDS OF THE SOUTHERN AFRICAN EAST COAST

The engineering literature of the red sands of the eastern seaboard of southern Africa is less extensive than may have been expected considering the often problematic nature of the material and the extensive development particularly around Durban. Webb and Hall (1967) give a comprehensive description of the formation and properties of the Berea red sands and graphically illustrate the extreme heterogeneity



Figure 4 Swell (positive strain) and collapse (negative strain) prediction (from El-Sohby et al 1995)



Figure 5 Triaxial collapse potential test

defined in terms of limiting pressures beyond which the rate of change of deformation increases rapidly. They conclude that 'testing for collapse can and should be done using the double oedometer' and it would be interesting to know whether they have experienced problems similar to those reported herein.

A similar argument for the recognition of collapse from dry densities can be advanced on the basis of the void ratios. Typical data from the literature indicates void ratios of 0,8 or greater for collapsible loesses of China (Lin 1994). Also, in the experience of the authors the well-known collapsible Kalahari sands

typically have void ratios of about 0,8. It can be seen that the Mozal soils, which have void ratios of about 0,55, fall well below this range for collapsible soils.

Another dataset of importance when considering collapse potential is penetration testing, both standard penetration tests (SPT) and cone penetration tests (CPT). At Mozal these both typically show high values of SPTs in the range 30–70 and CPTs of greater than 30 MPa indicating by normal interpretation very dense and certainly not collapsible material.

Clearly there are major inconsistencies in the data which require resolution. The

empirical interpretation of the indirect indicators of collapse, that is density, void ratio and penetration resistance, appears to show that the material has little or no collapse potential. On the other hand, however, there is the apparently supportive data for collapse from the laboratory collapse potential tests and from plate-bearing and pile tests – both of which showed vertical displacements of about 35 mm on soaking.

## SAMPLING AND TESTING OF MOZAMBIQUE RED SANDS

During the investigation at the Mozal site the opportunity arose for the authors to sample the red sands carefully and conduct laboratory tests. Hight et al (1992) have shown that block sampling produces higher-quality samples than other sampling techniques. The samples used during this testing programme were block samples retrieved by hand from a large diameter auger hole using the methods described by Heymann and Clayton (1999). The samples were covered in numerous layers of aluminium foil and polyurethane film (cling film) to protect them against moisture change. The tests described were conducted on specimens cut from these block samples.

Three types of laboratory tests that are currently not regarded as standard practice were conducted on the Mozal material. These are triaxial collapse tests, pore fluid suction measurements and incremental collapse tests.

### Triaxial collapse potential test

A test was developed in which the collapse behaviour of the partially saturated sandy material from the Mozal site was measured in a conventional triaxial apparatus. An important feature of the new test was the use of local instrumentation to measure the axial strains over the central part of the specimen remote from the ends. Numerous instruments suitable for local strain measurements have been described in the literature (eg Heymann 2000). For the tests described, submersible LVDTs with a range of ± 5 mm and a gauge length of 55 mm were fitted to 76 mm diameter specimens. These local instruments avoid bedding errors that occur due to surface irregularities at the interface between the soil and the porous discs. The inaccuracy due to bedding errors becomes pronounced as the length over which the sample collapse is measured becomes small, such as in the case of a one dimensional oedometer with a typical height of about 20 mm. Bedding as small as 0,5 mm on each end of the specimen will result in a bedding error of 5 %, which may well be in excess of the soil collapse. Conducting a collapse test in a triaxial apparatus allows for a larger specimen to be used, but, more importantly, the use of local strain instrumentation entirely excludes errors due to bedding.

During the test the specimen was placed in the triaxial apparatus at the in-situ moisture content. Dry, low air entry porous discs were placed on both ends of the specimen and the specimen covered with a latex membrane in the conventional way. The schematic arrangement of the experimental set-up is shown in figure 5. The cell pressure was increased in increments whilst noting the response of the local strain instruments



Figure 6 Typical result of triaxial collapse test on Mozal material



Figure 7 Pore fluid metric suction of Mozal material

for each increment. Sufficient time was permitted between cell pressure increments to allow the creep rate to subside to acceptable levels (< 0,25 % per hour). At the required cell pressure the specimen was inundated with de-aired water at a pressure of 15 kPa. The water entered the sample through the bottom drainage line to allow the displaced air to escape through the top line. The response of the local strain instrumentation was monitored as collapse occurred.

Once creep associated with the collapse event decreased sufficiently, loading was continued by increasing the cell pressure in increments to the maximum pressure required, again noting the response from the local strain instrumentation for each increment. This was followed by an unloading cycle where the response was decreased in increments, with cell pressures typically corresponding to those used during the loading

cycle. The time required for creep to subside at each pressure increment was generally a few minutes prior to inundation, increasing to a few hours after inundation.

The main advantage of this triaxial collapse potential test is the avoidance of bedding errors, which should improve the repeatability of the results. However, the test has some shortcomings relating to the stress condition applied and the strains measured. In general the stresses exerted by a foundation consists of a combination of isotropic and octahedral stresses. The laboratory test imposes only isotropic stresses on the specimen and measures only axial strains. This does not allow a comparison of stress and strain increments on the bases of established constitutive relationships unless isotropy of strains are assumed.

Figure 6 shows a typical collapse test result on the material from Mozal. It is clear that the introduction of water to the soil had an effect on its behaviour and axial strain of 2,6 % was observed during inundation. This magnitude of collapse is within the range of 1 % to 5 %, which was classified by Schwartz (1985) as indicating 'moderate trouble'. However, the difference in volumetric stiffness of the material before and after inundation was much more dramatic. Assuming isotropy, the stiffness before and after wetting was calculated as 114 MPa and 11 MPa respectively, indicating a ten-fold reduction in stiffness on wetting. It was presumed that such a dramatic change in stiffness may be due to a reduction in pore fluid suction and therefore a reduction in effective stress. This mechanism was investigated by conducting pore fluid suction measurements on additional samples from the Mozal site.

### Pore fluid matric pressure measurements

Matric suction measurements were conducted using the filter paper method (Chandler & Gutierrez 1986; Houston *et al* 1994b). Specimens were prepared by cutting suitably sized soil samples and adding increasing quantities of water to the various specimens.

Whatman no 42 filter paper was placed in contact with the specimens and wrapped with aluminium foil and polyurethane film. The specimens were then left for ten days to allow equilibrium of the suction pressure in the specimen and the filter paper to be reached. The measurements were duplicated by using two pieces of paper for each sample and no significant differences were observed between the measurements made by each pair of filter papers. The suction pressure was taken as the average of the two measurements and the results are shown in figure 7. The figure indicates that the suction pressures in the specimens at the in-situ moisture content were high and reduced dramatically as the moisture content increased. The results also show that a critical moisture content exists at about 6 % above which suction pressures become negligible. The notion of a critical moisture content was further explored by conducting incremental collapse tests.

### Incremental collapse tests

Collapse tests were carried out in a special one-dimensional oedometer which allowed the incremental addition of small quantities of water to the specimen via a pinhole at the bottom of the apparatus. The apparatus suffers from bedding effects similar to those present in the conventional oedometer apparatus but allows the collapse phenomenon to be observed as the moisture content increases. Figure 8 shows the results obtained at a vertical total stress of 600 kPa. The initial moisture contents of the three samples varied between 4 % and 5 % and it may be seen that a slight increase in moisture content above these levels triggered collapse settlement. It may also be observed that at a moisture content above about 5,5 % the rate at which collapse increased for an increase in moisture content reduced significantly. This moisture content of 5,5 %, and the 6 % above which pore fluid suctions become negligible, corresponds closely with the critical moisture content of 6,3 % identified by McKnight (1999) above which collapse does not occur for the Mozal material.

In order to advance the argument of the collapse behaviour of the soil as observed above, a conceptual yield model was developed in terms of effective stress theory. This is consistent with Blight (1963), who inferred on the basis of a small data set that the phenomenon of soil collapse is consistent with the principle of effective stress.

### YIELD MODEL FOR COLLAPSING SOIL

The yield model for collapsible material presented in this paper is broadly based on the critical state model and specifically on the yield model for structured soils and weak rocks as presented by Leroueil and Vaughan (1990). At this stage the model is conceptual and no attempt was made to quantify any of the parameters. It is suggested that future research could be aimed at confirming the validity, or otherwise, of the proposed model.

It is generally agreed that collapsible soils comprise a mixture of coarser soil grains held together by finer material which permit intermolecular, electrostatic, capillary and chemical bonds to develop although not all of



Figure 8 Incremental oedometer collapse results for Mozal material



Figure 9a

Figure 9b

*Figure 9 Effect of pore fluid suction on effective stress*

these may be present and the relative strength of the bond type will depend on the soil and moisture content.

For a saturated material, applying a total stress to the soil or a suction of similar magnitude to the pore fluid has the identical effect on the effective stress of the material. For a soil with low degree of saturation a change in pore fluid suction and change in total stress may not necessarily have the same effect on the behaviour of the soil. The contribution of the capillary, or suction component, of the intergranular forces is shown in figure 9a. If the self-weight of this soil is ignored, the intergranular force ($F$) between grains X and Y is a function of the fluid suction ($u$) and the area over which it works. Changing the suction between the grains X and Y changes the intergranular force between the grains but does not change the resultant internal force within grain X or Y, or for that matter

anywhere else in the soil skeleton. This would happen between each pair of grains within the soil mass as it becomes more unsaturated, resulting in an increase in effective stress and strength. Compare this to a change in the total stress on the sample that would, say, result in exactly the same increase in intergranular force. This could only be done if the internal stress within grain X and Y changes. One way to demonstrate the consequence of this difference is shown in figure 9b. A relatively dry sample is at an isotropic stress A and has a yield surface as shown. The sample is then subjected to an increase in isotropic stress to point B where it yields. At this point the large volumetric strains occur (the sample collapses) and the collapsible structure is lost. Compare this to the same relatively dry sample at stress point A being dried out further. The suction pressures may increase to point B as before. However, the soil skeleton will have no tendency to yield and the suctions could be increased beyond point B with no yielding taking place. The reason for this is that during drying the yield surface has increased in size due to the increase of the strength of the bonds between the particles due to suction. This demonstrates the difference between the effects of these two components of effective stress. The suction forces act like bonding, with the bond strength dependent on the moisture content or degree of saturation. This could be seen as suction-induced bonding.

Collapsible soils can be seen as 'structured' in their undisturbed state. This structure can be destroyed by excessive strain or remoulding. Leroueil and Vaughan (1990) presented a general yield model for structured soil shown in figure 10a. Three parts of the yield curve may be identified: shearing yield, compression yield and swelling yield. Shear yielding occurs just before shear failure in the vicinity of the φ'-lines. Compression yielding occurs between the two φ'-lines due to increasing mean effective stress (p'). Swell yielding also occurs between the two φ'-lines but due to a reduction in mean effective stress (p'). It is possible that swelling yield may occur at negative p' (tension) if the bonding is suf-

ficiently competent, as shown in figure 10b, rather than during positive p' for a weakly bonded material, as shown in figure 10a.

The in-situ stress at depth is due to overburden pressure plus lateral pressure as well as the isotropic stress component due to suction. In figure 10c the suction is represented by D-B and the overburden pressure by B-A. $K_o$ conditions are assumed for the overburden pressure.

Consider the following stress path: cutting a sample from an unsaturated profile will remove the overburden pressure, leaving the sample at point B in figure 10c. Wetting the sample will reduce the suction, resulting in a decrease of the isotropic stress moving the stress towards point C. This wetting will simultaneously reduce the size of the yield surface due to the weakening of the suction-induced bonds, and the yield surface will change to the position shown in figure 10c as the stress approaches point C. At point C the sample will yield in swell. This can be seen when a sample is placed in water and completely disintegrates. It is also possible that the swell strains will not be sufficient to yield the chemical bonds under zero effective stress conditions and that yielding will only take place under tensile conditions along this stress path, as shown in figure 10d. In this case the sample will not disintegrate when placed in water. Both of these conditions were observed at the Mozal site. Generally the shallow samples disintegrated while the deeper samples stayed intact.

A general stress path for the in-situ material is shown in figure 10e. The in-situ sample will be at point A, as discussed earlier. During a wet period the moisture content may rise above the critical moisture content, reducing the suction to zero resulting in a stress represented by point A'. Since the land surface is at a stable state no collapse of the profile will take place. The metastable soil structure is now supported by the chemical bonding and possibly some remnant suction pressure only.

The stress path of the one-dimensional collapse potential test is also shown in figure 10e. The stress path starts at the in-situ stress point A, after sampling the overburden is removed and the stress at point B. The sample is placed in the oedometer and loaded to point F. Water is added and the suction reduced to a stress state represented by position F'. At the same time the yield surface contracts resulting in yielding of the sample in compression on the $K_o$ line. At this point collapse will occur, that is, large deformations will take place and the soil will be de-structured. The yield surface at point F' now represents a de-structured yield surface.

The stress path of the triaxial collapse potential test is represented by the isotropic loading from stress point B to point G. The sample is then inundated, resulting in a stress at point G' and yielding in compression, as with the previous case but under isotropic stress conditions.

## DISCUSSION

In reviewing the collapse potential data from the one-dimensional oedometer tests (figure 3) on the material from the Mozal site, the first observation is that the scatter of results is very large. Between depths of 6 m and 10 m the collapse potential varies from 0 % to



Figure 10 Yield model



Figure 11 Triaxial collapse test results for Mozal material



Figure 12 Comparison of triaxial and oedometer prediction interval

12 % and although the samples at the same depth across the site should not necessarily be expected to give similar parameters, this extreme variation gives cause for concern. It was noted before that the collapse potential tests conducted in the oedometer are prone to bedding errors. These errors depend on the asperities at the interface between the soil and porous discs and it could therefore be expected that the errors may vary significantly from one test to another. However, a high bedding pressure prior to inundation, as used for the Mozal testing, should reduce this effect. Also, samples placed inside the one-dimensional oedometer have to be cut meticulously to fit firmly inside the confining ring to provide lateral support to the specimen. If the sample does not fit well inside the ring the Poisson effect will cause lateral strains upon loading and inundation resulting in vertical strains

unrelated to one-dimensional loading. Such confinement errors will lead to further inaccuracies in collapse measurements.

In order to investigate the effect of bedding and confinement errors on the variability of the data, a statistical analysis was conducted to compare the scatter of the dataset obtained from the oedometer with that of the triaxial collapse dataset. Figure 3 shows the best-fit trend line as well as the 90 % prediction interval for the oedometer data using the student-t distribution. The prediction interval shows the boundaries between which the result of the next test will lie with a probability of 90 %. For the large number of data points in this dataset (208) the student-t distribution converges to the normal distribution, and the negative values for the lower boundary is a mathematical incongruity as a result of the distribution

being symmetrically spread about the trend line. Figure 11 shows the trend line and 90 % prediction interval for the seven results from the triaxial collapse test. The student-t distribution fully accounts for the different dataset sizes, and the prediction intervals from the two test methods may be directly compared, as shown in figure 12. The figure shows that the scatter in the data sets is markedly different, with the spread of the triaxial results approximately three times less than that of the oedometer tests.

Clearly the conclusion must be made that the large scatter indicated by the oedometer test was not only due to the soil behaviour but also an artefact of the test procedure. The procedure includes sampling techniques, sample storage, sample transportation as well as the characteristics of the test itself. Due to the fact that all samples were subjected to dis-

turbance during sampling, storage and transportation, the authors are of the opinion that the most likely reason for the difference in scatter of the data is the inclusion of bedding and confinement errors in the oedometer collapse tests and the exclusion of these errors in the triaxial collapse test.

## CONCLUSIONS

The phenomenon of collapse is well known both in southern Africa and internationally and has been extensively documented by Brink (1985) and Schwartz (1985) for the former and more recently internationally in *Genesis and Properties of Collapsible Soils* (Derbyshire *et al* 1994). The development along the southern African east coast has to a large extent refocused attention on the potential collapse properties of the red sands, and the recent work at Mozal has necessitated a reappraisal of our understanding of collapse and the appropriate testing to determine the probable magnitude of collapse settlement.

There appears to be a major inconsistency in the Mozal data in that the standard single oedometer test indicates high but erratic collapse potential, whereas all the conventional empirical indicators of collapse, such as dry density, void ratio and porosity, using both local and international models, suggest that the collapse potential should be minimal. Both SPTs and CPTs give very high penetration values but, on the other hand, plate load and pile test showed apparent collapse on inundation during testing. Special triaxial testing with local strain measurements was carried out on very carefully obtained undisturbed samples to resolve these anomalies. This showed, albeit on relatively few samples, a consistent pattern of moderate collapse decreasing with depth with little scatter in the results. Most significantly, however, the testing showed an extremely large, one order of magnitude decrease in stiffness on wetting with collapse of only 2 %, which was ascribed to the reduction in pore fluid suction and shown to be so by further testing. Incremental oedometer tests were also conducted which showed large increases in strain at a well-defined moisture content corresponding to the point where pore fluid suctions become negligible.

A yield model is postulated based on that suggested by Lerouell and Vaughan (1990), which provides some explanation of the observed behaviour. This model should be developed and tested to confirm its validity.

We conclude on the basis of the test results and on the empirical evidence, both locally and internationally, of collapse potential indicators that the large collapse potentials reported for Mozal are misleading in that the soils tested in fact have moderate collapse

potential. We suggest the problem lies in the testing procedures of the one-dimensional oedometer collapse test. It is absolutely necessary that meticulous preparation of samples should be carried out to ensure a near perfect fit in the oedometer rings and to minimise top and bottom bedding errors.

An implication of this is that if critical foundation design decisions are to be made based on potential collapse in these materials, then not only should meticulous oedometer testing be carried out, but more sophisticated triaxial testing should also be considered.

A further major implication of the work is that in these materials relatively high penetration test results could be misleading in that small increases in moisture could, by significantly reducing suction pressures, cause a large reduction in stiffness and hence settlement of foundations.

The following rational design approach should therefore be adopted for these materials:

- Model the soil behaviour in terms of changes in parameters with increase in moisture.
- Predict probable changes in moisture and possibly load in structure life.
- Design foundations accordingly.

Ironically perhaps, although the authors are suggesting a new perspective with regard to the behaviour of these soils, in many cases the foundation solution may well be similar to that which would have been appropriate before. The real problem remains that of assessing the risk of significant increases in moisture and it is in this field that we should recognise that our knowledge is often inadequate. ·

## REFERENCES

Blight, G E 1963. Discussion. *Proceedings* of the Third African Regional Conference of the International Society of Soil Mechanics and Foundation Engineering, Salisbury, p 71.

Brink, A B A, Partridge, T C & Williams, A A B 1982. *Soil survey for engineering*. Oxford: Clarendon Press. (Oxford Science Publications.)

Brink, A B A 1985. *Engineering geology of South Africa*, Volume 4. Silverton: Building Publications.

Chandler, R J & Gutierrez, C I 1986. The filter-paper method of suction measurement. *Géotechnique*, 36(2):265–268.

Derbyshire, E, Dijkstra, T & Smalley, I (eds) 1994. *Genesis and properties of collapsible soils*. Dordrecht: Kluwer. (NATO ASI Series – Series C: Mathematical and Physical Sciences, Volume 468.)

El-Sohby, M A, Rabbaa, S A & Aboutaha, M M 1995. On prediction of swelling and collapsing potential of arid soils. *Proc* of the 11ᵗʰ Reg Conf for Africa on Soil Mech and Geotech Eng, Cairo, Volume 2.

Fredlund, D G & Gan, J K M 1994. The collapse mechanism of soil subjected to one-dimensional loading and wetting. In E Derbyshire *et al* (eds), *Genesis and properties of collapsible soils*. Dordrecht: Kluwer .

Heymann, G 2000. Advances in triaxial testing. *Journal of the South African Institution of Civil Engineering*, 42(1):24–31.

Heymann, G & Clayton, C R I 1999. Block sampling of soils: some practical considerations. In G R Wardle *et al* (eds), Geotechnics for developing Africa. Proc of the 12ᵗʰ African Reg Conf of the ISSMGE. Rotterdam: Balkema.

Hight, D W, Bôese, R, Butcher, A P, Clayton, C R I & Smith, P R 1992. Disturbance of the Bothkennar clay prior to laboratory testing. *Géotechnique*, 42(2):199–218.

Houston, S L, Houston, W N & Mahmoud, H H 1994a. Interpretation and comparison of collapse measurement techniques. In E Derbyshire *et al* (eds), *Genesis and properties of collapsible soils*. Dordrecht: Kluwer.

Houston, S L, Houston, W N & Wagner A 1994b. Laboratory filter paper suction measurement. *Geotechnical Testing Journal*, 17(2):185–194.

Jennings, J E & Knight, K 1957. The additional settlement of foundations due to collapse of structure of sandy subsoils on wetting. *Proceedings* of the 4ᵗʰ International Conference on Soil Mechanics and Foundation Engineering, London, Volume 1, pp 316–319.

Knight, K 1961. The collapse structure of sandy sub-soils on wetting. PhD thesis, University of Witwatersrand.

Lefebvre, G 1994. Collapse mechanisms and design considerations for some partly saturated and saturated soils. In E Derbyshire *et al* (eds), *Genesis and properties of collapsible soils*. Dordrecht: Kluwer.

Lin, Z 1994. Variation in collapsibility and strength of loess with age. In E Derbyshire *et al* (eds), *Genesis and properties of collapsible soils*. Dordrecht: Kluwer.

Lerouell, S & Vaughan, P R 1990. The general and congruent effects of structure in natural soils and weak rocks. *Géotechnique*, 40(3):467–488.

McKnight, C L 1999. The stratigraphy and engineering geological characteristics of collapsible residual soils on the southern Mozambique coastal plane. *Proc* of the 12ᵗʰ Reg Conf for Africa on Soil Mech and Geotech Eng, Rotterdam: Balkema.

Ostpov, V I & Sokolov, V N 1994. Factors and mechanisms of Loess collapsibility. In E Derbyshire *et al* (eds), *Genesis and properties of collapsible soils*. Dordrecht: Kluwer (not referred to in text).

Schreiner, H D & Popescu, M E 1995. Some engineering characteristics of expansive and collapseable soils. *Proc* of the 11ᵗʰ Reg Conf for Africa on Soil Mech and Geotech Eng, Cairo, Volume 2.

Schwartz, K 1985. Collapsible soils: problems of soils in South Africa, state-of-the-art. *The Civil Engineer in South Africa*, 27:379–393.

Schwartz, K & Yates, J R C 1980. Engineering properties of Aeolian Kalahari sands. *Proc* of the 7ᵗʰ Reg Conf for Africa on Soil Mech and Found Eng, Accra.

Webb, D L & Hall, R I V 1967. Characteristics of clayey sand in the Durban area. *Proc* of the 4ᵗʰ Reg Conf for Africa on Soil Mech and Found Eng, Cape Town.

# Review of Wetting-Induced Collapse in Compacted Soil

By Evert C. Lawton,[1] Richard J. Fragaszy,[2] Members, ASCE, and
Mark D. Hetherington,[3] Associate Member, ASCE

**Abstract:** As high earth dams, deep compacted highway embankments, and
other thick compacted fills become more common, it is imperative that engineers
consider and control the potential for wetting-induced collapse in compacted fills.
Problems associated with collapse settlements in compacted fills include damage
to structures and foundations placed on fills; cracking and slope failure within fills;
damage to pavements and subgrades placed on highway embankments; piping,
seepage losses, and failure in earth dams; as well as distress or failure of under-
ground utilities. In contrast to naturally deposited soils, whose potential for collapse
is determined by natural processes, an engineer can control the potential for collapse
in a compacted fill during the placement process. In this paper, a synthesis is
presented of the writers' experience, research, and extensive literature review of
the mechanisms causing collapse, soil parameters affecting the occurrence and
magnitude of collapse, and case histories in which substantial damage from collapse
settlements has occurred.

## Introduction

Wetting-induced collapse is defined for the purposes of this paper as
densification of a soil caused by the addition of water at constant total
vertical stress. The problems related to collapse in naturally deposited soils
appear to be well-recognized by the geotechnical community (Dudley 1970).
In contrast, the problems related to collapse in compacted soils appear to
be unrecognized by many geotechnical engineers who may be affected by
this phenomenon. This lack of recognition or understanding is illustrated
by the substantial number of lawsuits, especially in California, within the
past decade related to damage resulting from collapse settlement in com-
pacted fills [e.g., Brandon et al. (1990)]. This is surprising considering the
many cases of substantial damage related to collapse in compacted fills that
have been reported in the literature since 1953. Perhaps the main reasons
for this dichotomy are the mistaken belief that the densification induced
during compaction precludes the possibility of further densification upon
wetting, and the deep-seated nature of collapse problems in compacted soil,
as compared to the near-surface phenomenon of collapse in naturally de-
posited soils.

The purpose of this paper is to present the current state of knowledge
regarding collapse in compacted soils. This will be accomplished by first
presenting a synthesis of the literature, including the writers' experience
and recent research. Second, case histories of collapse in compacted soils
found in the literature and from the writers' experiences will be reviewed
and analyzed in light of the information provided in the first section. Finally,

---

[1]Asst. Prof., Dept. of Civ. Engrg., Univ. of Utah, 3220 Merrill Engrg. Bldg., Salt
Lake City, UT 84112.
[2]Consulting Geotech. Engr., 1091 Summit Circle, Watkinsville, GA 30677.
[3]Pres., Hetherington Engrg., 5245 Avenida Encinas, Carlsbad, CA 92008.

Note. Discussion open until February 1, 1993. To extend the closing date one
month, a written request must be filed with the ASCE Manager of Journals. The
manuscript for this paper was submitted for review and possible publication on June
20, 1991. This paper is part of the *Journal of Geotechnical Engineering*, Vol. 118,
No. 9, September, 1992. ©ASCE, ISSN 0733-9410/92/0009-1376/$1.00 + $.15 per
page. Paper No. 2139.

the results and conclusions determined from the presentation of this material will be summarized. Further details can be found in Lawton et al. (1991b).

## EXPERIMENTAL METHODS FOR DETERMINING COLLAPSE POTENTIAL

Under the proper conditions, most compacted soils will densify when given free access to water. As described in more detail in the following, the most critical conditions are the degree of saturation and dry density of the soil and the total overburden pressure. To accommodate these three variables, collapse tests are typically conducted utilizing standard oedometric or triaxial equipment. The writers are not aware of any field collapse experiments conducted on compacted soil that have been reported in the literature. Field tests on naturally deposited soils are not relevant because of the significant differences between near-surface collapse in naturally deposited soils versus the deep-seated collapse of compacted soils.

In both types of laboratory tests, the soil specimen is provided with free access to water after equilibrium conditions are reached. In oedometer tests, the sample is submerged; in triaxial tests, water is typically introduced from the bottom of the sample under a small positive head. In both instances the maximum degree of saturation ($S$) achieved in the specimen is less than 100%. For example, Lawton (1986) found an average $S$ of 92% after soaking 36 single oedometer specimens of a clayey sand under a variety of loading and as-compacted soil conditions. Complete or near-complete saturation may be achieved by backpressure saturation techniques; however, Witsman and Lovell (1979) determined that collapse is essentially completed during soaking and little additional collapse occurs during backpressure saturation.

Two loading-wetting sequences have been used in the laboratory to study collapse. The more commonly used method consists of loading the as-compacted soil incrementally to a specific state of stress, allowing the sample to come to equilibrium under the applied stresses, and then providing the soil access to water. This soaked-after-loading method has been used in both one-dimensional analyses using oedometers (also known as the single-oedometer collapse test) and three-dimensional analyses using triaxial equipment.

A second load-wetting sequence is known as the double-oedometer procedure (Jennings and Knight 1957) and is based on the assumption that the deformations induced by wetting are independent of the loading-wetting sequence. In this method, two oedometer tests are performed using nominally identical samples. In one test, the specimen remains at its compaction water content; in the other, the specimen, under a small seating load, is first inundated with water and allowed to come to moisture equilibrium. The loading sequence is identical for both specimens and the difference in void ratio between the soaked and as-compacted specimens at any vertical stress is assumed to represent the volume change that would occur in the as-compacted specimen if it were loaded to that overburden pressure and then soaked. Typical results from a double-oedometer test are shown in Fig. 1. This technique has recently been extended to three-dimensional testing (Lawton et al. 1991a) and has been termed the double-triaxial test. The major advantage of the double-oedometer and double-triaxial tests is the large amount of data that can be obtained from a single test.

The few published comparisons between the two methods generally indicate only small differences in the predicted magnitudes of collapse. Booth (1977) reported that the double-oedometer technique overpredicted the



FIG. 1.   Typical Double-Oedometer Test Results

amount of collapse by about 10%. Justo et al. (1984) studied the influence of loading-wetting sequence on the wetting-induced volume change of both natural and compacted expansive soils and determined that in the collapse region the volume change was essentially independent of the loading-wetting sequence. The volume changes in the expansion zone, however, were found to depend significantly on the stress at which water was added in the soaked test. Lawton et al. (1989) came to similar conclusions for the slightly expansive clayey sand they studied.

Whether the double-oedometer technique accurately predicts collapse for other soil types is not known. Recent work by the first writer concerning collapse of lime and cement stabilized soils has shown that the magnitude of collapse predicted from double-oedometer tests is substantially greater than that measured in single-oedometer tests for nominally identical conditions. This difference is attributed to the time-dependent cementing action that occurs when water is added to the treated soil. Therefore, the writers recommend that double-oedometer or double-triaxial tests be used only after verification tests have been conducted for the soil and conditions to be evaluated.

## SYNTHESIS OF LITERATURE AND RESEARCH

### Mechanisms of Collapse

Four factors are necessary for collapse to occur in soil (Barden et al. 1973; Mitchell 1976):

1. An open, partially unstable, partially saturated fabric.
2. A high enough total stress that the structure is metastable.
3. A bonding or cementing agent that stabilizes the soil in the partially saturated condition.
4. The addition of water to the soil, which causes the bonding or cementing agent to be reduced and the interaggregate or intergranular contacts to fail in shear, resulting in a reduction in total volume of the soil mass.

In compacted cohesionless soils, the metastable bonding is typically pro-

vided by capillary suction, although some postcompaction cementing can also occur. That collapse in compacted cohesive soils occurs in a different manner was first proposed by Jennings and Burland (1962) and later verified using a scanning electron microscope by Barden et al. (1973) and Booth (1977), and refined by Hodek and Lovell (1979). In this model of collapse, the soil is assumed to consist of an amalgamation of brittle coarse particles and aggregations of fine particles that may be either brittle or plastic, depending on their moisture condition. The engineering behavior of the compacted mass depends primarily on the distribution and size of the interaggregate and intra-aggregate pores rather than the concentration and distribution of solids. The interaggregate pores are considerably larger than the intra-aggregate pores and can be controlled during the compaction process, whereas the intra-aggregate voids are quite small and little affected by compaction. The aggregates in dry-side compaction are brittle and shrunken. Compaction results in the rearrangement of the granular particles and aggregates in much the same way as for a granular material. With the addition of water, the aggregates increase in volume and soften with the absorption of water to the clay particles. The resulting volume change is positive, zero, or negative depending on the prewetting dry density and stress state of the soil. For low densities or high stresses, collapse can occur as the softened, plastic aggregates are remolded at the aggregate-granular or aggregate-aggregate contacts and the soil is rearranged into a denser state of packing. For high densities or low stresses, an increase in volume (swelling) will occur. The aggregates in wet-side compaction are plastic and swollen and are remolded during compaction to produce a soil with small interaggregate space and large intra-aggregate space. The addition of water primarily fills small interaggregate pores, with little swelling of aggregates and little remolding (and, hence, little densification or collapse) occurring.

Visual observation by the writers during the addition of water in the laboratory to several clayey soils in the air-dried, pulverized condition confirms the development of clay macropeds as described previously. To determine whether collapse can occur from the development of macropeds independent of matric suction and other bonding agents, two single-oedometer tests were conducted on preformed clay balls that simulated macropeds. These kaolin balls were prepared by wetting air-dried, powdered kaolin, forming it into balls, and drying the balls for 24 hr at 110° C. In both tests, the balls were placed in the oedometer ring immediately after removal from the oven to reduce exposure to moisture in the air. The first specimen consisted of 19-mm diameter balls (equal to the height of the oedometer ring), while a combination of 13-mm and 6-mm diameter kaolin balls were used to produce the second specimen. The initial and prewetting dry densities of the two specimens were 0.676 Mg/m³ and 0.762 Mg/m³ for the 19-mm balls, and 0.773 Mg/m³ and 0.910 Mg/m³ for the 13-mm and 6-mm balls. In both experiments, the kaolin balls cracked and deformed when loaded to a vertical stress of 400 kPa but did not break. The measured wetting-induced collapse was 17.5% for the 19-mm balls and 36.3% for the 13-mm and 6-mm balls. These results verify that collapse can occur from the softening and distortion of macropeds alone without any loss of temporary rigidity provided by matric suction, cementation, or other bonding agent.

It is clear from the preceding discussion that for laboratory samples of clayey soils that are air-dried and pulverized prior to wetting, mixing, and compaction (the process used in most research), collapse potential is controlled by the development and moisture state of the macropeds. It is also

likely that similar conditions will control the collapse potential of field-compacted clayey soils. Cohesive borrow materials typically contain lumps or chunks of soil that are created during the removal and mixing processes. These lumps, similar in behavior to macropeds observed in laboratory-compacted samples, remain essentially intact during precompaction processing of the soil and are developed whether the soil is compacted at its in situ water content or dried (or wetted) and mixed prior to compaction.

## Susceptible Soil Types

A literature review has shown that nearly all types of compacted soils are subject to collapse under certain conditions (Lawton et al. 1991b). It is important to note that even clean sands, pure clays (including pure mont-morillonite), and soils containing substantial gravel fractions can collapse (Steadman 1987; Dakshanamurthy 1979; Jaky 1948).

Comparisons of various compacted sand-silt-clay mixtures at the same initial dry density and water content suggest that collapse potential reaches a maximum value at a clay fraction between 10% to 40% (by weight). El Sohby and Rabbaa (1984) studied the effect of clay content on the collapse potential of a uniform fine sand and a silt. The clay consisted primarily of calcium montmorillonite (45% by weight) and was highly expansive. Typical results from single-oedometer tests are shown in Fig. 2, which indicate that collapse potential is a maximum for the sand-clay mixtures at a clay content between approximately 30% and 40%, and for the silt-clay soils between approximately 10% and 20%. At high clay contents swelling occurred. The curves for the sand-clay and silt-clay mixtures intersect at clay contents of 14%, 23%, and 31% for overburden pressures of 400, 800, and 1,600 kPa, respectively. At lower clay contents, the silt collapsed more than the sand, while at higher clay contents, the silt collapsed less or swelled more. At high clay contents where the characteristics of the clay dominate the behavior of the soil, the curves for the silt and sand soils appear to merge, as would be expected. It is likely that these relationships depend primarily on the soil structure and fabric. The following hypotheses are based on the writers' experience with input from El Sohby and Rabbaa's (1984) analyses.

At low clay contents, few macropeds develop and the clay acts as a binder between silt or sand particles. When wetted, the clay binders soften and lubricate the intergranular contacts, thereby facilitating collapse. Coarser



FIG. 2.   Influence of Clay Fraction on Collapse Potential

silt particles tend to be more spherical, like sand particles, whereas finer silt particles tend to be more plate-shaped, like clay particles The silt's structure is more like a cardhouse and, therefore, less stable than the sand and can collapse into a denser structure.

With increasing clay content in the low range, more macropeds develop. Greater swelling occurs from the increased number of clay particles, but this swelling is more than offset by softening and distortion of the macropeds, so that the net result is an increase in collapse potential. At some higher clay content, the maximum collapse potential is reached, and at clay contents greater than this, swelling of the clay particles counteracts the collapse, and collapse potential decreases. At high expansive clay contents, swelling can predominate over collapse even at overburden pressures as great as 1,600 kPa.

A similar study was conducted to determine the effect of a slightly expansive clay on the collapse potential of sand. Soils for these experiments were created by blending two commercially available materials—Ottawa sand and kaolin. The Ottawa sand is a uniform fine sand with a median grain size of 0.33 mm, a uniformity coefficient of 1.5, and a curvature coefficient of 1.0. The kaolin has a liquid limit of 60, plasticity index of 25, and 91% fines, of which 51% are silt-sized (0.002–0.075 mm) and 40% are clay-sized (<0.002 mm).

The results from single-oedometer tests conducted on samples compacted to a dry density of 1.67 $Mg/m^3$ at a water content of 6.7% ($S_r \approx 30\%$) and soaked at an overburden pressure of 400 kPa are also given in Fig. 2. The kaolin fraction was varied from 0% to 70%, with a resulting clay size fraction of 0%–28%. The maximum collapse occurred at a clay fraction between 12% and 16%, similar to the silt-clay mixtures of El Sohby and Rabbaa. There are also distinct differences between the Ottawa sand-kaolin curve and the curves for the sand-clay and silt-clay at $\sigma_v$ = 400 kPa. At clay contents between 5% and 25%, the Ottawa sand-kaolin mixtures collapsed substantially more than either the silt-clay or sand-clay mixtures. This difference is likely related to the highly expansive nature of the calcium montmorillonite in El Sohby and Rabbaa's clay compared to the slight expansiveness of the kaolin.

Alwail (1990) showed that the composition of silt greatly affects the collapse potential of silt-sand mixtures. Ottawa sand mixed with an angular silt containing small (<10%) amounts of clay had significantly higher collapse potential compared to the same sand mixed with a rounded silt with negligible clay content.

## PARAMETERS AFFECTING COLLAPSE POTENTIAL

In this section, the discussion will generally be limited to one-dimensional collapse; the effect of horizontal stresses on multidimensional collapse will be discussed in a separate subsection.

### Moisture, Solids, Stresses

For a given compacted soil, the most important factors that determine its collapse potential are prewetting moisture condition, dry density, and stress state (Lawton 1986). Although effective stress analyses are usually preferred by geotechnical engineers, the difficulty in evaluating effective stress in a partially saturated soil often dictates a total stress analysis. Analysis of collapse potential in compacted fills is further complicated by post-

compaction changes in dry density and degree of saturation that may occur prior to wetting. Densification typically occurs quickly (less than three months after load application) in partially saturated fills, but may require more time for nearly saturated cohesive fills. Moisture changes generally occur with time in all portions of a fill, but are typically more significant near the exposed surfaces.

Most researchers have presented results comparing the effects of moisture and density in terms of the parameters that are measured in the field—compaction water content and as-compacted dry density. Conclusions derived from these studies are that, in general, collapse potential increases with decreasing water content, decreasing density, and increasing vertical stress [e.g., Lawton et al. (1989)]. Although these studies provide important information relative to practical aspects of collapse, the impressions created by these conclusions are somewhat misleading because exceptions to these trends can occur as a result of postcompaction changes. For example, for constant molding water content and as-compacted dry density, collapse potential does not increase without bound with increasing vertical stress. As illustrated in Fig. 1, collapse potential is a maximum at some critical value of vertical stress, beyond which the collapse potential decreases with increasing vertical stress. This is true for all soils, although the critical vertical stress for certain conditions and soils may be so large that it is not of any practical consequence. The reduction in collapse potential at high stresses is caused by the densification and increased degree of saturation resulting from the applied stress, which is best illustrated by a comparison of the as-compacted and soaked curves in a double-oedometer test (Fig. 1). By drawing a line parallel to the soaked virgin compression line and tangent to the as-compacted curve, one can see that the maximum collapse potential (vertical distance between the as-compacted and soaked curves) occurs at a value of vertical stress approximately equal to the compactive prestress ($\sigma_p$) for the as-compacted soil. Compactive prestress is the apparent preconsolidation pressure induced in the soil by the application and removal of mechanical energy during compaction.

Misconceptions can also occur if molding water content is used to evaluate collapse potential. Several researchers have suggested that soils compacted at a water content wetter than standard Proctor optimum ($w_{os}$) do not collapse [e.g., Barden et al. (1973)]. This concept cannot be strictly valid because it does not consider either the prewetting density (and, hence, degree of saturation) of the soil or the possibility for postcompaction drying of the soil. Booth (1977) showed that for nonexpansive samples compacted at the same water content and dry density, but dried or wetted to various water contents prior to testing, collapse potential varied as a function of prewetting moisture condition, as illustrated in Fig. 3. Significant collapse can also occur in samples compacted wetter than $W_{os}$ and tested in the as-compacted moisture condition. For example, data from Lawton (1986) show that at a water content of 16% (1% greater than $w_{os}$), a clayey sand compacted to standard Proctor relative compaction ($R_s$) of 89% (modified Proctor relative compaction, $R_m = 80\%$) collapsed 3.4% under a vertical stress ($\sigma_v$) of 400 kPa. However, the same soil compacted to $R_s = 100\%$ ($R_m \approx 90\%$) at the same water content exhibited negligible volume change (<0.1%) for $\sigma_v$ up to 1,600 kPa. Even though the water contents were the same, the as-compacted degrees of saturation were 63% at $R_s = 89\%$ and 86% at $R_s = 100\%$. Although the greater density for the sample at $R_s = 100\%$ played an important role in reducing the collapse potential, the higher degree of

1382



FIG. 3.   Influence of Initial Saturation on Collapse Potential [Data from Booth (1977)]

saturation was the predominant factor responsible for the negligible collapse potential at all overburden pressures. This substantial difference in collapse potential at the same compaction water content emphasizes the fallacy of assuming there is no danger of collapse if a soil is compacted wet of Proctor optimum. However, significant reductions in collapse potential can be achieved by compaction wet of the line of optimums.

Several researchers (Booth 1977; Lawton et al. 1989; Mishu 1963) have shown that the concept of critical moisture condition is valid if expressed in terms of degree of saturation, not water content. However, critical degree of saturation, defined as the initial or prewetting degree of saturation above which negligible collapse potential exists for all expected ranges of relative compaction and overburden pressure, depends on both the dry density and overburden pressure. For the clayey sand they studied, Lawton et al. (1989) reported that the critical initial degree of saturation ($S_{ci}$) corresponded to the degree of saturation represented by the line of optimums ($S_{opt} \approx 80\%$), as illustrated in Fig. 4($a$), in which none of the isograms of collapse potential intersect the line of optimums. This was found to be true for all dry densities and stress levels tested ($80 \leq R_m \leq 95\%$ and $25 \leq \sigma_v \leq 1,600$ kPa). An analysis of results reported in the literature for seven other soils showed that $S_{ci}$ is typically within $\pm 15\%$ of $S_{opt}$ (Lawton et al. 1991a).

For the same initial degree of saturation, collapse potential does not



FIG. 4.   Isograms of Wetting-Induced Volume Change in terms of (a) As-Compacted Density and Water Content; and (b) Prewetting Density and Saturation [Data from Lawton (1986)]

always decrease with increasing dry density. For example, data from Booth (1977) presented in Fig. 3 for $S_i = 40\%$, show that collapse is a maximum at $R_m \approx 75\%$ and is less at higher and lower initial dry densities. Lawton (1986) found a similar relationship at high vertical stresses as illustrated in Fig. 4(a); however, when the same results are plotted in terms of prewetting relative compaction and degree of saturation [Fig. 4(b)], this discrepancy no longer occurs. In terms of prewetting conditions for the same basic soil structure (that is, same soil and same method of compaction), the collapse potential without exception decreases with increasing dry density, increasing saturation, and decreasing vertical stress.

In nonexpansive soils, there is a dry density or relative compaction above which little or no collapse will occur regardless of moisture condition [e.g., Booth (1977), Yi (1990)]. For expansive soils, however, the concept of critical relative compaction is more complex. Although collapse can be controlled by compacting to higher dry density, swelling increases with increasing dry density; therefore, unacceptable swelling potential can be induced in the soil if compacted to too high a density. Lawton et al. (1989) found for the clayey sand they studied, that for any vertical stress there is a narrow range of relative compactions for which negligible wetting-induced volume change occurs independent of moisture condition. At higher relative compaction swelling occurs and at lower relative compaction collapse occurs. The relative compaction at the center of this range is the critical relative

compaction ($R_{cr}$) for that value of vertical stress. $R_{cr}$ increases with increasing $\sigma_v$. This range of negligible volume change consists of two fundamentally different sections. The first section occurs at high degrees of saturation as discussed previously. However, at low saturations the swelling and collapsing components offset each other. This concept was confirmed by Lawton (1986) during performance of single-oedometer tests at $\sigma_v = 400$ kPa and $R_m = R_{cr} = 91\%$. Four tests were conducted at molding water contents of 7%, 10%, 13%, and 16% ($S_i = 39\%$, 56%, 73%, and 90%, respectively). At water contents of 7% and 10% the samples both first decreased slightly in volume, then increased, and finally decreased to a final net volume change of +0.04%. At the two highest water contents there was no discernible volume change at any time after soaking.

## Compaction Method

A variety of compaction methods have been used in laboratory research performed on collapse in compacted soils—including impact, kneading, static, and vibratory. Although it is widely recognized that compaction method may have a significant effect on the engineering properties of cohesive soils (Seed and Chan 1959), this aspect of collapse behavior has been relatively neglected by researchers. Lin and Lovell (1981) used two different types of rollers (tamping and vibratory) to compact the soils used in their study, but they did not discuss differences in collapse potential for the two compaction methods. Booth (1975) suggested that changes in compaction method may influence collapse although he used only static compaction in the preparation of samples he tested. Lawton et al. (1989) determined that method of compaction had only a minor influence on the collapse behavior of the clayey sand they studied. This is because for compaction dry of optimum saturation, where greatest collapse potential occurs, compaction method has little influence on soil structure; compaction method can substantially effect soil structure for moisture condition near or wet of optimum, but as has been shown previously, negligible collapse potential exists for this moisture condition. Whether this result is also valid for other laboratory-compacted soils or field-compacted soils is not known. The writers recommend, however, that a method of compaction that closely models field compaction be used in preparation of all laboratory samples.

## Principal Stress Ratio

A recent analysis of the three-dimensional aspects of collapse was presented by Lawton et al. (1991a). The magnitude of wetting-induced volumetric collapse is independent of principal total stress ratio ($\sigma_1/\sigma_3$). However, the individual components of volumetric strain—axial and radial strain—depend significantly on principal total stress ratio. For a given mean normal total stress, the magnitude of axial collapse increases and the magnitude of radial collapse decreases with increasing stress ratio. Comparison of results from oedometer and triaxial tests showed that the equilibrium value of coefficient of lateral earth pressure after substantial collapse occurs may approach the full passive condition. Equilibrium conditions near at-rest occur where no or little wetting-induced volume change occurs.

## OTHER CONSIDERATIONS

### Time Rate of Collapse

Deformation versus time plots for single-oedometer collapse tests are similar in shape to those obtained from consolidation tests on fine-grained

soils. Typical results are plotted in both log of time strain and square root of time-strain space in Fig. 5. In Fig. 5(*a*), three distinct regions of collapse are evident. A time lapse occurs initially as water flows through the porous stones and enters the sample (region 1). As water moves throughout the sample—which results in a reduction in capillary tension, softening of bridges or bonds, softening of macropeds, or a combination thereof—the majority of collapse takes place (region 2). After matric suction is eliminated, collapse is essentially complete, but some minor creep deformation (secondary compression) continues to occur at constant effective stress (region 3).

Collapse occurs quickly in oedometer samples inundated in the laboratory, usually within several hours or less. Booth (1977) found that 90% collapse for three sands (soils A, B, and D) tested under a variety of moisture, density, and stress conditions generally occurred in less than 25 min. For the lean clay studied by Huang (1989), the time for complete collapse was considerably longer. For samples compacted to $R_s = 80\%$ and $S_i = 36\%$, the time required for complete collapse decreased from about 4 hr for an applied stress of 96 kPa to about 0.5 hr at 383 kPa.

The effect of clay content on rate of collapse was determined from the single-oedometer experiments described previously in which specimens containing varying proportions of Ottawa sand and kaolin were tested under nominally identical conditions. The results from the samples that collapsed are given in Table 1. It is evident from these results that (1) The rate of collapse increased with increased clay fraction up to about 40% kaolin (16% clay-sized particles), beyond which the rate of collapse was approximately



FIG. 5.   Time Rate of Collapse Plotted as (*a*) Logarithm of Time; and (*b*) Square Root of Time

TABLE 1. Influence of Clay Fraction on Rate of Collapse

| Ottawa sand fraction (%) (1) | Kaolin fraction (2) | Clay size fraction (%) (3) | Time from inundation to end of collapse (min) (4) |
|---|---|---|---|
| 80 | 20 | 8 | 15 |
| 70 | 30 | 12 | 50 |
| 60 | 40 | 16 | 100 |
| 50 | 50 | 20 | 100 |
| 40 | 60 | 24 | 70 |
| 30 | 70 | 28 | 75[a] |

[a]A positive net volume change (swelling) occurred.

constant; and (2) collapse occurred rapidly (less than 2 hr) even for high clay fractions. The variation in rate of collapse is related to soil structure and the mechanism of collapse. At low clay contents, few macropeds are formed and the clay particles tend to clothe or form bridges between sand particles. Collapse occurs as a result of a reduction in capillary tension, weakening of clay bridges between sand particles, or both. Both mechanisms occur rapidly on wetting. More and larger macropeds exist at higher clay contents, and the predominant collapse mechanism is softening and distortion of macropeds. Complete softening of the macropeds requires infiltration of water throughout the macropeds, which occurs more slowly because of the relatively low permeability of the macropeds. It is possible that in some compacted soils cementing of particles occurs with time. If a long period elapses between compaction and wetting, collapse may occur in these cemented soils only after a prolonged period of sustained or repeated wetting.

These laboratory results indicate that collapse at any location within a fill occurs within a few hours of sustained wetting. Therefore, the time required for complete collapse to occur in the field is essentially a function of the method by which wetting occurs and the rate of water infiltration. For several deep filled canyons in southern California investigated by the writers, water infiltration occurred primarily from the surface as a result of precipitation and landscape irrigation. Collapse settlements in these fills generally began several years after compaction and continued for several years more (also see Brandon et al. 1990). In contrast, collapse settlements in earth dams may occur nearly simultaneously with the initial filling of the reservoir (e.g., Leonards and Narain 1963).

## Prediction of Field Collapse Settlements

In several cases of filled canyons where collapse occurred, the collapse settlement backcalculated by the writers from oedometer results agreed closely with measured settlements. Similar results were found by Brandon et al. (1990). The validity of using oedometer results to predict or backcalculate collapse is related to the similarity between the one-dimensional strain condition of the oedometer test and the actual strain conditions in the field. For fills such as highway embankments and earth dams, where one-dimensional strain conditions are not valid for all portions of the fill, more sophisticated techniques are required for predicting collapse. Successful use of finite element techniques for analysis of collapse deformations in earth dams (Miranda 1988; Nobari and Duncan 1972) and a highway embankment (Lourens and Czapla 1987) have been reported.

1387

## EXAMPLES OF COLLAPSE IN COMPACTED FILLS

Several cases found in the literature describing damage from collapse, and cases in which the writers are personally involved, will be summarized in the subsequent two sections. Where possible, the reasons why collapse occurred will be analyzed in terms of the previously discussed current state of knowledge.

### Earth Dams

Collapse potential is an especially significant consideration in earth dam design because of the certainty that postconstruction wetting will occur, and the documentation in the literature that wetting-induced collapse has caused several failures of earth dams. For example, Peterson and Iverson (1953) describe two low earth dams built in Western Canada in the late 1930s and early 1940s that failed and one that suffered distress as a result of collapse. Based on an extensive analysis of the cracking of four earth dams located in California, Leonards and Narain (1963) found that in three dams the primary causal factor was differential settlements resulting from collapse within the embankment material. Miranda (1988) reported that piping failures resulting from cracks initiated by wetting-induced collapse in earth dams located in the semiarid region of northeast Brazil are so common that these dams are publicly referred to as Alka-Seltzer dams. Wetting-induced collapse has also been cited as a key component of the 1976 collapse of Teton Dam in Idaho (Leonards and Davidson 1984).

A comprehensive review of these case histories indicates that in each dam a contiguous zone, often quite extensive, of relatively dry and loose compacted soil existed prior to distress or failure. Miranda (1988) reported that failed Brazilian earth dams were typically constructed with soil compacted at its natural water content (usually 4%–6%) because of the high cost of transporting water to the site. Compaction was generally light ($80 \le R_s \le 90\%$), with resulting degrees of saturation of about 10%. In contrast, dams built with similar soils but compacted at $w_{os}$ (14% to 16%) to $R_s = 100\%$ generally performed well.

Typical index and as-compacted soil properties from other dams that suffered distress from collapse are summarized in Table 2. Comparison of the as-compacted properties for the zones 1 and 2 material from Rector Creek dam (Leonards and Narain 1963) suggest that the zone 1 material, which formed the core of the dam and was compacted to a much greater density and degree of saturation than the zone 2 material, likely did not collapse. The primary collapse within the embankment material of the Rector Creek dam probably occurred within the zone 2 material.

Two as-compacted characteristics are common among the soils that collapsed: (1) the $S_t$ are well below $S_{opt}$, varying from 23% to 56% and averaging 33%; and (2) the average $R_s$ are all below 100%, ranging from 83% to 97%, averaging 92%. Based on the previous discussion, it is not surprising that collapse occurred in these dams where the soils were compacted to relatively low dry densities and degrees of saturation. The soils that collapsed varied from silty sand to medium plastic clay.

The distress in these dams typically occurred during or shortly after the initial filling of the reservoir. In Rector Creek dam, a close correlation between rate of settlement and rate of initial reservoir filling was observed. In the California dams, transverse cracks developed within the embankment material as a result of tensile stresses caused by rapid differential collapse settlements. Failure or reservoir leakage in the Canadian and Brazilian dams

**TABLE 2.  Soil Properties from Earth Dams in which Collapse Occurred**

| Reference (1) | Dam (2) | Type of soil (3) | Location or condition (4) | $W_{sav}$ (%) (5) | $\rho_{d\text{-}sav}$ (Mg/m³) (6) | $S_{sav}$ (%) (7) | Standard Proctor | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $W_{opt}$ (%) (8) | $\rho_{d\text{-}max}$ (Mg/m³) (9) | $S_{opt}$ (%) (10) | $R_{av}$ (%) (11) |
| Peterson and Iverson (1953) | A | medium plastic clay | — | 9.4 | 1.30 | 23 | 21.0 | 1.57 | 79 | 83 |
| Peterson and Iverson (1953) | B | silty clay | — | 8.2 | — | — | 15.0 | 1.86 | 89 | — |
| Leonards and Narain (1963) | Rector Creek | clayey–gravelly sand | zone 1 | 15.8 | 1.78 | 66 | 19.8 | 1.65 | 89 | 97 |
| Leonards and Narain (1963) | Rector Creek | clayey–gravelly sand | zone 2 | 15.8 | 1.60 | 89 | 19.8 | 1.65 | 89 | 108 |
| Leonards and Narain (1963) | Woodcrest | sand/silt | — | 8.5 | 1.92 | 60 | 10.2 | 2.03 | 90 | 94 |
| Leonards and Narian (1963) | Shell Oil | silty sand | — | — | — | — | 11.4[a] | 1.96[a] | 86[a] | — |
| Leonards and Davidson (1984) | Teton | silt | wet seam | 18.5 | 1.45 | 58 | 22.0 | 1.55 | 81 | 93 |

[a]Modified Proctor.

Note: $W_{sav}$ = average compaction water content; $\rho_{d\text{-}sav}$ = average as-compacted dry density; $S_{sav}$ = average as-compacted degree of saturation; $R_{av}$ = average relative compaction; $W_{opt}$ = optimum water content; $\rho_{d\text{-}max}$ = maximum dry density; $S_{opt}$ = optimum degree of saturation.

occurred from piping through holes that were created by arching above the collapsed soil. For Teton Dam, the failure mechanism supported by all the available data (Leonards and Davidson 1984) is similar but more complex. Construction records indicate that a continuous stratum of fill existed in the right key trench with somewhat lower densities, considerably lower degrees of saturation, and permeabilities an order of magnitude greater than the adjacent fill. During the initial filling of the reservoir, water quickly infiltrated this stratum and collapse settlement occurred. Arching of the material above this collapsed stratum resulted in a substantial reduction in normal stresses in the key trench located below the collapsed stratum, which allowed hydraulic fracturing to occur in the key trench fill, thereby permitting flow from open joints in the upstream wall (with access to the reservoir) to open joints in the downstream wall.

## Other Fills

Compacted fills such as roadway and railway embankments, fills constructed during cut and fill operations, and compacted soils beneath foundations can also suffer distress from wetting-induced collapse. The National House Builders Council of Great Britain considered the problem of collapse settlement of floor slabs placed on fills to be serious enough to discuss it in their 1977 *Guidance notes for house construction* (Cox 1978).

The addition of water necessary for collapse may occur via precipitation, irrigation, regional ground-water buildup, broken water pipes, moisture buildup beneath covered areas, ponding, inadequate or ineffective drainage, flooding, etc. Problems associated with collapse settlements in these types of fills include damage to structures and foundations placed on the fill, cracking and slope failure within embankments, damage to pavements, railroad tracks, and subgrades placed on embankments, as well as distress or failure of underground utilities. Many cases involving damage or distress related to collapse in fills other than earth dams have been reported in the literature. A few typical examples are presented.

Several cases of deformation, cracking, and failure of highway embankments in South Africa resulting from wetting-induced collapse settlements have been reported [e.g., Booth (1977), Lourens and Cazpla (1987)]. In most instances, the wetting has occurred from infiltration of water following periods of heavy rainfall. In one case wetting occurred because a drainage culvert became blocked. The soils that collapsed were silty sands.

The as-compacted dry densities and degrees of saturation of the embankments in the zones where collapse occurred were very low. From undisturbed samples obtained by Booth, it was determined that $R_m \approx 80\%$ ($R_s \approx 85\%$) with $3 \leq S \leq 31\%$. Whether these low saturations were a result of low compaction water contents or postcompaction moisture loss is not known. Construction records obtained by Lourens and Czapla (1987) indicated an average $R_m$ of 85% and an average compaction moisture content of 6%, corresponding to degrees of saturation of about 30%. It is obvious from this information that high collapse potentials existed in portions of these embankments because of a combination of low dry densities and low degrees of saturation.

In the last several years, the southern California area has experienced a proliferation of land subsidence cases that appear to be at least partially the consequence of collapse settlement of compacted fills. The writers have been involved in the investigation of several of these cases and have found that the most serious of them have occurred where housing has been placed

on top of deep, steep-sided canyon fills, resulting in structures underlain by fills of widely varying thickness. General details will be given for the following case history, which is typical in most respects for the cases in southern California in which the writers have been involved as forensic investigators. Case histories of two similar projects were presented by Brandon et al. (1990).

Two-story, wood-frame structures supported by conventional continuous footings with slab-on-grade floors were constructed in the early 1970s over a compacted fill placed in a canyon with side slopes of approximately $2\frac{1}{2}:1$ (horizontal to vertical). Approximately 1,900,000 $m^3$ of fill were placed in the canyon to a maximum depth of 27.4 m. The maximum differential thickness of fill beneath any structure (plan dimensions approximately 30.5 m square) was about 18.3 m.

The canyon fill was constructed predominantly of medium plastic clayey sand. Compaction specifications required that the fill be compacted to a minimum $R_m$ of 90% at a moisture content near the optimum moisture content ($S_{opt} \approx 80\%$). Investigations conducted in the early 1980s after damages to the structures were first noted indicated that in the in situ density of the fill was on the order of $R_m \approx 87\%$, while the average $S$ was on the order of 45%–55% (25%–35% below $S_{opt}$). The investigations also showed that the fill had become wetter since placement, with $S$ ranging from 70% to 80%. Available evidence indicates that the increase in water content occurred predominantly from percolation of surface water caused by precipitation and landscape irrigation; it is also possible some increase in moisture resulted from ground-water seepage.

A floor-level survey performed in 1989 on one of the most severely damaged buildings indicated a general tilting of the structure in the direction of deepening fill, with a maximum differential settlement of 29.2 cm. Thickness of fill beneath this structure varied from 9.1 to 27.4 m. Observed damage to the structure included cracking and separation of foundations and concrete slab-on-grade floors to 25 mm wide, cracking of interior drywall and exterior stucco to 6 mm wide, and racking and binding of doors and windows.

Single-oedometer tests were performed on remolded samples prepared from soil taken adjacent to this structure. Specimens were compacted to $R_m = 87\%$ and $S_i = 55\%$, and were tested at overburden pressures ranging from 25 to 1,600 kPa. Using results from these tests, a maximum collapse settlement of 33.0 cm and a minimum collapse settlement of 6.4 cm were calculated for this structure. The calculated maximum collapse settlement compares favorably with the measured settlement extrapolated back to the time of grading of 38.1 cm. The calculated differential settlement of 26.6 cm also compares favorably with the measured value of 29.2 cm. These close correlations between calculated and measured values give credibility to the theory that the observed damage was primarily caused by collapse settlements.

Total costs from damage and litigation associated with this project are estimated at $36,000,000, typical for projects of this size. For all the projects in southern California in which the writers have been involved, the total costs from damage resulting primarily from collapse settlements and resulting litigation are estimated to be near $100,000,000.

## SUMMARY AND CONCLUSIONS

Based on the writers' experience and an extensive literature search and review, a synthesis of the current knowledge concerning wetting-induced

collapse of compacted soils has been presented. The following results and conclusions have been determined from the presentation of information in this paper:

1. Wetting-induced collapse has occurred in many types of compacted fill, including earth dams, highway embankments, and filled canyons. Damage occurring as a direct or indirect result of collapse can be enormous, in terms of both economic and human loss. Despite this, compacted fills with high collapse potentials continue to be constructed.

2. All compacted soils appear susceptible to collapse under the proper set of conditions.

3. Both oedometer and triaxial laboratory experiments have been used to evaluate the collapse potential of compacted soils; however, field experiments have not been reported in the literature.

4. The double-oedometer technique has been shown to be a reliable predictor of collapse potential for some soils, but not for chemically stabilized soils.

5. Collapse of compacted clays occurs primarily as a result of softening and distortion of macropeds. Compacted soils containing between 10% and 40% clay particles tend to exhibit the highest collapse potential. However, in expansive soils, swelling of clay particles will reduce the amount of volume reduction and increase the overburden pressure required for a net reduction in volume.

6. The prewetting conditions of a soil, not the as-compacted conditions, determine its collapse potential. Potential postcompaction charges in density, moisture, and stress must be evaluated if a reasonable estimation of collapse potential is to be made.

7. There is a critical degree of saturation above which negligible collapse occurs. This degree of saturation varies with overburden pressure and approximately follows the line of optimums found in Proctor compaction testing.

8. Collapse in laboratory oedometer tests reported in the literature occurred in less than 4 hr from the time the soil was inundated, suggesting that the time required for complete collapse to occur in the field depends primarily on the occurrence and rate of water infiltration.

## ACKNOWLEDGMENTS

The assistance of Bobby Fiske, Susanne Scott, and Lisa Tamayo in performing collapse tests is gratefully acknowledged. The writers also wish to express their appreciation to Teresa Taylor for her help in conducting the literature search.

## APPENDIX.   REFERENCES

Alwail, T. (1990). "Mechanism and effect of fines on the collapse of compacted sandy soils," Ph.D. thesis, Washington State Univ., Pullman, Wash.
Barden, L., McGown, A., and Collins, K. (1973). "The collapse mechanism in partly saturated soil." *Engrg. Geol.*, 7(1), 49–60.
Booth, A. R. (1975). "The factors influencing collapse settlement in compacted soils." *Proc., Sixth Regional Conf. for Africa on Soil Mechanics and Foundation Engineering*, South African Institute of Civil Engineers, Vol. 2, 57–63.

Booth, A. R. (1977). "Collapse settlement in compacted soils." *CSIR Res. Report 324*, Council for Scientific and Industrial Research, Pretoria, South Africa.

Brandon, T. L., Duncan, J. M., and Gardner, W. S. (1990). "Hydrocompression settlement of deep fills." *J. Geotech. Engrg.*, ASCE, 116(10), 1536–1548.

Cox, D. W. (1978). "Volume change of compacted clay fill." *Proc., Conf. on Clay Fill*, Inst. of Civ. Engrs., London, England, 79–87.

Dakshanamurthy, V. (1979). "A stress-controlled study of swelling characteristics of compacted expansive clays." *Geotech. Test. J.*, 2(1), 57–60.

Dudley, J. H. (1970). "Review of collapsing soils." *J. Soil Mech. Found. Div.*, ASCE, 96(3), 925–947.

El Sohby, M. A., and Rabbaa, S. A. (1984). "Deformational behavior of unsaturated soils upon wetting." *Proc., Eighth Regional Conf. for Africa on Soil Mechanics and Foundation Engineering*, South African Institution of Civil Engineers, Vol. 1, 129–137.

Hodek, R. J., and Lovell, C. W. (1979). "A new look at compaction processes in fills." *Bull., Association of Engrg. Geol.*, 16(4), 487–499.

Huang, D. (1989). "A laboratory investigation on the behavior of collapsible soil," Master's thesis, Colorado State Univ., Fort Collins, Colo.

Jaky, J. (1948). "Influence of ground water level oscillation on subsidence of structures." *Proc., Second Int. Conf. on Soil Mechanics and Foundation Engineering*, Rotterdam, International Society for Soil Mechanics and Foundation Engineering, 148–150.

Jennings, J. E., and Burland, J. B. (1962). "Limitations to the use of effective stresses in partly saturated soils." *Geotechnique*, 12(2), 125–144.

Jennings, J. E., and Knight, K. (1957). "The prediction of total heave from the double oedometer test." *Transactions, Symp. on Expansive Clays*, South African Inst. of Civ. Engrg., 13–19.

Justo, J. L., Delgado, A., and Ruiz, J. (1984). "The influence of stress-path in the collapse-swelling of soils at the laboratory." *Proc., Fifth Int. Conf. on Expansive Soils*, 67–71.

Lawton, E. C. (1986). "Wetting-induced collapse in compacted soil," Ph.D. thesis, Washington State Univ., Pullman, Wash.

Lawton, E. C., Fragaszy, R. J., and Hardcastle, J. H. (1989). "Collapse of compacted clayey sand." *J. Geotech. Engrg.*, ASCE, 115(9), 1252–1267.

Lawton, E. C., Fragaszy, R. J., and Hardcastle, J. H. (1991a). "Stress ratio effects on collapse of compacted clayey sand." *J. Geotech. Engrg.*, 117(5), 714–730.

Lawton, E. C., Fragaszy, R. J., and Hetherington, M. D. (1991b). "Significance and control of wetting-induced collapse in compacted soils." *Tech. Report No. 91-01*, Univ. of Utah, Salt Lake City, Utah.

Leonards, G. A., and Davidson, L. W. (1984). "Reconsideration of failure initiating mechanisms for Teton dam." *Proc., Int. Conf. on Case Histories in Geotechnical Engineering*, Vol. 2, 1103–1113.

Leonards, G. A., and Narain, J. (1963). "Flexibility of clay and cracking of earth dams." *J. Soil Mech. Found. Div.*, ASCE, 89(2), 47–98.

Lin, P. S., and Lovell, C. W. (1981). "Compressibility of field compacted clay." *Report FHWA/IN/JHRP-81/14*, Purdue Univ., West Lafayette, Ind.

Lourens, J. P., and Cazpla, H. (1987). "Prediction of collapse settlement of a high embankment." *Die Siviele Ingenieur in Suid-Afrika*, 29(2), 49–57.

Miranda, A. N. de (1988). "Behavior of small earth dams during initial filling," Ph.D. thesis, Colorado State Univ., Fort Collins, Colo.

Mishu, L. P. (1963). "Collapse in one-dimensional compression of compacted clay upon wetting," Master's thesis, Purdue Univ., West Lafayette, Ind.

Mitchell, J. K. (1976). "Fabric, structure, and property relationships." *Fundamentals of soil behavior*, John Wiley & Sons, New York, N.Y., 222–252.

Nobari, E. S., and Duncan, J. M. (1972). "Movements in dams due to reservoir filling." *Performance of earth and earth-supported structures*, ASCE, New York, N.Y., 797–815.

Peterson, R., and Iverson, N. L. (1953). "Study of several low earth dam failures."

*Proc., Third Int. Conf. on Soil Mechanics and Foundation Engineering*, International Society for Soil Mechanics and Foundation Engineering, Vol. 2, 273–276.

Seed, H. B., and Chan, C. K. (1959). "Structure and strength characteristics of compacted clays." *J. Soil Mech. Found. Div.*, ASCE, 85(5), 87–128.

Steadman, L. (1987). "Collapse settlement in compacted soils of variable fines content," Master's thesis, Washington State Univ., Pullman, Wash.

Witsman, G. R., and Lovell, C. W. (1979). "The effect of compacted prestress on compacted shale compressibility." *Report FHWA/IN/JHRP-79-16*, Purdue Univ., West Lafayette, Ind.

Yi, F., Ishihara, K., Towhata, I., and Murata, M. (1990). "Dynamic properties of collapsible soils." *Proc. 25th Japanese Nat. Conf. on Soil Mechanics and Foundation Engineering*, Japanese Society of Soil Mechanics and Foundation Engineering, 833–836.

*Geotechnical Testing Journal*, Vol. 27, No. 4
Paper ID GTJ11418
Available online at: www.astm.org

D. A. Sun,[1] H. Matsuoka,[1] and Y. F. Xu[2]

# Collapse Behavior of Compacted Clays in Suction-Controlled Triaxial Tests

**ABSTRACT:** Using a suction-controlled triaxial apparatus for unsaturated soils, a series of tests on a compacted clay was performed to investigate the influences of stress states, water content, void ratio, and matric suction on the collapse behavior. The triaxial tests were carried out under the conditions of (1) different stress ratios and mean stresses, (2) triaxial compression and extension, (3) different initial void ratios of specimens with the same water content, (4) different initial water contents with the same degree of compaction, and (5) different controlled matric suctions. The main conclusions were obtained as follows: (1) The volume change induced by the collapse mainly depends on the initial void ratio and mean net stress under which the collapse occurs, irrespective of imposed matric suction; (2) the amount of collapse is small at both low and high confining stresses, and there exists a maximum value of collapse at a particular mean stress; (3) the shear strain increment induced by collapse depends on stress ratio, triaxial compression, or extension stress; (4) when imposed suction is decreased, large collapse deformation takes place in the samples compacted dry-of-optimum, while little collapse deformation takes place in the samples compacted wet-of-optimum; and (5) the collapse behavior can be explained by the elastoplastic theory for unsaturated soils.

**KEYWORDS:** unsaturated soil, suction, collapse, triaxial test, compacted soil, stress ratio

## Introduction

The decrease in total volume of a soil resulting from the wetting-induced breakdown of its structure at essentially unchanging total vertical stress is commonly referred to as "collapse" (Lawton et al. 1991). For the purpose of this paper, the term "collapse" is defined as the volume decrease of a soil caused by the decrease in matric suction at constant net stress. Nearly all types of compacted soils are subject to collapse under certain conditions. Collapse occurs in many types of compacted fill, including earth dams, highway embankments, and filled canyons. Damage occurring as a direct or indirect result of collapse can be enormous, in terms of both economic and human loss (Lawton et al. 1992).

Collapsible soils are characterized by an open, metastable structure. Soil particles are held in their position by a temporary bonding due to matric suction, $s = u_a - u_w$, where $u_a =$ pore-air pressure; $u_w =$ pore-water pressure. When matric suction decreases, the bonding agents weaken or even vanish, thus causing volumetric decrease and even shear failure. In the past forty years, many tests on the collapse behavior of soils have been conducted by using an oedometer apparatus (e.g., Jennings and Burland 1962; Booth 1977; Lawton et al. 1989). The specimens were mostly prepared by controlling the initial degree of saturation (i.e., the suction imposed on the specimen was not controlled or measured). Even if the suction was controlled or measured (e.g., Barden et al. 1969; Escario and Saez 1973; Tadepalli et al. 1992), the lateral stress of the specimens was not known in the oedometer test. On the other hand, few studies on the collapse behavior were reported by using a triaxial apparatus. Lawton et al. (1991) studied the effect of

mean normal total stress and total stress ratio on the collapse deformation. However, the net stress tensor ($\sigma_{ij} - u_a \delta_{ij}$) and matric suction are considered to control the mechanical response of unsaturated soils (Fredlund and Morgenstern 1977), where $\sigma_{ij} =$ total stress tensor and $\delta_{ij} =$ Kronecker's delta. Moreover, most advanced constitutive models for unsaturated soils require the net stress and matric suction. These variables are often referred to as stress state variables for unsaturated soils, to describe the shear strength and deformation behavior (Alonso et al. 1990; Fredlund and Rahardjo 1993). Therefore, either a suction-controlled or suction-measured triaxial apparatus is preferable in the study of the collapse behavior over an oedometer apparatus, because the net stress and matric suction of unsaturated soils are known in the former. Few references using either a suction-controlled or measured collapse apparatus are available in the literature. Matyas and Radhakrishna (1968) performed some wetting tests by decreasing the suction at constant applied stress in isotropic and $K_0$ stress states. The variation in void ratio from these test results could be represented by a unique surface in stress, suction, and void ratio space. Pereira and Fredlund (2000) also conducted wetting tests on a compacted, collapsing soil by controlling stress and suction in isotropic and $K_0$ stress states, and divided the collapse process into three distinct phases.

The objective of this paper is to study the influences of stress state, water content, void ratio, and matric suction on the collapse of a compacted clay. In addition, a series of triaxial test data with known matric suctions is given in detail, so that the numerical models using the net stress and matric suction as the stress state variables can be developed or validated by comparing the model predictions with the data presented in this paper.

## Testing Program

A laboratory testing program was designed with the main objective of investigating the influences of prewetting water content,

Received May 3, 2002; accepted for publication December 19, 2003; published June 16, 2004.
[1] Department of Civil Engineering, Nagoya Institute of Technology, Nagoya, Japan.
[2] School of Civil Engineering and Mechanics, Shanghai Jiaotong University, Shanghai, China.

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Copyright © 2004 by ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959.
Leslie Bronwell () pursuant to License Agreement. No further reproductions authorized.

**2  GEOTECHNICAL TESTING JOURNAL**

TABLE 1—*Index properties of tested soil.*

| Property | Definition |
|---|---|
| Grain-size distribution | Silt = 50 %, Clay = 50 % |
| Atterberg limits | LL = 49 %, PI = 27 % |
| Specific gravity | $G_s = 2.71$ |



FIG. 1—*Grading curve of Pearl clay.*

dry density, matric suction, and stress state on the collapse of a compacted clay.

### Testing Material and Specimen Preparation

The soil used in this study is called Pearl clay. Table 1 and Fig. 1 show the index properties and grading curve of the Pearl clay. The composition of the clay, as determined using X-ray diffraction, is quartz, pyrophyllite, and kaolinite in order of dominance. There is little expansive clay mineral in Pearl clay. Soil particles were air-dried and then mixed with the required amount of water to reach a specified water content. The soil was kept in polyethylene bags and stored in a constant temperature and a controlled humidity room for several days to reach equalization.

Triaxial specimens, 35 mm in diameter and 80 mm high, were prepared by compaction in a mold at a water content of about 26 %, except for tests performed to investigate the influence of the initial water content on the collapse behavior. Most specimens were compacted in five layers, with each layer statically compacted 15 times using a 12-mm-diameter plunger up to a vertical stress of 314 kPa, except for tests performed to investigate the influence of the number of blows per layer on the collapse behavior. The procedure, with the initial water content of 26 % and 15 blows per layer, results in a dry density of about 1.2 g/cm$^3$, a void ratio of approximately 1.3, and a degree of saturation of roughly 50 %.

### Triaxial Apparatus for Unsaturated Soils Testing

Figure 2 shows the triaxial apparatus used for testing unsaturated soils. Tests were conducted in the improved triaxial apparatus that can directly measure the lateral strain of specimens and control matric suction, which was realized by adopting the axis-translation technique (Hilf 1956). The lateral displacement of the specimen was measured using three rings made of stainless steel or bronze mounted at $H/4$, $H/2$, and $H$ from the top of the specimen as shown in Figs. 2, 3, and 4, where $H$ = specimen height. $D_1$, $D_2$, and $D_3$ were measured by the three lateral displacement meters.



FIG. 2—*Triaxial apparatus for unsaturated soil testing.*



FIG. 3—*Specimen attached by three lateral displacement meters.*

The lateral shape was assumed as a third-order polynomial. The specimen volume is given by:

$$V = 2\int_0^{H/2} \pi x^2 \, dy = 2\pi \int_0^{H/2} (ay^3 + by^2 + cy + d)^2 dy \quad (1)$$

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.



FIG. 4—*Determining the specimen volume by three diameters at different heights.*



FIG. 5—*A comparison of stress versus strain relationships of saturated Fujinomori clay using different lateral strain measurement methods.*

From the geometrical conditions shown in Fig. 4,

$$a = \frac{8}{H^3}(D_3 - 4D_1 + 3D_2) \qquad (2)$$

$$b = \frac{2}{H^2}(8D_1 - D_3 - 7D_2) \qquad (3)$$

$$c = 0 \qquad (4)$$

$$d = \frac{D_2}{2} \qquad (5)$$

Hence, from measured lengths $D_1$, $D_2$, $D_3$, and $H$, the specimen volume can be calculated. To check the accuracy of this method for determining the lateral displacement of the specimen, a drained triaxial compression test on saturated and normally consolidated clay was performed under a constant confining pressure of 196 kPa. The saturated clay called Fujinomori clay has been used as normally consolidated clay in the other soil tests (e.g., Nakai et al. 1986). Figure 5 shows the stress-strain relationships obtained by using a burette for measuring the volume change of the specimen and lateral displacement meters for measuring the change in the diameter of the specimen. In Fig. 5 and subsequent figures, $\sigma_a$ and $\sigma_r$ are the axial and lateral stresses, and $\varepsilon_a$, $\varepsilon_r$, and $\varepsilon_v$ are the axial, lateral, and volumetric strains, respectively. The two measured stress-strain relationships are very similar. Hence, the accuracy of determining the lateral strain by this method was confirmed. There exists a small difference in the two measured volumetric strains at large strain, since shear bands occurred in the specimen.

The pore-water pressure was maintained at atmospheric during the test through a ceramic disk with an air-entry value of 300 kPa installed in the pedestal, while the air pressure was applied at the top through a polyfluortetraethylene filter that prevented water from leaving the specimen. Hence, the changes in the amount of water in the burette and the specimen are the same. The ceramic disk was

carefully saturated before being used in the tests so that the water in the burette went through the disk in the collapse test even in the case of $u_a > u_w$. A temperature of $20 \pm 1^\circ$C was maintained during the tests.

### Testing Procedures

Specimens were first isotropically consolidated at a mean total stress $p_t$ of 20 kPa with some initial suction in isotropic stress, and then a specific air pressure was applied to the specimens with a mean net stress $p$ of 20 kPa, where the mean net stress $p = p_t - u_a$. The drain valve was then opened to achieve a pore-water pressure of $u_w = 0$. The specimens were loaded to a previously specified stress state under constant matric suction, and then the imposed matric suction was decreased in a drained mode for performing a collapse test. During the test, the pore-water pressure inside the specimen was always equal to the atmospheric pressure ($u_w = 0$) because the pore-water pressure $u_w$ measured at the bottom of the specimen, was maintained at atmospheric pressure. On the other hand, the pore-air pressure $u_a$ was measured at the top of the specimen. Hence, the measured suction $s = u_a - u_w$ was not the value inside the specimen but the value at the top of the specimen. However, the pore-air pressure changes over time until the value of $u_a$ measured at the top becomes almost the same as that in the whole specimen. In the collapse test, the de-aerated water stored in the burette was introduced from the bottom of the specimen through the ceramic disk. In the last step of the collapse tests in which the pore-air pressure is equal to zero, the water level in the burette is about 300 mm higher than the center of specimens to increase the degree of saturation of specimens, as indicated by Pereira and Fredlund (2000). Following most collapse tests, triaxial tests were performed on saturated specimens until failure.

### Triaxial Testing Results and Collapse Behavior of Compacted Clay

#### Time Rate of Collapse

Figure 6 shows the variations in the volumetric strain $\varepsilon_v$, axial strain $\varepsilon_a$, radial strain $\varepsilon_r$, and degree of saturation $S_r$, with a reduction in matric suction from 147 kPa, 118 kPa, 88 kPa, 59 kPa, 39 kPa, and 20 kPa to 0 kPa by five steps at a mean net stress, $p = 196$ kPa,

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.

**4** GEOTECHNICAL TESTING JOURNAL



FIG. 6—*Variations in matric suction, volumetric, axial and lateral strains, and degree of saturation in decreasing imposed suction at constant net stress.*



FIG. 7—*Volume change behavior of compacted clay including wetting in isotropic stresses.*



FIG. 8—*Volumetric strains due to collapse for different isotropic stresses and initial void ratios.*

and stress ratio, $R = \sigma_a/\sigma_r = 1.5$. In Fig. 6 and subsequent figures, $w_0$ and $e_0$ denote the initial water content and the initial void ratio of the tested specimens, respectively. It can be seen that the changes in volumetric strain $\varepsilon_v$, axial strain $\varepsilon_a$, and degree of saturation $S_r$, due to decreasing the suction, are small at relatively high suctions, while the changes are large at relatively low suctions. For example, the change is largest in the five steps when the suction is decreased from 39 to 20 kPa. This is similar to the results obtained by Escario and Saez (1973) using a modified oedometer apparatus. When the imposed suction is decreased at each step, the changes in strains $\varepsilon_v$ and $\varepsilon_a$, and the degree of saturation $S_r$, are large in the early stage of each step, and tend to stop after several hours. This result seems in conflict with the results of Tadepalli et al. (1992), in which the soil volume varied progressively with the reduction in matric suction, and the volume change ceased when the suction dropped to zero throughout the whole specimen. In the triaxial apparatus used in this study, the pore-air pressure and pore-water pressure were measured at the top and bottom of the specimen, respectively. The measured suction just after the change in externally imposed suction is not the real suction in the whole specimen. As time elapses after the change in the suction, the measured suction becomes the real value of the suction in the whole specimen. At constant suction measured at the top, the changes in strains and drain correspond with the change in the suction inside the specimen. Hence, the observed results in this paper are similar to those shown by Tadepalli et al. (1992).

There is a slight contraction in the radial direction due to decreasing the suction. Hence, during the collapse in the $K_0$-state, the stress ratio $\sigma_a/\sigma_r$ is greater than 1.5. As shown in Fig. 6, at the end of the wetting path (i.e., matric suction $s$ is approximately equal to 0 kPa), the saturation degree $S_r$ is about 88 %, that is to say, the

tested specimen cannot reach full saturation (i.e., $S_r = 100$ %). This behavior may be attributed to air trapped in the specimen.

*Effects of Mean Stress and Initial Void Ratio on Collapse in Isotropic Stress*

Figures 7a and b show the results of the isotropic stress compression and collapse tests on the compacted clay with (a) $e_{0a} = 1.36$ and (b) $e_{0a} = 1.27$, respectively. Here $e_{0a}$ is the average initial void ratio of the tested specimens. The volume change behavior of the compacted clay was obtained by isotropic stress compression tests with a matric suction of 147 kPa, decreasing matric suction from 147 to 0 kPa. The identically compacted specimens shown in Fig. 7a or b were loaded under a matric suction of 147 kPa from the initial state ($p_t = 20$ kPa and $s$ is approximately equal to 100 kPa). Isotropic stresses were increased in steps and allowed to attain equilibrium at each stress level. This required at least 10 h for every step of stress or matric suction change. The plots around $p = 20$ kPa in Fig. 7 show the decrease in the void ratio due to the stress increase from 0 to 20 kPa and the suction increase from approximately 100 to 147 kPa. From the compression curves for the specimens with a suction of 147 kPa, the yield stresses were about 100 kPa for $e_{0a} = 1.36$, and about 150 kPa for $e_{0a} = 1.27$. After the specimen was isotropically loaded under a previously specified net confining pressure and a constant matric suction of 147 kPa, the specimens were allowed to consolidate at various steps of decreasing matric suction from 147 to 0 kPa. Figure 8 shows the collapse strains at different isotropic stresses at which the imposed suction was decreased from 147 kPa

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.



FIG. 9—Collapse process in the suction reduction at different stresses.

FIG. 10—Yield loci for unsaturated soils and stress paths.



FIG. 11—Results of isotropic compression tests on two specimens subjected to different suctions.

to zero. The volumetric strain due to collapse is defined as

$$\varepsilon_v^{co} = \frac{-\Delta e_{co}}{1 + e_b} \qquad (6)$$

where $e_b$ is the void ratio at the beginning of the suction reduction, and $\Delta e_{co}$ is difference in the void ratio before and after the suction reduction. From Figs. 7 and 8, it can be seen that the magnitude of volume change, due to the decrease in matric suction, depends on the mean net stress and the initial void ratio, and there is a maximum collapse for the identically compacted specimens at a particular net stress, which is close to the yield stress given previously. When the collapse due to decrease in the imposed matric suction takes place at the net stress higher than the yield stress, the greater the net stress, the smaller the magnitude of collapse. When the net stress is less than the yield stress, the collapse decreases slightly with decreasing net stress. These results can be explained by variations in soil structure at the yield stress. At a net stress lower than the yield stress, the soil structure remains largely unchanged and collapse increases slightly with the net stress. On the other hand, at a net stress higher than the yield stress, the soil structure partially fails, and the specimen becomes more dense. Hence, the collapse due to the suction reduction becomes small. The compression curves for saturated and unsaturated soils with constant suction converge at a point where no collapse occurs when the suction is decreased. For the tested specimens, the magnitude of the collapse is very small in the range of the high stress, (e.g., $p > 500$ kPa), and is very large in the range of the ordinary stress, (e.g., $p < 200$ kPa). Comparing Fig. 7a with Fig. 7b, it can be seen that the compression curves of the specimens with zero suction are almost the same after the collapse takes place in different stresses.

Figure 9 shows the results of the collapse tests during a suction change from 147 to 0 kPa for three different net isotropic stresses. At relatively high suctions the suction reduction induces a small collapse deformation, while a large collapse deformation takes place at relatively low suction. The test data showed that the suction versus the collapse strain relationship in $p = 49$ kPa is different from those in $p = 98$ and $196$ kPa. In the cases of $p = 98$ and $196$ kPa, when the suction is decreased, the collapse strain increases monotonously. In the case of $p = 49$ kPa, however, when the suction was decreased from 147 to 88 kPa, the volume of the tested specimen expanded slightly, and the volume contracted when the suction was decreased from 88 to 0 kPa. These deformation characteristics can be explained by the elastoplastic theory for unsaturated soils as shown in Fig. 10 (Alonso et al. 1990; Sun et al. 2000). When the stress

state including the net stress and matric suction is inside the elastic region OEFD, the specimen behaves elastically during the stress change. In the case of $p = 49$ kPa, when the change in the suction was from Point A to $A_0$, only elastic deformation occurred, so that the specimen expanded slightly for the suction reduction. When the change in the suction was from $A_0$ to $A_1$, both elastic and plastic deformations occurred so that the specimen contracted. In the cases of $p = 98$ and $196$ kPa, when the suction varies from 147 to 0 kPa (i.e., from Points B and C to $B_1$ and $C_1$ respectively), elastic and plastic deformations occur from the initial states so that the contraction deformation takes place from the initial states with $s = 147$ kPa to those with $s = 0$.

### Effect of Imposed Suction on Collapse in Isotropic Stress

Figure 11 shows two test results of almost identically compacted specimens under isotropic stress with two different imposed suctions ($s = 147$ and $245$ kPa). Two specimens were subjected to matric suctions 147 and 245 kPa, respectively, from an initial suction

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.

6  GEOTECHNICAL TESTING JOURNAL



FIG. 12—Volume and degree of saturation changes during wetting.



FIG. 13—A comparison of stress versus strain relationships with different initial water contents and the same compaction method.



FIG. 14—A compaction curve for Pearl clay compacted with 15 blows per layer.

of about 100 kPa at $p = 20$ kPa, and loaded to $p = 98$ kPa under respective constant suctions, and then the imposed suctions were gradually decreased to zero at $p = 98$ kPa. After the collapse tests, the isotropic consolidation tests under $s = 0$ kPa were conducted up to $p = 686$ and 588 kPa, respectively. It can be seen from Fig. 11 that the specimens subjected to different matric suctions had almost the same collapse potential when the initial states of the specimens were almost the same. The two compression curves with zero suction after the collapse tests were also very close. Hence, we can conclude that for the tested soil, the amount of collapse is mainly dependent on the void ratio of the specimen before the collapse takes place for the same soil, irrespective of the imposed suction.

The measured volume changes and degrees of saturation of the two specimens are, respectively, plotted against the suction during the collapse test in Fig. 12. It can be seen that the changes in volumetric strain and degree of saturation take place mainly in the range of lower imposed suction when the suction is decreased. Conversely, at relatively high suctions the changes in volumetric strain and degree of saturation are very small. The collapse test data showed that the suction versus the volumetric strain due to the collapse relationship with the maximum suction of 245 kPa is different from that with the maximum suction of 147 kPa under $p = 98$ kPa. In the case of $s = 147$ kPa under $p = 98$ kPa, as indicated in Fig. 9, when the suction is decreased, the collapse strain increases monotonously. In the case of $s = 245$ kPa and $p = 98$ kPa, however, when the suction was decreased from 245 to 147 kPa, the specimen expanded slightly with absorbing water, and then the specimen contracted when the suction was decreased from 147 to 0 kPa. This collapse behavior can also be explained by the elastoplastic theory for unsaturated soils, as shown in Fig. 10. When the change in matric suction from the Point $B_2$ to B took place, only elastic deformation occurred so that the specimen expanded slightly for the suction reduction, and when the suction varied from B to $B_1$, both elastic and plastic deformations occurred so that the specimen contracted.

*Effect of Initial Water Content on Collapse*

Figure 13 shows the stress-strain relationships of identically compacted specimens (15 blows/layer) with four different initial water contents. The stress-strain relationships were obtained from triaxial compression tests during a constant suction of 147 kPa, decreasing

the suction from 147 to 0 kPa at the principal stress ratio of 1.5 and zero suction under a mean net stress of 196 kPa. Figure 14 shows a compaction curve for Pearl clay with 15 blows/layer, which is the same as the compaction method used in the tests shown in Fig. 13.

From Figs. 13 and 14, we can see that for specimens identically compacted, the smaller the initial water content of the specimen compacted dry-of-optimum condition, the larger the magnitude of the collapse is due to the decrease in suction. When the initial water content ($w_0 = 28.5$ and 32.5%) of compacted specimen is near the optimum water content, the magnitude of collapse, due to decreasing suction, becomes small.

Figure 15 shows the results of triaxial tests on two specimens with almost the same initial void ratio ($e_0 = 1.32$ and 1.36) and different initial water contents ($w_0 = 25.7$ and 16.4 %). We can see that the initial water content has little influence on the stress-strain relationship during shearing and collapse processes when the void ratios before shearing and collapse are similar. Therefore, the difference in the results of the collapse and shear tests are mainly dependent on the difference in the initial void ratio of the specimen, and the initial water content is not an important factor for suction-controlled tests.

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.

Case 8:08-cv-02446-JDW-TBM   Document 349-32   Filed 05/19/11   Page 51 of 53 PageID 20131



FIG. 15—A comparison of stress versus strain relationships obtained from triaxial compression tests on unsaturated compacted clay with different initial water contents and almost the same void ratio.



FIG. 16—Effect of initial void ratio on collapse.



FIG. 17—Effect of mean net stress on stress versus strain relationship including collapse.

5, 10, 15, and 25 blows per layer, obtained from triaxial compression tests during a constant suction of 147 kPa, decreasing the suction from 147 to 0 kPa at the principal stress ratio of 1.5 and zero suction under a mean stress of 196 kPa. In Fig. 16a, $N$ denotes the number of blows/layer for the tested specimens, which consist of five layers. Figure 16b shows volumetric strain due to collapse as a function of initial void ratio of the specimen rearranged from Fig. 16a. It can be seen that the smaller the initial void ratio of the specimen compacted dry-of-optimum condition, the smaller the magnitude of the collapse is due to the decrease in suction. That is to say, under the same initial matric suction, the looser the specimen, the larger the collapse due to decreasing the suction. The points ($\nabla$) shown in Fig. 16a show the test results of the specimen compacted with 25 blows/layer. The specimen volume contracts first and then dilates, rather than only contracting during the shear process. This suggests that the compacted clay specimens with the same matric suction may have different dilatancy behavior, even under the same mean net stress, because their compactive energies are different. As a result, their void ratios are different.

### Effect of Net Mean Stress at Saturating on Collapse in Anisotropic Stress

Figure 17 shows the stress versus strain relationships of the specimens with almost the same initial void ratio during shearing and collapse processes under different mean net stresses. Note that there

As the legends in Fig. 13 illustrate, both the initial water content and the initial void ratio are different in the specimens. Therefore, the difference in the stress-strain relationships in Fig. 13 is not due to the difference in the initial water content but due to the difference in the initial void ratio.

### Effect of Initial Dry Density on Collapse

Figure 16a shows the stress versus strain relationships of the specimens, compacted at a same water content of about 26 % with

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.

**8  GEOTECHNICAL TESTING JOURNAL**



(a)



(b)

FIG. 18—*Explanation for the collapse at different mean net stresses.*





FIG. 19—*Stress versus strain relationships obtained from (a) triaxial compression and (b) triaxial extension tests including wetting at different stress ratios under p = 196 kPa.*

is a slight difference in the stress ratio versus strain relationships between different mean net stresses in the same constant suction. The smaller the mean net stress, the steeper the relationship between the stress ratio $(\sigma_a/\sigma_r)$ and the major principal strain $(\varepsilon_a)$. From the results of the collapse tests, it can be seen that the larger the mean net stress, the smaller the amount of collapse. This can be explained by the elastoplastic theory for unsaturated soils, as shown in Fig. 18. As shown in Fig. 7, the yield stress for the tested specimens at $s = 147$ kPa is about 100 kPa for $e_0 = 1.36$, so in the tested stress range from $p = 98$ to 392 kPa, the soil is within the elastoplastic region. Figure 18a shows the yield curves passing through the two different mean net stresses $p_1$ and $p_2$ with the same stress ratio. $p_{01}$ and $p_{02}$ are two isotropic yield stresses equivalent to the anisotropic stress states $p_1$ and $p_2$, and are located at A and B on the compression curve for an unsaturated soil with the same matric suctions, as shown in Fig. 18b. When the suction is decreased, A and B will be shifted to A' and B' on the compression curve for saturated soil, respectively. Therefore, the amount of collapse decreases with the increase in the mean net stress (i.e., $de_1 > de_2$).

### Effect of Stress Ratio at Saturating on Collapse

To facilitate the analysis and prediction of three-dimensional wetting-induced strains, a series of the collapse tests in not only triaxial compression but also triaxial extension was performed at

different stress ratios. Figure 19 shows the results of triaxial compression and extension tests on the identically compacted specimens during a constant suction of 147 kPa, decreasing in the suction from 147 to 0 kPa at different principal stress ratios $R$ and zero suction under a mean net stress of 196 kPa. From Fig. 19, we can see that the magnitude of volume change due to the decrease in suction is almost independent of the principal stress ratio. This is because the influences of the void ratio and the stress ratio on the volume change due to collapse are opposite. The void ratio at high stress ratio is less than that at low stress ratio during shearing, and then the collapse at high stress ratio should be less than that at low stress ratio. On the other hand, the soil structure change due to collapse at a high stress ratio is larger than that at a low stress ratio, and the collapse at a high stress ratio should be larger than that at a low stress ratio.

It can also be seen from Fig. 19a that under triaxial compression stress states, the greater is the principal stress ratio at which the imposed suction is decreased, the greater are the magnitudes of the axial collapse and the radial swelling. These conclusions are the same as the test results of Lawton et al. (1991), which were obtained from triaxial tests on unsaturated clayey sand by controlling the initial saturation degree. The data from the collapse tests shown in Figs. 6, 13, 15, 16a, 17, and 19a showed that there is a slight contraction at the stress ratio of 1.5 and a significant swelling at the stress ratio of 2.0 in the radial direction when the imposed suction

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.

was decreased. That is to say, when the collapse takes place in the $K_0$-state, the stress ratio $\sigma_a/\sigma_r$ should be between 1.5 and 2.0, irrespective of the initial water content and void ratio of the specimen.

Under triaxial extension stress states, the greater is the principal stress ratio at which the suction is decreased, the greater are the magnitudes of the axial swelling and the radial collapse. In contrast to triaxial compression, the axial displacement swelled when the collapse occurred at the stress ratio of 1.5 in triaxial extension. Hence, the shear strain induced by the collapse is dependent not only on the mean stress and stress ratio, but also on the separate stress components.

## Conclusions

After checking the accuracy of the lateral strain measurement using saturated clay, a series of the collapse tests using a suction controllable triaxial apparatus was performed on unsaturated compacted clay. The following conclusions on the collapse behavior of compacted clay were obtained from the study:

1. The volume change induced by the collapse mainly depends on the initial void ratio and mean net stress under which the collapse takes place;
2. The amount of collapse is small at both low and high confining stresses, and there exists a maximum value of the collapse at the yield stress;
3. The shear strain increment induced by collapse depends on stress ratio, and triaxial compression or extension stress, etc;
4. When imposed suction is decreased, large collapse takes place in the samples compacted dry-of-optimum, while little collapse takes place in the samples compacted wet-of-optimum; and
5. The collapse behavior can be explained by the elastoplastic theory for unsaturated soils.

Finally, it is pointed out that these conclusions are based on the results of triaxial tests done on a single soil type, and some conclusions drawn above are subjected to the soil type.

### Acknowledgments

The authors wish to express their appreciations to Professor Yasuo Uno for providing the result of X-ray diffraction analysis of Pearl clay, to Dr. Sihong Liu for his help in preparing and revising this paper, and to Mr. Hongbin Cui for his help in performing the collapse tests. The authors would also like to thank the reviewers and the technical editor of this paper for their helpful suggestions.

## References

Alonso, F. E., Gens, A., and Josa, A., 1990, "A Constitutive Model for Partially Saturated Soils," *Geotechnique*, Vol. 40, No. 3, pp. 405–430.

Barden, L., Madedor, A. O., and Sides, G. R., 1969, "Volume Change Calculation of Unsaturated Clay," *Journal of Soil Mechanics and Foundation Engineering, ASCE*, Vol. 95, No. 1, pp. 33–51.

Booth, A. R., 1977, "Collapse Settlement in Compacted Soils," *CSIR Res. Report* 324, Council for Scientific and Industrial Research, Pretoria, South Africa.

Escario, V. and Saez, J., 1973, "Measurement of the Properties of Swelling and Collapsing Soils under Controlled Suction," *Proceedings, 3rd International Conference on Expansive Soil*, Vol. 1, pp. 195–200.

Fredlund, D. G. and Morgenstern, N. R., 1977, "Stress State Variables for Unsaturated Soils," *Journal of Geotechnical Engineering, ASCE*, Vol. 103, No. 5, pp. 447–461.

Fredlund, D. G. and Rahardjo, H., 1993, *Soil Mechanics for Unsaturated Soils*, John Wiley and Sons, New York.

Hilf, J. W., 1956, "An Investigation of Pore Water Pressure in Compacted Cohesive Soils," US Department of Interior, *Bureau of Reclamation, Technical Memo*. No. 654, Denver.

Jennings, J. E. B. and Burland, J. B., 1962, "Limitations to the Use of Effective Stresses in Partly Saturated Soils," *Geotechnique*, Vol. 12, No. 2, pp. 125–144.

Lawton, E. C., Fragaszy, R. J., and Hardcastle, J. H., 1989, "Collapse of Compacted Clayey Sand," *Journal of Geotechnical Engineering, ASCE*, Vol. 115, No. 9, pp. 1252–1267.

Lawton, E. C., Fragaszy, R. J., and Hardcastle, J. H., 1991, "Stress Ratio Effects on Collapse of Compacted Clayey Sand," *Journal of Geotechnical Engineering, ASCE*, Vol. 117, No. 5, pp. 714–730.

Lawton, E. C., Fragaszy, R. J., and Hetherington, M. D., 1992, "Review of Wetting-Induced Collapse in Compacted Soil," *Journal of Geotechnical Engineering, ASCE*, Vol. 118, No. 9, pp. 1376–1393.

Matyas, E. L. and Radhakrishna, H. S., 1968, "Volume Change Characteristics of Partially Saturated Soils," *Geotechnique*, Vol. 18, No. 4, pp. 432–448.

Nakai, T., Matsuoka, H., Okuno, N., and Tsuzuki, K., 1986, "True Triaxial Tests on Normally Consolidated Clay and Analysis of the Observed Shear Behavior Using Elastoplastic Constitutive Models," *Soils and Foundations*, Vol. 26, No. 4, pp. 67–78.

Pereira, J. H. F. and Fredlund, D. G., 2000, "Volume Change Behavior of Collapsible Compacted Gneiss Soil," *Journal of Geotechnical and Geoenviromental Engineering, ASCE*, Vol. 126, No. 10, pp. 907–916.

Sun, D. A., Matsuoka, H., Yao, Y. P., and Ichihara, W., 2000, "An Elastoplastic Model for Unsaturated Soil in Three-Dimensional Stresses," *Soils and Foundations*, Vol. 40, No. 3, pp. 17–28.

Tadepalli, R., Rahardjo, H., and Fredlund, D. G., 1992, "Measurements of Matric Suction and Volume Change During Inundation of Collapsible Soils," *Geotechnical Testing Journal*, Vol. 15, No. 2, pp. 115–122.

Copyright by ASTM Int'l (all rights reserved); Sun Mar 27 12:04:59 EDT 2011
Downloaded/printed by
Leslie Bromwell () pursuant to License Agreement. No further reproductions authorized.