# tampabay.com

St. Petersburg Times | PolitiFact.com | tbt
Today's paper | eEdition | Subscribe | The Truth-O-Meter | Latest print edition

Classifieds | BooCoo Auctions | Press Releases | Jobs | Real Estate | Cars | Shop | Advertise
Home | News | Politics | Opinion | Sports | Things to Do | Money | Features | Blogs | Weather | Traffic | Site map

Search [ ]  ● Site ○ Web ○ Archives - back to 1987 ○ Google Newspaper Archive - back to 1901  powered by Google  (go)

/PRllak PAID PRESS RELEASES  ayCare Health System Offers Weight Loss Information Sessions Throughout The Tampa Bay Area | St. Joseph's Chi  VIEW ITEMS | POST

## St. Petersburg Times

**Most emailed**
- Mitt Romney leads 2012 field, but many Republicans pine for someone else
- Gov. Rick Scott suspends drug test requirement for many state employees
- Hot afternoon follows strong overnight storm in Tampa Bay
- Former Florida Gator Danny Wuerffel undergoing treatment for rare disorder of the nervous system
- Aqib Talib's case rolls on with no resolution or trial date

**Popular**
- Text of Marco Rubio's first Senate speech
- Powerful interests checkmated Florida's growth management agency

**Editorials**
- Don't give haven to sweepstakes cafes
- Inflatable fun needs some state oversight
- Fix and expand Tampa Bay reservoir
- The high cost of scrimping on pre-K
- Stain left by White grows bigger

### A Times Editorial

# Fix and expand Tampa Bay reservoir

In Print: Friday, June 17, 2011



Tampa Bay Water, the utility that runs the 15 billion-gallon reservoir in southeastern Hillsborough County, will decide Monday whether to spend $163 million to repair and expand it.

[CHRIS ZUPPA | Times (2009)]

The utility that provides water to Pinellas, Hillsborough and Pasco counties is expected to decide Monday whether to spend $163 million to fix and expand its reservoir. Ratepayers understandably have sticker shock over the costs for repairing a 6-year-old facility. Still, the work should be done, because the reservoir is the most efficient and environmentally responsible way to provide water to 2.4 million people throughout the bay area. A permanent fix and additional capacity would make the entire water supply system more reliable and give the region more control over how it grows. But the utility has to get it right.

The 15 billion-gallon reservoir in southeastern Hillsborough holds water skimmed from area rivers during the rainy season. The utility that runs it, Tampa Bay Water, blames a faulty design for a buildup of water under the cement lining of the basin that has caused extensive cracking in the reservoir walls. The utility's governing board will consider a fix Monday that calls for digging out and replacing the cement face and the impermeable lining beneath it. Workers would install a drain to pull water away from the cement face, removing the buildup of pressure

Print | Email | Post | Republish

**Story Tools**
- Comments
- Contact the editor
- Email Newsletters

**Social Bookmarking** ShareThis

ADVERTISEMENT



TAMPA BAY WATER LITIGATION
GET THE FACTS
CLICK TO READ MORE
Paid for by HDR Engineering, Inc.

ADVERTISEMENT

Advertisement
**Smart Phone Stock Info**
Get real time updates to your phone on the hottest stocks!

Subscribe to the Times

Click here for daily delivery of the St. Petersburg Times.

Want more Opinion?

**Scoop**
Another exclusive @tampabay.com

Get more commentary, letters and editorials

ADVERTISEMENT

EXHIBIT B

that has caused cracking in the basin.

A permanent fix is the only sound course. Tampa Bay Water is suing the reservoir's designer, and any award it receives would offset the $121 million repair cost. The utility also has built protections into the deal. It hired an outside engineering firm to oversee construction, sent the project out for peer review and required the contractor to post financial guarantees. These are essential for an agency with a poor history of getting its major capital projects off the ground.

The tougher issue is whether to expand the reservoir by another 3 billion gallons. Tampa Bay Water acknowledges that its water supply sources — which include groundwater pumping and a desalination plant — are adequate to serve demand for the next 15 to 20 years. But the life expectancy of the renovated reservoir is 50 years. It makes no sense to put off the expansion when the basin will be drained anyway for up to two years for the repairs. Postponing the work would require shutting down the reservoir again, depreciating the asset and forcing the utility to use more expensive water in the interim.

An expansion now would make the entire system more reliable by creating a cushion against any shortage from groundwater or the desal plant. Expanding the basin makes the region more prepared to handle drought conditions. It also could enable the utility to cut back on pumping even more; in that sense, the expansion serves the policy goals of the regional water management agency, Swiftmud. That could be critical in helping Tampa Bay Water secure state funding for supply projects in the future.

The long-term availability of water is fundamental for growth. And the broad advantages of investing $42 million now for the expansion are clear. Still, the flip side of giving the reservoir a bigger role is the importance of getting the construction job right. The utility needs to stay on top of the project. The public has shelled out plenty. It expects and deserves results.

[Last modified: Jun 16, 2011 05:04 PM]



Learn more



Today: iPads only $24.19?
Oldsmar : Online auction website is selling over 1,000 new apple iPads for $24.19 each! **Learn more**

Add Your Link Here!

**Loading Video...**

Click here for reuse options!
Copyright 2011 St. Petersburg Times

Join the discussion: Click to view comments, add yours