

Subscribe to Tribune/Manage acct. | Advertise With Us | Contact Us

Friday, June 17, 2011
90° Partly Cloudy

Welcome Guest | Login | Register

Search Stories, Photos, Video & Keywords  SEARCH
Web Search powered by YAHOO!

THE TAMPA TRIBUNE  CENTRO

NEWS  WEATHER  COMMUNITY  ENTERTAINMENT  SPORTS  LIFESTYLES  TOOLS  Deals  Jobs  Autos  Homes  Shop / Classifieds

Services

## Breaking News

Share This   Print   A A A Text Size

# Work on reservoir could cost $162 million



Recommend | You recommend this. · Admin Page · Insights · Error
You recommend this. Be the first of your friends to recommend this. · Admin



PETER MASA/STAFF

The reservoir has cracking problems in the thin layer of soil cement and also suffers from poor drainage, officials said.

By ROB SHAW | The Tampa Tribune
Published: June 12, 2011

» 0 Comments | Post a Comment

It will cost more to repair the regional reservoir and expand its capacity than it cost to initially build the structure, according to a proposal that will go before Tampa Bay Water later this month.

Agency staff will ask the board of directors on June 20 to spend $162.4 million with Kiewit Infrastructure Group of Omaha, Neb., to repair cracks to the C.W. Bill Young Regional Reservoir.



Most Popular

Viewed | Commented

1. Kevin White indictment alleges bribes from towing boss
2. Casey Anthony trial: FBI expert says duct tape contaminated
3. Prosecution rests case against Casey Anthony
4. Tampa Bay area under severe thunderstorm watch
5. Felon denies Anthony tie; lawyers haggle over insect expert

ADVERTISEMENT


EXHIBIT C

The repair job also would expand the capacity of the reservoir by 3 billion gallons — from 15.5 billion gallons to 18.5 billion gallons.

The vote comes a month before a federal lawsuit against HDR Engineering Inc., designer of the original structure, is scheduled to go to trial. The reservoir has cracking problems in the thin layer of soil cement and also suffers from poor drainage, officials have said.

The cracks first were noticed in 2006.

"We had never anticipated having to spend this kind of money to fix this facility," said Michelle Rapp, spokeswoman for Tampa Bay Water. "But it's a very important facility. It needs to be fixed. It has become a cornerstone of our system."

It is hoped that the federal lawsuit against HDR will recover much of the cost of the repairs and expansion, Rapp said.

Tampa Bay Water has reached settlements with Barnard Construction, the contractor, and CDG, which provided construction management.

If the board OKs the contract with Kiewit, it will take a year for permitting and design, Rapp said. Construction on the project would begin in September 2012 and it would take two years to complete.

Granite Construction Co. ranked second in the technical and financial review, while Skanska USA Civil Southeast finished third.

The reservoir, which currently holds nearly 8 billion gallons of water from the Alafia River and the Tampa Bypass Canal, would have to be drained for the project.

It is about 5 miles around in circumference — 2 miles long and a mile wide.

rshaw@tampatrib.com (813) 259-7999

Recommend   Confirm   You recommend this. · Admin Page · Insights · Error
You recommend thisBe the first of your friends to recommend this. · Admin

**Share This:**

Email   My Y!   Facebook   Delicious   Digg   Twitter   Favorites   More







## TBO Deals

Get $1 off One A day Adult or Teen Multivitamin with coupon!
**Deal Details** 1:02 p.m.

Tampa Bay Rays 30" x 60" navy blue logo towel only $18.95!
**Deal Details** 11:09 a.m.

Today get whole boneless NY strip cut into steaks for only $3.99/lb w/coupon at Cacciatore Bros!
**Deal Details** 9:01 a.m.

*More TBO Deals*

ADVERTISEMENT

**2.6% Mortgage Refinance**
$150,000 Mortgage for $602/Month! As Featured on CBSNews & Time.com.
AmericanDreamQuotes.com

Ads by Yahoo!

ADVERTISEMENT

**Reader Comments**

Voice your opinion by posting a comment.

**Post a Comment** (Please Sign In | Register)

- Keep it clean
- Respect others
- Don't hate
- Don't use web URLs or the comment will not post
- Don't use language you wouldn't use with your mom
- Use "Report Inappropriate Content" link when necessary

- See Member Agreement for details

Please sign in to respond | Sign In | Register

ADVERTISEMENT



Media General    DealTaker.com    NEWSBOX.COM    BOXERJAM
                 Coupons and Deals  Games, Puzzles & Trivia

blockdot
Advergaming and Branded Media

www2.tbo.com   ©2011 Media General Communications Holdings, LLC. A Media General company

Contact Us | Site Map | Member Agreement / Privacy Statement | Media General Operations Credit Terms and Conditions | Work With Us
EEO Public Filings | Children's Programming | FCC Form 388 | Closed Captioning | Subscribe / Manage Tampa Tribune Account | Corrections