Login | Register

# tampabay.com

St Petersburg Times — Today's paper | eEdition | Subscribe
PolitiFact.com — The Truth-O-Meter
tbt — Latest print edition

| Home | ▼ News | ▼ Politics | ▼ Classifieds | BooCoo Auctions | ▼ Press Releases | ▼ Jobs | ▼ Real Estate | ▼ Cars | ▼ Shop | ▼ Advertise |
| Opinion | ▼ Sports | ▼ Things to Do | ▼ Money | ▼ Features | ▼ Blogs | Weather | Traffic | Site map |

Search: reservoir  ● Site  ○ Web  ○ Archives - back to 1987  ○ Google Newspaper Archive - back to 1901  powered by Google

HCA  You're not just a ...  TOGETHER, PERFORMING AT A HIGHER STANDARD℠

Results **1 - 10** for **reservoir**. (**0.16** seconds)

Tampa Bay Water **reservoir's** first cracks were in the planning - St ...
Jul 26, 2009 ... Tampa Bay Water's board approved building its **reservoir** with little discussion, hired a company with little real experience to design it, ...
www.tampabay.com/news/environment/water/article1021428.ece

Tampa Bay Water makes last withdrawal from tapped out **reservoir** ...
Mar 14, 2009 ... Tampa Bay Water now must pump more groundwater. Get used to having a brown lawn for a while.
www.tampabay.com/news/environment/water/article983732.ece

Memo shows **reservoir** engineer feared bad publicity for cracks - St ...
Feb 22, 2011 ... Tampa Bay Water says a memo shows engineers focused on covering their tracks. The engineering company that designed Tampa Bay Water's ...
www.tampabay.com/news/environment/water/...**reservoir**.../1152943

Tampa Bay Water's **reservoir** will close for two years to repair ...
Jun 5, 2009 ... Fixing the cracks plaguing Tampa Bay Water's **reservoir** will cost ratepayers and require keeping it empty for two years.
www.tampabay.com/news/environment/water/article1007331.ece

Fix and expand Tampa Bay **reservoir** - St. Petersburg Times
Jun 17, 2011 ... Still, the work should be done, because the **reservoir** is the most efficient and environmentally responsible way to provide water to 2.4 ...
www.tampabay.com/opinion/editorials/fix-and...bay-**reservoir**/1175660

Engineering company official says **reservoir** doesn't need major ...
Apr 7, 2011 ... The company that designed Tampa Bay Water's troubled **reservoir** says it doesn't need a multimillion-dollar repair job that would raise ...
www.tampabay.com/news/environment/water/...**reservoir**.../1162155

Proposals for Tampa Bay Water **reservoir** repair as high as $170 ...
Apr 19, 2011 ... CLEARWATER — Fixing Tampa Bay Water's cracked **reservoir** could cost between $120 million and $170 million, according to the repair proposals ...
www.tampabay.com/news/localgovernment/...**reservoir**...as.../1164501

Tampa Bay Water **reservoir** half-full as cracks' source sought - St ...
Aug 19, 2008 ... CLEARWATER — Nearly two years after discovering long cracks in the wall of Tampa Bay Water's $146-million **reservoir**, and after spending ...
www.tampabay.com/news/environment/water/article775919.ece

Tampa Bay Water recommends spending $163 million to ... - TampaBay.com
Jun 11, 2011 ... Tampa Bay Water's staff is recommending the board hire a Nebraska-based company to fix the cracks in its **reservoir** — and also recommending ...
www.tampabay.com/news/environment/water/tampa-bay.../1174603

**Reservoir** repairs may include expansion - St. Petersburg Times
Oct 19, 2010 ... While Tampa Bay Water's **reservoir** in rural Hillsborough County, already the largest in the state, is being repaired, it may also get bigger.
www.tampabay.com/news/environment/water/**reservoir**-repairs.../1128794

Google™ Custom Search

Ads by Google

**Tampa Water Litigation**
C.W. Bill Young Regional **Reservoir**
Learn the Science. Get the Facts.
www.tbwlitigation.com

**Reservoir Definition**
What Is **Reservoir**?
Find Out w/the Dictionary App
dictionary.alot.com

1 2 3 4 5 6 7 8 9 10 Next


EXHIBIT D

**Florida Flooding** 24 Hour Emergency Flood Restoration & Removal Services. Call Today! www.EmergencyWaterDamageFlorida

**Robotic Prostatectomy** World's most experienced with over 4000 surgeries performed to date GlobalRoboticsInstitute.com

**Clark Reporting Services** Court Reporters, deposition rooms Serving legal community since 1985 www.clarkreporting.com

AdChoices



© 2011 · All Rights Reserved · St. Petersburg Times
490 First Avenue South · St. Petersburg, FL 33701 · 727-893-8111
Contact Us | Join Us | Advertise with Us | Subscribe to the St. Petersburg Times | RSS
Privacy Policy | Standard of Accuracy | Terms, Conditions & Copyright