Google

**Web**  Images  Videos  Maps  News  Shopping  Gmail  more ▾

Sign in 



tampa bay water   ✕   Search

About 14,700,000 results (0.10 seconds)                                                                                       Advanced search

**Everything**
Images
Videos
News
Shopping
Realtime
More

**Clearwater, FL**
Change location

**Any time**
Latest
Past 24 hours
Past week
Past month
Past year
Custom range...

More search tools

▸ **Tampa Water** Litigation - C.W. Bill Young Regional Reservoir     Ad
Learn the Science. Get the Facts.
www.tbwlitigation.com

**Tampa Bay Water**: Supplying Water to the Region
**Tampa Bay Water** delivers high quality drinking water to three cities and counties in
Tampa Bay, Florida, supporting our region's economy and way of life.
www.**tampabaywater**.org/ - Cached - Similar

| Working With Us | Facilities |
|---|---|
| Contact Us | Supply Management |
| Board of directors | Source protection |
| Reservoir Renovation Project | Conservation |

More results from tampabaywater.org »

Contact Us - **Tampa Bay Water**
about **tampa bay water** · who we are · vision and mission · governance ...
⊞ Show map of 2575 Enterprise Rd, Clearwater, FL 33763
www.**tampabaywater**.org/about/contact_us.aspx - Cached - Similar

Working With Us - **Tampa Bay Water**
**Tampa Bay Water's** core business is delivering high-quality water to the ...
www.**tampabaywater**.org/working/ - Cached - Similar

**Tampa Bay Water** Board of Directors
Board of Directors for **Tampa Bay Water**. Agency policy is directed by a nine ...
www.**tampabaywater**.org/board-of-directors/ - Cached - Similar

⊞ Show more results from tampabaywater.org

News for **tampa bay water**



As Trout Bite Slacks, Prepare for Summertime Snapper
2 hours ago
Jason Prieto said the hottest trout bite he's ever seen is beginning to slow down in
**Tampa Bay** because of scorching **water** temperatures. Jason Prieto Capt. ...
Patch.com - 5 related articles

Tampa Bay
Newspapers

Fishing Around **Tampa Bay**
The Ledger

**Tampa Bay Water** - Wikipedia, the free encyclopedia
**Tampa Bay Water** is a regional wholoesale drinking water utility that serves customers in
the Tampa Bay, Florida region. The agency is a special district of ...
en.wikipedia.org/wiki/**Tampa_Bay_Water** - Cached - Similar

**Tampa Bay Water** Atlas
A rich mapping and data driven tool to find **water** quality, hydrology, recreational and
historical data for **water** resources in Florida.
www.**tampabay.water**atlas.usf.edu/ - Cached - Similar

**Tampa Bay Water's** reservoir will close for two years to repair ...
Jun 5, 2009 ... Fixing the cracks plaguing **Tampa Bay Water's** reservoir will cost
ratepayers and require keeping it empty for two years. **Tampa Bay Water** ...
www.**tampabay**.com/news/.../**water**/article1007331.ece - Cached - Similar

**TAMPA** FLORIDA USA municipal government-**Water**
The Tampa **Water** Department is a municipally-operated **water** supplier, ... in the **Tampa
Bay** area and is responsible for citywide **water** conservation efforts to ...
www.**tampa**gov.net/dept_**water**/ - Cached - Similar

**Tampa Bay Water** Ski Show Team
Team pictures, events, directors, special information, history.
www.**tampawater**ski.com/ - Cached - Similar

**Tampa Bay** Seawater Desalination Plant, Florida - **Water** Technology
The **Tampa Bay** Seawater Desalination Plant became fully operational in 2007. As the
largest seawater desalination facility in the US, it produces up to 25 ...
www.**water**-technology.net/projects/**tampa**/ - Cached - Similar

Pages similar to www.**tampabaywater.org**

Ads

**Tampa Bay Water** Sale
Buy **Tampa Bay Water** And
Save Big - Low US Shipping & Fast!
tampa-bay.buycheapr.com

See your ad here »



EXHIBIT
E

Google

Southwest Florida Water Management District - Southwest Florida ... - swfwmd.state.fl.us
City of Tampa - Information for city residents, visitors and new businesses. - tampagov.net
epchc.org - Environmental Protection Commission of Hillsborough County, EPC. - epchc.org
sdhc.k12.fl.us - Information packet, district divisions, employment, grants, ... - sdhc.k12.fl.us

Searches related to **tampa bay water**

tampa bay water **pollution**      **city of** tampa
tampa bay water **restrictions**
tampa bay water **desalination**
tampa water **department**



**1** 2 3 4 5 6 7 8 9 10     Next

View customizations    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google