tampa bay water reservoir - Google Search

**Web** Images Videos Maps News Shopping Gmail more ▾                                                                    Sign in 



tampa bay water reservoir    ✕    Search

About 877,000 results (0.09 seconds)                              Advanced search

- **Everything**
- Images
- Videos
- News
- Shopping
- Realtime
- More

**Tampa, FL**
Change location

**Any time**
Latest
Past 24 hours
Past week
Past month
Past 3 months
Past year
Custom range...

**All results**
Related searches

More search tools

▸ **Tampa Water** Litigation - C.W. Bill Young Regional **Reservoir**    Ad
www.ibwlitigation.com
Learn the Science. Get the Facts.

**Reservoir** Renovation Project - **Tampa Bay Water**
www.**tampabaywater**.org/facilities/**reservoir**/.../index.aspx
**reservoir** renovation project. The above-ground, off-stream **reservoir** is a vital component of **Tampa Bay Water's** surface **water** system. The **reservoir** came on ...



**Tampa Bay Water**
Place page

2575 Enterprise Road
Clearwater, FL 33763-1102
(727) 796-2355
Bus: Main St & Pine Tree Ln
Get directions - Is this accurate?

**Tampa Bay Water** C.W. Bill Young Regional **Reservoir**
www.**tampabaywater**.org/facilities/**reservoir**/index.aspx
**Tampa Bay Water's** Regional **Reservoir** is a 15.5 billion gallon off-stream ...

**Tampa Bay Water** Board Approves Fixing Regional **Reservoir**
www.**tampabaywater**.org/newsarticles/156.aspx
**Tampa Bay Water** Board Approves Fixing Regional **Reservoir**. CLEARWATER, Fla ...

**Tampa Bay Water** - C.W. Bill Young Regional **Reservoir** Current ...
gis.**tampabaywater**.org/**reservoir**stage/
Current **Reservoir** Data. Current **Water** Level: 109.31 feet, **Water** Level Change ...

⊞ Show more results from tampabaywater.org

News for **tampa bay water reservoir**

**Tampa Bay Water** board to vote on **reservoir** repair, expansion
Tampabay.com
1 hour ago - By Craig Pittman, Times Staff Writer **Tampa Bay Water's** governing board is scheduled to vote today on hiring a Nebraska-based company to fix the cracks in ...
4 related articles

**Reservoir** fix, expansion to cost more than original construction
Tbo.com

**Tampa Bay Water's reservoir** will close for two years to repair ...
www.**tampabay**.com/news/.../**water**/article1007331.ece
Jun 5, 2009 ... Fixing the cracks plaguing **Tampa Bay Water's reservoir** will cost ratepayers and require keeping it empty for two years. Tampa Bay Water ...

**Tampa Bay Water reservoir** half-full as cracks' source sought - St ...
www.**tampabay**.com/news/.../**water**/article775919.ece

Ads

**Water Reservoir**
www.mpccontainment.com/**reservoir**s
MPC Containment offers custom **water reservoir**. Learn more today!

**Water Reservoirs**
www.conservation.org/Learn/Fresh**Water**
The global freshwater crisis is only getting worse. You can help!

**Liquid Cooling Reservoirs**
www.frozencpu.com
Latest computer **water** cooling **reservoirs** on sale. Fast Shipping! frozencpu.com is rated ★★★★★

**Water Reservoir**
motors.e**bay**.com
**Water Reservoir** for great prices!
**Water Reservoir** on eBay Motors.

See your ad here »



EXHIBIT F

http://www.google.com/...aql=&oq=tampa+bay+water+reservoirg&pbx=1&bav=on.2,or.r_gc.r_pw.&fp=e7d19420250e524c&biw=1324&bih=679&pf=p&pdl=300[6/20/2011 10:00:52 AM]

Aug 19, 2008 ... It's down to less than half full and could stay there for ...

Show more results from tampabay.com

### Tampa Bay Water, reservoir engineer reach settlement | TBO.com

beta2.tbo.com/.../**tampa-bay-water-reservoir**-engineer-reach-settlemen-ar- 8411/
Feb 21, 2011 ... The region's **water** supplier settled today with the general contractor of its faulty **reservoir** but will continue to pursue a lawsuit against ...

### Tampa Bay Water Sues Over Reservoir Cracks | TBO.com

beta2.tbo.com/.../**tampa-bay-water-reservoir**-repair-unlikely-2011-ar-117493 /
Dec 10, 2008 ... **Tampa Bay Water** filed a lawsuit today against three ...

Show more results from tbo.com

### Tampa Bay Water Opts for Kiewit's $162M Fix for Cracking Reservoir ...

enr.construction.com/.../0613- **tampabaywater**optsforkiewits162mfixforcracking**reservoir**.asp
Jun 13, 2011 ... **Tampa Bay Water** sued the **reservoir's** original design and construction team, which included HDR, Omaha; Barnard Construction Co., Bozeman, ...

### Repair of fractured reservoir could cost Tampa Bay Water $162.4M ...

www.smartbrief.com › Construction & Real Estate › ASCE SmartBrief
Jun 14, 2011 ... Nebraska-based Kiewit Infrastructure Group could be the contractor of choice to fix **Tampa Bay Water's** cracking **reservoir** in Florida.



Goooooooooogle ▶

**1** 2 3 4 5 6 7 8 9 10    **Next**

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google