hdr - Google Search

Web | Images | Videos | Maps | News | Shopping | Gmail | more          Sign in 



[hdr]   × | Search
                  anced search

**Everything**
Images
Videos
News
Shopping
Places
More

**Tampa, FL**
Change location

**Any time**
Latest
Past 24 hours
Past 2 days
Past week
Past month
Past year
Custom range...

**All results**
Sites with images

More search tools

Something different
high dynamic range
tone mapping
anaglyph
selective color
b&w

▶ **HDR, Inc. | One Company Many Solutions.**
www.**hdr**inc.com/
**HDR** is an employee-owned architecture, engineering and consulting firm that provides a total spectrum of services. Our professionals represent hundreds of ...
Careers - Locations - Contact Us - Architecture

**High dynamic range** imaging - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/High_dynamic_range_imaging
In image processing, computer graphics, and photography, **high dynamic range** imaging (HDRI or just **HDR**) is a set of techniques that allow a greater dynamic ...
Example - Photography - Scanning film - Representing HDR images on LDR ...

**HDR** photography software & plugin for Lightroom, Aperture ...
www.**hdr**soft.com/
Photomatix **HDR** software let you create **HDR** images and adjust them with various settings or one-click presets to get the look you want.

Places for **hdr** near Tampa, FL

Ⓐ **HDR** - 1 review - Place page
www.**hdr**inc.com - 5426 Bay Center Drive, Tampa - (813) 282-2300

Ⓑ Automotive Towing & **HDR** Auto Body - 9 reviews - Place page
www.automotivetowingtampa.com - 4816 North Cortez Avenue, Tampa - (813) 348-4992



**HDR** Tutorial | **High Dynamic Range** Tutorial
www.stuckincustoms.com/**hdr**-tutorial/
View my **HDR** Tutorial that shows you step by step how to create incredible **high dynamic range** photography images.

Flickr: **HDR**
www.flickr.com/groups/**hdr**/
Provides a list of shoots taken using this technique and a discussion pool to share experiences and criticize photographs.

**High Dynamic Range (HDR)** Photography in Photoshop
www.cambridgeincolour.com/.../high-dynamic-range.htm
Includes a tutorial to make **HDR** photographs with the Photoshop CS2 software.

35 Fantastic **HDR** Pictures - Smashing Magazine
www.smashingmagazine.com/2008/.../35-fantastic-**hdr**-pictures/
Mar 10, 2008 ... **HDR** seems to be something that people either love or hate. For those non-purists, **hdr** lovin' people, check this out: Okinawa **HDR** photography ...

Images for **hdr** - Report images

   

**HDR** Tutorial: How to create 'High Dynamic Range' images using ...
www.vanilladays.com/**hdr**-guide/
**HDR** means 'High Dynamic Range'. Using software like Photomatix you can create images with a more detail in the highlights and shadows than you can with a ...

**Human Development Reports (HDR)** – United Nations Development ...
**hdr**.undp.org/
The **Human Development Report (HDR)** was first launched in 1990 with the single goal of putting people back at the center of the development process in terms ...

Secrets to Mastering **HDR** Photography, HDRI & **High Dynamic Range**.
captainkimo.com/



EXHIBIT G

http://www.google.com/search?q=hdr&sourceid=ie7&rls=com.microsoft:en-us:IE-SearchBox&ie=&oe=[6/19/2011 10:58:12 PM]

**HDR** Photography secrets, achieve amazing **high dynamic range** results with your digital camera. Learn Photomatix HDRI Software and tone mapping techniques.

Searches related to **hdr**

| | |
|---|---|
| hdr **software** | hdr **tutorial** |
| hdr **camera** | hdr **photoshop** |
| hdr **gallery** | hdr **time travel** |
| hdr **photos** | hdr **wallpaper** |



1 2 3 4 5 6 7 8 9 10   Next

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google