Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                                                                Sign in  

     hdr engineering                                              ✕    Search
                                                                                    anced search

**Everything**      ▸ **HDR, Inc. | One Company Many Solutions.**
Images                www.**hdr**inc.com/
Videos                **HDR** is an employee-owned architecture, **engineering** and consulting firm that
News                  provides a total spectrum of services. Our professionals represent hundreds of ...
Shopping              Careers          Transportation
▼ More                Locations        Portfolio
                      Contact Us       Energy
**Tampa, FL**         Architecture     Water
Change location
                      More results from hdrinc.com »

**Any time**          
Latest
Past 24 hours
Past week
Past month
Past year
Custom range...

More search tools
                       **HDR**
                      Place page

                      5426 Bay Center Drive
                      Tampa, FL 33609
                      (813) 282-2300
                      Bus: Cypress Point Park
                      Get directions - Is this accurate?

                      1 review

                      **Engineering < HDR, Inc.**
                      www.**hdr**inc.com/markets/architecture/disciplines/**engineering**
                      The full range of **engineering** design services we offer includes mechanical ...

                      **Careers < HDR, Inc.**
                      www.**hdr**inc.com/careers
                      Push yourself at **HDR** When you take a job with us, it isn't about who you ...
                      Your HDR Career - Who We Hire - Recruiting Process - Benefits

                      **Locations < HDR, Inc.**
                      www.**hdr**inc.com/locations
                      With more than 185 offices, **HDR** is an expertise-driven international firm ...

                      ⊞ Show more results from hdrinc.com

                      **HDR, Inc. - Wikipedia, the free encyclopedia**
                      en.wikipedia.org/wiki/**HDR**,_Inc.
                      **HDR** Inc. is an employee-owned architectural, **engineering** and consulting firm
                      based in Omaha, Nebraska, USA. **HDR** has had projects in all 50 U.S. states and
                      ...

                      **HDR | Claunch&Miller Engineering Consultants**
                      www.claunchmiller.com/
                      We have recently joined forces with the **HDR Engineering**, Inc. family of
                      companies. This means that Claunch & Miller will now be able to provide additional
                      ...

                      **Wilsonville files lawsuit against HDR Engineering |**



EXHIBIT H

OregonLive.com
www.oregonlive.com › ... › Clackamas County
Jul 19, 2010 ... Guy Randles, a Portland-based attorney hired to represent the city in it's claim , said the **HDR** designs did not correctly estimate how much ...

### **HDR Engineering** - Cvillepedia
www.cvillepedia.org/mediawiki/index.../**HDR_Engineering**
Mar 23, 2011 ... **HDR Engineering** is a provider of multiple types of engineering services including construction of water supply infrastructure. ...

### **HDR ENGINEERING**::**HDR ENGINEERING** CHARLOTTE::GREENBUILD, .. HDR ...
sites.google.com/.../**hdr-engineering**--**hdr-engineering**-charlotte--greenbuild-----**hdr-engineering**
Engineering company. Quadrillionth with self-assured **hdr engineering**, I got neandertal and took a patronage in the room; undrew the Architecture, ...

### Careers | **HDR**, Inc.
https://prod.fadvhms.com/**hdr**/jobboard/searchjobs.aspx
... Eng-Construction, Eng-Electrical, Eng-Electrical/Power, Eng-Energy, Eng-Environmental, Eng-Geotechnical, **Engineering** (non-management), Eng-Mechanical ...

### News for **hdr engineering**



Plan recommends two new bridges by 2030
Mohave Valley News
4 hours ago - ... will likely approve the Bullhead City Transportation Plan, prepared by **HDR Engineering** for the Arizona Department of Transportation and the city. ...
4 related articles

### Pages similar to **www.hdrinc.com**
HNTB.com - Headquarters of a firm providing architecture, engineering, ... - hntb.com
CH2M HILL - CH2M HILL is a global leader in full-service engineering, ... - ch2m.com
Jacobs - Provide industrial maintenance, fabrication, construction and ... - jacobs.com
URS Corporation - Learn about the company, its news releases, and ... - urscorp.com

### Searches related to **hdr engineering**

| | |
|---|---|
| hdr engineering **layoffs** | hdr engineering **products** |
| **urs** engineering | hdr engineering **contact** |
| hdr engineering **firm** | **jobs** hdr engineering |
| hdr engineering **company profile** | hdr engineering **reviews** |



**1** 2 3 4 5 6 7 8 9 10   **Next**

View customizations    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google