



EXHIBIT I

