UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
a Regional Water Supply Authority,

           Plaintiff,

vs.                                                                 Case No. 8:08-CV-2446-T-27TBM

HDR ENGINEERING, INC., et al.,

           Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Partially Unopposed Motion in Limine No. 1 Regarding Marital Relationship Between Trial Counsel and Non-Testifying Employee of Plaintiff (Dkt. 378), to which Defendant HDR Engineering, Inc. has responded (Dkt. 384). Upon consideration, the motion is **GRANTED**. Evidence or argument as to the martial relationship between Plaintiff's trial counsel and Koni M. Cassini, Plaintiff's Director of Finance and Administration, is excluded.

**DONE AND ORDERED** in chambers this 12th day of July, 2011.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to: Counsel of Record