UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
a Regional Water Supply Authority,

                Plaintiff,

vs.                                        Case No. 8:08-CV-2446-T-27TBM

HDR ENGINEERING, INC., et al.,

                Defendants.
_____/

## AMENDED ORDER [1]

**BEFORE THE COURT** is Plaintiff's Emergency Motion for an Order Prohibiting HDR Engineering, Inc.'s Extrajudicial Statements and Release of Extrajudicial Materials on a Newly Created Website (Dkt. 372), and Defendant HDR's response (Dkt. 379). Upon consideration, the motion is **DENIED** without prejudice.

While Defendant's justification for creating the challenged website, considering its timing, is arguably transparent ("... because HDR has the right to respond at a business and political level to TBW's longstanding media campaign against it ....") (Dkt. 379 at 1),[2] Plaintiff has not demonstrated that the information on the website *to date* creates a substantial likelihood of materially prejudicing Plaintiff's right to a fair trial. Notwithstanding, any pretrial extrajudicial commentary by the attorneys or parties evidencing an attempt to influence the prospective venire may, upon

---

[1] This Order amends and supersedes a July 13, 2011 Order (Dkt. 390) to correct a scrivener's error in a case citation. The July 13, 2011 Order (Dkt. 390) is **VACATED**.

[2] Plaintiff asserts and Defendant does not challenge that the website was established on May 25, 2011, less than six weeks before the scheduled trial and just five days after a hearing during which jury selection was discussed, and that the website is advertised adjacent to articles appearing in local media coverage of the case.

1

motion or *sua sponte* by the Court, result in the extreme measure of a prior restraint. *See Gentile v. State Bar of Nevada*, 501 U.S. 1030, 1072 (1991) (notwithstanding the protections afforded by the First Amendment, "the speech of *those participating before the courts* [can] be limited.") (emphasis in original); *cf. The News-Journal Corp. v. Foxman*, 939 F.2d 1499, 1514-15 & n.18 (11th Cir. 1991).[3]

**DONE AND ORDERED** in chambers this 15th day of July, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[3] Counsel are expected to and shall comply with the Rules Regulating the Florida Bar, including Rule 4-3.6. *See also* Local Rule 2.04(d) ("The professional conduct of all members of the bar of this Court, admitted generally under Rule 2.01 or specially under Rule 2.02, shall be governed by the Model Rules of Professional Conduct of the American Bar Association as modified and adopted by the Supreme Court of Florida to govern the professional behavior of the members of The Florida Bar.").