UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
A Regional Water Supply Authority

      Plaintiff,                          CASE NO.: 8:08-cv-2446-JDW-TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation and
BARNARD CONSTRUCTION
COMPANY, INC., a
Montana corporation,

      Defendants.
_____/

**PLAINTIFF'S MOTION FOR REFERRAL
OF RELATED MOTION TO MAGISTRATE JUDGE**

Plaintiff, Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay Water"), by and through its undersigned counsel and pursuant to Local Rule 3.01, hereby moves the Court for entry of an order referring Tampa Bay Water's Motion to Strike Untimely Expert Disclosures and to Limit Testimony of Leslie G. Bromwell (Dkt. 349) to Magistrate Judge Thomas B. McCoun, III, for disposition, and as grounds for the Motion states as follows:

      1.    On March 2, 2011, Defendant Barnard Construction Company, Inc. ("Barnard") filed its "Motion to Strike, Exclude, and Limit Testimony by Leslie Bromwell and Memorandum of Law in Support Thereof" ("Barnard's Bromwell Motion"). (Dkt. 293)

2. Barnard's Bromwell Motion seeks to exclude testimony by Bromwell, HDR's expert, as to Sections 2 and 3 of Bromwell's "supplemental" report dated January 17, 2011.

3. HDR responded to Barnard's Bromwell Motion on March 17, 2011. (Dkt. 315)

4. On May 19, 2011, Tampa Bay Water filed its "Motion to Strike Untimely Expert Disclosures and to Limit Testimony of Leslie G. Bromwell" ("Tampa Bay Water's Bromwell Motion"). (Dkt. 349)

5. HDR has responded to Tampa Bay Water's Bromwell Motion. (Dkt. 361)

6. Tampa Bay Water's Bromwell Motion seeks to exclude the same testimony as Barnard's Bromwell Motion (i.e., Sections 2 and 3 of Bromwell's "supplemental" report) and also seeks to exclude testimony by Bromwell as to the remainder (i.e., Section 1) of his "supplemental" report.

7. Barnard's Bromwell Motion and Tampa Bay Water's Bromwell Motion assert essentially the same legal arguments and the same grounds for exclusion of testimony and opinions contained in Bromwell's "supplemental" report.

8. By the endorsed order dated July 28, 2011 (Dkt. 403) the Court referred Barnard's Bromwell Motion to the Magistrate Judge Thomas B. McCoun, III, for disposition.

9. Tampa Bay Water's Bromwell Motion should be referred to Magistrate Judge McCoun for disposition in conjunction with Barnard's Bromwell Motion, as the two motions raise the same legal issues, assert the same legal arguments and seek the same relief. Moreover, referral of Tampa Bay Water's Bromwell Motion to Magistrate Judge McCoun for disposition will avoid the possibility of inconsistent rulings on the two motions and avoid potentially unnecessary judicial labor with respect to Tampa Bay Water's Bromwell Motion.

10. <u>Local Rule 3.01 Certification</u>: Pursuant to Local Rule 3.01(g), the undersigned counsel for Tampa Bay Water certifies that he has conferred with counsel for the parties with respect to the relief sought herein. Barnard and McDonald take no position on this Motion. HDR opposes the Motion.

## MEMORANDUM OF LAW

Control of discovery in a civil case is committed to the sound discretion of the district court. *Chrysler Int'l Corp. v. Chemaly*, 280 F.2d 1358, 1360 (11th Cir. 2002). Pursuant to 28 U.S.C. §636(b)(1)(A), the district court may designate a magistrate judge to hear and determine any pretrial matter pending before the court. To that end, Local Rule 6.01(c)(18) provides that a magistrate judge may engage in the supervision and determination of all pretrial proceedings and motions in civil cases. *See, e.g., Voter Verified, Inc. v. Premier Election Solutions, Inc.*, 2010 WL 2243708 (M.D. Fla. June 4, 2010).

The Court has already referred Barnard's Bromwell Motion to the magistrate judge for disposition. Tampa Bay Water's Bromwell Motion is directed

to the same "supplemental" report of HDR's expert, Bromwell, presents the same issues for decision, raises the same legal arguments and seeks the same relief, i.e., exclusion of Bromwell's testimony as to the opinions expressed in the "supplemental" report. The same judicial labor required of the magistrate judge to decide the Barnard Bromwell Motion will necessarily dispose of Tampa Bay Water's Bromwell Motion, and deciding the two motions together will avoid the risk of inconsistent rulings, further the goal of judicial economy by not requiring the Court to then take up and rule on Tampa Bay Water's Bromwell Motion and otherwise allow for the prompt disposition of both motions. *See, e.g.*, Fed. R. Civ. P. 1 (federal rules should be construed and administered "to secure the just, speedy, and inexpensive determination of every action and proceeding.").

There is no prejudice to any party that would result from the Court referring Tampa Bay Water's Bromwell Motion to the magistrate judge for disposition in conjunction with Barnard's Bromwell Motion.

Wherefore, Tampa Bay Water requests that the Court enter an order referring Tampa Bay Water's Bromwell Motion (Dkt. 349) to Magistrate Judge Thomas B. McCoun, III, for disposition, and for such further relief as the Court deems just and proper under the circumstances.

s/ Richard A. Harrison
**Richard A. Harrison, Esquire**
Florida Bar Number 0602493
rharrison@allendell.com
Lead Trial Counsel

4

**David Forziano, Esquire**
Florida Bar Number 0025755
dforziano@allendell.com
**Misty C. Leafers, Esquire**
Florida Bar Number: 416894
mleafers@allendell.com
**Barbara M. Cowherd, Esquire**
Florida Bar Number 0469203
bcowherd@allendell.com
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682

Attorneys for Plaintiff, Tampa Bay Water, A Regional Water Supply Authority

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**s/ Richard A. Harrison**
**Richard A. Harrison, Esquire**
Florida Bar Number 0602493
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682
rharrison@allendell.com