UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
A Regional Water Supply Authority

    Plaintiff,                              CASE NO.:  8:08-cv-2446-JDW-TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay Water"), hereby advises the Court, pursuant to Rule 3.08, Local Rules for the Middle District of Florida, that the parties to this action have reached a settlement agreement and the case can be removed from the trial calendar.

Upon payment of the settlement amount, Tampa Bay Water will file a Notice of Dismissal With Prejudice.

                              **s/ Richard A. Harrison**
                              **Richard A. Harrison, Esquire**
                              Florida Bar Number 0602493
                              rharrison@allendell.com
                              Lead Trial Counsel
                              **David Forziano, Esquire**
                              Florida Bar Number 0025755
                              dforziano@allendell.com
                              **Misty C. Leafers, Esquire**
                              Florida Bar Number:  416894
                              mleafers@allendell.com

**Barbara M. Cowherd, Esquire**
Florida Bar Number 0469203
bcowherd@allendell.com
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682

Attorneys for Plaintiff, Tampa Bay Water,
A Regional Water Supply Authority

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of September, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**s/ Richard A. Harrison**
**Richard A. Harrison, Esquire**
Florida Bar Number 0602493
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682
rharrison@allendell.com