UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,
A Regional Water Supply Authority

    Plaintiff,                      CASE NO.:  8:08-cv-2446-JDW-TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation,

    Defendant.
_____/

## TAMPA BAY WATER'S NOTICE OF WITHDRAWAL AND REVOCATION OF NOTICE OF SETTLEMENT

    Plaintiff, Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay Water"), by and through its undersigned counsel, hereby withdraws and revokes the Notice of Settlement (Dkt. 452) previously filed by it, on the grounds that no legally valid and binding action was taken by Tampa Bay Water's Board of Directors on September 19, 2011, with respect to the Mediator's Proposal and that Tampa Bay Water's Board of Directors voted unanimously on October 17, 2011, to reject the Mediator's Proposal. Accordingly, no settlement between Tampa Bay Water and HDR Engineering, Inc., has been reached.

                                    s/ Richard A. Harrison
                                    **Richard A. Harrison, Esquire**
                                    Florida Bar Number 0602493
                                    rharrison@allendell.com
                                    Lead Trial Counsel

**David Forziano, Esquire**
Florida Bar Number 0025755
dforziano@allendell.com
**Misty C. Leafers, Esquire**
Florida Bar Number:  416894
mleafers@allendell.com
**Barbara M. Cowherd, Esquire**
Florida Bar Number: 0469203
bcowherd@allendell.com
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682

Attorneys for Plaintiff, Tampa Bay Water, A Regional Water Supply Authority

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th of October, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Richard A. Harrison
**Richard A. Harrison, Esquire**
Florida Bar Number 0602493
ALLEN DELL, P.A.
202 South Rome Avenue, Ste. 100
Tampa, Florida 33606
Phone: (813) 223-5351
Fax: (813) 229-6682
rharrison@allendell.com