| | |
|---|---|
| **From:** | Richard Harrison |
| **To:** | Mason, Wayne B. |
| **Cc:** | Dave Forziano |
| **Subject:** | Meeting |
| **Date:** | Friday, March 25, 2011 10:23:12 AM |

Wayne,

Dave and I look forward to seeing you here next Friday morning at 9am. We assume you're bringing Kurt Meaders with you but if anyone else will be joining us please let me know in advance of the meeting who that would be. Thanks.

Richard A. Harrison
Allen Dell, P.A.
202 South Rome Avenue
Suite 100
Tampa FL 33606
813-223-5351 Telephone
813-229-6682 Fax
813-230-7317 Cell
rharrison@allendell.com
www.allendell.com

Board Certified in City, County and Local Government Law by The Florida Bar

------------------------------------------------------------------------------------------------

CONFIDENTIALITY NOTICE: This email transmission and any documents accompanying this email transmission contain information from the law firm of Allen Dell, P.A. which is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity identified.  Any transmission of confidential and/ or privileged material to persons or entities other than the intended recipient(s) shall not be construed as a waiver of any privilege or confidence.  If you are not the intended recipient, you are hereby notified that the opening, review, disclosure, copying, distribution or the taking of any action in reliance upon the contents of this emailed information is strictly prohibited, and that you should immediately delete this email transmission together with any attachments thereto from your files.  If you have received this email in error, please notify us immediately so that we can take any appropriate corrective action.



| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **To:** | Richard Harrison |
| **Cc:** | Dave Forziano |
| **Subject:** | Meeting Friday |
| **Date:** | Tuesday, March 29, 2011 9:59:02 PM |

Richard

Sorry for the delay in responding to your question about attendees. Frankly , I was waiting to hear what happened with Kurt's dad who has been battling cancer. Just FYI, he passed away on Sunday but Kurt will be there with me Friday. No other attendees. See you and Dave Friday.

Wayne

Wayne B. Mason
Sedgwick, Detert, Moran & Arnold LLP
wayne.mason@sdma.com  |  469.227.4602 direct

1717 Main Street, Suite 5400
Dallas, TX 75201_____

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.