COUNSELORS AT LAW
1717 MAIN STREET, SUITE 5400   DALLAS, TX   75201-7367
www.sedgwicklaw.com   469.227.8200 *phone*   469.227.8004 *fax*



*Wayne B. Mason*
*(469) 227-4602*
*wayne.mason@sdma.com*

May 13, 2011

*CONFIDENTIAL CORRESPONDENCE IN FURTHERANCE OF SETTLEMENT DISCUSSIONS AND NON-DISCOVERABLE*

Richard A. Harrison
Allen Dell, P.A.
202 South Rome Ave., Suite 100
Tampa, FL  33606

Re: Tampa Bay Water, A Regional Water Supply Authority v. HDR Engineering, Inc., et al
    Cause No. 8:08-cv-2446-T-27-TBM, U.S. District Court, Middle District of Florida, Tampa Division

Dear Richard:

This will confirm our telephone conference yesterday regarding settlement of the above-referenced matter. HDR is willing to pay [REDACTED] to Tampa Bay Water to fully and finally settle all claims against it and all parties with respect to this litigation. It will require a full and complete release, which I am confident we can work out, including indemnity from any other potential claims. Additionally, as we discussed, as a condition of settlement for the amount referenced, the parties will need to agree on a joint press release. Pursuant to your request, enclosed is a draft of a press release for your consideration.

As I mentioned during our call, this non-negotiable offer expires at 5:00 p.m. Eastern time on Monday, May 16, 2011. At that time, the offer is withdrawn and HDR will proceed to try this case beginning on July 5, 2011.

I look forward to hearing from you.

*[signature]*

Wayne B. Mason
Sedgwick LLP

WBM/lg
Enclosure

**EXHIBIT 2**

DL/2654957v1