**Board of Directors** Ann Hildebrand, Susan Latvala, Neil Brickfield, Robert Consalvo, Charlie Miranda, Sandra Murman, Karl Nurse, Ted Schrader, Mark Sharpe

**General Manager** Gerald J. Seeber
**General Counsel** Richard A. Lotspeich

2575 Enterprise Road, Clearwater, FL 33763-1102
Phone: 727.796.2355 or 813.996-7009/ Fax: 727.791.2388
www.tampabaywater.org



**This Meeting is Open to the Public.**

**All cellular phones and pagers must be turned off while in the Board Room.**

# Board Agenda
# May 16, 2011 – 9:00 a.m.
# Special Meeting

**PUBLIC COMMENT**
Any person wishing to speak at this time must have a completed speaker card submitted to the General Manager's Assistant at the dais prior to the beginning of the meeting. Each speaker shall have a maximum of three (3) minutes to address the Board on any matter on the agenda. When addressing the Board, please state your name, address and agenda item on which you wish to comment.

The next Tampa Bay Water Board meeting is scheduled to be held on Monday, April 18, 2011 at 8:30 a.m. Anyone requiring reasonable accommodations for this meeting as provided for in the Americans With Disabilities Act should contact the Records Department at 727-796-2355 or 813-996-7009 at least three working days prior to the public meeting. If a person decides to appeal any decision made by the Board, with respect to any matter considered at this meeting, he/she will need a record of the proceedings, and for such purposes, he/she may need to ensure that a verbatim record of the proceedings is made, such record includes the testimony and evidence upon which the appeal is to be based.

EXHIBIT
**3**

**MAY 16, 2011 SPECIAL BOARD MEETING**

**PUBLIC COMMENT**

A.   South-Central Hillsborough Wellfield Pumps Replacement Project
1.   <u>WellMasters, Inc. v. Tampa Bay Water</u> - Bid Protest, Settlement Agreement - *Approve*
2.   Award Contract No. 2011-031 to the lowest, responsive, responsible bidder, Diversified Drilling Corporation - *Approve*

B.   Regional Reservoir Renovation Project
1.   Regional Reservoir Renovation Project – Presentations by Three Shortlisted Design-Build Teams for the C.W. Bill Young Regional Reservoir Renovation - *Presentations*

C.   Attorney Client Briefing
1.   A Special Attorney/Client briefing session between the Tampa Bay Water Board of Directors and legal counsel pursuant to Section 286.011(8), Florida Statutes, to discuss settlement negotiations and strategy related to litigation expenditures in <u>Tampa Bay Water v. HDR Engineering, Inc., et al.</u> Case No: 8:08CV2446T27 TBM, United States Middle District Court of Florida, Tampa Division is being scheduled following the May 16, 2011 Special Reservoir Renovation Meeting