MICHAEL N. BROWN
BARBARA M. COWHERD
KEVIN L. DEES
DAVID D. FERRENTINO
DAVID FORZIANO
MATTHEW J. FOSTER
ELIZABETH M. GALBAVY
AARON J. GOLD
RICHARD A. HARRISON ♦
MISTY C. LEAFERS
TABATHA A. LIEBERT
STEPHEN W. LUTZ
MARIAN P. McCULLOCH †♠
CYNTHIA A. MIKOS ♦ ♦
KELLI L. MITCHELL
MELISSA A. MORA
ROBERT A. MORA
BENJAMIN G. MORRIS
AMY D. SINGER ♠
DONALD W. STANLEY, JR. ††
PATRICK A. TRABER
GARY WALKER

† BOARD CERTIFIED, MARITAL
   & FAMILY LAW
♠ FLORIDA SUPREME COURT
   CERTIFIED FAMILY MEDIATOR
♦ BOARD CERTIFIED, CITY, COUNTY
   & LOCAL GOVERNMENT LAW
†† CERTIFIED STATE & FEDERAL
   MEDIATOR
♦♦ BOARD CERTIFIED, HEALTH LAW



# ALLEN DELL
ATTORNEYS AT LAW

202 S. ROME AVENUE
SUITE 100
TAMPA, FLORIDA 33606

Telephone (813) 223-5351
Facsimile (813) 229-6682

ESTABLISHED 1925

A PROFESSIONAL
ASSOCIATION

WRITER'S EMAIL:
rharrison@allendell.com

May 16, 2011

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATION**

Wayne B. Mason, Esquire
Sedgwick, Detert, Moran & Arnold LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

Dear Wayne:

    HDR's settlement offer of [REDACTED] as set forth in your correspondence to me dated May 13, 2011, was presented to Tampa Bay Water's Board of Directors this morning. The Board did not accept the offer. In view of the expressly non-negotiable nature of HDR's offer, there is no counteroffer.

    Should HDR's position in this matter change, I look forward hearing from you. Please note that Tampa Bay Water's next scheduled Board of Directors meeting will take place on June 20, 2011.

Very truly yours,

**ALLEN DELL, P.A.**

Richard A. Harrison

cc via email:  Gerald Seeber
                Rick Lotspeich
                Dave Forziano

EXHIBIT 4

Allen Dell, P.A.