

**ONE COMPANY** | *Many Solutions*℠

August 17, 2011

Mr. Jerry Seeber
Tampa Bay Water
2575 Enterprise Rd.
Clearwater, FL 33763

RE: Tampa Bay Water Reservoir Litigation

Dear Jerry,

I received word from one of my lawyers that your lawyer, Richard Harrison, contacted him asking if there was any interest on HDR's part in engaging in further settlement discussions of the reservoir litigation. Our company has always thought there should be a way for two entities like ours to work together to resolve disputes like this. The only ones benefiting from prolonged litigation are the lawyers.

We made our best good faith offer some time ago fully expecting to try the case last month after your Board rejected it. However, we all now find ourselves still without a firm trial date. We will both be incurring millions more to get through the trial and perhaps an appeal. Therefore, we are willing to sit down one more time to see if a settlement is possible.

Due to the history of this case, HDR believes we should have a neutral mediate any further settlement discussions. We request that whoever attends on behalf of both parties has full authority to enter into a settlement (subject to final approval by the TBW Board). We are not interested in attempting to reach a settlement only to be told later that it was not approved by the Board. We assume you or whomever you designate to attend will have confidence that any agreement will be approved.

If TBW wants to attempt to resolve this case, HDR suggests we do it quickly. We do not want our lawyers distracted from trial preparations any closer to trial than necessary. You can either call me directly at 402.399.1250 to work out the details or have your lawyer contact Wayne Mason or Tim Woodward to do so.

Sincerely,

HDR Engineering, Inc.

Timothy J. Connolly
Executive Vice President

TJC:bc

HDR Engineering, Inc.   8404 Indian Hills Drive   Phone: (402) 399-1000
                        Omaha, NE 68114-4098      Fax: (402) 399-1238
                                                  www.hdrinc.com

EXHIBIT 5