Email Address

# TAMPA BAY WATER LITIGATION
### THE FACTS AND SCIENCE ABOUT THE C.W. BILL YOUNG REGIONAL RESERVOIR

| ABOUT THE LAWSUIT | SPIN CHECKER | NEWS | RESOURCES | CONTACT |

## Statement about the TBW Board vote
October 17th, 2011

HDR Engineering is disappointed by Tampa Bay Water Board's attempts to back out of the independent mediator's settlement that TBW approved and signed. We have always been ready to accept responsibility for a portion of the necessary repairs, which have been grossly exaggerated by TBW staff and in the media to justify a new and improved facility. Based on TBW staff testimony, the TBW Board has never been presented with less expensive alternative repair options developed during litigation. The reality is that sound scientific facts show that HDR is not the primary responsible party for the cause of the cracking of the reservoir, a fact known to TBW's investigation team early on in this process but never shared with the TBW Board. HDR intends to seek judicial recognition of the settlement which represents a fair approach to resolution considering the actual reality of the limited need for, limited extent of and limited costs of actual repairs.

« Update on Court actions in the case                How to determine what went wrong »



Produced by HDR Engineering Inc.

About the Lawsuit  |  Spin Checker  |  Resources  |  Contact

EXHIBIT 6