# EXHIBIT C

| | |
|---|---|
| From: | Richard Menzies |
| Sent: | Thursday, July 17, 2008 02:13 PM |
| To: | Richard Menzies; Molyneux, James D. (Dominic); Janice Swenson; Mandi Rice |
| CC: | Chuck Carden |
| Subject: | RE: Photo |
| Attachments: | Embankment Wedge 3.jpg; image001.jpg; Top of Embankment 1103.jpg |

Dominic---

Attached are two photos showing the wedge being installed in horizontal lifts.

Embankment Wedge 3 – Shows the beginnings of the wedge placement at the bottom of the slope. A protective layer of soil has been placed over the geomembrane and horizontal placement is just being started.
Top of Embankment – Shows a section of the wedge partially up the embankment and being installed horizontally.

Rick


From: Richard Menzies
Sent: Wednesday, July 16, 2008 5:14 PM
To: 'Molyneux, James D. (Dominic)'; Janice Swenson
Subject: RE: Photo

Dominic---

The photo quality is not very good so it is hard to see depth. The reason you don't see horizontal lifts is because the wedge is already in place in this photo. The width of the wedge was "over built" and after the wedge was compacted, dozers graded (cut) the wedge to the correct width. Once additional geomembrane was installed to the right, the next section of the wedge would be put into place.

I am still looking for better photos.

Rick


From: Molyneux, James D. (Dominic) [mailto:MolyneuxD@bv.com]
Sent: Wednesday, July 16, 2008 4:26 PM
To: Janice Swenson; Richard Menzies
Subject: Photo

Rick
Please could you describe what is happening in this photograph which was hanging in the security office at the reservoir until I borrowed it this morning? It looks like white membrane, brown fill and black geotextile. If so, I do not see the horizontal lifts of material here.

Thanks
Dominic

_____
J Dominic Molyneux BEng CEng MICE | Black & Veatch – building a world of difference™
Regional Practice Leader
1601 Belvedere Road
Suite 301S
West Palm Beach, Fl 33406
USA
Phone:    (561) 686-0279
Cellular:      (561) 452-5409
Fax:      (561) 686-2933
Email:   molyneuxd@bv.com
Please visit:    http://www.bv.com



B_V065185

P Please consider the environment before printing this e-mail.

Please note that the information contained in this message along with any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please do not forward, copy, or print the message or its attachments; notify me at the above address; and delete this message and any attachments. Thank you.

Tampa Bay Water scans all email for viruses, worms, and inappropriate material and blocks email deemed harmful or inappropriate. Email service is provided to Tampa Bay Water users for business purposes and is subject to public records laws.

B_V065186