# EXHIBIT D

**To:** Zaman, Paul[ZamanPR@bv.com];
**Cc:** Myers, Ervin B.[MyersEB@bv.com]; Bennett, Helen[BennettH@bv.com];
**Subject:** Tampa Bay Construction Sequence
**Sent:** Fri 5/30/2008 7:55:07 PM
**From:** Molyneux, James D. (Dominic)

Paul

I spoke to Mandy Rice (TBW PM during construction) about the construction sequence for the wedge of soil above the geomembrane. We were right. The sequence was to install the membrane, then place a protective soil layer diagonally up and down the slope, then compact in horizontal lifts in front of that, before placing geotextile and soil cement. The first protective layer above the geomembrane, in Mandy's words, " ...was not a thin veneer either, it was quite thick." If it was thick it might not have been compacted and might be the weak link in the chain we are looking for.

Mandy is looking for some photos and will forward them.

Dominic

---

**J Dominic Molyneux** BEng CEng MICE | **Black & Veatch - building a world of difference™**
**Regional Director of Dams**
ENERGY ♦ WATER ♦ INFORMATION ♦ GOVERNMENT
1601 Belvedere Road
Suite 301S
West Palm Beach, Fl 33406
USA

Phone:     (561) 686-0279
Cellular:  (561) 452-5409
Fax:       (561) 686-2933
Email:     molyneuxd@bv.com
Please visit: http://www.bv.com

 Please consider the environment before printing this e-mail.

Please note that the information contained in this message along with any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please do not forward, copy, or print the message or its attachments; notify me at the above address; and delete this message and any attachments. Thank you.

