**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TAMPA BAY WATER,
A Regional Water Supply Authority

     Plaintiff,                           CASE NO.: 8:08-cv-2446-JDW-TBM

v.

HDR ENGINEERING, INC., a
Nebraska corporation,

     Defendant.
_____/

## TAMPA BAY WATER'S NOTICE OF FILING

Tampa Bay Water, A Regional Water Supply Authority ("Tampa Bay Water"), by and through its undersigned counsel, hereby gives notice of filing **Exhibit 1** in support of its Notice of Potential Trial Conflicts (Dkt. 500).

                                                 **s/ Richard A. Harrison**
                                                 **Richard A. Harrison, Esquire**
                                                 Florida Bar Number 0602493
                                                 rharrison@allendell.com
                                                 Lead Trial Counsel
                                                 **Misty C. Leafers, Esquire**
                                                 Florida Bar Number: 416894
                                                 mleafers@allendell.com
                                                 **Barbara M. Cowherd, Esquire**
                                                 Florida Bar Number 0469203
                                                 bcowherd@allendell.com
                                                 ALLEN DELL, P.A.
                                                 202 South Rome Avenue, Ste. 100
                                                 Tampa, Florida 33606
                                                 Phone: (813) 223-5351
                                                 Fax: (813) 229-6682

                                                 Attorneys for Plaintiff, Tampa Bay Water,
                                                 A Regional Water Supply Authority

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of December, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      **s/ Richard A. Harrison**
                                                      **Richard A. Harrison, Esquire**
                                                      Florida Bar Number 0602493
                                                      ALLEN DELL, P.A.
                                                      202 South Rome Avenue, Ste. 100
                                                      Tampa, Florida 33606
                                                      Phone: (813) 223-5351
                                                      Fax: (813) 229-6682
                                                      rharrison@allendell.com