# WATER LAW: PUBLIC & PRIVATE RIGHTS

**Professor Richard A. Harrison**

**Spring 2012 – SYLLABUS**

CONTACT INFORMATION:

You may reach me as follows:

| | |
|---|---|
| Office Telephone: | 813-223-5351 |
| Office Fax: | 813-229-6682 |
| Cell Phone: | 813-230-7317 |
| Email: | rharrison@allendell.com |

| | |
|---|---|
| Address: | ALLEN DELL, P.A. |
| | 202 South Rome Avenue |
| | Suite 100 |
| | Tampa FL 33606 |

You are encouraged to contact me at any time concerning matters related to class. Email is strongly preferred and is generally the most expeditious means of communication as I check it often during the day and periodically throughout the evening and on weekends. If you telephone but I am unable to speak to you immediately, please leave your name, a detailed message, one or more numbers at which you can be reached and the best time to return your call. You should expect a response to any email or telephone call within 24 hours. If I have not responded to you within 24 hours, please feel free to contact me again and to reference your earlier communication.

You may find out more about me by checking my firm's Martindale-Hubbell listing, by viewing our website, www.allendell.com, and following the link to "Attorney Profiles" or via your favorite search engine.

CLASS TIME & LOCATION:

Our class will meet in the ***Florin Roebig Courtroom*** on Wednesdays from 10:00 to 11:50 a.m., with a break from 10:50 to 11:00.

EXHIBIT 1

ATTENDANCE:

In accordance with Stetson policy, the Registrar will be notified if any student misses more than 5 hours of class. An attendance sheet will be circulated once at the beginning of class and again following the break.

REQUIRED TEXT:

The required text for the course is Grant & Weber, <u>Cases and Materials on Water Law</u> (8th ed., 2010, West Group Publishers). Supplemental cases and materials are identified in the Syllabus and are also required reading.

GRADING:

Your grade for the course will be determined based entirely on the final exam, except as noted below. The final exam will be designed to be completed in two hours, but you will be permitted three hours to take the exam. It will be a closed book exam and no class materials, notes, other materials or outside sources of information will be permitted in the exam. The exam will consist of: (1) up to one essay question and (2) up to 25 objective or short answer questions, or any combination of the foregoing.

Class participation is an important aspect of this course and of your overall legal education. Accordingly, it is both invited and strongly encouraged. Class participation includes: (1) attending class; (2) completing the assigned readings prior to the designated class; (3) volunteering pertinent comments, analysis or questions related to the materials or topics under discussion; (4) volunteering pertinent comments, analysis or questions relating to local, state or national events bearing on the topic of Water Law; and (5) responding with pertinent comments or analysis if called upon (you may be called upon at any time). Your class participation or the lack thereof will not under any circumstances reduce your grade below what you earn on the final exam; however, notable class participation may result in an increase of up to one-half letter grade over your final exam score. Any class participation adjustment will be made in the discretion of the instructor on a qualitative basis.

<u>One Free Pass</u>: You may ensure that you will not be called upon in class by emailing me no later than 5:00 p.m. the night before class and

requesting a "pass" for that class. Please put "Free Pass Request" in the Subject line of your email. No explanation is required or expected and requesting a "pass" will not result in any penalty or otherwise affect your final grade. You may exercise this option once during the semester.

COURSE ASSIGNMENTS:

We will cover the assigned readings in the order designated below. You should be at least one assignment ahead in your reading at all times.

| **CLASS 1**<br><br>**January 11, 2012** | **INTRODUCTION TO WATER LAW**<br><br>Grant & Weber – Chapter 1<br><br>**Also:** Be prepared to (1) identify and discuss the different sources of water; (2) identify and discuss various public and private uses of water; and (3) analyze and discuss the relative personal, economic and societal worth of those uses. |
|---|---|
| **CLASSES 2 & 3**<br><br>**January 18, 2012**<br>**January 25, 2012** | **RIPARIAN RIGHTS IN SURFACE WATER**<br><br>Grant & Weber – Chapter 3 |
| **CLASSES 4 & 5**<br><br>**February 1, 2012**<br>**February 8, 2012** | **PRIOR APPROPRIATION OF SURFACE WATER**<br><br>Grant & Weber – Chapter 2, pp. 16-200 only |
| **CLASSES 6 & 7**<br><br>**February 15, 2012**<br>**February 22, 2012** | **GROUND WATER RIGHTS**<br><br>Grant & Weber – Chapter 4 |
| **CLASS 8**<br><br>**February 29, 2012** | **INTERSTATE ALLOCATION**<br><br>Grant & Weber – Chapter 6<br><br>Fla. Stat. §373.69 |

|  | In re MDL-1824 Tri-State Water Rights Litigation, State of Alabama v. USACOE, 644 F.3d 1160 (11th Cir. 2011) |
|---|---|
| **CLASSES 9, 10, 11, & 12**<br><br>**March 7, 2012**<br>**March 14, 2012**<br>**March 28, 2012**<br>**April 4, 2012**<br><br>**Note: No class on March 21, 2012 - Spring Break** | **WATER LAW IN FLORIDA**<br><br>**Online Resources:**<br>www.swfwmd.state.fl.us<br>www.doah.state.fl.us<br>www.tampabaywater.org<br>www.collinscenter.org/page/water_report<br><br>**Statutes and Rules:**<br>Chapter 120, Fla. Stat.<br>Chapter 373, Fla. Stat., Parts I, II, IV and VII<br>Chapter 40D-2, Fla. Admin. Code<br>Chapter 40D-4, Fla. Admin. Code<br><br>**Cases:**<br>Pinellas County v. Lake Padgett Pines, 333 So.2d 472 (Fla.2d DCA 1976)<br><br>City of St. Petersburg v. SWFWMD, 355 So.2d 796 (Fla.2d DCA 1977)<br><br>Village of Tequesta v. Jupiter Inlet Corporation, 371 So.2d 663 (Fla. 1979)<br><br>Osceola County v. St. Johns River Water Management District, 504 So.2d 385 (Fla. 1987)<br><br>Westland Skating Center v. Gus Machado Buick, 542 So.2d 959 (Fla. 1989)<br><br>Harloff v. City of Sarasota & SWFWMD, 575 So.2d 1324 (Fla.2d DCA 1991)<br><br>Concerned Citizens v. St. Johns River Water |

4

| | |
|---|---|
| | Management District, 622 So.2d 520 (Fla. 5DCA 1993)<br><br>SWFWMD v. Charlotte County, 774 So.2d 903 (Fla. 2DCA 2001)<br><br>Marion County v. Priest, 786 So.2d 623 (Fla. 5DCA 2001)<br><br>Tampa Waterworks Company v. Cline, 20 So.2d 780 (1896)<br><br>Taylor v. Tampa Coal Company, 46 So.2d 392 (1950)<br>Koch v. Wick, 87 So.2d 47 (1956)<br><br>Crystal Springs Recreational Preserve, Inc. v. SWFWMD, 2000 WL 248392 (Fla. Div. Admin. Hrgs., January 27, 2000) (Recommended Order)<br><br>Alafia River Basin Stewardship Council, Inc. v. SWFWMD, 1999 WL 1486358 (Fla. Div. Admin. Hrgs., July 2, 1999) (Recommended Order) |
| **CLASS 13**<br><br>**April 11, 2012** | **FINAL REVIEW**<br><br>No Assigned Reading – open discussion, questions and review. |