UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAMPA BAY WATER,**

    **Plaintiff,**

v.                                             CASE NO.:  8:08-cv-2446-JDW-TBM

**HDR ENGINEERING, INC.,**

    **Defendant.**

_____/

**<u>VERDICT FORM</u>**

**WE, THE JURY** return the following verdict:

1. Did Defendant, HDR ENGINEERING, INC. ("HDR"), breach its standard of care under the contract by defectively designing the Reservoir embankment in a manner that was the legal cause of damage to Tampa Bay Water?

        YES_____                                 NO__X__

If your answer to Question 1 is NO, your verdict is for HDR on TAMPA BAY WATER'S claim against HDR. You should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to Question 1 is YES, then proceed to Question 2.

2. When did TAMPA BAY WATER first suffer damage or injury as a result of HDR's defective design [CHECK ONLY ONE] ?

_____         Substantial completion of the Reservoir (April 2005);

_____         Discovery of cracks in the soil cement (December 2006);

or

_____         Date of trial (March 2012).

Proceed to Question 3.

3. Was there a breach of contract on the part of BLACK & VEATCH CORPORATION that was a contributing legal cause of damage to TAMPA BAY WATER?

YES_____         NO_____

Proceed to Question 4.

4. State the percentage of any fault that was a legal cause of damage to TAMPA BAY WATER that you charge to:

HDR                                              _____%

BLACK & VEATCH CORPORATION         _____%

(NOTE: If you have answered No to question 3, place a zero as Black & Veatch in answering Question 4.)

**Total must be 100%**

In determining the amount of damages, do not make any reduction because of the negligence, if any, of BLACK & VEATCH CORPORATION. If you find that BLACK &

2

VEATCH CORPORATION was negligent, the Court in entering judgment will make an appropriate reduction in the damages awarded.

Proceed to Question 5.

5. What is the total amount of damages, if any, TAMPA BAY WATER has sustained as a result of HDR's defective design of the Reservoir embankment?

Damages in the past:   $_____

Damages in the future: $_____

Total:                 $_____

SO SAY WE ALL

_____
Foreperson

Dated: 4/10/12