<u>AGREEMENT FOR PROFESSIONAL SERVICES</u>
(Contract No. 99͟3͟1͟9͟)

<u>TAMPA BAY REGIONAL RESERVOIR</u>
(Project No. <u>01301</u>)

This Agreement for Professional Services is made this <u>11th</u> day of <u>November</u> 199<u>8</u>, by and between TAMPA BAY WATER, A Regional Water Supply Authority (TAMPA BAY WATER), an interlocal governmental agency, and <u>HDR Engineering, Inc.</u> (CONSULTANT), a Corporation in the State of <u>Nebraska</u>.

## WITNESSETH:

WHEREAS, TAMPA BAY WATER desires to retain CONSULTANT as its consultant in connection with <u>the Tampa Bay Regional Reservoir</u>; and

WHEREAS, TAMPA BAY WATER has selected CONSULTANT in accordance with the provisions of the Florida Consultant's Competitive Negotiation Act; and

WHEREAS, CONSULTANT desires to serve as TAMPA BAY WATER's consultant in connection with the Project (as hereinafter defined);

NOW, THEREFORE, in consideration of the premises set forth above, and of the mutual promises set forth below, and other good and valuable consideration, the sufficiency and adequacy of which are hereby acknowledged, the parties hereto, intending to be legally bound, agree as follows:

1.0 <u>DEFINITIONS</u>. The following terms as used in this Agreement shall have the following meanings:

    1.1 Agreement - This written document, as it may be amended from time to time in accordance with paragraph 21.3 hereof.

    1.2 Date of Commencement - The date on which TAMPA BAY WATER delivers to CONSULTANT written notice to proceed with the Work.

    1.3 Law - All laws, statutes, rules, regulations, ordinances, codes and/or orders applicable to the given subject matter.

    1.4 Project - The consulting services for <u>the Tampa Bay Regional Reservoir</u>.

    1.5 Work - The services as provided for in Article 4.0 and Schedule "A" as well as any and all obligations, duties and responsibilities undertaken by CONSULTANT or necessary to complete the services undertaken by CONSULTANT pursuant to this Agreement.

Page 1 of 17

w:\in_ag_ex\mngmnt\prfsvsbk1.doc



EXHIBIT A

4000-0001

21.4    In any litigation arising out of this Agreement or in any way related to the performance of the Work, the prevailing party shall be entitled to recover all costs and expenses incurred, including, without limitation, attorneys' and legal assistants' fees and costs incurred prior to trial, at trial, on any appeal, and in any bankruptcy proceedings.

21.5    This Agreement shall be governed by and construed under the laws of the State of Florida.

21.6    Venue for any action arising under this Agreement shall lie in Pinellas County, Florida.

21.7    Any notices or other writings permitted or required to be delivered under the provisions of this Agreement must be in writing and shall be delivered by sending the notice by personal delivery, U.S. regular mail, U. S. express mail or by U.S. certified mail, return receipt requested, in any event with sufficient postage affixed, and addressed as follows:
If to TAMPA BAY WATER:

>   Tampa Bay Water
>   2535 Landmark Drive, Suite 211
>   Clearwater, Florida 33761
>   Attention: Amanda E. Rice

If to CONSULTANT:

>   HDR Engineering, Inc
>   5100 West Kennedy Blvd.
>   Tampa, FL 33609
>   Attention: C. Edwin Copeland, Jr., P.E.

Either party may change said address by notice in writing to the other party in the manner herein provided.

21.8    TAMPA BAY WATER shall have the right during the three (3) year period following the expiration or termination of this Agreement to audit CONSULTANT with regard to any financial matters in connection with Work of CONSULTANT, except items for which payment is made solely on a lump sum basis. The requested audit shall be performed by a certified public accountant selected and paid for by TAMPA BAY WATER, and all documents and data shall be made available by CONSULTANT to TAMPA BAY WATER at TAMPA BAY WATER's expense. CONSULTANT may have the audit reviewed by CONSULTANT's auditor at CONSULTANT's expense.

w:\in_ag_ex\mngmnt\prfsvsbk1.doc

4000-0014