# INVOICE

**A. Tolga Ozer, Ph.D., P.E.**

Harmandere Mh. Dedepasa Cad.
Park Town Sitesi No:28 A2 Blok D:10
Pendik, Kurtkoy, Istanbul/Turkey
34912
e-mail : tolgaozer@hotmail.com

INVOICE NO. 8
DATE April 5, 2011
CUSTOMER ID   HDR

TO      Katie S. Duty
        Project Engineer, Water Resources
        HDR
        5426 Bay Center Drive Suite 400
        Tampa, FL 33609-3444

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 73.00 | Geotechnical Engineering Services Provided for | $ 130.00 | $ 9,490.00 |
|  | TBW project |  |  |
|  | Services provided between 02/13/2011 and 03/14/2011 |  |  |
|  | (Detailed time and task sheet is attached to the invoice) |  |  |
|  |  | SUBTOTAL | $ 9,490.00 |
|  |  | SALES TAX |  |
|  |  | TOTAL | $ 9,490.00 |

5036697

Amount    GL Unit    GL Account    Project ID    Activ ID
9,490.00   00079      809110        66055         001

9,490.00  TOTALS    Hold:_____  Attachment_____
APPROVALS:
   Project Manager
   Department Mgr/Acct

Make all checks payable to [A. Tolga Ozer]
**THANK YOU FOR YOUR BUSINESS!**

HDR

# INVOICE

A. Tolga Ozer, Ph.D., P.E.

Harmandere Mh. Dedepasa Cad.
Park Town Sitesi No:28 A2 Blok D:10
Pendik, Kurtkoy, Istanbul/Turkey
34912
e-mail : tolgaozer@hotmail.com

INVOICE NO.   5
DATE   May 31, 2010
CUSTOMER ID   HDR

## PAY NOW
Please return check to
**MARCIA JEWETT**
Omaha/Legal Dept

TO   Katie S. Duty
Project Engineer, Water Resources
HDR
5426 Bay Center Drive Suite 400
Tampa, FL 33609-3444

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 39.00 | Geotechnical Engineering Services Provided for | $ 130.00 | $ 5,070.00 |
| | TBW project | | |
| | Services provided between 04/04/2010 and 05/28/2010 | | |
| | (Detailed time and task sheet is attached to the invoice) | | |
| | | SUBTOTAL | $ 5,070.00 |
| | | SALES TAX | |
| | | TOTAL | $ 5,070.00 |

Handwritten approval stamp:

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 5,070.00 | 00079 | 809110 | 66055 | 001 |

5,070.00 TOTALS   Hold: ____   Attachment ____

APPROVALS:
Project Manager
Department Mgr/Acct

Make all checks payable to [A. Tolga Ozer]
**THANK YOU FOR YOUR BUSINESS!**

# Time and Task
## HDR TBW Reservoir
## A. Tolga Ozer

| Date | Task | Time |
|---|---|---|
| 04/04/2010 | Went through Devo's report | 3 hrs |
| 04/07/2010 | Run ███████████████████████ | 4 hrs |
| 04/11/2010 | Run ███████████████████████ ███████████████████████ | 6 hrs |
| 04/13/2010 | A summary write-up was prepared for above mentioned analyses | 3 hrs |
| 04/27/2010 | Using ███████████████████████ | 5 hrs |
| 04/28/2010 | Using ███████████████████████ | 3 hrs |
| 05/27/2010 | Tele conference with Katie S. for performing additional analyses. Based on the ███████████████████████ | 7 hrs |
| 05/28/2010 | Based on the ███████████████████████ | 8 hrs |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**PAY NOW**
Please return check to
**MARCIA JEWETT**
Omaha/Legal Dept

# INVOICE

A. Tolga Ozer, Ph.D., P.E.

Harmandere Mh. Dedepasa Cad.
Park Town Sitesi No:28 A2 Blok D:10
Pendik, Kurtkoy, Istanbul/Turkey
34912
e-mail : tolgaozer@hotmail.com

5036697

| INVOICE NO. | 6 |
| DATE | June 29, 2010 |
| CUSTOMER ID | HDR |

```
Amount    GL Unit    GL Account              Project ID       Activ ID
2,340.00  00079      809110                  66055            001
─────────
2,340.00  TOTALS
                                  Hold: _____  Attachment _____
APPROVALS:
  Project Manager
  Department Mgr/Acct
```

TO
Katie S. Duty
Project Engineer, Water Resources
HDR
5426 Bay Center Drive Suite 400
Tampa, FL 33609-3444

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 18.00 | Geotechnical Engineering Services Provided for | $ 130.00 | $ 2,340.00 |
| | TBW project | | |
| | Services provided between 06/02/2010 and 06/08/2010 | | |
| | (Detailed time and task sheet is attached to the invoice) | | |
| | | SUBTOTAL | $ 2,340.00 |
| | | SALES TAX | |
| | | TOTAL | $ 2,340.00 |


HDR

Make all checks payable to [A. Tolga Ozer]
**THANK YOU FOR YOUR BUSINESS!**

Time and Task
HDR TBW Reservoir
A. Tolga Ozer

| Date | Task | Time |
|---|---|---|
| 06/02/2010 | ██████████████████████████ | 8 hrs |
| 06/03/2010 | ██████████████████████████ | 8 hrs |
| 06/08/2010 | Putted together figures ███████ | 2 hrs |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# INVOICE

## A. Tolga Ozer, Ph.D., P.E.

Harmandere Mh. Dedepasa Cad.
Park Town Sitesi No:28 A2 Blok D:10
Pendik, Kurtkoy, Istanbul/Turkey
34912
e-mail : tolgaozer@hotmail.com

TO     Katie S. Duty, P.E.
Associate Vice President
HDR
5426 Bay Center Drive Suite 400
Tampa, FL 33609-3444

INVOICE NO.   10
DATE   April 6, 2012
CUSTOMER ID   HDR

| Amount | GL Unit | GL Account | Project ID | Ac |
|---|---|---|---|---|
| 6,110 — | 00079 | 809110 | 66055 | 001 |

6,110 — TOTALS    Hold: _____   Attachment _____

APPROVALS:
Project Manager
Department Mgr/Acct

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 30.00 | Senior Geotech. Engineering Services Provided for TBW project | $ 130.00 | $ 3,900.00 |
| 34.00 | Junior Geotech. Engineering Services Provided for TBW project | $ 65.00 | $ 2,210.00 |
| | Services provided between 23/01/2012 and 03/12/2012 | | |
| | (Detailed time and task sheet is attached to the invoice) | | |
| | | SUBTOTAL | $ 6,110.00 |
| | | SALES TAX | |
| | | TOTAL | $ 6,110.00 |

Make all checks payable to [A. Tolga Ozer]
**THANK YOU FOR YOUR BUSINESS!**

# Time and Task
# HDR TBW Reservoir
# A. Tolga Ozer

| Date | Task | Staff Type | Time (hours) |
|---|---|---|---|
| 01/23/2012 | Created ███████ | Senior | 6 hrs |
| 01/24/2012 | Performed ███████ | Senior | 9 hrs |
| 02/01/2012 | Run ███████ | Senior | 5 hrs |
| 02/05/2012 | Run ███████ | Senior | 3 hrs |
| 02/09/2012 | Run ███████ | Senior | 3 hrs |
| 02/11/2012 | Run ███████ | Senior | 4 hrs |
| 02/14/2012 | Updated ███████ | Junior | 4 hrs |
| 02/15/2012 | Updated ███████ | Junior | 1 hr |
| 02/17/2012 | Created and Updated ███████ | Junior | 4 hrs |
| 02/18/2012 | Created and Updated ███████ | Junior | 2 hrs |
| 02/20/2012 | Created and Updated ███████ | Junior | 2 hrs |
| 02/22/2012 | Created and Updated ███████ | Junior | 3 hrs |
| 02/23/2012 | Updated ███████ | Junior | 4 hrs |
| 02/24/2012 | Updated ███████ | Junior | 1 hr |
| 02/29/2012 | Updated ███████ | Junior | 3 hrs |
| 03/08/2012 | Updated ███████ | Junior | 6 hrs |
| 03/12/2012 | Updated ███████ Excel files | Junior | 4 hrs |

# INVOICE

**A. Tolga Ozer, Ph.D., P.E.**

Harmandere Mh. Dedepasa Cad.
Park Town Sitesi No:28 A2 Blok D:10
Pendik, Kurtkoy, Istanbul/Turkey
34912

e-mail : tolgaozer@hotmail.com

TO
Katie S. Duty, P.E.
Associate Vice President
HDR
5426 Bay Center Drive Suite 400
Tampa, FL 33609-3444

INVOICE NO. 9
DATE September 1, 2011
CUSTOMER ID HDR

5036697

| Amount | GL Unit | GL Account | Project ID | Activ I! |
|---|---|---|---|---|
| 9,100- | 00079 | 809110 | 66055 | 001 |

9,100- TOTALS    Hold:_____  Attachment_____

APPROVALS:
Project Manager
Department Mgr/Acct

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 70.00 | Geotechnical Engineering Services Provided for | $ 130.00 | $ 9,100.00 |
| | TBW project | | |
| | Services provided between 05/21/2011 and 08/31/2011 | | |
| | (Detailed time and task sheet is attached to the invoice) | | |
| | | SUBTOTAL | $ 9,100.00 |
| | | SALES TAX | |
| | | TOTAL | $ 9,100.00 |


HDR

Make all checks payable to [A. Tolga Ozer]
**THANK YOU FOR YOUR BUSINESS!**

# Time and Task
# HDR TBW Reservoir
# A. Tolga Ozer

| Date | Task | Time |
|---|---|---|
| 05/21/2011 | Downloaded ▮▮▮ | 1 hr |
| 05/22/2011 | Updated ▮▮▮ | 7 hrs |
| 05/23/2011 | Updated ▮▮▮ | 4 hrs |
| 06/06/2011 | ▮▮▮ | 7 hrs |
| 06/09/2011 | Updated ▮▮▮ | 4 hrs |
| 07/02/2011 | Performed ▮▮▮ | 6 hrs |
| 07/03/2011 | Performed ▮▮▮ | 5 hrs |
| 07/04/2011 | Performed ▮▮▮ | 2 hrs |
| 07/10/2011 | Performed ▮▮▮ | 4 hrs |
| 07/11/2011 | Performed ▮▮▮ | 4 hrs |
| 07/12/2011 | Performed ▮▮▮ | 6 hrs |
| 08/12/2011 | Reduced ▮▮▮ | 3 hrs |
| 08/16/2011 | Performed ▮▮▮ | 4 hrs |
| 08/17/2011 | Performed ▮▮▮ | 4 hrs |
| 08/18/2011 | Performed ▮▮▮ | 2 hrs |
| 08/21/2011 | Performed ▮▮▮ | 4 hrs |
| 08/23/2011 | Conference ▮▮▮ | 1 hr. |
| 8/31/2011 | Performed ▮▮▮ | 2 hrs |
| | | |