

## Aerial Cartographics of America, Inc.

DIGITAL MAPPING  -  LAMP  -  LiDAR  -  GIS  -  RECEIVED ORTHOS

JUN 18 2009

# INVOICE

HDR, INC- ACCOUNTING
TAMPA, FLORIDA

Ms. Katie Duty, P.E.
**HDR Engineering, Inc.**
5426 Bay Center Drive, Suite 400
Tampa, FL 33609

| | |
|---|---|
| ACA Invoice No. | 188988 |
| ACA Project No. | 2009661 |
| Invoice Date | 06/05/09 |

**RE:   1100 Acre Hillsborough County Site Color Photography**

---

Billing for the aerial flight, film, processing and delivery of:

...(3)  Sets of 9" x 9" contact prints

...(1)  Color raster image file of entire site

**TOTAL DUE THIS INVOICE     $5,375.00**

102716

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 5375.00 | 00079 | 809300 | 66055 | 003 |

5375.00 TOTALS     Hold:_____ Attachment_____

APPROVALS:
Project Manager
Department Mgr/Acct        Jessica Turner 6/18/09

HDR

079-66055

1722 WEST OAK RIDGE RD., ORLANDO, FLORIDA 32809     PHONE: 407-851-7880     FAX: 407-855-8250     www.aca-net.com