American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

| Project |
|---------|
|         |

| Date |
|------|
| 06/23/11 |

| Invoice No. |
|-------------|
| 918 |

| Due Date |
|----------|
| 07/13/11 |

**Bill To:**

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Tampa Bay Water v. HDR Matter:  Communications training performed by Stuart Simon, June 12-14 in Boston, MA.  Studied documents and deposition transcripts in preparation for work with ██████ met with attorneys in Boston; worked with ██████ over 2 day period. | 20.5 | 345.00 | 7,072.50 |
| Communications training performed by Stuart Simon, June 16 and 17 in Tampa, Fl.  Studied documents and deposition transcripts in preparation for work with ██████ ██████ Worked with ██████████ | 12.5 | 345.00 | 4,312.50 |
| Communications training performed by Stuart Simon, June 19 and 20 in Tampa, Fl.  Studied documents and deposition transcripts in preparation for work with ██████ Met with attorney.  Worked with witness ██████ | 7 | 345.00 | 2,415.00 |
| Expenses include travel and accommodations. | | 4,708.76 | 4,708.76 |

Thank you for your business.  Payment due upon receipt.
American Jury Centers EIN# 42-1754528

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|--------|---------|------------|------------|----------|
| 18,508.76 | 0004 | 8C9110 | 66055 | 001 |

18,508.76 TOTALS

Hold: _____ Attachment _____

APPROVALS:
 Project Manager
 Department Mgr/Acct

| | | | Total | $18,508.76 |
|---|---|---|-------|-----------|

American Jury Centers
PO BOX 828
Sun Valley, ID 83353

# Invoice

| Project |
|---|
| |

| Date |
|---|
| 02/10/10 |

| Invoice No. |
|---|
| 856 |

| Due Date |
|---|
| 03/02/10 |

**Bill To:**

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR Engineering, Inc: Advance payment for out of pocket expenses including, but not limited to, recruiting and compensating surrogate jurors for mock trial, facility rental, audio visual, etc... Scheduled for February 17, 2010 in Tampa, Florida. | | 14,500.00 | 14,500.00 |
| | | | |
| Full documentation will be provided with the final statement. Please make payment upon receipt. Thank you. | | | |
| | | | |
| American Jury Centers EIN# 42-1754528 | | | |

## PAY NOW
### Please return check to
### MARCIA JEWETT
### Omaha/Legal Dept

*Tampa Bay*

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 14,500.00 | 0009 | 809110 | 666055 | 001 |

14,500.00 TOTALS    Hold: _____   Attachment ✓

APPROVALS:
    Project Manager
    Department Mgr/Acct

| | Total | $14,500.00 |
|---|---|---|

American Jury Centers
PO BOX 828
Sun Valley, ID 83353

# PAY NOW
## Please return check to
## MARCIA JEWETT
## Omaha/Legal Dept

# Invoice

| Project |
|---|
| |

| Date |
|---|
| 03/21/10 |

| Invoice No. |
|---|
| 857 |

| Due Date |
|---|
| 04/10/10 |

**Bill To:**

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR Engineering, Inc.: | 14.5 | 345.00 | 5,002.50 |
| 2/4- 2/5 & 2/10: Performed by Allan Campo, studied case materials, met with client and attorneys in Tampa, planned for jury research, worked with attorney on issue list for jury research. | | | |
| Out of Pocket expenses including travel and accomodations. | | 970.04 | 970.04 |
| 2/8- 2/16: Performed by Michelle Gervolino; reviewed case materials, met with HDR in Tampa, designed and developed demonstratives for jury study. | 30 | 175.00 | 5,250.00 |
| Out of pocket expenses including travel and accomodations. | | 635.09 | 635.09 |
| 2/17: Performed custom designed Jury Research for client in Tampa, Florida. | | 13,500.00 | 13,500.00 |
| Document review, pre-research conference calls, study scripts; final preparation for research; meeting with attorneys, finalized scripts to be presented to surrogate jurors; final analysis of data and summary of findings. | 28 | 345.00 | 9,660.00 |
| Expenses include recruiting and payment of research jurors, facility costs, catering, equipment rental, audio visual support, travel and accomodations for staff, etc.... | | 10,707.09 | 10,707.09 |
| Prepayment credit | | -14,500.00 | -14,500.00 |
| Thank you. American Jury Centers EIN# 42-1754528 | | | |

*pd 3/8/10*

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 31,224.72 | 00079 | 809110 | 660055 | 001 |

31,224.72 TOTALS    Hold:_____    Attachment____

APPROVALS:
  Project Manager
  Department Mgr/Acct

| | Total | $31,224.72 |
|---|---|---|

# SCHWARTZ RESEARCH SERVICE, INC
5027 W. LAUREL ST.
TAMPA, FL 33607-3816



## SCHWARTZ
RESEARCH SERVICES, INC.

Voice: 813 207-0332
Fax: 813 207-0717

# INVOICE

Invoice Number: G-2533
Invoice Date: Feb 17, 2010
Page: 1
*Duplicate*

| Bill To: | RE: |
|---|---|
| AMERICAN JURY CENTERS<br>242 WINTERBERRY LOOP<br>HAILEY, ID 83333 | Tampa In Focus |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AMERICAN JURY CENTER | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | | 3/19/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | FACILITY RENTAL | FACILITY RENTAL INCLUDES: TWO SETS AUDIO TAPES, LIGHT REFRESHMENTS AND TWO HOSTS. | 1,000.00 | 1,000.00 |
| 1.00 | RECRUITING | RECRUITING COST | 2,470.00 | 2,470.00 |
| 20.00 | RESPONDENT FEES | PAID RESPONDENT FEES | 125.00 | 2,500.00 |
| 2.00 | RESPONDENT FEES | PAID RESPONDENT FEES | 75.00 | 150.00 |
| 1.00 | RESPONDENT FEES | PAID RESPONDENT FEES | 100.00 | 100.00 |
| 2.00 | DELI | GOURMET SANDWICH TRAY | 150.00 | 300.00 |
| 8.00 | LUNCH | CLIENT GOURMET LUNCH | 25.00 | 200.00 |
| 1.00 | VIDEO TAPING | VIDEO/DVD RECORDING | 100.00 | 100.00 |
| 1.00 | OTHER DIRECT COST | OTHER DIRECT COST: SCREENER PREP, COPIES, FAX, PRINTING, PHONE, POSTAGE, FEDEX, ETC. | 31.44 | 31.44 |
| 1.00 | CLIENT ADV INVOICE | CLIENT ADVANCE APPLIED | 3,250.00 | -3,250.00 |

| | |
|---|---|
| Subtotal | 3,601.44 |
| Total Invoice Amount | 3601.44 |
| TOTAL | 3,601.44 |

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐

1077

For added security, your personal information no longer appears on this copy.

3/18/10

*Schwartz Research* 3,224

*Three Thousand Six Hundred*

Bank of America
Hailey 96701
Idaho

BAL. FOR'D.
THIS PAYMENT
BALANCE
BAL. FOR'D.

1077

NOT NEGOTIABLE

www.schwartzresearch.com




# SCHWARTZ
RESEARCH SERVICES, INC.

February 9, 2010

## Re: Project Incentive Advance/ Tampa In Focus

G-2533   February 17, 2010

| | | |
|---|---|---|
| 20 | Respondents@125…………....... | $2500 |
| 6 | Respondents@$100……………… | $600 |
| 2 | Early Bird Drawings@$75……. | $150 |

**Total Due Upon Receipt = $3250**

## Make Checks Payable To:



PIF  $3315.⁰⁰
2\15\10

**Schwartz Research Services, Inc.**
**5027 West Laurel Street**
**Tampa, Florida  33607**
**813 207 0332    Fax 813 207 0717**

TRANS #
8543619004611800010002**4**

For your convenience, we also accept Visa/MC
*Note: Unused respondent incentives will be applied to final invoice.*



# United Cab
## 253-2424

You Can Find
Us Everywhere
We Can Take
You Anywhere

Date_____ Time_____ Cab#_____
Driver Name_____ Amount of Fare $ _20_
Customer Name_____
Pickup_____
Destination_____

THANK YOU
FOR YOUR
BUSINESS

---

**FARE RECEIPT**

FARE $ ___20___

FROM_____

TO_____

DATE_____ TIME_____

DRIVER NAME_____

CAB NO. _____

---

SALT LAKE CITY INT'L AIRPORT

9286 WALTER
-------------------------
    2740 FEB18'10  1:50PM
-------------------------

(1)ITEM W/SIDE       5.49
   RICE FRIED
   ORIEN CHIX
WATER VASA 25oz      2.49

SUBTOTAL             7.98
TAX                  0.63
AMOUNT             8.61
CASH                20.00
CHANGE              11.39

HMSHOST IS HIRING!!
LY ONLINE; www.hmshost.com
EMPLOYMENT OPPORTUNITIES.

---

HMSHOST
STARBUCKS COFFEE MAIN
SALT LAKE CITY INT'L

5238 Derrick
-------------------------
CHK 4509 FEB15'10 10:57AM  GST 2
-------------------------

1 YOGURT PARFAIT          2.99
1 TALL COD T             1.65

SUBTOTAL                 4.64
TAX                      0.36
AMOUNT PAID            5.00
CASH                    10.00
CHANGE DUE               5.00

HMSHOST IS HIRING!!



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

# INVOICE

Payee  Stuart Simon

| | |
|---|---|
| Room No. | 2039 |
| Arrival | 02-15-10 |
| Departure | 02-18-10 |
| Page No. | 1 of 2 |

Membership
Bonus Code
Confirmation No.  **3603295101**
Group Name

Folio  39388
Invoice

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-15-10 | Guest Room | | 99.00 | |
| 02-15-10 | State Sales Tax | | 6.93 | |
| 02-15-10 | Occupancy Tax | | 4.95 | |
| 02-16-10 | - Petey Brown's Breakfast Food | Room# 2039 : CHECK# 0211215 | 45.42 | |
| 02-16-10 | T-Mobile Wireless Internet | Room# 2039 : | 9.99 | |
| 02-16-10 | - Lobby Bar Dinner Food | Room# 2039 : CHECK# 0358409 | 69.85 | |
| 02-16-10 | Guest Room | | 99.00 | |
| 02-16-10 | State Sales Tax | | 6.93 | |
| 02-16-10 | Occupancy Tax | | 4.95 | |
| 02-17-10 | Guest Room Adj. | | -49.50 | |
| 02-17-10 | State Sales Tax Adj | | -3.47 | |
| 02-17-10 | Occupancy Tax Adj | | -2.48 | |
| 02-17-10 | Master Card | XXXXXXXXXXXX9134     XX/XX | | 291.57 |
| 02-17-10 | T-Mobile Wireless Internet | Room# 2039 : | 9.99 | |
| 02-17-10 | Guest Room | | 99.00 | |
| 02-17-10 | State Sales Tax | | 6.93 | |
| 02-17-10 | Occupancy Tax | | 4.95 | |
| 02-18-10 | Master Card | XXXXXXXXXXXX9134     XX/XX | | 120.87 |

# Chase Online

**Activity for ... CREDIT CARD (...9134)**

**Show Me...** my account activity | Since Last Statement

| Trans Date | Post Date | Type | Description | Transaction Number | Amount |
|---|---|---|---|---|---|
| 02/18/2010 | 02/18/2010 | Sale | REDBOX *DVD RENTAL(Dining and Entertainment) | 55432860049000910934183 | $2.12 |
| 02/18/2010 | 02/19/2010 | Sale | USPS 15395004735514QPS(Services and Merchandise) | 05410190049418158964998 | $13.85 |
| 02/17/2010 | 02/19/2010 | Sale | GRAND HYATT TAMPA BAY(Lodging) | 55541860050072006077502 | $1,324.51 |
| 02/17/2010 | 02/18/2010 | Sale | 4IMPRINT(Services and Merchandise) | 75309560049752738852138 | $493.30 |
| 02/17/2010 | 02/19/2010 | Sale | CYNTHIA UNGER, DDS(Other) | 55546700049580763011107 | $88.00 |
| 02/17/2010 | 02/18/2010 | Sale | CAFFE COSI(Dining and Entertainment) | 55417340049130496770610 | $34.89 |
| 02/17/2010 | 02/18/2010 | Sale | PERRY'S RESTAURANT(Dining and Entertainment) | 55421350048158110625914 | $10.00 |
| 02/17/2010 | 02/19/2010 | Sale | ALBERTSONS #130 Q(Other) | 05140480049710021894747 | $12.47 |
| 02/16/2010 | 02/18/2010 | Sale | GRAND TAMPA KIOSK(Services and Merchandise) | 55546550048465716890064 | $3.00 |
| 02/16/2010 | 02/18/2010 | Sale | GRAND TAMPA KIOSK(Services and Merchandise) | 55546550048465716890072 | $10.50 |
| 02/16/2010 | 02/18/2010 | Sale | WISEGUY PIZZA PIE(Dining and Entertainment) | 55546700049506254010068 | $6.89 |
| 02/16/2010 | 02/17/2010 | Sale | USPS 15395004735514QPS(Services and Merchandise) | 05410190047418158957960 | $4.38 |
| 02/16/2010 | 02/18/2010 | Sale | GRAND TAMPA KIOSK(Services and Merchandise) | 55546550048465716890080 | $3.00 |
| 02/15/2010 | 02/17/2010 | Sale | ALBERTSONS #130 Q(Other) | 05140480047710021922821 | $72.26 |
| 02/15/2010 | 02/16/2010 | Sale | REDBOX *DVD RENTAL(Dining and Entertainment) | 55432860046000573097073 | $2.12 |
| 02/15/2010 | 02/16/2010 | Sale | APL*ITUNES(Other) | 55432860046000494905834 | $1.37 |
| 02/15/2010 | 02/17/2010 | Sale | ALBERTSONS #130 Q(Other) | 05140480047710021925675 | $8.97 |
| 02/15/2010 | 02/16/2010 | Sale | SCHWARTZ RESEARCH INC(Services and Merchandise) | 85436190046118000100024 | $3,315.00 |
| 02/14/2010 | 02/16/2010 | Sale | ALBERTSONS #130 Q(Other) | 05140480046710017247093 | $19.59 |
| | | | | **Last Statement Balance** | **$6,375.59** |

**Search for**

   **Select Account**     Details for CREDIT CARD (...9134)

**Select a Time Period**   ⊙ | Since Last Statement

    ◯ From |     To |
You can search up to 90 days worth of activity online.

**Narrow Your Search**

    Transaction Type | All

    Merchant Name or Keyword |

© 2010 JPMorgan Chase & Co.



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee   Stuart Simon

| | |
|---|---|
| Room No. | 2039 |
| Arrival | 02-15-10 |
| Departure | 02-18-10 |
| Page No. | 2 of 2 |
| Folio | 39388 |
| Invoice | |

Membership
Bonus Code
Confirmation No.   3603295101
Group Name

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT. | | |

**Total**                                              412.44        412.44

**Balance**                                                           0.00

Thank you for choosing Grand Hyatt Tampa Bay

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
· tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953

We hope to welcome you back to Grand Hyatt Tampa Bay

_____

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.

**From:** DeltaElectronicTicketReceipt@delta.com
**To:** STUARTSIMONSAYS@AOL.COM
**Subject:** STUART S TWIN FALLS IDAHO 15FEB10
**Date:** Mon, Feb 8, 2010 11:01 am

 

## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

STUART SIMON
242 WINTERBERRY LOOP
HAILEY ID 83333

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight.        --> Check-in

## Flight Information

DELTA CONFIRMATION #:  CGPRDD
TICKET #:  00623203256992

| Day | Date | Flight | Status | Bkng Class | | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|---|
| Mon | 15FEB | DELTA 7801* | OK | Q | LV | TWIN FALLS IDAHO | 925A | | ** COACH |
| | | | | | AR | SALT LAKE CITY | 1030A | | |
| | | *Operated by SKYWEST AIRLINES | | | | | | | |
| Thu | 18FEB | DELTA 7803* | OK | U | LV | SALT LAKE CITY | 500P | | ** COACH |
| | | | | | AR | TWIN FALLS IDAHO | 601P | | |
| | | *Operated by SKYWEST AIRLINES | | | | | | | |

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.    | Key to Terms

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in Requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov.

# - Arrival date different than departure date
** - See Seats on delta.com
*** - Multi meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

STUART SIMON
SkyMiles Number: *******930

## Billing Details

## Receipt Information

Fare Details: TWF DL SLC157.21Q0NBVO DL TWF110.70U7NBVO USD267.91END ZPTWF0SL
CO XF TWF4.5SLC4.5

| | | | |
|---|---|---|---|
| Fare: | 267.91 USD | Form of Payment  CA************9134 |
| Tax: | 34.09 TX | FP A/CUSD9.31/TL160.00 |
| Total: | 302.00 USD | Org Tkt 00677519810785 |
| | | Org FOP CA************9134 |

PENALTY APPLIES

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

## Detailed Tax Information

**Total Tax: 34.09 USD**

| US | 20.09 | AY | 5.00 | XF | 9.00 |
|----|-------|----|------|----|------|

## Service Charge/Fees

Psgr: STUART SIMON
Not Transferable

Service Charge/Fee Number: 00623203256992

Retain this receipt for your records. The amount shown below is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket charge included in the fare you were quoted.

```
Original Ticket Number: 00677519810785 01FEB10      Date of Issue: 08FEB10
New Ticket Number: 00623203256992                   Place of Issue: LAXWEB
PNR Code: CGPRDD                                     Issuing Agent ID: DL/WW

ASC/FEES:      150.00 USD
TOTAL:         150.00 USD
```

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



```
TICKET #:  00623203256992
Issue Date:  02/08/10  Expiration: 02/08/11
Place of Ticket Issue:  LAXWEB
Issuing Agent Id:  DL/WW
Ticket Issue date:  08FEB10
Not Transferable
```

| Save money when you book your next car or hotel at delta.com. | Save up to 40% off your rental plus earn double miles on rentals of 1 or more days. | Hotel Search by The Hilton Family. | Up to 25,000 bonus miles. Plus, no annual fee for first year. Apply Now. |
| --- | --- | --- | --- |

   

## Conditions of Carriage

Air transportation on Delta and the Delta Connection carriers® is subject to Delta's conditions of carriage. They include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.

- Claim restrictions, including time periods within which you must file a claim or bring an action against us

- Our right to change terms of the contract

- Check-in requirements and other rules establishing when we may refuse carriage

- Our rights and limits of our liability for <u>delay or failure to perform service</u>, including schedule changes, substitution of alternative air carriers or aircraft, and rerouting

- Our policy on <u>overbooking flights</u>, and your rights if we deny you boarding due to an oversold flight

These terms are incorporated by reference into our contract with you. You may view these <u>conditions of carriage</u> on delta.com, or by requesting a copy from Delta.

You have received this e-mail because you elected to receive your Electronic Ticket receipt sent to you via e-mail. If you would like to take advantage of other Delta e-mail programs featuring special fares, promotions, information and flight updates, please visit: <u>delta.com/emailprograms</u> or <u>delta.com/notifications</u>.

COPYRIGHT INFORMATION This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. · Delta Blvd. P.O. Box 20706 · Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

From: Continental Airlines, Inc. <continentalairlines@continental.com>
To: STUARTSIMONSAYS@AOL.COM
Subject: eTicket Itinerary and Receipt for Confirmation ARVGLY
Date: Mon, Feb 8, 2010 10:50 am

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

# Continental Airlines

A STAR ALLIANCE MEMBER

**Confirmation:**
ARVGLY

Print your boarding pass
at continental.com
within 24 hours of your flight

Issue Date: February 08, 2010

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| SIMON/STUARTAMR | 0052154872476 | CO-NN927255 Gold / *G | 1A/1A/7C/12D |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 15FEB10 | CO390 | Z | SALT LAKE CITY UT (SLC) **1:05PM** | HOUSTON BUSH INTL (IAH) **4:59PM** | 737-800 | Lunch |
| Mon, 15FEB10 | CO1506 | Z | HOUSTON BUSH INTL (IAH) **7:00PM** | TAMPA (TPA) **10:05PM** | 737-800 | Snack |
| Thu, 18FEB10 | CO1437 | K | TAMPA (TPA) **6:30AM** | HOUSTON BUSH INTL (IAH) **7:51AM** | 737-800 | Snack |
| Thu, 18FEB10 | CO542 | K | HOUSTON BUSH INTL (IAH) **9:45AM** | SALT LAKE CITY UT (SLC) **12:05PM** | 737-800 | |

## FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 737.67USD | MASTERCARD |
| U.S. Federal Transportation Tax: | 55.33 | |
| U.S. Security Service Fee: | 10.00 | |
| U.S. Flight Segment Tax: | 14.80 | |
| U.S. Passenger Facility Charge: | 15.00 | |
| Per Person Total: | 832.80USD | |
| eTicket Total: | 832.80USD | |

The airfare you paid on this itinerary totals: 737.67 USD

The taxes you paid on this itinerary total: 95.13 USD

Fare Rules:   Additional charges may apply for changes in addition to any fare rules
listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS
NO VALUE.

---

### eTicket Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION** - when departing from Atlanta, Denver, Las Vegas, Los Angeles, Orlando, Philadelphia, Reno or Tampa, the check in requirement time for Passengers and Bags is 45 minutes.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to continental.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

---

### Important Baggage Information

For information regarding baggage fees, allowances, weight/size restrictions and embargoes, go to continental.com. If your flight originates with one of our codeshare partners or another airline you will need to check the operating carrier for baggage policies.

---

### Check In Online the Day Before You Fly

**DELTA**
CAMPO/ALLAN

ETKT PASSENGER RECEIPT
NOT TRANSFERABLE

THIS DOCUMENT EXPIRES 09FEB11
DL2070308627        DATE/PLACE OF ISSI        09FEB10 LAXWEB
ISS AGT ID        DL WW        CONF.NBR   PEAOSJ

ENDORSEMENTS   NON-REF/SCHANGE FEE

FARE CALCULATION   VPS DL NEN425.12UAOOAONJ DL CL 1491.88XAOOAONJ DL X/ATL DL TPA299.53M/ 7AOOQ DL X/ATL DL
VPS398.14MAOOAOOQ USD1617.67END ZP VPS REST LTATL TPAATL XF VPS4.5CLT3TJ4.5ATL4.5

USD 1617.67
TAX  170.03              FORM OF PAYMENT     VI XXXXXXXXXXXX267: 09476B

USD1787.70                ➝ split ticket 1787.70 ÷ 2 = 893.85

      DUPLICATE          9 0062320900702 4                    DUPLICATE

---

RECEIPT
NW FLORIDA REGIONAL A/P - EGLIN
------5908 13:56:55 02-18-2010 02-----

8624  1 291711 10:13 02/14 13:56 02/18

PARKING            42.00

CASH               42.00
                   split = 21.00
REPUBLIC PARKING SYSTEM
PHONE 850-651-4612
-----THANK YOU FOR PARKING WITH US----

---

HMSHOST
STARBUCKS COFFEE
TAMP INT'L AIRPORT

9105 NAOMI
---------------------------------
CHK 7878 FEB18'10 10:45AM GST 2
---------------------------------

1 GRND LATTE G          3.65
  ADD SHOT              0.70
1 SCONE                 2.10

  SUBTOTAL              6.45
  TAX                   0.46
  AMOUNT PAID      6.91
  CASH                 10.00
  CHANGE DUE            3.09

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
GENERAL MANAGER
TIM.JUUL@HMSHOST.COM



# INTERCONTINENTAL.
### HOTELS & RESORTS

155     02-07-10

| | | |
|---|---|---|
| **Allan Campo** | Folio No. : 142421 | Room No. : 0807 |
| 1257 Deerwood Dr | A/R Number : | Arrival : 02-04-10 |
| Miramar-Beach, FL 32550-4889 | Group Code : | Departure : 02-07-10 |
| US | Company : | Reference : |
| | Membership No. : PC 535351770 | Rate Code : IGCOR |
| | Invoice No. : | Page No. : 1 of 1 |

We hope you have enjoyed your visit to the InterContinental Tampa. Your feedback is greatly appreciated at intercontampa@destinationhotels.com.
We also encourage you to share your experience on expedia.com, travelocity.com, tripadvisor.com, or another traveler review website you may have visited when sel

| Date | | Charges | Credits |
|---|---|---|---|
| | #9500=> | 3.21 | |
| 02-04-10 | Mini-Bar | 189.00 | |
| 02-04-10 | *Accommodation | 9.45 | |
| 02-04-10 | Occupancy Tax | 13.23 | |
| 02-04-10 | Sales Tax | ~~18.00~~ *personal* | |
| 02-04-10 | Valet Parking | 19.12 | |
| 02-05-10 | Shula's Steak House | ~~6.42~~ *personal* | |
| 02-05-10 | Mini-Bar Beverage | 169.00 | |
| 02-05-10 | *Accommodation | 8.45 | |
| 02-05-10 | Occupancy Tax | 11.83 | |
| 02-05-10 | Sales Tax | ~~18.00~~ *personal* | |
| 02-05-10 | Valet Parking | | 465.71 |
| 02-07-10 | Visa | *tips 24.⁰⁰* | |
| | | **465.71** | **465.71** |

Thank you for staying at the InterContinental
automatically be credited to your account. To
your account information or view your statem
look forward to welcoming you back soon.

ince    0.00    *+24.⁰⁰*
*489.71*
*less personal*
*447.79*

**Guest Signature:** _____

I have received the goods and / or services in th
held personally liable in the event that the indica
charges. If a credit card charge, I further agree t

aived and agree to be
ull amount of these
ith the issuer.

DUPLICATE   C8LRSH   DUPLICATE

ETKT PASSENGER RECEIPT

DELTA
CAMPO/ALLAN

PAGE 03 OF 04
THIS DOCUMENT EXPIRES 30JAN11
DATEPLACE OF ISSU
ISS AGT ID
NOT-TRANSFERABLE
DL207080B627
ENDORSEMENTS   NON-REF/SCHANGE FEE

FARE CALCULATION   VPS DL X/ATL DL TPA256.74KA03AONQ DL X/ATL DL CLT397.21HA07AAOJ DL X/ATL DL VPS146.97TRO
7AONQ USD800.92ENO ZP VPSATLTPAATLCLTATL XF VPS4.5ATL4.5CLT3ATL4.5

CONF NBR
DL:WW

V2XXXXXXXXXX2677/040108B

FORM OF PAYMENT

0 0062320379567 S

USD 800.92
TAX 108.78

USD909.70 ~ 397.21 = 512.49

For questions regarding this folio, please call
Marriott Business Services toll-free 1-866-435-7627.



## Marriott.
### TAMPA WATERSIDE

**GUEST FOLIO**

700 South Florida Avenue, Tampa, FL 33602 • 813.221.4900 • Marriott.com/TPAMC

1538 CAMPO/ALLAN     179.00 02/18/10 12:00   6795
                                         ACCT#

BALD ALLAN CAMPO & ASSOCI     02/16/10 17:51

120

| Room Clerk | Address | Payment | MR#: XXXXX0079 |
|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/16 | LOBY BAR | 53371538 | 14.00 | |
| 02/16 | RM SERV | 45581538 | 60.96 | |
| 02/16 | ROOM REV | 1538, 1 | 179.00 | |
| 02/16 | ROOM TAX | 1538, 1 | 12.53 | |
| 02/16 | OCC TAX | 1538, 1 | 8.95 | |
| 02/17 | MOVIES | MOVIE | 10.39 | |
| 02/17 | ROOM REV | 1538, 1 | 179.00 | |
| 02/17 | ROOM TAX | 1538, 1 | 12.53 | |
| 02/17 | OCC TAX | 1538, 1 | 8.95 | |
| 02/17 | PARKING | PARKING | 20.00 | |
| 02/17 | TAX | PARKING | 1.40 | |
| 02/18 | VS CARD | | | $515.71 - 32.39 = 483.32 |

TO BE SETTLED TO:    VISA       CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

```
----------------- EXP. REPORT SUMMARY -------------------
02/16  LOBY BAR              14.00
       RM SERV               60.96
       ROOM REV             179.00
```

*Hertz* #01

TAMPA INT'L AP

RR 11466142
ALLAN
CAMPO

VEHICLE: 01398/6018788
12NNNN LIC: FL 670AXR
CDP: 211762 -PLATINUM CARD FROM AMEX

RES: E6573120870/TNOD /F
COMPLETED BY: 682/FLTAA11
RENTED: TAMPA INT'L AIRPORT
RENTAL: 02/26/10 12:46
RETURN: 02/23/10 10:02
PLAN IN: TNOD
PLAN OUT: TNOD

RATE CLASS: F

MILES IN: 4957 TR-X MILES
MILES OUT: 4911 MILES ALLOWED
MILES DRIVEN: 46 MILES CHARGED

| | | | |
|---|---|---|---|
| DAYS | 2 @ $ | 74.37 / DAY | $ 148.74 TS |
| SUBTOTAL 1 | | | 148.74 TS |
| DISCOUNT 1 | T 10% | | 14.87 TS |
| SUBTOTAL 2 | | | 133.87 TS |
| CONCESSION FEE RECOVERY | | | 16.73 TS |
| ADDITIONAL CHARGES* | | | 25.98 TS |
| LDW | | DECLINED | |
| LIS | | DECLINED | |
| PAI, PEC | | DECLINED | |
| FUEL & SVC $ .708/MI | 3 @ $ 8.50/GL | TS | 32.57 TS |
| FLA SURCHG | | | 4.98 TS |
| ENERGY SURCHARGE | | | 1.03 TS |
| TAX 7.000% ON | 215.16 | | 15.06 TS |
| NET DUE | | | 230.22 |
| PAID BY | VISA XXXXXXXXXXX2677 | | |

* ADDITIONAL CHARGES $12.99 DY/$64.95 WK
NEVERLOST

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 01310

3) Take Brief 4 Question Survey

THANK YOU FOR RENTING FROM **HERTZ**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown is the actual amount opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

♻ Contains 30% post consumer fibers

To secure your next stay, go to Marriott.com



| | | Amount $ |
|---|---|---|
| **Due in Full continued** | | |

02/05/10    CONTINENTAL ELEC TICKETNG HOUSTON TX037    586.40

CONTINENTAL AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| MIAMI FL | | | |
| | TAMPA FL | CO | B8 |
| | MIAMI FL | CO | HS |

Date of Departure: 02/08

Ticket Number: 00521547690813
Passenger Name: GERVOLINO/MICHELEMS
Document Type: PASSENGER TICKET

| | | 9.95 |
|---|---|---|
| 02/07/10* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | |
| | TRAVEL DELAY | |
| | TKT NO. 00521547690813 | 5.75 |
| 02/07/10* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | |
| | BAGGAGE INSURANCE PREMIUM | |
| | TKT NO. 00521547690813 | 15.00 |
| 02/08/10 | IFY TRANSPORT IFY TRTAMPA | |
| | 813-601-6616 | 15.00 |
| 02/08/10 | MIA PARKING GARAGE MIAMI | |
| | PARKING LOT & GARAGE | 2.99 |
| 02/08/10 | FOOD COURT A T195717TAMPA | |
| | 813-3963977 | |
| | FOOD          2.99 | |

Continued on reverse



| | | | | | | | | 292.40 |
|---|---|---|---|---|---|---|---|---|

IPT

02/15/10    CONTINENTAL AIRLINES ATLANTA    GA

CONTINENTAL AIRLINES

From:     To:     Carrier:     Class:

MIAMI FL     TAMPA FL     AA     L2

     MIAMI FL     CO     WA

     Date of Departure: 02/17

Ticket Number: 00577389033852

Passenger Name: GERVOLINO/MICHELEA

Document Type: PASSENGER TICKET

02/17/10*    TRANSACTION PROCESSED BY AMERICAN EXPRESS      5.76

BAGGAGE INSURANCE PREMIUM

TKT NO. 00577389033852

02/17/10*    TRANSACTION PROCESSED BY AMERICAN EXPRESS      9.95

TRAVEL DELAY

TKT NO. 00577389033852

Continued on Page 4

Please detach here

## Travel Insurance Premium Refund/Credit Form

Please see the back if requesting refunds for TravelAssure, TravelAssure Classic or International Medical Protection. Otherwise, continue below. Please fill out this form to request refunds for travel insurance premiums incurred with the purchase of an airline ticket or a car rental. If you have been charged an insurance premium for one of the reasons listed to the right, please provide the information requested below. Please deduct the total premium refund amount from your total balance due and return this form with your payment. In order to receive a refund, you must fill out this form completely. Failure to do so may result in a delay in processing or a denial of your request.

Please do not fill out this coupon if you cancelled an airline ticket or a car rental reservation and expect credits for these on your American Express account. These premiums will be automatically refunded to you. any refunded premiums will appear as credits on your monthly statement.

**Reasons for Refund/Credit**
- Non-fare airline services charge(s) (e.g. excess baggage, itinerary charges, upgrade, or any other non-air transportation charge)
- An uninsured person
- Non-scheduled airline flights (e.g. private jet)
- Two or more premium charges for same car rental
- Car rental no show
- Other charges unrelated to actual car rental (e.g., gas)
- Car rental in an excluded country
- A vehicle other than a rental car
- Cancelled Trip with non-refundable ticket
- Other reason

Account Number:
3728-099963-43004

| Vendor Name | Ticket/Rental | Ticket Number | Month Billed | No. of Premiums | Program | Total Premium |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 02/17/10 | CONTINENTAL AIRLINES TAMPA    FL | | | | 140.00 |
|---|---|---|---|---|---|
| | CONTINENTAL AIRLINES | | | | |
| | From:              To: | | Carrier:     Class: | | |
| | TAMPA FL | | | | |
| | | MIAMI FL | CO          ED | | |
| | | NOT AVAILABLE | | | |
| | Ticket Number: 00529232522221 | | Date of Departure: 02/17 | | |
| | Passenger Name: GERVOLINO /CHANGE PE | | | | |
| | Document Type: SPECIAL SERVICE TICKET | | | | |

| 02/17/10 | WORLD WIDE CAFE #E 2MIAMI | | | | 5.23 |
|---|---|---|---|---|---|
| | 305-871-0559 | | | | |
| | Description | | | | |
| | FOOD/BEVERAGE | | | | |

| 02/17/10 | MIA PARKING GARAGE  MIAMI | | | | 15.00 |
|---|---|---|---|---|---|
| | PARKING LOT & GARAGE | | | | |

| 02/17/10 | AIRSIDE A GIFT196061TAMPA | | | | 4.42 |
|---|---|---|---|---|---|
| | 813-3963977 | | | | |

| 02/17/10 | JOSE CUERVO A/190551TAMPA | | | | 15.96 |
|---|---|---|---|---|---|
| | 813-3963977 | | | | |
| | FOOD | 15.96 | | | |

| 02/18/10 | UNITED CAB 275252579TAMPA | | | | 18.00 |
|---|---|---|---|---|---|
| | 813-253-2424 | | | | |
| | Description | | | | |
| | CHARTER SERVIC | | | | |

| 02/18/10 | UNITED CAB 275252579TAMPA | | | | 18.00 |
|---|---|---|---|---|---|
| | 813-253-2424 | | | | |
| | Description | | | | |
| | CHARTER SERVIC | | | | |



Continued on Page 5

Premium Refunds for TravelAssure and TravelAssure Classic-please consult the table below to determine how to process your refund.

| Reason for Refund | How to Process Your Premium Refund for TravelAssure or TravelAssure Classic |
|---|---|
| Reason other than cancelled trip | (A) You're entitled to a full premium refund. Please deduct the total premium refund amount from your total balance due and return this form with your payment. Make sure you complete the grid on the front indicating the refunds you're requesting. |
| I cancelled my trip | (B) If you don't expect a credit for your airline ticket charge, you're entitled to a partial* premium refund as follows:<br>• For TravelAssure, please deduct $10 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, please deduct $8 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of this form indicating the refunds you're requesting, and return it with your payment.<br>(C) If you expect credit for your airline ticket charge, you don't need to fill out this form. You'll automatically receive partial* premium refunds once your airline ticket has been credited on your American Express account. Refunds will appear as credits on your monthly statement. |
| Insurance premium was charged for a non-insurable person | (D) If you expect credit for your airline ticket charge, you're entitled to a full premium refund as follows:<br>• For TravelAssure, deduct $18.95 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, deduct $11.95 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of the form indicating the refunds you're requesting, and return it with your payment.<br>Note: you'll automatically receive the remainder of your premium refund once your airline ticket has been credited on your American Express account. The remainder refunds will appear as credits on your monthly statement.<br>(E) If you don't expect a credit for your airline ticket charge, follow the method outlined in section (A) above. |

Premium Refunds for International Medical Protection
Deduct the total premium refund amount you're requesting from the total balance due and return this form with your payment. Please complete the grid on the front indicating the refunds you're requesting. If you expect a credit for your airline ticket charge, don't fill this form out. You'll automatically receive refunds once your ticket is credited on your American Express account. Refunds will appear as credits on your monthly statement.
If you have any questions about requesting your refund, please call the number on the back of your American Express Card.
* For cancelled trips, refunds aren't given for trip cancellation portion of premium since that coverage already went into effect. You'll receive partial refunds of $10 per TravelAssure and $8 per TravelAssure Classic charge. You can still submit claims to recover nonrefundable trip costs.

American Jury Centers
PO BOX 828
Sun Valley, ID 83353

**PAY NOW**
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

# Invoice

| Project |
|---|

| Date |
|---|
| 05/10/10 |

| Invoice No. |
|---|
| 869 |

| Due Date |
|---|
| 05/30/10 |

**Bill To:**
Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR Engineering, Inc.: Studied case materials, planned for meeting with attorneys and witness, and met with attorneys. 4/5/10 performed by Allan Campo. | 6.5 | 345.00 | 2,242.50 |
| Prepared for meeting and met with attorney and witness. 4/6/10 performed by Allan Campo. | 8.5 | 345.00 | 2,932.50 |
| Meeting with attorneys and witness. 4/7/10 performed by Allan Campo. | 9 | 345.00 | 3,105.00 |
| Studied expert reports. 4/8/10 performed by Allan Campo. | 3.5 | 345.00 | 1,207.50 |
| Expenses. Documentation attached. | | 859.63 | 859.63 |

Thank you for your business. Payment due upon receipt.
American Jury Centers EIN# 42-1754528

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 10,347.13 | 00079 | 809110 | 66065 | 001 |

10,347.13 **TOTALS**   Hold:

APPROVALS:
   Project Manager
   Department Mgr/Acct

| | Total | $10,347.13 |
|---|---|---|

# AMERICAN JURY CENTERS

# Expense Report

| | |
|---|---|
| **Employee:** | CAMPO |
| **To:** | American Jury Centers/TBW |
| **Purpose:** | TBW v HDR — wit pre meetings in Tampa (Mr. Meyer) |
| **Department:** | |
| **Date Submitted:** | April 20, 2010 |

| Date | Expense Type | Establishment | Location | Cost |
|---|---|---|---|---|
| 4/5/10 | Travel | private car; 423 mi X 2 = 846 mi @ .55/mi | Destin-Tampa-Destin | $465.30 |
| | Hotel | Hyatt | Tampa | $377.00 |
| | Taxi | | | |
| | Travel Food/Bvg | Burger King | Blountstown, FL | $3.23 |
| | Other | Valet/Bellman tips | Tampa | $14.00 |
| | | | | |
| | Travel | | | |
| | Hotel | | | |
| | Taxi | | | |
| | Travel Food/Bvg | | | |
| | Other | | | |
| | | | | |
| | RECEIPTS ATTACHED | | | |
| | | | **Total Due:** | $859.53 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| Payee | Allan Campo | | Room No. | 1116 |
|---|---|---|---|---|
| | Booked Through | | Arrival | 04-05-10 |
| | Csc Booking Engine | | Departure | 04-08-10 |
| | Omaha ZZ | | Page No. | 1 of 2 |
| | United States | | Folio | 53218 |
| Membership | GP G30669480S | | Invoice | |
| Bonus Code | | | | |
| Confirmation No. | 3824026201 | | | |
| Group Name | | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-05-10 | Deposit Transferred at C/I | | | 392.44 |
| 04-05-10 | Valet Parking | | 16.00 | |
| 04-05-10 | Guest Room | | 175.20 | |
| 04-05-10 | State Sales Tax | | 12.26 | |
| 04-05-10 | Occupancy Tax | | 8.76 | |
| 04-06-10 | - Petey Brown's Breakfast Food | Room# 1116 : CHECK# 0211010 | 34.81 | |
| 04-06-10 | - In Room Dining Dinner Food | Room# 1116 : CHECK# 0295399 | 44.07 | |
| 04-06-10 | Valet Parking | | 16.00 | |
| 04-06-10 | Guest Room | | 175.20 | |
| 04-06-10 | State Sales Tax | | 12.26 | |
| 04-06-10 | Occupancy Tax | | 8.76 | |
| 04-07-10 | - In Room Dining Dinner Food | Room# 1116 : CHECK# 0295481 | 53.90 | |
| 04-07-10 | Valet Parking | 783 | 16.00 | |
| 04-07-10 | Guest Room | | 175.20 | |
| 04-07-10 | State Sales Tax | | 12.26 | |
| 04-07-10 | Occupancy Tax | | 8.76 | |
| 04-08-10 | Visa | XXXXXXXXXXXX2677     XX/XX | | 377.00 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

# INVOICE

Payee  Allan Campo
Booked Through
Csc Booking Engine
Omaha ZZ
United States

Membership  GP  G30669480S
Bonus Code
Confirmation No.  3824026201
Group Name

| Room No. | 1116 |
| Arrival | 04-05-10 |
| Departure | 04-08-10 |
| Page No. | 2 of 2 |
| Folio | 53218 |
| Invoice | |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | | 769.44 | 769.44 |

Your Gold Passport account will be credited for this stay.

Total                                           0.00

Guest Signe

I agree that my l
personally liable
association falls

I accept delive
VIP Rooms O

Burger King
Restaurant #1092
20407 Central Ave. West
Blountstown, FL 32424
850-674-9477

Order253

04/05/2010
11:14 AM
20054

Host: Jayne
Order253

Order Type: To Go

Whopper Jr. (2 @1.00)        2.00
Value Soda                   1.00
Coke

Subtotal                     3.00
Tax                          0.23

To Go Total                  3.23
Cash                         5.00
Change                       1.77

H. WAS IT?
TELL US AT
1-866-425-4745
It Was Our Pleasure
To Serve You Today!

-- Check Closed --

 TBW

**PAY NOW**
Please return check to
**MARCIA JEWETT**
**Omaha/Legal Dept**

# Invoice

American Jury Centers
PO BOX 828
Sun Valley, ID 83353

| Project | |
|---|---|
| **Date** | |
| 07/15/10 | |
| **Invoice No.** | |
| 883 | |
| **Due Date** | |
| 08/04/10 | |

**Bill To:**
Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR Engineering, Inc.: Studied research materials, news stories, letters. | 10 | 345.00 | 3,450.00 |
| Worked on letters to co-defendants, met with Attorney (Wayne Mason); worked on mediation preparation. | 9 | 345.00 | 3,105.00 |
| Worked on mediation preparationwith Attorney (Wayne Mason). | 7.5 | 345.00 | 2,587.50 |

Thank you.  Payment due upon receipt.
American Jury Centers EIN# 42-1754528

5035553

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 9,142.50 | 00079 | 809110 | 606055 | 001 |

9,142.50 TOTALS    Hold:_____    Attachment _____

APPROVALS:
    Project Manager
    Department Mgr/Acct



HDR

| | |
|---|---|
| **Total** | **$9,142.50** |

# AMERICAN JURY CENTERS

# Expense Report

| Employee: | CAMPO | |
|---|---|---|
| To: | American Jury Centers/TBW | |
| Purpose: | TBW v HDR | mediation prep in Tampa |
| Department: | | |
| Date Submitted: | July 1, 2010 | |

| Date | Expense Type | Establishment | Location | Cost |
|---|---|---|---|---|
| 6/14/10 | Travel | DL | VPS/TPA/VPS | $1,582.80 |
| | Hotel | Hyatt | TPA | $554.82 |
| | Taxi | misc | TPA | $20.00 |
| | Travel Food/Bvg | misc | | $30.11 |
| | Other | | | |
| | | | | |
| | Travel | | | |
| | Hotel | | | |
| | Taxi | | | |
| | Travel Food/Bvg | | | |
| | Other | | | |
| | | | | |
| | RECEIPTS ATTACHED | | | |
| | | | Total Due: | $2,187.73 |

**ATLANTA BREAD**
Hartsfield JacksonAirpt - Concourse C
(404) 766-8345 tel.
(404) 669-9289 fax.

CHK# 1791
Cashier 19        #      19
6/16/2010 8:13:18 PM      GUESTS  1

Take Out
    1 CUBAN PANINI           6.90
    1 Bottle Water           1.79
SUBTOTAL:                    8.70
TAX:                         0.61
WS1        T#0000498
* * * * * * * * * * * * * * * *
WIN $500
in our monthly drawing

PLEASE CALL
1-866-334-0997
in the next 3 days

Enter Survey Number
06160 20017 70498

We value your feedback on your visit
today at this Atlanta Bread location.
After completing the survey you will be
entered for a chance to win $500

See bakery cafe for details.
* * * * * * * * * * * * * * * *
TOTAL :            $9.39

Cash                        20.00
Change                      10.61

CLOSED       6/16/2010 8:13:36 PM

THANK YOU!

Take home a loaf of our Fresh Bread !!!

---

*** Customer Copy ***

Houlihan's
Hartsfield Airport A-Concourse
Atlanta, GA
Date:        Jun14'10 02:41PM
Card Type:   Amex
Acct #:      XXXXXXXXXX1008
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   501584
Check:       1245
Table:       3/4
Server:      1020 John P

Subtotal:          17.22
Tip: _____
                  3.50
Total: _____
                  20.72
Signature : _____
I agree to pay above total
according to my card issuer
agreement.



**United Cab**
**253-2424**
You Can Find
Us Everywhere
We Can Take
You Anywhere

Date _____ Time _____ Cab# ____
Driver Name _____ Amount of Fare $ ____
Customer Name _____
Pickup _____            THANK YOU
Destination _____       FOR YOUR
                             BUSINESS



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Allan Campo | Room No. | 0843 |
| | Booked Through | Arrival | 06-14-10 |
| | Csc Booking Engine | Departure | 06-16-10 |
| | Omaha ZZ | Page No. | 1 of 1 |
| | United States | Folio | 71621 |
| Membership | GP G30669480S | Invoice | |
| Bonus Code | | | |
| Confirmation No. | 4121141301 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-14-10 | T-Mobile Wireless Internet | | 9.99 | |
| 06-14-10 | Package Room | | 229.00 | |
| 06-14-10 | State Sales Tax | | 15.43 | |
| 06-14-10 | Occupancy Tax | | 11.02 | |
| 06-15-10 | In Room Dining Lunch | Room# 0843 : CHECK# 0295846 | 33.93 | |
| 06-15-10 | | | | |
| 06-15-10 | Package Room | | 229.00 | |
| 06-15-10 | State Sales Tax | | 15.43 | |
| 06-15-10 | Occupancy Tax | | 11.02 | |
| 06-16-10 | American Express | XXXXXXXXXX1008    XX/XX | | 577.81 |

Your Gold Passport account will be credited for this stay.

| | | Total | 577.81 | 577.81 |
|---|---|---|---|---|
| | | Balance | 0.00 | |

~22.99

554.82

---

ETKT PASSENGER RECEIPT

▲ DELTA
CAMPO/ALLAN    NOT TRANSFERABLE

PAGE 02 OF 03

THIS DOCUMENT EXPIRES 12JUN11
DATE/PLACE OF ISSUE    14JUN10  CVGRES
ISS AGT ID    DL'02    CONF NBR    D9Y574

DL2070808627

ENDORSEMENTS  INVOL REROUTE - VALID FOR SPECIFIED TRAVEL O
NLY

FARE CALCULATION    VPSDL ATL Q18.60 764.65YO DL TPA330.23BA00ADN3 DL X/MEN Q9.30DL LFT311.14MA00A00Q USD144
0.92END ZP VPSATLTPAMEM XF VPS4.5ATL4.5

USD 1440.92
TAX  141.88

USD1582.80    DUPLICATE

FORM OF PAYMENT

ORIGINAL FOP    AXXXXXXXXXXX1008
ORIGINAL TKT    0062328213485

ISSUED IN EXCHANGE FOR
12    00621781946313

0 0062178224267 5    DUPLICATE

TBW

American Jury Centers

840 Barcelona Drive
Boca Raton, FL 33432

**PAY NOW**
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

**Invoice**

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project | |
|---|---|
| Date | |
| | 09/19/10 |
| Invoice No. | |
| | 884 |
| Due Date | |
| | 09/20/10 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR: Studied documents reviewed materials from research, studied expert report; prep for meetings with attorneys and ███████ Performed by Allan Campo, 8/25/10 | 7 | 345.00 | 2,415.00 |
| Met with attorneys and ███████ made notes, worked on ███████ Performed by Allan Campo 8/26/10 | 9.5 | 345.00 | 3,277.50 |
| Studied notes, worked on ████ met with attorneys and ███████ prep. Performed by Allan Campo 8/27/10 | 8.75 | 345.00 | 3,018.75 |
| Expenses include travel and accommodations. | | 1,272.22 | 1,272.22 |

Thank you. Payment due upon receipt.
American Jury Centers EIN# 42-1754528

5035553 ②

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 998347 | 0007 | 809110 | 66055 | 001 |

998347 TOTALS    Hold:    Attachment

APPROVALS:
    Project Manager
    Department Mgr/Acct

HDR

| | Total | $9,983.47 |
|---|---|---|

TBW

# PAY NOW
### Please return check to
## MARCIA JEWETT
## Omaha/Legal Dept

# Invoice



American Jury Centers

840 Barcelona Drive
Boca Raton, FL 33432

**Bill To:**

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project | |
|---|---|
| **Date** | |
| 10/01/10 | |
| **Invoice No.** | |
| 885 | |
| **Due Date** | |
| 10/21/10 | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR Engineering, Inc.: Studied documents, planned for witness prep, made notes re: issues. Performed by Allan Campo, 9/13/2010. | 8.5 | 345.00 | 2,932.50 |
| Met with attorneys and witness. 9/14. | 9.25 | 345.00 | 3,191.25 |
| Studied documents, planned for prep of Do | 5.5 | 345.00 | 1,897.50 |
| Met with attorneys and witness. 9/16. | 8.5 | 345.00 | 2,932.50 |
| Expenses include travel and accommodation | | 2,131.75 | 2,131.75 |

One CK
is OK

Thank you. Payment due upon receipt.
American Jury Centers EIN# 42-1754528

503 5553

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 13,085.50 | 0009 | 809110 | 66055 | 00 |

13,085.50 TOTALS      Hold:_____    Attachment_____

**APPROVALS:**
Project Manager
Department Mgr/Acct

HDR

| | Total | $13,085.50 |
|---|---|---|

| | |
|---|---|
| **Transaction Date:** | 09/17/2010 Fri |
| **Transaction Description:** | Adolphus Hotel 00000Dallas<br>0067548581 (214)742-8200 |
| **Cardmember Name:** | ALLAN J CAMPO |
| **Amount $:** | 580.92 |
| **Doing Business As:** | ADOLPHUS HOTEL |
| **Merchant Address:** | 1321 COMMERCE ST<br>DALLAS<br>TX<br>DALLAS<br>75202-4202<br>UNITED STATES |
| **Reference Number:** | 320102610111623668 |
| **Category:** | Travel - Lodging |

| Transaction Date: | 09/16/2010 Thu |
|---|---|
| Transaction Description: | GRAND HYATT TAMPA BATAMPA<br>00003713872 813-874-1234 |
| Cardmember Name: | ALLAN J CAMPO |
| Amount $: | 588.31 |
| Doing Business As: | GRAND HYATT TAMPA BAY |
| Merchant Address: | 2900 BAYPORT DR<br>TAMPA<br>FL<br>TAMPA<br>33607-1479<br>UNITED STATES |
| Reference Number: | 320102610111623667 |
| Category: | Travel - Lodging |

| | |
|---|---|
| **Transaction Date:** | 09/07/2010 Tue |
| **Transaction Description:** | SOUTHWEST AIRLINES DALLAS TX<br>TKT# 5262123434826<br>SOUTHWEST AIRLINES<br>From : To : Carrier : Class :<br>NASHVILLE TN WNK<br><br>TAMPA FL WNK<br>Ticket Number : 52621234348262 Date of Departure : 0913<br>Passenger Name : CAMPO/ALLAN J<br>Document Type : PASSENGER TICKET |
| **Cardmember Name:** | ALLAN J CAMPO |
| **Amount $:** | 157.90 |
| **Doing Business As:** | SOUTHWEST AIRLINES |
| **Merchant Address:** | PO BOX 36611<br>DALLAS<br>TX<br>DALLAS<br>75235<br>UNITED STATES |
| **Reference Number:** | 320102510000642711 |
| **Category:** | Travel - Airline |

| | |
|---|---|
| **Transaction Date:** | 09/13/2010 Mon |
| **Transaction Description:** | SOUTHWEST AIRLINES DALLAS TX<br>TKT# 5262124756529<br>SOUTHWEST AIRLINES<br>From : To : Carrier : Class :<br>TAMPA FL<br>DALLAS TX WNK<br><br>NOT AVAILABLE WNK<br>Ticket Number : 52621247565290 Date of Departure : 0915<br>Passenger Name : CAMPO/ALLAN J<br>Document Type : PASSENGER TICKET |
| **Cardmember Name:** | ALLAN J CAMPO |
| **Amount $:** | 707.80 |
| **Doing Business As:** | SOUTHWEST AIRLINES |
| **Merchant Address:** | PO BOX 36611<br>DALLAS<br>TX<br>DALLAS<br>75235<br>UNITED STATES |
| **Reference Number:** | 320102570066416669 |
| **Category:** | Travel - Airline |

*Tampa - Orlando - Miami - Airport Reservations*

# Black Car
# (813) 516-0160

## *Cab Receipt*
### Driver: William

Date: _____ Amount: $ _____

### FARE RECEIPT
FARE $ ___18___
FROM ___TPA___
TO _____
DATE 29/13/10 TIME _____
DRIVER NAME 6 I Z M D
CAB NO. 1 2 0

### FARE RECEIPT
FARE $ _____
FROM _____
TO _____
DATE _____ TIME _____
DRIVER NAME _____
CAB NO. _____

## AMBASSADOR CAB
### (214) 905-1111

*Thanks for Your Patronage*

Cab # _____ Date _____
Fare $ _____
Driver _____

Dispatch (214) 905-1111  1-800-TAXICAB

[VISA]  [DISCOVER]

[VISA]  [MasterCard]  [DISCOVER]

Date _____ Cab # _____
From _____
To _____
Time _____
Fare _____ Extra _____ Tip _____
Total _____
Charged To: _____

```
CHILI'S TOO UPPER LEVEL
   LOVE FIELD AIRPORT
      DALLAS, TX

048 JUANITA

23/1      CHK 1086  GST
   SEP17'10  6:55AM


1 COFFEE              2.41
1 BRKFST TACOS        7.29

   FOOD              9.70
   TAX               0.80
   TOTAL         $10.50
```

```
            HMSHOST
         QUIZNOS SUBS
      TAMPA INT'L AIRPORT

7396 Mary

CHK 9073 SEP15'10 10:52AM

1 VEGGIE         8    6.19
    WHEAT BREAD
1 WATER VASA 25oz     2.29

   SUBTOTAL           8.48
   TAX                0.44
   AMOUNT        8.92
   CASH              10.00
   CHANGE             1.08
```

```
                 852409
           850-784-2888

Server: Jessica       09/13/2011
Fast Close/1          9:28 AM
Guests: 0             20222

Break Bagel
   Bacon               3.95
Surf Coffee
                       1.82

Subtotal               5.77
Tax                    0.35

Total                  6.12

CASH                  20.00
Change                13.88

   Thank you !!!!!

   === Check Closed ===
```

```
    Popeyes # 9113
    (504)469-4962

0225               DT
3SP STRP COMBO   7.25
 BISCUIT
 BBQ
 RG RED  BNS
 MD TEA

   SUBTOTAL        7.25
   TAX TOTL     .82
OTAL           8.07
   CASH        20.00
   CHANGE      11.93
Te  CSHR
11:46 SEP 17'10    H/S#02 P1
```

```
            HMSHOST
         NATHAN'S A/S C
    TAMPA INTERNATIONAL AIRPORT

8821 KEILAN

CHK 8615 SEP13'10  3:06PM

1 KRAUT DOG           3.29
1 WATER FIJI 500ML    2.99

   SUBTOTAL           6.28
   TAX                0.24
   AMOUNT        6.52
   CASH              20.00
   CHANGE            13.48
```

| | |
|---|---|
| **Transaction Date:** | 09/17/2010 Fri |
| **Transaction Description:** | SOUTHWEST AIRLINES DALLAS TX<br>TKT# 5262125570578 |
| **Cardmember Name:** | ALLAN J CAMPO |
| **Amount $:** | -128.50 |
| **Doing Business As:** | SOUTHWEST AIRLINES |
| **Merchant Address:** | PO BOX 36611<br>DALLAS<br>TX<br>DALLAS<br>75235<br>UNITED STATES |
| **Reference Number:** | 320102600100146271 |
| **Category:** | Travel - Airline |

American Jury Centers

# Invoice

840 Barcelona Drive
Boca Raton, FL 33432

**Bill To:**
Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project |
|---|
| |

| Date |
|---|
| 11/16/10 |

| Invoice No. |
|---|
| 893 |

| Due Date |
|---|
| 12/06/10 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR Matter: Reviewed Lee Wooten's expert report and summary material from the early jury study conducted in Tampa. Reviewed the synopsis of Bramwell's deposition.  Met with attorneys in advance of witness training. ▮▮▮▮▮▮▮▮▮ communications training.<br>Performed by Stuart Simon, Nov. 8, 9, 10 and 11, 2010 in Tampa, Florida. | 39 | 345.00 | 13,455.00 |
| Expenses include travel and accommodations. | | 1,085.61 | 1,085.61 |
| Reviewed McKellar's expert report and the reports of other expert witnesses.  Met with attorneys and the witness in Tampa, Fl. November 21-24.  Worked on preparing ▮▮▮▮▮▮▮ | 29 | 345.00 | 10,005.00 |
| Expenses include travel and accommodations. | | 916.51 | 916.51 |

Thank you.  Payment due upon receipt.

American Jury Centers EIN#: 42-1754528

S 0 3 5 5 5 3    ②

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 25,462.12 | 00079 | 809110 | 66055 | 001 |
| 25,462.12 TOTALS | | Hold: | Attachment | |

APPROVALS:
Project Manager
Department Mgr/Acct

HDR

| | Total | $25,462.12 |
|---|---|---|

American Jury Centers

**PAY NOW**
**Please return check to**
**MARCIA JEWETT**
**Omaha/Legal Dept**

# Invoice

840 Barcelona Drive
Boca Raton, FL 33432

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project |
| --- |

| Date |
| --- |
| 12/12/10 |

| Invoice No. |
| --- |
| 894 |

| Due Date |
| --- |
| 01/01/11 |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| Tampa Bay Water v. HDR Matter: Studied documents, reviewed materials, met with attorney and worked with witness Les Bromwell. Performed by Allan Campo 10/24-10/26. | 23 | 345.00 | 7,935.00 |
| Expenses include travel expenses and accommodations. | | 1,621.49 | 1,621.49 |

Thank you. Payment due upon receipt.
American Jury Centers EIN# 42-1754528

| Amount | GL Unit | GL Account | Project ID | Activ ID |
| --- | --- | --- | --- | --- |
| 9,556.49 | 00079 | 809110 | 66055 | 001 |

9,556.49 TOTALS          Hold: _____          Attachment: _____

APPROVALS:
   Project Manager
   Department Mgr/Acct

HDR

| | Total | $9,556.49 |
| --- | --- | --- |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INFORMATION INVOICE

| Payee | Mr Allan Campo |
| | 1257 Deerwood Drive |
| | Destin FL 32550 |
| | United States |

| Room No. | 0813 |
| Arrival | 10-24-10 |
| Departure | 10-27-10 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio | |
| Invoice | |

Membership
Bonus Code
Confirmation No.  4683538201
Group Name

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 10-24-10 | Deposit Transferred at C/I | | | 765.20 |
| 10-24-10 | - Lobby Bar Dinner Food | Room# 0813 : CHECK# 0358619 | 30.68 | |
| 10-24-10 | Package Room | | 160.30 | |
| 10-24-10 | State Sales Tax | | 10.62 | |
| 10-24-10 | Occupancy Tax | | 7.59 | |
| 10-25-10 | - In Room Dining Dinner Food | Room# 0813 : CHECK# 0295930 | 52.60 | |
| 10-25-10 | Package Room | | 174.30 | |
| 10-25-10 | State Sales Tax | | 11.60 | |
| 10-25-10 | Occupancy Tax | | 8.29 | |
| 10-26-10 | - Lobby Bar Dinner Food | Room# 0813 : CHECK# 0358894 | 32.82 | |
| 10-26-10 | American Express | XXXXXXXXXXX1008        XX/XX | | -195.21 |
| 10-26-10 | Package Room | | 174.30 | |
| 10-26-10 | State Sales Tax | | 11.60 | |
| 10-26-10 | Occupancy Tax | | 8.29 | |
| 10-27-10 | American Express | XXXXXXXXXXX1008        XX/XX | | 113.00 |

682.99





**DELTA**
CAMPO/ALLAN

DATE/PLACE OF ISSUE 22Oct10 LAXWEB

ISS ACT ID DL/WW          CONF NBR          GZN867

ENDORSEMENTS

FARE CALCULATION   .PS DL ATL345.12MA00A0RJ DL TPA710.70YO DL X/ATL DL X; SLC DL P
                   DX748.84YA00UFRR USD1804.66END ::P VPSATLTPAATLSLC XF VPS4.5ATL
                   4.5

                   1,787.80 ÷ 2 = 893.90

USD     1804.66
TAX      172.84                    FORM OF PAYMENT CC AX··········1008.26480E

USD1977.50 (actual)
= 189.70
1787.80   DUPLICATE          1 0062336463764 1          DUPLICATE

---

**FARE RECEIPT**

HMSHOST
DAVINCI'S CAFE
TAMPA INT'L AIRPORT

1222 Maria
--------------------------
CHK 7966 OCT27'10  5:24AM
--------------------------

1 EGG & PROV POKET      4.29

  SUBTOTAL              4.29
  TAX                   0.31
  AMOUNT PAID         4.60
  CASH                 5.00
  CHANGE DUE           0.40

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
GENERAL MANAGER
TIM.JUUL@HMSHOST.COM

Your order number is 79.6.6

FARE $ _____
FROM _____
TO _____
DATE _____ TIME _____
DRIVER NAME _____
CAB NO. _____ airport → Hyatt

---

**United Cab**
**253-2424**

UNITED CAB

You Can Find
Us Everywhere
We Can Take
You Anywhere

Date _____ Time _____ Cab# _____
Driver Name _____ Amount of Fare $ _____
Customer Name _____
Pickup _____
Destination _____ Hyatt → Archers Plaza

THANK YOU
FOR YOUR
BUSINESS

American Jury Centers

# Invoice

840 Barcelona Drive
Boca Raton, FL 33432

| Project |
| --- |

| Date |
| --- |
| 01/17/11 |

| Invoice No. |
| --- |
| 903 |

| Due Date |
| --- |
| 02/06/11 |

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| Tampa Bay Water v. HDR Matter: Communications training performed by Allan Campo December 12 - 14, 2010. Studied Les Bromwell DVD and took notes (12th); met with attorneys and client, studied deposition transcript (13th); met with attorneys and client (14th). | 16.5 | 345.00 | 5,692.50 |
| Expenses include travel and accommodations. | | 755.70 | 755.70 |
| Thank you. Payment due upon receipt. American Jury Centers EIN# 42-1754528 | | | |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
| --- | --- | --- | --- | --- |
| 6448.20 | 00079 | 809110 | 66055 | 001 |

6448.20 TOTALS    Hold:_____ Attachment_____

APPROVALS:
   Project Manager
   Department Mgr/Acct

| | Total | $6,448.20 |
| --- | --- | --- |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Allan Campo | Room No. | 1203 |
| | 1257 Deerwood Drive | Arrival | 12-13-10 |
| | Miramar Beach FL 32550 | Departure | 12-14-10 |
| | United States | Page No. | 1 of 1 |
| | | Folio Window | 1 |
| Membership | | Folio | 112056 |
| Bonus Code | | Invoice | |
| Confirmation No. | 4864402201 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-13-10 | T-Mobile Wireless Internet | Room# 1203 | 9.99 | |
| 12-13-10 | Valet Parking | | 12.00 | |
| 12-13-10 | Guest Room | | 229.00 | |
| 12-13-10 | State Sales Tax | | 16.03 | |
| 12-13-10 | Occupancy Tax | | 11.45 | |
| 12-14-10 | Petey Brown's Breakfast Food | Room# 1203 : CHECK# 0211149 | 11.93 | |
| 12-14-10 | American Express | XXXXXXXXXXX1008    XX/XX | | 290.40 |

No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT or visit www.GoldPassport.com

| Total | 290.40 | 290.40 |
|---|---|---|
| Balance | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

Thank you for choosing Grand Hyatt Tampa Bay

HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?

If you can not rate your visit as "EXCELLENT" please let us know
We want you to leave satisfied. Simply contact us at
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2860 or email
rha.tparw.accounting@hyatt.com

Please forward all invoice payments to.

Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953

We hope to welcome you back to Grand Hyatt Tampa Bay

# AMERICAN JURY CENTERS

# Expense Report

| | | |
|---|---|---|
| **Employee:** | CAMPO | |
| **To:** | American Jury Centers/TBW | |
| **Purpose:** | TBW v HDR | Bromwell meetings in Tampa |
| **Department:** | | |
| **Date Submitted:** | December 21, 2010 | |

| Date | Expense Type | Establishment | Location | Cost |
|---|---|---|---|---|
| 12/13/10 | Travel | private car; 423 mi X 2 = 846 mi @ .55/mi | Destin/Tampa/ Destin | $465.30 |
| | Hotel | Hyatt | TPA | $290.40 |
| | Taxi | | | |
| | Travel Food/Bvg | | | |
| | Other | | | |
| | | | | |
| | Travel | | | |
| | Hotel | | | |
| | Taxi | | | |
| | Travel Food/Bvg | | | |
| | Other | | | |
| | | | | |
| | RECEIPTS ATTACHED | | | |
| | | | **Total Due:** | **$755.70** |

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

| Project |
|---|
| **Date** |
| 07/07/11 |

| Invoice No. |
|---|
| 919 |

| Due Date |
|---|
| 07/27/11 |

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tampa Bay Water v. HDR Matter: Reviewed documents, ███████ and expert notes in preparation for meetings. Met with attorneys and witnesses in Tampa. Began work on ████████ and opening statement. Performed by Allan Campo, 6/8 - 6/11. | 27 | 345.00 | 9,315.00 |
| Preparation for meetings with attorneys and witnesses. Met in Tampa with attorneys and witnesses. Performed by Allan Campo 6/22- 6/23. | 15.25 | 345.00 | 5,261.25 |
| Read and reviewed Meyer deposition in preparation for meetings in Dallas. Met with attorney and witness. Worked on case themes and opening statement structure. Performed by Allan Campo 6/26- 6/28. | 23.25 | 345.00 | 8,021.25 |
| Expenses include travel and accommodations. | | 3,043.30 | 3,043.30 |

Thank you for your business. Payment due upon receipt.
American Jury Centers EIN# 42-1754528

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 25,640.80 | 00079 | 809110 | 66055 | 001 |

25,640.80  TOTALS    Hold: _____    Attachment _____

APPROVALS:
    Project Manager
    Department Mgr/Acct

| | Total | $25,640.80 |
|---|---|---|

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project |
| --- |
| |
| Date |
| 08/11/11 |
| Invoice No. |
| 921 |
| Due Date |
| 08/31/11 |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| TBW v. HDR Engineering, Inc: Advance payment for out of pocket expenses including, but not limited to, recruiting and compensating surrogate jurors for mock trial, facility rental, audio visual, etc... Scheduled for August 25, 2011.<br><br>Full documentation will be provided with the final statement. Please make payment upon receipt. Thank you.<br><br>American Jury Centers EIN# 42-1754528 | | 19,500.00 | 19,500.00 |

| | Total | $19,500.00 |
| --- | --- | --- |

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

| Project |
| --- |
| |
| **Date** |
| 09/21/11 |

| Invoice No. |
| --- |
| 926 |

| **Due Date** |
| --- |
| 10/11/11 |

**Bill To:**

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| TBW v. HDR Engineering Inc: Performed by Allan Campo between July 1 and August 1, 2011; worked on opening statement, met with attorneys and expert witness, prepared for and attended hearing. | 54.25 | 345.00 | 18,716.25 |
| Expenses include travel and accommodations. | | 1,251.05 | 1,251.05 |
| American Jury Centers EIN# 42-1754528 Thank you for your business. | | | |

Account    GL Unit    GL Account        Project ID    Activ ID

19,967.30   0009   809110        66055    001

19,967.30   TOTALS    Hold:    Attachment

APPROVAL
Project Manager
Department Mgr/Acct

| | Total | $19,967.30 |
| --- | --- | --- |

## Travel Plan

MR ALLAN CAMPO
SANDESTIN
FLORIDA
US


Vision Airlines

Telephone 877-359-1936
E mail reservations@visionairlines.com
www.visionairlines.com
Invoice Date 30 Jun 2011

Reservation Number  **AA2SPL**

Ticket Reference B:  **111202012383531**

## Journey Details

### VPS TO PIE                                                    FARE CODE - BL

Flight No V2 313          **DEPARTING**                          **ARRIVING**
CONFIRMED                 Northwest Florida Regional Airport Destin  FL    St Petersburg Clearwater International Airport Clearwater
                          Valparaiso                              FL
                          1145PM   Mon, 04 Jul 2011               1400PM   Mon, 04 Jul 2011
                          Aircraft  BОЗ2а COACH                   Journey Time  01hr 15mins

### PIE TO VPS                                                   FARE CODE - BL

Flight No V2 606          **DEPARTING**                          **ARRIVING**
CONFIRMED                 St Petersburg Clearwater International Airport Clearwater   Northwest Florida Regional Airport Destin   FL
                                                                  Valparaiso
                          1315PM   Thurs, 07 Jul 2011            +530PM   Thurs, 07 Jul 2011
                          Aircraft  733 RZ190                     Journey Time  01hr 15mins

## Passenger Details (1 Adults)

1 CAMPO, ALLAN MR

## Price Details

### Fare Information:

Applied Fare                                                                      241.35 USD

Total Tax                                                                          34.05 USD

            US Domestic Segment Tax               7.40 USD
            US Security Fee                       3.70 USD
            US Federal Excise Tax                16.45 USD
            US Passenger Facility Charges         4.50 USD

Total Fare (Applied Fare + Tax + Surcharge)                          259.40 USD

Total Price (Fare + Fee)                                             259.40 USD

## Payment Status                                                    FULLY PAID

### Payment Information:

| Payment Type | Currency | Amount | Date |
|---|---|---|---|
| AMEX XXXXXXXXXXXXXXXXX | USD | 259.40 | 30 Jun 2011 |
| Balance Due | USD | 0.00 | |

## Additional Information

Reservation Creation Date      30 Jun 2011
Reservation Modification Date  30 Jun 2011

Thank you for choosing Vision Airlines we look forward to serving you on your upcoming flight.
**We suggest you arrive at the airport 2 hours prior to your travel to make your experience easier and less stressful.**
**Vision Airlines' check-in/ticket counter closes 45 minutes prior to your flight's scheduled departure.**



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

INVOICE

Payee   Mr Allan Camoo
        1257 Deerwood Dr
        Destin FL 125604889
        United States

Membership      GP    G30669480S
Bonus Code
Confirmation No  5754469001
Group Name

Room No        0940
Arrival        07-04-11
Departure      07-07-11
Page No        2 of 2
Folio Window   1
Folio          159661
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| Your Gold Passport points will be credited for this stay. | | | | |
| | | Total | 783.56 | 783.56 |
| | | Balance | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

Thank you for choosing Grand Hyatt Tampa Bay

THANK YOU FOR YOUR STAY AT THE GRAND HYATT TAMPA BAY

Please forward all invoice payments to:

Wells Fargo
P.O. Box 203000
Dallas, TX 75320

We hope to welcome you back to Grand Hyatt Tampa Bay



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel 813-874-1234
Fax 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Mr Allan Campo | Room No | 0940 |
| | 1257 Deerwood Dr | Arrival | 07-04-11 |
| | Destin FL 325504889 | Departure | 07-07-11 |
| | United States | Page No | 1 of 2 |
| | | Folio Window | 1 |
| Membership | GP    G30889480S | Folio | 159661 |
| Bonus Code | | Invoice | |
| Confirmation No | 5754469001 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-04-11 | Deposit Transferred at C/I | | | 511 23 |
| 07-04-11 | - Lobby Bar Dinner Food | Room# 0940   CHECK# 0358735 | 61 10 | |
| 07-04-11 | Guest Room Internet | 20:17 Room# 0940   INTERNET | 26 99 | |
| 07-04-11 | Guest Room Internet | 21 14 Room# 0940   INTERNET | 26 99 | |
| 07-04-11 | Valet Parking | | 12 00 | |
| 07-04-11 | Guest Room | | 126 65 | |
| 07-04-11 | State Sales Tax | | 8 87 | |
| 07-04-11 | Occupancy Tax | | 6 33 | |
| 07-05-11 | - In Room Dining Lunch | Room# 0940   CHECK# 0295998 | 29 16 | |
| 07-05-11 | In Room Dining Lunch | Room# 0940   CHECK# 0295003 | 18 86 | |
| 07-05-11 | Valet Parking | | 12 00 | |
| 07-05-11 | Guest Room | | 160 65 | |
| 07-05-11 | State Sales Tax | | 11 25 | |
| 07-05-11 | Occupancy Tax | | 8 03 | |
| 07-06-11 | - Petey Brown's Breakfast Food | Room# 0940   CHECK# 0211851 | 18 45 | |
| 07-06-11 | On-Command Movies | Line# 940   MOVIE | 18 10 | |
| 07-06-11 | Valet Parking | | 12 00 | |
| 07-06-11 | Bottled Water | | 4 00 | |
| 07-06-11 | Guest Room | | 169 15 | |
| 07-06-11 | State Sales Tax | | 11 84 | |
| 07-06-11 | Occupancy Tax | | 8 46 | |
| 07-07-11 | - In Room Dining Breakfast Food | Room# 0940   CHECK# 0295081 | 28 41 | |
| 07-07-11 | Petey Brown's Breakfast Adj | 1425 | 1 25 | |
| 07-07-11 | American Express | XXXXXXXXXXX1008          XX/XX | | 272 33 |

Grand Hyatt Tampa Bay Business Center

Thank you for your purchase. Please keep this receipt for your records.

Computer Usage:  $3.50 (10 minutes at $3.50 per 10 minutes)
-----------------------------------
Total Payment:   $3.50

Payment Method:  American Express, ***1008
Payment Date:    7/6/2011 8:13:05 AM PTZ

Thanks for using the Business Center at the Grand Hyatt Tampa Bay.



# Hertz

**RENTAL** RR 5451661(

ALLAN CAMPO

VEHICLE 01398 1349893

CLS F6    11 CMRY LIC FL 195×GE
FUEL 8.0 OUT 8/8 IN
ODO 2' 782   PLATINUM CARD FROM AMEX

RES F'5329'4065/TMDD -F
PREPARED BY 5343/FL5T917
COMPLETED BY 5343/FL5T917

RENTED 07/04/11 15:04 @ ST PETE/CLEARWATER A/P
RETURN 07/07/11 14:08 @ ST PETE/CLEARWATER A/P

| PLAN IN | TMDD | RATE CLASS | F |
|---|---|---|---|
| PLAN OUT | TMDD | | |
| MILEAGE IN | 12288 | TRX MILES | |
| MILEAGE OUT | 12257 | MILES ALLOWED | |
| MILES DRIVEN | 3' | MILES CHARGED | |

| | | | |
|---|---|---|---|
| DAYS | 3 @ $ 62.70/DAY | $ | 188 |
| SUBTOTAL 1 | | $ | 188 |
| DISCOUNT 10% | | $ | 18 |
| SUBTOTAL 2 | | T$ | 169 |
| CONCESSION FEE RECOVERY | 11.10% | T$ | 19 |
| VEHICLE LICENSING COST RECOVERY | 1.40% | T$ | 2 |
| LDW | DECLINED | | |
| LIS | DECLINED | | |
| PAI PEC | DECLINED | | |
| PLA SURCHG | | T$ | 8 |
| ENERGY SURCHARGE | | T$ | |
| TAX 7.000% ON TAXABLE ITEMS OF $ 198.24 | | $ | 13. |
| CHARGED ON AMX XXXXXXXXXXXX1008 | | $ | 212. |
| RENT ED AMX XXXXXXXXXXXX1008 | | | |

## HOW WAS YOUR EXPERIENCE?
## WE'D LIKE YOUR FEEDBACK

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code 01311

3) Take Brief 4 Question Survey

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

---



### Euro Cafe

| | | |
|---|---|---|
| EXTRA CHEESE | | |
| EXTRA CHEESE | | |
| **TOTAL** | | **7.68** |
| Cash | | **20.00** |

Thank You for sharing with us
Thank you for your visit us

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

| Project |
| --- |
| |
| Date |
| 02/28/12 |

| Invoice No. |
| --- |
| 940 |

| Due Date |
| --- |
| 02/29/12 |

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| TBW v. HDR Engineering Inc: Performed by Allan Campo and Stuart Simon between Jan. 29 and Feb. 19, 2012.<br>- reviewed Bromwell deposition and material as prep for meetings (1/29).<br>- full day meetings with attorney and witnesses (1/30, 1/31, 2/1, 2/2).<br>- worked on opening statement (2/3- 2/19). | 77.25 | 345.00 | 26,651.25 |
| Expenses include travel and accommodations. | | 2,324.51 | 2,324.51 |
| American Jury Centers EIN# 42-1754528<br>Thank you for your business. Invoice due upon receipt. | | | |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
| --- | --- | --- | --- | --- |
| 28,975.76 | 00079 | 809110 | 66055 | 001 |
| 28,975.76 TOTALS | | | | |

Hold: _____   Attachment _____

APPROVALS:
Project Manager
Department Mgr/Acct.

| | Total | $28,975.76 |
| --- | --- | --- |



## DOUBLETREE SUITES
BY HILTON
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

Name & Address

CAMPO, ALLAN
1257 DEERWOOD DR

DESTIN, FL 325504889
US

| | |
|---|---|
| Room | 103/NK1SBV |
| Arrival Date | 1/29/2012  6:19:00PM |
| Departure Date | 2/3/2012 |
| Adult/Child | 1/0 |
| Room Rate | $249.99 |

RATE PLAN        LV4
HH# 894415308 GOLD
AL        DL  #2070808627
BONUS AL                    CAR

Confirmation: 84748705

2/3/2012        PAGE        1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 1/29/2012 | 2966359 | GUEST ROOM | | $249.99 | | |
| 1/29/2012 | 2966359 | STATE TAX | | $17.50 | | |
| 1/29/2012 | 2966359 | CITY TAX | | $12.50 | | |
| 1/30/2012 | 2967481 | GUEST ROOM | | $249.99 | | |
| 1/30/2012 | 2967481 | STATE TAX | | $17.50 | | |
| 1/30/2012 | 2967481 | CITY TAX | | $12.50 | | |
| 1/31/2012 | 2968102 | RESTAURANT | | $10.35 | | |
| 1/31/2012 | 2968649 | GUEST ROOM | | $249.99 | | |
| 1/31/2012 | 2968649 | STATE TAX | | $17.50 | | |
| 1/31/2012 | 2968649 | CITY TAX | | $12.50 | | |
| 2/1/2012 | 2969125 | RESTAURANT | | $10.35 | | |
| 2/1/2012 | 2969516 | LOUNGE | | $10.56 | | |
| 2/1/2012 | 2969540 | LOUNGE | | $26.21 | | |
| 2/1/2012 | 2969573 | ROOM SERVICE | | $62.78 | | |
| 2/1/2012 | 2969714 | GUEST ROOM | | $249.99 | | |
| 2/1/2012 | 2969714 | STATE TAX | | $17.50 | | |
| 2/1/2012 | 2969714 | CITY TAX | | $12.50 | | |
| 2/2/2012 | 2970054 | RESTAURANT | | $12.85 | | |
| 2/2/2012 | 2970445 | GUEST ROOM | | $249.99 | | |
| 2/2/2012 | 2970445 | STATE TAX | | $17.50 | | |
| 2/2/2012 | 2970445 | CITY TAX | | $12.50 | | |
| | | WILL BE SETTLE | | | $1,533.05 | |
| | | EFFECTIVE | | | $0.00 | |

less Lounge charges (36.77) = 1496.28

### EXPRESS CHECK-OUT

*Good Morning !* We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.

• Please review this statement. It is a record of your charges as of late last evening.

• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.

Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| 453228        A | |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT   0.00 | |

PAYMENT DUE UPON RECEIPT

**PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.**

THANK YOU

**0052**
Server: SEAN F (#209)
HT/SO/12 20:02  Swiped  TB 282 Term

Rusty Pelican
2425 Rocky Point Drive
Tampa, Florida 33607
813-281-1943
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX1008
Name: ALLAN J CAMPO
20 TRANSACTION APPROVED
AUTHORIZATION #: 528385
Reference#: 0130010000062
TRANS TYPE: Credit Card SALE

CHECK:                93.09
TIP:               18 00
TOTAL:             111. 09
                  ÷   2
                   55.55

X_____

***Duplicate Copy ***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
MOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR CASHIER

Campo / Meadows

Island Way Grill
20 Island Way
Clearwater Beach, FL
727-461-6617
www.islandwaygrill.com
Date:      Feb02'12 08:59PM
Card Type:  Amex
Acct #:    XXXXXXXXXX1008
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  528606
Check:     1769
Table:     80/1
Server:    166 SAMANTHA

Subtotal:      201.00

Gratuity:       40

Total:       241 00

Sign:     _____
I agree to pay above total

Two Dinner

ARMANI'S LOUNGE
GRAND HYATT TAMPA BAY
CHECK:      7874
GST CHKID:  2
SERVER:     612 JOHN N.
DATE:       JAN31'12  8:39PM
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXX1008
EXP DATE:   XX/XX
AUTH CODE:  539581
RESEARCH:   000000000000
           ALLAN J CAMPO

SUBTOTAL:        110.75
TIP:              22 00
TOTAL:           132. 75
           _____
CUSTOMER SIGNATURE

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT
           132.75
           ÷  2
           66.38

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

| Project |
| --- |
| |
| Date |
| 02/28/12 |

| Invoice No. |
| --- |
| 941 |

| Due Date |
| --- |
| 02/29/12 |

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| TBW v. HDR Engineering Inc: Performed 1 Day Custom Focus Group Study in Tampa, Florida on February 21, 2012. | | 9,500.00 | 9,500.00 |
| Document review, studied ▮▮▮▮▮▮ pre-research conference calls, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 43 | 345.00 | 14,835.00 |
| Expenses include recruiting and compensating surrogate jurors, facility costs, catering, equipment rental, audio visual support, travel and accommodations for staff, etc.. | | 7,234.66 | 7,234.66 |
| Flat fee refund Thank you for your business.  Invoice due upon receipt. American Jury Centers EIN# 42-1754528 | | | -9,500.00 |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
| --- | --- | --- | --- | --- |
| 22,069.66 | 00TF | 809110 | 66055 | 001 |
| 22,069.66 | TOTALS | Hold: | Attachment | |

APPROVALS:
Project Manager
Department Mgr/Acct

| | Total | $22,069.66 |
| --- | --- | --- |

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project |
| --- |
| |
| |

| Date |
| --- |
| 03/19/12 |

| Invoice No. |
| --- |
| 943 |

| Due Date |
| --- |
| 04/08/12 |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| TBW v. HDR Engineering Inc: Total hourly work performed by Stuart Simon, Allan Campo and Gary Giewat from February 22 to March 15, 2012 as detailed below. | 285.75 | 345.00 | 98,583.75 |
| | | | |

Pre-Trial Consulting/Jury Selection- Performed by Stuart Simon, Allan Campo and Dr. Giewat from 2/22 to 3/13. ███████████████ and reviewed case documents; met with counsel to discuss case strategy; met with attorney and trial team to discuss ████████ Court's time and evidentiary constraints; communication training with expert witnesses; assisted with revisions and selection of demonstrative evidence; wrote materials for counsel as directed; worked on plan for jury selection; conferred with attorney and trial team regarding jury selection; worked with attorneys on preparation for voir dire; attended and participated in voir dire and jury selection.

At Trial Consulting and Support- Work performed by Stuart Simon and Allan Campo March 14th and 15th: Attended and monitored trial; assisted with preparation for direct cross examination of witnesses; wrote materials for counsel as directed; assisted with witness training and preparation; assisted with exhibit selection and provided input on trial strategy.

Thank you. Payment due upon receipt.
American Jury Centers EIN# 42-1754528

| | Total | $98,583.75 |
| --- | --- | --- |

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

| Project |
|---|
|  |

| Date |
|---|
| 04/03/12 |

| Invoice No. |
|---|
| 944 |

| Due Date |
|---|
| 04/23/12 |

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| TBW v. HDR Engineering Inc: Total hourly work performed by Allan Campo and Stuart Simon from March 16-31, 2012 in Tampa, Florida; including, but not limited to, attendance at trial, witness communication training, and strategic consulting.<br><br>Thank you for your business. Payment due upon receipt.<br>American Jury Centers EIN# 42-1754528 | 382.25 | 345.00 | 131,876.25 |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 131,876.25 | 00079 | 809110 | 66055 | 001 |

131,876.25 TOTALS    Hold:_____    Attachment_____

APPROVALS:
    Project Manager
    Department Mgr/Acct

| | Total | $131,876.25 |
|---|---|---|

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project | | |
|---|---|---|
| | | |
| **Date** | | |
| 04/18/12 | | |
| **Invoice No.** | | |
| 945 | | |
| **Due Date** | | |
| 04/19/12 | | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| TBW v. HDR Engineering Inc:  Total hourly work performed by Stuart Simon and Allan Campo from April 1-10, 2012, including, but not limited to, attendance at trial, witness communication training, strategic consulting, and drafting, editing and finalizing the closing statement. | 172.25 | 345.00 | 59,426.25 |
| | | | |
| Expenses include travel and accommodations. | | 3,345.80 | 3,345.80 |
| | | | |
| American Jury Centers EIN# 42-1754528 Thank you for your business. | | | |

| | Total | $62,772.05 |
|---|---|---|

*RB - TBW*

HMSHOST
C HOME TEAM
TAMPA INTERNATIONAL AIRPORT

128527 Anakarel
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
785                          GST 1
        MAR14'12  6:33AM
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
    TO GO

1 PANINI HAM                    9.99
    BRKFST POTATO
    ADD ONIONS RED
1 JUC NAKED BTL                 3.99
    XXXXXXXXXXXX7393
    VISA                       14.96

    SUBTOTAL                   13.98
    TAX                         0.98
    AMOUNT PAID            14.96

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

        TIM JUUL
      813-396-3983
   TIM.JUUL@HMSHOST.COM

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6056

Merchant ID: 996200199881
Term ID:

Sale

VISA
XXXXXXXXXXXX6906
Entry Method: Swiped
Apprvd: Online            Batch#: 000022
03/08/12                        23:40:11
Host Response: AUTH/TKT  074011

Invoice #: 000004    Appr Code: 074011
Apriva Transaction #: 159

Total:              $       13.00

Customer Copy

  **PARKING VOUCHER** 

1215065

## RESERVATION ITINERARY

Type: Uncovered Self Parking
Parker: Gary Giewat
Airport: New Orleans International Airport - MSY
Check In: Mar 09 2012 07:00AM
Check Out: Mar 14 2012 02:30PM
Vehicle: Saturn Vue 2004 Red

## PARKING FACILITY

Park 'N Fly New Orleans
1017 Airline Drive
Kenner, LA 70062
504-469-4716

## PAYMENT INFORMATION

Paid for by: Gary Giewat (Frequent User)
Base Cost: $51.00
Airport Use Fee: $3.06
Parking Tax: $5.10
States Sales Tax: $2.04
Jefferson Parrish Sales Tax: $2.42
Subtotal: $63.62
Coupon: -$10.60
Travel Insurance: $2.00
Reservation Fee: $3.99
Total Amount Paid: $59.01
PAID IN FULL

## FACILITY INSTRUCTIONS

Customer must present the voucher to the cashier when exiting the lot.

## ***IMPORTANT NOTES***

YOU MUST PRESENT A PRINTED COPY OF THE ADOBE PDF BARCODED PARKING VOUCHER AS PROOF OF PRE-PAYMENT. FAILURE TO DO SO WILL RESULT IN THE FACILITY CHARGING YOU FOR YOUR PARKING STAY. PARKRIDEFLYUSA.COM IS NOT RESPONSIBLE FOR ADDITIONAL CHARGES LEVIED BY THE FACILITY. NO REFUNDS WILL BE GIVEN WHEN THE PRINTED CONFIRMATION IS NOT SUBMITTED.

PARK RIDE FLY PRE PAID RESERVATIONS CAN NOT BE COMBINED WITH ANY OTHER DISCOUNT OFFER.

This offer is not valid in combination with any other offer.

## FULL INSTRUCTIONS

Shuttles pick up customers at their car and depart for the airport every three to five minutes.

Return location / times: Shuttles pick up customers outside baggage claim and return them directly to their car every three to five minutes.

## TERMS AND CONDITIONS

You must present your printed bar coded voucher as proof of pre-payment. Failure to do so will result in the facility charging you for your parking stay. Park Ride Fly USA is not responsible for additional charges levied as a result of not presenting your reservation voucher. NO REFUNDS WILL BE GIVEN WHEN THE PRINTED BAR-CODED VOUCHER IS NOT SUBMITTED. Your reservation is pre-paid according to the dates and times you have requested. If you return later than selected, the parking facility reserves the right to charge you the posted rate for the additional time stayed. If you should return earlier than selected and a credit is due, it will be issued in the form of a rain check. There will be a charge for cancellations without a 24 hour notice. For your convenience you may cancel your reservation on our website 24 hours a day. In booking this reservation with Park Ride Fly USA you have agreed to our Terms of Use. For more information on our Terms of Use you may visit our website: www.parkrideflyusa.com

CHECK OUT OUR NEW MOBILE SITE "http://m.parkrideflyusa.com

A one day parking rate will be charged without a 24 hr advance notice for cancellation. No refunds will be given when your voucher is not submitted.

If you have any questions concerning your reservation please call our help desk at 1-866-922 (PARK)7275. We will be happy to assist you.

Website Customer Support Hours:
Monday - Friday 7:00 am - 11:00 pm EST
Saturday 9:00 am - 5:00 pm EST
Sunday Hours - 10:00 am - 6:00 pm EST
Holidays 9:00 am - 2:00 pm EST

Copyright 2009 Park Ride Fly USA, LLC. All Rights Reserved. 776 Farmington Avenue, West Hartford, CT 06119

 **Southwest Airlines Confirmation-GIEWAT/GARY-Confirmation: IFFQGU**
1 message

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>          Sun, Feb 26, 2012 at 4:48 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: GGIEWAT@gmail.com

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 03/09/12 - Tampa

 **AIR Itinerary**

### AIR Confirmation: IFFQGU          Confirmation Date: 02/26/2012

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| GIEWAT/GARY | 00000079992032 | 5262424204067 | Feb 25, 2013 | 5018 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Mar 9 | 472 | Depart **NEW ORLEANS LA** (MSY) at **08:30 AM**<br>Arrive in **TAMPA INTL** (TPA) at **10:55 AM**<br>Travel Time 1 hrs 25 mins |
| Wed Mar 14 | 1841 | Depart **TAMPA INTL** (TPA) at **1:25 PM**<br>Arrive in **NEW ORLEANS LA** (MSY) at **2:10 PM**<br>Travel Time 1 hrs 45 mins |

**Air Cost:** 473.60

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262424204067: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

MSY WN TPA217.67KZBP WN MSY202.79YL 420.46 END ZPMSYTPA XFMSY4.5TPA4.5
AY5.00$MSY2.50 TPA2.50







**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.

**Book a Hotel ➜**



**From:** Orbitz <travelercare@orbitz.com>
**To:** stuartsimonsays <stuartsimonsays@aol.com>
**Subject:** Your travel document PBORB3541537264
**Date:** Sun, Apr 1, 2012 7:54 am



## Your travel document

Dear stuart ,

Thanks for booking on Orbitz. Please review your reservation details below.

 **See great hotel deals for your trip.**

<span style="color:red">only charged 1/2 of ticket to TBW $590.65</span>

## Traveler information

*Traveler names, loyalty programs, and ticket type*

| Traveler 1 | **STUART SIMON** |
|---|---|
| Airline Ticket Number: | 0067017037665 Electronic |
| Loyalty Programs: | Delta Air Lines SkyMiles 2295521930 |
| Primary phone number: | 5615428590 |
| Seat preference: | Any Seat |
| Meal (if available): | Standard |
| Requests for disabled travelers: | Notice to airline of the ticket number |

## Flight itinerary

**Orbitz record locator: PBORB3541537264**

To make changes to your trip, go to

Trip details | Modify Seat Requests | Terms and conditions

| Leave | Wed, Apr 4 | 5hr 10min Total time |
|---|---|---|
| Depart | **Houston, Texas** | Delta Air Lines 4455 |
| 6:35 PM | George Bush Airport (IAH) | Terminal A | First | Canadair 900 1,204 mi | 3hr 18min |
| Stop 1 | **Salt Lake City, Utah** | |
| 8:53 PM | Salt Lake City Intl (SLC) | Terminal 2 | |

On-time performance: 80% | Seats: 01-D | Seats are confirmed. | Meal: Dinner

Flight 4455 Operated by SKYWEST DBA DELTA CONNECTION

Change planes. Time between flights: 0hr 52min

### Cost and Billing Summary

This booking is subject to our Privacy Policy and our Terms and Conditions

### Your current trip cost

**Flight**

| Adult: 1 | $1,083.72 |
|---|---|
| Airfare taxes and fees | $97.58 |
| **Total due at booking** | **$1,181.30** |

Price Assurance

Additional baggage fees may apply.

This reservation was made on Sun, Apr 1, 2012 8:44 AM CDT .

### Billing information

**Card holder's name:**
Stuart A Simon
**Card type:**
MasterCard
**Card number:**
***********1149
**Billing Address:**
242 winterberry loop
hailey, ID 83333
US

### Air policies and additional billing information

Changes to this ticket will incur change fees.

### Orbitz Travel Alerts

| Depart | **Salt Lake City, Utah** |  | Delta Air Lines 7796 |
|---|---|---|---|
| 9:45 PM | Salt Lake City Intl (SLC) \| Terminal 2 | | Economy \| Embraer 120 Brasilia Turboprop 223 mi \| 1hr 0min |
| Arrive | **Sun Valley, Idaho** | | |
| **10:45 PM** | Sun Valley Airport (SUN) | | |

On-time performance: 80%

Flight 7796 Operated by SKYWEST DBA DELTA CONNECTION

Delta Air Lines record locator: GVGBII

Security update: Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint. Review the latest airport security rules.

The following alerts have been setup for this trip.

**stuart simon**
5615428590@tmomail.net (Text message)
Receiving:Departure Alerts

*add alerts for [6] more people*

Manage alerts | Learn more



## Hotel Information
No hotel selected

 **Add a hotel in:** **Sun Valley**   **Change location, dates, more**

 **Elkhorn Village**
★★★☆☆

100 Elkhorn Road., Sun Valley, ID 83354
**1.7 miles East** from the center of Sun Valley

Nightly rates from
**$81**

Total Price
**$88**

[ Add hotel ]

 **BEST WESTERN Tyrolean Lodge**
★★★☆☆

Reviewer score  | 3.6 | out of 5

260 Cottonwood Street, P O Box 802, Ketchum, ID 83340
**0.4 miles South** from the center of Sun Valley

Nightly rates from
**$89**

Total Price
**$99**

[ Add hotel ]

**Clarion Inn of Sun Valley**
★★★☆☆

Reviewer score  | 3.0 | out of 5

600 N. Main St., P.O. Box 548, Ketchum, ID 83340
**0.2 miles Northwest** from the center of Sun Valley

Nightly rates from
**$99**

Total Price
**$109**

[ Add hotel ]

**View more Sun Valley hotels**

Prices shown as of Sun, Apr 1, 2012 are based on the following: Location: Sun Valley, Idaho, United States , Check-in: Wed, Apr 4, 2012, Check-out: Thu, Apr 5, 2012, Nights: 1, Rooms: 1, Guests: 1. Subject to availability.

*Prices reflect both the average "base rate" per night and the "Total Price" per night, which includes base rate, taxes and fees. Rates are subject to change and may not include hotel service charges, extra person charges, or incidentals, such as room service. All rates are displayed in USD unless otherwise noted. Converted rates are provided for your convenience. They are based on today's exchange rate, but the hotel will charge you in the local currency.

Lastly, please remember that your itineraries are always available in My Trips. If you have any questions, please visit Orbitz Customer Service.

Again, thank you for choosing Orbitz.

Enjoy your trip!

The Orbitz Travel Team

**Please do not respond directly to this e-mail. Contact us here

Orbitz

500 W. Madison St., Suite 1000

Chicago, IL 60661

**From:** Orbitz <travelercare@orbitz.com>
**To:** stuartsimonsays <stuartsimonsays@aol.com>
**Subject:** Your travel document PBORB2223324824
**Date:** Tue, Mar 6, 2012 3:56 pm

---

 **Your travel document**

Dear stuart ,

Thanks for booking on Orbitz. Please review your reservation details below.

 **See great hotel deals for your trip.**

## Traveler information

Traveler names, loyalty programs, and ticket type

| | |
|---|---|
| **Traveler 1** | **STUART SIMON** |
| Airline Ticket Number: | 0377014730967 Electronic |
| Loyalty Programs: | US Airways Dividend Miles 91J0X68 |
| Primary phone number: | 5615428590 |
| Seat preference: | Any Seat |
| Meal (if available): | Standard |
| Requests for disabled travelers: | Notice to airline of the ticket number |

## Flight itinerary

**Orbitz record locator: PBORB2223324824**

To make changes to your trip, go to

Trip details | Modify Seat Requests | Terms and conditions

| **Leave** | **Wed, Mar 7** | 3hr 42min Total time | |
|---|---|---|---|
| Depart | **Phoenix, Arizona** | | US Airways 574 |
| 4:10 PM | Sky Harbor Airport (PHX) \| Terminal 4 | | First class \| Airbus A319 |
| | | | 1,782 mi \| 3hr 42min |
| Arrive | **Tampa, Florida** | | |
| 9:52 PM | Tampa Airport (TPA) | | |

On-time performance: 60% | Seats: 01-D | Seats are confirmed. | Meal: Dinner

US Airways record locator: A5WE1P

Security update: Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint. Review the latest

### Cost and Billing Summary

This booking is subject to our Privacy Policy and our Terms and Conditions

### Your current trip cost

**Flight**

| | |
|---|---|
| Adult: 1 | $561.86 |
| Airfare taxes and fees | $52.94 |
| **Total due at booking** | **$614.80** |

Price Assurance

Additional baggage fees may apply.

This reservation was made on Tue, Mar 6, 2012 4:45 PM CST .

### Billing information

**Card holder's name:**
Stuart A Simon

**Card type:**
MasterCard

**Card number:**
***********1149

**Billing address:**
242 winterberry loop
hailey, ID 83333
US

### Air policies and additional billing information

Changes to this ticket will incur change fees

### Orbitz Travel Alerts

The following alerts have been setup for this trip.

airport security rules.

**stuart simon**
5615428590@tmomail.net (Text message)
Receiving:Departure Alerts

*add alerts for [6] more people*

Manage alerts | Learn more

## Hotel Information
No hotel selected

 **Add a hotel in:** Tampa  Change location, dates, more

 **Sailport Waterfront Suites**
★★★☆☆

**Reviewer score** 3.8 out of 5

2506 Rocky Pointe Drive, Tampa, FL 33607
**6.8 miles West** from the center of Tampa

Nightly rates from
**$127**
Total Price
**$142**
[Add hotel]

 **La Quinta Inn Tampa Bay Pinellas Park Clearwater**
★★★☆☆

**Reviewer score** 3.3 out of 5

7500 Hwy 19 North, Pinellas Park, FL 33781
**15.6 miles Southwest** from the center of Tampa

Nightly rates from
**$79**
Total Price
**$88**
[Add hotel]

 **Howard Johnson Plaza Tampa-Downtown**
★★★☆☆

**Reviewer score** 3.3 out of 5

111 W Fortune St, Tampa, FL 33602
**0.4 miles Northwest** from the center of Tampa

Nightly rates from
**$119**
Total Price
**$131**
[Add hotel]

View more Tampa hotels

Prices shown as of Tue, Mar 6, 2012 are based on the following: Location: Tampa, Florida, United States , Check-in: Wed, Mar 7, 2012, Check-out: Thu, Mar 8, 2012, Nights: 1, Rooms: 1, Guests: 1. Subject to availability.

*Prices reflect both the average "base rate" per night and the "Total Price" per night, which includes base rate, taxes and fees. Rates are subject to change and may not include hotel service charges, extra person charges, or incidentals, such as room service. All rates are displayed in USD unless otherwise noted. Converted rates are provided for your convenience. They are based on today's exchange rate, but the hotel will charge you in the local currency.

## Activities Information

 Add activities in Tampa




Lastly, please remember that your itineraries are always available in My Trips. If you have any questions, please visit Orbitz Customer Service.

Again, thank you for choosing Orbitz.

Enjoy your trip!

The Orbitz Travel Team

**Please do not respond directly to this e-mail. Contact us here

Orbitz

500 W. Madison St., Suite 1000

Chicago, IL 60661



TAMPA - CLEARWATER - ST. PETE - BRADENTON - SARASOTA - ORLANDO - DISNEY

**Office**
**813.964.8000**

**Fax**
**813.247.1500**

*Cab Receipt*

Driver: _____

Date: 4/3/12

Fare: $ 30.⁰⁰



**YELLOW CAB**

Servicing
The Greater
Tampa Bay Area
**24/7**

**813.253.0121**

*FARE RECEIPT*

Date 3/7/12

Cab # _____

Fare $ 30.⁰⁰



American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

Bill To:

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Project |
| --- |
| |

| Date |
| --- |
| 01/26/12 |

| Invoice No. |
| --- |
| 938 |

| Due Date |
| --- |
| 02/15/12 |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| TBW v. HDR Engineering Inc.: Performed by Allan Campo between November 28 and December 27, 2011. | 59.75 | 345.00 | 20,613.75 |
| - reviewed videos of complete jury exercise and made notes ███████ (11/28) | | | 0.00 |
| - made notes and workded on ███████ (12/1, 8) | | | |
| - met with counsel all day (12/09) | | | |
| - met with counsel and worked on re-draft (12/10) | | | |
| - worked on ███████ (12/26) | | | |
| - meeting in Dallas: work on notes; met all day with attorneys and client (12/27) | | | |
| | | | |
| Expenses include travel and accommodations. | | 2,637.74 | 2,637.74 |
| | | | |
| American Jury Centers EIN# 42-1754528 Thank you for your business. | | | |



5035 SS3

23,251.49

| Amount | GL Unit | GL Account | Project ID | Activ ID |
| --- | --- | --- | --- | --- |
| 23,251.49 | 0009 | 809110 | 66085 | 001 |

TOTALS

Hold: _____    Attachment _____

APPROVALS:
Project Manager
Department Mgr/Acct

HDR

| | Total | $23,251.49 |
| --- | --- | --- |

American Jury Centers

# Invoice

American Jury Centers
PO Box 828
Sun Valley, IDAHO 83353

| Project |
| --- |
| |
| Date |
| 09/21/11 |
| Invoice No. |
| 925 |
| Due Date |
| 10/11/11 |

**Bill To:**

Wayne Mason
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| TBW v. HDR Engineering, Inc:  Performed 1-day custom jury research for client in Tampa, Florida on 8/25/2011. | | 13,500.00 | 13,500.00 |
| ███████████████████ | 21 | 345.00 | 7,245.00 |
| Final preparation for research: meeting with attorneys, review and adjust presentations for mock trial. | | | |
| ████████████████ | | | |
| Expenses include recruiting and payment of research jurors, facility costs, catering, equipment rental, audio visual support, travel and accommodations for staff, etc... | | 15,664.94 | 15,664.94 |
| Prepayment credit | | | -19,500.00 |
| Amerian Jury Centers EIN# 42-1754528 | | | |

16,909.94    0009 809110         66055      001

16,909.94 TOTALS    Hold:         Attachment

APPROVALS:
    Project Manager
    Department Mgr/Acct

| | Total | $16,909.94 |
| --- | --- | --- |