# ARGILA ENTERPRISES, INC.

76 Woodside Drive
Lakeland, FL 33813-3557
USA

*Voice & Fax:* +1-863-646-1842
*E-mail:* wdcarrier@verizon.net



2/2/10
312-14
rec'd 2/1/10
via
e-mail
KJ

February 1, 2010

Ms. Kathy Gilman, ACP
Forizs & Dogali
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634

**PAY NOW**
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

Invoice No. 1013

| | |
|---|---|
| Reference: | C. W. Bill Young Regional Reservoir — Tampa Bay |
| Scope: | Organize and deliver my project files to the Forizs & Dogali office in Tampa on Aug 19, in response to a subpoena. |
| Period: | August 1 - 31, 2009 |
| Consulting: | 11 hr @ $215/hr     =     $2,365.00 |

ARGILA ENTERPRISES, INC.

W. David Carrier, III
President

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 2,365.00 | 0005A | 809110 | 66055 | 001 |
| 2,365.00 TOTALS | Hold: _____ | Attachment _____ | | |

APPROVALS:
  Project Manager
  Department Mgr/Acct