

# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX  75226

| Date | Invoice No. |
|------|-------------|
| 03/26/12 | 3657 |

**Bill To:**

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|--------|---------|------------|------------|----------|
| 29,033.99 | 00079 | 809110 | 66055 | 001 |

29,033.99 TOTALS    Hold:_____  Attachment_____

APPROVALS:
Project Manager
Department Mgr/Acct

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
|  |  | Due on receipt | 03/26/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/11/12 | JA Design | Worked on callout slides for opening per CG. | 9.42 | 175.00 | 1,648.50T |
| 03/11/12 | KC Design | Flash demonstratives development/ revisions in preparation for potential Monday opening. | 5.15 | 150.00 | 772.50T |
| 03/11/12 | KC Animation | Working on last round of revsions for Settling Upon Saturation video with Katie. | 4.13 | 150.00 | 619.50T |
| 03/11/12 | KC Design | Slide revsions and additions for opening. | 5.27 | 150.00 | 790.50T |
| 03/12/12 | CG Case Mgmt | Preparing for opening statement. | 7.75 | 225.00 | 1,743.75T |
| 03/12/12 | KC Design | Working in court to set up last items, playing aerial video for potential jurors, developing Flash interactive template and slide revisions for Wayne's opening. | 16.73 | 150.00 | 2,509.50T |
| 03/13/12 | JA TCode-C | Synchronize transcript to video for witness William Brumund, deposition date of 8/25/2010. | 5.73 | 75.00 | 429.75T |
| 03/13/12 | JA TCode-C | Synchronize transcript to video for witness William Brumund, deposition date of 8/26/2010. | 6.48 | 75.00 | 486.00T |
| 03/13/12 | JA TCode-C | Synchronize transcript to video for witness William Brumund, deposition date of 8/27/2010. | 6.72 | 75.00 | 504.00T |
| 03/13/12 | CG Presentati | In court presenting for opening statement. | 9.95 | 225.00 | 2,238.75 |
| 03/13/12 | CG Case Mgmt | Preparing for cross of Seeber and other witnesses. | 12.4 | 225.00 | 2,790.00T |
| 03/13/12 | KC Design | Reviewing slide revisions with Wayne first thing in AM, making changes and heading to courthouse. | 1.1 | 150.00 | 165.00T |
| 03/13/12 | KC Design | At courthouse for remaining jury selection, opening after lunch. | 9.2 | 150.00 | 1,380.00T |
| 03/14/12 | CG Presentati | In court presenting for Seeber cross and Carrier. | 10.07 | 225.00 | 2,265.75 |
| 03/14/12 | CG Case Mgmt | Preparing for Carrier cross and cross of other witnesses. | 9.18 | 225.00 | 2,065.50T |
| 03/14/12 | KC Presentation | In court. | 6.18 | 150.00 | 927.00 |
| 03/14/12 | KC Design | Revising and proofing demonstratives, going over outlines for page number verification and streamlining. | 3.28 | 150.00 | 492.00T |

| | | |
|---|---|---|
| Total | | |
| Payments | $0.00 |
| Balance Due | $29,033.99 |

Taxpayer Identification # 75-2780636    (214)421-5900    mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**



# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 03/26/12 | 3657 |

| Bill To: |
|---|
| Sedgwick LLP |
| Ms. Cori Steinmann |
| 1717 Main Street, Suite 5400 |
| Dallas, TX 75201-7367 |

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 03/26/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 03/15/12 | CG Presentati | In court presenting for Carrier cross and Swensen. | 9.85 | 225.00 | 2,216.25 |
| 03/15/12 | KC Presentation | In court. | 6.05 | 150.00 | 907.50 |
| 03/15/12 | KC Design | Demonstrative revisions and outline preparation. | 2.32 | 150.00 | 348.00T |
| 03/16/12 | CG Case Mgmt | Working on outlines for witnesses. Working on exhibits. | 2.75 | 225.00 | 618.75T |
| 03/17/12 | CG Case Mgmt | Working on exhibits. | 0.18 | 225.00 | 40.50T |
| 03/17/12 | CG Case Mgmt | Working on exhibits and outlines for witnesses. | 6.73 | 225.00 | 1,514.25T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 1,560.74 |

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | $29,033.99 |
| Payments | $0.00 |
| **Balance Due** | **$29,033.99** |



# BARNES & ROBERTS™
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

# Invoice

| Date | Invoice No. |
|---|---|
| 03/30/12 | 3662 |

**Bill To:**
Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 23,033.44 | 00079 | 809110 | 66055 | 001 |

23,033.44 TOTALS     Hold:_____ Attachment_____

APPROVALS:
Project Manager
Department Mgr/Acct

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 03/30/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/12 | KC Design | Reviewing outline with Kurt to streamlines his Monday cross examination. | 1.38 | 150.00 | 207.00T |
| 03/18/12 | CG Case Mgmt | Working on exhibits for trial. | 5.02 | 225.00 | 1,129.50T |
| 03/18/12 | CG Case Mgmt | Working on outlines and exhibits for trial. | 6.43 | 225.00 | 1,446.75T |
| 03/19/12 | KC Presentation | In court, follow-up meeting. | 8.28 | 150.00 | 1,242.00 |
| 03/19/12 | KC Design | Outline review and preparation for trial. | 2.52 | 150.00 | 378.00T |
| 03/19/12 | CG Presentati | In court presenting for cross. | 10.07 | 225.00 | 2,265.75 |
| 03/19/12 | CG Case Mgmt | Preparing for Brumund cross. | 4.73 | 225.00 | 1,064.25T |
| 03/20/12 | KC Presentation | In court, follow-up meeting. | 8.35 | 150.00 | 1,252.50 |
| 03/20/12 | CG Presentati | In court presenting for cross. | 9.28 | 225.00 | 2,088.00 |
| 03/21/12 | KC Presentation | In court, follow-up meeting. | 7.62 | 150.00 | 1,143.00 |
| 03/21/12 | KC Design | Demonstrative revisions. | 3.07 | 150.00 | 460.50T |
| 03/21/12 | KC Design | Outline review and preparation for trial. | 3.78 | 150.00 | 567.00T |
| 03/21/12 | CG Presentati | In court presenting for cross. | 7.42 | 225.00 | 1,669.50 |
| 03/21/12 | CG Case Mgmt | Preparing exhibits for trial. | 1.9 | 225.00 | 427.50T |
| 03/22/12 | KC Presentation | In court, follow-up meeting. | 7.77 | 150.00 | 1,165.50 |
| 03/22/12 | CG Case Mgmt | In court presenting for Brumund cross. | 8.27 | 225.00 | 1,860.75T |
| 03/22/12 | AH DVT Edit | Digital Video Transcript editing per provided designations. Witness: Maxwell 6/7/10. | 1.37 | 125.00 | 171.25T |
| 03/22/12 | TK DVT Edit | Digital Video Transcript editing per provided designations. Witness: Adams & Lemley. | 0.77 | 125.00 | 96.25T |
| 03/23/12 | KC Design | Re-exporting Flash-based applications as standalones, organizing and revising for court. | 2.53 | 150.00 | 379.50T |
| 03/23/12 | KC Design | Updating exhibit 1287, integrating trascripts into trial director, finding photos for Katie for metadata and screenshots. | 4.7 | 150.00 | 705.00T |

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $23,033.44 |

Page 1



# Invoice

**BARNES & ROBERTS™**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 03/30/12 | 3662 |

**Bill To:**
Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 03/30/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/12 | KC Design | Reviewing David Kent's latest outline in preparation for run-through on Sunday, corss-referencing, OCRing documents that need it. | 4.57 | 150.00 | 685.50T |
| 03/09/12 | Reimb Group | CG: 3/9 parking fee at Love Field Airport - trial presentation support | | 14.00 | 14.00T |
| 03/09/12 | | CG: 3/9 Taxi fare from Airport to HDR | | 15.00 | 15.00T |
| 03/09/12 | | CG: 3/9 Taxi fare from Courthouse to Airport | | 30.00 | 30.00T |
| 03/12/12 | | CG: 3/12 Cab Fare from the Airport in Tampa - trial presentation support | | 30.00 | 30.00T |
| 03/12/12 | | CG: 3/12 dinner for CG at DFW airport - Trial presentation support | | 16.04 | 16.04T |
| 03/13/12 | | CG: 3/13 dinner for CG & KC in Tampa, FL - Trial presentation support | | 82.62 | 82.62T |
| 03/14/12 | | CG: 3/14 transportation from Hotel to Court - trial presentation support | | 8.00 | 8.00T |
| 03/15/12 | | CG: 3/15 transportation from Hotel to Court - trial presentation support | | 6.00 | 6.00T |
| 03/17/12 | | CG: 3/17 appetizers before lunch for KC, CG and CS in Tampa, FL - Trial presentation support | | 28.25 | 28.25T |
| 03/17/12 | | CG: 3/17 lunch for CG, KC and CS in Tampa, FL - Trial presentation support | | 36.30 | 36.30T |
| 03/19/12 | | CG: 3/19 transportation from Hotel to Court - trial presentation support | | 13.00 | 13.00T |
| 03/19/12 | | CG: 3/20 transportation from Hotel to Court - trial presentation support | | 9.00 | 9.00T |
| 03/20/12 | | CG: 3/20 dinner for CG and KC in Tampa, FL - Trial presentation support | | 57.16 | 57.16T |

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$23,033.44** |



**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX  75226

# Invoice

| Date | Invoice No. |
|------|-------------|
| 03/30/12 | 3662 |

Bill To:

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
|  |  | Due on receipt | 03/30/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/21/12 |  | CG: 3/22 airfare from Tampa back to DFW |  | 377.80 | 377.80T |
| 03/21/12 |  | CG: 3/21 dinner for CG, KC & CS in Tampa, FL - Trial presentation support |  | 114.23 | 114.23T |
| 03/22/12 |  | CG:  3/22 toll at DFW airport - returning from trial presentation support |  | 2.00 | 2.00T |
| 03/24/12 |  | KR: 3/25 - 3/31 Round trip airfare to Tampa, FL - trial presentation support |  | 858.70 | 858.70T |
|  |  | Total Reimbursable Expenses |  |  | 1,698.10 |
|  |  | Sales Tax  - Outlet 2 D2 |  | 8.25% | 930.34 |

Taxpayer Identification # 75-2780636      (214)421-5900    mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | $23,033.44 |
| Payments | $0.00 |
| **Balance Due** | **$23,033.44** |

0067-0063 CG

1025
Server: COURTNI M                    Rec:709
03/12/12 20:21, Swiped    T: 971 Term: 6

Pappasito's #20
DFW
2610 International Pkwy
(972)615-3219
MERCHANT #: 67071730196

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4012
Name: CASEY GOODEN
OO TRANSACTION APPROVED
AUTHORIZATION #: 534577
Reference: 0312010001025
TRANS TYPE: Credit Card SALE

CHECK:                    14.04

TIP:                       2.

TOTAL:                    16.04


X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
*******************************************

---

0067-0063 CG
Love Field
PARKING SYSTEMS
7001 OF AMERICA
CEDAR SPRINGS
DALLAS TX 79235

TERMINAL I.D.:
MERCHANT #4                    07088012
AMEX                      0000070042012
XXXXXXXXXX4012
BATCH 002257
SALE              INV: 30
DATE: MAR 09,12   TIME: 19:17:02
AUTH NO: 557763
TIP
TOTAL
GENERAL MERCHANDISE 00         $14.00
CASEY GOODEN

***CUSTOMER COPY***

---

-- CUSTOMER COPY --
-- TEAR HERE --
CUSTOMER COPY
0067-0063 CG
GULF COAST TRANS
CAB-DR ID   361-447427
03/09/2012 11:05
DIST                 0.0 mi
FARE                $15.00
TIP                  $0.00
TOTAL               $15.00
Paid By:
AMERICAN EXPRESS
XXXXXXXXXX4012
THANK YOU
CALL AGAIN
(813) 777-7777

Taxi Airport to HDR

---

-- CUSTOMER COPY --
-- TEAR HERE --
CUSTOMER COPY
0067-0063 CG
GULF COAST TRANS
CAB-DR ID   328-567736
03/09/2012 14:53
DIST                 0.0 mi
FARE                $25.00
TIP                  $5.00
TOTAL               $30.00
Paid By:
AMERICAN EXPRESS
XXXXXXXXXX4012
THANK YOU
CALL AGAIN
(813) 777-7777

Taxi Courthouse to airport

CG 0067-0063
CG, KC-9CS
KCG

---

Centro Cantina
Tampa, FL

TRANSACTION RECORD

CG, KC * CS
CG, 0067-0063

CARD TYPE:AMEX
NU. ************4012 EXPI.:****
ENTRY:SWIPED
AUTHORIZATION:582311
STORE #:0
TERMINAL:3
REFERENCE:199645

appetizers

PURCHASE     $26.25
TIP          2.00
TOTAL        _____

MARCH 17,2012 13:49:17
Server's name : Miranda

THANK YOU

CUSTOMER COPY

---

Fresh Mouth Burger
1600 E. 8th Ave #1010
Ybor City, FL 33605

TRANSACTION RECORD

CARD TYPE:Amex
NU. ***********4012 EXP.:****
ENTRY:SWIPED
AUTHORIZATION:566278
STORE #:0
TERMINAL:3
REFERENCE:196609

lunch

PURCHASE     $31.30
TIP          36.30
TOTAL        _____

MARCH 17,2012 14:29:07
Server's name : CYNTHIA

THANK YOU

CUSTOMER COPY

---

Spain Restaurant
513 Tampa Street
Tampa, Florida 33602
(813) 223-2831

KCG

0067-0063

PURCHASE APPROVAL

Date/Time:        2012-03-13 08:12 PM
Order Number:     25940
Account Type:     CREDIT
EDC Tran ID:      65422776
Server:           Barbara
Table:            25

Entry Mode:       Swiped
Card Number:      XXXXXXXXXXXX4012
Card Expire:      XX/XX
Card Type:        American Express
Cardholder Name:  CASEY GOODEN
Approval Code:    584787
Reference Number: 15144

PURCHASE:         $70.62
Gratuity:         _____
Total:            8.62

Cardmember acknowledges receipt of
goods and/or services in the amount
of the total shown hereon and agrees
to perform the obligations set forth
by cardmember's agreement with issuer

Signature: _____

CG: 6267-0063

## Pizzaiolo Bavaro
514 Franklin Street
Tampa, Florida 33602

2012-03-21 07:36:42 pm
Jenna

Card-Holder:      GODDEN/CASEY
Card-Type:        AMEX
Card-Number:      *************4012
Auth-Code:        561238

Amount:                    $95.23

Tip:                        19.00

Total:                      114.23

REF#: 632124001          
Check #1 Table 5  [32124001]

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher).
*** MERCHANT COPY ***
N e t P O S

---

0067-0063 CG+KC

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

Date:         03/20/2012 10:59PM
Card Type:    AMEX
Acct Num:     *************4012
Exp Date:     **/**
Customer:
Card Entry:   SWIPED
Trans Type:   PURCHASE
Auth Code:    568680
Check:        1561
Table:        60-1
Server:       1005 renee

**Amount :**            $40.66

TIP:                     6.50

TOTAL:                  S7.16

SIGNATURE: _____

I agree to pay above total
according to my card issuer agreement

*** Customer Copy ***

## Receipt 1 — Airport Toll

00G7-00G3
Airport Toll

DALLAS/FORT WORTH
INT'L AIRPORT

*** Thank You ***

Entr: 20:04 03/22/12 Lane # 11
Exit: 20:38 03/22/12 Lane # 29 C.# 517
License Plate TX 129972L Sen. #7297
Taxes Included $00002.00 Cash

C.Gooden

## Receipt 2 — Blue One Transportation

00G7-00G3 CLn Shuttle to Court
**Receipt For Fare**

Fare $ 13.00

Date 3/8/12 ____ Total amount paid $ ____ Gratuity $ ____

Driver Mike
Van# 19

**Blue One**
Transportation

Tampa, Florida
813-789-8380

## Receipt 3 — Blue One Transportation

00G7-00G3 C.Gooden
**Receipt For Fare**
Shuttle to Court

Fare $ 9.00

Date 3/20/12 ____ Total amount paid $ 9.00 Gratuity $ ____

Driver Steve
Van# 17

**Blue One**
Transportation

Tampa, Florida
813-789-8380



## Receipt 1

Blue One Transportation
Tampa, Florida
813-789-8380

Van# 17
Driver: Stu
Date 3/15/12   Total amount paid $ 6.00
Fare $ 6.00   Gratuity $

00L7-00L3
Receipt For Fare

Cg. Shuttle to Court

## Receipt 2

United Cab
253-2424

CGooden
You Can Find Us Everywhere
We Can Take You Anywhere

Date 3/14/12   Time ____   Cab# ____
Driver Name ____
Customer Name ____   Amount of Fare $ 32
Pickup ____   airport
Destination ____

THANK YOU FOR YOUR BUSINESS

00L7-00L3  CGooden
Receipt For Fare
Shuttle to Court

Date 3-14-12
Fare $ 8.00   Total amount paid $   Gratuity $
Driver ERIK
Van# 17

Blue One Transportation
Tampa, Florida
813-789-8380

0067-0063
CG.
Return airfare

From: "American Airlines@aa.com" <notify@aa.globalnotifications.com>
Subject: E-Ticket Confirmation-LCFKJN 22MAR
Date: March 21, 2012 5:59:05 PM CDT
To: "CGOODEN@BARNESANDROBERTS.COM" <CGOODEN@BARNESANDROBERTS.COM>



**AmericanAirlines**
AA.com

...ary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |

Date of Issue: 21MAR12

Casey Gooden:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

Record Locator: LCFKJN

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel         Book a car         Buy trip insurance



Budget
Up to $25 off plus...
AVIS
Earn miles on this trip
Enroll Now!
TRAVEL BIG. NO MATTER WHAT SIZE YOUR BUSINESS IS.
BUSINESS SUITE
30 DAYS UNLIMITED ACCESS. $99.

Record Locator: LCFKJN



## Itinerary

| | Flight Number | City | Date & Time | City | Date & Time | Time | |
|---|---|---|---|---|---|---|---|
| **AA** American Airlines | 679 | TAMPA | THU 22MAR 6:35 PM | DALLAS FT WORTH | 8:30 PM | | L |
| | Casey Gooden | FF#: H08E352 | | Economy | | | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | | FARE | FEES CHARGES | TICKET COST |
|---|---|---|---|---|---|
| CASEY GOODEN | 0012306375708 | | 341.40 | 36.40 | 377.80 |
| Payment Type: American Express | | | | | |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have

questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage .

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

| Conditions Of Carriage | Special Assistance | Flight Check-In | Flight Status Notification |
|---|---|---|---|


Our **Lowest Fare** Guarantee Only at AA.com


member of one

We know why you fly'
**American**Airlines'
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 5213462150542116335242100

CE✓
CB✓

From: Kelly Roberts <KROBERTS@BARNESANDROBERTS.COM>
Subject: **Fwd: Southwest Airlines Confirmation-ROBERTS/KELLY-Confirmation: I7WUDG**
Date: March 27, 2012 11:47:36 AM CDT
To: Mary Ellen Kutos <mkutos@barnesandroberts.com>

0067-0063

Begin forwarded message:

From: "Southwest Airlines" <SouthwestAirlines@luv.southwest.com>
Subject: **Southwest Airlines Confirmation-ROBERTS/KELLY-Confirmation: I7WUDG**
Date: March 24, 2012 3:34:19 PM EDT
To: KROBERTS@BARNESANDROBERTS.COM
Reply-To: "Southwest Airlines" <no-reply@luv.southwest.com>

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 03/25/12 - Tampa

 AIR Itinerary

**AIR Confirmation: I7WUDG**          Confirmation Date: 03/24/2012

Budget
SAVE UP TO 30%
2400 Rapid Rewards Points
BOOK NOW


| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| ROBERTS/KELLY | 00000084445653 | 5262430286777 | Mar 24, 2013 | 9888 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Mar 25 | 2003 | Depart **DALLAS LOVE FIELD (DAL)** at **10:00 AM**<br>*Stops in AUSTIN TX (AUS)*<br>Arrive in **TAMPA INTL (TPA)** at **2:40 PM**<br>Travel Time 3 hrs 40 mins |
| Sat Mar 31 | 2299 | Depart **TAMPA INTL (TPA)** at **3:40 PM**<br>Arrive in HOUSTON HOBBY (HOU) at **5:05 PM** |
|  | 2228 | Change planes in HOUSTON HOBBY (HOU) at **6:00 PM**<br>Arrive in **DALLAS LOVE FIELD (DAL)** at **7:00 PM**<br>Travel Time 4 hrs 20 mins |



**Find a Hotel**
See ratings, photos and
rates for over 40,000 hotels.

Book a Hotel ➡



**Rent Some Wheels**
Explore your destination on

Air Cost: 858.70

the perfect set of wheels.

Rent a Car ➡



**CLICK 'N SAVE**

Get the best travel deals straight to your inbox.

Sign Up Now



ALL-NEW RAPID REWARDS®

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262430286777: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

DAL WN TPA383.26KEV WN X/HOU WN DAL383.26KEV 766.52 END ZPDALAUSTPAHOU XFDAL4.5TPA4.5HOU3 AY7.50$DAL2.50 TPA2.50 HOU2.50

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

 Go to Boarding School ➡         **EARLYBIRD CHECK-IN**   Get EarlyBird Check -In™ Details ➡

## Cost and Payment Summary

☑ AIR - I7WUDG

| | | Payment Information |
|---|---|---|
| Base Fare | $ 766.52 | |
| Excise Taxes | $ 57.48 | Payment Type: Amer Express XXXXXXXXXXX1000 |
| Segment Fee | $ 15.20 | Date: Mar 24, 2012 |
| Passenger Facility Charge | $ 12.00 | Payment Amount: $858.70 |
| September 11th Security Fee | $ 7.50 | |
| **Total Air Cost** | **$ 858.70** | |

 **Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.

Subscribe Now ➡

**DING!**

Get exclusive travel deals straight to your desktop or iPhone.

Download DING! ➡

### Useful Tools

Check-In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.



[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed Septemeber 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2011 Southwest Airlines Co. All Rights Reserved.



# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 04/24/12 | 3666 |

Bill To:

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
| | | Due on receipt | 04/24/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/25/12 | KR Design | Fly to Florida and prepare for Monday presentation in court. | 10.28 | 250.00 | 2,570.00T |
| 03/25/12 | KC Design | Google Earth review, movie creation and compression, stills development, | 8.63 | 150.00 | 1,294.50T |
| 03/26/12 | KR Presentati | Court in Tampa, FL: Attend trial to present graphics, exhibits and deposition testimony. | 8.75 | 250.00 | 2,187.50 |
| 03/26/12 | KR Design | War Room: Work with trial team to preprare for next day of court. | 2.31 | 250.00 | 577.50T |
| 03/26/12 | KC Design | Reviewing outlines, exhibit review. | 3.73 | 150.00 | 559.50T |
| 03/26/12 | KC Presentation | In court in Tampa, FL, follow-up meeting. | 7.32 | 150.00 | 1,098.00 |
| 03/27/12 | TK DVT Edit | Digital Video Transcript editing per provided designations.  Witnesses: Richard Vaeth, Alison Adams. | 3.45 | 125.00 | 431.25T |
| 03/27/12 | AH DVT Edit | Digital Video Transcript editing per provided designations.  Witnesses: Maxwell; Vaeth; Adams. | 2.73 | 125.00 | 341.25T |
| 03/27/12 | KR Presentati | Court: Attend trial to present graphics, exhibits and deposition testimony. | 8.75 | 250.00 | 2,187.50 |
| 03/27/12 | KR Design | War Room: Work with trial team to preprare for next day of court. | 3.75 | 250.00 | 937.50T |
| 03/27/12 | KC Design | Reviewing outlines, exhibit review. | 2.07 | 150.00 | 310.50T |
| 03/27/12 | KC Presentation | In court, follow-up meeting. | 7.63 | 150.00 | 1,144.50 |
| 03/28/12 | KR Design | War Room: Work with trial team to preprare for next day of court. | 5.37 | 250.00 | 1,342.50T |
| 03/28/12 | KR Presentati | Court: Attend trial to present graphics, exhibits and deposition testimony. | 8.75 | 250.00 | 2,187.50 |
| 03/28/12 | KC Design | Reviewing outlines, exhibit review and alternates creation. | 3.42 | 150.00 | 513.00T |
| 03/28/12 | KC Presentation | In court, follow-up meeting. | 7.22 | 150.00 | 1,083.00 |
| 03/29/12 | TK DVT Edit | Digital Video Transcript editing per provided designations.  Witnesses: Alison Adams, Jack Lemley. | 2.7 | 125.00 | 337.50T |
| 03/29/12 | AH DVT Edit | Digital Video Transcript editing per provided designations (combine | 4.5 | 125.00 | 562.50T |

Taxpayer Identification # 75-2780636        (214)421-5900        mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | | |
|---|---|---|
| Total | | |
| Payments | | $0.00 |
| **Balance Due** | | **$50,502.88** |

Page 1



# Invoice

| Date | Invoice No. |
|------|-------------|
| 04/24/12 | 3666 |

Bill To:

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
| | | Due on receipt | 04/24/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| | | volumes and trim video clips);  Witnesses: Maxwell; Vaeth; Adams; Lemley. | | | |
| 03/29/12 | KR Design | War Room: Work with trial team to preprare for next day of court. | 3 | 250.00 | 750.00T |
| 03/29/12 | KR Presentati | Court: Attend trial to present graphics, exhibits and deposition testimony. | 8.75 | 250.00 | 2,187.50 |
| 03/29/12 | KC Design | Reviewing outlines, exhibit review. | 3.18 | 150.00 | 477.00T |
| 03/29/12 | KC Presentation | In court, follow-up meeting. | 7.28 | 150.00 | 1,092.00 |
| 03/30/12 | KR Presentati | Court: Attend trial to present graphics, exhibits and deposition testimony. | 6.95 | 250.00 | 1,737.50 |
| 03/30/12 | KC Presentation | In court. | 4.78 | 150.00 | 717.00 |
| 04/01/12 | KC Design | Converting, compressing and loading both Collapse videos that may now be admitted to mov for use in trial. | 1.2 | 150.00 | 180.00T |
| 04/01/12 | KC AppDevlmt | Rebuilding and programming rip-rap on SGH1 to Stair-Step Coil Cement, exporting and updating. | 3.8 | 200.00 | 760.00T |
| 04/02/12 | KR Presentati | Court: Attend trial to present graphics, exhibits and deposition testimony. | 8.5 | 250.00 | 2,125.00 |
| 04/02/12 | KR Design | Wrap up/transfer of video designations and edits to Ken and return to Dallas. | 4.33 | 250.00 | 1,082.50T |
| 04/02/12 | KC Presentation | In court, follow-up meeting. | 7.32 | 150.00 | 1,098.00 |
| 04/03/12 | KC AppDevlmt | Interactive Wedge revisions, exporting and updating. | 1.2 | 200.00 | 240.00T |
| 04/04/12 | KC Design | Reviewing/ going through Kelley Direct outline. | 1.63 | 150.00 | 244.50T |
| 04/05/12 | KC Presentation | Presentation in court, follow-up meeting. | 4.05 | 150.00 | 607.50 |
| 04/06/12 | KC Presentation | In court, follow-up meeting. | 4.12 | 150.00 | 618.00 |
| 04/06/12 | KC Travel Hr. | Tampa to Dallas travel for holiday weekend. | 4.05 | 150.00 | 607.50T |

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$50,502.88** |



# Invoice

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 04/24/12 | 3666 |

Bill To:

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
| | | Due on receipt | 04/24/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/08/12 | CG Travel Hr. | Travel to back Tampa, FL from Dallas, TX. | 3.27 | 225.00 | 735.75T |
| 04/08/12 | CG Case Mgmt | Working on materials for trial. | 1.47 | 225.00 | 330.75T |
| 04/08/12 | KC Travel Hr. | Travel from Dallas back to Tampa. | 3.47 | 150.00 | 520.50T |
| 04/09/12 | CG Presentati | In court presenting for rebuttal. | 8.12 | 225.00 | 1,827.00 |
| 04/09/12 | CG Case Mgmt | Working on materials for closing. | 0.87 | 225.00 | 195.75T |
| 04/09/12 | KC Presentation | In court, follow-up. | 7.08 | 150.00 | 1,062.00 |
| 04/09/12 | KC Design | Reviewing closing several times with Cori and Wayne. | 1.77 | 150.00 | 265.50T |
| 04/10/12 | CG Presentati | In court presenting for closing. Packing up courtroom. | 9.3 | 225.00 | 2,092.50 |
| 04/10/12 | KC Presentation | Closing arguments in trial, awaiting jury verdict, closing down and cleaning courtroom of equipment. | 8.37 | 150.00 | 1,255.50 |
| 04/11/12 | CG Case Mgmt | Packing up workroom. | 1.52 | 225.00 | 342.00T |
| 04/11/12 | KC Case Mgmt | Packing equipment and possessions for travel back to Dallas. | 1.77 | 150.00 | 265.50T |
| 04/12/12 | KC Case Mgmt | Went to Federal Courthouse to move and pack up SmartBoard for travel back to Dallas. | 1.27 | 150.00 | 190.50T |
| 04/13/12 | KC Travel Hr. Reimb Group | Tampa to Dallas travel. | 4.3 | 150.00 | 645.00T |
| 03/07/12 | | KC: 3/7 flight to Tampa for trial - fee for baggage | | 60.00 | 60.00T |
| 03/09/12 | | FedEx 798137206610 - Ken Coulter shipment of equipment to Tampa, FL for trial presentation. | | 478.58 | 478.58T |
| 03/12/12 | | KC: 3/12 transportation to Court with equipment - trial presentation support. | | 8.00 | 8.00T |
| 03/12/12 | | KC: 3/12 2nd trip - transportation to Court with equipment - trial presentation support. | | 8.00 | 8.00T |
| 03/16/12 | | KC: Seagate GoFlex Slim 320GB USB2 drive - second trial drive for case files. | | 123.00 | 123.00T |

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| Balance Due | $50,502.88 |



# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 04/24/12 | 3666 |

Bill To:

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 04/24/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/12 | | KC: 3/17 dinner for KC and trial team members - in Tampa, FL for HDR trial. | | 183.01 | 183.01T |
| 03/17/12 | | KC: 3/17 coffee for KC and trial team members - in Tampa, FL for HDR trial. | | 10.30 | 10.30T |
| 03/18/12 | | KC: 3/18 dinner for KC and trial team members - in Tampa, FL for HDR trial. | | 60.13 | 60.13T |
| 03/22/12 | | CG: 3/22 flight from Tampa back to DFW - fee for baggage. | | 25.00 | 25.00T |
| 03/24/12 | | KC: 3/24 lunch for KC and trial team members - in Tampa, FL for HDR trial. | | 35.98 | 35.98T |
| 03/26/12 | | KC: 3/26 transportation to Court with equipment - trial presentation support. | | 12.00 | 12.00T |
| 03/28/12 | | KR: supplies for trial - In Tampa, FL for trial presentation. | | 135.50 | 135.50T |
| 03/29/12 | | KC: 3/29 transportation to Court with equipment - trial presentation support. | | 8.00 | 8.00T |
| 03/30/12 | | KC: 3/30 lunch for KC & team - in Tampa, FL for trial presentation. | | 40.99 | 40.99T |
| 03/31/12 | | KC: 3/31 dinner for KC & team - in Tampa, FL for trial presentation. | | 81.23 | 81.23T |
| 03/31/12 | | KC: 3/31 lunch for KC & team - in Tampa, FL for trial presentation. | | 63.64 | 63.64T |
| 04/01/12 | | KC: 4/1 lunch for KC & team - in Tampa, FL for trial presentation. | | 32.92 | 32.92T |
| 04/02/12 | | KC: 4/2 transportation to Court with equipment - trial presentation support. | | 11.00 | 11.00T |
| 04/02/12 | | KC: 4/2 dinner for KC & team - in Tampa, FL for trial presentation. | | 30.15 | 30.15T |
| 04/03/12 | | CG: roundtrip airfare for flight to Tampa from DFW - original departure 4/4, changed to 4/8/2012. | | 869.60 | 869.60T |
| 04/03/12 | | KC: 4/3 dinner for KC & team - in Tampa, FL for trial presentation. | | 102.15 | 102.15T |
| 04/04/12 | | KC: 4/6 - 4/8 round trip airfare from Tampa to DFW and back for holiday weekend. | | 869.60 | 869.60T |

Taxpayer Identification # 75-2780636    (214)421-5900    mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| Total | |
|---|---|
| Payments | $0.00 |
| **Balance Due** | **$50,502.88** |



# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 04/24/12 | 3666 |

Bill To:

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 04/24/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/12 | | KC: 4/4 dinner for KC & team - in Tampa, FL for trial presentation. | | 78.48 | 78.48T |
| 04/05/12 | | KC: 4/5 transportation to Court with equipment - trial presentation support. | | 8.00 | 8.00T |
| 04/05/12 | | KC: 4/5 dinner for KC & team - in Tampa, FL for trial presentation. | | 125.93 | 125.93T |
| 04/05/12 | | KC: 4/5 breakfast in Tampa, FL - trial presentation. | | 21.24 | 21.24T |
| 04/06/12 | | KC: 4/6 car service from DFW airport traveling home for the weekend holiday. | | 143.00 | 143.00T |
| 04/06/12 | | KC: 4/6 transportation to Court with equipment - trial presentation support. | | 8.00 | 8.00T |
| 04/08/12 | | CG: 4/8 cab fare to DFW airport - flying back to Tampa, FL. | | 66.05 | 66.05T |
| 04/08/12 | | CG: 4/8 dinner for CG and KC at the airport waiting for flight to Tampa, FL - trial presentation. | | 56.85 | 56.85T |
| 04/09/12 | | KC: 4/9 transportation to Court with equipment - trial presentation support. | | 11.00 | 11.00T |
| 04/09/12 | | CG: 4/9 (after midnight of the 8th) cabfare from airport to hotel for CG and KC. | | 35.00 | 35.00T |
| 04/09/12 | | CG: 4/9 dinner for CG, KC and CS in Tampa, FL - trial. | | 124.98 | 124.98T |
| 04/10/12 | | KC: 4/10 transportation to Court with equipment - trial presentation support. | | 12.00 | 12.00T |
| 04/10/12 | | CG: fee to change flight for earlier trip home, original ticket was for 4/13, changed to 4/11. | | 150.00 | 150.00T |
| 04/11/12 | | CG: 4/11 transportation to the airport returning to Dallas - trial presentation support. | | 35.00 | 35.00T |
| 04/11/12 | | CG: 4/11 airline fee for baggage - trial presentation supplies. | | 25.00 | 25.00T |
| 04/11/12 | | CG: 4/11 cab fare from DFW airport - returning from Tampa, FL. | | 69.55 | 69.55T |
| 04/11/12 | | KC: 4/11 lunch in Tampa, FL - Trial presentation support. | | 20.05 | 20.05T |

Taxpayer Identification # 75-2780636    (214)421-5900    mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$50,502.88** |



# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES
2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 04/24/12 | 3666 |

Bill To:

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
|  |  | Due on receipt | 04/24/12 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/11/12 |  | CG: 4/11 breakfast at Tampa airport returning to Dallas. |  | 4.43 | 4.43T |
| 04/12/12 |  | KC: 4/13 airfare from Tampa back to DFW following trial. |  | 434.80 | 434.80T |
| 04/12/12 |  | KC: Telephone Ticketing Service fee for 4/13 airfare from Tampa back to DFW following trial. |  | 25.00 | 25.00T |
| 04/13/12 |  | KC: 4/8 - 4/13 parking at DFW airport while in Tampa, FL providing trial support services. |  | 38.00 | 38.00T |
|  |  | Total Reimbursable Expenses |  |  | 4,741.14 |
|  |  | Sales Tax  - Outlet 2 D2 |  | 8.25% | 1,843.99 |

Taxpayer Identification # 75-2780636      (214)421-5900      mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | $50,502.88 |
| Payments | $0.00 |
| **Balance Due** | **$50,502.88** |

**American Airlines**

* PASSENGER TICKET AND BAGGAGE CHECK * *

PASSENGER RECEIPT

NAME OF PASSENGER (NOT TRANSFERABLE)
COULTER/KENNETH

* * NOT VALID FOR * *
* * TRANSPORTATION *

DFW ALT

DALLAS FT WORTH

PSGR TICKET 0012305398141

0011663014418 2

60.00

0067-0063
KC

**American Airlines**

REFUNDABLE ONLY WITH
RELATED FLIGHT CPN
RETAIN THIS RECEIPT
THROUGHOUT YOUR
JOURNEY

FOR CONDITIONS OF
CONTRACT SEE
PASSENGER TICKET AND
BAGGAGE CHECK

NOT VALID FOR TRAVEL

USD    60.00
USD    60.00
NA
NA
NA

| | |
|---|---|
| **Transaction Date:** | 03/22/2012 Thu |
| **Transaction Description:** | AA MISC SALE/ TAX/ FTAMPA FL |
| | AMERICAN AIRLINES |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N/A | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 0010267232321    Date of Departure: 03/22

Passenger Name: GOODEN/CASEY

Document Type: EXCESS BAGGAGE

| | |
|---|---|
| **Cardmember Name:** | CASEY GOODEN |
| **Amount $:** | 25.00 |
| **Doing Business As:** | AMERICAN AIRLINES INC |
| **Merchant Address:** | AMERICAN AIRLINES-CCS |
| | 7645 E 63RD ST, SUITE 600 |
| | TULSA |
| | OK |
| | 74133 |
| | UNITED STATES |
| **Reference Number:** | 320120830180525439 |
| **Category:** | Travel - Airline |

0067-0063
CG baggage fee
for HDR trial -
Presentation

**Receipt For Fare**

0067-0063
KC

Fare $ 5.00    Gratuity $ 3.00

2nd trip to Court house with equipment

Date 3/12/2    Total amount paid $ 8.00

Driver _____

Van# _____

*Blue One Transportation*

Tampa, Florida
813-789-8380

---

**Receipt For Fare**

0067-0063
KC

Fare $ 5.00    Gratuity $ 3.00

Travel to Courthouse with equipment

Date 3/12/12    Total amount paid $ 8.00

Driver Steve

Van# 17

*Blue One Transportation*

Tampa, Florida
813-789-8380

---

**Receipt For Fare**

0067-0063
KC

Fare $ 6.00    Gratuity $ 2.00

Travel to Courthouse with Equipment

Date 3/29    Total amount paid $ 8.00

Driver _____

Van# _____

*Blue One Transportation*

Tampa, Florida
813-789-8380

---

**Receipt For Fare**

0067-0063
KC

Fare $ 9.00    Gratuity $ 3

Travel to Courthouse with equipment

Date 3/26/12    Total amount paid $ 12.00

Driver CB

Van# 18

*Blue One Transportation*

Tampa, Florida
813-789-8380

KG
Team

0067-0063

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

Date:           03/18/20__ 09:29PM
Card Type:      AMEX
Acct Num:       ************111.
Exp Date:       **/**
Customer:       COUL__/K__
Card Ent:       SWIPED
Trans Type:     Purchase
Auth Code:      540___
Check:          1___
Tab:            50 1
Server:         1019 cierra

Amount:                    $50.13

TIP:            6 0.13    10.00

TOTAL:          6 0.13

SIGNATURE:

I agree to pay above total
according to my card issuer agreement

*** Customer Copy ***

---

0067-0063

0464
Server: DALE H                    Tab: 291
03/17/12 20:56, Swiped    1   33 Term: 1

PANE RUSTICA
(   )
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXXX1117
Name: K COULTER
00 TRANSACTION APPROVED
AUTHORIZATION #: 504140
Reference: 0317010000464
TRANS TYPE: Credit Card SALE

CHECK:                 153.01

TIP:

TOTAL:                 183.01

KC- Dinner for
        trial team
X            members

PHONE: (    )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND

---

KC
0067-0063
Trial drive
needed a
second
trial
drive

APPLE INC.
Apple Store, International Plaza
2223 N West Shore Blvd. STE 259
Tampa, FL 33607
internationalplaza@apple.com
813-393-4720

www.apple.com/retail/plaza

March 16, 2012 03:11 PM

K COULTER
kcoulter14@yahoo.com

Seagate GoFlex Slim 320GB 7200RPM          $ 114.95
USB2
Part Number: HS183ZM/A
Return Date: Mar. 30, 2012
For Support: 800.732.4283

Sub-Total        $ 114.95
Tax@7.0%          $ 8.05
Total            $ 123.00
Amount Paid Via AmEx (A)   $ 123.00
xxxxxxxxxxx1117
643775


* R 0 1 9 6 5 9 5 5 8 6 *

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

| | |
|---|---|
| **Transaction Date:** | 03/28/2012 Wed |
| **Transaction Description:** | OFFICE DEPOT 000201 TAMPA FL |
| | RETAIL 33609 |
| | OPEN EXTENDED PAYMENT OPTION |
| **Cardmember Name:** | KELLY ROBERTS |
| **Amount $:** | 135.50 |
| **Doing Business As:** | OFFICE DEPOT 201 |
| **Merchant Address:** | 211 N DALE MABRY HWY |
| | TAMPA |
| | FL |
| | 33609-1236 |
| | UNITED STATES |
| **Reference Number:** | 320120890254279884 |
| **Category:** | Business Services - Office Supplies |

0067-0063
KR purchase in
Tampa, FL for
HDR trial

0067-0063

## Receipt 1 (0460)

0460
Server: CARL C
03/30/12 14:36, Swiped    T: 434 Term: 7    Rec:182

JACKSON'S
( )
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
AMERICAN EXPRES    XXXXXXXXXXXXX1117
Name: K COULTER
00 TRANSACTION APPROVED
AUTHORIZATION #: 505233
Reference: 033001000460
TRANS TYPE: Credit Card SALE

CHECK :                    34.99

TIP :                       6.00

TOTAL :

X  KC team
   lunch            40.99

PHONE: (   )
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND

## Receipt 2 (0149)

0067-0063

0149
Server: THAI THANI L
03/24/12 13:55, Swiped    T: 11 Term: 2    Rec: 24

THAI THANI / OISHI
615 CHANNELSIDE DR S-204
TAMPA, FL 33602
(813)228-9200
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
AMERICAN EXPRES    XXXXXXXXXXXXX1117
Name: K COULTER
00 TRANSACTION APPROVED
AUTHORIZATION #: 521878
Reference: 032401000149
TRANS TYPE: Credit Card SALE

CHECK :                    30.98

TIP :                       5.00

TOTAL :

X  KC team -
   lunch            35.98

PHONE: (   )
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND

## Receipt 3 (Hyatt Regency Tampa)

KC 0067 - 0063

HYATT REGENCY TAMPA
AVANZARE DELI
3252
134 Jessica
DATE:    MAR17'12  3:23PM
SERVER:
CHECK:
CARD TYPE: AMERICAN EXPRESS
ACCT #:    XXXXXXXXXXXXX1117
EXP DATE:  XX/XX
AUTH CODE: 546164
RESEARCH:  000000000000000.
           K COULTER

SUBTOTAL:                  8.30

TIP:

TOTAL:

CUSTOMER SIGNATURE

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT
* YELLOW IS CUSTOMER COPY *

10.30
Coffees

0067 - 0063

```
********************************
*****CREDIT CARD VOUCHER*****
        Brio Tuscan Grille
        2223 N. West Shore Blvd
           Tampa, FL  33607
         Ph: (813) 877-3939
Date:          Mar31'12 05:08PM
Card Type:     Amex
Acct #:        XXXXXXXXXXX1117
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  AIA006955454563
Auth Code:  547735
Check:      556
Table:      T202/1
Server:     1137 Bill W

Subtotal:           69.23

Gratuity:       _____

Total:            81.23
Signature:

X   KCa team - dinner

Visit www.guest-feedback.com and
tell us about your experience.
Enter survey ID 737898.
Guest Copy
```

0067 - 0063

```
      EAMIGLIA PIZZERIA
        1402 E FLETCHER AVE
          TAMPA FL 33612
            813-975-8024

   Terminal #:        8891
   MAR 31, 12      1145 PM   lunch

AM EXPRESS
          1117 M
  SALE              REF#:005
  BATCH #: 408      AUTH #: 163828

AMOUNT             $53.64
                     0.00
T I P
TOTAL         $    63.64

  15%=$8.04  20%=$10.72   KCa
        APPROVED         team

      CUSTOMER COPY
```

io 7 - 63

```
********************
*    YOUR RECEIPT   *
*    THANK YOU      *
*   KC Breakfast    *
********************
08:09        04-05-2012
MC NO.0000        4418
DEPT#003       $3.29T1
DEPT#006       $4.39T1
- - - - - - - - - - - - - - - - - -
SUBTOTAL       $7.68
DEPT#006       $1.99T1
- - - - - - - - - - - - - - - - - -
SUBTOTAL       $9.67
DEPT#003       $2.99T1
DEPT#001       $5.49T1
- - - - - - - - - - - - - - - - - -
SUBTOTAL      $18.15
DEPT#004       $1.79T1
- - - - - - - - - - - - - - - - - -
SUBTOTAL      $19.94
TAX1           $1.40
TOTAL-TAX      $1.40
- - - - - - - - - - - - - - - - - -
TOTAL         $21.34
CASH          $22.00
CHANGE         $0.66
- - - - - - - - - - - - - - - - - -
/   HAVE A NICE DAY  /
/   PLEASE COME AGAIN /
/                    /
```

Moxios

---

0067-0063
KC

## Receipt For Fare

Fare $ ___9.00___     Gratuity $ ___2.00___

Travel to Courthouse with equipment.

Date __4/2/12__   Total amount paid $ ___11.00___

Driver ___CB___

Van# ___18___

Blue One Transportation    Tampa, Florida
                           813-789-8380

---

2 people

0067-0063
KC

## Receipt For Fare

Fare $ ___6.00___     Gratuity $ ___2.00___

Travel to Courthouse with equipment

Date __4/5__   Total amount paid $ ___8.00___

Driver _____

Van# _____

Blue One Transportation    Tampa, Florida
                           813-789-8380

0067-0063

KC & Kam dinner

Fly Bar & Restaurant
1202 N. Franklin St.

Server: Marissa          DOB: 04/03/2012
08:41 PM                       04/03/2012
Table 414/1                       1/10035

AMEX                              1048605
Card #XXXXXXXXXXXX1117
Magnetic card present: Yes
Approval: 582379

Amount:        $ 85.15

+ Tip: _____

= Total: 102.95

X_____

Hours of Operation
Open Daily
4:00pm-3:00am
Happy Hour
Sunday thru Friday: 4pm-6:30pm

Customer Copy

---

0067-0063
KC dinner
PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

Date:        04/02/2012 09:03PM
Card Type:   AMEX
Acct Num:    ***********1117
Exp Date:    **/**
Customer:    COULTER/K
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   547161
Check:       1607          30.15
Table:       B8-1
Server:      1002 patrice

Amount:        $25.15

TIP: _____

TOTAL: _____

SIGNATURE: _____

I agree to pay above total
according to my card issuer agreement

*** Customer Copy ***

---

0067-0063
KC & trial team
members- lunch

Champps Americana
2223 N. Westshore #B221
Tampa, FL. 33607
813-353-0200

Server: Bob          DOB: 04/01/2012
12:34 PM                   04/01/2012
Table 44/1               - 5/50003

SALE

AMEX                        4194305
Card #XXXXXXXXXXXX1117
Magnetic card present: COULTER K
Card Entry Method: S

Approval: 546228

Amount:        $ 26.92

+ Tip: _____

= Total: 32.92

I agree to pay the above
total amount according to the
card issuer agreement.

X

Store Copy

0067-0063

## Receipt 1 (Allen Limousine)

0067-0063 KC

Allen Limousine Serv
11322 KLINE DR
DALLAS, TX 75229
972-747-0011

TERMINAL ID.:            70691212
MERCHANT #:          55556405600

AMEX
############1117 EXP=**/**    SAFECO
SALE
BATCH: 000052
APP: 06.12   INV: 000002          19:27
RRN: 209080600SE AUTH: 561637
TRAN SEQ #: 000193

TRANSACTION ID: 000069424077577
APPROVAL 561637

SALE AMT    $118.00

TIP              25.00

TOTAL   $ 143.00

X COULTER
Car from airport
THANK YOU!

TIP GUIDE
10/=$11.80  15/=$17.70  20/=$23.60

CUSTOMER COPY

## Receipt 2 (Jackson's)

0514
Server: HENRY S                        Rec:169
04/05/12 19:49, Swiped  T: 403 Term: 16

JACKSON'S   KC+ team dinner
( )-
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
AMERICAN EXPRES    XXXXXXXXXXXX1117
Name: K COULTER
00 TRANSACTION APPROVED
AUTHORIZATION #: 564952
Reference: 040501000514
TRANS TYPE: Credit Card SALE

CHECK:              105.93

TIP:                125.23

TOTAL:              .

PHONE: ( )-
***Duplicate Copy***
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND

## Receipt 3 (Pizzaiolo Bavaro)

0067-0063
Pizzaiolo Bavaro
514 Franklin Street
Tampa, Florida 33602

2012-04-04 07:46:51 pm
Jenna                    KC+ team dinner

Card-Holder:            COULTER/K
Card-Type:              AMEX
Card-Number:            ************1117
Auth-Code:              563461

Amount:                 $68.48

Tip:                    78.48

Total:

Check #1 Table 7   [326990011]
REF#: 0626900011

X
I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher).
*** MERCHANT COPY ***
N e t P O S

0067-0063
Casey's original
flight for 4/4 that
was cancelled due
to tornados in
Dallas.
Re-booked for
4/08/12.

   **eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers



**Date of Issue: 03APR12**

Casey Gooden:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: DNKQMZ**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel        Book a car       Buy trip insurance










**Record Locator: DNKQMZ**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA American Airlines | 1428 | DALLAS FT WORTH | WED 04APR 2:45 PM | TAMPA | 6:00 PM | L |
| | Casey Gooden | FF#: H08E352 | Economy | | | Food For Purchase |
| AA American Airlines | 823 | TAMPA | FRI 06APR 2:45 PM | DALLAS FT WORTH | 4:30 PM | L |
| | Casey Gooden | FF#: H08E352 | Economy | | | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|

*[handwritten top right:]* Fare 4/8 was $75 less. Credit Issued.

*[handwritten right margin:]* Do Not Bill Client for extra fare to re-ticket

| CASEY GOODEN | 0012367244185 | | 719.07 | 75.53 | 794.60 |
|---|---|---|---|---|---|
| CASEY GOODEN - Additional Fare Collection 150.00 | | | | | |

| ADDITIONAL SERVICES | DATE | | CURRENCY | AMOUNT |
|---|---|---|---|---|
| Ticket Change | 07 APR 12 | | USD | 150.00 |

**Payment Type: Exchange, American Express XXXXXXXXXXX4012**

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

## (AA CARRY-ON BAGGAGE)

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

## (AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage .

## NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

| Conditions Of Carriage | Special Assistance | Flight Check-In | Flight Status Notification |
|---|---|---|---|

0067-0063

CG return
Flight on 4/11/12

From: "American Airlines@aa.com" <notify@aa.globalnotifications.com>
Subject: E-Ticket Confirmation-DNKQMZ 11APR
Date: April 10, 2012 5:55:26 PM CDT
To: "CGOODEN@BARNESANDROBERTS.COM" <CGOODEN@BARNESANDROBERTS.COM>

 **AmericanAirlines** AA.com | eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 10APR12**

Casey Gooden:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: DNKQMZ**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance



**Record Locator: DNKQMZ**

### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA American Airlines | 2040 | TAMPA | WED 11APR 9:45 AM | DALLAS FT WORTH | 11:30 AM | L |
| | Casey Gooden | FF#: H08E352 | | Economy | Seat 22B | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| CASEY GOODEN | 0012367273236 | 788.84 | 80.76 | 869.60 |
| CASEY GOODEN - Additional Fare Collection 75.00 | | | | |



Fare $75 more than originally - DO NOT
bill Client due to credit on 4/8 airfare.



| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 10 APR 12 | USD | 150.00 |

**Payment Type:** Exchange, American Express XXXXXXXXXXX4012

*$150 ticket change fee to come back earlier. Trial ended earlier than anticipated*

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On fees however, restrictions do apply.  To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag.  For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag.  For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag.  For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free.  For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and  To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free.  For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate.  Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage. .

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**     **Special Assistance**     **Flight Check-In**     **Flight Status Notification**

| | |
|---|---|
| **Transaction Date:** | 04/11/2012 Wed |
| **Transaction Description:** | AA MISC SALE/ TAX/ FTAMPA FL<br>00102680372 AIRLINE/AIR CARRIER<br>AMERICAN AIRLINES<br>From : To : Carrier : Class :<br>N/A<br>N/A YY<br><br>N/A YY<br><br>N/A YY<br><br>N/A YY<br>Ticket Number : 0010268037256 Date of Departure : 0411<br>Passenger Name : GOODEN/CASEY<br>Document Type : EXCESS BAGGAGE |
| **Cardmember Name:** | CASEY GOODEN |
| **Amount $:** | 25.00 |
| **Doing Business As:** | AMERICAN AIRLINES INC |
| **Merchant Address:** | AMERICAN AIRLINES-CCS<br>7645 E 63RD ST, SUITE 600<br>TULSA<br>OK<br>74133<br>UNITED STATES |
| **Reference Number:** | 320121030430803989 |
| **Category:** | Travel - Airline |

0067-0063

Final    return to
Dallas

CUSTOMER COPY

TRUNCATING SALES DRAFT PATENT NO. 7581675

5233049 0067-0063

CG
Cab to airport

| QUAN. | CLASS | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | 56.03 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | SUB TOTAL | | | 10 |
| | | | TAX | | | |
| | | | TIPS MISC. | | | |
| | | | TOTAL | | | 66.95 |

PRICE

HEAD/DEPT.    SERVER    CLERK

AUTHORIZATION
04 - 08 - 12

REFERENCE NO.    FOLIO/CHECK NO.

SALES SLIP

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

DFW Taxi & Limo
service

+012
3

Key Y502

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

---

$c^c$ CG  0067-0063

** TGI FRIDAY'S #0803**
DFW AIRPORT TERMINAL A GATE 22

**FRIDAYS**

Date:        Apr08'12 03:27PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXX4012
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   FIF000653415596
Auth Code:   588004
Check:       2415
Table:       33/1
Server:      101 TIFFANY

Subtotal:              46.85

TIP              $   10   —

TOTAL            $  56.85
** GUEST COPY **

dinner at airport

TPA Taxi - Tampa, FL

Cab from airport to hotel

0067-0063
CG & KC

CG & KC

COPY
SALES SLIP
RETAIN THIS COPY FOR YOUR RECORDS

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|------|-------|-------------|-------|--------|
| | | | | 25.02 |
| | | | SUB TOTAL | |
| | | | TAX | |
| | | | TIP | 10.00 |
| | | | MISC. | |
| | | AUTHORIZATION | TOTAL | 35.00 |

EXPIRATION
DATE ☐
CHECKED ☐

DATE 4-9-12
REFERENCE NO. 5 4 1070
ID-FOLIO / CHECK NO. / LIC. NO.   STATE   REG./DEPT   CLERK   SERVER

5276400

SIGN HERE
X _____

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

---

CGKCCS
dinner
PANINOTECA     0067-0063
519 FRANKLIN STREET
TAMPA, FL 33602

Date:        04/09/2012 07:30PM
Card Type:   AMEX
Acct Num:    ***********4012
Exp Date:    **/**
Customer:    GOODEN/CASEY
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   528683
Check:       1097
Table:       50-1
Server:      1005 renee

Amount:              $108.98

   TIP:          16.00

 TOTAL:         124.98

SIGNATURE: _____

I agree to pay above total
according to my card issuer agreement

*** Merchant Copy ***



*CG*
*breakfast*

HMSHOST
LANDSIDE STARBUCKS
TAMPA INTERNATIONAL AIRPORT

232538 Danet

---
CHK 6490                          GST 1
         APR11'12  8:07AM
---

       TO GO

1 JUC APPLE ORGNC              1.49
1 OTS LF BLUE MUF              2.65

    SUBTOTAL                   4.14
    TAX                        0.29
    AMOUNT PAID            4 . 43
    XXXXXXXXXXX4012
    AMEX                       4.43

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

       TIM JUUL
      813-396-3983
  TIM.JUUL@HMSHOST.COM

      0067-0063

**0067 - 0063**

**From:** American Airlines@aa.com (notify@aa.globalnotifications.com)
**To:** KCOULTER14@YAHOO.COM;
**Date:** Wed, April 4, 2012 4:29:14 PM
**Cc:**
**Subject:** E-Ticket Confirmation-DTJSIS 06APR

*TPA → DFW*
*DFW - TPA*



### AmericanAirlines®
AA.com

eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |





**Date of Issue: 04APR12**

Kenneth Coulter:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: DTJSIS**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance



Budget
Save up to 30%
plus earn
AAdvantage℠ miles ►

AVIS
Save up to 35%
plus earn
AAdvantage® miles ■

AAdvantage®
Earn miles on this trip
Enroll Now

CONNECT WITH US.
ANYWHERE,
ANYTIME,
ANY DEVICE.
Learn more

AA

LAST MINUTE
PACKAGE
DISCOUNTS

AmericanAirlines
Vacations.

**Record Locator: DTJSIS**



**Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|---------------|-----------|-----------|-----------|-----------|--------------|
| | | City | Date & Time | City | Time | |
| **A A** American Airlines | 1667 | TAMPA | FRI 06APR 4:50 PM | DALLAS FT WORTH | 6:35 PM | L |
| | | Kenneth Coulter | FF#: 088ETH0 | Economy | | Food For Purchase |
| **A A** American Airlines | 1428 | DALLAS FT WORTH | SUN 08APR 2:45 PM | TAMPA | 6:00 PM | L |
| | | Kenneth Coulter | FF#: 088ETH0 | Economy | Seat 21C | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|-----------|---------------|----------|-----------------|--------------|
| KENNETH COULTER | 0012307197772 | 788.84 | 80.76 | 869.60 |

| Payment Type: American Express XXXXXXXXXXX1117 | Total: $869.60 |
|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

## Receipt For Fare

0067-0063
KC

Fare $ 9.00          Gratuity $ 2.00

*Travel to Courthouse with equipment*

Date 4/9      Total amount paid $ $11.00

Driver __CB__

Van# __18__

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

---

## Receipt For Fare

0067-0063
KC

Fare $ 6          Gratuity $ 2

*Travel to Courthouse with equipment*

04-6-12

Date ~~~~      Total amount paid $ 8

Driver _____

Van# _____

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

---

## Receipt For Fare

0067-0063
KC

Fare $ 9          Gratuity $ 3

*Travel to Courthouse with equipment*

Date 4/10/12      Total amount paid $ 12

Driver __Crs__

Van# __18__

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

0067 - 0063

**DFW INTERNATIONAL AIRPORT**
DFW AIRPORT, TX 75261--
(972) 973-4940

KC-parking at airport

DATE: 2012-04-13     TIME: 11:43
Booth         NP 56
Cashier        549
XID 381204131143461117
ACCT: AX XXXXXXXXXX1117
Cashier        549

TOTAL:              $95.00

APPROVED 561402
K COULTER

THANK YOU FOR CHOOSING
DFW INTERNATIONAL AIRPORT

CUSTOMER COPY

---

0067 -0063  KC-
                 lunch
*********************************
DATE  4/11/12        TIME  2:45:00PM
MID 825181841883        4090547860

DOLPHIN BEACH RESORT
4900 GULF BLVD.
ST. PETE BEACH, FL
33706
727-360-7011

**AMEX**          XXXXXXXXXXX1117    S:
AUTH 522568      COULTER    CHECK    214295
PRE-AUTH          3POOL BAR    Kenneth W

AMOUNT                              15.75
TAX                                 1.10

SUBTOTAL  $         16.85
                      ------
TIP  $ . . . . 3.20

TOTAL  $ . . . . . 20.05

=================
CUSTOMER COPY
*********************************

CG - ride to airport    0067-0063

**Receipt For Fare**

Fare $ 25.00          Gratuity $    10

Date 4/11/12     Total amount paid $ 35.00



Blue One
Transportation

Driver    Steve

Van#    18

Tampa, Florida
813-789-8380

Print

**0067-0063**

**From:** American Airlines@aa.com (notify@aa.globalnotifications.com)
**To:** KCOULTER14@YAHOO.COM;
**Date:** Thu, April 12, 2012 8:53:49 AM
**Cc:**
**Subject:** E-Ticket Confirmation-CQIQOD 13APR

TPA - DFW

 

eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 12APR12**

Kenneth Coulter:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: CQIQOD**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance











**Record Locator: CQIQOD** 

*Itinerary*

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| ✈A American Airlines | 2040 | TAMPA | FRI 13APR 9:45 AM | DALLAS FT WORTH | 11:30 AM | L |
| | Kenneth Coulter | | FF#: 088ETH0 | Economy | Seat 13D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KENNETH COULTER | 0012307626381 | 394.42 | 40.38 | 434.80 |

| ADDITIONAL SERVICES | | CURRENCY | AMOUNT |
|---|---|---|---|
| Telephone Ticketing Service | | USD | 25.00 |

Payment Type: American Express XXXXXXXXXXX1117                     Total: $459.80

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

### (AA CARRY-ON BAGGAGE)

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

### (AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**