INVOICE 1

CHRISTOPHER NOLLAND  *Attorney* (handwritten)
Attorney and Counselor
1717 Main Street, Suite 5550
Dallas, Texas 75201
Tel: (214) 653-4360
Fax: (214) 653-4343

**REFERENCE:**
Tampa Bay Water v. HDR Engineering, Inc., ~~Construction Dynamics~~ Group, Inc., Barnard Construction Company, Inc., and St. Paul Fire and Marine Insurance Company; Cause No. 8:08-cv-02446; In the United States District Court for the Middle District of Florida, Tampa Division

**TAX ID NUMBER** | 13-3417004

**DATE** | 09/27/11

**BILL TO:**
HDR Engineering, Inc.
c/o Wayne Mason, Esq.
Sedgwick, LLP
5400 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201

| DATE | DESCRIPTION | FEE |
|---|---|---|
| August/ September | Consulting services in connection with settlement strategy and related issues | $5,000.00 |

(handwritten) 5,000.00 00079 809110 66055 001
5,000.00 TOTALS  Hold: ____ Attachment ____
APPROVALS:
Project Manager
Department Mgr/Acct

**TOTAL DUE** $5,000.00

**MAKE CHECKS PAYABLE TO:**
Christopher Nolland
Taxpayer Identification Number: 13-3417004