*(handwritten top right)* TBW - 66055

RE: #2 Revision Tampa Bay Water v. HDR Engineering, Inc., et al.
Page 4
January 22, 2010

Patrick C. Coughlan, Esq. (pat@conflictsolutionsinc.com)
Conflict Solutions
112 Plains Road
Raymond, ME 04071
Tel: 207-655-6677

*(handwritten right)* PAY TO:
CONFICT SOLUTIONS
112 PLAINS RD.
RAYMOND, ME 04071

$5,000.⁰⁰

Devon G. Coughlan, Esq. (devon.csi@me.com)
Conflict Solutions
1880 N. Congress Avenue, Suite 214
Boynton Beach, Florida 33426
T: 561-308-9494

...     Your prepayment of $5,000.00 for three days of mediation time should be mailed to our
        Raymond, Maine address.

Questions/Concerns:
Please call or e-mail (rachel@conflictsolutionsinc.com) with any questions or concerns.

Our mediators look forward to working with you in Tampa in August.

Sincerely,

*(signature)* Rachel M. Bendin

Vice President and Case Manager

## PAY NOW
### Please return check to
### MARCIA JEWETT
### Omaha/Legal Dept

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|--------|---------|-----------|-----------|----------|
| 5,000.00 | 00079 | 809110 | 66055 | 001 |

5,000.00 TOTALS     Hold:_____     Attachment_____

APPROVALS:
    Project Manager
    Department Mgr/Acct

FINRA

Conflict Solutions
(Administrative Offices)
112 Plains Road
Raymond, ME 04071

Conflict Solutions
75 Pearl Street
Portland, ME 04101

Conflict Solutions
Renaissance Commons
1880 North Congress Ave., Ste. 214
Boynton Beach, FL 33426

Conflict Solutions
1540 Star Pointe Lane
Naples, FL 34112

CPR

INTERNATIONAL PRACTICE • 800-762-5582 • conflictsolutionsinc.com

# Check Request



ONE COMPANY
*Many Solutions*™

Special Check

| | |
|---|---|
| **Pay To** Conflict Solutions | |
| 112 Plains Road | |
| Raymond ME 04071 | |

**Amount** $ 2,800.00

**Check Needed By** **ASAP** OK AsP

(Date)

**Vendor ID or Shortname:** 5035190

**Invoice Number:** 6-18-10

**Invoice Date:** 6-18-10

**Send To** Diane Boner for Tim Connolly personal delivery

| Amount | 5 digits GL Unit (Dept) | 6 digits GL Account | 15 digits Project ID | 3 digits Activity code |
|---|---|---|---|---|
| 2,800.00 | 00079 | 809110 | 000000000066055 | 001 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total** 2,800.00

**Attachment**

**Special Instructions**

**Approval:**

**Project Manager** Tim Connolly

**Department Manager/Accountant**

**Date**

HDR

| | |
|---|---|
| **From:** | Connolly, Timothy |
| **Sent:** | Friday, June 18, 2010 10:18 AM |
| **To:** | Gerhardt, Bruce; Mason, Wayne B. |
| **Cc:** | Boner, Diane |
| **Subject:** | RE: Tampa Bay / HDR - Mediation Fee |

I'll get it taken care of...actually Diane will ☺

---

**From:** Gerhardt, Bruce
**Sent:** Friday, June 18, 2010 9:59 AM
**To:** Mason, Wayne B.; Connolly, Timothy
**Subject:** RE: Tampa Bay / HDR - Mediation Fee

I can get a check on next Friday, but not by mediation.

---

**From:** Mason, Wayne B. [mailto:wayne.mason@sdma.com]
**Sent:** Friday, June 18, 2010 8:59 AM
**To:** Connolly, Timothy
**Cc:** Gerhardt, Bruce
**Subject:** Fwd: Tampa Bay / HDR - Mediation Fee

How should we handle?

Wayne

Wayne B. Mason
Sedgwick, Detert, Moran & Arnold LLP
wayne.mason@sdma.com  |  469.227.4602 direct

1717 Main Street, Suite 5400
Dallas, TX 75201

Begin forwarded message:

> **From:** conflsol@aol.com
> **Date:** June 18, 2010 8:28:18 AM CDT
> **To:** wayne.mason@sdma.com
> **Cc:** pat@confilctsolutionsinc.com, devon.csi@me.com
> **Subject: Tampa Bay / HDR - Mediation Fee**
>
> Dear Mr. Mason:
>
> This message confirms that we received HDR's mediation retainer of $5,000, (HDR #0980949) but have not received the requested prepayment toward the Hyatt conference room arrangements.
>
> We ask that you plan to bring a check for **$2,800, payable to Conflict Solutions**, to the mediation.
>
> Would you kindly confirm by return message or telephone.

Thank you for your cooperation.

Rachel

Rachel M. Beaudoin
Vice President-Case Manager
**CONFLICT SOLUTIONS**
112 Plains Road
Raymond, Maine 04071
T: 207-655-6677 U.S. 800-762-5582 Fax: 207-655-6699
**www.conflictsolutionsinc.com**
rachel@conflictsolutionsinc.com
**Offices in Naples and Boynton Beach, Florida**

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.



**CONFLICT ⊛ SOLUTIONS**
Patrick C. Coughlan, Esq. • Devon G. Coughlan, Esq.

INTERNATIONAL PRACTICE
www.conflictsolutionsinc.com
800-762-5582
*Mediation - Arbitration*

## STATEMENT OF SERVICES
### June 30, 2010

**PAY NOW**
Please return check to
**MARCIA JEWETT**
**Omaha/Legal Dept**

TO:  Wayne B. Mason, Esq.
     Sedgwick Detert Moran & Arnold LLP
     1717 Main St., Ste. 5400
     Dallas, TX 75201
     (469) 227-4602
     wayne.mason@sdma.com

| Amount | GL Unit | GL Account | Project ID | Activ |
|--------|---------|------------|------------|-------|
| 6,300.62 | 00009 | 809110 | 66055 | 001 |

6,300.62 **TOTALS**   Hold:        Attachment

FR:  Patrick C. Coughlan

**APPROVALS:**
Project Manager

RE:  Tampa Bay Water v. HDR Engineering, Inc. et al.

*5035190*

SERVICES RENDERED:

**1/22/10 – 6/23/10**
**Preparation  (27.00 hrs.)**
(includes individual and conference calls; e-mail correspondence;
review of briefs, experts' reports, exhibits, and other submissions; follow
up with parties)

27.00 hrs. @ $500/hr. / 6 parties:                    $ 2,250.00

**2/18/10 and 5/3/10**
**Pre-Mediation Conferences (10.00 hrs.)**
2/18/10 - Individual Meeting w/Attorney Mason (02.00 hrs.)
5/3/10 – Individual Meeting w/Attorney Mason (08.00 hrs.)

10.00 hrs. @ $500/hr:                                    5,000.00

**6/23/10**
**Mediation (08.00 hrs.)**
$10,000.00 per day / 6 parties:                         1,666.67

**6/23/10**
**Additional Hours**
01.50 hrs:                                                312.50

HDR


FINRA

Conflict Solutions
(Administrative Offices)
112 Plains Road
Raymond, ME 04071

Conflict Solutions
75 Pearl Street
Portland, ME 04101

Conflict Solutions
Renaissance Commons
1880 North Congress Ave., Ste. 214
Boynton Beach, FL 33426

Conflict Solutions
1540 Star Pointe Lane
Naples, FL 34112


CPR

Statement of Services (continued)
Wayne B. Mason, Esq.
RE: Tampa Bay Water v. HDR Engineering, Inc., et al.
June 30, 2010
Page 2

**6/24/10**
**Mediation (08.00 hrs.)**
$10,000.00 per day / 6 parties:                                          1,666.67

**6/24/10**
**Additional Hours**
01.0 hrs:                                                                208.33

## EXPENSES

**6/23/10 and 6/24/10**
**Conference Arrangements**
(includes two days of 7 conference rooms; 1 day audio visual
equipment; internet access; breakfast and lunch; applicable
taxes and fees)

$18,014.72 / 6 parties                                                   3,002.45

## PREPAYMENT

HDR, Inc.                                                              ( 5,000.00)
HDR, Inc.                                                              ( 2,800.00)


## TOTAL AMOUNT DUE FROM YOUR FIRM                        $ 6,306.62


Conflict Solutions Tax Identification #20 055 1866
TERMS: Net 10 days. Late balances are subject to a monthly interest penalty of 1.25% or 15% per annum



| Conflict Solutions | Conflict Solutions | Conflict Solutions | Conflict Solutions |
| --- | --- | --- | --- |
| (Administrative Offices) | 75 Pearl Street | Renaissance Commons | 1540 Star Pointe Lane |
| 112 Plains Road | Portland, ME 04101 | 1880 North Congress Ave., Ste. 214 | Naples, FL 34112 |
| Raymond, ME 04071 | | Boynton Beach, FL 33426 | |

INTERNATIONAL PRACTICE • 800-762-5582 • conflictsolutionsinc.com



| | |
|---|---|
| **From:** | Boner, Diane |
| **Sent:** | Wednesday, August 11, 2010 1:04 PM |
| **To:** | Hartnett, Chad |
| **Subject:** | FW: TBW Mediation Aug 17-19, 2010 |

**From:** Connolly, Timothy
**Sent:** Wednesday, August 11, 2010 12:48 PM
**To:** Boner, Diane
**Subject:** TBW Mediation Aug 17-19, 2010

Diane,

Can you get a check cut for $6,042.00 and have it delivered overnight to Rachel Beaudoin?

Rachel M. Beaudoin
Vice President-Case Manager
**CONFLICT SOLUTIONS**
112 Plains Road
Raymond, Maine 04071
T: 207-655-6677

*VENDOR # 5035190) BUT THIS*
*~~ADDRESS~~ ADDRESS*

Tim Connolly
Executive Vice President
HDR Engineering Inc.
8404 Indian Hills Drive | Omaha, NE | 68114-4098
Phone: 402-399-1250 | Cell: 402-630-5795 | Fax: 402-392-6706 | Email: tim.connolly@hdrinc.com

*X INV# TBW MED 8/17-8/19*
*INV DATE 8/11/10*

| Amount | GL Unit | GL Account | Project ID | Activ ID | Resource |
|---|---|---|---|---|---|
| 6,042.00 | 079 | 809110 | 66055 | 001 | |

TOTAL     Hold:     Attachment

APPROVALS:
  Project Manager
  Department Mgr/Acct

*8/11/10*

*PAY NOW-SPECIAL*
*RETURN TO DIANE BONER*





## CONFLICT ✸ SOLUTIONS

Patrick C. Coughlan, Esq. • Devon G. Coughlan, Esq.

INTERNATIONAL PRACTICE
www.conflictsolutionsinc.com
800-762-5582
Mediation – Arbitration

Invoice # 082510

### STATEMENT OF SERVICES
August 25, 2010

**PAY NOW**
Please return check to
**MARCIA JEWETT**
**Omaha/Legal Dept**

TO:  Wayne B. Mason, Esq.
Sedgwick Detert Moran & Arnold LLP
1717 Main St., Ste. 5400
Dallas, TX  75201
wayne.mason@sdma.com

FR:  Patrick C. Coughlan

RE:  Tampa Bay Water v. HDR Engineering, Inc., et al.

### SERVICES RENDERED:

**6/24/10 – 8/17/10**
**Preparation  (18.00 hrs.)**
(includes individual and conference calls; e-mail correspondence;
review of briefs, experts' reports, exhibits, and other submissions; follow
up with parties)

18.00 hrs. @ $500/hr. / 6 parties:  $ 1,500.00

**8/17/10**
**Mediation (08.00 hrs.)**
$10,000.00 per day / 6 parties:  1,666.66

**8/17/10**
**Additional Hours**
02.00 hrs:  416.66

**8/18/10**
**Mediation (08.00 hrs.)**
$10,000.00 per day / 6 parties:  1,666.67

**8/18/10**
**Additional Hours**
02.50 hrs:  520.83

HDR

Statement of Services (continued)


**FINRA**

Conflict Solutions
(Administrative Offices)
112 Plains Road
Raymond, ME 04071

Conflict Solutions
75 Pearl Street
Portland, ME 04101

Conflict Solutions
Renaissance Commons
1880 North Congress Ave., Ste. 214
Boynton Beach, FL 33426

Conflict Solutions
1540 Star Pointe Lane
Naples, FL 34112


**CPR**

### 8/19/10
**Mediation (08.00 hrs.)**
$10,000.00 per day / 6 parties:                    1,666.67

### 8/19/10
**Additional Hours**
03.00 hrs:                                         624.99

## EXPENSES

### 8/17/10, 8/18/10, and 8/19/10
**Conference Arrangements**
(includes three days of 7 conference rooms; 1 day audio visual
equipment; internet access; breakfast service, Day #1; applicable taxes
and fees)

$4,528.01/ 6 parties                               754.67

PREPAYMENT                                      ( 6,042.00)


TOTAL AMOUNT DUE FROM YOUR FIRM          **$  2,775.16**


Conflict Solutions Tax Identification #20 055 1866
TERMS: Net 10 days.  Late balances are subject to a monthly interest penalty of 1.25% or 15% per annum



FIHRA

| Conflict Solutions (Administrative Offices) 112 Plains Road Raymond, ME 04071 | Conflict Solutions 75 Pearl Street Portland, ME 04101 | Conflict Solutions Renaissance Commons 1880 North Congress Ave., Ste. 214 Boynton Beach, FL 33426 | Conflict Solutions 1540 Star Pointe Lane Naples, FL 34112 |



CPR

INTERNATIONAL PRACTICE • 800-762-5582 • conflictsolutionsinc.com