# DARYL FLOOD
### relocation & logistics

Post Office Box 731088  
Dallas, TX 75373-1088  
(972) 471-1496 Fax (972) 745-9594

Invoice No. M439-10474-2

## INVOICE

**Customer**

| | |
|---|---|
| Name | Sedgwick, Detert, Moran & Arnold |
| Attn | Shari Dodge |
| Address | 1717 Main Street, Suite 5400-5500 |
| City | Dallas    State TX    Zip 75201 |

| | |
|---|---|
| Date | 4/13/2012 |
| Load Date | |
| Order No. | |
| Rep | Mervine |

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| 1 | Transportation from Dallas, TX to Tampa, FL *Includes loading | 1 ea | $4,875.00 | $ 4,875.00 |
| 1 | Additional pickup in Dallas | 1 ea | $195.00 | $ 195.00 |
| 1 | Delivery / Additional Delivery | 1 ea | $845.00 | $ 845.00 |
| 1 | Valuation - $20,000 | 1 ea | $400.00 | $ 400.00 |

Amount: 6,315  GL Unit: 00079  GL Account: 809110  Project ID: 60055  Activ ID: 001

6,315 TOTALS   Hold:____   Attachment____

APPROVALS:  
Project Manager  
Department Mgr/Acct

|  |  |  |
|---|---|---|
| SubTotal | $ | 6,315.00 |
| Shipping & Handling | | |
| Taxes | | |
| **TOTAL** | $ | 6,315.00 |

Office Use Only

**TERMS:** Net 30 Days from Date of Invoice. A charge of 1.5% per month (18% per Annum) will be made for accounts past due.

*THANK YOU FOR CHOOSING DARYL FLOOD!*

# Daryl Flood, Inc.

450 Airline Dr., Coppell TX 75019
972-471-1496  www.Darylflood.com
TX DOT # 005171255C

M439-10474-2-1                                   Monday, March 05, 2012

**SEDGWICK, DETERT, MO.**

| | |
|---|---|
| Consignor: DARYL FLOOD | Consignee: SEDGEWICK/HYATT REGE |
| Contact: SHARI DOIDGE | Contact: SANNNON SPRINGER |
| Phone: (469) 227-8200 | Phone: (813) 222-4909 |
| Origin: 1717 MAIN ST #5400, DALLAS, TX 75201 | Destination: 211 NORTH TAMPA ST, TAMPA, FL 33602 |
| Home Phone: | Home Phone: |
| Work Phone: | Work Phone: |
| Email: | Other Phone: |

Coordinator:                              Natl Account:
Salesperson:                              Natl Account #:
Customer: ()                              PO #:

| Payment Type: | Tariff / Rate: | Est LH: $2,798.60 | Weight: 4,000 | Auto: F |
|---|---|---|---|---|
| Valuation: | Contract: | Cubic Ft: 600.00 | Miles: 1,110 | w/ship: F |

| Est. Pack Range | Preferred | Est. Load Range 03/05/2012 - 03/05/2012 | Preferred | Est. Delivery Range 03/08/2012 - 03/08/2012 | Preferred |
|---|---|---|---|---|---|

| Service | Est. Start | Est. End | Hrs. Drive | Est. Hours | Est. Crew | Hrs. Each |
|---|---|---|---|---|---|---|
| Commercial Move PM 4:00 | | | 0.50 | 15 | 3 | 5.00 |

Service Note: 3/5 4:30 pm sharp
3 men and a lift gate go to Data Projections, 4407 Beltwood
Parkway #112, Dallas and see Doug Kerr cell 214-208-0862,
ofc 972-386-7686 to pick up 72" x 56" smart board at 500 lbs
plus. MUST HAVE RAIL GATE. Take to 1717 Main

| Crew | Total 3 | Sched. Arrival | Sched. Dept. | Arrival | Break (hours) | Departure |
|---|---|---|---|---|---|---|
| ATE | | 12/30/1899 7:00:00 AM | 12/30/1899 12:00:00 PM | | | |
| Kristopher Koon | | 12/30/1899 7:00:00 AM | 12/30/1899 12:00:00 PM | | | |
| Steven Bailey | | 12/30/1899 7:00:00 AM | 12/30/1899 12:00:00 PM | | | |

I hereby authorize performance of the above listed services and authorize delivery.
Shipper acknowledges receipt of Your Rights and Responsibilities When You Move in Texas pamphlet.
By signing, I hereby verify the above crew times are correct
Customer Signature: X *(signed)*

Equipment 819-439                                                Total 1

| Containers | Est | Containers | Est | Containers | Est | Containers | Est |
|---|---|---|---|---|---|---|---|
| Dolly - 2 Wheel | 2 | Gondolas | 5 | Total | 28 | | |
| Dolly - 4 Wheel | 20 | Panel Cart | 1 | | | | |

Memo Pad: M439 HAS 2 MEN TO LOAD OUT OF BLDG TO TRUCK
TRUCK WILL PARK ON STREET AFTER 6PM CUST
M439 HAS 1 MAN TO LOAD OUT OF TRUCK INTO HYATT
DRIVER ASSIST WILL PAY $100 TO DRIVER
ADDITIONAL CONTACT KAREN LANDRY 972-745-9536
PREPAID NOTHING TO COLLECT. SECURE DEDICTED TRUCK REQUIRED.
** CUSTOMER IS GOING TO SEAL TRAILER **
NO OTHER FREIGHT ON THE TRAILER - LEGAL PAPERS *

Special Instructions( Origin ): 3/5 OTR driver will be at 1717 Main St Dallas at 6pm. Call and coordinate his parking, BOL and his contact info is in the dispatch file. Crew picks up at 4:30pm a 72" x 56" whiteboard from Data Projections 4407 Beltwood Parkway #112, Dallas 500 lbs. Need rail gate. The board is in a case and has wheels. Contact is Doug Kerr cell 214-208-0862 or office 972-386-7686. Take white board to driver at 1717 Main St and bring down 75 boxes to truck. Customer will seal truck for transport to Tampa FL.

Additional Notes:

***IMPORTANT NOTICE (SIGN BEFORE START OF ANY SERVICES)***
This is a contract for moving services and is subject to the terms and conditions on the front and back of this document and any addendum. This document and any addendum are also subject to the terms and conditions on the front and back of this document and any addendum. This document and any addendum are also subject to the terms and provisions of the carrier's filed tariff, incorporated herein by reference, except to the extent inconsistent herewith.
A HOUSEHOLD GOODS CARRIER'S LIABILITY FOR LOSS OR DAMAGE TO ANY SHIPMENT IS $.60 PER POUND PER ARTICLE, UNLESS THE CARRIER AN SHIPPER AGREE, IN WRITING, TO A GREATER LEVEL OF LIABILITY.
Carrier Liability. The shipper hereby acknowledges and agress that the shipment transported pursuant to this moving service contract shall be subject to and governed by (1) The contract terms and conditions set forth on the face or reverse side hereof (2) the applicable regulations of Texas Department of Transportation and (3) carrier's filed tariff.

THIS IS NOT INSURANCE (1) Shipment released to an actual cash value not exceeding _____ per lb, at a cost of $ _____

THIS IS NOT INSURANCE (2) Actual cash value: $ _____ Cost $ _____ Initial X _[signature]_



# DARYL FLOOD
relocation & logistics

Post Office Box 731088
Dallas, TX 75373-1088
(972) 471-1496 Fax (972) 745-9594

Invoice No. M439-10869-2

## INVOICE

**Customer**

| | | | |
|---|---|---|---|
| Name | Sedgwick, Detert, Moran & Arnold | Date | 5/10/2012 |
| Attn | Shari Dodge | Load Date | |
| Address | 1717 Main Street, Suite 5400-5500 | Order No. | |
| City | Dallas   State TX   Zip 75201 | Rep | Mervine |

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| 1 | **Transportation from St. Petersburg, FL to Dallas, TX** | 1 ea | $4,965.00 | $ 4,965.00 |
| | *Includes origin labor* | | | |
| | **Crew on 04/16/12** | | | |
| | *Crew offload truck & deliver to customer* | | | |
| 1 | Driver | 5 hrs | $26.00 | $ 130.00 |
| 1 | Helper | 5 hrs | $22.00 | $ 110.00 |
| 1 | Truck | 5 hrs | $22.00 | $ 110.00 |
| 1 | Fuel Surcharge | 1 ea | $60.00 | $ 60.00 |
| | **Crew on 04/20/12** | | | |
| | *Pick up smart boards* | | | |
| 1 | Driver | 4 hrs | $26.00 | $ 104.00 |
| 1 | Helper | 4 hrs | $22.00 | $ 88.00 |
| 1 | Truck | 4 hrs | $22.00 | $ 88.00 |
| 1 | Fuel Surcharge | 1 ea | $60.00 | $ 60.00 |
| 1 | **Ship smartboard from Dallas, TX to Omaha, NE** | 1 ea | $654.96 | $ 654.96 |
| 1 | Valuation for smartboard | 1 ea | $160.00 | $ 160.00 |
| | | SubTotal | | $ 6,529.96 |
| | | Shipping & Handling | | |
| | | Taxes | | |
| | | **TOTAL** | | $ 6,529.96 |

Office Use Only

**TERMS:** Net 30 Days from Date of Invoice. A charge of 1.5% per month
(18% per Annum) will be made for accounts past due.

*THANK YOU FOR CHOOSING DARYL FLOOD!*