

# DECISIONQUEST

21535 Hawthorne Boulevard  Suite 310  Torrance, CA 90503  T: 310.618.9600  F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.  Attn: Accounts Receivable  21535 Hawthorne Blvd, Ste. 310, Torrance, CA 90503-6604

Sent Via Email

Bruce Gerhardt, Esq.
HDR Engineering Inc.
8404 Indian Hills Drive
Omaha, NE 68114
bruce.gerhardt@hdrinc.com;kurt.meaders@sedgwicklaw.com

Invoice Date: 15-FEB-12
Invoice #: 76851
DQ Case #: 9369CN/R
Org #: DQ STC Research

Case Name: Tampa Bay Water v. HDR Engineering, Inc.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours UOM | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|
| **Expenditures** | | | | | | |
| 03-NOV-11 | Telephone Survey Expenses | Supplier | Direct expense Completed | | | $32,764.50 |
| 21-NOV-11 | Postage & Shipping | Supplier | Direct expense 146994156 | | | $47.39 |
| 22-NOV-11 | Postage & Shipping | Supplier | Direct expense 146994156 | | | $28.59 |
| **Total Expenditures** | | | | | | $32,840.48 |

**Total Due and Payable - This Invoice:** $32,840.48

Please note: Additional expenses may have been paid or incurred on your behalf that are not reflected on this invoice and will be charged on future billings.

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 32,840.48 | CC05 | 809110 | 66055 | 001 |

32,840.48 TOTALS  Hold:___  Attachment___

APPROVALS:
Project Manager
Department Mgr/Acct

**Federal ID #95-4556077**
This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.

ATLANTA * BOSTON * CHICAGO * HOUSTON * LOS ANGELES * MINNEAPOLIS * NEW YORK * PHILADELPHIA * STATE COLLEGE * WASHINGTON, D.C.
WWW.DECISIONQUEST.COM



# DECISIONQUEST™

21535 Hawthorne Boulevard  Suite 310  Torrance, CA 90503  T: 310.618.9600  F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.  Attn: Accounts Receivable  21535 Hawthorne Blvd, Ste. 310, Torrance, CA 90503-6604

Sent Via Email

Bruce Gerhardt, Esq.
HDR Engineering Inc.
8404 Indian Hills Drive
Omaha, NE 68114
bruce.gerhardt@hdrinc.com; sue.bush@hdrinc.com;
kurt.meaders@sedgwicklaw.com

Invoice Date: 15-NOV-11
Invoice #: 76626
DQ Case #: 9369CN/R
Org #: DQ STC Research

Case Name: Tampa Bay Water v. HDR Engineering, Inc.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours UOM | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|
| **Professional Consulting Fees** | | | | | | |
| 01-NOV-11 | Professional Labor | | Flat Fee Consulting Services November 2011 (not including out-of-pocket expenses) | | | $35,000.00 |
| **Total Professional Consulting Fees** | | | | | | $35,000.00 |

**Total Due and Payable - This Invoice:** $35,000.00

A detailed invoice for expenditures to follow.

5043441

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 35,000.— | 00019 | 809110 | 66055 | 001 |

35,000.— TOTALS   Hold:_____   Attachment_____

APPROVALS:
Project Manager
Department Mgr/Acct


HDR

**Federal ID #95-4556077**
This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.

ATLANTA * BOSTON * CHICAGO * HOUSTON * LOS ANGELES * MINNEAPOLIS * NEW YORK * PHILADELPHIA * STATE COLLEGE * WASHINGTON, D.C.
WWW.DECISIONQUEST.COM