# DUNKELBERGER
## engineering & testing, inc.

1225 Omar Road, West Palm Beach, FL 33405
Phone: (561) 689-4299  Fax: (561) 689-5955

*Invoice Number: 40454*
*Tuesday, November 03, 2009*

## *Invoice*

To:  HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE 68114
Attention: Bruce Gerhardt, Esq.

**Project: LKL-09-0020  Tampa Bay Water vs. HDR Engineering, Inc., et al**
**Case No: 8:08-cv-2446-T27-TBM**
**Project Manager: [Berljef] Jeffrey Beriswill**

Professional Services for the Period: 7/1/2009 to 10/23/2009

*Billing Group: 25.1  Unit Billing*
*Expert Witness Services*

*PO # 00312-0014*

### Professional Services

| Professional Services | Date | Reg Bill Hours | Bill Rate | Charge |
|---|---|---|---|---|
| Marissa Krysta | 10/5/2009 | 0.25 | 45.00 | 11.25 |
| Marissa Krysta | 7/21/2009 | 0.25 | 45.00 | 11.25 |
| Jeffrey Beriswill | 9/24/2009 | 4.00 | 140.00 | 560.00 |
| Jeffrey Beriswill | 7/23/2009 | 4.50 | 140.00 | 630.00 |
| Jeffrey Beriswill | 7/24/2009 | 2.50 | 140.00 | 350.00 |
| Jeffrey Beriswill | 9/18/2009 | 0.50 | 140.00 | 70.00 |
| Professional Services Total: | | 12.00 | | $1,632.50 |

**Professional Services Totals:**  $1,632.50

## PAY NOW
### Please return check to
### MARCIA JEWETT
### Omaha/Legal Dept

Billing Group Subtotal:  1,632.50

**Project Totals:**

*** Total Project Invoice Amount:  **$1,632.50**

| Amount | GL Unit | GL Account | Project ID | Actv ID |
|---|---|---|---|---|
| 1,632.50 | 00079 | 809110 | 66055 | 001 |

1,632.50 TOTALS   Hold: _____  Attachment _____

APPROVALS:
Project Manager
Department Mgr/Acct

*Page 1*

### Billing Summary

| | Current | Prior | Total |
|---|---|---|---|
| Professional Services: | $1,632.50 | $0.00 | $1,632.50 |
| Reimbursable Expenses: | $0.00 | $0.00 | $0.00 |
| Outside Services: | $0.00 | $0.00 | $0.00 |
| Other Services and Fees: | $0.00 | $0.00 | $0.00 |
| Finance Charges: | $0.00 | $0.00 | $0.00 |
| Taxes: | $0.00 | $0.00 | $0.00 |
| Totals: | $1,632.50 | $0.00 | $1,632.50 |

### Aged Receivables:

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $1,632.50 | $0.00 | $0.00 | $0.00 | $0.00 |

*All invoices are due upon receipt. A late charge of 1.5% will be added to any unpaid balance after 15 days.*

# DUNKELBERGER
## engineering & testing, inc.

1225 Omar Road, West Palm Beach, FL 33405
Phone: (561) 689-4299  Fax: (561) 689-5955

## Invoice

SEPARATE CHECK
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

Invoice Number: 40987
Wednesday, January 20, 2010

To: HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE 68114
Attention: Bruce Gerhardt, Esq.

**Project: LKL-09-0020  Tampa Bay Water vs. HDR Engineering, Inc., et al
Case No: 8:08-cv-2446-T27-TBM**
**Project Manager: [BerIJef] Jeffrey Beriswill**

Professional Services for the Period: 10/24/2009 to 1/15/2010

Billing Group: 25.1 Unit Billing
    *Expert Witness Services*

*PO # 00312-0014*

### Professional Services

| Professional Services | Date | Reg Bill Hours | Bill Rate | Charge |
|---|---|---|---|---|
| Marissa Krysta | 10/30/2009 | 0.50 | 45.00 | 22.50 |
| Marissa Krysta | 11/3/2009 | 0.50 | 45.00 | 22.50 |
| Jeffrey Beriswill | 10/26/2009 | 1.00 | 140.00 | 140.00 |
| Jeffrey Beriswill | 10/27/2009 | 0.50 | 140.00 | 70.00 |
| Jeffrey Beriswill | 11/3/2009 | 1.00 | 140.00 | 140.00 |
| *Professional Services Total:* | | 3.50 | | $395.00 |
| **Professional Services Totals:** | | | | $395.00 |

**Project Totals:**

Billing Group Subtotal: 395.00

**\*\*\* Total Project Invoice Amount:**     **$395.00**

Amount: 395.00  GL Unit: 0007A  GL Account: 809110  Project ID: 66055  Activ ID: 001

395.00 TOTALS  Hold: ___  Attachment ___
APPROVALS:
   Project Manager
   Department Mgr/Acct

Page 1

| Billing Summary | Current | Prior | Total |
|---|---|---|---|
| Professional Services: | $395.00 | $1,632.50 | $2,027.50 |
| Reimbursable Expenses: | $0.00 | $0.00 | $0.00 |
| Outside Services: | $0.00 | $0.00 | $0.00 |
| Other Services and Fees: | $0.00 | $0.00 | $0.00 |
| Finance Charges: | $0.00 | $0.00 | $0.00 |
| Taxes: | $0.00 | $0.00 | $0.00 |
| Totals: | $395.00 | $1,632.50 | $2,027.50 |

**Aged Receivables:**

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $395.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*All invoices are due upon receipt. A late charge of 1.5% will be added to any unpaid balance after 15 days.*