**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00152361**

CLIENT MATTER NO: 10711.000001
CASE NAME: Sedgwick
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 2/28/2010
**PAYMENT DUE: 3/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**SEPARATE CHECK**
**Please return check to MARCIA JEWETT Omaha/Legal Dept**

**Click the link below for EQD's W-9**
**:tp://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 9 | Monthly User License-Relativity | $100.00 | $900.00 |
| 1 | 101.3 @ 65 GB Hosted Online-Relativity Pro-Rated 17 Days starting 2/12/10 | $3,997.73 | $3,997.73 |
| 101.3 | GB Loaded Online-Relativity | $50.00 | $5,065.00 |
| 160.6 | GB Processing-Eload | $75.00 | $12,045.00 |
| 124.6 | Gb Load Needlefinder Analysis | $200.00 | $24,920.00 |
| 497 | Documents Coded | $0.85 | $422.45 |


Amount 47,350.18 GL Unit 00079 GL Account 809110 Project ID 66055 Activ ID 001

47,350.18 TOTALS

Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $47,350.18 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $47,350.18 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00152877**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 3/31/2010
**PAYMENT DUE: 4/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

# PAY NOW

**Please return check to MARCIA JEWETT Omaha/Legal Dept**

**Click the link below for EQD's W-9**
**ttp://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 0.5 | GB Loaded into NeedleFinder 4.0 PreProcess (Step1: 3/6/2010) | $75.00 | $37.50 |
| 0.5 | GB Process for Analysis in NeedleFinder (Step 2: 3/6/2010) | $200.00 | $100.00 |
| 164.8 | GB Loaded into NeedleFinder 4.0 PreProcess Filters (Step 1: 3/8/2010) | $75.00 | $12,360.00 |
| 114.6 | GB Processed for Analysis in NeedleFinder (Step 2: 3/8/2010) | $175.00 | $20,055.00 |
| 353.64 | GB Loaded into NeedleFinder 4.0 PreProcessing Filters (Step 1: 3/22/2010) | $50.00 | $17,682.00 |
| 175.11 | GB Processed for Analysis in NeedleFinder (Step 2: 3/22/2010) | $175.00 | $30,644.25 |
| 414.81 | GB Hosted in Analysis (March) | $30.00 | $12,444.30 |
| 1 | License for NeedleFinder (March) | $100.00 | $100.00 |
| 120.06 | GB Processed in NeedleFinder for Relativity | $100.00 | $12,006.00 |
| 198.86 | GB Hosted in Relativity (March) | $55.00 | $10,937.30 |
| 29 | User License for Relativity (March) | $75.00 | $2,175.00 |
| 191,384 | Pages OCR | $0.02 | $3,827.68 |
| 191,384 | Pages LDD | $0.06 | $11,483.04 |
| 29,925 | Documents Coded | $0.85 | $25,436.25 |
| 3,745 | Files Processed to Tiff (X001 - 1000121003500.PDF TBW RAI 2B-Questions and Answers 6-25-01.PDF) | $0.04 | $149.80 |
| 1 | CD's produced/duplicated | $25.00 | $25.00 |
| 15 | Project Management Hours (MB - February) | $150.00 | $2,250.00 |
| 12 | Project Management Hours (MB - March) | $150.00 | $1,800.00 |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 163513.12 | 000A | 809110 | 66055 | 001 |

163513.12 TOTALS

Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | ~~$163,513.12~~ |
| POSTAGE/FREIGHT | ~~$0.00~~ |
| SALES TAX | ~~$13,489.83~~ |
| AMT APPLIED | ~~$0.00~~ |
| ~~TOTAL~~ | ~~$177,002.95~~ |

corrected invoice attached

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

Remit Payment to:

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00152877**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 3/31/2010
**PAYMENT DUE: 4/30/2010 ***

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 0.5 | GB Loaded into NeedleFinder 4.0 PreProcess (Step1: 3/6/2010) | $75.00 | $37.50 |
| 0.5 | GB Process for Analysis in NeedleFinder (Step 2: 3/6/2010) | $200.00 | $100.00 |
| 164.8 | GB Loaded into NeedleFinder 4.0 PreProcess Filters (Step 1: 3/8/2010) | $75.00 | $12,360.00 |
| 114.6 | GB Processed for Analysis in NeedleFinder (Step 2: 3/8/2010) | $175.00 | $20,055.00 |
| 353.64 | GB Loaded into NeedleFinder 4.0 PreProcessing Filters (Step 1: 3/22/2010) | $50.00 | $17,682.00 |
| 175.11 | GB Processed for Analysis in NeedleFinder (Step 2: 3/22/2010) | $175.00 | $30,644.25 |
| 414.81 | GB Hosted in Analysis (March) | $30.00 | $12,444.30 |
| 1 | License for NeedleFinder (March) | $100.00 | $100.00 |
| 120.06 | GB Processed in NeedleFinder for Relativity | $100.00 | $12,006.00 |
| 198.86 | GB Hosted in Relativity (March) | $55.00 | $10,937.30 |
| 29 | User License for Relativity (March) | $75.00 | $2,175.00 |
| 191,384 | Pages OCR | $0.02 | $3,827.68 |
| 191,384 | Pages LDD | $0.06 | $11,483.04 |
| 29,925 | Documents Coded | $0.85 | $25,436.25 |
| 3,745 | Files Processed to Tiff (X001 - 1000121003500.PDF TBW RAI 2B-Questions and Answers 6-25-01.PDF) | $0.04 | $149.80 |
| 1 | CD's produced/duplicated | $25.00 | $25.00 |
| 15 | Project Management Hours (MB - February) | $150.00 | $2,250.00 |
| 12 | Project Management Hours (MB - March) | $150.00 | $1,800.00 |

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $163,513.12 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $163,513.12 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** | **DAL 00153767**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 4/30/2010
**PAYMENT DUE: 5/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**PAY NOW**
**Please return check to**
**MARCIA JEWETT**
**Omaha/Legal Dept**

**Click the link below for EQD's W-9**
**//www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 362.13 | 1. GB Loaded Online-Relativity | $100.00 | $36,213.00 |
| 560.99 | 2. GB Hosted in Relativity (April) | $35.00 | $19,634.65 |
| 30 | 3. User License for Relativity(April) | $75.00 | $2,250.00 |
| 414.81 | 4. GB Hosted in Analysis (April) | $30.00 | $12,444.30 |
| 1 | 5. User License for NeedleFinder(April) | $100.00 | $100.00 |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 70,641.95 | 00079 | 809110 | 66055 | 001 |
| | | | | |

70,641.95 TOTALS   Hold:_______   Attachment_______

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $70,641.95 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $70,641.95 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

Remit Payment to:

4809 Westway Park Blvd.
Payment Center
Houston, Texas 77041
ACH Remit to: Rachel.Kreitz@eqd.com

TAX ID:76-0438874




Invoice Number **DAL 00155055**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 5/31/2010
PAYMENT DUE: 6/30/2010

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**PAY NOW**
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

Click the link below for EQD's W-9
http://www.EQD.com/images/w9/dallas.pdf

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 80.42 | 1. GB Loaded Online-Relativity | $100.00 | $8,042.00 |
| 36 | 2. User License-Relativity | $75.00 | $2,700.00 |
| 641.41 | 3. GB Hosted Online-Relativity | $35.00 | $22,449.35 |
| 12.5 | 4. Project Mgmt Fee | $150.00 | $1,875.00 |
| 414.81 | 5. Host per GB (Analysis)-May | $30.00 | $12,444.30 |
| | May Charges | | |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 47,510.85 | 00079 | 809110 | 66055 | 001 |
| | | | | |
| | | | | |

47,510.85 TOTALS Hold:______ Attachment______

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $47,510.65 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $47,510.65 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**4809 Westway Park Blvd**
**Payment Center**
**Houston, Texas 77041**

TAX ID: 76-0438874







**PAY NOW**
**Please return check to**
**MARCIA JEWETT**
**Omaha/Legal Dept**

CLIENT MATTER NO:
**10711.000001**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

INVOICE DATE: 6/30/2010
**PAYMENT DUE: 7/30/2010**

| QTY. | DESCRIPTION | PRICE | TOTAL |
| --- | --- | --- | --- |
| 7.4 | 1. File Process to Tiff per GB | $800.00 | $5,920.00 |
| 2 | 2. Lab Hourly (Tech Time) to create deliverables (Harddrives) | $150.00 | $300.00 |
| 1 | 3. Hardware (Harddrives) HDRESI001 - HDRESI007 HDRESI-00000001 - 00419693 | $200.00 | $200.00 |
| 16.92 | 4. GB Loaded Online-Relativity | $100.00 | $1,692.00 |
| 36 | 5. User License-Relativity | $75.00 | $2,700.00 |
| 658.33 | 6. GB Hosted Online-Relativity | $35.00 | $23,041.55 |
| 414.81 | 7. Host per GB (NeedleFinder) | $30.00 | $12,444.30 |
| 5.91 | 8. File Process to Tiff per GB | $800.00 | $4,728.00 |
| 17,923 | 9. OCR | $0.03 | $537.69 |
| 2 | 10. Lab Hourly (Tech Time) to create MP OCR | $150.00 | $300.00 |
| 1 | 11. Hardware (Harddrive) | $200.00 | $200.00 |
| 35 | 12. Native Files within Export Volume | $0.05 | $1.75 |

Pay your balance today with MasterCard or Visa credit cards. Call Maria Munoz at 469-221-5984 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you regarding further storage options and fees.

SUBTOTAL
Postage/Freight/Fuel
SALES TAX
AMT APPLIED

TOTAL

CUSTOMER SIGNATURE: ______________________

ACCOUNT MANAGER
DEAN RYLANDER

JOB NUMBER
00155820

**Please Pay From This Invoice by the Due Date Below**
**7/30/2010**

5035779

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. That party above also agrees to the payment due date reflected on this invoice.

| Amount | GL Unit | GL Account | Project ID | Activ ID |
| --- | --- | --- | --- | --- |
| 52,065.29 | 0007 | 809110 | 60055 | 001 |
| 52,065.29 TOTALS | | | | |

Hold: ______ Attachment ______

APPROVALS:
Project Manager
Department Mgr/Acct

HDR

**4809 Westway Park Blvd**
**Payment Center**
**Houston, Texas 77041**




**DAL00155820**

TAX ID: 76-0438874

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

CLIENT MATTER NO:
**10711.000001**

INVOICE DATE: 6/30/2010
**PAYMENT DUE: 7/30/2010**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| | HDRESI008<br>HDRESI-00419694 - 00487190<br><br>June Billing | | |

Pay your balance today with MasterCard or Visa credit cards. Call Maria Munoz at 469-221-5984 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $52,065.29 |
| Postage/Freight/Fuel | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $52,065.29 |

CUSTOMER SIGNATURE: ______________________________

ACCOUNT MANAGER
DEAN RYLANDER

JOB NUMBER
00155820

**Please Pay From This Invoice by the Due Date Below**
**7/30/2010**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

Remit Payment to:

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00156400**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 7/31/2010
**PAYMENT DUE: 8/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**PAY NOW**
**Please return check to MARCIA JEWETT Omaha/Legal Dept**

**Click the link below for EQD's W-9**
**p://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 3 | 1. Lab Hourly (Tech Time)<br>1 hour tech time to research Analysis production IDs in attempt to remove duplicative previously produced documents<br>2 hour tech time to create deliverable for 13294 docs<br>HDRESI-CON011<br>HDRESI-CON00439361- HDRESI-CON00452654 | $150.00 | $450.00 |
| 39.8 | 2. GB Loaded Online-Relativity | $100.00 | $3,980.00 |
| 12 | 3. User License-Relativity | $75.00 | $900.00 |
| 698.13 | 4. GB Hosted Online-Relativity<br>July Relativity Hosting | $35.00 | $24,434.55 |
| 556.5 | 5. Host per GB (Analysis)<br>July NeedleFinder Hosting | $30.00 | $16,695.00 |
| 23.25 | 6. Project Management Hours - Image Conversion, Data Manipulation and Preperation for Relativity Loads | $150.00 | $3,487.50 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 49,947.05 | 00079 | 809110 | 66055 | 001 |

49,947.05 TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**


HDR

| | |
|---|---|
| SUBTOTAL | $49,947.05 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $49,947.05 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00156639**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 8/31/2010
**PAYMENT DUE: 9/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

# PAY NOW

## Please return check to MARCIA JEWETT Omaha/Legal Dept

**Click the link below for EQD's W-9**
**://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 556.7 | 1. Host per GB (Analysis)<br>August NeedleFinder | $30.00 | $16,701.00 |
| 548.97 | 2. GB Loaded Online | $50.00 | $27,448.50 |
| 15 | 3. User License | $90.00 | $1,350.00 |
| 1,247.1 | 4. GB Hosted Online<br>August Relativity | $35.00 | $43,648.50 |
| 61.75 | 5. Project Mgmt Fee hours 8/2-8/13<br>Billable hours for Jerry Bullock | $150.00 | $9,262.50 |
| 1 | 6. Project Mgmt Fee (MB)<br>Exporting Bromwell Docs to IKON | $150.00 | $150.00 |
| 0.5 | 7. Tech Hourly Fee<br>HDRESI001SUP<br>HDRESI-00172429 - HDRESI-00301219 | $150.00 | $75.00 |
| 1 | 8. Tech Hourly Fee<br>HDRESI-CON012<br>HDRESI-CON00534515 - HDRESI-CON00535035 | $150.00 | $150.00 |
| 3 | 9. Tech Hourly Fee<br>Running Queries to Generate Overlay | $150.00 | $450.00 |
| 1 | 10. CD's produced/duplicated<br>Re-Production of Color Docs | $25.00 | $25.00 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 99,260.50 | 00079 | 809110 | 66055 | 001 |

99,260.50 TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

HDR

| | |
|---|---|
| SUBTOTAL | $99,260.50 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $99,260.50 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00157492**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 9/30/2010
**PAYMENT DUE:** **10/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

# PAY NOW

**Please return check to**
**MARCIA JEWETT**
**Omaha/Legal Dept**

**`lick the link below for EQD's W-9**
**):/www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 15 | 1. User License-Relativity | $75.00 | $1,125.00 |
| 1,247.2 | 2. GB Hosted Online-Relativity | $35.00 | $43,652.00 |
| 556.7 | 3. Host per GB (Analysis) September | $25.00 | $13,917.50 |
| 4,433 | 4. File Process to Tiff per Page<br>HDRESI002SUP<br>HDRESI-00301220 - 00305652 | $0.04 | $177.32 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 58,871.82 | 00079 | 809110 | 66055 | 001 |
| | | | | |
| | | | | |
| 58,871.82 TOTALS | | | | |

Hold: ______ Attachment ______

APPROVALS:
Project Manager ______
Department Mgr/Acct ______

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $58,871.82 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $58,871.82 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.



HDR

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**
TAX ID:76-0438874

**EQUIVALENT DATA**
*Insight Into Data*

**Invoice Number** **DAL 00157967**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 10/31/2010
**PAYMENT DUE: 11/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 557 | 1. Host per GB (Analysis) | $25.00 | $13,925.00 |
| 346.3 | 2. GB Loaded Online-Relativity | $100.00 | $34,630.00 |
| 17 | 3. User License-Relativity | $90.00 | $1,530.00 |
| 1,593.5 | 4. GB Hosted Online-Relativity | $25.00 | $39,837.50 |
| 1.5 | 5. Project Mgmt Fee | $150.00 | $225.00 |
| | October Charges | | |

**PAY NOW**
**Please return check to**
**MARCIA JEWETT**
**Omaha/Legal Dept**

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 90,147.50 | 00079 | 809110 | 66055 | 001 |

90,147.50 TOTALS    Hold: ____    Attachment ✓

APPROVALS:
Project Manager ____
Department Mgr/Acct ____




**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $90,147.50 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $90,147.50 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00158532**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 11/30/2010
**PAYMENT DUE:** **12/30/2010**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

# PAY NOW

## Please return check to MARCIA JEWETT Omaha/Legal Dept

**:lick the link below for EQD's W-9**
**p://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1,654.55 | 1. Gb Hosted Online-Relativity | $25.00 | $41,363.75 |
| 15 | 2. User License-Relativity | $90.00 | $1,350.00 |
| 2 | 3. Lab Hourly (Tech Time) to create custom overlay file | $150.00 | $300.00 |
| 3 | 4. User Monthly | $100.00 | $300.00 |
| 558.2 | 5. Host per GB (Analysis) | $25.00 | $13,955.00 |
| 61.05 | 6. Gb Loaded Online-Relativity | $100.00 | $6,105.00 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 63,373.75 | 00079 | 809110 | 66055 | 001 |

63,373.75 TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

HDR

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $63,373.75 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $63,373.75 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

Remit Payment to:

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**
TAX ID:76-0438874

**EQUIVALENT DATA**
*Insight Into Data*

| | |
|---|---|
| **Invoice Number** | **DAL 00158970** |
| CLIENT MATTER NO: | 10711.000001 |
| CASE NAME: | |
| ACCOUNT MANAGER: | DEAN RYLANDER |
| INVOICE DATE: | 12/31/2010 |
| **PAYMENT DUE:** | **1/30/2011** |

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**"www.EQD.com/images/w9/dallas.pdf**

# PAY NOW
**Please return check to**
**MARCIA JEWETT**
**Omaha/Legal Dept**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,344.3 | 1. GB Hosted Online-Realtivity | $25.00 | $58,607.50 |
| 14 | 2. User License-Realtivity | $90.00 | $1,260.00 |
| 660.6 | 3. GB Loaded Online-Relativtiy | $100.00 | $66,060.00 |
| 1 | 4. Lab Hourly (Tech Time) | $150.00 | $150.00 |
| | HDRESI009 HDRESI-00419843 HDRESI-00419937 | | |
| 149 | 5. File Process to Tiff per Page | $0.04 | $5.96 |
| 1 | 6. Lab Hourly (Tech Time) to process data | $150.00 | $150.00 |
| | 74 DocIDs to Tiff | | |
| | HDRESI008 HDRESI-00419694 HDRESI-00419842 | | |
| 558.2 | 7. Host per GB (Analysis) | $25.00 | $13,955.00 |
| 3 | 8. User Monthly | $100.00 | $300.00 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 140,488.46 | 00079 | 809110 | 606055 | 001 |
| 140,488.46 TOTALS | | | | |

Hold:______ Attachment______

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $140,488.46 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $140,488.46 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.



**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00159160**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: DEAN RYLANDER
INVOICE DATE: 1/31/2011
**PAYMENT DUE:** **3/2/2011**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | 1. Host per GB (Analysis) | $25.00 | $13,955.00 |
| 3 | 2. User Monthly | $100.00 | $300.00 |
| 2,354.1 | 3. Gb Hosted Online-Relativity | $25.00 | $58,852.50 |
| 32 | 4. User License-Relativity | $75.00 | $2,400.00 |
| 9.8 | 5. GB Loaded Online-Relativity | $100.00 | $980.00 |

January Charges

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 76,487.50 | 00079 | 809110 | 66055 | 001 |
| 76,487.50 TOTALS | | | | |

Hold: ______ Attachment ______

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $76,487.50 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $76,487.50 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

Remit Payment to:

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** | **DAL 00159461**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 2/28/2011
**PAYMENT DUE: 3/30/2011**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | 1. Host per GB (Analysis) | $12.50 | $6,977.50 |
| 1 | 2. Deactivation Fee | $250.00 | $250.00 |
| 2,354.1 | 3. Gb HOsted Online-Relativity | $25.00 | $58,852.50 |
| 36 | 4. User License-Relativity | $75.00 | $2,700.00 |

Tampa Bay Water

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 68,780.00 | 0005 | 809110 | 66055 | 001 |

68,780.00 TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $68,780.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $68,780.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00160371**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 3/31/2011
**PAYMENT DUE: 4/30/2011**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | 1. Host per GB (Analysis) | $12.50 | $6,977.50 |
| 2,354.1 | 2. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 37 | 3. User License-Relativity | $75.00 | $2,775.00 |

March Charges

TBW

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 68,605.00 | 00079 | 809110 | 660055 | 001 |

TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $68,605.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $68,605.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00160593**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 4/30/2011
**PAYMENT DUE: 5/30/2011**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2 | 1. Lab Hourly (Tech Time) to Re-Export 3 volumes of data in color format HDRESI002_Supp HDRESI-CON00005257-HDRESI-CON00535035 HDRESI003_Supp HDRESI-00128611- HDRESI-00170773 | $150.00 | $300.00 |
| 558.2 | 2. Host per GB (Analysis) Warm Storage April Hosting | $12.50 | $6,977.50 |
| 2,354.1 | 3. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 12 | 4. User License-Relativity April Hosting | $90.00 | $1,080.00 |
| 2 | 5. DVD's produced/duplicated | $50.00 | $100.00 |

April Charges




**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $67,310.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $67,310.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00161323**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 5/31/2011
**PAYMENT DUE: 6/30/2011**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,354.1 | 1. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 9 | 2. User License-Relativity<br>May Relativity Hosting | $100.00 | $900.00 |
| 558.2 | 3. Host per GB (Analysis)<br>Warm Storage<br>May Hosting | $12.50 | $6,977.50 |



| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 66,730.00 | 00079 | 809110 | 660055 | 00 |

66,730.00 TOTALS

Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,730.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,730.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL00161788**

CLIENT MATTER NO: 10711.0000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 6/30/2011
**PAYMENT DUE: 7/30/2011**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | 1. Host per GB (Analysis)<br>Warm Storage<br>June Hosting | $12.50 | $6,977.50 |
| 2,354.1 | 2. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 9 | 3. User License-Relativity<br>June charges | $100.00 | $900.00 |




**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,730.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,730.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00162193**

CLIENT MATTER NO: 10711.00001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 7/31/2011
**PAYMENT DUE:** **8/30/2011**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,354.1 | 1. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 9 | 2. User License-Relativity<br>July Hosting | $100.00 | $900.00 |
| 558.2 | 3. Host per GB (Analysis)<br>Warm Storage | $12.50 | $6,977.50 |
| | July Charges | | |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 66,730 | 60079 | 809110 | 660555 | 001 |
| 66,730 TOTALS | | | | |

Hold: Attachment ✓

APPROVALS:
Project Manager [signature]
Department Mgr/Acct [signature]

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,730.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,730.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00162716**

| | |
|---|---|
| CLIENT MATTER NO: | 10711.00001 |
| CASE NAME: | |
| ACCOUNT MANAGER: | Dean Rylander |
| INVOICE DATE: | 8/31/2011 |
| **PAYMENT DUE:** | **9/30/2011** |

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,354.1 | 1. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 7 | 2. User License-Relativity | $100.00 | $700.00 |
| 558.2 | 3. Host per GB (Analysis)<br>Warm Storage<br>August Hosting | $12.50 | $6,977.50 |




**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,530.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,530.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00163124**

CLIENT MATTER NO: 10711.00001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 9/30/2011
**PAYMENT DUE: 10/30/2011**
Page Number 1

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | 1. Host per GB (Analysis) Warm Storage | $12.50 | $6,977.50 |
| 2,354.1 | 2. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 7 | 3. User Licnese-Relativity September Hosting | $100.00 | $700.00 |




**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,530.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,530.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874

EQUIVALENT DATA
*Insight Into Data*

**Invoice Number** | **DAL 00163511**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 10/31/2011
**PAYMENT DUE: 11/30/2011**
Page Number 1

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,354.1 | 1. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 5 | 2. User License-Relativity<br>October Hosting | $100.00 | $500.00 |
| 558.2 | 3. Host per GB (Analysis)<br>October NeedleFinder Hosting | $12.50 | $6,977.50 |

Tampa Bay Water

| Amount | Object | GL Account | Project ID | Acct ID |
|---|---|---|---|---|
| 66,330 | 0079 | 809110 | 66055 | 001 |

66,330 TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,330.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,330.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

Remit Payment to:

4809 Westway Park Blvd.
Payment Center
Houston, Texas 77041
ACH Remit to: Rachel.Kreitz@eqd.com

TAX ID:76-0438874




**Invoice Number** **DAL 00164099**

CLIENT MATTER NO: 10711.00001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 11/30/2011
**PAYMENT DUE: 12/30/2011**
Page Number 1

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | 1. Host per GB (Analysis) November Hosting | $12.50 | $6,977.50 |
| 2,354.1 | 2. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 5 | 3. User License-Relativity November Hosting | $100.00 | $500.00 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 66,330- | 00079 | 809110 | 616055 | 001 |
| | | | | |

66,330- TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

HDR

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,330.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,330.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**



**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00164633**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 12/31/2011
**PAYMENT DUE:** **1/30/2012**
Page Number 1

**Click the link below for EQD's W-9**
**http://www.EQD.com/images/w9/dallas.pdf**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | 1. Host per GB (Analysis) Warm Storage December Hosting | $12.50 | $6,977.50 |
| 2,354.1 | 2. GB Hosted Online-Relativity | $25.00 | $58,852.50 |
| 5 | 3. User License-Relativity December Hosting | $100.00 | $500.00 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 66,330.00 | 00079 | 809110 | 66055 | 001 |
| | | | | |
| | | | | |
| 66,330.00 TOTALS | | | | |

Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**




| | |
|---|---|
| SUBTOTAL | $66,330.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,330.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




**Invoice Number** **DAL 00165099**

CLIENT MATTER NO: 10711.00001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 1/31/2012
**PAYMENT DUE: 3/1/2012**
Page Number 1

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**For Copy of W-9 email:**
**Rachel.Kreitz@eqd.com**

| QTY. | DESCRIPTION | PRICE | TOTAL |
| --- | --- | --- | --- |
| 2,354.7 | 1. GB Hosted Online-Relativity | $25.00 | $58,867.50 |
| 5 | 2. User License-Relativity | $100.00 | $500.00 |
| 0.6 | 3. GB Loaded Online-Relativity | $100.00 | $60.00 |
| 558.2 | 4. Host per GB (Analysis) | $12.50 | $6,977.50 |

5035779

| Amount | GL Unit | GL Account | Project ID | Activ ID |
| --- | --- | --- | --- | --- |
| 66,405 - | 00079 | 809110 | 666055 | 001 |

66,405 - TOTALS Hold: Attachment

APPROVALS:
Project Manager
Department Mgr/Acct

**Thanks for using Equivalent DATA!**

HDR

| | |
| --- | --- |
| SUBTOTAL | $66,405.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,405.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874

EQUIVALENT DATA
*Insight Into Data*

**Invoice Number** **DAL 00165456**

CLIENT MATTER NO: 10711.00001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 2/29/2012
**PAYMENT DUE: 3/30/2012**
Page Number 1

**For Copy of W-9 email:**
**Rachel.Kreitz@eqd.com**

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,354.9 | 1. GB Hosted Online-Relativity | $25.00 | $58,872.50 |
| 5 | 2. User License-Relativity | $100.00 | $500.00 |
| 0.2 | 3. GB Loaded Online-Relativity | $100.00 | $20.00 |
| 558.2 | 4. Host per GB<br>Warm Storage | $12.50 | $6,977.50 |
| | February Hosting | | |

TBW

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 66,370.00 | 00075 | 809110 | 66055 | 001 |

66,370 — TOTALS    Hold: ______    Attachment ______

APPROVALS:
Project Manager ______
Department Mgr/Acct ______

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,370.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,370.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards. Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID: 76-0438874




**Invoice Number** **DAL 00165929**

CLIENT MATTER NO: 10711.000001
CASE NAME:
ACCOUNT MANAGER: Dean Rylander
INVOICE DATE: 3/31/2012
**PAYMENT DUE: 4/30/2012**
Page Number 1

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**For Copy of W-9 email:**
**Rachel.Kreitz@eqd.com**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,354.9 | 1. GB Hosted Online-Relativity | $25.00 | $58,872.50 |
| 5 | 2. User License-Relativity | $100.00 | $500.00 |
| | March Hosting | | |
| 558.2 | 3. Analysis Host per GB | $12.50 | $6,977.50 |

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,350.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,350.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.

**Remit Payment to:**

**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**
**ACH Remit to: Rachel.Kreitz@eqd.com**

TAX ID:76-0438874




| **Invoice Number** | **DAL 00166436** |
|---|---|
| CLIENT MATTER NO: | 10711.00001 |
| CASE NAME: | Tampa Bay Water vs HDR |
| ACCOUNT MANAGER: | Dean Rylander |
| INVOICE DATE: | 4/30/2012 |
| **PAYMENT DUE:** | **5/30/2012** |
| Page Number | 1 |

BILL TO: BRUCE R GERHARDT
HDR Engineering, Inc
8404 Indian Hills Dr
Omaha, NE 68114

**For Copy of W-9 email:**
**Rachel.Kreitz@eqd.com**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 558.2 | Host per GB | $12.50 | $6,977.50 |
| 2,354.9 | GB Hosted Online-Relativity | $25.00 | $58,872.50 |
| 5 | User License-Relativity | $100.00 | $500.00 |
| | April Hosting | | |

**Thanks for using Equivalent DATA!**

| | |
|---|---|
| SUBTOTAL | $66,350.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $66,350.00 |

-Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

-Data is retained on our storage devices for up to 6 months. Additional charges may be applicable.