# GeoTesting express
a subsidiary of Geocomp Corporation

1145 Massachusetts Ave.
Boxborough, MA 01719
(978) 635-0424

**PAY NOW**
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

RECEIVED
JUL 19 2010

Invoice No: 0010604-IN
Invoice Date: 07/03/2010
Customer PO No:
Sales Order No: 0067952
Order Date:
Customer No: HDRE001

## INVOICE

Bill to:

**HDR Engineering, Inc.**
Attn: Bruce Gerhardt
8404 Indian Hills Drive
Omaha, NE 68114

Project Manager: Tim Connolly

5006554

GTX #: 9917
Project ID
Project Name: Tampa Bay Regional Reservoir L
Project No: 001
Project Location: Tampa, FL

Amount: 19,458.75  GL Unit: 0007  GL Account: 809110  Project ID: 66055

19458.75 TOTALS    Hold:_____    Attachment_____

APPROVALS:
Project Manager
Department Mgr/Acct

| Sample No | Item Number | Test Method | Extended Price |
|---|---|---|---|
| 06/06 - 06/12/10 (1.0 hours) Lab Supervisor | L1001 | GTX-L1001 - Laboratory Technician | $95.00 |
| 06/06 - 06/12/10 (17.0 hours) Lab Engineer | E1007 | GTX-E1007 - Professional Services of Project Engineer | $2,040.00 |
| 06/06 - 06/12/10 (3.25 hours) QA/Project Mngr | E1010 | GTX-E1010 - Project Manager | $568.75 |
| 06/06 - 06/12/10 (4.25 hours) Lab Technician | L1001 | GTX-L1001 - Laboratory Technician | $191.25 |
| 06/06 - 06/12/10 (6.5 hours) Lab Manager | L1002 | GTX-L1002 - Laboratory Manager | $812.50 |
| 06/13 - 06/18/10 (12.0 hours) Lab Engineer | E1007 | GTX-E1007 - Professional Services of Project Engineer | $1,440.00 |
| 06/13 - 06/18/10 (17.0 hours) QA/Project Mngr | E1010 | GTX-E1010 - Project Manager | $2,975.00 |
| 06/13 - 06/18/10 (29.5 hours) Lab Manager | L1002 | GTX-L1002 - Laboratory Manager | $3,687.50 |
| 06/13 - 06/18/10 (7.75 hours) Lab Technician | L1001 | GTX-L1001 - Laboratory Technician | $348.75 |
| Allen Marr (8.5 hours) | E1005 | GTX-E1005 - Professional Services of Pricipal | $2,550.00 |
| Bulk Sample (Composite) | D 422C | ASTM D 422 - Combined Gradation Analysis | $135.00 |
| Bulk Sample (Composite) | D 4318 | ASTM D 4318 - Atterberg Limits | $75.00 |
| Equipment Retro-Fit | M1015 | GTX-M1015 - Direct Expenses | $540.00 |
| Photographer/Videographer | M1015 | GTX-M1015 - Direct Expenses | $4,000.00 |

Invoice Total: **$19,458.75**

Please note that the full invoice amount is due on receipt
We accept Visa, MasterCard & American Express.

This invoice for services prepared by:_____
Invoice Checked by:_____

Remit to:
P.O. Box 845918
Boston, MA 02284-5918



**GeoTesting**
EXPRESS

1145 Massachusetts Ave.
Boxborough, MA 01719
(978) 635-0424

**PAY NOW**
Please return check to
**MARCIA JEWETT**
Omaha/Legal Dept

**INVOICE**

RECEIVED
OCT 1 1 2010
HDR

Invoice No: 0010991-IN
Invoice Date: 10/02/2010
Customer PO No:
Sales Order No: 0067952
Order Date:
Customer No: HDRE001

Bill to:

**HDR Engineering, Inc.**
Attn: Bruce Gerhardt
8404 Indian Hills Drive
Omaha, NE  68114

GTX #: 9917
Project Name: Tampa Bay Regional Reservoir L
Project No:
Project Location: Tampa, FL

Project Manager: Tim Connolly

| Sample No | ItemNumber | Test Method | Extended Price |
|---|---|---|---|
| Bulk Sample (Composite) | D 5567 | ASTM D 5567 - Hydraulic Conductivity Ratio | $950.00 |

5000554

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 950.00 | 00079 | 809110 | 66055 | 001 |

950.00 TOTALS    Hold: _____    Attachment _____

APPROVALS:
  Project Manager
  Department Mgr/Acct

Remit to:
P.O. Box 845918
Boston, MA 02284-5918

Invoice Total: $950.00

Please note that the full invoice amount is due on receipt

We accept Visa, MasterCard & American Express.

This invoice for services prepared by: _____
Invoice Checked by: _____


HDR

# GeoTesting express
a subsidiary of Geocomp Corporation

1145 Massachusetts Ave.
Boxborough, MA 01719
(978) 635-0424

Bill to:

**HDR, Inc.**
5426 Bay Center Drive
Suite 400
Tampa, FL 33609

Project Manager: Barry Meyer, P.E.

RECEIVED
JAN 12 2009
HDR, INC- ACCOUNTING
TAMPA, FLORIDA

*am 1/14/09*
*037 66055 T 03*
*079*

Invoice No: 0008656-IN
Invoice Date: 01/02/2009
Customer PO No:
Sales Order No: 0066191
Order Date:
Customer No: HDR005

## INVOICE

GTX #: 8713
Project Name: Tampa Bay Water Reservoir
Project No:
Project Location: FL

| Sample No | ItemNumber | Test Method | Extended Price |
|---|---|---|---|
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 698-4IN | ASTM D 698 - Standard Proctor (method A or B) | $140.00 |
| Sample 12/01/08 | D 4318 | ASTM D 4318 - Atterberg Lim | $75.00 |
| Sample 12/01/08 | D 2487 | ASTM D 2487 - Soil Classifi | $10.00 |
| Sample 12/01/08 | D 422C | ASTM D 422 - Combined Gr | $130.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |
| Sample 12/01/08 | D 6528 | ASTM D 6528 - Direct Simple Shear (1 normal stress) | $575.00 |

**PAY NOW**

HDR

*5000554*

| Amount | GL Unit | GL Account | Project ID | Activ ID | Resource |
|---|---|---|---|---|---|
| 5,530.00 | 079 | 809100 | 66055 | 003 | |
| 5,530.00 | | | | | |

TOTALS
Hold. _____  Attachment _____
APPROVALS:
Project Manager _____ *Renee Harlan*
Department Mgr/Acct _____ *TAC 1/26/09*
Invoice Checked by: _____ *GH*

Invoice Total: **$5,530.00**

Please note that the full invoice amount is due on receipt.
We accept Visa, MasterCard & American Express.
This invoice for services prepared by:

Remit to:
P.O. Box 845918
Boston, MA 02284-5918

*cc: John Kanan*