# HILL WARD HENDERSON

ATTORNEYS AT LAW

Page:1
Invoice# 10391790
June 4, 2012
012122.000001-BHH

Bruce R. Gerhardt
**Vice President, Senior Counsel**
**HDR, Inc. Legal Department**
**8404 Indian Hills Drive**
**Omaha, NE 68114-4098**

**Re:** Tampa Bay Water vs HDR (Expert on Attorneys' Fees)

For professional services rendered through June 4, 2012

## Attorney Time Detail

| Date | Tkr | Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/25/12 | BHH | Telephone conference with K. Meaders. | 525.00 | 0.50 | 262.50 |
| 05/01/12 | DLL | Review fee application; Comments to B. Hill; Review documents from underlying case; Create chronology. | 285.00 | 4.00 | 1,140.00 |
| 05/01/12 | BHH | Review draft motion; ██████████████████████████ | 525.00 | 0.80 | 420.00 |
| 05/02/12 | DLL | Review documents; Draft chronology; Review revised fee application. | 285.00 | 4.00 | 1,140.00 |
| 05/02/12 | BHH | Review and respond to e-mails; Review data. | 525.00 | 0.50 | 262.50 |
| 05/04/12 | JAC | Download documents ██████████████████████████ | 160.00 | 1.00 | 160.00 |
| 05/07/12 | DLL | Review documents; Begin drafting declaration. | 285.00 | 1.80 | 513.00 |
| 05/07/12 | BHH | Review records; General outline of declaration. | 525.00 | 0.30 | 157.50 |
| 05/09/12 | DLL | Review file; Begin drafting declaration. | 285.00 | 4.50 | 1,282.50 |
| 05/09/12 | BHH | Telephone conference with K. Meaders ████████████ Review data. | 525.00 | 0.50 | 262.50 |
| 05/10/12 | BHH | Review materials. | 525.00 | 0.30 | 157.50 |
| 05/10/12 | DLL | Review materials; Draft declaration. | 285.00 | 3.00 | 855.00 |
| 05/14/12 | JAC | Prepare binder of documents requested by B. Hill and responses | 160.00 | 2.50 | 400.00 |

| Date | Tkr | Narrative | Rate | Hours | Amount |
|------|-----|-----------|------|-------|--------|
| | | provided by client. | | | |
| 05/14/12 | DLL | Review, organize, and annotate materials; Research ███████ ███████████ Draft memo/declaration. | 285.00 | 8.00 | 2,280.00 |
| 05/14/12 | BHH | Review materials and preliminary draft. | 525.00 | 0.50 | 262.50 |
| 05/14/12 | CA | Review and organize key pleadings in binder for B. Hill review. | 140.00 | 2.80 | 392.00 |
| 05/15/12 | DLL | Draft key issues memo/outline of declaration; Review materials; Research ███████████. | 285.00 | 6.90 | 1,966.50 |
| 05/18/12 | BHH | Review email; Telephone conference with K. Meaders. | 525.00 | 0.30 | 157.50 |
| 05/21/12 | DLL | Draft declaration; Review fee and invoice data; Legal research for declaration; ███████████ | 285.00 | 5.00 | 1,425.00 |
| 05/21/12 | BHH | Review emails; Review documents; Status on draft. | 525.00 | 0.50 | 262.50 |
| 05/22/12 | JAC | Download invoices and spreadsheet of expenses from Dropbox and begin to review and organize same (3); ███████████ (.2); Receive and download ███████████ (.3). | 160.00 | 3.50 | 560.00 |
| 05/22/12 | DLL | Review materials; Draft B. Hill declaration. | 285.00 | 3.90 | 1,111.50 |
| 05/22/12 | BHH | Review and respond to emails; Status of draft. | 525.00 | 0.50 | 262.50 |
| 05/23/12 | JAC | Organize Sedgwick and Forizs & Dogali invoices for B. Hill review. | 160.00 | 4.50 | 720.00 |
| 05/23/12 | DLL | Review documents and draft declaration; Meet with B. Hill re: same; Meet with T. Woodward. | 285.00 | 10.60 | 3,021.00 |
| 05/23/12 | BHH | Preparation for meeting with clients in Dallas; Meeting with D. Luikart to discuss case; Review documents; Interview T. Woodward. | 525.00 | 4.50 | 2,362.50 |
| 05/24/12 | JAC | Organize expense invoices for B. Hill review. | 160.00 | 4.50 | 720.00 |
| 05/24/12 | BHH | Preparation for meeting with clients; Travel to Dallas, Texas; Interview lead attorneys; Return travel to Tampa, Florida. | 525.00 | 16.00 | 8,400.00 |
| 05/25/12 | BHH | Prepare Affidavit; Telephone conference with T. Connolly; Telephone conference with D. Frostic; Conference with D. Luikart ███████████; Telephone conference with J. Vinto. | 525.00 | 5.40 | 2,835.00 |
| 05/25/12 | DLL | Draft declaration; Review documents; Telephone conference with K. Meaders (multiple). | 285.00 | 9.20 | 2,622.00 |
| 05/25/12 | JAC | Download ███████████ ███████████ | 160.00 | 4.00 | 640.00 |

| Date | Tkr | Narrative | Rate | Hours | Amount |
|------|-----|-----------|------|-------|--------|
| 05/27/12 | BHH | Review materials for inclusion in declaration. | 525.00 | 1.20 | 630.00 |
| 05/28/12 | DLL | Draft declaration; Review documents related to same; ████████████████████████ | 285.00 | 9.20 | 2,622.00 |
| 05/28/12 | BHH | Review materials for inclusion in declaration; Review draft. | 525.00 | 2.10 | 1,102.50 |
| 05/29/12 | DLL | Multiple emails and telephone conferences with counsel involved in case; Review documents; Draft declaration. | 285.00 | 9.10 | 2,593.50 |
| 05/29/12 | TS | Legal research ████████████████████ | 130.00 | 2.80 | 364.00 |
| 05/29/12 | BHH | Review materials for affidavit; Preparation of draft declaration; Edit draft. | 525.00 | 3.10 | 1,627.50 |
| 05/30/12 | DLL | Draft declaration; Review documents; Research ████████████ Meet with B. Hill re: status; Lengthy email exchanges with R. Harrison re: hourly rates; Create spreadsheets and summaries. | 285.00 | 10.10 | 2,878.50 |
| 05/30/12 | TS | Legal research ████████████████████ | 130.00 | 2.00 | 260.00 |
| 05/30/12 | BHH | Review materials; Edit draft declaration; Prepared additional information. | 525.00 | 5.10 | 2,677.50 |
| 05/31/12 | BHH | Reviewed materials; Worked on draft declaration; Telephone conference with D. Frostic; Conference with D. Luikart. | 525.00 | 8.10 | 4,252.50 |
| 05/31/12 | DLL | Draft declaration (revisions per B. Hill comments); Review materials provided, compile and create exhibits and reference documents; Legal research re: same. | 285.00 | 15.00 | 4,275.00 |
| 06/01/12 | BHH | Worked on affidavit; Reviewed data; Telephone conference with K. Meaders and others at Sedgwick. | 525.00 | 8.40 | 4,410.00 |
| 06/01/12 | DLL | Review and revise draft declaration; Create spreadsheets; Extensive discussions with B. Hill re: same. | 285.00 | 9.40 | 2,679.00 |
| 06/01/12 | JAC | Research number of motions filed by various parties and send email to D. Luikart with totals (1.5); Breakdown monthly time entries to daily time entries for Meaders and Mason (1.5); Print expert witness affidavits for B. Hill review (.5). | 160.00 | 3.50 | 560.00 |
| 06/02/12 | BHH | Prepared and edited affidavits; Review and respond to numerous emails; Telephone conference with D. Kent and K. Meaders; Telephone conference with K. Meaders; Review data. | 525.00 | 8.50 | 4,462.50 |
| 06/02/12 | DLL | Revise declaration, review materials, compile data, and discuss same with B. Hill. | 285.00 | 7.10 | 2,023.50 |
| 06/03/12 | BHH | Prepare and edit affidavit; Telephone conference with D. Kent; Review data. | 525.00 | 6.50 | 3,412.50 |

| Date | Tkr | Narrative | Rate | Hours | Amount |
|------|-----|-----------|------|-------|--------|
| 06/03/12 | DLL | Revise declaration, review materials, compile data, and discuss same with B. Hill. | 285.00 | 6.90 | 1,966.50 |
| 06/04/12 | BHH | Final preparation of Declaration; Review data; Telephone conference and preparation of emails re: final declaration. | 525.00 | 7.50 | 3,937.50 |
| 06/04/12 | DLL | Final edits to declaration; Gather and revise exhibits; Final review with B. Hill. | 285.00 | 8.00 | 2,280.00 |
| 06/04/12 | JAC | Revise spreadsheet of expenses for use as exhibit to B. Hill Affidavit (.5); Revise Master List of Forizs & Dogali Costs spreadsheet to exclude disallowed charges (2); Assemble and organize exhibits to B. Hill Affidavit (1.5). | 160.00 | 4.00 | 640.00 |

**Total Fees:** $86,668.00

## Attorney Time Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| B. Hill III | 525.00 | 81.10 | 42,577.50 |
| D. Luikart | 285.00 | 135.70 | 38,674.50 |
| C. Anderson | 140.00 | 2.80 | 392.00 |
| J. Cuviello | 160.00 | 27.50 | 4,400.00 |
| T. Simmons | 130.00 | 4.80 | 624.00 |
| **Total Fees:** | | 251.90 | $86,668.00 |

## Itemized Disbursement

| Date | Narrative | Amount |
|------|-----------|--------|
| 04/23/12 | WESTLAW/LEXIS Service Charge | 24.75 |
| 05/04/12 | Postage | 0.45 |
| 05/14/12 | WESTLAW/LEXIS Service Charge | 35.90 |
| 05/15/12 | WESTLAW/LEXIS Service Charge | 5.55 |
| 05/21/12 | WESTLAW/LEXIS Service Charge | 87.30 |
| 05/23/12 | WESTLAW/LEXIS Service Charge | 2.95 |
| 05/24/12 | WESTLAW/LEXIS Service Charge | 3.20 |
| 05/25/12 | WESTLAW/LEXIS Service Charge | 15.60 |
| 05/28/12 | WESTLAW/LEXIS Service Charge | 2.50 |
| 05/29/12 | WESTLAW/LEXIS Service Charge | 10.45 |
| 05/29/12 | WESTLAW/LEXIS Service Charge | 13.70 |
| 05/30/12 | WESTLAW/LEXIS Service Charge | 3.30 |
| 05/30/12 | WESTLAW/LEXIS Service Charge | 122.80 |
| 05/31/12 | WESTLAW/LEXIS Service Charge | 27.40 |

| 05/31/12 | Travel Expenses: (Air/Hotel/Etc)  VENDOR: Hill, III, Benjamin H.; INVOICE#: 052412; DATE: 5/31/2012  -  Round trip to Dallas on 5/24/12 to attend meeting with Kurt Meaders to discuss the case. | 680.24 |

| | **Total Disbursements:** | $1,036.09 |

## Summarized Disbursements

| Narrative | Amount |
| --- | --- |
| Postage | 0.45 |
| Travel Expenses: (Air/Hotel/Etc) | 680.24 |
| WESTLAW/LEXIS Service Charge | 355.40 |
| **Total Disbursements:** | $1,036.09 |

## Bill Summary:

| | |
| --- | --- |
| **Total Fees:** | $86,668.00 |
| **Total Disbursements:** | $1,036.09 |
| **Total Bill Amount Due:** | **$87,704.09** |

# HILL WARD HENDERSON
ATTORNEYS AT LAW

Bruce R. Gerhardt
Vice President, Senior Counsel
HDR, Inc. Legal Department
8404 Indian Hills Drive
Omaha, NE 68114-4098

**Re:** Tampa Bay Water vs HDR (Expert on Attorneys' Fees)

For professional services rendered through April 30, 2012

## Attorney Time Detail

| Date | Tkr | Narrative | Rate | Hours | Amount |
|------|-----|-----------|------|-------|--------|
| 04/19/12 | BHH | Telephone conference with K. Meaders; Telephone conference with ███████ | 525.00 | 0.80 | 420.00 |
| 04/19/12 | CGR | Review docket; Legal research re: ████████ ███████ Telephone conference with an exchange e-mails with B. Hill re: same. | 250.00 | 1.00 | 250.00 |
| 04/20/12 | CGR | Legal research re: ███████ ███████ Telephone conference with and send e-mail to B. Hill, III re: same. | 250.00 | 0.80 | 200.00 |
| 04/22/12 | BHH | Review ███████ | 525.00 | 0.80 | 420.00 |
| 04/23/12 | BHH | Review research; Correspondence to client, K. Meaders; Review Motion for Extension; E-mail correspondence to K. Meaders; Review with D. Luikart. | 525.00 | 2.10 | 1,102.50 |
| 04/23/12 | DLL | Discuss new matter with B. Hill; Several telephone conferences with K. Meaders; Consider necessary documents; Research ███████ ███████ Review selected pleadings. | 285.00 | 4.20 | 1,197.00 |
| 04/24/12 | DLL | Review materials related to case; Lengthy telephone conference with K. Meaders re: ███████ | 285.00 | 1.30 | 370.50 |
| 04/25/12 | DLL | Telephone conference with K. Meaders, B. Hill; Review selected pleadings available online. | 285.00 | 4.00 | 1,140.00 |
| 04/26/12 | DLL | Review documents relating to case. | 285.00 | 3.70 | 1,054.50 |

| Date | Tkr | Narrative | Rate | Hours | Amount |
|------|-----|-----------|------|-------|--------|
| 04/27/12 | DLL | Review documents from client; Draft ████ | 285.00 | 2.50 | 712.50 |
| 04/30/12 | DLL | Review documents and materials from underlying case. | 285.00 | 3.80 | 1,083.00 |
| 04/30/12 | BHH | Begin review of materials furnished by Sedgwick. | 525.00 | 0.60 | 315.00 |
| | | | **Total Fees:** | | $8,265.00 |

### Attorney Time Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| B. Hill III | 525.00 | 4.30 | 2,257.50 |
| D. Luikart | 285.00 | 19.50 | 5,557.50 |
| C. Reeder | 250.00 | 1.80 | 450.00 |
| **Total Fees:** | | 25.60 | $8,265.00 |

### Bill Summary:

| | |
|---|---|
| **Total Fees:** | $8,265.00 |
| **Total Bill Amount Due:** | **$8,265.00** |