

**Hyatt Regency Tampa**
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234

DOWNTOWN AT TAMPA CITY
CENTER

## INVOICE

| Payee | Sedwick Law |
|---|---|

| Group Name: | Sedwick Law |
|---|---|

| | Date | Folio No | Description | Charges | Credits |
|---|---|---|---|---|---|
| **Account 9021** | | | | | |
| | Mar-12 | | Room Charges | 51,714.88 | |
| | Mar-12 | | Parking Charges | 1,294.00 | |
| | Mar-12 | | Avanzare Charges | 10,148.48 | |
| | Mar-12 | | <span style="color:red">Misc Personal</span> | 1,747.10 | |
| | Mar-12 | | Internet & Local Calls Charges | 984.27 | |
| | Mar-12 | | Package Handling Charges | 175.00 | |
| | Mar-12 | | Misc Charges | 28.97 | |
| | Mar-12 | | Audio Visual Charges | 1,600.00 | |
| | Mar-12 | | Electrical Charges | 756.49 | |
| | Mar-12 | | Banquet Charges | 7,013.82 | |
| | | | Tim Connolly Payment for his charges | | 5,599.75 |
| | | | Payment | | 25,000.00 |
| **Account 9014** | | | | | |
| | Mar-12 | | Room Charges | 24,040.80 | |
| | Mar-12 | | Parking Charges | 364.00 | |
| | Mar-12 | | Avanzare Charges | 4,167.56 | |
| | Mar-12 | | <span style="color:red">Misc Personal Charge</span> | 828.68 | |
| | Mar-12 | | Internet Charges | 332.99 | |
| | Mar-12 | | Package Handling & Misc Charges | 117.00 | |
| | Mar-12 | | Audio Visual Charges | 800.00 | |
| | Mar-12 | | Banquet Charges | 1,254.00 | |

| | Charges | Credits |
|---|---|---|
| **Total** | 107,368.04 | 30,599.75 |
| **Balance** | 76,768.29 | |

**Please remit payment to:**

Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384



HYATT REGENCY
T A M P A
DOWNTOWN AT TAMPA CITY CENTER

Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Folio No :

Invoice No:

Please remit payment to:
Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384

Room No. : 9014
Arrival : 03-26-12
Departure : 04-25-12
Cashier : 3498

| Room | Name | Arrival | Departure | Guest Room | F&B Outlets | Banquet F&B | Banquet Other | Audio Visual | Internet & Phone | Parking | Miscellaneous | Svc Chrgs & Grat | Taxes | Grand Total | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0440 | Campo, Alan | 03-25-12 | 04-11-12 | 2,703.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 324.36 | 3,027.36 | 0.00 |
| 1106 | Sandhagen, Phillip | 04-04-12 | 04-07-12 | 477.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.24 | 534.24 | 0.00 |
| 1327 | Kent, David | 03-30-12 | 04-12-12 | 2,067.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 248.04 | 2,315.04 | 0.00 |
| 1502 | Sandhagen, Phillip | 04-08-12 | 04-09-12 | 159.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.08 | 178.08 | 0.00 |
| 1517 | Bromwell, Les | 04-08-12 | 04-13-12 | 2,226.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 267.12 | 2,493.12 | 0.00 |
| 1523 | Steinmann, Corri | 03-30-12 | 04-13-12 | 2,226.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 267.12 | 2,493.12 | 0.00 |
| 1537 | Jackson, Ed | 04-11-12 | 04-12-12 | 159.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.08 | 178.08 | 0.00 |
| 1537 | Garcia, Jenny | 04-01-12 | 04-06-12 | 795.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.40 | 890.40 | 0.00 |
| 1602 | Wooten, Lee | 03-30-12 | 04-12-12 | 2,067.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 248.04 | 2,315.04 | 0.00 |
| 1605 | Steere, James | 03-30-12 | 04-12-12 | 636.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.32 | 712.32 | 0.00 |
| 1607 | Meaders, Kurt | 03-30-12 | 04-12-12 | 2,067.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 248.04 | 2,315.04 | 0.00 |
| 1610 | Kelly, Paul | 03-30-12 | 04-05-12 | 954.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 114.48 | 1,068.48 | 0.00 |
| 1612 | Fountain, Gail | 03-30-12 | 04-12-12 | 2,067.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 248.04 | 2,315.04 | 0.00 |
| 1631 | roberts, Kelly | 03-30-12 | 04-12-12 | 2,067.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 248.04 | 2,315.04 | 0.00 |
| 1637 | Coulter, Ken | 03-30-12 | 04-13-12 | 2,226.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 267.12 | 2,493.12 | 0.00 |
| 1639 | Bromwell, Les | 03-30-12 | 04-03-12 | 636.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.32 | 712.32 | 0.00 |
| 9014 | Sedgwick Law | 03-26-12 | 04-25-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 21,465.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,575.80 | 24,040.80 | 0.00 |

Total Rooms 17
Total Guests 16

**HYATT REGENCY**
T A M P A
DOWNTOWN AT TAMPA CITY
CENTER

Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Folio No :

Invoice No.

Please remit payment to:
Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384

Room No. :    9014
Arrival   :  03-26-12
Departure :  04-25-12
Cashier   :  3498

| Room | Name | Arrival | Departure | Guest Room | F&B Outlets | Banquet F&B | Banquet Other | Audio Visual | Internet & Phone | Parking | Miscellaneous | Svc Chgs & Grat | Taxes | Grand Total | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1327 | Kent, David | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 0.00 | 0.00 | 0.00 | 108.00 | 0.00 |
| 1523 | Steinmann, Cori | 03-30-12 | 04-13-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126.00 | 0.00 | 0.00 | 0.00 | 126.00 | 0.00 |
| 1610 | Kelly, Paul | 03-30-12 | 04-05-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 1631 | roberts, Kelly | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112.00 | 0.00 | 0.00 | 0.00 | 112.00 | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 364.00 | 0.00 | 0.00 | 0.00 | 364.00 | 0.00 |

Total Rooms    4
Total Guests    4



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

| | |
|---|---|
| Room No. | 9014 |
| Arrival | 03-26-12 |
| Departure | 04-25-12 |
| Page No. | 1 of 6 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name     Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-25-12 | - Avanzare Bar Dinner | CHECK# 0334791  Campo Alan #1107=>Sedgwick Law  #9014 | 60.17 | |
| 03-26-12 | - In Room Dining Bkfst Food | CHECK# 0297303  Campo Alan #1107=>Sedgwick Law  #9014 | 44.54 | |
| 03-26-12 | - In Room Dining Dinner Food | CHECK# 0297401  Routed From Campo Alan Of Room #0440 | 23.11 | |
| 03-27-12 | - In Room Dining Bkfst Food | CHECK# 0297432  Routed From Campo Alan Of Room #0440 | 50.44 | |
| 03-27-12 | - In Room Dining Dinner Food | CHECK# 0297442  Routed From Campo Alan Of Room #0440 | 22.28 | |
| 03-28-12 | - Avanzare Breakfast | CHECK# 0222664  Routed From Campo Alan Of Room #0440 | 23.13 | |
| 03-28-12 | - In Room Dining Bkfst Food | CHECK# 0297466  Routed From Campo Alan Of Room #0440 | 47.54 | |
| 03-28-12 | - Avanzare Bar Dinner | CHECK# 0334248  Routed From Campo Alan Of Room #0440 | 41.31 | |
| 03-29-12 | - In Room Dining Bkfst Food | CHECK# 0297510  Routed From Campo Alan Of Room #0440 | 57.68 | |
| 03-30-12 | - In Room Dining Bkfst Food | CHECK# 0297562  Routed From Campo Alan Of Room #0440 | 51.27 | |
| 03-30-12 | - Avanzare Deli Lunch | CHECK# 0233765  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-30-12 | - In Room Dining Lunch | CHECK# 0297572  Routed From Campo Alan Of Room #0440 | 22.37 | |
| 03-30-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334601  Routed From Connolly Tim Of Room #1633 | 75.99 | |
| 03-31-12 | - In Room Dining Bkfst Food | CHECK# 0297593  Routed From Fountain Gail Of Room #1612 | 29.00 | |
| 03-31-12 | - In Room Dining Bkfst Food | CHECK# 0297597  Routed From Steinmann Cori Of Room #1523 | 26.75 | |
| 03-31-12 | - Avanzare Deli Breakfast | CHECK# 0233939  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-31-12 | - In Room Dining Dinner Food | CHECK# 0297612  Routed From Fountain Gail Of Room #1612 | 11.52 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee  Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership
Bonus Code
Confirmation No.
Group Name       Sedgwick Law

Room No.        9014
Arrival          03-26-12
Departure        04-25-12
Page No.         2 of 6
Folio Window     3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 04-01-12 | - In Room Dining Bkfst Food | CHECK# 0297638  Routed From Campo Alan Of Room #0440 | 61.15 | |
| 04-01-12 | - Avanzare Deli Breakfast | CHECK# 0233143  Routed From Kent David Of Room #1327 | 4.77 | |
| 04-01-12 | - In Room Dining Dinner Food | CHECK# 0297652  Routed From Campo Alan Of Room #0440 | 57.44 | |
| 04-01-12 | - In Room Dining Dinner Food | CHECK# 0297655  Routed From Garcia Jenny Of Room #1537 | 51.33 | |
| 04-01-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334913  Routed From Kent David Of Room #1327 | 20.12 | |
| 04-02-12 | - In Room Dining Bkfst Food | CHECK# 0297665  Routed From Steinmann Cori Of Room #1523 | 19.31 | |
| 04-02-12 | - Avanzare Deli Breakfast | CHECK# 0233218  Routed From Kent David Of Room #1327 | 4.50 | |
| 04-02-12 | - Avanzare Bar Lunch | CHECK# 0334949  Routed From Kent David Of Room #1327 | 4.08 | |
| 04-02-12 | - Avanzare Bar Dinner | CHECK# 0334979  Routed From Campo Alan Of Room #0440 | 142.24 | |
| 04-02-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334989  Routed From Wooten Lee Of Room #1602 | 10.06 | |
| 04-03-12 | - Avanzare Deli Breakfast | CHECK# 0233308  Routed From Kent David Of Room #1327 | 7.96 | |
| 04-03-12 | - In Room Dining Dinner Food | CHECK# 0297724  Routed From Garcia Jenny Of Room #1537 | 54.00 | |
| 04-03-12 | - Avanzare Bar Dinner | CHECK# 0334168  Routed From Kent David Of Room #1327 | 49.80 | |
| 04-04-12 | - Avanzare Deli Breakfast | CHECK# 0233436  Routed From Kent David Of Room #1327 | 7.96 | |
| 04-04-12 | - Avanzare Deli Lunch | CHECK# 0233603  Routed From Kent David Of Room #1327 | 4.08 | |
| 04-04-12 | - Avanzare Lunch | CHECK# 0222605  Routed From Kent David Of Room #1327 | 16.95 | |
| 04-04-12 | - In Room Dining Lunch | CHECK# 0297767  Routed From Coulter Ken Of Room #1637 | 49.82 | |



HYATT REGENCY TAMPA
DOWNTOWN AT TAMPA CITY CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee   Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership
Bonus Code
Confirmation No.
Group Name    Sedgwick Law

Room No.        9014
Arrival          03-26-12
Departure       04-25-12
Page No.        3 of 6
Folio Window    3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 04-04-12 | - In Room Dining Dinner Food | CHECK# 0297795  Routed From Campo Alan Of Room #0440 | 19.81 | |
| 04-04-12 | - Avanzare Bar Dinner | CHECK# 0334311  Routed From Kelly Paul Of Room #1610 | 49.73 | |
| 04-04-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334310  Routed From Kent David Of Room #1327 | 29.68 | |
| 04-05-12 | - Avanzare Breakfast | CHECK# 0222691  Routed From Sandhagen Phillip Of Room #1106 | 49.33 | |
| 04-05-12 | - Avanzare Dinner | CHECK# 0222800  Routed From Kent David Of Room #1327 | 4.50 | |
| 04-05-12 | - In Room Dining Dinner Food | CHECK# 0297873  Routed From Steinmann Cori Of Room #1523 | 45.74 | |
| 04-05-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334512  Routed From Kent David Of Room #1327 | 10.06 | |
| 04-06-12 | - In Room Dining Bkfst Food | CHECK# 0297874  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 04-06-12 | - Avanzare Deli Breakfast | CHECK# 0233841  Routed From Kent David Of Room #1327 | 4.50 | |
| 04-06-12 | - In Room Dining Bkfst Food | CHECK# 0297888  Routed From Campo Alan Of Room #0440 | 38.42 | |
| 04-06-12 | - Avanzare Deli Lunch | CHECK# 0233987  Routed From Kent David Of Room #1327 | 4.08 | |
| 04-06-12 | - In Room Dining Lunch | CHECK# 0297898  Routed From Coulter Ken Of Room #1637 | 26.88 | |
| 04-06-12 | - In Room Dining Dinner Food | CHECK# 0297912  Routed From Campo Alan Of Room #0440 | 51.77 | |
| 04-06-12 | - In Room Dining Dinner Food | CHECK# 0297918  Routed From Steinmann Cori Of Room #1523 | 54.58 | |
| 04-07-12 | - In Room Dining Bkfst Other | CHECK# 0297922 | 160.50 | |
| 04-07-12 | - In Room Dining Bkfst Food | CHECK# 0297923 | 204.00 | |
| 04-07-12 | - Avanzare Deli Breakfast | CHECK# 0233065  Routed From Kent David Of Room #1327 | 11.13 | |
| 04-07-12 | - In Room Dining Bkfst Food | CHECK# 0297927  Routed From | 39.23 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

| | |
|---|---|
| Room No. | 9014 |
| Arrival | 03-26-12 |
| Departure | 04-25-12 |
| Page No. | 4 of 6 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

Membership
Bonus Code
Confirmation No.
Group Name    Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Campo Alan Of Room #0440 | | |
| 04-08-12 | - Avanzare Deli Breakfast | CHECK# 0233231  Routed From Kent David Of Room #1327 | .4.77 | |
| 04-08-12 | - Avanzare Lunch | CHECK# 0222071  Routed From Campo Alan Of Room #0440 | 22.14 | |
| 04-08-12 | - In Room Dining Lunch | CHECK# 0297960 | 204.00 | |
| 04-08-12 | - In Room Dining Lunch Other | CHECK# 0297961 | 160.50 | |
| 04-08-12 | - In Room Dining Dinner Food | CHECK# 0297969  Routed From Campo Alan Of Room #0440 | 68.80 | |
| 04-08-12 | - In Room Dining Dinner Food | CHECK# 0297971  Routed From Meaders Kurt Of Room #1607 | 25.88 | |
| 04-08-12 | - In Room Dining Dinner Food | CHECK# 0297973  Routed From Kent David Of Room #1327 | 56.96 | |
| 04-08-12 | - In Room Dining Dinner Food | CHECK# 0297970  Routed From Sandhagen Phillip Of Room #1502 | 41.46 | |
| 04-09-12 | - Avanzare Deli Breakfast | CHECK# 0233260  Routed From Kent David Of Room #1327 | 8.21 | |
| 04-09-12 | - Avanzare Breakfast | CHECK# 0222100  Routed From Campo Alan Of Room #0440 | 34.89 | |
| 04-09-12 | - In Room Dining Bkfst Food | CHECK# 0297988  Routed From Steinmann Cori Of Room #1523 | 38.32 | |
| 04-09-12 | - In Room Dining Bkfst Food | CHECK# 0297990 | 18.60 | |
| 04-09-12 | - In Room Dining Lunch | CHECK# 0297993 | 204.00 | |
| 04-09-12 | - In Room Dining Lunch Other | CHECK# 0297994 | 160.50 | |
| 04-10-12 | - In Room Dining Bkfst Food | CHECK# 0297023  Routed From Steinmann Cori Of Room #1523 | 19.31 | |
| 04-10-12 | - In Room Dining Bkfst Food | CHECK# 0297024  Routed From Campo Alan Of Room #0440 | 17.63 | |
| 04-10-12 | - Avanzare Deli Breakfast | CHECK# 0233416  Routed From Kent David Of Room #1327 | 7.42 | |
| 04-10-12 | - In Room Dining Bkfst Food | CHECK# 0297028 | 204.00 | |
| 04-10-12 | - In Room Dining Bkfst Other | CHECK# 0297029 | 160.50 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee  Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

Room No.        9014
Arrival          03-26-12
Departure      04-25-12
Page No.        5 of 6
Folio Window    3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 04-10-12 | - In Room Dining Dinner Food | CHECK# 0297040 Routed From Campo Alan Of Room #0440 | 506.89 | |
| 04-10-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334120 Routed From Meaders Kurt Of Room #1607 | 43.99 | |
| 04-11-12 | - Avanzare Deli Breakfast | CHECK# 0233540 Routed From Kent David Of Room #1327 | 11.13 | |
| 04-11-12 | - In Room Dining Bkfst Food | CHECK# 0297072 Routed From Fountain Gail Of Room #1612 | 37.29 | |
| 04-11-12 | - In Room Dining Bkfst Food | CHECK# 0297076 Routed From Steinmann Cori Of Room #1523 | 40.52 | |
| 04-12-12 | - Avanzare Deli Breakfast | CHECK# 0233678 Routed From Kent David Of Room #1327 | 4.77 | |
| 04-12-12 | - In Room Dining Bkfst Food | CHECK# 0297141 Routed From Steinmann Cori Of Room #1523 | 23.88 | |
| 04-12-12 | - Avanzare Breakfast | CHECK# 0222402 Routed From Meaders Kurt Of Room #1607 | 27.19 | |
| 04-12-12 | - Avanzare Breakfast | CHECK# 0222432 Jackson Ed #1537=>Sedgwick Law #9014 | 20.00 | |



**HYATT**
R E G E N C Y
T A M P A ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee    Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership
Bonus Code
Confirmation No.
Group Name    Sedgwick Law

| | |
|---|---|
| Room No. | 9014 |
| Arrival | 03-26-12 |
| Departure | 04-25-12 |
| Page No. | 6 of 6 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com. | | |

**Total**      4,167.56      0.00

**Balance**      4,167.56

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill? Please contact 888-472-2860 or email
na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**

```
HYATT REGENCY TAMPA
AVANZARE RESTAURANT
103 Tricia          3
-------------------------------
 91 /1     2402    GST 1
        APR12'12  7:31AM
-------------------------------
 1 ORANGE JUICE      3.75
 1 Eggs Benedict    14.50
 1 Soda/ I Tea       2.95
   Food Sales       21.20
   SERVICE CHARGES   4.50
   TAX               1.49
   TOTAL PAID       27.19
   $ CHARGE TIP      4.50
   1607/Meaders
   ROOM CHARGE      27.19
----103 CLOSED APR12  8:14AM----
```

```
HYATT REGENCY TAMPA
AVANZARE RESTAURANT
136 Jelena          2
-------------------------------
 81 /1     2432    GST 1
        APR12'12  9:00AM
-------------------------------
 1 Brkfast Buffet   16.50
   Food Sales       16.50
   SERVICE CHARGES   2.34
   TAX               1.16
   TOTAL PAID       20.00
   $ CHARGE TIP      2.34
   1537/Jackson
   ROOM CHARGE      20.00
----136 CLOSED APR12  9:10AM----
```

```
HYATT REGENCY TAMPA
AVANZARE DELI
709 Soumia          2
-------------------------------
CHK  3678  APR12'12  6:59AM
-------------------------------
 1 Latte Venti       3.75
   Food Sales        3.75
   SERVICE CHARGES   0.75
   TAX               0.27
   TOTAL PAID        4.77
   $ CHARGE TIP      0.75
   1327/Kent
   ROOM CHARGE       4.77
----709 CLOSED APR12  7:03AM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
712 Loly            2
-------------------------------
 1523 /1     7141    GST 1
        APR12'12  7:16AM
-------------------------------
 1 SM POT BEVG       7.00
 1 Yogurt Parfait    7.00
 1 DELIVERY CHARGE   3.50
     1400.00%
 1 Server Number     0.00
   Food Sales       14.00
   Delivery Charge   3.50
   SERVICE CHARGES   2.00
   21% Svc Charge    2.94
   TAX               1.44
   TOTAL PAID       23.88
   $ CHARGE TIP      2.00
   1523/Steinmann
   ROOM CHARGE      23.88
----712 CLOSED APR12  7:30AM----
```

```
          HYATT REGENCY TAMPA
            AVANZARE DELI
708 TIEN                 2
-------------------------------
CHK  3540  APR11'12  7:24AM
-------------------------------
  1 Latte Venti      3.75
  1 Bacon Egg Sand   5.25
  Food Sales         9.00
  SERVICE CHARGES    1.50
  TAX                0.63
  TOTAL PAID        11.13
  $ CHARGE TIP       1.50
  1327/Kent
  ROOM CHARGE       11.13
----708 CLOSED APR11  7:25AM----
```

```
          HYATT REGENCY TAMPA
            IN ROOM DINING
719 Eddie                3
-------------------------------
  1612 /1     7072   GST 1
        APR11'12  7:01AM
-------------------------------
  1 3 Egg Omelette   14.50
  1 SM POT BEVG       7.00
  1 DELIVERY CHARGE   3.50
     1300.00%
  1 Server Number     0.00
     10.00%
  SEDGEWICK           2.15-
  Food Sales         21.50
  Delivery Charge     3.50
  Discount total      2.15-
  SERVICE CHARGES     8.00
  21% Svc Charge      4.52
  TAX                 1.92
  TOTAL PAID         37.29
  $ CHARGE TIP        8.00
  1612/Fountain
  ROOM CHARGE        37.29
----719 CLOSED APR11  7:25AM----
```

```
          HYATT REGENCY TAMPA
            IN ROOM DINING
712 Loly                 2
-------------------------------
  1523 /1     7076   GST 2
        APR11'12  10:16AM
-------------------------------
  1 3 Egg Omelette   14.50
  1 S- TWO EGGS       4.00
  VENTI CAPP.
  1 OPEN FOOD         4.00
  FLAVOR LATTE VENTI
  1 OPEN FOOD         4.25
  1 DELIVERY CHARGE   3.50
     14
  1 Server Number     0.00
     10.00%
  SEDGEWICK           2.68-
  Food Sales         26.75
  Delivery Charge     3.50
  Discount total      2.68-
  SERVICE CHARGES     5.00
  21% Svc Charge      5.62
  TAX                 2.33
  TOTAL PAID         40.52
  $ CHARGE TIP        5.00
  1523/Steinmann
  ROOM CHARGE        40.52
----712 CLOSED APR11  10:54AM----
```

```
          HYATT REGENCY TAMPA
            AVANZARE DELI
708 TIEN                 3
-------------------------------
CHK  3416  APR10'12  8:16AM
-------------------------------
  1 Latte Tall       3.25
  1 Scones           2.75
  Food Sales         6.00
  SERVICE CHARGES    1.00
  TAX                0.42
  TOTAL PAID         7.42
  $ CHARGE TIP       1.00
  1327/Kent
  ROOM CHARGE        7.42
----708 CLOSED APR10  8:17AM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
          IN ROOM DINING                         IN ROOM DINING
712 Loly               2                  706 STACIE G              3
-------------------------------           -------------------------------
  1523 /1    7023   GST 1                   440 /1    7024   GST 1
      APR10'12  7:03AM                          APR10'12  7:15AM
-------------------------------           -------------------------------
  1 S- TWO EGGS      4.00                    1 Oatmeal - Ban-St   7.00
  1 SM POT BEVG      7.00                    1 TOAST              3.00
  1 DELIVERY CHARGE    3.50                  1 DELIVERY CHARGE      3.50
    1400.00%                                   700.00%
  1 Server Number     0.00                   1 Server Number     0.00
    10.00%                                     10.00%
   SEDGEWICK        1.10-                     SEDGEWICK         1.00-
   Food Sales      11.00                      Food Sales       10.00
   Delivery Charge   3.50                     Delivery Charge   3.50
   Discount total    1.10-                    Discount total    1.00-
   SERVICE CHARGES   2.50                     SERVICE CHARGES   2.00
   21% Svc Charge    2.31                     21% Svc Charge    2.10
   TAX              1.10                      TAX               1.03
   TOTAL PAID     19.31                       TOTAL PAID      17.63
   $ CHARGE TIP     2.50                      $ CHARGE TIP     2.00
   1523/Steinmann                            440/Campo
   ROOM CHARGE      19.31                     ROOM CHARGE       17.63
----712 CLOSED APR10  7:25AM----          ----706 CLOSED APR10  8:00AM----


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
          IN ROOM DINING                         IN ROOM DINING
706 STACIE G            1                  706 STACIE G              1
-------------------------------           -------------------------------
  1 /1      7028   GST 1                     1 /1     7029
      APR10'12  9:08AM                          APR10'12  9:09AM
-------------------------------           -------------------------------
  10 PPL/15.50 EA                            1 Room Rental    150.00
  1 OPEN FOOD       155.00                    Misc Sales      150.00
    23.00%                                    TAX             10.50
   23% Svc Charge   35.65                     TOTAL PAID     160.50
   Food Sales      155.00                     9014/Sedgwick Law
   SERVICE CHARGES   35.65                    ROOM CHARGE      160.50  X
   TAX             13.35                   ----706 CLOSED APR10  9:10AM----
   TOTAL PAID     204.00
   9014/Sedgwick Law
   ROOM CHARGE      204.00  X
----706 CLOSED APR10  9:09AM----
```

```
        HYATT REGENCY TAMPA                              HYATT REGENCY TAMPA
         IN ROOM DINING                                    AVANZARE BAR
125 JEFFERY              2                        505 Steven              2
------------------------------                   ------------------------------
 440 /1      7040  GST 12                         CHK  4120  APR10'12 11:41PM
      APR10'12  5:29PM                            ------------------------------
------------------------------                   Misc Personal Charge    24.00        ┌──────────────┐
   BOTTLED WINE  1 115                                                   11.50        │ All Charges  │
   Misc Personal                                                                      │ Deducted     │
       Charge        270.00                                                           └──────────────┘
                       60.00
   BAR SNACK/12 PEOPLE                            1 Guest / Room
 1  OPEN COLD FOOD     20.00                        Misc Personal       35.50
 1 DELIVERY CHARGE      3.50                        SERVICE CHARGES       6.00
   Food Sales          20.00                        TAX                   2.49
   Misc Personal       60.00                        TOTAL PAID           43.99
       Charge         270.00                        $ CHARGE TIP          6.00
   Delivery Charge      3.50                        1607/Meaders
   SERVICE CHARGES     50.00                        ROOM CHARGE          43.99
   21% Svc Charge      73.50                        ----505 CLOSED APR11 1:03AM----
   TAX                 29.89
   TOTAL PAID    506.89
   $ CHARGE TIP        50.00             ┌──────────────┐
   440/Campo                             │ $486.89      │
   ROOM CHARGE    506.89                 │ Deducted     │
----125 CLOSED APR10  6:04PM----         └──────────────┘


        HYATT REGENCY TAMPA                              HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                               AVANZARE DELI
136 Jelena              2                        708 TIEN              2
------------------------------                   ------------------------------
 61 /1    2100   GST 1                           CHK  3260  APR09'12  6:57AM
     APR09'12  6:45AM                            ------------------------------
------------------------------                    1 Latte Venti       3.75
 1 Coffee          3.75                           1 Scones            2.75
 1 TOMATO JUICE       3.75                         Food Sales         6.50
 1 Mushroom Omelett  14.50                         SERVICE CHARGES    1.25
 1 Bacon           5.00                            TAX                0.46
   Food Sales       27.00                          TOTAL PAID         8.21
   SERVICE CHARGES    6.00                         $ CHARGE TIP       1.25
   TAX               1.89                          1327/Kent
   TOTAL PAID    34.89                             ROOM CHARGE        8.21
   $ CHARGE TIP       6.00                        ----708 CLOSED APR09  6:58AM----
   440/Campo
   ROOM CHARGE    34.89
----136 CLOSED APR09  7:11AM----
```

```
        HYATT REGENCY TAMPA
           IN ROOM DINING
706 STACIE G              3
---------------------------------
  1523 /1    7988   GST 3
        APR09'12  7:33AM
---------------------------------
  1 KID EGG/BACON      5.95
  1 KID PANCAKES       4.95
  1 Oatmeal - Ban-St   7.00
  1 SM POT BEVG        7.00
  1 DELIVERY CHARGE    3.50
        700.00%
  1 Server Number      0.00
        10.00%
  SEDGEWICK            2.49-
  Food Sales          24.90
  Delivery Charge       3.50
  Discount total       2.49-
  SERVICE CHARGES      5.00
  21% Svc Charge       5.23
  TAX                  2.18
  TOTAL PAID          38.32
  $ CHARGE TIP         5.00
  1523/Steinmann
  ROOM CHARGE         38.32
----706 CLOSED APR09  8:18AM----
```

```
        HYATT REGENCY TAMPA
           IN ROOM DINING
714 Katie                3
---------------------------------
  1 /2     7990   GST 1
        APR09'12  8:17AM
---------------------------------
  1 French Toast      12.50
  1 DELIVERY CHARGE    3.50
        7
  1 Server Number      0.00
        10.00%
  SEDGEWICK            1.25-
  Food Sales          12.50
  Delivery Charge       3.50
  Discount total       1.25-
  21% Svc Charge       2.63
  TAX                  1.22
  TOTAL PAID          18.60
  9014/Sedgwick Law
  ROOM CHARGE         18.60
----714 CLOSED APR09  9:02AM----
```

```
        HYATT REGENCY TAMPA
           IN ROOM DINING
714 Katie                1
---------------------------------
  1 /1     7993   GST 1
        APR09'12 11:16AM
---------------------------------
  ALL DAY COFFEE BREA
  1  OPEN FOOD       155.00
        700.00%
  1 Server Number      0.00
        23.00%
  23% Svc Charge      35.65
  Food Sales         155.00
  SERVICE CHARGES     35.65
  TAX                 13.35
  TOTAL PAID         204.00
  9014/Sedgwick Law
  ROOM CHARGE        204.00  X
----714 CLOSED APR09 11:17AM----
```

```
        HYATT REGENCY TAMPA
           IN ROOM DINING
714 Katie                1
---------------------------------
  1 /1     7994
        APR09'12 11:17AM
---------------------------------
  1 Room Rental      150.00
  Misc Sales         150.00
  TAX                 10.50
  TOTAL PAID         160.50
  9014/Sedgwick Law
  ROOM CHARGE        160.50
----714 CLOSED APR09 11:19AM----
```

```
HYATT REGENCY TAMPA
AVANZARE RESTAURANT
128 DANA              2
--------------------------------
 61 /1      2071    GST 1
      APR08'12 11:04AM
--------------------------------
 1 Fish San Black     14.00
 1 Soda/ I Tea        2.95
   Food Sales         16.95
   SERVICE CHARGES    4.00
   TAX                1.19
   TOTAL PAID         22.14
   $ CHARGE TIP       4.00
 440/Campo
   ROOM CHARGE        22.14
----128 CLOSED APR08 11:51AM----
```

```
HYATT REGENCY TAMPA
AVANZARE DELI
720 Shaina            2
--------------------------------
CHK  3231  APR08'12  9:21AM
--------------------------------
 1 Latte Venti        3.75
   Food Sales         3.75
   SERVICE CHARGES    0.75
   TAX                0.27
   TOTAL PAID         4.77
   $ CHARGE TIP       0.75
 1327/Kent
   ROOM CHARGE        4.77
----720 CLOSED APR08  9:22AM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
714 Katie             1
--------------------------------
 1 /1      7960
      APR08'12 12:43PM
--------------------------------
 COFFEE BREAK
 1 OPEN FOOD          155.00
      23.00%
   23% Svc Charge     35.65
   Food Sales         155.00
   SERVICE CHARGES    35.65
   TAX                13.35
   TOTAL PAID   204.00
 9014/Sedgwick Law
   ROOM CHARGE        204.00  X
----714 CLOSED APR08 12:44PM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
714 Katie             1
--------------------------------
 1 /1      7961
      APR08'12 12:44PM
--------------------------------
 1 Room Rental        150.00
   Misc Sales         150.00
   TAX                10.50
   TOTAL PAID         160.50
 9014/Sedgwick Law
   ROOM CHARGE        160.50  X
----714 CLOSED APR08 12:45PM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
125 JEFFERY            2
------------------------------
 440 /1      7969    GST 1
    APR08'12  7:45PM
------------------------------
 1 Arugula Salad      9.00
 1 NY Strip          32.00
 Misc Personal Charge    8.00
 1 DELIVERY CHARGE      3.50
    10.00%
    SEDGEWICK        4.10-
    Food Sales       41.00
 Misc Personal       8.00
    Delivery Charge   3.50
    Discount total   4.10-
    SERVICE CHARGES   6.00
    21% Svc Charge   10.29
    TAX              4.11
    TOTAL PAID       68.80
    $ CHARGE TIP      6.00
    440/Campo
    ROOM CHARGE      68.80
----125 CLOSED APR08  8:14PM----
```

$13.76 Deducted

```
   HYATT REGENCY TAMPA
   IN ROOM DINING
125 JEFFERY            2
------------------------------
 1502 /1     7970    GST 1
    APR08'12  8:22PM
------------------------------
 1 Angus Burger      14.00
 1 KEYLIME PIE        6.00
 1 ICED TEA           2.95
 1 DELIVERY CHARGE    3.50
    Food Sales       22.95
    Delivery Charge   3.50
    SERVICE CHARGES   8.00
    21% Svc Charge    4.82
    TAX               2.19
    TOTAL PAID       41.46
    $ CHARGE TIP      8.00
    1502/Sandhagen
    ROOM CHARGE      41.46
----125 CLOSED APR08 10:23PM----
```

```
   HYATT REGENCY TAMPA
   IN ROOM DINING
125 JEFFERY            2
------------------------------
 1607 /1     7971    GST 1
    APR08'12  8:29PM
------------------------------
 1 Angus Burger      14.00
 1 DELIVERY CHARGE    3.50
    Food Sales       14.00
    Delivery Charge   3.50
    SERVICE CHARGES   4.00
    21% Svc Charge    2.94
    TAX               1.44
    TOTAL PAID       25.88
    $ CHARGE TIP      4.00
    1607/Meaders
    ROOM CHARGE      25.88
----125 CLOSED APR08 10:15PM----
```

```
   HYATT REGENCY TAMPA
   IN ROOM DINING
125 JEFFERY            2
------------------------------
 1327 /1     7973    GST 1
    APR08'12  8:52PM
------------------------------
 1 Angus Burger      15.50
 1 Creme Brulee       6.00
 Misc Personal Charge   16.00
 1 DELIVERY CHARGE    3.50
    Food Sales       21.50
 Misc Personal Charge   16.00
    Delivery Charge   3.50
    SERVICE CHARGES   5.00
    21% Svc Charge    7.56
    TAX               3.40
    TOTAL PAID       56.96
    $ CHARGE TIP      5.00
    1327/Kent
    ROOM CHARGE      56.96
----125 CLOSED APR08 10:19PM----
```

$24.73 Deducted

```
HYATT REGENCY TAMPA
    AVANZARE DELI
709 Soumia            2
--------------------------------
CHK 3065 APR07'12 9:04AM
--------------------------------
 1 Bacon Egg Sand    5.25
 1 Latte Venti       3.75
   Food Sales        9.00
   SERVICE CHARGES   1.50
   TAX               0.63
   TOTAL PAID        11.13
   $ CHARGE TIP      1.50
   1327/Kent
   ROOM CHARGE       11.13
----709 CLOSED APR07  9:16AM----
```

```
  HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie            1
--------------------------------
 1 /1      7922
       APR07'12 6:00AM
--------------------------------
 1 Room Rental      150.00
   Misc Sales       150.00
   TAX               10.50
   TOTAL PAID       160.50
   9014/Sedgwick Law
   ROOM CHARGE      160.50
----719 CLOSED APR07  6:00AM----
```

```
  HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie            1
--------------------------------
 1 /1      7923  GST 10
       APR07'12 6:01AM
--------------------------------
  ALL DAY COFFEE BREA
 1 OPEN FOOD       155.00
     23.00%
   23% Svc Charge   35.65
   Food Sales      155.00
   SERVICE CHARGES  35.65
   TAX              13.35
   TOTAL PAID      204.00
   9014/Sedgwick Law
   ROOM CHARGE     204.00  X
----719 CLOSED APR07  6:03AM----
```

```
  HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie            2
--------------------------------
 440 /1      7927  GST 1
       APR07'12 10:34AM
--------------------------------
 1 Corned Beef Hash  14.75
 1 ASSORT JUICE       4.75
 1 SM POT BEVG        7.00
 1 DELIVERY CHARGE    3.50
     1300.00%
 1 Server Number      0.00
     10.00%
   SEDGEWICK          2.65-
   Food Sales        26.50
   Delivery Charge    3.50
   Discount total     2.65-
   SERVICE CHARGES    4.00
   21% Svc Charge     5.57
   TAX                2.31
   TOTAL PAID        39.23
   $ CHARGE TIP       4.00
   440/Campo
   ROOM CHARGE       39.23
----719 CLOSED APR07 10:56AM----
```

```
HYATT REGENCY TAMPA
    AVANZARE DELI
709 Soumia            2
-------------------------------
CHK  3841  APR06'12  8:17AM
-------------------------------
 1 Latte Grande     3.50
   Food Sales       3.50
   SERVICE CHARGES     0.75
   TAX           0.25
   TOTAL PAID      4.50
   $ CHARGE TIP     0.75
   1327/Kent
   ROOM CHARGE      4.50
----709 CLOSED APR06  8:17AM----
```

```
HYATT REGENCY TAMPA
    AVANZARE DELI
720 Shaina            2
-------------------------------
CHK  3987  APR06'12  1:27PM
-------------------------------
 1 Latte Tall       3.25
   Food Sales       3.25
   SERVICE CHARGES     0.60
   TAX           0.23
   TOTAL PAID      4.08
   $ CHARGE TIP     0.60
   1327/Kent
   ROOM CHARGE      4.08
----720 CLOSED APR06  1:28PM----
```

```
HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie            2
-------------------------------
 1633 /1    7874   GST 1
     APR06'12  5:32AM
-------------------------------
 1 Yogurt Parfait    7.00
 1 SM POT BEVG      7.00
 1 MILK          4.00
 1 DELIVERY CHARGE    3.50
   1300.00%
 1 Server Number     0.00
   10.00%
   SEDGEWICK       1.80-
   Food Sales      18.00
   Delivery Charge    3.50
   Discount total     1.80-
   SERVICE CHARGES     3.00
   21% Svc Charge     3.78
   TAX           1.65
   TOTAL PAID     28.13
   $ CHARGE TIP     3.00
   1633/Connolly
   ROOM CHARGE     28.13
----719 CLOSED APR06  6:40AM----
```

```
HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie            3
-------------------------------
 440 /1     7888   GST 1
     APR06'12  8:42AM
-------------------------------
 1 3 Egg Omelette   14.50
 1 TOMATO JUICE     4.75
 1 SM POT BEVG      7.00
 1 DELIVERY CHARGE    3.50
   1300.00%
 1 Server Number     0.00
   10.00%
   SEDGEWICK       2.63-
   Food Sales      26.25
   Delivery Charge    3.50
   Discount total     2.63-
   SERVICE CHARGES     3.50
   21% Svc Charge     5.51
   TAX           2.29
   TOTAL PAID     38.42
   $ CHARGE TIP     3.50
   440/Campo
   ROOM CHARGE     38.42
----719 CLOSED APR06  9:15AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                   IN ROOM DINING
719 Eddie              2             125 JEFFERY              2
------------------------------      ------------------------------
  1637 /1    7898   GST 1             440 /1    7912   GST 1
       APR06'12 1:45PM                    APR06'12 7:38PM
------------------------------      ------------------------------
  1 Angus Burger      14.00           1 Pork Chop      26.00
  1 DELIVERY CHARGE    3.50             Misc Personal    8.00
    Food Sales      14.00            1 DELIVERY CHARGE    3.50
    Delivery Charge  3.50              Food Sales      26.00
    SERVICE CHARGES  5.00            Misc Personal    8.00
    21% Svc Charge   2.94              Delivery Charge  3.50
    TAX              1.44              SERVICE CHARGES  4.00
    TOTAL PAID      26.88              21% Svc Charge   7.14
    $ CHARGE TIP     5.00              TAX              3.13
    1637/Coulter                       TOTAL PAID      51.77
    ROOM CHARGE     26.88              $ CHARGE TIP     4.00
----719 CLOSED APR06 2:25PM----        440/Campo
                                       ROOM CHARGE     51.77    $13.99
                                    ----125 CLOSED APR06 8:13PM----  Deducted


        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                AVANZARE RESTAURANT
716 Azam              2             128 DANA              2
------------------------------      ------------------------------
  1523 /1    7918   GST 4              54 /1    2691   GST 2
       APR06'12 9:20PM                    APR05'12 9:03AM
------------------------------      ------------------------------
  2 KID NUGGETS      11.90            1 Coffee        3.75
  1 Flatbrd         12.00            1 Coffee        3.75
  1 Calamari Fries  13.00            1 2Eggs Sausage 14.75
  1 DELIVERY CHARGE    3.50           1 Sustainable Omlt 14.50
     100.00%                            Food Sales      36.75
  1 Server Number     0.00             SERVICE CHARGES 10.00
     10.00%                             TAX              2.58
    SEDGEWICK         3.69-            TOTAL PAID      49.33
    Food Sales      36.90             $ CHARGE TIP    10.00
    Delivery Charge  3.50             1106/Sandhagen
    Discount total   3.69-            ROOM CHARGE     49.33
    SERVICE CHARGES  7.00          ----128 CLOSED APR05 9:34AM----
    21% Svc Charge   7.75
    TAX              3.12
    TOTAL PAID      54.58
    $ CHARGE TIP     7.00
    1523/Steinmann
    ROOM CHARGE     54.58
----716 CLOSED APR06 9:49PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
111 Bell                2
--------------------------------
 99 /1      2800
        APR05'12  6:16PM
--------------------------------
 1 Latte Grande     3.50
   Food Sales       3.50
   SERVICE CHARGES    0.75
   TAX          0.25
   TOTAL PAID      4.50
   $ CHARGE TIP     0.75
   1327/Kent
   ROOM CHARGE       4.50
----111 CLOSED APR05  6:20PM----
```

```
        HYATT REGENCY TAMPA
        IN ROOM DINING
718 Tyrone              1
--------------------------------
 1523 /2     7873
        APR05'12 10:58PM
--------------------------------
 1 KID HOT DOG      4.95
 1 KID NUGGETS      5.95
 2 KID CHOC MILK    3.90
 1 Rib App         13.00
 1 DELIVERY CHARGE    3.50
   Food Sales      27.80
   Delivery Charge    3.50
   SERVICE CHARGES    6.00
   21% Svc Charge     5.84
   TAX           2.60
   TOTAL PAID     45.74
   $ CHARGE TIP     6.00
   1523/Steinmann
   ROOM CHARGE      45.74
----718 CLOSED APR05 11:00PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE BAR
122 MICHAEL L           2
--------------------------------
 3 /1       4512
        APR05'12 10:35PM
--------------------------------
 Misc Personal       8.00
   Charge            8.00
   SERVICE CHARGES    1.50
   TAX          0.56
   TOTAL PAID     10.06
   $ CHARGE TIP     1.50
   1327/Kent              All Deducted
   ROOM CHARGE     10.06
----122 CLOSED APR05 11:03PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
128 DANA                2
--------------------------------
 61 /1      2605    GST 1
        APR04'12  1:42PM
--------------------------------
 1 Asian Buffet    13.50
   Food Sales      13.50
   SERVICE CHARGES    2.50
   TAX          0.95
   TOTAL PAID     16.95
   $ CHARGE TIP     2.50
   1327/Kent
   ROOM CHARGE      16.95
----128 CLOSED APR04  1:54PM----
```

```
HYATT REGENCY TAMPA
    AVANZARE DELI
708 TIEN              2
-------------------------------
CHK  3436  APR04'12  6:35AM
-------------------------------
 1 Latte Venti      3.75
 1 Scones           2.75
   Food Sales       6.50
   SERVICE CHARGES    1.00
   TAX              0.46
   TOTAL PAID       7.96
   $ CHARGE TIP     1.00
   1327/Kent
   ROOM CHARGE      7.96
----708 CLOSED APR04  6:37AM----
```

```
HYATT REGENCY TAMPA
    AVANZARE DELI
708 TIEN              2
-------------------------------
CHK  3603  APR04'12 12:58PM
-------------------------------
 1 Latte Tall       3.25
   Food Sales       3.25
   SERVICE CHARGES    0.60
   TAX              0.23
   TOTAL PAID       4.08
   $ CHARGE TIP     0.60
   1327/Kent
   ROOM CHARGE      4.08
----708 CLOSED APR04 12:58PM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
125 JEFFERY              2
-------------------------------
1637 /1     7767    GST 2
     APR04'12  2:48PM
-------------------------------
 1 Angus Burger     14.00
 1 SOFT DRINK        2.95
 1 Fish Sandwich    14.00
 1 DELIVERY CHARGE    3.50
   Food Sales       30.95
   Delivery Charge    3.50
   SERVICE CHARGES    6.00
   21% Svc Charge    6.50
   TAX              2.87
   TOTAL PAID       49.82
   $ CHARGE TIP     6.00
   1637/Coulter
   ROOM CHARGE      49.82
----125 CLOSED APR04  3:25PM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
718 Tyrone              3
-------------------------------
440 /1      7795    GST 1
     APR04'12  8:38PM
-------------------------------
 1 BLT              6.00
 1 S- FRIES          5.00
 1 DELIVERY CHARGE    3.50
     10.00%
   SEDGEWICK        1.10-
   Food Sales       11.00
   Delivery Charge    3.50
   Discount total    1.10-
   SERVICE CHARGES    3.00
   21% Svc Charge    2.31
   TAX              1.10
   TOTAL PAID       19.81
   $ CHARGE TIP     3.00
   440/Campo
   ROOM CHARGE      19.81
----718 CLOSED APR04  9:08PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
134 Jessica              2
--------------------------------
  9 /1      4310
        APR04'12  9:12PM
--------------------------------
Misc Personal Charge  24.00

    Wine Sales      24.00
    SERVICE CHARGES     4.00
    TAX            1.68
    TOTAL PAID      29.68
    $ CHARGE TIP      4.00
    1327/Kent
    ROOM CHARGE      29.68      All Deducted
----134 CLOSED APR04  9:54PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
507 Ashley              3
--------------------------------
CHK  4311  APR04'12  9:14PM
--------------------------------
Misc Personal Charge  24.00

    1 Caesar Shrimp    15.00
    Food Sales      15.00
    Misc Personal    24.00
    SERVICE CHARGES     8.00
    TAX            2.73
    TOTAL PAID      49.73
    $ CHARGE TIP      8.00
    1610/Kelly
    ROOM CHARGE      49.73      $29.68 Deducted
----507 CLOSED APR04  9:44PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE DELI
708 TIEN               3
--------------------------------
CHK  3308  APR03'12  6:22AM
--------------------------------
    1 Latte Venti      3.75
    1 Scones        2.75
    Food Sales       6.50
    SERVICE CHARGES     1.00
    TAX            0.46
    TOTAL PAID       7.96
    $ CHARGE TIP      1.00
    1327/Kent
    ROOM CHARGE       7.96
----708 CLOSED APR03  6:23AM----
```

```
        HYATT REGENCY TAMPA
           IN ROOM DINING
125 JEFFERY             2
--------------------------------
  1537 /1     7724   GST 1
        APR03'12  7:43PM
--------------------------------
    1 NY Strip       32.00
    1 SOFT DRINK      2.95
    1 DELIVERY CHARGE    3.50
    Food Sales      34.95
    Delivery Charge    3.50
    SERVICE CHARGES     5.00
    21% Svc Charge     7.34
    TAX            3.21
    TOTAL PAID      54.00
    $ CHARGE TIP      5.00
    1537/Garcia
    ROOM CHARGE      54.00
----125 CLOSED APR03  9:46PM----
```

```
       HYATT REGENCY TAMPA
          AVANZARE BAR
504 Pilar                6
--------------------------------
CHK  4168  APR03'12 10:35PM
--------------------------------
          1327
  1 Guest / Room
Misc Personal Charge    24.00
  1 Grouper Bites    10.00
  1 Creme Brulee      6.00
    Food Sales       16.00
Misc Personal Charge    24.00
    SERVICE CHARGES    7.00
    TAX                2.80
    TOTAL PAID        49.80
    $ CHARGE TIP       7.00
    1327/Kent
    ROOM CHARGE       49.80      $29.18 Deducted
----504 CLOSED APR03 11:41PM---
```

```
       HYATT REGENCY TAMPA
         AVANZARE DELI
708 TIEN                 2
--------------------------------
CHK  3218  APR02'12  8:15AM
--------------------------------
  1 Latte Grande     3.50
    Food Sales       3.50
    SERVICE CHARGES    0.75
    TAX                0.25
    TOTAL PAID         4.50
    $ CHARGE TIP       0.75
    1327/Kent
    ROOM CHARGE        4.50
----708 CLOSED APR02  8:16AM----
```

```
       HYATT REGENCY TAMPA
          IN ROOM DINING
706 STACIE G             2
--------------------------------
  1523 /1    7665   GST 1
        APR02'12  6:46AM
--------------------------------
  1 S- TWO EGGS      4.00
  1 SM POT BEVG      7.00
  1 DELIVERY CHARGE    3.50
      700.00%
  1 Server Number     0.00
      10.00%
   SEDGEWICK          1.10-
   Food Sales        11.00
   Delivery Charge    3.50
   Discount total     1.10-
   SERVICE CHARGES    2.50
   21% Svc Charge     2.31
   TAX                1.10
   TOTAL PAID        19.31
   $ CHARGE TIP       2.50
   1523/Steinmann
   ROOM CHARGE       19.31
----706 CLOSED APR02  7:05AM----
```

```
       HYATT REGENCY TAMPA
          AVANZARE BAR
503 MICHAEL              2
--------------------------------
CHK  4949  APR02'12  4:31PM
--------------------------------
       132700.00%
  1 Guest / Room
  1 Latte Tall       3.25
    Food Sales       3.25
    SERVICE CHARGES    0.60
    TAX                0.23
    TOTAL PAID         4.08
    $ CHARGE TIP       0.60
    1327/Kent
    ROOM CHARGE        4.08
----503 CLOSED APR02  4:32PM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
           AVANZARE BAR                            AVANZARE BAR
505 Steven            3                 505 Steven            2
--------------------------------        --------------------------------
 CHK  4979  APR02'12  7:30PM             CHK  4989  APR02'12  8:52PM
--------------------------------        --------------------------------
Misc Personal Charge                    Misc Personal                8.00
                      10.50                   Charge                 8.00
                                          SERVICE CHARGES     1.50
 1 Fish San Black     14.00               TAX              0.56
Misc Personal Charge   6.00               TOTAL PAID       10.06
                       8.00               $ CHARGE TIP      1.50
                       1 319              1602/Wooten
                       36.00              ROOM CHARGE      10.06    | All Deducted |
                       1 223             ----505 CLOSED APR02  9:59PM----
                       36.00
    Food Sales        14.00
Misc Personal         10.50
    Charge             6.00
                      80.00
    SERVICE CHARGES   24.00
    TAX                7.74
    TOTAL PAID       142.24
    $ CHARGE TIP      24.00
    440/Campo
    ROOM CHARGE      142.24     | $115.26 Deducted |
 ----505 CLOSED APR02  8:33PM----


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
           AVANZARE DELI                           IN ROOM DINING
708 TIEN             2                   712 Loly              3
--------------------------------        --------------------------------
 CHK  3143  APR01'12 10:17AM             440 /1    7638   GST 2
--------------------------------            APR01'12  9:44AM
 1 Latte Venti        3.75              --------------------------------
    Food Sales        3.75               1 SM POT BEVG      7.00
    SERVICE CHARGES   0.75               1 SOFT DRINK       2.95
    TAX               0.27               1 ASSORT JUICE     4.75
    TOTAL PAID        4.77               2 Eggs Benedict   29.00
    $ CHARGE TIP      0.75               1 DELIVERY CHARGE    3.50
    1327/Kent                              10.00%
    ROOM CHARGE       4.77                SEDGEWICK        4.37-
 ----708 CLOSED APR01 10:18AM----        Food Sales       43.70
                                         Delivery Charge   3.50
                                         Discount total   4.37-
                                         SERVICE CHARGES   5.50
                                         21% Svc Charge    9.18
                                         TAX               3.64
                                         TOTAL PAID       61.15
                                         $ CHARGE TIP      5.50
                                         440/Campo
                                         ROOM CHARGE      61.15
                                        ----712 CLOSED APR01 10:09AM----
```

```
      HYATT REGENCY TAMPA                          HYATT REGENCY TAMPA
       IN ROOM DINING                               IN ROOM DINING
718 Tyrone              2                      716 Azam              2
-------------------------------                -------------------------------
  440 /1     7652    GST 1                      1537 /1     7655    GST 1
      APR01'12  7:34PM                             APR01'12  8:10PM
-------------------------------                -------------------------------
 1 Arugula Salad      9.00                      1 NY Strip         32.00
 1 NY Strip          32.00                      1 ASSORT JUICE      4.75
 1 DELIVERY CHARGE    3.50                      1 DELIVERY CHARGE   3.50
     10.00%                                       Food Sales       36.75
   SEDGEWICK          4.10-                       Delivery Charge   3.50
   Food Sales        41.00                        21% Svc Charge    7.72
   Delivery Charge    3.50                        TAX               3.36
   Discount total     4.10-                       TOTAL PAID       51.33
   SERVICE CHARGES    5.00                       1537/Garcia
   21% Svc Charge     8.61                        ROOM CHARGE      51.33
   TAX                3.43                      ----716 CLOSED APR01  8:43PM----
   TOTAL PAID        57.44
   $ CHARGE TIP       5.00
   440/Campo
   ROOM CHARGE       57.44
----718 CLOSED APR01  8:04PM----


      HYATT REGENCY TAMPA                          HYATT REGENCY TAMPA
       AVANZARE BAR                                 AVANZARE DELI
505 Steven             2                       135 Johana            2
-------------------------------                -------------------------------
CHK 4913  APR01'12 10:03PM                     CHK 3939  MAR31'12 9:46AM
-------------------------------                -------------------------------
  Misc Personal       16.00                     1 Latte Venti      3.75
    Charge            16.00                       Food Sales        3.75
   SERVICE CHARGES    3.00                        SERVICE CHARGES   0.75
   TAX                1.12                        TAX               0.27
   TOTAL PAID        20.12                        TOTAL PAID        4.77
   $ CHARGE TIP       3.00                        $ CHARGE TIP      0.75
   1327/Kent                                     1327/Kent
   ROOM CHARGE       20.12      All Deducted      ROOM CHARGE       4.77
----505 CLOSED APR01 10:11PM----               ----135 CLOSED MAR31  9:55AM----
```

```
      HYATT REGENCY TAMPA
        IN ROOM DINING
714 Katie              2
--------------------------------
 1612 /1    7593   GST 1
       MAR31'12  7:59AM
--------------------------------
 1 French Toast      12.50
 1 SM POT BEVG        7.00
 1 DELIVERY CHARGE    3.50
   1400.00%
 1 Server Number      0.00
   Food Sales        19.50
   Delivery Charge    3.50
   21% Svc Charge     4.10
   TAX                1.90
   TOTAL PAID        29.00
   1612/Fountain
   ROOM CHARGE       29.00
----714 CLOSED MAR31  8:47AM----


      HYATT REGENCY TAMPA
        IN ROOM DINING
716 Azam               2
--------------------------------
 1612 /1    7612   GST 1
       MAR31'12  6:35PM
--------------------------------
 1 Tortilla Soup Bo'   6.00
 1 DELIVERY CHARGE     3.50
   Food Sales          6.00
   Delivery Charge     3.50
   21% Svc Charge      1.26
   TAX                 0.76
   TOTAL PAID         11.52
   1612/Fountain
   ROOM CHARGE        11.52
----716 CLOSED MAR31  6:58PM----


      HYATT REGENCY TAMPA
        IN ROOM DINING
712 Loly               2
--------------------------------
 1523 /1    7597   GST 1
       MAR31'12  8:56AM
--------------------------------
 1 S- TWO EGGS         4.00
 1 Fruit Bowl Small    5.00
 1 SM POT BEVG         7.00
 1 DELIVERY CHARGE     3.50
   1400.00%
 1 Server Number       0.00
   10.00%
   SEDGEWICK           1.60-
   Food Sales         16.00
   Delivery Charge     3.50
   Discount total      1.60-
   SERVICE CHARGES     4.00
   21% Svc Charge      3.36
   TAX                 1.49
   TOTAL PAID         26.75
   $ CHARGE TIP        4.00
   1523/Steinmann
   ROOM CHARGE        26.75
----712 CLOSED MAR31  9:29AM----


      HYATT REGENCY TAMPA
        AVANZARE DELI
709 Soumia             2
--------------------------------
CHK  3765  MAR30'12 12:53PM
--------------------------------
 1 Latte Grande        3.50
   Food Sales          3.50
   SERVICE CHARGES     0.75
   TAX                 0.25
   TOTAL PAID          4.50
   $ CHARGE TIP        0.75
   1327/Kent
   ROOM CHARGE         4.50
----709 CLOSED MAR30 12:54PM----
```

```
HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
   IN ROOM DINING                         IN ROOM DINING
706 STACIE G          2                712 Loly            2
--------------------------------       --------------------------------
 440 /1    7562   GST 2                  440 /1    7572   GST 1
      MAR30'12  7:44AM                        MAR30'12  1:30PM
--------------------------------       --------------------------------
 1 Oatmeal Br Sugar    7.00             1 Fish Sandwich     14.00
 1 TOAST               3.00             1 DELIVERY CHARGE    3.50
 1 S- BACON            5.00                  14
 1 Yogurt Parfait      7.00             1 Server Number      0.00
 1 SM POT BEVG         7.00                  10.00%
 1 ASSORT JUICE        4.75             SEDGEWICK            1.40-
 1 SOFT DRINK          2.95             Food Sales         14.00
 1 DELIVERY CHARGE     3.50             Delivery Charge     3.50
     1400.00%                           Discount total      1.40-
 1 Server Number       0.00             SERVICE CHARGES     2.00
 Food Sales           36.70             21% Svc Charge      2.94
 Delivery Charge       3.50             TAX                 1.33
 21% Svc Charge        7.71             TOTAL PAID         22.37
 TAX                   3.36             $ CHARGE TIP        2.00
 TOTAL PAID           51.27             440/Campo
 440/Campo                              ROOM CHARGE        22.37
 ROOM CHARGE          51.27            ----712 CLOSED MAR30  1:55PM----
----706 CLOSED MAR30  8:22AM----


   HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
    AVANZARE BAR                           IN ROOM DINING
137 Deborah           2                712 Loly            3
--------------------------------       --------------------------------
 8 /2     4601                           440 /1    7510   GST 2
      MAR30'12  8:52PM                        MAR29'12  7:44AM
--------------------------------       --------------------------------
 Misc Personal Charge                   1 Yogurt Parfait     7.00
                      32.00             1 Mushroom Omelett  14.50
                      14.50             1 S- BACON           5.00
                                        1 SM POT BEVG        7.00
                      10.50             1 TOMATO JUICE       4.75
                                        1 SOFT DRINK         2.95
                                        1 DELIVERY CHARGE    3.50
     160700.00%                              1400.00%
 1 Guest / Room                         1 Server Number      0.00
 Misc Personal        57.00                  10.00%
 SERVICE CHARGES      15.00             SEDGEWICK            4.12-
 TAX                   3.99             Food Sales         41.20
 TOTAL PAID           75.99             Delivery Charge     3.50
 $ CHARGE TIP         15.00             Discount total      4.12-
 1633/Connolly                          SERVICE CHARGES     5.00
 ROOM CHARGE          75.99   All Deducted  21% Svc Charge  8.65
----137 CLOSED MAR30 10:00PM----        TAX                 3.45
                                        TOTAL PAID         57.68
                                        $ CHARGE TIP        5.00
                                        440/Campo
                                        ROOM CHARGE        57.68
                                       ----712 CLOSED MAR29  8:14AM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                        IN ROOM DINING
   128 DANA              2                    712 Loly              3
   -------------------------------           -------------------------------
     91 /1     2664   GST 1                     440 /1     7466   GST 2
         MAR28'12  6:48AM                           MAR28'12  7:48AM
   -------------------------------           -------------------------------
    1 Omelette        14.50                    1 Oatmeal Br Sugar  7.00
    1 Coffee           3.75                    1 TOAST             3.00
     Food Sales       18.25                    1 PANCAKES         12.50
     SERVICE CHARGES        3.60              1 MILK              4.00
     TAX               1.28                    1 SM POT BEVG       7.00
     TOTAL PAID       23.13                    1 DELIVERY CHARGE   3.50
     $ CHARGE TIP      3.60                       1400.00%
     440/Campo                                 1 Server Number     0.00
     ROOM CHARGE      23.13                       10.00%
   ----128 CLOSED MAR28  7:23AM----            SEDGEWICK          3.35-
                                               Food Sales        33.50
                                               Delivery Charge    3.50
                                               Discount total     3.35-
                                               SERVICE CHARGES    4.00
                                               21% Svc Charge     7.04
                                               TAX                2.85
                                               TOTAL PAID        47.54
                                               $ CHARGE TIP       4.00
                                               440/Campo
                                               ROOM CHARGE       47.54
                                             ----712 CLOSED MAR28  8:12AM----


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
          AVANZARE BAR                            IN ROOM DINING
    134 Jessica          2                    714 Katie             2
   -------------------------------           -------------------------------
      9 /1     4248                             440 /1     7432   GST 2
         MAR28'12  5:44PM                           MAR27'12  8:07AM
   -------------------------------           -------------------------------
   Misc Personal Charge   16.00               1 2 Eggs Any Style  14.75
    1 Shrimp Rigatoni  17.00                  1 Bagel             3.00
     Food Sales       17.00                    1 Cheese Grits      3.50
   Misc Personal      16.00                    1 TOMATO JUICE      4.75
     SERVICE CHARGES        6.00              1 SM POT BEVG       7.00
     TAX               2.31                    1 SOFT DRINK        2.95
     TOTAL PAID       41.31                    1 DELIVERY CHARGE   3.50
     $ CHARGE TIP      6.00                       13
     440/Campo                                 1 Server Number     0.00
     ROOM CHARGE      41.31        $20.12 Deducted  10.00%
   ----134 CLOSED MAR28  7:23PM----            SEDGEWICK          3.60-
                                               Food Sales        35.95
                                               Delivery Charge    3.50
                                               Discount total     3.60-
                                               SERVICE CHARGES    4.00
                                               21% Svc Charge     7.55
                                               TAX                3.04
                                               TOTAL PAID        50.44
                                               $ CHARGE TIP       4.00
                                               440/Campo
                                               ROOM CHARGE       50.44
                                             ----714 CLOSED MAR27  8:46AM----
```

```
HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
  IN ROOM DINING                           IN ROOM DINING
716 Azam              2                  714 Katie              2
-------------------------------          -------------------------------
 440 /1     7442   GST 1                  1107 /1     7303   GST 1
      MAR27'12 7:31PM                           MAR26'12 7:35AM
-------------------------------          -------------------------------
 1 Flatbrd         12.00                  1 2 Eggs Any Style   14.75
 1 DELIVERY CHARGE    3.50                1 Fruit Bowl Small    5.00
      100.00%                             1 SM POT BEVG         7.00
 1 Server Number      0.00                1 TOMATO JUICE        4.75
   Food Sales      12.00                  1 DELIVERY CHARGE     3.50
   Delivery Charge  3.50                       1300.00%
   SERVICE CHARGES   3.00                 1 Server Number       0.00
   21% Svc Charge    2.52                   Food Sales       31.50
   TAX               1.26                    Delivery Charge   3.50
   TOTAL PAID       22.28                    21% Svc Charge    6.62
   $ CHARGE TIP      3.00                     TAX              2.92
   440/Campo                                  TOTAL PAID      44.54
   ROOM CHARGE      22.28                  1107/Campo
----716 CLOSED MAR27 7:56PM----             ROOM CHARGE      44.54
                                         ----714 CLOSED MAR26 8:31AM----



  HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
    IN ROOM DINING                           AVANZARE BAR
718 Tyrone            2                  505 Steven             2
-------------------------------          -------------------------------
 440 /1     7401   GST 1                  CHK 4791 MAR25'12 6:39PM
      MAR26'12 8:30PM                     -------------------------------
-------------------------------           1 Soda          2.95
 1 English Club     12.00                 1 Shrimp Scampi    24.00
 1 SOFT DRINK        2.95                 1 Parpadelle       19.00
 1 DELIVERY CHARGE    3.50                  Food Sales      45.95
   Food Sales      14.95                    SERVICE CHARGES   11.00
   Delivery Charge  3.50                    TAX              3.22
   21% Svc Charge    3.14                    TOTAL PAID      60.17
   TAX               1.52                    $ CHARGE TIP     11.00
   TOTAL PAID       23.11                  1107/Campo
   440/Campo                                ROOM CHARGE      60.17
   ROOM CHARGE      23.11                ----505 CLOSED MAR25 8:15PM----
----718 CLOSED MAR26 10:18PM----
```

# HYATT REGENCY® TAMPA

DOWNTOWN AT TAMPA CITY CENTER

Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Folio No :

Invoice No:

Please remit payment to:
Hyatt Regency Tampa
P. O. Box 281467
Atlanta, GA 30384

| | |
|---|---|
| Room No. : | 9014 |
| Arrival | 03-26-12 |
| Departure : | 04-25-12 |
| Cashier : | 3498 |

| Room | Name | Arrival | Departure | Guest Room | F&B Outlets | Banquet F&B | Banquet Other | Audio Visual | Internet & Phone | Parking | Miscellaneous | Svc Chgs & Grat | Taxes | Grand Total | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0440 | Campo, Alan | 03-25-12 | 04-1-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141.93 | 0.00 | 0.00 | 141.93 | 0.00 |
| 1327 | Kent, David | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 83.74 | 0.00 | 0.00 | 83.74 | 0.00 |
| 1523 | Steinmann, Cori | 03-30-12 | 04-13-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 164.77 | 0.00 | 0.00 | 164.77 | 0.00 |
| 1602 | Wooten, Lee | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.92 | 0.00 | 0.00 | 55.92 | 0.00 |
| 1607 | Meaders, Kurt | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.71 | 0.00 | 0.00 | 94.71 | 0.00 |
| 1610 | Kelly, Paul | 03-30-12 | 04-05-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.38 | 0.00 | 0.00 | 99.38 | 0.00 |
| 1612 | Fountain, Gail | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.23 | 0.00 | 0.00 | 188.23 | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 828.68 | 0.00 | 0.00 | 828.68 | 0.00 |

Total Rooms        7
Total Guests       7

HYATT
REGENCY
TAMPA
DOWNTOWN AT TAMPA CITY CENTER

Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States
Folio No :
Invoice No:

Please remit payment to:
Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384

| | | | | | | Room No. | : | 9014 |
| Arrival | : | 03-26-12 |
| Departure | : | 04-25-12 |
| Cashier | : | 3498 |

| Room | Name | Arrival | Departure | Guest Room | F&B Outlets | Banquet F&B | Banquet Other | Audio Visual | Internet & Phone | Parking | Miscellaneous | Svc Chgs & Grat | Taxes | Grand Total | Payments |
|------|------|---------|-----------|-----------|-------------|-------------|---------------|--------------|------------------|---------|---------------|-----------------|-------|-------------|----------|
| 0440 | Campo, Alan | 03-25-12 | 04-11-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 0.00 |
| 1106 | Sandhagen, Phillip | 04-04-12 | 04-07-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1327 | Kent, David | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 |
| 1502 | Sandhagen, Phillip | 04-08-12 | 04-09-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1523 | Steinmann, Cori | 03-30-12 | 04-13-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 1537 | Garcia, Jenny | 04-01-12 | 04-06-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1602 | Wooten, Lee | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 1605 | Steere, James | 04-08-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1607 | Meaders, Kurt | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 1610 | Kelly, Paul | 03-30-12 | 04-05-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1612 | Fountain, Gail | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1631 | roberts, Kelly | 03-30-12 | 04-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.99 | 0.00 | 0.00 | 0.00 | 0.00 | 80.99 | 0.00 |
| 1633 | Connolly, Tim | 04-12-12 | 04-13-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1637 | Coulter, Ken | 03-30-12 | 04-13-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 1639 | Bromwell, Les | 03-30-12 | 04-03-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 9014 | Sedgwick Law | 03-26-12 | 04-25-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 332.99 | 0.00 | 0.00 | 0.00 | 0.00 | 332.99 | 0.00 |

Total Rooms    16
Total Guests   15



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee    Sedgwick Law
         1717 Main St
         Suite 5400
         Dallas TX 75201
         United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

Room No.       9014
Arrival        03-26-12
Departure      04-25-12
Page No.       1 of 2
Folio Window   1
Folio
Invoice

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-30-12 | Package Handling Charges | Routed From Coulter Ken Of Room #1637 | 5.00 | |
| 04-03-12 | Bottled Water | Routed From Campo Alan Of Room #0440 | 3.00 | |
| 04-03-12 | Bottled Water | Routed From Kelly Paul Of Room #1610 | 3.00 | |
| 04-03-12 | Bottled Water | Routed From Coulter Ken Of Room #1637 | 3.00 | |
| 04-04-12 | Bottled Water | Routed From Steinmann Cori Of Room #1523 | 3.00 | |
| 04-06-12 | Package Handling Charges | | 8.00 | |
| 04-10-12 | Package Handling Charges | Fedex Shipment | 92.00 | |



**HYATT REGENCY TAMPA**
DOWNTOWN AT TAMPA CITY CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee   Sedgwick Law
         1717 Main St
         Suite 5400
         Dallas TX 75201
         United States

Membership

Bonus Code

Confirmation No.

Group Name     Sedgwick Law

| | |
|---|---|
| Room No. | 9014 |
| Arrival | 03-26-12 |
| Departure | 04-25-12 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | |
| Invoice | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com. | | |

| | Charges | Credits |
|---|---|---|
| **Total** | **117.00** | **0.00** |
| **Balance** | **117.00** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email na.customerservice@hyatt.com

**Please forward all invoice payments to:**

**Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384**



**HYATT**
R E G E N C Y
T A M P A ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee    Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

| | |
|---|---|
| Room No. | 9014 |
| Arrival | 03-26-12 |
| Departure | 04-25-12 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-16-12 | - Audio Visual | CHECK# 0286869 | 800.00 | |

No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com.

| | | | |
|---|---|---|---|
| **Total** | | **800.00** | **0.00** |
| **Balance** | | | **800.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**



```
        HYATT REGENCY TAMPA
             BANQUET
605 SWANK A/V                    1
---------------------------------
   4 /1          6869
          APR16'12  9:18AM
---------------------------------
     SEDGWICK LAW
   1 FUNCTION NAME
     HYATT
   1 ROOM NAME
     3/31/2012
   1 FUNCTION DATE
   1 INTERNET          800.00
     Misc Sales        800.00
     TOTAL PAID    800.00
     9014/Sedgwick Law
     ROOM CHARGE       800.00
----605 CLOSED APR16  9:18AM----
```



**HYATT**
R E G E N C Y
T A M P A ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee    Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership
Bonus Code
Confirmation No.
Group Name    Sedgwick Law

| | |
|---|---|
| Room No. | 9014 |
| Arrival | 03-26-12 |
| Departure | 04-25-12 |
| Page No. | 1 of 1 |
| Folio Window | 4 |
| Folio | |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-05-12 | - Public Room Rental | CHECK# 0286797 | 160.50 | |
| 04-05-12 | - Banquet Coffee Break Food | CHECK# 0286798 | 204.00 | |
| 04-06-12 | - Public Room Rental | CHECK# 0286812 | 160.50 | |
| 04-06-12 | - Banquet Coffee Break Food | CHECK# 0286813 | 204.00 | |
| 04-11-12 | - Public Room Rental | CHECK# 0286823 | 160.50 | |
| 04-11-12 | - Banquet Reception Food | CHECK# 0286824 | 204.00 | |
| 04-11-12 | - Public Room Rental | CHECK# 0286825 | 160.50 | |

No frequent traveler account has been credited for this
stay. To enroll in Gold Passport, call 1-800-51-HYATT, or
visit www.GoldPassport.com.

**Total**      **1,254.00**      **0.00**

**Balance**      **1,254.00**

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00
will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill? Please contact 888-472-2860 or email
na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**

```
HYATT REGENCY TAMPA
        BANQUET
27 WEAL A.          2
-------------------------------
7 /1      6823
        APR11'12 2:34PM
-------------------------------
  REPRINT
  CLOSED CHECK
  SEDWICK
  1 FUNCTION NAME
  650000.00%
  1 BP NUMBER
    HV
  1 ROOM NAME
  1 ROOM RENTAL    150.00
    SUBTOTAL       150.00
    TAX       10.50
    TOTAL PAID     160.50
    9014/Sedgwick Law
    ROOM CHARGE    160.50
----27 CLOSED APR11 2:35PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
HYATT REGENCY TAMPA
        BANQUET
27 WEAL A.          2
-------------------------------
6 /1      6824
        APR11'12 2:36PM
-------------------------------
  REPRINT
  CLOSED CHECK
  SEDGWICK
  1 FUNCTION NAME
    650000.00%
  1 BP NUMBER
    HV
  1 ROOM NAME
  10 @ 15.50
    Coffee Break    155.00
    SUBTOTAL        155.00
    23% Svc Charge   35.65
    TAX        13.35
    TOTAL PAID      204.00
    9014/Sedgwick Law
    ROOM CHARGE     204.00
----27 CLOSED APR11 2:37PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
HYATT REGENCY TAMPA
        BANQUET
27 WEAL A.          2
-------------------------------
7 /1      6825
        APR11'12 2:38PM
-------------------------------
  REPRINT
  CLOSED CHECK
  SEDGWICK
  1 FUNCTION NAME
       6787
  1 BP NUMBER
    HV
  1 ROOM NAME
  1 ROOM RENTAL    150.00
    SUBTOTAL       150.00
    TAX       10.50
    TOTAL PAID     160.50
    9014/Sedgwick Law
    ROOM CHARGE    160.50
----27 CLOSED APR11 2:38PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
HYATT REGENCY TAMPA
        BANQUET
23 JOSEPH ABRIHAM       2
-------------------------------
7 /1      6812
        APR06'12 9:55AM
-------------------------------
  REPRINT
  CLOSED CHECK
  SEDGWICK
  1 FUNCTION NAME
    646500.00%
  1 BP NUMBER
    HRVIEW
  1 ROOM NAME
    4/6/12
  1 FUNCTION DATE
  1 ROOM RENTAL    150.00
    SUBTOTAL       150.00
    TAX       10.50
    TOTAL PAID     160.50
    9014/Sedgwick Law
    ROOM CHARGE    160.50
----23 CLOSED APR06 9:55AM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
              BANQUET                          BANQUET
23 JOSEPH ABRIHAM        2          23 JOSEPH ABRIHAM        2
-------------------------------    -------------------------------
 7 /1      6813                     7 /2      6797
      APR06'12  9:56AM                   APR05'12 10:10AM
-------------------------------    -------------------------------
    REPRINT                            REPRINT
    CLOSED CHECK                       CLOSED CHECK
    SEDGWICK                           SEDGWICK
  1 FUNCTION NAME                    1 FUNCTION NAME
  646500.00%                         649400.00%
  1 BP NUMBER                        1 BP NUMBER
    HRVIEW                             HRVIEW
  1 ROOM NAME                        1 ROOM NAME
    4/6/12                             4/5/12
  1 FUNCTION DATE                    1 FUNCTION DATE
 10 @ 15.50                          1 ROOM RENTAL    150.00
    Coffee Break    155.00             SUBTOTAL      150.00
    SUBTOTAL      155.00               TAX            10.50
    23% Svc Charge   35.65             TOTAL PAID   160.50
    TAX            13.35               9014/Sedgwick Law
    TOTAL PAID    204.00               ROOM CHARGE   160.50
    9014/Sedgwick Law                ----23 CLOSED APR05 10:11AM-----
    ROOM CHARGE   204.00
 ----23 CLOSED APR06  9:57AM-----

 GRATUITY:_____     GRATUITY:_____

 TOTAL:_____     TOTAL:_____

 PRINT NAME:_____     PRINT NAME:_____

 ACCOUNT #:_____     ACCOUNT #:_____

 SIGNATURE:_____     SIGNATURE:_____


        HYATT REGENCY TAMPA
              BANQUET
23 JOSEPH ABRIHAM        2
-------------------------------
 7 /2      6798
      APR05'12 10:12AM
-------------------------------
    REPRINT
    CLOSED CHECK
    SEDGWICK
  1 FUNCTION NAME
       6494
  1 BP NUMBER
    HRVIEW
  1 ROOM NAME
    4/5/12
  1 FUNCTION DATE
 10 @ 15.50
    Coffee Break    155.00
    SUBTOTAL      155.00
    23% Svc Charge   35.65
    TAX            13.35
    TOTAL PAID    204.00
    9014/Sedgwick Law
    ROOM CHARGE   204.00
 ----23 CLOSED APR05 10:12AM-----

 GRATUITY:_____

 TOTAL:_____

 PRINT NAME:_____

 ACCOUNT #:_____

 SIGNATURE:_____
```

**HYATT REGENCY** ®
T A M P A
DOWNTOWN AT TAMPA CITY CENTER

Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Folio No :

Invoice No:

Please remit payment to:
Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384

| | | |
|---|---|---|
| Room No. : | | 9021 |
| Arrival : | | 03-04-12 |
| Departure : | | 04-04-12 |
| Cashier : | | 3498 |

| Room | Name | Arrival | Departure | Guest Room | F&B Outlets | Banquet F&B | Banquet Other | Audio Visual | Internet & Phone | Parking | Miscellaneous | Svc Chgs & Grat | Taxes | Grand Total | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1602 | Wooten, Lee | 03-11-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 266.00 | 0.00 | 0.00 | 0.00 | 266.00 | 0.00 |
| 1607 | Meaders, Kurt | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 414.00 | 0.00 | 0.00 | 0.00 | 414.00 | 0.00 |
| 1610 | Kelly, Paul | 03-19-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 1623 | Jackson, Ed | 03-07-12 | 03-15-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 0.00 | 0.00 | 0.00 | 108.00 | 0.00 |
| 1631 | Steere, James | 03-07-12 | 03-10-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 |
| 1633 | Connolly, Tim | 03-08-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 434.00 | 0.00 | 0.00 | 0.00 | 434.00 | 0.00 |
| 9021 | Sedgwick Law | 03-04-12 | 04-04-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Rooms | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,294.00 | 0.00 | 0.00 | 0.00 | 1,294.00 | 0.00 |
| Total Guests | | | | | | | | | | | | | | | |

Total Rooms   7

Total Guests   6



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| Payee | Sedgwick Law | | |
| | 1717 Main St | | |
| | Suite 5400 | | |
| | Dallas TX 75201 | | |
| | United States | | |

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 1 of 15 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name       Sedgwick Law

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 03-07-12 | - Avanzare Lunch | CHECK# 0222287  Jackson Ed #1623=>Sedgwick Law  #9021 | 19.89 | |
| 03-07-12 | - Avanzare Lunch | CHECK# 0222298  Routed From Kent David Of Room #1327 | 4.00 | |
| 03-07-12 | - In Room Dining Dinner Food | CHECK# 0297131 | 118.98 | |
| 03-07-12 | - In Room Dining Dinner Food | CHECK# 0297148  Routed From Campo Alan Of Room #1701 | 111.02 | |
| 03-07-12 | - Avanzare Dinner | CHECK# 0222337  Routed From Jackson Ed Of Room #1623 | 79.96 | |
| 03-07-12 | - Avanzare Bar Dinner | CHECK# 0334701  Routed From Simon Stuart Of Room #1605 | 20.89 | |
| 03-08-12 | - Avanzare Deli Breakfast | CHECK# 0233187  Routed From Kent David Of Room #1327 | 8.23 | |
| 03-08-12 | - Avanzare Breakfast | CHECK# 0224454  Routed From Steere James Of Room #1631 | 21.16 | |
| 03-08-12 | - In Room Dining Bkfst Food | CHECK# 0297194  Routed From Steinmann Cori Of Room #1523 | 8.50 | |
| 03-08-12 | - Avanzare Breakfast | CHECK# 0222414  Routed From Campo Alan Of Room #1701 | 20.16 | |
| 03-08-12 | - Avanzare Breakfast | CHECK# 0222474  Routed From Simon Stuart Of Room #1605 | 16.15 | |
| 03-08-12 | - Avanzare Breakfast | CHECK# 0222476  Routed From Jackson Ed Of Room #1623 | 19.66 | |
| 03-08-12 | - Avanzare Deli Lunch | CHECK# 0233358  Routed From Kent David Of Room #1327 | 4.75 | |
| 03-08-12 | - Avanzare Bar Dinner | CHECK# 0334829  Routed From Campo Alan Of Room #1701 | 56.55 | |
| 03-09-12 | - Avanzare Deli Breakfast | CHECK# 0233434  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-09-12 | - In Room Dining Bkfst Food | CHECK# 0297258  Routed From Connolly Tim Of Room #1633 | 23.37 | |
| 03-09-12 | - Avanzare Breakfast | CHECK# 0222657  Routed From Campo Alan Of Room #1701 | 28.81 | |
| | | CHECK# 0222728  Routed From | | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee    Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 2 of 15 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-09-12 | - Avanzare Lunch | Simon Stuart Of Room #1605 | 39.98 | |
| 03-09-12 | - In Room Dining Dinner Food | CHECK# 0297296 | 89.26 | |
| 03-09-12 | - Avanzare Bar Dinner | CHECK# 0334003 Routed From Simon Stuart Of Room #1605 | 69.59 | |
| 03-09-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334059 Routed From Simon Stuart Of Room #1605 | 10.00 | |
| 03-10-12 | - Avanzare Deli Breakfast | CHECK# 0233666 Routed From Kent David Of Room #1327 | 4.77 | |
| 03-10-12 | - In Room Dining Bkfst Food | CHECK# 0297318 Routed From Steinmann Cori Of Room #1523 | 30.92 | |
| 03-10-12 | - In Room Dining Bkfst Food | CHECK# 0297321 | 204.00 | |
| 03-10-12 | - Avanzare Breakfast | CHECK# 0222809 Routed From Simon Stuart Of Room #1605 | 48.26 | |
| 03-10-12 | - In Room Dining Bkfst Food | CHECK# 0297326 Routed From Campo Alan Of Room #0302 | 26.61 | |
| 03-10-12 | - Avanzare Lunch | CHECK# 0222871 Routed From Campo Alan Of Room #0302 | 81.41 | |
| 03-10-12 | - In Room Dining Dinner Food | CHECK# 0297349 Routed From Campo Alan Of Room #0302 | 22.67 | |
| 03-10-12 | - In Room Dining Dinner Beverage | CHECK# 0297350 Routed From Connolly Tim Of Room #1633 | 62.42 | |
| 03-10-12 | - Avanzare Bar Dinner | CHECK# 0334198 Routed From Simon Stuart Of Room #1605 | 19.05 | |
| 03-10-12 | - Avanzare Bar Dinner | CHECK# 0334203 Routed From Giewat Gary Of Room #1733 | 50.54 | |
| 03-10-12 | - Avanzare Bar Dinner | CHECK# 0334212 Routed From Simon Stuart Of Room #1605 | 7.42 | |
| 03-10-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334223 Routed From Kent David Of Room #1327 | 19.72 | |
| 03-11-12 | - Avanzare Deli Breakfast | CHECK# 0233790 Routed From Kent David Of Room #1327 | 4.00 | |
| 03-11-12 | - In Room Dining Bkfst Food | CHECK# 0297367 | 227.69 | |
| 03-11-12 | - In Room Dining Bkfst Food | CHECK# 0297369 Routed From | 31.61 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee  Sedgwick Law
       1717 Main St
       Suite 5400
       Dallas TX 75201
       United States

Membership

Bonus Code

Confirmation No.

Group Name     Sedgwick Law

Room No.        9021
Arrival         03-04-12
Departure       04-04-12
Page No.        3 of 15
Folio Window    3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| | | Campo Alan Of Room #0302 | | |
| 03-11-12 | - Avanzare Breakfast | CHECK# 0222940  Routed From Giewat Gary Of Room #1733 | 27.54 | |
| 03-11-12 | - Avanzare Breakfast | CHECK# 0222947  Routed From Simon Stuart Of Room #1605 | 23.80 | |
| 03-11-12 | - Avanzare Lunch | CHECK# 0222975  Routed From Jackson Ed Of Room #1623 | 19.66 | |
| 03-11-12 | - In Room Dining Lunch | CHECK# 0297375  Routed From Coulter Ken Of Room #1637 | 26.57 | |
| 03-11-12 | - In Room Dining Lunch | CHECK# 0297377  Routed From Connolly Tim Of Room #1633 | 36.44 | |
| 03-11-12 | - Avanzare Bar Lunch | CHECK# 0334326  Routed From Giewat Gary Of Room #1733 | 46.33 | |
| 03-11-12 | - Avanzare Bar Lunch | CHECK# 0334335  Routed From Kent David Of Room #1327 | 4.00 | |
| 03-11-12 | - In Room Dining Dinner Food | CHECK# 0297387  Routed From Campo Alan Of Room #0302 | 35.25 | |
| 03-11-12 | - In Room Dining Dinner Food | CHECK# 0297392 | 130.94 | |
| 03-11-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334384  Routed From Bromwell Les Of Room #1639 | 58.15 | |
| 03-12-12 | - Avanzare Breakfast | CHECK# 0222999  Routed From Giewat Gary Of Room #1733 | 28.00 | |
| 03-12-12 | - Avanzare Deli Breakfast | CHECK# 0233881  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-12-12 | - In Room Dining Bkfst Food | CHECK# 0297405  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-12-12 | - Avanzare Breakfast | CHECK# 0222006  Routed From Simon Stuart Of Room #1605 | 23.40 | |
| 03-12-12 | - Avanzare Breakfast | CHECK# 0222014  Routed From Jackson Ed Of Room #1623 | 17.79 | |
| 03-12-12 | - In Room Dining Lunch | CHECK# 0297412 | 204.00 | |
| 03-12-12 | - In Room Dining Lunch | CHECK# 0297414  Routed From Giewat Gary Of Room #1733 | 27.88 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee    Sedgwick Law
         1717 Main St
         Suite 5400
         Dallas TX 75201
         United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

Room No.        9021
Arrival         03-04-12
Departure       04-04-12
Page No.        4 of 15
Folio Window    3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 03-12-12 | - Avanzare Bar Dinner | CHECK# 0334463  Routed From Giewat Gary Of Room #1733 | 94.08 | |
| 03-12-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334491  Routed From Steinmann Cori Of Room #1523 | 39.24 | |
| 03-12-12 | - In Room Dining Dinner Food | CHECK# 0297445 | 169.67 | |
| 03-12-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334506  Routed From Kent David Of Room #1327 | 16.16 | |
| 03-13-12 | - Avanzare Breakfast | CHECK# 0222074  Routed From Giewat Gary Of Room #1733 | 56.35 | |
| 03-13-12 | - In Room Dining Bkfst Food | CHECK# 0297448  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-13-12 | - In Room Dining Bkfst Food | CHECK# 0297460  Routed From Steinmann Cori Of Room #1523 | 18.81 | |
| 03-13-12 | - Avanzare Breakfast | CHECK# 0222078  Routed From Simon Stuart Of Room #1605 | 27.01 | |
| 03-13-12 | - In Room Dining Bkfst Food | CHECK# 0297463 | 211.77 | |
| 03-13-12 | - Avanzare Breakfast | CHECK# 0222094  Routed From Jackson Ed Of Room #1623 | 17.79 | |
| 03-13-12 | - Avanzare Deli Lunch | CHECK# 0233086  Routed From Kent David Of Room #1327 | 4.35 | |
| 03-13-12 | - Avanzare Bar Lunch | CHECK# 0334577  Routed From Simon Stuart Of Room #1605 | 5.35 | |
| 03-13-12 | - Avanzare Bar Lunch | CHECK# 0334578  Routed From Kent David Of Room #1327 | 4.08 | |
| 03-13-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334584  Routed From Simon Stuart Of Room #1605 | 35.96 | |
| 03-13-12 | - In Room Dining Dinner Food | CHECK# 0297470  Routed From Giewat Gary Of Room #1733 | 39.35 | |
| 03-13-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334635  Routed From Kent David Of Room #1327 | 20.12 | |
| 03-13-12 | - Avanzare Bar Dinner | CHECK# 0334675  Routed From Gooden Casey Of Room #1631 | 7.42 | |
| 03-14-12 | - In Room Dining Bkfst Food | CHECK# 0297505  Routed From | 29.61 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | |
|---|---|
| Payee | Sedgwick Law |
| | 1717 Main St |
| | Suite 5400 |
| | Dallas TX 75201 |
| | United States |

Membership

Bonus Code

Confirmation No.

Group Name     Sedgwick Law

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 5 of 15 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---|
| | | Bromwell Les Of Room #1639 | | |
| 03-14-12 | - In Room Dining Bkfst Food | CHECK# 0297500  Routed From Connolly Tim Of Room #1633 | 23.37 | |
| 03-14-12 | - Avanzare Breakfast | CHECK# 0222221  Routed From Simon Stuart Of Room #1605 | 19.66 | |
| 03-14-12 | - Avanzare Breakfast | CHECK# 0222235  Routed From Campo Alan Of Room #0302 | 20.66 | |
| 03-14-12 | - Avanzare Deli Breakfast | CHECK# 0233189  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-14-12 | - Avanzare Lunch | CHECK# 0222283  Routed From Simon Stuart Of Room #1605 | 19.05 | |
| 03-14-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334750  Routed From Wooten Lee Of Room #1602 | 19.12 | |
| 03-14-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334785  Routed From Kent David Of Room #1327 | 44.52 | |
| 03-15-12 | - In Room Dining Bkfst Food | CHECK# 0297570  Routed From Connolly Tim Of Room #1633 | 30.05 | |
| 03-15-12 | - Avanzare Breakfast | CHECK# 0222392  Routed From Simon Stuart Of Room #1605 | 54.01 | |
| 03-15-12 | - Avanzare Deli Breakfast | CHECK# 0233536  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-15-12 | - Avanzare Breakfast | CHECK# 0222417  Routed From Jackson Ed Of Room #1623 | 19.66 | |
| 03-15-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334975  Routed From Connolly Tim Of Room #1633 | 258.47 | |
| 03-15-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334973  Routed From Connolly Tim Of Room #1633 | 6.42 | |
| 03-16-12 | - Avanzare Deli Breakfast | CHECK# 0233781  Routed From Simon Stuart Of Room #1605 | 7.16 | |
| 03-16-12 | - In Room Dining Bkfst Food | CHECK# 0297628  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-16-12 | - Avanzare Deli Breakfast | CHECK# 0233844  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-16-12 | - In Room Dining Lunch | CHECK# 0297640  Routed From | 19.99 | |



**HYATT**
REGENCY
T A M P A ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee    Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership

Bonus Code

Confirmation No.

Group Name     Sedgwick Law

Room No.     9021
Arrival     03-04-12
Departure     04-04-12
Page No.     6 of 15
Folio Window     3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|--------:|--------:|
| | | Steinmann Cori Of Room #1523 | | |
| 03-16-12 | - Avanzare Deli Lunch | CHECK# 0233922  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-16-12 | - In Room Dining Dinner Food | CHECK# 0297655  Routed From Campo Alan Of Room #0302 | 62.80 | |
| 03-16-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334124  Routed From Simon Stuart Of Room #1605 | 14.84 | |
| 03-16-12 | - Avanzare Bar Dinner | CHECK# 0334121  Routed From Wooten Lee Of Room #1602 | 37.10 | |
| 03-17-12 | - Avanzare Deli Breakfast | CHECK# 0233110  Routed From Simon Stuart Of Room #1605 | 11.24 | |
| 03-17-12 | - Avanzare Deli Breakfast | CHECK# 0233126  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-17-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334308  Routed From Wooten Lee Of Room #1602 | 10.06 | |
| 03-17-12 | - In Room Dining Dinner Food | CHECK# 0297708  Routed From Connolly Tim Of Room #1633 | 43.26 | |
| 03-17-12 | - Avanzare Bar Dinner | CHECK# 0334304  Routed From Campo Alan Of Room #0302 | 142.77 | |
| 03-17-12 | - Avanzare Bar Dinner | CHECK# 0334389  Routed From Kent David Of Room #1327 | 15.95 | |
| 03-18-12 | - In Room Dining Bkfst Food | CHECK# 0297740  Routed From Steinmann Cori Of Room #1523 | 19.99 | |
| 03-18-12 | - Avanzare Breakfast | CHECK# 0222911  Routed From Simon Stuart Of Room #1605 | 18.79 | |
| 03-18-12 | - In Room Dining Lunch | CHECK# 0297761 | 204.00 | |
| 03-18-12 | - In Room Dining Lunch Other | CHECK# 0297762 | 160.50 | |
| 03-18-12 | - In Room Dining Lunch | CHECK# 0297759  Routed From Meaders Kurt Of Room #1607 | 30.05 | |
| 03-18-12 | - In Room Dining Lunch | CHECK# 0297763  Routed From Meaders Kurt Of Room #1607 | -2.79 | |
| 03-18-12 | - Avanzare Lunch | CHECK# 0222960  Routed From Campo Alan Of Room #0302 | 22.14 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee   Sedgwick Law
        1717 Main St
        Suite 5400
        Dallas TX 75201
        United States

Membership

Bonus Code

Confirmation No.

Group Name      Sedgwick Law

Room No.        9021
Arrival         03-04-12
Departure       04-04-12
Page No.        7 of 15
Folio Window    3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 03-18-12 | - Avanzare Bar Lunch | CHECK# 0334406  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-18-12 | - Avanzare Bar Lunch | CHECK# 0334408  Routed From Simon Stuart Of Room #1605 | 9.56 | |
| 03-18-12 | - In Room Dining Dinner Food | CHECK# 0297786  Routed From Steinmann Cori Of Room #1523 | 34.14 | |
| 03-18-12 | - In Room Dining Dinner Food | CHECK# 0297790  Routed From Meaders Kurt Of Room #1607 | 37.82 | |
| 03-18-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334475  Routed From Kent David Of Room #1327 | 9.76 | |
| 03-19-12 | - In Room Dining Bkfst Food | CHECK# 0297798  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-19-12 | - In Room Dining Bkfst Food | CHECK# 0297807  Routed From Campo Alan Of Room #0302 | 38.42 | |
| 03-19-12 | - Avanzare Deli Breakfast | CHECK# 0233589  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-19-12 | - In Room Dining Bkfst Other | CHECK# 0297811 | 160.50 | |
| 03-19-12 | - In Room Dining Bkfst Food | CHECK# 0297812 | 204.00 | |
| 03-19-12 | - Avanzare Breakfast | CHECK# 0222006  Routed From Simon Stuart Of Room #1605 | 20.66 | |
| 03-19-12 | - Avanzare Bar Dinner | CHECK# 0334539  Routed From Kent David Of Room #1327 | 4.08 | |
| 03-19-12 | - Avanzare Bar Dinner | CHECK# 0334613  Routed From Kelly Paul Of Room #1610 | 60.29 | |
| 03-19-12 | - In Room Dining Dinner Food | CHECK# 0297863  Routed From Coulter Ken Of Room #1637 | 32.05 | |
| 03-19-12 | - In Room Dining Dinner Food | CHECK# 0297873 | 85.52 | |
| 03-19-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334623  Routed From Campo Alan Of Room #0440 | 10.06 | |
| 03-20-12 | - In Room Dining Bkfst Food | CHECK# 0297880  Routed From Connolly Tim Of Room #1633 | 30.05 | |
| 03-20-12 | - Avanzare Deli Breakfast | CHECK# 0233706  Routed From Kent David Of Room #1327 | 4.77 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

Membership

Bonus Code

Confirmation No.

Group Name        Sedgwick Law

Room No.        9021
Arrival        03-04-12
Departure        04-04-12
Page No.        8 of 15
Folio Window        3
Folio
Invoice

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-20-12 | - In Room Dining Bkfst Food | CHECK# 0297888 Routed From Campo Alan Of Room #0440 | 38.42 | |
| 03-20-12 | - Avanzare Breakfast | CHECK# 0222157 Routed From Simon Stuart Of Room #1605 | 23.80 | |
| 03-20-12 | - Avanzare Lunch | CHECK# 0222255 Routed From Kent David Of Room #1327 | 4.23 | |
| 03-20-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334743 Routed From Wooten Lee Of Room #1602 | 10.06 | |
| 03-20-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334774 Routed From Kelly Paul Of Room #1610 | 42.31 | |
| 03-20-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334795 Routed From Campo Alan Of Room #0440 | 8.56 | |
| 03-21-12 | - In Room Dining Bkfst Food | CHECK# 0297955 Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-21-12 | - In Room Dining Bkfst Food | CHECK# 0297962 Routed From Steinmann Cori Of Room #1523 | 18.81 | |
| 03-21-12 | - Avanzare Deli Breakfast | CHECK# 0233846 Routed From Kent David Of Room #1327 | 4.77 | |
| 03-21-12 | - In Room Dining Bkfst Food | CHECK# 0297966 Routed From Campo Alan Of Room #0440 | 26.94 | |
| 03-21-12 | - Avanzare Breakfast | CHECK# 0222352 Routed From Simon Stuart Of Room #1605 | 11.63 | |
| 03-21-12 | - Avanzare Deli Lunch | CHECK# 0233030 Routed From Kent David Of Room #1327 | 10.60 | |
| 03-21-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334877 Routed From Kent David Of Room #1327 | 70.99 | |
| 03-21-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334914 Routed From Kelly Paul Of Room #1610 | 28.54 | |
| 03-21-12 | - In Room Dining Dinner Food | CHECK# 0297013 Routed From Campo Alan Of Room #0440 | 66.37 | |
| 03-22-12 | - In Room Dining Bkfst Food | CHECK# 0297020 Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-22-12 | - Avanzare Deli Breakfast | CHECK# 0233075 Routed From Simon Stuart Of Room #1605 | 3.21 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee    Sedgwick Law
         1717 Main St
         Suite 5400
         Dallas TX 75201
         United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

Room No.         9021
Arrival          03-04-12
Departure        04-04-12
Page No.         9 of 15
Folio Window     3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 03-22-12 | - Avanzare Deli Breakfast | CHECK# 0233120  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-22-12 | - Avanzare Bar Lunch | CHECK# 0334995  Routed From Simon Stuart Of Room #1605 | 3.21 | |
| 03-22-12 | - Avanzare Bar Lunch | CHECK# 0334994  Routed From Simon Stuart Of Room #1605 | 19.05 | |
| 03-22-12 | - Avanzare Lunch | CHECK# 0222679  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-22-12 | - In Room Dining Dinner Food | CHECK# 0297049  Routed From Campo Alan Of Room #0440 | 57.44 | |
| 03-22-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334101  Routed From Kent David Of Room #1327 | 59.36 | |
| 03-23-12 | - In Room Dining Bkfst Food | CHECK# 0297081  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-23-12 | - Avanzare Deli Breakfast | CHECK# 0233356  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-23-12 | - Avanzare Deli Breakfast | CHECK# 0233329  Routed From Simon Stuart Of Room #1605 | 6.42 | |
| 03-23-12 | - Avanzare Lunch | CHECK# 0222844  Routed From Campo Alan Of Room #0440 | 37.84 | |
| 03-23-12 | - Avanzare Deli Dinner | CHECK# 0233508  Routed From Kent David Of Room #1327 | 4.08 | |
| 03-23-12 | - In Room Dining Dinner Food | CHECK# 0297128  Routed From Hyde Robert Of Room #1317 | 59.51 | |
| 03-23-12 | - Avanzare Bar Dinner | CHECK# 0334306  Routed From Simon Stuart Of Room #1605 | 19.05 | |
| 03-24-12 | - Avanzare Deli Breakfast | CHECK# 0233572  Routed From Simon Stuart Of Room #1605 | 6.42 | |
| 03-24-12 | - In Room Dining Bkfst Food | CHECK# 0297151  Routed From Fountain Gail Of Room #1612 | 34.29 | |
| 03-24-12 | - Avanzare Breakfast | CHECK# 0222080  Routed From Simon Stuart Of Room #1605 | 11.63 | |
| 03-24-12 | - In Room Dining Bkfst Food | CHECK# 0297157  Routed From Hyde Robert Of Room #1317 | 49.12 | |



## INFORMATION INVOICE

Payee   Sedgwick Law
         1717 Main St
         Suite 5400
         Dallas TX 75201
         United States

Membership

Bonus Code

Confirmation No.

Group Name       Sedgwick Law

| Room No. | 9021 |
|---|---|
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 10 of 15 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-24-12 | - Avanzare Deli Lunch | CHECK# 0233666 Routed From Kent David Of Room #1327 | 4.50 | |
| 03-24-12 | - In Room Dining Lunch | CHECK# 0297161 Routed From Campo Alan Of Room #1107 | 0.00 | |
| 03-24-12 | - In Room Dining Lunch Other | CHECK# 0297178 | 160.50 | |
| 03-24-12 | - In Room Dining Lunch | CHECK# 0297180 | 204.00 | |
| 03-24-12 | - In Room Dining Dinner Food | CHECK# 0297203 Routed From Meaders Kurt Of Room #1607 | 37.44 | |
| 03-24-12 | - In Room Dining Dinner Food | CHECK# 0297205 Routed From Hyde Robert Of Room #1317 | 50.01 | |
| 03-24-12 | - Avanzare Bar Dinner | CHECK# 0334594 Routed From Campo Alan Of Room #1107 | 153.94 | |
| 03-24-12 | - Avanzare Bar Dinner | CHECK# 0334548 Routed From Simon Stuart Of Room #1605 | 47.63 | |
| 03-24-12 | - Avanzare Bar Dinner | CHECK# 0334629 Routed From Kent David Of Room #1327 | 68.92 | |
| 03-25-12 | - Avanzare Deli Breakfast | CHECK# 0233782 Routed From Simon Stuart Of Room #1605 | 3.21 | |
| 03-25-12 | - Avanzare Breakfast | CHECK# 0222215 Routed From Hyde Robert Of Room #1317 | 36.23 | |
| 03-25-12 | - Avanzare Breakfast | CHECK# 0222220 Routed From Simon Stuart Of Room #1605 | 23.03 | |
| 03-25-12 | - Avanzare Deli Breakfast | CHECK# 0233819 Routed From Kent David Of Room #1327 | 4.50 | |
| 03-25-12 | - In Room Dining Bkfst Food | CHECK# 0297251 Routed From Campo Alan Of Room #1107 | 63.74 | |
| 03-25-12 | - In Room Dining Lunch | CHECK# 0297253 Routed From Coulter Ken Of Room #1637 | 37.25 | |
| 03-25-12 | - In Room Dining Lunch | CHECK# 0297255 Routed From Fountain Gail Of Room #1612 | 21.00 | |
| 03-25-12 | - In Room Dining Lunch | CHECK# 0297259 Routed From Hyde Robert Of Room #1317 | 26.32 | |
| 03-25-12 | - Avanzare Bar Lunch | CHECK# 0334735 Routed From | 19.05 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership

Bonus Code

Confirmation No.

Group Name        Sedgwick Law

Room No.        9021
Arrival          03-04-12
Departure        04-04-12
Page No.         11 of 15
Folio Window    3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|--|--------|---------|
| | | Simon Stuart Of Room #1605 | | |
| 03-25-12 | - Avanzare Bar Lunch | CHECK# 0334757  Routed From Kent David Of Room #1327 | 4.23 | |
| 03-25-12 | - Avanzare Dinner | CHECK# 0222313  Routed From Sandhagen Philip Of Room #1636 | 37.98 | |
| 03-25-12 | - Avanzare Dinner | CHECK# 0222319  Routed From Kelly Paul Of Room #1610 | 66.00 | |
| 03-26-12 | - In Room Dining Bkfst Food | CHECK# 0297293  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-26-12 | - Avanzare Deli Breakfast | CHECK# 0233863  Routed From Simon Stuart Of Room #1605 | 6.42 | |
| 03-26-12 | - Avanzare Deli Breakfast | CHECK# 0233876  Routed From Kent David Of Room #1327 | 4.77 | |
| 03-26-12 | - In Room Dining Bkfst Food | CHECK# 0297299  Routed From Steinmann Cori Of Room #1523 | 18.81 | |
| 03-26-12 | - Avanzare Breakfast | CHECK# 0222364  Routed From Hyde Robert Of Room #1317 | 19.89 | |
| 03-26-12 | - In Room Dining Lunch | CHECK# 0297348  Routed From Hyde Robert Of Room #1317 | 41.52 | |
| 03-26-12 | - In Room Dining Lunch | CHECK# 0297310 | 70.52 | |
| 03-26-12 | - Avanzare Deli Lunch | CHECK# 0233015  Routed From Kent David Of Room #1327 | 4.23 | |
| 03-26-12 | - Avanzare Dinner | CHECK# 0222440  Routed From Kelly Paul Of Room #1610 | 8.32 | |
| 03-26-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334981  Routed From Connolly Tim Of Room #1633 | 28.68 | |
| 03-27-12 | - Avanzare Deli Breakfast | CHECK# 0233046  Routed From Simon Stuart Of Room #1605 | 3.21 | |
| 03-27-12 | - In Room Dining Bkfst Food | CHECK# 0297416  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-27-12 | - Avanzare Breakfast | CHECK# 0222517  Routed From Simon Stuart Of Room #1605 | 10.47 | |
| 03-27-12 | - In Room Dining Bkfst Food | CHECK# 0297433  Routed From Hyde Robert Of Room #1317 | 35.48 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 12 of 15 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name        Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-27-12 | - In Room Dining Lunch | CHECK# 0297438  Routed From Hyde Robert Of Room #1317 | 26.32 | |
| 03-27-12 | - Avanzare Bar Lunch | CHECK# 0334091  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-27-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334124  Routed From Connolly Tim Of Room #1633 | 35.03 | |
| 03-27-12 | - In Room Dining Dinner Food | CHECK# 0297444  Routed From Sandhagen Philip Of Room #1636 | 40.46 | |
| 03-27-12 | - In Room Dining Dinner Food | CHECK# 0297447  Routed From Bromwell Les Of Room #1639 | 47.32 | |
| 03-27-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334150  Routed From Kent David Of Room #1327 | 41.31 | |
| 03-28-12 | - In Room Dining Bkfst Food | CHECK# 0297462  Routed From Steinmann Cori Of Room #1523 | 18.81 | |
| 03-28-12 | - In Room Dining Bkfst Food | CHECK# 0297459  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-28-12 | - Avanzare Deli Breakfast | CHECK# 0233223  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-28-12 | - In Room Dining Bkfst Food | CHECK# 0297471  Routed From Hyde Robert Of Room #1317 | 32.85 | |
| 03-28-12 | - Avanzare Lunch | CHECK# 0222756  Routed From Kent David Of Room #1327 | 52.96 | |
| 03-28-12 | - In Room Dining Lunch | CHECK# 0297475  Routed From Hyde Robert Of Room #1317 | 32.25 | |
| 03-28-12 | - Avanzare Dinner | CHECK# 0222815  Routed From Sandhagen Philip Of Room #1636 | 30.56 | |
| 03-28-12 | - In Room Dining Dinner Food | CHECK# 0297492  Routed From Bromwell Les Of Room #1639 | 131.12 | |
| 03-28-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334284  Routed From Connolly Tim Of Room #1633 | 88.83 | |
| 03-28-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334314  Routed From Kent David Of Room #1327 | 20.12 | |
| 03-28-12 | - Avanzare Dinner | CHECK# 0222832  Routed From Steinmann Cori Of Room #1523 | 55.08 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 13 of 15 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name     Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-28-12 | - Avanzare Bar Dinner | CHECK# 0334317  Routed From Wooten Lee Of Room #1602 | 27.54 | |
| 03-29-12 | - In Room Dining Bkfst Food | CHECK# 0297501  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-29-12 | - Avanzare Deli Breakfast | CHECK# 0233332  Routed From Simon Stuart Of Room #1605 | 6.42 | |
| 03-29-12 | - Avanzare Deli Breakfast | CHECK# 0233372  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-29-12 | - In Room Dining Bkfst Food | CHECK# 0297512 | 47.69 | |
| 03-29-12 | - In Room Dining Bkfst Other | CHECK# 0297517 | 160.50 | |
| 03-29-12 | - In Room Dining Bkfst Food | CHECK# 0297518 | 204.00 | |
| 03-29-12 | - Avanzare Deli Lunch | CHECK# 0233495  Routed From Kent David Of Room #1327 | 4.08 | |
| 03-29-12 | - Avanzare Lunch | CHECK# 0222950  Routed From Wooten Lee Of Room #1602 | 38.05 | |
| 03-29-12 | - Avanzare Lunch | CHECK# 0222978  Routed From Hyde Robert Of Room #1317 | 21.83 | |
| 03-29-12 | - Avanzare Deli Lunch | CHECK# 0233535  Routed From Kent David Of Room #1327 | 4.08 | |
| 03-29-12 | - Avanzare Dinner | CHECK# 0222987  Routed From Kelly Paul Of Room #1610 | 83.55 | |
| 03-29-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334444  Routed From Connolly Tim Of Room #1633 | 21.12 | |
| 03-29-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334443  Routed From Wooten Lee Of Room #1602 | 10.06 | |
| 03-29-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334430  Routed From Connolly Tim Of Room #1633 | 29.68 | |
| 03-29-12 | - In Room Dining Dinner Food | CHECK# 0297552 | 111.06 | |
| 03-29-12 | - Avanzare Bar Dinner | CHECK# 0334462  Routed From Steinmann Cori Of Room #1523 | 52.41 | |
| 03-30-12 | - In Room Dining Bkfst Food | CHECK# 0297556  Routed From Connolly Tim Of Room #1633 | 28.13 | |
| 03-30-12 | - Avanzare Deli Breakfast | CHECK# 0233568  Routed From | 6.42 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee    Sedgwick Law
         1717 Main St
         Suite 5400
         Dallas TX 75201
         United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

Room No.        9021
Arrival         03-04-12
Departure       04-04-12
Page No.        14 of 15
Folio Window    3
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| | | Simon Stuart Of Room #1605 | | |
| 03-30-12 | - Avanzare Breakfast | CHECK# 0222005  Routed From Simon Stuart Of Room #1605 | 20.77 | |
| 03-30-12 | - Avanzare Deli Breakfast | CHECK# 0233611  Routed From Kent David Of Room #1327 | 4.50 | |
| 03-30-12 | - In Room Dining Bkfst Other | CHECK# 0297565 | 160.50 | |
| 03-30-12 | - In Room Dining Bkfst Food | CHECK# 0297566 | 204.00 | |
| 03-30-12 | - Avanzare Breakfast | CHECK# 0222035  Routed From Hyde Robert Of Room #1317 | 31.42 | |
| 03-30-12 | - In Room Dining Lunch | CHECK# 0297573 | 45.83 | |
| 03-30-12 | - Avanzare Bar Dinner | CHECK# 0334583  Routed From Simon Stuart Of Room #1605 | 68.78 | |
| 03-31-12 | - Avanzare Breakfast | CHECK# 0222189  Routed From Simon Stuart Of Room #1605 | 20.86 | |
| 03-31-12 | - Avanzare Bar Lunch | CHECK# 0334692  Routed From Simon Stuart Of Room #1605 | 15.84 | |
| 04-01-12 | - Avanzare Breakfast | CHECK# 0222253  Routed From Simon Stuart Of Room #1605 | 23.30 | |
| 04-01-12 | - Avanzare Bar Lunch | CHECK# 0334854  Routed From Simon Stuart Of Room #1605 | 17.78 | |
| 04-02-12 | - Avanzare Deli Breakfast | CHECK# 0233210  Routed From Simon Stuart Of Room #1605 | 6.42 | |
| 04-03-12 | - In Room Dining Bkfst Other | CHECK# 0297702 | 160.50 | |
| 04-03-12 | - In Room Dining Bkfst Food | CHECK# 0297703 | 204.00 | |
| 04-03-12 | - Avanzare Breakfast | CHECK# 0222404  Routed From Simon Stuart Of Room #1605 | 23.40 | |



**HYATT**
REGENCY
TAMPA ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee  Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 15 of 15 |
| Folio Window | 3 |
| Folio | |
| Invoice | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com. | | |
| | **Total** | **10,148.48** | **0.00** |
| | **Balance** | **10,148.48** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**

```
HYATT REGENCY TAMPA
AVANZARE RESTAURANT
132 DAVID STREET        2
--------------------------------
 72 /1      2404   GST 1
       APR03'12  8:25AM
--------------------------------
 1 2Eggs Ham        14.75
 1 Coffee            3.75
   Food Sales       18.50
   SERVICE CHARGES   3.60
   TAX               1.30
   TOTAL PAID       23.40
   $ CHARGE TIP      3.60
   1605/Simon
   ROOM CHARGE      23.40
----132 CLOSED APR03  8:53AM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
706 STACIE G            1
--------------------------------
 1 /1      7702   GST 1
       APR03'12  7:39AM
--------------------------------
 1 Room Rental      150.00
   Misc Sales       150.00
   TAX               10.50
   TOTAL PAID       160.50
   9021/Sedgwick Law
   ROOM CHARGE      160.50  X
----706 CLOSED APR03  7:40AM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
706 STACIE G            1
--------------------------------
 1 /1      7703
       APR03'12  7:40AM
--------------------------------
 10 PPL 15.50EA
 1  OPEN FOOD       155.00
   23.00%
   23% Svc Charge    35.65
   Food Sales       155.00
   SERVICE CHARGES   35.65
   TAX               13.35
   TOTAL PAID       204.00
   9021/Sedgwick Law
   ROOM CHARGE      204.00  X
----706 CLOSED APR03  7:41AM----
```

```
HYATT REGENCY TAMPA
AVANZARE DELI
708 TIEN                2
--------------------------------
CHK  3210  APR02'12  7:54AM
--------------------------------
 1 Mini Parfait       3.00
 1 Mini Parfait       3.00
   Food Sales         6.00
   TAX                0.42
   TOTAL PAID         6.42
   1605/Simon
   ROOM CHARGE        6.42
----708 CLOSED APR02  7:55AM----
```

```
      HYATT REGENCY TAMPA
     AVANZARE RESTAURANT
128 DANA              2
--------------------------------
  71 /1     2253   GST 1
      APR01'12  7:53AM
--------------------------------
  1 2Eggs Ham       14.75
  1 Coffee           3.75
    Food Sales      18.50
    SERVICE CHARGES      3.50
    TAX             1.30
    TOTAL PAID      23.30
    $ CHARGE TIP        3.50
    1605/Simon
    ROOM CHARGE     23.30
----128 CLOSED APR01  8:46AM----
```

```
     HYATT REGENCY TAMPA
        AVANZARE BAR
507 Ashley              2
--------------------------------
CHK  4854  APR01'12  1:28PM
--------------------------------
  1 Angus Burger    14.00
    Food Sales      14.00
    SERVICE CHARGES      2.80
    TAX             0.98
    TOTAL PAID      17.78
    $ CHARGE TIP        2.80
    1605/Simon
    ROOM CHARGE     17.78
----507 CLOSED APR01  2:44PM----
```

```
      HYATT REGENCY TAMPA
     AVANZARE RESTAURANT
128 DANA              2
--------------------------------
  63 /1     2189   GST 1
      MAR31'12  8:56AM
--------------------------------
  1 Brkfast Buffet  16.50
    Food Sales      16.50
    SERVICE CHARGES      3.20
    TAX             1.16
    TOTAL PAID      20.86
    $ CHARGE TIP        3.20
    1605/Simon
    ROOM CHARGE     20.86
----128 CLOSED MAR31  9:12AM----
```

```
     HYATT REGENCY TAMPA
        AVANZARE BAR
507 Ashley              2
--------------------------------
CHK  4692  MAR31'12  3:15PM
--------------------------------
  1 Fish Tacos      12.00
    Food Sales      12.00
    SERVICE CHARGES      3.00
    TAX             0.84
    TOTAL PAID      15.84
    $ CHARGE TIP        3.00
    1605/Simon
    ROOM CHARGE     15.84
----507 CLOSED MAR31  3:45PM----
```

```
HYATT REGENCY TAMPA
  AVANZARE RESTAURANT
130 Brooke            2
--------------------------------
 71 /1     2005   GST 1
     MAR30'12  7:20AM
--------------------------------
  1 Omelette      14.50
  1 Coffee         3.75
   10.00%
   SEDGEWICK        1.83-
   Food Sales      18.25
   Discount total   1.83-
   SERVICE CHARGES   3.20
   TAX              1.15
   TOTAL PAID      20.77
   $ CHARGE TIP     3.20
   1605/Simon
   ROOM CHARGE     20.77
----130 CLOSED MAR30  7:45AM----
```

```
HYATT REGENCY TAMPA
  AVANZARE RESTAURANT
103 Tricia           2
--------------------------------
 41 /1     2035   GST 1
     MAR30'12  8:48AM
--------------------------------
  1 MILK           3.25
  1 ORANGE JUICE    3.75
  1 French Toast   12.50
  1 Sausage         5.00
   Food Sales      24.50
   SERVICE CHARGES   5.20
   TAX              1.72
   TOTAL PAID      31.42
   $ CHARGE TIP     5.20
   1317/Hyde
   ROOM CHARGE     31.42
----103 CLOSED MAR30  9:24AM----
```

```
HYATT REGENCY TAMPA
   AVANZARE DELI
709 Soumia           2
--------------------------------
CHK  3568  MAR30'12  7:18AM
--------------------------------
  1 Mini Parfait    3.00
  1 Mini Parfait    3.00
   Food Sales       6.00
   TAX              0.42
   TOTAL PAID       6.42
   1605/Simon
   ROOM CHARGE      6.42
----709 CLOSED MAR30  7:19AM----
```

```
HYATT REGENCY TAMPA
   AVANZARE DELI
720 Shaina           2
--------------------------------
CHK  3611  MAR30'12  8:14AM
--------------------------------
  1 Latte Grande    3.50
   Food Sales       3.50
   SERVICE CHARGES   0.75
   TAX              0.25
   TOTAL PAID       4.50
   $ CHARGE TIP     0.75
   1327/Kent
   ROOM CHARGE      4.50
----720 CLOSED MAR30  8:15AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
712 Loly                3
--------------------------------
  1633 /1    7556    GST 1
        MAR30'12  6:01AM
--------------------------------
  1 Yogurt Parfait     7.00
  1 MILK               4.00
  1 SM POT BEVG        7.00
  1 DELIVERY CHARGE    3.50
       14
  1 Server Number      0.00
    10.00%
    SEDGEWICK          1.80-
    Food Sales        18.00
    Delivery Charge    3.50
    Discount total     1.80-
    SERVICE CHARGES    3.00
    21% Svc Charge     3.78
    TAX                1.65
    TOTAL PAID        28.13
    $ CHARGE TIP       3.00
    1633/Connolly
    ROOM CHARGE       28.13
  ----712 CLOSED MAR30  6:33AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
706 STACIE G            1
--------------------------------
  1 /1      7565
        MAR30'12  8:38AM
--------------------------------
  1 Room Rental      150.00
    Misc Sales       150.00
    TAX               10.50
    TOTAL PAID       160.50
    9021/Sedgwick Law
    ROOM CHARGE      160.50  X
  ----706 CLOSED MAR30  8:39AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
706 STACIE G            1
--------------------------------
  1 /1      7566    GST 1
        MAR30'12  8:39AM
--------------------------------
  10 PPL 15.50 EA.
  1  OPEN FOOD        155.00
    23.00%
    23% Svc Charge     35.65
    Food Sales        155.00
    SERVICE CHARGES    35.65
    TAX                13.35
    TOTAL PAID        204.00
    9021/Sedgwick Law
    ROOM CHARGE       204.00  X
  ----706 CLOSED MAR30  8:40AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
712 Loly                2
--------------------------------
  1 /1      7573    GST 2
        MAR30'12  1:56PM
--------------------------------
  2 Angus Burger      28.00
  1 Milk Shake         4.50
  1 DELIVERY CHARGE    3.50
       14
  1 Server Number      0.00
    Food Sales        32.50
    Delivery Charge    3.50
    21% Svc Charge     6.83
    TAX                3.00
    TOTAL PAID        45.83
    9021/Sedgwick Law
    ROOM CHARGE       45.83
  ----712 CLOSED MAR30  2:26PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
505 Steven              3
--------------------------------
 CHK  4583  MAR30'12  7:00PM
--------------------------------
  1 Arugula Salad      9.00
  1 Filet of Beef     35.00
Misc Personal Charge   9.00
  1 Choco Lava Cake    6.00
    10.00%
   OPEN % DISCOUNT     5.00-
   Food Sales         50.00
Misc Personal
   Charge              9.00
   Discount total      5.00-
   SERVICE CHARGES    11.00
   TAX                 3.78
   TOTAL PAID         68.78
   $ CHARGE TIP       11.00
   1605/Simon
   ROOM CHARGE        68.78    $15.13 Deducted
----505 CLOSED MAR30  7:56PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
103 Tricia             2
--------------------------------
 31 /1    2950   GST 2
        MAR29'12 12:44PM
--------------------------------
  1  Fajita Buffet    13.50
  1  Fajita Buffet    13.50
  1  Soda/ I Tea       2.95
   Food Sales         29.95
   SERVICE CHARGES     6.00
   TAX                 2.10
   TOTAL PAID         38.05
   $ CHARGE TIP        6.00
   1602/Wooten
   ROOM CHARGE        38.05
----103 CLOSED MAR29  1:08PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
136 Jelena             2
--------------------------------
 70 /1    2978   GST 1
        MAR29'12 2:12PM
--------------------------------
  1 CQ                 5.00
  1 English Club      12.00
   Food Sales         17.00
   SERVICE CHARGES     3.64
   TAX                 1.19
   TOTAL PAID         21.83
   $ CHARGE TIP        3.64
   1317/Hyde
   ROOM CHARGE        21.83
----136 CLOSED MAR29  2:40PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
108 MARK               2
--------------------------------
 61 /1    2987   GST 1
        MAR29'12 7:44PM
--------------------------------
Misc Personal Charge
                      11.00
  1 Soup Day Bowl      6.00
  1 ****COURSE 2****
  1 Seared Catch      24.00
Misc Personal Charge
  1 FIRE CRS 2        12.00
Misc Personal Charge
                      12.00
   Food Sales         30.00
   Misc Personal      35.00
     Charge
   SERVICE CHARGES    14.00
   TAX                 4.55
   TOTAL PAID         83.55
   $ CHARGE TIP       14.00
   1610/Kelly
   ROOM CHARGE        83.55   $44.45 Deducted
----108 CLOSED MAR29  8:15PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE DELI
708 TIEN              2
-------------------------------
CHK  3332  MAR29'12  6:57AM
-------------------------------
  1 Mini Parfait     3.00
  1 Mini Parfait     3.00
    Food Sales       6.00
    TAX        0.42
    TOTAL PAID       6.42
    1605/Simon
    ROOM CHARGE        6.42
----708 CLOSED MAR29  6:59AM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE DELI
708 TIEN              2
-------------------------------
CHK  3372  MAR29'12  8:08AM
-------------------------------
  1 Latte Grande     3.50
    Food Sales       3.50
    SERVICE CHARGES    0.75
    TAX        0.25
    TOTAL PAID       4.50
    $ CHARGE TIP     0.75
    1327/Kent
    ROOM CHARGE        4.50
----708 CLOSED MAR29  8:09AM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE DELI
709 Soumia           2
-------------------------------
CHK  3495  MAR29'12  1:01PM
-------------------------------
  1 Latte Tall       3.25
    Food Sales       3.25
    SERVICE CHARGES    0.60
    TAX        0.23
    TOTAL PAID       4.08
    $ CHARGE TIP     0.60
    1327/Kent
    ROOM CHARGE        4.08
----709 CLOSED MAR29  1:04PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE DELI
709 Soumia           2
-------------------------------
CHK  3535  MAR29'12  4:16PM
-------------------------------
  1 Latte Tall       3.25
    Food Sales       3.25
    SERVICE CHARGES    0.60
    TAX        0.23
    TOTAL PAID       4.08
    $ CHARGE TIP     0.60
    1327/Kent
    ROOM CHARGE        4.08
----709 CLOSED MAR29  4:17PM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
714 Katie                    3
--------------------------------
 1 /1      7512   GST 2
         MAR29'12  8:32AM
--------------------------------
 1 PANCAKES         12.50
 1 French Toast     12.50
 1 S- SAUSG          5.00
 1 LARGE JUICE       7.00
 1 DELIVERY CHARGE   3.50
        7
 1 Server Number     0.00
   10.00%
   SEDGEWICK         3.70-
   Food Sales       37.00
   Delivery Charge   3.50
   Discount total    3.70-
   21% Svc Charge    7.77
   TAX               3.12
   TOTAL PAID       47.69
   9021/Sedgwick Law
   ROOM CHARGE      47.69
----714 CLOSED MAR29  9:18AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
714 Katie                    1
--------------------------------
 1 /1      7517
         MAR29'12  9:40AM
--------------------------------
 1 Room Rental      150.00
   Misc Sales       150.00
   TAX               10.50
   TOTAL PAID       160.50
   9021/Sedgwick Law
   ROOM CHARGE      160.50  X
----714 CLOSED MAR29  9:41AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
714 Katie                    1
--------------------------------
 1 /1      7518   GST 1
         MAR29'12  9:41AM
--------------------------------
   10PPL AT 15.50PP
 10  OPEN FOOD      155.00
     23.00%
   23% Svc Charge    35.65
   Food Sales       155.00
   SERVICE CHARGES   35.65
   TAX               13.35
   TOTAL PAID       204.00
   9021/Sedgwick Law
   ROOM CHARGE      204.00  X
----714 CLOSED MAR29  9:42AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
718 Tyrone                   1
--------------------------------
 1 /1      7552
         MAR29'12 10:54PM
--------------------------------
 18 Aquafina         54.00
 10 Perrier          39.50
     10.00%
   SEDGEWICK          9.35-
   Food Sales        93.50
   Discount total     9.35-
   21% Svc Charge    19.64
   TAX                7.27
   TOTAL PAID       111.06
   9021/Sedgwick Law
   ROOM CHARGE      111.06
----718 CLOSED MAR29 10:55PM----
```

```
      HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
         AVANZARE BAR                              AVANZARE BAR
507 Ashley              3                   507 Ashley              2
--------------------------------           --------------------------------
CHK  4430  MAR29'12  8:33PM                 CHK  4443  MAR29'12  9:41PM
--------------------------------           --------------------------------
Misc Personal Charge                                   1602
                      16.00                1 Guest / Room
                                           Misc Personal Charge
                       8.00                                    8.00
                       8.00                                    8.00
                      16.00                SERVICE CHARGES     1.50
   SERVICE CHARGES     4.00                TAX         0.56
   TAX         1.68                         TOTAL PAID      10.06
   TOTAL PAID      29.68                     $ CHARGE TIP      1.50
   $ CHARGE TIP     4.00                    1602/Wooten
   1633/Connolly                           ROOM CHARGE      10.06   All Deducted
   ROOM CHARGE      29.68   All Deducted   ----507 CLOSED MAR29  9:54PM----
----507 CLOSED MAR29  9:54PM---



      HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
         AVANZARE BAR                              AVANZARE BAR
507 Ashley              2                   504 Pilar              2
--------------------------------           --------------------------------
CHK  4444  MAR29'12  9:43PM                 CHK  4462  MAR29'12 10:34PM
--------------------------------           --------------------------------
   Misc Personal                                       1523
      Charge          16.00                1 Guest / Room
                      16.00                1 Calamari Fries   13.00
   SERVICE CHARGES     4.00                1 Quesadilla    9.50
   TAX         1.12                         Misc Personal Charge   11.00
   TOTAL PAID      21.12                                     8.00
   $ CHARGE TIP     4.00                    Food Sales      22.50
   1633/Connolly                           Misc Personal     19.00
   ROOM CHARGE      21.12   All Deducted    SERVICE CHARGES     8.00
----507 CLOSED MAR29  9:53PM----           TAX         2.91
                                           TOTAL PAID      52.41
                                            $ CHARGE TIP      8.00
                                           1523/Steinmann
                                           ROOM CHARGE      52.41   $24.33 Deducted
                                           ----504 CLOSED MAR29 11:17PM----
```

HYATT REGENCY TAMPA
AVANZARE RESTAURANT

103 Tricia                3

--------------------------------

1 /1    2756   GST 2
MAR28'12 12:26PM

--------------------------------

1 Tortilla Soup Bo    6.00
1 Caesar Shrimp      15.00
1 Asian Buffet       13.50
1 Soda/ I Tea         2.95
1 Coffee              3.75
1 Espresso Double     1.75
Food Sales          42.95
SERVICE CHARGES      7.00
TAX                  3.01
TOTAL PAID          52.96
$ CHARGE TIP         7.00
1327/Kent
ROOM CHARGE         52.96
----103 CLOSED MAR28  1:04PM----

HYATT REGENCY TAMPA
AVANZARE RESTAURANT

108 MARK                2

--------------------------------

33 /1    2815   GST 1
MAR28'12 7:24PM

--------------------------------

1 Soda/ I Tea         2.95
1 Fish San Grill     14.00
1 Key Lime Pie        6.00
Food Sales          22.95
SERVICE CHARGES      6.00
TAX                  1.61
TOTAL PAID          30.56
$ CHARGE TIP         6.00
1636/Sandhagen
ROOM CHARGE         30.56
----108 CLOSED MAR28  8:06PM----

HYATT REGENCY TAMPA
AVANZARE RESTAURANT

113 Deborah               3

--------------------------------

99 /1    2832
MAR28'12 9:48PM

--------------------------------

1 Flatbrd           12.00
Misc Personal Charge
1 319
36.00
10.00%
OPEN % DISCOUNT      1.20-
Food Sales          12.00
Misc Personal Charge
36.00
Discount total       1.20-
SERVICE CHARGES      5.00
TAX                  3.28
TOTAL PAID          55.08
$ CHARGE TIP         5.00
1523/Steinmann
ROOM CHARGE         55.08   $41.02 Deducted
----113 CLOSED MAR28 10:22PM----

HYATT REGENCY TAMPA
AVANZARE DELI

708 TIEN                2

--------------------------------

CHK  3223  MAR28'12  8:27AM

--------------------------------

1 Latte Grande        3.50
Food Sales            3.50
SERVICE CHARGES      0.75
TAX                  0.25
TOTAL PAID           4.50
$ CHARGE TIP         0.75
1327/Kent
ROOM CHARGE          4.50
----708 CLOSED MAR28  8:28AM----

```
HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie              2
------------------------------
 1633 /1    7459   GST 1
      MAR28'12  5:47AM
------------------------------
 1 SM POT BEVG      7.00
 1 MILK         4.00
 1 Yogurt Parfait   7.00
 1 DELIVERY CHARGE    3.50
      13
 1 Server Number    0.00
   10.00%
   SEDGEWICK       1.80-
   Food Sales    18.00
   Delivery Charge   3.50
   Discount total   1.80-
   SERVICE CHARGES    3.00
   21% Svc Charge   3.78
   TAX         1.65
   TOTAL PAID    28.13
   $ CHARGE TIP    3.00
   1633/Connolly
   ROOM CHARGE     28.13
----719 CLOSED MAR28  6:38AM----
```

```
HYATT REGENCY TAMPA
    IN ROOM DINING
712 Loly               2
------------------------------
 1523 /1    7462   GST 1
      MAR28'12  6:09AM
------------------------------
 1 SM POT BEVG      7.00
 1 S- TWO EGGS      4.00
 1 DELIVERY CHARGE    3.50
      14
 1 Server Number    0.00
   10.00%
   SEDGEWICK       1.10-
   Food Sales    11.00
   Delivery Charge   3.50
   Discount total   1.10-
   SERVICE CHARGES    2.00
   21% Svc Charge   2.31
   TAX         1.10
   TOTAL PAID    18.81
   $ CHARGE TIP    2.00
   1523/Steinmann
   ROOM CHARGE     18.81
----712 CLOSED MAR28  6:30AM----
```

```
HYATT REGENCY TAMPA
    IN ROOM DINING
712 Loly               2
------------------------------
 1317 /1    7471   GST 1
      MAR28'12  9:10AM
------------------------------
 1 PANCAKES      12.50
 1 S- SAUSG       5.00
 1 LARGE JUICE     7.00
 1 DELIVERY CHARGE    3.50
      14
 1 Server Number    0.00
   10.00%
   SEDGEWICK       2.45-
   Food Sales    24.50
   Delivery Charge   3.50
   Discount total   2.45-
   21% Svc Charge   5.15
   TAX         2.15
   TOTAL PAID    32.85
   1317/Hyde
   ROOM CHARGE     32.85
----712 CLOSED MAR28  9:35AM----
```

```
HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie              3
------------------------------
 1317 /1    7475   GST 1
      MAR28'12  1:22PM
------------------------------
 1 Rotisse Chk Sand  13.00
 1 KEYLIME PIE     6.00
 1 CQ          5.00
 1 DELIVERY CHARGE    3.50
      13
 1 Server Number    0.00
   10.00%
   SEDGEWICK       2.40-
   Food Sales    24.00
   Delivery Charge   3.50
   Discount total   2.40-
   21% Svc Charge   5.04
   TAX         2.11
   TOTAL PAID    32.25
   1317/Hyde
   ROOM CHARGE     32.25
----719 CLOSED MAR28  1:43PM----
```

```
HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
   IN ROOM DINING                   AVANZARE BAR
716 Azam           3            504 Pilar          6
-------------------------        -------------------------
1639 /1   7492   GST 2           CHK  4284  MAR28'12  7:58PM
  MAR28'12  7:50PM              -------------------------
-------------------------               1633
 1 Arugula Salad    9.00          1 Guest / Room
 1 Seared Catch    24.00       Misc Personal Charge   48.00
 1 Filet of Beef   35.00                            10.50
Misc Personal Charge  18.00
                      18.00                         10.50
 1 DELIVERY CHARGE   3.50
   10.00%                       Misc Personal    21.00
 SEDGEWICK      6.80-               Charge        48.00
 Food Sales     68.00           SERVICE CHARGES  15.00
Misc Personal    36.00          TAX               4.83
  Charge                        TOTAL PAID       88.83
 Delivery Charge   3.50         $ CHARGE TIP     15.00
 Discount total   6.80-         1633/Connolly
 21% Svc Charge   21.84         ROOM CHARGE      88.83    [All Deducted]
 TAX              8.58          ----504 CLOSED MAR28  9:50PM----
 TOTAL PAID     131.12
 1639/Bromwell
 ROOM CHARGE    131.12    [$47.83 Deducted]
----716 CLOSED MAR28  8:37PM--


   HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
     AVANZARE BAR                     AVANZARE BAR
507 Ashley         2            134 Jessica        2
-------------------------        -------------------------
CHK  4314  MAR28'12  9:46PM      1 /1      4317
-------------------------          MAR28'12 10:02PM
#######                          -------------------------
 1 Guest / Room                 Misc Personal Charge   8.00
Misc Personal Charge  16.00      1 Angus Burger   14.00
                      16.00            1602
 SERVICE CHARGES   3.00          1 Guest / Room
 TAX              1.12           Food Sales      14.00
 TOTAL PAID      20.12          Misc Personal     8.00
 $ CHARGE TIP     3.00             Charge
 1327/Kent                      SERVICE CHARGES   4.00
 ROOM CHARGE     20.12   [All Deducted]  TAX     1.54
----507 CLOSED MAR28  9:53PM---  TOTAL PAID      27.54
                                 $ CHARGE TIP     4.00
                                 1602/Wooten
                                 ROOM CHARGE     27.54   [$10.56 Deducted]
                                ----134 CLOSED MAR28 10:50PM----
```

```
HYATT REGENCY TAMPA
AVANZARE RESTAURANT
130 Brooke            2
--------------------------------
 91 /1     2517   GST 1
      MAR27'12 6:53AM
--------------------------------
 1 Ham          5.00
 1 2 Eggs       4.00
  10.00%
  SEDGEWICK         0.90-
  Food Sales        9.00
  Discount total    0.90-
  SERVICE CHARGES   1.80
  TAX             0.57
  TOTAL PAID     10.47
  $ CHARGE TIP    1.80
  1605/Simon
  ROOM CHARGE    10.47
----130 CLOSED MAR27 7:44AM----
```

```
HYATT REGENCY TAMPA
AVANZARE DELI
708 TIEN             2
--------------------------------
CHK  3046 MAR27'12 6:48AM
--------------------------------
 1 Mini Parfait  3.00
  Food Sales      3.00
  TAX             0.21
  TOTAL PAID      3.21
  1605/Simon
  ROOM CHARGE     3.21
----708 CLOSED MAR27 6:49AM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
719 Eddie             3
--------------------------------
 1633 /1    7416   GST 1
      MAR27'12 5:31AM
--------------------------------
 1 Yogurt Parfait  7.00
 1 SM POT BEVG     7.00
 1 MILK        4.00
 1 DELIVERY CHARGE  3.50
1300.00%
 1 Server Number   0.00
  10.00%
  SEDGEWICK        1.80-
  Food Sales      18.00
  Delivery Charge  3.50
  Discount total   1.80-
  SERVICE CHARGES  3.00
  21% Svc Charge   3.78
  TAX             1.65
  TOTAL PAID     28.13
  $ CHARGE TIP    3.00
  1633/Connolly
  ROOM CHARGE    28.13
----719 CLOSED MAR27 7:32AM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
714 Katie            2
--------------------------------
 1317 /1    7433   GST 1
      MAR27'12 8:27AM
--------------------------------
 1 French Toast   12.50
 1 S- SAUSG       5.00
 1 LARGE JUICE    7.00
 1 DELIVERY CHARGE  3.50
      13
 1 Server Number   0.00
  Food Sales      24.50
  Delivery Charge  3.50
  21% Svc Charge   5.15
  TAX             2.33
  TOTAL PAID     35.48
  1317/Hyde
  ROOM CHARGE    35.48
----714 CLOSED MAR27 9:03AM----
```

```
HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
   IN ROOM DINING                         IN ROOM DINING
714 Katie          3                   718 Tyrone          2
--------------------------------       --------------------------------
 1317 /1    7438   GST 1                1636 /1    7444   GST 1
      MAR27'12  1:55PM                       MAR27'12  7:44PM
--------------------------------       --------------------------------
 1 Fish Sandwich    14.00               1 Angus Burger     14.00
 1 CQ            5.00                    1 ICED TEA         2.95
 1 DELIVERY CHARGE   3.50               1 KEYLIME PIE       6.00
    0.00%                                1 DELIVERY CHARGE   3.50
 1 Server Number    0.00                 Food Sales      22.95
   10.00%                                Delivery Charge  3.50
   SEDGEWICK        1.90-                SERVICE CHARGES   7.00
   Food Sales      19.00                 21% Svc Charge    4.82
   Delivery Charge  3.50                 TAX             2.19
   Discount total   1.90-                TOTAL PAID      40.46
   21% Svc Charge   3.99                 $ CHARGE TIP      7.00
   TAX            1.73                    1636/Sandhagen
   TOTAL PAID      26.32                  ROOM CHARGE     40.46
   1317/Hyde                           ----718 CLOSED MAR27  8:05PM----
   ROOM CHARGE     26.32
----714 CLOSED MAR27  2:31PM----



   HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
   IN ROOM DINING                          AVANZARE BAR
716 Azam           2                   506 Ted            2
--------------------------------       --------------------------------
 1639 /1    7447   GST 1                CHK  4091  MAR27'12  4:10PM
      MAR27'12  9:03PM                  --------------------------------
--------------------------------        1 Latte Grande     3.50
 1 Black Bean Soup    5.00                 1327
 1 STRAWBERRY/CRME    5.00              1 Guest / Room
 Misc Personal Charge   12.00            Food Sales      3.50
                      12.00              SERVICE CHARGES    0.75
                                         TAX             0.25
 1 DELIVERY CHARGE    3.50               TOTAL PAID      4.50
   Food Sales      10.00                 $ CHARGE TIP     0.75
 Misc Personal Charge   12.00            1327/Kent
                      12.00              ROOM CHARGE      4.50
   Delivery Charge  3.50               ----506 CLOSED MAR27  4:11PM----
   21% Svc Charge   6.72
   TAX            3.10
   TOTAL PAID      47.32
   1639/Bromwell
   ROOM CHARGE     47.32     $32.47 Deducted
----716 CLOSED MAR27  9:40PM----
```

```
        HYATT REGENCY TAMPA                         HYATT REGENCY TAMPA
          AVANZARE BAR                                 AVANZARE BAR
506 Ted                 3                        135 Johana              2
--------------------------------                --------------------------------
CHK  4124  MAR27'12  6:27PM                      5 /1        4150
--------------------------------                       MAR27'12  9:09PM
Misc Personal Charge                            --------------------------------
                       12.00                     Misc Personal Charge
                       17.00                                            24.00
                                                                         9.00

1 Guest / Room
Misc Personal                                                          33.00
     Charge            29.00                      SERVICE CHARGES        6.00
  SERVICE CHARGES       4.00                      TAX                    2.31
  TAX                   2.03                       TOTAL PAID           41.31
  TOTAL PAID           35.03                       $ CHARGE TIP          6.00
  $ CHARGE TIP          4.00                       1327/Kent
  1633/Connolly                                    ROOM CHARGE          41.31    All Deducted
  ROOM CHARGE          35.03    All Deducted      ----135 CLOSED MAR27  9:52PM----
----506 CLOSED MAR27  6:48PM----


        HYATT REGENCY TAMPA                         HYATT REGENCY TAMPA
       AVANZARE RESTAURANT                          AVANZARE RESTAURANT
132 DAVID STREET        2                        111 Bell                2
--------------------------------                --------------------------------
31 /1       2364    GST 1                        31 /1        2440    GST 2
      MAR26'12  8:59AM                                  MAR26'12  5:29PM
--------------------------------                --------------------------------
 1  Brkfast Buffet    16.50                      1 Soda/ I Tea          2.95
    10.00%                                        1 Soda/ I Tea          2.95
    SEDGEWICK           1.65-                      Food Sales            5.90
    Food Sales         16.50                      SERVICE CHARGES        2.00
    Discount total      1.65-                     TAX                    0.42
    SERVICE CHARGES      4.00                      TOTAL PAID            8.32
    TAX                  1.04                       $ CHARGE TIP          2.00
    TOTAL PAID          19.89                       1610/Kelly
    $ CHARGE TIP         4.00                       ROOM CHARGE           8.32
    1317/Hyde                                     ----111 CLOSED MAR26  5:48PM----
    ROOM CHARGE         19.89
----132 CLOSED MAR26  9:41AM----
```

```
        HYATT REGENCY TAMPA            HYATT REGENCY TAMPA
           AVANZARE DELI                   AVANZARE DELI
709 Soumia            2            708 TIEN              2
------------------------------     ------------------------------
CHK  3015  MAR26'12  3:21PM         CHK  3863  MAR26'12  7:11AM
------------------------------     ------------------------------
  1 Latte Tall      3.25             1 Mini Parfait    3.00
    Food Sales      3.25             1 Mini Parfait    3.00
    SERVICE CHARGES    0.75            Food Sales      6.00
    TAX          0.23                  TAX         0.42
    TOTAL PAID    4.23                 TOTAL PAID   6.42
    $ CHARGE TIP    0.75              1605/Simon
    1327/Kent                         ROOM CHARGE     6.42
    ROOM CHARGE     4.23          ----708 CLOSED MAR26  7:12AM----
----709 CLOSED MAR26 3:26PM----



        HYATT REGENCY TAMPA            HYATT REGENCY TAMPA
           AVANZARE DELI                  IN ROOM DINING
708 TIEN              2            719 Eddie             2
------------------------------     ------------------------------
CHK  3876  MAR26'12  7:48AM         1633 /1     7293   GST 1
------------------------------        MAR26'12  5:35AM
  1 Latte Venti     3.75          ------------------------------
    Food Sales      3.75             1 SM POT BEVG    7.00
    SERVICE CHARGES    0.75          1 MILK      4.00
    TAX          0.27                1 Yogurt Parfait   7.00
    TOTAL PAID    4.77               1 DELIVERY CHARGE    3.50
    $ CHARGE TIP    0.75               13
    1327/Kent                        1 Server Number    0.00
    ROOM CHARGE     4.77               10.00%
----708 CLOSED MAR26  7:49AM----       SEDGEWICK        1.80-
                                       Food Sales       18.00
                                       Delivery Charge   3.50
                                       Discount total   1.80-
                                       SERVICE CHARGES   3.00
                                       21% Svc Charge   3.78
                                       TAX          1.65
                                       TOTAL PAID   28.13
                                       $ CHARGE TIP    3.00
                                       1633/Connolly
                                       ROOM CHARGE     28.13
                                   ----719 CLOSED MAR26  6:44AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING                      HYATT REGENCY TAMPA
719 Eddie              2                        IN ROOM DINING
--------------------------------       714 Katie              2
  1523 /1     7299    GST 1             --------------------------------
     MAR26'12  6:42AM                     1 /1      7310    GST 4
--------------------------------            MAR26'12 11:44AM
  1 S- TWO EGGS       4.00              --------------------------------
  1 SM POT BEVG       7.00                1 Quesadilla       9.50
  1 DELIVERY CHARGE   3.50                1 Tortilla Soup Bo  6.00
1300.00%                                  1 Arugula Salad    15.00
  1 Server Number     0.00                1 + Shrimp          6.00
  10.00%                                  2 Cuban Panini     24.00
  SEDGEWICK           1.10-               10.00%
  Food Sales         11.00                SEDGEWICK          6.05-
  Delivery Charge     3.50                Food Sales        60.50
  Discount total      1.10-               Discount total     6.05-
  SERVICE CHARGES     2.00                21% Svc Charge    11.45
  21% Svc Charge      2.31                TAX                4.62
  TAX                 1.10                TOTAL PAID        70.52
  TOTAL PAID         18.81                9021/Sedgwick Law
  $ CHARGE TIP        2.00                ROOM CHARGE       70.52
  1523/Steinmann                        ----714 CLOSED MAR26  2:20PM----
  ROOM CHARGE        18.81
----719 CLOSED MAR26  8:04AM----


        HYATT REGENCY TAMPA
          IN ROOM DINING                      HYATT REGENCY TAMPA
714 Katie              1                        AVANZARE BAR
--------------------------------       505 Steven             2
  1317 /1     7348                      --------------------------------
     MAR26'12  2:14PM                     CHK  4981  MAR26'12  8:37PM
```

<span style="color:red">Misc Personal Charge</span>

```
--------------------------------                            ------
  1 Angus Burger      14.00                                 8.00
  1 CQ                 5.00                                16.00
  1 DELIVERY CHARGE    3.50                                24.00
  Food Sales          19.00                SERVICE CHARGES   3.00
  Delivery Charge      3.50                TAX               1.68
  SERVICE CHARGES     13.17                TOTAL PAID       28.68
  21% Svc Charge       3.99                $ CHARGE TIP      3.00
  TAX                  1.86                1633/Connolly
  TOTAL PAID          41.52                ROOM CHARGE      28.68   | All Deducted |
  $ CHARGE TIP        13.17              ----505 CLOSED MAR26  8:47PM----
  1317/Hyde
  ROOM CHARGE         41.52
----714 CLOSED MAR26  2:15PM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                    AVANZARE RESTAURANT
130 Brooke              2               128 DANA               2
--------------------------------        --------------------------------
  31 /1     2215    GST 1                 70 /1      2220    GST 1
       MAR25'12  8:32AM                        MAR25'12  8:58AM
--------------------------------        --------------------------------
  1 Waffle        12.50                    1 Coffee        3.75
  1 2 Eggs         4.00                    1 Omelette     14.50
  1 Hash Browns    3.00                    Food Sales     18.25
  1 Sausage        5.00                    SERVICE CHARGES     3.50
  1 ORANGE JUICE   3.75                    TAX             1.28
  Food Sales      28.25                    TOTAL PAID     23.03
  SERVICE CHARGES  6.00                    $ CHARGE TIP    3.50
  TAX              1.98                    1605/Simon
  TOTAL PAID      36.23                    ROOM CHARGE      23.03
  $ CHARGE TIP     6.00               ----128 CLOSED MAR25  9:17AM----
  1317/Hyde
  ROOM CHARGE     36.23
----130 CLOSED MAR25 9:06AM----


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                    AVANZARE RESTAURANT
140 Johana             2                140 Johana             2
--------------------------------        --------------------------------
  91 /1     2313    GST 1                 72 /1      2319    GST 1
       MAR25'12  6:31PM                        MAR25'12  6:51PM
--------------------------------        --------------------------------
  1 Dinner Special   26.00                1 Caesar Shrimp    15.00
  1 Soda/ I Tea       2.95                Misc Personal Charge   12.00
  Food Sales         28.95                                       12.00
  SERVICE CHARGES     7.00                                       12.00
  TAX                 2.03                Food Sales         15.00
  TOTAL PAID         37.98                Misc Personal Charge   36.00
  $ CHARGE TIP        7.00                  SERVICE CHARGES    11.43
  1636/Sandhagen                           TAX                 3.57
  ROOM CHARGE        37.98                  TOTAL PAID         66.00
----140 CLOSED MAR25 7:12PM----            $ CHARGE TIP       11.43
                                           1610/Kelly
                                           ROOM CHARGE     66.00   $44.24 Deducted
                                      ----140 CLOSED MAR25 7:45PM----
```

```
          HYATT REGENCY TAMPA
            AVANZARE DELI
720 Shaina              2
--------------------------------
CHK  3782  MAR25'12  8:55AM
--------------------------------
  1 Mini Parfait      3.00
    Food Sales        3.00
    TAX               0.21
    TOTAL PAID        3.21
    1605/Simon
    ROOM CHARGE       3.21
----720 CLOSED MAR25  8:57AM----
```

```
          HYATT REGENCY TAMPA
            AVANZARE DELI
720 Shaina              2
--------------------------------
CHK  3819  MAR25'12 10:20AM
--------------------------------
  1 Latte Grande      3.50
    Food Sales        3.50
    SERVICE CHARGES   0.75
    TAX               0.25
    TOTAL PAID        4.50
    $ CHARGE TIP      0.75
    1327/Kent
    ROOM CHARGE       4.50
----720 CLOSED MAR25 10:24AM----
```

```
          HYATT REGENCY TAMPA
            IN ROOM DINING
712 Loly                2
--------------------------------
1107 /1    7251   GST 2
       MAR25'12 10:09AM
--------------------------------
  1 3 Egg Omelette    14.50
  1 PANCAKES          12.50
  1 SM POT BEVG        7.00
  1 ASSORT JUICE       4.75
  1 SOFT DRINK         2.95
  1 DELIVERY CHARGE    3.50
1400.00%
  1 Server Number      0.00
    Food Sales        41.70
    Delivery Charge    3.50
    SERVICE CHARGES    6.00
    21% Svc Charge     8.76
    TAX                3.78
    TOTAL PAID        63.74
    $ CHARGE TIP       6.00
    1107/Campo
    ROOM CHARGE       63.74
----712 CLOSED MAR25 10:37AM----
```

```
          HYATT REGENCY TAMPA
            IN ROOM DINING
719 Eddie               2
--------------------------------
1637 /1    7253   GST 2
       MAR25'12 11:55AM
--------------------------------
  1 English Club      12.00
  1 Chicken Sandwich  12.00
  1 DELIVERY CHARGE    3.50
  10.00%
    SEDGEWICK          2.40-
    Food Sales        24.00
    Delivery Charge    3.50
    Discount total     2.40-
    SERVICE CHARGES    5.00
    21% Svc Charge     5.04
    TAX                2.11
    TOTAL PAID        37.25
    $ CHARGE TIP       5.00
    1637/Coulter
    ROOM CHARGE       37.25
----719 CLOSED MAR25 12:20PM----
```

```
      HYATT REGENCY TAMPA
         IN ROOM DINING
719 Eddie                  2
--------------------------------
 1612 /1     7255   GST 1
        MAR25'12 12:42PM
--------------------------------
  1 Quesadilla        9.50
  1 DELIVERY CHARGE      3.50
1300.00%
  1 Server Number      0.00
    Food Sales      9.50
    Delivery Charge    3.50
    SERVICE CHARGES    4.95
    21% Svc Charge    2.00
    TAX          1.05
    TOTAL PAID     21.00
    $ CHARGE TIP    4.95
    1612/Fountain
    ROOM CHARGE     21.00
----719 CLOSED MAR25  1:09PM----
```

```
      HYATT REGENCY TAMPA
         IN ROOM DINING
712 Loly                   2
--------------------------------
 1317 /1     7259   GST 1
        MAR25'12  1:17PM
--------------------------------
  1 Angus Burger     14.00
  1 CQ            5.00
  1 DELIVERY CHARGE      3.50
    14
  1 Server Number      0.00
    10.00%
    SEDGEWICK       1.90-
    Food Sales     19.00
    Delivery Charge    3.50
    Discount total    1.90-
    21% Svc Charge    3.99
    TAX          1.73
    TOTAL PAID     26.32
    1317/Hyde
    ROOM CHARGE     26.32
----712 CLOSED MAR25  1:58PM----
```

```
      HYATT REGENCY TAMPA
         AVANZARE BAR
507 Ashley                 2
--------------------------------
CHK  4735  MAR25'12  2:23PM
--------------------------------
  1 Caesar Shrimp    15.00
    Food Sales     15.00
    SERVICE CHARGES    3.00
    TAX          1.05
    TOTAL PAID     19.05
    $ CHARGE TIP    3.00
    1605/Simon
    ROOM CHARGE     19.05
----507 CLOSED MAR25  2:56PM----
```

```
      HYATT REGENCY TAMPA
         AVANZARE BAR
137 Deborah                2
--------------------------------
 99 /1       4757
        MAR25'12  4:54PM
--------------------------------
  1 Latte Tall      3.25
    Food Sales      3.25
    SERVICE CHARGES    0.75
    TAX          0.23
    TOTAL PAID      4.23
    $ CHARGE TIP    0.75
    1327/Kent
    ROOM CHARGE      4.23
----137 CLOSED MAR25  4:57PM----
```

```
HYATT REGENCY TAMPA
AVANZARE RESTAURANT
132 DAVID STREET        2
---------------------------------
61 /2     2080    GST 1
       MAR24'12  9:35AM
---------------------------------
 1 2 Eggs          4.00
 1 Ham             5.00
   Food Sales      9.00
   SERVICE CHARGES   2.00
   TAX             0.63
   TOTAL PAID     11.63
   $ CHARGE TIP     2.00
   1605/Simon
   ROOM CHARGE    11.63
----132 CLOSED MAR24 10:18AM----
```

```
HYATT REGENCY TAMPA
AVANZARE DELI
709 Soumia           2
---------------------------------
CHK  3572  MAR24'12  8:46AM
---------------------------------
 1 Mini Parfait    3.00
 1 Mini Parfait    3.00
   Food Sales      6.00
   TAX             0.42
   TOTAL PAID      6.42
   1605/Simon
   ROOM CHARGE     6.42
----709 CLOSED MAR24  8:47AM----
```

```
HYATT REGENCY TAMPA
AVANZARE DELI
720 Shaina           2
---------------------------------
CHK  3666  MAR24'12 11:29AM
---------------------------------
 1 Latte Grande    3.50
   Food Sales      3.50
   SERVICE CHARGES   0.75
   TAX             0.25
   TOTAL PAID      4.50
   $ CHARGE TIP     0.75
   1327/Kent
   ROOM CHARGE     4.50
----720 CLOSED MAR24 11:31AM----
```

```
HYATT REGENCY TAMPA
IN ROOM DINING
712 Loly             2
---------------------------------
1612 /1     7151    GST 1
       MAR24'12  8:31AM
---------------------------------
 1 3 Egg Omelette   14.50
 1 SM POT BEVG      7.00
 1 DELIVERY CHARGE   3.50
   10.00%
   SEDGEWICK       2.15-
   Food Sales     21.50
   Delivery Charge  3.50
   Discount total   2.15-
   SERVICE CHARGES   5.00
   21% Svc Charge   4.52
   TAX             1.92
   TOTAL PAID     34.29
   $ CHARGE TIP     5.00
   1612/Fountain
   ROOM CHARGE    34.29
----712 CLOSED MAR24  8:59AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
           IN ROOM DINING                   IN ROOM DINING
719 Eddie              2              712 Loly               3
-------------------------------      -------------------------------
 1317 /1    7157   GST 1              1107 /1    7161   GST 2
      MAR24'12 10:02AM                     MAR24'12 10:37AM
-------------------------------      -------------------------------
 1 French Toast    12.50                   ADJUST
 1 2 Eggs Any Style  14.75              CLOSED CHECK
 1 LARGE JUICE     7.00               2 2 Eggs Any Style   29.50
 1 Perrier       3.95                 2 Aquafina       6.00
 1 DELIVERY CHARGE    3.50            1 SOFT DRINK     2.95
1400.00%                              1 SM POT BEVG     7.00
 1 Server Number    0.00              1 ASSORT JUICE    4.75
  10.00%                              1 DELIVERY CHARGE    3.50
  SEDGEWICK       3.82-               14/CART
  Food Sales    38.20                 1 Server Number    0.00
  Delivery Charge   3.50               10.00%
  Discount total   3.82-               SEDGEWICK       5.02-
  21% Svc Charge   8.02                Food Sales    50.20
  TAX        3.22                      Delivery Charge   3.50
  TOTAL PAID    49.12                  Discount total   5.02-
  1317/Hyde                           SERVICE CHARGES     6.00
  ROOM CHARGE      49.12               21% Svc Charge   10.54
----719 CLOSED MAR24 10:57AM----       TAX        4.15
                                       TOTAL PAID    69.37
                                       $ CHARGE TIP     6.00
                                       1107/Campo
                                       ROOM CHARGE      69.37
                                     ----712 ADJ MAR24'12 11:31AM----


        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
           IN ROOM DINING                   IN ROOM DINING
719 Eddie              1              719 Eddie              1
-------------------------------      -------------------------------
 1 /2    7178                         1 /2    7180   GST 10
      MAR24'12 2:32PM                      MAR24'12 2:37PM
-------------------------------      -------------------------------
 1 Room Rental   150.00                 10 PPL REFRESH HARB
  Misc Sales   150.00                 1 OPEN FOOD     155.00
  TAX        10.50                      23.00%
  TOTAL PAID   160.50                   23% Svc Charge   35.65
  9021/Sedgwick Law                    Food Sales    155.00
  ROOM CHARGE     160.50 X             SERVICE CHARGES   35.65
----719 CLOSED MAR24 2:34PM----        TAX        13.35
                                       TOTAL PAID   204.00
                                       9021/Sedgwick Law
                                       ROOM CHARGE     204.00 X
                                     ----719 CLOSED MAR24 2:40PM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                   IN ROOM DINING
719 Eddie              2             712 Loly              3
--------------------------------    --------------------------------
  1317 /1    7157   GST 1             1107 /1    7161   GST 2
      MAR24'12 10:02AM                    MAR24'12 10:37AM
--------------------------------    --------------------------------
  1 French Toast    12.50                   ADJUST
  1 2 Eggs Any Style   14.75             CLOSED CHECK
  1 LARGE JUICE       7.00              2 2 Eggs Any Style   29.50
  1 Perrier          3.95               2 Aquafina         6.00
  1 DELIVERY CHARGE    3.50             1 SOFT DRINK       2.95
1400.00%                                1 SM POT BEVG      7.00
  1 Server Number      0.00             1 ASSORT JUICE     4.75
   10.00%                               1 DELIVERY CHARGE    3.50
   SEDGEWICK         3.82-              14/CART
   Food Sales        38.20              1 Server Number      0.00
   Delivery Charge   3.50                10.00%
   Discount total    3.82-              SEDGEWICK          5.02-
   21% Svc Charge    8.02               Food Sales        50.20
   TAX              3.22                Delivery Charge   3.50
   TOTAL PAID       49.12               Discount total    5.02-
   1317/Hyde                            SERVICE CHARGES     6.00
   ROOM CHARGE       49.12              21% Svc Charge    10.54
----719 CLOSED MAR24 10:57AM----        TAX              4.15
                                        TOTAL PAID       69.37
                                        $ CHARGE TIP      6.00
                                        1107/Campo
                                        ROOM CHARGE       69.37
                                     ----712 ADJ MAR24'12 11:31AM----


        HYATT REGENCY TAMPA
          IN ROOM DINING                    HYATT REGENCY TAMPA
719 Eddie              1                      IN ROOM DINING
--------------------------------    719 Eddie               1
  1 /2       7178                   --------------------------------
      MAR24'12 2:32PM                 1 /2       7180   GST 10
--------------------------------         MAR24'12  2:37PM
  1 Room Rental     150.00          --------------------------------
   Misc Sales       150.00            10 PPL REFRESH HARB
   TAX              10.50             1  OPEN FOOD      155.00
   TOTAL PAID      160.50              23.00%
   9021/Sedgwick Law                   23% Svc Charge   35.65
   ROOM CHARGE      160.50  X          Food Sales       155.00
----719 CLOSED MAR24  2:34PM----       SERVICE CHARGES    35.65
                                       TAX             13.35
                                       TOTAL PAID      204.00
                                       9021/Sedgwick Law
                                       ROOM CHARGE      204.00  X
                                    ----719 CLOSED MAR24  2:40PM----
```

```
HYATT REGENCY TAMPA
    IN ROOM DINING
716 Azam              2
-------------------------------
 1607 /1    7203   GST 1
     MAR24'12 6:51PM
-------------------------------
 1 Parpadelle      19.00
 1 Tortilla Soup Bo   6.00
 1 DELIVERY CHARGE    3.50
   10.00%
   OPEN % DISCOUNT    2.50-
   Food Sales      25.00
   Delivery Charge   3.50
   Discount total    2.50-
   SERVICE CHARGES   4.00
   21% Svc Charge   5.25
   TAX            2.19
   TOTAL PAID     37.44
   $ CHARGE TIP    4.00
   1607/Meaders
   ROOM CHARGE      37.44
----716 CLOSED MAR24  7:14PM----
```

```
HYATT REGENCY TAMPA
    IN ROOM DINING
716 Azam              3
-------------------------------
 1317 /1    7205   GST 1
     MAR24'12 7:09PM
-------------------------------
 1 Tortilla Soup Bo   6.00
 1 Shrimp Scampi    24.00
 1 Lava Cake       6.00
 1 ICED TEA        2.95
 1 DELIVERY CHARGE    3.50
   10.00%
   OPEN % DISCOUNT    3.90-
   Food Sales      38.95
   Delivery Charge   3.50
   Discount total    3.90-
   21% Svc Charge   8.18
   TAX            3.28
   TOTAL PAID     50.01
   1317/Hyde
   ROOM CHARGE      50.01
----716 CLOSED MAR24  7:33PM----
```

```
HYATT REGENCY TAMPA
      AVANZARE BAR
505 Steven              4
-------------------------------
CHK 4548 MAR24'12 5:31PM
-------------------------------
 1 Arugula Chix    13.00
 Misc Personal Charge   6.00


               8.00
               10.50


   Food Sales      13.00
   Misc Personal    10.50
      Charge
               14.00
   SERVICE CHARGES   7.50
   TAX            2.63
   TOTAL PAID     47.63
   $ CHARGE TIP    7.50
   1605/Simon
   ROOM CHARGE      47.63    $29.97 Deducted
----505 CLOSED MAR24 8:23PM----
```

```
HYATT REGENCY TAMPA
      AVANZARE BAR
504 Pilar              3
-------------------------------
CHK 4594 MAR24'12 7:12PM
-------------------------------
       1107
 1 Guest / Room
 Misc Personal Charge  24.00
 1 Arugula Salad    9.00
 1 Caesar Salad     9.00
 1 Filet of Beef    35.00
 1 NY Strip       32.00
 Misc Personal     11.50
      Charge
   Food Sales      85.00
   Misc Personal    11.50
      Charge
               24.00
   SERVICE CHARGES  25.00
   TAX            8.44
   TOTAL PAID    153.94
   $ CHARGE TIP   25.00
   1107/Campo
   ROOM CHARGE     153.94   $50.49 Deducted
----504 CLOSED MAR24 8:19PM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
          AVANZARE BAR                          AVANZARE RESTAURANT
    135 Johana            4                127 Diane              2
    --------------------------------       --------------------------------
      1 /1       4629                        91 /2      2844   GST 2
          MAR24'12 9:54PM                        MAR23'12 10:16AM
    --------------------------------       --------------------------------
    Misc Personal Charge  24.00             1 Coffee         3.75
                          16.00             1 TOMATO JUICE   3.75
      1 Grouper Bites    10.00              1 Omelette      14.50
      1 Creme Brulee      6.00              1 Coffee         3.75
      Food Sales         16.00              1 2 Eggs         4.00
    Misc Personal        40.00             Food Sales       29.75
    Charge
      SERVICE CHARGES     9.00             SERVICE CHARGES   6.00
      TAX                 3.92             TAX               2.09
      TOTAL PAID         68.92             TOTAL PAID       37.84
      $ CHARGE TIP        9.00             $ CHARGE TIP      6.00
      1327/Kent                            440/Campo
      ROOM CHARGE        68.92   $47.30 Deducted   ROOM CHARGE    37.84
    ----135 CLOSED MAR24 10:45PM----       ----127 CLOSED MAR23 11:09AM----


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
          AVANZARE DELI                          AVANZARE DELI
    709 Soumia           2                 709 Soumia            2
    --------------------------------       --------------------------------
    CHK  3329  MAR23'12 8:26AM             CHK  3356  MAR23'12 8:54AM
    --------------------------------       --------------------------------
      1 Mini Parfait      3.00              1 Latte Venti    3.75
      1 Mini Parfait      3.00             Food Sales        3.75
      Food Sales          6.00              SERVICE CHARGES  0.75
      TAX                 0.42             TAX               0.27
      TOTAL PAID          6.42             TOTAL PAID        4.77
      1605/Simon                            $ CHARGE TIP     0.75
      ROOM CHARGE         6.42             1327/Kent
    ----709 CLOSED MAR23 10:03AM----        ROOM CHARGE      4.77
                                           ----709 CLOSED MAR23 9:50AM----
```

```
HYATT REGENCY TAMPA
   AVANZARE DELI
720 Shaina          2
--------------------------------

CHK 3508 MAR23'12 5:17PM
--------------------------------
 1 Latte Tall      3.25
   Food Sales      3.25
   SERVICE CHARGES   0.60
   TAX             0.23
   TOTAL PAID      4.08
   $ CHARGE TIP    0.60
   1327/Kent
   ROOM CHARGE     4.08
----720 CLOSED MAR23 5:19PM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
712 Loly            2
--------------------------------

1633 /1    7081    GST 1
      MAR23'12 5:50AM
--------------------------------
 1 Yogurt Parfait   7.00
 1 MILK             4.00
 1 SM POT BEVG      7.00
 1 DELIVERY CHARGE   3.50
   14
 1 Server Number    0.00
   10.00%
   SEDGEWICK       1.80-
   Food Sales      18.00
   Delivery Charge  3.50
   Discount total   1.80-
   SERVICE CHARGES   3.00
   21% Svc Charge   3.78
   TAX             1.65
   TOTAL PAID      28.13
   $ CHARGE TIP    3.00
   1633/Connolly
   ROOM CHARGE     28.13
----712 CLOSED MAR23  6:38AM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
716 Azam            3
--------------------------------

1317 /1    7128    GST 1
      MAR23'12 6:43PM
--------------------------------
 1 Chef's Soup     6.00
 1 NY Strip        32.00
 1 ICED TEA        2.95
 1 Lava Cake       6.00
 1 DELIVERY CHARGE   3.50
   10.00%
   SEDGEWICK       4.70-
   Food Sales      46.95
   Delivery Charge  3.50
   Discount total   4.70-
   21% Svc Charge   9.86
   TAX             3.90
   TOTAL PAID      59.51
   1317/Hyde
   ROOM CHARGE     59.51
----716 CLOSED MAR23 7:09PM----
```

```
HYATT REGENCY TAMPA
   AVANZARE BAR
505 Steven          2
--------------------------------

CHK 4306 MAR23'12 6:34PM
--------------------------------
 1 Arugula Shrimp   15.00
   Food Sales      15.00
   SERVICE CHARGES   3.00
   TAX             1.05
   TOTAL PAID      19.05
   $ CHARGE TIP    3.00
   1605/Simon
   ROOM CHARGE     19.05
----505 CLOSED MAR23 7:09PM----
```

```
     HYATT REGENCY TAMPA
      AVANZARE RESTAURANT
711 MICHAEL L.          2
--------------------------------
  1 /1      2679
       MAR22'12 3:41PM
--------------------------------
  1 Latte Grande    3.50
   Food Sales       3.50
   SERVICE CHARGES    0.75
   TAX         0.25
   TOTAL PAID     4.50
   $ CHARGE TIP     0.75
   1327/Kent
   ROOM CHARGE      4.50
----711 CLOSED MAR22 3:43PM----
```

```
     HYATT REGENCY TAMPA
        AVANZARE DELI
708 TIEN               3
--------------------------------
CHK  3075  MAR22'12  7:18AM
--------------------------------
  1 Mini Parfait     3.00
   Food Sales       3.00
   TAX         0.21
   TOTAL PAID     3.21
   1605/Simon
   ROOM CHARGE      3.21
----708 CLOSED MAR22 7:20AM----
```

```
     HYATT REGENCY TAMPA
        AVANZARE DELI
708 TIEN               2
--------------------------------
CHK  3120  MAR22'12  8:18AM
--------------------------------
  1 Latte Venti     3.75
   Food Sales       3.75
   SERVICE CHARGES    0.75
   TAX         0.27
   TOTAL PAID     4.77
   $ CHARGE TIP     0.75
   1327/Kent
   ROOM CHARGE      4.77
----708 CLOSED MAR22 8:19AM----
```

```
     HYATT REGENCY TAMPA
        IN ROOM DINING
712 Loly               2
--------------------------------
  1633 /1    7020   GST 1
       MAR22'12 5:45AM
--------------------------------
  1 SM POT BEVG     7.00
  1 Yogurt Parfait   7.00
  1 MILK        4.00
  1 DELIVERY CHARGE   3.50
1400.00%
  1 Server Number    0.00
   10.00%
   SEDGEWICK      1.80-
   Food Sales      18.00
   Delivery Charge   3.50
   Discount total   1.80-
   SERVICE CHARGES    3.00
   21% Svc Charge    3.78
   TAX         1.65
   TOTAL PAID     28.13
   $ CHARGE TIP     3.00
   1633/Connolly
   ROOM CHARGE     28.13
----712 CLOSED MAR22 6:37AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
718 Tyrone              2
--------------------------------
  440 /1      7049   GST 1
        MAR22'12 6:33PM
--------------------------------
  1 NY Strip        32.00
  1 Arugula Salad    9.00
  1 DELIVERY CHARGE    3.50
    10.00%
    SEDGEWICK      4.10-
    Food Sales     41.00
    Delivery Charge  3.50
    Discount total   4.10-
    SERVICE CHARGES    5.00
    21% Svc Charge    8.61
    TAX            3.43
    TOTAL PAID     57.44
    $ CHARGE TIP    5.00
    440/Campo
    ROOM CHARGE     57.44
----718 CLOSED MAR22 7:01PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
134 Jessica             2
--------------------------------
    4 /1     4101
        MAR22'12 8:06PM
--------------------------------
```
Misc Personal Charge    48.00
```
                        48.00
    SERVICE CHARGES    8.00
    TAX            3.36
    TOTAL PAID     59.36
    $ CHARGE TIP    8.00
    1327/Kent
    ROOM CHARGE     59.36    All Deducted
----134 CLOSED MAR22 9:37PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
503 MICHAEL             3
--------------------------------
  CHK 4994 MAR22'12 12:11PM
--------------------------------
  1 Arugula Shrimp   15.00
    1605
1 Guest / Room
    Food Sales     15.00
    SERVICE CHARGES    3.00
    TAX            1.05
    TOTAL PAID     19.05
    $ CHARGE TIP    3.00
    1605/Simon
    ROOM CHARGE     19.05
----503 CLOSED MAR22 12:38PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
503 MICHAEL             2
--------------------------------
  CHK 4995 MAR22'12 12:35PM
--------------------------------
  1 Mini Parfait     3.00
    Food Sales      3.00
    TAX            0.21
    TOTAL PAID      3.21
    1605/Simon
    ROOM CHARGE      3.21
----503 CLOSED MAR22 12:38PM----
```

```
        HYATT REGENCY TAMPA                          HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                             AVANZARE DELI
132 DAVID STREET          2                   709 Soumia          2
--------------------------------              --------------------------------
 70 /2     2352   GST 1                       CHK  3030 MAR21'12 3:33PM
    MAR21'12  7:55AM                          --------------------------------
--------------------------------               1 Latte Grande    3.50
 1 2 Eggs       4.00                           1 Espresso Double  1.75
 1 Ham          5.00                           1 Latte Tall      3.25
   Food Sales   9.00                             Food Sales      8.50
   SERVICE CHARGES   2.00                        SERVICE CHARGES   1.50
   TAX          0.63                             TAX             0.60
   TOTAL PAID   11.63                            TOTAL PAID      10.60
   $ CHARGE TIP  2.00                            $ CHARGE TIP    1.50
   1605/Simon                                    1327/Kent
   ROOM CHARGE   11.63                            ROOM CHARGE     10.60
----132 CLOSED MAR21  9:36AM----              ----709 CLOSED MAR21  3:38PM----


        HYATT REGENCY TAMPA                          HYATT REGENCY TAMPA
          AVANZARE DELI                              IN ROOM DINING
708 TIEN                  2                   718 Tyrone          2
--------------------------------              --------------------------------
CHK  3846 MAR21'12 7:08AM                      440 /1     7013   GST 1
--------------------------------                  MAR21'12  10:04PM
 1 Latte Venti    3.75                         --------------------------------
   Food Sales     3.75                          1 Potato Chips    8.50
   SERVICE CHARGES   0.75        Misc Personal Charge
   TAX            0.27            Misc Personal   36.00
   TOTAL PAID     4.77           1 DELIVERY CHARGE  3.50
   $ CHARGE TIP   0.75              Food Sales     8.50
   1327/Kent                    Misc Personal   36.00
   ROOM CHARGE     4.77          Delivery Charge  3.50
----708 CLOSED MAR21  7:09AM----  SERVICE CHARGES   5.00
                                   21% Svc Charge   9.35
                                   TAX            4.02
                                   TOTAL PAID     66.37
                                   $ CHARGE TIP    5.00
                                   440/Campo
                                   ROOM CHARGE     66.37     $50.33 Deducted
                                 ----718 CLOSED MAR21 10:28PM----


        HYATT REGENCY TAMPA                          HYATT REGENCY TAMPA
          IN ROOM DINING                             IN ROOM DINING
712 Loly                  2                   719 Eddie           3
--------------------------------              --------------------------------
 1633 /1    7880   GST 1                       440 /1     7888   GST 1
    MAR20'12  5:49AM                               MAR20'12  7:44AM
--------------------------------              --------------------------------
 1 Yogurt Parfait    7.00                      1 SM POT BEVG     7.00
 1 SM POT BEVG       7.00                      1 ASSORT JUICE    4.75
 1 MILK          4.00                          1 Zucchini Frittat  14.50
 1 DELIVERY CHARGE   3.50                      1 DELIVERY CHARGE   3.50
   14                                             13
 1 Server Number   0.00                        1 Server Number   0.00
   Food Sales    18.00                            10.00%
   Delivery Charge  3.50                          SEDGEWICK       2.63-
   SERVICE CHARGES   3.00                         Food Sales      26.25
   21% Svc Charge  3.78                           Delivery Charge  3.50
   TAX           1.77                             Discount total   2.63-
   TOTAL PAID    30.05                            SERVICE CHARGES   3.50
   $ CHARGE TIP   3.00                            21% Svc Charge   5.51
   1633/Connolly                                  TAX             2.29
   ROOM CHARGE    30.05                           TOTAL PAID      38.42
----712 CLOSED MAR20  6:42AM----                  $ CHARGE TIP    3.50
                                                  440/Campo
                                                  ROOM CHARGE     38.42
                                                ----719 CLOSED MAR20  8:12AM----
```

```
         HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
           IN ROOM DINING                         IN ROOM DINING
  712 Loly              4                712 Loly              3
--------------------------------        --------------------------------
   1633 /1     7955   GST 1                 1523 /1     7962   GST 1
        MAR21'12 6:01AM                         MAR21'12 6:40AM
--------------------------------        --------------------------------
  1 Yogurt Parfait    7.00                1 SM POT BEVG       7.00
  1 SM POT BEVG       7.00                1 S- TWO EGGS       4.00
  1 MILK              4.00                1 DELIVERY CHARGE   3.50
  1 DELIVERY CHARGE   3.50                  14
    14                                    1 Server Number     0.00
  1 Server Number     0.00                10.00%
  10.00%                                  SEDGEWICK           1.10-
  SEDGEWICK           1.80-               Food Sales         11.00
  Food Sales         18.00               Delivery Charge      3.50
  Delivery Charge     3.50               Discount total       1.10-
  Discount total      1.80-              SERVICE CHARGES      2.00
  SERVICE CHARGES     3.00               21% Svc Charge       2.31
  21% Svc Charge      3.78               TAX                  1.10
  TAX                 1.65               TOTAL PAID          18.81
  TOTAL PAID         28.13               $ CHARGE TIP         2.00
  $ CHARGE TIP        3.00               1523/Steinman
  1633/Connolly                          ROOM CHARGE         18.81
  ROOM CHARGE        28.13          ----712 CLOSED MAR21  7:08AM----
----712 CLOSED MAR21  6:46AM----


         HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
           IN ROOM DINING                          AVANZARE BAR
  712 Loly              3                134 Jessica           3
--------------------------------        --------------------------------
   440 /1     7966   GST 1                  4 /1     4877
        MAR21'12 7:43AM                         MAR21'12 6:24PM
--------------------------------        --------------------------------
  1 SM POT BEVG       7.00               Misc Personal Charge  24.00
  1 Oatmeal Br Sugar  7.00                                     33.00
  1 TOAST             3.00                                     57.00
  1 DELIVERY CHARGE   3.50               SERVICE CHARGES      10.00
    14                                   TAX                   3.99
  1 Server Number     0.00               TOTAL PAID          70.99
  10.00%                                 $ CHARGE TIP         10.00
  SEDGEWICK           1.70-              1327/Kent
  Food Sales         17.00               ROOM CHARGE         70.99    All Deducted
  Delivery Charge     3.50          ----134 CLOSED MAR21  7:58PM----
  Discount total      1.70-
  SERVICE CHARGES     3.00
  21% Svc Charge      3.57
  TAX                 1.57
  TOTAL PAID         26.94
  $ CHARGE TIP        3.00
  440/Campo
```

```
        ROOM CHARGE        26.94
        ----712 CLOSED MAR21  8:09AM----




        HYATT REGENCY TAMPA                         HYATT REGENCY TAMPA
           AVANZARE BAR                                AVANZARE RESTAURANT
        134 Jessica           3                     127 Diane              2
        -------------------------------             -------------------------------
         4 /1      4914                              70 /1      2157    GST 1
             MAR21'12  8:08PM                            MAR20'12  8:15AM
        -------------------------------             -------------------------------
Misc Personal Charge       22.00                     1 Coffee        3.75
                           22.00                     1 2Eggs Ham     14.75
        SERVICE CHARGES     5.00                       Food Sales    18.50
        TAX          1.54                            SERVICE CHARGES    4.00
        TOTAL PAID      28.54                        TAX        1.30
        $ CHARGE TIP    5.00                         TOTAL PAID     23.80
        1610/Kelly                                   $ CHARGE TIP    4.00
        ROOM CHARGE      28.54      All Deducted     1605/Simon
        ----134 CLOSED MAR21 10:00PM----              ROOM CHARGE    23.80
                                                    ----127 CLOSED MAR20  8:33AM----




        HYATT REGENCY TAMPA                         HYATT REGENCY TAMPA
           AVANZARE RESTAURANT                         AVANZARE DELI
        108 MARK              2                     708 TIEN              3
        -------------------------------             -------------------------------
         99 /1      2255                            CHK  3706  MAR20'12  7:39AM
             MAR20'12  4:29PM                       -------------------------------
        -------------------------------                     ADJUST
         1 Latte Tall     3.25                             CLOSED CHECK
           Food Sales     3.25                      1 Latte Venti     3.75
        SERVICE CHARGES     0.75                      Food Sales      3.75
        TAX        0.23                             SERVICE CHARGES     0.75
        TOTAL PAID      4.23                        TAX        0.27
        $ CHARGE TIP     0.75                       TOTAL PAID      4.77
        1327/Kent                                   $ CHARGE TIP     0.72
        ROOM CHARGE      4.23                        1327/Kent
        ----108 CLOSED MAR20  4:35PM----             ROOM CHARGE      4.74
                                                     $ CHARGE TIP     0.72-V
                                                     1327/Kent
                                                      ROOM CHARGE      4.74-V
                                                     $ CHARGE TIP     0.75
                                                     1327/Kent
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
506 Ted                    2
--------------------------------
CHK  4743  MAR20'12  8:22PM
--------------------------------
        1602
    1 Guest / Room
Misc Personal Charge
                        8.00
                        8.00
    SERVICE CHARGES    1.50
    TAX         0.56
    TOTAL PAID      10.06
    $ CHARGE TIP     1.50
    1602/Wooten
    ROOM CHARGE    10.06    All Deducted
----506 CLOSED MAR20  8:28PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
506 Ted                    4
--------------------------------
CHK  4774  MAR20'12 10:08PM
--------------------------------
        1610
    1 Guest / Room
Misc Personal Charge
                        33.00
                        33.00
    SERVICE CHARGES    7.00
    TAX         2.31
    TOTAL PAID      42.31
    $ CHARGE TIP     7.00
    1610/Kelly
    ROOM CHARGE    42.31    All Deducted
----506 CLOSED MAR20 10:43PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
506 Ted                    2
--------------------------------
CHK  4795  MAR20'12 11:01PM
--------------------------------
    #######
    1 Guest / Room
Misc Personal Charge
                        8.00
                        8.00
    TAX         0.56
    TOTAL PAID       8.56
    440/Campo
    ROOM CHARGE     8.56    All Deducted
----506 CLOSED MAR20 11:16PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
128 DANA                   2
--------------------------------
90 /1      2006   GST 1
    MAR19'12  9:11AM
--------------------------------
    1  Brkfast Buffet  16.50
       Food Sales    16.50
       SERVICE CHARGES    3.00
       TAX         1.16
       TOTAL PAID      20.66
       $ CHARGE TIP     3.00
       1605/Simon
       ROOM CHARGE    20.66
----128 CLOSED MAR19  9:21AM----
```

```
HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
    AVANZARE DELI                      IN ROOM DINING
708 TIEN            2              706 STACIE G          3
--------------------------------  --------------------------------
CHK 3589 MAR19'12 8:07AM            1633 /1    7798   GST 1
--------------------------------       MAR19'12 5:55AM
 1 Latte Grande    3.50           --------------------------------
   Food Sales      3.50            1 Yogurt Parfait    7.00
   SERVICE CHARGES    0.75         1 SM POT BEVG       7.00
   TAX             0.25            1 MILK              4.00
   TOTAL PAID      4.50            1 DELIVERY CHARGE   3.50
   $ CHARGE TIP    0.75            7
   1327/Kent                      1 Server Number     0.00
   ROOM CHARGE     4.50             10.00%
----708 CLOSED MAR19 8:08AM----    SEDGEWICK       1.80-
                                   Food Sales      18.00
                                   Delivery Charge  3.50
                                   Discount total   1.80-
                                   SERVICE CHARGES   3.00
                                   21% Svc Charge   3.78
                                   TAX              1.65
                                   TOTAL PAID      28.13
                                   $ CHARGE TIP     3.00
                                   1633/Connolly
                                   ROOM CHARGE     28.13
                                  ----706 CLOSED MAR19 6:51AM----


    HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
      IN ROOM DINING                   IN ROOM DINING
706 STACIE G          3           706 STACIE G          2
--------------------------------  --------------------------------
 302 /1     7807   GST 1            1 /2      7811
     MAR19'12 6:54AM                   MAR19'12 8:21AM
--------------------------------  --------------------------------
 1 Eggs Benedict   14.50           1 Room Rental   150.00
 1 ASSORT JUICE     4.75           Misc Sales      150.00
 1 SM POT BEVG      7.00           TAX              10.50
 1 DELIVERY CHARGE  3.50           TOTAL PAID      160.50
 700.00%                           EXEMPTION         0.00  X
 1 Server Number    0.00           9021/Sedgwick Law
   10.00%                          ROOM CHARGE     160.50
   SEDGEWICK       2.63-          ----706 CLOSED MAR19 8:23AM----
   Food Sales      26.25
   Delivery Charge  3.50
   Discount total   2.63-
   SERVICE CHARGES   3.50
   21% Svc Charge   5.51
   TAX              2.29
   TOTAL PAID      38.42
   $ CHARGE TIP     3.50
   302/Campo
   ROOM CHARGE     38.42
----706 CLOSED MAR19 7:26AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
706 STACIE G              1
--------------------------------
  1 /2      7812
        MAR19'12  8:24AM
--------------------------------
  10 PPL 15.50 EA
  1  OPEN FOOD        155.00
   23.00%
   23% Svc Charge     35.65
   Food Sales        155.00
   SERVICE CHARGES     35.65
   TAX             13.35
   TOTAL PAID      204.00
   9021/Sedgwick Law
   ROOM CHARGE     204.00  X
----706 CLOSED MAR19  8:25AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
718 Tyrone               2
--------------------------------
 1637 /1    7863   GST 1
        MAR19'12  9:18PM
--------------------------------
  1 TIRAMISU           6.00
  1 Lava Cake          6.00
  1 Haagen Dazs        6.00
  1 DELIVERY CHARGE    3.50
   Food Sales         18.00
   Delivery Charge     3.50
   SERVICE CHARGES     5.00
   21% Svc Charge      3.78
   TAX              1.77
   TOTAL PAID       32.05
   $ CHARGE TIP        5.00
   1637/Coulter
   ROOM CHARGE      32.05
----718 CLOSED MAR19 11:17PM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
718 Tyrone               1
--------------------------------
  1 /1      7873
        MAR19'12  11:19PM
--------------------------------
  24 Evian SM         72.00
   10.00%
   SEDGEWICK           7.20-
   Food Sales         72.00
   Discount total      7.20-
   21% Svc Charge     15.12
   TAX              5.60
   TOTAL PAID       85.52
   9021/Sedgwick Law
   ROOM CHARGE      85.52
----718 CLOSED MAR19 11:20PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
503 MICHAEL              2
--------------------------------
CHK  4539  MAR19'12 5:06PM
--------------------------------
  1 Latte Tall         3.25
   1327
  1 Guest / Room
   Food Sales          3.25
   SERVICE CHARGES     0.60
   TAX              0.23
   TOTAL PAID        4.08
   $ CHARGE TIP        0.60
   1327/Kent
   ROOM CHARGE       4.08
----503 CLOSED MAR19  5:17PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
506 Ted                    4
--------------------------------
CHK  4613  MAR19'12 10:08PM
--------------------------------
  1 Fish San Black    14.00
Misc Personal Charge  33.00

  1 Guest / Room
    Food Sales      14.00
Misc Personal Charge  33.00
    SERVICE CHARGES   10.00
    TAX              3.29
    TOTAL PAID      60.29
    $ CHARGE TIP    10.00
    1610/Kelly
    ROOM CHARGE     60.29      │ $40.31 Deducted │
----506 CLOSED MAR19 11:11PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
507 Ashley                 2
--------------------------------
CHK  4623  MAR19'12 10:48PM
--------------------------------
            440
  1 Guest / Room
Misc Personal Charge       8.00
                           8.00
    SERVICE CHARGES   1.50
    TAX              0.56
    TOTAL PAID      10.06
    $ CHARGE TIP     1.50
    440/Campo
    ROOM CHARGE     10.06      │ All Deducted │
----507 CLOSED MAR19 11:36PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
102 DAVID                  2
--------------------------------
 70 /1     2911   GST 1
          MAR18'12  8:03AM
--------------------------------
  1 2Eggs Ham      14.75
    Food Sales     14.75
    SERVICE CHARGES    3.00
    TAX              1.04
    TOTAL PAID      18.79
    $ CHARGE TIP     3.00
    1605/Simon
    ROOM CHARGE     18.79
----102 CLOSED MAR18  8:29AM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
130 Brooke                 2
--------------------------------
 90 /1     2960   GST 1
          MAR18'12 11:45AM
--------------------------------
  1 Angus Burger   14.00
  1 Soda/ I Tea     2.95
    Food Sales     16.95
    SERVICE CHARGES    4.00
    TAX              1.19
    TOTAL PAID      22.14
    $ CHARGE TIP     4.00
    302/Campo
    ROOM CHARGE     22.14
----130 CLOSED MAR18 12:13PM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
719 Eddie                    2
-------------------------------
  1523 /1    7740   GST 1
        MAR18'12 6:57AM
-------------------------------
  1 S- TWO EGGS        4.00
  1 SM POT BEVG        7.00
  1 DELIVERY CHARGE    3.50
1300.00%
  1 Server Number      0.00
   Food Sales         11.00
   Delivery Charge     3.50
   SERVICE CHARGES     2.00
   21% Svc Charge      2.31
   TAX                 1.18
   TOTAL PAID         19.99
   $ CHARGE TIP        2.00
   1523/Steinmann
   ROOM CHARGE        19.99
----719 CLOSED MAR18 7:12AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
706 STACIE G              2
-------------------------------
  1607 /1    7759   GST 1
        MAR18'12 11:39AM
-------------------------------
  1 English Club      12.00
  1 KEYLIME PIE        6.00
  1 DELIVERY CHARGE    3.50
   Food Sales         18.00
   Delivery Charge     3.50
   SERVICE CHARGES     3.00
   21% Svc Charge      3.78
   TAX                 1.77
   TOTAL PAID         30.05
   $ CHARGE TIP        3.00
   1607/Meaders
   ROOM CHARGE        30.05
----706 CLOSED MAR18 12:08PM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
719 Eddie                 2
-------------------------------
  1 /1     7761   GST 1
        MAR18'12 12:03PM
-------------------------------
  10PPL. 15.50 EA
  1  OPEN FOOD        155.00
1300.00%
  1 Server Number      0.00
  23.00%
   23% Svc Charge     35.65
   Food Sales        155.00
   SERVICE CHARGES    35.65
   TAX                13.35
   TOTAL PAID        204.00
   EXEMPTION           0.00  X
   9021/Sedgwick Law
   ROOM CHARGE       204.00
----719 CLOSED MAR18 12:05PM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
719 Eddie                 2
-------------------------------
  1 /1     7762
        MAR18'12 12:05PM
-------------------------------
  1 Room Rental      150.00
   Misc Sales        150.00
   TAX                10.50
   TOTAL PAID        160.50
   EXEMPTION           0.00  X
   9021/Sedgwick Law
   ROOM CHARGE       160.50
----719 CLOSED MAR18 12:06PM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
         IN ROOM DINING                          IN ROOM DINING
719 Eddie              1                 718 Tyrone              2
-------------------------------          -------------------------------
 1607 /1     7763                         1523 /1     7786    GST 1
      MAR18'12 12:09PM                         MAR18'12  8:15PM
-------------------------------          -------------------------------
   10 PERCENT DIS 7759                     1 Flatbrd        12.00
 1  OPEN FOOD      2.15-V                    Misc Personal Charge
    Food Sales     2.15-                   1 DELIVERY CHARGE   3.50
    21% Svc Charge  0.45-                    Food Sales      12.00
    TAX            0.19-                      Misc Personal Charge
    TOTAL PAID     2.79-                    Delivery Charge   3.50
    1607/Meaders                            SERVICE CHARGES   4.50
    ROOM CHARGE    2.79-                    21% Svc Charge    4.20
----719 CLOSED MAR18 12:10PM----           TAX              1.94
                                            TOTAL PAID       34.14
                                            $ CHARGE TIP      4.50
                                            1523/Steinmann
                                            ROOM CHARGE      34.14   $14.24 Deducted
                                         ----718 CLOSED MAR18  8:42PM----


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
         IN ROOM DINING                          AVANZARE BAR
718 Tyrone             2                 506 Ted                2
-------------------------------          -------------------------------
 1607 /1     7790    GST 1                CHK  4406  MAR18'12 2:17PM
      MAR18'12  8:52PM                    -------------------------------
-------------------------------            1 Latte Grande    3.50
 1 Shrimp Scampi    24.00                    KENT
 1 DELIVERY CHARGE   3.50                   1 Guest / Room
    Food Sales      24.00                     1327
    Delivery Charge  3.50                   1 Guest / Room
    SERVICE CHARGES  3.00                     Food Sales     3.50
    21% Svc Charge   5.04                     SERVICE CHARGES  0.75
    TAX             2.28                      TAX             0.25
    TOTAL PAID      37.82                     TOTAL PAID      4.50
    $ CHARGE TIP     3.00                     $ CHARGE TIP    0.75
    1607/Meaders                             1327/Kent
    ROOM CHARGE     37.82                     ROOM CHARGE     4.50
----718 CLOSED MAR18  9:19PM----         ----506 CLOSED MAR18  2:18PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
506 Ted                    2
---------------------------------
CHK  4408  MAR18'12  2:35PM
---------------------------------
  1 Boxed Lunch       5.00
  1 Muffin Jumbo      3.00
        1605
  1 Guest / Room
  Food Sales          8.00
    SERVICE CHARGES     1.00
  TAX                 0.56
  TOTAL PAID          9.56
  $ CHARGE TIP        1.00
  1605/Simon
    ROOM CHARGE         9.56
----506 CLOSED MAR18  2:38PM----
```

```
        HYATT REGENCY TAMPA
           AVANZARE BAR
505 Steven                 2
---------------------------------
CHK  4475  MAR18'12  11:25PM
---------------------------------
Misc Personal Charge       8.00
                           8.00
    SERVICE CHARGES     1.20
  TAX                 0.56
  TOTAL PAID          9.76
  $ CHARGE TIP        1.20
  1327/Kent
    ROOM CHARGE         9.76        All Deducted
----505 CLOSED MAR18 11:28PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE DELI
708 TIEN                   2
---------------------------------
CHK  3110  MAR17'12  8:46AM
---------------------------------
  1 Mini Parfait      3.00
  1 Ham Egg Sand      5.25
  1 Mighty Leaf       2.25
  Food Sales         10.50
  TAX                 0.74
  TOTAL PAID         11.24
  1605/Simon
    ROOM CHARGE        11.24
----708 CLOSED MAR17  8:48AM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE DELI
708 TIEN                   2
---------------------------------
CHK  3126  MAR17'12  9:00AM
---------------------------------
  1 Latte Venti       3.75
  Food Sales          3.75
    SERVICE CHARGES     0.75
  TAX                 0.27
  TOTAL PAID          4.77
  $ CHARGE TIP        0.75
  1327/Kent
    ROOM CHARGE         4.77
----708 CLOSED MAR17  9:01AM----
```

```
       HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
         IN ROOM DINING                          AVANZARE BAR
  716 Azam              3                  137 Deborah        2
  --------------------------------         --------------------------------
   1633 /1    7708   GST 1                   6 /1     4304
        MAR17'12  7:38PM                        MAR17'12  6:54PM
  --------------------------------         --------------------------------
   1 KEYLIME PIE       6.00                Misc Personal Charge   24.00
   1 Rib App          13.00                                       40.00
  Misc Personal Charge 10.00                                      10.50
   1 DELIVERY CHARGE    3.50
       1
   1 Server Number     0.00                 1 Guest / Room
   10.00%                                    1 Calamari Fries   13.00
   SEDGEWICK          1.90-                  1 Rib App          13.00
   Food Sales        19.00                   1 Potato Skins     10.50
  Misc Personal       10.00                  Food Sales        36.50
  Charge                                    Misc Personal Charge 10.50
   Delivery Charge     3.50                                      64.00
   Discount total     1.90-                 SERVICE CHARGES   24.00
   SERVICE CHARGES     4.00                 TAX                7.77
   21% Svc Charge      6.09                 TOTAL PAID       142.77
   TAX                 2.57                 $ CHARGE TIP      24.00
   TOTAL PAID         43.26                 302/Campo
   $ CHARGE TIP        4.00                 ROOM CHARGE      142.77   [$91.72 Deducted]
   1633/Connolly                           ----137 CLOSED MAR17 10:30PM----
   ROOM CHARGE        43.26   [$16.55 Deducted]
  ----716 CLOSED MAR17  8:30PM----


       HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
         AVANZARE BAR                           AVANZARE BAR
  505 Steven            2                   505 Steven          2
  --------------------------------         --------------------------------
  CHK  4308  MAR17'12  7:14PM              CHK  4389  MAR18'12 12:14AM
  --------------------------------         --------------------------------
  Misc Personal Charge   8.00              Misc Personal Charge  4.50
                         8.00                                    4.50
   SERVICE CHARGES      1.50                2 Soda             5.90
   TAX                  0.56                Food Sales         5.90
   TOTAL PAID          10.06               Misc Personal Charge 9.00
   $ CHARGE TIP         1.50                TAX                1.05
   1602/Wooten                             TOTAL PAID        15.95
   ROOM CHARGE         10.06  [All Deducted]  1327/Kent
  ----505 CLOSED MAR17  7:31PM----          ROOM CHARGE       15.95  [$9.63 Deducted]
                                           ----505 CLOSED MAR18 12:56AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          AVANZARE DELI                    AVANZARE DELI
709 Soumia              2            708 TIEN              2
-------------------------------     -------------------------------
CHK  3781  MAR16'12  8:38AM         CHK  3844  MAR16'12  9:45AM
-------------------------------     -------------------------------
  1 Coffee Venti    2.75              1 Latte Venti      3.75
  1 Mini Parfait    3.00              Food Sales         3.75
  Food Sales        5.75             SERVICE CHARGES     0.75
  SERVICE CHARGES   1.00             TAX         0.27
  TAX        0.41                    TOTAL PAID      4.77
  TOTAL PAID     7.16                $ CHARGE TIP    0.75
  $ CHARGE TIP    1.00               1327/Kent
  1605/Simon                         ROOM CHARGE     4.77
  ROOM CHARGE     7.16         ----708 CLOSED MAR16  9:48AM----
----709 CLOSED MAR16  8:39AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          AVANZARE DELI                    IN ROOM DINING
137 Deborah             2           712 Loly              3
-------------------------------     -------------------------------
CHK  3922  MAR16'12  1:33PM         1633/1      7628    GST 1
-------------------------------          MAR16'12  5:42AM
  1 Latte Grande    3.50           -------------------------------
  Food Sales        3.50             1 Yogurt Parfait   7.00
  SERVICE CHARGES   0.75             1 SM POT BEVG      7.00
  TAX        0.25                    1 MILK        4.00
  TOTAL PAID     4.50                1 DELIVERY CHARGE    3.50
  $ CHARGE TIP    0.75               1400.00%
  1327/Kent                          1 Server Number    0.00
  ROOM CHARGE     4.50               10.00%
----137 CLOSED MAR16  1:35PM----     SEDGEWICK      1.80-
                                     Food Sales     18.00
                                     Delivery Charge   3.50
                                     Discount total   1.80-
                                     SERVICE CHARGES   3.00
                                     21% Svc Charge    3.78
                                     TAX        1.65
                                     TOTAL PAID     28.13
                                     $ CHARGE TIP     3.00
                                     1633/Connolly
                                     ROOM CHARGE     28.13
                               ----712 CLOSED MAR16  9:23AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
   719 Eddie              2
   ---------------------------------
    1523 /1    7640   GST 1
          MAR16'12 10:08AM
   ---------------------------------
    1 S- TWO EGGS      4.00
    1 SM POT BEVG      7.00
    1 DELIVERY CHARGE    3.50
   1300.00%
    1 Server Number     0.00
     Food Sales       11.00
     Delivery Charge   3.50
     SERVICE CHARGES   2.00
     21% Svc Charge    2.31
     TAX               1.18
     TOTAL PAID       19.99
     $ CHARGE TIP      2.00
     1523/Steinmann
     ROOM CHARGE      19.99
   ----719 CLOSED MAR16 11:00AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
   716 Azam               3
   ---------------------------------
    302 /1    7655   GST 1
          MAR16'12  6:25PM
   ---------------------------------
    1 NY Strip        32.00
    1 Arugula Salad    9.00
```
Misc Personal Charge    8.00
```
    1 DELIVERY CHARGE    3.50
   10.00%
     SEDGEWICK         4.10-
     Food Sales       41.00
```
Misc Personal Charge    8.00
```
     Delivery Charge   3.50
     Discount total    4.10-
     21% Svc Charge   10.29
     TAX               4.11
     TOTAL PAID       62.80
     302/Campo
     ROOM CHARGE      62.80     $11.99 Deducted
   ----716 CLOSED MAR16 6:59PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
   505 Steven             3
   ---------------------------------
    CHK  4121  MAR16'12  7:01PM
   ---------------------------------
```
Misc Personal Charge    16.00
```
    1 Fish San Black   14.00
     Food Sales        14.00
```
Misc Personal Charge    16.00
```
     SERVICE CHARGES    5.00
     TAX                2.10
     TOTAL PAID        37.10
     $ CHARGE TIP       5.00
     1602/Wooten
     ROOM CHARGE       37.10     $19.62 Deducted
   ----505 CLOSED MAR16 8:18PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
   504 Pilar             2
   ---------------------------------
    CHK  4124  MAR16'12  7:13PM
   ---------------------------------
       1605
    1 Guest / Room
```
Misc Personal Charge    12.00
```
                        12.00
     SERVICE CHARGES    2.00
     TAX                0.84
     TOTAL PAID        14.84
     $ CHARGE TIP       2.00
     1605/Simon
     ROOM CHARGE       14.84     All Deducted
   ----504 CLOSED MAR16 7:16PM----
```

```
          HYATT REGENCY TAMPA
         AVANZARE RESTAURANT
130 Brooke                2
-------------------------------
  90 /1    2392   GST 2
       MAR15'12 8:06AM
-------------------------------
  1 2Eggs Ham       14.75
  1 CBeef Hash      14.75
  1 Hash Browns      3.00
  1 Coffee           3.75
  1 V-8 JUICE        3.00
  1 Coffee           3.75
   Food Sales       43.00
   SERVICE CHARGES   8.00
   TAX               3.01
   TOTAL PAID      54.01
   $ CHARGE TIP      8.00
   1605/Simon
   ROOM CHARGE      54.01
----130 CLOSED MAR15 8:43AM----
```

```
          HYATT REGENCY TAMPA
         AVANZARE RESTAURANT
128 DANA                2
-------------------------------
  53 /1     2417   GST 1
       MAR15'12 9:41AM
-------------------------------
  1 Brkfast Buffet   16.50
   Food Sales        16.50
   SERVICE CHARGES    2.00
   TAX                1.16
   TOTAL PAID        19.66
   $ CHARGE TIP       2.00
   1623/Jackson
   ROOM CHARGE       19.66
----128 CLOSED MAR15 9:51AM----
```

```
          HYATT REGENCY TAMPA
            AVANZARE DELI
708 TIEN                2
-------------------------------
CHK 3536 MAR15'12 9:04AM
-------------------------------
  1 Latte Venti       3.75
   Food Sales         3.75
   SERVICE CHARGES    0.75
   TAX                0.27
   TOTAL PAID        4.77
   $ CHARGE TIP       0.75
   1327/Kent
   ROOM CHARGE        4.77
----708 CLOSED MAR15 9:24AM----
```

```
         HYATT REGENCY TAMPA
            IN ROOM DINING
712 Loly                2
-------------------------------
  1633 /1    7570   GST 1
       MAR15'12 5:46AM
-------------------------------
  1 SM POT BEVG       7.00
  1 MILK              4.00
  1 Yogurt Parfait    7.00
  1 DELIVERY CHARGE   3.50
   14
  1 Server Number     0.00
   Food Sales        18.00
   Delivery Charge    3.50
   SERVICE CHARGES    3.00
   21% Svc Charge     3.78
   TAX                1.77
   TOTAL PAID        30.05
   $ CHARGE TIP       3.00
   1633/Connolly
   ROOM CHARGE       30.05
----712 CLOSED MAR15 7:21AM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
          AVANZARE BAR                           AVANZARE BAR
    134 Jessica           1                134 Jessica           2
    -------------------------------        -------------------------------
    10 /1    4973                          3 /1      4975
         MAR15'12  8:45PM                       MAR15'12  8:46PM
    -------------------------------        -------------------------------
```

Misc Personal Charge    6.00     Misc Personal Charge

```
                         3.00                              11.50
    TAX          0.42                                      14.50
    TOTAL PAID   6.42
    1633/Connolly                                          10.50
    ROOM CHARGE     6.42     All Deducted
    ----134 CLOSED MAR15 11:54PM----                        8.00


                                                           14.50

                                                           14.50

                                                           10.50

                                                            8.00

                                                           11.50

                                                    ft     12.00
                                                           14.50

                                                           10.50

                                                           14.50

                                                           14.50

                                                            8.00

                                                    L      11.50

                                                           10.50

                                                          187.50
                                                           12.00
                                           SERVICE CHARGES    45.00
                                           TAX          13.97
                                           TOTAL PAID   258.47
                                           $ CHARGE TIP    45.00
                                           1633/Connolly
                                           ROOM CHARGE    258.47       All Deducted
                                           ----134 CLOSED MAR15 10:18PM----



        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                    AVANZARE RESTAURANT
    128 DANA              2                132 DAVID STREET      2
    -------------------------------        -------------------------------
    70 /1    2221   GST 1                  82 /1    2235   GST 1
         MAR14'12  7:46AM                       MAR14'12  8:14AM
    -------------------------------        -------------------------------
    1 Brkfast Buffet   16.50              1  Brkfast Buffet   16.50
      Food Sales       16.50                 Food Sales       16.50
    SERVICE CHARGES     2.00              SERVICE CHARGES      3.00
    TAX           1.16                    TAX           1.16
    TOTAL PAID    19.66                   TOTAL PAID    20.66
    $ CHARGE TIP   2.00                   $ CHARGE TIP   3.00
    1605/Simon                            302/Campo
    ROOM CHARGE    19.66                  ROOM CHARGE    20.66
    ----128 CLOSED MAR14 7:55AM----       ----132 CLOSED MAR14 8:35AM----
```

```
HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
  AVANZARE RESTAURANT               AVANZARE DELI
127 Diane           3            708 TIEN            2
--------------------------       --------------------------------
 70 /1     2283   GST 1          CHK  3189  MAR14'12  9:11AM
    MAR14'12 12:12PM             --------------------------------
--------------------------        1 Latte Venti    3.75
 1 Arugula Shrimp   15.00         Food Sales       3.75
 Food Sales        15.00          SERVICE CHARGES  0.75
 SERVICE CHARGES    3.00          TAX              0.27
 TAX                1.05          TOTAL PAID       4.77
 TOTAL PAID        19.05          $ CHARGE TIP     0.75
 $ CHARGE TIP       3.00          1327/Kent
 1605/Simon                       ROOM CHARGE      4.77
 ROOM CHARGE       19.05         ----708 CLOSED MAR14  9:18AM----
----127 CLOSED MAR14 12:35PM----


  HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
    IN ROOM DINING                   IN ROOM DINING
712 Loly            2            719 Eddie           2
--------------------------       --------------------------------
 1633 /1    7500   GST 1          1639 /1    7505   GST 1
    MAR14'12  5:42AM                 MAR14'12  5:50AM
--------------------------       --------------------------------
 1 Yogurt Parfait   7.00          1 FRESH JUICE     4.75
 1 SM POT BEVG      7.00          1 Smoked Salmon   14.50
 1 DELIVERY CHARGE  3.50          1 DELIVERY CHARGE  3.50
    14                           1300.00%
 1 Server Number    0.00          1 Server Number    0.00
    10.00%                           10.00%
    SEDGEWICK       1.40-           SEDGEWICK        1.93-
 Food Sales        14.00          Food Sales       19.25
 Delivery Charge    3.50          Delivery Charge   3.50
 Discount total     1.40-         Discount total    1.93-
 SERVICE CHARGES    3.00          SERVICE CHARGES   3.00
 21% Svc Charge     2.94          21% Svc Charge    4.04
 TAX                1.33          TAX               1.75
 TOTAL PAID        23.37          TOTAL PAID       29.61
 $ CHARGE TIP       3.00          $ CHARGE TIP      3.00
 1633/Connolly                    1639/Bromwell
 ROOM CHARGE       23.37          ROOM CHARGE      29.61
----712 CLOSED MAR14 7:43AM----  ----719 CLOSED MAR14 7:35AM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
          AVANZARE BAR                            AVANZARE BAR
505 Steven              2                    135 Johana            4
-------------------------------             -------------------------------
CHK  4750 MAR14'12  8:42PM                    7 /1      4785
```

Misc Personal Charge

```
                       16.00                    MAR14'12 10:50PM
                       16.00                  -------------------------------
```

Misc Personal Charge

```
   SERVICE CHARGES    2.00                                      24.00
   TAX         1.12                            .                12.00
   TOTAL PAID     19.12                       -------------------------------
   $ CHARGE TIP    2.00                                         36.00
   1602/Wooten                                SERVICE CHARGES    6.00
   ROOM CHARGE     19.12   ┌─────────────┐    TAX         2.52
----505 CLOSED MAR14  9:52PM----  │All Deducted │   TOTAL PAID     44.52
                                  └─────────────┘    $ CHARGE TIP    6.00
                                                     1327/Kent
                                                     ROOM CHARGE     44.52  ┌─────────────┐
                                                                            │All Deducted │
                                                                            └─────────────┘
                                                  ----135 CLOSED MAR14 11:15PM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
       AVANZARE RESTAURANT                    AVANZARE RESTAURANT
128 DANA              2                      128 DANA              4
-------------------------------             -------------------------------
 82 /1      2074   GST 2                      82 /2      2078   GST 1
    MAR13'12  7:04AM                             MAR13'12  7:34AM
-------------------------------             -------------------------------
 1 Coffee        3.75                        1 Coffee        3.75
 1 ORANGE JUICE     3.75                     1 2Eggs Ham     14.75
 1 Coffee        3.75                        1 Muffin Jumbo    3.00
 1 ORANGE JUICE     3.75                       Food Sales     21.50
 1 Mushroom Omelett   14.50                    SERVICE CHARGES    4.00
 1 2Eggs Bacon     14.75                       TAX         1.51
   Food Sales     44.25                        TOTAL PAID     27.01
   SERVICE CHARGES    9.00                     $ CHARGE TIP    4.00
   TAX         3.10                            1605/Simon
   TOTAL PAID     56.35                        ROOM CHARGE     27.01
   $ CHARGE TIP    9.00                      ----128 CLOSED MAR13  8:24AM----
   1733/Giewat
   ROOM CHARGE     56.35
----128 CLOSED MAR13  7:37AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                  AVANZARE DELI
128 DANA              2              709 Soumia           2
-------------------------------     -----------------------------
  73 /1      2094   GST 1            CHK  3086  MAR13'12 11:35AM
      MAR13'12  8:50AM              -----------------------------
-------------------------------       1 Latte Grande    3.50
  1 ORANGE JUICE     3.75               Food Sales    3.50
  1 2 Eggs         4.00                 SERVICE CHARGES    0.60
  1 Oatmeal Ban-Str  7.00               TAX       0.25
    Food Sales    14.75                 TOTAL PAID    4.35
    SERVICE CHARGES    2.00             $ CHARGE TIP    0.60
    TAX         1.04                    1327/Kent
    TOTAL PAID    17.79                 ROOM CHARGE      4.35
    $ CHARGE TIP    2.00          ----709 CLOSED MAR13 11:36AM----
    1623/Jackson
    ROOM CHARGE     17.79
----128 CLOSED MAR13  9:13AM----


        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
         IN ROOM DINING                   IN ROOM DINING
712 Loly             2              712 Loly              3
-------------------------------     -----------------------------
 1633 /1     7448   GST 1            1523 /1     7460   GST 1
     MAR13'12  5:43AM                   MAR13'12  7:45AM
-------------------------------     -----------------------------
  1 Yogurt Parfait   7.00             1 S- TWO EGGS     4.00
  1 SM POT BEVG      7.00             1 SM POT BEVG     7.00
  1 MILK          4.00                1 DELIVERY CHARGE   3.50
  1 DELIVERY CHARGE   3.50              14
1400.00%                              1 Server Number    0.00
  1 Server Number    0.00               10.00%
    10.00%                              SEDGEWICK      1.10-
    SEDGEWICK      1.80-               Food Sales    11.00
    Food Sales    18.00                Delivery Charge   3.50
    Delivery Charge   3.50             Discount total   1.10-
    Discount total   1.80-             SERVICE CHARGES    2.00
    SERVICE CHARGES    3.00            21% Svc Charge    2.31
    21% Svc Charge    3.78             TAX        1.10
    TAX         1.65                   TOTAL PAID    18.81
    TOTAL PAID    28.13                $ CHARGE TIP    2.00
    $ CHARGE TIP    3.00               1523/Steinmann
    1633/Connolly                      ROOM CHARGE     18.81
    ROOM CHARGE     28.13        ----712 CLOSED MAR13  8:23AM----
----712 CLOSED MAR13  7:44AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                   IN ROOM DINING
714 Katie              2            125 JEFFERY            2
-------------------------------    -------------------------------
 1 /2      7463    GST 1            1733 /1    7470   GST 1
      MAR13'12  8:25AM                  MAR13'12  6:06PM
-------------------------------    -------------------------------
   REPRINT                          1 Half Chicken      19.00
   CLOSED CHECK                     1 Side Salad         4.00
   COFFEE BREAK                     1 ICED TEA           2.95
10 OPEN FOOD        155.00          1 DELIVERY CHARGE    3.50
 2 SOFT DRINK         5.90            Food Sales        25.95
   23.00%                             Delivery Charge    3.50
   23% Svc Charge    37.01            SERVICE CHARGES    2.00
   SUBTOTAL         160.90            21% Svc Charge      5.45
   SERVICE CHARGES   37.01            TAX                2.45
   TAX               13.86            TOTAL PAID        39.35
   TOTAL PAID       211.77            $ CHARGE TIP       2.00
   9021/Sedgwick Law                  1733/Giewat
   ROOM CHARGE      211.77 X          ROOM CHARGE       39.35
----714 CLOSED MAR13 8:25AM----    ----125 CLOSED MAR13 6:42PM----
SERVICE CHARGE INCLUDES GRATUITY
```

Additional Gratuity:_____

Total:_____

Print Name:_____

Room #:_____

Signature:_____
SIGN ABOVE FOR ROOM CHARGES ONLY

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          AVANZARE BAR                     AVANZARE BAR
503 MICHAEL            2            503 MICHAEL            2
-------------------------------    -------------------------------
CHK  4577  MAR13'12  4:11PM         CHK  4578  MAR13'12  4:14PM
-------------------------------    -------------------------------
#########                           1 Latte Tall        3.25
 1 Guest / Room                       1327
 1 Lunch Wrap        5.00           1 Guest / Room
   Food Sales        5.00             Food Sales         3.25
   TAX               0.35             SERVICE CHARGES    0.60
   TOTAL PAID        5.35             TAX                0.23
   1605/Simon                         TOTAL PAID         4.08
   ROOM CHARGE       5.35             $ CHARGE TIP       0.60
----503 CLOSED MAR13 4:14PM----       1327/Kent
                                      ROOM CHARGE        4.08
                                   ----503 CLOSED MAR13 4:25PM----
```

```
HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
   AVANZARE BAR                            AVANZARE BAR
134 Jessica            2                  507 Ashley            3
--------------------------------       --------------------------------
   5 /1      4584                       CHK  4635  MAR13'12  8:53PM
      MAR13'12  4:59PM                  --------------------------------
--------------------------------
Misc Personal Charge                   Misc Personal Charge
                       10.50                                 16.00

                       10.50                                 16.00
                                       SERVICE CHARGES     3.00
                        7.00           TAX            1.12
                                       TOTAL PAID      20.12
                       28.00           $ CHARGE TIP        3.00
   SERVICE CHARGES     6.00            1327/Kent
   TAX            1.96                  ROOM CHARGE     20.12
   TOTAL PAID     35.96                 ----507 CLOSED MAR13  9:14PM----
   $ CHARGE TIP        6.00
   1605/Simon
   ROOM CHARGE     35.96
   ----134 CLOSED MAR13  5:43PM----


   HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
   AVANZARE BAR                            AVANZARE RESTAURANT
505 Steven            2                 136 Jelena            2
--------------------------------       --------------------------------
CHK  4675  MAR13'12 11:35PM               11 /1      2006   GST 1
--------------------------------            MAR12'12  7:59AM
   1 Choco Lava Cake    6.00           --------------------------------
   Food Sales      6.00                   1 Coffee        3.75
   SERVICE CHARGES     1.00               1 2Eggs Ham     14.75
   TAX            0.42                     Food Sales     18.50
   TOTAL PAID      7.42                    SERVICE CHARGES     3.60
   $ CHARGE TIP        1.00               TAX            1.30
   1631/Gooden                            TOTAL PAID     23.40
   ROOM CHARGE      7.42                   $ CHARGE TIP        3.60
   ----505 CLOSED MAR14  1:09AM----       1605/Simon
                                          ROOM CHARGE     23.40
                                          ----136 CLOSED MAR12  8:23AM----
```

All Deducted

All Deducted

```
      HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
      AVANZARE RESTAURANT              AVANZARE RESTAURANT
103 Tricia          2             103 Tricia          2
-------------------------------   -------------------------------
  91 /1   2014   GST 1              61 /1   2999   GST 1
      MAR12'12  9:14AM                  MAR12'12  6:45AM
-------------------------------   -------------------------------
  1 ORANGE JUICE    3.75            1 Coffee        3.75
  1 2 Eggs          4.00            1 ORANGE JUICE    3.75
  1 Oatmeal Ban-Str  7.00           1 2Eggs Ham     14.75
  Food Sales      14.75             Food Sales      22.25
  SERVICE CHARGES    2.00           SERVICE CHARGES    4.19
  TAX             1.04              TAX             1.56
  TOTAL PAID      17.79             TOTAL PAID      28.00
  $ CHARGE TIP      2.00            $ CHARGE TIP      4.19
  1623/Jackson                     1733/Giewat
  ROOM CHARGE      17.79            ROOM CHARGE      28.00
----103 CLOSED MAR12  9:43AM----  ----103 CLOSED MAR12  7:14AM----


      HYATT REGENCY TAMPA
      AVANZARE DELI                    HYATT REGENCY TAMPA
709 Soumia          2                  IN ROOM DINING
------------------------------    719 Eddie          3
CHK  3881  MAR12'12  7:31AM       -------------------------------
------------------------------      1633 /1   7405   GST 1
  1 Latte Venti    3.75                 MAR12'12  6:38AM
  Food Sales       3.75           -------------------------------
  SERVICE CHARGES    0.75           1 Yogurt Parfait   7.00
  TAX             0.27              1 SM POT BEVG     7.00
  TOTAL PAID       4.77             1 MILK          4.00
  $ CHARGE TIP      0.75            1 DELIVERY CHARGE   3.50
  1327/Kent                           13
  ROOM CHARGE       4.77            1 Server Number   0.00
----709 CLOSED MAR12  7:32AM----    10.00%
                                    SEDGEWICK      1.80-
                                    Food Sales      18.00
                                    Delivery Charge   3.50
                                    Discount total   1.80-
                                    SERVICE CHARGES    3.00
                                    21% Svc Charge    3.78
                                    TAX             1.65
                                    TOTAL PAID      28.13
                                    $ CHARGE TIP      3.00
                                    1633/Connolly
                                    ROOM CHARGE      28.13
                                  ----719 CLOSED MAR12  7:50AM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
714 Katie              2
--------------------------------
 1 /1      7412    GST 1
      MAR12'12 12:35PM
--------------------------------
    COFFEE BREAK
10  OPEN FOOD        155.00
1300.00%
 1 Server Number      0.00
   23.00%
   23% Svc Charge    35.65
   Food Sales        155.00
   SERVICE CHARGES   35.65
   TAX               13.35
   TOTAL PAID    204.00
   EXEMPTION       0.00  X
9021/Sedgwick Law
   ROOM CHARGE     204.00  X
----714 CLOSED MAR12 12:36PM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
719 Eddie              3
--------------------------------
1733 /1     7414    GST 1
      MAR12'12  1:00PM
--------------------------------
 1 Angus Burger      14.00
 1 ICED TEA           2.95
 1 DELIVERY CHARGE    3.50
   13
 1 Server Number      0.00
   10.00%
   SEDGEWICK          1.70-
   Food Sales        16.95
   Delivery Charge    3.50
   Discount total     1.70-
   SERVICE CHARGES    4.00
   21% Svc Charge     3.56
   TAX                1.57
   TOTAL PAID        27.88
   $ CHARGE TIP       4.00
   1733/Giewat
   ROOM CHARGE       27.88
----719 CLOSED MAR12  2:01PM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
718 Tyrone            1
--------------------------------
 1 /2      7445
      MAR12'12  9:37PM
--------------------------------
24 Aquafina          72.00
   GALLON COFFEE
```
Misc Personal Charge
```
   SEDGEWICK          7.20-
   Food Sales        72.00
```
Misc Personal Charge   65.00
```
   Discount total     7.20-
   21% Svc Charge    28.77
   TAX               11.10
   TOTAL PAID    169.67
9021/Sedgwick Law
   ROOM CHARGE    169.67
----718 CLOSED MAR12  9:40PM----
```
$83.20 Deducted

```
HYATT REGENCY TAMPA
   AVANZARE BAR
507 Ashley            2
--------------------------------
CHK  4463 MAR12'12  6:49PM
--------------------------------
 2 Soda/ I Tea        5.90
 1 Side Caesar        5.00
 1 Arugula Salad      9.00
 1 Filet of Beef     35.00
 1 Half Chicken      19.00
   Food Sales        73.90
   SERVICE CHARGES   15.00
   TAX                5.18
   TOTAL PAID        94.08
   $ CHARGE TIP      15.00
   1733/Giewat
   ROOM CHARGE       94.08
----507 CLOSED MAR12  8:02PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
507 Ashley              2
-------------------------------
CHK  4491  MAR12'12  9:12PM
-------------------------------
Misc Personal Charge      16.00
                          16.00
   Misc Personal      32.00
   SERVICE CHARGES      5.00
   TAX              2.24
   TOTAL PAID       39.24
   $ CHARGE TIP      5.00
   1523/Steinmann
   ROOM CHARGE       39.24      All Deducted
----507 CLOSED MAR12 9:16PM----
```

```
        HYATT REGENCY TAMPA
          AVANZARE BAR
507 Ashley              2
-------------------------------
CHK  4506  MAR12'12 10:51PM
-------------------------------
   Misc Personal       5.00
       Charge          8.00
                       5.00
                       8.00
   SERVICE CHARGES     2.25
   TAX              0.91
   TOTAL PAID       16.16
   $ CHARGE TIP      2.25
   1327/Kent
   ROOM CHARGE       16.16      All Deducted
----507 CLOSED MAR12 11:23PM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
132 DAVID STREET           2
-------------------------------
14 /1      2940   GST 1
        MAR11'12  9:00AM
-------------------------------
1 Coffee          3.75
1 ORANGE JUICE      3.75
1 Zuchini Frittata  14.50
  Food Sales      22.00
  SERVICE CHARGES     4.00
  TAX              1.54
  TOTAL PAID       27.54
  $ CHARGE TIP      4.00
  1733/Giewat
  ROOM CHARGE       27.54
----132 CLOSED MAR11 10:58AM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
132 DAVID STREET           2
-------------------------------
14 /2      2947   GST 1
        MAR11'12  9:36AM
-------------------------------
1 2Eggs Ham        14.75
1 Coffee          3.75
  Food Sales      18.50
  SERVICE CHARGES     4.00
  TAX              1.30
  TOTAL PAID       23.80
  $ CHARGE TIP      4.00
  1605/Simon
  ROOM CHARGE       23.80
----132 CLOSED MAR11 10:58AM----
```

```
HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
AVANZARE RESTAURANT                      AVANZARE DELI
136 Jelena          2                   720 Shaina          2
-------------------------------         -------------------------------
7 /1    2975   GST 1                    CHK  3790  MAR11'12  8:33AM
     MAR11'12 11:23AM                   -------------------------------
-------------------------------
 1  Brkfast Buffet   16.50               1 Latte Tall      3.25
    Food Sales      16.50                  Food Sales      3.25
    SERVICE CHARGES    2.00                SERVICE CHARGES   0.52
    TAX             1.16                    TAX             0.23
    TOTAL PAID      19.66                   TOTAL PAID      4.00
    $ CHARGE TIP     2.00                   $ CHARGE TIP    0.52
    1623/Jackson                            1327/Kent
    ROOM CHARGE      19.66                  ROOM CHARGE     4.00
----136 CLOSED MAR11 11:40AM----        ----720 CLOSED MAR11  8:40AM----


     HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
       IN ROOM DINING                        IN ROOM DINING
714 Katie           2                   706 STACIE G           3
-------------------------------         -------------------------------
 1/1     7367   GST 1                     302 /1    7369   GST 1
     MAR11'12  9:09AM                        MAR11'12  9:40AM
-------------------------------         -------------------------------
    REPRINT                              1 Zucchini Frittat  14.50
    CLOSED CHECK                         1 TOMATO JUICE      4.75
    COFFEE BREAK                         1 DELIVERY CHARGE   3.50
10  OPEN FOOD      155.00                700.00%
 4  SOFT DRINK       9.00                1 Server Number     0.00
 3  Aquafina         9.00                 10.00%
    23.00%                                 SEDGEWICK        1.93-
    23% Svc Charge   39.79                 Food Sales       19.25
    SUBTOTAL        173.00                 Delivery Charge   3.50
    SERVICE CHARGES  39.79                 Discount total   1.93-
    TAX             14.90                  SERVICE CHARGES  5.00
    TOTAL PAID      227.69                 21% Svc Charge   4.04
    9021/Sedgwick Law                     TAX              1.75
    ROOM CHARGE     227.69 X              TOTAL PAID       31.61
----714 CLOSED MAR11  9:10AM----          $ CHARGE TIP     5.00
SERVICE CHARGE INCLUDES GRATUITY         302/Campo
                                         ROOM CHARGE       31.61
Additional Gratuity:_____       ----706 CLOSED MAR11 10:07AM----


Total:_____

Print Name:_____

Room #:_____

Signature:_____
SIGN ABOVE FOR ROOM CHARGES ONLY
```

```
        HYATT REGENCY TAMPA               HYATT REGENCY TAMPA
          IN ROOM DINING                    IN ROOM DINING
706 STACIE G          3            706 STACIE G           4
-------------------------------    -------------------------------
 1637 /1    7375   GST 2            1633 /1     7377   GST 1
   MAR11'12 12:43PM                    MAR11'12  1:41PM
-------------------------------    -------------------------------
 1 Tortilla Soup Bo   6.00          1 Cuban Panini    12.00
 1 Soup 1/2 Sand      9.00          1 Tortilla Soup Bo   6.00
 1 DELIVERY CHARGE    3.50          1 LARGE MILK      7.00
 700.00%                            1 DELIVERY CHARGE   3.50
 1 Server Number      0.00          700.00%
 10.00%                             1 Server Number    0.00
  SEDGEWICK          1.50-          10.00%
  Food Sales        15.00           SEDGEWICK        2.50-
  Delivery Charge    3.50           Food Sales      25.00
  Discount total     1.50-          Delivery Charge   3.50
  SERVICE CHARGES    5.00           Discount total   2.50-
  21% Svc Charge     3.15           SERVICE CHARGES   3.00
  TAX               1.42            21% Svc Charge    5.25
  TOTAL PAID    26.57               TAX             2.19
  $ CHARGE TIP       5.00           TOTAL PAID     36.44
  1637/Coulter                      $ CHARGE TIP      3.00
  ROOM CHARGE       26.57           1633/Connolly
----706 CLOSED MAR11  1:36PM----    ROOM CHARGE      36.44
                                  ----706 CLOSED MAR11  2:35PM----


        HYATT REGENCY TAMPA               HYATT REGENCY TAMPA
          IN ROOM DINING                    IN ROOM DINING
718 Tyrone            2            718 Tyrone            1
-------------------------------    -------------------------------
 302 /1     7387   GST 1            1 /1     7392
   MAR11'12 7:33PM                     MAR11'12  9:04PM
-------------------------------    -------------------------------
 1 Salmon Filet      24.00         12 SOFT DRINK      35.40
 1 DELIVERY CHARGE    3.50         16 Evian SM       48.00
 10.00%                             5 Aquafina       15.00
  SEDGEWICK          2.40-          3 Perrier        11.85
  Food Sales        24.00          10.00%
  Delivery Charge    3.50           SEDGEWICK       11.03-
  Discount total     2.40-          Food Sales     110.25
  SERVICE CHARGES    3.00           Discount total  11.03-
  21% Svc Charge     5.04           21% Svc Charge   23.15
  TAX               2.11            TAX             8.57
  TOTAL PAID    35.25               TOTAL PAID    130.94
  $ CHARGE TIP       3.00           9021/Sedgwick Law
  302/Campo                         ROOM CHARGE    130.94
  ROOM CHARGE       35.25        ----718 CLOSED MAR11  9:05PM----
----718 CLOSED MAR11  8:04PM----
```

```
         HYATT REGENCY TAMPA                        HYATT REGENCY TAMPA
          AVANZARE BAR                                AVANZARE BAR
506 Ted                    3                 506 Ted                    2
--------------------------------             --------------------------------
CHK  4326  MAR11'12  2:29PM                  CHK  4335  MAR11'12  4:34PM
--------------------------------             --------------------------------
 1 Side Salad        5.00                     1 Latte Tall         3.25
 1 CRANBERRY JUICE   3.75                        1327
 1 Arugula Shrimp   15.00                     1 Guest / Room
 1 Rotisse Chk Sand 13.00                       Food Sales         3.25
 173300.00%                                     SERVICE CHARGES    0.52
 1 Guest / Room                                 TAX                0.23
   Food Sales       36.75                       TOTAL PAID         4.00
   SERVICE CHARGES   7.00                       $ CHARGE TIP       0.52
   TAX               2.58                       1327/Kent
   TOTAL PAID       46.33                       ROOM CHARGE        4.00
   $ CHARGE TIP      7.00                  ----506 CLOSED MAR11  4:35PM----
   1733/Giewat
   ROOM CHARGE      46.33
----506 CLOSED MAR11  3:00PM----


         HYATT REGENCY TAMPA                        HYATT REGENCY TAMPA
          AVANZARE BAR                               AVANZARE RESTAURANT
504 Pilar                  4                 132 DAVID STREET           2
--------------------------------             --------------------------------
CHK  4384  MAR11'12 10:38PM                  14 /1      2809   GST 2
--------------------------------                  MAR10'12  8:39AM
Misc Personal Charge        22.50            --------------------------------
                                              1 Brkfast Buffet   16.50
                            22.50             1 Brkfast Buffet   16.50
                                              1 Ham               5.00
                                                Food Sales       38.00
                                                SERVICE CHARGES   7.60
               45.00                             TAX               2.66
   SERVICE CHARGES   10.00                       TOTAL PAID       48.26
   TAX               3.15                        $ CHARGE TIP      7.60
   TOTAL PAID       58.15                        1605/Simon
   $ CHARGE TIP     10.00                        ROOM CHARGE      48.26
   1639/Bromwell                            ----132 CLOSED MAR10  9:44AM----
   ROOM CHARGE      58.15    All Deducted
----504 CLOSED MAR11 11:38PM----
```

```
    HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
    AVANZARE RESTAURANT                       AVANZARE DELI
102 DAVID              4                  709 Soumia              2
-------------------------------          -------------------------------
 92 /1     2871    GST 3                  CHK  3666 MAR10'12  8:08AM
   MAR10'12 2:06PM                        -------------------------------
-------------------------------            1 Latte Venti     3.75
 2 Tortilla Soup Bo   12.00                  Food Sales      3.75
 1 Arugula Salad       9.00                  SERVICE CHARGES     0.75
 1 Caesar Chix        13.00                  TAX          0.27
 1 Caesar Shrimp      15.00                  TOTAL PAID   4.77
 1 Fish San Grill     14.00                  $ CHARGE TIP    0.75
   Food Sales         63.00                1327/Kent
   SERVICE CHARGES     14.00               ROOM CHARGE       4.77
   TAX          4.41                     ----709 CLOSED MAR10  8:15AM----
   TOTAL PAID     81.41
   $ CHARGE TIP    14.00
 302/Campo
   ROOM CHARGE        81.41
----102 CLOSED MAR10  3:06PM----


    HYATT REGENCY TAMPA                     HYATT REGENCY TAMPA
     IN ROOM DINING                          IN ROOM DINING
712 Loly              3                   714 Katie              2
-------------------------------          -------------------------------
 1523 /1    7318   GST 1                   1 /1     7321    GST 1
   MAR10'12  8:11AM                          MAR10'12  9:14AM
-------------------------------          -------------------------------
 1 Grain Pancakes     12.50                REPRINT
 1 SM POT BEVG         7.00                CLOSED CHECK
 1 DELIVERY CHARGE    3.50                 COFFEE BREAK
   1400.00%                              10  OPEN FOOD       155.00
 1 Server Number      0.00                   23.00%
   10.00%                                    23% Svc Charge   35.65
   SEDGEWICK          1.95-                  SUBTOTAL      155.00
   Food Sales        19.50                   SERVICE CHARGES    35.65
   Delivery Charge    3.50                   TAX          13.35
   Discount total     1.95-                  TOTAL PAID    204.00
   SERVICE CHARGES     4.00               9021/Sedgwick Law
   21% Svc Charge     4.10                   ROOM CHARGE      204.00  X
   TAX          1.77                     ----714 CLOSED MAR10  9:16AM----
   TOTAL PAID     30.92                   SERVICE CHARGE INCLUDES GRATUITY
   $ CHARGE TIP     4.00
 1523/Steinmann                          Additional Gratuity:_____
   ROOM CHARGE        30.92
----712 CLOSED MAR10  9:08AM----         Total:_____

                                         Print Name:_____

                                         Room #:_____

                                         Signature:_____
                                         SIGN ABOVE FOR ROOM CHARGES ONLY
```

```
      HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
        IN ROOM DINING                          IN ROOM DINING
714 Katie              3                  718 Tyrone              3
-------------------------------           -------------------------------
 302 /1      7326   GST 1                   302 /1     7349   GST 1
     MAR10'12 10:10AM                          MAR10'12  7:31PM
-------------------------------           -------------------------------
 1 Mushroom Omelett  14.50                  1 Flatbrd          12.00
 1 TOMATO JUICE        4.75                 1 SOFT DRINK        2.25
 1 DELIVERY CHARGE     3.50                 1 DELIVERY CHARGE   3.50
     700.00%                                    10.00%
 1 Server Number       0.00                   SEDGEWICK         1.43-
     10.00%                                   Food Sales       14.25
   SEDGEWICK           1.93-                  Delivery Charge   3.50
   Food Sales         19.25                   Discount total   1.43-
   Delivery Charge     3.50                   SERVICE CHARGES   2.00
   Discount total      1.93-                  21% Svc Charge    2.99
   21% Svc Charge      4.04                   TAX               1.36
   TAX                 1.75                   TOTAL PAID       22.67
   TOTAL PAID         26.61                   $ CHARGE TIP      2.00
   302/Campo                                  302/Campo
   ROOM CHARGE        26.61                   ROOM CHARGE      22.67
----714 CLOSED MAR10 10:45AM----          ----718 CLOSED MAR10  7:54PM----


      HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
        IN ROOM DINING                          AVANZARE BAR
125 JEFFERY            2                   507 Ashley              2
-------------------------------           -------------------------------
 1631 /1     7350   GST 1                  CHK 4198 MAR10'12  7:01PM
     MAR10'12  7:34PM                      -------------------------------
Misc Personal Charge -----                  1 Arugula Salad    9.00
                   1 328                     1 + Shrimp         6.00
                   43.00                      Food Sales       15.00
            RGE     3.50                      SERVICE CHARGES   3.00
                   43.00                      TAX               1.05
   Delivery Charge   3.50                     TOTAL PAID       19.05
   SERVICE CHARGES   3.00                     $ CHARGE TIP      3.00
   21% Svc Charge    9.03                     1605/Simon
   TAX               3.89                     ROOM CHARGE      19.05
   TOTAL PAID       62.42                  ----507 CLOSED MAR10  8:21PM----
   $ CHARGE TIP      3.00
   1633/Connolly
   ROOM CHARGE      62.42    All Deducted
----125 CLOSED MAR10 8:00PM----
```

```
         HYATT REGENCY TAMPA
           AVANZARE BAR
507 Ashley                 2
--------------------------------
CHK  4203  MAR10'12  7:30PM
--------------------------------
  1 Soda/ I Tea      2.75
  1 Side Salad       5.00
  1 NY Strip        32.00
    Food Sales      39.75
    SERVICE CHARGES  8.00
    TAX              2.79
    TOTAL PAID      50.54
    $ CHARGE TIP     8.00
    1733/Giewat
    ROOM CHARGE     50.54
----507 CLOSED MAR10  8:21PM----
```

```
         HYATT REGENCY TAMPA
           AVANZARE BAR
507 Ashley                 3
--------------------------------
CHK  4212  MAR10'12  8:06PM
--------------------------------
  1 Choco Lava Cake   6.00
    Food Sales        6.00
    SERVICE CHARGES   1.00
    TAX               0.42
    TOTAL PAID        7.42
    $ CHARGE TIP      1.00
    1605/Simon
    ROOM CHARGE       7.42
----507 CLOSED MAR10  8:41PM----
```

```
         HYATT REGENCY TAMPA
           AVANZARE BAR
507 Ashley                 3
--------------------------------
CHK  4223  MAR10'12  9:00PM
--------------------------------
  Misc Personal Charge
                     16.00


                     16.00
    SERVICE CHARGES   2.60
    TAX               1.12
    TOTAL PAID       19.72
    $ CHARGE TIP      2.60
    1327/Kent
    ROOM CHARGE      19.72    All Deducted
----507 CLOSED MAR10  9:25PM----
```

```
         HYATT REGENCY TAMPA
         AVANZARE RESTAURANT
102 DAVID                  2
--------------------------------
 51 /1       2657    GST 1
      MAR09'12  8:43AM
--------------------------------
  1 ORANGE JUICE     3.75
  1 Coffee           3.75
  1 CBeef Hash      14.75
    Food Sales      22.25
    SERVICE CHARGES  5.00
    TAX              1.56
    TOTAL PAID      28.81
    $ CHARGE TIP     5.00
    1701/Campo
    ROOM CHARGE     28.81
----102 CLOSED MAR09  9:38AM----
```

```
HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
  AVANZARE RESTAURANT               AVANZARE DELI
103 Tricia        2               709 Soumia            2
-------------------------------   -------------------------------
 51 /1    2728   GST 2            CHK  3434  MAR09'12  7:24AM
      MAR09'12 12:51PM            -------------------------------
-------------------------------    1 Latte Venti     3.75
 1 Angus Burger    14.00           Food Sales        3.75
 1 Angus Burger    14.00           SERVICE CHARGES   0.75
 1 Coffee           3.75           TAX               0.27
  Food Sales       31.75           TOTAL PAID        4.77
  SERVICE CHARGES   6.00           $ CHARGE TIP      0.75
  TAX               2.23           1327/Kent
  TOTAL PAID       39.98           ROOM CHARGE       4.77
  $ CHARGE TIP      6.00          ----709 CLOSED MAR09 7:29AM----
  1605/Simon
  ROOM CHARGE      39.98
----103 CLOSED MAR09 1:36PM----


  HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
    IN ROOM DINING                    IN ROOM DINING
706 STACIE G        3             718 Tyrone            1
-------------------------------   -------------------------------
1633 /1     7258   GST 1           1 /1      7296
      MAR09'12 6:02AM                   MAR09'12 5:04PM
-------------------------------   -------------------------------
 1 SM POT BEVG      7.00          24 Aquafina        72.00
 1 Yogurt Parfait   7.00           1 DELIVERY CHARGE  3.50
 1 DELIVERY CHARGE  3.50             10.00%
   700.00%                          SEDGEWICK         7.20-
 1 Server Number    0.00           Food Sales        72.00
   10.00%                          Delivery Charge    3.50
  SEDGEWICK         1.40-          Discount total     7.20-
  Food Sales       14.00          21% Svc Charge     15.12
  Delivery Charge   3.50           TAX                5.84
  Discount total    1.40-          TOTAL PAID        89.26
  SERVICE CHARGES   3.00           9021/Sedgwick Law
 21% Svc Charge     2.94           ROOM CHARGE       89.26
  TAX               1.33          ----718 CLOSED MAR09 5:05PM----
  TOTAL PAID       23.37
  $ CHARGE TIP      3.00
  1633/Connolly
  ROOM CHARGE      23.37
----706 CLOSED MAR09 8:16AM----
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
           AVANZARE BAR                           AVANZARE BAR
507 Ashley            3                    504 Pilar            3
-------------------------------            -------------------------------
CHK  4003  MAR09'12  7:00PM                CHK  4059  MAR09'12 10:57PM
-------------------------------            -------------------------------
  2 Half Chicken    38.00                  Misc Personal Charge
  1 Arugula Salad    9.00                                     8.00
  1 Side Salad       5.00
  1 Soda/ I Tea      2.75
 160500.00%                                                   8.00
  1 Guest / Room                           SERVICE CHARGES    1.44
   Food Sales       54.75                  TAX                0.56
   SERVICE CHARGES   11.00                 TOTAL PAID        10.00
   TAX               3.84                  $ CHARGE TIP       1.44
   TOTAL PAID       69.59                  1605/Simon
   $ CHARGE TIP     11.00                  ROOM CHARGE       10.00        All Deducted
   1605/Simon
   ROOM CHARGE      69.59                  ----504 CLOSED MAR09 11:04PM----
----507 CLOSED MAR09  8:08PM----


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                    AVANZARE RESTAURANT
102 DAVID            2                      136 Jelena            2
-------------------------------            -------------------------------
4 /1      2414    GST 1                     63 /1      2454    GST 1
    MAR08'12  7:51AM                            MAR08'12  8:42AM
-------------------------------            -------------------------------
  1 Brkfast Buffet   16.50                   1 Brkfast Buffet   16.50
   Food Sales       16.50                     Food Sales       16.50
   SERVICE CHARGES   2.50                     SERVICE CHARGES    3.50
   TAX               1.16                     TAX               1.16
   TOTAL PAID       20.16                     TOTAL PAID       21.16
   $ CHARGE TIP      2.50                     $ CHARGE TIP       3.50
   1701/Campo                                 1631/Steere
   ROOM CHARGE      20.16                     ROOM CHARGE      21.16
----102 CLOSED MAR08  9:31AM----            ----136 CLOSED MAR08  9:01AM----
```

```
        HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
          AVANZARE BAR                             AVANZARE BAR
507 Ashley              3                   504 Pilar              3
--------------------------------           --------------------------------
CHK  4003  MAR09'12  7:00PM                 CHK  4059  MAR09'12 10:57PM
--------------------------------           --------------------------------
  2 Half Chicken    38.00                   Misc Personal Charge
  1 Arugula Salad    9.00                                        8.00
  1 Side Salad       5.00
  1 Soda/ I Tea      2.75
  160500.00%                                               8.00
  1 Guest / Room                            SERVICE CHARGES    1.44
    Food Sales      54.75                   TAX                0.56
    SERVICE CHARGES    11.00                TOTAL PAID        10.00
    TAX              3.84                    $ CHARGE TIP       1.44
    TOTAL PAID      69.59                    1605/Simon
    $ CHARGE TIP    11.00                    ROOM CHARGE       10.00    All Deducted
    1605/Simon                              ----504 CLOSED MAR09 11:04PM----
    ROOM CHARGE      69.59
  ----507 CLOSED MAR09  8:08PM----



        HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
       AVANZARE RESTAURANT                      AVANZARE RESTAURANT
102 DAVID              2                    136 Jelena             2
--------------------------------           --------------------------------
  4 /1     2414    GST 1                     63 /1      2454    GST 1
       MAR08'12  7:51AM                           MAR08'12  8:42AM
--------------------------------           --------------------------------
  1  Brkfast Buffet    16.50                 1  Brkfast Buffet    16.50
    Food Sales       16.50                     Food Sales       16.50
    SERVICE CHARGES   2.50                     SERVICE CHARGES    3.50
    TAX             1.16                       TAX              1.16
    TOTAL PAID      20.16                      TOTAL PAID       21.16
    $ CHARGE TIP     2.50                      $ CHARGE TIP      3.50
    1701/Campo                                 1631/Steere
    ROOM CHARGE      20.16                     ROOM CHARGE       21.16
  ----102 CLOSED MAR08  9:31AM----          ----136 CLOSED MAR08  9:01AM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
132 DAVID STREET          2
--------------------------------
  55 /1     2474    GST 1
        MAR08'12  9:10AM
--------------------------------
  1 Coffee        3.75
  1 2 Eggs        4.00
  1 Ham           5.00
    Food Sales       12.75
    SERVICE CHARGES      2.50
    TAX          0.90
    TOTAL PAID     16.15
    $ CHARGE TIP      2.50
    1605/Simon
    ROOM CHARGE      16.15
----132 CLOSED MAR08  9:33AM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE RESTAURANT
102 DAVID              2
--------------------------------
  49 /2     2476    GST 1
        MAR08'12  9:21AM
--------------------------------
  1 Brkfast Buffet   16.50
    Food Sales       16.50
    SERVICE CHARGES      2.00
    TAX          1.16
    TOTAL PAID     19.66
    $ CHARGE TIP      2.00
    1623/Jackson
    ROOM CHARGE      19.66
----102 CLOSED MAR08  9:34AM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE DELI
709 Soumia              2
--------------------------------
CHK  3187  MAR08'12  7:00AM
--------------------------------
  1 Latte Venti     3.75
  1 Mini Parfait    3.00
    Food Sales        6.75
    SERVICE CHARGES      1.00
    TAX          0.48
    TOTAL PAID      8.23
    $ CHARGE TIP      1.00
    1327/Kent
    ROOM CHARGE       8.23
----709 CLOSED MAR08  7:04AM----
```

```
        HYATT REGENCY TAMPA
        AVANZARE DELI
709 Soumia              2
--------------------------------
CHK  3358  MAR08'12  12:34PM
--------------------------------
  1 Latte Grande    3.50
    Food Sales        3.50
    SERVICE CHARGES      1.00
    TAX          0.25
    TOTAL PAID      4.75
    $ CHARGE TIP      1.00
    1327/Kent
    ROOM CHARGE       4.75
----709 CLOSED MAR08 12:35PM----
```

```
        HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
         IN ROOM DINING                            AVANZARE BAR
714 Katie              1                    122 MICHAEL L          2
--------------------------------            --------------------------------
 1523 /1    7194   GST 1                     2 /1      4829
      MAR08'12 9:21AM                             MAR08'12 7:27PM
--------------------------------            Misc Personal Charge
 1 S- TWO EGGS      4.00                                        12.00
 1 DELIVERY CHARGE    3.50                                     10.50
    10.00%
  SEDGEWICK       0.40-                                         8.00
  Food Sales      4.00                       1 Calamari Fries   13.00
  Delivery Charge  3.50                        Food Sales       13.00
  Discount total  0.40-                     Misc Personal Charge
  21% Svc Charge   0.84                                         10.50
  TAX             0.56                                          20.00
  TOTAL PAID       8.50                       SERVICE CHARGES    10.00
  1523/Steinmann                              TAX              3.05
  ROOM CHARGE       8.50                      TOTAL PAID        56.55
----714 CLOSED MAR08  9:22AM----             $ CHARGE TIP       10.00
                                             1701/Campo
                                             ROOM CHARGE    56.55    [$37.64 Deducted]
                                           ----122 CLOSED MAR08  8:42PM----


        HYATT REGENCY TAMPA                      HYATT REGENCY TAMPA
        AVANZARE RESTAURANT                      AVANZARE RESTAURANT
103 Tricia             4                    138 Jessica            2
--------------------------------            --------------------------------
 81 /1      2287   GST 1                     99 /1      2298   GST 1
      MAR07'12 1:25PM                             MAR07'12 4:16PM
--------------------------------            --------------------------------
 1 Soda/ I Tea     2.75
 1 Asian Buffet   13.50                      1 Latte Tall      3.25
  Food Sales      16.25                        Food Sales       3.25
  SERVICE CHARGES   2.50                       SERVICE CHARGES    0.52
  TAX             1.14                          TAX              0.23
  TOTAL PAID      19.89                         TOTAL PAID        4.00
  $ CHARGE TIP     2.50                         $ CHARGE TIP      0.52
  1623/Jackson                                 1327/Kent
  ROOM CHARGE      19.89                        ROOM CHARGE       4.00
----103 CLOSED MAR07  1:52PM----            ----138 CLOSED MAR07  4:31PM----
```

```
          HYATT REGENCY TAMPA
         AVANZARE RESTAURANT
711 MICHAEL L.              2
-------------------------------
  72 /1      2337     GST 2
         MAR07'12  9:05PM
-------------------------------
  1 Soda/ I Tea      2.75
  1 Grouper Bites   10.00
  1 NY Strip        32.00
  1 Fish Tacos      12.00
  Misc Personal Charge   10.50

  Food Sales        56.75
  Misc Personal Charge   10.50
  SERVICE CHARGES      8.00
  TAX                  4.71
  TOTAL PAID       79.96
  $ CHARGE TIP         8.00
  1623/Jackson
  ROOM CHARGE      79.96      $14.83 Deducted
----711 CLOSED MAR07  9:55PM----
```

```
         HYATT REGENCY TAMPA
           IN ROOM DINING
125 JEFFERY                2
-------------------------------
  1 /1       7131     GST 1
         MAR07'12  6:11PM
-------------------------------
  3 Tortilla Soup Bo   18.00
  1 Tempura Shrimp    12.00
  1 Grouper Bites     10.00
  1 Caesar Salad      13.00
  1 Salmon Filet      24.00
  2 ICED TEA           5.00
  1 SM POT BEVG        7.00
  1 DELIVERY CHARGE    3.50
  Food Sales          89.00
  Delivery Charge      3.50
  21% Svc Charge      18.69
  TAX                  7.79
  TOTAL PAID       118.98
  9021/Sedgwick Law
  ROOM CHARGE     118.98
----125 CLOSED MAR07  6:54PM----
```

```
         HYATT REGENCY TAMPA
           IN ROOM DINING
125 JEFFERY                2
-------------------------------
  1701 /1     7148     GST 1
         MAR07'12  7:33PM
-------------------------------
  1 Cntry Pork Chp    24.00
  1 Caesar Salad      13.00
  1 Creme Brulee       6.00
  Misc Personal Charge   1 223
                       36.00
  1 DELIVERY CHARGE    3.50
  Food Sales          43.00
  Misc Personal Charge   36.00
  Delivery Charge      3.50
  SERVICE CHARGES      5.00
  21% Svc Charge      16.59
  TAX                  6.93
  TOTAL PAID       111.02
  $ CHARGE TIP         5.00
  1701/Campo
  ROOM CHARGE     111.02      $50.33 Deducted
----125 CLOSED MAR07  9:29PM----
```

```
         HYATT REGENCY TAMPA
            AVANZARE BAR
135 Johana                 2
-------------------------------
  7 /1       4701
         MAR07'12 10:39PM
-------------------------------
  1 Angus Burger      14.00
  1 Juice              2.25
  Food Sales          16.25
  SERVICE CHARGES      3.50
  TAX                  1.14
  TOTAL PAID        20.89
  $ CHARGE TIP         3.50
  1605/Simon
  ROOM CHARGE      20.89
----135 CLOSED MAR07 11:10PM----
```



**Hyatt Regency — Downtown at Tampa City Center**

Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States
Folio No :
Invoice No:

Please remit payment to:
Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384

| | |
|---|---|
| Room No. : | 9021 |
| Arrival : | 03-04-12 |
| Departure : | 04-04-12 |
| Cashier : | 3498 |

| Room | Name | Arrival | Departure | Guest Room | F&B Outlets | Banquet F&B | Banquet Other | Audio Visual | Internet & Phone | Parking | Miscellaneous | Svc Chrgs & Grat | Taxes | Grand Total | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0341 | Mason, Wayne | 03-08-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0343 | Mason, Wayne | 03-08-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0440 | Campo, Alan | 03-07-12 | 03-23-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 155.12 | 0.00 | 0.00 | 155.12 | 0.00 |
| 1107 | Campo, Alan | 03-23-12 | 03-25-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1206 | Steere, James | 03-18-12 | 03-23-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1317 | Hyde, Robert | 03-23-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1327 | Kent, David | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 111.30 | 0.00 | 0.00 | 111.30 | 0.00 |
| 1523 | Steinmann, Cori | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 113.00 | 0.00 | 0.00 | 113.00 | 0.00 |
| 1602 | Wooten, Lee | 03-11-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.60 | 0.00 | 0.00 | 48.60 | 0.00 |
| 1605 | Simon, Stuart | 03-11-12 | 03-27-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.11 | 0.00 | 0.00 | 261.11 | 0.00 |
| 1607 | Meaders, Kurt | 03-07-12 | 04-03-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.28 | 0.00 | 0.00 | 145.28 | 0.00 |
| 1610 | Kelly, Paul | 03-19-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 199.65 | 0.00 | 0.00 | 199.65 | 0.00 |
| 1612 | Fountain, Gail | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1623 | Jackson, Ed | 03-07-12 | 03-15-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1631 | Steere, James | 03-07-12 | 03-10-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1631 | roberts, Kelly | 03-12-12 | 03-12-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1631 | Connolly, Tim | 03-08-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.97 | 0.00 | 0.00 | 108.97 | 0.00 |
| 1633 | Mason, Wayne | 03-07-12 | 03-08-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 193.24 | 0.00 | 0.00 | 193.24 | 0.00 |
| 1636 | Sandhagen, Philip | 03-20-12 | 03-29-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71.56 | 0.00 | 0.00 | 71.56 | 0.00 |
| 1637 | Coulter, Ken | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 307.47 | 0.00 | 0.00 | 307.47 | 0.00 |
| 1639 | Bromwell, Les | 03-11-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31.80 | 0.00 | 0.00 | 31.80 | 0.00 |
| 1733 | Giewat, Gary | 03-09-12 | 03-14-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9021 | Sedgwick Law | 03-04-12 | 04-04-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Rooms** | **24** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,747.10 | 0.00 | 0.00 | 1,747.10 | 0.00 |

Total Guests

23



Hyatt Regency Tampa
DOWNTOWN AT TAMPA CITY CENTER

Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Folio No :
Invoice No:

Please remit payment to:
Hyatt Regency Tampa
P.O. Box 281667
Atlanta, GA 30384

Room No. : 9021
Arrival : 03-04-12
Departure : 04-04-12
Cashier : 3498

| Room | Name | Arrival | Departure | Guest Room | F&B Outlets | Banquet F&B | Banquet Other | Audio Visual | Internet & Phone | Parking | Miscellaneous | Svc Chgs & Grat | Taxes | Grand Total | Payments |
|------|------|---------|-----------|-----------|-------------|-------------|---------------|--------------|------------------|---------|---------------|-----------------|-------|-------------|----------|
| 0341 | Mason, Wayne | 03-08-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.99 | 0.00 | 0.00 | 0.00 | 0.00 | 188.99 | 0.00 |
| 0440 | Campo, Alan | 03-07-12 | 03-23-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 143.98 | 0.00 | 0.00 | 0.00 | 0.00 | 143.98 | 0.00 |
| 1317 | Hyde, Robert | 03-23-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.45 | 0.00 | 0.00 | 0.00 | 0.00 | 3.45 | 0.00 |
| 1327 | Kent, David | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 |
| 1523 | Steinmann, Cori | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73.15 | 0.00 | 0.00 | 0.00 | 0.00 | 73.15 | 0.00 |
| 1602 | Wooten, Lee | 03-11-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 |
| 1607 | Meaders, Kurt | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 |
| 1610 | Kelly, Paul | 03-19-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.44 | 0.00 | 0.00 | 0.00 | 0.00 | 12.44 | 0.00 |
| 1612 | Fountain, Gail | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1.15 | 0.00 |
| 1631 | roberts, Kelly | 03-12-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.98 | 0.00 | 0.00 | 0.00 | 0.00 | 180.98 | 0.00 |
| 1633 | Mason, Wayne | 03-07-12 | 03-08-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62.99 | 0.00 | 0.00 | 0.00 | 0.00 | 62.99 | 0.00 |
| 1636 | Sandhagen, Philip | 03-20-12 | 03-29-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.99 | 0.00 | 0.00 | 0.00 | 0.00 | 9.99 | 0.00 |
| 1637 | Coulter, Ken | 03-07-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 | 0.00 |
| 1639 | Bromwell, Les | 03-11-12 | 03-30-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 |
| 9021 | Sedgwick Law | 03-04-12 | 04-04-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 983.12 | 0.00 | 0.00 | 0.00 | 0.00 | 983.12 | 0.00 |

Total Rooms 15
Total Guests 14



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | |
|---|---|
| Payee | Sedgwick Law |
| | 1717 Main St |
| | Suite 5400 |
| | Dallas TX 75201 |
| | United States |

Membership

Bonus Code

Confirmation No.

Group Name        Sedgwick Law

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 1 of 2 |
| Folio Window | 8 |
| Folio | |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-07-12 | Package Handling Charges | 6730C Kent David #1327=>Sedgwick Law  #9021 | 5.00 | |
| 03-07-12 | Package Handling Charges | 6733C | 50.00 | |
| 03-07-12 | Package Handling Charges | 6728B | 10.00 | |
| 03-07-12 | Package Handling Charges | 6732C | 5.00 | |
| 03-07-12 | Package Handling Charges | 3724C | 5.00 | |
| 03-07-12 | Package Handling Charges | 6731C | 5.00 | |
| 03-08-12 | Package Handling Charges | Routed From Steere James Of Room #16316747c | 20.00 | |
| 03-08-12 | Package Handling Charges | Routed From Kent David Of Room #13276750C | 25.00 | |
| 03-10-12 | Package Handling Charges | Routed From Jackson Ed Of Room #16238001 | 5.00 | |
| 03-10-12 | Package Handling Charges | 6723C | 15.00 | |
| 03-12-12 | Package Handling Charges | Routed From Jackson Ed Of Room #1623 | 5.00 | |
| 03-12-12 | Package Handling Charges | Jackson Ed #1623=>Sedgwick Law #9021 | 5.00 | |
| 03-14-12 | Package Handling Charges | 6787B Jackson Ed #1623=>Sedgwick Law  #9021 | 5.00 | |
| 03-20-12 | Package Handling Charges | Routed From Bromwell Les Of Room #1639 | 10.00 | |
| 03-22-12 | Package Handling Charges | Routed From Gooden Casey Of Room #16316847D | 5.00 | |



HYATT
REGENCY
TAMPA ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee   Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 2 of 2 |
| Folio Window | 8 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name   Sedgwick Law

| Date | Description | Charges | Credits |
|---|---|---|---|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com. | | |

**Total**                                      **175.00**          **0.00**

**Balance**                                    **175.00**

### Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill? Please contact 888-472-2860 or email
na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 1 of 1 |
| Folio Window | 8 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name          Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-07-12 | Gift Shop | Routed From Campo Alan Of Room #17013524826 | 9.98 | |
| 03-09-12 | Gift Shop | Routed From Simon Stuart Of Room #16053524842 | 9.99 | |
| 03-18-12 | Bottled Water | Routed From Campo Alan Of Room #0302 | 3.00 | |
| 03-21-12 | Bottled Water | Routed From Steinmann Cori Of Room #1523 | 3.00 | |
| 03-22-12 | Bottled Water | Routed From Campo Alan Of Room #0440 | 3.00 | |

No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com.

| **Total** | **28.97** | **0.00** |
|---|---|---|

| **Balance** | **28.97** |
|---|---|

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email
na.customerservice@hyatt.com

**Please forward all invoice payments to:**

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**



**Hyatt Regency Tampa**
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 1 of 1 |
| Folio Window | 8 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name      Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-04-12 | - Audio Visual | CHECK# 0286785 | 1,600.00 | |

No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com.

| | | |
|---|---|---|
| **Total** | **1,600.00** | **0.00** |

| | |
|---|---|
| **Balance** | **1,600.00** |

_____

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill? Please contact 888-472-2860 or email
na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**



```
        HYATT REGENCY TAMPA
            BANQUET
605 SWANK A/V                    1
---------------------------------
  4 /1          6785
          APR04'12  9:46AM
---------------------------------
     SEDGWICK
   1 FUNCTION NAME
     HABORVIEW
   1 ROOM NAME
     3/7/12
   1 FUNCTION DATE
   1 INTERNET          1600.00
     Misc Sales        1600.00
     TOTAL PAID  1600.00
     9021/Sedgwick Law
     ROOM CHARGE       1600.00
----605 CLOSED APR04  9:46AM----
```



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| Payee | Sedgwick Law | | Room No. | 9021 |
|---|---|---|---|---|
| | 1717 Main St | | Arrival | 03-04-12 |
| | Suite 5400 | | Departure | 04-04-12 |
| | Dallas TX 75201 | | Page No. | 1 of 1 |
| | United States | | Folio Window | 8 |
| Membership | | | Folio | |
| Bonus Code | | | Invoice | |
| Confirmation No. | | | | |
| Group Name | Sedgwick Law | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-04-12 | - Banquet Coffee Break Other | CHECK# 0286792 | 756.49 | |

No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com.

| | | |
|---|---|---|
| **Total** | **756.49** | **0.00** |

| | |
|---|---|
| **Balance** | **756.49** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email
na.customerservice@hyatt.com

Please forward all invoice payments to:

Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384



```
        HYATT REGENCY TAMPA
            BANQUET
 32 HUSEYIN TUMER              2
 -------------------------------
   7 /2        6792
       APR04'12  1:57PM
 -------------------------------
        REPRINT
    CLOSED CHECK
      SEDICK
    1 FUNCTION NAME
      9021
    1 ACCOUNT NUMBER
      HARBORVIEW
    1 ROOM NAME
    1 Electrical Servi   707.00
      SUBTOTAL           707.00
      TAX                 49.49
      TOTAL PAID    756.49
      9021/Sedgwick Law
      ROOM CHARGE        756.49
 ----32 CLOSED APR04  1:58PM-----
```

GRATUITY: _____

TOTAL: _____

PRINT NAME: _____

ACCOUNT #: _____

SIGNATURE: _____



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee Sedgwick Law
1717 Main St
Suite 5400
Dallas TX 75201
United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

Room No.        9021
Arrival            03-04-12
Departure        04-04-12
Page No.          1 of 3
Folio Window    5
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 03-08-12 | - Banquet Coffee Break Food | CHECK# 0286442 | 204.00 | |
| 03-08-12 | - Public Room Rental | CHECK# 0286443 | 160.50 | |
| 03-09-12 | - Public Room Rental | CHECK# 0286458 | 160.50 | |
| 03-09-12 | - Banquet Coffee Break Food | CHECK# 0286459 | 204.00 | |
| 03-14-12 | - Public Room Rental | CHECK# 0286483 | 160.50 | |
| 03-14-12 | - Banquet Coffee Break Food | CHECK# 0286484 | 204.00 | |
| 03-15-12 | - Public Room Rental | CHECK# 0286498 | 642.00 | |
| 03-15-12 | - Banquet Coffee Break Food | CHECK# 0286499 | 204.00 | |
| 03-15-12 | - Public Room Rental | CHECK# 0286500 | 160.50 | |
| 03-16-12 | - Public Room Rental | CHECK# 0286529 | 160.50 | |
| 03-16-12 | - Banquet Coffee Break Food | CHECK# 0286530 | 74.04 | |
| 03-17-12 | - Public Room Rental | CHECK# 0286534 | 160.50 | |
| 03-17-12 | - Banquet Coffee Break Food | CHECK# 0286536 | 144.78 | |
| 03-20-12 | - Public Room Rental | CHECK# 0286555 | 160.50 | |
| 03-20-12 | - Banquet Coffee Break Food | CHECK# 0286556 | 204.00 | |
| 03-21-12 | - Public Room Rental | CHECK# 0286569 | 160.50 | |
| 03-21-12 | - Banquet Coffee Break Food | CHECK# 0286570 | 204.00 | |
| 03-22-12 | - Banquet Coffee Break Food | CHECK# 0286595 | 204.00 | |
| 03-23-12 | - Banquet Coffee Break Food | CHECK# 0286622 | 204.00 | |
| 03-23-12 | - Public Room Rental | CHECK# 0286623 | 160.50 | |
| 03-23-12 | - Public Room Rental | CHECK# 0286629 | 160.50 | |
| 03-25-12 | - Public Room Rental | CHECK# 0286668 | 160.50 | |
| 03-25-12 | - Banquet Coffee Break Food | CHECK# 0286671 | 204.00 | |
| 03-26-12 | - Public Room Rental | CHECK# 0286681 | 160.50 | |
| 03-26-12 | - Banquet Coffee Break Food | CHECK# 0286682 | 204.00 | |
| 03-27-12 | - Public Room Rental | CHECK# 0286694 | 160.50 | |
| 03-27-12 | - Banquet Coffee Break Food | CHECK# 0286695 | 204.00 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee  Sedgwick Law
      1717 Main St
      Suite 5400
      Dallas TX 75201
      United States

Membership

Bonus Code

Confirmation No.

Group Name    Sedgwick Law

| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 2 of 3 |
| Folio Window | 5 |
| Folio | |
| Invoice | |

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 03-28-12 | - Public Room Rental | CHECK# 0286713 | 160.50 | |
| 03-28-12 | - Banquet Coffee Break Food | CHECK# 0286714 | 204.00 | |
| 03-31-12 | - Banquet Coffee Break Food | CHECK# 0286751 | 204.00 | |
| 03-31-12 | - Public Room Rental | CHECK# 0286752 | 160.50 | |
| 04-01-12 | - Public Room Rental | CHECK# 0286766 | 160.50 | |
| 04-01-12 | - Banquet Coffee Break Food | CHECK# 0286777 | 204.00 | |
| 04-02-12 | - Public Room Rental | CHECK# 0286778 | 160.50 | |
| 04-02-12 | - Banquet Reception Food | CHECK# 0286779 | 204.00 | |
| 04-04-12 | - Banquet Coffee Break Food | CHECK# 0286786 | 204.00 | |
| 04-04-12 | - Public Room Rental | CHECK# 0286787 | 160.50 | |



**HYATT**
REGENCY
TAMPA ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Sedgwick Law | |
| | 1717 Main St | |
| | Suite 5400 | |
| | Dallas TX 75201 | |
| | United States | |

| | |
|---|---|
| Room No. | 9021 |
| Arrival | 03-04-12 |
| Departure | 04-04-12 |
| Page No. | 3 of 3 |
| Folio Window | 5 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.

Group Name          Sedgwick Law

| Date | Description | Charges | Credits |
|---|---|---|---|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com. | | |

**Total**          **7,013.82**          **0.00**

**Balance**          **7,013.82**

_____

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill? Please contact 888-472-2860 or email
na.customerservice@hyatt.com

**Please forward all invoice payments to:**

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
              BANQUET                                 BANQUET
  32 HUSEYIN TUMER         2              32 HUSEYIN TUMER       2
  -------------------------------         -------------------------------
  7 /1      6786                          7 /1      6787
        APR04'12 12:27PM                        APR04'12 12:33PM
  -------------------------------         -------------------------------
        REPRINT                                 REPRINT
     CLOSED CHECK                            CLOSED CHECK
     SEDGWICK LAW                            SEDGWICK LAW
  1 FUNCTION NAME                         1 FUNCTION NAME
     649300.00%                              649300.00%
  1 BP NUMBER                             1 BP NUMBER
     HARBORVIEW                              HARBORVIEW
  1 ROOM NAME                             1 ROOM NAME
  10 @ 15.50                              1 ROOM RENTAL    150.00
     Coffee Break    155.00                  SUBTOTAL     150.00
     SUBTOTAL      155.00                     TAX          10.50
     23% Svc Charge  35.65                    TOTAL PAID   160.50
     TAX           13.35                      9021/Sedgwick Law
     TOTAL PAID    204.00                     ROOM CHARGE   160.50
     9021/Sedgwick Law                   ----32 CLOSED APR04 12:34PM-----
     ROOM CHARGE   204.00
  ----32 CLOSED APR04 12:31PM-----


  GRATUITY:_____            GRATUITY:_____

  TOTAL:_____            TOTAL:_____

  PRINT NAME:_____            PRINT NAME:_____

  ACCOUNT #:_____            ACCOUNT #:_____

  SIGNATURE:_____            SIGNATURE:_____



        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
              BANQUET                                 BANQUET
  27 WEAL A.             2                27 WEAL A.           2
  -------------------------------         -------------------------------
  7 /1      6778                          6 /1      6779
        APR02'12 4:16PM                         APR02'12 4:25PM
  -------------------------------         -------------------------------
        REPRINT                                 REPRINT
     CLOSED CHECK                            CLOSED CHECK
     SEDWICK                                 SEDWICK
  1 FUNCTION NAME                         1 FUNCTION NAME
        6491                                    6491
  1 BP NUMBER                             1 BP NUMBER
     HV                                      HV
  1 ROOM NAME                             1 ROOM NAME
  1 ROOM RENTAL    150.00                 10 @ 15.50
     SUBTOTAL      150.00                     Coffee Break    155.00
     TAX           10.50                      SUBTOTAL      155.00
     TOTAL PAID    160.50                     23% Svc Charge  35.65
     9021/Sedgwick Law                        TAX          13.35
     ROOM CHARGE   160.50                     TOTAL PAID   204.00
  ----27 CLOSED APR02 4:17PM-----             9021/Sedgwick Law
                                              ROOM CHARGE   204.00
                                         ----27 CLOSED APR02 4:25PM-----

  GRATUITY:_____
                                         GRATUITY:_____
  TOTAL:_____
                                         TOTAL:_____
  PRINT NAME:_____
                                         PRINT NAME:_____
  ACCOUNT #:_____
                                         ACCOUNT #:_____
  SIGNATURE:_____
                                         SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
              BANQUET                                BANQUET
23 JOSEPH ABRIHAM        2              29 JACK TEED            2
------------------------------         ------------------------------
  7 /1      6766                          7 /1      6777
        APR01'12 8:35AM                        APR01'12 1:28PM
------------------------------         ------------------------------
   REPRINT                                 REPRINT
   CLOSED CHECK                            CLOSED CHECK
   SEDGWICK                                SEDWICK
 1 FUNCTION NAME                         1 FUNCTION NAME
   649000.00%                              649000.00%
 1 BP NUMBER                             1 BP NUMBER
   HRVIEW                                  902100.00%
 1 ROOM NAME                             1 ACCOUNT NUMBER
   4/1/12                                  HARBORVIEW
 1 FUNCTION DATE                         1 ROOM NAME
 1 ROOM RENTAL     150.00               10 @ 15.50
   SUBTOTAL       150.00                   Coffee Break   155.00
   TAX            10.50                     SUBTOTAL       155.00
   TOTAL PAID     160.50                    23% Svc Charge   35.65
   9021/Sedgwick Law                        TAX            13.35
   ROOM CHARGE     160.50                   TOTAL PAID     204.00
----23 CLOSED APR01  8:36AM-----           9021/Sedgwick Law
                                            ROOM CHARGE     204.00
                                       ----29 CLOSED APR01  1:29PM-----
GRATUITY:_____

TOTAL:_____        GRATUITY:_____

PRINT NAME:_____        TOTAL:_____

ACCOUNT #:_____        PRINT NAME:_____

SIGNATURE:_____        ACCOUNT #:_____

                                      SIGNATURE:_____


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
              BANQUET                                BANQUET
23 JOSEPH ABRIHAM        2              23 JOSEPH ABRIHAM        2
------------------------------         ------------------------------
  7 /1      6751                          7 /1      6752
        MAR31'12 9:25PM                        MAR31'12 9:27PM
------------------------------         ------------------------------
   REPRINT                                 REPRINT
   CLOSED CHECK                            CLOSED CHECK
   SEDGWICK                                SEDGWICK
 1 FUNCTION NAME                         1 FUNCTION NAME
   6489                                    6489
 1 BP NUMBER                             1 BP NUMBER
   HRVIEW                                  HRVIEW
 1 ROOM NAME                             1 ROOM NAME
   3/31/12                                 3/31/12
 1 FUNCTION DATE                         1 FUNCTION DATE
10 @ 15.50                               1 ROOM RENTAL     150.00
   Coffee Break   155.00                   SUBTOTAL       150.00
   SUBTOTAL       155.00                   TAX            10.50
   23% Svc Charge   35.65                   TOTAL PAID     160.50
   TAX            13.35                     9021/Sedgwick Law
   TOTAL PAID     204.00                    ROOM CHARGE     160.50
   9021/Sedgwick Law                   ----23 CLOSED MAR31  9:27PM-----
   ROOM CHARGE     204.00
----23 CLOSED MAR31  9:26PM-----
                                      GRATUITY:_____
GRATUITY:_____
                                      TOTAL:_____
TOTAL:_____
                                      PRINT NAME:_____
PRINT NAME:_____
                                      ACCOUNT #:_____
ACCOUNT #:_____
                                      SIGNATURE:_____
SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
              BANQUET                                 BANQUET
23 JOSEPH ABRIHAM        2               23 JOSEPH ABRIHAM        2
--------------------------------         --------------------------------
  7 /1      6713                           7 /1      6714
        MAR28'12  1:55PM                         MAR28'12  1:57PM
--------------------------------         --------------------------------
  REPRINT                                   REPRINT
  CLOSED CHECK                              CLOSED CHECK
  SEDWICK                                   SEDGWICK LAW
  1 FUNCTION NAME                           1 FUNCTION NAME
  648600.00%                                  648600.00%
  1 BP NUMBER                               1 BP NUMBER
  HRVIEW                                      HRVIEW
  1 ROOM NAME                               1 ROOM NAME
  3/28/12                                     3/28/12
  1 FUNCTION DATE                           1 FUNCTION DATE
  1 ROOM RENTAL     150.00                  10 @ 15.50
  SUBTOTAL      150.00                        Coffee Break     155.00
  TAX        10.50                            SUBTOTAL      155.00
  TOTAL PAID    160.50                        23% Svc Charge   35.65
  9021/Sedgwick Law                           TAX        13.35
  ROOM CHARGE     160.50                      TOTAL PAID   204.00
----23 CLOSED MAR28  1:56PM-----             9021/Sedgwick Law
                                             ROOM CHARGE    204.00
GRATUITY:_____                 ----23 CLOSED MAR28  1:58PM-----

TOTAL:_____                  GRATUITY:_____

PRINT NAME:_____                 TOTAL:_____

ACCOUNT #:_____                  PRINT NAME:_____

SIGNATURE:_____                  ACCOUNT #:_____

                                          SIGNATURE:_____


        HYATT REGENCY TAMPA                    HYATT REGENCY TAMPA
              BANQUET                                 BANQUET
23 JOSEPH ABRIHAM        2               23 JOSEPH ABRIHAM        2
--------------------------------         --------------------------------
  7 /1      6694                           7 /1      6695
        MAR27'12  1:22PM                         MAR27'12  1:24PM
--------------------------------         --------------------------------
  REPRINT                                   REPRINT
  CLOSED CHECK                              CLOSED CHECK
  SEDWICK                                   SEDWICK
  1 FUNCTION NAME                           1 FUNCTION NAME
  6485                                        6485
  1 BP NUMBER                               1 BP NUMBER
  HRVIEW                                      HRVIEW
  1 ROOM NAME                               1 ROOM NAME
  3/27/12                                     3/27/12
  1 FUNCTION DATE                           1 FUNCTION DATE
  1 ROOM RENTAL     150.00                  10 @ 15.50
  SUBTOTAL      150.00                        Coffee Break     155.00
  TAX        10.50                            SUBTOTAL      155.00
  TOTAL PAID    160.50                        23% Svc Charge   35.65
  9021/Sedgwick Law                           TAX        13.35
  ROOM CHARGE     160.50                      TOTAL PAID   204.00
----23 CLOSED MAR27  1:22PM-----             9021/Sedgwick Law
                                             ROOM CHARGE    204.00
GRATUITY:_____                 ----23 CLOSED MAR27  1:24PM-----

TOTAL:_____                  GRATUITY:_____

PRINT NAME:_____                 TOTAL:_____

ACCOUNT #:_____                  PRINT NAME:_____

SIGNATURE:_____                  ACCOUNT #:_____

                                          SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
   23 JOSEPH ABRIHAM        2
   -------------------------------
    7 /1      6681
            MAR26'12  1:46PM
   -------------------------------
         REPRINT
      CLOSED CHECK
       SEDWICK LAW
     1 FUNCTION NAME
       648400.00%
     1 BP NUMBER
       HRVIEW
     1 ROOM NAME
       3/26/12
     1 FUNCTION DATE
     1 ROOM RENTAL      150.00
       SUBTOTAL        150.00
       TAX              10.50
       TOTAL PAID      160.50
       9021/Sedgwick Law
       ROOM CHARGE     160.50
   ----23 CLOSED MAR26  1:46PM-----

   GRATUITY:_____

   TOTAL:_____

   PRINT NAME:_____

   ACCOUNT #:_____

   SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
   23 JOSEPH ABRIHAM        2
   -------------------------------
    7 /1      6682
            MAR26'12  1:47PM
   -------------------------------
         REPRINT
      CLOSED CHECK
       SEDGWICK
     1 FUNCTION NAME
       648400.00%
     1 BP NUMBER
       HRVIEW
     1 ROOM NAME
       3/26/12
     1 FUNCTION DATE
     10 @ 15.50
       Coffee Break    155.00
       SUBTOTAL        155.00
       23% Svc Charge   35.65
       TAX              13.35
       TOTAL PAID      204.00
       9021/Sedgwick Law
       ROOM CHARGE     204.00
   ----23 CLOSED MAR26  1:48PM-----

   GRATUITY:_____

   TOTAL:_____

   PRINT NAME:_____

   ACCOUNT #:_____

   SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
   27 WEAL A.             2
   -------------------------------
    7 /1      6668
            MAR25'12 12:18PM
   -------------------------------
         REPRINT
      CLOSED CHECK
       SEDGWICK
     1 FUNCTION NAME
       6483
     1 BP NUMBER
       HV
     1 ROOM NAME
     1 ROOM RENTAL      150.00
       SUBTOTAL        150.00
       TAX              10.50
       TOTAL PAID      160.50
       9021/Sedgwick Law
       ROOM CHARGE     160.50
   ----27 CLOSED MAR25 12:19PM-----

   GRATUITY:_____

   TOTAL:_____

   PRINT NAME:_____

   ACCOUNT #:_____

   SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
   27 WEAL A.             2
   -------------------------------
    7 /1      6671
            MAR25'12 12:24PM
   -------------------------------
         REPRINT
      CLOSED CHECK
       SEDGWICK
     1 FUNCTION NAME
       6483
     1 BP NUMBER
       HV
     1 ROOM NAME
     10 @ 15.50
       Coffee Break    155.00
       SUBTOTAL        155.00
       23% Svc Charge   35.65
       TAX              13.35
       TOTAL PAID      204.00
       9021/Sedgwick Law
       ROOM CHARGE     204.00
   ----27 CLOSED MAR25 12:24PM-----

   GRATUITY:_____

   TOTAL:_____

   PRINT NAME:_____

   ACCOUNT #:_____

   SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
32 HUSEYIN TUMER        2
-------------------------------
 7 /1      6622
        MAR23'12  9:22AM
-------------------------------
     REPRINT
  CLOSED CHECK
   SEDGWICK LAW
 1 FUNCTION NAME
  648100.00%
 1 BP NUMBER
   HARBORVIEW
 1 ROOM NAME
10 @ 15.50
   Coffee Break    155.00
   SUBTOTAL        155.00
   23% Svc Charge   35.65
   TAX             13.35
   TOTAL PAID      204.00
   9021/Sedgwick Law
   ROOM CHARGE     204.00
----32 CLOSED MAR23  9:24AM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
32 HUSEYIN TUMER        2
-------------------------------
 7 /1      6623
        MAR23'12  9:25AM
-------------------------------
     REPRINT
  CLOSED CHECK
   SEDGWICK
 1 FUNCTION NAME
  648100.00%
 1 BP NUMBER
   HARBORVIEW
 1 ROOM NAME
 1 ROOM RENTAL    150.00
   SUBTOTAL        150.00
   TAX             10.50
   TOTAL PAID      160.50
   9021/Sedgwick Law
   ROOM CHARGE     160.50
----32 CLOSED MAR23  9:25AM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
32 HUSEYIN TUMER        2
-------------------------------
 7 /2      6629
        MAR23'12  10:57AM
-------------------------------
     REPRINT
  CLOSED CHECK
   SADGWICK
 1 FUNCTION NAME
     6480
 1 BP NUMBER
   HARBORVIEW
 1 ROOM NAME
 1 ROOM RENTAL    150.00
   SUBTOTAL        150.00
   TAX             10.50
   TOTAL PAID      160.50
   9021/Sedgwick Law
   ROOM CHARGE     160.50
----32 CLOSED MAR23  10:58AM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
27 WEAL A.         2
-------------------------------
 7 /1      6595
        MAR22'12  1:29PM
-------------------------------
     REPRINT
  CLOSED CHECK
   SEDGWICK LAW
 1 FUNCTION NAME
     6480
 1 BP NUMBER
   HV
 1 ROOM NAME
10 @ 15.50
   Coffee Break    155.00
   SUBTOTAL        155.00
   23% Svc Charge   35.65
   TAX             13.35
   TOTAL PAID      204.00
   9021/Sedgwick Law
   ROOM CHARGE     204.00
----27 CLOSED MAR22  1:29PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
       HYATT REGENCY TAMPA
             BANQUET
27 WEAL A.              2
--------------------------------
7 /1      6569
        MAR21'12 1:00PM
--------------------------------
       REPRINT
       CLOSED CHECK
       SEDGWICK LAW
       1 FUNCTION NAME
       647900.00%
       1 BP NUMBER
       HV
       1 ROOM NAME
       1 ROOM RENTAL    150.00
       SUBTOTAL      150.00
       TAX            10.50
       TOTAL PAID    160.50
       9021/Sedgwick Law
       ROOM CHARGE    160.50
----27 CLOSED MAR21 1:00PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
       HYATT REGENCY TAMPA
             BANQUET
27 WEAL A.              2
--------------------------------
7 /1      6570
        MAR21'12 1:01PM
--------------------------------
       REPRINT
       CLOSED CHECK
       SEDGWICK LAW
       1 FUNCTION NAME
       647900.00%
       1 BP NUMBER
       ESP
       1 ROOM NAME
       10 @ 15.50
       Coffee Break   155.00
       SUBTOTAL       155.00
       23% Svc Charge  35.65
       TAX            13.35
       TOTAL PAID    204.00
       9021/Sedgwick Law
       ROOM CHARGE    204.00
----27 CLOSED MAR21 1:02PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
       HYATT REGENCY TAMPA
             BANQUET
27 WEAL A.              2
--------------------------------
7 /1      6555
        MAR20'12 2:42PM
--------------------------------
       REPRINT
       CLOSED CHECK
       SEDGWICK
       1 FUNCTION NAME
          6478
       1 BP NUMBER
       H V
       1 ROOM NAME
       1 ROOM RENTAL    150.00
       SUBTOTAL      150.00
       TAX            10.50
       TOTAL PAID    160.50
       9021/Sedgwick Law
       ROOM CHARGE    160.50
----27 CLOSED MAR20 2:43PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
       HYATT REGENCY TAMPA
             BANQUET
27 WEAL A.              2
--------------------------------
7 /1      6556
        MAR20'12 2:45PM
--------------------------------
       REPRINT
       CLOSED CHECK
       SEDGWICK
       1 FUNCTION NAME
          6478
       1 BP NUMBER
       HV
       1 ROOM NAME
       10 @ 15.50
       Coffee Break   155.00
       SUBTOTAL       155.00
       23% Svc Charge  35.65
       TAX            13.35
       TOTAL PAID    204.00
       9021/Sedgwick Law
       ROOM CHARGE    204.00
----27 CLOSED MAR20 2:45PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
23 JOSEPH ABRIHAM          3
------------------------------------
   7 /2     6534
        MAR17'12  9:47PM
------------------------------------
     REPRINT
     CLOSED CHECK
     SEDGWICK LAW
     1 FUNCTION NAME
     647500.00%
     1 BP NUMBER
     HR VIEW
     1 ROOM NAME
     3/17/12
     1 FUNCTION DATE
     1 ROOM RENTAL    150.00
     SUBTOTAL       150.00
     TAX          10.50
     TOTAL PAID    160.50
     9021/Sedgwick Law
     ROOM CHARGE    160.50
----23 CLOSED MAR17  9:48PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
23 JOSEPH ABRIHAM          2
------------------------------------
   7 /1     6536
        MAR17'12  9:59PM
------------------------------------
     REPRINT
     CLOSED CHECK
     SEDWICK LAW
     1 FUNCTION NAME
     647500.00%
     1 BP NUMBER
     HRVIEW
     1 ROOM NAME
     3/17/12
     1 FUNCTION DATE
     1 COFFEE       65.00
     5 SOFT DRINKS @ 3.75  18.75
     7 @ 3.75
     MINERAL WATERS    26.25
     SUBTOTAL       110.00
     23% Svc Charge    25.30
     TAX            9.48
     TOTAL PAID    144.78
     9021/Sedgwick Law
     ROOM CHARGE    144.78
----23 CLOSED MAR17 10:09PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
32 HUSEYIN TUMER          2
------------------------------------
   7 /1     6529
        MAR16'12  4:48PM
------------------------------------
     REPRINT
     CLOSED CHECK
     SEDGWICK LAW
     1 FUNCTION NAME
     6474
     1 BP NUMBER
     HARBORVIEW
     1 ROOM NAME
     1 ROOM RENTAL    150.00
     SUBTOTAL       150.00
     TAX          10.50
     TOTAL PAID    160.50
     9021/Sedgwick Law
     ROOM CHARGE    160.50
----32 CLOSED MAR16  4:48PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
              BANQUET
32 HUSEYIN TUMER          2
------------------------------------
   7 /1     6530
        MAR16'12  4:51PM
------------------------------------
     REPRINT
     CLOSED CHECK
     SEDWICK
     1 FUNCTION NAME
     6474
     1 BP NUMBER
     1 ACCOUNT NUMBER
     HARBORVIEW
     1 ROOM NAME
     5 SOFT DRINKS @ 3.75  18.75
     10 @ 3.75
     MINERAL WATERS    37.50
     SUBTOTAL       56.25
     23% Svc Charge    12.94
     TAX           4.85
     TOTAL PAID    74.04
     9021/Sedgwick Law
     ROOM CHARGE    74.04
----32 CLOSED MAR16  4:59PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

HYATT REGENCY TAMPA
BANQUET
23 JOSEPH ABRIHAM          2
---------------------------------
7 /1     6498
         MAR15'12  2:18PM
---------------------------------
   REPRINT
   CLOSED CHECK
   SEDGWICK LAW
1 FUNCTION NAME
   HR VIEW
1 ROOM NAME
4 @ 150.00
   ROOM RENTAL     600.00
   SUBTOTAL        600.00
   TAX          42.00
   TOTAL PAID    642.00
   9021/Sedgwick Law
   ROOM CHARGE    642.00
----23 CLOSED MAR15  2:19PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____


HYATT REGENCY TAMPA
BANQUET
23 JOSEPH ABRIHAM          2
---------------------------------
7 /1     6499
         MAR15'12  2:20PM
---------------------------------
   REPRINT
   CLOSED CHECK
   SEDGWICK LAW
1 FUNCTION NAME
   646600.00%
1 BP NUMBER
   HRVIEW
1 ROOM NAME
   3/15/12
1 FUNCTION DATE
10 @ 15.50
   Coffee Break     155.00
   SUBTOTAL         155.00
   23% Svc Charge    35.65
   TAX           13.35
   TOTAL PAID     204.00
   9021/Sedgwick Law
   ROOM CHARGE     204.00
----23 CLOSED MAR15  2:20PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____


HYATT REGENCY TAMPA
BANQUET
23 JOSEPH ABRIHAM          2
---------------------------------
7 /1     6500
         MAR15'12  2:21PM
---------------------------------
   REPRINT
   CLOSED CHECK
   SEDGWICK LAW
1 FUNCTION NAME
   6466
1 BP NUMBER
   HRVIEW
1 ROOM NAME
   3/15/12
1 FUNCTION DATE
1 ROOM RENTAL    150.00
   SUBTOTAL        150.00
   TAX          10.50
   TOTAL PAID    160.50
   9021/Sedgwick Law
   ROOM CHARGE    160.50
----23 CLOSED MAR15  2:22PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____


HYATT REGENCY TAMPA
BANQUET
23 JOSEPH ABRIHAM          2
---------------------------------
7 /1     6483
         MAR14'12  2:00PM
---------------------------------
   REPRINT
   CLOSED CHECK
   SEDWICK
1 FUNCTION NAME
   6473
1 BP NUMBER
   HRVIEW
1 ROOM NAME
   3/14/12
1 FUNCTION DATE
1 ROOM RENTAL    150.00
   SUBTOTAL        150.00
   TAX          10.50
   TOTAL PAID    160.50
   9021/Sedgwick Law
   ROOM CHARGE    160.50
----23 CLOSED MAR14  2:00PM-----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____

```
        HYATT REGENCY TAMPA
             BANQUET
23 JOSEPH ABRIHAM        2
-----------------------------
7 /1      6484
        MAR14'12 2:01PM
-----------------------------
  REPRINT
CLOSED CHECK
SEDWICK
1 FUNCTION NAME
647300.00%
1 BP NUMBER
HRVIEW
1 ROOM NAME
3/14/12
1 FUNCTION DATE
10 @ 15.50
  Coffee Break    155.00
  SUBTOTAL        155.00
  23% Svc Charge   35.65
  TAX              13.35
  TOTAL PAID      204.00
  9021/Sedgwick Law
  ROOM CHARGE     204.00
---23 CLOSED MAR14 2:02PM----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
23 JOSEPH ABRIHAM        2
-----------------------------
7 /1      6458
        MAR09'12 9:59AM
-----------------------------
  REPRINT
CLOSED CHECK
SEDWICK
1 FUNCTION NAME
646900.00%
1 BP NUMBER
HRV 16
1 ROOM NAME
3/9/12
1 FUNCTION DATE
1 ROOM RENTAL    150.00
  SUBTOTAL        150.00
  TAX              10.50
  TOTAL PAID      160.50
  9021/Sedgwick Law
  ROOM CHARGE     160.50
---23 CLOSED MAR09 10:03AM----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
23 JOSEPH ABRIHAM        2
-----------------------------
7 /1      6459
        MAR09'12 10:05AM
-----------------------------
  REPRINT
CLOSED CHECK
SEDWICK
1 FUNCTION NAME
6469
1 BP NUMBER
HRVIEW
1 ROOM NAME
3/9/12
1 FUNCTION DATE
10 @ 15.50
  Coffee Break    155.00
  SUBTOTAL        155.00
  23% Svc Charge   35.65
  TAX              13.35
  TOTAL PAID      204.00
  9021/Sedgwick Law
  ROOM CHARGE     204.00
---23 CLOSED MAR09 10:06AM----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
23 JOSEPH ABRIHAM        2
-----------------------------
7 /1      6442
        MAR08'12 2:34PM
-----------------------------
  REPRINT
CLOSED CHECK
SEDWICK
1 FUNCTION NAME
6468
1 BP NUMBER
HR VIEW
1 ROOM NAME
3/8/2012
1 FUNCTION DATE
10 @ 15.50
  Coffee Break    155.00
  SUBTOTAL        155.00
  23% Svc Charge   35.65
  TAX              13.35
  TOTAL PAID      204.00
  9021/Sedgwick Law
  ROOM CHARGE     204.00
---23 CLOSED MAR08 2:34PM----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```

```
        HYATT REGENCY TAMPA
             BANQUET
23 JOSEPH ABRIHAM        2
-----------------------------
7 /1      6443
        MAR08'12 2:35PM
-----------------------------
  REPRINT
CLOSED CHECK
SEDGWICK
1 FUNCTION NAME
6468
1 BP NUMBER
HR VIEW
1 ROOM NAME
3/8/12
1 FUNCTION DATE
1 ROOM RENTAL    150.00
  SUBTOTAL        150.00
  TAX              10.50
  TOTAL PAID      160.50
  9021/Sedgwick Law
  ROOM CHARGE     160.50
---23 CLOSED MAR08 2:36PM----

GRATUITY:_____

TOTAL:_____

PRINT NAME:_____

ACCOUNT #:_____

SIGNATURE:_____
```



DOWNTOWN AT TAMPA CITY
CENTER

**Hyatt Regency Tampa**
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234

## INVOICE

| | | | Room No. | 1633 |
|---|---|---|---|---|
| Payee | Tim Connolly | | Arrival | 8-Mar-12 |
| | 1717 Main Street | | Departure | 30-Mar-12 |
| | Suite 5400 | | | |
| | Dallas TX 75201 | | | |
| Group Name: | Tim Connolly | | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| Mar-12 | Room Charges | 3,917.76 | |
| Mar-12 | Parking Charges | 434.00 | |
| Mar-12 | Avanzare Charges | 1,054.75 | |
| Mar-12 | Dry Cleaning Charges | 193.24 | |
| | Payment | | 5,599.75 |

| | | | |
|---|---|---|---|
| Total | | 5,599.75 | 5,599.75 |
| Balance | | 0.00 | |

Please remit payment to:

Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384

# Transaction Information G-1594006 ATL-281467 2012/04/12

Back to Table of Contents

## Transaction Level Details

| | | | |
|---|---|---|---|
| Env Num | 1 | Envelope | G-1594006 |
| Transaction | G-1594006 | Lockbox | ATL-281467 |
| Date | 2012/04/12 | Time | 01:00 |
| Batch | 1 | Batch Item | 1 |
| Check | 1 | Amount | $25,000.00 |
| ABA/RT | 031100209 | Account Num | 38674748 |
| Check Num | 1008009613 | | |

## Envelope and Check Image

THE FACE OF THIS DOCUMENT HAS A YELLOW "WAVEY LINED" PATTERN ON WHITE PAPER.
THIS CHECK HAS A GENUINE WATERMARK THAT STATES C.S. PREMIUM. HOLD UP TO LIGHT TO VIEW.

**Sedgwick**
DETERT, MORAN & ARNOLD LLP    Attorneys at Law    62-20 / 311    CITIBANK, N.A.    VENDOR ID    7478
1717 Main Street, Suite 5400                                         ONE PENN'S WAY         DATE    04/04/2012
Dallas, Texas 75201-7367                                              NEW CASTLE, DE 19720
Tel: 469 227.8200

No.1008009613

AMOUNT    $25,000.00



PAY    TWENTY-FIVE THOUSAND AND 00/100 DOLLARS

TO THE    Hyatt Regency Tampa
ORDER OF    211 North Tampa Street
          Tampa, FL 33602

VOID IF NOT CASHED IN SIX
MONTHS FROM MONTH OF ISSUE



TWO SIGNATURES REQUIRED OVER $500

⑈1008009613⑈ ⑆031100209⑆ 38674748⑈

HYATT
TAMPA ®
DOWNTOWN AT TAMPA CITY
CENTER

02 1P    $ 000.85°
0003109892    APR 09 2012
MAILED FROM ZIP CODE 33602

ID#9699 281467 124505766

Hyatt Regency Tampa Downtown
P.O. Box 281467
Atlanta, GA 30384

30384



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 8722 Sanshire Ave | |
| | Dallas TX 75231 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 1 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-07-12 | - In Room Dining Dinner Food | CHECK# 0297135  Routed From Mason Wayne Of Room #1633 Sedgwick Law  #9021=>Mason Wayne #0341 | 42.59 | |
| 03-08-12 | - In Room Dining Bkfst Food | CHECK# 0297188  Routed From Mason Wayne Of Room #1633 Sedgwick Law  #9021=>Mason Wayne #0341 | 28.39 | |
| 03-08-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-08-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-08-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-08-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-08-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-08-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee   Wayne Mason
8722 Sanshire Ave
Dallas TX 75231
United States

| | |
|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 2 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

Membership   GP   G94604106N
Bonus Code
Confirmation No.  115837201
Group Name   Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-09-12 | - In Room Dining Bkfst Food | CHECK# 0297265  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 36.71 | |
| 03-09-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-09-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-09-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-09-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-09-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-09-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1214
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee   Wayne Mason
        8722 Sanshire Ave
        Dallas TX 75231
        United States

| | |
|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 3 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

Membership      GP    G94604106N
Bonus Code
Confirmation No.  115837201
Group Name     Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-10-12 | - In Room Dining Bkfst Food | CHECK# 0297316 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-10-12 | - In Room Dining Lunch | CHECK# 0297328 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 28.10 | |
| 03-10-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-10-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-10-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-10-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-10-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-10-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | |
|---|---|
| Payee | Wayne Mason |
| | 8722 Sanshire Ave |
| | Dallas TX 75231 |
| | United States |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| | |
|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 4 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-11-12 | - In Room Dining Bkfst Food | CHECK# 0297366 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-11-12 | - In Room Dining Lunch | CHECK# 0297374 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 18.00 | |
| 03-11-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-11-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-11-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-11-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-11-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| | | Routed From Mason Wayne Of | | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee    Wayne Mason
         8722 Sanshire Ave
         Dallas TX 75231
         United States

| | |
|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 5 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-11-12 | Occupancy Tax | Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-12-12 | - In Room Dining Bkfst Food | CHECK# 0297406 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-12-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-12-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-12-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-12-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-12-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-12-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 8722 Sanshire Ave | |
| | Dallas TX 75231 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 6 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-13-12 | - In Room Dining Bkfst Food | CHECK# 0297451  Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-13-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-13-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-13-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-13-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-13-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-13-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| Payee | Wayne Mason | | Room No. | 0341 |
|---|---|---|---|---|
| | 8722 Sanshire Ave | | Arrival | 03-08-12 |
| | Dallas TX 75231 | | Departure | 03-30-12 |
| | United States | | Page No. | 7 of 22 |

| Membership | GP | G94604106N | Folio Window | 1 |
|---|---|---|---|---|
| Bonus Code | | | Folio | 151544 |
| Confirmation No. | 115837201 | | Invoice | |
| Group Name | Sedgwick Law | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-14-12 | - In Room Dining Bkfst Food | CHECK# 0297508  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 39.36 | |
| 03-14-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-14-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-14-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-14-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-14-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-14-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-15-12 | - In Room Dining Bkfst Food | CHECK# 0297578  Routed From Mason Wayne Of Room #0341 | 36.41 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0341 |
| | 8722 Sanshire Ave | Arrival | 03-08-12 |
| | Dallas TX 75231 | Departure | 03-30-12 |
| | United States | Page No. | 8 of 22 |
| | | Folio Window | 1 |
| Membership | GP   G94604106N | Folio | 151544 |
| Bonus Code | | Invoice | |
| Confirmation No. | 115837201 | | |
| Group Name | Sedgwick Law | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Sedgwick Law #9021=>Mason Wayne #0341 | | |
| 03-15-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-15-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-15-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-15-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-15-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-15-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-16-12 | - In Room Dining Bkfst Food | CHECK# 0297635  Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.71 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0341 |
| | 8722 Sanshire Ave | Arrival | 03-08-12 |
| | Dallas TX 75231 | Departure | 03-30-12 |
| | United States | Page No. | 9 of 22 |
| | | Folio Window | 1 |
| Membership | GP    G94604106N | Folio | 151544 |
| Bonus Code | | Invoice | |
| Confirmation No. | 115837201 | | |
| Group Name | Sedgwick Law | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-16-12 | Misc Personal Charge | Routed From Mason Wayne Of Room #034319501 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 107.21 | |
| 03-16-12 | - Avanzare Dinner | CHECK# 0222716  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 119.78 | |
| 03-16-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-16-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-16-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-16-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-16-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-16-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee   Wayne Mason
        8722 Sanshire Ave
        Dallas TX 75231
        United States

Folio Window    1

Membership   GP   G94604106N
Bonus Code
Confirmation No.  115837201
Group Name    Sedgwick Law

Folio           151544
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| | | #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-17-12 | - In Room Dining Bkfst Food | CHECK# 0297689  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 36.41 | |
| 03-17-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-17-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-17-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-17-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-17-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-17-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee   Wayne Mason
8722 Sanshire Ave
Dallas TX 75231
United States

| | |
|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 11 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

Membership   GP   G94604106N
Bonus Code
Confirmation No.  115837201
Group Name   Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Wayne #0341 | | |
| 03-18-12 | - In Room Dining Bkfst Food | CHECK# 0297746  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 39.36 | |
| 03-18-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-18-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-18-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-18-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-18-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-18-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| | | CHECK# 0297797  Routed From | | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0341 |
| | 8722 Sanshire Ave | Arrival | 03-08-12 |
| | Dallas TX 75231 | Departure | 03-30-12 |
| | United States | Page No. | 12 of 22 |
| | | Folio Window | 1 |
| Membership | GP   G94604106N | Folio | 151544 |
| Bonus Code | | Invoice | |
| Confirmation No. | 115837201 | | |
| Group Name | Sedgwick Law | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-19-12 | - In Room Dining Bkfst Food | Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-19-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-19-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-19-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-19-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-19-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-19-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-20-12 | - In Room Dining Bkfst Food | CHECK# 0297884  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason | 39.36 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 8722 Sanshire Ave | |
| | Dallas TX 75231 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 13 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Wayne #0341 | | |
| 03-20-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-20-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-20-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-20-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-20-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-20-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-21-12 | - In Room Dining Bkfst Food | CHECK# 0297964 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Routed From Mason Wayne Of | 36.41 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

Payee    Wayne Mason
8722 Sanshire Ave
Dallas TX 75231
United States

| | | |
|---|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 14 of 22 |

Membership    GP   G94604106N     Folio Window   1
Bonus Code     Folio    151544
Confirmation No.  115837201     Invoice
Group Name    Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-21-12 | Package | Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-21-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-21-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-21-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-21-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-21-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-22-12 | - In Room Dining Bkfst Food | CHECK# 0297032  Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-22-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| Payee | Wayne Mason |
| | 8722 Sanshire Ave |
| | Dallas TX 75231 |
| | United States |

| | | |
| --- | --- | --- |
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| | |
| --- | --- |
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 15 of 22 |
| Folio Window | 1 |
| Folio | 151544 |
| Invoice | |

| Date | Description | | Charges | Credits |
| --- | --- | --- | --- | --- |
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-22-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-22-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-22-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-22-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-22-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| | | Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-23-12 | - In Room Dining Bkfst Food | CHECK# 0297085 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-23-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |
| 03-23-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law | 11.13 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | | | |
|---|---|---|---|---|
| Payee | Wayne Mason | | Room No. | 0341 |
| | 8722 Sanshire Ave | | Arrival | 03-08-12 |
| | Dallas TX 75231 | | Departure | 03-30-12 |
| | United States | | Page No. | 16 of 22 |
| | | | Folio Window | 1 |
| Membership | GP    G94604106N | | Folio | 151544 |
| Bonus Code | | | Invoice | |
| Confirmation No. | 115837201 | | | |
| Group Name | Sedgwick Law | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | #9021=>Mason Wayne #0341 | | |
| 03-23-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| 03-23-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-23-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-23-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-24-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |
| 03-24-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| 03-24-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| 03-24-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-24-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law | 11.13 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0341 |
| | 8722 Sanshire Ave | Arrival | 03-08-12 |
| | Dallas TX 75231 | Departure | 03-30-12 |
| | United States | Page No. | 17 of 22 |
| | | Folio Window | 1 |
| Membership | GP   G94604106N | Folio | 151544 |
| Bonus Code | | Invoice | |
| Confirmation No. | 115837201 | | |
| Group Name | Sedgwick Law | | |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---|
| | | #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | | |
| 03-24-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-25-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |
| 03-25-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| 03-25-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| 03-25-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |
| 03-25-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| 03-25-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| 03-26-12 | - In Room Dining Bkfst Food | CHECK# 0297300  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 36.41 | |
| 03-26-12 | - In Room Dining Lunch | CHECK# 0297346  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 20.00 | |
| 03-26-12 | Package | Routed From Mason Wayne Of | 159.00 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 8722 Sanshire Ave | |
| | Dallas TX 75231 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0341 |
| Arrival | 03-08-12 |
| Departure | 03-30-12 |
| Page No. | 18 of 22 |
| Folio Window | 1 |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| | |
|---|---|
| Folio | 151544 |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | | |
| 03-26-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| 03-26-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| 03-26-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-26-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-26-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-27-12 | - In Room Dining Bkfst Food | CHECK# 0297427 Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 36.41 | |
| 03-27-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |
| 03-27-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| 03-27-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law | 7.95 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Payee | Wayne Mason | Room No. 0341 |
| | 8722 Sanshire Ave | Arrival 03-08-12 |
| | Dallas TX 75231 | Departure 03-30-12 |
| | United States | Page No. 19 of 22 |
| | | Folio Window 1 |
| Membership | GP   G94604106N | Folio 151544 |
| Bonus Code | | Invoice |
| Confirmation No. | 115837201 | |
| Group Name | Sedgwick Law | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | #9021=>Mason Wayne #0341 | | |
| 03-27-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-27-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-27-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-28-12 | - In Room Dining Bkfst Food | CHECK# 0297464  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | 36.41 | |
| 03-28-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-28-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-28-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| | | Routed From Mason Wayne Of | | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0341 |
| | 8722 Sanshire Ave | Arrival | 03-08-12 |
| | Dallas TX 75231 | Departure | 03-30-12 |
| | United States | Page No. | 20 of 22 |
| | | Folio Window | 1 |
| Membership | GP    G94604106N | Folio | 151544 |
| Bonus Code | | Invoice | |
| Confirmation No. | 115837201 | | |
| Group Name | Sedgwick Law | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-28-12 | Package | Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-28-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 11.13 | |
| 03-28-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 7.95 | |
| 03-29-12 | - In Room Dining Bkfst Food | CHECK# 0297509  Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 39.67 | |
| 03-29-12 | Package | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 159.00 | |
| 03-29-12 | State Room Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 11.13 | |
| 03-29-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0341 Sedgwick Law #9021=>Mason Wayne #0341 | 7.95 | |
| 03-29-12 | Package | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | 159.00 | |
| 03-29-12 | State Room Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason | 11.13 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| Payee | Wayne Mason<br>8722 Sanshire Ave<br>Dallas TX 75231<br>United States | Room No. | 0341 |
|---|---|---|---|
| | | Arrival | 03-08-12 |
| | | Departure | 03-30-12 |
| | | Page No. | 21 of 22 |
| Membership | GP    G94604106N | Folio Window | 1 |
| Bonus Code | | Folio | 151544 |
| Confirmation No. | 115837201 | Invoice | |
| Group Name | Sedgwick Law | | |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| | | Wayne #0341 | | | |
| 03-29-12 | Occupancy Tax | Routed From Mason Wayne Of Room #0343 Sedgwick Law #9021=>Mason Wayne #0341 Mason Wayne #0341=>Mason Wayne #0341 | | 7.95 | |
| 03-30-12 | - In Room Dining Bkfst Food | CHECK# 0297558  Routed From Mason Wayne Of Room #0341 Sedgwick Law  #9021=>Mason Wayne #0341 | | 36.71 | |
| 03-30-12 | Master Card | XXXXXXXXXXX5580 | XX/XX | | 178.08 |
| 03-30-12 | Master Card | XXXXXXXXXXX5580 | XX/XX | | 890.40 |
| 03-30-12 | Master Card | XXXXXXXXXXX5580 | XX/XX | | 178.08 |
| 03-30-12 | Master Card | XXXXXXXXXXX5580 | XX/XX | | 7,694.24 |



**HYATT REGENCY TAMPA**
DOWNTOWN AT TAMPA CITY CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason<br>8722 Sanshire Ave<br>Dallas TX 75231<br>United States | Room No. | 0341 |
| | | Arrival | 03-08-12 |
| | | Departure | 03-30-12 |
| | | Page No. | 22 of 22 |
| Membership | GP    G94604106N | Folio Window | 1 |
| Bonus Code | | Folio | 151544 |
| Confirmation No. | 115837201 | Invoice | |
| Group Name | Sedgwick Law | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |
| | **Total** | **8,940.80** | **8,940.80** |
| | **Balance** | **0.00** | |

---

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email na.customerservice@hyatt.com

Please forward all invoice payments to:

Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384

```
       HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                   IN ROOM DINING
706 STACIE G            2            714 Katie              2
-------------------------------      -------------------------------
  341 /1     7558   GST 1              341 /1     7509   GST 1
      MAR30'12  6:43AM                     MAR29'12  6:22AM
-------------------------------      -------------------------------
 1 SM POT BEVG       7.00             1 2 Eggs Any Style   14.75
 1 Grapefruit      6.00               1 Grapefruit      6.00
 1 2 Eggs Any Style   14.75           1 SM POT BEVG       7.00
 1 DELIVERY CHARGE    3.50            1 DELIVERY CHARGE    3.50
    1400.00%                             700.00%
 1 Server Number     0.00             1 Server Number     0.00
    10.00%                             Food Sales      27.75
   SEDGEWICK      2.78-               Delivery Charge    3.50
   Food Sales     27.75               21% Svc Charge     5.83
   Delivery Charge   3.50             TAX            2.59
   Discount total   2.78-             TOTAL PAID    39.67
   21% Svc Charge    5.83             341/Mason
   TAX           2.41                 ROOM CHARGE       39.67
   TOTAL PAID    36.71              ----714 CLOSED MAR29  6:57AM----
   341/Mason
   ROOM CHARGE       36.71
----706 CLOSED MAR30  7:05AM----


       HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                   IN ROOM DINING
712 Loly               3            714 Katie              2
-------------------------------      -------------------------------
  341 /1     7464   GST 1              341 /1     7427   GST 1
      MAR28'12  6:21AM                     MAR27'12  6:39AM
-------------------------------      -------------------------------
 1 3 Egg Omelette   14.50             1 3 Egg Omelette   14.50
 1 Grapefruit      6.00               1 Grapefruit      6.00
 1 SM POT BEVG       7.00             1 SM POT BEVG       7.00
 1 DELIVERY CHARGE    3.50            1 DELIVERY CHARGE    3.50
    14                                   13
 1 Server Number     0.00             1 Server Number     0.00
    10.00%                             10.00%
   SEDGEWICK      2.75-               SEDGEWICK      2.75-
   Food Sales     27.50               Food Sales     27.50
   Delivery Charge   3.50             Delivery Charge   3.50
   Discount total   2.75-             Discount total   2.75-
   21% Svc Charge    5.78             21% Svc Charge    5.78
   TAX           2.38                 TAX           2.38
   TOTAL PAID    36.41                TOTAL PAID    36.41
   341/Mason                          341/Mason
   ROOM CHARGE       36.41            ROOM CHARGE       36.41
----712 CLOSED MAR28  7:09AM----    ----714 CLOSED MAR27  7:32AM----
```

```
HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
  IN ROOM DINING                   IN ROOM DINING
714 Katie           3            714 Katie            1
--------------------------------  --------------------------------
 341 /1     7300  GST 1            341 /1     7346
    MAR26'12  6:56AM                  MAR26'12  2:13PM
--------------------------------  --------------------------------
 1 3 Egg Omelette    14.50         1 Chicken Sandwich    12.00
 1 Grapefruit        6.00          1 DELIVERY CHARGE    3.50
 1 SM POT BEVG       7.00             10.00%
 1 DELIVERY CHARGE   3.50          SEDGEWICK        1.20-
    1300.00%                       Food Sales       12.00
 1 Server Number     0.00          Delivery Charge   3.50
    10.00%                         Discount total    1.20-
 SEDGEWICK        2.75-            SERVICE CHARGES    2.00
 Food Sales       27.50           21% Svc Charge    2.52
 Delivery Charge   3.50            TAX               1.18
 Discount total   2.75-            TOTAL PAID       20.00
 21% Svc Charge   5.78            $ CHARGE TIP      2.00
 TAX             2.38              341/Mason
 TOTAL PAID    36.41               ROOM CHARGE      20.00
 341/Mason                        ----714 CLOSED MAR26  2:13PM----
 ROOM CHARGE     36.41
----714 CLOSED MAR26  8:03AM----


  HYATT REGENCY TAMPA
   IN ROOM DINING                  HYATT REGENCY TAMPA
706 STACIE G        2               IN ROOM DINING
--------------------------------  712 Loly             3
 341 /1    7085  GST 1            --------------------------------
    MAR23'12  7:35AM                341 /1     7032  GST 1
--------------------------------      MAR22'12  6:58AM
 1 3 Egg Omelette    14.50        --------------------------------
 1 Grapefruit        6.00          1 3 Egg Omelette    14.50
 1 SM POT BEVG       7.00          1 Grapefruit        6.00
 1 DELIVERY CHARGE   3.50          1 SM POT BEVG       7.00
    7/CART                         1 DELIVERY CHARGE   3.50
 1 Server Number     0.00            10.00%
    10.00%                         SEDGEWICK        2.75-
 SEDGEWICK        2.75-            Food Sales       27.50
 Food Sales       27.50           Delivery Charge   3.50
 Delivery Charge   3.50           Discount total   2.75-
 Discount total   2.75-           21% Svc Charge   5.78
 21% Svc Charge   5.78            TAX             2.38
 TAX             2.38             TOTAL PAID    36.41
 TOTAL PAID    36.41              341/Mason
 341/Mason                        ROOM CHARGE     36.41
 ROOM CHARGE     36.41           ----712 CLOSED MAR22  7:30AM----
----706 CLOSED MAR23  8:13AM----
```

```
      HYATT REGENCY TAMPA                          HYATT REGENCY TAMPA
        IN ROOM DINING                               IN ROOM DINING
712 Loly                  3                   719 Eddie              2
--------------------------------              --------------------------------
  341 /1    7964   GST 1                         341 /1    7884  GST 1
      MAR21'12  7:11AM                               MAR20'12  6:45AM
--------------------------------              --------------------------------
  1 SM POT BEVG      7.00                        1 3 Egg Omelette   14.50
  1 3 Egg Omelette   14.50                       1 Grapefruit      6.00
  1 Grapefruit       6.00                        1 SM POT BEVG      7.00
  1 DELIVERY CHARGE   3.50                       1 DELIVERY CHARGE   3.50
     1300.00%                                       1300.00%
  1 Server Number     0.00                       1 Server Number     0.00
     10.00%                                        Food Sales     27.50
   SEDGEWICK       2.75-                          Delivery Charge  3.50
   Food Sales      27.50                          21% Svc Charge   5.78
   Delivery Charge  3.50                          TAX        2.58
   Discount total  2.75-                          TOTAL PAID    39.36
   21% Svc Charge   5.78                          341/Mason
   TAX        2.38                                ROOM CHARGE      39.36
   TOTAL PAID    36.41                        ----719 CLOSED MAR20  7:13AM----
   341/Mason
   ROOM CHARGE      36.41
----712 CLOSED MAR21  7:41AM----


      HYATT REGENCY TAMPA
        IN ROOM DINING                               HYATT REGENCY TAMPA
706 STACIE G            3                             IN ROOM DINING
--------------------------------              719 Eddie              2
  341 /1    7797   GST 1                       --------------------------------
      MAR19'12  5:52AM                           341 /1    7746   GST 1
--------------------------------                     MAR18'12  8:14AM
  1 3 Egg Omelette   14.50                     --------------------------------
  1 Grapefruit       6.00                        1 3 Egg Omelette   14.50
  1 SM POT BEVG      7.00                        1 Grapefruit      6.00
  1 DELIVERY CHARGE   3.50                       1 SM POT BEVG      7.00
       13                                        1 DELIVERY CHARGE   3.50
  1 Server Number     0.00                          1300.00%
     10.00%                                      1 Server Number     0.00
   SEDGEWICK       2.75-                          Food Sales     27.50
   Food Sales      27.50                          Delivery Charge  3.50
   Delivery Charge  3.50                          21% Svc Charge   5.78
   Discount total  2.75-                          TAX        2.58
   21% Svc Charge   5.78                          TOTAL PAID    39.36
   TAX        2.38                                341/Mason
   TOTAL PAID    36.41                            ROOM CHARGE      39.36
   341/Mason                                 ----719 CLOSED MAR18  8:32AM----
   ROOM CHARGE      36.41
----706 CLOSED MAR19  6:17AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                AVANZARE RESTAURANT
719 Eddie            3              111 Bell              2
------------------------------     ------------------------------
341 /1    7689   GST 1             34 /1     2716   GST 2
     MAR17'12  8:48AM                   MAR16'12  7:19PM
------------------------------     ------------------------------
 1 3 Egg Omelette   14.50          Misc Personal
 1 Grapefruit    6.00                Charge          11.00
 1 SM POT BEVG    7.00             1 Tempura Shrimp   12.00
 1 DELIVERY CHARGE   3.50          1 Arugula Salad    9.00
   7/CART                             50.00%
 7 Server Number   0.00              50% CHLD PORTION   4.50-
   10.00%                          1 ****COURSE 2****
   SEDGEWICK     2.75-             1 Arugula Shrimp   15.00
   Food Sales    27.50             1 Seared Catch    24.00
   Delivery Charge   3.50          1 FIRE CRS 2
   Discount total   2.75-          Misc Personal       11.00
   21% Svc Charge   5.78             Charge            12.00
   TAX           2.38              1 Coffee      3.75
   TOTAL PAID    36.41               Food Sales    59.25
   341/Mason                       Misc Personal      34.00
   ROOM CHARGE      36.41            Charge
----719 CLOSED MAR17  9:30AM----   SERVICE CHARGES   20.00
                                     TAX          6.53
                                     TOTAL PAID   119.78
                                     $ CHARGE TIP   20.00
                                     341/Mason
                                     ROOM CHARGE   119.78   $46.38 Deducted
                                   ----111 CLOSED MAR16  8:40PM----


        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                  IN ROOM DINING
719 Eddie            3              712 Loly              2
------------------------------     ------------------------------
341 /1    7635   GST 1             341 /1    7578   GST 1
     MAR16'12  8:18AM                   MAR15'12  6:48AM
------------------------------     ------------------------------
 1 2 Eggs Any Style   14.75        1 3 Egg Omelette   14.50
 1 Grapefruit    6.00              1 Grapefruit    6.00
 1 SM POT BEVG    7.00             1 SM POT BEVG    7.00
 1 DELIVERY CHARGE   3.50          1 DELIVERY CHARGE   3.50
   13                                14
 1 Server Number   0.00            1 Server Number   0.00
   10.00%                            10.00%
   SEDGEWICK     2.78-               SEDGEWICK     2.75-
   Food Sales    27.75              Food Sales    27.50
   Delivery Charge   3.50           Delivery Charge   3.50
   Discount total   2.78-           Discount total   2.75-
   21% Svc Charge   5.83            21% Svc Charge   5.78
   TAX           2.41               TAX           2.38
   TOTAL PAID    36.71              TOTAL PAID    36.41
   341/Mason                        341/Mason
   ROOM CHARGE      36.71           ROOM CHARGE      36.41
----719 CLOSED MAR16  8:49AM----   ----712 CLOSED MAR15  7:25AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                   IN ROOM DINING
719 Eddie            3              714 Katie            2
-------------------------------     -------------------------------
341 /1      7508   GST 1            341 /1      7451   GST 1
      MAR14'12  6:35AM                    MAR13'12  6:40AM
-------------------------------     -------------------------------
      ADJUST                          1 SM POT BEVG      7.00
      CLOSED CHECK                    1 3 Egg Omelette  14.50
  1 SM POT BEVG      7.00             1 Grapefruit       6.00
  1 3 Egg Omelette  14.50            1 DELIVERY CHARGE   3.50
  1 Grapefruit       6.00                  1400.00%
  1 DELIVERY CHARGE   3.50           1 Server Number    0.00
        1300.00%                           10.00%
  1 Server Number    0.00            SEDGEWICK        2.75-
   Food Sales       27.50            Food Sales       27.50
   Delivery Charge   3.50            Delivery Charge   3.50
   21% Svc Charge    5.78            Discount total   2.75-
   TAX              2.58             21% Svc Charge    5.78
   TOTAL PAID      39.36             TAX              2.38
   341/Mason                         TOTAL PAID      36.41
   ROOM CHARGE      39.36            341/Mason
----719 ADJ MAR14'12 11:04AM----     ROOM CHARGE      36.41
                                    ----714 CLOSED MAR13 7:42AM----



        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                   IN ROOM DINING
714 Katie            3              714 Katie            3
-------------------------------     -------------------------------
341 /1      7406   GST 1            341 /1      7366   GST 1
      MAR12'12  6:39AM                    MAR11'12  8:06AM
-------------------------------     -------------------------------
  1 3 Egg Omelette  14.50             1 3 Egg Omelette  14.50
  1 Grapefruit       6.00             1 Grapefruit       6.00
  1 SM POT BEVG      7.00             1 SM POT BEVG      7.00
  1 DELIVERY CHARGE   3.50            1 DELIVERY CHARGE   3.50
        13                                 7
  1 Server Number    0.00            1 Server Number    0.00
        10.00%                             10.00%
   SEDGEWICK        2.75-             SEDGEWICK        2.75-
   Food Sales       27.50            Food Sales       27.50
   Delivery Charge   3.50            Delivery Charge   3.50
   Discount total   2.75-            Discount total   2.75-
   21% Svc Charge    5.78            21% Svc Charge    5.78
   TAX              2.38             TAX              2.38
   TOTAL PAID      36.41             TOTAL PAID      36.41
   341/Mason                         341/Mason
   ROOM CHARGE      36.41            ROOM CHARGE      36.41
----714 CLOSED MAR12 7:49AM----     ----714 CLOSED MAR11 8:45AM----
```

```
HYATT REGENCY TAMPA
   IN ROOM DINING
714 Katie              3
-------------------------------
  341 /1    7374  GST 1
     MAR11'12 12:43PM
-------------------------------
 1 Chicken Sandwich  12.00
 1 DELIVERY CHARGE     3.50
   700.00%
 1 Server Number     0.00
   10.00%
  SEDGEWICK         1.20-
  Food Sales        12.00
  Delivery Charge    3.50
  Discount total     1.20-
  21% Svc Charge     2.52
  TAX                1.18
  TOTAL PAID        18.00
  341/Mason
  ROOM CHARGE       18.00
----714 CLOSED MAR11 1:36PM----
```

```
   HYATT REGENCY TAMPA
     IN ROOM DINING
714 Katie              3
-------------------------------
  341 /1    7316  GST 1
     MAR10'12 7:12AM
-------------------------------
 1 3 Egg Omelette   14.50
 1 Grapefruit        6.00
 1 SM POT BEVG       7.00
 1 DELIVERY CHARGE     3.50
   700.00%
 1 Server Number     0.00
   10.00%
  SEDGEWICK         2.75-
  Food Sales        27.50
  Delivery Charge    3.50
  Discount total     2.75-
  21% Svc Charge     5.78
  TAX                2.38
  TOTAL PAID        36.41
  341/Mason
  ROOM CHARGE       36.41
----714 CLOSED MAR10 8:24AM----
```

```
   HYATT REGENCY TAMPA
     IN ROOM DINING
714 Katie              3
-------------------------------
  341 /1    7328  GST 1
     MAR10'12 12:28PM
-------------------------------
 1 English Club     12.00
 1 Tortilla Soup Bo  6.00
 1 ICED TEA          2.50
 1 DELIVERY CHARGE     3.50
        14
 1 Server Number     0.00
   10.00%
  SEDGEWICK         2.05-
  Food Sales        20.50
  Delivery Charge    3.50
  Discount total     2.05-
  21% Svc Charge     4.31
  TAX                1.84
  TOTAL PAID        28.10
  341/Mason
  ROOM CHARGE       28.10
----714 CLOSED MAR10 12:55PM----
```

```
   HYATT REGENCY TAMPA
     IN ROOM DINING
712 Loly               2
-------------------------------
  341 /1    7265  GST 1
     MAR09'12 8:34AM
-------------------------------
 1 2 Eggs Any Style  14.75
 1 Grapefruit        6.00
 1 SM POT BEVG       7.00
 1 DELIVERY CHARGE     3.50
   1400.00%
 1 Server Number     0.00
   10.00%
  SEDGEWICK         2.78-
  Food Sales        27.75
  Delivery Charge    3.50
  Discount total     2.78-
  21% Svc Charge     5.83
  TAX                2.41
  TOTAL PAID        36.71
  341/Mason
  ROOM CHARGE       36.71
----712 CLOSED MAR09 9:01AM----
```

```
HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
  IN ROOM DINING                   IN ROOM DINING
714 Katie           2            125 JEFFERY          2
--------------------------------   --------------------------------
 1633 /1    7188   GST 1           1633 /1    7135   GST 1
      MAR08'12  7:36AM                  MAR07'12  6:45PM
--------------------------------   --------------------------------
 1 2 Eggs Any Style   14.75        1 Tortilla Soup Bo   6.00
 1 Grapefruit    6.00              1 Seared Catch     24.00
 1 DELIVERY CHARGE    3.50         1 DELIVERY CHARGE    3.50
    1400.00%                         Food Sales      30.00
 1 Server Number    0.00            Delivery Charge   3.50
    10.00%                           21% Svc Charge    6.30
  SEDGEWICK     2.08-               TAX          2.79
  Food Sales    20.75               TOTAL PAID     42.59
  Delivery Charge   3.50            1633/Mason
  Discount total    2.08-           ROOM CHARGE      42.59
  21% Svc Charge    4.36          ----125 CLOSED MAR07  9:58PM----
  TAX          1.86
  TOTAL PAID    28.39
  1633/Mason
  ROOM CHARGE      28.39
----714 CLOSED MAR08  8:48AM----
```



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| Payee | Wayne Mason |
| | 8722 Sanshire Ave |
| | Dallas TX 75231 |
| | United States |

| Room No. | 0341 |
| Arrival | 03-30-12 |
| Departure | 04-12-12 |
| Page No. | 1 of 3 |
| Folio Window | 1 |
| Folio | 154001 |
| Invoice | |

| Membership | GP | G94604106N |
| Bonus Code | |
| Confirmation No. | 115837203 |
| Group Name | Sedgwick Law |

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 03-30-12 | Package | | 159.00 | |
| 03-30-12 | State Room Tax | | 11.13 | |
| 03-30-12 | Occupancy Tax | | 7.95 | |
| 03-31-12 | - In Room Dining Bkfst Food | CHECK# 0297598 | 36.41 | |
| 03-31-12 | Package | | 159.00 | |
| 03-31-12 | State Room Tax | | 11.13 | |
| 03-31-12 | Occupancy Tax | | 7.95 | |
| 04-01-12 | - In Room Dining Bkfst Food | CHECK# 0297636 | 36.41 | |
| 04-01-12 | Package | | 159.00 | |
| 04-01-12 | State Room Tax | | 11.13 | |
| 04-01-12 | Occupancy Tax | | 7.95 | |
| 04-02-12 | - In Room Dining Bkfst Food | CHECK# 0297666 | 36.41 | |
| 04-02-12 | - Guest -Tek Internet Charges | [Overage][R] | 18.00 | |
| 04-02-12 | Package | | 159.00 | |
| 04-02-12 | State Room Tax | | 11.13 | |
| 04-02-12 | Occupancy Tax | | 7.95 | |
| 04-03-12 | - Avanzare Breakfast | CHECK# 0222419 | 30.15 | |
| 04-03-12 | - In Room Dining Lunch | CHECK# 0297705 | 19.28 | |
| 04-03-12 | Package | | 159.00 | |
| 04-03-12 | State Room Tax | | 11.13 | |
| 04-03-12 | Occupancy Tax | | 7.95 | |
| 04-04-12 | - In Room Dining Bkfst Food | CHECK# 0297751 | 36.41 | |
| 04-04-12 | - Guest -Tek Internet Charges | [Overage][R] | 18.00 | |
| 04-04-12 | Package | | 159.00 | |
| 04-04-12 | State Room Tax | | 11.13 | |
| 04-04-12 | Occupancy Tax | | 7.95 | |
| 04-05-12 | - In Room Dining Bkfst Food | CHECK# 0297814 | 36.41 | |



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

Payee  Wayne Mason
       8722 Sanshire Ave
       Dallas TX 75231
       United States

| | | |
|---|---|---|
| Room No. | 0341 |
| Arrival | 03-30-12 |
| Departure | 04-12-12 |
| Page No. | 2 of 3 |
| Folio Window | 1 |
| Folio | 154001 |
| Invoice | |

Membership     GP    G94604106N
Bonus Code
Confirmation No.   115837203
Group Name     Sedgwick Law

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-05-12 | - Guest -Tek Internet Charges | [Overage][R] | 18.00 | |
| 04-05-12 | Package | | 159.00 | |
| 04-05-12 | State Room Tax | | 11.13 | |
| 04-05-12 | Occupancy Tax | | 7.95 | |
| 04-06-12 | - In Room Dining Bkfst Food | CHECK# 0297882 | 36.41 | |
| 04-06-12 | Package | | 159.00 | |
| 04-06-12 | State Room Tax | | 11.13 | |
| 04-06-12 | Occupancy Tax | | 7.95 | |
| 04-07-12 | Package | | 159.00 | |
| 04-07-12 | State Room Tax | | 11.13 | |
| 04-07-12 | Occupancy Tax | | 7.95 | |
| 04-08-12 | - Guest -Tek Internet Charges | [Overage][R] | 18.00 | |
| 04-08-12 | - In Room Dining Lunch | CHECK# 0297963 | 29.64 | |
| 04-08-12 | - In Room Dining Dinner Food | CHECK# 0297968 | 47.77 | |
| 04-08-12 | Package | | 159.00 | |
| 04-08-12 | State Room Tax | | 11.13 | |
| 04-08-12 | Occupancy Tax | | 7.95 | |
| 04-09-12 | - In Room Dining Bkfst Food | CHECK# 0297987 | 36.41 | |
| 04-09-12 | Package | | 159.00 | |
| 04-09-12 | State Room Tax | | 11.13 | |
| 04-09-12 | Occupancy Tax | | 7.95 | |
| 04-10-12 | - In Room Dining Bkfst Food | CHECK# 0297022 | 36.41 | |
| 04-10-12 | Package | | 159.00 | |
| 04-10-12 | State Room Tax | | 11.13 | |
| 04-10-12 | Occupancy Tax | | 7.95 | |
| 04-11-12 | - In Room Dining Bkfst Food | CHECK# 0297075 | 36.41 | |
| 04-11-12 | - Avanzare Bar Dinner Beverage | CHECK# 0334163 | 12.56 | |



**HYATT**
R E G E N C Y
T A M P A ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 8722 Sanshire Ave | |
| | Dallas TX 75231 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0341 |
| Arrival | 03-30-12 |
| Departure | 04-12-12 |
| Page No. | 3 of 3 |
| Folio Window | 1 |
| Folio | 154001 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 115837203 | |
| Group Name | Sedgwick Law | |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 04-11-12 | Gift Shop | 3595712 | | 48.12 | |
| 04-11-12 | Package | | | 159.00 | |
| 04-11-12 | State Room Tax | | | 11.13 | |
| 04-11-12 | Occupancy Tax | | | 7.95 | |
| 04-12-12 | Master Card | XXXXXXXXXXXX5580 | XX/XX | | 2,902.25 |

Your Gold Passport account will be credited for this stay.

| | | | |
|---|---|---|---|
| **Total** | | 2,902.25 | 2,902.25 |
| **Balance** | | | 0.00 |

_____
Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**

```
HYATT REGENCY TAMPA
    IN ROOM DINING
719 Eddie              2
--------------------------------
 341 /1    7075   GST 1
      APR11'12  8:53AM
--------------------------------
 1 3 Egg Omelette    14.50
 1 Grapefruit         6.00
 1 SM POT BEVG        7.00
 1 DELIVERY CHARGE    3.50
      1300.00%
 1 Server Number      0.00
      10.00%
   SEDGEWICK         2.75-
   Food Sales       27.50
   Delivery Charge   3.50
   Discount total    2.75-
   21% Svc Charge    5.78
   TAX               2.38
   TOTAL PAID       36.41
   341/Mason
     ROOM CHARGE     36.41
----719 CLOSED APR11  9:24AM----
```

```
   HYATT REGENCY TAMPA
      AVANZARE BAR
 507 Ashley            3
--------------------------------
 CHK  4163  APR11'12  4:32PM
--------------------------------
 Misc Personal Charge
                     4.00
                     4.00

                     8.00
   SERVICE CHARGES    4.00
   TAX                0.56
   TOTAL PAID        12.56
   $ CHARGE TIP       4.00
   341/Mason
   ROOM CHARGE       12.56    All Deducted
----507 CLOSED APR11  5:11PM----
```

```
    HYATT REGENCY TAMPA
     IN ROOM DINING
706 STACIE G            2
--------------------------------
 341 /1      7022   GST 1
     APR10'12  6:42AM
--------------------------------
 1 SM POT BEVG        7.00
 1 3 Egg Omelette    14.50
 1 Grapefruit         6.00
 1 DELIVERY CHARGE    3.50
      7/CART
 1 Server Number      0.00
      10.00%
   SEDGEWICK         2.75-
   Food Sales       27.50
   Delivery Charge   3.50
   Discount total    2.75-
   21% Svc Charge    5.78
   TAX               2.38
   TOTAL PAID       36.41
   341/Mason
     ROOM CHARGE     36.41
----706 CLOSED APR10  7:59AM----
```

```
   HYATT REGENCY TAMPA
     IN ROOM DINING
714 Katie              2
--------------------------------
 341 /1     7987   GST 1
     APR09'12  6:45AM
--------------------------------
 1 3 Egg Omelette    14.50
 1 Grapefruit         6.00
 1 SM POT BEVG        7.00
 1 DELIVERY CHARGE    3.50
      7/CART
 1 Server Number      0.00
      10.00%
   SEDGEWICK         2.75-
   Food Sales       27.50
   Delivery Charge   3.50
   Discount total    2.75-
   21% Svc Charge    5.78
   TAX               2.38
   TOTAL PAID       36.41
   341/Mason
     ROOM CHARGE     36.41
----714 CLOSED APR09  7:20AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
718 Tyrone              2
--------------------------------
  341 /1    7963  GST 1
       APR08'12 12:57PM
--------------------------------
  1 Tortilla Soup Bo    6.00
  1 Fish Sandwich      14.00
  1 DELIVERY CHARGE     3.50
   Food Sales      20.00
   Delivery Charge   3.50
   21% Svc Charge    4.20
   TAX              1.94
   TOTAL PAID    29.64
   341/Mason
   ROOM CHARGE     29.64
----718 CLOSED APR08  2:47PM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
125 JEFFERY             2
--------------------------------
  341 /1    7968  GST 1
       APR08'12  6:29PM
--------------------------------
  1 Arugula Salad     9.00
  1 Parpadelle       19.00
  1 Lava Cake         6.00
  1 DELIVERY CHARGE    3.50
   Food Sales      34.00
   Delivery Charge   3.50
   21% Svc Charge    7.14
   TAX              3.13
   TOTAL PAID    47.77
   341/Mason
   ROOM CHARGE     47.77
----125 CLOSED APR08  6:47PM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
714 Katie               4
--------------------------------
  341 /1    7882  GST 1
       APR06'12  6:56AM
--------------------------------
  1 3 Egg Omelette    14.50
  1 Grapefruit         6.00
  1 SM POT BEVG        7.00
  1 DELIVERY CHARGE    3.50
       13
  1 Server Number      0.00
       10.00%
   SEDGEWICK        2.75-
   Food Sales      27.50
   Delivery Charge   3.50
   Discount total    2.75-
   21% Svc Charge    5.78
   TAX              2.38
   TOTAL PAID    36.41
   341/Mason
   ROOM CHARGE     36.41
----714 CLOSED APR06  9:07AM----
```

```
        HYATT REGENCY TAMPA
          IN ROOM DINING
714 Katie               2
--------------------------------
  341 /1    7814  GST 1
       APR05'12  7:52AM
--------------------------------
  1 3 Egg Omelette    14.50
  1 Grapefruit         6.00
  1 SM POT BEVG        7.00
  1 DELIVERY CHARGE    3.50
        7
  1 Server Number      0.00
       10.00%
   SEDGEWICK        2.75-
   Food Sales      27.50
   Delivery Charge   3.50
   Discount total    2.75-
   21% Svc Charge    5.78
   TAX              2.38
   TOTAL PAID    36.41
   341/Mason
   ROOM CHARGE     36.41
----714 CLOSED APR05  8:36AM----
```

```
        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                AVANZARE RESTAURANT
714 Katie              2            136 Jelena              2
--------------------------------   --------------------------------
  341 /1    7751  GST 1              82 /1     2419  GST 1
      APR04'12 6:06AM                    APR03'12 9:51AM
--------------------------------   --------------------------------
  1 3 Egg Omelette   14.50           1 Coffee        3.75
  1 SM POT BEVG       7.00           1 2Eggs Bacon  14.75
  1 Grapefruit        6.00           GRAPFRUIT
  1 DELIVERY CHARGE   3.50           1 OPEN FOOD COLD   5.00
    1400.00%                         Food Sales    23.50
  1 Server Number     0.00           SERVICE CHARGES    5.00
    10.00%                           TAX            1.65
  SEDGEWICK          2.75-           TOTAL PAID    30.15
  Food Sales        27.50           $ CHARGE TIP    5.00
  Delivery Charge    3.50           341/Mason
  Discount total     2.75-           ROOM CHARGE    30.15
  21% Svc Charge     5.78       ----136 CLOSED APR03 10:15AM----
  TAX                2.38
  TOTAL PAID        36.41
341/Mason
  ROOM CHARGE       36.41
----714 CLOSED APR04 6:56AM----


        HYATT REGENCY TAMPA              HYATT REGENCY TAMPA
          IN ROOM DINING                  IN ROOM DINING
712 Loly               2            706 STACIE G            3
--------------------------------   --------------------------------
  341 /1    7705  GST 1              341 /1    7666  GST 1
      APR03'12 1:06PM                    APR02'12 6:49AM
--------------------------------   --------------------------------
  1 Chicken Sandwich  12.00           1 SM POT BEVG       7.00
  1 DELIVERY CHARGE   3.50           1 3 Egg Omelette   14.50
    1400.00%                         1 Grapefruit        6.00
  1 Server Number     0.00           1 DELIVERY CHARGE   3.50
  Food Sales         12.00             14/CART
  Delivery Charge     3.50           1 Server Number     0.00
  21% Svc Charge      2.52             10.00%
  TAX                 1.26           SEDGEWICK          2.75-
  TOTAL PAID         19.28           Food Sales        27.50
341/Mason                            Delivery Charge    3.50
  ROOM CHARGE        19.28           Discount total     2.75-
----712 CLOSED APR03 1:53PM----      21% Svc Charge     5.78
                                     TAX                2.38
                                     TOTAL PAID        36.41
                                   341/Mason
                                     ROOM CHARGE       36.41
                               ----706 CLOSED APR02 7:15AM----
```

HYATT REGENCY TAMPA
IN ROOM DINING
714 Katie                3
--------------------------------
341 /1      7636   GST 1
        APR01'12  9:04AM
--------------------------------
1 3 Egg Omelette    14.50
1 Grapefruit      6.00
1 SM POT BEVG      7.00
1 DELIVERY CHARGE    3.50
14/CART
1 Server Number     0.00
   10.00%
SEDGEWICK       2.75-
Food Sales     27.50
Delivery Charge   3.50
Discount total   2.75-
21% Svc Charge    5.78
TAX          2.38
TOTAL PAID     36.41
341/Mason
ROOM CHARGE     36.41
----714 CLOSED APR01  9:58AM----

HYATT REGENCY TAMPA
IN ROOM DINING
714 Katie                2
--------------------------------
341 /1      7598   GST 1
        MAR31'12  9:03AM
--------------------------------
1 3 Egg Omelette    14.50
1 Grapefruit      6.00
1 SM POT BEVG      7.00
1 DELIVERY CHARGE    3.50
14/CART
1 Server Number     0.00
   10.00%
SEDGEWICK       2.75-
Food Sales     27.50
Delivery Charge   3.50
Discount total   2.75-
21% Svc Charge    5.78
TAX          2.38
TOTAL PAID     36.41
341/Mason
ROOM CHARGE     36.41
----714 CLOSED MAR31  9:52AM----