# keith philpott photography

ph 913. 768. 6414

# Invoice

*Please pay*
*Acct - Dept. 079 Project 66055 Activity 003*

| | | |
|---|---|---|
| Attention: | Amy Hennings | Project Title: Tampa Water project |
| Title: | | Project Description: Travel day for legal photos |
| Company Name: | HDR | |
| Address: | 8404 Indian Hills Dr. | Invoice Number: 968 |
| City: | Omaha, NE 68114-4098 | |

Date: July 28, 2011

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Travel day | 1 | | $600.00 |
| Airline change fee | 1 | | $150.00 |
| | 2 | | |
| | 1 | | |
| | 1 | | $0.00 |
| | 1 | | $0.00 |
| | 1 | | $0.00 |
| | 1 | | $0.00 |
| | 1 | | |
| | 1 | | |
| | 1 | | |
| | 1 | | |
| | 1 | | |

Total  $750.00

*Account: 750.00  GL Unit: 00079  GL Account: 809270  Project ID: 66055  Activ ID: 003 / 001  Resource:*

*750.00 TOTALS  Hold: ___ Attach: ___*

APPROVALS:
Project Manager
Department Mgr/Acct  *Karen Walther 8/9/11*

Send payment to:

**Keith Philpott**
**10590 Highland Lane**
**Olathe, KS 66061**

<hdrtravel@tandt.com>
Confirmed Itinerary from TripMail for Name: PHILPOTT/KEITH Date: 07AUG ID: SD7NGG
July 28, 2011 9:03 AM

**This reservation is being ticketed. Please verify your itinerary for accuracy.** Please notify us immediately if any information is NOT correct so we may make the necessary changes. Any changes once the ticket is issued may incur additional fees and/or penalties.

**JOB NUMBER1-00001-000000000000000-001-610121**

To view your travel arrangements online or download your itinerary to Outlook, go to www.viewtrip.com
**Your reservation number is SD7NGG. For questions, call 800-366-3969 or 402-392-0635.**

**For up-to-date information on luggage fees assessed by the airlines, please click here.**
**To check in for your domestic flight, please click here.**

### Travel Summary - Record SD7NGG

| Traveler | Reference # | Frequent Flyer # | | |
|---|---|---|---|---|
| PHILPOTT/KEITH | VI884338-HD98707 | AAN528652, UA00321411088, YX043535623, COBG659093, DL2044771604, US899C3H8, NW150574981 | | |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|---|---|---|---|---|
| 08/07/2011 | MCI-ATL | DL 1250 | 02:55 PM/06:01 PM | Economy |
| 08/07/2011 | ATL | CAR-National Car Rental | 08/07-08/09 | Intermediate 2/4 Door |
| 08/09/2011 | ATL-MCI | DL 1250 | 01:05 PM/02:09 PM | Economy |

### AIR - Sunday, August 7 2011
**Delta Air Lines Flight DL 1250 Economy Class**

| | | |
|---|---|---|
| Depart: | Kansas City International Airport<br>Kansas City, Missouri, United States<br>02:55 PM Sunday, August 7 2011 | Weather |
| Arrive: | Hartsfield-Jackson ATL<br>Atlanta, Georgia, United States<br>06:01 PM Sunday, August 7 2011 | Weather |
| Duration: | 2 hour(s) and 6 minute(s) Non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G2PTLU** | |
| Seat: | 14C( Non smoking) Confirmed - PHILPOTT/KEITH | |
| FF Number: | 2044771604 - PHILPOTT/KEITH | |
| Remarks: | SEAT ASSIGNMENT IS BEST AVAILABLE-WILL CONTINUE TO MONITOR | |

### CAR - Sunday, August 7 2011
**National Car Rental**

| | | |
|---|---|---|
| Pick Up: | Atlanta Airport 2200 Rental Car Center Parkway College Park<br>30337, GA, United States; Tel: +1 (404) 530-2800<br>Sunday, August 7 2011 | Weather |
| Drop Off: | Atlanta Airport 2200 Rental Car Center Parkway College Park<br>30337, GA, United States; Tel: +1 (404) 530-2800<br>August 09 2011 | Weather |
| Type: | Intermediate 2/4 Door Automatic Air Conditioning | |
| Status: | Confirmed | |
| Rate: | USD 42.00 DLY psbly. plus tax and/or additional fees | |
| Total: | USD 114.62 psbly. plus tax and/or additional fees | |
| Confirmation: | 370596297EXSEL | |
| Mileage: | Unlimited | |
| Corp. Discount: | XZ62165 | |
| Frequent Renter ID: | 272370523 | |
| Remarks: | DEBIT CARDS ARE -NOT- ACCEPTED AS AN ORIGINAL FORM OF PAYMENT | |

### AIR - Tuesday, August 9 2011
**Delta Air Lines Flight DL 1250 Economy Class**

| | | |
|---|---|---|
| Depart: | Hartsfield-Jackson ATL<br>Atlanta, Georgia, United States<br>01:05 PM Tuesday, August 9 2011 | Weather |
| Arrive: | Kansas City International Airport<br>Kansas City, Missouri, United States<br>02:09 PM Tuesday, August 9 2011 | Weather |
| Duration: | 2 hour(s) and 4 minute(s) Non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G2PTLU** | |
| Seat: | 32D( Non smoking) Confirmed - PHILPOTT/KEITH | |
| FF Number: | 2044771604 - PHILPOTT/KEITH | |
| Remarks: | SEAT ASSIGNMENT IS BEST AVAILABLE-WILL CONTINUE TO MONITOR | |

### Remarks
CHECKED BAGGAGE POLICIES VARY BY AIRLINE
FEES MAY APPLY-FOR DETAILS GO TO WWW.TANDT.COM/BAGGAGE
TRAVEL AND TRANSPORT WORKS AS AN AGENT OF THE SUPPLIER.
MONIES THAT YOU PAY TO TRAVEL AND TRANSPORT FOR A TRAVEL
SUPPLIER BOOKING IMMEDIATELY BECOME THE PROPERTY OF THAT
SUPPLIER AND TRAVEL AND TRANSPORT CANNOT REFUND YOUR

*[Handwritten annotation in right margin: "Tampa ticket credit was used for travel to Atlanta. $150 change fee on page 2."]*

MONEY WITHOUT RECEIVING PRIOR AUTHORIZATION FROM THE
SUPPLIER OR THE BANKRUPTCY COURT IF APPLICABLE TO DO SO.
*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*
CHANGE FEE IS $150.00 FOR DELTA AIRLINES
TICKET MAY BE NON-REFUNDABLE AND CHANGE FEES MAY APPLY
CANCEL PRIOR TO FLIGHT OR TICKET MAY HAVE NO VALUE
ELECTRONIC TICKET CONFIRMATION FOR DELTA AIRLINES-***G2PTLU***
*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*.*
FOR FLIGHT ARRIVAL/DEPARTURE VERIFICATION
PLEASE CALL DELTA 1-800-221-1212
OLD TICKET EXCHANGED FOR NEW TICKET
OLD TICKET PRICE IS $589.87
NEW TICKET PRICE IS $469.04
CHANGE FEE IS $150.00     ← *change fee*
TOTAL ADD COLLECT FOR NEW TICKET IS $29.17

# keith philpott photography



ph 913. 768. 6414

# Invoice

*Charge to Dept 079 Project 66055 Activity 004 1*

| Attention: | Amy Hennings | Project Title: | Tampa Water Reservoir |
|---|---|---|---|
| Title: | | Project Description: | Aerial photography of Tampa Water Reservoir August 25, 2011 |
| Company Name: | HDR | | |
| Address: | 8404 Indian Hills Drive | Invoice Number: | 973 |
| City: | Omaha, NE | | |
| Date: Sept. 12, 2011 | | | |

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Photography fee | 1 | $1,200.00 | $1,200.00 |
| Imaging fee | 1 | $600.00 | $600.00 |
| Travel Days | 1 | $600.00 | $600.00 |
| Discount | 1 | | -$360.00 |
| Airfare | 1 | | $615.22 |
| Hotel | 1 | | $92.96 |
| Rental Car | 1 | | $46.68 |
| meal | 1 | | $19.12 |
| fuel | | | $12.96 |
| meal | 1 | | $7.16 |
| Helicopter rental | | | $300.00 |
| Airport transport | | | $94.00 |
| Airport transport | | | $91.00 |
| | | Total | $3,319.10 |

Send payment to:

Keith Philpott
10590 Highland Lane
Olathe, KS 66061

*Tampa Bay*
*5027216*

HDR

| Amount | GL Unit | GL Account | Project ID | Activ ID | Resource |
|---|---|---|---|---|---|
| 3319.10 | 00079 | 809300 | 66055 | 004 | |

3319.10 TOTALS   Hold: _____   Attachment: _____

APPROVALS:
Project Manager
Department Mgr/Acct

9/26/11

From: <hdrtravel@tandt.com>
Subject: Confirmed Itinerary from TripMail for Name: PHILPOTT/KEITH Date: 24AUG ID: JFH45M
Date: August 22, 2011 4:07:57 PM CDT
To: KEITH@KEITHPHILPOTT.COM

**This reservation is being ticketed. Please verify your itinerary for accuracy.** Please notify us immediately if any information is NOT correct so we may make the necessary changes. Any changes once the ticket is issued may incur additional fees and/or penalties.

JOB NUMBER1-00000-000000000000000-001-610121
DELTA AIR LINES ticket Exchange, Additional Collection: $304.88USD

To view your travel arrangements online or download your itinerary to Outlook, go to www.viewtrip.com
Your reservation number is JFH45M. For questions, call 800-366-3969 or 402-392-0635.

For up-to-date information on luggage fees assessed by the airlines, please click here.
To check in for your domestic flight, please click here.

## Travel Summary - Record JFH45M

| Traveler | Reference # | Frequent Flyer # |
|---|---|---|
| PHILPOTT/KEITH | VI884338-HD01243 | AAN528652, UA00321411088, YX043535623, COBG659093, DL2044771604, US899C3H8, NW150574981 |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|---|---|---|---|---|
| 08/24/2011 | MCI-ATL | DL 1272 | 10:54 AM/01:59 PM | Economy |
| 08/24/2011 | ATL-TPA | DL 2172 | 03:30 PM/05:07 PM | Economy |
| 08/24/2011 | TPA | CAR-National Car Rental | 08/24-08/25 | Intermediate 2/4 Door |
| 08/24/2011 | TPA | HTL-Fairfield Inn N Stes Marriott | 08/24-08/25 | |
| 08/25/2011 | TPA-DTW | DL 1421 | 03:45 PM/06:31 PM | Economy |
| 08/25/2011 | DTW-MCI | DL 1433 | 07:53 PM/09:00 PM | Economy |

## AIR - Wednesday, August 24 2011
### Delta Air Lines Flight DL 1272 Economy Class

| | | |
|---|---|---|
| Depart: | Kansas City International Airport<br>Kansas City, Missouri, United States<br>10:54 AM Wednesday, August 24 2011 | Weather |
| Arrive: | Hartsfield-Jackson ATL<br>Atlanta, Georgia, United States<br>01:59 PM Wednesday, August 24 2011 | Weather |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: G6U5SG | |
| FF Number: | 2044771604 - PHILPOTT/KEITH | |
| Remarks: | SEAT ASSIGNMENT NOT AVAILABLE-WILL CONTINUE TO MONITOR | |

## AIR - Wednesday, August 24 2011
### Delta Air Lines Flight DL 2172 Economy Class

| Depart: | Hartsfield-Jackson ATL | Weather |
| --- | --- | --- |
| | Atlanta, Georgia, United States | |
| | 03:30 PM Wednesday, August 24 2011 | |
| Arrive: | Tampa International Airport | Weather |
| | Tampa, Florida, United States | |
| | 05:07 PM Wednesday, August 24 2011 | |
| Duration: | 1 hour(s) and 37 minute(s) Non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G6U5SG** | |
| FF Number: | 2044771604 - PHILPOTT/KEITH | |
| Remarks: | SEAT ASSIGNMENT NOT AVAILABLE-WILL CONTINUE TO MONITOR | |

## CAR - Wednesday, August 24 2011

### National Car Rental

| Pick Up: | Tampa Intl Airport 4030 George J Bean Pkwy Tampa 33607-1459, FL, United States; Tel: +1 (813) 396-4140 | Weather |
| --- | --- | --- |
| | 05:15 PM Wednesday, August 24 2011 | |
| Drop Off: | Tampa Intl Airport 4030 George J Bean Pkwy Tampa 33607-1459, FL, United States; Tel: +1 (813) 396-4140 | Weather |
| | 03:00 PM Thursday, August 25 2011 | |
| Type: | Intermediate 2/4 Door Automatic Air Conditioning | |
| Status: | Confirmed | |
| Rate: | USD 37.00 DLY psbly. plus tax and/or additional fees | |
| Total: | USD 46.68 psbly. plus tax and/or additional fees | |
| Confirmation: | 760996534EXSEL | |
| Mileage: | Unlimited | |
| Corp. Discount: | XZ62165 | |
| Frequent Renter ID: | 272370523 | |
| Remarks: | DEBIT CARDS ARE -NOT- ACCEPTED AS AN ORIGINAL FORM OF PAYMENT | |

## HOTEL - Wednesday, August 24 2011

### Fairfield Inn N Stes Marriott

| Address: | 4307 Sterling Commerce Dr Plant City, FL 33566 United States | | |
| --- | --- | --- | --- |
| Tel | +1 (813) 757-6202 | Fax | +1 (813) 757-6263 |
| Check In/Check Out: | Wednesday, August 24 2011 - Thursday, August 25 2011 | | |
| Status: | Confirmed | | |
| Number of Persons: | 1 | | |
| Number of Nights: | 1 | | |
| Number of Rooms: | 1 | | |
| Rate per night: | USD 83.00 plus taxes and/or additional fees | | |
| Guaranteed: | Yes | | |
| Confirmation: | 89838326 | | |
| Frequent Guest ID: | 055366405 | | |
| Remarks: | CANCEL PRIOR TO 6PM TO AVOID A NO SHOW BILLING | | |

## AIR - Thursday, August 25 2011

### Delta Air Lines Flight DL 1421 Economy Class

| Depart: | Tampa International Airport | Weather |
| --- | --- | --- |
| | Tampa, Florida, United States | |
| | 03:45 PM Thursday, August 25 2011 | |
| Arrive: | Wayne County | Weather |
| | Detroit, Michigan, United States | |
| | 06:31 PM Thursday, August 25 2011 | |
| Duration: | 2 hour(s) and 46 minute(s) Non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G6U5SG** | |
| FF Number: | 2044771604 - PHILPOTT/KEITH | |
| Remarks: | SEAT ASSIGNMENT NOT AVAILABLE-WILL CONTINUE TO MONITOR | |

## AIR - Thursday, August 25 2011

### Delta Air Lines Flight DL 1433 Economy Class

| Depart: | Wayne County | Weather |
| --- | --- | --- |
| | Detroit, Michigan, United States | |
| | 07:53 PM Thursday, August 25 2011 | |
| Arrive: | Kansas City International Airport | Weather |
| | Kansas City, Missouri, United States | |
| | 09:00 PM Thursday, August 25 2011 | |
| Duration: | 2 hour(s) and 7 minute(s) Non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G6U5SG** | |
| FF Number: | 2044771604 - PHILPOTT/KEITH | |
| Remarks: | SEAT ASSIGNMENT NOT AVAILABLE-WILL CONTINUE TO MONITOR | |

### Remarks
CHECKED BAGGAGE POLICIES VARY BY AIRLINE
FEES MAY APPLY-FOR DETAILS GO TO WWW.TANDT.COM/BAGGAGE
TRAVEL AND TRANSPORT WORKS AS AN AGENT OF THE SUPPLIER.
MONIES THAT YOU PAY TO TRAVEL AND TRANSPORT FOR A TRAVEL
SUPPLIER BOOKING IMMEDIATELY BECOME THE PROPERTY OF THAT
SUPPLIER AND TRAVEL AND TRANSPORT CANNOT REFUND YOUR
MONEY WITHOUT RECEIVING PRIOR AUTHORIZATION FROM THE
SUPPLIER OR THE BANKRUPTCY COURT IF APPLICABLE TO DO SO.
*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*
THANK YOU FOR CHOOSING TRAVEL AND TRANSPORT......FRAN
OLD TICKET EXCHANGED FOR NEW TICKET
OLD TICKET PRICE IS $310.34
NEW TICKET PRICE IS $465.22
CHANGE FEE IS $150.00
TOTAL ADD COLLECT FOR NEW TICKET IS $304.88
CHANGE FEE IS $150.00 FOR DL
TICKET MAY BE NON-REFUNDABLE AND CHANGE FEES MAY APPLY
CANCEL PRIOR TO FLIGHT OR TICKET MAY HAVE NO VALUE
ELECTRONIC TICKET CONFIRMATION FOR DELTA AIRLINES-***G6U5SG***
*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-
FOR FLIGHT ARRIVAL/DEPARTURE VERIFICATION
PLEASE CALL DELTA 1-800-221-1212

[handwritten annotation: ∑Ds = 615.22]

**Fairfield Inn & Suites by Marriott**   4307 Sterling Commerce Dr
Plant City, FL 33566
813.757.6202


FAIRFIELD
INN & SUITES®
Marriott.

K. Philpott

Room: 101
Room Type: DBDB
Number of Guests: 1
Rate: $83.00    Clerk:

Arrive: 24Aug11    Time: 05:59PM    Depart: 25Aug11    Time:    Folio Number: 74670

| Date | Description | Charges | Credits |
|---|---|---|---|
| 24Aug11 | Room Charge | 83.00 | |
| 24Aug11 | State Occupancy Tax | 5.81 | |
| 24Aug11 | County Tax | 4.15 | |
| 25Aug11 | Visa | | 92.96 |
| | Card #: VIXXXXXXXXXXXX7496/XXXX | | |
| | Amount: 92.96 Auth: 08478B Signature on File | | |
| | This card was electronically swiped on 24Aug11 | | |
| | **Balance:** | **0.00** | |

**Rewards Account # XXXXX6405.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

# National.

```
RA 320639287         Inv 0
Rental  24-AUG-2011 05:10 PM
TAMPA
Return  25-AUG-2011 11:46 AM
TAMPA

KEITH PHILPOTT
Vehicle # BC658092
Model      GRD CHEROK    Class Charged ICAR
Class Driven SRAR         State/Province FL
License# 880KJF
M/Kms Driven    72
M/Kms Out    12628
M/Kms In     12700

HDR ENGINEERING-BUSINESS USE
Contract ID XZ62165
Billing Ref 7873485261
Charges         No Unit    Price     Amount
CDW/LDW         1 Days                 0.00
T & M           1 Days     37.00      37.00*
UNLIM M/KM      0 M/Kms                0.00*
FLORIDA SURCHARGE                      2.00*
AIRPORT ACCESS FEE                     3.92*
TIRE/BATTERY FEE                       0.02*
VEHICLE LICENSE FEE                    0.69*
SALES TAX @7.000 %                     3.05

Total Charges                      USD 46.68

Deposit     Visa 7496

Amount Due                         USD 46.68

* Taxable Items
Subject to Audit
Your Emerald Club Number is 272370523
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer Service Number 1-800-468-3334
```

```
                  8 8 8 40 / 8 8 8
     ***** CREDIT CARD VOUCHER *****
     *******************************
          TAMPA AIRPORT MARRIOTT
          Tampa, FL
          CAFE ELISE
CHECK:          2283
TABLE:          46/1
SERVER:         38 SANDRA J
DATE:           25AUG'11 12:18PM
CARD TYPE:      VISA/MASTERCARD
ACCT #:         XXXXXXXXXXXX7496
EXP DATE:       XX/XX
AUTH CODE:      049748
                KEITH PHILPOTT

SUBTOTAL:                      17.12

GRATUITY    $                  /9.12

TOTAL       $

SIGNATURE -------------------

please leave signed copy
with your server
```

```
WELCOME
2531713
DATE  08/25/11  11:26
PUMP # 06
PRODUCT: REG
GALLONS:        3.552
PRICE/G:        3.649
FUEL SALE   $  12.96
VISA
XXXXXXXXXXXXX7496
Auth #: 06562B
Ref: 2B838028
Resp Code: 000
Stan: 12311299837
SITE ID: 2531713

Earn a 5% rebate
with the BP Visa
Take application
and Apply Today

THANK YOU
HAVE A NICE DAY
```

From: keith Philpott <keith@keithphilpott.com>
Subject: **Re: Copy of payment receipt from TAMPA HELICOPTER SERVICES**
Date: September 12, 2011 10:43:55 AM CDT
To: tampahelicopterservices <tampahelicopterservices@earthlink.net>



Below is the sales receipt provided to you by TAMPA HELICOPTER SERVICES

| **TAMPA HELICOPTER SERVICES** | | | Receipt |
|---|---|---|---|
| 10318 LITTLE CREEK PLACE, , DOVER, FL 33527 | | | |
| **Transaction Type** | Sale | **Amount** | $300.00 |
| **Cardholder Name** | Keith E Philpott | **Credit Card Number** | ...7496 |
| **Card Type** | Visa | | |
| **Date & Time** | 08/22/2011 - 13:35 PDT | **Authorization Code** | 06008B |
| **Transaction ID** | MC0075805691 | | |

**Thank you for your order,**
TAMPA HELICOPTER SERVICES

**From:** <dawn@kclimo.com>
**Subject:** Ride Receipt for Reservation# 195626-2
**Date:** August 26, 2011 3:26:17 PM CDT
**To:** <KEITH@KEITHPHILPOTT.COM>
▷ 1 Attachment, 34.7 KB

---



Overland Limousine Service (Div. Of Wheatland Enterprises, Inc.)
P.O. Box 8263
Shawnee Mission, KS 66208
Phone : 913-381-3504  Fax : 816-756-3208 Email : info@kclimo.com
Web : www.kclimo.com - One Call World Wide Chauffeured Services

### Ride Receipt

KEITH/RHONDA PHILPOTT
PHILPOTT
10590 HIGHLAND LANE
PHILPOTT HOME #913-768-6414
OLATHE, KS 66061

Account# : PHILPOTT
Invoice# :
Inv Date :
Page# : Page 1 of 1

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08/25/11 | Res#: 195626-2    PU : MCI 905 DL | | |
| | Drop : 10590 HIGHLAND LANE OLATHE KS 66061 | | |
| | Pickup: 9:21 pm    Dropoff:    Passenger: PHILPOTT, KEITH | | |
| | Flat:                                                                 LSEDAN | 70.00 | |
| | Req By: KEITH PHILPOTT    Chauf: MARKZ | | |
| | Gratuity: | 14.00 | |
| | Voucher# : 195626-2                              Airport Fee: | 3.00 | |
| | STC: | 7.00 | |
| | **Ride Total:** | 94.00 | |
| | Paid By Credit Card: AX xxxxxxxxxxxx2007    **Trip Amount Due:** | 0.00 | |

From: <dawn@kclimo.com>
Subject: **Ride Receipt for Reservation# 195626-1**
Date: August 25, 2011 12:55:09 PM CDT
To: <KEITH@KEITHPHILPOTT.COM>
▷ 1 Attachment, 34.6 KB

---



Overland Limousine Service (Div. Of Wheatland Enterprises, Inc.)
P.O. Box 8263
Shawnee Mission, KS 66208
Phone : 913-381-3504  Fax : 816-756-3208Email : info@kclimo.com
Web : www.kclimo.com - One Call World Wide Chauffeured Services

### Ride Receipt

KEITH/RHONDA PHILPOTT
PHILPOTT
10590 HIGHLAND LANE
PHILPOTT HOME #913-768-6414
OLATHE, KS 66061

Account# : PHILPOTT
Invoice# : CCP082511
Inv Date : 08/25/11
Page# : Page 1 of 1

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08/24/11 | Res#: 195626-1    PU : 10590 HIGHLAND LANE OLATHE KS 66061 | | |
| | Drop : MCI 1272 DL | | |
| | Pickup: 9:00 am   Dropoff: 9:34 am   Passenger: PHILPOTT, KEITH | | |
| | Flat:                                                       LSEDAN | 70.00 | |
| | Req By: KEITH PHILPOTT   Chauf: SEAN | | |
| | Gratuity: | 14.00 | |
| | Voucher# : 195626-1                                        STC: | 7.00 | |
| | Ride Total: | 91.00 | |
| | Paid By Credit Card: AX xxxxxxxxxxx2007   Trip Amount Due: | 0.00 | |

WENDY'S REG 2
2011-08-24          06:06PM
         LIT2
      18008441 2 2150
430 STERLING COMMERCE DRIVE
        PLANT CITY, FL

CHICKEN COMBO              6.09
*MEDIUM COMBO*
MED DIET COKE              0.60
Tax                        0.47
*** TO GO ***              7.16
How was your visit?
Call us at (813) 659-8603
       Total Items 3