**RICHARD L. DONOVAN, PE, BCEE**
Geotechnical Consultant

13513 Larimore Avenue, Omaha, NE 68164-6128
Phone: 402/551-2486, e-mail: r.l.donovan@cox.net

*PAY NOW*

December 1, 2008

INVOICE 08005

John Rañon, P.E.
HDR Engineering, Inc.
5426 Bay Center Drive, Suite 400
Tampa, FL 33609-3444

| | | | | | |
|---|---|---|---|---|---|
| 105213 | | | | | |
| Amount | GL Unit | GL Account | Project ID | Activ ID | Resource |
| 4,698.02 | 00079 | 509100 | 66055 | 001 | |

4,698.02 TOTALS   Hold ___ Attachment ___

APPROVALS:
Project Manager
Department Mgr/Acct _Ranon Hanola_ 1-2-09

RE: Site Visit and Meeting
Flat-Pate Soil Cement Distress
C.W. Bill Young Regional Reservoir, Tampa Florida

Professional Engineering Services to participate in Diagnostic Assessment Workshop.

(Period: October 10 to October 28, 2008)

    29.0 hours @ $125.00                                                                $3625.00
        10/12/08     4.0 hrs  Review Background Documents
        10/14-16/08  24.0 hrs  Participate in Workshop
        10/28/08     1.0 hrs  Review Committee Report

    Expenses
        10/13/08  Airline ticket                         $405.50
        10/16/08  Motel                                       $667.52
                                                                                               $1073.02

    TOTAL DUE                                                                           $4698.02

*Approved for Payment*
*Dept. 079*
*Project 66055 Activity 001*
*John A. Ranon*
*12/1/08*

HDR

**RICHARD L. DONOVAN, PE, BCEE**
Geotechnical Consultant

13513 Larimore Avenue, Omaha, NE 68164-6128
Phone: 402/551-2486, e-mail: r.l.donovan@cox.net

March 2, 2009

INVOICE 09004

John Rañon, P.E.
HDR Engineering, Inc.
5426 Bay Center Drive, Suite 400
Tampa, FL 33609-3444

**SEPARATE CHECK**
**Please return check to**
**MARCIA JEWETT**
**Omaha/Legal Dept**

RE: Flat-Pate Soil Cement Distress
     C.W. Bill Young Regional Reservoir, Tampa Florida

Professional Engineering Services to ███████████████████████
meetings and conference calls.

(Period: November 08, 2008 to February 09, 2009)

    38.0 hours @ $75.00                                                      $2850.00
        18.0 hrs.  Conduct ████████████████████
         8.0 hrs.  ████████████████████
         3.0 hrs.  Meetings in Omaha ████████
         9.0 hrs.  Preparation and meeting ████████

Expenses
        02/05/09  Airline seat selection         $ 40.00
        02/05/09  Taxicab to HDR office      $ 20.00
        02/06/09  Motel                           $178.08
                                                                                 $ 238.08

TOTAL DUE                                                                                       $3088.08

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 3088.08 | 00079 | 809110 | 66055 | 001 |

3088.08 TOTALS   Hold:_____  Attachment_____
APPROVALS:
  Project Manager
  Department Mgr/Acct

---

C.W. Bill Young Regional Reservoir                                             Prepared For:
Consultant Services                                                             HDR Engineering, Inc.

# RICHARD L. DONOVAN, PE, BCEE
## Geotechnical Consultant

13513 Larimore Avenue, Omaha, NE 68164-6128
Phone: 402/551-2486, e-mail: r.l.donovan@cox.net

December 1, 2009

**INVOICE 09012**

Tim Connolly, P.E.
HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE 68114

RE: **Flat-Pate Soil Cement Distress**
   **C.W. Bill Young Regional Reservoir, Tampa Florida**

Professional Engineering Services to attend meeting in Boston with HDR experts.

(Period: November 02, 2009 to November 03, 2009)

| | |
|---|---|
| 16.0 hours @ $75.00 | $1200.00 |
| 16.0 hrs. Travel and meeting attendance. | |
| Expenses | |
| Airline ticket | $ 610.91 |
| Taxicab and parking | 54.00 |
| Hotel | 262.09 |
| | $ 927.00 |
| TOTAL DUE | $2127.00 |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 2127.00 | 00079 | 809110 | 066055 | 001 |

2127.00 TOTALS   Hold:_____  Attachment

APPROVALS:
   Project Manager
   Department Mgr/Acct

## SEPARATE CHECK
**Please return check to
MARCIA JEWETT
Omaha/Legal Dept**

C.W. Bill Young Regional Reservoir
Consultant Services

Prepared For:
HDR Engineering, Inc.

# RICHARD L. DONOVAN, PE, BCEE
## Geotechnical Consultant

13513 Larimore Avenue, Omaha, NE  68164-6128
Phone: 402/551-2486, e-mail: r.l.donovan@cox.net

February 22, 2010

**SEPARATE CHECK**
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

INVOICE 10002

Tim Connolly, P.E.
HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE 68114

RE:  Flat-Pate Soil Cement Distress
     C.W. Bill Young Regional Reservoir, Tampa Florida

Professional Engineering Services to attend meeting in Tampa with HDR experts.

(Period: January 25, 2010 to February 3, 2010)

| | |
|---|---:|
| 22.0 hours @ $75.00 | $1650.00 |
|     6.0 hrs.  Review Plaintiff experts' reports | |
|     16.0 hrs.  Travel and meeting attendance | |
| | |
| Expenses | |
|     Fed Ex experts' reports to Forizs-& Dogali | $ 55.21 |
|     Airline ticket | 236.30 |
|     Rental car, gas, and parking | 114.33 |
|     Hotel | 166.88 |
| | $572.72 |
| **TOTAL DUE** | **$2222.72** |

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 2,222.72 | 00079 | 809110 | 66055 | 001 |
| 2,222.72 TOTALS | Hold:___ | Attachment ✓ | | |

APPROVALS:
   Project Manager
   Department Mgr/Acct

---

# RICHARD L. DONOVAN, PE, BCEE
## Geotechnical Consultant

13513 Larimore Avenue, Omaha, NE 68164-6128
Phone: 402/551-2486, e-mail: r.l.donovan@cox.net

October 1, 2010

INVOICE 10009

Tim Connolly, P.E.
HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE 68114

**PAY NOW**
Please return check to
MARCIA JEWETT
Omaha/Legal Dept

RE:  Flat-Pate Soil Cement Distress
     C.W. Bill Young Regional Reservoir, Tampa Florida

Professional Engineering Services for deposition preparation and deposition testimony.

(Period: September 09 – 25, 2010)

| | |
|---|---:|
| Document Review and Telecons | |
|     12.0 hrs @ $75.00 | $ 900.00 |
|     Telecon w/ Sedgwick and Detert | |
|     Review documents forwarded by Sedgwick and Detert | |
| | |
| Deposition Preparation in Dallas, September 13 – 17, 2010 | |
|     44.0 hrs @ 75.00 | $3300.00 |
|     Expenses | $1340.64 |
| | |
| Deposition in Tampa, September 21 – 25, 2010 | |
|     49.0 hrs @ $ 75.00 | $3675.00 |
|     Expenses | $1292.63 |

TOTAL DUE    105213    $10,508.27

| Amount | GL Unit | GL Account | Project ID | Activ ID |
|---|---|---|---|---|
| 10,508.27 | 00079 | 809110 | 66055 | 001 |

10,508.27 TOTALS   Hold: _____  Attachment _____

APPROVALS:
Project Manager
Department Mgr/Acct

HDR

C.W. Bill Young Regional Reservoir                                    Prepared For:
Consultant Services                                              HDR Engineering, Inc.

**RICHARD L. DONOVAN, PE, BCEE**
Geotechnical Consultant
TIN 27-3814891

13513 Larimore Avenue, Omaha, NE 68164-6128
Phone: 402/551-2486, e-mail: r.l.donovan@cox.net

**PAY NOW**
Please return check to
**MARCIA JEWETT**
Omaha/Legal Dept

January 3, 2011

-10521 3

| Amount | GL Unit | GL Account | Project ID | INVOICE 11001 Activ ID |
|---|---|---|---|---|
| 5,293.68 | 0007A | 809110 | 66055 | 001 |

Tim Connolly, P.E.
HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE 68114

5,293.68 TOTALS   Hold: ____   Attachment ____

APPROVALS:
Project Manager
Department Mgr/Acct

RE: **Flat-Pate Soil Cement Distress**
**C.W. Bill Young Regional Reservoir, Tampa Florida**

Professional Engineering Services for deposition preparation and deposition testimony.

(Period: September 26 to December 31, 2010)

Review Deposition
    13.0 hrs @ $75.00                                            $ 975.00
        9.0 hrs, review deposition taken Sept 23 & 24, 2010
        4.0 hrs, review deposition taken Dec 9, 2010
        Notarize errata sheet and return
    Expenses: Notary Public                                      20.17

Deposition Preparation in Dallas, December 7 and 8, 2010
    24.5 hrs @ 75.00                                          $1837.50
    Expenses: Airline ticket (Omaha-Dallas leg)        227.63
                Hotel                                        228.85
                Taxi, Parking                         78.25
                Meals                                     26.00

Deposition in Tampa, December 9, 2010
    20.0 hrs @ $ 75.00                                      $1500.00
    Expenses: Airline ticket (Dallas-Tampa-Omaha leg)    227.64
                Hotel                                     133.27
                Taxi, Parking                        26.24
                Meals                                    13.13

**TOTAL DUE**                                                               $5293.68
                                                       HDR

---

C.W. Bill Young Regional Reservoir                              Prepared For:
Consultant Services                                                 HDR Engineering, Inc.

**RICHARD L. DONOVAN, PE, BCEE**

Geotechnical Consultant
TIN 27-3814891

13513 Larimore Avenue, Omaha, NE 68164-6128
Phone: 402/551-2486, e-mail: r.l.donovan@cox.net

July 1, 2011

INVOICE 11013

Tim Connolly, P.E.
HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE 68114

RE: **Flat-Pate Soil Cement Distress**
    **C.W. Bill Young Regional Reservoir, Tampa Florida**

Professional Engineering Services for deposition review and trail preparation.

(Period: January 1 to June 30, 2011)

| | |
|---|---:|
| Review Deposition | |
|     2.0 hrs @ $75.00 | $ 150.00 |
| | |
| Travel & Trial Preparation in Dallas, June 23, 2011 | |
|     18.0 hrs @ 75.00 | $1350.00 |
|       Expenses: Airline ticket (Omaha-Dallas) | 668.90 |
|         Taxi | 120.00 |

**TOTAL DUE**                                              $2288.90

# Jewett, Marcia

**From:** Gerhardt, Bruce
**Sent:** Friday, July 01, 2011 11:28 AM
**To:** Jewett, Marcia
**Subject:** FW: TBRR Soil Cement
**Attachments:** inv 11013.doc; ATT00001.htm

**Categories:** INVOICES/WIRES

---

From: Connolly, Timothy
Sent: Friday, July 01, 2011 10:39 AM
To: Gerhardt, Bruce
Subject: Fwd: TBRR Soil Cement

Please process

Sent from my iPhone

Begin forwarded message:

From: Richard L Donovan <r.l.donovan@cox.net<mailto:r.l.donovan@cox.net>>
Date: July 1, 2011 10:04:03 AM CDT
To: "Connolly Tim (HDR)" <Timothy.Connolly@hdrinc.com<mailto:Timothy.Connolly@hdrinc.com>>
Subject: TBRR Soil Cement

Tim:

Invoice attached for travel and meeting with Kurt Meadors in Dallas last week.

rick
Richard L. Donovan, P.E.
13513 Larimore Avenue
Omaha, NE 68164

1