Sivyer - Mediation
,

September 19, 2011
Client:          001400
Matter:          000026
Invoice #:        27633

Page:               1

RE: Tampa Bay Water

For Professional Services Rendered Through  September 19, 2011

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 08/26/2011 | NAS | Summary review of court order on summary judgment and expert opinion (for background), review portion of complaint, emails with counsel re parties. | 0.7 | $390.00 | $273.00 |
| 08/27/2011 | NAS | Review numerous orders and damage summary, emails with both counsel. | 1.5 | $390.00 | $585.00 |
| 08/29/2011 | NAS | Basic review or professional services contract and addenda, emails with counsel on expert conclusions; call from Mr. Harrison outlining issues with mediation; review mediation summary by HDR. | 2.1 | $390.00 | $819.00 |
| 08/30/2011 | NAS | Confer with attorneys from HDR and review exhibits that they provided, basic review of supplemental expert reports from Mr. Harrison and from Mr. Woodward, email to Mr. Harrison re damage claim, review summary of damages from TBW. | 3.2 | $390.00 | $1,248.00 |
| 08/31/2011 | NAS | Review comparative fault statute, emails with counsel for both parties. | 0.4 | $390.00 | $156.00 |
| 09/01/2011 | NAS | Review TBW repair cost estimates and report. | 0.5 | $390.00 | $195.00 |
| 09/06/2011 | NAS | Finalize confidentiality agreement, email to parties. | 0.2 | $390.00 | $78.00 |
| 09/08/2011 | NAS | Review of additional materials for mediation; conduct mediation. | 9.1 | $390.00 | $3,549.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 09/09/2011 | NAS | Prepare draft "mediator's proposal" and send to counsel (with amount blank), review notes, emails from Mr. Woodward with comments; review changes from Mr. Harrison, review draft release, revise and finalize mediator's proposal. | 1.6 | $390.00 | $624.00 |
| 09/16/2011 | NAS | Call from Tim Woodward. | 0.3 | $390.00 | $117.00 |
| 09/19/2011 | NAS | Call from Mr. Harrison re settlement, call to Mr. Woodward, emails re signing agreement. | 0.6 | $390.00 | $234.00 |
| | | Total Professional Services | 20.2 | | $7,878.00 |

**PERSON RECAP**

| Person | | Level | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| NAS | Neal A. Sivyer | PARTNERS | 20.2 | $390.00 | $7,878.00 |

**COSTS**

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 09/08/2011 | Lonni's Sandwiches, etc. - Miscellaneous Client Advance (Lunch for Mediation) | $69.34 |
| | Total Disbursements | $69.34 |

| | |
|---|---|
| Total Services | $7,878.00 |
| Total Disbursements | $69.34 |
| Total Current Charges | $7,947.34 |
| **PAY THIS AMOUNT** | **$7,947.34** |

1/2 = 3973⁶⁷

*Payment is Due Upon Receipt of This Invoice*