## EXHIBIT 1A

## Golder Associates Inc. (Golder)
## Professional Services Rate Schedule for Calendar Year 2009

The billing rates for Golder's key personnel are as follows:

| Individual | Hourly Rate (U.S. $) |
|---|---|
| William F. Brumund | $300 |
| W. Randall Sullivan | $250 |
| Anthony L. Grasso | $200 |
| Kerem H. Esin | $160 |
| Todd D. Anderson | $140 |

The hourly billing rates for other Golder personnel spending time on this project will be 3.3 times salary cost.

Time spent by Golder personnel when traveling in the interest of work will be charged in accordance with the hourly billing rates.

Subcontractor costs will be invoiced at cost plus a general and administrative fee of 10%.

These rates are subject to re-negotiation on an annual basis.

Exhibit 1-A Golder Rates 2009.docx           **Golder Associates**

GOLDER20028655