```
 1                 UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                        TAMPA DIVISION


 3
       TAMPA BAY WATER,
 4     A Regional Water Supply Authority,


 5            Plaintiff,

 6         versus                    CASE NO. 8:08-CV-2446-T27-TBM
                                     20 MAY 2011
 7     HDR ENGINEERING, INC.,        TAMPA, FLORIDA
       A Nebraska Corporation,       10:00 - 11:30 AM
 8     CONSTRUCTION DYNAMICS         PAGES 1 - 60
       GROUP, INC.,
 9     A Maryland Corporation,
       BARNARD CONSTRUCTION
10     COMPANY, INC., a Montana
       Corporation, ST. PAUL FIRE
11     AND MARINE INSURANCE
       COMPANY, a Minnesota
12     Corporation,

13            Defendants.

14     _____/

15            TRANSCRIPT OF PRETRIAL CONFERENCE
           BEFORE THE HONORABLE JAMES D. WHITTEMORE
16                UNITED STATES DISTRICT JUDGE

17     APPEARANCES:

18     For the Plaintiff:    **Richard Anthony Harrison**
                             Allen Dell, PA
19                           Suite 100
                             202 S Rome Ave
20                           Tampa, FL 33606

21                           **David Forziano**
                             Allen Dell, PA
22                           Suite 100
                             202 S Rome Ave
23                           Tampa, FL 33606

24     Proceedings recorded and transcribed by
       computer-aided stenography.
25
```

```
 1    Water.
 2         THE COURT:  How much have you got in this case
 3    so far?
 4         MR. HARRISON:  In fees approximately $2.7
 5    million.
 6         THE COURT:  What's your estimate in terms of
 7    trial?
 8         MR. HARRISON:  In terms of fees?
 9         THE COURT:  Yes, sir.  Another one?
10         MR. HARRISON:  Yes.  I think that's fair.
11         THE COURT:  I ask that not to pick on
12    Mr. Harrison, but simply to point out that this case
13    is costing the ratepayers a substantial amount of
14    money.  The trial will be expensive, to say the
15    least.  And it is incumbent upon all of us,
16    including myself, to ensure that, if this case can
17    be resolved, that it be resolved promptly and
18    without the necessity of having what appears to be a
19    two and a half month trial.
20         Your chances of capturing the jury's attention
21    and maintaining it for two and a half months are
22    probably slim.  You know that.  They're going to be
23    very interested the first four, five, six, seven
24    days.  But after that, it's going to wear on them.
25    They're certainly up to task, I'm sure, whoever we
```

```
 1
 2                    C E R T I F I C A T E
 3
 4     STATE OF FLORIDA            )
 5     COUNTY OF HILLSBOROUGH      )
 6         I, Linda Starr, RPR, Official Court Reporter for
 7     the United States District Court, Middle District,
 8     Tampa Division,
 9         DO HEREBY CERTIFY, that I was authorized to and
10     did, through use of Computer Aided Transcription,
11     report in machine shorthand the proceedings and
12     evidence in the above-styled cause, as stated in the
13     caption hereto, and that the foregoing pages,
14     numbered 1 through 60, inclusive, constitute a true
15     and correct transcription of my machine shorthand
16     report of said proceedings and evidence.
17         IN WITNESS WHEREOF, I have hereunto set my hand in
18     the City of Tampa, County of Hillsborough, State of
19     Florida, this 14th day of June 2011.
20
21
22              /s/ Linda Starr
                Linda Starr, RPR, Official Court Reporter
23
24
25
```