**Flight**
Office Location Number: 8

**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

**Itinerary note**
American Airlines ticket issued by the Airline directly. American Airlines ticket is NON REFUNDABLE and has a
$150.00 change fee. Seat 19 D Aisle Confirmed. American Airlines Locator is KXHAPK. Waitlisted for Upgrade. Please
contact Orbitz for Business to make any changes to the American Airlines flight

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.



**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **IQAQPT** | **Purchased -** | **TPA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **May 12, 2011** | You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |

## Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| AA AMERICAN AIRLINES | 1395 | TPA Tampa | May 20, 2011 02:55 PM | DFW Dallas/ Fort Worth | May 20, 2011 04:35 PM | Economy L | unassigned |

## Your Notifications

| Contact | Notification Summary | Actions |
|---|---|---|
| | | Enabled |

## Fare Summary

| Average Fare per Person: Departure - 396.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 396.00 USD |
| PriorityAAccess<sup>SM</sup> and Same-Day Standby | **Complimentary** |
| Total Fare per Person | **396.00 USD** |
| Additional Taxes and Fees per Person | 10.70 USD |
| **Total Price** | **406.70 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.

## Summary Details

### Credit Card Information

| | |
|---|---|
| Card Type: | MASTER CARD |
| Account #: | **** **** **** 5580 |
| Expiration Date: | ********* |
| Description: | DC Business |

### Delivery Information

| | |
|---|---|
| E-Ticket E-MAIL: | WAYNE.MASON@SDMA.COM |

### Contact Information

| | |
|---|---|
| Cell Phone: | (1) 214-707--8235 |
| Email Address: | WAYNE.MASON@SDMA.COM |

Business ExtrAA Account Number:

### Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 1395 | TPA Tampa | DFW Dallas/ Fort Worth | 0 | Requested |

500-mile Upgrades may be purchased at the airport or at a discount when purchased online.

### Reminder:

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW



CLOSE WINDOW

PRINT PAGE

**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **EXUCAN**<br>Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Purchased -**<br>**May 05, 2011** | **Reservation Name**<br>TPA/ORD<br>You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |

## Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| **AA**<br>AMERICAN AIRLINES | 415 | TPA<br>Tampa | May 18, 2011<br>08:25 AM | ORD<br>Chicago | May 18, 2011<br>10:15 AM | Economy<br><br>O | 11C |

## Your Notifications

| Contact | Notification Summary | Actions |
|---|---|---|
| : | | Enabled |

*[handwritten: non-refundable to cancelled due court changing date of pretrial conf.]*

## Fare Summary

| Average Fare per Person: Departure - 82.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 82.00 USD |
| PriorityAAccess<sup>SM</sup> and Same-Day Standby | **Complimentary** |
| Total Fare per Person | **82.00 USD** |
| Additional Taxes and Fees per Person | 10.70 USD |
| **Total Price** | **92.70 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.

## Summary Details

### Credit Card Information

| Card Type: | MASTER CARD |
| --- | --- |
| Account #: | **** **** **** 5580 |
| Expiration Date: | ********* |
| Description: | DC Business |

### Delivery Information

| E-Ticket E-MAIL: | WAYNE.MASON@SDMA.COM |
| --- | --- |

### Contact Information

| Cell Phone: | (1) 214-707--8235 |
| --- | --- |
| Email Address: | WAYNE.MASON@SDMA.COM |

**Business ExtrAA Account Number:**

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
| --- | --- | --- | --- | --- |
| 415 | TPA  Tampa | ORD  Chicago | 0 | Requested |

500-mile Upgrades may be purchased at the airport or at a discount when purchased online.

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW



*232 N. Dale Mabry, Tampa, Florida 33609   (813) 875-6660*

| Date | | Table | Waiter's Name | Guests | Meal |
|---|---|---|---|---|---|
| 5/19/11 | 70 | Ted | 6 | Dinner | |

| | | | |
|---|---|---:|---:|
| 2 | Ostriche Fiorentina With Crab | $21.95 | $43.90 |
| 2 | Shrimp Fritti | $32.95 | $65.90 |
| 1 | Tortellini In Brodo Di Pollo | $10.95 | $10.95 |
| 2 | Capriccio Salad | $10.95 | $21.90 |
| 2 | Cesare | $12.95 | $25.90 |
| 1 | Tortellini Aurora | $25.95 | $25.95 |
| 1 | Sea Bass | $35.95 | $35.95 |
| 2 | Ossobuco Milanese | $44.95 | $89.90 |
| 1 | Vitello Pulcinella | $27.95 | $27.95 |
| 1 | Manzo Alla Pizzaiola | $36.95 | $36.95 |
| 2 | Agnolotti | $24.95 | $49.90 |
| 2 | Half Of Pasta | $13.95 | $27.90 |
| 6 | Bruschetta | $3.95 | $23.70 |
| | Misc Personal Charge | $92.00 | $276.00 |
| 6 | Dolce  (Dessert) | $11.95 | $71.70 |
| 4 | Coffee | $3.00 | $12.00 |

| | |
|---|---:|
| SubTotal | $846.45 |
| Tax | $59.25 |
| Total | $905.70 |

```
            DONATELLO

  12 KIM
--------------------------------------
 CHK 474        B3            GST 0
        MAY19'11 04:42PM
--------------------------------------
   Misc Personal Charge     14.50
                             9.50
                             9.25
                            11.50
                             9.50
      SUBTOTAL              54.25
      TAX                    3.80
 04:53 AMT DUE           ⟨ 58.05 ⟩
```

```
         DONATELLO, INC
     232 N DALE MABRY HWY
        TAMPA, FL 33609
          813-875-6660

           BATCH: 852
       S-A-L-E-S  D-R-A-F-T
            73522719
          907850000001

   REF:      0033
   CD TYPE: MASTERCARD
   TR TYPE: PURCHASE
   DATE:    MAY 19, 11  18:34:48

   AMOUNT                $58.05

   TIP                   _12_

   TOTAL                 70 05

   ACCT: ************5580   EXP: **/**
   AP: 111215
   NAME: WAYNE B MASON
   CUST. 0
   TAX                       $0.00

   CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
     AND/OR SERVICES IN THE AMOUNT OF THE
   TOTAL SHOWN HEREON AND AGREES TO PERFORM
       THE OBLIGATIONS SET FORTH BY THE
    CARDMEMBER'S AGREEMENT WITH THE ISSUER


            CUSTOMER COPY
```

```
         DONATELLO, INC
     232 N DALE MABRY HWY
        TAMPA, FL 33609
          813-875-6660

           BATCH: 848
       S-A-L-E-S  D-R-A-F-T
      ****** REPRINT ******
            73522720
          907850000001

   REF:      0011
   CD TYPE: MASTERCARD
   TR TYPE: PURCHASE
   DATE:    MAY 19, 11  20:45:53

   AMOUNT               $905.70

   TIP                   180 -

   TOTAL                1085.70

   ACCT: ************5580   EXP: **/**
   AP: 195914
   CUST. 0
   TAX                       $0.00

   CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
     AND/OR SERVICES IN THE AMOUNT OF THE
   TOTAL SHOWN HEREON AND AGREES TO PERFORM
       THE OBLIGATIONS SET FORTH BY THE
    CARDMEMBER'S AGREEMENT WITH THE ISSUER


            CUSTOMER COPY
```

```
         DONATELLO, INC
     232 N DALE MABRY HWY
        TAMPA, FL 33609
          813-875-6660

           BATCH: 848
       S-A-L-E-S  D-R-A-F-T
            73522720
          907850000001

   REF:      0011
   CD TYPE: MASTERCARD
   TR TYPE: PURCHASE
   DATE:    MAY 19, 11  20:45:53

   AMOUNT               $905.70

   TIP                   -------

   TOTAL                -------

   ACCT: ************5580   EXP: **/**
   AP: 195914
   NAME: WAYNE B MASON
   CUST. 0
   TAX                       $0.00

   CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
     AND/OR SERVICES IN THE AMOUNT OF THE
   TOTAL SHOWN HEREON AND AGREES TO PERFORM
       THE OBLIGATIONS SET FORTH BY THE
    CARDMEMBER'S AGREEMENT WITH THE ISSUER


            CUSTOMER COPY
```

## Hudson News

FT. LAUDERDALE INT'L AIRPORT
320 TERMINAL DRIVE
FT. LAUDERDALE, FL 33315
STORE: 00828  REG: 002 CASHIER: ROSE
CUSTOMER RECEIPT COPY

| | |
|---|---|
| EMOTIONAL INTELLIGENCE 2 | |
| 9780974320625  1 @ 19.95 | 19.95 |
| SUBTOTAL | 19.95 |
| SALES TAX (6.00000%) | 1.20 |
| **TOTAL** | **21.15** |
| AMOUNT TENDERED | |
| **MasterCard** | **21.15** |
|   ACCT: ************5580 | |
|   EXP: ***** | |
|   APPROVAL: 946769 | |
| | |
| TOTAL PAYMENT | 21.15 |
| Transaction: 16702 | 5/6/2011 9:39 AM |

Comments\Inquiries? (800)326-7711
or Email comments@hudsongroup.com
Thank You for shopping with us.

---

Do not expose to excessive heat or direct sunlight.

STAPLE
HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX.    REV 2/08    CPN1113022

**AmericanAirlines®**

PASSENGER TICKET AND BAGGAGE CHECK — ADVANTAGE UPGRADE PURCHASE    4
SUBJECT TO CONDITIONS OF CONTRACT
PASSENGER RECEIPT

UPGRADE PURCHASE    01 OF    01

NAME OF PASSENGER (NOT TRANSFERABLE)
MASON/WAYNE
AADV M610686

EXP PLATNM

** AADV UPGRADE DEPOSITED **
PURCHASED TOP TIER UPGRADES

20MAY2011 /TAMPA
TPA A/TA

EXPIRATION DATE 19MAY2012

0011550812970    001 075238932 4

FOR TRANSPORTATION
NOT VALID
NON-REFUNDABLE
FOR TRANSPORTATION
NOT VALID
NOT VALID FOR TRAVEL
NOT VALID FOR TRANSPORTATION

001 075238932 4

**AmericanAirlines®**

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:        2954
TABLE:        151/1
SERVER:       6426 Kristen
DATE:         MAY20'11  1:20PM
CARD TYPE:    MSTRCARD  A1
ACCT #:       XXXXXXXXXXX5580
EXP DATE:     XX/XX
AUTH CODE:    600853
          WAYNE B MASON

TOTAL:                38.96

TIP: _____

TOTAL: _____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT

6426 Kristen
-------------------------------
151/1        2954        GST 2
       MAY20'11 12:50PM
-------------------------------

        **** SEAT 1 ****
1 QUESO EXPLOSION        13.08
    SOUP
      SWEET CORN CUP
1 GRILLD CHX SAND        12.75
    HOMESTYLE FF
    SOUP
      SWEET CORN CUP
Misc Personal Charge      5.29

Misc Personal Charge      5.29

1 WATER BACK              0.00
    SUBTOTAL             36.41
TAX      2.55  AMOUNT    38.96
    *******  *******

    SUBTOTAL             36.41
    TAX                   2.55
    AMOUNT           $38.96

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE
   TIM JUUL 813-396-3983
     GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM

O'HARE VENTRUE - SALAD WORKS
O'HARE INTERNATIONAL AIRPORT
773-686-2711

11229 Shirley

CHK 331    MAY18'11   1:18PM

1 SOPHIES              8.99
1 WATER ART SOL S      2.69

SUBTOTAL             11.68
TAX                   1.33
AMOUNT PAID       13.01
XXXXXXXXXXXXXXX0    XX/XX
MSTRCARD A1          13.01

Your order number is: 331

---

O'HARE VENTRUE - ZOOT CAFE
O'HARE INTERNATIONAL AIRPORT
773-686-2743

7641 PIO

CHK 2783   MAY18'11   4:10PM

1 YOGURT WAFFLE        4.29

SUBTOTAL              4.29
TAX                   0.47
AMOUNT PAID        4.76
XXXXXXXXXXXXXXX0    XX/XX
MSTRCARD A1           4.76

Your order number is: 2783

---

BAY BREEZE CAFE
5426 BAY CENTER DR 125
TAMPA, FL 33609

05/19/2011                12:21:16
Merchant ID:      0000000001912957
Terminal ID:              03004428
27620696882

CREDIT CARD
MC SALE

CARD #        XXXXXXXXXXXXX5580
INVOICE                     0048
Batch #:                  000043
Approval Code:            949878
Entry Method:             Swiped
Mode:                     Online

MDSE/SERVICES             $44.17

TIP                _____

TOTAL AMOUNT       _____

CUSTOMER COPY

## Expense Report - Transmittal Report



ER00000030212110142

**Spender** Kurt W. Meaders              **From** May 26, 2011 **To** May 27, 2011         **Reimbursement Amt** 1,012.22 USD

**Report name** HDR's continuation of the Videotaped Deposition o

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 6 | Audit required | No |
| Number of receipts to submit | 4 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/25/11 | Individual Meal | United St... | 28.81  USD | Jennifer M. Arevalo |
| 5/25/11 | Airfare | United St... | 760.80  USD | Jennifer M. Arevalo |
| 5/26/11 | Car Rental | United St... | 62.80  USD | Jennifer M. Arevalo |
| 5/28/11 | Lodging | United St... | 154.63  USD | Jennifer M. Arevalo |

```
            HMS HOST
          CHILI'S A/S C
    TAMPA INTERNATIONAL AIRPORT

9841 HEATHER
--------------------------------
7 3/1        8 3 0 6     GST 1
        MAY27'11  3:46PM
--------------------------------

       **** SEAT 1 ****
Misc Personal Charge    <5.29>

1 SANTA FE WRAP        11.67
     HOMESTYLE FF
     SOUP
       CUP CHX ENCHILDA
     OUT
     SEE SERVER
Misc Personal Charge    <5.29>

   SUBTOTAL            22.25
TAX     1.56  AMOUNT   23.81
    *******  *******

   SUBTOTAL            22.25
   TAX                  1.56
   AMOUNT           $ 2 3 . 8 1

 THANK YOU FOR YOUR BUSINESS!
 TELL US ABOUT YOUR EXPERIENCE
    TIM JUUL 813-396-3983
       GENERAL MANAGER
    TIM.JUUL@HMSHOST.COM
  OR EMAIL US AT CHILI'S.COM
```

```
HMS HOST
CHILI'S A/S C
TAMPA INTERNATIONAL AIRPORT
CHECK:      8 3 0 6
TABLE:      7 3 / 1
SERVER:     9841 HEATHER
DATE:       MAY27'11  4:53PM
CARD TYPE:  MSTRCARD  A1
ACCT #:     XXXXXXXXXXXX5524
EXP DATE:   XX/XX
AUTH CODE:  50186P
       KURT W MEADERS

TOTAL:         2 3 . 8 1

TIP: _____ 5 _____

TOTAL: _____ 2 8 . 8 1 ____

X _____
 I AGREE TO PAY THE ABOVE AMOUNT
 IN ACCORDANCE WITH THE CARD
 ISSUER'S AGREEMENT.
```

```
378498433    52274003    E

MEADERS,KURT
RENTAL NUMBER  TBN993R  CAR NUMBER  AND  A984200  CAR GROUP
CV - CMXXXXXXXXXXXX5374
FTN WN/00000024698380     LC
OUT TPA 26MAY11/2003 MI = 12683
IN  TPA 27MAY11/1503 MI = 12704
         21 MI@     .00 =
         19 HR@   37.50 =
            DY@   49.99 =
MINIMUM CHARGE        =      49.99
**10.40% FEE          =       5.44
FTP SR$  1.00DY       =       1.00
$  0.56 /DY ERF       =        .56
$  2.00 /DY SSU       =       2.00
$  0.02 /DY TBS       =        .02
$  0.78 /DY VLF       =        .78
TAXABLE SUBTOT        =      59.79
TAX 7.000%            =       4.19
FUEL SERVICE          =
PREPAYMENTS           = -    62.80
TOTAL CHARGES         =       1.18
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED    600


        Go to Avis.com to
        Receive E-Receipts.
```

*Please check your car for personal effects.* *Please check your car for personal effects.*

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@luv.southwest.com] |
| **Sent:** | Wednesday, May 25, 2011 1:41 PM |
| **To:** | Meaders, Kurt |
| **Subject:** | Air Confirmation MEADERS/KURT WOOD - WCN9I4 |



**SOUTHWEST.COM**

**MEADERS/KURT WOOD**    **Confirmation Date:** May 25, 2011    **Confirmation Number:** WCN9I4

FROM **$129** PER NIGHT AT RENAISSANCE VINOY RESORT

### Passenger Information

| Passenger(s) | Account Number | Ticket # | Expiration[1] | Estimated Points Earned |
|---|---|---|---|---|
| MEADERS/KURT WOOD | 00000024698380 | 5262176417621 | May 24, 2012 | 8122 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

> Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

Southwest Airlines Has Acquired AirTran

- There is no change to your trip due to the acquisition.
- For now, it's business as usual!

### Itinerary

**Depart:** DALLAS LOVE FIELD TO TAMPA INTL  *( Travel Time: 3 hrs 25 mins )*

| Date | Flight | Flight Information |
|---|---|---|
| Thu May 26 | 33 | Depart DALLAS LOVE FIELD (DAL) at 2:30 PM<br>*Stops in HOUSTON HOBBY (HOU)*<br>Arrive in TAMPA INTL (TPA) at 6:55 PM |

**Return:** TAMPA INTL TO DALLAS LOVE FIELD  *( Travel Time: 3 hrs 35 mins )*

| Date | Flight | Flight Information |
|---|---|---|
| Fri May 27 | 58 | Depart TAMPA INTL (TPA) at 6:50 PM<br>*Stops in HOUSTON HOBBY (HOU)*<br>Arrive in DALLAS LOVE FIELD (DAL) at 9:25 PM |


Learn More


Need A Car?
Browse All Cars


Where to Stay
Browse All Hotels

### Cost and Payment Summary

| | |
|---|---|
| Base Fare | $680.93 |
| +Excise Taxes | $51.07 |
| **Advertised Fare** | $732.00 |
| + Segment Fee | $14.80 |
| + Passenger Facility Charge | $9.00 |
| + Security Fee[2] | $5.00 |
| **Total Payment** | **$760.80** |

1

**Current Payment(s):**

    May 25, 2011   Mastercard XXXXXXXXXXXX5374   $760.80

[2] Security Fee is the government-imposed September 11th Security Fee.



## Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any change to this itinerary may result in a fare increase.

**Fare Calculation:**

DAL WN TPA331.16YL WN DAL349.77KZBP 680.93 END ZPDALHOUTPAHOU
XFDAL4.5TPA4.5 AY5.00$DAL2.50 TPA2.50

## Important Checkin Requirement

Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

## Southwest Airlines Co. Notice of Incorporated Terms

Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

Travel Tips

Boarding School

Change Flight

Cancel Flight

### Additional Information for Travelers

Online Checkin | Free Baggage Allowance | Checkin Procedures | Inflight Service
Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

www.southwest.com | Book Air | Book Car | Book Hotel | Book Cruise | Book Vacation Package | Download DING!



**SOUTHWEST.COM**

## Thank you for your purchase!

**Dallas (Love Field), TX - DAL to Tampa Bay, FL - TPA**

## New Purchases in Trip

| Air |
| --- |
| Confirmation: WCN9I4 |
| Dallas (Love Field), TX - DAL to Tampa Bay, FL - TPA Thursday, May 26, 2011 - Friday, May 27, 2011 |
| Air Total: $760.80 |

**Amount Paid**
**$760.80**

**Trip Total**
**$760.80**

### MAY 26 05/26/11 - Tampa

#### New purchases added to your trip.

AIR
*Dallas (Love Field), TX - DAL to Tampa Bay, FL - TPA*
05/26/2011 - 05/27/2011
  Confirmation # WCN9I4

| **Adult Passenger(s)** | **Rapid Rewards #** |
| --- | --- |
| KURT MEADERS | 00000024698380 |

| DEPART MAY 26 | 2:30 PM 6:55 PM | **Dallas (Love Field),** TX (DAL) to *Stops in Houston, TX* **Tampa Bay,** FL (TPA) | Flight #33 | **Thursday, May 26, 2011** Travel Time 3 h 25 m (1 stop, no plane change) |
| --- | --- | --- | --- | --- |
| RETURN MAY 27 | 6:50 PM 9:25 PM | **Tampa Bay,** FL (TPA) to *Stops in Houston, TX* **Dallas (Love Field),** TX (DAL) | Flight #58 | **Friday, May 27, 2011** Travel Time 3 h 35 m (1 stop, no plane change) |

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes | Quantity | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | | | | | and Fees | | |
|---|---|---|---|---|---|---|---|
| Adult | Depart | DAL-TPA | **Anytime** | $331.16 | $39.24 | 1 | $370.40 |
| Adult | Return | TPA-DAL | **Business Select** | $349.77 | $40.63 | 1 | $390.40 |
| **Please read the fare rules associated with this purchase.** | | | | **$680.93** | **$79.87** | **1** | **$760.80** |

Rapid Rewards points will be deposited into the Member's account once
the entire ticket has been flown, exchanged, or refunded (if applicable).

**Air Total:
$760.80**

| **Purchaser Name** | Kurt Meaders | **Billing Address** | 3925 Hanover
Dallas, TX 75225 |
|---|---|---|---|

| **Form of Payment** | **Amount Applied** |
|---|---|
| MasterCard - XXXXXXXXXXXX-5374 | **$760.80** |

**Amount Paid
$760.80**

**Trip Total
$760.80**



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Mr Kurt Meaders | Room No. | 1102 |
| | 3925 Hanover St | Arrival | 05-26-11 |
| | Dallas TX 752257119 | Departure | 05-27-11 |
| | United States | Page No. | 1 of 1 |
| | | Folio Window | 1 |
| Membership | GP 511519090E | Folio | 150392 |
| Bonus Code | | Invoice | |
| Confirmation No. | 5546611902 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-26-11 | - Lobby Bar Dinner Food | Room# 1102 : CHECK# 0358992 | 31.75 | |
| 05-26-11 | Valet Parking | | 12.00 | |
| 05-26-11 | Package Room | | 99.00 | |
| 05-26-11 | State Sales Tax | | 6.93 | |
| 05-26-11 | Occupancy Tax | | 4.95 | |
| 05-27-11 | Master Card | XXXXXXXXXXXX5374    XX/XX | | 154.63 |

Your Gold Passport account will be credited for this stay.

| **Total** | **154.63** | **154.63** |
|---|---|---|

| **Balance** | | **0.00** |
|---|---|---|

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

## Expense Report - Transmittal Report



ER00000035062110100

| Spender David C. Kent | From May 9, 2011  To May 10, 2011 | Reimbursement Amt 30.67 USD |
|---|---|---|

**Report name** Various Internet Access Fees

### Expense Report Information :

| Number of expenses | 2 | Audit required | Yes |
|---|---|---|---|
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

William Liu

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/9/11 | Other Travel - ... | United St... | 19.90  USD | William Liu |
| 5/9/11 | Other Travel - ... | United St... | 10.77  USD | William Liu |

**Kent, David**

| | |
|---|---|
| **From:** | Gogo Inflight Internet [customercare@gogoinflight.com] |
| **Sent:** | Monday, May 09, 2011 6:40 PM |
| **To:** | Kent, David |
| **Subject:** | Gogo Inflight Internet receipt |

*Charge to HDR*
*Hotel Internet*
*Access fees*

*$30 67*

View in web browser | View on mobi



THANI
FOR USIN

American Airlines

| | | | |
|---|---|---|---|
| David Kent | | Date: | 05/09/2011 |
| Username: | kentd | Payment Method: | AMEX: xxxx 1572 |
| Flight#: | AAL2368 | | |
| | | **Flight Pass** | **$9.95** |
| | | Tax | $0.82 |
| | | Total | **$10.77** |

GET OUR
NEW APP
Download the free Gogo Inflight
Internet app today.




STAY CONNECTED
See what everyone is doing
up here.



GOGO
24 HOUR PASS
Our best value for multiple
flights within 24 hours.
BUY BEFORE YOU FLY

1

# R

## RENAISSANCE®
### HOTELS

### RENAISSANCE O'HARE SUITES

## GUEST FOLIO

| | | | | |
|---|---|---|---|---|
| 925 | KENT/DAVID/MR | 129.00 | 05/11/11 10:16 | 7534 8211 |
| ROOM | NAME | RATE | DEPART TIME | ACCT# GROUP |
| NKNG | SEDGWICK LLP | | 05/09/11 21:18 | |
| TYPE | | | ARRIVE TIME | |
| 125 | 1717 MAIN ST. | | | |
| ROOM CLERK | SUITE 5400 | | AXXXXXXXXXXXX1572 | |
| | DALLAS      TX 75201 | | PAYMENT | MRW#: 005832035 |
| | ADDRESS | | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 05/09 | TELECOMM      WFB | 9.95 | | |
| 05/09 | ROOM           925, 1 | 209.00 | | |
| 05/09 | ROOM TAX       925, 1 | 24.87 | | |
| 05/09 | OCC TAX        925, 1 | 7.32 | | |
| 05/10 | TELECOMM      WFB | 9.95 | | |
| 05/10 | ROOM           925, 1 | 129.00 | | |
| 05/10 | ROOM TAX       925, 1 | 15.35 | | |
| 05/10 | OCC TAX        925, 1 | 4.52 | | |
| 05/11 | CCARD-AX | | 409.96 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXX1572

.00

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
DAVID.KENT@SDMA.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earings
will be credited to your account. Check your
Rewards Account Statement for update activity.

## R

### RENAISSANCE®
#### HOTELS

RENAISSANCE O'HARE SUITES
8500 WEST BRYN MAWR
CHICAGO, IL  60631
773-380-9600

This statement is your only receipt.  You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you.  The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above.  (The credit card company will bill in the usual manner.)  If for any reason the credit card company does not make payment on this account, you will owe us such amount.  If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____



**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

# Invoice

| Date | Invoice No. |
|------|-------------|
| 05/27/11 | 3433 |

**Bill To:**

Sedgwick, Detert, Moran & Arnold
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
|     |             | Due on receipt | 05/27/11 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/16/11 | CG Design | Working on demonstrative per Cori Steinman. | 0.17 | 225.00 | 38.25T |
| 05/25/11 | CG Design | Working on house/resevoir graphic. | 0.67 | 225.00 | 150.75T |
|          |           | Sales Tax  - Outlet 2 D2 |      | 8.25% | 15.59 |

OK WBM #2985
10711.000001
6/2/11

★ A P 1 3 7 3 4 8 0 ★

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | $204.59 |
| Payments | $0.00 |
| **Balance Due** | **$204.59** |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52042 | 5/31/2011 | 57358 |
| **Job Date** | **Case No.** | |
| 5/23/2011 | 808CV2446T27TBM | |
| **Case Name** | | |
| Tampa Bay Water vs. HDR Engineering, Inc., Construction Dynamics Group, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

**ORANGE REPORTING**

COURT REPORTING · LEGAL VIDEO SERVICES · INTERPRETING
toll-free: 800.275.7991

Kurt W. Meaders, Esquire
Sedgwick, Detert, Moran & Arnold, LLP
1717 Main Street
Suite 5400
Dallas, TX 75201

Alison Adams, Ph.D.

| | | |
|---|---|---|
| Video - Videographer - Per Diem (2 Hour Minimum) | | 300.00 |
| Video - Videographer - Each Additional Hour | 4.50 | 562.50 |
| Video Digitization - Per Hour for Sync | 5.00 | 375.00 |
| Delivery, Shipping and Handling | | 20.00 |

**TOTAL DUE >>>** **$1,257.50**

Reference No. : 2329

Thank you for your business!

Ordered transcripts will include indexes, condensed transcripts and electronic copies for your litigation support. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over for collection, you agree to pay all collection costs and attorney fees.



★ A P 1 3 7 3 4 9 3 ★

*Kurt Meaders (3021) c/m: 1071-000001*

**Tax ID:** 59-2754282

---

*Please detach bottom portion and return with payment.*

Kurt W. Meaders, Esquire
Sedgwick, Detert, Moran & Arnold, LLP
1717 Main Street
Suite 5400
Dallas, TX 75201

Job No. : 57358   BU ID : West FL
Case No. : 808CV2446T27TBM
Case Name : Tampa Bay Water vs. HDR Engineering, Inc., Construction Dynamics Group, Inc.

Invoice No. : 52042   Invoice Date : 5/31/2011
**Total Due** : **$ 1,257.50**

Remit To: **Orange Reporting**
**1416 E. Robinson Street**
**Orlando, FL 32801**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-508-33161 | May 26, 2011 | 2323-3788-5 | 1 of 9 |

FedEx Tax ID: 71-0427007

**Billing Address:**
SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

**Shipping Address:**
SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    (800) 622-1147 M-Sa 7-6 (CST)
Fax:       (800) 548-3020
Internet:  www.fedex.com

## Invoice Summary May 26, 2011

**FedEx Express Services**

| | | |
|---|---|---|
| Transportation Charges | | 878.89 |
| Base Discount | | -484.01 |
| Special Handling Charges | | 105.73 |
| Total Charges | USD | $500.61 |
| **TOTAL THIS INVOICE** | **USD** | **$500.61** |

You saved $484.01 in discounts this period!

Other discounts may apply.

**FedEx News!**
New service now available with FedEx Express Freight
FedEx First Overnight® Freight: Nationwide,
early-morning delivery of your urgent freight shipments
by 9 a.m., 10:30 a.m. or noon, depending on the delivery
service area. For additional information go to
fedex.com/us/service-guide/

```
* A P 1 3 7 3 8 5 5 *
```

---

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

**Remittance Advice**
**Your payment is due by Jun 10, 2011**

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 7-508-33161 | 2323-3788-5 | USD $500.61 |



23233788750833161330000500b113



0002220 02 AT 0.487 **AUTO   6 0 1145 75201-736750   -L-02-P02222-I1
SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

FedEx
P.O. Box 660481
DALLAS TX 75266-0481

60018450062113

1145-02-00-00-02220-0008-0018547



## Adjustment Request
## Fax to (800) 548-3020

Use this form to fax requests for adjustments due to the reasons indicated below. Requests for adjustments due to other reasons, **including** service failures, should be submitted by going to **www.fedex.com** or calling 800.622.1147. Please use multiple forms for additional requests.

**C o n t a c t**

Please complete all fields in black ink.

Requestor Name |_____| Date |___| / |___| / |___|

Phone |___|-|___|-|___|   Fax # |___|-|___|-|___|

E-mail Address _____   ☐ Yes, I want to update account contact with the above information.

**R e b i l l s**

| Tracking Number | Bill to Account | $ Amount |
|---|---|---|
| | | •  |
| | | •  |
| | | •  |
| | | •  |
| | | •  |

**C o d e**

| | | | For all Service failures or other |
|---|---|---|---|
| **ADR - Address Correction** | **INW - Incorrect Weight** | **OVS - Oversize Surcharge** | surcharges please use our web |
| **DVC - Declared Value** | **INS - Incorrect Service** | **RSU - Residential Delivery** | site www.fedex.com or call |
| **IAN - Invalid Acct #** | **OCF - Grd Pick-up Fee** | **PND - Pwrshp Not Delivered** | (800) 622-1147 |
| | **OCS - Exp Pick-up Fee** | **SDR - Saturday Delivery** | |

**C r e d i t s**

| Tracking Number | Code | $ Amount | Rerate information only (round to nearest inch) |
|---|---|---|---|
| | | | LBS   L   W   H |
| | | •  | |___| X |___| X |___| |
| | | •  | |___| X |___| X |___| |
| | | •  | |___| X |___| X |___| |
| | | •  | |___| X |___| X |___| |
| | | •  | |___| X |___| X |___| |

**A d d r e s s   C h a n g e s**

Check all that apply    Effective Date |___| / |___| / |___|

☐ Shipping Address (Physical Address)    ☐ Billing Address Only   ☐ Billing Same As Shipping Address

| | Shipping | | Billing |
|---|---|---|---|
| Company | |_____| | Company | |_____| |
| Address | |_____| | Address | |_____| |
| Address | |_____| | Address | |_____| |
| Dept. | |_____| | Dept. | |_____| |
| Floor | |_____| Apt/Suite # |_____| | Floor | |_____| Apt/Suite # |_____| |
| City | |_____| | City | |_____| |
| State | |___| Zip Code |_____|-|____| | State | |___| Zip Code |_____|-|____| |
| Phone | |___|-|___|-|___| | Phone | |___|-|___|-|___| |
| Fax # | |___|-|___|-|___| | Fax # | |___|-|___|-|___| |

1145-02-00-0002220-0008-0018547



## FedEx Express Shipment Summary By Payor Type

**FedEx Express Shipments (Original)**

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Shipper | 16 | 29.0 | 527.20 | 79.66 | | -300.50 | 306.36 |
| Third Party | 1 | | 17.85 | 1.19 | | -10.17 | 8.87 |
| Total | 17 | 29.0 | $545.05 | $80.85 | | -$310.67 | $315.23 |

**FedEx Express Multiweight Shipments (Original)**

| Payor Type | Packages | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Third Party | 1 | 107.0 | 333.84 | 24.88 | | -173.34 | 185.38 |
| Total | 1 | 107.0 | $333.84 | $24.88 | | -$173.34 | $185.38 |

| | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Total FedEx Express | 18 | 136.0 | $878.89 | $105.73 | | -$484.01 | $500.61 |

**Total This Invoice**         **USD**         **$500.61**



## FedEx Express Shipment Detail By Payor Type (Original)



**Picked up: May 17, 2011**    **Cust. Ref.: 886-08**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley | Office Services | |
| Tracking ID | 794769000586 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | May 18, 2011 09:14 | Transportation Charge | | 46.15 |
| Svc Area | A1 | Fuel Surcharge | | 3.08 |
| Signed by | J.VISAN | Discount | | -26.31 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$22.92** |

**Picked up: May 17, 2011**    **Cust. Ref.: 2489000084**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | USAB | MIKE DISA | MR ROBERT D DENNISON | |
| Tracking ID | 867040959024 | SEDGWICK,DETERT,MORAN & ARNOLD | CLERK THE UNITED STATE DISTURC | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | 200 NW 4TH ST RM 210 | |
| Package Type | FedEx Box | DALLAS TX 75201-7367 US | OKLAHOMA CITY OK 73102 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 9.0 lbs, 4.1 kgs | | | |
| Delivered | May 18, 2011 13:10 | Transportation Charge | | 36.80 |
| Svc Area | A1 | Fuel Surcharge | | 2.45 |
| Signed by | C.SIMS | Discount | | -20.98 |
| FedEx Use | 013712968/0001305/_ | **Total Charge** | **USD** | **$18.27** |

**Picked up: May 18, 2011**    **Cust. Ref.: 02278-103313**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Arron Fox | Clifton McAdams | |
| Tracking ID | 797113158996 | SEDGWICK, DETERT, MORAN & ARNO | Donato, Minx, Brown & Pool, P. | |
| Service Type | FedEx Priority Overnight | 1717 MAIN STREET, SUITE 5400 | 3200 SOUTHWEST FWY STE 2300 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | HOUSTON TX 77027 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 19, 2011 10:24 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Fuel Surcharge | | 1.42 |
| Signed by | see above | Discount | | -12.11 |
| FedEx Use | 000000000/0000197/02 | **Total Charge** | **USD** | **$10.56** |

**Picked up: May 18, 2011**    **Cust. Ref.: 886-08**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley | Office Services | |
| Tracking ID | 797113722204 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | May 19, 2011 09:31 | Transportation Charge | | 41.90 |

Continued on next page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-508-33161 | May 26, 2011 | 2323-3788-5 | 5 of 9 |

Tracking ID: 797113722204 continued

| | | | | |
|---|---|---|---|---|
| Svc Area | A1 | Fuel Surcharge | | 2.79 |
| Signed by | J.VISAN | Discount | | -23.88 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$20.81** |

**Picked up: May 18, 2011**   **Cust. Ref.: 886-08**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 874445671992 | OFFICE SERVICES | OFFICE SERVICES | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Package Type | FedEx Box | 1717 MAIN ST STE 5400 | 919 CONGRESS AVE STE 1250 | |
| Zone | 03 | DALLAS TX 75201-7367 US | AUSTIN TX 78701 US | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | May 19, 2011 10:25 | Transportation Charge | | 36.10 |
| Svc Area | A1 | Fuel Surcharge | | 2.41 |
| Signed by | B.MILLER | Discount | | -20.58 |
| FedEx Use | 013809659/0001508/_ | **Total Charge** | **USD** | **$17.93** |

**Picked up: May 19, 2011**   **Cust. Ref.: 00975-011291**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794775817832 | Lisa Henderson | Martin O'Leary | |
| Service Type | FedEx Priority Overnight | SEDGWICK LLP | Sedgwick LLP | |
| Package Type | FedEx Envelope | 1717 Main Street | 1 MARKET PLZ | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 20, 2011 09:53 | Transportation Charge | | 29.25 |
| Svc Area | A1 | Discount | | -16.67 |
| Signed by | R.PEGA | Fuel Surcharge | | 1.95 |
| FedEx Use | 000000000/0000241/_ | **Total Charge** | **USD** | **$14.53** |

**Picked up: May 19, 2011**   **Cust. Ref.: 02173-015113**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3
- 1st attempt May 20, 2011 at 09:06 AM.
- Original address - 1680 NW 30TH ST/OKLAHOMA CITY, OK 73118

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794778942993 | George McCall | ATTN: Joe Christopher Morgan | |
| Service Type | FedEx Priority Overnight | SEDGWICK LLP | Westview Apartments | |
| Package Type | FedEx Envelope | 1717 Main Street | 1601 NW 30TH ST | |
| Zone | 03 | DALLAS TX 75201 US | OKLAHOMA CITY OK 73118 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 21.25 |
| Delivered | May 20, 2011 09:07 | Discount | | -12.11 |
| Svc Area | A1 | Address Correction | | 11.00 |
| Signed by | A.LOYA | Fuel Surcharge | | 1.42 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$21.56** |

**Picked up: May 19, 2011**   **Cust. Ref.: 886-08**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 797118618461 | Michael Clerkley | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | FedEx Pak | 1717 Main Street | 1 MARKET PLZ |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |

Continued on next page



Tracking ID: 797118618461 continued

| | | | | |
|---|---|---|---|---|
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | May 20, 2011 09:53 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Discount | | -23.88 |
| Signed by | R.PEGA | Fuel Surcharge | | 2.79 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$20.81** |

**Picked up: May 20, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794783713166 | Michael Clerkley Office Servic | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Package Type | FedEx Pak | 1717 Main Street | 919 CONGRESS AVE STE 1250 | |
| Zone | 03 | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | May 23, 2011 13:06 | Transportation Charge | | 24.10 |
| Svc Area | A1 | Discount | | -13.74 |
| Signed by | D.JANNER | Fuel Surcharge | | 1.61 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$11.97** |

**Picked up: May 20, 2011**  **Cust. Ref.: 11022.000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794783807818 | Cynthia Alm | Ramon E. Ortiz | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN | 2106 ROLLING CRK | |
| Package Type | FedEx Box | 1717 Main Street | SPRING BRANCH TX 78070 US | |
| Zone | 03 | DALLAS TX 75201 US | | |
| Packages | 1 | | | |
| Rated Weight | 6.0 lbs, 2.7 kgs | Transportation Charge | | 38.10 |
| Delivered | May 21, 2011 09:57 | Residential Delivery | | 2.75 |
| Svc Area | A5 | Discount | | -21.72 |
| Signed by | see above | Saturday Delivery | | 15.00 |
| FedEx Use | 000000000/0001508/02 | DAS Extended Resi | | 3.00 |
| | | Fuel Surcharge | | 5.76 |
| | | **Total Charge** | **USD** | **$42.89** |

**Picked up: May 20, 2011**  **Cust. Ref.: 00214-009897**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794783863862 | Claudia Dwyer | Gerard C. Rickhoff | |
| Service Type | FedEx Priority Overnight | SDMA | Bexar County Clerk | |
| Package Type | FedEx Envelope | 1717 Main Street | 100 DOLDROSA | |
| Zone | 03 | DALLAS TX 75201 US | SAN ANTONIO TX 78205 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 23, 2011 09:33 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Discount | | -12.11 |
| Signed by | E.SMALL | Fuel Surcharge | | 1.42 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$10.56** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-508-33161 | May 26, 2011 | 2323-3788-5 | 7 of 9 |

**Picked up: May 20, 2011**     **Cust. Ref.: 00214-008887**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3
- 1st attempt May 23, 2011 at 12:31 PM.
- Shipment delivered to address other than recipient's.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Claudia Dwyer | Patrick P Rogers | |
| Tracking ID | 794783879850 | SDMA | Porter Rogers Dahlman & Gordon | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 2600 VIA FORTUNA STE 130 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | AUSTIN TX 78746 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 23, 2011 12:32 | Transportation Charge | | 18.55 |
| Svc Area | A2 | Discount | | -10.57 |
| Signed by | J.EVANS | Fuel Surcharge | | 1.24 |
| FedEx Use | 000000000/0000211/04 | **Total Charge** | **USD** | **$9.22** |

**Picked up: May 20, 2011**     **Cust. Ref.: 03278-000004**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Rosa Zarate | Ciro Ramirez, PhD, PE, CSHO | |
| Tracking ID | 797122361260 | SEDGWICK,DETERT,MORAN & ARNOLD | Thornhill, Ramirez & Associate | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 550 Heritage Grove Road | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LEANDER TX 78641 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 18.55 |
| Delivered | May 23, 2011 11:21 | Discount | | -10.57 |
| Svc Area | A2 | Residential Delivery | | 2.75 |
| Signed by | see above | Fuel Surcharge | | 2.09 |
| FedEx Use | 000000000/0000211/02 | DAS Resi | | 2.75 |
| | | **Total Charge** | **USD** | **$15.57** |

**Picked up: May 20, 2011**     **Cust. Ref.: 886-08**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley | Office Services | |
| Tracking ID | 797123146548 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | May 23, 2011 09:18 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Discount | | -23.88 |
| Signed by | J.VISAN | Fuel Surcharge | | 2.79 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$20.81** |

**Picked up: May 23, 2011**     **Cust. Ref.: 886-08**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley | Office Services | |
| Tracking ID | 794788951418 | SEDGWICK,LLP. | Sedgwick,LLP | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | May 24, 2011 09:31 | Transportation Charge | | 46.15 |
| Svc Area | A1 | Discount | | -26.31 |
| Signed by | R.PEGA | Fuel Surcharge | | 3.08 |

Continued on next page



Tracking ID: 794788951418 continued

| FedEx Use | 000000000/0001393/_ | **Total Charge** | | USD | $22.92 |

**Picked up: May 23, 2011**   **Cust. Ref.: 10711 000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797129028485 | Wayne Mason | Robert H. Bork Jr. | |
| Service Type | FedEx Priority Overnight | SDMA | Bork Communication Group LLC | |
| Package Type | FedEx Pak | 1717 Main Street | 7105 COUNTRY MEADOW CT | |
| Zone | 06 | DALLAS TX 75201 US | MC LEAN VA 22101 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 44.00 |
| Delivered | May 24, 2011 09:47 | Fuel Surcharge | | 3.36 |
| Svc Area | A1 | Residential Delivery | | 2.75 |
| Signed by | see above | Discount | | -25.08 |
| FedEx Use | 000000000/0001574/02 | **Total Charge** | USD | $25.03 |

| | | **Shipper Subtotal** | **USD** | **$306.36** |

**Dropped off: May 19, 2011**   **Cust. Ref.: NO REFERENCE INFORMATION**   **Ref.#2:**
**Payor: Third Party**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 2

02495.108034

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 872874297816 | CHARLES | GAIL | |
| Service Type | FedEx Priority Overnight | MATRIX INFO SERVICES | SPECIAL DELIVERY | |
| Package Type | FedEx Envelope | 3708 E 29TH ST # 139 | 5470 LBJ FWY 100 | |
| Zone | 02 | BRYAN TX 77802-3901 US | DALLAS TX 75240 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 20, 2011 10:31 | Transportation Charge | | 17.85 |
| Svc Area | A1 | Discount | | -10.17 |
| Signed by | G.PALOS | Fuel Surcharge | | 1.19 |
| FedEx Use | 013908015/0000186/_ | **Total Charge** | USD | $8.87 |

Judy Farmer Copy job

| | | **Third Party Subtotal** | **USD** | **$8.87** |

## FedEx Express Multiweight - Third Party Detail (Original)

**Dropped off: May 12, 2011**   **Service Type: FedEx 2Day**   **Svc Area: AA**
**Payor: Third Party**   **Rate Method: Hundredwt**   **Rated Wgt: 107.0 lbs, 48.5 kgs**
**Bundle ID: N/A**   **Zone: 06**   **# Packages: 3**
**Package Type: Customer Packaging**   **Automation: USAB**

| | **Sender** | **Recipient** |
|---|---|---|
| | JAMES GARDNER | MARI RESENDEZ |
| | FILE 10385 000004 | SICO WHITE HOELSCHER & BRAUGH |
| | 628 W MARKET ST | 802 N CARANCAHUA STE 900 |
| | AKRON OH 44303 US | CORPUS CHRISTI TX 78401 US |

| Tracking ID | Delivered/Signed By | Rated Weight/Actual Weight | FedEx Use | Cust. Ref./Ref.#2/Ref.#3/RMA # | Amount |
|---|---|---|---|---|---|
| 875654958717 | May 16, 2011 09:22 | 107.0 lbs, 48.5 kgs | 013206924/0006067/_ | NO REFERENCE INFORMATION | 185.38 |
| | B.DEL MORAL | 68.0 lbs, 30.8 kgs | | | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional volume of 17712 cubic inches divided by 166. The chargeable weight is 107.0 lbs.

| | Transportation Charge | 333.84 |
| | Fuel Surcharge | 24.88 |



| | | |
|---|---|---|
| Discount | | -173.34 |
| **Total Charge** | **USD** | **$185.38** |
| **Multiweight - Third Party Subtotal** | **USD** | **$185.38** |
| **Total FedEx Express** | **USD** | **$500.61** |



## Expense Report - Transmittal Report



ER0000003506211010105

**Spender** David C. Kent          **From** May 17, 2011 **To** May 20, 2011          **Reimbursement Amt** 4,015.77 USD

**Report name** CNA Invited Attorneys

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 18 | Audit required | Yes |
| Number of receipts to submit | 16 | InterAction report filed and submitted to Marketing | Yes |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
William Liu

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/20/11 | Individual Meal | United St... | 6.86 USD | William Liu |
| 5/20/11 | Individual Meal | United St... | 4.07 USD | William Liu |
| 5/20/11 | Lodging | United St... | 470.64 USD | William Liu |
| 5/18/11 | Taxi, Trains, o... | United St... | 18.00 USD | William Liu |
| 5/18/11 | Individual Meal | United St... | 38.17 USD | William Liu |
| 5/18/11 | Individual Meal | United St... | 3.83 USD | William Liu |
| 5/17/11 | Individual Meal | United St... | 4.49 USD | William Liu |
| 5/17/11 | Airfare | United St... | 259.40 USD | William Liu |
| 5/17/11 | Individual Meal | United St... | 8.98 USD | William Liu |
| 5/17/11 | Other Travel - ... | United St... | 43.25 USD | William Liu |
| 5/16/11 | Airfare | United St... | 953.40 USD | William Liu |
| 5/13/11 | Airfare | United St... | 50.00 USD | William Liu |
| 5/13/11 | Airfare | United St... | 654.00 USD | William Liu |
| 5/13/11 | Airfare | United St... | 562.60 USD | William Liu |
| 3/21/11 | Other Travel - ... | United St... | 615.00 USD | William Liu |
| 5/17/88 | Lodging | United St... | 303.08 USD | William Liu |

*This is partly Business Development and partly Client because of several changes and subsequent airline (exorbitant) costs, from one event to another !*

*CLAUDIA*

# TO DO LIST

Date: _____

1. ☐ _____Firm (Bus. Dev.)_____

2. ☐ _____Hotel : _____303.08_____

3. ☐ _____Meals : _____13.47_____

4. ☐ ~~Airfare :~~ Tips: _____10.00_____

5. ☐ ~~Airfare :~~

6. ☐ _Registration Fee: _____615.00_____

7. ☐ _____Airfare : _____259.40_____

8. ☐ _Total — $ 1,200.95_
       for Firm

9. ☐

10. ☐ Airfare change fees → $ 1,607.40/xx
        & additional price
        charged to HDR

11. ☐ (see details on invoices) attached

12. ☐ _____

Attendance

Approved by Wayne Mason
Clients seen: ① Lisa Lanterro, CNA
                ② Lou Truini, CNA
                ③ Ted Ewing, CNA

TEXAS CHEMICAL COUNCIL

④ Bruce Gerhardt, HDR

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Thursday, March 17, 2011 5:27 PM |
| **To:** | Kent, David |
| **Subject:** | RE: CNA Bus.Dev. --2011 AMIA Invitations are in the Mail |
| **Attachments:** | image005.gif; image006.png; image007.jpg; image008.png; image009.png |

Approved. I wasn't invited. ☺

Wayne

**Wayne B. Mason**
wayne.mason@sdma.com | 469.227.4602 *direct*

## Sedgwick
### DETERT, MORAN & ARNOLD LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *ph* | 469.227.8004 *fx* | www.sdma.com

---

**From:** Kent, David
**Sent:** Thursday, March 17, 2011 5:20 PM
**To:** Mason, Wayne B.
**Subject:** CNA Bus.Dev. --2011 AMIA Invitations are in the Mail
**Importance:** High

Wayne,

May I have approval to attend the CNA Invited Attorneys Conference in Washington DC in May?  Will you be attending again this year?

**David C. Kent**
SEDGWICK Dallas
469-227-4658 (phone)
david.kent@sdma.com

---

**From:** Jones, Joe H [mailto:joe.h.jones@schinnerer.com]
**Sent:** Wednesday, March 16, 2011 5:48 AM
**To:** Jones, Joe H
**Subject:** 2011 AMIA Invitations are in the Mail
**Importance:** High

Ladies and Gentlemen.  The invitations for the 50th Annual Meeting of Invited Attorneys are being mailed today.  I've attached a PDF for your convenience and you will find the necessary links to the meeting and hotel registration site.

## Hotel Registration
We are going to do something a little different this year.  in the last few years we've seen an increase in the number of people who get a room in the hotel room block but not register for the meeting.  Because we have a limited number of rooms in the room block the result is that some meeting attendees are left out.

So this year we will be comparing the names registered for the meeting and the those that have registered for the hotel. If your name is on the hotel list but not on the meeting registration list, we will ask the hotel to cancel your reservations.

**So it is important that you register for the meeting first and then register for the hotel.**

Thanks and we look forward to seeing you in May.

Joe

**Joseph H. Jones, Jr., Esq., AIA**
Victor O. Schinnerer & Company, Inc.
Two Wisconsin Circle
Chevy Chase, Maryland 20815-7022
ph. 301-951-5466 / fax. 301-951-5496
Joe.H.Jones@Schinnerer.com
www.Schinnerer.com
www.PlanetRiskManagement.com

Visit Schinnerer's Risk Management Blog at www.schinnerer.com/blogs/rm/ and follow Schinnerer's Risk Management Services at:

  



This message and any attachments are confidential and proprietary to Victor O. Schinnerer and Company Inc. If you have received this message in error, please delete it and any attachments from your system. If you require any assistance please notify the sender. Thank you.

**5/17/2011**

**Summary:** 2011 CNA Invited Attorneys

**Regarding:** Contacts

**Type:** BD - Attended/networked at conference or seminar

**Description:** Networked with Mr. Truini while attending this meeting in Chicago.

**Originator:** Kent, David

**Contacts:**

CNA Financial Corporation

Truini, Louis (CNA Financial Corporation)

**5/17/2011**

**Summary:** 2011 CNA Invited Attorneys

**Regarding:** Contacts

**Type:** BD - Attended/networked at conference or seminar

**Description:** Networked with Mr. Ewing while attending this meeting in Chicago.

**Originator:** Kent, David

**Contacts:**

CNA Insurance Companies

Ewing, Edward (CNA Insurance Companies)

**5/17/2011**

**Summary:** 2011 CNA Invited Attorneys

**Regarding:** Contacts

**Type:** BD - Attended/networked at conference or seminar

**Description:** Networked with Mr. Gerhardt while attending this meeting in Chicago.

**Originator:** Kent, David

**Contacts:**

Gerhardt, Bruce (HDR, Inc.)

HDR, Inc.

**5/17/2011**

**Summary:** 2011 CNA Invited Attorneys

**Regarding:** Contacts

**Type:** BD - Attended/networked at conference or seminar

**Description:** Networked with Ms. Lantero while attending this meeting in Chicago.

**Originator:** Kent, David

**Contacts:**

CNA Insurance Companies

Lantero, Lisa (CNA Insurance Companies)

```
          STARBUCKS COFFEE C21
    DALLAS FT WORTH INT'L AIRPORT

    11577 PASCIONE
    --------------------------------
    CHK 8171 MAY17'11 10:54AM  GST 1
    --------------------------------
         S u b t o t a l

      1 LATTE V              4.15

        SUBTOTAL             4.15
        TAX                  0.34
        AMOUNT PAID      4 . 4 9
        Stbk Card            4.49
           Amount 4.49
        TerminalID Z0051157
           RefrNbr 5647658
    Redemption Approved for $4.49
        Card Balance 14.94
        Gift Card Charge 4.49
```

Your order number is: 8171

American Airlines

Monday 7611 12:56 CST
AA806 DFW DC
045739
Device ID  02-300001314
Transaction  10055051240

              Sale

Product      Price  Qty   Amt

CHZ CRACKERS  4.49    2   8.98

Total         USD        8.98
AMEX 1572     USD        8.98

        AmericanAirlines®
     We Know Why You Fly℠

R
RENAISSANCE®
HOTELS

954 KENT/DAVID          249.00 05/19/11 10:56 17046 13817
Room  Name                Rate   Depart   Time   ACCT# GROUP

NDDB SEDGWICK LLP              05/17/11 18:16
Type                           Arrive    Time

71   1717 MAIN ST.
     SUITE 5400              AXXXXXXXXXXXXXXXXXXX
Room  DALLAS     TX 75201    Payment          MRW#: XXXXX2035
Clerk

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 05/17 | TELECOMM    WFB | 16.95 | | |
| 05/17 | WFBTAX      WFB | 1.02 | | |
| 05/17 | ROOM       954, 1 | 249.00 | | |
| 05/17 | ROOM TAX   954, 1 | 36.11 | | |
| 05/18 | ROOM       954, 1 | 249.00 | | < 285.11 > Personal |
| 05/18 | ROOM TAX   954, 1 | 36.11 | | |
| 05/19 | CCARD-AX | | 588.19 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXXXXXXX

TOTAL $ 303.08          .00

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
DAVID.KENT@SDMA.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

## The 50th Annual Meeting Of Invited Attorneys

**PRINT THIS PAGE FOR YOUR INFORMATION**

**Hotel Reservations Link:** Cut and paste the following URL into your browser to access the website for **The Mayflower Renaissance Hotel:**
http://www.marriott.com/hotels/travel/wassh?groupCode=aimaima&app=resvlink&fromDate=3/14/11&toDate=5/25/11

Use the Group Code: **aimaima**

**The cut-off date for making reservations is April 25th.** Reservations received after that date or after the block is full will be taken on a space and rate availability basis.

### General Options

To pay by check, enter your check number below (if available) and click finish. Then mail your check, made payable to Victor O. Schinnerer & Company, Inc., to Victor O. Schinnerer & Co., Inc., 14288 Collections Center Drive, Chicago, IL 60693.

| | |
|---|---|
| Name: | David Kent |
| Title: | Attorney |
| Address: | 1717 Main St. |
| | Suite 5400 |
| | Dallas, TX 75201 |
| | USA |
| Number of People Registered: | 2 |
| Confirmation Number: | **52NKL2QPS7A**  (needed to modify your registration) |
| Event Title: | The 50th Annual Meeting of Invited Attorneys |
| Location: | The Mayflower Renaissance |
| | 1127 Connecticut Avenue, NW |
| | Washington, DC  20036 |
| | USA |
| Phone: | (202) 347-3000 |
| Date: | 05/18/2011 |
| Time: | 8:00 AM  Add to my calendar |

### Current Registration Details

To view the 50th Annual Meeting of Invited Attorneys Program online, use the following link:

http://www.schinnerer.com/risk_mgmt/program.pdf

**Registration Items**

| | | | | |
|---|---|---|---|---|
| David Kent | | 50th AMIA Registration | Online Registration | $525.00 |
| Carol Kent | | Guest/Cocktail Reception | Guest Fee | $90.00 |

**Sessions**

| | | | |
|---|---|---|---|
| David Kent | 05/18/2011 6:00 PM | Cocktail Reception | $0.00 |

### Order Summaries

MEETING CANCELLATION POLICY Cancellation requests received on or before April 25 will receive a full refund, minus a $50 processing fee. No refunds will be issued after April 25, including no shows. Substitutions will be accepted in advance in writing.

Cancellation/refund can be requested online by returning to the registration website and entering the attendee's confirmation number that was received in the registration confirmation email.

**Meeting** attendance cancellations do **not** include hotel reservation cancellations. Those must be done separately with the hotel.

Please contact Andrea Tyler at 301/961-9878 with any questions.

| Date | Type | Amt Ordered | Amt Paid | Amt Due |
|---|---|---|---|---|
| 03/21/2011 12:07 PM ET | online order | $615.00 | $615.00 | $0.00 |
| | Total: | $615.00 | $615.00 | $0.00 |

**Payment Details**

| Date | Type | Reference # | Amt Paid |
|---|---|---|---|
| 03/21/2011 | American Express | 1572 | $615.00 |

**Kent, David**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Monday, January 10, 2011 12:14 PM |
| **To:** | Kent, David |
| **Subject:** | E-Ticket Confirmation-LZDOVT  17MAY |

*Original Reservation*
*$259 40/xx*

*Charge to firm*



eTicket Itinerary & Receipt Confirmation

[ Reservations ] [ Award Booking ] [ My Account ] [ Fare Sales & Offers ]



**Date of Issue: 10JAN11**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: LZDOVT**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance

Budget
Save up to 30%
plus earn
quadruple miles

AVIS
Save up to 35%
+ earn up to 3000
bonus miles

American Airlines
Vacations
AAVacations.com

DEALS & OFFERS
Around the World
—BOOK NOW—

AAdvantage
Car and Hotel Awards

Book
Activities
5,500 Events
& Tours

**Record Locator: LZDOVT**



**Itinerary**

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| ▲▲ | 886 | DALLAS FT WORTH | TUE 17MAY | WASHINGTON | 5:20 PM | Q |

1

| American Airlines | | | 1:30 PM | REAGAN | | |
|---|---|---|---|---|---|---|
| | | David Kent | FF#: H106810 GLD | Economy | Seat 9A | Food For Purchase |
| | | Carol Kent | FF#: D870H50 | Economy | Seat 9B | Food For Purchase |
| American Airlines | 1539 | WASHINGTON REAGAN | SUN 22MAY 5:15 PM | DALLAS FT WORTH | 7:35 PM | N |
| | | David Kent | FF#: H106810 GLD | Economy | Seat 9A | Food For Purchase |
| | | Carol Kent | FF#: D870H50 | Economy | Seat 9B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012331323914 | 221.39 | 38.01 | 259.40 |
| CAROL KENT | 0012331323915 | 221.39 | 38.01 | 259.40 |

| Payment Type: Master Card XXXXXXXXXXXX1496 | | | | Total: $518.80 |
|---|---|---|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

   

 

We know why you fly*

**AmericanAirlines**

AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 5266442562601012115355100

**Kent, David**

| | |
|---|---|
| **From:** | Gogo Inflight Internet [customercare@gogoi |
| **Sent:** | Tuesday, May 17, 2011 3:42 PM |
| **To:** | Kent, David |
| **Subject:** | Gogo Inflight Internet receipt |



*Firm (Admin)*

*Internet access charge in-flight — $43 25*

*Charge to HDR*

View in web browser | View on mobi


Inflight Internet

# THANK
# FOR USING GOGO®

American Airlines

| | | | |
|---|---|---|---|
| David Kent | | Date: | 05/17/2011 |
| Username: | kentd | Payment Method: | AMEX: xxxx 1572 |
| Flight#: | AAL808 | | |
| | | **Gogo 30-Day Pass** | **$39.95** |
| | | Tax | $3.30 |
| | | Total | $43.25 |



# GET OUR
# NEW APP
Download the free Gogo Inflight
Internet app today. [LEARN MORE]

## STAY CONNECTED
See what everyone is doing
up here.




**FREQUENT FLYER?**
**CARRY ON SAVINGS**
Get Gogo Unlimited—our best
value for frequent flyers. [GET DETAILS]


1ˢᵗ Change.
Additional Cost - 1,212⁸⁰
‹Original Ticket› 259⁴⁰
Net Charge - $953⁴⁰

**Kent, David**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Wednesday, May 04, 2011 4:04 PM |
| **To:** | Kent, David |
| **Subject:** | E-Ticket Confirmation-DHIXTA  16MAY |



eTicket Itinerary & Receipt Confirmation

Reservations · Award Booking · My Account · Fare Sales & Offers



**Date of Issue: 04MAY11**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the
**one**world® Alliance.  Below are your itinerary and receipt for the ticket(s)
purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: DHIXTA**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets
within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or
at a Self-Service Check-In machine at the airport.  Check-in options may be found
at  www.aa.com/options.  For information regarding American Airlines checked
baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at
the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a
priority verification card at the security screening checkpoint.

 Book a hotel         Book a car         Buy trip insurance








Record Locator: DHIXTA

### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA | 1848 | DALLAS FT WORTH | MON 16MAY 8:15 AM | TAMPA | 11:35 AM | L |
| | David Kent | FF#: H106810 | Economy | Seat 24E | Food For | |

| American Airlines | | GLD | | | | Purchase |
|---|---|---|---|---|---|---|
| **AA** American Airlines | 1811 | TAMPA | TUE 17MAY 7:45 PM | MIAMI INTERNTNL | 8:50 PM | Q |
| | David Kent | FF#: H106810 GLD | | Economy | Seat 14C | |
| **AA** American Airlines | 1012 | MIAMI INTERNTNL | TUE 17MAY 9:30 PM | WASHINGTON REAGAN | 11:59 PM | Q |
| | David Kent | FF#: H106810 GLD | | Economy | Seat 15C | Food For Purchase |
| **AA** American Airlines | 885 | WASHINGTON REAGAN | SUN 22MAY 5:35 PM | DALLAS FT WORTH | 8:00 PM | G |
| | David Kent | FF#: H106810 GLD | | Economy | Seat 21B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012338645255 | 809.30 | 103.50 | 912.80 |
| **DAVID KENT - Additional Fare Collection 44.00** | | | | |

| ADDITIONAL SERVICES | DATE | | CURRENCY | AMOUNT |
|---|---|---|---|---|
| Ticket Change | 04 MAY 11 | | USD | 300.00 |

| Payment Type: Exchange, American Express XXXXXXXXXXX1572 |
|---|

} 1,212 80

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   

2nd Change
New Ticket Cost- 1,607⁴⁰

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com] ⟨Previous Ticket⟩ 953⁴⁰
**Sent:** Friday, May 13, 2011 4:51 PM
**To:** Kent, David
**Subject:** E-Ticket Confirmation-DHIXTA  17MAY

Net Cost - $ 654⁰⁰



eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 13MAY11**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: DHIXTA**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel         Book a car         Buy trip insurance









Budget Save up to 30%

AVIS Save up to 35%

Book Activities 5,500 Events & Tours

TRAVEL BIG, NO MATTER WHAT SIZE YOUR BUSINESS IS. BUSINESS SUITE™

MULTIPLY your miles With Mileage Multiplier LEARN MORE

**Record Locator: DHIXTA**



| **Itinerary** | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| | | City | Date & Time | City | Time | |
| AA | 808 | DALLAS FT WORTH | TUE 17MAY 11:40 AM | WASHINGTON REAGAN | 3:30 PM | L |
| | | David Kent | FF#: H106810 | Economy | Seat 13D | Food For |

| American Airlines | | GLD | | | | Purchase |
|---|---|---|---|---|---|---|
| **AA** | 885 | WASHINGTON REAGAN | SUN 22MAY 5:35 PM | DALLAS FT WORTH | 8:00 PM | W |
| American Airlines | | David Kent | FF#: H106810 GLD | | Seat 21B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012363921199 | 1335.81 | 121.59 | 1457.40 |
| **DAVID KENT - Additional Fare Collection 544.60** | | | | |

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 13 MAY 11 | USD | 150.00 |

| Payment Type: Exchange, American Express XXXXXXXXXXX1572 |
|---|

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   

  We know why you fly®
AmericanAirlines®
AA.com

# TO DO LIST

*Date:* _____

1. ☐ _____ HDR Trip to Tampa
2. ☐ Hotel :       470 $\frac{64}{}$
3. ☐ Meals :       52.93
4. ☐ Taxi  :       18.00
5. ☐ Tips  :       18.00
6. ☐ Airfare :     6|9|60  *
7. ☐ Total   ~~$1,169 $\frac{17}{xx}$~~ ✓
8. ☐         $1,171 $\frac{17}{xx}$
9. ☐ _____
10. ☐ _____
11. ☐ * Note: Need to add or charge
      my extra airfare to D.C., based
12. ☐ on ~~revised~~ Court's revisions to
      pre-trial conference hearing
      dates.

Details             and
are on other expenses
          invoices.

TEXAS CHEMICAL COUNCIL

# TAXICAB RECEIPT

Time: May
Date: ~~Apr~~ 18, 204

Origin of trip: Downtown

Destination: Reagan Airport

Fare: 18⁰⁰          Sign: _____

---

```
              HMSHost
         Airside "F" Gifts
        Tampa Int'l Airport

#190 ILEANA
--------------------------------
TRN 5981 MAY20'11  1:55PM
--------------------------------

   044000037420
 1 NAB OREO SINGLE        1.09
   040000007937
 1 SNICKERS DARK CO       1.39
   010300142812
 1 EMERALD GLAZED P       3.19
   044000037451
 1 NAB NUTTR BUTTR        1.09

   Subtotal              6.76
   Tax                   0.10
   Amt Paid             6.86
   CASH                 20.00
   Change Due           13.14

         THANK YOU
          HMSHost
      Airside "F" Gifts
     Tampa Int'l Airport

     PH: 813-396-3977
```

```
              LOBBY BAR
        GRAND HYATT TAMPA BAY
S20 NOEL                         1
------------------------------ - -
CHK 8911 MAY18'11  9:20GST 1
------------------------------ - -
   GLASS WINE  2 281
   Misc Personal Charge    〈14.00〉
 1 GROUPER BITES        9.00
 1 FRIED CHSCKE         8.00
   SUBTOTAL            31.00
   TAX                  2.17
   PAYMENT DUE         33.17
*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY:_____ 5.00

TOTAL:_____ 38.17

ROOM#_____

SIGNATURE:_____

PRINT NAME:_____
  * * GRATUITY NOT INCLUDED * *
```

PRIMO CAPPUCCINO
REAGAN NATIONAL

------------------------------------

Concourse C

2 Beatrice

Chk 349        May18'11 04:33P Gst  0
------------------------------------
  Bev Only
1 Latte/Capp             3.65
  Cash                  10.00

  Subtotal               3.65
  Tax                    0.18
  Total                  3.83
  Change Due             6.17

Have a safe flight!

---

TAMP INT'L AIRPORT

Dioydis

Chk 9730 MAY20'11  1:10PM  GST 1
------------------------------------

  LATTE G               3.80

  SUBTOTAL              3.80
  TAX                   0.27
  AMOUNT PAID      4.07
  Stbk Card             4.07

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

   TIM JUUL 813-396-3983
      GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
       Amount 4.07
    TerminalID Z0019154
    RefrNbr 5911424
 Redemption Approved for $4.07
     Card Balance 10.87
     Gift Card Charge 4.07

---

# U·S AIRWAYS                    U·S AIRWAYS

TKNXN4/1V   13MAY11   44576641      E-TICKET RECEIPT
KENT/DAVID
                                   ARRIVAL        FROM TO
 525P WASHINGTON - DCA US  1649  L   18MAY   744P TAMPA TPA    O DCA TPA
 330P TAMPA TPA        US   1176  L   20MAY   511P CHARLOTTE CLT  X TPA CLT
 555P CHARLOTTE CLT    US   1764  L   20MAY   712P WASHINGTON - DCA  O CLT DCA

FP  AXXXXXXXXXXXX1572/XXXX/138621FC 18MAY WAS US TPA 209.30LXAORF2 US X/
CLT US WAS 285.58LXAORF2 USD494.88END ZPDCATPACLT XT 11.10ZP 7.50AY 12.00
XFDCA4.5TPA4.5CLT3

FARE  USD   494.88    DOCUMENT NUMBER 0377987292913
TAX   US     37.12
TAX   XT     30.60    NO CASH VALUE
TOTALUSD    562.60                     THANK YOU FOR FLYING
                                           US AIRWAYS

# ☰ U·S AIRWAYS

☰ U·S AIRWAYS

BWY4Y1/US    20MAY11    BF0EF4L3    **E-TICKET RECEIPT**

KENT/DAVID                                    ARRIVAL          FROM    TO
100P US REVUPGRADE RVUJS    9958    Y    20MAY    530P FEE FEE          RVU FEE


FP    AXXXXXXXXXXX1572/XXXX/572156 /FC 03779872929136 1764 CLTDCAUSD46.51
END FC UPGRADE PNR * BWY4Y1


FARE USD    46.51    **DOCUMENT NUMBER 0372431372220**
TAX      US   3.49
TAX                     NO CASH VALUE                    THANK YOU FOR FLYING
TOTALUSD    50.00                                            US AIRWAYS



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| | | | | |
|---|---|---|---|---|
| Payee | David Kent | | Room No. | 1242 |
| | 1717 Naub St #5400 | | Arrival | 05-18-11 |
| | Dallas TX 75201 | | Departure | 05-20-11 |
| | United States | | Page No. | 1 of 1 |
| | | | Folio Window | 1 |
| Membership | GP | G30016989B | Folio | 148626 |
| Bonus Code | | | Invoice | |
| Confirmation No. | 5546302901 | | | |
| Group Name | | | | |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 05-18-11 | Guest Room | | | 219.10 | |
| 05-18-11 | State Sales Tax | | | 15.34 | |
| 05-18-11 | Occupancy Tax | | | 10.96 | |
| 05-19-11 | Guest Room | | | 201.10 | |
| 05-19-11 | State Sales Tax | | | 14.08 | |
| 05-19-11 | Occupancy Tax | | | 10.06 | |
| 05-20-11 | American Express | XXXXXXXXXXX1572 | XX/XX | | 470.64 |

Your Gold Passport account will be credited for this stay.

| **Total** | **470.64** | **470.64** |
|---|---|---|
| **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Monday, May 16, 2011 11:40 AM |
| **To:** | Kent, David |
| **Subject:** | Trip Summary - KENT - Tampa 5/18/11 |



# Sedgwick LLP

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 5/18/11**:

**An air reservation has been added.**

**This air itinerary has not yet been ticketed. Confirmation by the airline(s) is still pending. We'll send an e-mail update once ticketing occurs.**

**A hotel reservation has been added.**

---

## Your current trip information - Tampa 5/18/11
This trip includes **flights and hotel** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601TKNXN4BF |
| **Airline record locator:** | US Airways - BWY4Y1 |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Ticket numbers:** | Will be sent via e-mail within 24 hours |
| **Total flight cost:** | $569.60 USD |
| **Traveler(s)** | **Frequent flier details** |

DAVID KENT

**Leave Wednesday, May 18, 2011**
**US Airways 1649** Economy | Airbus Industrie A319 (319) | 2hr 19min | 818 miles

Depart: **5:25pm  Washington, DC** Washington Ronald Reagan National (DCA)
Arrive: **7:44pm  Tampa, FL** Tampa International (TPA)
**Seat: 21B** | Your flight is confirmed. Seat is confirmed. You may review seats.

**Return Friday, May 20, 2011**
**US Airways 1176** Economy | Airbus Industrie A320 (320) | 1hr 41min | 512 miles

Depart: **3:30pm  Tampa, FL** Tampa International (TPA)
Arrive: **5:11pm  Charlotte, NC** Charlotte Douglas (CLT)
Your flight is confirmed. The airline will assign seats at check-in or you may select seats.
**Change planes. Time between flights: 0hr 44min**
**US Airways 1764** Economy | Airbus Industrie A319 (319) | 1hr 17min | 327 miles

Depart: **5:55pm  Charlotte, NC** Charlotte Douglas (CLT)
Arrive: **7:12pm  Washington, DC** Washington Ronald Reagan National (DCA)

Seat: 16B | Your flight is confirmed. Seats is confirmed. You may **review seats.**
Total duration: 3hr 42min | Total miles: 859 miles

## Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** At least one airline in this trip charges an additional fee for baggage. This fee is not included in your total trip cost. **See details**

## Important fare notes
Refunds or changes may not be allowed for this ticket, view change rules and other restrictions.
Please read the **fare rules** and the ticket for more information.

## Hotel reservation

**Orbitz Record Locator:** TDBGHA
**Hotel Confirmation number:** HY0055463029
**Reservation made for:** David Kent
**Reservation made by:** david.kent@sedgwicklaw.com
**Loyalty programs:** Hyatt Gold Passport   G30016989B
**Total charges :** 420.20 USD (taxes not included)

| Grand Hyatt Tampa Bay | 2900 Bayport Drive<br>Tampa, FL  33607 | Phone: 1 813 874-1234<br>Fax: 1 813 207-6790 |
|---|---|---|

| | | | |
|---|---|---|---|
| Check-in: | **Wed, May 18, 2011** | 3:00 PM | |
| Check-out: | **Fri, May 20, 2011** | 12:00 PM | |

**Room description:** Company tvl rate regency club-sdma 2 ddbl or 1 grand beds: floors 12 24:
Company tvl rate regency club 2 ddbl or 1 grand beds: floors 12 24: breakfast: concierge

### Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:** Non-smoking

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** Guarantee: 01Jan2001 to 31Dec9999 - Guarantee may be required; check rate rules.

**Deposit:** DEPOSIT CREDIT CARDS: AX CB DC

**Cancellation:**  CANCEL BY 3PM EST 24 HOURS PRIOR TO ARRIVAL

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| | | **Card holder's Name:** |
| **Airfare, DAVID KENT (Adult)** | $562.60 | David C Kent |
| **Orbitz for Business fees** | | **Card type:** |
| Online transaction fee | $7.00 | American Express |
| Total | $569.60 USD | **Card number:** |
| | | xxxxxxxxxxx1572 |

| Hotel cost summary | | | Billing information |
|---|---|---|---|
| Room rate | Wed | Thu | **Card holder's Name:** |
| | | | David C Kent |
| | | | **Card type:** |

## Expense Report - Transmittal Report



ER00000035062110106

**Spender** David C. Kent          **From** Jun 12, 2011  **To** Jun 14, 2011          **Reimbursement Amt** 2,257.12 USD

**Report name** HDR - Witness Prep Session

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 15 | Audit required | No | |
| Number of receipts to submit | 15 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

William Liu

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/12/11 | Taxi, Trains, o... | United St... | 25.00 USD | William Liu |
| 6/12/11 | Parking or Tolls | United St... | 78.77 USD | William Liu |
| 6/12/11 | Parking or Tolls | United St... | 4.00 USD | William Liu |
| 6/12/11 | Lodging | United St... | 764.52 USD | William Liu |
| 6/12/11 | Individual Meal | United St... | 4.49 USD | William Liu |
| 6/12/11 | Individual Meal | United St... | 10.00 USD | William Liu |
| 6/12/11 | Individual Meal | United St... | 45.22 USD | William Liu |
| 6/12/11 | Airfare | United St... | 1,188.40 USD | William Liu |
| 6/13/11 | Group Meal | United St... | 79.84 USD | William Liu |
| 6/13/11 | Taxi, Trains, o... | United St... | 10.00 USD | William Liu |
| 6/13/11 | Individual Meal | United St... | 4.17 USD | William Liu |
| 6/14/11 | Individual Meal | United St... | 10.38 USD | William Liu |
| 6/14/11 | Taxi, Trains, o... | United St... | 25.00 USD | William Liu |
| 6/14/11 | Individual Meal | United St... | 3.16 USD | William Liu |
| 6/14/11 | Individual Meal | United St... | 4.17 USD | William Liu |

# TO DO LIST

Date: _____

1. ☐ __HDR - Witness Prep Session__
2. ☐ __with  Lee Wooten & Paul Kelley__
3. ☐ _____
4. ☐ __Airfare  —  1,188.40__
5. ☐ __Hotel  —  764.52__
6. ☐ __Parking  —  78.77__
7. ☐ __Tolls  —  4.00__
8. ☐ __Taxi  —  60.00__
9. ☐ __Meals  —  161.43__
10. ☐ __Tips  —  20.00__
11. ☐ _____2,277.12__
12. ☐ _____

June 12 — 59.71
June 13 — 84.01
June 14 — 17.71

**TEXAS CHEMICAL COUNCIL**

**Kent, David**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Saturday, June 04, 2011 1:55 AM |
| **To:** | Kent, David |
| **Subject:** | E-Ticket Confirmation-GJDTMX 12JUN |



**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



Date of Issue: 04JUN11

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: GJDTMX**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance



Budget Save up to **30%**

AVIS Save up to **35%**

American Airlines Vacations. AAVacations.com

DEALS & OFFERS Around the World
BOOK NOW

PERSONAL ONE-ON-ONE AIRPORT ASSISTANCE.
FIVE-STAR SERVICE

MULTIPLY your miles With Mileage Multiplier
LEARN MORE ▸

**Record Locator: GJDTMX**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 1106 | DALLAS FT WORTH | SUN 12JUN 8:45 AM | BOSTON | 1:25 PM | W |
| | David Kent | FF#: H106810 | | | Seat 15F | Food For Purchase |

1

| American Airlines | GLD | | | | |
|---|---|---|---|---|---|
| **AA** American Airlines | 1333 | BOSTON | TUE 14JUN 8:00 PM | DALLAS FT WORTH | 10:55 PM | W |
| | David Kent | | FF#: H106810 GLD | | Seat 29F | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012340448617 | 1085.58 | 102.82 | 1188.40 |
| Payment Type: American Express XXXXXXXXXXX1572 | | | | Total: $1188.40 |

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**      Special Assistance      Flight Check-In     **Flight Status Notification**


Our **Lowest Fare** Guarantee Only at AA.com

member of oneworld

We know why you fly‡ **AmericanAirlines®** AA.com


This e-mail address is non-returnable and does not accommodate replies. If you have a customer service issue, please Contact AA

NRID: 1750446023640401413580900



**Courtyard by Marriott**
**Boston Downtown**
**Tremont**

275 Tremont Street
Boston Ma 02116
T 617.426.1400

David Kent

1717 Main St Ste 5400

Dallas TX 75201-7367

Sedgwick Detert Moran & Arnold

Room: 742

Room Type: DBDB

Number of Guests: 1

Rate: $339.00          Clerk: LDA



| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 12Jun11 | Room Charge | 329.00 | |
| 12Jun11 | Occupancy Tax | 18.75 | |
| 12Jun11 | Conv Center Tax | 19.74 | |
| 12Jun11 | Convention and Tourism Tax | 9.05 | |
| 13Jun11 | Room Charge | 339.00 | |
| 13Jun11 | Occupancy Tax | 19.32 | |
| 13Jun11 | Conv Center Tax | 20.34 | |
| 13Jun11 | Convention and Tourism Tax | 9.32 | |

**This is a partial listing of guest charges.  Subtotal:      764.52**

**Rewards Account # XXXXX2035.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: DAVID.KENT@SEDGWICKLAW.COM. See "Internet Privacy Statement" on Marriott.com.

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Monday, June 13, 2011 3:02 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| **Entry :** | June 12, 2011 07:32 | **Lane:** | DFW-NORTH-17 |
|---|---|---|---|
| **Exit :** | June 12, 2011 09:28 | **Lane:** | DFW-NORTH-57 |

**Tag Number:** DNT.06647970    **License Plate:** PBM977    **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.



**DFW Airport   Parking Receipt**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Entry Location** | Sunday | June | 12, 2011 07:32 | | Lane: | DFW-NORTH-17 |
| **Exit Location** | Sunday | June | 12, 2011 09:28 | | Lane: | DFW-NORTH-57 |

| | |
|---|---|
| **Tag Number** | DNT.06647970 |
| **Parking Fee** | $2.00 |
| **NTTA Tag Charged** | $2.00 |

**Taxes Included**

**THANK YOU FOR PARKING AT THE        DFW Airport**

**Kent, David**



# Airport Parking Receipt

FreedomPark
AIRPORT VALET SERVICES
2 0 0 1  -  2 0 1 1
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1315072
Date: 6/11/2011 6:16:56 PM

SOLD TO    David Kent
           214-535-6703
           david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1315072 | 6/12/2011 | 6/14/2011 | | $78.77 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total | $78.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

### DFW AIRPORT RAISES PARKING RATES
Effective October 1st 2010 **DFW AIRPORT TERMINAL PARKING** will increase from $17 per day to $19 per day.
Effective immediately **DFW AIRPORT VALET PARKING** is now $22 per day plus tax. **FreedomPark's rates will remain unchanged.**

### Thanks for using FreedomPark!

## RECEIPT FOR CAB FARE
### PASSENGER; RECHECK NUMBER ON OUTSIDE OF CAB
### CAB NUMBER ALSO LOCATED ON INSIDE TAXI PARTITION

DATE June 12  TIME (AM)/(PM) _____ $ 25

FROM Airport

TO Downtown

CAB NO. _____ HACK LIC. NO. _____

LESSEE OR ASSOCIATION _____
DRIVERS NAME

**Support the WEST END HOUSE Boys and Girls Club.**
105 Allston Street - Allston, MA 02134-5029

---

STARBUCKS COFFEE A37
DALLAS FT WORTH INT'L AIRPORT

1043 Hai
----------------------------------
CHK 4863 JUN12'11 7:54AM GST 1
----------------------------------
       S u b t o t a l

 1 LATTE V            4.15

  SUBTOTAL            4.15
  TAX                 0.34
  AMOUNT PAID        **4.49**
  Stbk Card           4.49
        Amount 4.49
     TerminalID Z0051158
      RefrNbr 7883220
 Redemption Approved for $4.49
       Card Balance 18.53
      Gift Card Charge 4.49

**Your order number is: 4863**

---

Rock Bottom Brewery
Boston # 3001
115 Stuart Street
Boston, MA
(617)742-2739

Server: CHOPPER                06/12/2011
*23/1                           9:52 PM
Guests: 0
                               #20147
Reprint #: 1

Patty Melt                      9.95
  Sub Onion Rings               0.95
                              ⟨19.50⟩
Misc Personal Charge
White Choc Bread Pudding        6.25

Complete Subtotal              36.65

Subtotal                       36.65
Tax                             2.57

Total                          39.22

Balance Due           39.22
                  Tip 6.00
*******************************
  Get Rewards and Cool Prizes!  45.22
  Its Free to Join the Mug Club
  Ask your server for details!
*******************************
*******************************

| Date | Amount | Guests | 457673 |
|------|--------|--------|--------|
| 6-12-2011 | 10.00 | | |

*Guest Receipt*

STARBUCKS Store #7377
1 Financial Center
Boston, MA  (617) 428-0019
1759952 Jalianny
-------------------------------------
CHK 660960
06/13/2011 09:19AM
-------------------------------------
Vt Latte                    3.90
SBUX Card                   4.17
XXXXXXXXXXXXX2660

Subtotal                    3.90
Tax 6.25%                   0.24
Local Tax 0.75% - Meals     0.03
Total                       4.17
**Change Due        $0.00**

---------- Check Closed ----------
06/13/2011 09:20:14AM

SBUX Card x2660New Balance:  14.36
Card is registered.

New VIA Flavored Coffee
Available in vanilla, mocha,
caramel and cinnamon spice
100 percent Arabica coffee
natural flavors & cane sugar.

---

*Thank You*

Rock Bottom Brewery
Boston # 3001
115 Stuart Street
Boston, MA
(617)742-2739

Server: BRANDI            06/13/2011
Table 201/1                 6:50 PM
Guests: 1
                          **#80024**

Misc Personal Charge          11.50
Misc Personal Charge          19.50
Laredo                        10.95
Creole Jambalya               15.50
Triple Chocolate Brownie       5.95

Complete Subtotal             63.40

Subtotal                      63.40
Tax                            4.44

Total                         67.84

**Balance Due        67.84**
Tip        12.00

*****************************************
Get Rewards and Cool Prizes!     79.84
Its Free to Join the Mug Club
Ask your server for details!
*****************************************
*****************************************

*DCK & Stuart Simon*

---

June 13

Hotel to HDR
office

#5.00

---

**RECEIPT FOR CAB FARE**
PASSENGER; RECHECK NUMBER ON OUTSIDE OF CAB
CAB NUMBER ALSO LOCATED ON INSIDE TAXI PARTITION
                          (AM)
DATE 6/13/2011 TIME (PM)    $ 5.00
FROM        HDR Office
TO          Hotel
CAB NO. _____  HACK
                  LIC. NO. _____
LESSEE OR
ASSOCIATION _____
DRIVERS NAME _____

Support the WEST END HOUSE Boys and Girls Club.
105 Allston Street - Allston, MA 02134-5029

STARBUCKS Store #7377
1 Financial Center
Boston, MA  (617) 428-0019
1759952 Jalianny
-------------------------------------
CHK 707220
06/14/2011 09:18AM
-------------------------------------
Vt Latte                    3.90
SBUX Card                   4.17
XXXXXXXXXXXX2660

Subtotal                    3.90
Tax 6.25%                   0.24
Local Tax 0.75% - Meals     0.03
Total                       4.17
**Change Due            $0.00**

----------- Check Closed -----------
06/14/2011 09:18:25AM

SBUX Card x2660New Balance:  10.19
Card is registered.

New VIA Flavored Coffee
Available in vanilla, mocha,
caramel and cinnamon spice
100 percent Arabica coffee
natural flavors & cane sugar.

---

STARBUCKS COFFEE #75534
LOGAN INT'L AIRPORT - BOSTON, MA
(617) 634-6070

10214 THU
-----------------------------------
CHK 7643 JUN14'11  7:34PM
-----------------------------------

1 Tall L CAFFE LAT      2.95

Subtotal                2.95
Tax                     0.21
Amt Paid              **3.16**
Stbk Card               3.16
Amount 3.16
TerminalID Z0032221
RefrNbr 8094453
Redemption Approved for $3.16
Card Balance 7.03
Gift Card Charge 3.16

Your order number is: 7643

---

Amount $ 25⁰⁰ _____ Cab #. _____

**CAB COMPANY**

Cab Fare        From Downtown

            To  Airport

Date June 14
            RECEIVED PAYMENT

---

Terminal B
Logan International Airport

**Admirals Club**

105 Vidlonde
-----------------------------------
Check: 2655              Guests: 1
06/14/2011 06:58PM
-----------------------------------
1   BBQ sliders             8.99
    Cash                   20.00

    Subtotal                8.99
    Tax                     0.63
    Payment                 9.62
**Change Due          $10.38**

----------- Check Closed -----------
06/14/2011 06:58:41PM

THANK YOU
FOR FLYING WITH AMERICAN AIRLINES
-----------------------------------

# Sedgwick LLP

## CHECK REQUEST
### PLEASE SUBMIT 24HRS IN ADVANCE

DATE NEEDED: 06/17/11    TIME NEEDED: 1:30pm PT    OTHER TIME: _____

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

■ INTER-OFFICE MAIL TO:
☐ E-MAIL WHEN READY:

| Keri Wood | 4627 | 4197 | 08 - DA |
|---|---|---|---|
| NAME | Empl # | EXT # | OFC |

| CLIENT NUMBER | MATTER NUMBER |
|---|---|
|  |  |

CASE NAME: _____

PAYEE: Keri Wood (Petty Cash) _____

ADDRESS: _____
_____

CITY: _____

STATE: _____ ZIP: _____ COUNTRY: _____

PHONE # : _____  FAX # : _____

TYPE OF
BUSINESS: _____
(I.E. EXPERT-MEDICAL, EXPERT-ENGINEERING, CONSULTANT-CONSTRUCTION)

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING
☐ EXACT AMOUNT    $459.22    ☐ NOT TO EXCEED AMOUNT  _____

G/L ACCOUNT / TRUST # :

| Acct | Empl | Ofc | PG | SubPG |
|---|---|---|---|---|

■ FUNDS SHOULD COME FROM TRUST ACCOUNT

EXPLANATION (MUST BE INCLUDED):
To replenish petty cash to $500.00
_____
_____
_____

PLEASE CHECK ONE OF THE FOLLOWING:
■ SUPPORTING DOCUMENTATION IS ATTACHED
☐ THERE IS NO SUPPORTING DOCUMENTATION

PREPARED BY: Keri Wood        EMPL # 4197    Ext. 4627

AUTHORIZED BY: Shari Doidge    EMPL # 3147    Ext. 4684

DATE: 06/15/11

REV. 9/2010

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

**PETTY CASH REIMBURSEMENT**

06/15/11

INVOICE #: SFPC.REIMB2011.06

| DATE | DESCRIPTION | EMPLOYEE | CLIENT MATTER | DISB CODE | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| 08/11/10 | court filing fees | 3846 | 02278-103307 | 61 | $ 224.50 | |
| 12/07/10 | lunch for Kurt Meaders client | 3257 | 10711-000001 | 17 | $ 13.82 | |
| 01/07/11 | notice of removal | 3846 | 03375-109307 | 61 | $ 10.40 | |
| 06/02/11 | efiling | 3846 | 03278-000004 | 101 | $ 9.00 | |
| | SUBTOTAL CLIENT CHARGES: | | | | $ 57.72 | |

| DATE | DESCRIPTION | EMPLOYEE | G/L # | | AMOUNT |
|---|---|---|---|---|---|
| 09/16/10 | tip for servers (women's forum) | 4325 | 935-00 | | $ 40.00 |
| 10/20/10 | parking for Bill Richmond/award dinner | 4285 | 834-08 | | $ 5.00 |
| 11/10/10 | supplies for partner retreat | 4197 | 827-00 | | $ 13.51 |
| 12/15/10 | cookies for ornament exchange | 4197 | 832-08 | | $ 14.40 |
| 12/15/10 | gift card for Monica Haynes-Merril | 3147 | 797-08 | | $ 100.00 |
| 12/21/10 | hooks for wreaths | 3147 | 820-08 | | $ 3.25 |
| 02/10/11 | starbucks giftcard-mentoring event | 3147 | 987-00 | | $ 60.00 |
| 02/24/11 | cab fare for new employee-Dezelle | 4873 | 834-09 | | $ 49.00 |
| 02/24/11 | welcome lunch for Barbara Dezelle | 3113 | 831-09 | | $ 50.88 |
| 02/25/11 | parking (to bank for trust deposit) | 4197 | 834-08 | | $ 4.00 |
| 03/16/11 | welcome lunch for Angela Sikes | 2991 | 831-08 | | $ 49.80 |
| 03/17/11 | lunch for partner meeting | 4197 | 826-08 | | $ 23.23 |
| 03/18/11 | breakfast/Jim Nations/firm mgt meeting | 3983 | 825-00 | | $ 9.63 |
| 04/01/11 | tips for servers (10 year anniversary) | 3147 | 832-08 | | $ 60.00 |
| 04/14/11 | kitchen supplies | 3147 | 820-08 | | $ 23.80 |
| 06/14/11 | Glen Roddy trip to Florida | 3147 | 826-11-920 (IT) | | $ 95.00 |
| | SUBTOTAL G/L CHARGES: | | | | $ 601.50 |

CARRY OVER FROM PREVIOUS MONTH TO REIMBURSE TO PC

| QTY | CASH / CHITS |
|---|---|
| UNPROCESSED CHIT(S) | |

| | | |
|---|---|---|
| $100.00 | 0 | $0.00 |
| $50.00 | 0 | $0.00 |
| $20.00 | 1 | $20.00 |
| $10.00 | 0 | $0.00 |
| $5.00 | 0 | $0.00 |

| | |
|---|---|
| CHARGE TO CLIENT | $ 57.72 |
| PREVIOUS MO. FIRM EXP | $ - |
| CURRENT MO. FIRM EXP | $ 601.50 |

| CASH ON HAND | $40.78 |
|---|---|

| TOTAL | $ 700.00 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| $1.00 | 1 | $1.00 | | | |
| $0.25 | 27 | $6.75 | | | |
| $0.10 | 69 | $6.90 | | | |
| $0.05 | 112 | $5.60 | | | |
| $0.01 | 53 | $0.53 | | | |

| | | |
|---|---|---|
| | Credit 986-00 (see email from Carrie) | $200.00 |
| | | $ 659.22 |
| | | $ (200.00) |
| REIMBURSE PC | | $ 459.22 |

TOTAL CASH ON HAND: **$40.78**

VERIFIED BY: _____ DATE: _____

APPROVED BY: _____ DATE: _____

*last page*

**Laura Hinojosa**
**District Clerk**
**100 North Closner**
**Edinburg TX 78539**

### Receipt

Location: 0                                              Employee: 10

### Transaction Information

Transaction Type: Civil Court Costs
ID: C-1311-07-C
Year: 2010
Amount Due: $22.00
Convenience Fee: $2.50
Total Amount Due: $24.50

### Payment Information

Payment Method: Credit Card
Card Type: VISA
Card Holder Name: ROSAISELA ZARATE
Reference #: 2830
Transaction #: ETHP5EBD1F15
Authorization #: 111111
Processed Date: 09/17/2010
Processed Time: 11:13:42 AM

### Transaction Details

Phone #: 4092274679

### Home
Thank you for your payment!
Your credit card statement will reflect this transaction with the name
GOVERNMENT PAYMENTS.
If you should have any questions regarding your credit card transaction you can
call us at 956-682-3466 during our business hours of 8:00 AM to 5:00 PM Central
Standard Time on Monday through Friday.

NO. _____                    AMOUNT $ _24.50_

## RECEIVED OF PETTY CASH

DATE _8/17/2010_

FOR _Court filings_

CHARGE TO _02278- 108307_
ACCOUNT

_RX22_

APPROVED BY                             RECEIVED BY

**UNIVERSAL** 03389                                          9/17/2010

NO. 3257          AMOUNT $ 13.82

## RECEIVED OF PETTY CASH

DATE 12-7-10

FOR Lunch for Kurt Mealers &
Rick Donovan

CHARGE TO 0711-000001
ACCOUNT

APPROVED BY _____          RECEIVED BY R Slaten

UNIVERSAL. 03389

```
. . . . . . . . . . . . . . . . . . . . . . .
        CAFE SOLACE
1700 PACIFIC, SUITE 114
      DALLAS, TX 75201
        214-979-0288
      C O P Y
  12/07/2010  17:19:26
Sale:

Transaction #      84
Card Type:  MasterCard
Acc:    ***********0854
Entry:          Swiped
Total:        12.75

Reference No.:
        034118404097
Auth.Code:      051702
Response:APPROVAL 051702
Sequence Number:   0084
Merchant_Number:
        100000089609
Terminal_ID:   72679904
Terminal_Number:   0001


      CUSTOMER COPY
```

NO. 3846        AMOUNT $ 10.40

## RECEIVED OF PETTY CASH

DATE 1/7/2011

FOR Copies Of all case to use for
Notice of Remand

CHARGE TO 03375-109307

ACCOUNT

APPROVED BY               RECEIVED BY

UNIVERSAL 03389

_03315-109307_

Welcome  **Zarate, Rosaisela**  [ Logout ]

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Customer Service | Jury | FAQs

[HS] Home > Online Services > Final Purchase Approval
Houston, Texas | January 07, 2011

# Order Number: 260931

Printable Version

### Customer / Shipping Information

**Date:** 1/7/2011 12:15:19 PM   **Ship Method:** Download (zipped)
**Customer:** Zarate, Rosaisela
1717 Main St., Suite 5400
Dallas, TX

### Order Detail Information

Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47126249]  2 pages  $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47126250]  4 pages  $0.40
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47126251]  7 pages  $0.70
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47126252]  2 pages  $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47192793]  12 pages $1.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47192794]  1 page  $0.10
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47192802]  11 pages $1.10
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47192803]  1 page  $0.10
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47192804]  2 pages  $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47194051]  8 pages  $0.80
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47202101]  3 pages  $0.30
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47202102]  2 pages  $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47202171]  2 pages  $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47202172]  2 pages  $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47224733]  2 pages  $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47224765]  4 pages  $0.40
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47231263]  7 pages  $0.70
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47243007]  11 pages $1.10
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47243017]  1 page  $0.10
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47243019]  3 pages  $0.30
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47243021]  2 pages  $0.20

### Quick Links

 Costs and Fees
 Child Support Records
 Jury Services
 Search Our Records & Documents
 Background Checks
 FREEfax
 Forms
 Government Agencies
 Historical Documents
 How to Contact Us
 Order History
 Update Address / Information
 Change Password

### Contact Information

Civil Courthouse
201 Caroline
Houston, TX 77002

**Mailing Address:**

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47243022]                                                   1 page    $0.10
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47260678]                                                   8 pages   $0.80
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47311395]                                                   2 pages   $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47311396]                                                   1 page    $0.10
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47311410]                                                   2 pages   $0.20
Case: 201079223-7 RICE, RAYMOND vs CAMERON INTERNATIONAL CORPORATION (FKA COOPER CAME [Doc# : 47311411]                                                   1 page    $0.10

## Payment Information

**Card:**          XXXXXXXXXXXX4398

|                  |          |
|------------------|----------|
| **Subtotal:**    | $10.40   |
| **Total:**       | $10.40   |

## Retransmission Information

At times network congestion or other technical difficulties may delay electronic transmission of documents by up to 4 hours hours. If you requested delivery of your order via email, fax, or direct download and have not received your documents within that time, please access the Previous Orders and request of your order. Document retransmission is available for 3 days or 72 hours from the time of purchase or a maximum of 5 times.

 **Search Our Records and Documents**

Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

 **Forms**

For your convenience, forms are available for downloading or printing. Click to locate the forms you will need.

 **Government Agencies**

e-Gov allows users employed by government agencies to query and retrieve documents from their office.



Welcome **Rosaisela Zarate** | Log Out |

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Customer Service | Jury | FAQs |

[9651] Home > Online Services > Previous Orders

Houston, Texas | May 31, 2011

Quick Links

Costs and Fees

Child Support Records

Jury Services

Search Our Records & Documents

Background Checks

FREEfax

Forms

Government Agencies

Historical Documents

How to Contact Us

Order History

Update Address 1 Information

Change Password

## Order Number: 279691

Resend

Printable Version

### Customer / Shipping Information

**Date:** 5/28/2011 11:03:40 AM    Ship Method: Download (zipped)
**Customer:** Zarate, Rosaisela
1717 Main St., Suite 5400
Dallas, TX

### Order Detail Information

Case: 200928063-7 MENDOZA, ROSA vs IGLOO PRODUCTS CORP [Doc# : 42083468]    18 pages $1.80
Case: 200928063-7 MENDOZA, ROSA vs IGLOO PRODUCTS CORP [Doc# : 45812679]    16 pages $1.60
Case: 200928063-7 MENDOZA, ROSA vs IGLOO PRODUCTS CORP [Doc# : 45907908]    6 pages $0.60

### Payment Information

**Card:** XXXXXXXXXXXX4398     Subtotal:   $4.00
                                                 Total:   $4.00

### Retransmission Information

At times network congestion or other technical difficulties may delay electronic transmission of documents by up to 4 hours hours. If you requested delivery of your order via email, fax, or direct download and have not received your documents within that time, please access the and request retransmission of your order. Document retransmission is available for 3 days or 72 hours from the time of purchase or a maximum of 5 times.

Contact Information

Civil Courthouse
201 Caroline
Houston, TX 77002

**Mailing Address:**

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

Search Our Records and Documents

Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

NO. 3946          AMOUNT $ 2.00

**RECEIVED OF PETTY CASH**

DATE 6/2/2011

FOR e-filing

CHARGE TO 03278-000004
                 ACCOUNT

APPROVED BY                  RECEIVED BY

UNIVERSAL 03389

Welcome **Rosaisela Zarate** | Log Out |

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Customer Service | Jury | FAQs | 🖂

[W51] Home > Online Services > Previous Orders

Houston, Texas | May 31, 2011

## Quick Links


Costs and Fees

Child Support Records

Jury Services

Search Our Records & Documents

Background Checks

FREEfax

Forms

Government Agencies

Historical Documents

How to Contact Us

Order History

Update Address / Information

Change Password

# Order Number: 279697

| Resend |

Printable Version

### Customer / Shipping Information

**Date:** 5/28/2011 1:52:08 PM     **Ship Method:** Download (zipped)
**Customer:** Zarate, Rosaisela
1717 Main St., Suite 5400
Dallas, TX

### Order Detail Information

Case: 200714879-7 VASQUEZ, HECTOR vs MMI PRODUCTS INC (DBA MERCHANTS METALS I [Doc# : 27268135]     41 pages $4.10
Case: 200714879-7 VASQUEZ, HECTOR vs MMI PRODUCTS INC (DBA MERCHANTS METALS I [Doc# : 39391272]     10 pages $1.00

### Payment Information

**Card:** XXXXXXXXXXXX4398     **Subtotal:** $5.10
    **Total:** $5.10

### Retransmission Information

At times network congestion or other technical difficulties may delay electronic transmission of documents by up to 4 hours hours. If you requested delivery of your order via email, fax, or direct download and have not received your documents within that time, please access the and request retransmission of your order. Document retransmission is available for 3 days or 72 hours from the time of purchase or a maximum of 5 times.

## Contact Information

Civil Courthouse
201 Caroline
Houston, TX 77002 

**Mailing Address:**

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

### Search Our Records and Documents


Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

### Forms


For your convenience, forms are available for downloading or printing. Click to locate the forms you will need.

### Government Agencies


e-Gov allows users employed by government agencies to query and retrieve documents from their office.



SECTION ★★ 508

McAfee SECURE
TESTED 21 MAY

[W51]

NO. 4325                    AMOUNT $ 40.00

## RECEIVED OF PETTY CASH

DATE 9/16/10

FOR Women's Forum Reception

For two servers

CHARGE TO _____ 92y00 _____
                    ACCOUNT

APPROVED BY _____      RECEIVED BY _____

UNIVERSAL 03389

NO. _2987_                          AMOUNT $ _5.00_

4285 RECEIVED OF PETTY CASH

                          DATE _10-20-10_

FOR _Parking @ Bill Richmond's_
_Award Dinner_

CHARGE TO _____
                    ACCOUNT

_____

_____
APPROVED BY                    RECEIVED BY

ⓊNIVERSAL  03389

## RECEIVED OF PETTY CASH

DATE 11-10-10 20 ___

FOR _Supplies_

13.57

CHARGE TO _920-00 - Pwtmu Retires_
651

ACCOUNT

APPROVED BY

RECEIVED BY

Universal 03389

NO. _____

AMOUNT $ _____



# Walmart
### Save money. Live better.

```
         Walmart
     MANAGER JAMES BOZARD
      ( 972 ) 329 - 0191
STR 0709 0P# 00007005 TE# 17 TR# 09124
TUMS U BERRY 030766074653H      3.68 N
BBA 100CT   031284353635N       5.52 N
EXTRA GUM   00220000899 F        0.96 X
              SUBTOTAL          10.16
      TAX 1   8.250 %            0.08
                TOTAL           10.24
             DEBIT TEND         10.24
          DEBIT CASH BACK       20.00
      TOTAL DEBIT PURCHASE      30.24
              CHANGE DUE        20.00

EFT DEBIT       PAY FROM PRIMARY
ACCOUNT :           2145
      10.24  PURCHASE
      20.00  CASH BACK
      30.24  TOTAL PURCHASE
REF # 031400897379
NETWORK ID. 0076 APPR CODE 411494
       11/10/10   07:14:43

   # ITEMS SOLD 3

  TC# 5503 0100 3404 2561 8220
```

## HOBBY LOBBY.

2302 N. Galloway
Mesquite TX 75150
(972) 329-6501
HOB-LOB #151

```
1:18PM                    Nov  8/10
01-0001 004                   RITAR
#00687

    2 @     $1.99
SCRAPBOOK                 T $3.98

Subtotal                     $3.98
TX 8.250                     $0.33
TOTAL                        $4.31
CASH                        $20.00
CHANGE                      $15.69
```

NO. 499          AMOUNT $ 14.40

## RECEIVED OF PETTY CASH

DATE 12-15-10

FOR _cookies for christmas_

_Outreach xmas_

CHARGE TO _$32-08_

ACCOUNT

APPROVED BY _Kim_          RECEIVED BY _Jack Smith_

UNIVERSAL 03389

---

```
          CASA LINDA BAKERY
           10019 GARLAND RD
           DALLAS  TX 75218
              214-321-0551

      Merchant ID: 848
      Term ID: 2500

               Sale

      VISA
      XXXXXXXXXXXX7674
      Entry Method: Swiped
      Aprvd: Online   Batch#: 000001
      12/15/10              08:47:52

      Inv#: 00000001 Aprr Code: 058554

      Total:        $      14.40

            Customer Copy
```

NO. ~~3149~~          AMOUNT $ 100

**RECEIVED OF PETTY CASH**

DATE 12-15-10

FOR Gift to Monica Haynes -

Thank you for hard work - Merrill Employee

CHARGE TO 797-08          ACCOUNT (KH)

_Shoula_          _____
APPROVED BY          RECEIVED BY

**UNIVERSAL** 03389

NO. _____ AMOUNT $ 3.25

## RECEIVED OF PETTY CASH

DATE 12-21-10

FOR _____

3M Hooks for Wreath

CHARGE TO 820.08

ACCOUNT

APPROVED BY _____ RECEIVED BY _____

UNIVERSAL 03389

# Walgreens
There's a way"

DECEMBER  3, 2010        1:13 PM

365        10    1589    03822  027
365        10    1590    03822  027

RFN# 0382-2271-5902-1012-0320

3M MD/HKS 25          A        1.50 SALE
3M MD/HKS 25          A        1.50 SALE
  1 @ 2/ 3.00
  SUBTOTAL                     3.00

A=8.25% SALES TAX               .25
  TOTAL                        3.25
            CASH               5.25
  CHANGE                       2.00
WAG ADVERTISED SAVINGS:              3.98
                                     ----
YOUR TOTAL SAVINGS:                  3.98

401 N Galloway Ave Mesquite, TX
STORE    (972)329-7440

OPEN 24 HOURS
THANK YOU

SAVE ON YOUR PRESCRIPTIONS BY JOINING
WALGREENS PRESCRIPTION SAVINGS CLUB
SEE PHARMACY FOR DETAILS

DECEMBER  3, 2010        1:13 PM

NO. 3147    AMOUNT $ 60.00

## RECEIVED OF PETTY CASH

FOR Starbucks Gc    DATE 2-0-11

Retuning event

CHARGE TO 9870    ACCOUNT

APPROVED BY _____    RECEIVED BY _____

**UNIVERSAL** 03389

NO. 4473   AMOUNT $ 42.00

## RECEIVED OF PETTY CASH

FOR Barbara Dezille   DATE 2-24-10

834-09

CHARGE TO _____

ACCOUNT

APPROVED BY _____   RECEIVED BY _____

UNIVERSAL 03389

---

### STAR ☆ CAB

4411 Ross Ave.
Dallas, TX 75204

214-252-0055
Fax 214-821-7889

24 Hour Dispatch Service • We accept credit cards & time calls

Date _____   Time _____

Fare 22.00   Extra _____

Driver _____

Cab Number _____

*We appreciate your business*

NO. 313                          AMOUNT $ 50 88

## RECEIVED OF PETTY CASH

                                 DATE 2-24-2011

FOR  Arron Fox
for welcome lunch for Barbara Dezelle

CHARGE TO  831-01
                           ACCOUNT

APPROVED BY _____    RECEIVED BY _____

UNIVERSAL  03389

---

*Barbara Dezelle*
*Welcome Lunch*

Thank You For Dining With Us!
1717 Main St
Dallas, TX 75201
(214) 736-7300

Server: Marcos          02/24/2011
Table 60/1              1:11 PM
Guests: 2               30009
Lunch Server

Cheesecake              7.00
JMP CRAB BLT (2 @15.00) 30.00
Sub Truffle Fries
Ice Tea (2 @2.50)       5.00
Coffee (2 @2.50)        5.00

Complete Subtotal       47.00

7 Items

Subtotal                47.00
Tax                     3.

Total                   50.8.

Balance Due             50.88

---

Thank You For Dining With Us!
1717 Main St
Dallas, TX 75201
(214) 736-7300

Server: Marcos          DOB: 02/24/2011
01:14 PM                02/24/2011
Table 60/1              3/30009

               SALE

                        3145739
XXXXXXXXXXXX8777
Magnetic card present: FOX ARRON
Card Entry Method:  S

Approval: 02582A

               Amount:    $ 50.88

               + Tip:      8.00

               = Total:   58.88

X _____

               Customer Copy

NO. 4197                         AMOUNT $ 4.00

## RECEIVED OF PETTY CASH

DATE 2-25-11

FOR Parking
to bank (trust deposit)

CHARGE TO Ssulon

ACCOUNT

APPROVED BY _____   RECEIVED BY _____

UNIVERSAL. 03389

## PLACE FACE UP ON DASH

Expiration Date/Time
### 12:27 PM
### FEB 25, 2011

Purchase Date/Time: 12:26pm Feb 25, 2011
Total Due: $4.00                Rate: $4.00
Total Paid: $4.00        Payment Type: Cash
Ticket #: 40267106
S/N #: 200608020676
Setting: Lot 109
Mach Name: Lot 109

- - - - - - - - - - - - - - - - - - -

### RECEIPT

Expiration Date/Time: 12:27pm Feb 25, 2011
Purchase Date/Time: 12:26pm Feb 25, 2011

Total Due: $4.00                Rate: $4.00
Total Paid: $4.00        Payment Type: Cash
Ticket #: 40267106
Setting: Lot 109
Mach Name: Lot 109

NO. 02001                              AMOUNT $ 49.80

**RECEIVED OF PETTY CASH**

                                       DATE 3.16.11

FOR _lunch for Angela Sikes_

CHARGE TO _____
                            ACCOUNT

_Kym_                        _Underwood_
APPROVED BY                  RECEIVED BY

UNIVERSAL  03389


_Jean Ann_
_Underwood_


Neiman Marcus
1618 Main Street
Dallas, TX. 75201
(214) 741-6911


Server: Beltran                03/16/2011
Table 22/1                     1:49 PM
Guests: 2                      30009
Order Type: Dine In
Area: 502/397 DIN


Bistro Salad (2 @16.50)            33.00
Dammann Freres Ice Tea (2 @3.00)    6.00
1-Coffee (2 @3.50)                  7.00

Complete Subtotal                  46.00

Subtotal                           46.00
Tax                                 3.80

Total                              49.80

Balance Due        $  49.80


Thank you for dining at the
restaurants of Neiman Marcus



CASH $ 23.23
Change 23.23

Tax 1.74
Subtotal 21.49

Order #11303

STAPLES
Store #210052
1201 Elm St
Dallas, TX 75270
Fax 214-761-1096

UNIVERSAL 03389
APPROVED BY
RECEIVED BY

RECEIVED OF PETTY CASH
AMOUNT $ 23.23
DATE 3/11/11
NO. 4123
FOR
CHARGE TO
ACCOUNT

NO. 3983                          AMOUNT $ 9.43

## RECEIVED OF PETTY CASH

DATE 3-18-11

FOR _Print dimates for_

_Jim motion meeter_

CHARGE TO _Jim more forward_

ACCOUNT _$82.00_

APPROVED BY _[signature]_          RECEIVED BY _[signature]_

UNIVERSAL 03389

NO. #447 AMOUNT $ 100.00

**RECEIVED OF PETTY CASH**

83208 DATE 4-7-11

FOR tip for servers

CHARGE TO 10 yr party ACCOUNT

Kevin Wood

APPROVED BY

RECEIVED BY SW

UNIVERSAL 03389

# RECEIVED OF PETTY CASH

DATE _____ 20 _11_

FOR _Kitchen Supplies_

_Advil_

CHARGE TO _820-08_ $23.80

ACCOUNT

APPROVED BY _____

RECEIVED BY _____

Universal 03389



**Kroger**

**Right Store. Right Price.**

525 N. GALLOWAY
972-288-5477
YOUR CASHIER WAS AMANDA

```
        IRSH SP SOAP          3.89 T
        ADVIL LIQGEL         14.99
        GRLF ROSE             9.99 T
        GRLF ROSE             9.99 T
        GRLF ROSE             9.99 T
        PLOI TOMATO           7.99 F
MC      SCANNED COUPON        4.00-
        ADVIL                15.26
MC      SCANNED COUPON        4.00-
   KROGER PLUS CUSTOMER   ******7490
        TAX                   2.79
   **** BALANCE              66.89
*********** 2146
REF#: 000000
PURCHASE: 66.89
CASHBACK: 0.00           23.80
TOTAL: 66.89


        DEBIT                66.89
        CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD =    7

********** KROGER SAVINGS **********
MFG CPN SAVINGS         $    8.00
TOTAL COUPONS           $    8.00
TOTAL SAVINGS (11 pct.) $    8.00
********** KROGER SAVINGS **********
```

## Wood, Keri

Sent from my iPhone

Begin forwarded message:

> **From:** "Knudsen, Carrie" <carrie.knudsen@sdma.com>
> **To:** "Doidge, Shari" <shari.doidge@sdma.com>
> **Cc:** "Frank, George" <George.Frank@sdma.com>
> **Subject: FW: Voice Mail Message ( '4692274684' ) ( 46 seconds )**
>
> Hi Shari,
>
> Just getting back to this today -- I'm sorry for the delay. Here's how I think we should handle this:



1. Put the $200 in your petty cash box and when Keri does the reconciliation, please have her consider this as a credit which will ultimately have the effect of reducing the amount you'll need to replenish your petty cash box next time she prepares a reconciliation. She can call or email me for the details when the time comes, but I would like her to credit Charitable Contributions - National office for this amount. The G/L account is 986-00.

2. Please write a check from your office the $900 donation and also charge it to this same G/L account which is 986-00.

George,

Using the Client Disbursement module in CMS, please charge the amounts indicated on the attached pdf to the partners individual 00996 personal expense accounts. There are three who paid in cash so you will not need to charge those partners who are Cauley, Molander and Stenfeldt. You and I can talk more about the specifics of how this is done when we meet tomorrow or Wednesday.

1

RECEIVED OF PETTY CASH

DATE _6/14/11_ 20 ___

FOR _Cash advance_
_Glen Riddy trip to Florida_  $ 95.00

CHARGE TO _826-11-900_
ACCOUNT  (TT)

_____     _____
APPROVED BY                   RECEIVED BY

**Universal** 03389

NO. _____          AMOUNT $ _____

**Furuzawa, Matthew**

| | |
|---|---|
| **From:** | Arevalo, Jennifer |
| **Sent:** | Thursday, June 16, 2011 2:17 PM |
| **To:** | Furuzawa, Matthew |
| **Subject:** | Re: Petty Cash check request |

Approved.
Jennifer M. Arevalo
Accounting Operations Manager

Sedgwick LLP
135 Main Street, 14th Floor, San Francisco, CA 94105
415.537.3107 direct
415.781.2635 fx
jennifer.arevalo@sedgwicklaw.com

Sent from my BlackBerry Wireless Handheld

---

**From:** Furuzawa, Matthew
**To:** Arevalo, Jennifer
**Sent:** Wed Jun 15 15:16:22 2011
**Subject:** FW: Petty Cash check request

Mrs. Arevalo,

Would you be ever so kind as to approve the attached Petty Cash for Dallas in the amount of $459.22? Thank you so much for your assistance.

---

**From:** Molina, Jorge
**Sent:** Wednesday, June 15, 2011 2:55 PM
**To:** Furuzawa, Matthew
**Cc:** Wood, Keri
**Subject:** FW: Petty Cash check request

Fyi.

Jorge.

---

**From:** Wood, Keri
**Sent:** Wednesday, June 15, 2011 2:47 PM
**To:** Arevalo, Jennifer
**Cc:** Molina, Jorge
**Subject:** FW: Petty Cash check request

Sorry, just found the 2nd attachment under my desk, it's the back up for the last item listed.
Thanks again.

---

**From:** Wood, Keri
**Sent:** Wednesday, June 15, 2011 4:27 PM
**To:** Arevalo, Jennifer

1

**Cc:** Molina, Jorge
**Subject:** Petty Cash check request

I requested the check by Friday but Monday would be fine too.
Thank you!

**Keri Y Wood**
Accounting Coordinator
keri.wood@sedgwicklaw.com | 469.227.4627



1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *phone* | 469.227.8004 *fax* | www.sedgwicklaw.com



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-522-84465 ✓ | Jun 09, 2011 | 2323-3788-5 | 1 of 8 |

FedEx Tax ID: 71-0427007

**Billing Address:**
SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

**Shipping Address:**
SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:      (800) 622-1147  M-Sa 7-6 (CST)
Fax:        (800) 548-3020
Internet:   www.fedex.com

### Invoice Summary Jun 09, 2011

**FedEx Express Services**

| | | |
|---|---|---|
| Transportation Charges | | 809.55 |
| Base Discount | | -351.28 |
| Special Handling Charges | | 79.41 |
| Total Charges | USD | $537.68 |
| **TOTAL THIS INVOICE** | **USD** | **$537.68** |

You saved $351.28 in discounts this period!

Other discounts may apply.

**FedEx News!**
Go to fedex.com/ecommerce for the latest business
insights and expert advice to help you navigate the
e-commerce landscape and grow your business.
Designed specifically for online retailers, you'll want to
bookmark fedex.com/ecommerce and come back often
for the latest white papers, reports and case studies
from leading industry experts like this month's report:
Forrester Research's "Five Retail Trends to Watch in
2011". Your online business and FedEx. Together, we
simply click.



* A P 1 3 7 5 2 8 6 *

---

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

**Remittance Advice**
**Your payment is due by Jun 24, 2011**

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 7-522-84465 | 2323-3788-5 | USD $537.68 |



23233788752284465890000537 6883

0001821  02 AT 0.487  **AUTO  5 0 1159 75201-736750  -C02-P01822-41



SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

FedEx
P.O. Box 660481
DALLAS TX 75266-0481

60006590059326



## Adjustment Request
## Fax to (800) 548-3020

Use this form to fax requests for adjustments due to the reasons indicated below. Requests for adjustments due to other reasons, **including** service failures, should be submitted by going to **www.fedex.com** or calling 800.622.1147. Please use multiple forms for additional requests.

**Contact**

Please complete all fields in black ink.

Requestor Name |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_| Date |_|_| / |_|_| / |_|_|

Phone |_|_|_|_| - |_|_|_|_| - |_|_|_|_|   Fax # |_|_|_| - |_|_|_|_| - |_|_|_|_|

E-mail Address _____ ☐ Yes, I want to update account contact with the above information.

**Rebills**

| Tracking Number | Bill to Account | $ Amount |
|---|---|---|
| | | ● |
| | | ● |
| | | ● |
| | | ● |

**Code**

| | | | |
|---|---|---|---|
| **ADR - Address Correction** | **INW - Incorrect Weight** | **OVS - Oversize Surcharge** | **For all Service failures or other** |
| **DVC - Declared Value** | **INS - Incorrect Service** | **RSU - Residential Delivery** | **surcharges please use our web** |
| **IAN - Invalid Acct #** | **OCF - Grd Pick-up Fee** | **PND - Pwrshp Not Delivered** | **site www.fedex.com or call** |
| | **OCS - Exp Pick-up Fee** | **SDR - Saturday Delivery** | **(800) 622-1147** |

**Credits**

| Tracking Number | Code | $ Amount | Rerate information only (round to nearest inch) |||| 
|---|---|---|---|---|---|---|
| | | | LBS | L | W | H |
| | | ● | | X | X | |
| | | ● | | X | X | |
| | | ● | | X | X | |
| | | ● | | X | X | |
| | | ● | | X | X | |

**Address Changes**

Check all that apply   Effective Date |_|_| / |_|_| / |_|_|

☐ **Shipping Address (Physical Address)**   ☐ **Billing Address Only**   ☐ **Billing Same As Shipping Address**

| | | | |
|---|---|---|---|
| Company | | Company | |
| Address | | Address | |
| Address | | Address | |
| Dept. | | Dept. | |
| Floor | Apt/Suite # | Floor | Apt/Suite # |
| City | | City | |
| State | Zip Code | State | Zip Code |
| Phone | | Phone | |
| Fax # | | Fax # | |

1159-02-00-0001821-0007-0015235



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-522-84465 | Jun 09, 2011 | 2323-3788-5 | 3 of 8 |

## FedEx Express Shipment Summary By Payor Type

### FedEx Express Shipments (Original)

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 15 | 80.0 | 809.55 | 79.41 | | -351.28 | 537.68 |
| Total FedEx Express | 15 | 80.0 | $809.55 | $79.41 | | -$351.28 | $537.68 |

**Total This Invoice**          **USD**          **$537.68**

1159-02-00-0001821-0006-0015234



## FedEx Express Shipment Detail By Payor Type (Original)

| Picked up: May 12, 2011 | Cust. Ref.: 00196-006377 | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 32.0lbs, 25" x 16" x 13", divided by 166.



| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 794753686707 | Arron Fox | Joe Falgiani | |
| Service Type | FedEx Priority Overnight | SEDGWICK, DETERT, MORAN & ARNO | Sedgwick LLP | |
| Package Type | Customer Packaging | 1717 MAIN STREET, SUITE 5400 | Three Gateway Center | |
| Zone | 06 | DALLAS TX 75201 US | NEWARK NJ 07102 US | |
| Packages | 1 | | | |
| Actual Weight | 3.0 lbs, 1.4 kgs | | | |
| Rated Weight | 32.0 lbs, 14.5 kgs | | | |
| Delivered | May 13, 2011 09:45 | Transportation Charge | | 167.00 |
| Svc Area | A1 | Fuel Surcharge | | 11.13 |
| Signed by | R.SMALL | Discount | | -95.19 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$82.94** |

| Picked up: May 31, 2011 | Cust. Ref.: 886-08 | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 867040959388 | OFFICE SERVICES | OFFICE SERVICES | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK | |
| Package Type | FedEx Box | 1717 MAIN ST STE 5400 | ONE MARKET PLZ 8TH STEWART PLZ | |
| Zone | 07 | DALLAS TX 75201-7367 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | | | |
| Delivered | Jun 01, 2011 09:30 | Transportation Charge | | 67.85 |
| Svc Area | A1 | Fuel Surcharge | | 4.52 |
| Signed by | R.PEGA | Discount | | -38.67 |
| FedEx Use | 015111009/0001393/_ | **Total Charge** | **USD** | **$33.70** |

| Picked up: Jun 01, 2011 | Cust. Ref.: 02263-032504 | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797160173958 | George McCall & Tonya Hunt | Chris Liney | |
| Service Type | FedEx Priority Overnight | SEDGWICK LLP | XL Insurance - Global Claims | |
| Package Type | FedEx Pak | 1717 Main Street | 505 EAGLEVIEW BLVD | |
| Zone | 06 | DALLAS TX 75201 US | EXTON PA 19341 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 02, 2011 09:50 | Transportation Charge | | 44.00 |
| Svc Area | A2 | Fuel Surcharge | | 2.93 |
| Signed by | H.HOOK | Discount | | -25.08 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$21.85** |



**Picked up: Jun 01, 2011**　**Cust. Ref.: 886-08**　**Ref.#2:**
**Payor: Shipper**　**Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | OFFICE SERVICES | OFFICE SERVICES | |
| Tracking ID | 874440652610 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | 1111 BAGBY ST STE 2300 | |
| Package Type | FedEx Box | DALLAS TX 75201-7367 US | HOUSTON TX 77002 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jun 02, 2011 08:48 | Transportation Charge | | 25.50 |
| Svc Area | A1 | Fuel Surcharge | | 1.70 |
| Signed by | N.ARMSTRONG | Discount | | -14.54 |
| FedEx Use | 015211789/0001305/_ | **Total Charge** | **USD** | **$12.66** |

**Picked up: Jun 01, 2011**　**Cust. Ref.: 886-08**　**Ref.#2:**
**Payor: Shipper**　**Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | OFFICE SERVICES | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Tracking ID | 874445672006 | SEDGWICK,DETERT,MORAN & ARNOLD | 919 CONGRESS AVE STE 1250 | |
| Service Type | FedEx Priority Overnight | 1717 MAIN ST STE 5400 | AUSTIN TX 78701 US | |
| Package Type | FedEx Pak | DALLAS TX 75201-7367 US | | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 02, 2011 09:06 | Transportation Charge | | 28.60 |
| Svc Area | A1 | Discount | | -16.30 |
| Signed by | B.MILLER | Fuel Surcharge | | 1.91 |
| FedEx Use | 015211789/0001508/_ | **Total Charge** | **USD** | **$14.21** |

**Picked up: Jun 01, 2011**　**Cust. Ref.: NO REFERENCE INFORMATION**　**Ref.#2:**
**Payor: Shipper**　**Ref.#3:** *886.09*
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 25.0lbs, 23" x 20" x 9", divided by 166.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | GLEN RODDY | DIAN JANNER | |
| Tracking ID | 874445672820 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 919 CONGRESS AVE STE 1250 | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Actual Weight | 11.0 lbs, 5.0 kgs | | | |
| Rated Weight | 25.0 lbs, 11.3 kgs | | | |
| Declared Value | USD 1,000.00 | Transportation Charge | | 95.65 |
| Delivered | Jun 02, 2011 07:01 | Direct Signature | | 0.00 |
| Svc Area | A1 | Declared Value Charge | | 7.50 |
| Signed by | B.COLDWELL | Fuel Surcharge | | 14.83 |
| FedEx Use | 015211789/0000008/_ | **Total Charge** | **USD** | **$117.98** |

**Picked up: Jun 02, 2011**　**Cust. Ref.: 999-000028**　**Ref.#2:**
**Payor: Shipper**　**Ref.#3:** *886.09*
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Angela Lansford | Attn: David J. Bradley | |
| Tracking ID | 794800606250 | SEDGWICK,DETERT,MORAN | US District Ct, Southern Distr | |
| Service Type | FedEx First Overnight | 1717 Main Street | 515 RUSK ST | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | HOUSTON TX 77002 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 03, 2011 07:43 | | | |
| Svc Area | A1 | Transportation Charge | | 46.25 |
| Signed by | N.DCHSNER | Fuel Surcharge | | 7.17 |

Continued on next page



Tracking ID: 794800606250 continued

| | | | | |
|---|---|---|---|---|
| FedEx Use | 000000000/0000004/_ | **Total Charge** | **USD** | **$53.42** |

**Picked up: Jun 02, 2011**  **Cust. Ref.: 02185-060319**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Jean Ann Underwood | Jami Simmons | |
| Tracking ID | 797165085961 | SDMA | Feldman, Franden, Woodard & Fa | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 2 W 2ND ST STE 900 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | TULSA OK 74103 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 03, 2011 09:17 | Transportation Charge | | 28.60 |
| Svc Area | A1 | Discount | | -16.30 |
| Signed by | J.JEFF | Fuel Surcharge | | 1.91 |
| FedEx Use | 000000000/0001508/_ | **Total Charge** | **USD** | **$14.21** |

**Picked up: Jun 02, 2011**  **Cust. Ref.: 10396-000003**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Angela Lansford | Mr. Robert Anderson | |
| Tracking ID | 797165240230 | SEDGWICK,DETERT,MORAN | Anderson, Lehrman, Barre & Mar | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 1001 3RD ST STE 1 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | CORPUS CHRISTI TX 78404 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jun 03, 2011 09:54 | Transportation Charge | | 41.15 |
| Svc Area | AA | Fuel Surcharge | | 2.74 |
| Signed by | B.MARROQUIN | Discount | | -23.46 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** | **USD** | **$20.43** |

**Picked up: Jun 02, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK | |
| Tracking ID | 867040959403 | 1717 MAIN ST STE 5400 | ONE MARKET PLAGA | |
| Service Type | FedEx Standard Overnight | DALLAS TX 75201-7367 US | STEUART TPWER | |
| Package Type | FedEx Pak | | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 03, 2011 09:42 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Fuel Surcharge | | 2.79 |
| Signed by | R.PEGA | Discount | | -23.88 |
| FedEx Use | 015310767/0001393/_ | **Total Charge** | **USD** | **$20.81** |

**Picked up: Jun 03, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley | Office Services | |
| Tracking ID | 794829783591 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 06, 2011 09:32 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Fuel Surcharge | | 2.79 |
| Signed by | R.PEGA | Discount | | -23.88 |

Continued on next page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-522-84465 | Jun 09, 2011 | 2323-3788-5 | 7 of 8 |

Tracking ID: 794829783591 continued

| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$20.81** |
|---|---|---|---|---|

**Picked up: Jun 03, 2011**  **Cust. Ref.: 00996 003292**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 6

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 867040959447 | B RITZERT | MARGARET RITZERT | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | - | |
| Package Type | FedEx Box | 1717 MAIN ST STE 5400 | 501 HOLLAND LN 704 | |
| Zone | 06 | DALLAS TX 75201-7367 US | ALEXANDRIA VA 22314 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jun 06, 2011 13:35 | Transportation Charge | | 44.35 |
| Svc Area | A1 | Discount | | -25.28 |
| Signed by | R.WHITE | Fuel Surcharge | | 2.96 |
| FedEx Use | 015500048/0001371/_ | **Total Charge** | **USD** | **$22.03** |

**Picked up: Jun 06, 2011**  **Cust. Ref.: 10795-000010**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 6

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 794834244980 | William Richmond | Keegan Lee | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Liberty International Underwri | |
| Package Type | FedEx Envelope | 1717 Main Street | 55 WATER ST FL 18 | |
| Zone | 06 | DALLAS TX 75201 US | NEW YORK CITY NY 10041 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 07, 2011 10:03 | Transportation Charge | | 26.55 |
| Svc Area | A1 | Fuel Surcharge | | 1.88 |
| Signed by | R.URENA | Discount | | -15.13 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$13.30** |

**Picked up: Jun 06, 2011**  **Cust. Ref.: 10711-000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797173296285 | Gail Fountain | Katie Duty | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HDR, Inc. | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 5426 BAY CENTER DR STE 400 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33609 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Jun 07, 2011 07:47 | Transportation Charge | | 51.35 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | J.RISI | Fuel Surcharge | | 8.47 |
| FedEx Use | 000000000/0000006/_ | **Total Charge** | **USD** | **$59.82** |

**Picked up: Jun 06, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | INET | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 797175472448 | Michael Clerkley | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | Customer Packaging | 1717 Main Street | 1 MARKET PLZ |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | |

Continued on next page



Tracking ID: 797175472448 continued

| | | | | |
|---|---|---|---|---|
| Delivered | Jun 07, 2011 09:26 | Transportation Charge | | 58.90 |
| Svc Area | A1 | Discount | | -33.57 |
| Signed by | J.VISAN | Fuel Surcharge | | 4.18 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | USD | **$29.51** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$537.68** |
| **Total FedEx Express** | **USD** | **$537.68** |





# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

| | BILL TO: | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|
| | SEDGWICK DETERT & MORAN<br>ATTN: SHERRY<br>1717 MAIN, 54TH FL<br>DALLAS, TX 75201 | **368082** | **06/11/11** | **$ 410.74** |
| | | 4692278200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
| | | ACCOUNT NUMBER | | |

\* A P 1 3 7 5 2 9 2 \*



| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 157-0071<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.14 | CLERK<br>7:00 PM<br>06/06/11 | $ 19.14 |
| 158-0084<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.14 | O FILE<br>7:00 PM<br>06/07/11 | $ 19.14 |
| 159-0086<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.14 | CLERK<br>7:00 PM<br>06/08/11 | $ 19.14 |
| 160-0093<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.14 | O FILE<br>7:00 PM<br>06/09/11 | $ 19.14 |
| 161-0090<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.14 | CLERK<br>7:00 PM<br>06/10/11 | $ 19.14 |
| | Sub-Total For Reference No. 00999.000028 | | $ 95.70 |
| 158-0634<br>N BASSI<br>01836.013968 | TO: ROCKWALL COUNTY DISTRICT CLERK 1101 RIDGE RD, STE 209 ROCKWALL, TX 75087<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD DAYTIME DELIVERY = $ 77.51 | P.SHEPPARD<br>3:15 PM<br>06/07/11 | $ 77.51 |
| 158-0635<br>N BASSI<br>01836.013968 | FROM: ROCKWALL COUNTY DISTRICT CLERK 1101 RIDGE RD, STE 209 ROCKWALL, TX 75087<br>TO: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD EVENING DELIVERY = $ 96.89 | C KIRCHENBOWER<br>4:47 PM<br>06/07/11 | $ 96.89 |
| | Sub-Total For Reference No. 01836.013968 | | $ 174.40 |
| 160-0474<br>J FARMER<br>02201-006911 | FROM: U S DISTRICT COURT - DALLAS 1100 COMMERCE ST DALLAS, TX 75242<br>TO: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD DAYTIME DELIVERY = $ 14.03 • ADVANCE FEE = $ 11.75 • COPY EXPENSE = $ 45.00 | M RAMOS<br>2:30 PM<br>06/09/11 | $ 70.78 |
| | Sub-Total For Reference No. 02201-006911 | | $ 70.78 |
| 158-0725<br>J FARMER<br>03278-000004 | TO: CLERK, 193RD DISTRICT COURT GEORGE L. ALLEN SR. BUILDING DALLAS, TX 75202<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>RUSH EVENING DELIVERY = $ 27.68 | K JURICEK<br>4:05 PM<br>06/07/11 | $ 27.68 |
| 158-0726<br>J FARMER<br>03278-000004 | FROM: CLERK, 193RD DISTRICT COURT GEORGE L. ALLEN SR. BUILDING DALLAS, TX 75202<br>TO: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD EVENING DELIVERY = $ 15.91 | C KIRCHENBAUER<br>4:24 PM<br>06/07/11 | $ 15.91 |
| | Sub-Total For Reference No. 03278-000004 | | $ 43.59 |
| 160-0450<br>C ALM<br>10711.000001 | TO: BARNES & ROBERTS 2816 COMMERCE ST DALLAS, TX 75226<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD DAYTIME DELIVERY = $ 23.77 • BOX CHARGE (1 Box) = $ 2.50 | T LEDGE<br>1:05 PM<br>06/09/11 | $ 26.27 |
| | Sub-Total For Reference No. 10711.000001 | | $ 26.27 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 368082 | 410.74 | 1,009.72 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091



# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX  75226

| Date | Invoice No. |
|------|-------------|
| 04/27/11 | 3392 |

**Bill To:**

Sedgwick, Detert, Moran & Arnold
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
|  |  | Due on receipt | 04/27/11 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/20/11 | CG Design | Working on slides per David Kent. | 1.6 | 225.00 | 360.00T |
|  |  | Sales Tax  - Outlet 2 D2 |  | 8.25% | 29.70 |

|||||| ||| ||||| |||| |||||| ||||| |||| ||| ||||
\* A P 1 3 7 5 3 2 4 \*

## Get real.*

To: David Kent
Please approve +
submit to Keri
for pmt pay
CK - DKt
350

careers.sdma.com

Taxpayer Identification # 75-2780636      (214)421-5900      mkutos@barnesandroberts.com

*Past due balances are subject to Late fees.*

| | |
|---|---|
| Total | $389.70 |
| Payments | $0.00 |
| **Balance Due** | **$389.70** |



# Invoice

2816 Commerce St.
Dallas, TX  75226

| Date | Invoice No. |
| --- | --- |
| 06/08/11 | 3446 |

**Bill To:**

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
| --- | --- | --- | --- | --- | --- |
| | | Due on receipt | 06/08/11 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/02/11 | CG Consult | Phone call with Gail Fountain about trial exhibits. Phone call with Cori Steinmann about trial prep. | 0.28 | 225.00 | 63.00 |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 0.00 |

OK #3426
CCS
10711-000001
6/10/11

* A P 1 3 2 0 6 1 7 *

Taxpayer Identification # 75-2780636      (214)421-5900      mkutos@barnesandroberts.com

| | |
| --- | --- |
| Total | $63.00 |
| Payments | $0.00 |
| **Balance Due** | **$63.00** |

**Past due balances are subject to Late fees.**

**Expense Report - Transmittal Report**



ER000000302121101145

**Spender** Kurt W. Meaders          **From** May 22, 2011 **To** May 23, 2011          **Reimbursement Amt** 621.40 USD

**Report name** Videotaped depo of Alison Adams

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 2 | Audit required | No | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/22/11 | Airfare | United St... | 609.40  USD | Jennifer M. Arevalo |



**If you would like to request a refund on the displayed ticket, click "CONTINUE".**

Ticket Number 0012338462818

**Refund Status**

No refund requests have been entered for this ticket.

**Ticket Type**

Ticket Type          Flight Coupon
Electronic            NO

**Passenger Data**

Passenger Name    MEADERS, KURT

**Sale Data**

Issue Date          5/3/2011
Sale Date           5/3/2011
Sale Amount         609.40 USD

| Form of Payment | Number | Expiration Date |
|---|---|---|
| Credit Card | XXXXXXXXXXXX5374 | N/A |

**Itinerary**

| Coupon | Flight | Departing | Arriving | Refundable? | Code | Fee | Status | Exchanges |
|---|---|---|---|---|---|---|---|---|
| 001 | 1848 | DALLAS-FT WORTH 5/5/2011 08:15:00 | TAMPA | NO | GA00ERD1 | NONE | EXCH | 2363823291 |
| 002 | 1667 | TAMPA 5/6/2011 16:45:00 | DALLAS-FT WORTH | NO | GA00ERD1 | NONE | EXCH | 2363823291 |

**Travel Agency Data**

Travel Agency Name    WEB
Travel Agency Number  4510739
Address               DALLAS,

   

 



**AmericanAirlines**

AA.com Home

### Request A Refund

| | | | | | |
|---|---|---|---|---|---|
| Start | Ticket Lookup | Refund Eligibility | Contact Information | Review and Submit Request | Finish |

**Your Request**

CANCEL     BACK

Ticket Number   0012338462818

**Refund Eligibility Information**

Your refund request cannot be processed

* This ticket has been exchanged for another ticket. Refund requests must be made on the final ticket only.
* Status cannot be determined - requires further research.

Exchanged ticket data can be found on Step 2: Ticket Lookup

**Your Ticket**

| | | |
|---|---|---|
| Ticket Number | 0012338462818 | **LEGAL NOTICE** |
| Ticket Type | Flight Coupon | **ALL REQUESTS SUBJECT TO REVIEW** |
| Electronic | NO | American Airlines reserves the right to review all refunds |
| Passenger Name | MEADERS, KURT | prior to final processing. Offers, policies or procedures are |
| Sale Amount | 609.40 USD | subject to change without notice. |

CANCEL     BACK

Airline Tickets | AA Careers | Copyright | Legal | PRIVACY POLICY | Customer Service Plan | Browser Compatibility | Site Map

     

## Expense Report - Transmittal Report



ER00000030212110147

**Spender** Kurt W. Meaders          From May 23, 2011 To May 23, 2011          **Reimbursement Amt** 2.98 USD

**Report name** Alison Adams Depo

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/23/11 | Individual Meal | United St... | 2.98  USD | Jennifer M. Arevalo |

## Expense Report - Transmittal Report



ER00000030212110148

**Spender** Kurt W. Meaders          **From** May 13, 2011 **To** May 13, 2011          **Reimbursement Amt** 76.00 USD

**Report name** Depo Alison Adams

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

## Expense Report - Transmittal Report



ER0000029852110162

| Spender | Wayne B. Mason | From Jun 9, 2011 | To Jun 11, 2011 | Reimbursement Amt 2,797.51 USD |

Report name Tampa to meet with Allan Campos

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 16 | Audit required | Yes |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/8/11 | Airfare | United St... | 1,557.40 USD | Jennifer M. Arevalo |
| 6/9/11 | Group Meal | United St... | 440.76 USD | Jennifer M. Arevalo |
| 6/9/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 6/9/11 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 6/9/11 | Other Travel - ... | United St... | 9.99 USD | Jennifer M. Arevalo |
| 6/10/11 | Other Travel - ... | United St... | 9.99 USD | Jennifer M. Arevalo |
| 6/10/11 | Individual Meal | United St... | 56.73 USD | Jennifer M. Arevalo |
| 6/10/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 6/10/11 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 6/10/11 | Group Meal | United St... | 233.49 USD | Jennifer M. Arevalo |
| 6/10/11 | Group Meal | United St... | 16.01 USD | Jennifer M. Arevalo |
| 6/11/11 | Individual Meal | United St... | 14.00 USD | Jennifer M. Arevalo |
| 6/11/11 | Car Rental | United St... | 119.47 USD | Jennifer M. Arevalo |
| 6/13/11 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0608 |
| | 1717 Main St Ste 5400 | Arrival | 06-09-11 |
| | Dallas TX 752017367 | Departure | 06-11-11 |
| | United States | Page No. | 1 of 2 |
| | | Folio Window | 1 |
| Membership | GP G94604106N | Folio | 153842 |
| Bonus Code | | Invoice | |
| Confirmation No. | 5660181701 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-09-11 | Guest Room Internet | 14:21 Room# 0608 : INTERNET | 9.99 | |
| 06-09-11 | Misc Personal Charge | | 440.76 | |
| 06-09-11 | Guest Room | | 99.00 | |
| 06-09-11 | State Sales Tax | | 6.93 | |
| 06-09-11 | Occupancy Tax | | 4.95 | |
| 06-10-11 | Valet Parking | | 12.00 | |
| 06-10-11 | - In Room Dining Breakfast Food | Room# 0608 : CHECK# 0295335 | 56.73 | |
| 06-10-11 | Guest Room Internet | 09:59 Room# 0608 : INTERNET | 9.99 | |
| 06-10-11 | Valet Parking | | 12.00 | |
| 06-10-11 | Package Room | | 99.00 | |
| 06-10-11 | State Sales Tax | | 6.93 | |
| 06-10-11 | Occupancy Tax | | 4.95 | |
| 06-11-11 | Master Card | XXXXXXXXXXXX5580        XX/XX | | 763.23 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0608 |
| | 1717 Main St Ste 5400 | Arrival | 06-09-11 |
| | Dallas TX 752017367 | Departure | 06-11-11 |
| | United States | Page No. | 2 of 2 |
| | | Folio Window | 1 |
| Membership | GP   G94604106N | Folio | 153842 |
| Bonus Code | | Invoice | |
| Confirmation No. | 5660181701 | | |
| Group Name | | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |
| | **Total** | 763.23 | 763.23 |
| | **Balance** | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo
P.O. Box 203090
Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**



Record Locator/AA Confirmation:LICJYB       ←

**Get your boarding pass faster!**
Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Itinerary

| | | | | |
|---|---|---|---|---|
| Date: | 09Jun - Thursday | | | |
| Flight: | AMERICAN AIRLINES | 304 | McDonnell Douglas Super MD-80(S80) | Booking Code: X |
| Departure: | DFW Dallas/ Fort Worth | 10:30 AM | | 2HR 25MIN |
| Arrival: | TPA Tampa | 01:55 PM | | |
| | MASON, WAYNE BRIAN    SEAT 3E | First | FF# :AA M610686 | |
| Date: | 11Jun - Saturday | | | |
| Flight: | AMERICAN AIRLINES | 1935 | McDonnell Douglas Super MD-80(S80) | Booking Code: X |
| Departure: | TPA Tampa | 06:40 AM | | 2HR 30MIN |
| Arrival: | DFW Dallas/ Fort Worth | 08:10 AM | | |
| | MASON, WAYNE BRIAN    SEAT 3E | First | FF# :AA M610686 | |

## Receipt

| PASSENGER | TICKET NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|
| MASON,WAYNE BRIAN | 0017989175077 | 1428.84 USD | 128.56 | 1557.40 |
| **Payment Type:** | **5580 5580 | | | **Total** 1557.40 USD |

**Endorsements/Restrictions -**

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

CLOSE WINDOW

**Garner, Lavella**

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Saturday, June 11, 2011 9:28 PM
**To:** Mason, Wayne B.; Garner, Lavella
**Subject:** Airport Parking Receipt - Wayne Mason 6/09-6/11



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1314249
Date: 6/8/2011 8:33:53 PM

SOLD    Wayne Mason
TO      214-707-8235
        wayne.mason@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1314249 | 6/9/2011 | 6/11/2011 | | $52.51 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|--|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | | Credit Card Total | $52.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

### DFW AIRPORT RAISES PARKING RATES
Effective October 1st 2010 **DFW AIRPORT TERMINAL PARKING** will increase from $17 per day to $19 per day.
Effective immediately **DFW AIRPORT VALET PARKING** is now $22 per day plus tax. **FreedomPark's rates will remain unchanged.**

### Thanks for using FreedomPark!

The Palm-Tampa Bay
205 Westshore Plaza Drive
Tampa, FL
813-849-7256
www.ThePalm.com

* * * * Restaurant * * * *
Date:          Jun10'11 08:28PM
Card Type:     Visa/M.C.
Acct #:        XXXXXXXXXXXX5580
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     AIA005275774973
Auth Code:     325461
Check:         1830
Table:         73/1
Server:        559 Adriana

Subtotal:      195,49
Tip:           _____
               30 —
Total:         _____
               233,49

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

* * * * Restaurant * * * *

559 Adriana
----------------------------------------
Tbl 73/1        Chk 1830          Gst 2
                Jun10'11 06:29PM
----------------------------------------
2 Sm-Apple&Arugula          14.00
1 Ahi Tuna  App             17.80
1 Prime Rib                 44.50
1 Filet 9oz                 41.50
1 Prime Rib                 44.50- R
2 Decaf Coffee               7.90
1 Carrot Ck-1                9.90
1 PistachGelato .5           6.90
Misc Personal Charge        〈12.00〉
Misc Personal Charge        〈110.00〉
1 Brussels Sprouts          10.50
1 3 Chse Au Gratin          11.50
100 %
  Comp Disc                 41.50-
100 %
  Comp Disc                 17.80-

Subtotal                   182.70
Tax                         12.79
Total                      195.49

Food Tax                     4.25
Alcohol                      8.54


837 Club members earned
183 points.
Not a member?
Ask your server for details.


It's time for our Annual
Summer Lobster Dinner for Two
3-course dinner for $95
Available now through August 31.

Ask your server for details.

## Frankie's of Tampa
909 W. Kennedy Blvd
Tampa, FL 33606
813-425-3647

Date:          Jun10'11 12:39PM
Card Type:     Master Card
Acct #:        XXXXXXXXXXXX5580
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     EIE0044106B6044
Exp Date:      XX/XX
Auth Code:     643509
Check:         8356
Check ID:      7
Server:        5 Tony V

Subtotal:                        16.01

TIP            _____

TOTAL          _____

SIGNATURE      _____

Guest Copy

---

## Frankie's of Tampa
909 W. Kennedy Blvd
Tampa, FL 33606
813-425-3647

5 Tony V                 7

Chk 8356          Jun10'11 12:38PM

**Counter**

| | |
|---|---|
| 1 Philly Steak | 5.99 |
| 1 Famous Frankie | 3.19 |
| 1 Cookies | 1.50 |
| 1 Onion Rings | 2.39 |
| 1 Cold Beverage | 1.89 |

XXXXXXXXXXXX5580
Master Card                      16.01

YOUR ORDER # IS

| | |
|---|---|
| SUBTOTAL | 14.96 |
| Tax | 1.05 |
| PAYMENT | 16.01 |

-----5 Check Closed-----
------Jun10'11 12:39PM------

YOUR ORDER # IS

---

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 376656694 | 52772860 | E |

MASON, WAYNE
WIZ = HE408Y          AWD = A984200
CV - CMXXXXXXXXXXXX5580
FTN AD/M610686                      PO
OUT TPA 09JUN11/1515 MI = 3825
IN  TPA 11JUN11/0518 MI = 3834
              9 M10
              HR@  30.76 =
              2 DY@  41.00 =      82.00
**10.40% FEE                       8.82
FUEL SERVICE                      13.99
7.5% TX FF MIDY                     .12
$  0.56 /DY ERF  =                 1.12
$  2.00 /DY SSU  =                 4.00
$  0.02 /DY TBS  =                  .04
TAXABLE SUBTOT                    111.65
TAX 7.000%                          7.82
$  0.78 /DY VLF  =                 1.56
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
TOTAL CHARGES                    119.47
FF MLS/PNTS EARNED                  100

★ Please check your car for personal effects. ★

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:      1309
TABLE:      177/1
SERVER:     6426 Kristen
DATE:       JUN11'11  5:51AM
CARD TYPE:  MSTRCARD  A1
ACCT #:     XXXXXXXXXXX5580
EXP DATE:   XX/XX
AUTH CODE:  773675

TOTAL:              11.00

TIP: _____3___

TOTAL: _____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT

6426 Kristen
------------------------------
177/1        1309      GST 1
     JUN11'11  5:37AM
------------------------------

        **** SEAT 1 ****
1 BKFST TACO            10.28
    WTH BACON (3)
    INSIDE TACO
    SEE SERVER
1 WATER BACK             0.00
    SUBTOTAL            10.28
TAX    0.72  AMOUNT     11.00
    *******  *******

    SUBTOTAL            10.28
    TAX                  0.72
    AMOUNT            $11.00

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE
  TIM JUUL 813-396-3983
      GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM

## Expense Report - Transmittal Report



ER00000302121101 44

**Spender** Kurt W. Meaders     **From** Jun 14, 2011 **To** Jun 17, 2011     **Reimbursement Amt** 1,700.32 USD

**Report name** Allen Jacobs Preparation and Deposition

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 6 | Audit required | No |
| Number of receipts to submit | 4 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/10/11 | Airfare | United St... | 833.40 USD | Jennifer M. Arevalo |
| 6/17/11 | Car Rental | United St... | 171.74 USD | Jennifer M. Arevalo |
| 6/18/11 | Lodging | United St... | 560.97 USD | Jennifer M. Arevalo |
| 6/18/11 | Parking or Tolls | United St... | 95.26 USD | Jennifer M. Arevalo |

**AmericanAirlines®**



CLOSE WINDOW

PRINT PAGE

Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

## Reservation Details

| Record Locator **EPCSXG** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Status** Purchased - Jun 10, 2011 | Reservation Name **DFW/TPA** You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |
|---|---|---|

## Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 1208 | DFW Dallas/ Fort Worth | Jun 14, 2011 07:10 PM | TPA Tampa | Jun 14, 2011 10:25 PM | Economy L | 18D |
| AMERICAN AIRLINES | 383 | TPA Tampa | Jun 17, 2011 05:05 PM | DFW Dallas/ Fort Worth | Jun 17, 2011 06:50 PM | Economy L | unassigned |

## Your Notifications

| Contact | Notification Summary | Actions |
|---|---|---|
| Email: KURT.MEADERS@SEDGWICKLAW.COM | • Send 2 hours prior to departure • GATE CHANGES | Enabled |

## Fare Summary

| Average Fare per Person: Departure - 406.00 USD Return - 406.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 406.00 USD |
| Return Fare per Person | 406.00 USD |
| PriorityAAccess[SM] and Same-Day Standby | Complimentary |
| Total Fare per Person | 812.00 USD |
| Additional Taxes and Fees per Person | 21.40 USD |
| Total Price | 833.40 USD |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.

## Summary Details

### Credit Card Information

| Card Type: | MASTER CARD |
|---|---|
| Account #: | **** **** **** 5374 |
| Expiration Date: | ********* |
| Description: | Mastercard Diners |

### Delivery Information

| E-Ticket E-MAIL: | KURT.MEADERS@SEDGWICKLAW.COM00/00/00 |
|---|---|

### Contact Information

| Cell Phone: | (1) 214-914--3840 |
|---|---|
| Home Phone: | (1) 214-750--1241 |
| Business Phone: | (1) 469-227--4616 |
| Email Address: | KURT.MEADERS@SEDGWICKLAW.COM |

| Business ExtrAA Account Number: | |
|---|---|

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 1208 | DFW Dallas/ Fort Worth | TPA Tampa | 2 | **Not Requested** |
| 383 | TPA Tampa | DFW Dallas/ Fort Worth | 2 | **Not Requested** |
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.

- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 378587403 | 51966202 | E |

**MEADERS,KURT**
WIZ = T8N93R     AWD = A984200
CV  - CMXXXXXXXXXXX5374
FTN AD/XRH0486              PO

Please check your car for personal effects.

```
OUT TPA 14JUN11/2251 MI =  8242
IN  TPA 17JUN11/1553 MI =  8276
        34 MI@    .40 =
           HR@  30.76 =   ——
         3 DY@  41.00 =    123.00
**10.40% FEE          =     13.24
FUEL SERVICE          =     13.99
7.5% TX FF MIDY       =       .19
$  0.56 /DY ERF       =      1.68
$  2.00 /DY SSU       =      6.00
$  0.02 /DY TBS       =       .06
$  0.78 /DY VLF       =      2.34
TAXABLE SUBTOT        =    160.50
TAX  7.000%           =     11.24
TOTAL CHARGES         =    171.74
**CONCESSION RECOVERY FEE
 ENERGY RECOVERY FEE
 STATE SURCHARGE
 TIRE BATT. SURCH.
 VEH LIC. REC. FEE
 FF MLS/PNTS EARNED    150
```

Go to Avis.com to
Receive E-Receipts.

# DFW AIRPORT VALET

Amount $ _____ 95.26

Date _____ 6-17-11

Cash _____ Credit _____ ✓

By _____



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | | |
|---|---|---|---|---|
| Payee | Mr Kurt Meaders | | Room No. | 0712 |
| | 3925 Hanover St | | Arrival | 06-14-11 |
| | Dallas TX 752257119 | | Departure | 06-17-11 |
| | United States | | Page No. | 1 of 2 |
| | | | Folio Window | 1 |
| Membership | GP | 511519090E | Folio | 155189 |
| Bonus Code | | | Invoice | |
| Confirmation No. | 5667860601 | | | |
| Group Name | | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-14-11 | Package Room | | 129.00 | |
| 06-14-11 | State Sales Tax | | 9.03 | |
| 06-14-11 | Occupancy Tax | | 6.45 | |
| 06-15-11 | - Lobby Bar Dinner Food | Room# 0712 : CHECK# 0358092 | 53.01 | |
| 06-15-11 | Valet Parking | | 12.00 | |
| 06-15-11 | Package Room | | 129.00 | |
| 06-15-11 | State Sales Tax | | 9.03 | |
| 06-15-11 | Occupancy Tax | | 6.45 | |
| 06-16-11 | - Armani's Lounge Dinner Food | Room# 0712 : CHECK# 0347079 | 46.52 | |
| 06-16-11 | Valet Parking | | 12.00 | |
| 06-16-11 | Bottled Water | | 4.00 | |
| 06-16-11 | Package Room | | 129.00 | |
| 06-16-11 | State Sales Tax | | 9.03 | |
| 06-16-11 | Occupancy Tax | | 6.45 | |
| 06-17-11 | Master Card | XXXXXXXXXXXX5374      XX/XX | | 560.97 |



GRAND
HYATT
TAMPA BAY ®

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel:  813-874-1234
Fax: 813-207-6790

**INVOICE**

| | | |
|---|---|---|
| Payee | Mr Kurt Meaders | |
| | 3925 Hanover St | |
| | Dallas TX 752257119 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0712 |
| Arrival | 06-14-11 |
| Departure | 06-17-11 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 155189 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | 511519090E |
| Bonus Code | | |
| Confirmation No. | 5667860601 | |
| Group Name | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |

**Total**   560.97   560.97

**Balance**   0.00

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**



Tracking ID: 797215529595 continued

| | | | |
|---|---|---|---|
| Delivered | Jun 17, 2011 09:28 | Transportation Charge | 39.30 |
| Svc Area | A2 | Discount | -22.40 |
| Signed by | S.COLON | Fuel Surcharge | 2.79 |
| FedEx Use | 000000000/0001371/_ | **Total Charge**           USD | **$19.69** |

**Picked up: Jun 17, 2011**  **Cust. Ref.: 00196-135806**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 794878512503 | Arron Fox | Rex Kyle |
| Service Type | FedEx Priority Overnight | SEDGWICK, DETERT, MORAN & ARNO | Bank of the Ozarks |
| Package Type | FedEx Envelope | 1717 MAIN STREET, SUITE 5400 | 17901 CHENAL PKWY |
| Zone | 03 | DALLAS TX 75201 US | LITTLE ROCK AR 72223 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jun 20, 2011 08:49 | Transportation Charge | 21.25 |
| Svc Area | A1 | Fuel Surcharge | 1.51 |
| Signed by | R.CRABTREE | Discount | -12.11 |
| FedEx Use | 000000000/0000197/_ | **Total Charge**           USD | **$10.65** |

**Picked up: Jun 17, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 15.0 lbs, 17" x 13" x 11", divided by 166.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 794879882949 | Michael Clerkley | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | Customer Packaging | 1717 Main Street | 1 MARKET PLZ |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Actual Weight | 5.0 lbs, 2.3 kgs | | |
| Rated Weight | 15.0 lbs, 6.8 kgs | | |
| Delivered | Jun 20, 2011 12:22 | Transportation Charge | 103.75 |
| Svc Area | A1 | Discount | -59.14 |
| Signed by | J.VISAN | Fuel Surcharge | 7.36 |
| FedEx Use | 000000000/0001393/_ | **Total Charge**           USD | **$51.97** |

**Picked up: Jun 17, 2011**  **Cust. Ref.: 10711-000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5
- 1st attempt Jun 20, 2011 at 07:45 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 797219499322 | Gail Fountain | David Kent |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs-Dogali |
| Package Type | Customer Packaging | 1717 Main Street #5400 | 4301 ANCHOR PLAZA PKWY STE 300 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US |
| Packages | 1 | | |
| Rated Weight | 21.0 lbs, 9.5 kgs | | |
| Declared Value | USD 1.00 | | |
| Delivered | Jun 20, 2011 07:51 | Transportation Charge | 145.40 |
| Svc Area | A1 | Fuel Surcharge | 23.99 |
| Signed by | K.GILMAN | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/0000012/_ | **Total Charge**           USD | **$169.39** |

1173-02-00-0001984-0005-0016539



# FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Jun 21, 2011**     **Cust. Ref.: 02495-108040**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 794899528017 | Jean Ann Underwood | | Matthew E. Ritchie | |
| Service Type | FedEx Priority Overnight | SDMA | | 2449 S WILLIS ST STE 200 | |
| Package Type | FedEx Pak | 1717 Main Street | | ABILENE TX 79605 US | |
| Zone | 03 | DALLAS TX 75201 US | | | |
| Packages | 1 | | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | | |
| Delivered | Jun 22, 2011 09:53 | Transportation Charge | | | 28.60 |
| Svc Area | A2 | Discount | | | -16.30 |
| Signed by | M.RITCHIE | Fuel Surcharge | | | 2.03 |
| FedEx Use | 000000000/0001508/_ | **Total Charge** | | **USD** | **$14.33** |

**Picked up: Jun 21, 2011**     **Cust. Ref.: 02778-103315**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 794890079007 | Claudia Dwyer | | JOE R. TRAYLOR | |
| Service Type | FedEx Priority Overnight | SEDGWICK LLP | | HOFFMAN HART WAGNER LLP | |
| Package Type | FedEx Envelope | 1717 Main Street | | ATTN: CHRISTY | |
| Zone | 07 | DALLAS TX 75201 US | | PORTLAND OR 97205 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Jun 22, 2011 09:17 | Transportation Charge | | | 29.25 |
| Svc Area | A1 | Discount | | | -16.67 |
| Signed by | H.SPOONER | Fuel Surcharge | | | 2.08 |
| FedEx Use | 000000000/0000241/_ | **Total Charge** | | **USD** | **$14.66** |

**Picked up: Jun 22, 2011**     **Cust. Ref.: 10711-000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 794892292230 | Claudia Dwyer | | TIM WOODWARD (D KENT) | |
| Service Type | FedEx First Overnight | SEDGWICK LLP | | FORIZS & DOGALI, PA | |
| Package Type | Customer Packaging | 1717 Main Street | | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201 US | | TAMPA FL 33634 US | |
| Packages | 1 | | | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | | | | |
| Declared Value | USD 1,000.00 | Transportation Charge | | | 107.15 |
| Delivered | Jun 23, 2011 07:26 | Direct Signature | | | 0.00 |
| Svc Area | A1 | Declared Value Charge | | | 7.50 |
| Signed by | K.GILMAN | Fuel Surcharge | | | 17.68 |
| FedEx Use | 000000000/0000012/_ | **Total Charge** | | **USD** | **$132.33** |

**Picked up: Jun 22, 2011**     **Cust. Ref.: 03272-000291**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 6
- Shipment delivered to address other than recipient's.

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 794894126891 | Rosa Zarate | | Nancy E. Leary | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | | Willcox & Savage | |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | | 440 MONTICELLO AVE STE 2200 | |
| Zone | 06 | DALLAS TX 75201 US | | NORFOLK VA 23510 US | |
| Packages | 1 | | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | | 44.00 |

Continued on next page



Tracking ID: 794894126891 continued

| Delivered | Jun 23, 2011 08:59 | Residential Delivery | | 2.75 |
|---|---|---|---|---|
| Svc Area | A1 | Fuel Surcharge | | 3.58 |
| Signed by | B.FITZPATRICK | Discount | | -25.08 |
| FedEx Use | 000000000/0001574/04 | **Total Charge** | **USD** | **$25.25** |

**Picked up: Jun 22, 2011**     **Cust. Ref.: 10711 00000 1**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 867040958944 | KURT MEADERS | TIMOTHY D WOODWARD JAMES HICKM | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | FORIZS & DOGALI PA | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 4301 ANCHOR PLZ PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201-7367 US | TAMPA FL 33634 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 23, 2011 10:42 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Discount | | -15.02 |
| Signed by | F.WATTEORD | Fuel Surcharge | | 1.87 |
| FedEx Use | 017310906/0000219/_ | **Total Charge** | **USD** | **$13.20** |

**Picked up: Jun 22, 2011**     **Cust. Ref.: 10711-00000 1**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 867040958955 | KURT MEADERS | DAVID L BRESLER ADAM C SHELTON | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | WILLIAM A KEBLER | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 501 FIRST AVE N STE 900 BANKER | |
| Zone | 05 | DALLAS TX 75201-7367 US | ST PETERSBURG FL 33701 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 23, 2011 10:12 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Discount | | -15.02 |
| Signed by | L.ALLRED | Fuel Surcharge | | 1.87 |
| FedEx Use | 017310906/0000219/_ | **Total Charge** | **USD** | **$13.20** |

**Picked up: Jun 22, 2011**     **Cust. Ref.: 10711 0000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 867040958966 | KURT MEADERS | BEN WILLIAM SUBIN MICHAEL R CA | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HOLLAND & KNIGHT LLP | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 200 SOUTH ORANGE AVE STE 2600 | |
| Zone | 05 | DALLAS TX 75201-7367 US | ORLANDO FL 32801 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 23, 2011 09:00 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Fuel Surcharge | | 1.87 |
| Signed by | H.APONTE | Discount | | -15.02 |
| FedEx Use | 017310906/0000219/_ | **Total Charge** | **USD** | **$13.20** |

**Picked up: Jun 22, 2011**     **Cust. Ref.: 10761 000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 867040958977 | KURT MEADERS | RICHARD MILES STANISHAW | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | CHRISTOPHER A WRIGHT | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 1215 FOURTH AVE STE 2210 WATT | |
| Zone | 07 | DALLAS TX 75201-7367 US | SEATTLE WA 98161 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |

Continued on next page



Tracking ID: 867040958977 continued

| Delivered | Jun 23, 2011 08:37 | Transportation Charge | | 29.25 |
| Svc Area | A1 | Fuel Surcharge | | 2.08 |
| Signed by | L.OLENEC | Discount | | -16.67 |
| FedEx Use | 017310906/0000241/_ | **Total Charge** | **USD** | **$14.66** |

**Picked up: Jun 22, 2011**  **Cust. Ref.: 10711 00000 1**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
* Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
* Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** |
| --- | --- | --- | --- |
| Tracking ID | 867040958988 | KURT MEADERS | RICHARD HARRISON DAVID FORZIAN |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | MISTY C LEAFERS |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 202 SOUTH ROME AVE STE 100 ALL |
| Zone | 05 | DALLAS TX 75201-7367 US | TAMPA FL 33606 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |

| Delivered | Jun 23, 2011 09:00 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Discount | | -15.02 |
| Signed by | V.KEYKENDALE | Fuel Surcharge | | 1.87 |
| FedEx Use | 017310906/0000219/_ | **Total Charge** | **USD** | **$13.20** |

**Picked up: Jun 23, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
* Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
* Distance Based Pricing, Zone 7

| Automation | INET | **Sender** | **Recipient** |
| --- | --- | --- | --- |
| Tracking ID | 794894431899 | Michael Clerkley | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | FedEx Pak | 1717 Main Street | 1 MARKET PLZ |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |

| Delivered | Jun 24, 2011 09:16 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Fuel Surcharge | | 2.97 |
| Signed by | R.PEGA | Discount | | -23.88 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$20.99** |

**Picked up: Jun 23, 2011**  **Cust. Ref.: 02152-060193**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
* Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
* Distance Based Pricing, Zone 7
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
* The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | **Sender** | **Recipient** |
| --- | --- | --- | --- |
| Tracking ID | 794900687820 | Suzette Henke | Dr. Stephen Tsai |
| Service Type | FedEx Priority Overnight | SDMA | 101 ALMA ST APT 703 |
| Package Type | FedEx Pak | 1717 Main Street | PALO ALTO CA 94301 US |
| Zone | 07 | DALLAS TX 75201 US | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 47.05 |
| Delivered | Jun 24, 2011 09:48 | Discount | | -26.82 |
| Svc Area | A2 | Residential Delivery | | 2.75 |
| Signed by | M.AGUIRRE | Fuel Surcharge | | 3.79 |
| FedEx Use | 000000000/0001596/_ | **Total Charge** | **USD** | **$26.77** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-546-30749 | Jun 30, 2011 | 2323-3788-5 | 7 of 9 |

**Picked up:** Jun 23, 2011     **Cust. Ref.:** 02152-060193     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 794900716164 | Suzette Henke | Dr. James Doi | |
| Service Type | FedEx Priority Overnight | SDMA | SEAL Laboratories | |
| Package Type | FedEx Pak | 1717 Main Street | 250 N NASH ST | |
| Zone | 06 | DALLAS TX 75201 US | EL SEGUNDO CA 90245 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 24, 2011 08:54 | Transportation Charge | | 44.00 |
| Svc Area | A1 | Fuel Surcharge | | 3.12 |
| Signed by | T.MATTHEWS | Discount | | -25.08 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$22.04** |

**Picked up:** Jun 23, 2011     **Cust. Ref.:** 10711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 794903559447 | Bill Richmond | Timothy D. Woodward | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs & Dogali | |
| Package Type | FedEx Envelope | 1717 Main Street | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 24, 2011 10:17 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Discount | | -15.02 |
| Signed by | M.DRIZIS | Fuel Surcharge | | 1.87 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$13.20** |

**Picked up:** Jun 23, 2011     **Cust. Ref.:** 02278-103315     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 794904325645 | S. Vance Wittie | Vicki Hansen | |
| Service Type | FedEx Priority Overnight | SEDGWICK LLP | Oregon Bar Ass'n/Regulatory Se | |
| Package Type | FedEx Envelope | 1717 Main Street | 16037 SW Upper Boones Ferry Rd | |
| Zone | 07 | DALLAS TX 75201 US | PORTLAND OR 97224 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 24, 2011 09:16 | Transportation Charge | | 29.25 |
| Svc Area | A2 | Discount | | -16.67 |
| Signed by | D.STOFFER | Fuel Surcharge | | 2.08 |
| FedEx Use | 000000000/0000241/_ | **Total Charge** | **USD** | **$14.66** |

**Picked up:** Jun 23, 2011     **Cust. Ref.:** 886-09     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797235100483 | Michael Clerkley Office Servic | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Package Type | FedEx Pak | 1717 Main Street | 919 CONGRESS AVE STE 1250 | |
| Zone | 03 | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 24, 2011 09:40 | Transportation Charge | | 24.10 |
| Svc Area | A1 | Discount | | -13.74 |
| Signed by | A.DUDISH | Fuel Surcharge | | 1.71 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$12.07** |



**Picked up: Jun 23, 2011**     **Cust. Ref.: 0999 000040**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:** *880.08*
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | CORI STEINMANN | MS MARY JANE MOCZYGENBA | |
| Tracking ID | 867040959002 | SEDGWICK,DETERT,MORAN & ARNOLD | DEPUTY CLERK/ATTORNEY ADMISSIO | |
| Service Type | FedEx Priority Overnight | 1717 MAIN ST STE 5400 | 655 E DURANGO BLVD RM G 65 | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | SAN ANTONIO TX 78206 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 24, 2011 08:34 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Fuel Surcharge | | 1.51 |
| Signed by | K.HUNT | Discount | | -12.11 |
| FedEx Use | 017412579/0000197/_ | **Total Charge** | **USD** | **$10.65** |

**Picked up: Jun 24, 2011**     **Cust. Ref.: 03375-016779**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Rosa Zarate | Shelly LeVick Masters | |
| Tracking ID | 794908816260 | SEDGWICK,DETERT,MORAN & ARNOLD | Segal McCambridge Singer & Mah | |
| Service Type | FedEx Priority Overnight | 1717 Main Street, #5400 | 100 CONGRESS AVE STE 800 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 27, 2011 08:45 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Fuel Surcharge | | 1.51 |
| Signed by | S.GUZMAN | Discount | | -12.11 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$10.65** |

**Picked up: Jun 24, 2011**     **Cust. Ref.: 10711-000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Gail Fountain | Kathy Gilman | |
| Tracking ID | 794909066020 | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs-Dogali | |
| Service Type | FedEx First Overnight | 1717 Main Street #5400 | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Jun 27, 2011 07:56 | Transportation Charge | | 51.35 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | K.GILMAN | Fuel Surcharge | | 8.47 |
| FedEx Use | 000000000/0000006/_ | **Total Charge** | **USD** | **$59.82** |

**Picked up: Jun 24, 2011**     **Cust. Ref.: 886-09**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 11.0 lbs, 15" x 13" x 9", divided by 166.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley Office Servic | Office Services | |
| Tracking ID | 794909405626 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 919 CONGRESS AVE STE 1250 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Actual Weight | 4.0 lbs, 1.8 kgs | | | |
| Rated Weight | 11.0 lbs, 5.0 kgs | | | |
| Delivered | Jun 27, 2011 09:42 | Transportation Charge | | 39.95 |
| Svc Area | A1 | Fuel Surcharge | | 2.83 |
| Signed by | B.MILLER | Discount | | -22.77 |

Continued on next page



HDR, Inc.                                          August 22, 2011
8404 Indian Hills Dr.                       Invoice No. 1030105
Omaha, NE 68114


For Professional Services Through July 31, 2011:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 07/01/11 | K. Meaders | 1.80 | Assist in preparation of materials to prepare Jon Ranon and Mark Oural for trial testimony; prepare outline of issues to preparer Mark Oural and Jon Ranon; emails and communication with attorney Mason regarding witness preparation and inspection |
| 07/01/11 | K. Meaders | 2.00 | Revise Story Board of misguided political ambitions |
| 07/01/11 | K. Meaders | 2.80 | Revise Rebuttal Story Boards on issues to address weaknesses in case |
| 07/01/11 | K. Meaders | 1.50 | Work on organization of exhibits and changes to demonstrative exhibits |
| 07/01/11 | K. Meaders | 1.80 | Work on demonstrative aids of percents of cracking and information of new cracks |
| 07/01/11 | K. Meaders | 0.30 | Assist trial team members with anticipated travel needs |
| 07/01/11 | K. Meaders | 1.00 | Review ███████████████████████ |
| 07/01/11 | K. Meaders | 0.80 | Assistance with locating data and information from B&V test pits and borings |
| 07/01/11 | K. Meaders | 1.30 | Review revised animation on drawdown and theory of collapse upon wetting ███████████ ████████ s |



| 07/01/11 | K. Meaders | 0.30 | Trial cross-examination outline of Jon Kennedy |
| 07/01/11 | K. Meaders | 0.50 | Preparation for Motion for Summary Judgment hearing |
| 07/01/11 | D. Kent | 4.30 | Review and revise HDR's various Motion in Limines, including to limit testimony of Black & Veatch employee Dominic Molyneux, exclude references to HDR's investigation of cracking (and John Ranon memo), and exclude bidders on Reservoir Renovation project |
| 07/01/11 | D. Kent | 0.30 | Revise, finalize and file HDR's Response to TBW's Motion in Limine No. 1 regarding marital status of TBW's trial counsel to TBW's Director of Finance |
| 07/01/11 | M. Melle | 8.50 | Continue reviewing and analyzing voluminous documents regarding Ed Davis and Dave Detwiler in preparation for their cross examination |
| 07/01/11 | C. Steinmann | 3.50 | Analyze materials for use in preparation of Ranon and Oural and identify key issues for discussion |
| 07/01/11 | G. Fountain | 8.50 | Work on plaintiff and defendants trial exhibits |
| 07/01/11 | B. Monk | 0.60 | Follow up with Casey Gooden concerning updates to exhibits; organize case law notebook for summary judgment hearing, highlight relevant portions of cases |
| 07/02/11 | K. Meaders | 13.40 | Preparation of cross-examination outline of TBW corporate representative Jon Kennedy; pull quotes and relevant testimony from deposition |
| 07/02/11 | M. Melle | 7.00 | Review and analyze voluminous documents related to John Troutt and Bryan Zumwalt in order to prepare for their cross-examinations |
| 07/02/11 | C. Steinmann | 3.00 | Continue reviewing Maxwell documents, newspaper quotations, and testimony and prepare cross examination outline |
| 07/02/11 | G. Fountain | 8.50 | Work on plaintiff and defendants trial exhibits |



| | | | |
|---|---|---|---|
| 07/03/11 | K. Meaders | 0.30 | Review TBW video exhibits of core hole drainage |
| 07/03/11 | K. Meaders | 11.30 | Trial preparation; outline of Kennedy trial examination; outline of Adams trial examination |
| 07/03/11 | C. Steinmann | 3.40 | Continue working on Maxwell cross examination outline |
| 07/03/11 | G. Fountain | 6.50 | Work on plaintiff and defendants trial exhibits |
| 07/04/11 | W. Mason | 5.90 | Continued trial preparatio ███████████ |
| 07/04/11 | K. Meaders | 3.20 | Preparation of trial examination outline for Alison Adams |
| 07/04/11 | K. Meaders | 0.30 | Work on Motion in Limine |
| 07/04/11 | K. Meaders | 0.50 | Email with Tim Woodward regarding piezometer data |
| 07/04/11 | C. Steinmann | 4.00 | Review news articles with Seeber and begin reviewing Seeber hot documents in database in preparation for examination outline |
| 07/05/11 | W. Mason | 3.90 | Travel to Tampa ██████████████ |
| 07/05/11 | W. Mason | 6.30 | Meeting ███████████ |
| 07/05/11 | K. Meaders | 6.40 | Work on outline of potential Kennedy trial examination |
| 07/05/11 | K. Meaders | 0.60 | Review ████████████ |
| 07/05/11 | K. Meaders | 1.30 | Telephone conference with Tim Woodward and Jim Hickman regarding trial issues; preparation and issues regarding piezometers |
| 07/05/11 | K. Meaders | 0.50 | Emails and telephone conference with attorney Mason regarding witnesses and potential HDR spokesperson prior to December 2008 and |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 4

|          |                 |      | witness preparation |
|----------|-----------------|------|---------------------|
| 07/05/11 | K. Meaders      | 0.50 | Telephone conference with Kathy Gilman regarding exhibits and other issues |
| 07/05/11 | K. Meaders      | 1.00 | General trial preparation including exhibit coordination; demonstrative exhibits; deposition designations |
| 07/05/11 | K. Meaders      | 0.30 | Telephone conference with attorney Mason regarding Second Amended Petition and exhibits |
| 07/05/11 | K. Meaders      | 2.10 | Receipt and review of Plaintiff's Second Amended Petition and begin responsive pleadings; office conference with attorney Richmond on comparison of prior pleadings; email with Tim Woodward and James Hickman on prior answer ███████████████████ ███████████████ |
| 07/05/11 | K. Meaders      | 1.10 | Work on Motion in Limine to exclude James Molyneux opinion testimony |
| 07/05/11 | K. Meaders      | 0.50 | Work on dossier/possible testimony of various TBW witnesses |
| 07/05/11 | D. Kent         | 7.40 | Review and revise HDR's Motion in Limine to exclude opinion testimony from Black & Veatch witness Dominic Molyneux, including study/analysis of court hearing transcripts, legal research concerning nonretained experts, and conferences and exchange of memoranda with team members concerning same |
| 07/05/11 | D. Kent         | 0.50 | Prepare for witness preparation session ███████ ██████ |
| 07/05/11 | M. Melle        | 1.60 | Update dossiers on Ed Davis, Bryan Zumwalt, John Troutt and Dave Detwiler |
| 07/05/11 | C. Steinmann    | 5.40 | Continue work on Court ordered exhibit list identifying exhibits to be added and/or deleted from list; locate B&V emails concerning rotational movement and save for use as impeachment exhibits at trial; continue working on witness examination outlines |



| 07/05/11 | W. Richmond | 0.60 | Begin analysis and comparison of legal and factual arguments differentiating plaintiff's first and second amended complaints |
| 07/05/11 | G. Fountain | 3.30 | Work on plaintiff and defendants trial exhibits |
| 07/05/11 | G. Fountain | 5.00 | Analysis of trial exhibits and deposition testimony █████████████████████████████ |
| 07/06/11 | W. Mason | 4.90 | Meeting ████████████████████████████ |
| 07/06/11 | W. Mason | 2.80 | Meeting ███████████████████████████ |
| 07/06/11 | W. Mason | 0.80 | Work on demonstratives ██████████ |
| 07/06/11 | W. Mason | 1.60 | Work on opening ████████████ |
| 07/06/11 | K. Meaders | 0.60 | Telephone conference with attorney Mason regarding site inspection and photographs; follow up with Kathy Gilman and Plaintiff's counsel to obtain photographs |
| 07/06/11 | K. Meaders | 1.00 | Receipt and review of analysis of differences in Plaintiff's Petition and potential responsive pleadings |
| 07/06/11 | K. Meaders | 1.00 | Attention to Motion in Limine regarding James Molyneux |
| 07/06/11 | K. Meaders | 0.90 | Telephone conference ████████████████████████████████ |
| 07/06/11 | K. Meaders | 0.30 | Office conference with attorney Mary Melle to provide additional information on secondary TBW witnesses |
| 07/06/11 | K. Meaders | 1.00 | Additional factual research on permeability reporting on certain auger borings incorrectly in tables on Design Reports |
| 07/06/11 | K. Meaders | 1.00 | Review HDR Agreements and HDR Subcontract |



|            |               |       | Agreements regarding site characterization |
|------------|---------------|-------|---------|
| 07/06/11   | K. Meaders    | 0.80  | Work on changes to exhibit list and potential objection to exhibits and work on finalizing joint exhibits regarding ERP Application |
| 07/06/11   | K. Meaders    | 2.70  | Work on Kennedy outline for trial examination |
| 07/06/11   | K. Meaders    | 1.80  | Telephone conference from attorney Mason regarding subpoena served on Jeffrey James; pull and review certain James' exhibits; direct attorney Steinmann to pull additional James' exhibits; telephone conference with Jeffrey James regarding potential testimony and trial schedule |
| 07/06/11   | K. Meaders    | 2.00  | Work on pulling contractual language for CDG and B&V liability claims for affirmative defenses |
| 07/06/11   | D. Kent       | 4.00  | Prepare for trial witness preparation session ███ travel from Dallas to Florida |
| 07/06/11   | D. Kent       | 4.00  | Review and revise HDR's Motions in Limine regarding Black & Veatch employee Dominic Molyneux, testimony and evidence from bidders on Reservoir Renovation project and evidence concerning HDR's investigation of the cracking and John Ranon memorandum |
| 07/06/11   | M. Melle      | 1.10  | Continue working on dossiers for Ed Davis, Bryan Zumwalt, John Troutt and Dave Detwiler |
| 07/06/11   | C. Steinmann  | 5.80  | Analyze TBW's Second Amended Petition and provide summary of changes made, new claims, and additional defenses that need to be asserted; continue working on and finalizing HDR's re-ordered exhibit list; run database searches for Jeff James communications concerning forensic review and the construction pahes; ███████ |
| 07/06/11   | G. Fountain   | 2.60  | Analysis of trial exhibits and document |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 7

|            |              |      | productions pertaining to Jeffrey James and prepare notebook for attorney use at witness preparation |
|------------|--------------|------|------|
| 07/06/11 | G. Fountain | 1.60 | Continue analysis of deposition testimony pertaining to Ed Copeland and generate same for attorney use at witness preparation |
| 07/06/11 | G. Fountain | 2.00 | Work on plaintiff and defendants trial exhibits |
| 07/06/11 | B. Monk | 7.80 | Review Peace River documents for info related to rebuttal arguments to be used in cross examination of TBW witnesses; |
| 07/07/11 | W. Mason | 1.20 | Meeting ██████████████████████ |
| 07/07/11 | W. Mason | 5.20 | Attend site inspection; |
| 07/07/11 | W. Mason | 2.30 | Meeting ██████████████████████ |
| 07/07/11 | W. Mason | 2.70 | Prepare for upcoming motion for summary judgment hearing; |
| 07/07/11 | W. Mason | 0.80 | Conference calls with Kurt Meaders regarding peizometer data and video of flyover; |
| 07/07/11 | W. Mason | 0.90 | Multiple telephone conferences ██████████ |
| 07/07/11 | K. Meaders | 1.30 | Work on status of several exhibits including demonstrative exhibits; FDEP ERP Application(Joint Exhibit) and various issues; emails to trial team ████████████████ |
| 07/07/11 | K. Meaders | 1.10 | Revise Trial Witness List per Court Order |
| 07/07/11 | K. Meaders | 1.30 | Continue preparation of Kennedy Trial Outline |
| 07/07/11 | K. Meaders | 0.40 | Emails with attorney Mason regarding Reservoir inspection |
| 07/07/11 | K. Meaders | 0.30 | Emails regarding Court's trial docket and status |
| 07/07/11 | K. Meaders | 0.60 | Telephone conference ██████████████ |



███████████████████████████████

| 07/07/11 | K. Meaders | 0.50 | Emails regarding piezo data and Meyer review |
| 07/07/11 | K. Meaders | 2.40 | Work on reconciliation of issues with demonstrative exhibits, preparation; listing and numbering numbering ████████████ |
| 07/07/11 | K. Meaders | 0.60 | Work on story board of rebuttal to weaknesses to address permeability issues |
| 07/07/11 | K. Meaders | 0.40 | Receipt and review of photos of July 7, 2011 site inspection |
| 07/07/11 | K. Meaders | 0.60 | Telephone conference with Tim Woodward regarding site inspection and response to permeability issues |
| 07/07/11 | K. Meaders | 0.30 | Telephone conference ████████████ |
| 07/07/11 | K. Meaders | 0.90 | Work on Motion in Limine on James Dominic Molyneux limitation |
| 07/07/11 | K. Meaders | 3.80 | Work on Amended Answer ████████ |
| 07/07/11 | D. Kent | 8.00 | Prepare for and meet ████████ ██████ return travel to Dallas |
| 07/07/11 | D. Kent | 4.00 | Revise HDR's Motion in Limine to exclude opinion testimony from Black & Veatch witness Dominic Molyneux, including legal research regarding cumulative expert testimony and exchange of memoranda with team member and local counsel concerning revisions to Motion |
| 07/07/11 | M. Melle | 3.30 | Review and analyze voluminous documents related to Liping Wang in order to prepare for his cross examination |
| 07/07/11 | C. Steinmann | 5.90 | Continue working on cross examination outlines |



|            |              |      |                                                                                                                              |
|------------|--------------|------|------------------------------------------------------------------------------------------------------------------------------|
|            |              |      | of Maxwell and Seeber and reviewing hot documents to be used at trial; review deposition transcripts of Vaeth and Bennet to locate their professional title for witness designation list; ████████████ |
| 07/07/11   | C. Steinmann | 0.20 | Review information from Court regarding trial setting and prepare email to Court Reporter and Graphics Specialist notifying them of changes in trial setting |
| 07/07/11   | G. Fountain  | 7.50 | Work on plaintiff and defendants trial exhibits                                                                              |
| 07/07/11   | B. Monk      | 8.10 | Review docs for Peace River rebuttal argument; review docs for Christine Owen dossier;                                       |
| 07/08/11   | W. Mason     | 1.50 | Multiple conference calls regarding video of reservoir ████████████                                                         |
| 07/08/11   | W. Mason     | 3.20 | Continue reviewing depositions of fact witnesses ████████████                                                               |
| 07/08/11   | W. Mason     | 4.70 | Return to Dallas working on revising demonstratives, opening and Maxwell cross;                                              |
| 07/08/11   | K. Meaders   | 1.60 | Telephone conference ████████████                                                                                          |
| 07/08/11   | K. Meaders   | 1.30 | Telephone conference ████████████                                                                                          |
| 07/08/11   | K. Meaders   | 1.50 | Work on demonstratives including grout intake and draw down                                                                  |
| 07/08/11   | K. Meaders   | 1.30 | Work on cross-examination of Alison Adams                                                                                    |
| 07/08/11   | K. Meaders   | 0.80 | Work on cross-examination of Kennedy outline                                                                                 |
| 07/08/11   | K. Meaders   | 0.60 | Work on Motion in Limine against Molyneaux opinions                                                                          |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 10

| 07/08/11 | K. Meaders | 1.10 | Receipt and review of Peace River documents and conference with attorney Kent ███████ ███████████ |
| 07/08/11 | K. Meaders | 0.60 | Telephone conference with Tim Woodward regarding pretrial conference and preparation sessions next week and possible fly over video of Reservoir |
| 07/08/11 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding preparation sessions and videos |
| 07/08/11 | K. Meaders | 0.50 | Work on Rick Donovan deposition excerpts for trial |
| 07/08/11 | K. Meaders | 2.00 | ███████████████████ |
| 07/08/11 | D. Kent | 0.40 | Analysis and planning with team member regarding potential motion in Limine on Peace River embankment design, including study/analysis of design documents related to same |
| 07/08/11 | D. Kent | 2.10 | Revise Motion in Limine to exclude or limit testimony of Black & Veatch employee Dominic Molyneux |
| 07/08/11 | D. Kent | 0.40 | Analysis and planning with local counsel regarding trial setting, docket call, hearing on summary judgment motion and other motions, and other trial preparation action items |
| 07/08/11 | D. Kent | 0.40 | Analysis and planning regarding preparation logistics for court hearing on HDR's Motion for Summary Judgment |
| 07/08/11 | M. Melle | 5.80 | Review and analyze voluminous documents involving Jeff Shelby in preparation for his cross-examination |
| 07/08/11 | C. Steinmann | 9.00 | ████████████ exchange emails with graphics team regarding deposition clips; work on graphic slides for trial; work on list of demonstratives for trial; continue work on cross examination outline |



|            |                |        | of Rice                                                                                     |
|------------|----------------|--------|---------------------------------------------------------------------------------------------|
| 07/08/11   | G. Fountain    | 5.40   | Work on plaintiff and defendants trial exhibits                                             |
| 07/08/11   | B. Monk        | 6.80   | Research and update dossier for Christine Owen; doc review for Peace River argument rebuttal; |
| 07/09/11   | K. Meaders     | 1.10   | Preparation of materials to prepare Meyer for trial                                         |
| 07/09/11   | K. Meaders     | 1.20   | Preparation of materials for hearing set on Friday for Motion for Summary Judgment and potential other hearing |
| 07/09/11   | K. Meaders     | 1.40   | Preparation of materials and outline for O'Connell trial cross examination                  |
| 07/09/11   | K. Meaders     | 0.90   | Review additional Black & Veatch documents during investigation to use on Kennedy cross     |
| 07/09/11   | K. Meaders     | 3.40   | Work on cross outline for trial by Jon Kennedy                                              |
| 07/09/11   | K. Meaders     | 1.00   | Work on cross examination outline of Alison Adams                                           |
| 07/09/11   | K. Meaders     | 1.40   | Work on revisions to shorten deposition designations for trial of Jack Lemley and Jim Moynihan |
| 07/09/11   | K. Meaders     | 0.30   | Work on demonstrative exhibits                                                              |
| 07/09/11   | K. Meaders     | 0.40   | General trial preparation                                                                   |
| 07/09/11   | C. Steinmann   | 6.20   | Prepare and revise Amended Answer; review Monyhan and Lemley designations from HDR and TBW and make final cuts for trial; compare TBW designations with HDR's designations for Donovan and calculate run time |
| 07/09/11   | C. Alm         | 2.20   | Update cross-examination outline of J. Maxwell with deposition testimony; emails with C. Steinmann regarding same. |
| 07/10/11   | K. Meaders     | 2.50   | Preparation of outline ███████████ ███████████ |
| 07/10/11   | K. Meaders     | 0.50   | Work on issues concerning exhibits and organizations of folders for purposes of trial preparation |



| 07/10/11 | K. Meaders | 0.60 | Work on outline ███████████████ ███████ |
| 07/10/11 | K. Meaders | 0.70 | Prepare condensed timeline of events |
| 07/10/11 | K. Meaders | 1.50 | Revise ██████████████████ |
| 07/10/11 | K. Meaders | 0.40 | Telephone conference with attorney Mason █████████████████████ |
| 07/10/11 | K. Meaders | 0.20 | Telephone conference with legal assistant Gail Fountain regarding travel and trial schedule |
| 07/10/11 | K. Meaders | 0.20 | Telephone conference ██████████████ |
| 07/10/11 | K. Meaders | 4.80 | Work on trial outline of cross examination of Jon Kennedy |
| 07/10/11 | K. Meaders | 0.60 | Review and analysis dossiers on other potential TBW witnesses |
| 07/10/11 | D. Kent | 2.30 | Revise Motion in Limine regarding Black & Veatch employee Dominic Molyneux |
| 07/10/11 | C. Steinmann | 5.10 | Work on Vaeth trial play list; review Kennedy exhibits, begin reviewing deposition transcript, and preparing cross examination outline |
| 07/11/11 | W. Mason | 0.90 | Multiple telephone conferences, █████████████ |
| 07/11/11 | W. Mason | 0.80 | Multiple intrafirm conferences regarding trial preparation ██████████; |
| 07/11/11 | W. Mason | 0.90 | Conference call ████████████████ |
| 07/11/11 | W. Mason | 6.90 | Continue trial preparation by reviewing demonstratives, exhibits and Maxwell information for cross examinations |
| 07/11/11 | K. Meaders | 0.60 | Preparation for hearing on Motion for Summary Judgment and other issues |
| 07/11/11 | K. Meaders | 0.50 | Work on Meyer preparation for trial |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 13

| | | | |
|---|---|---|---|
| 07/11/11 | K. Meaders | 0.20 | Work on documentation of Peace River position |
| 07/11/11 | K. Meaders | 0.20 | Work on objections to new exhibits by TBW |
| 07/11/11 | K. Meaders | 0.80 | Work on Amended Answer include limitations defense |
| 07/11/11 | K. Meaders | 0.30 | Work on issues to raise regarding bid proposals |
| 07/11/11 | K. Meaders | 0.30 | Meeting with attorney Steinmann and legal assistant Fountain regarding exhibit and trial preparation |
| 07/11/11 | K. Meaders | 0.40 | Telephone conference with attorney Mason █████ |
| 07/11/11 | K. Meaders | 0.40 | Meeting with Brad Monk to assist on State of Art defense |
| 07/11/11 | K. Meaders | 0.40 | Meeting with attorney Richmond regarding assistance on highlighting exhibits |
| 07/11/11 | K. Meaders | 0.40 | Telephone conference ████████████ |
| 07/11/11 | K. Meaders | 0.50 | Work on emails and photo attachments ███ |
| 07/11/11 | K. Meaders | 0.40 | ████████████ |
| 07/11/11 | K. Meaders | 0.30 | Telephone conference with attorney Woodward regarding witness preparation |
| 07/11/11 | K. Meaders | 1.30 | Work on Motion in Limine regarding Dominic Molyneux |
| 07/11/11 | K. Meaders | 0.30 | Work on Jury Charge |
| 07/11/11 | K. Meaders | 0.50 | Work on finding Rice email with photographs |
| 07/11/11 | K. Meaders | 0.30 | Work on photograph authentication chart |
| 07/11/11 | K. Meaders | 1.30 | Work on preparation of Kennedy trial outline |
| 07/11/11 | K. Meaders | 0.50 | Work on issues related to Bromwell preparation authentication of photos |
| 07/11/11 | K. Meaders | 5.00 | Travel to Tampa, Florida, preparation of Kennedy outline and review of trial witness list issues while in route |



| 07/11/11 | D. Kent | 2.40 | Revise Motion in Limine to exclude evidence and testimony regarding HDR's post-crack investigation efforts |
| 07/11/11 | D. Kent | 0.30 | Study/analysis of evidence concerning chronology of Peace River embankment design changes ████████████████████ ████████ |
| 07/11/11 | D. Kent | 2.60 | Revise HDR's Motion in Limine to exclude expert opinion testimony of Black & Veatch employee Molyneux |
| 07/11/11 | D. Kent | 0.20 | Exchange memoranda with team members regarding simplified HDR trial witness list |
| 07/11/11 | D. Kent | 0.20 | Exchange correspondence ████████ ████████████ |
| 07/11/11 | S. Wittie | 7.30 | Work on jury charge ████████ |
| 07/11/11 | C. Steinmann | 5.90 | Review suggested joint exhibits for consistency and redactions; Search database for emails concerning pictures emailed by B&V per Kurt Meaders; work on Vaeth designations |
| 07/11/11 | W. Richmond | 0.60 | Begin analysis of trial exhibits for positive and negative elements related to amended claims and defenses in preparation for trial |
| 07/11/11 | G. Fountain | 3.00 | Work on plaintiff and defendants trial exhibits |
| 07/11/11 | B. Monk | 4.90 | Complete relevant files in dossiers on potential witnesses; review Peace River documents from slideshow for rebuttal; rebuttal storyboard update, including summary of Design Considerations |
| 07/12/11 | K. Meaders | 9.50 | Preparation session ████████████████ |
| 07/12/11 | K. Meaders | 0.50 | Meeting with attorney Woodward regarding additional preparation of witnesses |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 15

| 07/12/11 | K. Meaders | 0.50 | ██████████████ |
| 07/12/11 | K. Meaders | 1.30 | Work on outline for Kennedy cross-examination for trial |
| 07/12/11 | D. Kent | 0.20 | Exchange correspondence and memoranda ██ ████████████ |
| 07/12/11 | D. Kent | 3.30 | Revise HDR's Motion in Limine to exclude or limit testimony concerning adequacy, motives and good faith of HDR's investigation into cause of soil cement cracking, including legal research and exchange of memoranda with team members concerning same |
| 07/12/11 | D. Kent | 2.50 | Prepare for meeting with fact and expert witnesses and court hearing on HDR's summary judgment motion and other pretrial motions |
| 07/12/11 | S. Wittie | 7.70 | Further attention to limitations and repose issues, associated communications and research, attention to revising jury charge, research into causation issue related to jury charge |
| 07/12/11 | W. Richmond | 1.40 | ████████████████ |
| 07/12/11 | W. Richmond | 2.10 | Continue analysis of trial exhibits for positive and negative elements related to amended claims and defenses in preparation for trial |
| 07/12/11 | M. Stringer | 4.30 | Complete summary of the oral deposition of E. Allen Jacobs, Ph.D. |
| 07/12/11 | B. Monk | 0.40 | Finish Dossier notebook on various TBW witness which were not deposed |
| 07/13/11 | W. Mason | 8.80 | Travel to Tampa, working on trial prep/opening statement on plane, and attended meetings with trial team, expert witnesses and client regarding trial preparation |
| 07/13/11 | K. Meaders | 0.80 | Meeting ████████████ |
| 07/13/11 | K. Meaders | 3.00 | Meeting ████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 16

| 07/13/11 | K. Meaders | 1.50 | Attorney meeting and trial preparation with attorneys Mason, Kent and Woodward |
| 07/13/11 | K. Meaders | 3.50 | Meeting ██████████████████████ |
| 07/13/11 | K. Meaders | 0.50 | Review and revise potential opening |
| 07/13/11 | K. Meaders | 1.40 | Review ████████████████ |
| 07/13/11 | K. Meaders | 1.10 | Meeting with attorneys Mason and Kent on hearing preparation and case issues |
| 07/13/11 | K. Meaders | 0.70 | Review summary and prepare for hearing on Motion for Summary Judgment |
| 07/13/11 | D. Kent | 8.00 | Prepare for and meet with ████████████ ██████████ Wayne Mason and team members to prepare witnesses for trial testimony, prepare for court hearing on summary judgment motion and other pretrial motions, and related trial preparation activities, including travel from Dallas to Tampa |
| 07/13/11 | D. Kent | 0.50 | Review ████████████████████████ ████ |
| 07/13/11 | S. Wittie | 2.80 | Legal research related to limitations and repose issues, effect on jury charge, related communications |
| 07/13/11 | W. Richmond | 4.40 | Continue and complete analysis and notation of co-defendant's proposed trial exhibits, including specifically notation of statements and omissions likely to be addressed by any party at trial, in preparation for use in pre-trial proceedings and at trial |
| 07/13/11 | B. Monk | 1.20 | Work with Casey Gooden to add new slides to demonstrative and tweak existing slides per Kurt Meaders' request; finalize changes to rebuttal storyboard document; |
| 07/14/11 | W. Mason | 6.20 | Prepare for motion for summary judgment hearing including preparation for all outstanding |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 17

| | | | |
|---|---|---|---|
| | | | motions and issues which the court might address at the hearing; |
| 07/14/11 | W. Mason | 2.10 | Meeting with defense team regarding hearing preparation ████████████████ █████████████ and also discussed trial responsibilities and preparation; |
| 07/14/11 | W. Mason | 1.20 | Meeting ██████████████████ ███████████████████ |
| 07/14/11 | K. Meaders | 1.00 | Preparation of demonstratives |
| 07/14/11 | K. Meaders | 3.30 | Review ███████████████ |
| 07/14/11 | K. Meaders | 7.00 | Preparation for hearing on Motion for Summary Judgment, Motion to Strike Adams and Kennedy, response to Motion to Strike Johnson |
| 07/14/11 | K. Meaders | 1.60 | Meeting with attorneys Mason, Kent and Woodward in preparation for hearings |
| 07/14/11 | D. Kent | 1.00 | Review and revise HDR's Motion in Limine concerning the Reservoir Renovation Project |
| 07/14/11 | D. Kent | 4.00 | Prepare for court hearing on HDR's Motion for Summary Judgment, other pretrial motions, pretrial filings, and trial setting |
| 07/14/11 | D. Kent | 5.00 | Review, ███████████████████ |
| 07/14/11 | S. Wittie | 3.00 | Revise jury charge, ███████████████ |
| 07/14/11 | W. Richmond | 1.70 | Continue and notation of co-defendant's proposed trial exhibits, including specifically notation of statements and omissions likely to be addressed by any party at trial, in preparation for use in pre-trial proceedings and at trial |
| 07/14/11 | B. Monk | 1.60 | Make changes to exhibit slideshow per Kurt Meaders; tweak exhibits ████████████ ███████████████████ |
| 07/15/11 | W. Mason | 9.20 | Completed preparation for motion for summary |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 18

judgment hearing; attended hearing on summary judgment and other motions pending before the court; returned to Dallas ████████████

████████████████████████████

| | | | |
|---|---|---|---|
| 07/15/11 | K. Meaders | 2.10 | Morning preparation for hearing on Motion for Summary Judgment |
| 07/15/11 | K. Meaders | 3.70 | Attendance at Courthouse for hearing before Judge Whittemore on Motion for Summary Judgment and other issues |
| 07/15/11 | K. Meaders | 5.40 | Return travel to Dallas, TX with various telephone conferences ████████████ ████████████ preparation of outline of cross-examination of Jon Kennedy and Alison Adams while in route |
| 07/15/11 | D. Kent | 8.00 | Prepare for and attend court hearing on HDR's Motion for Summary Judgment, trial schedule, other pretrial motions and pretrial activities, including follow-up meeting with Wayne Mason and team members regarding same and return travel from Tampa to Dallas |
| 07/15/11 | B. Monk | 6.30 | Tweak exhibits and make changes to reflect TBW exhibit list; read orders issued by judge 7/14, 7/15; draft report on TBW exhibit changes and send to attorney Steinmann |
| 07/16/11 | W. Richmond | 6.80 | Continue analysis and notation of co-defendant's proposed trial exhibits, including specifically notation of statements and omissions likely to be addressed by any party at trial, in preparation for use in pre-trial proceedings and at trial |
| 07/17/11 | W. Richmond | 2.30 | Continue and complete analysis and notation of co-defendant's proposed trial exhibits, including specifically notation of statements and omissions likely to be addressed by any party at trial, in |



|            |           |      |                                                                                                                                                      |
|------------|-----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |           |      | preparation for use in pre-trial proceedings and at trial                                                                                            |
| 07/18/11   | W. Mason  | 1.00 | Conference call ████████████████████ ██████                                                                                                          |
| 07/18/11   | W. Mason  | 0.50 | Multiple telephone conferences regarding update on trial preparation;                                                                                |
| 07/18/11   | W. Mason  | 0.40 | Telephone conference ████████████████ ████████████████████████████████████                                                                          |
| 07/18/11   | W. Mason  | 0.90 | Team meeting regarding setting out what needs to be done in the next two months in preparation for trial;                                             |
| 07/18/11   | K. Meaders| 0.80 | Contact with witnesses and trial team to update on trial continuances, start by setting and coordinate rescheduling of trial and pretrial events     |
| 07/18/11   | K. Meaders| 0.40 | Work on demonstrative exhibits                                                                                                                        |
| 07/18/11   | K. Meaders| 0.40 | Telephone conference ████████████████ ████████████████████████████████████                                                                          |
| 07/18/11   | K. Meaders| 0.30 | Office conference with attorney Mason regarding trial setting and scheduling                                                                          |
| 07/18/11   | K. Meaders| 0.30 | Work on outline for Kennedy cross-examination                                                                                                         |
| 07/18/11   | K. Meaders| 0.60 | Draft updated report on pending motions                                                                                                               |
| 07/18/11   | K. Meaders| 0.50 | Review in detail Court Order denying exclusion of expert William Brumund and work on September Trial Preparation Schedule                             |
| 07/18/11   | K. Meaders| 0.60 | Work on potential Motion in Limine concerning Kennedy testimony on Bid packages and expert testimony regarding same post hearing where TBW stated in open court that they would not call bid witnesses |
| 07/18/11   | K. Meaders| 0.40 | Telephone conference ████████████████ ████████████████████████████████████                                                                          |



| | | | |
|---|---|---|---|
| 07/18/11 | K. Meaders | 1.00 | Meeting with attorneys Wayne Mason and David Kent to prepare outline of continued trial preparation and follow up with potential photograph experts |
| 07/18/11 | D. Kent | 0.30 | Review and revise potential demonstrative exhibits |
| 07/18/11 | D. Kent | 0.90 | Analysis and planning with team member regarding revisions to jury charge and related trial submissions |
| 07/18/11 | D. Kent | 0.30 | Conference/meeting with graphic artist regarding demonstrative evidence exhibits |
| 07/18/11 | D. Kent | 0.70 | Analysis and planning with Wayne Mason regarding ongoing pretrial preparation ███ |
| 07/18/11 | B. Monk | 6.50 | Update Trial Binders with changes made to TBW and Joint Exhibit lists per 7/13/11 disks; get and discuss changes to HDR Exhibit slideshow; |
| 07/19/11 | K. Meaders | 0.80 | Work on outline of cross examination of Dr. Alison Adams; work on condensing outline to 5 major topics |
| 07/19/11 | K. Meaders | 0.60 | Work on outline of Jon Kennedy cross examination for trial; work on condensing outline to 5 major topics |
| 07/19/11 | K. Meaders | 0.50 | Receipt and review of photographs showing apparent protective layer from toe of slope to top of slope ███ office conference with attorney Mason regarding photograph and preparation of demonstrative aid to assist |
| 07/19/11 | K. Meaders | 0.30 | Office conference with Brad Monk on further development of demonstratives for trial |
| 07/19/11 | K. Meaders | 0.50 | Work on finalization and coordinate review of |


|            |              |      | joint exhibits and potential stipulation regarding same |
|------------|--------------|------|----|
| 07/19/11   | K. Meaders   | 0.50 | Attention to issues of agreement and proposals regarding voluminous exhibits |
| 07/19/11   | K. Meaders   | 0.40 | Telephone conference ███████████████████ ███████████████████████ |
| 07/19/11   | D. Kent      | 4.20 | Study/analysis of Peace River documents and deposition testimony ███████████ ████████████████████████████████ ███████████████████ |
| 07/19/11   | D. Kent      | 0.20 | Telephone conferences ██████████████████ ████████████████████████████ |
| 07/19/11   | D. Kent      | 1.10 | Review and revise memorandum regarding trial preparation activity milestones for Sept. 19 trial setting, including preparation of memorandum to team member Kurt Meaders concerning same |
| 07/19/11   | G. Fountain  | 2.10 | Work on Plaintiff identified trial exhibits |
| 07/19/11   | B. Monk      | 0.90 | Finish replacing Trial Binders with newest version of TBW and Joint Exhibit; work with Casey to update Exhibit slideshow |
| 07/20/11   | K. Meaders   | 0.70 | Reorganize preparation materials ██████████ █████████████████ |
| 07/20/11   | K. Meaders   | 0.20 | Coordination of changes ████████ ███████████████████ trial exhibits and hold off awaiting court's changes |
| 07/20/11   | K. Meaders   | 0.20 | Receipt and review of Amended Order from Court on website issues |
| 07/20/11   | K. Meaders   | 1.20 | Work on trial plan and trial schedule for September 19, 2011 trial date and emails with attorney Mason regarding thoughts on same |
| 07/20/11   | K. Meaders   | 1.00 | Email from legal assistant Gail Fountain on differences of joint trial exhibits regarding |


|            |              |      | redactions; email to Richard Harrison regarding same; review and familiarize self with differences in joint trial exhibits |
| 07/20/11   | K. Meaders   | 0.50 | New trial exhibits from TBW and review for potential objection |
| 07/20/11   | K. Meaders   | 0.60 | Telephone conference ██████████████████████████████████████ |
| 07/20/11   | D. Kent      | 0.30 | Study/analysis of documents and deposition testimony regarding Peace River |
| 07/20/11   | G. Fountain  | 4.40 | Work on joint exhibits and Plaintiff identified trial exhibits |
| 07/20/11   | B. Monk      | 0.30 | Work with Casey to get slides for Exhibit adjusted per Attorneys Meaders and Kent's request; |
| 07/21/11   | K. Meaders   | 0.70 | Office conference with attorney Mason ██████████████████████████████████████ |
| 07/21/11   | K. Meaders   | 0.50 | Work on schedule for trial preparation and story board |
| 07/21/11   | K. Meaders   | 0.30 | Emails ████████████████████████████ |
| 07/21/11   | K. Meaders   | 0.60 | Receipt and review of McDonald's proposed Motion in Limine regarding Lemley testimony; begin formulating response; return email notifying HDR will oppose Motion in Limine |
| 07/21/11   | K. Meaders   | 0.80 | Emails ████████████████████████████ work on demonstrative exhibits regarding slope measurements and compaction |
| 07/21/11   | K. Meaders   | 0.50 | Receipt and review of latest monitoring report and incorporate information into exhibits |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 23

| 07/21/11 | K. Meaders | 0.70 | Work on issues of inconsistent redaction in joint exhibits; review differences and email TBW's counsel regarding same |
| 07/21/11 | D. Kent | 2.80 | Revise demonstrative and trial exhibits ███ ████████████████████████████ |
| 07/21/11 | D. Kent | 0.20 | Study/analysis of McDonald's proposed Motion in Limine to exclude HDR's designation of deposition testimony from McDonald's expert Lemley, including exchange of memoranda with team members regarding same |
| 07/21/11 | D. Kent | 0.20 | ████████████████████████████ ████████████████████████████ ██████████ |
| 07/21/11 | D. Kent | 0.20 | Study/analysis of new TBW trial exhibit for potential objections, including exchange of memoranda with team member concerning same |
| 07/21/11 | B. Monk | 6.60 | Compile data from B & V reports to trace number and locations of cracks; put data into chart to be formed into Exhibit slides; mark all 344 cracks as they exist on a diagram of the reservoir; |
| 07/22/11 | K. Meaders | 0.90 | Work on demonstrative exhibits regarding areas of cracking and amount of cracks over time |
| 07/22/11 | K. Meaders | 0.50 | Work on issues regarding redaction of documents |
| 07/22/11 | K. Meaders | 0.60 | Office conference with Brad Monk regarding research and response needed to McDonald Motion in Limine to exclude testimony by Lemley |
| 07/22/11 | K. Meaders | 0.20 | Receipt and review of emails ████ │ ████ ████████ |
| 07/22/11 | K. Meaders | 0.50 | ████████████████████████ |
| 07/22/11 | K. Meaders | 0.30 | Work on scheduling from new trial date |
| 07/22/11 | D. Kent | 0.60 | Review and revise trial exhibits ████████ ████████████████████ |



| 07/22/11 | B. Monk | 5.50 | | Prepare data for possible crack tracking exhibit; report results of data; review, pull and analyze cases for response to Motion in Limine to exclude Testimony et al of Jack Lemley; |
|---|---|---|---|---|
| 07/25/11 | K. Meaders | 0.50 | L210 | [A105] Lemley's Motion in Limine; attention to arguments made by McDonald and office conference with associate Monk to address certain positions |
| 07/25/11 | K. Meaders | 1.00 | | Redacted Joint Exhibits, email from Harrison; email with legal assistant Fountain on changes to joint exhibits, email from Candes regarding Barnard Exhibits; review differences in Joint Exhibits |
| 07/25/11 | K. Meaders | 0.30 | | Photo measurement work regarding slope geometry |
| 07/25/11 | K. Meaders | 0.60 | | Work on revision to trial schedule ███████ ██████ |
| 07/25/11 | K. Meaders | 0.70 | | ████████████████████████████████████ ████████ |
| 07/25/11 | K. Meaders | 0.80 | | Receipt and review of Order granting in part and denying in part Motion for Summary Judgment and Motion to Strike Adams and Kennedy; and comments on changes to trial strategy with trial team |
| 07/25/11 | K. Meaders | 0.30 | | Receipt and review of Order regarding hearing transcript |
| 07/25/11 | K. Meaders | 0.90 | | Revise outline of cross-examination of Adams and Kennedy regarding recent order on lost use damages |
| 07/25/11 | D. Kent | 0.40 | | Study/analysis of court ruling on HDR's Motion for Summary Judgment, including potential application to other arguments and defenses asserted by HDR |
| 07/25/11 | G. Fountain | 1.80 | | Work on joint trial exhibits for transmittal to all counsel |
| 07/25/11 | B. Monk | 7.90 | | Research and draft body of Response to MIL to |


|            |             |      | Exclude portions of Jack Lemley deposition testimony; |
|------------|-------------|------|----|
| 07/26/11   | K. Meaders  | 0.90 | Preparation of trial cross examination outline and reorganization of issues and material due to summary judgment and Order on Motion to Exclude Adams and Kennedy opinion on loss of use |
| 07/26/11   | K. Meaders  | 0.60 | Review of Barnard's proposed Motion in Limines for HDR positions; receipt and review of TBW's positions on Barnard's Motion in Limines |
| 07/26/11   | K. Meaders  | 0.70 | Receipt and review of hearing transcript for development and inclusion of arguments on economic waste into cross examination outlines and further research on cross concerning public work projects |
| 07/26/11   | K. Meaders  | 0.80 | Office conference with attorney Richmond ██████████████████████████ |
| 07/26/11   | K. Meaders  | 1.10 | Preparation of outline for cross examination of Dr. Alison Adams |
| 07/26/11   | K. Meaders  | 0.80 | Work on exhibits including demonstratives |
| 07/26/11   | K. Meaders  | 0.50 | Work on potential response to McDonald's Motion to Limit former expert Lemley testimony and conferences with Brad Monk and attorney Steinmann regarding same |
| 07/26/11   | K. Meaders  | 0.80 | ██████████████████████████ |
| 07/26/11   | D. Kent     | 0.70 | Review and revise trial exhibits and demonstratives ██████████████ ██████y |
| 07/26/11   | D. Kent     | 2.30 | Prepare direct examination testimony outline█ ██████████████ |
| 07/26/11   | D. Kent     | 0.50 | Telephone conference ██████████████ ██████████████████████ |