

| 07/26/11 | D. Kent | 0.40 | Analysis and planning regarding Barnard's proposed Motions in Limine, including study/analysis of correspondence from Barnard and TBW concerning same and exchange of memoranda with team members concerning same |
| 07/26/11 | W. Richmond | 2.10 | Begin analysis of economic waste and diminution law vis-a-vis recent legal arguments and pleadings by plaintiff and co-defendants in preparation for drafting trial examination outlines |
| 07/26/11 | B. Monk | 7.80 | Research and draft body of Response to Motion in Limine re Lemley; |
| 07/27/11 | K. Meaders | 0.30 | Receipt and respond to emails from counsel Harrison requesting stipulation on Joint Exhibits |
| 07/27/11 | D. Kent | 1.30 | Study/analysis of Joint Trial Exhibits and proposed stipulation concerning admissibility of same |
| 07/27/11 | B. Monk | 6.20 | Revise and draft body of Response to McDonald's Motion in Limine |
| 07/28/11 | D. Kent | 0.20 | Analysis and planning with team members concerning preparation of demonstrative exhibits ███████████████████████ |
| 07/28/11 | D. Kent | 1.10 | Review and revise ████████████████ |
| 07/28/11 | D. Kent | 1.30 | Study/analysis of proposed Joint Trial Exhibits and other trial exhibits |
| 07/28/11 | C. Steinmann | 3.00 | Analyze Motion to Strike Lemley, review cases cited therein, and begin outlining response |
| 07/28/11 | W. Richmond | 1.20 | Continue analysis of client's strategy and legal support for trial examinations of opposing witnesses regarding underlying economic waste and diminution of value jury charge questions |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 27

| 07/29/11 | K. Meaders | 0.70 | Work on trial outline for Jon Kennedy |
| 07/29/11 | K. Meaders | 0.30 | Work on trial outline for Alison Adams |
| 07/29/11 | K. Meaders | 0.30 | Work on scheduling of site inspection |
| 07/29/11 | D. Kent | 2.50 | Review and revise outline ████████ |
| 07/29/11 | D. Kent | 2.20 | Study/analysis of proposed Joint Trial Exhibits and stipulation for their admissibility, including conference and exchange of memoranda with team members regarding same |
| 07/29/11 | D. Kent | 2.20 | Review and revise HDR's Response to McDonald's Motion in Limine to prohibit HDR's use of deposition testimony of McDonald expert witness Lemley, including preparation of memorandum to team members concerning same |
| 07/29/11 | C. Steinmann | 2.00 | Begin reviewing the deposition transcript of Lemley in preparation for the Response to Motion to Strike Lemley |
| 07/29/11 | W. Richmond | 1.90 | ████████ |
| 07/30/11 | W. Richmond | 2.10 | ████████ |

Total Hours 694.00
**Total Fee Amount** **$204,392.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 88.50 | 455.00 | $40,267.50 |
| K. Meaders | 216.30 | 330.00 | 71,379.00 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 28

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|------------|-------------:|-------------:|-----------:|
| D. Kent | 103.40 | 395.00 | 40,843.00 |
| S. Wittie | 20.80 | 350.00 | 7,280.00 |
| M. Melle | 27.30 | 185.00 | 5,050.50 |
| C. Steinmann | 62.40 | 225.00 | 14,040.00 |
| W. Richmond | 27.20 | 165.00 | 4,488.00 |
| C. Alm | 2.20 | 115.00 | 253.00 |
| G. Fountain | 62.20 | 115.00 | 7,153.00 |
| M. Stringer | 4.30 | 125.00 | 537.50 |
| B. Monk | 79.40 | 165.00 | 13,101.00 |
| **Total** | **694.00** | | **$204,392.50** |

**Disbursements:**

| | |
|---|---:|
| 06/08/11 Travel/Individual    Meals Kent, David, C. / DA | 58.16 |
| 06/08/11 Travel/Individual    Meals Kent, David, C. / DA | 4.11 |
| 06/08/11 Travel/Car    Rental Kent, David, C. / DA | 88.60 |
| 06/08/11    Other Travel-related expenses Kent, David, C. / DA | 15.00 |
| 06/08/11    Travel/Air Fare Kent, David, C. / DA | 826.40 |
| 06/08/11    Parking/Tolls Kent, David, C. / DA | 2.00 |
| 06/09/11    Travel/Lodging Kent, David, C. / DA | 358.38 |
| 06/09/11 Travel/Individual    Meals Kent, David, C. / DA | 10.00 |
| 06/10/11 Travel/Individual    Meals Kent, David, C. / DA | 4.12 |
| 06/10/11 Travel/Individual    Meals Kent, David, C. / DA | 10.92 |
| 06/10/11 Travel/Individual    Meals Kent, David, C. / DA | 6.35 |
| 06/10/11    Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 06/10/11    Other Travel-related expenses Kent, David, C. / DA | 8.26 |
| 06/10/11    Travel/Air Fare Kent, David, C. / DA | 50.00 |
| 06/10/11    Parking/Tolls Kent, David, C. / DA | 1.00 |
| 06/10/11    Parking/Tolls Kent, David, C. / DA | 78.77 |
| 06/13/11    Travel/Air Fare Kent, David, C. / DA | 763.40 |
| 06/15/11    Other Travel-related expenses Kent, David, C. / DA | 34.95 |
| 06/19/11 Travel/Individual    Meals Kent, David, C. / DA | 32.32 |
| 06/19/11 Travel/Individual    Meals Kent, David, C. / DA | 11.19 |
| 06/19/11 Travel/Individual    Meals Kent, David, C. / DA | 4.49 |
| 06/19/11 Travel/Car    Rental Kent, David, C. / DA | 109.33 |
| 06/19/11    Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 06/19/11    Parking/Tolls Kent, David, C. / DA | 2.00 |
| 06/20/11    Travel/Lodging Kent, David, C. / DA | 352.78 |
| 06/20/11 Travel/Individual    Meals Kent, David, C. / DA | 3.80 |



| | | |
|---|---|---:|
| 06/20/11 | Travel/Individual   Meals Kent, David, C. / DA | 4.12 |
| 06/20/11 | Other Travel-related expenses Kent, David, C. / DA | 31.03 |
| 06/20/11 | Other Travel-related expenses Kent, David, C. / DA | 21.31 |
| 06/20/11 | Travel/Group Meals Kent, David, C. / DA | 46.40 |
| 06/21/11 | Travel/Individual   Meals Kent, David, C. / DA | 6.64 |
| 06/21/11 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 06/21/11 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 06/21/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 06/22/11 | Travel/Individual    Meals Kent, David, C. / DA | 33.39 |
| 06/22/11 | Travel/Individual    Meals Kent, David, C. / DA | 3.19 |
| 06/22/11 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 06/22/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 06/23/11 | Travel/Lodging Kent, David, C. / DA | 335.98 |
| 06/23/11 | Travel/Individual    Meals Kent, David, C. / DA | 39.74 |
| 06/23/11 | Travel/Individual    Meals Kent, David, C. / DA | 2.00 |
| 06/23/11 | Travel/Individual    Meals Kent, David, C. / DA | 4.12 |
| 06/23/11 | Other Travel-related expenses Kent, David, C. / DA | 5.00 |
| 06/24/11 | Lexis | 12.04 |
| 06/24/11 | Lexis | 3.35 |
| 06/24/11 | Lexis | 13.33 |
| 06/24/11 | Travel/Individual    Meals Kent, David, C. / DA | 8.89 |
| 06/24/11 | Travel/Individual    Meals Kent, David, C. / DA | 4.12 |
| 06/24/11 | Travel/Car   Rental Kent, David, C. / DA | 114.15 |
| 06/24/11 | Other Travel-related expenses Kent, David, C. / DA | 10.83 |
| 06/24/11 | Other Travel-related expenses Kent, David, C. / DA | 8.99 |
| 06/24/11 | Travel/Group Meals Meaders, Kurt W. / DA | 29.60 |
| 06/24/11 | Travel/Air Fare Kent, David, C. / DA | 973.40 |
| 06/24/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 06/24/11 | Parking/Tolls Kent, David, C. / DA | 78.77 |
| 06/27/11 | Travel/Group Meals Mason, Wayne B. / DA- | 402.03 |
| 06/28/11 | Travel/Air Fare Mason, Wayne B. / DA- | 198.70 |
| 06/30/11 | Travel/Air Fare Mason, Wayne B. / DA- | 650.70 |
| 07/01/11 | Lexis | 3.21 |
| 07/01/11 | Lexis | 5.49 |
| 07/01/11 | Lexis | 103.28 |
| 07/02/11 | Delivery/Messenger Service Special Delivery Service, Inc. | 67.20 |
| 07/02/11 | Travel/Group Meals Meaders, Kurt W. / DA | 26.25 |
| 07/03/11 | Photocopy (3 @ $0.15) | 0.45 |
| 07/03/11 | Travel/Group Meals Meaders, Kurt W. / DA | 26.25 |
| 07/05/11 | Telephone TAMPA     FL (181)328-9070 | 0.56 |



| | | |
|---|---|---|
| 07/05/11 Travel/Mileage Mason, Wayne B. / DA- | | 22.20 |
| 07/05/11 Lexis | | 7.56 |
| 07/05/11 Lexis | | 28.95 |
| 07/05/11 Lexis | | 5.44 |
| 07/05/11 Lexis | | 16.09 |
| 07/05/11 Lexis | | 101.27 |
| 07/05/11 Lexis | | 14.91 |
| 07/05/11 Travel/Lodging Mason, Wayne B. / DA- | | 110.88 |
| 07/05/11 Photocopy (3 @ $0.15) | | 0.45 |
| 07/05/11 Travel/Individual Meals Mason, Wayne B. / DA- | | 42.31 |
| 07/05/11 Travel/Group Meals Mason, Wayne B. / DA- | | 357.79 |
| 07/05/11 Travel/Group Meals Mason, Wayne B. / DA- | | 87.83 |
| 07/05/11 Parking/Tolls Mason, Wayne B. / DA- | | 12.00 |
| 07/06/11 Travel/Lodging Kent, David, C. / DA | | 154.29 |
| 07/06/11 Travel/Lodging Mason, Wayne B. / DA- | | 110.88 |
| 07/06/11 Photocopy (2 @ $0.15) | | 0.30 |
| 07/06/11 Photocopy (4 @ $0.15) | | 0.60 |
| 07/06/11 Photocopy (1925 @ $0.15) | | 288.75 |
| 07/06/11 Copy Service Fundamental American, LLC | | 750.91 |
| 07/06/11 Travel/Individual Meals Mason, Wayne B. / DA- | | 23.37 |
| 07/06/11 Travel/Individual Meals Mason, Wayne B. / DA- | | 54.13 |
| 07/06/11 Travel/Individual Meals Kent, David, C. / DA | | 4.49 |
| 07/06/11 Travel/Individual Meals Kent, David, C. / DA | | 43.10 |
| 07/06/11 Other Travel-related expenses Kent, David, C. / DA | | 10.00 |
| 07/06/11 Travel/Air Fare Kent, David, C. / DA | | 422.40 |
| 07/06/11 Parking/Tolls Mason, Wayne B. / DA- | | 12.00 |
| 07/06/11 Parking/Tolls Kent, David, C. / DA | | 2.00 |
| 07/07/11 Telephone TAMPA FL (181)322-2490 | | 0.16 |
| 07/07/11 Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | | 102.43 |
| 07/07/11 Lexis | | 15.35 |
| 07/07/11 Lexis | | 147.61 |
| 07/07/11 Lexis | | 5.60 |
| 07/07/11 Lexis | | 67.51 |
| 07/07/11 Lexis | | 1.49 |
| 07/07/11 Delivery/Messenger Service Federal Express Corporation | | 13.20 |
| 07/07/11 Delivery/Messenger Service Federal Express Corporation | | 13.20 |
| 07/07/11 Delivery/Messenger Service Federal Express Corporation | | 13.20 |
| 07/07/11 Delivery/Messenger Service Federal Express Corporation | | 12.20 |
| 07/07/11 Delivery/Messenger Service Federal Express Corporation | | 63.20 |
| 07/07/11 Delivery/Messenger Service Federal Express Corporation | | 59.82 |



| | | |
|---|---|---|
| 07/07/11 | Delivery/Messenger    Service Federal Express Corporation | 59.82 |
| 07/07/11 | Delivery/Messenger    Service Federal Express Corporation | 59.82 |
| 07/07/11 | Travel/Individual    Meals Kent, David, C. / DA | 5.58 |
| 07/07/11 | Travel/Individual    Meals Kent, David, C. / DA | 4.36 |
| 07/07/11 | Travel/Car    Rental Kent, David, C. / DA | 48.71 |
| 07/07/11 | Travel/Car    Rental Mason, Wayne B. / DA- | 156.77 |
| 07/07/11 | Other Travel-related expenses Kent, David, C. / DA | 20.52 |
| 07/07/11 | Other Travel-related expenses Kent, David, C. / DA | 5.00 |
| 07/07/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 26.39 |
| 07/07/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 15.00 |
| 07/07/11 | Travel/Group Meals Mason, Wayne B. / DA- | 80.41 |
| 07/07/11 | Travel/Air Fare Mason, Wayne B. / DA- | 15.00 |
| 07/07/11 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 07/07/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 07/08/11 | Telephone TAMPA    FL (181)322-2490 | 0.32 |
| 07/08/11 | Lexis | 3.22 |
| 07/08/11 | Lexis | 3.86 |
| 07/08/11 | Lexis | 0.01 |
| 07/08/11 | Photocopy (646 @ $0.15) | 96.90 |
| 07/08/11 | Travel/Air Fare Kent, David, C. / DA | 813.40 |
| 07/09/11 | Travel/Group Meals Steinmann, Cori / DA | 12.77 |
| 07/10/11 | Lexis | 5.56 |
| 07/10/11 | Lexis | 0.34 |
| 07/10/11 | Travel/Group Meals Steinmann, Cori / DA | 23.65 |
| 07/11/11 | Telephone WALTHAM    MA (178)190-7933 | 0.08 |
| 07/11/11 | Lexis | 7.42 |
| 07/11/11 | Lexis | 44.11 |
| 07/11/11 | Lexis | 6.44 |
| 07/11/11 | Photocopy (19 @ $0.15) | 2.85 |
| 07/11/11 | Photocopy (37 @ $0.15) | 5.55 |
| 07/11/11 | Color    Photocopy | 1.00 |
| 07/11/11 | Color    Photocopy | 2.00 |
| 07/12/11 | Lexis | 18.75 |
| 07/12/11 | Lexis | 64.31 |
| 07/12/11 | Lexis | 16.07 |
| 07/12/11 | Lexis | 0.03 |
| 07/12/11 | Lexis | 0.51 |
| 07/12/11 | Lexis | 1.88 |
| 07/13/11 | Westlaw | 185.44 |
| 07/13/11 | Travel/Individual    Meals Kent, David, C. / DA | 7.08 |



| Date | Description | Amount |
|---|---|---|
| 07/13/11 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 07/13/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 07/14/11 | Westlaw | 7.03 |
| 07/14/11 | Delivery/Messenger    Service Federal Express Corporation | 19.80 |
| 07/14/11 | Delivery/Messenger    Service Federal Express Corporation | 162.73 |
| 07/14/11 | Delivery/Messenger    Service Federal Express Corporation | 43.69 |
| 07/14/11 | Delivery/Messenger    Service Federal Express Corporation | 163.76 |
| 07/14/11 | Travel/Individual    Meals Kent, David, C. / DA | 6.96 |
| 07/14/11 | Travel/Individual    Meals Kent, David, C. / DA | 52.95 |
| 07/15/11 | Overtime HVAC charge 1717 Dallas Partners, LLC | 4,387.50 |
| 07/15/11 | Travel/Lodging Kent, David, C. / DA | 321.35 |
| 07/15/11 | Travel/Individual    Meals Kent, David, C. / DA | 3.21 |
| 07/15/11 | Travel/Individual    Meals Kent, David, C. / DA | 3.29 |
| 07/15/11 | Travel/Individual    Meals Kent, David, C. / DA | 6.96 |
| 07/15/11 | Travel/Individual    Meals Kent, David, C. / DA | 1.49 |
| 07/15/11 | Other Travel-related expenses Kent, David, C. / DA | 23.68 |
| 07/15/11 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 07/15/11 | Parking/Tolls Kent, David, C. / DA | 78.77 |
| 07/15/11 | Parking/Tolls Kent, David, C. / DA | 4.00 |
| 07/15/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 07/18/11 | Telephone TAMPA    FL (181)328-9070 | 0.16 |
| 07/19/11 | Telephone WALTHAM    MA (178)190-7933 | 0.08 |
| 07/19/11 | Telephone    OMAHA    NE (140)263-0579 | 2.24 |
| 07/22/11 | Westlaw | 91.18 |
| 07/25/11 | Westlaw | 160.87 |
| 07/25/11 | Photocopy (14 @ $0.15) | 2.10 |
| 07/26/11 | Telephone WALTHAM    MA (178)190-7933 | 2.40 |
| 07/26/11 | Westlaw | 79.27 |
| 07/27/11 | Westlaw | 30.71 |

**Total Disbursements          $16,964.84**



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 22, 2011
Invoice No. 1030105
Page 33

**Total Due**   $221,357.34

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP | Bank: | Citibank, NA |
| Attention: Accounting Department | | One Sansome St., 24th Floor |
| 135 Main St. | | San Francisco, CA 94104 |
| 14th Floor | ABA/Routing Number: | 321 171 184 |
| San Francisco, CA 94105 | Account Number: | 200112936 |
| Reference: File Number & Invoice Number | Account Name: | Sedgwick LLP |
| | SWIFT Code: | CITIUS33 |
| E-mail: ar@sedgwicklaw.com | Reference: | File Number & Invoice Number |

## Expense Report - Transmittal Report



ER000000298521101B4

Spender Wayne B. Mason        From Jun 27, 2011  To Jun 27, 2011        Reimbursement Amt 602.03 USD

Report name Dinner with Tim Connolly & Allan Campo

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/27/11 | Group Meal | United St... | 602.03 USD | Jennifer M. Arevalo |

```
        & & &  404  & & &
***** CREDIT CARD VOUCHER *****
*******************************
THE RITZ-CARLTON HOTEL
DALLAS, TEXAS
FEARING'S RESTAURANT
CHECK:       1108
TABLE:       113/1
GST CHKID:   MASON S2
SERVER:      52 SHAD
DATE:        27JUN'11  8:02PM
CARD TYPE:   MASTERCARD
ACCT #:      XXXXXXXXXXXX5580
EXP DATE:    XX/XX
AUTH CODE:   915174
          WAYNE B MASON


SUBTOTAL:         502.03

GRATUITY $_____100_____

TOTAL    $_____602.03____

SIGNATURE_____

        GIVE THE GIFT OF DEAN
  FEARING'S GIFT CARDS ON SALE
```

WBM    @ 400 HON
Du Cunnoly  @ 200 (Wine)
Athu Cahyn  BnBev.

```
        & & &  404  & & &
    THE RITZ-CARLTON, DALLAS
        FEARING'S RESTAURANT
52 SHAD
--------------------------------
1 1 3/1        1 1 0 8     GST
3
            MASON S2
        27JUN'11  6:35PM
--------------------------------
  2 SHRIMP TACO          36.00
  3 COFFEE               18.00
  1 SHRIMP TACO          18.00
  Misc Personal Charge  〈115.00〉
  3 GAME DUO            165.00
  Misc Personal Charge   〈98.00〉
  1 BANANA PUDDING       10.00
  1 POPSICLES            10.00
  1 COCONUT              10.00
  Sub-Total:            480.00
     Tax                 22.03
 8:01 TOTAL DU  $502.03
    GIVE THE GIFT OF DEAN
FEARING'S GIFT CARDS NOW ON SALE

GRATUITY_____

TOTAL_____

ROOM NUMBER_____

PRINT LAST NAME_____

SIGNATURE_____
```

## Expense Report - Transmittal Report



ER0000003021 2110150

**Spender** Kurt W. Meaders     **From** Jun 24, 2011   **To** Jun 24, 2011     **Reimbursement Amt** 29.60 USD

**Report name** Rob Johnson - Trial Preparation

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/24/11 | Group Meal | United St... | 29.60  USD | Jennifer M. Arevalo |

# "SUBS SO FAST YOU'LL FREAK™"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **NAME** R. TA | | | **TIME:** 1/15 | | **INITIALS:** | | | |
| **ADDRESS:** 1717 main | | | | | **UNIT#** 4th Floor | | | |
| **PHONE:** 469 727 4644 | | | **BUS/DORM. NAME** | | | | | |

**SPECIAL NOTES:** 5528 32002924 5374

| Coca-Cola Coca-Cola | Diet Coke Diet Coke | Sprite Sprite | Lemonade Lemonade | | 27 |
|---|---|---|---|---|---|
| Coca-Cola Coca-Cola | Diet Coke Diet Coke | Sprite Sprite | Lemonade Lemonade | | $ 12 |
| REG. REG. | BBQ. BBQ. | S&V. S&V. | JALP. JALP. | | |
| REG. REG. | BBQ. BBQ. | S&V. S&V. | JALP. JALP. | | $ |
| PICKLE PICKLE | Choc Chunk Choc Chunk | Oat Raisin Oat Raisin | D.O.B. D.O.B. | FRESH BREAD | |
| PICKLE PICKLE | Choc Chunk Choc Chunk | Oat Raisin Oat Raisin | D.O.B. D.O.B. | FRESH BREAD | $ 6-00 |

| SANDWICH # | EXTRA MEAT | EXTRA CHEESE | EXTRA AVOCADO | SPECIAL INSTRUCTIONS | TOTAL |
|---|---|---|---|---|---|
| c/um | X | | | — m mayo picks | $6.10 |
| | | | | | $ |
| 12 | | | | | $6.25 |
| 12 w | | | | — m | $6.25 |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |

| 3384722 | Cash | Check 'add .50 | $ |
|---|---|---|---|
| | | **TOTAL** | $29.60 |

JIMMY JOHNS #1163
1414 ELM STREET
DALLAS, TX 75202

Merchant ID: 000000001654515
Term ID: 02482004
323198604999

### Sale

MC
XXXXXXXXXXXX5374
Entry Method: Manual
Apprvd: Online    Batch#: 000627
06/24/11              11:15:19

Inv #: 000006   Appr Code: 929566

Amount:        $      24.60
Tip:                    5.00
Total:              29.60

Customer Copy



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

**BILL TO**
SEDGWICK L L P
ATTN: SHERRY
1717 MAIN, 54TH FL
DALLAS, TX 75201

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 369852 | 07/02/11 | $ 690.80 |

| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|
| 4692278200 | | |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 179-0247 R ZARATE 03375.016679 | TO: BAILEY CROW & KUGLER 901 MAIN, STE 6550 DALLAS, TX 75202 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD DAYTIME DELIVERY = $ 11.19 | C MCCLURE 10:38 AM 06/28/11 | $ 11.19 |
| | Sub-Total For Reference No. 03375.016679 | | $ 11.19 |
| 167-0560 C DWYER 03668.000001 | FROM: SPECIAL DELIVERY PROCESS DEPT 5470 L B J FRWY DALLAS, TX 75240 TO: NEW BRAUNFELS PROCESS OFFICE NEW BRAUNFELS, TX 78130 | DELIVERED 9:17 AM 06/17/11 | $ 51.45 |
| 167-0561 C DWYER 03668.000001 | PROCESS SERVING: GREAT WIMBERLEY HAS BEEN SUCCESSFULLY SERVED. AT: 1000 SAGEMONT DRIVE WIMBERLEY, TX 78676 BY OUT OF TOWN PROCESS SERVER STANDARD OUT OF TOWN SERVING = $ 174.05 • WITNESS FEE = $ 11.00 • ADVANCE FEE = $ 5.00 | B M MCCALLICK 11:47 AM 06/23/11 | $ 190.05 |
| | Sub-Total For Reference No. 03668.000001 | | $ 241.50 |
| 179-0192 L GARNER 10711.000001 | TO: BARNES & ROBERTS 2816 COMMERCE ST DALLAS, TX 75226 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD DAYTIME DELIVERY = $ 23.32 | J ANDRN 10:10 AM 06/28/11 | $ 23.32 |
| 181-0816 L GARNER 10711.000001 | TO: CORI STEINMANN 2835 COTEAU WAY DALLAS, TX 75227 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD EVENING DELIVERY = $ 43.88 | F DOOR 5:05 PM 06/30/11 | $ 43.88 |
| | Sub-Total For Reference No. 10711.000001 | | $ 67.20 |
| 180-0155 R SLATEN F-STAR CASE (C | TO: ZELLE HOFFMAN BANK OF AMERICA BUILDING, 901 MAIN ST, STE 4000 DALLAS, TX FROM: SEDGWICK L L P 1717 MAIN, STE 5500 DALLAS, TX 75201 SUPER RUSH DAYTIME DELIVERY = $ 28.86 | N LEONARD 9:35 AM 06/29/11 | $ 28.86 |
| | Sub-Total For Reference No. F-STAR CASE (CNA) | | $ 28.86 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 2 | 369852 | 690.80 | 2,226.40 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at
(214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

**Expense Report - Transmittal Report**



ER00000034262110047

| | | | |
|---|---|---|---|
| **Spender** Cori Steinmann | **From** Jul 9, 2011 | **To** Jul 10, 2011 | **Reimbursement Amt** 36.42 USD |

**Report name** Lunches during weekend trial prep

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 7/10/11 | Group Meal | United St... | 23.65 USD | Jennifer M. Arevalo |
| 7/9/11 | Group Meal | United St... | 12.77 USD | Jennifer M. Arevalo |

## Expense Report - Transmittal Report



ER00000035062110110

**Spender** David C. Kent          **From** Jun 15, 2011  **To** Jun 15, 2011          **Reimbursement Amt** 34.95 USD

**Report name** Supplemental Expense for 06/15/2011

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/15/11 | Other Travel - ... | United St... | 34.95  USD | Jennifer M. Arevalo |

**Kent, David**

| | |
|---|---|
| **From:** | Gogo Inflight Internet [customercare@gogoinflight.com] |
| **Sent:** | Wednesday, June 15, 2011 11:39 AM |
| **To:** | Kent, David |
| **Subject:** | Thank you for purchasing Gogo Unlimited |

View in web browser | View on mobile device



# WELCOME
## TO GOGO

Hello David,

We are glad to have you on board. You can now use Gogo Unlimited on any Gogo-equipped flight. Please note your username: **kentd**.

Gogo Unlimited renews automatically on the same date of purchase each month (cancel anytime), so you don't have to buy a new pass each time you fly. Plus, at just $34.95 per month, you're getting the best value for frequent flyers.

Visit gogoinflight.com to sign in and click My Account to view charges for your Gogo Unlimited subscription.

Happy travels,
Gogo

| | | | |
|---|---|---|---|
| David Kent | | Date: | 06/15/2011 |
| Username: | kentd | Payment Method: | AMEX: xxxx 1572 |
| | | | |
| | | **Gogo Unlimited** | **$34.95** |
| | | **Total** | **$34.95** |

*HDR*

*Online Access*
*fee for air*
*travel*
*$34⁹⁵*

1

## Expense Report - Transmittal Report



ER000000350621110111

**Spender** David C. Kent     **From** Jun 8, 2011   **To** Jun 10, 2011     **Reimbursement Amt** 1,532.07 USD

**Report name** Tampa Trip for Witness Prep Session

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 16 | Audit required | Yes |
| Number of receipts to submit | 13 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | | Approver |
|---|---|---|---|---|---|
| 6/8/11 | Parking or Tolls | United St... | 2.00 | USD | Jennifer M. Arevalo |
| 6/8/11 | Individual Meal | United St... | 58.16 | USD | Jennifer M. Arevalo |
| 6/8/11 | Individual Meal | United St... | 4.11 | USD | Jennifer M. Arevalo |
| 6/8/11 | Car Rental | United St... | 88.60 | USD | Jennifer M. Arevalo |
| 6/8/11 | Airfare | United St... | 826.40 | USD | Jennifer M. Arevalo |
| 6/9/11 | Lodging | United St... | 358.38 | USD | Jennifer M. Arevalo |
| 6/10/11 | Parking or Tolls | United St... | 1.00 | USD | Jennifer M. Arevalo |
| 6/10/11 | Individual Meal | United St... | 6.35 | USD | Jennifer M. Arevalo |
| 6/10/11 | Individual Meal | United St... | 10.92 | USD | Jennifer M. Arevalo |
| 6/10/11 | Individual Meal | United St... | 4.12 | USD | Jennifer M. Arevalo |
| 6/10/11 | Other Travel - ... | United St... | 8.26 | USD | Jennifer M. Arevalo |
| 6/10/11 | Parking or Tolls | United St... | 78.77 | USD | Jennifer M. Arevalo |
| 6/10/11 | Airfare | United St... | 50.00 | USD | Jennifer M. Arevalo |

# TO DO LIST

Date: _____

1. ☐ _____ HDR - Trip to Tampa
2. ☐ for witness prep session June 8-10
3. ☐ _____
4. ☐ Hotel — 358.38
5. ☐ Airfare — 826.40
6. ☐ change fee - 50.00
7. ☐ Parking — 78.77
8. ☐ Tolls — 3.00
9. ☐ Rental Car —
10. ☐ Gas
11. ☐ Meals
12. ☐ Tips      Supp.

Listing
Continued
On
Next Page

TEXAS CHEMICAL COUNCIL

# TO DO LIST

Date: _____ June 8 - 10

1. ☐ _____ HDR Trip to Tampa _____

2. ☐ _____ Supplement _____

3. ☐ Rental Car — $88 60

4. ☐ Gas — 8 26

5. ☐ Meals 93 66

6. ☐ June 8 — 62.27

7. ☐ June 9 — 10.00 *

8. ☐ June 10 — 21.39

9. ☐ 93.66

10. ☐ * = No receipts     Total = $ 190 52

11. ☐ _____

12. ☐ _____

TEXAS CHEMICAL COUNCIL



## DOUBLETREE
### GUEST SUITES
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Room               709/NK1SV
Arrival Date       6/8/2011      8:03:00PM
Departure Date     6/10/2011

Adult/Child        1/0
Room Rate          $159.99

RATE PLAN          LV4
HH#  427205835 GOLD
AL
BONUS AL                    CAR

Confirmation: 82686833

6/10/2011       PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/8/2011 | 2816932 | GUEST ROOM | | | $159.99 | |
| 6/8/2011 | 2816932 | STATE TAX | | | $11.20 | |
| 6/8/2011 | 2816932 | CITY TAX | | | $8.00 | |
| 6/9/2011 | 2817570 | GUEST ROOM | | | $159.99 | |
| 6/9/2011 | 2817570 | STATE TAX | | | $11.20 | |
| 6/9/2011 | 2817570 | CITY TAX | | | $8.00 | |
| | WILL BE SETTLED TO AX *1572 | | | | $358.38 | |
| | EFFECTIVE BALANCE OF | | | | $0.00 | |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

### EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. | |
|---|---|---|---|
| 431089 | A | | |
| AUTHORIZATION | | | INITIAL |
| PURCHASES & SERVICES | | | |
| TAXES | | | |
| TIPS & MISC. | | | |
| TOTAL AMOUNT | 0.00 | | |

PAYMENT DUE UPON RECEIPT

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.




THANK YOU

 **AmericanAirlines®** PASSENGER RECEIPT
DUPLICATE

**AmericanAirlines®**

04JUN11

PASSENGER NAME
**KENT/DAVID**

RECORD
LOCATOR
**DVSTVC**

**DFW**
TPA AA 1112 G 08JUN GAOOER
DFW AA 849 M 10JUN MAOOERD

DFW AA TPA273.49GAOOERD1 AA DFW475.35MAOOERD5 748.

84END ZPDFWTPA XT7.40ZP9.00XFDFW4.5TPA4.5

Get the Citi(R) Platinum Select(R) / AAdvantage(R)
World MasterCard(R) and earn 15,000 bonus miles
after first purchase. Call 1-800-753-0901!

NOT VALID FOR TRAVEL

| FARE | 748.84 | USD | |
|---|---|---|---|
| TFC | 56.16 | US | FOP-TBM*AXXXXXXXXXXXX1572 |
| TFC | 5.00 | AY | 0012340448761 |
| TFC | 16.40 | XT | |
| TOTAL | 826.40 | USD | TFC=TAXES,FEES & CHARGES |

SSL-1 CPN 1109928

**Kent, David**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Friday, June 10, 2011 12:16 PM |
| **To:** | Kent, David |
| **Subject:** | AA eTDS Notification-DVSTVC |

 Miscellaneous Receipt

Reservations | Award Booking | My Account | Fare Sales & Offers



**Date of Issue: 10JUN11**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.

This receipt is for services advised to you by reservations.

If you have any questions regarding your reservations, please call 1-800-433-7300 or visit www.aa.com.

**Record Locator: DVSTVC**

 Book a hotel     Book a car     Buy trip insurance

 Budget Save up to 30%
AVIS Save up to 35%
 American Airlines Vacations. AAVacations.com
 DEALS & OFFERS Around the World -BOOK NOW-
 PERSONAL ONE-ON-ONE AIRPORT ASSISTANCE. FIVE-STAR SERVICE
 MULTIPLY your miles With Mileage Multiplier LEARN MORE

**Record Locator: DVSTVC**



**Receipt**

| PASSENGER | DOCUMENT NUMBER | FEE-USD | TAX | TRANS TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0010617905157 | 50.00 | 0 | 50.00 |

**Kent, David**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Saturday, June 11, 2011 1:29 AM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt - David Kent 6/08-6/10 |



# Airport Parking Receipt

**FreedomPark**
AIRPORT VALET SERVICES
**2001 – 2011**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1313947
Date: 6/8/2011 8:43:07 AM

SOLD David Kent
TO 214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1313947 | 6/8/2011 | 6/10/2011 | | $78.77 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | Credit Card Total | | $78.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

## DFW AIRPORT RAISES PARKING RATES

Effective October 1st 2010 **DFW AIRPORT TERMINAL PARKING** will increase from $17 per day to $19 per day.
Effective immediately **DFW AIRPORT VALET PARKING** is now $22 per day plus tax. **FreedomPark's rates will remain unchanged.**

## Thanks for using FreedomPark!

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 449587714 | 52191661 | D |

KENT,DAVID
BCN = EL292J    BCD = X773400
CV - CMXXXXXXXXXXXX8472
OUT TPA 08JUN11/1645 MI = 8468
IN  TPA 10JUN11/1300 MI = 8523
         55 MI@    .00 =
         HR@  26.75 =
          2 DY@ 34.33 =        68.66
**10.40% FEE          =         7.42
$  0.02 /DY TBS       =          .04
$  0.78 /DY VLF       =         1.56
$  0.56 /DY ERF       =         1.12
$  2.00 /DY SSU       =         4.00
TAXABLE SUBTOT        =        82.80
TAX 7.000%            =         5.80
FUEL SERVICE          =
TOTAL CHARGES         =        88.60
**CONCESSION RECOVERY FEE
TIRE BATT. SURCH.
*VEH LIC. REC. FEE
 ENERGY RECOVERY FEE
 STATE SURCHARGE

*Please check your car for personal effects.*

Oh Thank Heaven
    for 7-Eleven.

7-ELEVEN
5001 MEMORIAL HWY
TAMPA FL
PHONE #8138856390
STORE #25060
TID: 00072506041 08
DEBIT
************4364
ACCT TYPE
REF# 92000 04 007 9
06/10/2011 12:52:12

PUMP                   6
GRADE        RUL
GALLONS           2.308
PRICE/GAL    $    3.579
FUEL  SALE   $     8.26

APPROVED   025212
TERM SEQ # 969937

Interlink

    Thanks for
  your business.

---

STARBUCKS COFFEE A35/A38
DALLAS FT WORTH INT'L AIRPORT

10982 AMIRA
---------------------------------
CHK 8752 JUN08'11 11:55AM  GST 1
---------------------------------
      Subtotal

1 LATTE G              3.80

  SUBTOTAL             3.80
  TAX                  0.31
  AMOUNT PAID      4.11
  Cash                20.00
  CHANGE DUE          15.89

THANK YOU FOR YOUR BUSINESS!!!
Tell us about your experience
    will.collins@hmshost.com
   Will Collins  972.574.8710
HMSHost DFW International Airpor

Your order number is 8752

---

STARBUCKS
WESTIN TAMPA BAY
7627 W. COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607
813-712-8399

EMP: BARISTA D            GIFT CARD
Date 06/10/11             Time 09:16
Table 244                 STARBUCKS
219819
---------------------------------
Card Number  #########07510
Auth-Code.. 320635      Ctrl: 24749

Amount..           4.12

Tip....  _____

Total    _____

Remaining Balance          37.20

*** Customer Copy ***

```
                 HMSHOST
             POPEYE'S CHICKEN
       TAMPA INTERNATIONAL AIRPORT

  9665 HA
  ------------------------------
  CHK 9336 JUN10'11  1:48PM
  ------------------------------

  1 3 PC TNDR/SIDE        6.21
       BISCUIT (1)
       CJN RICE SM
       RANCH SAUCE
  1 JUC NAKED OJ          3.99

     SUBTOTAL            10.20
     TAX                  0.72
     AMOUNT            1 0 . 9 2
     CASH                20.02
     CHANGE               9.10

  HMS HOST POPEYES STORE # 10850
   THANK YOU FOR YOUR BUSINESS!
  TELL US ABOUT YOUR EXPERIENCE
       TIM JUUL 813-396-3983
        GENERAL MANAGER
       TIM.JUUL@HMSHOST.COM
```

**Your order number is 9336**

```
  3 GAIL H
  --------------------------------
  CK 1688     709           Gst 2
            Jun08'11 08:21PM
  --------------------------------

   Chkn Caesar            15.00
   Key Lime Pie            7.00
  Misc Personal Charge   <16.00>
   Delivery Charge         2.00
   22 %
   ROOM SVC 22%            8.36

   Subtotal               40.00
   Tax                     2.80
   Service Chrg            8.36
  :21PM Total            51.16

  Thank you for joining us.

  Tip Amt_____ 7. 00

  Total _____ 58.16

  Rm # _____

  Print Name_____

  Sign _____
```

```
           Double Tree
          @ Rocky Point

   108 George G
  --------------------------------
  Tbl 29/1    Chk 2405       Gst 1
            Jun10'11 08:41AM
  --------------------------------

   1 HH Cont B/F           10.00
   1 HH Upgrade             5.00
   100 %
   Hilton Honor           10.00-

    Subtotal                5.00
    Tax                     0.35
  08:41AM Total            5.35

   Thank you for joining us.

   Tip Amt          1.00

   Total            6.35
```

**Kent, David**

| From: | TollTag Store [customernotifications@ntta.org] |
| Sent: | Saturday, June 11, 2011 3:05 AM |
| To: | Kent, David |
| Subject: | Parking Receipt |

# DFW Airport Parking Receipt

| Entry : | June 10, 2011 16:00 | **Lane:** | DFW-NORTH-16 |
| Exit : | June 10, 2011 16:26 | **Lane:** | DFW-NORTH-58 |

| **Tag Number:** | DNT.06647970 | **License Plate:** | PBM977 | **License State:** | TX |

**Parking Fee:** $1.00
**NTTA Tag Charged:** $1.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Thursday, June 09, 2011 3:05 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | June 08, 2011 11:35 | **Lane:** | DFW-SOUTH-03 |
| **Exit :** | June 08, 2011 12:10 | **Lane:** | DFW-NORTH-55 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.06647970 | **License Plate:** | PBM977 | **License State:** | TX |
| **Parking Fee:** | $2.00 | | | | |
| **NTTA Tag Charged:** | $2.00 | | | | |

Taxes included.

Thank you for parking at DFW Airport.

## Expense Report - Transmittal Report



ER0000035062110112

**Spender** David C. Kent            **From** Jul 6, 2011   **To** Jul 7, 2011            **Reimbursement Amt** 774.96 USD

**Report name** Palm Beach (Witness Prep--Ed Copeland)

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 11 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 7/6/11 | Airfare | United St... | 422.40 USD | Jennifer M. Arevalo |
| 7/6/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 7/6/11 | Lodging | United St... | 154.29 USD | Jennifer M. Arevalo |
| 7/6/11 | Individual Meal | United St... | 43.10 USD | Jennifer M. Arevalo |
| 7/6/11 | Individual Meal | United St... | 4.49 USD | Jennifer M. Arevalo |
| 7/7/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 7/7/11 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 7/7/11 | Individual Meal | United St... | 5.58 USD | Jennifer M. Arevalo |
| 7/7/11 | Car Rental | United St... | 48.71 USD | Jennifer M. Arevalo |
| 7/7/11 | Other Travel - ... | United St... | 20.52 USD | Jennifer M. Arevalo |
| 7/7/11 | Individual Meal | United St... | 4.36 USD | Jennifer M. Arevalo |

# TO DO LIST

Date: _____

1. ☐    HDR (Witness Prep
2. ☐       with Ed Copeland)
3. ☐ Airfare      —    422.40
4. ☐ Hotel       —    154.29
5. ☐ Rent Car   —    48.71
6. ☐ Gas        —    20.52
7. ☐ Meals      —    57.53
8. ☐ Parking    —    52.51
9. ☐ Tolls       —    4.00
10. ☐ Tips        —    15.00
11. ☐
12. ☐       $ 774.96



**TEXAS CHEMICAL COUNCIL**



```
       STARBUCKS COFFEE D
  DALLAS FT WORTH INT'L AIRPORT

9394 MICHAEL
----------------------------------
CHK 931  JUL06'11 12:57PM  GST 1
----------------------------------
       S u b t o t a l

  1 LATTE V              4.15

    SUBTOTAL             4.15
    TAX                  0.34
    AMOUNT PAID         4.49
    Stbk Card            4.49
        Amount 4.49
      TerminalID Z0051164
       RefrNbr 9975030
  Redemption Approved for $4.49
      Card Balance 0.67
      Gift Card Charge 4.49
```

```
          WELCOME

       SALES RECEIPT
      57 543 663207


    DATE 07/07/11  1:01PM
    INVOICE# 111690
    AUTH#    307510
    PIN USED
      Debit
      ACCOUNT NUMBER
    XXXX XXXX XXXX 4364
    KENT/DAVID C

    PUMP PRODUCT     $/G
     02   UNLD   $3.739

    GALLONS   FUEL TOTAL
     5.489     $ 20.52

    INCL 0.060/G DISC

        THANK YOU
      COME BACK SOON
```

```
     HMSHOST/TARRA ENTERPRISES
        STARBUCKS COFFEE C
      PALM BEACH INT'L AIRPORT

210590 Marie
----------------------------------
CHK 4568                     GST 1
        JUL07'11  5:39PM
----------------------------------
      TO GO

  1 LATTE       T        2.85
  1 SHRTBRD COOKIE       1.25

    SUBTOTAL             4.10
    TAX                  0.26
    AMOUNT PAID         4.36
    CASH                 5.00
    CHANGE               0.64

  THANK YOU FOR YOUR BUSINESS!
```

**AVIS**
*We try harder.*   Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 402183401 | 52008224 | E |

**KENT,DAVID**
WIZ = DZ684K      AWD = A984200
CV - CAXXXXXXXXXXX1572
FTN AD/H106810              LC

```
* OUT FLL 06JUL11/1845 MI = 14539
  IN  PBI 07JUL11/1709 MI = 14666
      127 MI@      .00 =
       22 HR@    26.25 =
           DY@    34.99 =
  MINIMUM CHARGE      =      34.99
  **10.00% FEE        =       3.59
  7.5% TX FF MIDY*    =        .06
  $  3.95 /DY CFC     =       3.95
  $  0.56 /DY ERF     =        .56
  $  2.00 /DY SSU     =       2.00
  $  0.02 /DY TBS     =        .02
  $  0.78 /DY VLF     =        .78
  TAXABLE SUBTOT      =      45.95
  TAX 6.000%          =       2.76
  FUEL SERVICE        =

  TOTAL CHARGES       =      48.71
  **CONCESSION RECOVERY FEE
  CUST. FAC. FEE
  ENERGY RECOVERY FEE
```

*Please check your car for personal effects.*

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

Welcome to Dunkin' Donuts
Store #307286
1301 Royal Palm Beach Blvd, Royal Palm B
7/7/2011 10:21:30 AM

# Eat In
# Order Number:  688

Register:2          Tran Seq No: 1274688
Cashier:mairene m.

| | | |
|---|---|---|
| 1 | Latte MD Original | 2.84 |
| 1 | Skm Milk | |
| 1 | Apple Fritter | 1.49 |
| 1 | Donut | 0.93 |

| | |
|---|---|
| Sub. Total: | $5.26 |
| Tax: | $0.32 |
| Total: | $5.58 |
| Discount Total: | $0.00 |
| Change | $14.42 |
| Cash $20 | $20.00 |

*****************************************
## HEY AMERICA!
WANT A FREE DONUT WHEN YOU PURCHASE A
MEDIUM OR LARGER BEVERAGE?
Go to www.telldunkin.com on your
computer or mobile device in the next
3 days and tell us about your visit.

Te invitamos a participar en
nuestra encuesta.

Enter Validation Code: _____
Bring receipt with code to redeem offer.
Visit DunkinDonuts.com for
coupon restrictions.
Franchisee:  Please use PLU #201

Thank You Come Back Again

HILTON SINGER ISLAND
OCEAN FRONT RESORT
===== COCONUTS =====

149 Bart                          1

75/1          402      GST 1
     JUL06'11  8:03PM

O ke'Rgtuqpen'Ej cti g       <6.00>
1 BANANA MAHI MAHI    19.00
  baked sweet pot
1 CREME BRULEE         7.00
1 COFFEE               3.00

   FOOD TTL           29.00
   WINE TTL            6.00
   TAX                 2.10
8:53 TOTAL DUE   $37.10

TIP_____ 6.00
TOTAL_____ 43.10
SIGNATURE_____
ROOM #_____
PRINT NAME_____
     THANK YOU!!



# Hilton
### Singer Island Oceanfront Resort

3700 N. Ocean Drive • Singer Island, FL 33404
Phone (561) 848-3888 • Fax (561) 848-4299
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

KENT, DAVID
SEDGWICK LLP
1717 MAIN ST.
DALLAS, TX 75201
US

Room      721/K1RP
Arrival Date   7/6/2011    7:37:00PM
Departure Date   7/7/2011

Adult/Child    1/0
Room Rate    $139.00

RATE PLAN      LV5
HH#   427205835 GOLD
AL
BONUS AL       CAR

Confirmation: 3431044353

7/7/2011      PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/6/2011 | 2369275 | GUEST ROOM | $139.00 |
| 7/6/2011 | 2369275 | ROOM TAXES | $15.29 |
| | | WILL BE SETTLED TO AX *1572 | $154.29 |
| | | EFFECTIVE BALANCE OF | $0.00 |






*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

ESTIMATED CURRENCY TOTAL



*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!*

## Zip-Out Check-Out®

**Good Morning !**  We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  - + pay at the time of purchase.
  - + charge purchases to your account, then stop by the Front Desk for an updated statement.
  - + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 300166    A |

| AUTHORIZATION | | INITIAL |
|---|---|---|
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | 0.00 |





**Kent, David**

# Airport Parking Receipt



**FreedomPark**
AIRPORT VALET SERVICES
**2001 - 2011**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1323256
Date: 7/6/2011 11:25:44 AM

SOLD    David Kent
TO       214-535-6703
          david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1323256 | 7/6/2011 | 7/7/2011 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | | Credit Card Total | $52.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

### DFW AIRPORT RAISES PARKING RATES
Effective October 1st 2010 **DFW AIRPORT TERMINAL PARKING** will increase from $17 per day to $19 per day.
Effective immediately **DFW AIRPORT VALET PARKING** is now $22 per day plus tax. **FreedomPark's rates will remain unchanged.**

### Thanks for using FreedomPark!

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Friday, July 08, 2011 3:04 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | July 07, 2011 19:26 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | July 07, 2011 20:45 | **Lane:** | DFW-NORTH-56 |

**Tag Number:** DNT.06647970    **License Plate:** PBM977    **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Thursday, July 07, 2011 3:05 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | July 06, 2011 12:39 | **Lane:** | DFW-NORTH-15 |
| **Exit :** | July 06, 2011 13:49 | **Lane:** | DFW-NORTH-59 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.06647970 | **License Plate:** | PBM977 | **License State:** | TX |

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.





**West Palm Beach 7/6/11**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 06/29/11

## Flight reservation

| | | | |
|---|---|---|---|
| Orbitz record locator: | AP270601QG4J46E7 | **Traveler(s)** | **Frequent flier details** |
| Airline record locator: | American Airlines - GEDCZZ | DAVID KENT | American Airlines AAdvantage |
| Reservation made by: | david.kent@sedgwicklaw.com | | H106810 |
| Ticket numbers: | 0017990426642 | | |
| Total flight cost: | $422.40 USD | | |

---

**Flight 1: Wednesday, July 6, 2011**

**American Airlines 1408**   First Class | Boeing 737-800 Passenger (738) | 2hr 45min | 1113 miles

Depart:   **1:40pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **5:25pm   Fort Lauderdale, FL** Fort Lauderdale International (**FLL**)

   **Your flight is confirmed. The airline will assign seats at check-in.**
   **Upgrade confirmed.**

About upgrades

---

**Flight 2: Thursday, July 7, 2011**

**American Airlines 1140**   First Class | Boeing 737-800 Passenger (738) | 2hr 50min | 1096 miles

Depart:   **6:15pm   West Palm Beach, FL** West Palm Beach International (**PBI**)

Arrive:   **8:05pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

   **Your flight is confirmed. The airline will assign seats at check-in.**
   **Upgrade confirmed.**

About upgrades

   **This flight departs from a different airport.**

---

## Hotel reservation

| | |
|---|---|
| Orbitz Record Locator: | QJMQ46 |
| Hotel Confirmation number: | 3431044353NONMKINGCONF |
| Reservation made for: | David Kent |
| | (Must check in for this reservation) |
| Reservation made by: | david.kent@sedgwicklaw.com |
| Loyalty programs: | Hilton HHonors  427205835 |

Total charges :          139.00 USD (taxes not included)

---

| | | | |
|---|---|---|---|
| **Hilton Singer Island** | 3700 North Ocean Drive | | **Phone:** 1-561-848-3888 |
| **Oceanfront/Palm Beaches** | Singer Island, FL  33404 | | **Fax:** 1-561-848-4299 |
| | | | |
| Check-in:   **Wed, Jul 6, 2011** | 1500 | | |
| Check-out:   **Thu, Jul 7, 2011** | 1200 | | |
| **Room description:** Best available rate 1 king bed island partial oceanview stand-out balcony-minibar-mp3 clock | | | |

---

## Car rental reservation

## Expense Report - Transmittal Report



ER00000035062110113

**Spender** David C. Kent          **From** Jun 22, 2011  **To** Jun 24, 2011          **Reimbursement Amt** 1,636.57 USD

**Report name** Tampa (HDR Witness Prep Trip)

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 17 | Audit required | Yes |
| Number of receipts to submit | 15 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/22/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 6/22/11 | Individual Meal | United St... | 33.39 USD | Jennifer M. Arevalo |
| 6/22/11 | Individual Meal | United St... | 3.19 USD | Jennifer M. Arevalo |
| 6/23/11 | Individual Meal | United St... | 39.74 USD | Jennifer M. Arevalo |
| 6/23/11 | Individual Meal | United St... | 4.12 USD | Jennifer M. Arevalo |
| 6/23/11 | Individual Meal | United St... | 2.00 USD | Jennifer M. Arevalo |
| 6/23/11 | Lodging | United St... | 335.98 USD | Jennifer M. Arevalo |
| 6/24/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 6/24/11 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |
| 6/24/11 | Individual Meal | United St... | 8.89 USD | Jennifer M. Arevalo |
| 6/24/11 | Individual Meal | United St... | 4.12 USD | Jennifer M. Arevalo |
| 6/24/11 | Other Travel - ... | United St... | 10.83 USD | Jennifer M. Arevalo |
| 6/24/11 | Other Travel - ... | United St... | 8.99 USD | Jennifer M. Arevalo |
| 6/24/11 | Car Rental | United St... | 114.15 USD | Jennifer M. Arevalo |
| 6/24/11 | Airfare | United St... | 973.40 USD | Jennifer M. Arevalo |

# TO DO LIST

Date: __HDR (Witness Prep Trip)__

1. ☐ _____
2. ☐ Airfare        —      973.40 ✓
3. ☐ Hotel            335.98
4. ☐ Rental Car   —    114.15 ✓
5. ☐ Gas           —   19.82 ✓ ~~10.83~~
6. ☐ Parking       —     78.77
7. ☐ Tolls          —      4.00
8. ☐ Meals         —     95.45
9. ☐ Tips           —     15.00
10. ☐              $ ~~1,627.58~~
11. ☐              $ 1,636.57
12. ☐ _____

June 22 = 36.58
June 23 = 45.86
June 24 = 13.01
          95.45

TEXAS CHEMICAL COUNCIL

**Kent, David**

| From: | American Airlines@aa.com [notify@aa.globalnotifications.com] |
|---|---|
| Sent: | Friday, June 24, 2011 11:01 AM |
| To: | Kent, David |
| Subject: | E-Ticket Confirmation-MKRZLK 24JUN |

 **eTicket Itinerary & Receipt Confirmation**

Reservations   Award Booking   My Accounts   Fare Sales & Offers



Date of Issue: 24JUN11

David Kent:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: MKRZLK**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance





**Record Locator: MKRZLK**

**Itinerary**

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 1163 | TAMPA | FRI 24JUN 2:40 PM | DALLAS FT WORTH | 4:15 PM | L |
| | David Kent | FF#: H106810 | | Economy | Seat 7D | Food For Purchase |

1

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/CHARGE | TICKET TOTAL |
|-----------|---------------|----------|----------------|--------------|
| DAVID KENT | 0012364377118 | 862.32 | 86.08 | 948.40 |

| ADDITIONAL SERVICES | CURRENCY | AMOUNT |
|---------------------|----------|--------|
| External Reservation Handling Service | USD | 25.00 |

**Payment Type:** Exchange

$ 973 40

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   

 

We know why you fly'
**American Airlines**®
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 23215866522124105716399100



## DOUBLETREE
### GUEST SUITES
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
| --- |

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Room            401/NK1SV
Arrival Date    6/22/2011    7:49:00PM
Departure Date  6/24/2011

Adult/Child     1/0
Room Rate       $149.99

RATE PLAN           LV5
HH#  427205835 GOLD
AL
BONUS AL            CAR

Confirmation: 85802134

6/24/2011      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 6/22/2011 | 2825656 GUEST ROOM | | | $149.99 | | |
| 6/22/2011 | 2825656 STATE TAX | | | $10.50 | | |
| 6/22/2011 | 2825656 CITY TAX | | | $7.50 | | |
| 6/23/2011 | 2826272 GUEST ROOM | | | $149.99 | | |
| 6/23/2011 | 2826272 STATE TAX | | | $10.50 | | |
| 6/23/2011 | 2826272 CITY TAX | | | $7.50 | | |
| | WILL BE SETTLED TO AX *1572 | | | | $335.98 | |
| | EFFECTIVE BALANCE OF | | | | $0.00 | |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or
any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

ESTIMATED CURRENCY TOTAL

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and
relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*



### EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. |
| --- | --- | --- |
| 432177 | A | |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

PAYMENT DUE UPON RECEIPT

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

THRIFTY CAR RENTAL
TAMPA INTL APO
RENTAL RECORD:      OC1978266
KENT,DAVID
COMPLETED BY:       JP664T
RENTED:        TAMPA INTL APO
RENTAL:        06-22-11  1631
RETURN:        06-24-11  1329
VEH NUMBER:         W083333
MILES IN: 30693    OUT:30640
MILES DRIVEN:          53
CHECK IN FUEL LEVEL: 8  OUT:8
PLAN IN/OUT:        RXSD2
CLS:               FDAR
  2 DAYS @  $38.83      $77.66
SUBTOT                 $77.66
TAXABLE TOT:           $77.66
TIME                   $77.66
TAG REC
  2 DAYS @  $0.59        $1.18
FL SURCHG
  2 DAYS @  $2.02        $4.04
PASS 24
  2 DAYS @  $6.99       $13.98
ERF
  2 DAYS @  $0.45        $0.90
FUEL                    $8.99
CONCFEEREC              $9.84
FLATAX                  $7.18
TOTAL CHARGE          $123.77
NET DUE                 $0.00
PAYMENTS             -$123.77
PAID BY:  AX
CREDIT CARD#: ***********572

*Adjusted for gas =*
*$114.15*

**Oh Thank Heaven
for 7-Eleven.**

**7-ELEVEN
5001 MEMORIAL HWY
TAMPA FL**
**PHONE #8138856390
STORE #25060
TID: 00072506041 08
DEBIT
*************4364
ACCT TYPE
REF# 92000 89 048 2
06/24/2011 13:19:46**

**PUMP                  1
GRADE        RUL
GALLONS        3.104
PRICE/GAL    $ 3.489
FUEL   SALE  $ 10.83**

**APPROVED     051913
TERM SEQ # 914051**

**Interlink**

**Thanks for
your business.**

---

STARBUCK⌐        A37
DALLAS FT WO⌐    AIRPORT

11582 ROCHE
- - - - - - - - -     - - - - - -
CHK 2295 JUN22    9PM  GST 1
- - - - - - - - - - - - - - - - - -
       S u b t o t a l

1 LATTE T              2.95

   SUBTOTAL            2.95
   TAX                 0.24
   AMOUNT PAID      3 . 1 9
   Stbk Card           3.19
        Amount 3.19
     TerminalID Z0051158
       RefrNbr 8762559
  Redemption Approved for $3.19
       Card Balance 18.06
       Gift Card Charge 3.19

Your order number is ~ 2295

---

Double Tree
@ Rocky Point

104 CHRISTOP
- - - - - - - - -     - - - - - - -
Chk 930     Jun22'11 09:38PM Gst 0
- - - - - - - - - - - - - - - - - - -
 1 Shrimp Skewer         11.00
 *Misc Personal Charge*  ‹16.00›

   Subtotal              27.00
   Tax                    1.89
10:24PM Total            28.89

Thank you for joining us.

Tip Amt_____          4.50

Total _____           33.39

Rm # _____

Double Tree
@ Rocky Point

102 Maurice
-----------------------------------------
Tbl 12/1        Chk 3273        Gst 1
            Jun23'11 08:39AM
-----------------------------------------
1 HH Cont B/F               10.00
100 %
Hilton Honor               10.00-

08:39AM Total           0.00

Thank you for joining us.

Tip Amt_____ 2.00

Total _____

Double Tree
@ Rocky Point

100 KARIM B
-----------------------------------------
Tbl 14/1        Chk 3322        Gst 1
            Jun23'11 09:09PM
-----------------------------------------
Misc Personal Charge      <17.00>
1 Key Lime Pie              7.00
Misc Personal Charge       <8.00>

Subtotal                  32.00
Tax                        2.24
09:37PM Total            34.24

Thank you for joining us.

Tip Amt_____ 5.50

Total _____ 39.74

Rm # _____

STARBUCKS
WESTIN TAMPA BAY
7627 W. COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607
813-712-8399

EMP: BARISTA D              GIFT CARD
Date 06/23/11              Time 09:05
Table  253                 STARBUCKS
223382
-------------------------------------------
Card Number  ##########07510
Auth-Code.. 341081         Ctrl: 28409

Amount..          4.12

Tip....  _____

Total    _____

Remaining Balance              13.94

STARBUCKS
WESTIN TAMPA BAY
7627 W. COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607
813-712-8399

EMP: BARISTA D              GIFT CARD
Date 06/24/11              Time 09:33
Table  254                 STARBUCKS
223726
-------------------------------------------
Card Number  ##########07510
Auth-Code.. 642618         Ctrl: 28767

Amount..          4.12

HMSHOST
POPEYE'S CHICKEN
TAMPA INTERNATIONAL AIRPORT

9746 J'KERA
-------------------------------------------
CHK 5493 JUN24'11  2:00PM
-------------------------------------------
** TO GO **

1 3 PC TNDR/SIDE           6.21
    BISCUIT (1)
    CJN RICE SM
    RANCH SAUCE
1 SODA FTN 21              2.09

    SUBTOTAL              8.30
    TAX                   0.59
    AMOUNT                8.89
    CASH                 20.00
    CHANGE               11.11

HMS HOST POPEYES STORE # 10850

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Friday, June 24, 2011 9:27 PM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt – David Kent 6/22-6/24 |

# Airport Parking Receipt



**FreedomPark**
AIRPORT VALET SERVICES
**2001 - 2011**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1318917
Date: 6/21/2011 2:08:30 PM

SOLD
TO

David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1318917 | 6/22/2011 | 6/24/2011 | | $78.77 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total | $78.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**DFW AIRPORT RAISES PARKING RATES**
Effective October 1st 2010 **DFW AIRPORT TERMINAL PARKING** will increase from $17 per day to $19 per day.
Effective immediately **DFW AIRPORT VALET PARKING** is now $22 per day plus tax. **FreedomPark's rates will remain unchanged.**

**Thanks for using FreedomPark!**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Thursday, June 23, 2011 3:02 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | June 22, 2011 11:43 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | June 22, 2011 12:20 | **Lane:** | DFW-NORTH-56 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.06647970 | **License Plate:** | PBM977 | **License State:** | TX |
| **Parking Fee:** | $2.00 | | | | |
| **NTTA Tag Charged:** | $2.00 | | | | |

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

From:          TollTag Store [customernotifications@ntta.org]
Sent:          Saturday, June 25, 2011 3:09 AM
To:            Kent, David
Subject:       Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | June 24, 2011 16:05 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | June 24, 2011 17:06 | **Lane:** | DFW-SOUTH-37 |
| **Tag Number:** | DNT.06647970 | **License Plate:** PBM977 | **License State:** TX |
| **Parking Fee:** | $2.00 | | |
| **NTTA Tag Charged:** | $2.00 | | |

Taxes included.

Thank you for parking at DFW Airport.

1

## Expense Report - Transmittal Report



ER00000035062110114

| Spender David C. Kent | From Jun 19, 2011  To Jun 21, 2011 | Reimbursement Amt 1,463.32 USD |

**Report name** To Tampa (Witness Prep with Jim Brittain)

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 17 | Audit required | Yes |
| Number of receipts to submit | 15 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/13/11 | Airfare | United St... | 763.40 USD | Jennifer M. Arevalo |
| 6/19/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 6/19/11 | Car Rental | United St... | 109.33 USD | Jennifer M. Arevalo |
| 6/19/11 | Individual Meal | United St... | 4.49 USD | Jennifer M. Arevalo |
| 6/19/11 | Individual Meal | United St... | 11.19 USD | Jennifer M. Arevalo |
| 6/19/11 | Individual Meal | United St... | 32.32 USD | Jennifer M. Arevalo |
| 6/20/11 | Lodging | United St... | 352.78 USD | Jennifer M. Arevalo |
| 6/20/11 | Other Travel - ... | United St... | 31.03 USD | Jennifer M. Arevalo |
| 6/20/11 | Other Travel - ... | United St... | 21.31 USD | Jennifer M. Arevalo |
| 6/20/11 | Group Meal | United St... | 46.40 USD | Jennifer M. Arevalo |
| 6/20/11 | Individual Meal | United St... | 3.80 USD | Jennifer M. Arevalo |
| 6/20/11 | Individual Meal | United St... | 4.12 USD | Jennifer M. Arevalo |
| 6/21/11 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 6/21/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 6/21/11 | Individual Meal | United St... | 6.64 USD | Jennifer M. Arevalo |

# TO DO LIST

Expense voucher

Date: _____

1. ☐  _HDR (Witness Prep Meeting_
2. ☐  _With Jim Brittain [HDR witness]_
3. ☐  _____
4. ☐  _Airfare_  —  763.40
5. ☐  _Hotel_  —  352.78
6. ☐  _Rental Car_  —  109.33
7. ☐  _Gas_  —  21.31
8. ☐  _Parking_  52.51
9. ☐  _Meals_  —  ~~110.13~~  *
10. ☐  _Tips_  —  20.00  *
11. ☐  _Tolls_  —  4.00
12. ☐  _Misc._  —  31.03

June 19 - 45.49
June 20 - 60.00 *
June 21 - 6.69

$ ~~1,466.49~~

$ 1,463.32

**TEXAS CHEMICAL COUNCIL**

✳ = Missing some receipts

Double Tree
@ Rocky Point

103 GAIL H
---------------------------------
Chk 889         Jun19'11 10:37PM Gst 0
---------------------------------
  1 Chkn Wings            10.00
  Misc Personal Charge  <16.00>

  Subtotal               26.00
  Tax                     1.82
10:55PM Total            27.82

Thank you for joining us.

Tip Amt___           4.50

Total ___            32.32

Rm #
  STARBUCKS Store #14316
    1600 W Kennedy Blvd
    Tampa, FL  (813) 251-3728
1672452 Kathleen
---------------------------------
         CHK 686891
      06/20/2011 06:35AM
---------------------------------
       Drive Thru
  Vt Latte                3.85
    Nonfat
  Cash                   20.00

  Subtotal                3.85
  Tax 7.0%                0.27
  Total                   4.12
Change Due            $15.88

-------- Check Closed ----------
      06/20/2011 06:36:52AM

       STARBUCKS
     WESTIN TAMPA BAY
7627 W. COURTNEY CAMPBELL CAUSEWAY
      TAMPA, FL 33607
        813-712-8399

EMP: BARISTA D          GIFT CARD
Date 06/20/11           Time 11:41
Table 255               STARBUCKS
222533
---------------------------------
Card Number  ##########07510
Auth-Code.. 075480      Ctrl: 27545

Amount..           3.80

Tip....  _____

Total    _____

---

# CVS/pharmacy

    5905 US HWY. 301 S, RIVERVIEW, FL
    PHARMACY: 740-8463 STORE:

REG#02 TRN#9143 CSHR#0808134 STR#7225

ExtraCare Card #: ********8358

  REESE P&B CUP 2.5Z
1 @ 4/   5.00          1.25B SAVED   .62

1 A&W ROOTBEER  2OZ      1.59B
1 OFF FAM C S&D 4Z       6.89T
1 OREOS         2Z        .77B

4 ITEMS
  SUBTOTAL              10.50
  FL 7.0% TAX            .69
  TOTAL                11.19
  DEBIT                11.19
  ************4364       MS
  CHANGE                 .00

   2507 2251 1709 1430 27
RETURNS WITH RECEIPT THRU 08/18/2011

  JUNE 19, 2011          8:50 PM

TRIP SUMMARY:
  Today You Saved         .62

      STARBUCKS COFFEE C27
   DALLAS FT WORTH INT'L AIRPORT

   11667 FADUMO
---------------------------------
CHK 1192 JUN19'11 12:10PM  GST 1
---------------------------------
       Subtotal

1 LATTE V              4.15

  SUBTOTAL             4.15
  TAX                  0.34
  AMOUNT PAID          4.49
  Stbk Card            4.49
     Amount  4.49
  TerminalID Z0051151
    RefrNbr 8503395
  Redemption Approved for $4.49
    Card Balance 35.75
    Gift Card Charge 4.49

Your order number is 1192

Double Tree
@ Rocky Point

104 CHRISTOP

Tbl 1/1          Chk 3120          Gst 2
                Jun20'11 06:59PM

1 Bkn Groupr Sand           14.00
Misc Personal Charge       ‹16.00›
Misc Personal Charge        ‹7.75›

    Subtotal                37.75
    Tax                      2.65
08:00PM Total              40.40

Thank you for joining us.

Tip Amt_____ 6.00

Total _____ 46.40

Rm # ____ 732

Print Name_____

Sign _____
DCK + Stuart Simon .

---

DOLLAR RENT A CAR
TAMPA INTL APO
RENTAL RECORD:          SR3393224
KENT,DAVID C
COMPLETED BY:             FGAR2D
RENTED:         TAMPA INTL APO
RENTAL:         06-19-11  1638
RETURN:         06-21-11  0545
VEH NUMBER:             W773441
MILES IN: 6940      OUT:6810
MILES DRIVEN:               130
CHECK IN FUEL LEVEL: 8  OUT:8
PLAN IN/OUT:             RXS02
CLS:                      FDAR
  2 DAYS @   $23.80      $47.60
SUBTOT                   $47.60
TAXABLE TOT:             $47.60
TIME                     $47.60
TAG REC
  2 DAYS @    $0.59       $1.18
FL SURCHG
  2 DAYS @    $2.02       $4.04
NAV
  2 DAYS @   $12.99      $25.98
PASS 24
  2 DAYS @    $6.99      $13.98
ERF
  2 DAYS @    $0.45       $0.90
CONCFEEREC                $9.41
FLATAX                    $6.24
TOTAL CHARGE            $109.33
NET DUE                   $0.00
PAYMENTS               -$109.33
PAID BY: AX
CREDIT CARD#: ^^^^^^^^^^^^^572

---

HMSHOST
STARBUCKS COFFEE
TAMP INT'L AIRPORT

9648 YARITZA
----------------------------------
CHK 5639 JUN21'11  6:05AM  GST 2
----------------------------------

1 LATTE V                   4.10
1 SCONE                     2.10

   SUBTOTAL                 6.20
   TAX                      0.44
   AMOUNT PAID           6.64
   Stbk Card                6.64

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

---

Oh Thank Heaven
  for 7-Eleven.

7-ELEVEN
5001 MEMORIAL HWY
TAMPA FL
PHONE #8138856390
STORE #25060
TID: 00072506041 08
DEBIT
*************4364
ACCT TYPE
REF# 92000 36 071 6
06/20/2011 20:40:12

PUMP                    6
GRADE       RUL
GALLONS             6.056
PRICE/GAL     $ 3.519
FUEL  SALE    $ 21.31

APPROVED   024020
TERM SEQ # 983376

Interlink

   Thanks for
  your business.

Bloomingdale Golfers Club
Proshop

06/20/2011                    7:07:54 AM
Employee: 24 Brent
Z: 1
Ticket: 66490

Description                    Total
--------------------------------------

Online Reservation $29         58.00
   2 @ 29.00
   Item #101000110100089

Subtotal                       58.00
Taxes                           4.06
Total                          62.06

Pay Type: AMEX                 62.06
   Authorization 281765

   xxxxxxxxxxxx1572      ½ = Activity
                         with Jim
                         Brittain  03
                            #31

Lessee agrees to keep said property in
  the same condition as when received.  It
  is expressly understood and agreed the
  Lessor shall not be liable for damages
  for any kind whatsoever, whether to
  person and or property, and or for the
  loss of time, and or any other loss,
  rising from the use of, operation of, or
  in any way connected with said property
  or any part therof, from whatever cause
  arising.  Lessee agrees to hold Lessor
  free from all damages.  The Lessee
  agrees to hold Lessor free from all
  damages.  The lessee agrees to pay or
  reimburse the Lessor on return of said
  property to Lessor for all charges
  incidental to all breakages, shortages,
  or damages, other than ordinary wear, to
  said property during the term thereof.


Signature_____

Thank You For choosin


Bloomingdale Golfers Club Tee   7:35 AM
========================================
(2) Brittain


X_____
SIGNATURE        xxxxxxxxxxxx1572
Authorization 281765

## DOUBLETREE
### GUEST SUITES®
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Room            732/NK1SV
Arrival Date    6/19/2011   10:19:00PM
Departure Date  6/21/2011

Adult/Child     1/0
Room Rate    *  $152.99

RATE PLAN        S-AAA
HH#  427205835 GOLD
AL    AA  #H106810
BONUS AL              CAR

Confirmation: 80817527

6/21/2011     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/19/2011 | 2823947 | GUEST ROOM | | | $152.99 | |
| 6/19/2011 | 2823947 | STATE TAX | | | $10.71 | |
| 6/19/2011 | 2823947 | CITY TAX | | | $7.65 | |
| 6/20/2011 | 2824492 | GUEST ROOM | | | $161.99 | |
| 6/20/2011 | 2824492 | STATE TAX | | | $11.34 | |
| 6/20/2011 | 2824492 | CITY TAX | | | $8.10 | |
| | WILL BE SETTLED TO AX *1572 | | | | $352.78 | |
| | EFFECTIVE BALANCE OF | | | | $0.00 | |

Hilton HHonors®
Points & Miles

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

ESTIMATED CURRENCY TOTAL

### *EXPRESS CHECK-OUT*

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| 432204 | A |

| AUTHORIZATION | | INITIAL |
|---|---|---|
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

PAYMENT DUE UPON RECEIPT

**PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.**

THANK YOU

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Monday, June 20, 2011 3:04 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | June 19, 2011 11:50 | **Lane:** | DFW-NORTH-13 |
| **Exit :** | June 19, 2011 13:31 | **Lane:** | DFW-NORTH-55 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.06647970 | **License Plate:** PBM977 | **License State:** | TX |
| **Parking Fee:** | $2.00 | | | |
| **NTTA Tag Charged:** | $2.00 | | | |

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**



eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 13JUN11**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the

oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s)

purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: EDLBQR**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets

within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or

at a Self-Service Check-In machine at the airport.  Check-in options may be found

at  www.aa.com/options.  For information regarding American Airlines checked

baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at**

**the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a

priority verification card at the security screening checkpoint.

 Book a hotel        Book a car        Buy trip insurance



Budget Save up to 30%

AVIS Save up to 35%

AmericanAirlines Vacations.

DEALS & OFFERS Around the World
►BOOK NOW◄

PERSONAL ONE-ON-ONE AIRPORT ASSISTANCE.
FIVE-STAR SERVICE

MULTIPLY your miles With AAdvantage Mileage Multiplier
LEARN MORE ►



**Record Locator: EDLBQR**

**Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA | 1112 | DALLAS FT WORTH | SUN 19JUN 12:55 PM | TAMPA | 4:20 PM | L |
| | David Kent | FF#: H106810 | | Economy | | Food For Purchase |

1

| American Airlines | | GLD | | | | |
|---|---|---|---|---|---|---|
| **AA** | 1935 | TAMPA | TUE 21JUN 6:40 AM | DALLAS FT WORTH | 8:10 AM | W |
| American Airlines | | David Kent | FF#: H106810 GLD | | Seat 11A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012340990078 | 690.23 | 73.17 | 763.40 |
| Payment Type: American Express XXXXXXXXXXX1572 | | | | Total: $763.40 |

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   

 

We know why you fly*
AmericanAirlines®
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 15445242275813204018422200



**DFW Airport   Parking Receipt**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Entry Location** | Tuesday | June | 21, 2011 08:09 | Lane: | DFW-NORTH-16 |
| **Exit Location** | Tuesday | June | 21, 2011 08:52 | Lane: | DFW-NORTH-59 |

| | |
|---|---|
| **Tag Number** | DNT.06647970 |
| **Parking Fee** | $2.00 |
| **NTTA Tag Charged** | $2.00 |

**Taxes Included**

**THANK YOU FOR PARKING AT THE          DFW Airport**

**Kent, David**

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Tuesday, June 21, 2011 8:06 PM
**To:** Kent, David
**Subject:** Airport Parking Receipt - David Kent 6/19-6/21

# Airport Parking Receipt



**FreedomPark**
AIRPORT VALET SERVICES
2001 - 2011
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1317727
Date: 6/19/2011 9:17:57 AM

SOLD   David Kent
TO     214-535-6703
       david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1317727 | 6/19/2011 | 6/21/2011 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|--|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | Credit Card Total | $52.51 | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**DFW AIRPORT RAISES PARKING RATES**
Effective October 1st 2010 **DFW AIRPORT TERMINAL PARKING** will increase from $17 per day to $19 per day.
Effective immediately **DFW AIRPORT VALET PARKING** is now $22 per day plus tax. FreedomPark's rates will remain unchanged.

**Thanks for using FreedomPark!**

1717 Dallas Partners, LLC
P. O. Box 840467
Dallas, TX 75284

Sedgwick, Detert, Moran, and
Arnold
1717 Main Street
Suite 5400
Dallas, TX 75201

Statement

Sedgwick Detert Moran & Arnold

996-500            Comerica Bank Tower

| Date | Invoice# | Lease | Space | Charge Description | LSEDGDE00 | TSEDGDE00 | Outstanding 8/01/11 |
|---|---|---|---|---|---|---|---|
| 7/01/11 | R0002604 | LSEDGDE00 | 004 | Electrical Reimbursement | Over 30 Days | | 1,922.66 |
| 7/01/11 | R0002604 | LSEDGDE00 | 001 | Excess Operating Expenses | Over 30 Days | | 90.86 |
| 7/01/11 | R0002604 | LSEDGDE00 | 012 | Excess Operating Expenses | Over 30 Days | | 21.40 |
| 7/01/11 | R0002604 | LSEDGDE00 | 003 | Excess Operating Expenses | Over 30 Days | | 23.53 |
| 7/01/11 | R0002604 | LSEDGDE00 | 004 | Excess Operating Expenses | Over 30 Days | | 47.94 |
| 7/01/11 | G0006861 | LSEDGDE00 | 001 | Billable Engineering | Less than 30 | | 22.50 |
| 7/15/11 | G0006881 | LSEDGDE00 | 001 | Administration Fee - Taxable | Less than 30 | | 3.38 |
| 7/15/11 | G0006881 | LSEDGDE00 | 001 | Sales Tax | Less than 30 | | 2.14 |
| 7/15/11 | G0006882 | LSEDGDE00 | 001 | Billable Electrical | Less than 30 | | 6.63 |
| 7/15/11 | G0006882 | LSEDGDE00 | 001 | Billable Engineering | Less than 30 | | 7.50 |
| 7/15/11 | G0006882 | LSEDGDE00 | 001 | Administration Fee - Taxable | Less than 30 | | 2.13 |
| 7/15/11 | G0006882 | LSEDGDE00 | 001 | Sales Tax | Less than 30 | | 1.35 |
| 7/15/11 | G0006883 | LSEDGDE00 | 001 | Billable Vendor Invoices | Less than 30 | | 292.28 |
| 7/15/11 | G0006883 | LSEDGDE00 | 001 | Administration Fee - Taxable | Less than 30 | | 43.84 |
| 7/15/11 | G0006883 | LSEDGDE00 | 001 | Sales Tax | Less than 30 | | 3.62 |
| 7/15/11 | G0006884 | LSEDGDE00 | 001 | Billable Overtime HVAC | Less than 30 | | 4,162.50 |
| 7/15/11 | G0006884 | LSEDGDE00 | 001 | Administration Fee - Taxable | Less than 30 | | 624.38 |
| 7/15/11 | G0006884 | LSEDGDE00 | 001 | Sales Tax | Less than 30 | | 51.51 |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|
| .00 | 5,223.82 | 70,445.53 | .00 | .00 |

75,669.35

*(handwritten notes)*

800-08 = $ 14,945.00
9,046.85
808-08 = $ 4389.50
270.00

HVAC > 10711.1 = $
HVAC > 10148.4 = $

 

## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

ComericA
BANK TOWER

*During regular business hours: fax your request to 214-658-1618 for processing.*
*After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.*

COMPANY NAME: Sedgwick LLP                     SUITE: 55

YOUR NAME: Kurt Meaders                        DATE: 5/21/11

| Date Requested | Day | Floor | On Time* | | Off Time* | |
|---|---|---|---|---|---|---|
| 5/21/11 | Saturday | 55 | 12:30 noon am/pm | TO | 5:00 | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |

*Note:* Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**"START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _____          Title: Partner

Print Name: Kurt Meaders                     CC: Ken Word / Shari Doolpp

Comments: 10711. 00001    HDR

**ENGINEERING • PH 214-658-1607 • FAX 214-658-1643**          **SECURITY • PH 214-658-1621**

| AFTER REGULAR BUSINESS HOURS: | FOR |
|---|---|
| Date/Time Received: 5-21-11 12:35 | Ente |
| Security Officer: Jordan Roz | Date |
| Engineer Called: Sammy D. | Date |
| Date/Time Called: 5-21-11 12:35 | |

revised 4.14.2006

 

## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

Comerica
BANK TOWER

> *During regular business hours: fax your request to 214-658-1618 for processing.*
> *After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.*

COMPANY NAME: _Sedgwick LLP_          SUITE: _54_

YOUR NAME: _Kurt Meaders_          DATE: _5/22/11_

| Date Requested | Day | Floor | On Time | | Off Time |
|---|---|---|---|---|---|
| 5/22/11 | Sunday | 65 | 10:45 am/pm | TO | 2:00 am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |

**Note:**  *Always indicate AM or PM.*
*When applicable, please indicate "noon" or "midnight".*

## *START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER

Tenant Signature: _[signature]_          Title: _Partner_
Print Name: _Kurt Meaders_          CC: _Keri Wood / Shari Dodge_
Comments: _10711.00001_

### ENGINEERING PH 214-108-1607   FAX 214-658-1618       SECURITY   PH 214-658-1624

AFTER REGULAR BUSINESS HOURS:          FOR OFFICE USE ONLY:

Date/Time Received: _0947   5-22-11_          Entered By: _____
Security Officer: _S. Hendrick_          Date/Time Received: _____
Engineer Called: _S. Dowdy_          Date/Time Programmed: _____
Date/Time Called: _0949   5-22-11_

revised 4.14.2006

 

# AFTER HOURS AIR CONDITIONING REQUEST
## Comerica Bank Tower Security

ComericA
BANK TOWER

*During regular business hours: fax your request to 214-888-1818 for processing.*
*After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.*

COMPANY NAME: _Sedgwick_          SUITE: _55_

YOUR NAME: _Kurt Meaders_         DATE: _6/11/11_

| Date Requested | Day | Floor | On Time | | | Off Time |
|---|---|---|---|---|---|---|
| 6/11/11 | Saturday | 55 | 7:30 am/pm | TO | 5:00 | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |

*Note:* Always indicate AM or PM.
*When applicable, please indicate "noon" or "midnight".*

**"START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER"**

Tenant Signature: _____     Title: _Partner_

Print Name: _Kurt Meaders_          CC: _Ken Wood, Shar Dodge_

Comments: _10711.0000 /_

**ENGINEERING PH 214 698 7100   FAX 214 698 8121   SECURITY PH 214 698 8121**

AFTER REGULAR BUSINESS HOURS:          FOR OFFICE USE ONLY:

Date/Time Received: _6/11/11  1010_     Entered By: _____

Security Officer: _____          Date/Time Received: _____

Engineer Called: _Sameer, Dowdy_        Date/Time Programmed: _____

Date/Time Called: _6/11/11  1012_

revised 4.14.2006





# AFTER HOURS AIR CONDITIONING REQUEST
## Comerica Bank Tower Security

**ComericA BANK TOWER**

During regular business hours: fax your request to 214-659-1618 for processing.
After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.

COMPANY NAME: Sedgwick          SUITE: 5400

YOUR NAME: Kurt Meader          DATE: 6/12/11

| Date Requested | Day | Floor | On Time* | | Off Time* | |
|---|---|---|---|---|---|---|
| 6/12/11 | Sunday | 55 | 1:15 | am/pm TO | 4:30 | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |

Note:    Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _____

Print Name: Kurt Meaders          Title: Partner

Comments: 10711.0001          CC: Kurt Wood / Shari Dowdy

**ENGINEERING**

AFTER REGULAR BUSINESS HOURS:

Date/Time Received: 6-12-11   1118
Security Officer: Chris Meek
Engineer Called: Sammy Dowdy
Date/Time Called: 6-12-11   1118

972-757-9609
revised 4.14.2005





# AFTER HOURS AIR CONDITIONING REQUEST
## Comerica Bank Tower Security

**Comerica BANK TOWER**

| During regular business hours: fax your request to 214-658-1618 for processing. |
| :-- |
| After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console. |

**COMPANY NAME:** _Sedgwick LLP_          **SUITE:** _5400_

**YOUR NAME:** _Kurt Meadows_          **DATE:** _6/18/11_

| Date Requested | Day | Floor | On Time* | | | Off Time* | |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| 6/18/11 | SATURDAY | 55 | 8:15 | am/pm | TO | 5:00 | am/pm |
| 6/19/11 | SUNDAY | 65 | 8:15 | am/pm | TO | 5:00 | am/pm |
|  |  |  |  | am/pm | TO |  | am/pm |
|  |  |  |  | am/pm | TO |  | am/pm |
|  |  |  |  | am/pm | TO |  | am/pm |
|  |  |  |  | am/pm | TO |  | am/pm |

Note:     Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

| **\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER** |
| :-- |

**Tenant Signature:** _[signature]_          **Title:** _Partner_

**Print Name:** _Kurt Meadows_          **CC:** _Keri Wood / Shari Dodge_

**Comments:** _10711.00000 1_

| ENGINEERING  Ph: 214-658-1607     Fax: 214-658-1618     SECURITY  Ph: 214-658-1621 |
| :-- |

| AFTER REGULAR BUSINESS HOURS: | FOR OFFICE USE ONLY: |
| :-- | :-- |
| Date/Time Received: _6/18/11  8:15_ | Entered By: _____ |
| Security Officer: _Luis Esparza_ | Date/Time Received: _____ |
| Engineer Called: _Gary Aaron_ | Date/Time Programmed: _____ |
| Date/Time Called: _6/18/11  8:15_ | |

revised 4.14.2006

 

## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

ComericA
BANK TOWER

*During regular business hours: fax your request to 214-853-1618 for processing.
After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.*

COMPANY NAME: Sedgwick LLP      SUITE: 54

YOUR NAME: Kurt. Meaders      DATE: 6/25/11

| Date Requested | Day | Floor | On Time* | | | Off Time* |
|---|---|---|---|---|---|---|
| 6/25/11 | SATURDAY | 54 and 55 | 9:55 am/pm | TO | 5:a | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |

Note:    Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _____      Title: Paralegal
Print Name: Kurt Meaders      CC: Shai Dodge  Keri Wood
Comments: 10711.0000.1

**ENGINEERING  PH: 214-698-1602  Fax 214-658-1618       SECURITY  PH: 214-858-1621**

AFTER REGULAR BUSINESS HOURS: | FOR OFFICE USE ONLY:
Date/Time Received: 6-25-11 901 | Entered By: _____
Security Officer: Jordan Ruiz | Date/Time Received: _____
Engineer Called: Gary Aaron | Date/Time Programmed: _____
Date/Time Called: 6-25-11 9:01 |

revised 4.14.2006

 

# AFTER HOURS AIR CONDITIONING REQUEST
## Comerica Bank Tower Security

ComericA
BANK TOWER

> During regular business hours: fax your request to 214-658-1618 for processing.
> After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.

COMPANY NAME: _Sedgwick_     SUITE: _54_

YOUR NAME: _Kurt Meador_     DATE: _6/26/11_

| Date Requested | Day | Floor | Off Time* | | | Off Time* | |
|---|---|---|---|---|---|---|---|
| 6/26/11 | Sunday | 54 and 55 | 7 | am/pm | TO | 5 | am/pm |
| | | | | am/pm | TO | | am/pm |
| | | | | am/pm | TO | | am/pm |
| | | | | am/pm | TO | | am/pm |
| | | | | am/pm | TO | | am/pm |
| | | | | am/pm | TO | | am/pm |

Note: Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _____     Title: _PARTNER_

Print Name: _Kurt Meador_     cc: _8 Terri Ward_

Comments: _10711. 0000 1_

**ENGINEERING  Ph: 214-658-1607  Fax: 214-658-1618     SECURITY  Ph: 214-658-1624**

AFTER REGULAR BUSINESS HOURS:

Date/Time Received: _907  6-26-11_

Security Officer: _Jordan Ruiz_

Engineer Called: _Gary Aaron_

Date/Time Called: _907  6-26-11_

FOR OFFICE USE ONLY:

Entered By: _____

Date/Time Received: _____

Date/Time Programmed: _____

revised 4.14.2006




# AFTER HOURS AIR CONDITIONING REQUEST
## Comerica Bank Tower Security

**COMERICA BANK TOWER**

During regular business hours: fax your request to 214-658-1618 for processing.
After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.

COMPANY NAME: _Sedgwick LLP_     SUITE: _5400_

YOUR NAME: _Kent Meades_     DATE: ~~To~~ _7/2/11_

| Date Requested | Day | Floor | On Time* | | Off Time* |
|---|---|---|---|---|---|
| SATURDAY 7/2 | SATURDAY | 54 and 55 | 8 am/pm | TO | 6 am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |

*Note:* Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

### *START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER

Tenant Signature: _[signature]_     Title: _Partner_
Print Name: _Kent Meades_     CC: _Keri Wood_
Comments: _10711. 00001    HDR_

ENGINEERING   Ph: 214-658-1607   Fax: 214-658-1618     SECURITY   Ph: 214-658-1621

**AFTER REGULAR BUSINESS HOURS:**

Date/Time Received: _7/2/11   759_

Security Officer: _Luis Espin_

Engineer Called: _Nihl BJikley_

Date/Time Called: _7/2/11_

**FOR OFFICE USE ONLY:**

Entered By: _____

Date/Time Received: _____

Date/Time Programmed: _____

revised 4.14.2006

 

## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

**ComericA BANK TOWER**

During regular business hours: fax your request to 214-658-1618 for processing.
After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.

COMPANY NAME: _Sedgwick LLP_     SUITE: _5700_

YOUR NAME: _Kurt Meador_     DATE: _7/3/11_

| Date Requested | Day | Floor | On Time* | | Off Time* |
|---|---|---|---|---|---|
| 7/3/11 | Sunday ~~Saturday~~ Sunday | 54 and 55 | 8:45 am/pm | TO | 6:00 am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |

9/9

**Note:** Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

### *START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER

Tenant Signature: _____     Title: _PARTNER_

Print Name: _Kurt MEADOR_     CC: _Keri Wood_

Comments: _10711.0001    HDR_

**ENGINEERING   Ph: 214-658-1507  Fax: 214-658-1618       SECURITY   Ph: 214-658-1621**

| AFTER REGULAR BUSINESS HOURS: | FOR OFFICE USE ONLY: |
|---|---|
| Date/Time Received: _845   7/3/11_ | Entered By: _____ |
| Security Officer: _Jordan Ruiz_ | Date/Time Received: _____ |
| Engineer Called: _Nihubuikui_ | Date/Time Programmed: _____ |
| Date/Time Called: _845   7/3/11_ | |

revised 4.14.2006





## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

ComericA
BANK TOWER

> *During regular business hours: fax your request to 214-658-1518 for processing.*
> *After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.*

COMPANY NAME: _SEDGWICK     LLP_          SUITE: _5400_

YOUR NAME: _Kurt Meaders_                 DATE: _7/09/2011_

| Date Requested | Day | Floor | On Time* | | Off Time* | |
|---|---|---|---|---|---|---|
| 7/09/11 | SATURDAY | 54 and 55 | 8:45 am/pm | TO | 5:00 am/pm | ✓4/✓4 |
| | | | am/pm | TO | am/pm | |
| | | | am/pm | TO | am/pm | |
| | | | am/pm | TO | am/pm | |
| | | | am/pm | TO | am/pm | |
| | | | am/pm | TO | am/pm | |

*Note:* Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _Kurt_              Title: _Partner_
Print Name: _Kurt Meaders_            CC: _Keri Wood_
Comments: _10711. 00000 1_
_HDR_

**ENGINEERING  PH 214-658-1607  Fax 214-658-1518        SECURITY  PH 214-658-1621**

| AFTER REGULAR BUSINESS HOURS: | FOR OFFICE USE ONLY: |
|---|---|
| Date/Time Received: _7-9-11  8:42_ | Entered By: _____ |
| Security Officer: _Jordan Quil_ | Date/Time Received: _____ |
| Engineer Called: _Sammy D._ | Date/Time Programmed: _____ |
| Date/Time Called: _7-9-11  8:42_ | |

revised 4.14.2006

 

## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

**ComericA BANK TOWER**

| During regular business hours: fax your request to 214-658-1618 for processing. |
| After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console. |

COMPANY NAME: *Sedgwich*          SUITE: *5400*

YOUR NAME: *Kurt Meador*          DATE: *7/10/11*

| Date Requested | Day | Floor | On Time* | | Off Time* |
|---|---|---|---|---|---|
| Sunday 7/10 | Sunday | 56 | 8:30 am/pm | TO | 5:00 am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |

**Note:** Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _____   Title: *Partner*
Print Name: *Kurt Meador*   CC: *Ken Worn*
Comments: *10711.0000l*

**ENGINEERING Ph: 214-658-1807   Fax 214-658-1618        SECURITY Ph: 214-658-1621**

| AFTER REGULAR BUSINESS HOURS: | FOR OFFICE USE ONLY: |
|---|---|
| Date/Time Received: *7-10=11  8:34* | Entered By: _____ |
| Security Officer: *Jordan Ruiz* | Date/Time Received: _____ |
| Engineer Called: *Sammy Dowldy* | Date/Time Programmed: _____ |
| Date/Time Called: *7-10-11  834* | |

revised 4.14.2006

**Expense Report - Transmittal Report**



ER00000030212110152

**Spender** Kurt W. Meaders  **From** Jul 2, 2011  **To** Jul 3, 2011  **Reimbursement Amt** 26.25 USD

**Report name** Lunch - Trial Preparation

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 7/2/11 | Group Meal | United St... | 26.25 USD | Jennifer M. Arevalo |

# "SUBS SO FAST YOU'LL FREAK™"

| NAME | Rita | TIME: | INITIALS: AE |
|---|---|---|---|
| ADDRESS: 1717 May | | UNIT# Calla gex | |
| PHONE: 469-777-4699 | BUS/DORM. NAME | | |

**SPECIAL NOTES:**

| Coca-Cola Coca-Cola | Diet Coke Diet Coke | Sprite Sprite | Lemonade Lemonade | | | $ 1.25 |
|---|---|---|---|---|---|---|
| Coca-Cola Coca-Cola | Diet Coke Diet Coke | Sprite Sprite | Lemonade Lemonade | | | $ 1.39 |
| REG. (REG.) | BBQ. BBQ. | S&V S&V | JALP. (JALP.) | (circle) (circle) | | $ |
| REG. REG. | BBQ. BBQ. | S&V S&V | JALP. JALP. | (circle) (circle) | | $ |
| PICKLE PICKLE | Choc Chunk Choc Chunk | Oat Raisin Oat Raisin | D.O.B. D.O.B. | FRESH BREAD | | |
| PICKLE PICKLE | Choc Chunk Choc Chunk | Oat Raisin Oat Raisin | D.O.B. D.O.B. | FRESH BREAD | | $ |

| SANDWICH # | EXTRA MEAT | EXTRA CHEESE | EXTRA AVOCADO | SPECIAL INSTRUCTIONS | TOTAL |
|---|---|---|---|---|---|
| 10 | | | | | $ 6.?? |
| 3 | | | | | $ 5.?? |
| 12 | | | | | $ 6.25 |
| 5528 | | | | | $ |
| | 3200 | | | 08/12 | $ |
| | | 2924 | | | $ |
| | | | 5374 | | $ |
| 3384946 | Cash | | Check 'add .50 | | $ |
| | | | | **TOTAL** | $ 20.25 |

JIMMY JOHNS #1165
1714 ELM STREET
DALLAS, TX 75202

Merchant ID: 00000001654515
...  ID: 02482804
   L98604999

### Sale

MC
   XXXXXXXXXX5374
Entry Method: Manual
Aprvd: Online      Batch#: 000t41
07/02/11              11:38.0?

Inv #: 000002  Appr Code: 298486

Amount:        $      20.25
Tip:                    5.00
                  ------------
Total:              20.25
                  ============

Customer Copy

## Expense Report - Transmittal Report



ER000000302121101153

**Spender** Kurt W. Meaders      **From** Jul 3, 2011     **To** Jul 3, 2011      **Reimbursement Amt** 26.25 USD

**Report name** Trial preparation

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 7/3/11 | Group Meal | United St... | 26.25  USD | Jennifer M. Arevalo |

# "SUBS SO FAST YOU'LL FREAK™"

| NAME Rita | | TIME: 221 | INITIALS: LJ |
|---|---|---|---|
| ADDRESS: 717 Main | | | UNIT# |
| PHONE: 469-227-4644 | BUS/DORM. NAME 54-Infl | | |

**SPECIAL NOTES:**

| Coca Cola Coca Cola | Diet Coke Diet Coke | Sprite Sprite | Lemonade Lemonade | | |
|---|---|---|---|---|---|
| Coca Cola Coca Cola | Diet Coke Diet Coke | Sprite Sprite | Lemonade Lemonade | | $ |
| REG. REG. | BBQ. BBQ. | S&V S&V | JALP. JALP. | | |
| REG. REG. | BBQ. BBQ. | S&V. S&V | JALP. JALP. | | $2.50 |
| PICKLE PICKLE | Choc Chunk Choc Chunk | Oat Raisin Oat Raisin | D.O.B. D.O.B. | FRESH BREAD | |
| PICKLE PICKLE | Choc Chunk Choc Chunk | Oat Raisin Oat Raisin | D.O.B. D.O.B. | FRESH BREAD | $ |

| SANDWICH # | EXTRA MEAT | EXTRA CHEESE | EXTRA AVOCADO | SPECIAL INSTRUCTIONS | TOTAL |
|---|---|---|---|---|---|
| 1 W | | i | | | $ 7.25 |
| 5 | | | | —tom | $ 5.25 |
| 9 | | | | | $ 6.25 |
| | | | | | $ |
| | | | | | $ |
| 55 28 | 3200 | 2924 537+ | | | $ |
| | | exp: 01/12 | | | $ |
| 3384959 | Cash | | Check 'add .50 | | $ |
| | | | | **TOTAL** | $ |25 |

JIMMY JOHNS #1163
1414 ELM STREET
DALLAS, TX 75202

Merchant ID: 000000016545
Term ID: 02482804
323198604999

### Sale

MC

XXXXXXXXXX5374

Entry Method: Manual

Aprvd: Online    Batch#: 0001

/03/11            12:33

Inv #: 000004  Appr Code: 735

Amount:        $      21.00

Tip:                    5.00
                  -----------
Total:                26.25
                  ===========

Customer Copy

21.00

26.25
— 5.25
_____
21.00





# FUNDAMENTAL AMERICAN™
FORMERLY LONE STAR LITIGATION SUPPORT

# invoice

| date | invoice # |
|---|---|
| 7/6/2011 | 2111 |

**bill to:**

Sedgwick LLP
1717 Main Street - Suite 5400
Dallas, Texas  75201

Sedgwick LLP
1717 Main Street - Suite 5400
Dallas, Texas  75201

**214.742.1113 | 214.745.1718 fax | fundamentalamerican.com | copy@fundamentalamerican.com**

| Client Matter # | Terms | Rep | Order Date | Ordered By | Job # |
|---|---|---|---|---|---|
| 1071.000001 | 2% 10 Net 30 | GMM | 7/6/2011 | GAIL F. | 201107005 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Blow | Black & White Image Blowback | 6,246 | 0.08 | 499.68T |
| Blow_Color | Color Image Blowback | 194 | 1.00 | 194.00T |
| | Sales Tax | | 8.25% | 57.23 |

OK to Pay
10711.00001    3021

* A P 1 3 7 8 0 4 5 *

please pay from invoice and remit to:

**FA Dallas Operations, LLC**
**PO Box 670732**
**Dallas, TX 75367-0732**
**Tax ID: 27-4462395**

# total    $750.91

received by:                    date:    7-7-11

   

## Expense Report - Transmittal Report



ER00000029852110166

| | | | |
|---|---|---|---|
| Spender Wayne B. Mason | **From** Jul 5, 2011  **To** Jul 8, 2011 | | **Reimbursement Amt** 2,085.79 USD |

**Report name** HDR - Trial Prep/Reservoir inspection

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 20 | Audit required | Yes |
| Number of receipts to submit | 17 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo ,

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 6/28/11 | Airfare | United St... | 198.70 USD | Jennifer M. Arevalo |
| 6/30/11 | Airfare | United St... | 650.70 USD | Jennifer M. Arevalo |
| 6/30/11 | Other Travel - ... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 7/5/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 7/5/11 | Individual Meal | United St... | 42.31 USD | Jennifer M. Arevalo |
| 7/5/11 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 7/5/11 | Group Meal | United St... | 87.83 USD | Jennifer M. Arevalo |
| 7/5/11 | Group Meal | United St... | 357.79 USD | Jennifer M. Arevalo |
| 7/6/11 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 7/6/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 7/6/11 | Individual Meal | United St... | 54.13 USD | Jennifer M. Arevalo |
| 7/6/11 | Individual Meal | United St... | 23.37 USD | Jennifer M. Arevalo |
| 7/7/11 | Airfare | United St... | 15.00 USD | Jennifer M. Arevalo |
| 7/7/11 | Other Travel - ... | United St... | 26.39 USD | Jennifer M. Arevalo |
| 7/7/11 | Group Meal | United St... | 80.41 USD | Jennifer M. Arevalo |
| 7/7/11 | Taxi, Trains, o... | United St... | 102.43 USD | Jennifer M. Arevalo |
| 7/7/11 | Car Rental | United St... | 156.77 USD | Jennifer M. Arevalo |





**Norfolk 7/7/11**
This trip includes flights and car rental.
Reservation Made: 06/30/11

## Flight reservation

| | | |
|---|---|---|
| Orbitz record locator: | AP270601X6DJ9UE7 | **\*Traveler(s)** |
| Airline record locator: | Delta Air Lines - GVRJYP | WAYNE BRIAN MASON |
| Reservation made by: | lavella.garner@sedgwicklaw.com | |
| Ticket numbers: | 0067990427126 | |
| **Total flight cost:** | $217.40 USD | |

**Frequent flier details**
Delta Air Lines SkyMiles
2010915557

---

**Thursday, July 7, 2011**

**Delta Air Lines 2372**   Economy | Boeing 757 Passenger (757) | 1hr 40min | 408 miles

Depart:   **4:35pm   Tampa, FL** Tampa International (TPA)

Arrive:   **6:15pm   Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)

   Your flight is confirmed. The airline will assign seats at check-in or you may <u>select seats</u>.

   Change planes. Time between flights: 1hr 7min

**Delta Air Lines 1004**   Economy | Boeing 757 Passenger (757) | 1hr 46min | 517 miles

Depart:   **7:22pm   Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)

Arrive:   **9:08pm   Norfolk, VA** Norfolk International (ORF)

   Your flight is confirmed. The airline will assign seats at check-in or you may <u>select seats</u>.

Total duration: 4hr 33min | Total miles: 925 miles

---

## Car rental reservation

| | |
|---|---|
| Confirmation number: | 09655802US2 |
| Primary driver: | WAYNE MASON |
| Reservation made by: | lavella.garner@sedgwicklaw.com |
| Loyalty program: | HE408Y |
| Daily rate: | $25.00* |

---

**Avis      Midsize**

| | | |
|---|---|---|
| **Pick-up** | **Thu, Jul 7, 2011 9:00pm** | Norfolk International (ORF) (in terminal) **Phone: 757-853-3178** 800-331-1212 |
| **Drop-off** | **Sun, Jul 10, 2011 5:30pm** | drop-off location same as pick-up location listed above |

---

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

*Personal*

# AmericanAirlines®



**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **EEGENQ** | **Purchased -** | **ORF/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Jun 30, 2011** | You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |

## Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| AMERICAN AIRLINES | 1035 | ORF Norfolk | Jul 10, 2011 06:15 PM | DFW Dallas/ Fort Worth | Jul 10, 2011 08:30 PM | Economy  W | 15B |

## Your Notifications

| Contact | Notification Summary | Actions |
|---|---|---|
| : | | Enabled |

## Fare Summary

| Average Fare per Person:   640.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| PriorityAAccess$^{SM}$ and Same-Day Standby | **Complimentary** |
| Total Fare per Person | **640.00 USD** |
| Additional Taxes and Fees per Person | 10.70 USD |
| **Total Price** | **650.70 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.

## Summary Details

### Credit Card Information

| Card Type: | MASTER CARD |
|---|---|
| Account #: | **** **** **** 5580 |
| Expiration Date: | ******** |
| Description: | DC Business |

### Delivery Information

| E-Ticket E-MAIL: | WAYNE.MASON@SDMA.COM00/00/00 |
|---|---|

### Contact Information

| Cell Phone: | (1) 214-707--8235 |
|---|---|
| Email Address: | WAYNE.MASON@SDMA.COM |

Business ExtrAA Account Number:

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 1035 | ORF Norfolk | DFW Dallas/ Fort Worth | 0 | Requested |
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

## Reminder:

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW

# AmericanAirlines°



**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **DZQZXQ** | **Purchased -** | **DFW/TPA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Jun 28, 2011** | You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |

## Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| AA AMERICAN AIRLINES | 418 | DFW Dallas/ Fort Worth | Jul 05, 2011 08:05 AM | TPA Tampa | Jul 05, 2011 11:30 AM | Economy N | 17B |

## Your Notifications

| Contact | Notification Summary | Actions |
|---|---|---|
| | | Enabled |

## Fare Summary

| Average Fare per Person: Departure - 188.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 188.00 USD |
| PriorityAAccess[SM] and Same-Day Standby | **Complimentary** |
| Total Fare per Person | **188.00 USD** |
| Additional Taxes and Fees per Person | 10.70 USD |
| **Total Price** | **198.70 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.

## Summary Details

### Credit Card Information

| | |
|---|---|
| Card Type: | MASTER CARD |
| Account #: | **** **** **** 5580 |
| Expiration Date: | ********* |
| Description: | DC Business |

### Delivery Information

| | |
|---|---|
| E-Ticket E-MAIL: | WAYNE.MASON@SDMA.COM00/00/00 |

### Contact Information

| | |
|---|---|
| Cell Phone: | (1) 214-707--8235 |
| Email Address: | WAYNE.MASON@SDMA.COM |
| Business ExtrAA Account Number: | |

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 418 | DFW Dallas/ Fort Worth | TPA Tampa | 0 | Requested |

500-mile Upgrades may be purchased at the airport or at a discount when purchased online.

Reminder:

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW



## Premier Transportation

1341 W. Mockingbird Lane, Suite 201W

Dallas, TX 75247

**Phone:** 214-351-7000

**Fax:** 214-351-7020

# Transportation Receipt

Client:

Sedgwick LLP
Lavella Garner

, TX 0

| Description | |
|---|---|

| TripID : | 401486 | **Vehicle Type :** | Sedan |
|---|---|---|---|

**Dept. # :**        **GroupName:**

Placed by :   Lavella Garner

Passenger :    Mr. Wayne B. Mason   m: (214)707-8235

| Pick Up Date : | 07-08-11 | Drop Off Date : | 07-08-11 |
|---|---|---|---|
| Pick Up Time : | 10:40 PM | Drop Off Time : | 11:55 PM |

**Routing Information :**

Pickup At :     DFW International Airport AA1035,    # DFW TX 75261

Dropoff At :    Mason Residence   8722 Sanshire Ave # Dallas TX 75231

Name :   Wayne Mason

Payment Type :    **Master Card**

Card #:    XXXXXXXXXXX5580

Expires :    2/2013

PO # :

| | | |
|---|---|---|
| **Trip Charges** | | $ 66.50 |
| **Additional Charges** | | |
| Administrative Fee | | $7.98 |
| Airport Tolls | | $6.00 |
| Fuel Surcharge 13 | | $8.65 |
| **Standard Gratuity:** | 20.00   % | $ 13.30 |
| **Special Gratuity** | | $ 0.00 |
| **Tax:** | 0.00   % | $ 0.00 |
| **Total** | | $ 102.43 |

***2009 NATIONAL OPERATOR OF THE YEAR***



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 1402 |
| | 1717 Main St Ste 5400 | Arrival | 07-05-11 |
| | Dallas TX 752017367 | Departure | 07-07-11 |
| | United States | Page No. | 1 of 2 |
| | | Folio Window | 1 |
| Membership | GP   G94604106N | Folio | 159755 |
| Bonus Code | | Invoice | |
| Confirmation No. | 5744879801 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---:|
| 07-05-11 | - Armani's Lounge Dinner Beverage | Room# 1402 : CHECK# 0347474 | 42.31 | |
| 07-05-11 | Gift Shop | 3243700 | 8.07 – P | |
| 07-05-11 | Valet Parking | | 12.00 | |
| 07-05-11 | Package Room | | 99.00 | |
| 07-05-11 | State Sales Tax | | 6.93 | |
| 07-05-11 | Occupancy Tax | | 4.95 | |
| 07-06-11 | - In Room Dining Breakfast Food | Room# 1402 : CHECK# 0295042 | 54.13 | |
| 07-06-11 | Valet Parking | | 12.00 | |
| 07-06-11 | Package Room | | 99.00 | |
| 07-06-11 | State Sales Tax | | 6.93 | |
| 07-06-11 | Occupancy Tax | | 4.95 | |
| 07-07-11 | - Oyster Lounge Lunch Food | Room# 1402 : CHECK# 0326798 | 80.41 | |
| 07-07-11 | Master Card | XXXXXXXXXXXX5580   XX/XX | | 430.68 |



## INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 1402 |
| | 1717 Main St Ste 5400 | Arrival | 07-05-11 |
| | Dallas TX 752017367 | Departure | 07-07-11 |
| | United States | Page No. | 2 of 2 |
| | | Folio Window | 1 |
| Membership | GP    G94604106N | Folio | 159755 |
| Bonus Code | | Invoice | |
| Confirmation No. | 5744879801 | | |
| Group Name | | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| | **Total** | **430.68** | **430.68** |
| | **Balance** | | **0.00** |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

# ▲ DELTA 

PASSENGER RECEIPT      00      EXCESS BAGGAGE
07JUL11 0066           US           TICKET
DL/MF         TPA FTO

MASON/WAYNEBRIAN
  **NOT VALID FOR**
  **TRANSPORTATION**

THIS IS YOUR RECEIPT

PSGR TICKET 0067990427126

TPA DL ATL DL ORF
  PIECE   25.00                              GVRJYP/DL
EBC    25.00

FOR CONDITIONS OF
CONTRACT – SEE
PASSENGER TICKET AND
BAGGAGE CHECK

USD    25.00          AXXXXXXXXXXXX1006/599433

NOT VALID FOR TRAVEL
                    1

0  006 8247843322 1      0  006 8247843322 1

USD25.00

---

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 406042814 | 51959611 | E |

**MASON,WAYNE**
WIZ = HE408Y      AWD = A984200
CV - CMXXXXXXXXXXXX5580
FTN AD/M610686              P0
OUT TPA 05JUL11/1215 MI = 14459
IN  TPA 07JUL11/1516 MI = 14592
    133 MI@    .40 =
         HR@  30.76 =
      3 DY@  41.00 =      123.00
**10.40% FEE          =       13.24
7.5% TX FF MIDY       =         .19
$  0.56 /DY ERF       =        1.68
$  2.00 /DY SSU       =        6.00
$  0.02 /DY TBS       =         .06
$  0.78 /DY VLF       =        2.34
TAXABLE SUBTOT        =      146.51
TAX  7.000%           =       10.26
FUEL SERVICE          =
**TOTAL CHARGES       =      156.77
**CONCESSION RECOVERY FEE
*ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED    150

*Please check your car for personal effects.*

---

SHELL            , 5T542490503
1002 N WEST SHORE BLVD
TAMPA       , FL
33607

07/07/2011 03:07:06 PM 159065820

XXXX XXXX XXXX 5580 MASTERCARD
INVOICE 207514
AUTH 976628

PUMP# 6
REGULAR CR              7.2520
PRICE/GAL               3.639

FUEL TOTAL            $ 26.39

Subtotal = $ 26.39
Tax = $  0.00
---------
Total = $ 26.39
$ 26.39
CREDIT

---

BAY BREEZE CAFE
5426 BAY CENTER DR 125
TAMPA, FL 33609

07/06/2011                    12:06:58
Merchant ID:      000000001912957
Terminal ID:            03004428
276206996882

CREDIT CARD
MC SALE

CARD #          XXXXXXXXXXXX5580
INVOICE                     0031
Batch #:                  000074
Approval ID:              689322
Entry Method:             Swiped
Mode:                     Online

MDSE/SERVICES            $23.37

TIP              _____

TOTAL AMOUNT     _____

CUSTOMER COPY

```
      OYSTERCATCHERS LOUNGE
      GRAND HYATT TAMPA BAY
CHECK:        6719
GST CHKID:  21
SERVER:     640 MELINDA
DATE:       JUL05'11  1:22PM
CARD TYPE:  MASTERCARD
ACCT #:     XXXXXXXXXXXX5580
EXP DATE:   XX/XX
AUTH CODE:  359735
RESEARCH:   000000000000
      WAYNE B MASON


SUBTOTAL:        73.83

TIP: _____  14 —

TOTAL: _____ 87.83

_____
CUSTOMER SIGNATURE

    I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
          AGREEMENT
```

```
      OYSTERCATCHERS LOUNGE
      GRAND HYATT TAMPA BAY
640 MELINDA
----------------------------------
CHK 6719        21          GST 3
       JUL05'11 12:49PM
----------------------------------
  1 L-Arugula            7.00
  1 L-Snapper           19.00
  1 L-Tuna Melt         12.00
  1 L-Grouper           24.00
  2 ICED TEA             7.00
    SUBTOTAL            69.00
    TAX                  4.83
    PAYMENT DUE     73.83
```

```
          OYSTERCATCHERS LOUNGE
          GRAND HYATT TAMPA BAY
640 MELINDA                           1
-----------------------------------------
CHK 6798          12            GST 2
          JUL07'11 12:55PM
-----------------------------------------
  1 L-Arugula
  1 L-Hearts Palm              7.00
  1 L-Grouper                  9.00
  1 L-Fish Taco               24.00
  1 ICED TEA                  16.00
  1 Soda                       3.50
    SUBTOTAL                   3.50
    TAX                       63.00
    PAYMENT DUE               4.41
                             67.41
*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY: _____ 13 -

TOTAL: _____ 80.41

ROOM NUMBER: _____ 1402

SIGNATURE: _____

PRINT NAME: _____
* * GRATUITY NOT INCLUDED * *
```

```
          OYSTERCATCHERS LOUNGE
          GRAND HYATT TAMPA BAY
640 MELINDA
-----------------------------------------
CHK 6798          12            GST 2
          JUL07'11 12:55PM
-----------------------------------------
  1 L-Arugula                  7.00
  1 L-Hearts Palm              9.00
  1 L-Grouper                 24.00
  1 L-Fish Taco               16.00
  1 ICED TEA                   3.50
  1 Soda                       3.50
    SUBTOTAL                  63.00
    TAX                        4.41
    PAYMENT DUE               67.41
```

CHART HOUSE TAMPA
7616 Courtney Campbell
Tampa Bay, Florida 33607
(813) 289-7773

Server: Vinny                    DOB: 07/05/2011
08:54 PM                               07/05/2011
Table 105/1                              2/20023

                    SALE

M/C                                      2097163
Card #XXXXXXXXXXXXX5580
Magnetic card present: MASON WAYNE B
Card Entry Method:  S

Approval: 779160

          Amount:        $ 307.79

          + Tip:           50-

          = Total:        357.79

      I agree to pay the above
      total amount according to the
      card issuer agreement.

X _____

          Like us on Facebook
Planning a special event? Wedding? Signifi
  We Offer Two Beautiful Banquet Rooms!!
        Contact us at 813 289-7773.

                Guest Copy

---

CHART HOUSE TAMPA
7616 Courtney Campbell
Tampa Bay, Florida 33607
(813) 289-7773

Server: Vinny                          07/05/2011
Table 105/1                              8:33 PM
Guests: 3                                  20023
Reprint #: 1

Shrimp & Crab Dip                          14.99
Oysters on the Half Shell                  12.99
Misc Personal Charge                     <99.00>
Misc Personal Charge                      <9.25>
Shrimp Cocktail                            13.99
NY Strip 14oz                              32.99
Sizzling Mushrooms                          7.99
Misc Personal Charge                      <8.50>
Catalina Wedge (2 @8.99)                   17.98
Bronzed Swordfish                          31.99
Coffee Decaf (2 @2.50)                      5.00
Snapper Hemingway                          32.99

Subtotal                                  287.66
Tax                                        20.13

Total                                     307.79

**Balance Due        $ 307.79**

          Like us on Facebook
Planning a special event? Wedding? Significant Birthday?
     We Offer Two Beautiful Banquet Rooms!!
          Contact us at 813 289-7773.



## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Jun 28, 2011**     **Cust. Ref.: 03375-016779**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Rosa Zarate | Arthur Almquist | |
| Tracking ID | 794919566345 | SEDGWICK,DETERT,MORAN & ARNOLD | Mehaffy Weber | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 500 DALLAS ST STE 1200 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | HOUSTON TX 77002 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 29, 2011 10:16 | Transportation Charge | | 18.55 |
| Svc Area | A1 | Fuel Surcharge | | 1.32 |
| Signed by | A.GARCIA | Discount | | -10.57 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$9.30** |

**Picked up: Jun 28, 2011**     **Cust. Ref.: 10711-000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5
- A delete request via an automated device was received for this shipment. It is being billed because operational scans indicate package movement.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | William Richmond | Jason Downing Boffey | |
| Tracking ID | 797247355077 | SEDGWICK,DETERT,MORAN & ARNOLD | Holland & Knight, LLP | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 200 S ORANGE AVE STE 2600 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | ORLANDO FL 32802 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 29, 2011 08:56 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Discount | | -15.02 |
| Signed by | B.WEST | Fuel Surcharge | | 1.87 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$13.20** |

**Picked up: Jun 28, 2011**     **Cust. Ref.: 10711-000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5
- A delete request via an automated device was received for this shipment. It is being billed because operational scans indicate package movement.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | William Richmond | David L. Bresler | |
| Tracking ID | 797247376580 | SEDGWICK,DETERT,MORAN & ARNOLD | Banker Lopez Gassler | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 501 1ST AVE N STE 900 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | ST PETERSBURG FL 33701 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 29, 2011 10:17 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Fuel Surcharge | | 1.87 |
| Signed by | L.ALLRED | Discount | | -15.02 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$13.20** |

**Picked up: Jun 28, 2011**     **Cust. Ref.: 10711-000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | William Richmond | Richard Anthony Harrison |
| Tracking ID | 797247393983 | SEDGWICK,DETERT,MORAN & ARNOLD | Allen Dell, PA |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 202 S ROME AVE STE 100 |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | TAMPA FL 33606 US |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |

Continued on next page

1187-02-00-0001471-0008-0012328



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-553-57287 | Jul 07, 2011 | 2323-3788-5 | 5 of 11 |

Tracking ID: 797247393983 continued

| | | | |
|---|---|---|---|
| Delivered | Jun 29, 2011 10:17 | Transportation Charge | 26.35 |
| Svc Area | A1 | Discount | -15.02 |
| Signed by | T.CLARK | Fuel Surcharge | 1.87 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** USD | **$13.20** |

**Picked up: Jun 28, 2011**      **Cust. Ref.: 886-08**      **Ref.#2:**
**Payor: Shipper**      **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 797250800850 | Michael Clerkley | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,LLP |
| Package Type | FedEx Box | 1717 Main Street | 1 MARKET PLZ |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | | |
| Delivered | Jun 29, 2011 09:24 | Transportation Charge | 67.85 |
| Svc Area | A1 | Fuel Surcharge | 4.81 |
| Signed by | R.PEGA | Discount | -38.67 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** USD | **$33.99** |

**Picked up: Jun 28, 2011**      **Cust. Ref.: 00996 003292**      **Ref.#2:**
**Payor: Shipper**      **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2
- 1st attempt Jun 29, 2011 at 07:34 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 6.0 lbs, 14" x 9" x 7", divided by 166.
- Shipment delivered to address other than recipient's.

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 875589083472 | MICHAEL CLERKLEY | RICHARD A MARSH |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | STANLEY EISENMAN SHOES |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 6333 CAMP BOWIE BLVD 232 |
| Zone | 02 | DALLAS TX 75201-7367 US | FORT WORTH TX 76116 US |
| Packages | 1 | | |
| Actual Weight | 2.0 lbs, 0.9 kgs | | |
| Rated Weight | 6.0 lbs, 2.7 kgs | | |
| Delivered | Jun 29, 2011 08:21 | | |
| Svc Area | A2 | Transportation Charge | 54.55 |
| Signed by | A.STELLARS | Fuel Surcharge | 9.00 |
| FedEx Use | 017911312/0000006/04 | **Total Charge** USD | **$63.55** |

**Picked up: Jun 29, 2011**      **Cust. Ref.: 10711-000001**      **Ref.#2:**
**Payor: Shipper**      **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 794923281269 | Gail Fountain | Kathy Gilman |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs-Dogali |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 4301 ANCHOR PLAZA PKWY STE 300 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Declared Value | USD 1.00 | Transportation Charge | 24.35 |
| Delivered | Jun 30, 2011 10:51 | Fuel Surcharge | 1.73 |
| Svc Area | A1 | Declared Value Charge | 0.00 |
| Signed by | T.JOSSI | Discount | -13.88 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** USD | **$12.20** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-553-57287 | Jul 07, 2011 | 2323-3788-5 | 7 of 11 |

**Picked up:** Jun 29, 2011     **Cust. Ref.:** 886-08     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley | Office Services | |
| Tracking ID | 794925919725 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jun 30, 2011 09:30 | Transportation Charge | | 46.15 |
| Svc Area | A1 | Fuel Surcharge | | 3.27 |
| Signed by | R.PEGA | Discount | | -26.31 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$23.11** |

**Picked up:** Jun 29, 2011     **Cust. Ref.:** 00571-133211 (may be clo     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Mike F Pipkin | GEORGE E GRIMES JR | |
| Tracking ID | 797256542950 | SEDGWICK LLP | WALSH ANDERSON BROWN | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 100 NE LOOP 410 STE 900 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | SAN ANTONIO TX 78216 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 30, 2011 13:38 | Transportation Charge | | 18.55 |
| Svc Area | A1 | Discount | | -10.57 |
| Signed by | D.EUSENBRAUN | Fuel Surcharge | | 1.32 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$9.30** |

**Picked up:** Jun 29, 2011     **Cust. Ref.:** 10711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 7
- 1st attempt Jun 30, 2011 at 07:36 AM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | MICHAEL CLERKLEY | RICHARD MILES STANISLAW CHRIST | |
| Tracking ID | 875589084240 | SEDGWICK,DETERT,MORAN & ARNOLD | WATT TEDER HOFFAR FITZGERALD L | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 1215 FOURTH AVE STE 2210 | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | SEATTLE WA 98161 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 30, 2011 08:49 | | | |
| Svc Area | A1 | Transportation Charge | | 54.25 |
| Signed by | .DEENA | Fuel Surcharge | | 8.95 |
| FedEx Use | 018010870/0000008/_ | **Total Charge** | **USD** | **$63.20** |

**Picked up:** Jun 29, 2011     **Cust. Ref.:** 10711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 5
- 1st attempt Jun 30, 2011 at 07:12 AM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | MICHAEL CLERKLEY | RICHARD A HARRISON DAVID PORZI | |
| Tracking ID | 875589084251 | SEDGWICK,DETERT,MORAN & ARNOLD | MISTY C LEAFERS ALLEN DELL P A | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 202 SOUTH ROME AVE STE 100 | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | TAMPA FL 33606 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 30, 2011 09:22 | | | |
| Svc Area | A1 | Transportation Charge | | 51.35 |
| Signed by | V.KEYNDALE | Fuel Surcharge | | 8.47 |

Continued on next page



Tracking ID: 875589084251 continued

| FedEx Use | 018010870/0000006/_ | Total Charge | | USD | $59.82 |
|---|---|---|---|---|---|

**Picked up: Jun 29, 2011**  **Cust. Ref.: 10711 000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 875589084262 | MICHAEL CLERKLEY | DAVID L BRESLER ADAM C SHELTON | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | WILLIAM A KEBLER BANKER LOPZ G | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 501 FIRST AVE N STE 900 | |
| Zone | 05 | DALLAS TX 75201-7367 US | ST PETERSBURG FL 33701 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 30, 2011 07:59 | | | |
| Svc Area | A1 | Transportation Charge | | 51.35 |
| Signed by | S.RAUS | Fuel Surcharge | | 8.47 |
| FedEx Use | 018010870/0000006/_ | Total Charge | USD | $59.82 |

**Picked up: Jun 29, 2011**  **Cust. Ref.: 10711-000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 875589084273 | MICHAEL CLERKLEY | BEN WILLIAMS SUBIN MICHAEL R C | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HOLLAND & KNIGHT LLP | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 200 SOUTH ORANGE AVE 2600 SUNT | |
| Zone | 05 | DALLAS TX 75201-7367 US | ORLANDO FL 32801 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 30, 2011 07:09 | | | |
| Svc Area | A1 | Transportation Charge | | 51.35 |
| Signed by | J.BURGESS | Fuel Surcharge | | 8.47 |
| FedEx Use | 018010870/0000006/_ | Total Charge | USD | $59.82 |

**Picked up: Jun 30, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 7

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 794931081180 | Michael Clerkley | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Package Type | FedEx Pak | 1717 Main Street | 1 MARKET PLZ | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jul 01, 2011 09:08 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Discount | | -23.88 |
| Signed by | J.LAM | Fuel Surcharge | | 2.97 |
| FedEx Use | 000000000/0001393/_ | Total Charge | USD | $20.99 |

**Picked up: Jun 30, 2011**  **Cust. Ref.: 0996-003257**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 875589084230 | MICHAEL CLERKLEY | INTOWN SUITES -OFFICE RICHARD | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | 1240 W TRINITY MILLS RD | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | CARROLLTON TX 75006 US | |
| Zone | 02 | DALLAS TX 75201-7367 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 01, 2011 10:44 | Transportation Charge | | 15.50 |
| Svc Area | A1 | Fuel Surcharge | | 1.10 |
| Signed by | P.JOHNSTON | Discount | | -9.84 |

Continued on next page









| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-561-07940 | Jul 14, 2011 | 2323-3788-5 | 1 of 11 |

FedEx Tax ID: 71-0427007

**Billing Address:**
SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

**Shipping Address:**
SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    (800) 622-1147  M-Sa 7-6 (CST)
Fax:       (800) 548-3020
Internet:  www.fedex.com

## Invoice Summary Jul 14, 2011

| FedEx Express Services | | |
|---|---|---|
| Transportation Charges | | 1,211.80 |
| Base Discount | | -523.05 |
| Special Handling Charges | | 126.36 |
| Total Charges | USD | $815.11 |
| **FedEx Ground Services** | | |
| Transportation Charges | | 6.73 |
| Other Handling Charges | | 0.64 |
| Total Charges | USD | $7.37 |
| **TOTAL THIS INVOICE** | **USD** | **$822.48** |

You saved $523.05 in discounts this period!

Other discounts may apply.

**FedEx News!**
Go to fedex.com/ecommerce for the latest business
insights and expert advice to help you navigate the
e-commerce landscape and grow your business.
Designed specifically for online retailers, you'll want to
bookmark fedex.com/ecommerce and come back often
for the latest white papers, reports and case studies
from leading industry experts like this month's report:
Forrester Research's "Five Retail Trends to Watch in
2011". Your online business and FedEx. Together, we
simply click.



```
* A P 1 3 7 8 1 0 5 *
```

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 7-561-07940 | 2323-3788-5 | USD $822.48 |

**Remittance Advice**
**Your payment is due by Jul 29, 2011**



23233788756107940b100008224869

0001598 03 AT 0.612 **AUTO  4 0 1194 75201-736750  -C02-P01599-I1



SEDGWICK,DETERT,MORAN & ARNOLD
1717 MAIN ST STE 5400
DALLAS TX 75201-7367

FedEx
P.O. Box 660481
DALLAS TX 75266-0481

60009940059282



## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Jul 05, 2011**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 794939819800 | Sedgwick,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | | | |
| Delivered | Jul 06, 2011 09:43 | Transportation Charge | | 55.25 |
| Svc Area | A1 | Fuel Surcharge | | 3.56 |
| Signed by | R.PEGA | Discount | | -31.49 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$27.32** |

**Picked up: Jul 05, 2011**  **Cust. Ref.: 10711-000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Gail Fountain | Kathy Gilman | |
| Tracking ID | 794940301599 | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs-Dogali | |
| Service Type | FedEx Standard Overnight | 1717 Main Street #5400 | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Package Type | FedEx Box | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 40.05 |
| Delivered | Jul 06, 2011 10:17 | Discount | | -22.83 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | T.JOSSI | Fuel Surcharge | | 2.58 |
| FedEx Use | 000000000/0001349/_ | **Total Charge** | **USD** | **$19.80** |

**Picked up: Jul 05, 2011**  **Cust. Ref.: Sondra Rosebrock # 4535**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

996.04535

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Sondra Rosebrock | Deborah Rosebrock | |
| Tracking ID | 794940416994 | SEDGWICK,DETERT,MORAN | Live Oak County Appraisal Dist | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 205 Bowie Street | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | GEORGE WEST TX 78022 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 21.25 |
| Delivered | Jul 06, 2011 13:54 | Discount | | -12.11 |
| Svc Area | PM | DAS Extended Comm | | 1.85 |
| Signed by | E.PIECRE | Fuel Surcharge | | 1.65 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$12.64** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-561-07940 | Jul 14, 2011 | 2323-3788-5 | 5 of 11 |

**Picked up: Jul 05, 2011**  Cust. Ref.: 10711-000001  Ref.#2:
**Payor: Shipper**  Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 16.0 lbs, 17" x 14" x 11", divided by 166.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Gail Fountain | David Kent - Guest | |
| Tracking ID | 797271403445 | SEDGWICK,DETERT,MORAN & ARNOLD | 3700 N OCEAN DR | |
| Service Type | FedEx First Overnight | 1717 Main Street #5400 | WEST PALM BEACH FL 33404 US | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | |
| Rated Weight | 16.0 lbs, 7.3 kgs | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Jul 06, 2011 07:43 | Transportation Charge | | 141.50 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | G.KELLY | Fuel Surcharge | | 21.23 |
| FedEx Use | 000000000/0000014/_ | **Total Charge** | **USD** | **$162.73** |

**Picked up: Jul 06, 2011**  Cust. Ref.: 886-08  Ref.#2:
**Payor: Shipper**  Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 794944920091 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 919 CONGRESS AVE STE 1250 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jul 07, 2011 14:12 | Transportation Charge | | 24.10 |
| Svc Area | A1 | Fuel Surcharge | | 1.55 |
| Signed by | B.MILLER | Discount | | -13.74 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$11.91** |

**Picked up: Jul 06, 2011**  Cust. Ref.: 00999.000028  Ref.#2:
**Payor: Shipper**  *$16.08*
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- The delivery commitment for FedEx 2Day to residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, A4, A5, A6, AM, PM, and RM service areas.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Nancy Bassi | Erin Williams | |
| Tracking ID | 797275279185 | SEDGWICK,DETERT,MORAN & ARNOLD | 520 CANTERBURY HILL ST | |
| Service Type | FedEx 2Day | 1717 Main Street #5400 | SAN ANTONIO TX 78209 US | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 11.60 |
| Delivered | Jul 08, 2011 13:17 | Discount | | -6.03 |
| Svc Area | A1 | Fuel Surcharge | | 1.25 |
| Signed by | see above | Residential Delivery | | 2.75 |
| FedEx Use | 000000000/0006002/02 | **Total Charge** | **USD** | **$9.57** |

**Picked up: Jul 06, 2011**  Cust. Ref.: 886-08  Ref.#2:
**Payor: Shipper**  Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 797275800085 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jul 07, 2011 09:34 | Transportation Charge | | 46.15 |

Continued on next page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-561-07940 | Jul 14, 2011 | 2323-3788-5 | 7 of 11 |

**Tracking ID: 876693067239 continued**

| | | | | |
|---|---|---|---|---|
| Delivered | Jul 08, 2011 09:43 | Transportation Charge | | 55.15 |
| Svc Area | A1 | Discount | | -31.44 |
| Signed by | A.VARNADO | Fuel Surcharge | | 3.56 |
| FedEx Use | 018812302/0001574/_ | **Total Charge** | **USD** | **$27.27** |

**Dropped off: Jul 08, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 6
- Package sent from: 33404 zip code

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Gail Fountain | David Kent |
| Tracking ID | 794940607377 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick |
| Service Type | FedEx 2Day | 1717 Main Street #5400 | 1717 MAIN ST STE 5400 |
| Package Type | Customer Packaging | DALLAS TX 75201 US | DALLAS TX 75201 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | 21.0 lbs, 9.5 kgs | | |
| Declared Value | USD 1.00 | Transportation Charge | 79.15 |
| Delivered | Jul 12, 2011 09:26 | Declared Value Charge | 0.00 |
| Svc Area | A1 | Fuel Surcharge | 5.70 |
| Signed by | C.KIRCHENBAUER | Discount | -41.16 |
| FedEx Use | 000000000/0006068/_ | **Total Charge**    **USD** | **$43.69** |

**Picked up: Jul 08, 2011**   **Cust. Ref.: 000999.000012**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Nancy Bassi | Attn: Binns/Eatman |
| Tracking ID | 794954560073 | SEDGWICK,DETERT,MORAN & ARNOLD | Harmels |
| Service Type | FedEx Priority Overnight | 1717 Main Street #5400 | 6748 COUNTY ROAD 742 |
| Package Type | Customer Packaging | DALLAS TX 75201 US | ALMONT CO 81210 US |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | 25.0 lbs, 11.3 kgs | Transportation Charge | 132.00 |
| Delivered | Jul 11, 2011 17:07 | Discount | -75.24 |
| Svc Area | PM | Residential Delivery | 2.75 |
| Signed by | A.ALKEA | Fuel Surcharge | 9.38 |
| FedEx Use | 000000000/0001552/_ | DAS Extended Resi | 3.00 |
| | | **Total Charge**    **USD** | **$71.89** |

**Picked up: Jul 08, 2011**   **Cust. Ref.: 00196-134659**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Arron Fox | Rex Kyle |
| Tracking ID | 794955112310 | SEDGWICK, DETERT, MORAN & ARNO | Bank of the Ozarks |
| Service Type | FedEx Priority Overnight | 1717 MAIN STREET, SUITE 5400 | 17901 CHENAL PKWY |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LITTLE ROCK AR 72223 US |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 11, 2011 08:55 | Transportation Charge | 21.25 |
| Svc Area | A1 | Discount | -12.11 |
| Signed by | R.CRABTREE | Fuel Surcharge | 1.37 |
| FedEx Use | 000000000/0000197/_ | **Total Charge**    **USD** | **$10.51** |



eng

**Picked up: Jul 11, 2011**  **Cust. Ref.: 00999-000020**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5
- 1st attempt Jul 12, 2011 at 08:08 AM.

886.08

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 797291096774 | Arron Fox | | Lisa J. Hoffman | |
| Service Type | FedEx Standard Overnight | SEDGWICK, DETERT, MORAN & ARNO | | General Motors LLC | |
| Package Type | FedEx Envelope | 1717 MAIN STREET, SUITE 5400 | | 400 RENAISSANCE CTR | |
| Zone | 05 | DALLAS TX 75201 US | | DETROIT MI 48243 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 24.35 |
| Delivered | Jul 12, 2011 08:56 | Hold for Pickup | | | 0.00 |
| Svc Area | A1 | Fuel Surcharge | | | 1.57 |
| Signed by | C. HURST | Discount | | | -13.88 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | | **USD** | **$12.04** |

**Picked up: Jul 11, 2011**  **Cust. Ref.: NO REFERENCE INFORMATION**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

886.09

| Automation | USAB | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 874445672841 | GLEN ROBBY | | ROBERTO BENSON | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | | 919 CONGRESS AVE STE 1250 | |
| Zone | 03 | DALLAS TX 75201-7367 US | | AUSTIN TX 78701 US | |
| Packages | 1 | | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | | 36.10 |
| Declared Value | USD 1,200.00 | Declared Value Charge | | | 9.00 |
| Delivered | Jul 12, 2011 10:19 | Fuel Surcharge | | | 2.33 |
| Svc Area | A1 | Discount | | | -20.58 |
| Signed by | B.MILLER | Direct Signature | | | 0.00 |
| FedEx Use | 019213208/0001508/_ | **Total Charge** | | **USD** | **$26.85** |

**Picked up: Jul 11, 2011**  **Cust. Ref.: 10711 000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 875589084229 | MICHAEL CLERKLEY | | KURT W MEADERS | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | | C/O KATIE DUTY P EE | |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | | 5426 BAY CTR DR STE 400 HDR | |
| Zone | 05 | DALLAS TX 75201-7367 US | | TAMPA FL 33609 US | |
| Packages | 1 | | | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | | | |
| Delivered | Jul 12, 2011 07:56 | | | | |
| Svc Area | A1 | Transportation Charge | | | 142.40 |
| Signed by | J.MACADAMS | Fuel Surcharge | | | 21.36 |
| FedEx Use | 019213208/0000012/_ | **Total Charge** | | **USD** | **$163.76** |

| | **Shipper Subtotal** | **USD** | **$800.34** |
|---|---|---|---|

**Picked up: Jul 08, 2011**  **Cust. Ref.: 02263-032489 Sandstone/B**  **Ref.#2:**
**Payor: Recipient**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 797283561867 | Terry Reeves | | Angela Sikes | |
| Service Type | FedEx 2Day | Sedgwick LLP | | Sedgwick LLP | |
| Package Type | Customer Packaging | 1111 Bagby Street | | 1717 Main St. | |
| Zone | 03 | HOUSTON TX 77002 US | | DALLAS TX 75201 US | |
| Packages | 1 | | | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | | | |
| Delivered | Jul 12, 2011 09:26 | Transportation Charge | | | 26.75 |
| Svc Area | A1 | Fuel Surcharge | | | 1.93 |

Continued on next page

1194-02-00-0001598-0006-0013327

## Expense Report - Transmittal Report



ER00000035062110116

**Spender** David C. Kent          **From** Jul 13, 2011   **To** Jul 15, 2011          **Reimbursement Amt** 1,347.14 USD

**Report name** To Florida for Court Hearing

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 16 | Audit required | Yes |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 7/8/11 | Airfare | United St... | 813.40 USD | Jennifer M. Arevalo |
| 7/13/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 7/13/11 | Individual Meal | United St... | 7.08 USD | Jennifer M. Arevalo |
| 7/14/11 | Individual Meal | United St... | 6.96 USD | Jennifer M. Arevalo |
| 7/14/11 | Individual Meal | United St... | 52.95 USD | Jennifer M. Arevalo |
| 7/15/11 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 7/15/11 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |
| 7/15/11 | Lodging | United St... | 321.35 USD | Jennifer M. Arevalo |
| 7/15/11 | Parking or Tolls | United St... | 4.00 USD | Jennifer M. Arevalo |
| 7/15/11 | Other Travel - ... | United St... | 23.68 USD | Jennifer M. Arevalo |
| 7/15/11 | Individual Meal | United St... | 3.21 USD | Jennifer M. Arevalo |
| 7/15/11 | Individual Meal | United St... | 3.29 USD | Jennifer M. Arevalo |
| 7/15/11 | Individual Meal | United St... | 1.49 USD | Jennifer M. Arevalo |
| 7/15/11 | Individual Meal | United St... | 6.96 USD | Jennifer M. Arevalo |

# To Do List

Date: _____ HDR (Court Hearing)

1. ☐ _____
2. ☐ Airfare — 813.40
3. ☐ Hotel — 321.35
4. ☐ Parking — 82.77
5. ☐ Gas — 23.68
6. ☐ Tolls — 4.00
7. ☐ Meals — 81.94
8. ☐ Tips — 20.00
9. ☐ $ 1,347.14
10. ☐
Meals
11. ☐ 13 — 7.08
12. ☐ 14 — 59.91
       15 — 14.95
            81.94



**TEXAS CHEMICAL COUNCIL**

```
        STARBUCKS COFFEE C27
     DALLAS FT NORTH INT'L AIRPORT

  11055 MARIAM
  - - - - - - - - - - - - - - - - - - - - - - - -
  CHK 9867 JUL13'11  7:29AM  GST 2
  - - - - - - - - - - - - - - - - - - - - - - - -
          S u b t o t a l

   1 LATTE V              4.15
   1 SCONES CRAN ORAN     2.39

    SUBTOTAL             6.54
    TAX                  0.54
    AMOUNT PAID        7.08
    Stbk Card            7.08
         Amount 7.08
       TerminalID Z0051151
        RefrNbr 10560157
    Redemption Approved for $7.08
        Card Balance 22.68
        Gift Card Charge 7.08
```

```
       HYATT REGENCY TAMPA
         IN ROOM DINING
   727 E-Lisia
   - - - - - - - - - - - - - - - - - - - - - -
   1637/1       7334      GST
   1
        JUL14'11  8:16PM
   - - - - - - - - - - - - - - - - - - - - - -
    1 Flatbrd           12.00
    1 Tortilla Soup Bo   6.00
    1 Creme Brulee       6.00
```
Misc Personal Charge   ⟨14.00⟩
```
    1 DELIVERY CHARGE    3.50
      SUBTOTAL          41.50
      21% Svc Charge     7.98
      TAX                3.47
      PAYMENT DUE    52.95
   SERVICE CHARGE INCLUDES GRATUITY

   Additional Gratuity:_____

   Total:____/ 52 95_____

   Print Name:__Kent_____

   Room #:___1637_____

   Signature:_____
   SIGN ABOVE FOR ROOM CHARGES ONLY
```

```
        HYATT REGENCY TAMPA
          AVANZARE DELI
   CHECK:      3436
   SERVER:   709 Soumia
   DATE:      JUL14'11  8:34AM
   CARD TYPE: VISA
   ACCT #:    XXXXXXXXXXX4364
   EXP DATE:  XX/XX
   AUTH CODE: 033408
   RESEARCH:   000000000000
          DAVID C KENT


   SUBTOTAL:          6.96

   TIP:_____

   TOTAL:_____

   _____
   CUSTOMER SIGNATURE

     I AGREE TO PAY ABOVE TOTAL
   AMOUNT ACCORDING TO CARD ISSUER
            AGREEMENT
   * YELLOW IS CUSTOMER COPY *
```

```
        HYATT REGENCY TAMPA
          AVANZARE DELI
   CHECK:      3550
   SERVER:   708 TIEN
   DATE:      JUL15'11  8:44AM
   CARD TYPE: VISA
   ACCT #:    XXXXXXXXXXX4364
   EXP DATE:  XX/XX
   AUTH CODE: 054408
   RESEARCH:   000000000000
          DAVID C KENT


   SUBTOTAL:          6.96

   TIP:_____

   TOTAL:_____

   _____
   CUSTOMER SIGNATURE

     I AGREE TO PAY ABOVE TOTAL
   AMOUNT ACCORDING TO CARD ISSUER
            AGREEMENT
   * YELLOW IS CUSTOMER COPY *
```

```
            HMSHost
     Airside "F" Gifts
     Tampa Int'l Airport

9515 MARIA
---------------------------------
TRN 553  JUL15'11  2:07PM
---------------------------------

  034000003303
  1 YORK MINT PATTY        1.39

  Subtotal                 1.39
  Tax                      0.10
  Amt Paid              1.49
  CASH                    10.00
  Change Due               8.51

       THANK YOU
        HMSHost
     Airside "F" Gifts
     Tampa Int'l Airport

     PH: 813-396-3977
```

```
              HMSHOST
       STARBUCKS COFFEE
       TAMP INT'L AIRPORT

6932 Dioydis
---------------------------------
CHK 6111 JUL15'11  2:09PM  GST 1
---------------------------------

  1 LATTE T                3.00

   SUBTOTAL                3.00
   TAX                     0.21
   AMOUNT PAID          3.21
   Stbk Card               3.21

  THANK YOU FOR YOUR BUSINESS!
  TELL US ABOUT YOUR EXPERIENCE

   TIM JUUL 813-396-3983
     GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
       Amount 3.21
     TerminalID Z0019154
      RefrNbr 10753323
  Redemption Approved for $3.21
     Card Balance 19.47
    Gift Card Charge 3.21
```

```
AmericanAirlines

15 Jul 2011 14:02 EST
AA1163 TPA-DFW
G97361
Device ID GDX0000EBB
Transaction# T0042002669

           Sale

Product     Price  Qty   Amt.
---------------------------------
COOKIE       3.29   1    3.29
---------------------------------
Total              USD    3.29
AMEX 1572          USD    3.29

      AmericanAirlines®
      We Know Why You Fly℠
```

```
           PLACE ON DASH FACE UP
             Parking
          RECEIPT
           Entry
           07/15/11
           09:05 AM

           Expires
           07/15/11
           08:00 PM
           $  4.00 C
           TP-01
           53118

      PLACE ON DASH FACE UP
```

```
SHELL          , 57542400503
1002 N WEST SHORE BLVD
TAMPA       , FL
33607

07/15/2011 12:26:00 PM 159072932

XXXXXXXXXX4354 Debit
INVOICE 260261
AUTH 278273

PUMP# 6
REGULAR CR              6.264G
PRICE/GAL               3.769

FUEL TOTAL           $  23.68

                     --------
         Subtotal = $  23.68
             Tax = $   0.00
                     --------
            Total = $  23.68
DEBIT                $  23.68
PINUsed
```

**Kent, David**

 **eTicket Itinerary & Receipt Confirmation**

[Reservations] [Award Booking] [My Account] [Fare Sales & Offers]



**Date of Issue: 08JUL11**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: GITMRO**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel         Book a car         Buy trip insurance


Budget
Save up to 30%
plus miles


AVIS
Save up to 35%
plus miles


American Airlines
Vacations.
AAVacations.com
DEALS & OFFERS
Around the World
► BOOK NOW ◄


American Airlines
Admirals Club
Make This Trip
Extra Special
Find Out More ►
Book
Activities
5,500 Events
& Tours

**Record Locator: GITMRO**

**Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA | 418 | DALLAS FT WORTH | WED 13JUL 8:05 AM | TAMPA | 11:30 AM | L |
| | David Kent | FF#: H106810 | | Economy | Seat 15A | Food For Purchase |

| American Airlines | 1163 | TAMPA | FRI 15JUL 2:40 PM | DALLAS FT WORTH | 4:15 PM | L |
|---|---|---|---|---|---|---|
| American Airlines | David Kent | FF#: H106810 GLD | Economy | Seat 13D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012342341061 | 736.74 | 76.66 | 813.40 |
| Payment Type: American Express XXXXXXXXXXX1572 | | | | Total: $813.40 |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   

 

We know why you fly*
**AmericanAirlines***
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA

NRID: 17196023582508111164593200



**HYATT**
R E G E N C Y
T A M P A ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INVOICE**

| | | |
|---|---|---|
| Payee | David Kent | |
| | 1111 Bagby Street | |
| | Suite 2300 | |
| | Houston TX 77002 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 1637 |
| Arrival | 07-13-11 |
| Departure | 07-15-11 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 87394 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G30016989B |
| Bonus Code | | |
| Confirmation No. | 5772380901 | |
| Group Name | Sedgwick Law Trial | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-13-11 | - Guest -Tek Internet Charges | 20:32 Room# 1637 : INTERNET | 9.99 | |
| 07-13-11 | Group Room | | 139.00 | |
| 07-13-11 | State Room Tax | | 9.73 | |
| 07-13-11 | Occupancy Tax | | 6.95 | |
| 07-14-11 | - In Room Dining Dinner Food | CHECK# 0297334 | 52.95 | *Meals* |
| 07-14-11 | Group Room | | 139.00 | |
| 07-14-11 | State Room Tax | | 9.73 | |
| 07-14-11 | Occupancy Tax | | 6.95 | |
| 07-15-11 | American Express | XXXXXXXXXX1572     XX/XX | | 374.30 |

Your Gold Passport account will be credited for this stay.

| **Total** | 374.30 | 374.30 |
| | | − 52.95 |
| **Balance** | 0.00 | 321.35 |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email
na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**

**Kent, David**

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Friday, July 15, 2011 9:49 PM
**To:** Kent, David
**Subject:** Airport Parking Receipt - David Kent 7/13-7/15



# Airport Parking Receipt

**FreedomPark**
AIRPORT VALET SERVICES
**2001 - 2011**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1325574
Date: 7/12/2011 3:33:38 PM

SOLD David Kent
TO      214-535-6703
        david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1325574 | 7/13/2011 | 7/15/2011 | | $78.77 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total | $78.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**From:**          TollTag Store [customernotifications@ntta.org]
**Sent:**          Saturday, July 16, 2011 3:08 AM
**To:**            Kent, David
**Subject:**       Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | July 15, 2011 16:30 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | July 15, 2011 17:13 | **Lane:** | DFW-NORTH-59 |

**Tag Number:** DNT.06647970   **License Plate:** PBM977   **License State:** TX
**Parking Fee:** $2.00
**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | July 13, 2011 06:53 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | July 13, 2011 07:53 | **Lane:** | DFW-NORTH-55 |

**Tag Number:** DNT.06647970   **License Plate:** PBM977   **License State:**   TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.



HDR, Inc.                                          September 15, 2011
8404 Indian Hills Dr.                              Invoice No. 1033649
Omaha, NE 68114

For Professional Services Through August 31, 2011:

Re:  Our File No.: 10711-000001/WBM
     Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 08/01/11 | D. Kent | 0.20 | Analysis and planning with team members and local counsel regarding site inspection of Reservoir |
| 08/01/11 | D. Kent | 0.20 | Analysis and planning with team members and local counsel regarding strategy for response to TBW's Motion to Refer its Motion for Sanctions against Bromwell to Magistrate Judge, including exchange of memoranda and telephone conferences with team members concerning same |
| 08/01/11 | D. Kent | 0.50 | Review and revise direct examination outline█ ████████████████████████████ |
| 08/02/11 | W. Mason | 0.40 | Conference call ████████████████ ████████████████████ |
| 08/02/11 | D. Kent | 0.40 | Exchange correspondence with opposing counsel regarding certificate of conference on TBW's Motion to Refer to U.S. Magistrate TBW's Motion for Sanctions concerning HDR's expert witness Bromwell, including analysis and planning with Wayne Mason and exchange of memoranda with team members regarding same |
| 08/02/11 | D. Kent | 2.10 | Revise direct examination trial testimony███ ██████████████████████████████ ██████████████████████████████ ████████████████████ |



| 08/02/11 | D. Kent | 1.10 | Analysis and planning for Reservoir site inspection, including telephone conference with local counsel, preparation of Site Access Agreement, exchange of memoranda and correspondence with local counsel and opposing counsel concerning same, and logistical planning and arrangements |
| 08/02/11 | D. Kent | 0.30 | Telephone conference ████████████████████ |
| 08/02/11 | D. Kent | 0.30 | Review and revise HDR's Response to McDonald's Motion in Limine to exclude HDR's proposed deposition testimony of McDonald's expert Lemley |
| 08/03/11 | K. Meaders | 0.90 | Receipt and review of TBW's Motion of Referral of Motion to Strike Bromwell to magistrate; receipt and review of response and provide analysis of potential additional opposition due to difference grounds in TBW's underlying motion; consider and comment on response |
| 08/03/11 | K. Meaders | 0.40 | Work on finalization of positions on Joint Exhibits |
| 08/03/11 | K. Meaders | 0.40 | Receipt and review of Plaintiff's additional objection to HDR Trial Exhibit 515, TBW financial statements; review of Barnard's Motions in Limine and our positions for purposes of conference with attorney Michael Candes regarding same |
| 08/03/11 | K. Meaders | 0.60 | Work on position of Barnard Motion in Limine |
| 08/03/11 | K. Meaders | 0.50 | Telephone conference with Barnard's attorney Mike Candes on positions on Barnard's Motions in Limine |
| 08/03/11 | K. Meaders | 0.40 | Office conference with attorney Kent regarding Motions in Limine; Barnard Motions; Motion |



|  |  |  | regarding Lemley and other trial preparation |
| 08/03/11 | K. Meaders | 0.40 | Conference with attorneys Mason and Kent regarding general trial preparation and other pre-trial issues |
| 08/03/11 | K. Meaders | 0.10 | Receipt and review of notice of denial of TBW Motions as moot |
| 08/03/11 | K. Meaders | 0.30 | ██████████████████████████████ |
| 08/03/11 | D. Kent | 0.50 | Prepare for and participate in telephone conference with opposing counsel regarding Barnard's proposed Motions in Limine, including follow-up analysis and planning with Wayne Mason and Kurt Meaders concerning same |
| 08/03/11 | D. Kent | 1.90 | Review and revise direct examination outline██ ██████████████████████████ |
| 08/03/11 | D. Kent | 1.00 | Prepare HDR's Response to TBW's Motion to Refer Bromwell Motion to Magistrate,█████ ████████████████████ |
| 08/03/11 | D. Kent | 0.40 | Analysis and planning with Wayne Mason and Kurt Meaders███████████████ trial preparation activities and settlement strategy with TBW |
| 08/03/11 | D. Kent | 0.40 | Analysis and planning with Kurt Meaders and team member regarding HDR's response to McDonald's Motion in Limine to exclude deposition testimony of McDonald's expert witness Lemley |
| 08/03/11 | D. Kent | 0.40 | Analysis and planning with Kurt Meaders and team member regarding HDR's response to McDonald's Motion in Limine to exclude deposition testimony of McDonald's expert |



witness Lemley

| 08/04/11 | K. Meaders | 0.20 | Respond to attorney Harrison regarding conference on TBW's proposed motion to strike affirmative defenses |
| 08/04/11 | K. Meaders | 0.20 | Respond to attorney Harrison regarding conference on TBW's proposed motion to amend court's summary judgment order |
| 08/04/11 | K. Meaders | 0.80 | Emails █████████████████████████ |
| 08/04/11 | K. Meaders | 0.40 | Receipt and review of proposal ██████████ |
| 08/04/11 | K. Meaders | 0.30 | Telephone conference ███████████████████████ |
| 08/04/11 | K. Meaders | 1.90 | Review and analysis of stipulations proposed by TBW regarding joint exhibits and proposed joint exhibit set for purposes of responding to request for stipulations; draft response regarding changes to stipulations |
| 08/04/11 | C. Steinmann | 1.70 | Review TBW and Barnard's exhibits for documents related to Maxwell and or Seeber in preparation for trial examination |
| 08/05/11 | W. Mason | 0.90 | Intrafirm conference regarding media issues and graphic design exhibits to provide to newspaper; |
| 08/05/11 | K. Meaders | 0.60 | Telephone conference ██████████████████████████████ |
| 08/05/11 | K. Meaders | 0.40 | Receipt and review of Plaintiff's proposal motion on clerical error in court order on summary judgment and email response of no opposition to proposed motion |
| 08/05/11 | K. Meaders | 0.50 | Work on changes to jury charge based on prior amendment to pleading |
| 08/05/11 | K. Meaders | 0.40 | Receipt and review of Plaintiff's Motion to Strike 8th affirmative defense on limitations and |



|            |            |       | assign response |
|------------|------------|-------|-----------------|
| 08/05/11   | K. Meaders | 0.50  | Trial preparation scheduling and call to Hyatt to hold rooms and conference rooms |
| 08/05/11   | K. Meaders | 3.40  | Office conference with attorney Wayne Mason and work on demonstratives, examples and short media description for potential news articles |
| 08/05/11   | K. Meaders | 0.30  | Email ███████████████████████ |
| 08/05/11   | D. Kent    | 0.20  | Exchange memoranda with team member regarding Joint Exhibits and stipulations regarding same |
| 08/05/11   | D. Kent    | 0.40  | Prepare potential graphics for response to media's request for information on HDR's "collapse upon wetting" failure mechanism |
| 08/07/11   | K. Meaders | 0.40  | Receipt and review of email ███████████ |
| 08/07/11   | D. Kent    | 0.40  | Prepare memorandum to team members regarding exhibits and graphics to submit to media for potential news story on lawsuit |
| 08/08/11   | W. Mason   | 2.30  | Work on voir dire for trial; |
| 08/08/11   | K. Meaders | 1.20  | Work on possible graphics and other materials for request from St. Pete Times regarding news article |
| 08/08/11   | K. Meaders | 1.70  | Meeting with attorney Mason ████████████████ |
| 08/08/11   | K. Meaders | 0.50  | Work on materials for presentation to potential newspaper |
| 08/08/11   | K. Meaders | 0.20  | ███████████████████ |
| 08/08/11   | K. Meaders | 0.20  | Emails ████████████████ |
| 08/08/11   | K. Meaders | 0.30  | Emails ████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 6

| | | | |
|---|---|---|---|
| 08/08/11 | K. Meaders | 0.20 | Email ███████████████████ |
| 08/08/11 | K. Meaders | 2.00 | Work on potential demonstrative on newspaper article concern Reservoir Renovation |
| 08/08/11 | K. Meaders | 0.40 | Receipt and review of request from TBW for new stipulation |
| 08/08/11 | K. Meaders | 0.50 | Work on response to McDonald's Motion regarding Lemley testimony |
| 08/08/11 | D. Kent | 0.20 | Review and revise Reservoir Site Inspection Agreement, including exchange of correspondence with counsel for TBW regarding same |
| 08/08/11 | D. Kent | 0.20 | Telephone conference ██████████████ |
| 08/08/11 | D. Kent | 0.70 | Prepare correspondence to HDR ████████ |
| 08/08/11 | D. Kent | 0.60 | Logistical preparation for Reservoir site inspection |
| 08/09/11 | K. Meaders | 0.50 | Emails and work with Casey Gooden regarding news graphics |
| 08/09/11 | K. Meaders | 0.20 | Emails with attorney Mason on news graphics |
| 08/09/11 | K. Meaders | 0.50 | Receipt and review of Court Order Denying TBW and Barnard's Motions to Strike Bromwell |
| 08/09/11 | K. Meaders | 0.20 | Receipt and review of Court Order regarding denial of TBW's Motion to Modify Court's footnote in Summary Judgment Order |
| 08/09/11 | K. Meaders | 0.40 | Receipt and review and work on changes to jury charge and instructions |
| 08/09/11 | K. Meaders | 0.60 | Receipt and review and emails with Kent and Hickman regarding changes to brief in support |


|            |            |       | of admissibility of demonstration of collapse |
|------------|------------|-------|------------------------------------------------|
| 08/09/11   | D. Kent    | 4.00  | Prepare for reservoir site inspection, including travel from Dallas to Florida |
| 08/09/11   | D. Kent    | 0.30  | ████████████████████████████████████ |
| 08/09/11   | D. Kent    | 0.50  | Review and revise HDR's Trial Brief regarding admissibility of Bromwell "collapse upon wetting" demonstrative video |
| 08/09/11 D. | Kent      | 0.40  | Study/analysis of court Order denying TBW's and Barnard's Motions to Strike Bromwell's Supplemental Report, including exchange of memoranda with team members concerning effects and significance of same |
| 08/10/11   | K. Meaders | 0.40  | Telephone conference ████████████████████████████ |
| 08/10/11   | K. Meaders | 0.20  | Office conference with attorney Mason regarding news presentation |
| 08/10/11   | K. Meaders | 2.00  | Work on potential graphics for news article and various emails to make changes to graphics |
| 08/10/11   | K. Meaders | 0.80  | Gather evidence and support for percentage of cracking within Reservoir ████████████ |
| 08/10/11   | K. Meaders | 0.70  | Gather photographic evidence of exemplar soil cement facings ████████████ |
| 08/10/11   | K. Meaders | 0.20  | Work on scheduling of witness outlines |
| 08/10/11   | K. Meaders | 0.70  | Prepare materials for Kennedy trial examination outline |
| 08/10/11   | K. Meaders | 0.30  | Telephone conference with attorney Mason on potential GPR work and other issues |
| 08/10/11   | K. Meaders | 0.30  | Telephone conference ████████████████ |
| 08/10/11   | K. Meaders | 0.40  | Work on response to Motion to Exclude Lemley |
| 08/10/11   | K. Meaders | 0.40  | Update status report on Motions and Orders |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 8

| 08/10/11 | K. Meaders | 0.30 | ██████████████████████ |
| 08/10/11 | K. Meaders | 0.30 | Additional telephone conference ████ ███████████████████n |
| 08/10/11 | K. Meaders | 0.50 | Telephone conference ████████████ ████████ |
| 08/10/11 | K. Meaders | 0.50 | Telephone conference with attorney Kent regarding inspection |
| 08/10/11 | K. Meaders | 0.30 | Work on and office conference with attorney Steinmann on Joint Exhibit review |
| 08/10/11 | D. Kent | 8.00 | Prepare for and attend Reservoir site inspection, ███████████████████████████████ ███████████████ and return travel from Florida to Dallas |
| 08/10/11 | C. Steinmann | 5.90 | Work on Lemley response; review stipulated documents for accuracy. |
| 08/11/11 | K. Meaders | 4.00 | Select material, media, photographs and evidence for potential media interview |
| 08/11/11 | K. Meaders | 0.50 | Work on jury charge changes and new amended pleadings |
| 08/11/11 | K. Meaders | 0.90 | Telephone conference ████████████████ ████████████████████ |
| 08/11/11 | K. Meaders | 1.30 | Receipt and review of new notices of hearings on motions to exclude expert testimony; telephone conference with court regarding conflict with setting; telephone conference with attorney Mason regarding conflict with settings; draft, email of conference to all counsel and draft motion |
| 08/11/11 | K. Meaders | 2.00 | Receipt and review of response to Motion by Barnard to exclude Lemley |
| 08/11/11 | K. Meaders | 0.30 | Receipt and review of Woodward email on GPR issues and respond |



| 08/11/11 | K. Meaders | 1.30 | Telephone conference with Tim Woodward regarding trial preparation; responding to motions to strike HDR defenses and additional trial preparation |
| 08/11/11 | D. Kent | 2.00 | Review and revise HDR's Response to McDonald's motion in Limine to exclude deposition testimony designated by HDR |
| 08/11/11 | C. Steinmann | 8.80 | Review Motion in Limine regarding Lemley, ███████████ and prepare Response to Motion |
| 08/12/11 | W. Mason | 5.10 | Continue working on opening statement and cross of Maxwell; |
| 08/12/11 | K. Meaders | 4.00 | Review and revise Response to Motion to Exclude Lemley |
| 08/12/11 | K. Meaders | 2.10 | Work on package of materials and downloads for potential media/news interview and receipt and review of potential media packages and questions and draft talking points to same; office conference with attorney Mason regarding same |
| 08/12/11 | K. Meaders | 0.40 | Work on and respond to joint exhibit list presentation |
| 08/12/11 | K. Meaders | 1.30 | Review and revise and incorporate testimony from McDonald employees into Response to Strike Lemley |
| 08/12/11 | K. Meaders | 1.10 | Motion to provide notice to court of conflict with hearing and email to counsel on change of certificate of conference |
| 08/12/11 | K. Meaders | 0.60 | Work on finalization of jury charge regarding amended pleadings |
| 08/12/11 | S. Wittie | 2.50 | Edit and revise jury instructions in light of case developments |
| 08/12/11 | C. Steinmann | 4.00 | Continue working on Response to Motion in Limine regarding Lemley; review O'Connel testimony cited by McDonald to refute in Response to Motion in Limine; review testimony from McDonald witnesses to support lack of |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 10

understanding

| 08/13/11 | K. Meaders | 3.70 | Revise response to McDonald's Motion to Exclude Testimony of Jack Lemley; review cited deposition testimony |
| 08/14/11 | W. Mason | 6.20 | Travel to Tampa for meeting ████████████████████████████████████ |
| 08/14/11 | K. Meaders | 0.90 | Review and revise jury charge |
| 08/14/11 | K. Meaders | 2.60 | Kennedy trial outline |
| 08/14/11 | D. Kent | 4.00 | Prepare for meeting ████████████████████ |
| 08/14/11 | D. Kent | 1.30 | Review and revise HDR's Response to McDonald's Motion in Limine to Exclude HDR's designation of deposition testimony from McDonald's expert witness Lemley, including preparation of memorandum to team members concerning same |
| 08/15/11 | W. Mason | 7.20 | Meeting ██████████████████████████████ |
| 08/15/11 | K. Meaders | 0.80 | Emails with attorney Mason regarding support for $17 million fix; locate evidence and forward evidence to attorney Mason for review |
| 08/15/11 | K. Meaders | 3.70 | Work on and revise Response to Motion to Exclude Lemley Testimony; revise and amend exhibits; receipt and review of attorney Kent comments to response and incorporate same; finalize response and exhibits |
| 08/15/11 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding issues raised at board meeting |
| 08/15/11 | K. Meaders | 0.70 | Office conference with attorney Wittie regarding changes needed to jury charge |



| | | | |
|---|---|---|---|
| 08/15/11 | K. Meaders | 0.50 | Email with attorney Wittie and Hickman regarding changes needed to jury charge |
| 08/15/11 | K. Meaders | 1.50 | Telephone conferences and emails █████ |
| 08/15/11 | K. Meaders | 0.30 | Email to trial team ██████████ ████ |
| 08/15/11 | D. Kent | 8.00 | ████████████████████████ |
| 08/15/11 | D. Kent | 0.50 | Review and revise HDR's Response to McDonald's Motion in Limine to exclude deposition testimony of McDonald's expert witness Lemley |
| 08/15/11 | D. Kent | 0.50 | Prepare for Reservoir site inspection |
| 08/15/11 | C. Steinmann | 3.30 | Continue revising and preparing Lemley Response |
| 08/16/11 | W. Mason | 5.20 | Return travel from Florida, continuing to work on trial preparation en route █████ |
| 08/16/11 | W. Mason | 1.20 | Multiple █ telephone conferences ███ |
| 08/16/11 | K. Meaders | 1.00 | Work on outline of cross-examination of Alison Adams |
| 08/16/11 | K. Meaders | 2.60 | Work on outline of cross-examination of Jon Kennedy for trial |
| 08/16/11 | K. Meaders | 1.60 | Prepare materials for hearing on Motion to exclude Johnson testimony and review briefs; office conference with attorney Steinmann regarding assistance on causation |
| 08/16/11 | K. Meaders | 0.40 | Attention to issues with trial exhibits |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 12

| | | | |
|---|---|---|---|
| 08/16/11 | D. Kent | 2.00 | ██████████████████████ |
| 08/16/11 | D. Kent | 2.00 | Review and revise witness outline and trial exhibits ██████████████ |
| 08/17/11 | W. Mason | 2.40 | Multiple telephone conferences ████████████████ |
| 08/17/11 | K. Meaders | 1.10 | ████████████████████████ |
| 08/17/11 | K. Meaders | 0.80 | Preparation of materials for hearing on Johnson and office conference with attorney Steinmann regarding assistance needed |
| 08/17/11 | K. Meaders | 0.50 | Receipt and review of regarding filling of Reservoir and possible inspection |
| 08/17/11 | K. Meaders | 0.50 | Office conference with attorney Mason regarding status of negotiations and case preparation |
| 08/17/11 | K. Meaders | 0.40 | Email for Richard Harrison regarding redaction |
| 08/17/11 | K. Meaders | 1.10 | Revise Trial Exhibit List and update trial exhibits |
| 08/17/11 | K. Meaders | 0.30 | Email ████████████████ |
| 08/17/11 | K. Meaders | 3.70 | Revise outline of Kennedy Testimony cross-examination for trial |
| 08/17/11 | D. Kent | 1.60 | Revise witness outlines, ████████████ |
| 08/18/11 | W. Mason | 1.60 | Meeting ████████████████ |
| 08/18/11 | W. Mason | 0.90 | Participate in conference call ████████ |



| 08/18/11 | W. Mason | 1.30 | Multiple conference call ████████████████ ██████████████████████ |
| 08/18/11 | W. Mason | 0.30 | Prepare draft letter to Jerry Seeber |
| 08/18/11 | W. Mason | 0.30 | Multiple intrafirm conferences with Kurt Meaders regarding strategy on motions and discovery |
| 08/18/11 | K. Meaders | 0.30 | Receipt and review of additional trial exhibit supplementation by TBW |
| 08/18/11 | K. Meaders | 0.20 | ████████████████████████████ |
| 08/18/11 | K. Meaders | 2.20 | Work on Kennedy Trial Outline |
| 08/18/11 | K. Meaders | 0.90 | Telephone conference with attorneys Mason, Kent, Woodward ██████████████ |
| 08/18/11 | K. Meaders | 0.40 | Draft outline of exhibits ████████████ |
| 08/18/11 | K. Meaders | 0.70 | Work on preparation for hearing on Motion to Strike Johnson |
| 08/18/11 | K. Meaders | 4.00 | Initial draft of Barnard presentation ████████ ████████████████ |
| 08/18/11 | K. Meaders | 0.40 | Compare daily logs referencing 2' protective layer against Reservoir areas of major cracking |
| 08/18/11 | D. Kent | 0.70 | Analysis and planning ██████████████ ██████████████ |
| 08/18/11 | D. Kent | 3.00 | Prepare for Reservoir site inspection, including travel from Dallas to Tampa |
| 08/18/11 | D. Kent | 0.50 | Analysis and planning regarding TBW's designation of supplemental trial exhibits concerning Kiewit contract for Reservoir renovation project, including exchange of memoranda with team members concerning same |
| 08/19/11 | W. Mason | 0.50 | Telephone conference ██████████████ |



| 08/19/11 | W. Mason | 0.50 | ████████████████████ |
| 08/19/11 | W. Mason | 1.50 | Receive and review court's order dismissing Barnard; multiple conferences ██████ |
| 08/19/11 | W. Mason | 4.20 | Continue trial preparation, working on voir dire and opening |
| 08/19/11 | W. Mason | 0.30 | Multiple intrafirm conferences regarding using a videographer to do a flyover of the reservoir; |
| 08/19/11 | K. Meaders | 0.90 | Exhibit List clarification and additions to exhibit list and objections to Plaintiff's supplemental lists |
| 08/19/11 | K. Meaders | 3.30 | ████████████████████ |
| 08/19/11 | K. Meaders | 0.40 | Office Conference with Wayne Mason ████ |
| 08/19/11 | K. Meaders | 0.50 | Work on Motion for Leave to Add claims regarding Barnard and McDonald as Fabre Defendants |
| 08/19/11 | K. Meaders | 1.30 | Receipt and Review of Court Order granting summary judgment for Barnard and McDonald, office conference with Wayne Mason regarding affect on trial and preparation; email to Stuart Simon regarding order and adjust presentations. |
| 08/19/11 | K. Meaders | 0.70 | Office Conference with Wayne Mason regarding current status of negotiations, trial setting, ████ |
| 08/19/11 | K. Meaders | 0.60 | Work on potential video flyover, ██████ |



| | | | |
|---|---|---|---|
| 08/19/11 | K. Meaders | 0.40 | Telephone with David Kent ██████ |
| 08/19/11 | K. Meaders | 1.20 | ████████████ |
| 08/19/11 | K. Meaders | 0.90 | Work on issues regarding Motion in Limine ████████████ |
| 08/19/11 | K. Meaders | 0.60 | Review settlement in relationship to new order granting summary judgment determine effect on potential witnesses, experts and trial preparation |
| 08/19/11 | D. Kent | 8.00 | Prepare for and participate in Reservoir site inspection ████████ ██████ return travel from Tampa to Dallas |
| 08/19/11 | D. Kent | 0.60 | Study/analysis of Court Order dismissing all claims against Barnard based on HDR's Motion to Void Settlement Agreement, including exchange of memoranda with team members regarding effects of same |
| 08/19/11 | D. Kent | 0.80 | Prepare HDR's Motion to Designate Barnard and McDonald as Fabre Defendants, including exchange of memoranda and conference with team members regarding same |
| 08/19/11 | D. Kent | 1.20 | ████████████ |
| 08/21/11 | K. Meaders | 0.80 | Preparation for Hearing on Motion to Exclude Johnson and review prior motion and response for additional arguments to make at hearing; |
| 08/21/11 | K. Meaders | 0.60 | Work on Preparation of Outline for cross examination of Alison Adams; |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001  

September 15, 2011  
Invoice No. 1033649  
Page 16

| 08/22/11 | W. Mason | 8.90 | Continue trial preparation ████████ |
| 08/22/11 | W. Mason | 0.40 | Conference call regarding trial preparation in case; |
| 08/22/11 | K. Meaders | 0.50 | ████████ |
| 08/22/11 | K. Meaders | 0.50 | Receipt and review of TBW withdrawal of Wooten Motions; ████████ |
| 08/22/11 | K. Meaders | 5.50 | Work on status of HDR Motions in Limine; email strategy on potential filing Monday, August 29th; work on list of information on Motions in Limine; work on taking Barnard's proposed Motions and filing on HDR's behalf; office conference with attorney Richmond on Motion in Limine regarding lenses, pockets, streaks and layers; work on Motion to Exclude Molyneaux and Depo. Ex. 622; Ranon memo regarding Motion in Limine; draft list of Motions for Certificate of Conference purposes; revise Motion in Limine on funding; revise Motion on lenses, pockets, streaks and layers |
| 08/22/11 | K. Meaders | 1.10 | Work on HDR's Response to TBW's Motion to Strike Statute of Limitations defense |
| 08/22/11 | K. Meaders | 0.70 | Work on surety Motion in Limine and research application to HDR |
| 08/22/11 | K. Meaders | 1.90 | Telephone conference ████████ telephone conference with attorney Kent regarding Reservoir condition; office conference with attorney Mason regarding flyover issues; office conference with attorney Steinmann to assist; prepare script for flyover; email to Harrison and notice of flyover request |
| 08/22/11 | K. Meaders | 0.30 | Revise Jury Charge due to Barnard dismissal |
| 08/22/11 | K. Meaders | 0.30 | Preparation for hearing on Johnson Motion |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 17

| 08/22/11 | D. Kent | 1.70 | Review and revise HDR's Response to TBW's Motion to Strike 8th Affirmative Defense (Statute of Limitations), including exchange of memoranda with team members concerning same |
|---|---|---|---|
| 08/22/11 | D. Kent | 0.30 | Prepare memorandum regarding Reservoir site inspection, including review of photographs of same |
| 08/22/11 | D. Kent | 1.30 | Review and revise HDR's Motion in Limine to exclude evidence and arguments concerning HDR's allegedly "negligent" and "bad faith" post-crack investigation, including exchange of memoranda and analysis and planning with team member concerning same |
| 08/22/11 | D. Kent | 0.70 | █████████████████████████████ |
| 08/22/11 | D. Kent | 0.40 | Analysis and planning regarding scope and protocol for HDR's aerial survey of Reservoir and regarding response to TBW's announced plans to perform temporary repairs of Reservoir cracks |
| 08/22/11 | S. Wittie | 1.00 | Consultation regarding motion to strike limitations defense |
| 08/22/11 | C. Steinmann | 0.40 | Meet with Kurt Meaders regarding reservoir flyover |
| 08/22/11 | W. Richmond | 3.80 | ████████████████████████ begin drafting motion in limine regarding lenses, pockets, streaks and layers |
| 08/23/11 | W. Mason | 8.40 | ██████████████████████████████ |
| 08/23/11 | W. Mason | 1.40 | Prepare for hearing on motion before the court; |
| 08/23/11 | K. Meaders | 11.60 | Preparation for hearing on Motion to Exclude Johnson while in route to Tampa for hearing with case law review and continued preparation in route; continued evening preparation for hearing |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 18

| 08/23/11 | K. Meaders | 2.00 | Meeting with attorneys Kent and Woodward ███ ███████ |
| 08/23/11 | D. Kent | 0.50 | Review and revise HDR's Motion in Limine regarding evidence of lenses, pockets, streaks and layers |
| 08/23/11 | D. Kent | 0.50 | Prepare HDR's Motion for Leave to Amend Complaint to name Barnard and McDonald as Fabre defendants |
| 08/23/11 | D. Kent | 7.00 | ████████████████████████████ |
| 08/23/11 | S. Wittie | 3.30 | Edit and revise jury instructions in light of new case status |
| 08/23/11 | C. Steinmann | 2.30 | █████████████████████ telephone call with Kurt Meaders █████████ |
| 08/23/11 | W. Richmond | 1.80 | Complete drafting of motion in limine regarding lenses, pockets, streaks and layers, including time spent research at law school library for limited print publication |
| 08/23/11 | C. Alm | 0.70 | Conference with W. Mason regarding motions ███████████████████████ |
| 08/23/11 | G. Fountain | 3.90 | Work on Defendant and Plaintiff identified trial exhibits |
| 08/24/11 | W. Mason | 12.80 | Travel to Tampa for hearing on motion to strike Johnson; attend hearing; meet with Tim Woodward, David Kent and Kurt Meaders ████████████ |
| 08/24/11 | K. Meaders | 5.10 | Preparation for Plaintiff's Motion to Exclude testimony of Johnson and coordination on additional support of testimony |
| 08/24/11 | K. Meaders | 2.00 | Hearing on TBW Motion to Exclude Johnson |



| 08/24/11 | K. Meaders | 1.20 | ████████████████████████ |
|---|---|---|---|
| 08/24/11 | K. Meaders | 0.60 | Work on HDR Motion in Limine on other projects and separate HDR Motion on lenses, pockets, streaks and layers |
| 08/24/11 | K. Meaders | 1.20 | Work on HDR response to Motion to Strike affirmative defense of waiver |
| 08/24/11 | D. Kent | 2.90 | ████████████████████████ |
| 08/24/11 | D. Kent | 4.50 | Prepare for and attend court hearing on pretrial discovery motions and related items |
| 08/24/11 | D. Kent | 2.70 | Review and revise HDR's Motion for Leave to File Amended Answer Designating Barnard & McDonald as Fabre Defendants, with draft Amended Answer, including exchange of memoranda with team members concerning same |
| 08/24/11 | S. Wittie | 1.00 | Attention to editing motion to designate Fabre defendants |
| 08/24/11 | C. Steinmann | 4.00 | Review transcript regarding Johnson exclusion and identify areas to consider briefing; review map, previous reservoir photographs, and procedure script in preparation of aerial inspection of Reservoir |
| 08/24/11 | G. Fountain | 1.80 | ████████████████████████ |
| 08/25/11 | W. Mason | 10.10 | Continue with trial preparation ████████ ████████, |
| 08/25/11 | K. Meaders | 0.90 | Various telephone conferences with attorney Steinmann, ████████████████████████████ ████████████████████████ |
| 08/25/11 | K. Meaders | 0.40 | Telephone conference ████████████████ ████████████████████████ |
| 08/25/11 | K. Meaders | 1.40 | Emails, telephone conference and meeting with videographer of flyover service; review of |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 20

| Date | Attorney | Hours | Description |
|---|---|---|---|
| | | | flyover video |
| 08/25/11 | K. Meaders | 6.40 | ████████████████████████ |
| 08/25/11 | K. Meaders | 2.00 | Work on brief in response to TBW's Motion to Strike HDR waiver defense |
| 08/25/11 | D. Kent | 10.00 | ████████████████ |
| 08/25/11 | C. Steinmann | 9.00 | Attend helicopter inspection of reservoir, and identify photos for collection |
| 08/25/11 | G. Fountain | 2.50 | Work on gathering trial exhibits ████ ████████ |
| 08/26/11 | W. Mason | 10.20 | ████████████████████ |
| 08/26/11 | K. Meaders | 10.20 | ████████████████ |
| 08/26/11 | K. Meaders | 0.70 | ████████████████ |
| 08/26/11 | K. Meaders | 1.90 | ████████████████████ |
| 08/26/11 | D. Kent | 10.00 | ████████████████ |
| 08/26/11 | G. Fountain | 1.20 | Work on Defendants identified trial exhibits and exhibit list |
| 08/27/11 | W. Mason | 5.60 | Return to Dallas from Tampa and continue working on trial preparation, including motions in limine; |
| 08/27/11 | K. Meaders | 3.30 | Return travel to Dallas, Texas with meeting in airport with attorney Mason on upcoming mediation and other issues; work on potential motions in limine and work on review of Johnson deposition to determine possible motion for reconsideration. |
| 08/27/11 | K. Meaders | 8.00 | Work on mediation position statement and collection of materials for mediation packet and |


preparation of power point to print for mediation packet

| 08/27/11 | D. Kent | 3.00 | ██████████ return from Tampa to Dallas |
| 08/27/11 | C. Steinmann | 9.20 | ████████████████ |
| 08/28/11 | W. Mason | 5.80 | ████████████████ continue reviewing expert reports; ██████ |
| 08/28/11 | K. Meaders | 1.10 | ██████ telephone conference with attorney Mason ██████ |
| 08/28/11 | K. Meaders | 1.30 | Travel preparation and work on list of witness outline to prepare and jury charge form |
| 08/28/11 | K. Meaders | 0.30 | Receipt and review of email from Richard Harrison regarding Motion in Limine regarding B&V and CDG; correspondence to attorneys Kent and Woodward regarding same |
| 08/29/11 | W. Mason | 10.90 | Meeting ██████████ |
| 08/29/11 | K. Meaders | 2.30 | ██████ emails to attorney Woodward ██████ |
| 08/29/11 | K. Meaders | 4.80 | Meeting ██████████ |
| 08/29/11 | K. Meaders | 3.70 | Travel to Tampa, FL with review of Johnson deposition for potential motion for reconsideration while in route |
| 08/29/11 | K. Meaders | 1.50 | ██████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 22

| 08/29/11 | K. Meaders | 0.50 | Email to Plaintiff's counsel regarding list of motions in limine |
| 08/29/11 | K. Meaders | 0.20 | Email to Plaintiff's counsel opposing motion in limine regarding B&V and CDG as Fabre Defendant |
| 08/29/11 | L. Henderson | 1.30 | Review Florida case law discussing carrier's liability for excess judgment and prepare brief summary of same |
| 08/29/11 | D. Kent | 1.50 | Review, revise and finalize for filing HDR's Motion for Leave to File Amended Complaint, and proposed 1st Amended Answer naming Barnard and McDonald as Fabre defendants, including analysis and planning regarding same with team members and local counsel |
| 08/29/11 | D. Kent | 0.50 | Exchange memoranda with Kurt Meaders, team members and local counsel regarding Florida law concerning policy limit settlement demands |
| 08/29/11 | C. Steinmann | 2.70 | Review and Revise Motion in Limine regarding other projects |
| 08/29/11 | G. Fountain | 1.70 | Work on defendants trial exhibits and draft supplemental exhibit list |
| 08/30/11 | W. Mason | 10.70 | Meeting ███████████████████████ ███████████████████ return to Dallas ████████ |
| 08/30/11 | K. Meaders | 4.20 | Meeting ████████████████████████ ███████████████████ |
| 08/30/11 | K. Meaders | 3.50 | ████████ meeting with Carrier representative Dennis Frostic and attorneys Wayne Mason, Tim Woodward ████████████ |
| 08/30/11 | K. Meaders | 3.30 | Return travel to Dallas, TX ██████████ ██████████████████████████ |
| 08/30/11 | L. Henderson | 0.50 | Review articles ████████████████ on |



|            |              |       |                                                                                                                                                                                   |
|------------|--------------|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | bad faith failure to settle under Florida law and prepare brief summary of same                                                                                                   |
| 08/30/11   | D. Kent      | 4.50  | Review, revise and finalize for filing HDR's Motion in Limine to Exclude Evidence of Lenses, Pockets, Streaks and Layers                                                           |
| 08/30/11   | W. Richmond  | 0.40  | Analyze client's final motion in limine regarding lenses, pockets, etc                                                                                                            |
| 08/30/11   | G. Fountain  | 5.50  | Analysis of Barnard's trial exhibits in preparation for possible use for HDR's supplemental exhibits, work on defendants trial exhibits and supplemental exhibit list              |
| 08/31/11 W. | Mason       | 1.50  | Multiple intrafirm conferences with Kurt Meaders ██████████████████ ██████                                                                                                        |
| 08/31/11   | W. Mason     | 0.40  | Multiple telephone conferences ███████ ███████████████████                                                                                                                        |
| 08/31/11   | W. Mason     | 2.80  | Continue reviewing information for Les Bromwell Daubert hearing                                                                                                                    |
| 08/31/11   | K. Meaders   | 0.30  | Email draft Motion in Limine on source of funding to Harrison                                                                                                                      |
| 08/31/11   | K. Meaders   | 0.30  | Work on issues concerning substantiating claims vs B&V and CDG                                                                                                                     |
| 08/31/11   | K. Meaders   | 0.50  | Attention to exhibit supplementation and flyover videos                                                                                                                           |
| 08/31/11   | K. Meaders   | 1.00  | Receipt and review of Plaintiff's Motion to Exclude B&V as Fabre Defendant and emails with attorney Kent regarding response to same                                               |
| 08/31/11   | K. Meaders   | 1.10  | Receipt and review attorney Candes email regarding Motion by Barnard to object to HDR attempts to Fabre in Barnard, email in response and instructions to attorney Wittie to assist on quick response |
| 08/31/11 K. | Meaders     | 0.30  | ████████████████████████████ ████████                                                                                                                                            |
| 08/31/11   | K. Meaders   | 0.60  | Office conference with attorney Mason                                                                                                                                              |



| | | | |
|---|---|---|---|
| | | | ███████████ |
| 08/31/11 | K. Meaders | 0.40 | Review and analysis of transcript ████ |
| 08/31/11 | K. Meaders | 0.30 | Telephone conference with attorney ███ |
| 08/31/11 | K. Meaders | 0.60 | Office conference with attorney Kent on response to Motion regarding B&V |
| 08/31/11 | K. Meaders | 0.60 | Telephone conference with Hyatt regarding conflict with trial team dates |
| 08/31/11 | K. Meaders | 0.60 | Telephone conference ██████ |
| 08/31/11 | K. Meaders | 1.30 | Begin preparation of materials to respond to Plaintiff's Motion to limit negligent testimony against B&V |
| 08/31/11 | K. Meaders | 1.10 | Consider potential motion to exclude Q.C. issues because of lack of expert testimony |
| 08/31/11 | K. Meaders | 1.20 | Consideration of additional response issues to Barnard Motion for Leave to Respond to Fabre Motion and discussion with attorney Wittie to assist briefing |
| 08/31/11 | K. Meaders | 0.30 | Office conference with attorney Mason regarding potential motion to exclude Q.C. claim |
| 08/31/11 | K. Meaders | 0.50 | ████████ |
| 08/31/11 | D. Kent | 1.40 | Review and revise HDR's Motion in Limine to Exclude Testimony and Evidence Regarding the Reservoir Renovation Project |
| 08/31/11 | D. Kent | 0.50 | Study/analysis of Barnard's Motion for Leave to File Response to HDR's Motion to Designate Barnard as Fabre Defendant, including exchange memoranda and telephone conferences with team members regarding same |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 25

| 08/31/11 | C. Steinmann | 0.60 | Work on supplemental exhibit list; communicate with SGH regarding photograph ███ |
| 08/31/11 | G. Fountain | 5.00 | Work on defendants supplemental exhibits ███ |

Total Hours 550.20
**Total Fee Amount** **$194,440.00**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 132.20 | 455.00 | $60,151.00 |
| K. Meaders | 212.00 | 330.00 | 69,960.00 |
| L. Henderson | 1.80 | 260.00 | 468.00 |
| D. Kent | 116.20 | 395.00 | 45,899.00 |
| S. Wittie | 7.80 | 350.00 | 2,730.00 |
| C. Steinmann | 51.90 | 225.00 | 11,677.50 |
| W. Richmond | 6.00 | 165.00 | 990.00 |
| C. Alm | 0.70 | 115.00 | 80.50 |
| G. Fountain | 21.60 | 115.00 | 2,484.00 |
| Total | **550.20** | | **$194,440.00** |

**Disbursements:**

| 04/05/11 | Other On Line Research | 2.40 |
| 04/11/11 | Other On Line Research | 2.40 |
| 04/14/11 | Other On Line Research | 0.08 |
| 04/14/11 | Other On Line Research | 2.40 |
| 04/14/11 | Other On Line Research | 1.28 |
| 04/16/11 | Other On Line Research | 19.68 |
| 04/16/11 | Other On Line Research | 0.48 |
| 04/19/11 | Other On Line Research | 0.08 |
| 04/19/11 | Other On Line Research | 0.08 |
| 04/19/11 | Other On Line Research | 0.08 |
| 04/19/11 | Other On Line Research | 1.04 |
| 04/19/11 | Other On Line Research | 1.76 |
| 04/19/11 | Other On Line Research | 1.68 |



| 04/19/11 | Other On Line Research | 0.56 |
| 04/19/11 | Other On Line Research | 0.24 |
| 04/19/11 | Other On Line Research | 1.28 |
| 04/21/11 | Other On Line Research | 0.08 |
| 04/21/11 | Other On Line Research | 1.04 |
| 04/21/11 | Other On Line Research | 0.56 |
| 04/24/11 | Other On Line Research | 0.08 |
| 04/24/11 | Other On Line Research | 2.40 |
| 04/24/11 | Other On Line Research | 0.72 |
| 04/24/11 | Other On Line Research | 2.40 |
| 04/24/11 | Other On Line Research | 0.80 |
| 04/24/11 | Other On Line Research | 2.40 |
| 04/24/11 | Other On Line Research | 2.40 |
| 04/24/11 | Other On Line Research | 2.40 |
| 04/24/11 | Other On Line Research | 0.88 |
| 04/24/11 | Other On Line Research | 0.16 |
| 04/24/11 | Other On Line Research | 1.44 |
| 04/24/11 | Other On Line Research | 1.52 |
| 04/24/11 | Other On Line Research | 0.32 |
| 04/24/11 | Other On Line Research | 0.56 |
| 04/24/11 | Other On Line Research | 0.56 |
| 04/24/11 | Other On Line Research | 0.56 |
| 04/24/11 | Other On Line Research | 2.40 |
| 04/24/11 | Other On Line Research | 0.16 |
| 04/24/11 | Other On Line Research | 0.40 |
| 04/24/11 | Other On Line Research | 0.16 |
| 04/24/11 | Other On Line Research | 1.76 |
| 04/24/11 | Other On Line Research | 1.36 |
| 04/24/11 | Other On Line Research | 0.40 |
| 04/24/11 | Other On Line Research | 2.40 |
| 04/26/11 | Other On Line Research | 0.56 |
| 04/27/11 | Other On Line Research | 2.40 |
| 04/28/11 | Other On Line Research | 0.08 |
| 04/28/11 | Other On Line Research | 2.40 |
| 05/03/11 | Other On Line Research | 2.08 |
| 05/09/11 | Other On Line Research | 0.08 |
| 05/09/11 | Other On Line Research | 0.08 |
| 05/09/11 | Other On Line Research | 0.08 |
| 05/09/11 | Other On Line Research | 0.88 |
| 05/09/11 | Other On Line Research | 2.40 |



| | | |
|---|---|---|
| 05/09/11 | Other On Line Research | 1.20 |
| 05/09/11 | Other On Line Research | 1.52 |
| 05/09/11 | Other On Line Research | 0.48 |
| 05/09/11 | Other On Line Research | 1.12 |
| 05/11/11 | Other On Line Research | 0.08 |
| 05/11/11 | Other On Line Research | 2.40 |
| 05/11/11 | Other On Line Research | 1.20 |
| 05/12/11 | Other On Line Research | 0.08 |
| 05/12/11 | Other On Line Research | 0.08 |
| 05/12/11 | Other On Line Research | 2.40 |
| 05/12/11 | Other On Line Research | 0.24 |
| 05/17/11 | Other On Line Research | 2.40 |
| 05/17/11 | Other On Line Research | 0.32 |
| 05/17/11 | Other On Line Research | 2.40 |
| 05/17/11 | Other On Line Research | 2.40 |
| 05/17/11 | Other On Line Research | 2.40 |
| 05/17/11 | Other On Line Research | 0.88 |
| 05/17/11 | Other On Line Research | 0.16 |
| 05/17/11 | Other On Line Research | 2.40 |
| 05/17/11 | Other On Line Research | 1.20 |
| 05/17/11 | Other On Line Research | 1.20 |
| 05/17/11 | Other On Line Research | 1.52 |
| 05/17/11 | Other On Line Research | 2.40 |
| 05/17/11 | Other On Line Research | 0.24 |
| 05/17/11 | Other On Line Research | 0.24 |
| 05/17/11 | Other On Line Research | 0.40 |
| 05/17/11 | Other On Line Research | 1.84 |
| 05/20/11 | Other On Line Research | 0.48 |
| 05/25/11 | Travel/Individual    Meals Meaders, Kurt W. / DA | 4.00 |
| 05/27/11 | Travel/Car    Rental Meaders, Kurt W. / DA | 1.18 |
| 05/31/11 | Other On Line Research | 2.40 |
| 05/31/11 | Other On Line Research | 2.40 |
| 05/31/11 | Other On Line Research | 2.40 |
| 05/31/11 | Other On Line Research | 2.40 |
| 06/06/11 | Other On Line Research | 0.08 |
| 06/06/11 | Other On Line Research | 0.08 |
| 06/06/11 | Other On Line Research | 2.40 |
| 06/06/11 | Other On Line Research | 0.24 |
| 06/07/11 | Other On Line Research | 0.16 |



| | | |
|---|---|---:|
| 06/07/11 | Other On Line Research | 0.24 |
| 06/07/11 | Other On Line Research | 0.48 |
| 06/07/11 | Other On Line Research | 0.32 |
| 06/09/11 | Other On Line Research | 0.08 |
| 06/09/11 | Other On Line Research | 0.08 |
| 06/09/11 | Other On Line Research | 2.40 |
| 06/09/11 | Other On Line Research | 1.12 |
| 06/09/11 | Other On Line Research | 1.92 |
| 06/09/11 | Other On Line Research | 0.16 |
| 06/11/11 | Other On Line Research | 2.08 |
| 06/22/11 | Other On Line Research | 0.16 |
| 06/22/11 | Other On Line Research | 0.08 |
| 06/22/11 | Other On Line Research | 2.40 |
| 06/22/11 | Other On Line Research | 1.36 |
| 06/22/11 | Other On Line Research | 0.08 |
| 06/22/11 | Other On Line Research | 0.16 |
| 06/22/11 | Other On Line Research | 0.16 |
| 06/22/11 | Other On Line Research | 0.16 |
| 06/22/11 | Other On Line Research | 0.16 |
| 06/22/11 | Other On Line Research | 0.16 |
| 06/22/11 | Other On Line Research | 0.24 |
| 06/23/11 | Travel/Group Meals Meaders, Kurt W. / DA | 22.91 |
| 06/24/11 | Other On Line Research | 1.12 |
| 06/24/11 | Other On Line Research | 2.40 |
| 06/27/11 | Other On Line Research | 0.08 |
| 06/27/11 | Other On Line Research | 0.08 |
| 06/27/11 | Other On Line Research | 0.08 |
| 06/27/11 | Other On Line Research | 2.40 |
| 06/27/11 | Other On Line Research | 2.40 |
| 06/27/11 | Other On Line Research | 2.40 |
| 06/28/11 | Other On Line Research | 0.08 |
| 06/28/11 | Other On Line Research | 0.08 |
| 06/28/11 | Other On Line Research | 2.40 |
| 06/28/11 | Other On Line Research | 0.16 |
| 06/28/11 | Other On Line Research | 0.24 |
| 06/28/11 | Other On Line Research | 0.32 |
| 06/28/11 | Other On Line Research | 2.40 |
| 06/30/11 | Copy Service Fundamental American, LLC | 7,971.62 |
| 07/07/11 | Travel/Air Fare Mason, Wayne B. / DA- | 813.40 |



| | | |
|---|---|---|
| 07/11/11 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 102.43 |
| 07/11/11 | Travel/Car   Rental Meaders, Kurt W. / DA | 187.99 |
| 07/11/11 | Travel/Air Fare Meaders, Kurt W. / DA | 733.40 |
| 07/12/11 | Other Travel-related expenses Meaders, Kurt W. / DA | 34.95 |
| 07/13/11 | Travel/Lodging Mason, Wayne B. / DA- | 122.08 |
| 07/13/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 20.00 |
| 07/13/11 | Travel/Group Meals Mason, Wayne B. / DA- | 353.93 |
| 07/13/11 | Travel/Group Meals Meaders, Kurt W. / DA | 41.43 |
| 07/13/11 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 07/14/11 | Travel/Lodging Mason, Wayne B. / DA- | 122.08 |
| 07/14/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 07/14/11 | Travel/Individual   Meals Meaders, Kurt W. / DA | 19.34 |
| 07/14/11 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 07/15/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 07/15/11 | Travel/Car   Rental Mason, Wayne B. / DA- | 119.47 |
| 07/15/11 | Travel/Group Meals Mason, Wayne B. / DA- | 53.91 |
| 07/16/11 | Travel/Lodging Meaders, Kurt W. / DA | 761.02 |
| 07/16/11 | Parking/Tolls Meaders, Kurt W. / DA | 95.26 |
| 07/21/11 | Delivery/Messenger   Service Federal Express Corporation | 49.32 |
| 07/21/11 | Delivery/Messenger   Service Federal Express Corporation | 166.23 |
| 07/21/11 | Delivery/Messenger   Service Federal Express Corporation | 123.22 |
| 07/21/11 | Delivery/Messenger   Service Federal Express Corporation | 13.03 |
| 07/21/11 | Delivery/Messenger   Service Federal Express Corporation | 14.47 |
| 07/21/11 | Delivery/Messenger   Service Federal Express Corporation | 59.05 |
| 07/21/11 | Delivery/Messenger   Service Federal Express Corporation | 59.05 |
| 07/21/11 | Other Travel-related expenses Meaders, Kurt W. / DA | 5.00 |
| 07/28/11 | Delivery/Messenger   Service Federal Express Corporation | 12.04 |
| 07/28/11 | Delivery/Messenger   Service Federal Express Corporation | 12.04 |
| 07/28/11 | Delivery/Messenger   Service Federal Express Corporation | 12.04 |
| 07/28/11 | Delivery/Messenger   Service Federal Express Corporation | 12.88 |
| 07/28/11 | Delivery/Messenger   Service Federal Express Corporation | 12.04 |
| 08/02/11 | Telephone TAMPA      FL (181)328-9070 | 0.40 |
| 08/02/11 | Telephone   WINCHESTER MA (178)172-1403 | 0.80 |
| 08/03/11 | Telephone   OMAHA     NE (140)263-0579 | 0.56 |
| 08/03/11 | Parking/Tolls Diksa, Mike, C. / DA | 10.00 |
| 08/04/11 | Outside Professional Services Barnes & Roberts, L.L.C. | 299.58 |
| 08/05/11 | Telephone WALTHAM    MA (178)190-7933 | 0.08 |
| 08/08/11 | Telephone   OMAHA     NE (140)239-9125 | 0.96 |
| 08/08/11 | Telephone   OMAHA     NE (140)239-9125 | 0.24 |
| 08/08/11 | Telephone   OMAHA     NE (140)239-9125 | 0.88 |



| Date | Description | Amount |
|---|---|---|
| 08/09/11 | Travel/Lodging Kent, David, C. / DA | 201.55 |
| 08/09/11 | Travel/Individual   Meals Kent, David, C. / DA | 41.22 |
| 08/09/11 | Travel/Individual   Meals Kent, David, C. / DA | 4.11 |
| 08/09/11 | Travel/Air Fare Kent, David, C. / DA | 513.00 |
| 08/09/11 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 08/09/11 | Parking/Tolls Kent, David, C. / DA | 4.00 |
| 08/10/11 | Telephone   OMAHA     NE (140)239-9125 | 0.16 |
| 08/10/11 | IT items charged to clients Meaders, Kurt W. / DA | 17.30 |
| 08/10/11 | Travel/Individual   Meals Kent, David, C. / DA | 1.88 |
| 08/10/11 | Travel/Individual   Meals Kent, David, C. / DA | 7.42 |
| 08/10/11 | Travel/Individual   Meals Kent, David, C. / DA | 4.07 |
| 08/10/11 | Travel/Individual   Meals Kent, David, C. / DA | 6.53 |
| 08/10/11 | Travel/Individual   Meals Kent, David, C. / DA | 3.21 |
| 08/10/11 | Travel/Car   Rental Kent, David, C. / DA | 64.12 |
| 08/10/11 | Other Travel-related expenses Kent, David, C. / DA | 18.62 |
| 08/10/11 | Other Travel-related expenses Kent, David, C. / DA | 20.00 |
| 08/10/11 | Travel/Group Meals Kent, David, C. / DA | 27.42 |
| 08/11/11 | Delivery/Messenger   Service Federal Express Corporation | 6.30 |
| 08/12/11 | Other Travel-related expenses Meaders, Kurt W. / DA | 34.95 |
| 08/14/11 | Travel/Lodging Kent, David, C. / DA | 212.18 |
| 08/14/11 | Travel/Individual   Meals Kent, David, C. / DA | 16.45 |
| 08/14/11 | Travel/Individual   Meals Kent, David, C. / DA | 9.15 |
| 08/14/11 | Travel/Individual   Meals Kent, David, C. / DA | 47.09 |
| 08/14/11 | Travel/Individual   Meals Kent, David, C. / DA | 7.08 |
| 08/14/11 | Travel/Car   Rental Kent, David, C. / DA | 81.79 |
| 08/14/11 | Travel/Air Fare Kent, David, C. / DA | 581.60 |
| 08/14/11 | Parking/Tolls Kent, David, C. / DA | 4.00 |
| 08/15/11 | Travel/Individual   Meals Kent, David, C. / DA | 6.46 |
| 08/15/11 | Travel/Individual   Meals Kent, David, C. / DA | 33.61 |
| 08/15/11 | Other Travel-related expenses Kent, David, C. / DA | 25.00 |
| 08/15/11 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 08/16/11 | Travel/Individual   Meals Kent, David, C. / DA | 6.38 |
| 08/16/11 | Travel/Individual   Meals Kent, David, C. / DA | 4.49 |
| 08/16/11 | Parking/Tolls Kent, David, C. / DA | 78.77 |
| 08/17/11 | Telephone   DELRAY BCH FL (156)154-2859 | 1.44 |
| 08/18/11 | Telephone   CHICAGO   IL (131)293-3710 | 0.64 |
| 08/18/11 | Telephone   CHICAGO   IL (131)293-3710 | 0.88 |
| 08/18/11 | Telephone TAMPA   FL (181)322-5123 | 0.40 |
| 08/18/11 | Telephone TAMPA   FL (181)339-6350 | 0.48 |
| 08/18/11 | Telephone   OMAHA   NE (140)263-0579 | 0.64 |



| | | |
|---|---|---:|
| 08/18/11 | Travel/Lodging Kent, David, C. / DA | 179.15 |
| 08/18/11 | Delivery/Messenger    Service Federal Express Corporation | 123.22 |
| 08/18/11 | Travel/Individual    Meals Kent, David, C. / DA | 5.52 |
| 08/18/11 | Travel/Individual    Meals Kent, David, C. / DA | 43.36 |
| 08/18/11 | Travel/Car    Rental Kent, David, C. / DA | 46.98 |
| 08/18/11 | Travel/Air Fare Kent, David, C. / DA | 818.40 |
| 08/19/11 | Telephone TAMPA      FL (181)387-4123 | 0.16 |
| 08/19/11 | Telephone    OMAHA      NE (140)263-0579 | 0.16 |
| 08/19/11 | Telephone    CHICAGO    IL (131)293-3710 | 0.32 |
| 08/19/11 | Telephone FTWALTNBCH FL (185)024-0292 | 1.76 |
| 08/19/11 | Travel/Individual    Meals Kent, David, C. / DA | 6.53 |
| 08/19/11 | Travel/Individual    Meals Kent, David, C. / DA | 1.95 |
| 08/19/11 | Travel/Individual    Meals Kent, David, C. / DA | 4.07 |
| 08/19/11 | Travel/Individual    Meals Kent, David, C. / DA | 2.14 |
| 08/19/11 | Other Travel-related expenses Kent, David, C. / DA | 17.98 |
| 08/19/11 | Other Travel-related expenses Kent, David, C. / DA | 20.00 |
| 08/19/11 | Travel/Air Fare Meaders, Kurt W. / DA | 771.40 |
| 08/19/11 | Parking/Tolls Kent, David, C. / DA | 3.00 |
| 08/19/11 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 08/20/11 | Travel/Car    Rental Meaders, Kurt W. / DA | 463.82 |
| 08/22/11 | Lexis | 884.48 |
| 08/22/11 | Lexis | 50.18 |
| 08/22/11 | Lexis | 83.58 |
| 08/22/11 | Lexis | 3.34 |
| 08/22/11 | Lexis | 24.07 |
| 08/23/11 | Lexis | 13.38 |
| 08/23/11 | Lexis | 326.56 |
| 08/23/11 | Lexis | 36.75 |
| 08/23/11 | Lexis | 7.73 |
| 08/23/11 | Westlaw | 13.25 |
| 08/23/11 | Westlaw | 205.45 |
| 08/23/11 | Photocopy (101 @ $0.15) | 15.15 |
| 08/23/11 | Photocopy (4 @ $0.15) | 0.60 |
| 08/23/11 | Travel/Individual    Meals Kent, David, C. / DA | 20.52 |
| 08/23/11 | Travel/Individual    Meals Kent, David, C. / DA | 30.75 |
| 08/23/11 | Travel/Individual    Meals Kent, David, C. / DA | 7.08 |
| 08/23/11 | Other Travel-related expenses Kent, David, C. / DA | 12.50 |
| 08/23/11 | Travel/Air Fare Kent, David, C. / DA | 571.40 |
| 08/23/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 08/23/11 | Parking/Tolls Kent, David, C. / DA | 131.29 |


| | | |
|---|---|---:|
| 08/24/11 | Lexis | 0.29 |
| 08/24/11 | Lexis | 0.23 |
| 08/24/11 | Lexis | 6.69 |
| 08/24/11 | Lexis | 3.88 |
| 08/24/11 | Lexis | 38.23 |
| 08/24/11 | Lexis | 5.72 |
| 08/24/11 | Lexis | 16.71 |
| 08/24/11 | Travel/Lodging Steinmann, Cori / DA | 245.28 |
| 08/24/11 | Travel/Individual   Meals Steinmann, Cori / DA | 29.93 |
| 08/24/11 | Travel/Group Meals Meaders, Kurt W. / DA | 24.94 |
| 08/24/11 | Travel/Air Fare Steinmann, Cori / DA | 312.70 |
| 08/24/11 | Travel/Air Fare Steinmann, Cori / DA | 129.00 |
| 08/25/11 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 55.95 |
| 08/25/11 | Delivery/Messenger   Service Federal Express Corporation | 30.27 |
| 08/25/11 | Travel/Individual   Meals Steinmann, Cori / DA | 11.12 |
| 08/25/11 | Travel/Individual   Meals Steinmann, Cori / DA | 18.71 |
| 08/25/11 | Travel/Individual   Meals Kent, David, C. / DA | 8.92 |
| 08/25/11 | Travel/Individual   Meals Kent, David, C. / DA | 14.44 |
| 08/25/11 | Travel/Individual   Meals Kent, David, C. / DA | 60.90 |
| 08/25/11 | Travel/Car   Rental Steinmann, Cori / DA | 74.23 |
| 08/26/11 | Travel/Lodging Kent, David, C. / DA | 716.76 |
| 08/26/11 | Travel/Lodging Meaders, Kurt W. / DA | 888.34 |
| 08/26/11 | Other Travel-related expenses Kent, David, C. / DA | 12.50 |
| 08/26/11 | Research Fees Meaders, Kurt W. / DA | 2,800.00 |
| 08/27/11 | Color   Photocopy | 1.75 |
| 08/27/11 | Color   Photocopy | 7.75 |
| 08/27/11 | Color   Photocopy | 0.25 |
| 08/27/11 | Travel/Individual   Meals Kent, David, C. / DA | 5.89 |
| 08/27/11 | Travel/Car   Rental Meaders, Kurt W. / DA | 12.12 |
| 08/27/11 | Other Travel-related expenses Kent, David, C. / DA | 17.51 |
| 08/27/11 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 08/28/11 | Parking/Tolls Meaders, Kurt W. / DA | 95.26 |
| 08/29/11 | Telephone TAMPA      FL (181)328-9070 | 0.08 |
| 08/29/11 | Telephone TAMPA      FL (181)328-9070 | 0.56 |
| 08/29/11 | Telephone TAMPA      FL (181)328-9070 | 0.40 |
| 08/29/11 | Telephone TAMPA      FL (181)328-9070 | 0.96 |
| 08/29/11 | Photocopy (78 @ $0.15) | 11.70 |
| 08/29/11 | Color   Photocopy | 35.00 |
| 08/29/11 | Color   Photocopy | 18.00 |
| 08/29/11 | Color   Photocopy | 5.25 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

September 15, 2011
Invoice No. 1033649
Page 33

| 08/30/11 | Telephone TAMPA | FL (181)387-4123 | 1.12 |
| 08/30/11 | Telephone TAMPA | FL (181)387-4123 | 0.40 |
| 08/30/11 | Lexis | | 6.97 |
| 08/30/11 | Lexis | | 142.02 |
| 08/30/11 | Lexis | | 1.33 |
| 08/30/11 | Lexis | | 4.05 |
| 08/30/11 | Lexis | | 9.16 |
| 08/30/11 | Photocopy (7 @ $0.15) | | 1.05 |
| 08/31/11 | Photocopy (4 @ $0.15) | | 0.60 |

**Total Disbursements**    **$25,763.52**

**Total Due**    **$220,203.52**

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
| --- | --- | --- |
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

**Expense Report - Transmittal Report**



ER0000003021211101SS

**Spender** Kurt W. Meaders    **From** Jul 11, 2011   **To** Jul 15, 2011    **Reimbursement Amt** 1,878.39 USD

**Report name** Hearing on MSJ

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | No |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 7/11/11 | Airfare | United St... | 733.40 USD | Jennifer M. Arevalo |
| 7/11/11 | Car Rental | United St... | 187.99 USD | Jennifer M. Arevalo |
| 7/13/11 | Group Meal | United St... | 41.43 USD | Jennifer M. Arevalo |
| 7/14/11 | Individual Meal | United St... | 19.34 USD | Jennifer M. Arevalo |
| 7/16/11 | Lodging | United St... | 761.02 USD | Jennifer M. Arevalo |
| 7/16/11 | Parking or Tolls | United St... | 95.26 USD | Jennifer M. Arevalo |

# DFW AIRPORT VALET

Amount $ 95.24

Date 7/15/11

Cash _____ Credit ✓

By AC

---

lunch Kent / Meadows

(FOUNTAIN SQUARE CAFE
4301 ANCHOR PLAZA 130
TAMPA, FL 33634)

07/14/2011                    13:40:25
erchant ID:          0000000021
rminal ID:                    031
:5211609887

CREDIT CARD
MC SALE

RD #               XXXXXXXXXX
OICE
ch #:
roval Code:                 770455
y Method:
e:

-TIP AMT        2.00

                17.34

L AMOUNT      19.34

CUSTOMER COPY

---

HYATT REGENCY    MPA
AVANZARE RESTAURANT
MICHAEL L.
----------------------------
/1        2346      GS
  JUL14'11  7:06PM
Misc Personal Charge    ⟨7.00⟩
 Tortilla Soup Bo        .00
 Caesar Salad          00.00
Misc Personal Charge    ⟨7.00⟩
 SUBTOTAL              33.00
 TAX                    2.31
 PAYMENT DUE    35.31
NK FOR CREDIT CARD CHARGES
   LEASE PAY YOUR SERVER

       Y:            6
      AL:       4/31
 BELOW FOR ROOM CHARGES C
IT NAME:
I #:
SIGN FOR ROOM CHARGES ONLY
IATURE:
AIL:

Should be on hotel bill
Dinner - Kwan

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 406072553 | 51967554 | W |

MEADERS,KURT
WIZ = T8N93R      AWD = A984200
CV - CMXXXXXXXXXXXX5374
FIN AD/XRH0486              PO
OUT TPA 11JUL11/2242 MI = 14408
IN  TPA 15JUL11/1235 MI = 14483

```
      75 MI@   .40  =
         HR@  32.26 =
       4 DY@  43.00 =      172.00
DISCOUNT  15.0      =       25.80
 10.40% FEE         =       15.80
/ 5% TX FF MIDY     =         .25
$  0.56 /DY ERF     =        2.24
$  2.00 /DY SSU     =        8.00
$  0.02 /DY TBS     =         .08
$  0.78 /DY VLF     =        3.12
TAXABLE SUBTOT      =      175.69
TAX  7.000%         =       12.30
FUEL SERVICE        =
PREPAYMENTS         =      187.99
TOTAL CHARGES       =         .00
```

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED   200


            Go to Avis.com to
            Receive f Receipts

BAY BREEZE CAFE
5426 BAY CENTER DR 125
TAMPA, FL 33609

3/2011                          12:)
nant ID:        000000001917
inal ID:                0300
06996882

CREDIT CARD

MC SALE

)#              XXXXXXXXXXX
INVOICE                         904
1#:                     00
val Code:               6
Method:

)E/SERVICES              $

).r              _____

**TOTAL AMOUNT**         _____

Lunch
Mason, Meadows, Kent
Bramwell, Doty, Meyer,
Woodward

Bay Breeze Cafe
5426 Bay Center Drive
Tampa, Florida
TE 07/13/2011 WED   TIME 1

sc.                     $
sc.                     $
dit. Wrap               $
sc.                     $1
isc.                    $0
$
$ .60
sc.                     1.
sc.                     $1.60
1                       $2.76
TUTAL                   $41.43
CASH                    $41.43
Let us cater your next event
(813) 282-8100
0           No.112392    00000

Credit Card
Fire Card



Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Payee | Kurt Meaders | Room No. | 0831 |
| | 1111 Bagby Street | Arrival | 07-11-11 |
| | Suite 2300 | Departure | 07-15-11 |
| | Houston TX 77002 | Page No. | 1 of 2 |
| | United States | Folio Window | 1 |
| Membership | | Folio | 87493 |
| Bonus Code | | Invoice | |
| Confirmation No. | 5772375801 | | |
| Group Name | Sedgwick Law Trial | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-11-11 | - Guest -Tek Internet Charges | 23:56 Room# 0831 : INTERNET | 26.99 | |
| 07-11-11 | Group Room | | 139.00 | |
| 07-11-11 | State Room Tax | | 9.73 | |
| 07-11-11 | Occupancy Tax | | 6.95 | |
| 07-11-11 | Parking Valet | | 18.00 | |
| 07-12-11 | Group Room | | 139.00 | |
| 07-12-11 | State Room Tax | | 9.73 | |
| 07-12-11 | Occupancy Tax | | 6.95 | |
| 07-12-11 | Parking Valet | | 18.00 | |
| 07-13-11 | Group Room | | 139.00 | |
| 07-13-11 | State Room Tax | | 9.73 | |
| 07-13-11 | Occupancy Tax | | 6.95 | |
| 07-13-11 | Parking Valet | | 18.00 | |
| 07-14-11 | - Avanzare Dinner | CHECK# 0222346 | 41.31 | |
| 07-14-11 | Group Room | | 139.00 | |
| 07-14-11 | State Room Tax | | 9.73 | |
| 07-14-11 | Occupancy Tax | | 6.95 | |
| 07-14-11 | Parking Valet | | 18.00 | |
| 07-15-11 | Avanzare Dinner Adj. | 10% off food purchase | -2.00 | |
| 07-15-11 | Master Card | XXXXXXXXXXXX5374        XX/XX | | 761.02 |



HYATT REGENCY TAMPA
DOWNTOWN AT TAMPA CITY CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INFORMATION INVOICE**

| | |
|---|---|
| Payee | Kurt Meaders |
| | 1111 Bagby Street |
| | Suite 2300 |
| | Houston TX 77002 |
| | United States |
| Membership | |
| Bonus Code | |
| Confirmation No. | 5772375801 |
| Group Name | Sedgwick Law Trial |

| | |
|---|---|
| Room No. | 0831 |
| Arrival | 07-11-11 |
| Departure | 07-15-11 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 87493 |
| Invoice | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com. | | |
| | **Total** | **761.02** | **761.02** |
| | **Balance** | **0.00** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill? Please contact 888-472-2860 or email
na.customerservice@hyatt.com

Please forward all invoice payments to:

**Hyatt Regency Tampa**
**P.O. Box 281467**
**Atlanta, GA 30384**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Friday, July 08, 2011 12:05 PM |
| **To:** | Meaders, Kurt |
| **Subject:** | E-Ticket Confirmation-MYCLFD 11JUL |

 **eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |
|---|---|---|---|



**Date of Issue: 08JUL11**

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: MYCLFD**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car      Buy trip insurance



Record Locator: MYCLFD

### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 1208 | DALLAS FT WORTH | MON 11JUL 7:10 PM | TAMPA | 10:25 PM | L |
| | Kurt Meaders | FF#: XRH0486 | Economy | Seat 10D | Food For Purchase | |

| | | GLD | | | | |
|---|---|---|---|---|---|---|
| AA American Airlines | 1163 | TAMPA | FRI 15JUL 2:40 PM | DALLAS FT WORTH | 4:15 PM | W |
| | Kurt Meaders | FF#: XRH0486 GLD | | | Seat 20A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012364508476 | 662.32 | 71.08 | 733.40 |

Payment Type: Exchange

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**  **Special Assistance**  **Flight Check-In**  **Flight Status Notification**

 member of **oneworld**  We know why you fly* **AmericanAirlines** AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 2335135246440812043911900



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-568-96825 | Jul 21, 2011 | 2323-3788-5 | 4 of 11 |

## FedEx Express Shipment Detail By Payor Type (Original)

| Dropped off: Jul 11, 2011 | Cust. Ref.: 0999-PNBILLS | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

*886.08*

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7
- Package sent from: 78209 zip code

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 867040959480 | F WILLIAMS | SANDI BONECHER | |
| Service Type | FedEx 2Day | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWIDE | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | ONE MKT PLAY STEWART TONY 4TH | |
| Zone | 07 | DALLAS TX 75201-7367 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 13, 2011 09:27 | Transportation Charge | | 18.05 |
| Svc Area | A1 | Fuel Surcharge | | 1.30 |
| Signed by | J.DIZON | Discount | | -9.39 |
| FedEx Use | 019216928/0001113/_ | **Total Charge** | **USD** | **$9.96** |

| Picked up: Jul 12, 2011 | Cust. Ref.: 00196-120134 | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Minimum Billable Weight was applied.

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797295906662 | Alan Vickery | Alan Vickery - Guest | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Hilton Newark Penn Station | |
| Package Type | FedEx Box | 1717 Main Street | Gateway Center  - Raymond Blvd | |
| Zone | 06 | DALLAS TX 75201 US | NEWARK NJ 07102 US | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jul 13, 2011 09:20 | Transportation Charge | | 49.75 |
| Svc Area | A1 | Discount | | -28.36 |
| Signed by | S.ARMAH | Fuel Surcharge | | 3.21 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$24.60** |

| Picked up: Jul 12, 2011 | Cust. Ref.: 10711-000001 | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797296151648 | Claudia Dwyer | TIM WOODWARD (D KENT) | |
| Service Type | FedEx Standard Overnight | SEDGWICK LLP | FORIZS & DOGALI, PA | |
| Package Type | Customer Packaging | 1717 Main Street | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Packages | 1 | | | |
| Rated Weight | 18.0 lbs, 8.2 kgs | | | |
| Delivered | Jul 13, 2011 14:10 | Transportation Charge | | 99.75 |
| Svc Area | A1 | Discount | | -56.86 |
| Signed by | T.JOSSI | Fuel Surcharge | | 6.43 |
| FedEx Use | 000000000/0001349/_ | **Total Charge** | **USD** | **$49.32** |





| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-568-96825 | Jul 21, 2011 | 2323-3788-5 | 5 of 11 |

**Picked up: Jul 12, 2011**   **Cust. Ref.: 886-08**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797296578299 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Package Type | Customer Packaging | 1717 Main Street | 1 MARKET PLZ | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | 8.0 lbs, 3.6 kgs | | | |
| Delivered | Jul 13, 2011 09:27 | Transportation Charge | | 72.65 |
| Svc Area | A1 | Discount | | -41.41 |
| Signed by | J.DIZON | Fuel Surcharge | | 4.69 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$35.93** |

**Picked up: Jul 12, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 865208388296 | RITA SLATEW | KATHY GILMAN | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | FORIZS & DOGALI PA | |
| Package Type | FedEx Box | 1717 MAIN ST STE 5400 | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201-7367 US | TAMPA FL 33634 US | |
| Packages | 2 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | Jul 13, 2011 07:58 | | | |
| Svc Area | A1 | Transportation Charge | | 144.55 |
| Signed by | V.TOLASONO | Fuel Surcharge | | 21.68 |
| FedEx Use | 019312017/0000012/_ | **Total Charge** | **USD** | **$166.23** |

**Picked up: Jul 12, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 865208388300 | RITA SLATON | KATHY GILMAN | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | FORIZS & DOGALI PA | |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201-7367 US | TAMPA FL 33634 US | |
| Packages | 1 | | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | | | |
| Delivered | Jul 13, 2011 07:58 | | | |
| Svc Area | A1 | Transportation Charge | | 107.15 |
| Signed by | V.TOLASONO | Fuel Surcharge | | 16.07 |
| FedEx Use | 019312017/0000012/_ | **Total Charge** | **USD** | **$123.22** |

**Picked up: Jul 12, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 865208388311 | GAIL FOUNTAIN | RICHARD A HARRISON | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | DAVID FORZIANO MISTY C LEAFERS | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 202 S ROME AVE STE 100 | |
| Zone | 05 | DALLAS TX 75201-7367 US | TAMPA FL 33606 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 13, 2011 09:33 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Discount | | -15.02 |
| Signed by | V.KEYKINDALE | Fuel Surcharge | | 1.70 |
| FedEx Use | 019312017/0000219/_ | **Total Charge** | **USD** | **$13.03** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-568-96825 | Jul 21, 2011 | 2323-3788-5 | 6 of 11 |

**Picked up: Jul 12, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | GAIL FOUNTAIN | CHRISTOPHER A WRIGHT RICHARD M | |
| Tracking ID | 865208388322 | SEDGWICK,DETERT,MORAN & ARNOLD | WALT TIEDER HOFFAR & FITZGERAL | |
| Service Type | FedEx Priority Overnight | 1717 MAIN ST STE 5400 | 1215 FOURTH AVE STE 2210 | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | SEATTLE WA 98161 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 13, 2011 08:48 | Transportation Charge | | 29.25 |
| Svc Area | A1 | Fuel Surcharge | | 1.89 |
| Signed by | .CARRIE | Discount | | -16.67 |
| FedEx Use | 019312017/0000241/_ | **Total Charge** | **USD** | **$14.47** |

**Picked up: Jul 12, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Aircraft delay in flight.
- Distance Based Pricing, Zone 5
- 1st attempt Jul 13, 2011 at 07:16 AM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | GAIL FOUNTAIN | BEN WM SUBIN MICHAEL CANDES | |
| Tracking ID | 865208388333 | SEDGWICK,DETERT,MORAN & ARNOLD | HOLLAND & KNIGHT LLP SUNTRUST | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 200 SOUTH ORANGE AVE STE 2600 | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | ORLANDO FL 32801 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 13, 2011 08:48 | Transportation Charge | | 51.35 |
| Svc Area | A1 | Fuel Surcharge | | 7.70 |
| Signed by | A.COLACHEA | **Total Charge** | **USD** | **$59.05** |
| FedEx Use | 019312017/0000006/_ | | | |

**Picked up: Jul 12, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 5
- 1st attempt Jul 13, 2011 at 07:54 AM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | GAIL FOUNHAIN | DAVID L BRESTER ADAM C SHELTON | |
| Tracking ID | 865208388344 | SEDGWICK,DETERT,MORAN & ARNOLD | BANNKER LOPEZ GASSLER P A | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 501 FRIST AVE N STE 900 | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | ST PETERSBURG FL 33701 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 13, 2011 10:09 | Transportation Charge | | 51.35 |
| Svc Area | A1 | Fuel Surcharge | | 7.70 |
| Signed by | L.ALLRED | **Total Charge** | **USD** | **$59.05** |
| FedEx Use | 019312017/0000006/_ | | | |

**Picked up: Jul 12, 2011**   **Cust. Ref.: NO REFERENCE INFORMATION**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct package, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | SEDGWICK,DETERT,MORAN & ARNOLD | JULE DOSS | |
| Tracking ID | 874445672028 | 1717 MAIN ST STE 5400 | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Service Type | FedEx Standard Overnight | DALLAS TX 75201-7367 US | 919 CONGRESS AVE STE 1250 | |
| Package Type | FedEx Pak | | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jul 13, 2011 12:49 | Transportation Charge | | 24.10 |

Continued on next page



Tracking ID: 795007421117 continued

| Delivered | Jul 26, 2011 08:59 | Discount | | -13.88 |
|---|---|---|---|---|
| Svc Area | A1 | Fuel Surcharge | | 1.57 |
| Signed by | H.APONTE | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$12.04** |

**Picked up: Jul 25, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 795007443913 | Gail Fountain | David L. Bresler | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Banker Lopez Gassler, PA | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 501 1ST AVE N STE 900 | |
| Zone | 05 | DALLAS TX 75201 US | ST PETERSBURG FL 33701 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 24.35 |
| Delivered | Jul 26, 2011 10:19 | Discount | | -13.88 |
| Svc Area | A1 | Fuel Surcharge | | 1.57 |
| Signed by | L.ALLRED | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$12.04** |

**Picked up: Jul 25, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797338604668 | Gail Fountain | Richard Miles Stanislaw | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Watt Tieder Hoffar Fitzgerald | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 1215 4TH AVE STE 2210 | |
| Zone | 07 | DALLAS TX 75201 US | SEATTLE WA 98161 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 26.05 |
| Delivered | Jul 26, 2011 12:58 | Fuel Surcharge | | 1.68 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | .KELLY | Discount | | -14.85 |
| FedEx Use | 000000000/0000255/_ | **Total Charge** | **USD** | **$12.88** |

**Picked up: Jul 25, 2011**   **Cust. Ref.: 10711-000001**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797338658072 | Gail Fountain | Kathy Gilman | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs-Dogali | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 24.35 |
| Delivered | Jul 26, 2011 13:54 | Discount | | -13.88 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | T.JOSSI | Fuel Surcharge | | 1.57 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$12.04** |



**Picked up: Jul 22, 2011**          **Cust. Ref.: 03272-000305**          **Ref.#2:**
**Payor: Shipper**                    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 6
- 1st attempt Jul 25, 2011 at 07.10 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 16.0 lbs, 17" x 14" x 11", divided by 166.

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 795004040465 | Rosa Zarate | Demetrios T. Zacharopoulos | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Waters & Kraus | |
| Package Type | Customer Packaging | 1717 Main Street, #5400 | 315 N CHARLES ST | |
| Zone | 06 | DALLAS TX 75201 US | BALTIMORE MD 21201 US | |
| Packages | 1 | | | |
| Actual Weight | 8.0 lbs, 3.6 kgs | | | |
| Rated Weight | 16.0 lbs, 7.3 kgs | | | |
| Delivered | Jul 25, 2011 09:52 | | | |
| Svc Area | A1 | Transportation Charge | | 141.50 |
| Signed by | C.DOWDEN | Fuel Surcharge | | 21.23 |
| FedEx Use | 000000000/0000014/_ | **Total Charge** | **USD** | **$162.73** |

**Picked up: Jul 22, 2011**          **Cust. Ref.: 0999-00078**          **Ref.#2:**
**Payor: Shipper**                    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 6

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797335157750 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,LLP | |
| Package Type | FedEx Envelope | 1717 Main Street | 2400 E COMMERCIAL BLVD STE 110 | |
| Zone | 06 | DALLAS TX 75201 US | FORT LAUDERDALE FL 33308 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 25, 2011 10:06 | Transportation Charge | | 24.50 |
| Svc Area | A1 | Discount | | -13.97 |
| Signed by | S.BROWN | Fuel Surcharge | | 1.58 |
| FedEx Use | 000000000/0000244/_ | **Total Charge** | **USD** | **$12.11** |

**Picked up: Jul 25, 2011**          **Cust. Ref.: 10711-000001**          **Ref.#2:**
**Payor: Shipper**                    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 795007372582 | Gail Fountain | Richard Harrison | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Allen Dell, P.A. | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 202 S ROME AVE STE 100 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33606 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 24.35 |
| Delivered | Jul 26, 2011 10:33 | Fuel Surcharge | | 1.57 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | J.BARTON | Discount | | -13.88 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$12.04** |

**Picked up: Jul 25, 2011**          **Cust. Ref.: 10711-000001**          **Ref.#2:**
**Payor: Shipper**                    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 795007421117 | Gail Fountain | Michael R. Candes | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Holland & Knight, LLP | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 200 S ORANGE AVE STE 2600 | |
| Zone | 05 | DALLAS TX 75201 US | ORLANDO FL 32801 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 24.35 |

Continued on next page




## FUNDAMENTAL AMERICAN ™

FORMERLY | ONE STAR LITIGATION SUPPORT

# invoice

| date | invoice # |
|------|-----------|
| 6/30/2011 | 2093 |

**Commercial Services**

**bill to:**

Sedgwick LLP
1717 Main Street - Suite 5400
Dallas, Texas  75201

Sedgwick LLP
1717 Main Street - Suite 5400
Dallas, Texas  75201

**214.742.1113 | 214.745.1718 fax | fundamentalamerican.com | copy@fundamentalamerican.com**

| Client Matter # | Terms | Rep | Order Date | Ordered By | Job # |
|-----------------|-------|-----|------------|------------|-------|
| SEE BELOW | 2% 10 Net 30 | GMM | 6/26/2011 | GAIL F. | 201106224 |

| Item Code | Description | Quantity | Price Each | Amount |
|-----------|-------------|----------|------------|--------|
| Blow | Black & White Image Blowback | 32,026 | 0.08 | 2,562.08T |
| Blow_Color | Color Image Blowback | 4,802 | 1.00 | 4,802.00T |
| | 10711.000001 | | | |
| | Sales Tax | | 8.25% | 607.54 |

OK to Pay Kim
10711.0001

2021



\* A P 1 3 7 6 1 6 6 \*

please pay from invoice and
remit to:

FA Dallas Operations, LLC
PO Box 670732
Dallas, TX 75367-0732
Tax ID: 27-4462395

**total  $7,971.62**

received by: _____  date: _____

  

## Expense Report - Transmittal Report



ER00000030212110162

**Spender** Kurt W. Meaders        **From** Aug 10, 2011  **To** Aug 10, 2011        **Reimbursement Amt** 17.30 USD

**Report name** USB Drives - Media Presentation

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/10/11 | IT Items Charge... | United St... | 17.30 USD | Jennifer M. Arevalo |

```
            OFFICE DEPOT STORE# 2220
             8317 WESTCHESTER DRIVE
                DALLAS, TX 75225
                 (214) 750-3700
08/10/2011    11.2A           6:58 PM
STR 2220 REG2    TRN  3259 EMP 605426
--------------------------------------------
SALE
Product ID      Description      Total
784870  DRIVE,USB,4GB            7.99 SS
  Regularly  19.99
784870  DRIVE,USB,4GB            7.99 SS
  Regularly  19.99

           Subtotal            15.98
Sales Tax:                      1.32
              Total            17.30
        MasterCard 5374        17.30
********************************************
MEADERS, KURT 1481842225
  Ready to get Rewarded faster?
  To receive Rewards electronically
  update your member profile online at
  www.myworkliferewards.com

     Shop online at www.officedepot.com
```



```
             2TVT9PXPY33Y8YXRM



          WE WANT TO HEAR FROM YOU! !
      Participate in our online customer
     survey and receive a Coupon for
        $10 off your next qualifying
    purchase of $50 or more on office supplies
             ,furniture and more.


       Visit www.officedepot.com/feedback


      Thanks for shopping at Office Depot
```

Expense Reimbursement
HDR
USB Drives - Media Presentation

**Expense Report - Transmittal Report**



ER00000029852110169

| | | | | |
|---|---|---|---|---|
| **Spender** Wayne B. Mason | **From** Jul 13, 2011 | **To** Jul 15, 2011 | **Reimbursement Amt** 1,823.88 USD | |

**Report name** HDR - Tampa for Pretrial Hearing

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 12 | Audit required | Yes |
| Number of receipts to submit | 11 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 7/7/11 | Airfare | United St... | 813.40 USD | Jennifer M. Arevalo |
| 7/11/11 | Taxi, Trains, o... | United St... | 102.43 USD | Jennifer M. Arevalo |
| 7/13/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 7/13/11 | Lodging | United St... | 122.08 USD | Jennifer M. Arevalo |
| 7/13/11 | Group Meal | United St... | 353.93 USD | Jennifer M. Arevalo |
| 7/14/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 7/14/11 | Lodging | United St... | 122.08 USD | Jennifer M. Arevalo |
| 7/14/11 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 7/15/11 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 7/15/11 | Group Meal | United St... | 53.91 USD | Jennifer M. Arevalo |
| 7/15/11 | Car Rental | United St... | 119.47 USD | Jennifer M. Arevalo |

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:        4367
TABLE:        112/1
SERVER:       4031 Ellen
DATE:         JUL15'11  1:53PM
CARD TYPE:    MSTRCARD  A1
ACCT #:       XXXXXXXXXXX5580
EXP DATE:     XX/XX
AUTH CODE:    517970

TOTAL:                44.91

TIP:

TOTAL:                53.91

X
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.
```

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
4031 Ellen
----------------------------------
112/1      4367      GST 3
   JUL15'11  1:10PM
----------------------------------

      **** SEAT 1 ****
  1 SOUP                      3.29
    CUP CHX ENCHILDA
  1 GG CHX SANDWICH           9.45
  1 CHICKEN RANCH             9.56
    HOMESTYLE FF
    86 LETTUCE SHRED
    86 TOMATOES SLIC
```

<span style="color:red">Misc Personal Charge ⟨7.29⟩</span>

```
  1 SODA BAR 14              2.49
    FIRST ROUND SBEV
  2 WATER BACK               0.00
  1 QUESO EXPLOSION          9.89
    SUBTOTAL                41.97
TAX      2.94    AMOUNT     44.91
    *******  *******

  SUBTOTAL                  41.97
  TAX                        2.94
  AMOUNT              $44.91

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE
   TIM JUUL 813-396-3983
      GENERAL MANAGER
  TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM
```

# The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :14897-8022

**Table 3**
Marshall W
07:50 PM  07/13/2011                    Gst 3
Transaction #:2083884377

------------------------------------------

Card Number                     Auth Code
xxxxxxxxxxxxx 5580                833122
mason/wayne b                   Master Card

## Check Amount        296.93

Tip                     57.—

Total                 353.93

X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

---

# The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :14897-8022

**Table 3**
Marshall W
19:50:20 07/13/2011                    Gst 3

Misc Personal Charge                    70.00
  1 Chowder Cup                          9.00
  2 Sliced Filet                        86.00
  1 Cheesecake                           9.00
  1 Creme Brulee                         9.00
  1 Homemade Ice Cream                   9.00
  2 Coffee                               7.00
  1 Cappuccino                           4.50
  1 Wedge Salad                         10.00
  1 Spinach Salad                       10.00
  1 Porcini Delmonico                   44.00
  1 Asparagus                           10.00

              Subtotal                 277.50
              Sales Tax                 19.43

              **Total     296.93**

(5580)Master Card                       296.93

**Amount Due         0.00**
**Change             0.00**

Enjoy 9 Spectacular Wines for $25
at our Generous Pour Wine Event
July 12th Through September 4th

<FIRSTNAME> <LASTNAME>
Managing Partner

------------------------------------------

---

## Avis Rental Receipt

Go to Avis.com to
Receive E-Receipts.

✱ Please check your car for personal effects. ✱

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 406079391 | 52229936 | E |

MASON, WAYNE
WIZ = HE408Y        AWD = A984200
CV - CMXXXXXXXXXXXX-XXX5580
FTN AD/M610686
OUT  TPA 13JUL11/1215 MI = PO    9299
IN   TPA 15JUL11/1231 MI = 9340

         41 MI@          .40 =
         41 MI@        30.76 =
          2 DY@        41.00 =           82.00
**10  40% FEE
FUEL SERVICE                             8.82
7.5% TX FF MIDY*                        13.99
    $  .56 /DY ERF                       1.12
    $ 2.00 /DY SSU                       4.00
    $  .02 /DY TBS                        .04
    $  .78 /DY VLF                       1.56
TAXABLE SUBTOT                         111.65
TAX 7.000%                               7.82
**CONCESION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED      100
TOTAL CHARGES                          119.47

✱ Please check your car for personal effects. ✱



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| Payee | Wayne Mason | | Room No. | 1235 |
|---|---|---|---|---|
| | 1717 Main St Ste 5400 | | Arrival | 07-13-11 |
| | Dallas TX 752017367 | | Departure | 07-15-11 |
| | United States | | Page No. | 1 of 2 |
| | | | Folio Window | 1 |
| Membership | GP  G94604106N | | Folio | 161470 |
| Bonus Code | | | Invoice | |
| Confirmation No. | 5807492201 | | | |
| Group Name | | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---:|
| 07-13-11 | Valet Parking | | 12.00 | |
| 07-13-11 | Package Room | | 109.00 | |
| 07-13-11 | State Sales Tax | | 7.63 | |
| 07-13-11 | Occupancy Tax | | 5.45 | |
| 07-14-11 | - In Room Dining Breakfast Food | Room# 1235 : CHECK# 0295501 | 46.29 | |
| 07-14-11 | Valet Parking | | 12.00 | |
| 07-14-11 | Package Room | | 109.00 | |
| 07-14-11 | State Sales Tax | | 7.63 | |
| 07-14-11 | Occupancy Tax | | 5.45 | |
| 07-15-11 | - In Room Dining Breakfast Food | Room# 1235 : CHECK# 0295553 | 46.29 | |
| 07-15-11 | Master Card | XXXXXXXXXXXX5580      XX/XX | | 360.74 |