

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

Payee    Wayne Mason
         1717 Main St Ste 5400
         Dallas TX 752017367
         United States

| | | |
|---|---|---|
| Room No. | 1235 |
| Arrival | 07-13-11 |
| Departure | 07-15-11 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 161470 |
| Invoice | |

Membership    GP    G94604106N
Bonus Code
Confirmation No.    5807492201
Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| | **Total** | **360.74** | **360.74** |
| | **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

 

**AmericanAirlines***

Record Locator/AA
Confirmation:DOJREN



Get your boarding
pass faster!
Scan this barcode at
any American
Airlines Self-Service
Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **oneworld** Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Itinerary

| | | | | |
|---|---|---|---|---|
| Date: | 13Jul - Wednesday | | | |
| Flight: | AMERICAN AIRLINES | 418 | McDonnell Douglas Super MD-80(S80) | Booking Code: X |
| Departure: | DFW Dallas/ Fort Worth | 08:05 AM | | 2HR 25MIN |
| Arrival: | TPA Tampa | 11:30 AM | | |
| | MASON, WAYNE SEAT 5B | First | FF# :AA M610686 | |
| Date: | 15Jul - Friday | | | |
| Flight: | AMERICAN AIRLINES | 1163 | McDonnell Douglas Super MD-80(S80) | Booking Code: L |
| Departure: | TPA Tampa | 02:40 PM | | 2HR 35MIN |
| Arrival: | DFW Dallas/ Fort Worth | 04:15 PM | | |
| | MASON, WAYNE SEAT 21D | Economy | FF# :AA M610686 | |

### Receipt

| PASSENGER | TICKET NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|
| MASON,WAYNE | 0012342301007 | 736.74 USD | 76.66 | 813.40 |
| Payment Type: | | | | Total |
| | MASTER CARD    ************5580 | | | 813.40 USD |

**PREMIER**
TRANSPORTATION

Confirmation # :        **402491**

www.premierofdallas.com
reservations@premierofdallas.com

## Transportation Confirmation

***2009 NATIONAL OPERATOR OF THE YEAR***

| | | | |
|---|---|---|---|
| Company : | Sedgwick LLP | Your PO #: | |
| | | Dept. #: | |
| Requestor: | Ms. Garner, Lavella | | |
| Address  : | | | |
| | TX | | |
| Home # | | Office # | (469) 227-4606 |
| Fax  # | | Mobile # | |

## Pick Up & Drop Off Information

| | | | |
|---|---|---|---|
| Passenger (s) : | 1 | Mr. Wayne B. Mason   m: (214) 707-8235 | Occasion:  **Airport** |
| Pick Up Date...: | **7/13/11 (Wednesday)** | | Vehicle Type : Sedan |
| Pick Up Time..: | **6:15AM** | | |

Pick Up :     Mason Residence   8722 Sanshire Ave   Dallas TX, 75231,

Drop Off :     DFW International Airport    DFW TX, 75261,

| Airport | Airline | Flight # | Terminal | Flight Time | Flight Status | Origin / Dest |
|---|---|---|---|---|---|---|
| DFW International Airport | AA - American Airlines | 418 | | 08:05 AM | DEPART | TPA |

Notes:

## Billing & Rate Information

| | | | | | |
|---|---|---|---|---|---|
| Billing Type  : | Master Card | Hourly Rate : | 0.00 | hr(s)    x | $0.00 |
| Account # | XXXXXXXXXXXX5580   Exp: | Fixed Rate  : | + 66.50 | = | $66.50 |
| Acct. Name  : | Wayne Mason | Gratuity Rate : | 20.00 % | | $13.30 |
| | | Tax : | 0.00 % | | $0.00 |
| | | Airport Tolls : | | | $6.00 |
| | | Administrative Fee : | | | $7.98 |
| | | Fuel Surcharge 13 : | | | $8.65 |
| Trip Charges and additional fees | | Special Gratuity : | | | $0.00 |
| are estimated and subject to final | | Trip Total : | | | $102.43 |
| audit upon completion of | | Deposit | | | $0.00 |
| reservation | | **Total Due:** | | | **$102.43** |

## Cancellation Policy

+++ Premier has a 2 hour cancellation policy for all transfers in the Dallas Metroplex (point to point and airport).  All out of town
reservations require a 4 hour cancellation window.  All charter/hourly and specialty vehicle (limousines, mini buses, etc...)
reservations require 48 hour notice.
+++ Failure to locate your chauffeur will result in a full charge.
+++ Please review this reservation  and notify our reservations department if an error is found or if you need to make a change.
Thanks again for your business!

## Expense Report - Transmittal Report



ER00000035062110118

**Spender** David C. Kent     **From** Aug 18, 2011 **To** Aug 19, 2011     **Reimbursement Amt** 1,201.59 USD

**Report name** HDR - Site Inspection

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes | |
| Number of receipts to submit | 12 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/18/11 | Lodging | United St... | 179.15 USD | Jennifer M. Arevalo |
| 8/18/11 | Airfare | United St... | 818.40 USD | Jennifer M. Arevalo |
| 8/18/11 | Car Rental | United St... | 46.98 USD | Jennifer M. Arevalo |
| 8/18/11 | Individual Meal | United St... | 5.52 USD | Jennifer M. Arevalo |
| 8/18/11 | Individual Meal | United St... | 43.36 USD | Jennifer M. Arevalo |
| 8/19/11 | Individual Meal | United St... | 2.14 USD | Jennifer M. Arevalo |
| 8/19/11 | Other Travel - ... | United St... | 17.98 USD | Jennifer M. Arevalo |
| 8/19/11 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 8/19/11 | Parking or Tolls | United St... | 3.00 USD | Jennifer M. Arevalo |
| 8/19/11 | Individual Meal | United St... | 1.95 USD | Jennifer M. Arevalo |
| 8/19/11 | Individual Meal | United St... | 6.53 USD | Jennifer M. Arevalo |
| 8/19/11 | Individual Meal | United St... | 4.07 USD | Jennifer M. Arevalo |





**Tampa 8/18/11**
This trip includes flights, 1 hotel reservation and car rental.
Reservation made: 08/15/11

## Flight reservation

| | | |
|---|---|---|
| **Orbitz record locator:** | AP270601V14VXUJR | |
| **Airline record locator:** | American Airlines - MATWYI | |
| **Reservation made by:** | david.kent@sedgwicklaw.com | |
| **Ticket numbers:** | 0017993159681 | |
| **Total flight cost:** | $818.40 USD | |

**Traveler(s)**     **Frequent flier details**
DAVID KENT     American Airlines AAdvantage
                        H106810

---

**Leave Thursday, August 18, 2011**

**American Airlines 304**   First Class  |  McDonnell Douglas MD-80 (M80)  |  2hr 25min  |  920 miles

Depart:   **10:30am   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:    **1:55pm    Tampa, FL** Tampa International (TPA)

Your flight is confirmed. The airline will assign seats at check-in.

Upgrade confirmed.

About upgrades

---

**Return Friday, August 19, 2011**

**American Airlines 849**   First Class  |  McDonnell Douglas MD-80 (M80)  |  2hr 35min  |  920 miles

Depart:   **6:45pm   Tampa, FL** Tampa International (TPA)

Arrive:    **8:20pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Your flight is confirmed. The airline will assign seats at check-in.

Upgrade confirmed.

About upgrades

---

## Hotel reservation

| | |
|---|---|
| **Orbitz Record Locator:** | KMV0XS |
| **Hotel Confirmation number:** | 84530799 |
| **Reservation made for:** | David Kent |
| | (Must check in for this reservation) |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Loyalty programs:** | Hilton HHonors   427205835 |

**Total charges :**          159.95 USD (taxes not included)

---

**Embassy Suites Tampa Brandon**     10220 Palm River Road          **Phone: 1-813-653-1905**
                                      Tampa, FL  33619               **Fax: 1-813-654-3728**

Check-in:     **Thu, Aug 18, 2011**     1600
Check-out:    **Fri, Aug 19, 2011**     1200

**Room description:** Best available rate 2 room suite-1 king bed-nonsmoking comp cooked to order brkfst-evening reception

---

## Car rental reservation



**EMBASSY SUITES**

**HOTELS***

10220 Palm River Road • Tampa, FL 33619
Phone (813) 653-1905 • Fax (813) 654-3728
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY®

| Name & Address |
|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Suite       557/KNGN
Arrival Date   8/18/2011   7:19:00PM
Departure Date  8/19/2011

Adult/Child   1/0
Room Rate    $159.95

RATE PLAN    LV2
HH#  427205835 GOLD
AL
BONUS AL        CAR

Confirmation: 84530799

8/19/2011     PAGE    1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/18/2011 | 455028 | GUEST ROOM | $159.95 |
| 8/18/2011 | 455028 | RM-STATE TAX | $11.20 |
| 8/18/2011 | 455028 | RM-COUNTY TAX | $8.00 |
| | | WILL BE SETTLED TO AX *1572 | $179.15 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*You have earned approximately 3893 Hilton HHonors points for this stay. Visit HHonors.com to check your point balance from stays at any of the 3,700 hotels within the Hilton Worldwide portfolio.*

ESTIMATED CURRENCY TOTAL

*Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.*




## *EXPRESS CHECK-OUT*

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. |
|---|---|---|
| AUTHORIZATION | 112436 | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |




**PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.**

THANK YOU



HMSHOST
STARBUCKS COFFEE
TAMP INT'L AIRPORT

6932 Dioydis
------------------------------------
CHK 4085 AUG19'11 4:59PM GST 1
------------------------------------

1 LATTE G                 3.80

  SUBTOTAL                3.80
  TAX                     0.27
  AMOUNT PAID             4.07
  Stbk Card               4.07

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
GENERAL MANAGER
TIM.JUUL@HMSHOST.COM
Amount 4.07
TerminalID Z0019154
RefrNbr 13787548
Redemption Approved for $4.07
Card Balance 7.89
Gift Card Charge 4.07

**Your order number is 4085**

---

STARBUCKS Store #8601
3482 Lithia-Pinecrest Rd
Valrico, FL (813) 643-1715
1550610 Courtney
------------------------------------
CHK 655661
08/19/2011 08:50AM
------------------------------------

Vt Latte                  3.85
  Nonfat
Scone Blueberry           2.25
SBUX Card                 6.53
XXXXXXXXXXXX2660

  Subtotal                6.10
  Tax 7.0%                0.43
  Total                   6.53
Change Due              $0.00

---

STARBUCKS Store #8601
3482 Lithia-Pinecrest Rd
Valrico, FL (813) 643-1715
1550610 Courtney
------------------------------------
CHK 655378
08/19/2011 08:51AM
------------------------------------

Ethos Water 700ml         1.95
SBUX Card                 1.95
XXXXXXXXXXXX2660

  Subtotal                1.95
  Total                   1.95
Change Due              $0.00

----------- Check Closed -----------
08/19/2011 08:51:37AM

SBUX Card x2660 New Balance: 14.10
Card is registered.

Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink
for $2 (+tax if applicable.)
Participating stores. Same day
only. Value 1/100 cent.

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Sunday, August 21, 2011 4:21 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | August 19, 2011 23:40 | **Lane:** | DFW-NORTH-10 |
| **Exit :** | August 20, 2011 00:04 | **Lane:** | DFW-NORTH-59 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.01470988 | **License Plate:** 15KWS3 | **License State:** | TX |

**Parking Fee:** $1.00

**NTTA Tag Charged:** $1.00

Taxes included.

Thank you for parking at DFW Airport.

```
           WELCOME

      00000096214-01
      GK 16
      4138 W CYPRESS AVE
      TAMPA            FL

      DEBIT
      KENT/DAVID C
      AUTH# 00 DOC# 73031
      DATE 08/19/11  13:47
      AUTH: Interlink

        994707

      PUMP # 06
      PRODUCT: UNLD
      APPROVAL # 085913
      GALLONS:       5.037
      PRICE/G:    $  3.569
      FUEL  SALE  $ 17.98
```

```
Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz

TAMPA INTL AP

RR 590919711              #01
DAVID
KENT
VEHICLE: 01698 / 9401332
10GMRA   LIC: TX  BZ4J209
FUEL:  8/8 OUT  8/8 IN
CDP: 217692 -AMER ADVANTAGE FF DISC #
RES: F2021655317 /TMDD / F
COMPLETED BY: 7662 /FLTAM11
RENTED:  TAMPA INT'L AIRPORT
RENTAL:  08/18 /11  13:53
RETURN:  08/19 /11  14:31
RETURNED: TAMPA INTL AP

PLAN IN:   TMDD   RATE CLASS: F
PLAN OUT:  TMDD

MILES IN:   21743   TR-X MILES
MILES OUT:  21642   MILES ALLOWED
MILES DRIVEN: 101   MILES CHARGED

DAYS       1@ $  25.56 / DAY  $   25.56
EX HOURS   1@ $  12.78 / HOUR $   12.78
SUBTOTAL 1                $   38.34
DISCOUNT -      T 10 %    $    3.83
SUBTOTAL 2               T$   34.51
CONCESSION FEE RECOVERY  T$    3.83
VEHICLE LICENSING COST RECOVERY T$  .48
LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
FLA SURCHG               T$    4.06
ENERGY SURCHARGE         T$    1.03
TAX 7.000% ON    43.91   $     3.07
NET DUE                  $    46.98
PAID BY   AMX  XXXXXXXXXXX1572
```

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Saturday, August 20, 2011 3:14 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | August 19, 2011 19:38 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | August 19, 2011 20:57 | **Lane:** | DFW-NORTH-59 |

**Tag Number:** DNT.06647970    **License Plate:** PBM977    **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

---

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Saturday, August 20, 2011 12:17 AM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt - David Kent 8/18-8/19 |



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1338205
Date: 8/17/2011 5:51:18 PM

SOLD    David Kent
TO      214-535-6703
        david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1338205 | 8/18/2011 | 8/19/2011 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | Credit Card Total | | $52.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**Visit us on Facebook**

Thanks for using FreedomPark!

```
                HMSHOST
           STARBUCKS COFFEE
         TAMP INT'L AIRPORT

6932 Dioydis
------------------------------------
CHK 4016  AUG19'11  3:13PM  GST 1
------------------------------------

 1 GRNDE COLD PROMO      2.00

   SUBTOTAL              2.00
   TAX                   0.14
   AMOUNT PAID          2.14
   Stbk Card             2.14

 THANK YOU FOR YOUR BUSINESS!
 TELL US ABOUT YOUR EXPERIENCE

    TIM JUUL 813-396-3983



        STARBUCKS COFFEE A37
   DALLAS FT WORTH INT'L AIRPORT

11718 GEORGE
------------------------------------
CHK 2574  AUG18'11  9:57AM  GST 2
------------------------------------
           Subtotal

 1 LATTE V               4.15
 1 BISCOTTI              0.95

   SUBTOTAL              5.10
   TAX                   0.42
   AMOUNT PAID          5.52
   Cash                 20.00
   CHANGE DUE           14.48
```

```
EMBASSY SUITE TAMPA
        BRANDON
   10220 PALM RIVER ROAD
     TAMPA, FL 33619
      813-653-1905


                    374329.1
ALICIA G          Table      1
Thu 08/18/11 9:27 PM   Guests     1
Guest Num:  1
------------------------------------
 1 CAJUN PASTA         11.95
 1 ADD CHICKEN          3.00
 1   GRILLED            0.00
Misc Personal Charge  ‹14.00›
 1 APPLE PIE            5.95
------------------------------------
187              SubTotal   34.90
*BFMS REFF/ANN
                 Taxes...    2.46

            Please pay this amount
            Total  37.36

*********FOR ROOM CHARGES ONLY!*********

PRINT NAME_____

ROOM NUMBER_____

  GRATUITY_____  6.00

     TOTAL_____ 43.36

  GUEST
```

## Expense Report - Transmittal Report



ER00000035062110119

| **Spender** David C. Kent | **From** Aug 9, 2011 **To** Aug 10, 2011 | **Reimbursement Amt** 969.66 USD |
|---|---|---|

**Report name** HDR - Reservoir Site Inspection

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 15 | Audit required | Yes |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 1 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/9/11 | Individual Meal | United St... | 41.22 USD | Jennifer M. Arevalo |
| 8/9/11 | Parking or Tolls | United St... | 4.00 USD | Jennifer M. Arevalo |
| 8/9/11 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 8/9/11 | Lodging | United St... | 201.55 USD | Jennifer M. Arevalo |
| 8/9/11 | Airfare | United St... | 513.00 USD | Jennifer M. Arevalo |
| 8/9/11 | Individual Meal | United St... | 4.11 USD | Jennifer M. Arevalo |
| 8/10/11 | Individual Meal | United St... | 7.42 USD | Jennifer M. Arevalo |
| 8/10/11 | Individual Meal | United St... | 1.88 USD | Jennifer M. Arevalo |
| 8/10/11 | Individual Meal | United St... | 3.21 USD | Jennifer M. Arevalo |
| 8/10/11 | Other Travel - ... | United St... | 18.62 USD | Jennifer M. Arevalo |
| 8/10/11 | Car Rental | United St... | 64.12 USD | Jennifer M. Arevalo |
| 8/10/11 | Individual Meal | United St... | 4.07 USD | Jennifer M. Arevalo |
| 8/10/11 | Group Meal | United St... | 27.42 USD | Jennifer M. Arevalo |
| 8/10/11 | Individual Meal | United St... | 6.53 USD | Jennifer M. Arevalo |

**Kent, David**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Tuesday, August 02, 2011 10:37 AM |
| **To:** | Kent, David |
| **Subject:** | Trip Summary - KENT - Tampa 8/9/11 |



## Sedgwick

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 8/9/11**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

**A hotel reservation has been added.**
**A car reservation has been added.**

---

## Your current trip information - Tampa 8/9/11
This trip includes **flights, hotel and car rental.**

### Flight reservation

**Orbitz record locator:** AP270601SC990YJR
**Airline record locator:** American Airlines - MRQQOX
**Reservation made by:** david.kent@sedgwicklaw.com
**Ticket numbers:** 0017992697666
**Total flight cost:** $513.00 USD
**Traveler(s)** **Frequent flier details**

DAVID KENT    American Airlines AAdvantage
           H106810

**Leave Tuesday, August 9, 2011**
**American Airlines 304** Economy | McDonnell Douglas MD-80 (M80) | 2hr 25min | 920 miles

Depart:  **10:30am Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:   **1:55pm Tampa, FL** Tampa International (TPA)

Your flight is confirmed. The airline will assign seats at check-in or you may select seats.
**Upgrade requested.**

**Return Wednesday, August 10, 2011**
**American Airlines 1163** Economy | McDonnell Douglas MD-80 (M80) | 2hr 35min | 920 miles

Depart:  **2:40pm Tampa, FL** Tampa International (TPA)
Arrive:  **4:15pm Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Your flight is confirmed. The airline will assign seats at check-in or you may select seats.
**Upgrade requested.**

**Additional flight information**



**EMBASSY SUITES**
**H O T E L S®**

10220 Palm River Road • Tampa, FL 33619
Phone (813) 653-1905 • Fax (813) 654-3728
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY®

| Name & Address |
| --- |

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Suite            463/KNGN
Arrival Date     8/9/2011      8:41:00PM
Departure Date   8/10/2011

Adult/Child      1/0
Room Rate        $179.95

RATE PLAN        S-MOR
HH#  427205835 GOLD
AL
BONUS AL                CAR

Confirmation: 85714861

8/10/2011      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 8/9/2011 | 452346 | GUEST ROOM | $179.95 |
| 8/9/2011 | 452346 | RM-STATE TAX | $12.60 |
| 8/9/2011 | 452346 | RM-COUNTY TAX | $9.00 |
|  |  | WILL BE SETTLED TO AX *1572 | $201.55 |
|  |  | EFFECTIVE BALANCE OF | $0.00 |




*You have earned approximately 4336 Hilton HHonors points for this stay. Visit HHonors.com to check your point balance from stays at any of the 3,700 hotels within the Hilton Worldwide portfolio.*

ESTIMATED CURRENCY TOTAL

*Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.*

## *EXPRESS CHECK-OUT*

**Good Morning ! We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE |  | FOLIO NO./CHECK NO. |
| --- | --- | --- |
| AUTHORIZATION | 111644 | INITIAL |
| PURCHASES & SERVICES |  |  |
| TAXES |  |  |
| TIPS & MISC. |  |  |
| TOTAL AMOUNT |  | 0.00 |




PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

**Kent, David**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Wednesday, August 10, 2011 11:24 PM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt – David Kent 8/09-8/10 |



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1335010
Date: 8/8/2011 8:56:09 PM

SOLD   David Kent
TO       214-535-6703
          david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1335010 | 8/9/2011 | 8/10/2011 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | Credit Card Total | | $52.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**Visit us on Facebook** 

Thanks for using FreedomPark!

**Kent, David**

**From:** TollTag Store [customernotifications@ntta.org]
**Sent:** Thursday, August 11, 2011 3:05 AM
**To:** Kent, David
**Subject:** Parking Receipt

# DFW Airport Parking Receipt

**Entry :** August 10, 2011 15:46      **Lane:** DFW-NORTH-17

**Exit :** August 10, 2011 16:43      **Lane:** DFW-NORTH-57

**Tag Number:** DNT.06647970      **License Plate:** PBM977      **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

1

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Wednesday, August 10, 2011 3:06 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

**Entry :**     August 09, 2011 09:37     **Lane:**     DFW-NORTH-16

**Exit :**     August 09, 2011 11:02     **Lane:**     DFW-NORTH-54

**Tag Number:** DNT.06647970     **License Plate:** PBM977     **License State:**     TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.



Beef 'O' Brady's Family Sports Pubs
Store #050 - 16773-16775 Fishhawk Blvd.
Lithia, FL 33547
813-651-0388

---

Check 16                    Table 43
Alina                       8/10/2011
Guests 2                    12:20 PM

---

Sweet Tea                       2.19
Unsweet  Tea                    2.19
Frisco Patty Melt               7.99
Chef Salad                      7.99
Side Fries                      1.99

---

Subtotal                       22.35
Tax                             1.57
                            ---------
TOTAL                          23.92

# BALANCE DUE    23.92

Nothing says LOVE like a BEEFOBRADYS'
GIFT CARD ask your server for one today.
************************************
ENTER TO WIN A $250 BEEF'S GIFT CARD
Go to Beefobradyfeedback.com within 48
hours of your visit and you will be
entered into "Beef's Sweepstakes" for a
chance to win $250 each week.
Just enter the restaurant # and receipt

---

HMSHOST
STARBUCKS COFFEE
TAMP INT'L AIRPORT

9893 FAUSTO
----------------------------------
CHK 7177 AUG10'11  1:55PM  GST 1
----------------------------------

1 LATTE G                      3.80

   SUBTOTAL                    3.80
   TAX                         0.27
   AMOUNT PAID        4.07
   Stbk Card                   1.19
   XXXXXXXXXXXXXX        XX/XX
   AMEX       A3               2.88

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
GENERAL MANAGER
TIM.JUUL@HMSHOST.COM
Amount 1.19
TerminalID Z0019154
RefrNbr 12998912
Redemption Approved for $1.19
Card Balance 0.00
Gift Card Charge 1.19

Your order number is: 741-742

---

Customer Copy
Beef's #050 Fishhawk

Beef 'O' Brady's Family Sports Pubs
Store #050 - 16773-16775 Fishhawk Blvd.
Lithia, FL 33547
813-651-0388

Current Batch 08102011
Wed 8/10/2011 12:21:13 PM
Check 16          Table 43
Alina

Cardholder acknowledges receipt of goods
and/or services in the amount of the
TOTAL shown hereon and agrees to perform
the obligations set forth in the
Cardholder agreement with the Issuer

Amex XXXXXXXXXXX1572
Approval 622447

BASE          $23.92
TIP            3.50
TOTAL         27.42

Customer Copy

STARBUCKS Store #10235
6042 Winthrop Town Centre Ave.
Riverview, FL  (813) 654-2570
1614616 Pete

------------------------------------
CHK 660418
08/10/2011 08:39AM
------------------------------------
Vt Latte              3.85  ✓
Scone Cranberry Or    2.25
SBUX Card             6.53
XXXXXXXXXXXX2660

Subtotal              6.10
Tax 7.0%              0.43
Total                 6.53
Change  Due         $0.00

---------- Check Closed ----------

EMBASSY SUITE TAMPA
BRANDON
10220 PALM RIVER ROAD
TAMPA, FL 33619
813-653-1905


                        374075.1
ASHLEY M          Table  201
Tue 08/09/11 10:35 PM   Guests     1
Guest Num:  1
------------------------------------
Misc Personal Charge   ⟨6.00⟩
------------------------------------
                 SubTotal     6.00
                 Taxes...     0.42

              Please pay this amount
                 Total 6.42

*********FOR ROOM CHARGES ONLY!*********

PRINT NAME_____

ROOM NUMBER_____

GRATUITY_____1.00_____

TOTAL_____⟨7.42⟩_____

GUEST
SIGNATURE_____

*******************************************

EMBASSY SUITE TAMPA
BRANDON
10220 PALM RIVER ROAD
TAMPA, FL 33619
813-653-1905


                      374065
ASHLEY M          Table  211
Tue 08/09/11 10:02 PM   Guests     1
Guest Num:  1
------------------------------------
1 JAMBALAYA PENNE    12.95
1 ADD CHICKEN         3.00
1   GRILLED           0.00
1 KEY-LIME PIE        4.95
Misc Personal Charge ⟨12.00⟩
1 GLASS WATER         0.00
------------------------------------
463               SubTotal    32.90
*BFMS KENT/DAVID
                  Taxes...     2.32

           Total  35.22

            ROOM CHG TIP..     6.00
   463 *BFMS KENT/DAVID       41.22

            ROOM CHG Tendered  41.22
*********FOR ROOM CHARGES ONLY!*********

PRINT NAME_____

ROOM NUMBER_____

GRATUITY_____

TOTAL_____41.22_____

GUEST
SIGNATURE_____

*******************************************

```
DOLLAR RENT A CAR
    TAMPA INTL APO
RENTAL RECORD:      SR3559360
KENT,DAVID C
COMPLETED BY:       PR5818
RENTED:        TAMPA INTL APO
RENTAL:        08-09-11 1451
RETURN:        08-10-11 1322
VEH NUMBER:           W670574
MILES IN: 23716    OUT:23636
MILES DRIVEN:            80
CHECK IN FUEL LEVEL: 8 OUT:8
PLAN IN/OUT:         RXHD1
CLS:                 FDAR
  1 DAY @  $44.78    $44.78
SUBTOT               $44.78
TAXABLE TOT:         $44.78
TIME                 $44.78
TAG REC
  1 DAY @  $0.59     $0.59
FL SURCHG
  1 DAY @  $2.02     $2.02
PASS 24
  1 DAY @  $6.99     $6.99
ERF
  1 DAY @  $0.45     $0.45
CONCFEEREC            $5.55
FLATAX               $3.74
TOTAL CHARGE        $64.12
NET DUE              $0.00
PAYMENTS           -$64.12
PAID BY:  AX
CREDIT CARD#: ************572
FT # RR 0100235379
```

**WELCOME**
**2531713**

**DATE 08/10/11   13:07**
**PUMP # 05**
**PRODUCT: REG**
**GALLONS:**         4.939
**PRICE/G:**   $    3.769
**FUEL   SALE   $   18.62**

**VISA DEBIT**
**Payment from**
**Primary Account**
**XXXXXXXXXXXX4364**
**Auth #: 727184**
**Ref: 84465026**
**Resp Code: 000**
**Stan: 12161284881**
**Trace #: 00019593**

**SITE ID: 2531713**

**THANK YOU**
**HAVE A NICE DAY**

```
            HMSHOST
        STARBUCKS COFFEE
       TAMP INT'L AIRPORT

   24 SARAH
-----------------------------
IK 4676 AUG09'11  2:43PM  GST 1
-----------------------------

1 TALL LATTE T          3.00

   SUBTOTAL             3.00
   TAX                  0.21
   AMOUNT PAID     3.21
   Stbk Card            3.21

  THANK YOU FOR YOUR BUSINESS
  TELL US ABOUT YOUR EXPERIENCE

   TIM JUUL 813-396-3983
      GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
      Amount 3.21
    TerminalID Z0019150
      RefrNbr 12915383
  Redemption Approved for $3.21
     Card Balance 7.72
      d Charge 3.21
```

number is: 4676

```
   STARBUCKS COFFEE A35/A38
DALLAS FT WORTH INT'L AIRPORT

9238 Demecia
------------- --------------
CHK 678  AUG09'11  9:56AM  GST 1
-----------------------------
      S u b t o t a l

1 LATTE G               3.80

   SUBTOTAL             3.80
   TAX                  0.31
   AMOUNT PAID     4.11
   Stbk Card            4.11
      Amount 4.11
    TerminalID Z0051165
      RefrNbr 12901789
  Redemption Approved for $4.11
      Card Balance 10.93
      Gift Card Charge 4.11
```

Your order number is: 678

```
            HMSHOST
        STARBUCKS COFFEE
       TAMP INT'L AIRPORT

9893 FAUSTO
-----------------------------
CHK 7178 AUG10'11  1:56PM  GST 1
-----------------------------

1 DRY ALMNDS 1.5        1.75

   SUBTOTAL             1.75
   TAX                  0.13
   AMOUNT PAID     1.88
   XXXXXXXXXXXXXX      XX/XX
   AMEX        A3       1.88

 THANK YOU FOR YOUR BUSINESS!
 TELL US ABOUT YOUR EXPERIENCE

   TIM JUUL 813-396-3983
      GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
```

Your order number is: 7178

## Expense Report - Transmittal Report



ER0000003506211 10120

**Spender** David C. Kent     **From** Aug 14, 2011 **To** Aug 15, 2011     **Reimbursement Amt** 1,124.05 USD

**Report name** HDR - Witness Prep Session: Expert Witness Wooten

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 15 | Audit required | Yes |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/14/11 | Individual Meal | United St... | 7.08 USD | Jennifer M. Arevalo |
| 8/14/11 | Individual Meal | United St... | 16.45 USD | Jennifer M. Arevalo |
| 8/14/11 | Individual Meal | United St... | 47.09 USD | Jennifer M. Arevalo |
| 8/14/11 | Parking or Tolls | United St... | 4.00 USD | Jennifer M. Arevalo |
| 8/14/11 | Car Rental | United St... | 81.79 USD | Jennifer M. Arevalo |
| 8/14/11 | Lodging | United St... | 212.18 USD | Jennifer M. Arevalo |
| 8/14/11 | Airfare | United St... | 581.60 USD | Jennifer M. Arevalo |
| 8/14/11 | Individual Meal | United St... | 9.15 USD | Jennifer M. Arevalo |
| 8/15/11 | Other Travel - ... | United St... | 10.00 USD | Jennifer M. Arevalo |
| 8/15/11 | Individual Meal | United St... | 33.61 USD | Jennifer M. Arevalo |
| 8/15/11 | Individual Meal | United St... | 6.46 USD | Jennifer M. Arevalo |
| 8/16/11 | Individual Meal | United St... | 6.38 USD | Jennifer M. Arevalo |
| 8/16/11 | Individual Meal | United St... | 4.49 USD | Jennifer M. Arevalo |
| 8/16/11 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |





**Boston 8/14/11**
This trip includes flights, 1 hotel reservation and car rental.
Reservation made on: 08/02/11

## Flight reservation

| | | |
|---|---|---|
| **Orbitz record locator:** | AP270601ZKFXT6JR | |
| **Airline record locator:** | US Airways - DXVRQP | **Traveler(s)** **Frequent flier details** |
| **Reservation made by:** | david.kent@sedgwicklaw.com | DAVID KENT |
| **Ticket numbers:** | 0377992698600 | |
| **Total flight cost:** | $457.60 USD | |

---

**Leave Sunday, August 14, 2011**

**US Airways 1210**   Economy  |  Airbus Industrie A319 (319) |  3hr 10min |  1298 miles
Depart:   6:30am   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:   10:40am   **Philadelphia, PA** Philadelphia International (PHL)
Seat: 6B |   **Your flight is confirmed. Seat is confirmed. You may**

   **Change planes. Time between flights: 1hr 35min**

**US Airways 3424**   Economy  |  Embraer 170 (E70) |  1hr 16min |  280 miles
Operated by: US AIRWAYS EXPRESS REPUBLIC AIRLINES -- US 3424. Please check in with the operating carrier.
Depart:   12:15pm   **Philadelphia, PA** Philadelphia International (PHL)
Arrive:   1:31pm   **Boston, MA** Boston Logan International (BOS)
Seat: 7A |   **Your flight is confirmed. Seat is confirmed. You may**

Total duration: 6hr 1min | Total miles: 1578 miles

---

**Return Monday, August 15, 2011**

**US Airways 2043**   Economy  |  Airbus Industrie A319 (319) |  1hr 34min |  406 miles
Depart:   5:00pm   **Boston, MA** Boston Logan International (BOS)
Arrive:   6:34pm   **Washington, DC** Washington Ronald Reagan National (DCA)
   **Your flight is confirmed. The airline will assign seats at check-in.**

   **Change planes. Time between flights: 1hr 6min**

**US Airways 3429**   Economy  |  Embraer 170 (E70) |  3hr 14min |  1177 miles
Operated by: US AIRWAYS EXPRESS REPUBLIC AIRLINES -- US 3429. Please check in with the operating carrier.
Depart:   7:40pm   **Washington, DC** Washington Ronald Reagan National (DCA)
Arrive:   9:54pm   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Seat: 15D |   **Your flight is confirmed. Seat is confirmed. You may**

Total duration: 5hr 54min | Total miles: 1583 miles

---

## Hotel reservation

| | |
|---|---|
| **Orbitz Record Locator:** | ZL7RDU |
| **Hotel Confirmation number:** | 3433064500NONMKINGCONF |
| **Reservation made for:** | David Kent |
| | (Must check in for this reservation) |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Loyalty programs:** | Hilton HHonors   427205835 |

## PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

| ISSUED BY | | DATE OF ISSUE | ISSUING OFFICE CODE | ISI | ISO |

CE08BH/US    15AUG11    BE976CGW    ISS. AGENT ID    **E-TICKET RECEIPT**

**KENT/DAVID**    FARE BASIS    **ARRIVAL**

| X/O | FROM | CARR. | FLIGHT | CLASS | DATE | TIME | STATUS | NOT VALID BEFORE | NOT VALID AFTER |
1000A  EXCESS BAG EBC    US    9957    Y    15AUG    1130A  FEE FEE
X/O    TO    REVALIDATION

ENDORSEMENTS/RESTRICTIONS

ORIGINAL ISSUE    ISSUED IN EXCHANGE FOR    PNR CODE    PNR CODE    CONJ. TKT. NO.
FP    CAXXXXXXXXXXXX1669/XXXX/03442Z /FC BAGGAGE FEE (1B) 01 0025 (2B)  01
FARE CALCULATION
0035 (3B) 00 0000 (4B) 00 0000 (OW) 00 0000 (OZ) 00 0000 (SE) 00 0000 (
CU) 00 0000 USD60.00END

| FARE | | EQUIV. FARE PAID | | FORM OF PAYMENT | | | |
| TAX | | PCS | CK. WT. | UNCK. WT. | | SEQ. NO. | ALLOW | PCS. | CK. WT. | UNCK. WT |

FARE USD    60.00    **DOCUMENT NUMBER 0372441694584**
TAX      US   0.00    0370599200685Z
TAX                   NO CASH VALUE
TOTALUSD    60.00    NOT VALID FOR TRAVEL

---

# ☰ U·S AIRWAYS                    ☰ U·S AIRWAYS

/STX3/US    14AUG11    D30560K2    **E-TICKET RECEIPT**

ENT/DAVID                          **ARRIVAL**    | FROM    TO
000A  EXCESS BAG EBC    US    9957    Y    14AUG    1130A  FEE FEE    |    EBC    FEE

P    CAXXXXXXXXXXXX1669/XXXX/08613Z /FC  BAGGAGE FEE (1B) 01 0025 (2B)·01
0035 (3B) 00 0000 (4B) 00  0000 (OW) 00 0000 (OZ) 00 0000 (SE) 00 0000 (
) 02 0004 USDTTL 064.00END 0377992698G002011080212011081412100FW.PHL.BO
(DXVRQP)

ARE USD    64.00    DOCUMENT NUMBER    0372441512980
AX      US   0.00
AX                  NO CASH VALUE    THANK YOU FOR FLYING
OTAL USD    64.00                        US AIRWAYS



# Hilton
## Boston/Woburn

2 Forbes Road • Woburn, MA 01801
Phone (781) 932-0999 • Fax (781) 932-0903
Reservations
www.boston.woburn.hilton.com or 1 800 HILTONS

| Name & Address |
| --- |

KENT, DAVID
SEDGWICK LLP
1717 MAIN ST.
DALLAS, TX 75201
US

| | |
| --- | --- |
| Room | 616/K1E |
| Arrival Date | 8/14/2011 |
| Departure Date | 8/15/2011 |

7:38:00PM

| | |
| --- | --- |
| Adult/Child | 1/0 |
| Room Rate | 189.95 |

RATE PLAN          LV4

HH#  427205835 GOLD
AL
BONUS AL          CAR

Confirmation Number : 3433064500

8/15/2011     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 8/14/2011 | GUEST ROOM | WWELLS4 | 1176055 | $189.95 | | |
| 8/14/2011 | RM-STATE TAX | WWELLS4 | 1176055 | $10.83 | | |
| 8/14/2011 | RM-CITY TAX | WWELLS4 | 1176055 | $11.40 | | |
| | WILL BE SETTLED TO AX *1572 | | | | | $212.18 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*You have earned approximately 4147 Hilton HHonors points for this stay.
Visit HHonors.com to check your point balance from stays at any of the
3,700 hotels within the Hilton Worldwide portfolio.*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take
advantage of our internet-only Advance Purchase Rates and limited-time
special offers!*

T
H
A
N
K

Y
O
U

| | |
| --- | --- |
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 254615   A |



## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| | | |
| --- | --- | --- |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |




PAYMENT DUE UPON RECEIPT



**DFW Airport    Parking Receipt**

| | | | | | |
|---|---|---|---|---|---|
| **Entry Location** | Tuesday | August | 16, 2011 09:56 | Lane: | DFW-NORTH-17 |
| **Exit Location** | Tuesday | August | 16, 2011 10:44 | Lane: | DFW-NORTH-57 |

| | |
|---|---|
| **Tag Number** | DNT.06647970 |
| **Parking Fee** | $2.00 |
| **NTTA Tag Charged** | $2.00 |

**Taxes Included**

**THANK YOU FOR PARKING AT THE        DFW Airport**

**Kent, David**

From:           TollTag Store [customernotifications@ntta.org]
Sent:           Monday, August 15, 2011 3:03 AM
To:             Kent, David
Subject:        Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | August 14, 2011 05:22 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | August 14, 2011 06:00 | **Lane:** | DFW-NORTH-56 |

**Tag Number:** DNT.06647970    **License Plate:** PBM977    **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

```
        RENTAL NUMBER      CAR NUMBER       CAR GROUP

        277475785          56688553         E

        KENT,DAVID
        BCN = EL292J      BCD = X773400
        CV - CMXXXXXXXXXXXX8472

   *    OUT BOS 14AUG11/1445 MI =  7171     *
        IN  BOS 15AUG11/1612 MI =  7223
             52 MI@     .00 =
              1 HR@    8.91 =        8.91
              1 DY@   26.99 =       26.99
        DISCOUNT  10.0      =        3.59
        ONE WAY FEE/MISC    =        5.50
        **11.11% FEE        =        5.50
        FUEL SERVICE        =       13.99
        $  6.00 /DY CFC     =       12.00
        5.9% VEH LIC FEE    =        1.90
        $  0.65 /DY ERF     =        1.30
        TAXABLE SUBTOT      =       67.00
        TAX  6.250%         =        4.19
        $ 10.00 /RNTL CN    =       10.00
   *    $  0.60 /RNTL PK    =         .60     *

        TOTAL CHARGES       =       81.79
        **CONCESSION RECOVERY FEE
        CUST FACILITY CHG
        CONV CTR SUR
        PARKING SURCHARGE
```

*Please check your car for personal effects.*

RENTAL NUMBER     CAR NUMBER     CAR GROUP

**Kent, David**

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Tuesday, August 16, 2011 9:28 PM
**To:** Kent, David
**Subject:** Airport Parking Receipt - David Kent 8/14-8/16



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1336625
Date: 8/13/2011 9:17:39 PM

SOLD TO
David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1336625 | 8/14/2011 | 8/16/2011 | | $78.77 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total | $78.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**Visit us on Facebook**

**Thanks for using FreedomPark!**

**Au Bon Pain**
STORE #000217
Phiadelphia Airport
Philadelphia,PA19153
Office Catering Specialists 800-765-4227

----------------------------------------
QUESTIONS - CONCERNS?
**Call us at 1 800 TALK ABP**
Visit us at our website:
http://WWW.AUBONPAIN.COM
----------------------------------------

**Ticket #119707**
2011-08-14                          11:28 AM
000217 1 501 119707

| | |
|---|---|
| MED CAFE LATTE | 3.49 |
| 2 Rasp. Croissant | 4.98 |
| | |
| TO GO | 8.47 |
| Tax | .68 |
| Amount Due | $9.15 |
| | |
| CREDIT | $9.15 |
| Change | |

---

STARBUCKS Store #7305
3690 Q King Street
Alexandria, VA  (703) 845-9563
1732054 L'vaughn

----------------------------------------
CHK 714846
08/16/2011 06:45AM
----------------------------------------

| | |
|---|---|
| Vt Latte | 3.90 |
| Gr Brewed Coffee | 1.95 |
| SBUX Card | 6.38 |
| XXXXXXXXXXXX2660 | |
| | |
| Subtotal | 5.85 |
| Tax 9% - Food & Beverage | 0.53 |
| Total | 6.38 |
| **Change Due** | **$0.00** |

---------- Check Closed ----------
08/16/2011 06:45:35AM

$1/3 = DCK = $33 \frac{61}{xx}$

---

**AmericanAirlines**

16 Aug 2011 07:23 LST
AA860 DCA-DFW
301529
Device ID GPX00031255
Transaction: 1005/561446

Sale

| Product | Price | Qty | Amt |
|---|---|---|---|
| COF AND CRA | 4.49 | 1 | 4.49 |
| | | | |
| Tot | USD | | 4.49 |
| MC | USD | | 4.49 |

AmericanAirlines
We Know Why You Fly℠

---

Areas USA
ILLY COFFEE
LOGAN INTL AIRPORT
CHECK:      **4733**
SERVER:     3301 Jessie
DATE:       15AUG'11  5:31PM
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXXX1572
AUTH CODE:  758473
DAVID C KENT

SUBTOTAL:            6.46

---

Lebanese Taverna -
Pentagon Row
1101 South Joyce Street
Arlington, Virginia
Tel: 703-415-8681
Check #: 266171

**Duplicate**

Server: Daniela        Date: 08/15/2011
Table: 102             Time: 21:52
Client: 3

| | | |
|---|---|---|
| 1 | HB TRIO HOMMOS | 11.50 |
| 1 | Diet Coke | 3.00 |
| 1 | Shawarma | 17.00 |
| 1 | Tabouleh | 7.00 |
| | | ⟨14.00⟩ |
| | Misc Personal Charge | 16.00 |
| 1 | Chicken Shawarma | 6.00 |
| 1 | CS Ardich Melki | 5.00 |
| 1 | LT LIght d | 6.50 |
| 1 | Awamat | 6.50 |
| 1 | Um Ali | |
| | SUB-TOTAL: | 92.50 |
| | Sales Tax: | 8.33 |

**TOTAL:**            100.83

OPAL
HILTON HOTEL
WOBURN, MA

219 MEGHAN                          1

CHK 2029    T25.R616
           AUG14'11  7:55PM

Misc Personal Charge      <15.00>
1 BACON BURGER            14.00
1 DB CHOC CAKE             8.00

  FOOD TOTAL              22.00
  WINE TOTAL              15.00
  Tax                      2.59
9:03 Total Due          $39.59

Tip                       7.50

Total                    47.09

A.L. PRIME MEDFORD-2
307 MAIN ST
MEDFORD   MA 02155

DATE: 08/15/11          TIME: 15:30
MERCHANT ID:            JA25682254001
           CREDIT CARD
           MASTERCARD SALE

CARD#                ************1669
EXPIRATION DATE              **/**
SEQ:                        648117
APPROVAL CODE:              01323Z
ENTRY METHOD:              SWIPED

PRODUCT      QTY    PRICE   AMOUNT
UNLEADED   2.794G   3.579    10.00
                    ------------------

TOTAL AMOUNT:            $10.00



# The Tavern
# at Quarry Hills
100 Quarry Hills Drive
Quincy, MA 02169
617-689-1900

Tab 4453   08/14/11-A   4:50pm
Guests 1  Turn-Shak    Table (STANDEE)

1..Hot Dog                    4.00
1..Cookies                    1.50
Misc Personal Charge        <8.00>
              Items          13.50
              Ma Tax           .84
              Local Tax        .11
   Subtotal               14.45

              Tip             2.00

   TOTAL                  16.45

1.MC/xxxxxxxxxxxx1669/XXXX S  A:01205Z
   KENT, DAVID   5078 08/14 16:50  14.45

STARBUCKS COFFEE E31
DALLAS FT WORTH INT'L AIRPORT

11754 MARLIN

CHK 3032 AUG14'11  5:56AM  GST 2

        Subtotal

1 LATTE V                     4.15
1 SCONES CRAN ORAN            2.39

  SUBTOTAL                    6.54
  TAX                         0.54
  AMOUNT PAID               7.08
  Stbk Card                   7.08
     Amount 7.08
     TerminalID Z0051150

**Expense Report - Transmittal Report**



ER00000034262110053

**Spender** Cori Steinmann          **From** Aug 24, 2011 **To** Aug 25, 2011          **Reimbursement Amt** 876.92 USD

**Report name** Tampa for Flyover of Reservoir

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 8 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/24/11 | Lodging | United St... | 245.28 USD | Jennifer M. Arevalo |
| 8/24/11 | Individual Meal | United St... | 29.93 USD | Jennifer M. Arevalo |
| 8/24/11 | Airfare | United St... | 129.00 USD | Jennifer M. Arevalo |
| 8/24/11 | Airfare | United St... | 312.70 USD | Jennifer M. Arevalo |
| 8/25/11 | Individual Meal | United St... | 18.71 USD | Jennifer M. Arevalo |
| 8/25/11 | Individual Meal | United St... | 11.12 USD | Jennifer M. Arevalo |
| 8/25/11 | Taxi, Trains, o... | United St... | 55.95 USD | Jennifer M. Arevalo |
| 8/25/11 | Car Rental | United St... | 74.23 USD | Jennifer M. Arevalo |

Login    Register Now    Country / Language    Customer Service

SEARCH                                    ▶

# RENTAL RECEIPT (e-Receipt)

**Rental Agreement Number: 406269861**

**Total Charges 74.23 USD**

### MasterCard ***********6703

**Rate Information**

| | |
|---|---:|
| MINIMUM CHARGE | 46.99 |

**Taxable Extras**

| | |
|---|---:|
| $ 0.56 /DY ERF | .56 |
| $ 2.00 /DY SSU | 2.00 |
| $ 0.02 /DY TBS | .02 |
| $ 0.78 /DY VLF | .78 |
| **10.40% FEE | 5.03 |
| FUEL SERVICE OPTION | 13.99 |
| **Taxable Subtotal** | **69.37** |
| TAX 7 000% | 4.86 |

**Non Taxable Extras**

| | |
|---|---:|
| **TOTAL** | **74.23** |
| **AMOUNT CHARGED** | **74.23** |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE

### Contact Us

Contact Us
Reservations & Avis.com
Assistance
1-800-230-4898
Wizard Number / Preferred
Profile Updates
1-866-842-5552
Monday - Friday 9am-5pm EST
Worldwide Telephone
Numbers - click here

## YOUR INFORMATION

| | |
|---|---|
| **Name:** | CORI STEINMANN |
| **Username / Wizard:** | |
| **AWD Number:** | A6842000 |
| **Miles / Points Partner:** | N/A |
| **Membership Number:** | N/A |

## YOUR CAR

| | |
|---|---|
| **Car Group Rented:** | Group D - Ford Fusion or similar |
| **Car Group Charged:** | Group C - Chevrolet Cruze or similar |
| **Car Make Model:** | RED NISS AL2D 2DR |
| **Mileage Out:** 20351 | **Fuel Out:** 8/8 |
| **Mileage In:** 20411 | **Fuel In:** 0/8 |

## YOUR RENTAL

**Pick-up Information**

Location: Tampa Intl Airport, 4030 George J. Bean Pkwy, Suite 1109, Tampa, FL 33607 US

Date & Time: Thursday, August 25, 2011 @ 12:13 AM

**Return Information**

Location: Tampa Intl Airport, 4030 George J. Bean Pkwy, Suite 1109, Tampa, FL 33607 US

Date & Time: Thursday, August 25, 2011 @ 11:29 AM

All our vehicles are 100% smoke-free in the U.S. & Canada

Home | Reservations | Locations | Deals | Cars & Services | Used Car Sales | Customer Service | Login |
About Avis | Employment | Travel Agents | Affiliates | Preferred Enrollment | Business Programs | FAQs | Site Map
© 2011 Avis Rent A Car System, LLC | Terms of Use | Privacy Policy

  





**Tampa 8/24/11**
This trip includes flights, 1 hotel reservation and car rental.

Reservation made: 08/23/11

## Flight reservation

| | | | |
|---|---|---|---|
| Orbitz record locator: | AP270601PF3BW2JR | **\*Traveler(s)** | **Frequent flier details** |
| Airline record locator: | Continental Airlines - AJTLT8 | CORI STEINMANN | |
| Reservation made by: | lavella.garner@sedgwicklaw.com | | |
| Ticket numbers: | 0057993971174 | | |
| **Total flight cost:** | **$312.70 USD** | | |

**Wednesday, August 24, 2011**

Continental Airlines 1623    Economy | Boeing 737-800 Passenger (738) | 2hr 58min | 1010 miles

Depart:  **9:00am**    Newark, NJ Newark Liberty Int'l (EWR)
Arrive:  **11:58pm**   Tampa, FL Tampa International (TPA)

Your flight is confirmed. The airline will assign seats at check-in or you may select seats.

## Hotel reservation

| | |
|---|---|
| Orbitz Record Locator: | Q4Q64M |
| Hotel Confirmation number: | HY0059935295 |
| Reservation made for: | Cori Steinmann |
| | (Must check in for this reservation) |
| Reservation made by: | lavella.garner@sedgwicklaw.com |
| Total charges : | 224.10 USD (taxes not included) |

| Hyatt Regency Tampa | 211 North Tampa Street | **Phone:** 1 813 225-1234 |
|---|---|---|
| | Tampa, FL  33602 | **Fax:** 1 813 273-0234 |

| | | |
|---|---|---|
| **Check-in:** | **Wed, Aug 24, 2011** | 3:00 PM |
| **Check-out:** | **Thu, Aug 25, 2011** | 12:00 PM |

Room description: Company tvl rate 1 king bed-sdma 1 grand king bed: renovated: floors 3-17:
Company tvl rate 1 king bed 1 grand king bed: renovated: floors 3-17: business centers
Company tvl rate 1 king bed 1 grand king bed: renovated: floors 3-17: business centers

## Car rental reservation

| | |
|---|---|
| Confirmation number: | 16266140US2 |
| Primary driver: | CORI STEINMANN |
| Reservation made by: | lavella.garner@sedgwicklaw.com |
| Daily rate: | $46.99* |

| Avis | Midsize | |
|---|---|---|
| **Pick-up** | **Thu, Aug 25, 2011 12:30am** | Tampa International (TPA) (in terminal) |
| | | **Phone:** 813-396-3500 |
| | | 800-331-1212 |
| **Drop-off** | **Thu, Aug 25, 2011 9:00pm** | drop-off location same as pick-up location listed above |

Sheraton Tampa Riverwalk Hotel
200 N. Ashley Drive
Tampa, FL 33602
813-223-2222 / 813-273-0839
http://www.starwood.com/



**Sheraton®**
HOTELS & RESORTS

| Steinmann, Cori Cudabac | Page Number | 1 | Invoice Nbr | 1000016788 |
| 2835 Coteau Way | Guest Number | 319346 | Arrive Date | 08-24-2011 |
| Dallas, TX 75227 | Folio ID | A | Depart Date | 08-25-2011 |
| | No. Of Guest | 1 | | |
| | Room Number | 418 | | |
| | Time | 08-25-2011 16:30 | | |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 08-24-2011 | RT418 | Room Charge | $219.00 | |
| 08-24-2011 | RT418 | State Tax | $15.33 | |
| 08-24-2011 | RT418 | City/Local Tax | $10.95 | |
| 08-24-2011 | RT418 | Parking Overnight | $17.12 ✗ | |
| 08-25-2011 | 1515 | Room Service | $18.71 | |
| 08-25-2011 | no car | Parking | | $-17.12 ✗ |
| 08-25-2011 | MC | Master Card | | $-263.99 |
| | | ** Total | $281.11 | $-281.11 |
| | | ** Balance | $-0.00 | |

0.00
0.00
0.00
0.00
0.00

        Have a good sleep? Enjoy great sleep every night with a Sweet
Sleeper Bed in your own home. Sleep soundly on luxurious sheets, a selection
of feather down and hypoallergenic pillows, and our signature mattress, just
like the bed you slept in last night. Order your Sweet Sleeper Bed at
www.sheraton-hotelsathome.com

        **Continued on the next page**

**Steinmann, Cori**

---

| | |
|---|---|
| **From:** | American.Airlines@aa.com |
| **Sent:** | Thursday, August 25, 2011 9:29 AM |
| **To:** | Steinmann, Cori |
| **Subject:** | AA.com Itinerary Summary On Hold |

**AmericanAirlines**
*AA.com*

Reservations | AAdvantage Account | Fare Sales & Offers

Dear CORI STEINMANN,



Thank you for making your travel arrangements on AA.com! Your requested itinerary is now ON HOLD. Details below.

To ensure that your reservation is not canceled you must complete the purchase of this reservation by clicking the "Purchase" button on this email, or by using the "View/Change Reservations" section on www.aa.com.

This reservation is on HOLD until **August 25, 2011 12:10 PM EDT (Eastern Daylight Time)**.

### Record Locator: EYHZIS

**PURCHASE**

**Passengers**
CORI STEINMANN

NOTE: This is not a ticket or electronic receipt

| Carrier | Flight Number | Departing | | Arriving | | Cabin<br><br>Booking Code | Seats | Meals | Flight Status Notification |
|---|---|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | | | | |
| AMERICAN AIRLINES | 1241 | TPA Tampa | Aug 25, 2011 12:10 PM | DFW Dallas/ Fort Worth | Aug 25, 2011 01:45 PM | Economy<br><br>L | unassigned | Food For Purchase | CREATE |

| Average Fare per Person - 375.00 USD | | | |
|---|---|---|---|
| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
| 1 Adult | 375.00 USD | 10.70 USD | 385.70 USD |
| | | **Total Price** | **385.70 USD** |

**PURCHASE**

**Please note the following:**
- View Fare rules.
- Fares are only guaranteed up to 24 hours.
- Additional foreign taxes may apply.
- Additional fees may also apply for tickets not purchased through AA.com.

*applied credit from prior ticket — addl. collection was $129.00*

1

Do not expose to excessive heat or direct sunlight.

STAPLE
HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP. DALLAS, TX

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

**\*\*AmericanAirlines** TICKET \*\*\*
CPN 113502
REV. 2/11

\*\* NOT VALID FOR TRAVEL \*\*
NBR   DATE OF ISSUE   0012173690754   ISSUING OFFICE CODE

**PASSENGER ITINERARY**
ISS. AGENT ID.   PLACE OF ISSUE

**AmericanAirlines**

PLEASE NOTE -- YOU
WILL BE REQUIRED TO
PRESENT A PHOTO ID
AT AIRPORT CHECKIN

NAME OF PASSENGER (NOT TRANSFERABLE)   FARE BASIS   TOUR CODE

STEINMANN/CORI

| | CARR. | FLIGHT | CLASS | DATE | TIME | STATUS | NOT VALID BEFORE | NOT VALID AFTER |
|---|---|---|---|---|---|---|---|---|
| | EYHZIS | FF | AA | 644MVF6 | | | | |

25AUG    THURSDAY

ENDORSEMENTS/RESTRICTIONS

LV TAMPA              1210P    FLT1241    ECONOMY
AR DALLAS FT WORTH    145P                FOOD FOR PUR

ORIGINAL ISSUE                ISSUED IN EXCHANGE FOR

FARE CALCULATION

NAME OF PASSENGER

AMERICAN AIRLINES

CARRIER FLIGHT        CLASS DATE        TIME

REVALIDATION

GATE      BOARDING TIME      SEAT      SMOKE

ADDITIONAL SEAT INFORMATION

| FARE | EQUIV. FARE PAID | FORM OF PAYMENT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TAX/FEE/CHARGE | | PCS. | CK. WT. | UNCK. WT. | | SEQ. NO. | ALLOW | PCS. | CK. WT. | UNCK. WT. |
| TAX/FEE/CHARGE | STOCK CONTROL NUMBER TX | | | COUPON | AIRLINE | FORM SERIAL NO. | | CX |
| TAX/FEE/CHARGE | | | | | | | | |
| TOTAL | 00115860186764 | | NOT VALID FOR | | | | | |

PCS. CK. WT. UNCK. WT. SEQ. NO. PCS. CK. WT. UNCK. WT.

BAGGAGE ID NR.

COUPON   AIRLINE      FORM SERIAL NO.      CX

NOT VALID FOR
TRANSPORTATION

---



Do not expose to excessive heat or direct sunlight.

STAPLE
HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP. DALLAS, TX

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

CPN 113502
REV. 2/11

**\*\*AmericanAirlines** TICKET \*\*\*

2173690754
DATE OF ISSUE   ISSUING OFFICE CODE
25AUG11   10103100

**PASSENGER RECEIPT** 1 OF 1
US

**AmericanAirlines**

3

1

ISS. AGENT ID.

NAME OF PASSENGER (NOT TRANSFERABLE)   FARE BASIS   TOUR CODE
TPA 42Z           /TAMPA

NAME OF PASSENGER

STEINMANN/CORI

STEINMANN/CORI

| | CARR. | FLIGHT | CLASS | DATE | TIME | STATUS | NOT VALID BEFORE | NOT VALID AFTER |
|---|---|---|---|---|---|---|---|---|

XO | FROM
TAMPA

\*\*NOT VALID FOR\*\*\*\*\*RETAIN THIS RECEIPT\*\*\*
\*\*TRANSPORTATION\*\*THROUGHOUT YOUR JOURNEY\*

AA 1241 L 25AUG       LA00ERD5

DALLAS FT WORTH

USD1321.86 NONREFUNDABLE

PNR CODE
EYHZIS/AA
CONJ. TKT. NO.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORIGINAL ISSUE                ISSUED IN EXCHANGE FOR

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

00123440826 46/10AUG11XTM      0012344082646

REVALIDATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* SMOKE

FARE CALCULATION
DFW AA EWR953.49KA00ERM5/-TPA AA DFW348.84LA00ERD5 1302.33 END ZPDFWTPA XT5.00AY9.00X
DFW4.5TPA4.5

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

ADDITIONAL SEAT INFORMATION

| FARE | EQUIV. FARE PAID | FORM OF PAYMENT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| USD 1302.33 | | AX XXXXXXXXXXXXX6703/XXXXX X8889Z | FP XXXXXXXXXXXXX6703 | | 129.00EFT | | | |
| US TAX/FEE/CHARGE 97.67 | PCS. CK. WT. | X 2Z FEE 150.00 | | | | | | |
| ZP TAX/FEE/CHARGE 7.40 | STOCK CONTROL NUMBER TX | COUPON | AIRLINE | FORM SERIAL NO. | CX | | | |
| XT TAX/FEE/CHARGE 14.00 | 00115860186753 | 001 2173690754 1 | | | | | | |
| USD 1421.40 | | | | | | | | |

PCS. CK. WT. UNCK. WT. SEQ. NO. PCS. CK. WT. UNCK. WT.

BAGGAGE ID NR.

NOT VALID FOR TRAVEL
001 2173690754 1

DNC Travel Hospitality Services
**   Newark Intl. Airport    **
     ** Heineken Bar **

5001 ARVETTE                          1

CHK 9035 AUG24'11  6:35PM

Misc Personal Charge          <8.25>
1 Chic Gorg Salad             <7.49>
Misc Personal Charge          <8.50>

Subtotal                      24.24
Total Tax                      1.69
7:10 Total Due              $25.93

                    7 4.00 Tp

HMSHOST
FLATBREADZ
TAMPA INT'L AIRPORT

1269 Odeisy G

CHK 1350 AUG25'11 11:53AM

1 TUNA NICOISE                 7.59
1 WATER FIJI 500ML             2.99

SUBTOTAL                      10.58
TAX                            0.54
AMOUNT PAID          11.12
XXXXXXXXXXXXXXX3            XX/XX
MSTRCARD A1                   11.12

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
GENERAL MANAGER
TIM.JUUL@HMSHOST.COM

Your order number is: 1350



AMBASSADOR CAB
(214) 905-1111
Dispatch (214) 905-1111  1-800-TAXICAB

Thanks for
Your Patronage

Cab #

Fare $

Driver

Date

CORI STEINMANN 14

| DATE | | CLERK |
|------|--|-------|
| AUTHORIZATION | | SERVER |
| LICENSE NO. | | STATE |
| REFERENCE NO. / FOLIO NO. | | |

> 703
  703

2468416

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             | 46.95  |
|      |             |        |
|      | TAX         |        |
| SALES SLIP | TIP MISC. | 9.00 |
|      | TOTAL       | 55.95  |

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

## Expense Report - Transmittal Report



ER00000035062110121

**Spender** David C. Kent          **From** Aug 23, 2011  **To** Aug 26, 2011          **Reimbursement Amt** 1,614.46 USD

**Report name** Travel for Court Hearing and Focus Group

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 15 | Audit required | Yes |
| Number of receipts to submit | 13 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/23/11 | Airfare | United St... | 571.40 USD | - |
| 8/23/11 | Parking or Tolls | United St... | 131.29 USD | - |
| 8/23/11 | Parking or Tolls | United St... | 2.00 USD | - |
| 8/23/11 | Individual Meal | United St... | 20.52 USD | - |
| 8/23/11 | Individual Meal | United St... | 30.75 USD | - |
| 8/23/11 | Individual Meal | United St... | 7.08 USD | - |
| 8/25/11 | Individual Meal | United St... | 8.92 USD | - |
| 8/25/11 | Individual Meal | United St... | 14.44 USD | - |
| 8/25/11 | Individual Meal | United St... | 60.90 USD | - |
| 8/26/11 | Lodging | United St... | 716.76 USD | - |
| 8/27/11 | Parking or Tolls | United St... | 2.00 USD | - |
| 8/27/11 | Individual Meal | United St... | 5.89 USD | - |
| 8/27/11 | Other Travel - ... | United St... | 17.51 USD | - |

*I don't know what happened! I scanned all these receipts on Friday afternoon. Here it is all over again (after getting your message). Claudia*

# Cole Investigative Agency



3030 LBJ Freeway, Suite 700 Dallas, Texas 75234

Office (214) 915-0341 * Fax: (214) 915-0342

State License # A11408

### www.ColeIA.com

1. HDR — Court Hearing &
2. Focus Group
3.
4. Airfare — ~~541.40~~ 637.96
5. Hotel — 716.76 ✓
6. Parking — 131.29 ✓
7. Tolls — 4.00 ✓
8. Gas — 17.51 ✓
9. Meals — 148.50 ✓
10. ~~Tip~~ Misc. (Tips) — 25.00 ✓
11. $ ~~1,683.02~~
12. 1,614.46

Meals

23 - 58.35
24 -
25 - 69.82
26 -
27 - 20.33
        148.50

**CIA Process Service, LLC**
**3030 LBJ Freeway, Suite 700**
**Dallas, Texas 75234**
**(214) 641-9414**
**Email: Ciaprocess@aol.com**

**PROMPT SERVICE * PROFESSIONAL * COMPETITIVE RATES**

```
OH THANK HEAVEN
FOR 7-ELEVEN.

7-ELEVEN
7124 N. DALE MABRY
TAMPA FL
PHONE #8138855400
STORE #23741
TID: 00072374141 08
DEBIT
***********4364
ACCT TYPE
REI# 92000 54 023 5
08/27/2011 13:49:04

PUMP              5
GRADE        RUL
GALLONS      5.062
PRICE/GAL  $ 3.459
FUEL  SALE $ 17.51

APPROVED    044913
TERM SEQ # 945944

Interlink

    THANKS FOR
  YOUR BUSINESS.
```

```
       STARBUCKS COFFEE O
 DALLAS FT WORTH INT'L AIRPORT

11693 CHANISSE
------------------------------
 CHK 362  AUG23'11 10:53AM  GST 2
------------------------------
       S u b t o t a l

 1 LATTE V              4.15
 1 SCONES CRAN ORAN     2.39

    SUBTOTAL            6.54
    TAX                 0.54
    AMOUNT PAID       7.08 ✓
    Stbk Card           7.08
         Amount 7.08
      TerminalID Z0051164
       RefrNbr 14114819
  Redemption Approved for $7.08
       Card Balance 32.10
     Gift Card Charge 7.08
```

```
       KARIM B
------------------------------
 16/1     Chk 7622      Gst 1
      Aug23'11 06:52PM
   *** Reprint Memo Check ***
------------------------------
          Seat 2
 Cuban Pull Mojo         17.00
Misc Personal Charge   <8.00>
    Subtotal            25.00
    Tax                  1.75
 7:38PM Total          26.75

 Thank you for joining us.

 Tip Amt_____      4.00

          30.75 ✓
```

```
      104 CHRISTOP
------------------------------
 Chk 2149    Aug23'11 10:08PM  Gst 0
------------------------------
Misc Personal Charge  <16.00>
    Subtotal            16.00
    Tax                  1.12
 10:08PM Total         17.12

 Thank you for joining us.

              3.40

          20.52 ✓
```

```
              Double Tree
            @ Rocky Point

.I1 JEWANLAL
-------------------------------------
 16/1      Chk 7784        Gst 1
          Aug25'11 07:17PM
-------------------------------------
  Med P Chicken          23.00
  Key Lime Pie            7.00
  Coffee/Decaf            2.50
 Misc Personal Charge   ⟨16.00⟩

  Subtotal               48.50
  Tax                     3.40
 27PM Total             51.90

Thank you for joining us.

Tip Amt_____  8  00

                    60  90 ✓
```

```
           STARBUCKS Store #8277
          14394 N. Dale Mabry Hwy.
          Tampa, FL  (813) 962-1179
-----------------------------------------
             CHK 735851
          08/27/2011 01:31 PM
        1256733  Drawer: 2 Reg: 2
-----------------------------------------
 Gr Latte                    3.55
   Nonfat
 Cheese Danish Ntl           1.95
 BUX Card                    5.89
 XXXXXXXXXXXX2660

 Subtotal                    5.50
 Tax 7.0%                    0.39
 Total                       5.89  ✓
 ange Due                  $0.00

----------- Check Closed -------------
        08/27/2011 01:31:40PM

 Card x2660 New Balance:  26.21
 l is registered.


    Make a purchase prior to 2pm
    Bring receipt in today after
    2pm for a Grande cold drink
    for $2 (+tax if applicable.)
    Participating stores.  Same day
      only.  Value 1/100 cent.
```

```
          TBO TAMPA BAY
           Dining Room
          TAMPA BAY, FL
   CHECK:    2313
   TABLE:    401/1
   SERVER:   1001 Joelle
   DATE:     AUG27'11  8:13AM
   CARD TYPE: VISA / MC
   ACCT #:   XXXXXXXXXXXX1669
   EXP DATE: XX/XX
   AUTH CODE: 09773Z
   RESEARCH: 000000000000
          DAVID KENT

   SUBTOTAL:      12.44

   Addt'l Gratuity____ 2.00


   TOTAL:_____ 14.44 ✓

   SIGNATURE:_____

   I AGREE TO PAY TOTAL AMOUNT
   ACCORDING TO CARD ISSUER
   AGREEMENT
```

```
        04-25-11
        5.59 TK1
        1.75 TK1
        8.34 ST
        0.58 TKT
        8.92 ✓
```

*Sorry - Receipt too light to Read !*

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Wednesday, August 24, 2011 3:05 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | August 23, 2011 10:36 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | August 23, 2011 11:39 | **Lane:** | DFW-NORTH-57 |

**Tag Number:** DNT.06647970     **License Plate:** PBM977     **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

From:          TollTag Store [customernotifications@ntta.org]
Sent:          Sunday, August 28, 2011 3:04 AM
To:            Kent, David
Subject:       Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | August 27, 2011 17:18 | **Lane:** | DFW-NORTH-15 |
| **Exit :** | August 27, 2011 18:50 | **Lane:** | DFW-NORTH-56 |

**Tag Number:** DNT.06647970    **License Plate:** PBM977    **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Saturday, August 27, 2011 7:28 PM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt – David Kent 8/23-8/27 |



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1339990
Date: 8/23/2011 9:17:26 AM

SOLD
TO

David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1339990 | 8/23/2011 | 8/27/2011 | | $131.29 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 5 | $22.00 | $110.00 | $9.08 | $12.21 | | $131.29 | |
| | | | | Credit Card Total $131.29 | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Visit us on Facebook

Thanks for using FreedomPark!



**DOUBLETREE SUITES**
BY HILTON
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
| --- |

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Room            522/NK1S
Arrival Date    8/23/2011    5:53:00PM
Departure Date  8/27/2011

Adult/Child     1/0
Room Rate       $159.99

RATE PLAN           LV2
HH#  427205835 GOLD
AL
BONUS AL            CAR

Confirmation: 81131136

8/27/2011       PAGE        1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/23/2011 | 2867527 GUEST ROOM | | | | $159.99 | |
| 8/23/2011 | 2867527 STATE TAX | | | | $11.20 | |
| 8/23/2011 | 2867527 CITY TAX | | | | $8.00 | |
| 8/24/2011 | 2868185 GUEST ROOM | | | | $159.99 | |
| 8/24/2011 | 2868185 STATE TAX | | | | $11.20 | |
| 8/24/2011 | 2868185 CITY TAX | | | | $8.00 | |
| 8/25/2011 | 2868910 GUEST ROOM | | | | $159.99 | |
| 8/25/2011 | 2868910 STATE TAX | | | | $11.20 | |
| 8/25/2011 | 2868910 CITY TAX | | | | $8.00 | |
| 8/26/2011 | 2869550 GUEST ROOM | | | | $159.99 | |
| 8/26/2011 | 2869550 STATE TAX | | | | $11.20 | |
| 8/26/2011 | 2869550 CITY TAX | | | | $8.00 | |
| | WILL BE SETTLED TO AX *1572 | | | | $716.76 √ | |
| | EFFECTIVE BALANCE OF | | | | $0.00 | |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or
any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and
relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

## EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out
there is no need to stop at the Front Desk to check out.**
• Please review this statement.  It is a record of your charges as of late last
  evening.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| 437982 | A | |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

PAYMENT DUE UPON RECEIPT

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

T
H
A
N
K

Y
O
U



# Sedgwick L.L.P.

**Tampa 8/23/11**
This trip includes flights, 1 hotel reservation.
Reservation made on: 08/19/11

## Flight reservation

| | | | |
|---|---|---|---|
| **Orbitz record locator:** | AP270601SQ53SWJR | **Traveler(s)** | **Frequent flier details** |
| **Airline record locator:** | American Airlines - KODTOX | DAVID KENT | American Airlines AAdvantage |
| **Reservation made by:** | david.kent@sedgwicklaw.com | | H106810 |
| **Ticket numbers:** | 0017993587111 | | |
| **Total flight cost:** | $571.40 USD | | |

---

**Leave Tuesday, August 23, 2011**

**American Airlines 1672**   Economy  |  McDonnell Douglas MD-80 (M80)  |  2hr 15min  |  920 miles

Depart:   **12:00pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **3:15pm**   **Tampa, FL** Tampa International (TPA)

  **Your flight is confirmed. The airline will assign seats at check-in.**

  **Upgrade requested.**

About upgrades

---

**Return Saturday, August 27, 2011**

**American Airlines 1823**   First Class  |  McDonnell Douglas MD-80 (M80)  |  2hr 40min  |  920 miles

Depart:   **4:15pm**   **Tampa, FL** Tampa International (TPA)

Arrive:   **5:55pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Seat: **10B** |   **Your flight is confirmed. Seat is confirmed. You may**

  **Upgrade confirmed.**

About upgrades

---

## Hotel reservation

| | |
|---|---|
| **Orbitz Record Locator:** | XX57JW |
| **Hotel Confirmation number:** | 81131136 |
| **Reservation made for:** | David Kent |
| | (Must check in for this reservation) |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Loyalty programs:** | Hilton HHonors   427205835 |

**Total charges :**          639.96 USD (taxes not included)

---

| **Doubletree Guest Suites Tampa Bay** | 3050 North Rocky Point Drive West Tampa, FL  33607-5800 | **Phone:** 1 813 888-8800 **Fax:** 1 813 888-8743 |
|---|---|---|
| **Check-in:**   **Tue, Aug 23, 2011**   3:00 PM **Check-out:**   **Sat, Aug 27, 2011**   12:00 PM | | |
| **Room description:** Best available rate 1 king bed 2 room suite-sofabed-nonsmoking hi speed 9.95 Day-sweet dreams experience bed | | |

---

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

## Expense Report - Transmittal Report



ER00000302121110164

**Spender** Kurt W. Meaders          **From** Aug 23, 2011  **To** Aug 26, 2011          **Reimbursement Amt** 2,278.71 USD

**Report name** Hearing on Motions in Limine

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 6 | Audit required | | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 1 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/19/11 | Airfare | United St... | 771.40 USD | Jennifer M. Arevalo |
| 8/20/11 | Car Rental | United St... | 463.82 USD | Jennifer M. Arevalo |
| 8/24/11 | Group Meal | United St... | 24.94 USD | Jennifer M. Arevalo |
| 8/26/11 | Lodging | United St... | 888.34 USD | Jennifer M. Arevalo |
| 8/28/11 | Parking or Tolls | United St... | 95.26 USD | Jennifer M. Arevalo |

# DOUBLETREE SUITES
## BY HILTON
### TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
|---|

Meaders, Kurt

| | |
|---|---|
| Room | 433/NK1S |
| Arrival Date | 8/23/2011   5:52:00PM |
| Departure Date | 8/27/2011 |
| | |
| Adult/Child | 1/0 |
| Room Rate | *  $179.99 |
| | |
| RATE PLAN | S-DDL |
| HH#  872575357 SILVER | |
| AL | |
| BONUS AL | CAR |

Confirmation: 80608384

8/27/2011     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/23/2011 | 2867259 | RESTAURANT | | | $39.17 | |
| 8/23/2011 | 2867506 | GUEST ROOM | | | $179.99 | |
| 8/23/2011 | 2867506 | STATE TAX | | | $12.60 | |
| 8/23/2011 | 2867506 | CITY TAX | | | $9.00 | |
| 8/24/2011 | 2868165 | GUEST ROOM | | | $179.99 | |
| 8/24/2011 | 2868165 | STATE TAX | | | $12.60 | |
| 8/24/2011 | 2868165 | CITY TAX | | | $9.00 | |
| 8/25/2011 | 2868693 | RESTAURANT | | | $54.01 | |
| 8/25/2011 | 2868893 | GUEST ROOM | | | $179.99 | |
| 8/25/2011 | 2868893 | STATE TAX | | | $12.60 | |
| 8/25/2011 | 2868893 | CITY TAX | | | $9.00 | |
| 8/26/2011 | 2869546 | GUEST ROOM | | | $169.99 | |
| 8/26/2011 | 2869546 | STATE TAX | | | $11.90 | |
| 8/26/2011 | 2869546 | CITY TAX | | | $8.50 | |
| | WILL BE SETTLED TO MC *5374 | | | | $888.34 | |
| | EFFECTIVE BALANCE OF | | | | $0.00 | |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

ESTIMATED CURRENCY TOTAL

## EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out** there is no need to stop at the Front Desk to check out.
- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
   + pay at the time of purchase.
   + charge purchases to your account, then stop by the Front Desk for an updated statement.
   + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

**PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.**

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| 437983 | A | |
| AUTHORIZATION | | INITIAL |
| | | |
| PURCHASES & SERVICES | | |
| | | |
| TAXES | | |
| | | |
| TIPS & MISC. | | |
| | | |
| TOTAL AMOUNT | 0.00 | |

PAYMENT DUE UPON RECEIPT

T
H
A
N
K

Y
O
U

| | |
|---|---|
| **From:** | Doubletree By Hilton Confirmed [doubletreebyhilton@res.hilton.com] |
| **Sent:** | Monday, August 22, 2011 1:56 PM |
| **To:** | Meaders, Kurt |
| **Subject:** | Doubletree By Hilton Confirmation #80608384 |



# Your reservation is confirmed

## DoubleTree Suites by Hilton Hotel Tampa Bay

3050 N. Rocky Point Dr.
West
Tampa, FL
United States, 33607
Tel: 1 813-888-8800
Fax: 1 813-888-8743

- Directions to Hotel
- 5-Day Weather Forecast
- Local Guide

### Confirmation Number: 80608384

> Click here to view or edit your reservation.

| | |
|---|---|
| Name: | Kurt Meaders |
| Hilton HHonors® Number: | 872575357 |
| Arrival Date: | 23 Aug 2011 |
| Departure Date: | 27 Aug 2011 |
| Check-in Time: | 3:00 PM |
| Check-out Time: | 12:00 PM |

**Account Preferences**

Manage My Account

**Earnings Style:**
HHonors Points and
Variable Miles

Book your next stay now

Place or view your
**Requests Upon
Arrival™** order. Have
snacks, beverages*,
extra pillows and/or
towels delivered to
your room prior to
your arrival.

Earn 40,000
HHonors bonus
points
with the Citi® Hilton

### Points Upgrade

Guarantee your room upgrade
with Hilton HHonors points

Learn More ▶

**Rate Information:**
Rate Type:
    BED AND BREAKFAST
Rate per night:     179.99 USD 23 Aug 2011 - 26 Aug 2011
                    169.99 USD 26 Aug 2011 - 27 Aug 2011
Total for Stay per Room:

| | |
|---|---|
| Rate | 709.96 USD |
| Taxes | 85.20 USD |
| Total | 795.16 USD |

**Total for Stay:     795.16 USD**
Includes estimated taxes and service charges. (Gratuities not
included.)

**Tax:**
• There is a 12.00% Per Room Per Night tax.

1



HHonors Visa® Card!

**HILTON HHONORS**

As an HHonors Silver member, enjoy a variety of benefits and generous HHonors point bonuses. Redeem your points for hotel stays, premier merchandise or even once-in-a-lifetime experiences – from hang gliding to private dance lessons and everything in between!

**Additional Charges:**
• Self parking: 0.00/night

**Rate Rules and Cancellation Policy:**
• Your reservation is guaranteed for late arrival.
• Please contact us should you need to cancel your reservation.
• Cancellations are required by 4PM on 22 Aug 2011 local hotel time.
• Cancellation penalties may apply.

**Room Information:**
Rooms:              1
Clients:            1 Adult
Room Type:          1KING 2 ROOM SUITE NONSMOK
Preferences:        King; Away From Elevator; High Floor
Your room type preferences have been submitted with your reservation, and are subject to hotel availability.

**Rate Information:**
Rate Type:
    BED AND BREAKFAST
Rate per night:     179.99  USD 23 Aug 2011 -  26 Aug 2011
                    169.99 USD 26 Aug 2011 - 27 Aug 2011
Total for Stay per Room:
    Rate            709.96 USD
    Taxes           85.20 USD
    Total           795.16 USD

**Total for Stay:      795.16 USD**
Includes estimated taxes and service charges. (Gratuities not included.)

**Tax:**
• There is a 12.00% Per Room Per Night tax.

**Additional Charges:**
• Self parking: 0.00/night

**Rate Rules and Cancellation Policy:**
• Your reservation is guaranteed for late arrival.
• Please contact us should you need to cancel your reservation.
• Cancellations are required by 4PM on 22 Aug 2011 local hotel time.
• Cancellation penalties may apply.

**Room Information:**
Rooms:              1
Clients:            1 Adult
Room Type:          1KING 2 ROOM SUITE NONSMOK
Preferences:        King; Away From Elevator; High Floor
Your room type preferences have been submitted with your reservation, and are subject to hotel availability.

## Thanks for choosing DoubleTree by Hilton. We're looking forward to seeing you!

We've got the Sweet Dreams® bed, restaurant options, and best of all, a cookie at the front desk with your name on it.
Welcome! Would you like snacks, extra towels, pillows, an early arrival or more? Requests Upon Arrival from Doubletree provides amenities to make you feel at home. Pre-order today!

**Our Hotel:**
. Experience our Fitness by Precor facility
. Tour the Hotel
. Accommodations
. Hotel Services and Amenities
. Dining
. Groups & Meetings



**Sign up to receive weekly email offers from DoubleTree by Hilton.**

* Service of alcoholic beverages is subject to state and local laws. Must be of legal drinking age.

Requests Upon Arrival™ items are subject to availability.

Hilton Worldwide will not contact you by telephone, text message or e-mail to ask for your confidential personal information, credit card details or HHonors account login information related to upcoming stays or your account. Anyone who receives this type of request should not respond to it. We also ask that you please notify us at fraud_alert@hilton.com should you receive such a communication.

If you need to MODIFY or CANCEL your reservation, click here.
Any change to the arrival date, departure date or room type of this reservation is subject to the hotel's availability at the time the change is requested and may result in a possible rate change or an additional fee. For example, shortening or lengthening your reservation is subject to availability and may not be possible at a later date. For more information, please click here to see all the rules and restrictions applicable to this reservation.

If you have questions regarding your reservation, please contact Hilton Reservations and Customer Care at 1-800-HHONORS (446-6677) , click here, or email us at HILTONNET@HILTONRES.COM.

Hilton HHonors membership, earning of Points & Miles®, and redemption of points are subject to HHonors Terms and Conditions.

ABOUT THIS EMAIL
Please do not reply to this email. Mail sent to this address cannot be answered. For a full description of our privacy policy, please click here.

Update Your Profile
Ensure you receive the most relevant information from Hilton Worldwide and manage your email subscriptions by signing in and updating your profile.

Unsubscribe
To unsubscribe from all marketing email from Hilton Worldwide, please send an email with the subject line "Unsubscribe" to e_opt_out@hilton.com. Opting out from all Hilton Worldwide marketing email will prevent you from receiving your monthly HHonors My Way Activity Statement. However, you can continue to check your account by logging into your profile or by calling 1-800-HHONORS. Outside the United States and Canada, please dial + 800 44 45 86 87 for assistance.

Please allow up to 10 business days for processing opt-out requests. You will continue to receive transactional email messages such as reservation confirmations.

If you prefer to unsubscribe via postal mail, please send your name, HHonors Account Number (if applicable) and email address to Hilton Internet Contact Center, PO Box 9045, Addison, TX 75001-9045 USA.

Notice of Confidentiality: This message and any attachments may contain confidential information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**AmericanAirlines**



**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

**Reservation Details**

| Record Locator | Status | Reservation Name |
|---|---|---|
| **KPWLEO**<br>Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Purchased -<br>Aug 19, 2011 | **DFW/TPA** |

**Your Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| **AMERICAN AIRLINES** | 1672 | DFW Dallas/ Fort Worth | Aug 23, 2011 12:00 PM | TPA Tampa | Aug 23, 2011 03:15 PM | Economy<br><br>L | 10B |
| **AMERICAN AIRLINES** | 1417 | TPA Tampa | Aug 27, 2011 08:20 AM | DFW Dallas/ Fort Worth | Aug 27, 2011 09:55 AM | Economy<br><br>L | 9D |

**Fare Summary**

| A verage Fare per Person:   Departure - 375.00 USD    Return - 375.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 375.00 USD |
| Return Fare per Person | 375.00 USD |
| PriorityAAccess[SM] and Same-Day Standby | **Complimentary** |
| Total Fare per Person | **750.00 USD** |
| Additional Taxes and Fees per Person | 21.40 USD |
| Seats | **Complimentary** |
| **Total Price** | **771.40 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.

**Summary Details**

### Credit Card Information

| Card Type: | MASTER CARD |
|---|---|
| Account #: | **** **** **** 5374 |
| Expiration Date: | ********* |
| Description: | |

### Delivery Information

| E-Ticket E-MAIL: | KURT.MEADERS@SEDGWICKLAW.COM00/00/00 |
|---|---|

### Contact Information

| Cell Phone: | (1) 214-914--3840 |
|---|---|
| Email Address: | KURT.MEADERS@SEDGWICKLAW.COM |

| Business ExtrAA Account Number: |
|---|

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, September 02, 2011 5:24 PM |
| **To:** | Slaten, Rita |
| **Subject:** | Fw: E-Receipt for Avis Rental # 406262356 |
| **Attachments:** | E-Receipt.pdf |

I think you have this, but I am cleaning out my in box and this was unopened.

------------------------
Please excuse any Qwerty Spelling errors.
Sent from my BlackBerry Wireless Handheld

**From:** Avis.RentACar@avis.com <Avis.RentACar@avis.com>
**To:** Meaders, Kurt
**Sent:** Sat Aug 27 13:36:07 2011
**Subject:** E-Receipt for Avis Rental # 406262356

# Thank you for renting with Avis

## Avis Car Rental e-Receipt

## Rental Agreement Number: 406262356



### Customer Information:

| | |
|---|---|
| Customer Name: | **KURT MEADERS** |
| Wizard Number: | ***93R |
| Avis Worldwide Discount Number: | **A984200** |
| Customer Status: | |
| Method of Payment: | **MASTER** |
| Credit Card #: | **CMXXXXXXXXXXXX5374** |
| | |
| Freq Traveler: | AD/XRH0486 |

### Vehicle Information

| | |
|---|---|
| Car Group Rented: | STANDARD SUV |
| Car Group Charged: | INTERMEDIATE SUV |
| Car Make Model: | WHI FORD EDG4 4DR |
| Plate Number | MICGX9742 |
| Car Number: | 55688872 |
| Mileage Out: 9288 | Fuel Out: 8/8 |
| Mileage In: 9370 | Fuel In: 8/8 |
| Mileage Driven: 82 | |

### Rental Information

| | | | |
|---|---|---|---|
| Pickup-Date/Time: | **23AUG11/1645** | Return Date/Time: | **27AUG11/1405** |
| Pick-up Location: | **TAMPA INT"L AIRPORT** | Return Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PARKWAY** | | **4030 GEORGE J BEAN PARKWAY** |
| | **TAMPA INTERNATIONAL AIRPORT** | | **TAMPA INTERNATIONAL AIRPORT** |
| | **TAMPA, FL 33607 US** | | **TAMPA, FL 33607 US** |
| | **813-396-3500** | | **813-396-3500** |

## Vehicle Charges

| | | | | | |
|---|---|---:|---|---:|
| Time: | 0 miles @ .00 | 0.00 | TAX 7.000% | 31.14 |
| | 0 hours @ 71.25 | 0.00 | Fuel Service | 0.00 |
| | 4 days @ 94.99 | 379.96 | LDW | 0.00 |
| | 0 weeks @ 664.93 | 0.00 | Total Charges | 475.94 |
| Time & Mileage | | 379.96 | Prepay:Voucher | -463.82 |
| **10.40% FEE | | 41.15 | | |
| 7.5% TX FF MIDY | | .25 | | |
| $ 0.56 /DY ERF | | 2.24 | | |
| $ 2.00 /DY SSU | | 8.00 | | |
| $ 0.02 /DY TBS | | .08 | | |
| $ 0.78 /DY VLF | | 3.12 | | |
| $ 10.00 /DY LATE | | 10.00 | | |
| **SUBTOTAL** | | **444.80** | **Amount Due** | **12.12** |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
$ 10.00 /DY LATE FEE
FF MLS/PNTS EARNED 200

## Avis e-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to unsubscribe from e-Receipt, please e-mail e.receipts@avis.com.
Attached is your receipt in Portable Document Format(PDF).

Avis maintains a 100% smoke-free fleet

Avis, 6 Sylvan Way, Parsippany, NJ 07054.

© 2010 Avis Rent A Car System, LLC. Avis features GM vehicles.
The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 406262356 | 55688872 | W |

```
MEADERS,KURT
WIZ = T8N93R      AWD = A984200
CV - CMXXXXXXXXXXXX5374
  FTN AD/XRH0486          LC
  OUT TPA 23AUG11/1645 MI =  9288
* N  TPA 27AUG11/1405 MI =  9370
       82 MI@    .00 =
          HR@  71.25 =
        4 DY@  94.99 =    379.96
*10.40% FEE        =     41.15
 5% TX FF MIDY     =       .25
 0.56 /DY ERF      =      2.24
 2.00 /DY SSU      =      8.00
 0.02 /DY TBS      =       .08
 0.78 /DY VLF      =      3.12
10.00 /DY LATE     =     10.00
TAXABLE SUBTOT     =    444.80
TAX 7.000%         =     31.14
FUEL SERVICE       =
PREPAYMENTS        = -  463.82
TOTAL CHARGES      =     12.12
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
$ 10.00 /DY LATE FEE
FF MLS/PNTS EARNED   200
```

*(vertical text, left margin)* Please check your car for personal effects.

*(vertical text, right margin)* Please check your car for personal effects.

## DFW AIRPORT VALET

Amount $ _95ˉ.26_

Date _08/27/11_

Cash _____ Credit _____

By _DFW Airport valet_

## Meaders, Kurt

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**


**Ticket#:** 365002
**CheckIn D/T:** 08/23/11 11:02
**CheckOut D/T:** 08/27/11 09:44
**Duration Time:** 3d 22h 42m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $88.00
**Tax:** $7.26
**Total:** $95.26

**Card Type:** MasterCard
**Account# ******5374**
**Card Holder:** Kurt Meaders
**Ref#** 625437
**Order#** 3822211260
**Total:** $95.26

**Rewards:** Meaders, Kurt-DEFAULT
**Collected:** 9,526
**Total Points:** 120,483-$12.04

© AVPM®

*Lunch Kurt, David Kent and Tim Woodward*

Gogo`s Greek Grill - Kennedy
4616 West Kennedy Blvd.
Tampa, FL 33609
ph 813-289-4646

Thank You for Visiting

------------------------------------------

TABLE: Counter Service #326 - 1 Guests
Your Server was LLASMIN
8/24/2011 11:53:35 AM
Sequence #0000061
ID #0250767

| ITEM | QTY PRICE |
|------|-----------|

Classic Pita               1 $5.95
-   Plain Pita
-   Gyro
-   Feta                    1 $0.75
Classic Pita               1 $5.95
-   Plain Pita
-   Gyro
Fountain Drinks     (2@$1.95) $3.90
-   Coke
Grecian Wrap               1 $6.75
-   Regular Wrap
-   Chicken
            Subtotal         $23.30
            Total Taxes       $1.64
        ------------------ ----------
            Grand Total      $24.94

            This Payment     $24.94
            Total Charged:   $24.94
            Paid by      Credit Card
Credit Purchase
Name      : MEADERS/KURT WOOD
CC Type   : MasterCard
CC Num    : xxxx xxxx xxxx 5374
Reference : 123630063177
Approval  : 152677

        ------------------------------
            Please Come Back!



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-607-58217 | Aug 25, 2011 | 2323-3788-5 | 7 of 8 |

Tracking ID: 876693067651 continued

| Signed by | M.BENVANIDES | Fuel Surcharge | | 6.94 |
|---|---|---|---|---|
| FedEx Use | 023109676/0000004/_ | **Total Charge** | USD | **$53.19** |

**Picked up: Aug 22, 2011**     **Cust. Ref.: 00198-005884**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 6
- Package sent from: 19146 zip code
- Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 795101678892 | Judy Farmer | Alan Vickery | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick LLP | |
| Package Type | FedEx Envelope | 1717 Main Street | 1717 Main Street | |
| Zone | 06 | DALLAS TX 75201 US | DALLAS TX 75201 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 23, 2011 07:22 | Transportation Charge | | 51.55 |
| Svc Area | A1 | Fuel Surcharge | | 7.73 |
| Signed by | see above | **Total Charge** | USD | **$59.28** |
| FedEx Use | 000000000/0000007/02 | | | |

**Picked up: Aug 22, 2011**     **Cust. Ref.: 03272.000278**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 6

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 795107296307 | Cynthia Alm | Attn: McDonald Mock Trial | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN | Katherine Binns | |
| Package Type | Customer Packaging | 1717 Main Street | Schlesinger Associates | |
| Zone | 06 | DALLAS TX 75201 US | EDISON NJ 08837 US | |
| Packages | 1 | | | |
| Rated Weight | 33.0 lbs, 15.0 kgs | | | |
| Delivered | Aug 23, 2011 09:45 | Transportation Charge | | 195.40 |
| Svc Area | A1 | Fuel Surcharge | | 29.31 |
| Signed by | M.RODRIGUEZ | **Total Charge** | USD | **$224.71** |
| FedEx Use | 000000000/0000014/_ | | | |

**Picked up: Aug 22, 2011**     **Cust. Ref.: 00996.002985**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 797435879297 | Wayne B. Mason | Pamela Martinez | |
| Service Type | FedEx Priority Overnight | Sedgwick LLP | Citi Private Bank-Law Firm Gro | |
| Package Type | FedEx Envelope | 1717 Main Street | 5065 WESTHEIMER RD STE 1111EA | |
| Zone | 03 | DALLAS TX 75201 US | HOUSTON TX 77056 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 23, 2011 09:30 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Fuel Surcharge | | 1.37 |
| Signed by | V.MCFARDLINS | Discount | | -12.11 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | USD | **$10.51** |

**Picked up: Aug 22, 2011**     **Cust. Ref.: 10711-000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 797438645487 | Claudia Dwyer | TIM WOODWARD (O KENT) |
| Service Type | FedEx Standard Overnight | SEDGWICK LLP | FORIZS & DOGALI, PA |
| Package Type | FedEx Box | 1717 Main Street | 4301 ANCHOR PLAZA PKWY STE 300 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US |
| Packages | 1 | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | | |

Continued on next page

**Picked up:** Aug 12, 2011    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 795077253926 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | Aug 15, 2011 09:20 | Transportation Charge | | 58.90 |
| Svc Area | A1 | Discount | | -33.57 |
| Signed by | R.PEGA | Fuel Surcharge | | 3.80 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$29.13** |

**Picked up:** Aug 12, 2011    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 797408654950 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 919 CONGRESS AVE STE 1250 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 15, 2011 09:26 | Transportation Charge | | 18.55 |
| Svc Area | A1 | Fuel Surcharge | | 1.20 |
| Signed by | B.MILLER | Discount | | -10.57 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$9.18** |

**Picked up:** Aug 12, 2011    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | SEDGWICK | PATRICIA AVIS | |
| Tracking ID | 876693067732 | SEDGWICK,DETERT,MORAN & ARNOLD | HOS ONE CO MANY SOLUTION | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 5426 BAY CENTER DR STE 400 | |
| Package Type | FedEx Box | DALLAS TX 75201-7367 US | TAMPA FL 33609 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | | | |
| Delivered | Aug 15, 2011 07:25 | | | |
| Svc Area | A1 | Transportation Charge | | 107.15 |
| Signed by | C.WESTOF | Fuel Surcharge | | 16.07 |
| FedEx Use | 022411893/0000012/_ | **Total Charge** | **USD** | **$123.22** |

**Picked up:** Aug 15, 2011    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 795081897133 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 MARKET PLZ | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | |
| Delivered | Aug 16, 2011 10:14 | Transportation Charge | | 50.75 |
| Svc Area | A1 | Discount | | -28.93 |
| Signed by | .TOMAS | Fuel Surcharge | | 3.27 |

Continued on next page



BARNES & ROBERTS
MULTIMEDIA SERVICES

# Invoice

2816 Commerce St.
Dallas, TX  75226

| Date | Invoice No. |
| --- | --- |
| 08/04/11 | 3487 |

**Bill To:**

Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
| --- | --- | --- | --- | --- | --- |
| | | Due on receipt | 08/04/11 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/28/11 | CG Design | Working on edits to slides per Kurt. | 1.23 | 225.00 | 276.75T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 22.83 |

REC'D SF ACCTG

SEP 0 9 2011

B. LI YEE BAK

*A P 1 3 8 2 1 8 8 *

oK
8-24-11
Cori C. # 3426

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| Total | $299.58 |
| --- | --- |
| Payments | $0.00 |
| **Balance Due** | **$299.58** |

## Expense Report - Transmittal Report



ER00000030212110165

**Spender** Kurt W. Meaders          **From** Aug 26, 2011  **To** Aug 26, 2011          **Reimbursement Amt** 2,800.00 USD

**Report name** Aerial inspection of Reservoir

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/26/11 | Research Fees | United St... | 2,800.00  USD | Jennifer M. Arevalo |

**Meaders, Kurt**

| | |
|---|---|
| **From:** | Amanda Rigby [amanda@aerialinnovations.com] |
| **Sent:** | Friday, August 26, 2011 1:38 PM |
| **To:** | Meaders, Kurt |
| **Cc:** | kurtmeaders@sedgwicklaw.com |
| **Subject:** | Receipt - Thank you! |



# Aerial Innovations, Inc.

### "Florida's Choice for Aerial & Ground Photography"

3703 W. Azeele St.  ·  Tampa, FL  33609  ·  (813) 254-7339

Toll Free:  1-800-223-1701  ·  Orlando:  (407) 859-9995

Fax:  (813) 254-7239  ·  www.flythis.com

AERIAL INNOVATIONS
3703 WEST AZEELE STREET
TAMPA, FL 33609
813-254-7339

Date: 8/26/2011 Time: 1:53:47 PM [EDT]

| | |
|---|---|
| Trans Type: | Sale |
| Customer ID: | 2464 |
| | |
| Transaction #: | 49970976 |
| Name: | KURT MEADOWS |
| Account: | ************5374 |
| Exp Date: | **** |
| Card Type: | MASTERCARD |
| Entry: | Manual |
| Invoice #: | 23874 |
| AuthCode: | 703267 |
| Result: | Approved |
| Message: | APPROVAL |
| Batch Number: | 0 |
| **Total Amt:** | **$2,800.00** |

I Agree to Pay Above Total
Amount According to Card
Issuer Agreement (Merchant
Agreement if Credit Voucher)

Signature X_____



HDR, Inc.                                                    October 12, 2011
8404 Indian Hills Dr.                                Invoice No. 1037188
Omaha, NE 68114


For Professional Services Through September 30, 2011:

Re:   Our File No.: 10711-000001/WBM
        Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 09/01/11 | K. Meaders | 2.10 | Review several Black & Veatch documents regarding investigation and consideration of supplementation of exhibit list with new Black & Veatch documents and correspondence in emails; special attention to Black & Veatch email indicating increase piezometer readings at 4D is due to short term repair program and grout |
| 09/01/11 | K. Meaders | 0.40 | ███████████████████████████████ |
| 09/01/11 | K. Meaders | 5.50 | Travel to Tampa ████████████████ ███████████████████████████████ |
| 09/01/11 | K. Meaders | 0.80 | Rough draft of potential motion in limine on Plaintiff lack of expert testimony on quality control; |
| 09/01/11 | K. Meaders | 0.40 | Receipt and review of emails regarding MWH contract and attempt to interview witnesses |
| 09/01/11 | K. Meaders | 0.60 | Telephone call ██████████████████ ████████████ |
| 09/01/11 | K. Meaders | 0.60 | Revise Response to Barnard Motion for Leave |
| 09/01/11 | K. Meaders | 0.50 | Office conference with Cori Steinmann regarding Johnson testimony and attempts to obtain testimony quotes for motion for |


| | | | reconsideration; |
|---|---|---|---|
| 09/01/11 | D. Kent | 0.40 | Review and revise HDR's Response to Barnard's Motion for Leave to Answer HDR's Motion for Leave to File Amended Answer |
| 09/01/11 | D. Kent | 3.50 | Review and revise HDR's Motion in Limine to Exclude Evidence of the Reservoir Renovation & Upgrade Project |
| 09/01/11 | S. Wittie | 2.20 | Prepare response to Barnard's motion for leave to file non-party submission with respect to Fabre designation |
| 09/01/11 | C. Steinmann | 1.60 | Review Barnard's MIL on insurance coverage and TBW's comments and prepare stipulation regarding evidence of insurance coverage |
| 09/01/11 | G. Fountain | 5.00 | Work on defendants supplemental exhibits and preparation of same for transmittal to client and experts |
| 09/02/11 | K. Meaders | 7.80 | Meeting ████████████████████████ |
| 09/02/11 | K. Meaders | 1.10 | Review of further testimony and research regarding Johnson issues to determine whether to move for reconsideration of Court Order striking Johnson; email ████████ |
| 09/02/11 | K. Meaders | 0.50 | Review of Stipulation regarding insurance issues and revise; |
| 09/02/11 | K. Meaders | 3.70 | Return travel to Dallas Texas and revise rough outline of potential motion in Limine regarding quality control issues; |
| 09/02/11 | K. Meaders | 0.40 | Telephone call with David Kent regarding motions in limine, and other issues to finalize pretrial motions; |
| 09/02/11 | D. Kent | 0.50 | Review and revise HDR's Motion in Limine to |


|            |                |       | Exclude Opinion Testimony of Dominic Molyneux |
|------------|----------------|-------|-----------------------------------------------|
| 09/02/11   | S. Wittie      | 1.10  | Finalize and file response to Barnard's non-part motion regarding Fabre status |
| 09/02/11   | C. Steinmann   | 3.10  | Research ███████████████████████████████████████ |
| 09/02/11   | C. Steinmann   | 0.30  | Review and revise joint stipulation regarding insurance coverage |
| 09/02/11   | G. Fountain    | 3.20  | Work on defendants supplemental exhibits and preparation of same for transmittal to client and experts |
| 09/03/11   | K. Meaders     | 0.40  | Review prior list of demonstrative exhibits to update trial witness list |
| 09/03/11   | K. Meaders     | 0.70  | Work on rough draft of Motion in Limine regarding no construction claim or quality control breach |
| 09/03/11   | K. Meaders     | 0.50  | Stipulation regarding insurance and forward to Plaintiff's counsel regarding issues |
| 09/03/11   | K. Meaders     | 3.30  | Revise Molyneaux Motion in Limine; revise Motion in Limine on costs and design of renovation and upgrade project and reuse Motion in Limine on other reservoir designs |
| 09/03/11   | D. Kent        | 3.20  | Review and revise HDR's Motion in Limine to exclude opinion testimony of Black & Veatch employee Dominic Molyneux |
| 09/04/11   | K. Meaders     | 4.20  | Revise Motion in Limine regarding Molyneaux and draft Motion in Limine on lack of evidence of QC break in Field Services |
| 09/04/11   | D. Kent        | 3.30  | Review and revise HDR's Motion in Limine regarding evidence of other dam, reservoir and embankment designs (C-44, Peace River, 10 Mile Creek), including preparation of |



|  |  |  | memorandum to team members concerning same |
|---|---|---|---|
| 09/04/11 | D. Kent | 0.70 | Review and revise HDR's Motion in Limine to exclude evidence of settlement negotiations and discussions between TBW and HDR before and after the lawsuit was filed, including preparation of memorandum concerning same |
| 09/04/11 | D. Kent | 0.90 | Prepare HDR's Motion in Limine to exclude evidence related to TBW's Motion for Sanctions concerning HDR expert witness Lee Wooten, ███████████████████ |
| 09/04/11 | D. Kent | 0.40 | Review and revise HDR's Motion in Limine to exclude evidence of construction defects and quality control claims, including exchange of memoranda with team members concerning same |
| 09/04/11 | D. Kent | 1.70 | Review and revise HDR's Motion in Limine to Exclude Opinion Testimony of Black & Veatch employee Dominic Molyneux, including preparation of supporting exhibits and memoranda to team members concerning same |
| 09/05/11 | K. Meaders | 3.10 | Work on revisions to Motions in Limine #2 (Molyneaux exclusion); #3 (Renovation and upgrade costs); #4 (Other dams and reservoirs); #5 (quality control) |
| 09/05/11 | K. Meaders | 0.40 | Emails with David Kent ████████████ ███████ |
| 09/05/11 | D. Kent | 0.30 | Review and revise HDR's Motion in Limine to exclude TBW's Motion for Sanctions against Wooten, including exchange of memoranda with team members concerning same |
| 09/05/11 | D. Kent | 0.60 | Review and revise HDR's Motion in Limine to exclude evidence of other Reservoir designs, including exchange of memoranda with team members concerning same |
| 09/06/11 | K. Meaders | 5.50 | Work on final revisions to Motions in Limine #2 |



|            |              |       | (Molyneaux); #3 (Renovation cost and upgrade); #4 (Other dams and reservoirs) and #5 (Quarterly Control allegations) |
|------------|--------------|-------|------------------------------------------------------------------------------------------------------------------------|
| 09/06/11   | K. Meaders   | 0.60  | Telephone conference ████████████████████████████████████████████████                                                 |
| 09/06/11   | K. Meaders   | 0.40  | Emails with Tim Woodward ████████████                                                                                  |
| 09/06/11   | K. Meaders   | 2.10  | ████████████████████████████████████████████                                                                          |
| 09/06/11   | K. Meaders   | 0.60  | ████████████████████████████████████████                                                                              |
| 09/06/11   | C. Steinmann | 1.80  | Continue research █████████████                                                                                        |
| 09/06/11   | G. Fountain  | 2.40  | Prepare exhibits to motions in limine                                                                                  |
| 09/07/11   | K. Meaders   | 3.50  | Travel to Tampa, FL █████████████████████████                                                                          |
| 09/07/11   | K. Meaders   | 1.50  | Preparation session ███████████████████                                                                                |
| 09/07/11   | K. Meaders   | 3.10  | ████████████████████████████████████                                                                                  |
| 09/07/11   | K. Meaders   | 0.60  | Receipt and review of TBW Response regarding Fabre defense with Barnard and forward to David Kent and Vance Wittie for comments |
| 09/07/11   | G. Fountain  | 4.00  | Work on defendants supplemental trial exhibits                                                                         |
| 09/08/11   | W. Mason     | 0.80  | Telephone conferences with Kurt Meaders and ████████                                                                   |
| 09/08/11   | K. Meaders   | 10.60 | Mediation session with mediator Neal Sivyer, ████████                                                                  |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

October 12, 2011
Invoice No. 1037188
Page 6

| 09/08/11 | K. Meaders | 0.70 | Review new reports July 2011 Flat Plate Soil Cement Report |
| 09/08/11 | G. Fountain | 1.20 | Work on defendants supplemental trial exhibits |
| 09/09/11 | K. Meaders | 7.60 | ██████████████████████ |
| 09/09/11 | K. Meaders | 0.50 | ██████████████ |
| 09/09/11 | K. Meaders | 0.30 | ███████████████ |
| 09/09/11 | K. Meaders | 1.20 | ████████████████ |
| 09/09/11 | K. Meaders | 4.20 | Return travel to Dallas Texas with preparation for trial including review of potential supplemental exhibits |
| 09/09/11 | W. Richmond | 1.60 | Continued analysis of special use public property law in Florida for use in preparing rebuttal arguments regarding submission of damage element on jury charge |
| 09/10/11 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding ██████████████ |
| 09/10/11 | K. Meaders | 2.70 | Work on preparation of materials ███████████ |
| 09/10/11 | K. Meaders | 0.50 | Telephone conference ██████████ |
| 09/10/11 | K. Meaders | 0.20 | Receipt and review of email from Harrison requesting extension; return email objecting to an extension on briefing |



| | | | |
|---|---|---|---|
| 09/10/11 | K.   Meaders | 1.10 | Trial exhibits and Fly Over video |
| 09/10/11 | D. Kent | 5.80 | Prepare HDR's Response to TBW's Motion in Limine #2 to Exclude Black & Veatch as a Fabre Defendant |
| 09/11/11 | W. Mason | 0.20 | Multiple e-mail communications with David Kent and Kurt Meaders regarding Richard Harrison's request for a 7-day extension of time to respond to our MIL #1 in order to facilitate a consolidated response to MILs #1 and #5; |
| 09/11/11 | W. Mason | 7.80 | ██████████████████████ |
| 09/11/11 | K. Meaders | 0.60 | Receipt and review and reply to Harrison's email regarding extension for Motions in Limine |
| 09/11/11 | K. Meaders | 2.50 | Work on supplementing exhibit list with various power point slides and other exhibits collected for mediation and preparation; attention to Johnson exhibits and revise exhibit list; review of B&V exhibits and designate exhibits for supplementation of exhibit list; supplement exhibit list with Barnard exhibits |
| 09/11/11 | K. Meaders | 1.60 | Supplement and changes to witness lists and assignments due to recent orders and other rulings; changes to witness assignments |
| 09/11/11 | K. Meaders | 0.60 | Receipt and review of and assist with response to TBW's Motion in Limine regarding Black & Veatch; emails with attorney Kent regarding same |
| 09/11/11 | K. Meaders | 0.40 | Work on preparation of potential Fabre arguments at hearing |
| 09/11/11 | K.   Meaders | 1.60 | Receipt, review and revise of Motion for Leave regarding Barnard as a Fabre defendant; emails with attorney Kent regarding same |
| 09/11/11 | D. Kent | 6.10 | Review and revise HDR's Response to TBW's Motion in Limine #2 to Exclude Black & Veatch |


|          |           |       |                                                                                                                                                       |
|----------|-----------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |           |       | as a Fabre defendant, including exchange of memoranda with team members concerning same                                                                |
| 09/11/11 | D. Kent   | 2.60  | Prepare Motion for Leave to File Reply Brief in Support of HDR's Motion for Leave to Amend to Name Barnard / McDonald as Fabre defendants, including exchange of memoranda with team members concerning same |
| 09/12/11 | W. Mason  | 1.40  | Multiple intrafirm meetings regarding trial strategy and preparation for Daubert hearing;                                                               |
| 09/12/11 | W. Mason  | 10.20 | Prepare ██████████████ cross-examinations at Daubert hearing;                                                                                          |
| 09/12/11 | K. Meaders| 0.70  | Work on preparation of material for potential Fabre arguments at hearing                                                                                |
| 09/12/11 | K. Meaders| 3.30  | Supplemental demonstrative exhibits and emails with legal assistant Gail Fountain regarding same                                                        |
| 09/12/11 | K. Meaders| 1.00  | Office conference with Wayne Mason regarding hearing preparation; emails with Kathy Gilman regarding hearing preparation                                 |
| 09/12/11 | K. Meaders| 4.80  | Travel to Tampa, FL ███████████████████████████████████████████████████████                                                                          |
| 09/12/11 | K. Meaders| 0.40  | Review and comment on final draft of Motion for Leave to Reply in support of Barnard as Fabre Defendant                                                 |
| 09/12/11 | D. Kent   | 1.60  | Review and revise HDR's Motion for Leave to File Reply in Support of Motion for Leave to Designate Barnard / McDonald as Fabre defendants               |
| 09/12/11 | D. Kent   | 0.90  | Review and revise HDR's Response to TBW's Motion in Limine #2 to Exclude Black & Veatch                                                                 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

October 12, 2011
Invoice No. 1037188
Page 9

|          |              |       |                                                                                                                                                                                                                                                |
|----------|--------------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | as a Fabre defendant                                                                                                                                                                                                                           |
| 09/12/11 | S. Wittie    | 2.40  | Assistance with briefing relating to designation of Fabre defendants, related communications                                                                                                                                                  |
| 09/12/11 | C. Steinmann | 6.70  | Work on mediation materials                                                                                                                                                                                                                    |
| 09/12/11 | G. Fountain  | 7.00  | Work on defendants trial exhibits and prepare trial material for transmittal to Florida                                                                                                                                                        |
| 09/13/11 | W. Mason     | 12.90 | Study case law in preparation for Daubert hearing; travel to Tampa to prepare for hearing; review briefing; █████████████████ ██████████████████                                                                                             |
| 09/13/11 | K. Meaders   | 0.30  | Receipt and review of email request from Harrison regarding potential motions in limine; receipt and review Court Order on statute of limitations defense; assist with filing of Motion for Leave to Reply on issues of Barnard as a Fabre Defendant |
| 09/13/11 | K. Meaders   | 8.30  | Meeting ██████████████████████████ █████████████████████████████ ████████                                                                                                                                                                    |
| 09/13/11 | K. Meaders   | 0.50  | ███████████████████████                                                                                                                                                                                                                       |
| 09/13/11 | D. Kent      | 1.20  | Review, revise and finalize for filing HDR's Motion for Leave to File Reply in Support Motion for Leave to Designate Barnard / McDonald as Fabre Defendants, including exchange of memoranda with team members concerning same                  |
| 09/13/11 | G. Fountain  | 7.00  | Work on defendants trial exhibits and prepare trial material for transmittal to Florida                                                                                                                                                        |
| 09/14/11 | W. Mason     | 11.60 | Meeting ██████████████████████████ ███████████████████                                                                                                                                                                                       |
| 09/14/11 | K. Meaders   | 10.00 | Preparation session ████████████████ ██████████████████                                                                                                                                                                                      |


| | | | |
|---|---|---|---|
| | | | ████████████████████ Les King deposition excerpts; further preparation for hearing with review of case law to cite for court and forward to Wayne Mason |
| 09/14/11 | K. Meaders | 0.20 | Emails ████████████████████n |
| 09/14/11 | K. Meaders | 0.20 | Receipt and review of TBW's response to request by HDR to file reply regarding Barnard issues |
| 09/14/11 | K. Meaders | 0.20 | Receive and review Court order regarding demand of motion to strike waiver defense |
| 09/14/11 | K. Meaders | 1.10 | Meeting ████████████████████ ██████████████ |
| 09/14/11 | D. Kent | 0.50 | Prepare for court hearing on TBW's Motion to Strike HDR's expert witness Bromwell and other pending motions, including HDR's Motion for Leave to Designate Barnard / McDonald as Fabre Defendants |
| 09/14/11 | C. Steinmann | 1.10 | Review King testimony and provide highlighted material regarding ruler measurements for use at hearing |
| 09/14/11 | G. Fountain | 2.80 | Work on defendants trial exhibits and prepare trial material for transmittal to Florida |
| 09/15/11 | W. Mason | 13.20 | Final preparation for Daubert hearing; attend hearing; return to Dallas, continuing to work on trial preparation of opening and voir dire; |
| 09/15/11 | K. Meaders | 3.30 | Meeting ████████████████████ ██████████ |
| 09/15/11 | K. Meaders | 0.50 | Meeting ████████████████████ |
| 09/15/11 | K. Meaders | 4.10 | Attendance at hearing on TBW's motion to exclude Bromwell |
| 09/15/11 | K. Meaders | 1.70 | Meeting ████████████████████ ██ |



| 09/15/11 | K. Meaders | 3.20 | Return travel to Dallas TX with preparation of witness division and "to do" trial list while in route |
| 09/15/11 | D. Kent | 8.00 | Prepare for and attend court hearing on TBW's Daubert Motion to Exclude HDR Expert Les Bromwell and other pending motions subject to call by the Court, including HDR's Motion to Designate Barnard as Fabre Defendant |
| 09/15/11 | G. Fountain | 4.00 | Work on defendants trial exhibits and prepare trial material for transmittal to Florida |
| 09/16/11 | W. Mason | 6.20 | Continue with trial preparation, including preparation of cross-examination of TBW's first witness, Gerald Maxwell, and work on demonstrative aids to use during opening statement and finalize voir dire; |
| 09/16/11 | K. Meaders | 2.50 | Attention to various pretrial matters; telephone conference ████████████████ confirm edits of flyover video; review TBW flyover video and photographs of September 1 and September 2; receipt and review of Harrison's request regarding additional potential Motions in Limine as to settlement agreements; email to Hickman to revise jury charge; work on supplemental exhibits |
| 09/16/11 | K. Meaders | 0.90 | Telephone conferences ████████████ office conference with Wayne Mason ████████████████████████ |
| 09/16/11 | K. Meaders | 0.60 | Draft and revise Press Release and quote for media |
| 09/16/11 | D. Kent | 0.50 | Analysis and planning regarding strategy for responding to TBW's proposed Motions in |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

October 12, 2011  
Invoice No. 1037188  
Page 12

|  |  |  | Limine concerning evidence of settlements with CDG and Barnard, including exchange of memoranda regarding same |
| 09/16/11 | C. Steinmann | 2.30 | Review video of Reservoir flyover and prepare suggested play segments for editing |
| 09/16/11 | C. Steinmann | 1.40 | Prepare list of trial action items |
| 09/16/11 | G. Fountain | 2.60 | Work on defendants trial exhibits and prepare trial material for transmittal to Florida |
| 09/17/11 | K. Meaders | 0.30 | Request to Kathy Gilman for report on Friday hearing; receipt and review of report of Friday hearing and forward to remainder of trial team |
| 09/17/11 | K. Meaders | 4.50 | Work on outline of items to complete in final pretrial week in event called to trial on September 26th; review recent filings on Motion in Limine and review Trial Calendar Order for following pretrial procedures |
| 09/17/11 | K. Meaders | 0.60 | Receipt and review of email from Richard Harrison regarding Motions in Limine; return email with opposition |
| 09/17/11 | K. Meaders | 0.50 | Review of TBW Motion in Limine to Exclude CDG as Fabre defendant |
| 09/17/11 | K. Meaders | 1.50 | Review and revise response to TBW's Motion in Limine to prevent evidence of B&V responsibility as Fabre defendant |
| 09/17/11 | D. Kent | 3.70 | Review and revise HDR's Response to TBW's Motion in Limine to Exclude Black & Veatch as Fabre defendants, including review of deposition testimony to use as exhibit, legal research on the Fabre defense, and exchange of memoranda with team members concerning same |
| 09/18/11 | K. Meaders | 5.90 | Work on pretrial issues; receipt, review and respond to Harrison's emails regarding new Motions in Limine and to Strike pleadings; emails with attorney Kent on Motion to Strike CDG Fabre defense; review and edit response to |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

October 12, 2011
Invoice No. 1037188
Page 13

|  |  |  | Motion in Limine on B&V Fabre pleadings; ██████████████ work on exhibit list, supplement exhibits and demonstrative exhibits; receipt and review of July Flat Plate report and update demonstrative exhibits; work on exhibit list and review of demonstratives and amend/update demonstratives; revise and change witness list for court filing |
| 09/18/11 | K. Meaders | 1.10 | Receipt and review of TBW's Motions regarding warranty defense and other issues, receipt and review of Motion to Strike defense of TBW comparative responsibility; receipt and review of Motion in Limine regarding Menges and Rice experience |
| 09/18/11 | K. Meaders | 1.50 | Work on outline of trial examination of Jon Kennedy |
| 09/18/11 | K. Meaders | 0.70 | Work on condensing outline of trial examination of Alison Adams |
| 09/18/11 | D. Kent | 0.50 | Revise HDR's Response to TBW's Motion in Limine #2 to Exclude Black & Veatch as Fabre defendant |
| 09/18/11 | D. Kent | 0.50 | Study/analysis of correspondence from TBW's counsel regarding TBW's intended motions to strike HDR defenses and motions in limine, including exchange of memoranda with team members concerning strategy for response to same |
| 09/19/11 | K. Meaders | 0.70 | Work with legal assistant, Gail Fountain on Exhibit List and Demonstrative Exhibit changes |
| 09/19/11 | K. Meaders | 0.50 | Emails with Jim Hickman regarding TBW meeting status |
| 09/19/11 | K. Meaders | 0.90 | Telephone conference ██████████████████████████████ |



| | | | |
|---|---|---|---|
| 09/19/11 | K. Meaders | 0.30 | Telephone conference ███████████ |
| 09/19/11 | K. Meaders | 1.20 | Telephone conference and emails ████████ |
| 09/19/11 | K. Meaders | 0.70 | Telephone conference with Tim Woodward ███████ |
| 09/19/11 | K. Meaders | 0.50 | Review of online media reports of failures of votes |
| 09/19/11 | D. Kent | 0.50 | Analysis and planning regarding effect of potential settlement upon completion of HDR's responses to various motions filed by TBW, including exchange of memoranda with team members concerning same |
| 09/19/11 | G. Fountain | 2.00 | Work on defendants trial exhibit list and exhibits |
| 09/20/11 | K. Meaders | 0.60 | Telephone conference ████████████ |
| 09/20/11 | K. Meaders | 0.50 | Receipt and review of detail email from Harrison regarding issues with vote and re-vote |
| 09/20/11 | K. Meaders | 7.10 | Research ███████████ |
| 09/20/11 | K. Meaders | 0.70 | Telephone call to witnesses. ████████ |
| 09/20/11 | K. Meaders | 0.20 | Receipt and review of Court's Order setting status conference and determine effect on settlement |
| 09/20/11 | K. Meaders | 0.60 | Telephone conference with potential witnesses to put hold on any change in plans for trial |



| | | | |
|---|---|---|---|
| 09/20/11 | K. Meaders | 0.40 | Office conference with Cori Steinmann to assist on legal research ████████ ████████████ |
| 09/20/11 | K. Meaders | 0.40 | Telephone conference with attorney James Hickman and Tim Woodward on division of research |
| 09/20/11 | D. Kent | 0.70 | Analysis and planning with team members regarding effect of questions concerning validity of TBW's vote to approve settlement on trial preparation activities and responses to pending motions, including TBW's Motion in Limine #2 to exclude Black & Veatch as a Fabre defendant, with follow-up concerning Court order setting status conference and dismissing action without prejudice |
| 09/20/11 | D. Kent | 0.60 | Revise HDR's Response to TBW's Motion in Limine #2 to Exclude Black & Veatch as Fabre Defendant |
| 09/20/11 | C. Steinmann | 4.30 | Research case law ████████████ ██████████████████ |
| 09/20/11 | G. Fountain | 2.40 | Prepare exhibits to HDR's Response to TBW's Motion in Limine No. 2 |
| 09/21/11 | W. Mason | 1.10 | Multiple telephone conferences ████████ █████████████████████ |
| 09/21/11 | W. Mason | 0.90 | Multiple intrafirm conferences regarding filing a reply to plaintiff's motion to reinstate case; |
| 09/21/11 | K. Meaders | 8.00 | Research regarding issues of enforcement of settlement in connection with board inaction material mistake, rescission, ratification and other issues |
| 09/21/11 | K. Meaders | 1.50 | Telephone conference with Tim Woodward regarding Motion to Reopen by TBW and response; additional telephone conferences with Tim Woodward and James Hickman regarding |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

October 12, 2011
Invoice No. 1037188
Page 16

|  |  |  | research and division of additional research |
|---|---|---|---|
| 09/21/11 | K. Meaders | 0.40 | Telephone conference █████████████████████████████████████████ |
| 09/21/11 | D. Kent | 0.50 | Analysis and planning with team members regarding strategy for responding to TBW's Motion to Reopen Case, including exchange of memoranda with team members concerning same |
| 09/21/11 | S. Wittie | 2.20 | Consultation regarding remedies for attempt to renege on settlement |
| 09/22/11 | K. Meaders | 2.00 | Additional research regarding potential grounds to enforce settlement agreement |
| 09/22/11 | K. Meaders | 0.60 | Email to attorney Mason and Tim Woodward regarding opposition to Motion to Conditionally Reopen |
| 09/22/11 | K. Meaders | 4.60 | Draft of Opposition to TBW Motion to Reopen case |
| 09/22/11 | K. Meaders | 1.50 | Review and revise Memorandum of Law on potential monetary or other sanction vs. TBW for withdraw of settlement and other issues |
| 09/22/11 | K. Meaders | 0.60 | Research additional case law on mutual mistake of fact |
| 09/22/11 | D. Kent | 0.50 | Review and revise HDR's Response to TBW's Motion to Reopen Case, including study/analysis of TBW's Motion |
| 09/22/11 | C. Steinmann | 4.60 | Continue research and prepare memorandum regarding potential remedies available to HDR for breach of settlement agreement and breach of mediation confidentiality |
| 09/23/11 | W. Mason | 0.40 | Conference call ██████████████████████████████████████ |
| 09/23/11 | W. Mason | 0.60 | Telephone conference with Kurt Meaders regarding filings and strategy with court on |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

October 12, 2011
Invoice No. 1037188
Page 17

|            |            |      | status conference hearing; |
|------------|------------|------|----------------------------|
| 09/23/11   | W. Mason   | 0.50 | Conference call ████████████████████████ |
| 09/23/11   | W. Mason   | 0.30 | Prepare intrafirm memorandum regarding reply to TBW's motion to reinstate case; |
| 09/23/11   | K. Meaders | 0.40 | Emails ███████████████████████████████ |
| 09/23/11   | K. Meaders | 1.20 | Revise Opposition to Reopen case; email opposition for comments; receive and respond to comments |
| 09/23/11   | K. Meaders | 0.40 | Telephone conference with attorney Mason regarding opposition to Motion and upcoming status conference |
| 09/23/11   | K. Meaders | 2.00 | Additional research regarding potential enforcement of action by Board; email case law to team working on enforcement issue |
| 09/23/11   | K. Meaders | 0.60 | Internet research for updated articles on settlement |
| 09/23/11   | K. Meaders | 1.40 | Draft rough outline of potential enforcement grounds |
| 09/23/11   | D. Kent    | 5.00 | Review and revise HDR's Response to TBW's Conditional Motion to Reopen Case or Abate |
| 09/24/11   | D. Kent    | 0.40 | Revise HDR's Response to TBW's Motion to Reopen Case or for Abatement |
| 09/25/11   | K. Meaders | 1.20 | Review and revise Response in Opposition to TBW's Motion to Reopen case |
| 09/25/11   | D. Kent    | 0.80 | Review and revise HDR's Response to TBW's Conditional Motion to Reopen or Abate Case, including exchange of memoranda with team members concerning same |
| 09/26/11   | W. Mason   | 0.70 | Telephone conference ██████████████████ |
| 09/26/11   | K. Meaders | 2.60 | Work on and revise Opposition to Motion to |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

October 12, 2011
Invoice No. 1037188
Page 18

reopen case; receipt and review and confirm accuracy of meeting transcript with attorney Hickman for potential use as an exhibit in opposition; review of internet media articles for best exhibit to use in opposition concerning disclosure by TBW of confidential mediation position of parties

| | | | |
|---|---|---|---|
| 09/26/11 | K. Meaders | 0.60 | Additional internet media research for new or different coverage leading up to hearing |
| 09/26/11 | K. Meaders | 1.60 | Research ██████████████████████████████ ██████████████████████████ |
| 09/26/11 | K. Meaders | 0.40 | Additional research ████████████████████ ██████████ |
| 09/26/11 | D. Kent | 0.20 | Review and revise HDR's Response to TBW's Conditional Motion to Reopen and Abate |
| 09/27/11 | W. Mason | 15.30 | Travel to Tampa; ████████████████████ ████; prepare for hearing and potential fallout; attend hearing; return to Dallas; |
| 09/27/11 | K. Meaders | 14.30 | Travel to Tampa, FL for attendance at status conference and hearing on Motion to Reopen proceedings with review of case law and positions on possible change of venue while in route; ████████████████████████████ ████████████ afternoon preparation session for hearing; attendance at hearing; return travel to Dallas, TX with review of additional case law on possible enforcement of settlement while in rouse |
| 09/27/11 | D. Kent | 0.20 | Exchange correspondence ████████████ ████████████████████████████████████ |
| 09/27/11 | C. Steinmann | 0.20 | Prepare email ██████████████████████████ |
| 09/27/11 | C. Steinmann | 1.60 | Prepare memorandum with all trial projects being worked on at time case is stayed |



| 09/28/11 | K. Meaders | 0.30 | Office conference with attorney Mason regarding planning and scheduling tender of settlement check and confirming and consolidation of trial preparation status to not lose trial work |
|---|---|---|---|
| 09/28/11 | K. Meaders | 0.60 | Office conference with legal assistant Gail Fountain to wrap up and consolidate status of exhibit preparation for quick restart in event of settlement repudiation by TBW |
| 09/28/11 | K. Meaders | 0.20 | Internal research for any articles after status conference |
| 09/28/11 | G. Fountain | 0.40 | Work on Defendant supplemental and demonstrative exhibit lists |
| 09/29/11 | K. Meaders | 1.20 | Categorize trial materials to condense and consolidate work, outlines, trial exhibits, pending motions and jury charge in event case is reset for trial |
| 09/29/11 | K. Meaders | 1.10 | Update status of outlines for cross of Kennedy and Adams |
| 09/29/11 | K. Meaders | 1.40 | ██████████████████ |
| 09/29/11 | K. Meaders | 0.80 | Review status of pending motions |
| 09/30/11 | K. Meaders | 0.50 | Attention to trial exhibit regarding two Black & Veatch documents to include on any supplemental exhibit list including correct bates numbered reference; emails with legal assistant Gail Fountain to update exhibit list |
| 09/30/11 | K. Meaders | 0.70 | Review of Supplemental Trial Exhibit List; outstanding demonstrative exhibit list and outstanding issues with TBW Supplemental Exhibit List and add objections to new exhibits |
| 09/30/11 | K. Meaders | 1.30 | Draft proposed letter of tender of check to TBW with accord and satisfaction language; revise and forward to Tim Woodward for review and comment, receive comments and revise letter |



| | | | |
|---|---|---|---|
| 09/30/11 K.   Meaders | 0.90 | | Prepare comprehensive list of unruled upon Motions and outstanding issues before Court |
| 09/30/11   K. Meaders | 0.50 | | Review the Kewiet Contract for assumption similar to HDR or soil permeability ███████ ███████ |
| 09/30/11   D. Kent | 0.40 | | Review and revise memorandum listing pending and planned motions, including exchange of memoranda with team members concerning same |
| 09/30/11   D. Kent | 0.40 | | Review and revise draft correspondence to TBW tendering settlement check |
| 09/30/11   G. Fountain | 2.70 | | Review and prepare status for Defendant's supplemental and demonstrative exhibits and organize same in preparation for contingency of potential trial |
| 09/30/11 G.   Fountain | 0.30 | | Review and prepare status of TBW's supplemental exhibits in preparation of HDR's objections regarding same |

Total Hours                     454.40
**Total Fee Amount       $150,952.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 84.10 | 455.00 | $38,265.50 |
| K. Meaders | 227.20 | 330.00 | 74,976.00 |
| D. Kent | 57.60 | 395.00 | 22,752.00 |
| S. Wittie | 7.90 | 350.00 | 2,765.00 |
| C. Steinmann | 29.00 | 225.00 | 6,525.00 |
| W. Richmond | 1.60 | 165.00 | 264.00 |
| G. Fountain | 47.00 | 115.00 | 5,405.00 |
| **Total** | **454.40** | | **$150,952.50** |

**Disbursements:**

08/10/11   Travel/Air Fare Mason, Wayne B. / DA-                              377.40



HDR, Inc.               October 12, 2011
Tampa Bay Water Authority v. HDR, Inc., et al    Invoice No. 1037188
10711-000001               Page 21

| Date | Description | Amount |
|---|---|---|
| 08/10/11 | Travel/Air Fare Mason, Wayne B. / DA- | 203.70 |
| 08/14/11 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 08/14/11 | Travel/Group Meals Mason, Wayne B. / DA- | 343.16 |
| 08/14/11 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 08/15/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 63.92 |
| 08/15/11 | Travel/Car   Rental Mason, Wayne B. / DA- | 79.03 |
| 08/15/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 15.00 |
| 08/15/11 | Travel/Group Meals Mason, Wayne B. / DA- | 33.33 |
| 08/17/11 | Parking/Tolls Mason, Wayne B. / DA- | 26.25 |
| 08/18/11 | Travel/Group Meals Mason, Wayne B. / DA- | 64.67 |
| 08/19/11 | Travel/Air Fare Mason, Wayne B. / DA- | 150.00 |
| 08/19/11 | Travel/Air Fare Mason, Wayne B. / DA- | 564.40 |
| 08/24/11 | Travel/Mileage   Mason, Wayne B. / DA- | 22.20 |
| 08/24/11 | Travel/Lodging Mason, Wayne B. / DA- | 256.48 |
| 08/24/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 14.77 |
| 08/24/11 | Travel/Group Meals Mason, Wayne B. / DA- | 50.48 |
| 08/24/11 | Travel/Group Meals Mason, Wayne B. / DA- | 469.09 |
| 08/24/11 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 08/24/11 | Parking/Tolls Mason, Wayne B. / DA- | 1.50 |
| 08/25/11 | Travel/Lodging Mason, Wayne B. / DA- | 211.68 |
| 08/25/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 19.24 |
| 08/25/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 08/25/11 | Travel/Group Meals Mason, Wayne B. / DA- | 460.53 |
| 08/25/11 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 08/26/11 | Travel/Lodging Mason, Wayne B. / DA- | 155.68 |
| 08/26/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 08/26/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 23.00 |
| 08/26/11 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 08/27/11 | Travel/Car   Rental Mason, Wayne B. / DA- | 223.56 |
| 08/27/11 | Travel/Group Meals Mason, Wayne B. / DA- | 27.65 |
| 08/29/11 | Travel/Group Meals Mason, Wayne B. / DA- | 743.86 |
| 08/29/11 | Travel/Group Meals Mason, Wayne B. / DA- | 84.36 |
| 08/29/11 | Parking/Tolls Mason, Wayne B. / DA- | 105.03 |
| 08/30/11 | Travel/Group Meals Meaders, Kurt W. / DA | 101.88 |
| 08/30/11 | Travel/Air Fare Meaders, Kurt W. / DA | 771.40 |
| 08/30/11 | Travel/Air Fare Meaders, Kurt W. / DA | 771.40 |
| 08/31/11 | Travel/Lodging Mason, Wayne B. / DA- | 170.71 |
| 08/31/11 | Travel/Lodging Meaders, Kurt W. / DA | 131.04 |
| 08/31/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 10.00 |
| 08/31/11 | Outside Professional Services Barnes & Roberts, L.L.C. | 187.54 |

135 Main St. ■ 14th Floor ■ San Francisco, California 94105
Telephone 415.537.3000 ■ Facsimile 415.781.2635 ■ Federal Tax ID 94-1033310 ■ AR@SEDGWICKLAW.COM ■
WWW.SEDGWICKLAW.COM


| | | |
|---|---|---|
| 09/01/11 | Photocopy (653 @ $0.15) | 97.95 |
| 09/01/11 | Delivery/Messenger    Service Federal Express Corporation | 108.76 |
| 09/01/11 | Travel/Air Fare Mason, Wayne B. / DA- | 273.40 |
| 09/01/11 | Casey | 9.00 |
| 09/02/11 | Travel/Individual    Meals Meaders, Kurt W. / DA | 27.96 |
| 09/02/11 | Travel/Car    Rental Meaders, Kurt W. / DA | 82.52 |
| 09/03/11 | Travel/Lodging Meaders, Kurt W. / DA | 170.13 |
| 09/03/11 | Travel/Lodging Meaders, Kurt W. / DA | 4.00 |
| 09/03/11 | Parking/Tolls Meaders, Kurt W. / DA | 47.63 |
| 09/04/11 | Lexis | 10.79 |
| 09/04/11 | Lexis | 30.72 |
| 09/04/11 | Lexis | 59.82 |
| 09/04/11 | Lexis | 1.02 |
| 09/04/11 | Lexis | 5.92 |
| 09/04/11 | Other Travel-related expenses Meaders, Kurt W. / DA | 33.55 |
| 09/07/11 | Travel/Group Meals Meaders, Kurt W. / DA | 592.85 |
| 09/07/11 | Travel/Air Fare Kent, David, C. / DA | 382.00 |
| 09/07/11 | Parking/Tolls Meaders, Kurt W. / DA | 9.00 |
| 09/08/11 | Delivery/Messenger    Service Federal Express Corporation | 80.33 |
| 09/08/11 | Delivery/Messenger    Service Federal Express Corporation | 207.21 |
| 09/09/11 | Photocopy (1 @ $0.15) | 0.15 |
| 09/09/11 | Travel/Individual    Meals Meaders, Kurt W. / DA | 40.96 |
| 09/09/11 | Travel/Car    Rental Meaders, Kurt W. / DA | 163.85 |
| 09/10/11 | Lexis | 5.73 |
| 09/10/11 | Lexis | 81.85 |
| 09/10/11 | Lexis | 32.84 |
| 09/10/11 | Lexis | 11.96 |
| 09/10/11 | Lexis | 5.95 |
| 09/10/11 | Travel/Lodging Meaders, Kurt W. / DA | 249.76 |
| 09/10/11 | Parking/Tolls Meaders, Kurt W. / DA | 71.45 |
| 09/11/11 | Lexis | 11.87 |
| 09/11/11 | Lexis | 44.34 |
| 09/11/11 | Lexis | 21.02 |
| 09/11/11 | Lexis | 118.85 |
| 09/11/11 | Lexis | 0.28 |
| 09/11/11 | Lexis | 0.87 |
| 09/11/11 | Travel/Air Fare Meaders, Kurt W. / DA | 777.40 |
| 09/11/11 | Parking/Tolls Meaders, Kurt W. / DA | 4.00 |
| 09/12/11 | Telephone    OMAHA        NE (140)239-9125 | 0.08 |
| 09/12/11 | Telephone TAMPA        FL (181)387-4123 | 0.56 |



| | |
|---|---|
| 09/12/11 Lexis | 13.64 |
| 09/12/11 Lexis | 61.13 |
| 09/12/11 Lexis | 23.88 |
| 09/12/11 Lexis | 503.84 |
| 09/12/11 Westlaw | 16.65 |
| 09/12/11   Travel/Lodging Meaders, Kurt W. / DA | 110.86 |
| 09/13/11   Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 20.00 |
| 09/13/11   Travel/Lodging Mason, Wayne B. / DA- | 273.28 |
| 09/13/11   Travel/Lodging Meaders, Kurt W. / DA | 298.31 |
| 09/13/11   Other Travel-related expenses Meaders, Kurt W. / DA | 34.95 |
| 09/13/11   Travel/Group Meals Mason, Wayne B. / DA- | 338.19 |
| 09/13/11   Travel/Group Meals Mason, Wayne B. / DA- | 47.33 |
| 09/13/11   Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 09/14/11   Travel/Lodging Mason, Wayne B. / DA- | 273.28 |
| 09/14/11   Travel/Individual Meals Mason, Wayne B. / DA- | 41.72 |
| 09/14/11   Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 09/14/11   Travel/Group Meals Mason, Wayne B. / DA- | 54.44 |
| 09/14/11   Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 09/15/11 Travel/Mileage   Mason, Wayne B. / DA- | 22.20 |
| 09/15/11   Photocopy (1 @ $0.15) | 0.15 |
| 09/15/11   Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 09/15/11 Travel/Car   Rental Mason, Wayne B. / DA- | 171.94 |
| 09/15/11   Other Travel-related expenses Mason, Wayne B. / DA- | 32.00 |
| 09/15/11   Travel/Group Meals Mason, Wayne B. / DA- | 418.82 |
| 09/15/11   Outside Professional Services Barnes & Roberts, L.L.C. | 189.98 |
| 09/16/11 Telephone    NE (140)263-0579 | 0.08 |
| 09/16/11   Telephone TAMPA     FL (181)388-8880 | 0.72 |
| 09/16/11   Parking/Tolls Meaders, Kurt W. / DA | 4.00 |
| 09/16/11   Parking/Tolls Mason, Wayne B. / DA- | 78.77 |
| 09/16/11   Parking/Tolls Meaders, Kurt W. / DA | 95.26 |
| 09/17/11 Lexis | 4.44 |
| 09/17/11 Lexis | 0.01 |
| 09/17/11 Lexis | 6.82 |
| 09/20/11   Telephone TAMPA     FL (181)328-9070 | 0.80 |
| 09/20/11 Lexis | 23.86 |
| 09/20/11 Lexis | 39.02 |
| 09/20/11 Lexis | 17.05 |
| 09/20/11   Photocopy (168 @ $0.15) | 25.20 |
| 09/20/11   Photocopy (122 @ $0.15) | 18.30 |
| 09/21/11 Telephone    OMAHA    NE (140)239-9125 | 0.64 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

October 12, 2011
Invoice No. 1037188
Page 24

| | | |
|---|---|---:|
| 09/21/11 | Lexis | 13.66 |
| 09/21/11 | Westlaw | 124.02 |
| 09/22/11 | Lexis | 117.09 |
| 09/22/11 | Lexis | 3.40 |
| 09/22/11 | Westlaw | 161.14 |
| 09/22/11 | Travel/Air Fare Meaders, Kurt W. / DA | 777.40 |
| 09/26/11 | Telephone WASHINGTON DC (120)299-7131 | 1.60 |
| 09/26/11 | Photocopy (2 @ $0.15) | 0.30 |
| 09/27/11 | Travel/Individual Meals Meaders, Kurt W. / DA | 46.00 |
| 09/27/11 | Parking/Tolls Meaders, Kurt W. / DA | 23.82 |
| 09/30/11 | Telephone OMAHA NE (140)263-0579 | 0.08 |

**Total Disbursements**    **$15,710.38**

**Total Due**    **$166,662.88**

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP | Bank: | Citibank, NA |
| Attention: Accounting Department | | One Sansome St., 24th Floor |
| 135 Main St. | | San Francisco, CA 94104 |
| 14th Floor | ABA/Routing Number: | 321 171 184 |
| San Francisco, CA 94105 | Account Number: | 200112936 |
| Reference: File Number & Invoice Number | Account Name: | Sedgwick LLP |
| | SWIFT Code: | CITIUS33 |
| E-mail: ar@sedgwicklaw.com | Reference: | File Number & Invoice Number |

**Expense Report - Transmittal Report**



ER00000029852110174

**Spender** Wayne B. Mason          **From** Aug 18, 2011  **To** Aug 18, 2011          **Reimbursement Amt** 64.67 USD

**Report name** HDR/Meeting with Chris Nolland

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|--------------|---------|-----------|----------|
| 8/18/11 | Group Meal | United St... | 64.67  USD | Jennifer M. Arevalo |

*HDR*
*mtg w/ Wollons*
*Chris re settle*
*re settlet strtg*
*& direct*
*counsel*
*WBm*

Neiman Marcus
1618 Main Street
Dallas, TX. 75201
(214) 741-6911

Server: Lucio                    08/18/2011
Table 17/1                         1:21 PM
Guests: 2                           40015
Order Type:  Dine In
Area: 502/397 DIN


Halibut GF                          21.00
T-Ice Tea (Print)                    2.50
I-Coffee                             3.50
Fra Diavolo                         19.00
I-Espresso DBL                       4.50

Complete Subtotal                   50.50

Subtotal                            50.50
Tax                                  4.17

Total                               54.67

**Balance Due      $ 54.67**

*10 —*
*64.67*

Thank you for dining at the
restaurants of Neiman Marcus

---

Neiman Marcus
1618 Main Street
Dallas, TX. 75201
(214) 741-6911

Server: Lucio              DOB: 08/18/2011
01:25 PM                        08/18/2011
Table 17/1                        4/40015


                  SALE


AMEX                              4194314
Card #XXXXXXXXXXX2004
Magnetic card present: MASON WB
Card Entry Method:  S


Approval: 621929

**AMOUNT:          $ 54.67**

**+ TIP:**       *10 —*

**= TOTAL:**      *64.67*


X_____

Thank you for dining at the
restaurants of Neiman Marcus



Merchant Copy

**Expense Report - Transmittal Report**



ER00000029852110175

**Spender** Wayne B. Mason      **From** Aug 29, 2011  **To** Aug 29, 2011       **Reimbursement Amt** 84.36 USD

**Report name** HDR/Lunch following meeting with Nolland

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/29/11 | Group Meal | United St... | 84.36  USD | Jennifer M. Arevalo |

Thank You For Dining With Us!
1717 Main St
Dallas, TX 75201
(214) 736-7300

Server: Jamie          DOB: 08/29/2011
01:46 PM                    08/29/2011
Table 3/1                      2/20022

SALE

M/C                              2097165
Card #XXXXXXXXXXXX5580
Magnetic card present: MASON WAYNE B
Card Entry Method:  S

Approval: 727937

Amount:        $ 70.36

+ Tip: _____14 -_____

= Total: _____84.36_____

X _____

Live Music Saturday Night
9 to 12 AM
Now offering Prime Rib
Friday and Saturday

Customer Copy

---

Thank You For Dining With Us!
1717 Main St
Dallas, TX 75201
(214) 736-7300

Server: Jamie                08/29/2011
Table 3/1                       1:44 PM
Guests: 4                         20022
Menu: Lunch Server

LOBSTER ROLL (3 @18.00)        54.00
  Sub Mix Greens
CASEAR                         11.00
  Add Chicken

Complete Subtotal              65.00

  4 Items

Subtotal                       65.00
Tax                             5.36

Total                          70.36

Balance Due          70.36

Live Music Saturday Night
9 to 12 AM
Now offering Prime Rib
Friday and Saturday

**Expense Report - Transmittal Report**



ER00000029852110173

**Spender** Wayne B. Mason          **From** Aug 14, 2011 **To** Aug 16, 2011          **Reimbursement Amt** 1,880.40 USD

**Report name** Trip to Tampa/Ft. Lauderdale for Division Head Mtg

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 14 | Audit required | Yes |
| Number of receipts to submit | 12 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/3/11 | Airfare | United St... | 356.00 USD | Jennifer M. Arevalo |
| 8/10/11 | Airfare | United St... | 203.70 USD | Jennifer M. Arevalo |
| 8/10/11 | Airfare | United St... | 377.40 USD | Jennifer M. Arevalo |
| 8/14/11 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 8/14/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 8/14/11 | Group Meal | United St... | 343.16 USD | Jennifer M. Arevalo |
| 8/15/11 | Lodging | United St... | 117.64 USD | Jennifer M. Arevalo |
| 8/15/11 | Individual Meal | United St... | 63.92 USD | Jennifer M. Arevalo |
| 8/15/11 | Group Meal | United St... | 33.33 USD | Jennifer M. Arevalo |
| 8/15/11 | Car Rental | United St... | 79.03 USD | Jennifer M. Arevalo |
| 8/16/11 | Car Rental | United St... | 67.37 USD | Jennifer M. Arevalo |
| 8/17/11 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |

## Avis Rental Receipt (left)

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 406213496 | 52082262 | E |

**MASON,WAYNE**
WIZ = HE408Y     AWD = A984200
CV - CMXXXXXXXXXXXX5580
FTN AD/M610686           PO

| | | | |
|---|---|---|---|
| OUT TPA 14AUG11/1845 MI = 20142 | | | |
| IN  TPA 15AUG11/1545 MI = 20162 | | | |
| 20 MI@ | .40 | = | |
| 21 HR@ | 38.26 | = | |
| DY@ | 51.00 | = | |
| MINIMUM CHARGE | | = | 51.00 |
| **10.40% FEE | | = | 5.45 |
| FUEL SERVICE | | = | 13.99 |
| 7.5% TX FF MIDY | | = | .06 |
| $ 0.56 /DY ERF | | = | .56 |
| $ 2.00 /DY SSU | | = | 2.00 |
| $ 0.02 /DY TBS | | = | .02 |
| $ 0.78 /DY VLF | | = | .78 |
| TAXABLE SUBTOT | | = | 73.86 |
| TAX 7.000% | | = | 5.17 |
| **TOTAL CHARGES | | = | 79.03 |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
99~$10/DY:SUN  1 DY RNTL
FF MLS/PNTS EARNED     50

Go to Avis.com to
Receive E-Receipts.

*Please check your car for personal effects.*

---

## The Capital Grille (middle)

**The Capital Grille**
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :71238-8022

Table 5
Marshall W
20:51:40 08/14/2011                Gst 2

| | |
|---|---|
| Misc Personal Charge | ◄125.00► |
| 2 Lobster Bisque Cup | 22.00 |
| 1 Wedge Salad | 10.00 |
| 1 Delmonico Steak | 41.00 |
| 1 Coffee | 3.50 |
| 1 14oz Sirloin Dinner | 41.00 |
| 1 SC Baked Potato | 7.00 |
| 1 Roasted Mushrooms | 12.00 |
| 1 Small Creamed Spinach | 5.00 |

| | |
|---|---|
| Subtotal | 266.50 |
| Sales Tax | 18.66 |

**Total      285.16**

(5580)Master Card                285.16

**Amount Due      0.00
Change      0.00**

Enjoy 9 Spectacular Wines for $25
at our Generous Pour Wine Event
July 12th Through September 4th

James Hamilton
Managing Partner

---

## The Capital Grille — Credit Slip (right)

**The Capital Grille**
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :71238-8022

Table 5
Marshall W
08:51 PM 08/14/2011                Gst 2
Transaction #:1807036277

| | |
|---|---|
| Card Number | Auth Code |
| xxxxxxxxxxxx 5580 | 831902 |
| mason/wayne b | Master Card |

**Check Amount      285.16**

Tip _____ 58—

Total _____ 343.16

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

---

## Bay Breeze Cafe (bottom right, rotated)

Bay Breeze Cafe
5426 Bay Center Drive
Tampa, Florida
(813) 282-8100
No.115822
DATE 08/15/2011 MON  TIME 12:23

| | |
|---|---|
| Misc. | $6.25 |
| Medit. Wrap | $5.95 |
| Misc. | $0.99 |
| Misc. | $0.99 |
| Misc. | $1.40 |
| Misc. | $1.40 |
| Misc. | $0.99 |
| Tuna Melt | $5.49 |
| Caesar Wrap | $5.95 |
| Misc. | $1.70 |
| TAX1 | $2.22 |
| TOTAL | $33.33 |
| CASH | $33.33 |

Let us cater your next event

00000
0



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

| Payee | Wayne Mason<br>1717 Main St Ste 5400<br>Dallas TX 752017367<br>United States | Room No. | 1110 |
|---|---|---|---|
| | | Arrival | 08-14-11 |
| | | Departure | 08-15-11 |
| | | Page No. | 1 of 1 |
| Membership | GP    G94604106N | Folio Window | 1 |
| Bonus Code | | Folio | |
| Confirmation No. | 5938217101 | Invoice | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 08-14-11 | Valet Parking | | 12.00 | |
| 08-14-11 | Package Room | | 99.00 | |
| 08-14-11 | State Sales Tax | | 6.93 | |
| 08-14-11 | Occupancy Tax | | 4.95 | |
| 08-15-11 | - In Room Dining Breakfast Food | Room# 1110 : CHECK# 0295573 | 63.92 | |
| 08-15-11 | Master Card | XXXXXXXXXXX5580          XX/XX | | 186.80 |

Your Gold Passport account will be credited for this stay.

| | **Total** | **186.80** | **186.80** |
|---|---|---|---|
| | **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00
will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**



**COURTYARD Marriott**

Courtyard by Marriott
Fort Lauderdale East

5001 N Federal Hwy
Ft Lauderdale Fl 33308
T 954.771.8100



Wayne Mason
1717 Main St Ste 5400
Dallas TX 75201-7367
Sedgewick

Room: 416
Room Type: GENR
Number of Guests: 1
Rate: $89.00    Clerk: EGF

Arrive: 15Aug11    Time: 09:20PM    Depart: 16Aug11    Time: 08:55AM    Folio Number: 66560

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 15Aug11 | Room Charge | 89.00 | |
| 15Aug11 | Room Tax | 9.79 | |
| 16Aug11 | Market Beverage | 1.00 | |
| 16Aug11 | Restaurant Tax | 0.06 | |
| 16Aug11 | Market Beverage | 1.00 | |
| 16Aug11 | Restaurant Tax | 0.06 | |
| 16Aug11 | Market Beverage | 1.00 | |
| 16Aug11 | Restaurant Tax | 0.06 | |
| 16Aug11 | Market Beverage | 1.00 | |
| 16Aug11 | Restaurant Tax | 0.06 | |
| 16Aug11 | Market Beverage | 1.00 | |
| 16Aug11 | Restaurant Tax | 0.06 | |
| 16Aug11 | Restaurant Room Charge | 13.55 | |
| 16Aug11 | Master Card | | 117.64 |

Card #: MCXXXXXXXXXXXX5580/XXXX
Amount:  117.64  Auth: 501040  Signature on File
This card was electronically swiped on 15Aug11

**Balance:**       **0.00**

**Rewards Account # XXXXX4095.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

CMXXXXXXXXXXXX5580                    600 TERMINAL DRIVE 3RD FLOOR   FT. LAUDERDALE,FL,33315,US              00340

\>>RETURN<< RA DOCUMENT 905284391      RENTED: 15AUG11/2026D AT: FT.LAUD APO     FL PHONE: 954-359-2500        090520
CAR# 5 1 4 9 2 3 0 2 GRP C            RETURN: 16AUG11/1658 AT: FT.LAUD APO     FL RATE: PO/C     TIME:   0 DY  21 HR
                                      DUE IN: 16AUG11/1730 AT: FT.LAUD APO     FL MIN   1 DAY

MI OUT:27199    MI IN: 29606                                                        0 MI @      .40
TOTAL MILES DRIVEN: 2407              ********OPTIONAL SERVICES******              0 HR @    38.26
PLATE# SC EKU786     FUEL OUT: 8/8                                                 0 DY @    51.00
WHI CADI  CTS 4DR     FUEL IN: 8/8    LDW:      27.99/DAY DECLINED                  0 WK @   246.00
                                      PAI:       4.00/DAY DECLINED                  0 MO @   984.00
METHOD OF PAYMENT: MASTER    5580     PEP:       2.95/DAY DECLINED    MIN  1DY/PO/C  2407FM +   51.00
AUTH: 501196/11 L                     ALI:      14.43/DAY DECLINED    TIME & MILEAGE   =        51.00
AUTH: 501196/11 L                                                    $ 3.95/DY CFC    +         3.95
DRIVERS LIC# USTXXXXX6533                                            $  .56/DY ERF    +          .56
WIZARD# HE40BY                                                       $ 2.00/DY SSU    +         2.00
FRED TRVL# AD/M610686                                               $  .02/DY TBS    +          .02
FF MILES/POINTS EARNED 0050                                         $  .78/DY VLF    +          .78
AWD# A984200                                                        FUEL SERVICE:   .4138/MI
REMARKS:AVIS FIRST MEMBER                                                          7.449/GAL
                                                                    **10.00% FEE     +         5.19
                                                                    7.5% TAX ON FF MILES +      .06
                                                                    SUBTOTAL                   63.56
                  MASON,WAYNE                                       TAX  6.000%       +         3.81
                  SEDGWICK DETERT MORAN                             TOTAL CHARGES               67.37
                                                                    AMOUNT DUE   CV   USD       67.37
                                                                    $ 3.95/DY CFC
                                                                    ENERGY RCOVERY FEE
                                                                    $ 2.00/DY SSU
                                                                    $  .02/DY TBS
                                                                    $  .78/DY VEH LIC FEE
                                                                    **CONCESSION RECOVERY FEE

                                                                                                   --

                              AVIS FIRST
                              PREFERRED
--------NOTICES----------AVIS----------NOTICES-----------AVIS----------NOTICES------------AVIS----------NOTICES
~~~THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN           **$10/DY FEE APPLIES TO  1 DAY RENTAL C/O ON MON*
BILLED TO YOUR MASTER CARD.                                  ~~~FUEL SERVICES ADD'L IF CAR IS RETURNED WITH LESS
~~~ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY        FUEL THAN RENTED. 00-74 MILES $13.99 FUEL FEE ADDED.
ERRORS ARE FOUND.                                           TO REMOVE SHOW RCPT. X_____
~~~FOR LOCAL INQUIRIES CALL 954-359-2500, ALL OTHER         ~~~I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
INQUIRIES CALL 800-352-7900.                                SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
~~~THANK YOU FOR RENTING FROM AVIS.                          RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
~~~MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.            RENTAL DOCUMENT.
HEE2/DECB/i1228/16:59/0
                                                            X SIGNATURE IS ON FILE.......... RENTAL #905284391
                                                                                             RES # 14990540-US-5H
                                                            RENTAL AGENT: 810060             RETURN AGENT: 11913

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Saturday, August 20, 2011 9:49 PM |
| **To:** | Garner, Lavella |
| **Subject:** | FW: Airport Parking Receipt – Wayne Mason 8/14-8/16 |

Wayne

**Wayne B. Mason**
wayne.mason@sedgwicklaw.com | 469.227.4602

# Sedgwick LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *phone* | 469.227.8004 *fax* | www.sedgwicklaw.com

**From:** FreedomPark Reservations [mailto:reservations@freedomparkdfw.com]
**Sent:** Tuesday, August 16, 2011 9:22 PM
**To:** Mason, Wayne B.; Garner, Lavella
**Subject:** Airport Parking Receipt – Wayne Mason 8/14-8/16

# Airport Parking Receipt



7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1336167
Date: 8/11/2011 4:50:46 PM

SOLD     Wayne Mason
TO         214-707-8235
            wayne.mason@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1336167 | 8/14/2011 | 8/16/2011 | | $78.77 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|--|
| | | | | | | | | |

| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
|---|---|---|---|---|---|---|---|---|
| Credit Card Total $78.77 | | | | | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Visit us on Facebook 

Thanks for using FreedomPark!

**AmericanAirlines**



CLOSE WINDOW

**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

## Reservation Details

| Record Locator **MFJCJT** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status **Purchased - Aug 03, 2011** | Reservation Name **DFW/FLL** You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |
| --- | --- | --- |

## Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | City | Date & Time | City | Date & Time | Booking Code | |
| AMERICAN AIRLINES | 600 | DFW Dallas/ Fort Worth | Aug 15, 2011 12:20 PM | FLL Fort Lauderdale | Aug 15, 2011 04:05 PM | Economy N | 9A |
| AMERICAN AIRLINES | 1031 | FLL Fort Lauderdale | Aug 16, 2011 06:20 PM | DFW Dallas/ Fort Worth | Aug 16, 2011 08:20 PM | Economy N | 10C |

## Your Notifications

| Contact | Notification Summary | Actions |
| --- | --- | --- |
| : | | Enabled |

## Fare Summary

| Average Fare per Person:   Departure - 171.00 USD   Return - 171.00 USD | |
| --- | --- |
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 171.00 USD |
| Return Fare per Person | 171.00 USD |
| PriorityAAccess[SM] and Same-Day Standby | **Complimentary** |
| Total Fare per Person | **342.00 USD** |
| Additional Taxes and Fees per Person | 14.00 USD |
| Seats | **Complimentary** |
| **Total Price** | **356.00 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.

## Summary Details

### Credit Card Information

| | |
|---|---|
| Card Type: | MASTER CARD |
| Account #: | **** **** **** 5580 |
| Expiration Date: | ********* |
| Description: | DC Business |

### Delivery Information

| | |
|---|---|
| E-Ticket E-MAIL: | WAYNE.MASON@SDMA.COM00/00/00 |

### Contact Information

| | |
|---|---|
| Cell Phone: | (1) 214-707–8235 |
| Email Address: | WAYNE.MASON@SDMA.COM |

**Business ExtrAA Account Number:**

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 600 | DFW Dallas/ Fort Worth | FLL Fort Lauderdale | 0 | Requested |
| 1031 | FLL Fort Lauderdale | DFW Dallas/ Fort Worth | 0 | Requested |
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

## Reminder:

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an

itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.

- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW

**AmericanAirlines®**



**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

**Reservation Details**

| Record Locator | Status | Reservation Name |
|---|---|---|
| **MFJCJT**<br>Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Purchased | **DFW/FLL**<br>You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |

**Your Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| **AA** AMERICAN AIRLINES | 1116 | DFW Dallas/ Fort Worth | Aug 14, 2011 02:35 PM | TPA Tampa | Aug 14, 2011 06:00 PM | Economy L | unassigned |
| **AA** AMERICAN AIRLINES | 1031 | FLL Fort Lauderdale | Aug 16, 2011 06:20 PM | DFW Dallas/ Fort Worth | Aug 16, 2011 08:20 PM | Economy N | 10C |

**Your Notifications**

| Contact | Notification Summary | Actions |
|---|---|---|
| : | | Enabled |

**Fare Summary**

| Average Fare per Person: 342.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Fare per Person | 342.00 USD |
| PriorityAAccess[SM] and Same-Day Standby | **Complimentary** |
| Total Fare per Person | **342.00 USD** |
| Additional Taxes and Fees per Person | 0.00 USD |
| Seats | **Complimentary** |
| **Total Price** | **0.00 USD** |

- View Fare Rules.

- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.

## Summary Details

### Delivery Information

| E-Ticket E-MAIL: | WAYNE.MASON@SDMA.COM00/00/00 |
|---|---|

### Contact Information

| Cell Phone: | (1) 214-707--8235 |
|---|---|
| Email Address: | WAYNE.MASON@SDMA.COM |

| Business ExtrAA Account Number: |
|---|

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 1116 | DFW  Dallas/ Fort Worth | TPA  Tampa | 0 | Not Requested |
| 1031 | FLL  Fort Lauderdale | DFW  Dallas/ Fort Worth | 0 | Requested |
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

## Reminder:

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW


**SOUTHWEST.COM**

## Thank you for your purchase!

Tampa Bay, FL - TPA to Ft. Lauderdale, FL - FLL

---

| Air |
| --- |
| Confirmation # WC8TST |
| Tampa Bay, FL - TPA  to  Ft. Lauderdale, FL - FLL <br> Monday, August 15, 2011 |
| Air Total: $203.70 |

**Amount Paid**
$203.70

**Trip Total**
$203.70

---

**AUG 15  08/15/11 - Fort Lauderdale**

### AIR

Tampa Bay, FL - TPA  to  Ft. Lauderdale, FL - FLL
08/15/2011
Confirmation # WC8TST

| Adult Passenger(s) | Rapid Rewards # |
| --- | --- |
| WAYNE MASON | 0000000551202 |

| DEPART AUG 15 | 5:10  PM  Tampa Bay, FL (TPA) to <br> 6:10  PM  Ft. Lauderdale, FL (FLL) | Flight #2715 | Monday, August 15, 2011 <br> Travel Time 1 h 00 m <br> (Nonstop) |
| --- | --- | --- | --- |

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Adult | Depart | TPA-FLL | Business Select | $179.53 | $24.17 | 1 | $203.70 |
| Please read the fare rules associated with this purchase. | | | | $179.53 | $24.17 | 1 | $203.70 |

**Air Total:**
$203.70

| Purchaser Name | Wayne Mason | Billing Address | 1717 Main Street, Suite 5400 <br> Dallas, TX 75201 |
| --- | --- | --- | --- |

| Form of Payment | Amount Applied |
| --- | --- |
| MasterCard - XXXXXXXXXXXX-5580 | $203.70 |

**Amount Paid**
$203.70

**Trip Total**
$203.70

## Expense Report - Transmittal Report

ER00000029852110176

**Spender** Wayne B. Mason **From** Aug 24, 2011 **To** Aug 27, 2011 **Reimbursement Amt** 2,883.87 USD

**Report name** HDR - trip to Tampa for prep & jury research

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 21 | Audit required | Yes |
| Number of receipts to submit | 18 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/19/11 | Airfare | United St... | 564.40 USD | Jennifer M. Arevalo |
| 8/19/11 | Airfare | United St... | 150.00 USD | Jennifer M. Arevalo |
| 8/24/11 | Lodging | United St... | 256.48 USD | Jennifer M. Arevalo |
| 8/24/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 8/24/11 | Individual Meal | United St... | 14.77 USD | Jennifer M. Arevalo |
| 8/24/11 | Group Meal | United St... | 469.09 USD | Jennifer M. Arevalo |
| 8/24/11 | Group Meal | United St... | 50.48 USD | Jennifer M. Arevalo |
| 8/25/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 8/25/11 | Lodging | United St... | 211.68 USD | Jennifer M. Arevalo |
| 8/25/11 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 8/25/11 | Group Meal | United St... | 460.53 USD | Jennifer M. Arevalo |
| 8/25/11 | Individual Meal | United St... | 19.24 USD | Jennifer M. Arevalo |
| 8/26/11 | Lodging | United St... | 155.68 USD | Jennifer M. Arevalo |
| 8/26/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 8/26/11 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 8/27/11 | Group Meal | United St... | 27.65 USD | Jennifer M. Arevalo |
| 8/27/11 | Car Rental | United St... | 223.56 USD | Jennifer M. Arevalo |
| 8/29/11 | Parking or Tolls | United St... | 105.03 USD | Jennifer M. Arevalo |

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373
Aug25'11 09:13PM
Date:
Card Type: MASTERCARD
Acct #: XXXXXXXXXXXX5580
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key: AIA005714332847
Auth Code: 721364
Check: 6053
Table: 8/1
Server: 16 Rick O

Subtotal:     382.53

TIP: _____ 78 —

TOTAL: _____ 460.53

Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

16 Rick O

Tbl 8/1        Chk 6053        Gst 1
Aug25'11 07:03PM

4 AMUSE                         0.00
1 5 CHEESES                    22.00
1 CALAMARI                     12.00
1 GRN TOMATO                   13.00
1 DUCK                         28.00
1 RACK OF LAMB                 35.00
Misc Personal Charge         ⟨148.00⟩
Misc Personal Charge          ⟨80.00⟩
1 BEIGNET                       8.00
  LEM BLUBRY
1 SORBET                        8.00
2 DECAF                         3.50

  Subtotal                    357.50
  Tax                          25.03
09:13PM Total                 382.53

THANK YOU
PLEASE COME AGAIN

# BERN'S STEAKHOUSE

1208 S. HOWARD AVE.
TAMPA, FL 33606
813-251-2421

0217  TABLE # D44  #Party 4
MAKELE M    SvrCk: 1  8:36p 08/24/11

MASON                           0.00
DECAF COFFEE                    3.50
CAFE CON LECHE                  5.25
MACADAMIA NUT SUNDAE           10.00
MACADAMIA NUT SUNDAE           10.00
FRAMBOISE MACAD DECADENCE      10.95

                Sub Total:     39.70
                     Tax:      2.78
                Sub Total:     42.48
08/24  8:36p TOTAL:           42.48

*************************
"No service charge is added
in Harry Waugh Dessert Room"
        THANK YOU!

---

0217
Server: MAKELE M                Rec:138
08/24/11 20:58, Swiped   T: 753 Term: 13

BERN'S STEAKHOUSE
1208 SOUTH HOWARD AVE.
TAMPA, FL 33606
(813)251-2421
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX5580
Name: WAYNE B MASON
00 TRANSACTION APPROVED
AUTHORIZATION #: 702097
Reference: 0824010000217
TRANS TYPE: Credit Card SALE

CHECK:                    42.48
TIP:                       8.-
TOTAL:                    50.48

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

0105
Server: JAMAL H                    Rec: 97
08/24/11 20:11, Swiped   T: 625 Term: 8

BERN'S STEAKHOUSE
1208 SOUTH HOWARD AVE.
TAMPA, FL 33606
(813)251-2421
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
MASTER CARD     XXXXXXXXXXXXX5580
Name: WADE L MASON
00 TRANSACTION APPROVED
AUTHORIZATION #: 539903
Reference: 0824010000105
TRANS TYPE: Credit Card SALE

CHECK:              427.09

TIP:

TOTAL:

X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

---

# BERN'S STEAKHOUSE

1208 S. HOWARD AVE.
TAMPA, FL 33606
813-251-2421

0105   TABLE # 06A  #Party 3
JAMAL H    SvrCk:  4  6:58p 08/24/11

| | |
|---|---|
| MASON | 0.00 |
| CHEESE/WINE | 0.00 |
| RESERVATION HWR | 0.00 |
| SHRIMP COCKTAIL. | |
| classic cocktail sauce | 14.95 |
| OYSTER BEIGNETS | 18.95 |
| DELMONICO 8OZ, *med well, | |
| garl butter*** | 35.54 |
| FILET MIGNON 10 OZ, *med rare, | |
| garl butter*** | 40.60 |
| CHATEAUBRIAND 11 OZ, *mr - medium, | |
| garl butter*** | 43.00 |
| FRENCH ONION W/ENTREE | 0.00 |
| FRENCH ONION W/ENTREE | 0.00 |
| FRENCH ONION W/ENTREE | 0.00 |
| STEAK HOUSE SALAD W/ENTRE, | |
| wht balsamic italian | 0.00 |
| STEAK HOUSE SALAD W/ENTRE, | |
| mac/vanilla bean vinaigrt | 0.00 |
| STEAK HOUSE SALAD W/ENTRE, | |
| blue cheese dressing | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| HAWAIIAN SWEET POTATO | 8.95 |
| STEAK HOUSE MUSHROOMS | 6.95 |
| BLACK TRUFFLE CRM CORN | 9.95 |
| Misc Personal Charge | <135.00> |
| Misc Personal Charge | <45.00> |

Sub Total:  358.89
SERV CHRG 12%:  43.07
Tax:   25.13
Sub Total:  427.09
08/24  8:00p TOTAL:   427.09

*********************
THANK YOU!

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:      9360
TABLE:      177/1
SERVER:     6426 Kristen
DATE:       AUG27'11  7:27AM
CARD TYPE:  MSTRCARD  A1
ACCT #:     XXXXXXXXXXXX5580
EXP DATE:   XX/XX
AUTH CODE:  400681

TOTAL:          22.65

TIP: _____ 5 __

TOTAL: _____ 27.65

X _____
 I AGREE TO PAY THE ABOVE AMOUNT
 IN ACCORDANCE WITH THE CARD
 ISSUER'S AGREEMENT.
```

```
           HMS HOST
           CHILI'S
    TAMPA INTERNATIONAL AIRPORT

 6426 Kristen
 --------------------------------
 177/1        9360       GST 2
       AUG27'11  7:09AM
 --------------------------------

        **** SEAT 1 ****
  1 CLASSIC BREAKFST     7.99
       BACON (3)
       WHEAT TOAST
       SEE SERVER
  1 BKFST TACO           8.29
  1 BACON (3)            2.39
  2 WATER BACK           0.00
  1 COFFEE BAR    8      2.49
       FIRST ROUND HBEV
       SUBTOTAL         21.16
 TAX      1.49  AMOUNT   22.65
       *******  *******

       SUBTOTAL         21.16
       TAX               1.49
       AMOUNT        $22.65

  THANK YOU FOR YOUR BUSINESS!
 TELL US ABOUT YOUR EXPERIENCE
    TIM JUUL 813-396-3983
        GENERAL MANAGER
    TIM.JUUL@HMSHOST.COM
 OR EMAIL US AT CHILI'S.COM
```

```
            PETEY BROWN'S
         GRAND HYATT TAMPA BAY
CHECK:        1273
TABLE:        46/1
SERVER:    211 MICHAEL
DATE:      AUG24'11 12:03PM
CARD TYPE: MASTERCARD
ACCT #:    XXXXXXXXXXX5580
EXP DATE:  XX/XX
AUTH CODE: 533296
RESEARCH:  000000000000
         WAYNE B MASON


SUBTOTAL:           11.77

TIP:_____3___

TOTAL:_____14.77__

_____
CUSTOMER SIGNATURE

   I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
           AGREEMENT
```

```
            PETEY BROWN'S
         GRAND HYATT TAMPA BAY
      211 MICHAEL
   ------------------------------
    46/1          1273      GST 1
          AUG24'11 11:42AM
   ------------------------------
     1 $11 PICK TWO          11.00
       SUBTOTAL              11.00
       TAX                    0.77
       PAYMENT DUE    11.77
   *FILL IN FOR ROOM CHARGES ONLY*

    GRATUITY:_____

    TOTAL:_____

    ROOM#_____
             PLEASE PRINT
    NAME CLEARLY:_____

    SIGNATURE:_____
    * * GRATUITY NOT INCLUDED * *
```

```
>>Return<< RA Document 406266486        Rate PO/G    2 DY 19 HR
RESERVATION # 15931496-US-OH                  0 MT @        .40  =
CAR# 5 2 0 3 7 8 8 2  Car Group G             0 HR @      37.51  =
BLK LINC TCAR 4DR FL 251JPL                   3 DY @      50.00  =    150.00
                                              0 WK @     300.00  =
MASON,WAYNE                                   0 MO @    1200.00  =
                                        PO/G      75FW
NTZ# = HE408Y AND# = A984200            TIME & MILEAGE      =    150.00
Freq Travel# = AD/W610686               $  .56/DY ERF     + =      1.68
FF MILES/POINTS EARNED OVR-             $ 2.00/DY SSU      + =      6.00
                                        $  .02/DY TRS      + =       .06
Out TAMPA APO     FL  24AUG11/1126      $  .78/DY VLF      + =      2.34
In  TAMPA APO     FL  27AUG11/0649      **10.40% FEE       + =     16.04
Miles-Out 16819      Miles-In 16894     7.5% TAX ON FF MILES + =      .19
Miles Driven    75   Fuel In 0/8        Subtotal            =    176.31
Method of pay =  CLUB                   Tax   7.000%       + =     12.34
Mastercard XXXXXXXXXXXX5580             Fuel Service Charge + =     34.91
Auth: 730074/34 L                       Total Charges       =    223.56
                                        AMOUNT DUE  CV  USD =    223.56
                                        ENERGY RCOVERY FEE
                                        $ 2.00/DY SSU
                                        $  .02/DY TRS
                                        $  .78/DY VEH LIC FEE
```

---

```
                    RED ST CAFE
                4343 ANCHOR PLAZAPKY
                   TAMPA FL 33634
                    813-884-8390

                    BATCH: 458
                 S-A-L-E-S O-R-A-F-T
                        0001
                  0000002074530

            REF:              0015
            CD TYPE: MASTERCARD
            TR TYPE: PURCHASE
            DATE:    AUG 25. 11  13:26:05


            AMOUNT                   $19.24

            TIP                _____

            TOTAL              _____


            ACCT:        5580      EXP: XX/XX
            APP: 831859
            NAME: WAYNE B MASON
            COST: 01
            TAX                       $0.01

            CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
            AND/OR SERVICES IN THE AMOUNT OF THE
            TOTAL SHOWN HEREON AND AGREES TO PERFORM
            THE OBLIGATIONS SET FORTH BY THE
            CARDMEMBER'S AGREEMENT WITH THE ISSUER

                  THANK YOU! COME AGAIN!

            X _____

                     CUSTOMER COPY
```

```
                 DEANO'S DELI LLC

            PLU14                    $5.88
            PLU14                     $0.90
            PLU14                     $0.50
            PLU14                     $5.88
            PLU14                     $0.90
            SUBTOTAL                 $19.94
            TOTAL                    $19.94
            CASH                     $19.94
```

```
                 DEANO'S DELI LLC

            ** REPRINT **

            PLU14                    $5.88
            PLU14                     $0.90
            PLU14                     $0.50
            PLU14                     $5.88
            PLU14                     $0.90
            SUBTOTAL                 $19.94
            TOTAL                    $19.94
            CASH                     $19.94
```




**AmericanAirlines°**

Record Locator/AA
Confirmation:BCFRID




Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **oneworld** Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



### Itinerary

| | | | | |
|---|---|---|---|---|
| **Date:** | 24Aug - Wednesday | | | |
| **Flight:** | AMERICAN AIRLINES | 1430 | Boeing 737-800 Passenger (738) | Booking Code: X |
| **Departure:** | DFW Dallas/ Fort Worth | 08:05 AM | | 2HR 15MIN |
| **Arrival:** | TPA Tampa | 11:20 AM | | |
| | MASON, WAYNE    SEAT 3E | First | FF# :AA M610686 | |
| **Date:** | 27Aug - Saturday | | | |
| **Flight:** | AMERICAN AIRLINES | 1417 | Boeing 737-800 Passenger (738) | Booking Code: X |
| **Departure:** | TPA Tampa | 08:20 AM | | 2HR 35MIN |
| **Arrival:** | DFW Dallas/ Fort Worth | 09:55 AM | | |
| | MASON, WAYNE    SEAT 3E | First | FF# :AA M610686 | |

### Receipt

| PASSENGER | TICKET NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|
| MASON,WAYNE | 0012364931638 | 505.12 USD | 59.28 | 564.40 |
| **Payment Type:** | Ticket Exchange - 0012344579441 | | | **Total** 564.40 USD |

**Additional Charges or Fees**

| PASSENGER | TICKET NUMBER | Charges or Fees |
|---|---|---|
| MASON, WAYNE | 0012364931638 | 150.00 |
| Payment Type: | | Total |
| | MASTER CARD ***********5580 | 150.00 USD |

**Endorsements/Restrictions -**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0902 |
| | 1717 Main St Ste 5400 | Arrival | 08-24-11 |
| | Dallas TX 752017367 | Departure | 08-27-11 |
| | United States | Page No. | 1 of 2 |
| | | Folio Window | 1 |
| Membership | GP    G94604106N | Folio | 172068 |
| Bonus Code | 1W | Invoice | |
| Confirmation No. | 5989125401 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 08-24-11 | Valet Parking | | 12.00 | |
| 08-24-11 | Package Room | | 229.00 | |
| 08-24-11 | State Sales Tax | | 16.03 | |
| 08-24-11 | Occupancy Tax | | 11.45 | |
| 08-25-11 | - In Room Dining Breakfast Food | Room# 0902 : CHECK# 0295176 | 46.29 | |
| 08-25-11 | Valet Parking | | 12.00 | |
| 08-25-11 | Package Room | | 189.00 | |
| 08-25-11 | State Sales Tax | | 13.23 | |
| 08-25-11 | Occupancy Tax | | 9.45 | |
| 08-26-11 | - In Room Dining Breakfast Food | Room# 0902 : CHECK# 0295238 | 46.29 | |
| 08-26-11 | Valet Parking | | 12.00 | |
| 08-26-11 | Package Room | | 139.00 | |
| 08-26-11 | State Sales Tax | | 9.73 | |
| 08-26-11 | Occupancy Tax | | 6.95 | |
| 08-27-11 | Master Card | XXXXXXXXXXXX5580        XX/XX | | 752.42 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| Payee | Wayne Mason |
| | 1717 Main St Ste 5400 |
| | Dallas TX 752017367 |
| | United States |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | 1W | |
| Confirmation No. | 5989125401 | |
| Group Name | | |

| Room No. | 0902 |
|---|---|
| Arrival | 08-24-11 |
| Departure | 08-27-11 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 172068 |
| Invoice | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |

| | Charges | Credits |
|---|---|---|
| **Total** | 752.42 | 752.42 |
| **Balance** | | 0.00 |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo
P.O. Box 203090
Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Sunday, August 28, 2011 5:03 AM |
| **To:** | Garner, Lavella |
| **Subject:** | Fwd: Airport Parking Receipt - Wayne Mason 8/24-8/27 |

Wayne

Wayne B. Mason
Sedgwick, Detert, Moran & Arnold LLP
wayne.mason@sdma.com | 469.227.4602 direct

1717 Main Street, Suite 5400
Dallas, TX 75201

Begin forwarded message:

> **From:** "FreedomPark Reservations" <reservations@freedomparkdfw.com>
> **Date:** August 27, 2011 6:26:19 PM CDT
> **To:** "Wayne Mason" <wayne.mason@sdma.com>, "Wayne Mason"
> <lavella.garner@sdma.com>
> **Subject: Airport Parking Receipt - Wayne Mason 8/24-8/27**

# Airport Parking Recei



7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 134
Date: 8/23/2011 1:50:4

SOLD   Wayne Mason
TO       214-707-8235
          wayne.mason@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1340193 | 8/24/2011 | 8/27/2011 | | $105.03 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales | Airport | Sub | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | Tax | Fee | Total | Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 4 | $22.00 | $88.00 | $7.26 | $9.77 | | $105.03 | |
| Credit Card Total $105.03 | | | | | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, pleas
call us at 972-252-2500.

**Visit us on Facebook** 

Thanks for using FreedomPark!

## Expense Report - Transmittal Report



ER00000029852110177

**Spender** Wayne B. Mason  **From** Aug 29, 2011 **To** Aug 30, 2011  **Reimbursement Amt** 924.57 USD

**Report name** Tampa to meet with mediator

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 3 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/29/11 | Group Meal | United St... | 743.86 USD | Jennifer M. Arevalo |
| 8/31/11 | Lodging | United St... | 170.71 USD | Jennifer M. Arevalo |



**DONATE**

*232 N. Dale Mabry, Tampa, Florida 33609   (813) 875-6660*

| Date | | Table | Waiter's Name | Guests | Meal |
|---|---|---|---|---|---|
| 8/29/11 | 22 | Ted | 4 | Dinner | |

| | | | |
|---|---|---:|---:|
| 2 | Ostriche Fiorentina With Crab | $21.95 | $43.90 |
| 1 | Shrimp Fritti | $32.95 | $32.95 |
| 4 | Pasta Appetizer | $14.95 | $59.80 |
| 1 | Nodino Di Vitello | $45.95 | $45.95 |
| 3 | Ossobuco Milanese | $44.95 | $134.85 |
| O lue Rgtuqpcn Ej cti g | | $98.00 | <$98.00> |
| O lue Rgtuqpcn Ej cti g | | $64.00 | <$64.00> |
| O lue Rgtuqpcn Ej cti g | | $10.50 | <$10.50> |
| O lue Rgtuqpcn Ej cti g | | $17.50 | <$17.50> |
| 4 | Coffee | $3.00 | $12.00 |
| 4 | Dolce  (Dessert) | $11.95 | $47.80 |
| 4 | Bruschetta | $3.95 | $15.80 |

|  |  |
|---|---:|
| SubTotal | $583.05 |
| Tax | $40.81 |
| Total | $623.86 |



DONATELLO, INC
232 N DALE MABRY HWY
TAMPA, FL 33609
813-875-6660

BATCH: 947
S-A-L-E-S D-R-A-F-T
73522720
907850000001

REF: 0003
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: AUG 29, 11 21:10:10

AMOUNT                    $623.86

TIP                        120.—

TOTAL                     743.86

                          EXP: **/**

ACCT: ************45580
AP: 394104
NAME: WAYNE B MASON
CUST. 0                        $0.00
TAX

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY



HYATT
REGENCY
TAMPA ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

**INVOICE**

Payee    Wayne Mason
         8722 Sanshire Ave
         Dallas TX 75231
         United States

| | |
|---|---|
| Room No. | 0839 |
| Arrival | 08-29-11 |
| Departure | 08-30-11 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 96535 |
| Invoice | |

Membership    GP    G94604106N
Bonus Code
Confirmation No.  6011970602
Group Name

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 08-29-11 | Package | | | 117.00 | |
| 08-29-11 | State Room Tax | | | 8.19 | |
| 08-29-11 | Occupancy Tax | | | 5.85 | |
| 08-30-11 | Master Card | XXXXXXXXXXX5580 | XX/XX | | 170.71 |
| 08-30-11 | - In Room Dining Bkfst Food | CHECK# 0297079 | | 39.67 | |

Your Gold Passport account will be credited for this stay.

| | | |
|---|---|---|
| **Total** | **170.71** | **170.71** |
| **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

Thank you for choosing Hyatt Regency Tampa

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email
na.customerservice@hyatt.com

**Please forward all invoice payments to:**

**Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384**

**Expense Report - Transmittal Report**



ER0000003021211 10168

**Spender** Kurt W. Meaders          **From** Aug 29, 2011  **To** Aug 30, 2011          **Reimbursement Amt** 131.04 USD

**Report name** Meeting with Mediator

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/31/11 | Lodging | United St... | 131.04  USD | Jennifer M. Arevalo |



HYATT
REGENCY
TAMPA ®
DOWNTOWN AT TAMPA CITY
CENTER

Hyatt Regency Tampa
211 North Tampa Street
Tampa, FL 33602
Tel: 813-225-1234
Fax: 813-273-0234

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Kurt Meaders | Room No. | 0844 |
| | 3925 Hanover | Arrival | 08-29-11 |
| | Dallas TX 75225 | Departure | 08-30-11 |
| | United States | Page No. | 1 of 1 |
| | | Folio Window | 1 |
| Membership | GP    511519090E | Folio | 96536 |
| Bonus Code | | Invoice | |
| Confirmation No. | 6011970601 | | |
| Group Name | | | |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 08-29-11 | Package | | | 117.00 | |
| 08-29-11 | State Room Tax | | | 8.19 | |
| 08-29-11 | Occupancy Tax | | | 5.85 | |
| 08-30-11 | Master Card | XXXXXXXXXXXX5374 | XX/XX | | 131.04 |

Your Gold Passport account will be credited for this stay.

| | | |
|---|---|---|
| **Total** | **131.04** | **131.04** |
| **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Hyatt Regency Tampa**

"HOW WAS YOUR STAY AT THE HYATT REGENCY TAMPA?"

If you cannot rate your visit as "EXCELLENT" please let us know.
To let us know what you thought, please contact me at:
Telephone: (813) 222-4960 or e-mail me at:
ash.awasthi@hyatt.com
Thank you for staying with us.
Ash Awasthi
Rooms Executive

Question regarding your bill?  Please contact 888-472-2860 or email
na.customerservice@hyatt.com

**Please forward all invoice payments to:**

**Hyatt Regency Tampa
P.O. Box 281467
Atlanta, GA 30384**

## Expense Report - Transmittal Report



ER00000030212110169

**Spender** Kurt W. Meaders          **From** Sep 1, 2011   **To** Sep 2, 2011          **Reimbursement Amt** 1,201.52 USD

**Report name** Trave to Tampa

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 6 | Audit required | No |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/30/11 | Group Meal | United St... | 101.88 USD | Jennifer M. Arevalo |
| 8/30/11 | Airfare | United St... | 771.40 USD | Jennifer M. Arevalo |
| 9/2/11 | Individual Meal | United St... | 27.96 USD | Jennifer M. Arevalo |
| 9/2/11 | Car Rental | United St... | 82.52 USD | Jennifer M. Arevalo |
| 9/3/11 | Parking or Tolls | United St... | 47.63 USD | Jennifer M. Arevalo |
| 9/3/11 | Lodging | United St... | 170.13 USD | Jennifer M. Arevalo |

**Meaders, Kurt**

**From:**               DFW Valet [dfwvalet2@pcidfw.com]
**Sent:**               Friday, September 02, 2011 9:25 PM
**To:**                 Meaders, Kurt
**Subject:**          DFW Valet Parking Receipt

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 367817
**CheckIn D/T:** 09/01/11 18:19
**CheckOut D/T:** 09/02/11 20:24
**Duration Time:** 1d 02h 04m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $44.00
**Tax:** $3.63
**Total:** $47.63

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 093398
**Order#** 3835858069
**Total:** $47.63

**Rewards:** Meaders, Kurt-DEFAULT
**Collected:** 4,763
**Total Points:** 125,246-$12.52

**© AVPM®**

```
406299073.   52264763    E

MEADERS,KURT
RENTAL NUMBER N93R  CAR NUMBER = K81 71 06  CAR GROUP
CV - CMXXXXXXXXXXXX5374
FTN AD/XRHO486           4W
OUT TPA 01SEP11/2345 MI = 13854
IN  TPA 02SEP11/1623 MI = 13865
        11 MI@    .00 =
        17 HR@  40.47 =
           DY@  53.95 =
```

| | | | |
|---|---|---|---|
| ★ MINIMUM CHARGE | = | 53.95 | ★ |
| **10.40% FEE | = | 5.76 | |
| FUEL SERVICE | = | 13.99 | |
| 7.5% TX FF MIDY* | = | .06 | |
| $ 0.56 /DY ERF | = | .56 | |
| $ 2.00 /DY SSU | = | 2.00 | |
| $ 0.02 /DY TBS | = | .02 | |
| $ 0.78 /DY VLF | = | .78 | |
| TAXABLE SUBTOT | = | 77.12 | |
| TAX 7.000% | = | 5.40 | |
| TOTAL CHARGES | = | 82.52 | |

```
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED     50
```

*(left margin, vertical)* Please check your car for personal effects.
*(right margin, vertical)* Please check your car for personal effects.

```
     Go to Avis.com to
     Receive E-Receipts.
```

**Meaders, Kurt**

**From:** Avis.RentACar@avis.com
**Sent:** Friday, September 02, 2011 3:54 PM
**To:** Meaders, Kurt
**Subject:** E-Receipt for Avis Rental # 406299073
**Attachments:** E-Receipt.pdf

# Thank you for renting with Avis

### Avis Car Rental e-Receipt

### Rental Agreement Number: 406299073



| Customer Information: | | Vehicle Information | |
|---|---|---|---|
| Customer Name: | **KURT MEADERS** | Car Group Rented: | FULL SIZE 4 DOOR |
| Wizard Number: | **\*\*\*93R** | Car Group Charged: | FULL SIZE 2 DOOR |
| Avis Worldwide Discount Number: | **K817165** | Car Make Model: | SIL NISS ALTI 4DR |
| Customer Status: | **AVIS FIRST** | Plate Number | FL866KUX |
| Method of Payment: | **MASTER** | Car Number: | 52264763 |
| Credit Card #: | **CMXXXXXXXXXXXX5374** | Mileage Out: 13854 | Fuel Out: 8/8 |
| | | Mileage In: 13865 | Fuel In: 0/8 |
| Freq Traveler: | AD/XRH0486 | Mileage Driven: 11 | |

### Rental Information

| Pickup-Date/Time: | **01SEP11/2345** | Return Date/Time: | **02SEP11/1623** |
|---|---|---|---|
| Pick-up Location: | **TAMPA INT'L AIRPORT** | Return Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PARKWAY** | | **4030 GEORGE J BEAN PARKWAY** |
| | **TAMPA INTERNATIONAL AIRPORT** | | **TAMPA INTERNATIONAL AIRPORT** |
| | **TAMPA, FL 33607 US** | | **TAMPA, FL 33607 US** |
| | **813-396-3500** | | **813-396-3500** |

### Vehicle Charges

| Time: | 0 miles @ .00 | 0.00 | TAX 7.000% | 5.40 |
|---|---|---|---|---|
| | 17 hours @ 40.47 | 0.00 | LDW | 0.00 |
| | 0 days @ 53.95 | 0.00 | Total Charges | 82.52 |
| | 0 weeks @ 269.75 | 0.00 | | |
| Minimum Charge | | 53.95 | | |
| Time & Mileage | | 53.95 | | |
| **10.40% FEE | | 5.76 | | |
| Fuel Service | | 13.99 | | |
| 7.5% TX FF MIDY* | | .06 | | |
| $ 0.56 /DY ERF | | .56 | | |
| $ 2.00 /DY SSU | | 2.00 | | |
| $ 0.02 /DY TBS | | .02 | | |
| $ 0.78 /DY VLF | | .78 | | |

1

**SUBTOTAL**                **77.12**    **Amount Due**                 **82.52**

\*\*CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED 50

## Avis e-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to unsubscribe from e-Receipt, please e-mail e.receipts@avis.com.
Attached is your receipt in Portable Document Format(PDF).

Avis maintains a 100% smoke-free fleet

Avis, 6 Sylvan Way, Parsippany, NJ 07054.

© 2010 Avis Rent A Car System, LLC. Avis features GM vehicles.
The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

```
          HMSHOST
         CARRABBA'S
     TAMPA INT'L AIRPORT

9625 ANDREW
--------------------------------
3 0 2 / 1      1 7 0 8    GST 1
        SEP02'11  4:35PM
--------------------------------

      **** SEAT 1 ****
    1 WATER GLASS       0.00
    Misc Personal Charge  ⟨10.45⟩
    1 ENT CUSTOM PASTA  11.00
        PENNE
        GARLIC & OIL
        SUBTOTAL        21.45
TAX     1.51  AMOUNT    22.96
      *******  *******

        SUBTOTAL        21.45
        TAX             1.51
        AMOUNT      $ 2 2 . 9 6

  THANK YOU FOR YOUR BUSINESS!
 TELL US ABOUT YOUR EXPERIENCE
   GM: TIM JUUL 813-396-3983
      TIM.JUUL@HMSHOST.COM

         HMSHost
  Making The Travelers Day Better

  HMS Host Store Card = 5940HA8

     Find Us On Facebook
   www.facebook.com/Hmshost
```

Kwm   inner Airport

```
HMSHOST
CARRABBA'S
TAMPA INT'L AIRPORT
CHECK:     1 7 0 8
TABLE:     3 0 2 / 1
SERVER:    9625 ANDREW
DATE:      SEP02'11  5:06PM
CARD TYPE: MSTRCARD   A1
ACCT #:    XXXXXXXXXXXX5374
EXP DATE:  XX/XX
AUTH CODE:
     KURT WOOD MEADERS

TOTAL:         2 2 . 9 6

TIP: _____

TOTAL: _____ 27.96 _____

X _____
  I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
  ISSUER'S AGREEMENT.
```

Slaten, Rita

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Tuesday, August 30, 2011 6:13 PM
**To:** Meaders, Kurt
**Subject:** E-Ticket Confirmation-LAENGR 01SEP

9/1 - 9/2



# AmericanAirlines AA.com
## eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 30AUG11**

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: LAENGR**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel    Book a car    Buy trip insurance

**Record Locator: LAENGR**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA American Airlines | 1524 | DALLAS FT WORTH | THU 01SEP 7:15 PM | TAMPA | 10:30 PM | L |
| | Kurt Meaders | FF#: XRH0486 | Economy | Seat 12D | Food For Purchase |

1

| AA American Airlines | 533 | TAMPA | GLD | | | |
|---|---|---|---|---|---|---|
| | | | FRI 02SEP 7:00 PM | DALLAS FT WORTH | 8:40 PM | L |
| | Kurt Meaders | | FF#: XRH0486 GLD | Economy | Seat 9B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012345150014 | 697.68 | 73.72 | 771.40 |

| Payment Type: Master Card XXXXXXXXXXXX5374 | Total: $771.40 |
|---|---|

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.



**Conditions Of Carriage**  **Special Assistance**  **Flight Check-In**  **Flight Status Notification**



member of 

*We know why you fly*
**AmericanAirlines**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 521115541758301731302350

Kurt,
Lunch — HDR
. Tim Woodward
. Tim Connolly
. Wayne Mason

Mitchell's Fish Market
204 Westshore Plaza Blvd
Tampa, FL 33609
813-289-3663

Server: Lucas            08/30/2011
Table 83/1               12:25 PM
Guests: 4                70006

Iced Tea (3 @ )                 7.50
C - Gumbo (2 @4.95)             9.90
Seared Tuna Sal d (2 @14.95)   29.90
Tuna Melt                      10.95
MSC Sea Bass                   22.95

Subtotal                       81.20
Tax                             5.68

Total                          86.88

**Balance Due        86.88**

Making RAVING FANS is
THE MITCHELL'S WAY
We Value Our Guests Feedback
www.MitchellsFishMarket.com

Mitchell's Fish Market
204 Westshore Plaza Blvd
Tampa, FL 33609
813-289-3663

Server: Lucas        DOB: 08/30/2011
12:30 PM                   08/30/2011
Table 83/1                   7/70006

M/C                          242884
Card #xxxxxxxxxxxx5374
Magnetic card present: MEADERS KURT WOOD
Approval: 906865

Amount:            86.88

+ Tip:          15—

= Total:       101 88

X

Guest Copy



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee    Mr Kurt Meaders
3925 Hanover St
Dallas TX 752257119
United States

| | |
|---|---|
| Room No. | 0750 |
| Arrival | 09-01-11 |
| Departure | 09-02-11 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 173476 |
| Invoice | |

Membership    GP    511519090E
Bonus Code
Confirmation No.   6028054401
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-01-11 | - Lobby Bar Dinner Food | Room# 0750 : CHECK# 0358165 | 42.45 | |
| 09-01-11 | Package Room | | 99.00 | |
| 09-01-11 | State Sales Tax | | 6.93 | |
| 09-01-11 | Occupancy Tax | | 4.95 | |
| 09-02-11 | - Petey Brown's Breakfast Food | Room# 0750 : CHECK# 0211976 | 16.80 | |
| 09-02-11 | Master Card | XXXXXXXXXXXX5374    XX/XX | | 170.13 |

Your Gold Passport account will be credited for this stay.

| | | | |
|---|---|---|---|
| **Total** | | **170.13** | **170.13** |
| **Balance** | | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2860 or email na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

# FedEx Office

1305 ROSS AVE
DALLAS, TX 75202

ition:           RBDKK
ce ID:           RBDKK-POS2
oyee:            2023314
saction:         77029925930

---

IRITY OVERNIGHT
820574808      0.10 lb (S)
Direct Signature

duled Delivery Date 09/01/2011

Shipment subtotal:

Total Due:

(M) CreditCard:
***********5374

M = Weight entered manually
S = Weight read from scale
T = Taxable item

t to additional charges. See FedEx Service
lex.com for details. All merchandise sales fina..

Visit us at: **fedex.com**
Or call 1.800.GoFedEx
1.800.463.3339

August 31, 201

---

## FedEx
### Express
**NEW Package**
**US Airbill**

**1 From** *Please print and press hard.*

Date 8/31/11

Sender's FedEx
Account Number

Sender's
Name Karen Meaders

Company Sedgwick

Address 1717 Main Suite 5400

City Dallas   State TX   ZIP 75201

Phone 469.227.4616

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*

**3 To**

Recipient's
Name Tim Connolly

Company HDR Engineering

Address 8404 Indian Hills Drive

City Omaha   State NE   ZIP 68114

Phone 402.399.1250

FedEx Tracking Number   8768 2057 4808

**4 Express Package Service**   *To most locations.*
NOTE: Service order has changed. Please select carefully.

**Next Business Day**
- ☐ FedEx First Overnight
- ☐ FedEx Priority Overnight
- ☒ FedEx Standard Overnight

**2 or 3 Business Days**
- ☐ FedEx 2Day A.M.
- ☐ FedEx 2Day
- ☐ FedEx Express Saver

**5 Packaging**   *Declared value limit $500.*
- ☒ FedEx Envelope*
- ☐ FedEx Pak*
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

**Does this shipment contain dangerous goods?**
- ☒ No
- ☐ Yes

**Payment**   *Bill to:*
- ☒ Sender
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value

**Sender's Copy**

RETAIN THIS COPY FOR YOUR RECORDS.

## Expense Report - Transmittal Report



ER00000030212110171

**Spender** Kurt W. Meaders     **From** Sep 1, 2011  **To** Sep 2, 2011     **Reimbursement Amt** 4.00 USD

**Report name** attend preparation of Les Bromwell

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

**Expense Report - Transmittal Report**



ER00000030212110172

**Spender** Kurt W. Meaders     **From** Sep 7, 2011   **To** Sep 9, 2011     **Reimbursement Amt** 1,858.31 USD

**Report name** HDR Mediation/Bromwell Prep

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 6 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 8/30/11 | Airfare | United St... | 771.40 USD | Jennifer M. Arevalo |
| 9/7/11 | Parking or Tolls | United St... | 9.00 USD | Jennifer M. Arevalo |
| 9/7/11 | Group Meal | United St... | 592.85 USD | Jennifer M. Arevalo |
| 9/9/11 | Car Rental | United St... | 163.85 USD | Jennifer M. Arevalo |
| 9/10/11 | Lodging | United St... | 249.76 USD | Jennifer M. Arevalo |
| 9/10/11 | Parking or Tolls | United St... | 71.45 USD | Jennifer M. Arevalo |

# Meaders, Kurt

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

*Airport Parking*

**Ticket#:** 371023
**CheckIn D/T:** 09/07/11 09:38
**CheckOut D/T:** 09/09/11 21:15
**Duration Time:** 2d 11h 37m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $66.00
**Tax:** $5.45
**Total:** $71.45

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 919963
**Order#** 3848961323
**Total:** $71.45

**Rewards:** Meaders, Kurt-DEFAULT
**Collected:** 7,145
**Total Points:** 132,391-$13.23

© AVPM®


*Kwm Lodging*

# HYATT

t Meaders
5 Hanover St       Ste 5400
las
                    752257119

v #: 4625881

You have Checked Out of Room 1235

| | Description | Am |
|---|---|---|
| Sep 7 | Valet Parking | $1? |
| 7 | Package Room | $99 |
| 7 | State Sales Tax | $6. |
| 7 | Occupancy Tax | $4 |
| 8 | Valet Parking | $1? |
| 8 | Bottled Water | $4. |
| 8 | Package Room | $99 |
| 8 | State Sales Tax | $6 |
| 8 | Occupancy Tax | $4 |
| 9 | Master Card | $249.7 |

Balance: $C

: ***********5374

.: our staff quick and efficient and did
    er assistance? Was everything in you
    in working order? If you are unable
    ide the most favorable feedback to th
    questions, please let us know.

    r comments regarding your stay please
    e-mail michelle.logel@hyatt.com

    or questions regarding your guestroom
    account please call 888-472-2870,
or e-mail na.customerservice@hyatt.com.

Thank you for staying with us at
Grand Hyatt Tampa Bay!

9/9/2011 8:35:51 AM

*Dinner Meeting*

*Tim Connolly, Dennis Frostic,*
*Tim Woodward and Kurt Meeders*



# DONATELLO

*232 N. Dale Mabry, Tampa, Florida 33609    (813) 875-6660*

| Date | Table | Waiter's Name | Guests | Meal |
|---|---|---|---|---|
| 9/07/11 | 70 | Ted | 4 | Dinner |

| | | | |
|---|---|---|---|
| 2 | Ostriche Fiorentina With Crab | $21.95 | $43.90 |
| 1 | Shrimp Fritti | $32.95 | $32.95 |
| 2 | Cesare | $12.95 | $25.90 |
| 1 | Piccata Al Limone | $27.95 | $27.95 |
| 2 | Ossobuco Milanese | $44.95 | $89.90 |
| 1 | Fracosta Al Pepe Nero | $36.95 | $36.95 |
| 1 | Spinach Sautee | $9.95 | $9.95 |
| 4 | Bruschetta | $3.95 | $15.80 |
| | Misc Personal Charge | $98.00 | ⟨$196.00⟩ |

```
 .....LLU, INC
2 N DALE MABRY HW
   TAMPA, FL 33609
    813-875-6660

     BATCH: 955
  S-A-L-E-S  D-R-A-F-T
      73522720
     907650000001

     0008
/PE: MASTERCARD
/PE: PURCHASE
   SEP 07, 11  20:59:20

JUNT      $512.8
                  &
AL        592 85

  *************5374    EXP: **/
72316
    0
                     $0.0

MBER ACKNOWLEDGES RECEIPT OF GOO
OR SERVICES IN THE AMOUNT OF THE
SHOWN HEREON AND AGREES TO PERFO
E OBLIGATIONS SET FORTH BY THE
EMBER'S AGREEMENT WITH THE ISSUE
```

| | |
|---|---|
| SubTotal | $479.30 |
| Tax | $33.55 |
| Total | $512.85 |



*Parking Mediation*

```
                 City of Tampa
                Parking Division


      Computer Number:
  Cashier:                         J Id
    nsaction Number:
  - ered:                09/08/2011
   ted:                  09/08/2011
   ket #38217                 Dispens
                                   L
      -1:                        A
      1:                      FtBrooke
  rking Fee:                    $ 5.
    1 Fee:                      $ -

      ove Amount Includes The Following Tax(es
                                $
    1 Paid:                     $
             Have a Nice Day
```

9.5D

*Please check your car for personal effects.*

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 406318356 | 55669622 | E |

**MEADERS,KURT**
WIZ = T8N93R      AWD = A984200
CV - CMXXXXXXXXXXXX5374
FTN AD/XRHO486                 PO
OUT TPA 07SEP11/1515 MI =  5890
IN  TPA 09SEP11/1728 MI =  6500
     610 MI@    .40 =
          HR@  32.26 =
       3 DY@  43.00 =      129.00
**10.40% FEE          =       13.86
7.5% TX FF MIDY       =         .19
$  0.56 /DY ERF       =        1.68
$  2.00 /DY SSU       =        6.00
$  0.02 /DY TBS       =         .06
$  0.78 /DY VLF       =        2.34
TAXABLE SUBTOT        =      153.13
TAX  7.000%           =       10.72
FUEL SERVICE          =
**TOTAL CHARGES**        =      163.85
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED    150


        Go to Avis.com to
        Receive E-Receipts.

## Meaders, Kurt

| | |
|---|---|
| **From:** | Avis.RentACar@avis.com |
| **Sent:** | Friday, September 09, 2011 4:59 PM |
| **To:** | Meaders, Kurt |
| **Subject:** | UPDATED: E-Receipt for Avis Rental # 406318356 |
| **Attachments:** | E-Receipt.pdf |

# Thank you for renting with Avis

### Avis Car Rental e-Receipt

### Rental Agreement Number: 406318356

**AVIS** We try harder.

### Customer Information:

| | |
|---|---|
| Customer Name: | **KURT MEADERS** |
| Wizard Number: | ***93R** |
| Avis Worldwide Discount Number: | **A984200** |
| Customer Status: | **AVIS FIRST** |
| Method of Payment: | **MASTER** |
| Credit Card #: | **CMXXXXXXXXXXXX5374** |
| Freq Traveler: | AD/XRH0486 |

### Vehicle Information:

| | |
|---|---|
| Car Group Rented: | FULL SIZE 4 DOOR |
| Car Group Charged: | FULL SIZE 4 DOOR |
| Car Make Model: | WHI FORD TAUR 4DR |
| Plate Number: | MD3AH3711 |
| Car Number: | 55669622 |
| Mileage Out: 5700 | Fuel Out: 8/8 |
| Mileage In: 5825 | Fuel In: 0/8 |
| Mileage Driven: 125 | |

### Rental Information

| | | | |
|---|---|---|---|
| Pickup-Date/Time: | **07SEP11/1515** | Return Date/Time: | **09SEP11/1728** |
| Pick-up Location: | **TAMPA INT'L AIRPORT** | Return Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PARKWAY** | | **4030 GEORGE J BEAN PARKWAY** |
| | **TAMPA INTERNATIONAL AIRPORT** | | **TAMPA INTERNATIONAL AIRPORT** |
| | **TAMPA, FL 33607 US** | | **TAMPA, FL 33607 US** |
| | **813-396-3500** | | **813-396-3500** |

### Vehicle Charges

| | | | | |
|---|---|---|---|---|
| Time: | 0 miles @ .40 | 0.00 | TAX 7.000% | 10.72 |
| | 0 hours @ 32.26 | 0.00 | Fuel Service | 0.00 |
| | 3 days @ 43.00 | 129.00 | LDW | 0.00 |
| | 0 weeks @ 258.00 | 0.00 | Total Charges | 163.85 |
| | 0 months @ 1032.00 | 0.00 | | |
| Time & Mileage | | 129.00 | | |
| **10.40% FEE | | 13.86 | | |
| 7.5% TX FF MIDY | | .19 | | |
| $ 0.56 /DY ERF | | 1.68 | | |
| $ 2.00 /DY SSU | | 6.00 | | |
| $ 0.02 /DY TBS | | .06 | | |
| $ 0.78 /DY VLF | | 2.34 | | |
| **SUBTOTAL** | | **153.13** | **Amount Due** | **163.85** |

1

\*\*CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED 150

## Avis e-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to unsubscribe from e-Receipt, please e-mail e.receipts@avis.com.
Attached is your receipt in Portable Document Format(PDF).

Avis maintains a 100% smoke-free fleet

Avis, 6 Sylvan Way, Parsippany, NJ 07054.

© 2010 Avis Rent A Car System, LLC. Avis features GM vehicles.
The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

Home | Logout | My Account | | English | Contact AA | FAQ | Search AA.com ...

**MR. KURT MEADERS**    GOLD    Mileage Balance: 314,042 Miles

Reservations    Travel Information    Travel Deals    AAdvantage®    Products & Gifts    Business Programs    About Us

## Itinerary Details

- Note: This reservation can not be changed online because it is not ticketed. You may cancel your entire itinerary and create a new reservation online, or contact AA Reservations for assistance.

- Note: You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

- Online check-in is available on AA.com for travel within the 50 US, Puerto Rico and the US Virgin Islands within 1 to 24 hours and for all other travel within 2 to 24 hours of the scheduled departure time.

[✉ EMAIL ITINERARY]  [📅 SEND TO CALENDAR]  [🖨 PRINT ITINERARY]

### Reservation Details   ?

| Record Locator | Status | Reservation Name |
|---|---|---|
| **MVDHHB** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Purchased -** **Aug 30, 2011** If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price. | **DFW/TPA** You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). [CHANGE NAME] |

### Your Itinerary   ?

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Flight Details | Seats |
|---|---|---|---|---|---|---|---|---|
| AA AMERICAN AIRLINES | 304 | DFW Dallas/ Fort Worth | Sep 07, 2011 10:35 AM | TPA Tampa | Sep 07, 2011 01:55 PM | Economy L | [VIEW] | 9D |
| AA AMERICAN AIRLINES | 533 | TPA Tampa | Sep 09, 2011 07:00 PM | DFW Dallas/ Fort Worth | Sep 09, 2011 08:40 PM | Economy L | [VIEW] | 10D |

[CANCEL ITINERARY]

### Your Notifications   ?

| Contact | Notification Summary | Actions | |
|---|---|---|---|
| Email: KURT.MEADERS@SEDGWICKLAW.COM | • Send 2 hours prior to departure • GATE CHANGES | Enabled | Disable |

### Fare Summary   ?

| Average Fare per Person: 750.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| PriorityAAccess℠ and Same-Day Standby | Complimentary |
| Total Fare per Person | 750.00 USD |
| Additional Taxes and Fees per Person | 21.40 USD |
| Seats | Complimentary |
| Total Price | 771.40 USD |

### Upgrade Reservation   ?

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? View Upgrade Rules |
|---|---|---|---|---|
| 304 | DFW Dallas/ Fort Worth | TPA Tampa | 2 | |
| 533 | TPA Tampa | DFW Dallas/ Fort Worth | 2 | |

- An electronic upgrade may be confirmed up to three hours prior to departure by our automated system. Once your upgrade is confirmed, your previous seat assignment(s) will be released.
- If your upgrade request cannot be confirmed prior to check-in, you will be given an opportunity to be added to the airport standby list. To continue standing by. In order to be added to the airport standby list, please ensure you have the appropriate number of upgrades in your account prior to check-in.
- 500-mile Upgrades may be purchased at the airport or at a discount when purchased online.
- If there are multiple passengers in your reservation and each passenger will be paying for their upgrade separately, please call AAdvantage Reservations to ensure your request is handled appropriately.

**How Should We Notify You About the Status of Your Upgrade?**

⦿ Email Address KURT.MEADERS@SEDGWICKLAW.COM

○ No Notification Required

Only one notification method will be retained per itinerary. Therefore, the most recently requested notification option will be used.

[SUBMIT UPGRADE REQUEST]

| Passenger Details | ? |
| --- | --- |

Save time at the airport! Add your travel information below to check-in online.

**KURT MEADERS**                    No Further Information required to travel          View Details

**Summary**                          **Required**                      **Optional**

All information required for online check-in     Secure Flight Information       Frequent Flyer Number
has been provided. Online check-in will be
available 24 hours prior to your departure.
                                                                              Trip Contact Number

BACK

[+]
FEEDBACK



 AAdvantage
Earn Miles. Enroll Now.

 Download
Our Travel Apps

 Email
Exclusives

 Lowest Prices
Guaranteed

Admirals Club   DealFinder   Careers   Site Map   Legal   Privacy Policy   Customer Service & Contingency Plans   Optional Charges   Copyright   RSS



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-614-80984 | Sep 01, 2011 | 2323-3788-5 | 5 of 11 |

**Picked up:** Aug 23, 2011     **Cust. Ref.:** 10399 000009     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | SEDGWICK | DR ROBERT APPLEBAUM |
| Tracking ID | 876693067607 | SEDGWICK,DETERT,MORAN & ARNOLD | CULICCHIA NEUROLOGICAL CLINIC |
| Service Type | FedEx Priority Overnight | 1717 MAIN ST STE 5400 | 1111 MEDICAL CTR BLVD ST 5750 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | MARRERO LA 70072 US |
| Zone | 04 | | |
| Packages | 1 | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | | |
| Delivered | Aug 24, 2011 08:40 | Transportation Charge | 49.40 |
| Svc Area | A2 | Fuel Surcharge | 3.19 |
| Signed by | K.NOEL | Discount | -28.16 |
| FedEx Use | 023511471/0001530/_ | **Total Charge**        **USD** | **$24.43** |

**Picked up:** Aug 24, 2011     **Cust. Ref.:** 0999-000073     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Incorrect recipient address.
- Distance Based Pricing, Zone 5
- 1st attempt Aug 25, 2011 at 08:07 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 43.0 lbs., 27" x 24" x 11", divided by 166.
- Original address - 4301 ANCHOR PLAZA PKWY/TAMPA, FL 33634

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | David Kent | David Kent |
| Tracking ID | 795113364950 | SEDGWICK,LLP. | STE300 |
| Service Type | FedEx Priority Overnight | 1717 Main Street | TAMPA FL 33634 US |
| Package Type | Customer Packaging | DALLAS TX 75201 US | |
| Zone | 05 | | |
| Packages | 1 | | |
| Actual Weight | 30.0 lbs, 13.6 kgs | | |
| Rated Weight | 43.0 lbs, 19.5 kgs | Transportation Charge | 193.15 |
| Declared Value | USD 300.00 | Discount | -110.10 |
| Delivered | Aug 25, 2011 13:00 | Fuel Surcharge | 12.46 |
| Svc Area | A1 | Declared Value Charge | 2.25 |
| Signed by | T. WATFORD | Address Correction | 11.00 |
| FedEx Use | 000000000/0001552/_ | **Total Charge**        **USD** | **$108.76** |

**Picked up:** Aug 24, 2011     **Cust. Ref.:** 02278.103323     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Jean Ann Underwood | Kenneth P. O'Brien |
| Tracking ID | 795116560066 | SDMA | Sewell, O'Brien & Neal, PLLC |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 220 W MAIN ST STE 300 |
| Package Type | FedEx Pak | DALLAS TX 75201 US | LOUISVILLE KY 40202 US |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Aug 25, 2011 09:53 | Transportation Charge | 36.20 |
| Svc Area | A1 | Fuel Surcharge | 2.34 |
| Signed by | M.HENSLEY | Discount | -20.63 |
| FedEx Use | 000000000/0001349/_ | **Total Charge**        **USD** | **$17.91** |



Tracking ID: 876693067309 continued

| | | | | |
|---|---|---|---|---|
| Delivered | Aug 31, 2011 09:44 | Transportation Charge | | 51.35 |
| Svc Area | A5 | Residential Delivery | | 2.75 |
| Signed by | see above | Fuel Surcharge | | 8.12 |
| FedEx Use | 024211267/0000006/02 | **Total Charge** | **USD** | **$62.22** |

**Picked up:** Aug 31, 2011      **Cust. Ref.:** 10711-000001      **Ref.#2:**
**Payor:** Shipper      **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Minimum Billable Weight was applied.

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 795141689768 | Gail Fountain | Kathy Gilman | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs-Dogali | |
| Package Type | FedEx Box | 1717 Main Street #5400 | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Sep 01, 2011 07:21 | Transportation Charge | | 69.85 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | R.GAMBLE | Fuel Surcharge | | 10.48 |
| FedEx Use | 000000000/0000012/_ | **Total Charge** | **USD** | **$80.33** |

**Picked up:** Aug 31, 2011      **Cust. Ref.:** 886-08      **Ref.#2:**
**Payor:** Shipper      **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 7

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 795142255022 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Package Type | FedEx Pak | 1717 Main Street | 1 MARKET PLZ | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Sep 01, 2011 09:28 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Fuel Surcharge | | 2.70 |
| Signed by | R.PEGA | Discount | | -23.88 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$20.72** |

**Picked up:** Aug 31, 2011      **Cust. Ref.:** 886-08      **Ref.#2:**
**Payor:** Shipper      **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 797472596333 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | Sedgwick,LLP. | Sedgwick,LLP. | |
| Package Type | FedEx Pak | 1717 Main Street | 1111 BAGBY ST STE 2300 | |
| Zone | 03 | DALLAS TX 75201 US | HOUSTON TX 77002 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Sep 01, 2011 08:46 | Transportation Charge | | 24.10 |
| Svc Area | A1 | Discount | | -13.74 |
| Signed by | M.SINGLETON | Fuel Surcharge | | 1.55 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$11.91** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-622-11061 | Sep 08, 2011 | 2323-3788-5 | 7 of 7 |

**Picked up:** Sep 02, 2011    **Cust. Ref.:** 00196-129727    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Arron Fox | Rex Kyle | |
| Tracking ID | 795150608861 | SEDGWICK, DETERT, MORAN & ARND | Bank of the Ozarks | |
| Service Type | FedEx Standard Overnight | 1717 MAIN STREET, SUITE 5400 | 17901 CHENAL PKWY | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LITTLE ROCK AR 72223 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Sep 06, 2011 09:21 | Transportation Charge | | 18.55 |
| Svc Area | A1 | Fuel Surcharge | | 1.20 |
| Signed by | R.CRABTREE | Discount | | -10.57 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$9.18** |

**Picked up:** Sep 02, 2011    **Cust. Ref.:** 00196-129727    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Arron Fox | James G. O'Callahan | |
| Tracking ID | 795150624592 | SEDGWICK, DETERT, MORAN & ARNO | Girardi and Keese | |
| Service Type | FedEx Priority Overnight | 1717 MAIN STREET, SUITE 5400 | 1126 WILSHIRE BLVD | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90017 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Sep 06, 2011 09:20 | Transportation Charge | | 26.55 |
| Svc Area | A2 | Discount | | -15.13 |
| Signed by | T.LEPORE | Fuel Surcharge | | 1.71 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$13.13** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$303.79** |

**Picked up:** Aug 29, 2011    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Recipient    **Ref.#3:**

*10711.1*

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.00% to this shipment.
- Distance Based Pricing, Zone 5
- Package sent from: 33634 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 163.0 lbs, 35" x 22" x 35", divided by 166.
- Your package/shipment was charged an Oversize Charge because it exceeded the maximum combined length/girth of 130" or it exceeded the maximum length of 108".

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | SEDGWICK, DETERT, MORAN & ARND | DAVID KENT | |
| Tracking ID | 795129484244 | SEDGWICK | SEDGWICK | |
| Service Type | FedEx Express Saver | 1717 MAIN ST. | 1717 MAIN ST. | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | DALLAS TX 75201 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Actual Weight | 60.0 lbs, 27.2 kgs | Transportation Charge | | 228.20 |
| Rated Weight | 163.0 lbs, 73.9 kgs | Fuel Surcharge | | 25.98 |
| Delivered | Aug 31, 2011 09:46 | Courier Pickup Charge | | 0.00 |
| Svc Area | A1 | Oversize Charge | | 50.00 |
| Signed by | C.KIRCHENBAUER | Discount | | -104.97 |
| FedEx Use | 000000000/0007173/_ | Additional Handling Charge - Package | | 8.00 |
| | | **Total Charge** | **USD** | **$207.21** |

| | | |
|---|---|---|
| **Recipient Subtotal** | **USD** | **$207.21** |
| **Total FedEx Express** | **USD** | **$511.00** |



BARNES & ROBERTS
MULTIMEDIA SERVICES

# Invoice

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 08/31/11 | 3507 |

**Bill To:**
Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 08/31/11 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 08/23/11 | CG Design | Working on new exhibits for trial. | 0.77 | 225.00 | 173.25T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 14.29 |

*A P 1 3 8 3 1 0 2 *

REC'D SF ACCTG

SEP 23 2011

B. LI YEE BAK

OK
9/14/11
10711.000001

Cori C. S.      #3426

Taxpayer Identification # 75-2780636      (214)421-5900      mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| Total | $187.54 |
|---|---|
| Payments | $0.00 |
| **Balance Due** | **$187.54** |



# Invoice

**BARNES & ROBERTS**
MULTIMEDIA SERVICES

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 09/15/11 | 3528 |

**Bill To:**
Sedgwick LLP
Ms. Cori Steinmann
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
| | | Due on receipt | 09/15/11 | 10711-000001 | 0067-0063 Tampa Bay Water ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 09/06/11 | KC Animation | Revision to calendar speed and texture revision. | 1.17 | 150.00 | 175.50T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 14.48 |

*A P 1 3 8 3 1 0 3 *

REC'D SF ACCTG

SEP 23 2011

B. LI YEE BAK

ok
10711.000001
9/19/11

#342c

Taxpayer Identification # 75-2780636     (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|------|--------|
| Total | $189.98 |
| Payments | $0.00 |
| **Balance Due** | **$189.98** |

CyberShiftExpense

Page 1 of 1

**Expense Report - Transmittal Report**



ER00000035062110126

Spender David C. Kent     **From** Sep 7, 2011   **To** Sep 7, 2011     **Reimbursement Amt** 382.00 USD

**Report name** HDR - Daubert Hearing

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 9/7/11 | Airfare | United St... | 382.00 USD | Jennifer M. Arevalo |

https://expense.cybershift.net/sedgwickExpenseWeb/redirect.do?f=print_summary     9/27/2011

# TO DO LIST

Date: _____ HDR - Daubert Hearing

1. ☐ _____
2. ☐ Airfare - $ 382 $^{00}$
3. ☐ _____
4. ☐ Change fees for
5. ☐ delaying my flight,
6. ☐ which was charged
7. ☐ to the PSI file.
8. ☐ _____
9. ☐ _____
10. ☐ _____
11. ☐ _____
12. ☐ _____



**TEXAS CHEMICAL COUNCIL**

**General Rules:** RATE GUARANTEED SPCL DLY INT
MUST RETURN TO REQUESTED CITY
TO USE A DEBIT CARD AT A LOCATION THAT ACCEPTS
THEM YOU ARE SUBJECT TO ADDITIONAL CREDIT CHECKS
OR MUST PRESENT ADDITIONAL IDENTIFICATION.
THE MINIMUM RENTAL PERIOD IS 001 DAYS
MIN AGE 21. 21-24 UA SURCHARGE 27.00DY
OTHER RESTRICTIONS MAY APPLY.
CONTACT LOCAL REP FOR DETAILS
10.00 EXTENSION FEE MAY APPLY
10.00 LATE FEE MAY APPLY
10.40PCT CONCESSION RECOVERY FEE

**Mileage and rates\*\***

Unlimited

Daily rate: $22.79*

extra hour: $17.10

extra day: $22.79

Minimum rental: 1 day

Maximum rental:7 days

\*\* Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays. Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

### Flight cost summary

**Flight cost - 9/7/11**

| | |
|---|---|
| Airfare #0017994777538 | $567.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Flight cost** | **$574.40** |

**Exchange cost - 9/15/11**

| | |
|---|---|
| Airfare #0017995631883 | $777.40 |
| Previous airfare | $567.40 - |
| **Airfare difference** | **$210.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$382.00 USD** |

**Grand total itinerary cost to-date** $956.40 USD

**Billing information**

Card holder's Name: David C Kent

Card type: American Expres

Card number: xxxxxxxxxxx157

### Hotel cost summary

| Room rate | Mon | Tue | Wed |
|---|---|---|---|
| Sep 12-Sep 14 $142 | $142 | $142 | |
| **Applicable taxes:** | TAX: 5.00 PCT PLUS 7.00 PCT (not included) | | |
| **Total room cost:** | $424.65 | | |
| **Total charges\*** | $424.65 | | |

**Billing information**

Card holder's Name: David C Kent

Card type: American Expres

Card number: xxxxxxxxxxx157

3

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Thursday, September 15, 2011 7:16 AM |
| **To:** | Kent, David |
| **Subject:** | Flight Ticket Confirmation - KENT - Tampa 9/12/11 |

**ORBITZ** FOR BUSINESS

# Sedgwick L.L.P.

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 9/12/11**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa 9/12/11
This trip includes **flights, hotel and car rental.**

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601WJLG0IMJ |
| **Airline record locator:** | American Airlines - MVALRL |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Ticket numbers:** | 0017995631883 |
| **Traveler(s)** | **Frequent flier details** |

DAVID KENT    American Airlines AAdvantage
H106810

**Leave Monday, September 12, 2011**
**American Airlines 1430** Economy | Boeing 737-800 Passenger (738) | 2hr 15min | 920 miles

Depart:  **8:05am  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:  **11:20am  Tampa, FL**  Tampa International (TPA)

**Upgrade requested.**

**Return Thursday, September 15, 2011**
**American Airlines 533** Economy | McDonnell Douglas MD-80 (M80) | 2hr 40min | 920 miles

Depart:  **7:00pm  Tampa, FL**  Tampa International (TPA)
Arrive:  **8:40pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Your flight is confirmed. The airline will assign seats at check-in or you may <u>select seats.</u>

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage.The fee is not included in your total trip cost.<u>See details</u>

**Important fare notes**

## Expense Report - Transmittal Report



ER00000030212110175

**Spender** Kurt W. Meaders          **From** Sep 27, 2010  **To** Sep 27, 2011          **Reimbursement Amt** 892.18 USD

**Report name** Hearing Motion to Reopen Case

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 5 | Audit required | No |
| Number of receipts to submit | 3 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 9/22/11 | Airfare | United St... | 777.40 USD | Jennifer M. Arevalo |
| 9/27/11 | Individual Meal | United St... | 46.00 USD | Jennifer M. Arevalo |
| 9/27/11 | Parking or Tolls | United St... | 23.82 USD | Jennifer M. Arevalo |

Home | Logout | My Account |     English  | Contact AA | FAQ  Search AA.com ...

**MR. KURT MEADERS**    GOLD    Mileage Balance: 322,211 Miles

| Reservations | Travel Information | Travel Deals | AAdvantage® | Products & Gifts | Business Programs | About Us |

1 Start Over  2 Flights  3 **Passengers**  4 Summary  5 Payment  6 Ticketing Options  7 Finish

**Your Itinerary** ?

| Carrier | Flight Number | Departing | | | Arriving | | Aircraft Type | Cabin Booking Code | Modify Your Selection |
|---|---|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | | | | |
| AMERICAN AIRLINES | 1430 | DFW Dallas/ Fort Worth | Sep 27, 2011 08:05 AM | TPA Tampa | Sep 27, 2011 11:20 AM | 738 | Economy L | MODIFY |
| AMERICAN AIRLINES | 533 | TPA Tampa | Sep 27, 2011 07:00 PM | DFW Dallas/ Fort Worth | Sep 27, 2011 08:40 PM | M80 | Economy L | MODIFY |

**Fare Summary** ?

**Average Fare per Person:** Departure - 378.00 USD    Return - 378.00 USD

| | Adult |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 378.00 USD |
| Return Fare per Person | 378.00 USD |
| Total Fare per Person | 756.00 USD |
| Additional Taxes and Fees per Person * | 21.40 USD |
| **Total Price** | **777.40 USD** |

- View Fare Rules.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.
- Optional Services and Carrier Charges include, but are not limited to, items such as checked or carry-on baggage, seat selection and seat upgrades.

* Foreign taxes based on itinerary or non-U.S. billing address may apply. Additional Fees, such as checked baggage charges, may apply.

**Trip Insurance** ?

**Recommended: Protect Your Trip**

Your travel plans are an investment worth protecting. Look for the opportunity to purchase trip insurance on the payment page before finalizing your ticket purchase.

AccessAmerica®

**Enter Passenger Details** ?

TSA Privacy Notice

Enter all passenger names as they appear on the passenger's government-issued photo identification.    **View Details**

**Passenger 1**    *Required to make and hold a reservation*    *Required to purchase a ticket* ?

**Passenger Details**

| First Name | Middle Name | Last Name (no suffix) | Passenger Type |
|---|---|---|---|
| KURT | WOOD | MEADERS | Adult (18-64) |

| Program | Frequent Flyer Number | |
|---|---|---|
| AAdvantage | XRH0486 | Special Assistance Required |

**Secure Flight Information** 

| Date of Birth | Gender |
|---|---|
| Dec 05, 1965 | Male |

Redress Number 

Save updates to My Account

**Contact Information**

*At least one number is required*

| Country | Area | Cell | Country | Area | Home | Country | Area | Business | Ext. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 214 | 9143840 | 1 | 214 | 7501241 | 1 | 469 | 2274616 | |

**Email Address**

KURT.MEADERS@SEDGWICKLAW.COM          Save updates to My Account

**Promotion Code** +

If you are using a promotion code, please enter it now.

[+] FEEDBACK

*(handwritten: HDR Hearing 9/26/11)*

+   May not be used in conjunction with all fares.

**Business ExtrAA Account Number**

*Business ExtrAA Account Number for this reservation.*

START OVER   CONTINUE



AAdvantage®
Earn Miles. Enroll Now.

 Preferred and
Preferred Plus Seats

 Email
Exclusives

 Lowest Prices
Guaranteed

Admirals Club   DealFinder   Careers   Site Map   Legal   Privacy Policy   Customer Service & Contingency Plans   Optional Charges   Copyright   RSS

*KWM*

Home | Logout | My Account |    English    | Contact AA | FAQ   Search AA.com ...

**MR. KURT MEADERS**    **GOLD**    Mileage Balance: 322,211 Miles

Reservations    Travel Information    Travel Deals    AAdvantage®    Products & Gifts    Business Programs    About Us

1  Start Over  2  Flights  3  Passengers  **Summary**  5  Payment  6  Ticketing Options  7  Finish

### Your Itinerary ?

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Flight Details | Seats |
|---|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 1430 | DFW Dallas/ Fort Worth | Sep 27, 2011 08:05 AM | TPA Tampa | Sep 27, 2011 11:20 AM | Economy L | VIEW | unassigned |
| AMERICAN AIRLINES | 533 | TPA Tampa | Sep 27, 2011 07:00 PM | DFW Dallas/ Fort Worth | Sep 27, 2011 08:40 PM | Economy L | VIEW | unassigned |

### Fare Summary ?

field.passengerType.adult

**Average Fare per Person:**   Departure - 378.00 USD    Return - 378.00 USD

*N2EW2G*

| | Adult |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 378.00 USD |
| Return Fare per Person | 378.00 USD |
| PriorityAAccess℠ and Same-Day Standby | Complimentary |
| Total Fare per Person | 756.00 USD |
| Additional Taxes and Fees per Person | 21.40 USD |
| Seats - Change | Complimentary |
| **Total Price** | **777.40 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.
- Optional Services and Carrier Charges include, but are not limited to, items such as checked or carry-on baggage, seat selection and seat upgrades.

* Foreign taxes based on itinerary or non-U.S. billing address may apply. Additional Fees, such as checked baggage charges, may apply.

I accept the fare rules associated with this ticket. Any changes to this ticket may result in additional fees.
By including an AAdvantage number in this booking, I agree to the Terms and Conditions of the AAdvantage program.

### Summary Details ?

**Contact Information**

| | |
|---|---|
| Cell Phone: | (1) 214-914-3840 |
| Home Phone: | (1) 214-750-1241 |
| Business Phone: | (1) 469-227-4616 |
| Email Address: | KURT.MEADERS@SEDGWICKLAW.COM |

**Business ExtrAA Account Number:**

**Upgrade Reservation ?**

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? View Upgrade Rules |
|---|---|---|---|---|
| 1430 | DFW Dallas/ Fort Worth | TPA Tampa | 2 | Requested |
| 533 | TPA Tampa | DFW Dallas/ Fort Worth | 2 | Requested |

- An electronic upgrade may be confirmed up to three hours prior to departure by our automated system. Once your upgrade is confirmed, your previous seat assignment(s) will be released.
- If your upgrade request cannot be confirmed prior to check-in, you will be given an opportunity to be added to the airport standby list to continue standing by. In order to be added to the airport standby list, please ensure you have the appropriate number of upgrades in your account prior to check-in.
- 500-mile Upgrades may be purchased at the airport or at a discount when purchased online.
- If there are multiple passengers in your reservation and each passenger will be paying for their upgrade separately, please call AAdvantage Reservations to ensure your request is handled appropriately.

To complete your purchase you may use one of the following:
- AA.com - NO FEES APPLY to purchase online.
- Other Options - FEES APPLY. Select from several options, including cash payment via a Western Union Agent location.

If you are not ready to purchase your ticket now, you may select HOLD to GUARANTEE your reservation and fare for up to 24 hours.

[ START OVER ]   [ HOLD ]   [ PURCHASE ]

**AAdvantage®**    Preferred and    Email    Lowest Prices
Earn Miles. Enroll Now.    Preferred Plus Seats    Exclusives    Guaranteed





Admirals Club  DealFinder  Careers  Site Map  Legal  Privacy Policy  Customer Service & Contingency Plans  Optional Charges  Copyright  RSS



**Meaders, Kurt**

From:
Sent:
To:
Subject:

DFW Valet [dfwvalet2@pcidfw.com]
Tuesday, September 27, 2011 9:35 PM
Meaders, Kurt
DFW Valet Parking Receipt


**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**


**Ticket#:** 381822
**CheckIn D/T:** 09/27/11 07:02
**CheckOut D/T:** 09/27/11 20:36
**Duration Time:** 13h 33m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $22.00
**Tax:** $1.82
**Total:** $23.82

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 810124
**Order#** 3883337729
**Total:** $23.82

**T-Acct#** RG01003792
**Reward Class:** DEFAULT
**Collected:** 2,382
**Total Points:** 144,299-$14.42

© AVPM®