```
              HMS HOST
              CHILI'S
    TAMPA INTERNATIONAL AIRPORT

4034 Dianne
----------------------------------------
131/1          494      GST 2
      SEP27'11   5:49PM
----------------------------------------

      **** SEAT 1 ****
Misc Personal Charge      <7.29>
Misc Personal Charge      <7.79>

1 BONELESS WINGS          9.89
    MILD
1 CHIPS & SALSA           3.29
1 MOLTEN CHOCOLATE        7.25
    SUBTOTAL             35.51
TAX    2.49  AMOUNT      38.00
      *******  *******

    SUBTOTAL             35.51
    TAX                   2.49
    AMOUNT             $38.00
```

THANK YOU FOR YOUR BUSINESS!
GM:TIM JUUL tim.juul@hmshost.com
813.396.3983 or email Chilis.com

Tell us what you think!
Log onto
www.feelgood-hmshost.com
complete a survey on your
experience and enter for a
chance to win a great vacation
or cash!

HMS Host Store Card = 5940H27

NO PURCH NECESSARY. VOID WHERE
PROHIBITED. Legal residents of
the 50 US/DC;18+. Starts 9/19/11
& ends 11/13/2011.For rules/free
entry by mail/prize info:
www.feelgood-hmshost.com
or send request:
Host Sweepstakes Rules,
PO Box 27805, Golden Valley,
MN, 55427.  Sponsor:
HMSHost Bethesda, MD.

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:         494
TABLE:         131/1
SERVER:   4034 Dianne
DATE:     SEP27'11  6:22PM
CARD TYPE:  MSTRCARD  A1
ACCT #:   XXXXXXXXXXX5374    *
EXP DATE:  XX/XX
AUTH CODE:  736564

TOTAL:              38.00

TIP:  ----------------------

TOTAL:  --------------   46

X  ------------------------
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.
```

Dinner w/ Wayne Mason
Kurt Maslen

## Expense Report - Transmittal Report



ER00000029852110179

**Spender** Wayne B. Mason          **From** Sep 13, 2011  **To** Sep 15, 2011          **Reimbursement Amt** 2,231.95 USD

**Report name** Daubert Hearing & Prep

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 16 | Audit required | Yes |
| Number of receipts to submit | 15 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 9/1/11 | Airfare | United St... | 273.40 USD | Jennifer M. Arevalo |
| 9/13/11 | Lodging | United St... | 273.28 USD | Jennifer M. Arevalo |
| 9/13/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 9/13/11 | Group Meal | United St... | 47.33 USD | Jennifer M. Arevalo |
| 9/13/11 | Group Meal | United St... | 428.19 USD | Jennifer M. Arevalo |
| 9/14/11 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 9/14/11 | Individual Meal | United St... | 41.72 USD | Jennifer M. Arevalo |
| 9/14/11 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 9/14/11 | Lodging | United St... | 273.28 USD | Jennifer M. Arevalo |
| 9/14/11 | Group Meal | United St... | 54.44 USD | Jennifer M. Arevalo |
| 9/15/11 | Miles/Kilos | United St... | 22.20 USD | Jennifer M. Arevalo |
| 9/15/11 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 9/15/11 | Group Meal | United St... | 418.82 USD | Jennifer M. Arevalo |
| 9/15/11 | Car Rental | United St... | 171.94 USD | Jennifer M. Arevalo |
| 9/16/11 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |

# The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :72440-8022

## Table 203
Lynn
17:39:16 09/15/2011                    Gst 3

| | | |
|---|---|---|
| Misc Personal Charge | | ⟨22.00⟩ |
| Misc Personal Charge | | ⟨6.00⟩ |
| Misc Personal Charge | | ⟨11.00⟩ |
| Misc Personal Charge | | |
| 1 Proscuitto/Mozzarella | | 15.00 |
| 1 Mini Tenderloin Sandwiches | | 18.00 |
| 1 Lobster & Crab Cakes | | 18.00 |
| 1 10oz Filet Mignon | | 40.00 |
| 1 Sesame Seared Tuna | | 39.00 |
| 1 Lobster Mac nCheese | | 15.00 |
| 1 SC Baked Potato | | 7.00 |
| 1 Wedge Salad | | 10.00 |
| Misc Personal Charge | | ⟨125.00⟩ |

Subtotal    326.00
Sales Tax    22.82

### Total    348.82

Host your next event in one of our
private rooms. Ask your server for
details.

James Hamilton
Managing Partner

---

# The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :72440-8022

## Table 203
Lynn
05:54 PM  09/15/2011                    Gst 3
Transaction #:1531621977

_K Messus_
_D Kent_
_WBr_

Card Number                        Auth Code
xxxxxxxxxxxx 5580                      119155
mason/wayne b                      Master Card

## Check Amount   348.82

Tip     _70-_

Total   _418.82_

X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

HAVANA VILLAGE SANDWIC
120 N DALE MABRY VILLAG
TAMPA, FL 33609

09/14/2011                    14:08:20
Merchant ID:         00000000571634
Terminal ID:               02812404
825226982882

CREDIT CARD

MC SALE

CARD #              XXXXXXXXXXXX5580
INVOICE                         0032
Batch #:                      000659
CLERK                           0002
Approval Code:                238066
Entry Method:                 Swiped
Mode:                         Online

MDSE/SERVICES              $44.44

TIP                        10-

TOTAL AMOUNT              54.44

CUSTOMER COPY

---

RENTAL NUMBER    CAR NUMBER    CAR GROUP
406341740       52140255      E

**MASON,WAYNE**
WIZ = HE408Y      AWD = A984200
CV - CMXXXXXXXXXXXX5580
FTN AD/M610686              PO
OUT TPA 13SEP11/1215 MI = 26955
IN  TPA 15SEP11/1811 MI = 27302
    347 MI@    .40 =
         HR@  30.76 =
      3 DY@  41.00 =      123.00
**10.40% FEE          =       13.24
7.5% TX FF MIDY       =         .19
$  0.56 /DY ERF       =        1.68
$  2.00 /DY SSU       =        6.00
$  0.02 /DY TBS       =         .06
$  0.78 /DY VLF       =        2.34
TAXABLE SUBTOT        =      146.51
TAX  7.000%           =       10.26
FUEL SERVICE          =       15.17
TOTAL CHARGES         =      **171.94**
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED    150

Go to Avis.com to
Receive E-Receipts.

Please check your car for personal effects.

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

| | |
|---|---|
| Date: | Sep13'11 08:27PM |
| Card Type: | MASTERCARD |
| Acct #: | XXXXXXXXXXXX5580 |
| Card Entry: | SWIPED |
| Trans Type: | PURCHASE |
| Trans Key: | AIA005821957452 |
| Auth Code: | 190271 |
| Check: | 7102 |
| Table: | 8/1 |
| Server: | 10 Bill R |

Subtotal:    **358.19**

TIP:    _70_

TOTAL:    _428.19_

Signature:
I agree to pay above total
according to my card issuer
agreement

* * * * C

*(handwritten notes):* Put $75 Bottle wine on Division First Hand — Alkadi Fine Rest on Burners Hot

---

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

10 Bill R

Tbl 8/1          Chk 7102          Gst 2
Sep13'11 06:42PM

| | | |
|---|---|---|
| 2 | AMUSE | 0.00 |
| 1 | 5 CHEESES | 22.25 |
| 1 | SCALLOPS | 14.25 |
| 1 | GRN TOMATO | 13.25 |
| 1 | WHITE FISH | 29.25 |
| 1 | VENISON | 34.25 |
| 1 | BEIGNET | 8.25 |
| | BANANA CASH | |
| 1 | ICE CREAM | 8.25 |
| | ROBERT STREMMLER | |
| | Misc Personal Charge | 75.00 |
| | DOM JANISSE CDP | |
| | Misc Personal Charge | 130.00 |

| | |
|---|---|
| Subtotal | 334.75 |
| Tax | 23.44 |
| 08:24PM Total | **358.19** |

**THANK YOU**
PLEASE COME AGAIN

*(handwritten):* 75 +5 70 90 Firm

**AmericanAirlines**



Record Locator/AA
Confirmation:LQUOUA





Get your boarding
pass faster!
Scan this barcode at
any American
Airlines Self-Service
Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection,
members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their
guidelines.

Check-in times will vary depending on your departure or destination city. In order to
determine the time you need to check in at the airport, visit our Suggested Arrival Times
page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at
AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record
locator above to select or change your seat and obtain a boarding pass. On day of
departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address
in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit
card holder must be present at time of check-in to verify identification and sign a credit
card voucher. For your convenience, the credit card holder can present the credit card and
provide this signature prior to departure date at any AA ticketing office in Latin America
and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if
applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip
which have not been flown.



### Itinerary

| | | | | |
|---|---|---|---|---|
| **Date:** | 13Sep - Tuesday | | | |
| **Flight:** | AMERICAN AIRLINES | 1430 | Boeing 737-800 Passenger (738) | Booking Code: X |
| **Departure:** | DFW Dallas/ Fort Worth | 08:05 AM | | 2HR 15MIN |
| **Arrival:** | TPA Tampa | 11:20 AM | | |
| | MASON,  WAYNE<br>    SEAT  6A | First | FF# :AA M610686 | |
| **Date:** | 15Sep - Thursday | | | |
| **Flight:** | AMERICAN AIRLINES | 533 | McDonnell Douglas Super MD-80(S80) | Booking Code: X |
| **Departure:** | TPA Tampa | 07:00 PM | | 2HR 40MIN |
| **Arrival:** | DFW Dallas/ Fort Worth | 08:40 PM | | |
| | MASON,  WAYNE<br>    SEAT  3B | First | FF# :AA M610686 | |

### Receipt

| PASSENGER | TICKET NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|
| MASON,WAYNE | 0012345276020 | 234.42 USD | 38.98 | 273.40 |
| **Payment Type:** | | | | **Total**<br>273.40 USD |
| | MASTER CARD    \*\*\*\*\*\*\*\*\*\*\*\*5580 | | | |

**Garner, Lavella**

From: Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:** Friday, September 02, 2011 2:17 PM
**To:** Mason, Wayne B.
**Subject:** Car Rental Confirmation - MASON - Tampa 09/13/11

ORBITZ
FOR BUSINESS

# Sedgwick

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 09/13/11**:

**A car reservation has been added.**

## Your current trip information - Tampa 09/13/11
This trip includes **car rental**.

### Car rental reservation

**Confirmation number:** 17505214US6
**Primary driver:** WAYNE MASON
**Reservation made by:** lavella.garner@sedgwicklaw.com
**Loyalty program** HE408Y
**Daily rate:** $41.00*

#### Avis Midsize

| | | |
|---|---|---|
| **Pick-up** | **Tue, Sep 13, 2011 11:30 AM EDT** | Tampa International (TPA) (in terminal) Phone: 813-396-3500 800-331-1212 Hours: Open 24 hours |
| **Drop-off** | **Thu, Sep 15, 2011 6:00 PM EDT** | drop-off location same as pick-up location listed above |

#### Additional car information

**Note:** When you pick up your car, you must have a valid credit card in the driver's name

**Car details:** Dodge Avenger(or similar), Midsize Car Air Conditioning, Automatic Transmission

**Arriving on flight:** American Airlines flight 1430

**Shuttle information** SHUTTLE SERVICE IS NOT AVAILABLE AT THIS LOCATION.

**General Rules:** RATE GUARANTEED CITY ANY NO SRC
NO RETURN RESTRICTION
TO USE A DEBIT CARD AT A LOCATION THAT ACCEPTS
THEM YOU ARE SUBJECT TO ADDITIONAL CREDIT CHECKS
OR MUST PRESENT ADDITIONAL IDENTIFICATION.
MUST INCLUDE QUALIFYING AWD NUMBER IN /CD- FIELD
THE MINIMUM RENTAL PERIODIS 001 DAYS
MIN AGE 18. 18-20 UA SURCHARGE 27.00DY

1

OTHER RESTRICTIONS MAY APPLY.
CONTACT LOCAL REP FOR DETAILS
10.00 EXTENSION FEE MAY APPLY
10.00 LATE FEE MAY APPLY
10.40PCT CONCESSION RECOVERY FEE

**Mileage and rates\*\***

Unlimited

| | |
|---|---|
| Daily rate: | $41.00* |
| extra hour: | $30.76 |
| extra day: | $41.00 |

Minimum rental:1 day

\*\* Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays. Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

### Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---|
| Base rate | $123.00 |
| Taxes and fees | $33.54 |

ENERGY RECOVERY FEE @ 1.68 USD
STATE SURCH. FEE @ 6.00 USD
TIRE BATTERY FEE @ 0.06 USD
VEHICLE LIC. FEE @ 2.34 USD
CONCESSION RECOVERY FEE @ 13.22 USD
STATE TAX @ 10.24 USD

| | |
|---|---|
| **Total** | **$156.54 USD\*** |
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental** | **$156.54 USD** |

\*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

## Trip reference field information

## Car

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

Lastly, you can always look up your itinerary online under **My Trips** or on your mobile phone at **m.orbitzforbusiness.net**. Additionally, you can visit **Traveler Update** for real-time travel information.
Thank you for choosing Orbitz for Business.

**Great rates**

Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business, please call 1-877-672-4891 or 1-312-469-1956 from outside of the US.  Our Customer Service Center is open 24 hours a day, 7 days a week.**

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Sunday, September 25, 2011 6:06 PM |
| **To:** | Garner, Lavella |
| **Subject:** | FW: Airport Parking Receipt - Wayne Mason 9/13-9/15 |

Wayne

**Wayne B. Mason**
wayne.mason@sedgwicklaw.com | 469.227.4602

# Sedgwick LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *phone* | 469.227.8004 *fax* | www.sedgwicklaw.com

---

**From:** FreedomPark Reservations [mailto:reservations@freedomparkdfw.com]
**Sent:** Friday, September 16, 2011 6:11 AM
**To:** Mason, Wayne B.; Garner, Lavella
**Subject:** Airport Parking Receipt - Wayne Mason 9/13-9/15



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1347096
Date: 9/12/2011 3:10:46 PM

SOLD   Wayne Mason
TO        214-707-8235
            wayne.mason@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1347096 | 9/13/2011 | 9/15/2011 | | $78.77 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge |  |
|---|---|---|---|---|---|---|---|---|

1

| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
|---|---|---|---|---|---|---|---|---|
| Credit Card Total $78.77 | | | | | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**Visit us on Facebook** 

Thanks for using FreedomPark!



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

# INVOICE

**Payee**  Wayne Mason
1717 Main St Ste 5400
Dallas TX 752017367
United States

| | |
|---|---|
| Room No. | 0748 |
| Arrival | 09-13-11 |
| Departure | 09-15-11 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio | 176306 |
| Invoice | |

Membership    GP    G94604106N
Bonus Code
Confirmation No.   6040443501
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-13-11 | - Armani's Lounge Dinner Beverage | Room# 0750 : CHECK# 0347907 Mason Wayne #0750=>Mason Wayne #0748 | 47.33 | |
| 09-13-11 | Valet Parking | Mason Wayne #0750=>Mason Wayne #0748 | 12.00 | |
| 09-13-11 | Package Room | | 244.00 | |
| 09-13-11 | State Sales Tax | | 17.08 | |
| 09-13-11 | Occupancy Tax | | 12.20 | |
| 09-14-11 | - In Room Dining Breakfast Food | Room# 0750 : CHECK# 0295310 Mason Wayne #0750=>Mason Wayne #0748 | 46.29 | |
| 09-14-11 | - In Room Dining Dinner Food | Room# 0748 : CHECK# 0295334 | 41.72 | |
| 09-14-11 | Valet Parking | Mason Wayne #0750=>Mason Wayne #0748 | 12.00 | |
| 09-14-11 | Package Room | | 254.00 | |
| 09-14-11 | State Sales Tax | | 17.78 | |
| 09-14-11 | Occupancy Tax | | 12.70 | |
| 09-15-11 | Master Card | XXXXXXXXXXXX5580          XX/XX | | 763.39 |
| 09-15-11 | - In Room Dining Breakfast Food | Room# 0750 : CHECK# 0295367 Mason Wayne #0750=>Mason Wayne #0748 | 46.29 | |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee   Wayne Mason
1717 Main St Ste 5400
Dallas TX 752017367
United States

| | |
|---|---|
| Room No. | 0748 |
| Arrival | 09-13-11 |
| Departure | 09-15-11 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 176306 |
| Invoice | |

Membership   GP   G94604106N

Bonus Code

Confirmation No.   6040443501

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| **Total** | | **763.39** | **763.39** |
| **Balance** | | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00
will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

## Expense Report - Transmittal Report



ER00000030212110173

**Spender** Kurt W. Meaders        **From** Sep 12, 2011  **To** Sep 13, 2011        **Reimbursement Amt** 1,424.74 USD

**Report name** Preparation of Witnesses

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 7 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 9/16/11 | Parking or Tolls | United St... | 95.26 USD | Jennifer M. Arevalo |
| 9/12/11 | Lodging | United St... | 110.86 USD | Jennifer M. Arevalo |
| 9/12/11 | Group Meal | United St... | 83.96 USD | Jennifer M. Arevalo |
| 9/13/11 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 9/13/11 | Lodging | United St... | 298.31 USD | Jennifer M. Arevalo |
| 9/11/11 | Parking or Tolls | United St... | 4.00 USD | Jennifer M. Arevalo |
| 9/11/11 | Airfare | United St... | 777.40 USD | Jennifer M. Arevalo |

**AmericanAirlines**

CLOSE WINDOW

🖨 PRINT PAGE

**Hold Reservation Summary**
If you do not purchase this reservation by the date indicated in the status field it will automatically cancel.

Why wait when you can use our **Fly Now Payment Plan**[SM]. Please visit www.aa.com/flynow for complete details.

**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

**Reservation Details**

| Record Locator **DSAWIK** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status **ON HOLD - Purchase By: Sep 11, 2011 11:59 PM CDT** If you do not purchase this reservation by the date listed above it will automatically cancel. | Reservation Name **DFW/TPA** You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |
|---|---|---|

**Your Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| **A'A** AMERICAN AIRLINES | 1318 | DFW Dallas/ Fort Worth | Sep 12, 2011 04:45 PM | TPA Tampa | Sep 12, 2011 08:05 PM | Economy L | 15C |
| **A'A** AMERICAN AIRLINES | 533 | TPA Tampa | Sep 15, 2011 07:00 PM | DFW Dallas/ Fort Worth | Sep 15, 2011 08:40 PM | Economy L | 21D |

**Your Notifications**

| Contact | Notification Summary | Actions |
|---|---|---|
| Email: KURT.MEADERS@SEDGWICKLAW.COM | • Send 2 hours prior to departure • GATE CHANGES | Enabled |

**Fare Summary**

| Average Fare per Person:   Departure - 378.00 USD   Return - 378.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 378.00 USD |
| Return Fare per Person | 378.00 USD |
| PriorityAAccess[SM] and Same-Day Standby | **Complimentary** |

| Total Fare per Person | 756.00 USD |
|---|---|
| Additional Taxes and Fees per Person | 21.40 USD |
| Seats - Change | Complimentary |
| **Total Price** | **777.40 USD** |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply.
- Optional Services and Carrier Charges include, but are not limited to, items such as checked or carry-on baggage, seat selection and seat upgrades.

* Foreign taxes based on itinerary or non-U.S. billing address may apply. Additional Fees, such as checked baggage charges, may apply.

## Summary Details

### Contact Information

| Cell Phone: | (1) 214-914--3840 |
|---|---|
| Home Phone: | (1) 214-750--1241 |
| Business Phone: | (1) 469-227--4616 |
| Email Address: | KURT.MEADERS@SEDGWICKLAW.COM |

**Business ExtrAA Account Number:**

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 1318 | DFW  Dallas/ Fort Worth | TPA  Tampa | 2 | Requested |
| 533 | TPA  Tampa | DFW  Dallas/ Fort Worth | 2 | Requested |
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

CLOSE WINDOW

# Meaders, Kurt

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Sunday, September 11, 2011 12:34 PM
**To:** Meaders, Kurt
**Subject:** E-Ticket Confirmation-DSAWIK  12SEP



eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 11SEP11**

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: DSAWIK**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance





**Record Locator: DSAWIK**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 1318 | DALLAS FT WORTH | MON 12SEP 4:45 PM | TAMPA | 8:05 PM | L |
| Kurt Meaders | | FF#: XRH0486 | | Economy | Seat 15C | Food For Purchase |

1

| American Airlines | GLD | | | | | |
|---|---|---|---|---|---|---|
| **AA** American Airlines | 533 | TAMPA | THU 15SEP 7:00 PM | DALLAS FT WORTH | 8:40 PM | L |
| | Kurt Meaders | | FF#: XRH0486 GLD | Economy | Seat 21D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012345789543 | 703.26 | 74.14 | 777.40 |

**Payment Type:** Master Card XXXXXXXXXXXX5374    **Total: $777.40**

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

Payee   Mr Kurt Meaders
        3925 Hanover St
        Dallas TX 752257119
        United States

| | |
|---|---|
| Room No. | 1245 |
| Arrival | 09-14-11 |
| Departure | 09-15-11 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio | 176294 |
| Invoice | |

Membership    GP    511519090E
Bonus Code
Confirmation No.   6079044903
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-13-11 | Bottled Water | Meaders Kurt #1245=>Meaders Kurt #1245 | 4.00 | |
| 09-13-11 | Package Room | Meaders Kurt #1245=>Meaders Kurt #1245 | 159.00 | |
| 09-13-11 | State Sales Tax | Meaders Kurt #1245=>Meaders Kurt #1245 | 11.13 | |
| 09-13-11 | Occupancy Tax | Meaders Kurt #1245=>Meaders Kurt #1245 | 7.95 | |
| 09-14-11 | O kue'Rgtuqpcrl'Ej cti g | | ⟨5.00⟩ | |
| 09-14-11 | Sales Tax | 10479 | 0.35 | |
| 09-14-11 | Package Room | | 99.00 | |
| 09-14-11 | State Sales Tax | | 6.93 | |
| 09-14-11 | Occupancy Tax | | 4.95 | |
| 09-15-11 | Master Card | XXXXXXXXXXXX5374     XX/XX | | 298.31 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

Payee    Mr Kurt Meaders
          3925 Hanover St
          Dallas TX 752257119
          United States

| | |
|---|---|
| Room No. | 1245 |
| Arrival | 09-14-11 |
| Departure | 09-15-11 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 176294 |
| Invoice | |

Membership    GP    511519090E

Bonus Code

Confirmation No.   6079044903

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |

| | | Charges | Credits |
|---|---|---|---|
| **Total** | | 298.31 | 298.31 |
| **Balance** | | 0.00 | |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00
will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

PLACE ON DASH FACE UP    PLACE ON DASH FACE UP    PLACE ON DASH FACE UP

**THEROS PARKING**

EXPIRATION TIME

# SEP 15 2011
# 08:00 PM   PAID
$ 4.00 C

ENTRY: 09/15/11 at 01:07 PM
58550    ID: TP-01

00117622
PLACE ON DASH FACE UP    PLACE ON DASH FACE UP    PLACE ON DASH FACE UP

**RECEIPT**

Entry
09/15/11
01:07 PM

Expires
09/15/11
08:00 PM
$ 4.00 C
TP-01
58550

*Bus Dev.*

LOBBY BAR
GRAND HYATT TAMPA BAY
ALISA

8637       6
SEP12'11  9:30PM

Misc Personal Charge        11.50
Misc Personal Charge        50.00
Misc Personal Charge         5.75
SUBTOTAL           67.25
TAX                 4.71
PAYMENT DUE        71.96
LL IN FOR ROOM CHARGES ONLY*

ATUITY: _____    12
TOTAL: _____    83.96
ROOM#: _____    124 5
IGNATURE: _____
NT NAME: _____
* GRATUITY NOT INCLUDED * *

*Drinks with    Tim Woodward*
*Kurt Meades*
*Business Development    Leo Bromwell*

*BD*



# United Cab
## 253-2424

You Can Find
Us Everywhere
We Can Take
You Anywhere

Date *9/12/11*    Time *8:10*    Cab# _____
Driver Name _____    Amount of Fare $ *20.00 CSH*
Customer Name *Kurt Meades*       THANK YOU
Pickup *Airport*                  FOR YOUR
Destination *Hyatt - Grand Hyatt*  BUSINESS



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

| | |
|---|---|
| Payee | Mr Kurt Meaders |
| | 3925 Hanover St |
| | Dallas TX 752257119 |
| | United States |

| | | |
|---|---|---|
| Room No. | 1245 |
| Arrival | 09-12-11 |
| Departure | 09-13-11 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 175685 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | 511519090E |
| Bonus Code | | |
| Confirmation No. | 6079044902 | |
| Group Name | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-12-11 | - Lobby Bar Dinner Beverage | Room# 1245 : CHECK# 0358637 | 83.96 — BD | |
| 09-12-11 | Package Room | | 99.00 | |
| 09-12-11 | State Sales Tax | | 6.93 | |
| 09-12-11 | Occupancy Tax | | 4.95 | |
| 09-13-11 | Master Card | XXXXXXXXXXXX5374    XX/XX | | 194.84 |

110.86 client

Your Gold Passport account will be credited for this stay.

| | Total | 194.84 | 194.84 |
|---|---|---|---|
| | Balance | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

**Meaders, Kurt**

*Sept. 12-15*

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 371443
**CheckIn D/T:** 09/12/11 15:54
**CheckOut D/T:** 09/15/11 20:44
**Duration Time:** 3d 04h 50m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $88.00
**Tax:** $7.26
**Total:** $95.26

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 540440
**Order#** 3860604255
**Total:** $95.26

**Rewards:** Meaders, Kurt-DEFAULT
**Collected:** 9,526
**Total Points:** 141,917-$14.19

© AVPM®



HDR, Inc.                                             November 10, 2011
8404 Indian Hills Dr.                            Invoice No. 1042395
Omaha, NE 68114

For Professional Services Through October 31, 2011:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 10/03/11 | K. Meaders | 0.30 | Revise letter of tender of check to TBW |
| 10/04/11 | W. Mason | 0.30 | Conference call ███████████████████ ████████████ |
| 10/04/11 | K. Meaders | 2.10 | Receipt of suggested changes to tender letter and revise letter to incorporate; email ███████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████ |
| 10/04/11 | D. Kent | 0.30 | Review and revise draft correspondence tendering settlement check to TBW, including exchange of memoranda with team members concerning same |
| 10/05/11 | K. Meaders | 0.30 | Receipt and review of hearing transcript for potential views on resolution and use in media comments |
| 10/05/11 | K. Meaders | 0.30 | Revise letter to Richard Harrison regarding tender of check |
| 10/07/11 | K. Meaders | 0.30 | Emails ████████████████████████ ████████████████████████████ |
| 10/07/11 | K. Meaders | 0.50 | Receipt and review of draft media report and fact |



|            |            |      |                                                      |
|------------|------------|------|------------------------------------------------------|
|            |            |      | check                                                |
| 10/07/11   | K. Meaders | 0.60 | Emails ███████████████████████████████████          |
| 10/07/11   | K. Meaders | 0.50 | Review media coverage of settlement issues           |
| 10/09/11 K.| Meaders    | 0.60 | Receipt, review and provide fact check and comments on potential medial article on comparisons of renovation options |
| 10/10/11   | K. Meaders | 1.20 | Receipt and review of Additional potential news articles and make suggested changes and revisions and fact checks |
| 10/11/11   | K. Meaders | 0.50 | Telephone calls and emails to Dennis Frostic regarding settlement check and coordination of tender to TBW |
| 10/12/11   | K. Meaders | 0.50 | Telephone conference with Tim Woodward to coordinate check tender and letter tender |
| 10/13/11   | K. Meaders | 0.50 | Emails with Tim Woodward regarding check and settlement meeting with Richard Harrison; receipt and review of email from Richard Harrison regarding acceptance of settlement check |
| 10/14/11   | K. Meaders | 3.20 | Receipt and review of email from Richard Harrison refusing tender of check; emails ███████ ████████████████████ research for support whether actual tender necessary; telephone conference with attorney Mason regarding same; draft letter of tender to Richard Harrison; email ██████████████████████████ telephone conference with Tim Woodward regarding plan for same; telephone conference with TBW counsel Richard Harrison to describe plan of actual tender; rejection of tender and report to client |
| 10/17/11   | W. Mason   | 0.90 | Receive word that Board rejected settlement; multiple intrafirm conferences regarding |



immediate handling of the media

| 10/17/11 | W. Mason | 1.10 | Multiple telephone conferences ███████████ |
| 10/17/11 | W. Mason | 0.90 | Conference call ████████████ |
| 10/17/11 | W. Mason | 0.90 | Multiple correspondence ███████████ |
| 10/17/11 | W. Mason | 0.40 | Draft press release |
| 10/17/11 | W. Mason | 0.60 | Multiple telephone conferences ███████ |
| 10/17/11 | W. Mason | 0.60 | Intrafirm conferences with Kurt Meaders regarding media research and transfer of venue |
| 10/17/11 | K. Meaders | 1.00 | Listen to live stream of Board Meeting |
| 10/17/11 | K. Meaders | 1.90 | Meeting with attorneys Mason and Kent regarding strategy in response to rejection of settlement offer and draft agenda for telephone conference |
| 10/17/11 | K. Meaders | 0.60 | Research and forward media coverage regarding Board vote |
| 10/17/11 | K. Meaders | 0.80 | Telephone conference ████████████ |
| 10/17/11 | K. Meaders | 0.50 | Office conference with attorney Richmond to research inter district transfer |
| 10/17/11 | K. Meaders | 0.30 | Office conference with attorney Steinmann on sanction research |
| 10/17/11 | K. Meaders | 1.10 | Office conference with attorneys Kent and Mason on research on transfer motions |
| 10/17/11 | K. Meaders | 0.70 | Telephone conference ████████████ |
| 10/17/11 | K. Meaders | 0.40 | Receipt and review of proposed Tampa Tribune article |



| 10/17/11 | K. Meaders | 0.40 | Office conference with attorney Mason regarding article, research jury polling and strategy |
| 10/17/11 | D. Kent | 1.00 | Prepare for and participate in strategy meeting with Wayne Mason and Kurt Meaders for response to TBW Board's decision to renege on settlement |
| 10/17/11 | D. Kent | 1.50 | Prepare for and participate in conference call with client representatives and team members concerning strategy for response to TBW Board's decision to renege on settlement agreement, including follow-up preparation of action item list |
| 10/17/11 | J. Jacobson | 0.30 | Email and telephone call with K Meaders re: change of venue |
| 10/17/11 | W. Richmond | 1.80 | Continue analysis and research regarding intra-district and intra-division venue transfer |
| 10/18/11 | K. Meaders | 1.50 | Research for additional grounds and possible arguments to enforce settlement |
| 10/18/11 | K. Meaders | 0.70 | Office conference with attorney Steinmann regarding draft briefing of sanctions for disclosure of settlement discussions |
| 10/18/11 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding mediation statements and revise |
| 10/18/11 | K. Meaders | 0.70 | Revise Media Statement and article and revise |
| 10/18/11 | K. Meaders | 0.90 | Collect coverage from media and determination of use for motions |
| 10/18/11 | K. Meaders | 1.70 | Telephone conference ██████████ revise media position statement; revise article for balance approach |
| 10/18/11 | K. Meaders | 0.60 | Telephone conference with attorney Woodward and Hickman to divide research and drafting of needed motions |



| 10/18/11 | K. Meaders | 0.90 | Revise outline of response to Motion to Reinstate |
| 10/18/11 | K.   Meaders | 0.40 | Prepare and email pending motion list to trial team |
| 10/18/11 | K. Meaders | 0.20 | Emails regarding settlement check and return |
| 10/18/11 | D. Kent | 0.80 | Exchange memoranda with team members regarding strategy for response to TBW's Motion to Reopen Case |
| 10/18/11 | D. Kent | 0.90 | Telephone conference ▮▮▮▮▮▮ |
| 10/18/11 | D. Kent | 2.10 | Review and revise memorandum of potential responses to TBW's Motion to Reopen Case, including legal research concerning same |
| 10/18/11 | J. Jacobson | 0.50 | Locate judge profiles for K Meaders |
| 10/18/11 | W. Richmond | 2.10 | Continue analysis of media research, case law, and prior Florida federal decisions regarding support for client's potential motion to transfer venue |
| 10/19/11 | K. Meaders | 0.90 | Legal research on whether Interlocal Agreement equals a simple contract which has no binding effect on HDR as third party to raise argument that vote of 4 to 3 is nothing more than a violation of internal contract |
| 10/19/11 | K. Meaders | 1.50 | Revise and amend draft of Response to Motion to Reinstate and draft of Motion to Enforce Settlement Agreement |
| 10/19/11 | K. Meaders | 1.10 | Research on alternate jurisdictions and jury pools in Northern District and Jacksonville; telephone conference with with Jacksonville attorneys regarding same |
| 10/19/11 | K. Meaders | 0.70 | Office conference with attorney Steinmann to develop argument that disclosure of mediation |


|            |              |      | positions to media is sanctionable |
|------------|--------------|------|------------------------------------|
| 10/19/11   | K. Meaders   | 1.70 | Telephone conference ███████████ ████████████████████ emails to trial team regarding jurisdictions |
| 10/19/11   | K. Meaders   | 0.30 | Receipt and review of Retention Agreement |
| 10/19/11   | K. Meaders   | 0.70 | Office conference with attorney Richmond regarding Motion to Change Venue |
| 10/19/11   | K. Meaders   | 0.40 | Telephone conference with attorney Mason regarding Jacksonville Division Jury Pool |
| 10/19/11   | K. Meaders   | 0.30 | Email jurisdictional research to attorney Mason |
| 10/19/11   | K. Meaders   | 1.20 | Research new article and use for motions |
| 10/19/11   | K. Meaders   | 0.30 | Telephone conference with Jacksonville attorney Seeber on jurisdiction of Jacksonville and jury pool |
| 10/19/11   | K. Meaders   | 0.40 | Research Jacksonville jurisdiction and social economics of region |
| 10/19/11   | D. Kent      | 0.30 | Analysis and planning with team member regarding background research on media publicity concerning settlement and TBW's vote to renege on same, including exchange of memoranda regarding same |
| 10/19/11   | D. Kent      | 0.40 | Legal research regarding "good cause" standard for reopening closed cases and regarding void versus voidable contractual actions |
| 10/19/11   | W. Richmond  | 1.40 | Continue analysis and research regarding intra-district venue transfer |
| 10/20/11   | W. Mason     | 0.30 | Telephone conference ████████████ ██████████████████ |
| 10/20/11   | K. Meaders   | 1.30 | Research regarding Jacksonville jury pool and comparison to other jurisdictions; telephone conference with Jacksonville attorney contacts for information on jury pool; draft outline of comments received from Jacksonville |


|            |            |      |                                                                                                                                                    |
|------------|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |            |      | practitioners regarding nature of potential jury; telephone conference with jury research regarding poling in Pensacola and Jacksonville              |
| 10/20/11   | K. Meaders | 1.60 | Review Wright & Miller procedures in federal courts to determine appropriate rules of procedure and statutes for venue issues                         |
| 10/20/11   | K. Meaders | 1.00 | Telephone conference ████████████████████                                                                                                            |
| 10/20/11   | K. Meaders | 0.60 | Receipt and review of report ███████████████                                                                                                         |
| 10/20/11   | K. Meaders | 2.00 | Review and research possible 1404(c) intradivisional trial transfer; regarding to keep in Tampa division but try in different county; additional research on 1404(b) transfer |
| 10/20/11   | K. Meaders | 0.40 | Office conference with attorney Richmond to consider grounds and proof for 1404(c) transfer for trial within Tampa division                           |
| 10/20/11   | K. Meaders | 1.10 | Revise draft response to Motion to Reinstate                                                                                                          |
| 10/20/11   | K. Meaders | 0.90 | Research and review potential briefing on confidentiality of mediation offer and potential sanctions for disclosures of confidential offer            |
| 10/20/11   | K. Meaders | 1.30 | Evening review of and changes to Tampa media articles; telephone conference ████████                                                                 |
| 10/20/11   | D. Kent    | 2.90 | Legal research regarding contract-based arguments for enforcement of TBW Board's vote to accept Mediator's Proposal for settlement                    |
| 10/20/11   | D. Kent    | 0.30 | Analysis and planning regarding public opinion survey questionnaire to use in support of potential motion to change venue due to prejudicial pretrial publicity, including exchange of memoranda with team members concerning same |



| 10/20/11 | D.   Kent | 0.20 | Study/analysis of legal memorandum regarding remedies for TBW's breach of mediation confidentiality, including exchange of memoranda with team members concerning same |
| 10/20/11 | C.   Steinmann | 8.70 | Research case law regarding breach of confidentiality of mediation communications and prepare memorandum/motion regarding TBW's violation and appropriate sanctions |
| 10/20/11 | G. Fountain | 0.90 | Review index of various media articles since Tampa Bay Water's settlement, gather articles in preparation for possible Motion to Transfer Venue |
| 10/21/11 | W. Mason | 0.40 | Telephone conference ███████████ |
| 10/21/11 | K. Meaders | 0.50 | Revise and finding protocol for jury survey ███████████ |
| 10/21/11 | K. Meaders | 0.70 | Begin preparation of and provide instruction to attorney Steinmann and Tim Woodward for assistance on affidavits of costs of mediation and to respond to settlement issues |
| 10/21/11 | K. Meaders | 1.70 | Receipt and review of survey questions and work on changes; ███████████ |
| 10/21/11 | K. Meaders | 0.40 | Receipt and review of final Tribune graphics ███ |
| 10/21/11 | K. Meaders | 0.60 | Telephone conference with Jacksonville counsel, Tom Ray, for venue information |
| 10/21/11 | K. Meaders | 3.20 | ███████████ revise legal memorandum and briefing in anticipation of Plaintiff's Motion to Reinstate case |
| 10/21/11 | K. Meaders | 0.50 | Receipt and review of memorandum of law on |


confidentiality mediation breach by TBW and potential sanctions

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/21/11 | D. Kent | 0.30 | ██████████████████ |
| 10/21/11 | D. Kent | 1.10 | Review and revise legal memorandum concerning sanctions for TBW's breach of mediation confidentiality requirements, including legal research concerning same |
| 10/21/11 | D. Kent | 0.80 | Review and revise proposed survey questionnaire for use in support of HDR's potential motion for transfer of venue due to prejudicial pretrial publicity |
| 10/21/11 | D. Kent | 0.60 | Prepare HDR's Second Request for Production of Documents to TBW regarding TBW's approval of mediator's proposal and subsequent rejection of same |
| 10/21/11 | C. Steinmann | 7.00 | Continue additional research regarding good cause and sanctions for breach of confidentiality and continue working on Opposition to Reopen including revisions to the breach of confidentiality section |
| 10/21/11 | W. Richmond | 2.20 | Analyze federal case law regarding intra-district and intra-division venue transfer |
| 10/24/11 | K. Meaders | 1.40 | Continued research on potential change of venue motion |
| 10/24/11 | K. Meaders | 1.60 | Receipt and review of media coverage listing and highlights to collect certain printed articles; conference with legal assistant Fountain to gather number of original articles discussing rate payees as factor bill for reservoir; review tweets and collect those on rate payees need to cover costs of repairs |



| 10/24/11 | K. Meaders | 0.80 | Telephone conference █████████████ |
| 10/24/11 | K.   Meaders | 0.50 | Discussion with attorney Kent regarding Request for Production to TBW for closed door meeting minutes |
| 10/24/11 | K. Meaders | 0.50 | Revise draft of legal issues to respond to TBW's Motion to Reopen case |
| 10/24/11 | D. Kent | 4.20 | Legal research regarding defenses and objections to TBW's decision to renege on approval of Mediators Proposal to settle case |
| 10/24/11 | C. Steinmann | 2.60 | Review tweets and other comments collected by third-party and prepare memorandum of most useful comments to be used in Motion to Change venue as to public opinion |
| 10/24/11 | C.   Steinmann | 2.60 | Continue analysis of bills from April 2010-present to identify all attorney's fees and other expenses to seek recovery for as a sanction for TBW's settlement conduct |
| 10/24/11 | C. Steinmann | 3.00 | Continue revising and incorporating additional case law into draft Opposition to Reopen |
| 10/24/11 | W. Richmond | 1.10 | Analysis of social media investigation for excerpts to include in motion to transfer venue |
| 10/24/11 | W. Richmond | 1.30 | Continue research regarding evidence sufficient to justify venue transfer vis-a-vis saturation as evidence by local and social media |
| 10/24/11 | G. Fountain | 4.80 | Review index of various media articles related to TBW and reservoir, gather articles in preparation for possible Motion to Transfer Venue |
| 10/25/11 | K. Meaders | 1.80 | Receipt and review of list of media coverage and print articles and call and highlight articles and coverage to collect |
| 10/25/11 | K. Meaders | 1.70 | Continue research on statutory authority for TBW actions and potential argument that vote did not violate statute but only intend contractual |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

November 10, 2011
Invoice No. 1042395
Page 11

|  |  |  | agreement |
|---|---|---|---|
| 10/25/11 | K. Meaders | 2.20 | Research on definition of good cause, change of venue for bias and prejudice and revise section of draft of Response to TBW attempts to reopen case |
| 10/25/11 | D. Kent | 3.90 | Legal research regarding contractual and corporate law defenses to TBW's vote to renege on acceptance of Mediator's Proposal to settle case |
| 10/25/11 | C. Steinmann | 6.10 | Research case law regarding good cause and cases in which uncompleted settlement was not considered good cause and prepare summary of the cases |
| 10/25/11 | W. Richmond | 0.50 | Continue analysis of intradistrict venue cases |
| 10/25/11 | G. Fountain | 5.60 | Continue analysis of various media articles related to TBW and reservoir, gather relevant articles in preparation for possible Motion to Transfer Venue |
| 10/26/11 | K. Meaders | 0.30 | Research change of venue law on maintaining case within district |
| 10/26/11 | K. Meaders | 3.10 | Work on talking points regarding Barnard settlement |
| 10/26/11 | K. Meaders | 0.90 | Research law regarding statutory construction and legislative history on water district statute |
| 10/26/11 | K. Meaders | 1.00 | Telephone conference ▮▮▮▮ office conference attorney Steinmann to research data base for information on Moussley; ▮▮▮▮ |
| 10/26/11 | K. Meaders | 0.50 | Office conference with legal assistant Fountain regarding media coverage collection |
| 10/26/11 | K. Meaders | 0.40 | Instruction and conference with assistant Slaten to prepare chart of past Board votes |
| 10/26/11 | K. Meaders | 0.40 | Continue rough draft outline of Response to Motion to Reopen case |


| 10/26/11 | K. Meaders | 0.20 | Receipt and review of Hearing Notice and forward with comments to client |
| 10/26/11 | K. Meaders | 1.30 | Research Florida Partnership law for analogue contract action |
| 10/26/11 | D. Kent | 0.70 | Prepare memorandum regarding time line of key events leading to parties' acceptance of Mediator's Proposal and TBW's subsequent vote to renege on acceptance for use in legal research project concerning validity of TBW Board's initial vote versus subsequent vote |
| 10/26/11 | D. Kent | 0.40 | Exchange memoranda with team members regarding outline of arguments to use in responding to TBW's anticipated Motion to Reopen Case |
| 10/26/11 | D. Kent | 1.50 | Revise Request for Production of Documents to TBW requesting documents related to TBW's acceptance of Mediator's Proposal to settle case and subsequent vote to renege on acceptance, including study/analysis of underlying TBW documents and pleadings for use in preparation of same |
| 10/26/11 | D. Kent | 1.70 | Review and revise "talking points" memoranda for use by HDR in response to media inquiries concerning TBW's settlement with Barnard |
| 10/26/11 | D. Kent | 0.50 | Study/analysis of Court-issued notice of status conference hearing, including exchange of memoranda with team members regarding actions needed to prepare for same |
| 10/26/11 | D. Kent | 3.60 | Legal research regarding validity of TBW Board's vote to accept Mediator's Proposal and subsequent vote to renege on acceptance for use in response to TBW's anticipated Motion to Reopen Case |
| 10/26/11 | C. Steinmann | 3.40 | Conference call with Meaders regarding document from MC2 confirming that cracking was not an HDR issue and search database for |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

November 10, 2011
Invoice No. 1042395
Page 13

|           |               |      | document authored by Moussey or MC2 regarding the same |
|-----------|---------------|------|--------------------------------------------------------|
| 10/26/11  | C. Steinmann  | 2.10 | Continue analysis of bills from April 2010-present to identify all attorney's fees and other expenses to seek recovery for as a sanction for TBW's settlement conduct |
| 10/26/11  | W. Richmond   | 1.90 | Research Venue via West practice digests |
| 10/26/11  | G. Fountain   | 5.30 | Continue analysis of various media articles related to TBW and reservoir, gather relevant articles in preparation for possible Motion to Transfer Venue |
| 10/27/11  | K. Meaders    | 1.00 | Work with legal assistant Fountain to determine media and print coverage to obtain for possible motion practice and potential trial cross-examination; review media coverage and print articles; emails with HDR regarding collecting media coverage |
| 10/27/11  | K. Meaders    | 1.00 | Research regarding statutory sections providing authority for water districts |
| 10/27/11  | K. Meaders    | 1.30 | Receipt and review with TBW Motion to reopen case and forward to research team for assignments of responsibility to research for response |
| 10/27/11  | D. Kent       | 0.90 | Analysis and planning with Jared Scott regarding legal research project for HDR's Response to TBW's Motion to Reopen |
| 10/27/11  | D. Kent       | 5.60 | ███████████████████████████████ |
| 10/27/11  | C. Steinmann  | 0.70 | Analyze article from St. Pete's Times and exchange email with attorney Meaders regarding its content and use as an exhibit |
| 10/27/11  | C. Steinmann  | 3.40 | Analyze TBW's Motion to Reopen, exchange |



|  |  |  | emails with Meaders and Kent regarding strategy for Response, and begin review of cases sited by TBW |
| 10/27/11 | G. Fountain | 3.30 | Continue analysis of various media articles related to TBW and reservoir, gather relevant articles in preparation for possible Motion to Transfer Venue |
| 10/28/11 | K. Meaders | 1.10 | Review TBW's Motion to Reopen Case and gather cited statutes and review of same |
| 10/28/11 | K. Meaders | 0.70 | ███████████████████████████ |
| 10/28/11 | K. Meaders | 0.30 | Work on talking points regarding Barnard settlement and forward to Tim Connolly |
| 10/28/11 | K. Meaders | 0.30 | Review of Board votes from available minutes to determine whether 4 person vote ever occurred before |
| 10/28/11 | D. Kent | 6.50 | Legal research ████████████████████████ |
| 10/28/11 | D. Kent | 0.70 | Review and revise HDR's 2nd Request for Production of Documents to TBW, including exchange of memoranda with team members concerning same |
| 10/28/11 | C. Steinmann | 4.20 | Continue analysis of bills and cost and preparation of itemized list of fees and costs which could be recovered for failing to follow through with settlement, breaching confidentiality, and mediating in bad faith; review Plaintiff's Motion to ReOpen and begin researching case law |
| 10/28/11 | G. Fountain | 2.70 | Compare media article indices provided by client and co-counsel to determine missing articles and gather same in preparation for possible Motion |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

November 10, 2011
Invoice No. 1042395
Page 15

| | | | to Transfer Venue |
|---|---|---|---|
| 10/30/11 | D. Kent | 1.20 | Legal research regarding issues for HDR's Response to TBW's Motion to Reopen |
| 10/31/11 | K. Meaders | 0.40 | Review of Request for Production to TBW for private sessions of board meetings; comments on same and discuss with attorney Mason on whether to serve on TBW |
| 10/31/11 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding status of case and response to Motion to Reopen and evaluation |
| 10/31/11 | K. Meaders | 0.30 | Telephone conference with attorney Kent regarding response to Motion to Reopen case |
| 10/31/11 | K. Meaders | 0.30 | Develop assignments of research on briefing |
| 10/31/11 | K. Meaders | 0.40 | Review of motion to confirm response issues |
| 10/31/11 | K. Meaders | 0.60 | Receipt and review of attorney fee proof regarding mediation's costs and cost to respond to settlement issues; office conference with attorney Steinmann on additional fees to seek |
| 10/31/11 | K. Meaders | 0.50 | Email █████████████████████████████ |
| 10/31/11 | K. Meaders | 2.10 | Draft and revise evaluation ███████████ |
| 10/31/11 | K. Meaders | 0.30 | Revise chart of votes by TBW Board through available minutes |
| 10/31/11 | K. Meaders | 2.10 | Telephone conference ████████████████ ████████████████████████████ office conference with attorney Kent on additional procedural posturing in response; telephone conference with attorney Mason regarding same |
| 10/31/11 | D. Kent | 3.10 | Prepare HDR's Response to TBW's Motion to Reopen |
| 10/31/11 | D. Kent | 0.30 | Revise, finalize and serve HDR's 2nd Request for Production of Documents to TBW |
| 10/31/11 | D. Kent | 1.80 | Analysis and planning with team member, Florida counsel and Wayne Mason regarding |


|  |  |  | strategy for HDR's Response to TBW's Motion to Reopen Case |
|---|---|---|---|
| 10/31/11 | C. Steinmann | 6.70 | Finalize chart regarding attorneys fees and costs from review of bills from April 2010-present, discuss finding with Meaders and determine categories to divide chart, and begin pulling and analyzing cases from TBW's Motion to Reopen |
| 10/31/11 | G. Fountain | 1.80 | Compare media article indices provided by client and co-counsel to determine missing articles and gather same in preparation for possible Motion to Transfer Venue |

Total Hours          230.40
**Total Fee Amount      $67,454.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 6.40 | 455.00 | $2,912.00 |
| K. Meaders | 85.90 | 330.00 | 28,347.00 |
| D. Kent | 50.10 | 395.00 | 19,789.50 |
| J. Jacobson | 0.80 | 260.00 | 208.00 |
| C. Steinmann | 50.50 | 225.00 | 11,362.50 |
| W. Richmond | 12.30 | 165.00 | 2,029.50 |
| G. Fountain | 24.40 | 115.00 | 2,806.00 |
| Total | **230.40** |  | **$67,454.50** |

**Disbursements:**

| | | |
|---|---|---|
| 09/15/11 Delivery/Messenger | Service Federal Express Corporation | 59.31 |
| 09/15/11 Delivery/Messenger | Service Federal Express Corporation | 66.92 |
| 09/17/11 | Delivery/Messenger Service Special Delivery Service, Inc. | 23.17 |
| 09/20/11 | Travel/Air Fare Mason, Wayne B. / DA- | 357.40 |
| 09/27/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 7.00 |
| 09/27/11 | Travel/Individual Meals Mason, Wayne B. / DA- | 4.50 |
| 09/27/11 Travel/Car | Rental Mason, Wayne B. / DA- | 76.60 |
| 09/27/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 14.00 |
| 09/27/11 | Travel/Air Fare Mason, Wayne B. / DA- | 35.00 |


| 09/27/11 | Parking/Tolls Mason, Wayne B. / DA- | 26.26 |
| 10/01/11 | Subtenant Rent Passthroughs 1717 Dallas Partners, LLC | 67.50 |
| 10/01/11 | Subtenant Rent Passthroughs 1717 Dallas Partners, LLC | 855.00 |
| 10/12/11 | Photocopy (3 @ $0.15) | 0.45 |
| 10/17/11 | Telephone   DELRAY BCH FL (156)154-2859 | 0.08 |
| 10/17/11 | Telephone SARASOTA   FL (194)132-3637 | 0.08 |
| 10/18/11 | Westlaw | 55.38 |
| 10/19/11 | Telephone TAMPA     FL (181)330-1525 | 0.40 |
| 10/19/11 | Transcription / Typing Service Starr, Linda | 21.60 |
| 10/19/11 | Westlaw | 172.67 |
| 10/19/11 | Photocopy (2 @ $0.15) | 0.30 |
| 10/19/11 | Photocopy (2 @ $0.15) | 0.30 |
| 10/19/11 | Postage | 0.44 |
| 10/20/11 | Lexis | 4.46 |
| 10/20/11 | Lexis | 17.77 |
| 10/20/11 | Lexis | 4.61 |
| 10/20/11 | Lexis | 17.77 |
| 10/20/11 | Lexis | 169.52 |
| 10/20/11 | Photocopy (5 @ $0.15) | 0.75 |
| 10/20/11 | Color   Photocopy | 33.75 |
| 10/21/11 | Lexis | 4.44 |
| 10/21/11 | Lexis | 0.23 |
| 10/21/11 | Lexis | 16.89 |
| 10/21/11 | Lexis | 2.30 |
| 10/21/11 | Lexis | 3.14 |
| 10/21/11 | Lexis | 84.74 |
| 10/21/11 | Westlaw | 110.11 |
| 10/24/11 | Lexis | 42.39 |
| 10/24/11 | Lexis | 2.31 |
| 10/24/11 | Lexis | 53.35 |
| 10/24/11 | Westlaw | 142.07 |
| 10/25/11 | Lexis | 85.65 |
| 10/25/11 | Lexis | 19.27 |
| 10/25/11 | Lexis | 2.28 |
| 10/25/11 | Lexis | 17.78 |
| 10/25/11 | Lexis | 84.17 |
| 10/25/11 | Lexis | 13.34 |
| 10/25/11 | Photocopy (30 @ $0.15) | 4.50 |
| 10/25/11 | Photocopy (152 @ $0.15) | 22.80 |
| 10/26/11 | Telephone   OMAHA     NE (140)239-9137 | 0.32 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

November 10, 2011
Invoice No. 1042395
Page 18

| | |
|---|---|
| 10/26/11 Lexis | 0.21 |
| 10/26/11 Lexis | 6.78 |
| 10/26/11 Lexis | 2.29 |
| 10/26/11 Lexis | 26.67 |
| 10/26/11   Photocopy (1 @ $0.15) | 0.15 |
| 10/27/11 Westlaw | 616.84 |
| 10/27/11 Westlaw | 255.68 |
| 10/28/11 Westlaw | 66.72 |

**Total Disbursements** **$3,780.41**

**Total Due** **$71,234.91**

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

1717 Dallas Partners, LLC
P. O. Box 840667
Dallas, TX 75284

Sedgwick, Detert, Moran, and
Arnold
1717 Main Street
Suite 5400
Dallas, TX 75201

Sedgwick Detert Moran & Arnold

|  |  |  |  |  |  | Statement |
|  |  |  |  | LSEDGDED00 | TSEDGD800 | 10/01/11 |

399-500              Comerica Bank Tower

| Date | Invoice# | Lease | Space | Charge Description | Taxable |  | Outstanding |
|---|---|---|---|---|---|---|---|
| 9/15/11 | G0007151 | LSEDGDED00 | 001 | Administration Fee - Taxable | Less than 30 | | 3.08 |
| 9/15/11 | G0007151 | LSEDGDED00 | 001 | Sales Tax | Less than 30 | | 1.95 |
| 9/16/11 | G0007034 | LSEDGDED00 | 001 | Operating Expenses | Less than 30 | | 5,815.00- |
| 10/01/11 | R0002746 | LSEDGDED00 | 001 | Base Rent | Current | | 30,643.33* |
| 10/01/11 | R0002746 | LSEDGDED00 | 002 | Base Rent | Current | | 7,236.33* |
| 10/01/11 | R0002746 | LSEDGDED00 | 003 | Base Rent | Current | | 7,935.00* |
| 10/01/11 | R0002746 | LSEDGDED00 | 004 | Base Rent | Current | | 16,168.34* |
| 10/01/11 | R0002746 | LSEDGDED00 | 001 | Electrical Reimbursement | Current | | 3,643.95 |
| 10/01/11 | R0002746 | LSEDGDED00 | 002 | Electrical Reimbursement | Current | | 856.37 |
| 10/01/11 | R0002746 | LSEDGDED00 | 003 | Electrical Reimbursement | Current | | 943.59 |
| 10/01/11 | R0002746 | LSEDGDED00 | 004 | Electrical Reimbursement | Current | | 1,522.66 |
| 10/01/11 | R0002746 | LSEDGDED00 | 001 | Excess Operating Expenses | Current | | 90.86 |
| 10/01/11 | R0002746 | LSEDGDED00 | 002 | Excess Operating Expenses | Current | | 21.40 |
| 10/01/11 | R0002746 | LSEDGDED00 | 003 | Excess Operating Expenses | Current | | 23.53 |
| 10/01/11 | R0002746 | LSEDGDED00 | 004 | Excess Operating Expenses | Current | | 47.94 |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | |
|---|---|---|---|---|---|
| 69,517.30 | 4,984.74 | 743.75 | 7,552.30 | .00 | 82,798.09 |



# AFTER HOURS AIR CONDITIONING REQUEST
## Comerica Bank Tower Security



**ComericA BANK TOWER**

*During regular business hours: fax your request to 214-859-1515 for processing.*
*After 5pm weekdays, on weekends or holidays submit your request to the Elm Street Lobby Security Console.*

**COMPANY NAME:** Sedgwick LLP          **SUITE:** 5400

**YOUR NAME:** Kurt Meaders          **DATE:** 9/11/11

| Date Requested | Day | Floor | On Time | | On Time | |
|---|---|---|---|---|---|---|
| Sun 9/11/11 | Sunday | 55 | Noon | am/pm TO | 5:30 | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |
| | | | | am/pm TO | | am/pm |

*Note:    Always indicate AM or PM.*
*When applicable, please indicate "noon" or "midnight".*

## START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER

**Tenant Signature:** _____          **Title:** Partner
**Print Name:** Kurt Meaders          **CC:** Wood, Ken
**Comments:** 10711. 00001      HDR Trial Preparation

## TENANT USE FOR REQUEST FAX 214-859-1515    SECURITY USE ONLY

**AFTER REGULAR BUSINESS HOURS:**          **FOR OFFICE USE ONLY:**
                    9/11/11 U
**Date/Time Received:** 12:03          **Entered By:** _____
**Security Officer:** Ross          **Date/Time Received:** _____
**Engineer Called:** Sammy Dowdy          **Date/Time Programmed:** _____
**Date/Time Called:** 9/11/11   12:03





## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

**Comerica**
**BANK TOWER**

*During regular business hours: fax your request to 214-658-1818 for processing.*
*After 5pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.*

COMPANY NAME: Sedgwick            SUITE: 55
YOUR NAME: Kurt Meaders           DATE: 9/10/11

| Date Requested | Day | Floor | On Time* | | Off Time* | |
|---|---|---|---|---|---|---|
| SAT. 9/10/11 | SATURDAY | 55 | 10:30 am/pm | TO | 5 | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |
| | | | am/pm | TO | | am/pm |

Note:    Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _____        Title: Partner
Print Name: Kurt Meaders              CC: Ken Wood
Comments: ADR    10711.000001

**ENGINEERING: Ph. 214-xxx-xxxx    Fax: 214-658-xxxx    SECURITY: Ph. 214-658-1821**

| AFTER REGULAR BUSINESS HOURS: | FOR OFFICE USE ONLY: |
|---|---|
| Date/Time Received: 09/09/11 10:26 | Entered By: |
| Security Officer: | Date/Time Received: |
| Engineer Called: Sammy Dowdy | Date/Time Programmed: |
| Date/Time Called: 09/09/11 10:28 | |

revised 4.14.2006

4





## AFTER HOURS AIR CONDITIONING REQUEST
### Comerica Bank Tower Security

**ComericA BANK TOWER**

*During regular business hours: fax your request to 214-658-1818 for processing.*
*After 8pm weekdays, on weekends or holidays: submit your request to the Elm Street Lobby Security Console.*

COMPANY NAME: *Sedgwick*  SUITE: *5400*

YOUR NAME: *Kurt Meader*  DATE: *9/02/11*

| Date Requested | Day | Floor | On Time* | | TO | Off Time* | |
|---|---|---|---|---|---|---|---|
| 9/03/11 | SATURDAY | 55 | 11:45 | am/pm | TO | 5:30 | am/pm |
| 9/04/11 | SUNDAY | 55 | 11:00 | am/pm | TO | 4:00 | am/pm |
| | | | | am/pm | TO | | am/pm |
| | | | | am/pm | TO | | am/pm |
| | | | | am/pm | TO | | am/pm |
| | | | | am/pm | TO | | am/pm |

04:5

*Note: Always indicate AM or PM.*
*When applicable, please indicate "noon" or "midnight".*

**\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: *Kurt*  Title: *Partner*

Print Name: *Kurt Meaders*  CC: *Kori Wood, Shari Dodge*

Comments: *10711.0001  HDR*
*Trial Preparation*

**ENGINEERING: 214-698-4102  FAX 214-658-1878  SECURITY  214-658-1821**

| AFTER REGULAR BUSINESS HOURS: | FOR OFFICE USE ONLY: |
|---|---|
| Date/Time Received: *9/3/11  1:43* | Entered By: _____ |
| Security Officer: *Lisa* | Date/Time Received: _____ |
| Engineer Called: *Nihl Bulkley* | Date/Time Programmed: _____ |
| Date/Time Called: *9/3/11  11:48* | |

revised 4.14.2006

4.5
5

08 JUL 2011 7:15    HP LASERJET FAX

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Sep 06, 2011  **Cust. Ref.:** 02175-034454  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 795157317873 | Claudia Dwyer | KELLY C RODE, Court Reporter | |
| Service Type | FedEx Standard Overnight | SEDGWICK LLP | KERR COUNTY COURT AT LAW | |
| Package Type | FedEx Envelope | 1717 Main Street | 700 MAIN ST RM 123 | |
| Zone | 03 | DALLAS TX 75201 US | KERRVILLE TX 78028 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Sep 07, 2011 10:54 | Transportation Charge | | 18.55 |
| Svc Area | A4 | Fuel Surcharge | | 1.24 |
| Signed by | K.GAULDEN | Discount | | -10.57 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$9.22** |

**Picked up:** Sep 06, 2011  **Cust. Ref.:** 10711-000001  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 797485305642 | Gail Fountain | Richard Harrison | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Allen Dell, P.A. | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 202 S ROME AVE STE 100 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33606 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Sep 07, 2011 10:43 | Transportation Charge | | 51.35 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | V.KYLEDALL | Fuel Surcharge | | 7.96 |
| FedEx Use | 000000000/C000006/_ | **Total Charge** | **USD** | **$59.31** |

**Picked up:** Sep 06, 2011  **Cust. Ref.:** 986-09  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7
- 1st attempt Sep 07, 2011 at 08:06 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Original address - 1 MARKET PLZ/SAN FRANCISCO, CA 94105
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 797487022514 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Package Type | Customer Packaging | 1717 Main Street | 333 BUSH ST 27TH | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 50.75 |
| Delivered | Sep 07, 2011 14:56 | Address Correction | | 11.00 |
| Svc Area | A1 | Discount | | -28.93 |
| Signed by | M.VIVAN | Fuel Surcharge | | 3.38 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$36.20** |





**Picked up:** Sep 07, 2011  **Cust. Ref.:** Business Development  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**  *886.08*
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | CLAUDIA DWYER | MIKE F PIPKIN (GUEST) | |
| Tracking ID | 795162664328 | SEDGWICK LLP | c/o WILLOWS LODGE | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 14580 NE 145TH ST | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | WOODINVILLE WA 98072 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Sep 09, 2011 09:39 | Transportation Charge | | 47.05 |
| Svc Area | A4 | Fuel Surcharge | | 3.14 |
| Signed by | L.THOMPSON | Discount | | -26.82 |
| FedEx Use | 000000000/0001596/_ | **Total Charge** | **USD** | **$23.37** |

**Picked up:** Sep 07, 2011  **Cust. Ref.:** 10711-000001  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 32505 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | David C. Kent | DAVID C KENT | |
| Tracking ID | 797470452306 | SEDGWICK LLP | SEDGWICK LLP | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1717 MAIN ST, STE 5400 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | DALLAS TX 75201 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 31.0 lbs, 14.1 kgs | Transportation Charge | | 134.75 |
| Delivered | Sep 08, 2011 09:45 | Courier Pickup Charge | | 0.00 |
| Svc Area | A1 | Fuel Surcharge | | 8.98 |
| Signed by | C.KIRCHENBAUER | Discount | | -76.81 |
| FedEx Use | 000000000/0001327/_ | **Total Charge** | **USD** | **$66.92** |

**Picked up:** Sep 07, 2011  **Cust. Ref.:** 886-08  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 7
- 1st attempt Sep 08, 2011 at 08:39 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Original address - 1 MARKET PLZ/SAN FRANCISCO, CA 94105
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 797491215359 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 333 BUSH ST 27TH FLR | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 55.25 |
| Delivered | Sep 08, 2011 15:00 | Discount | | -31.49 |
| Svc Area | A1 | Fuel Surcharge | | 3.68 |
| Signed by | J.VISAN | Address Correction | | 11.00 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$38.44** |

**Picked up:** Sep 07, 2011  **Cust. Ref.:** 886-08  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 797491217384 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 919 CONGRESS AVE STE 1250 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Sep 08, 2011 13:09 | Transportation Charge | | 24.10 |

Continued on next page



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

| B I L L T O | SEDGWICK L L P<br>ATTN: SHERRY<br>1717 MAIN, 54TH FL<br>DALLAS, TX 75201 |
|---|---|

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 375846 | 09/17/11 | $ 645.37 |

| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|
| 4692278200 | | |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 259-0713<br>R ZARATE<br>03272.000313 | TO: KATHRERINE BINNS 2812 DYER DALLAS, TX 75205<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 34.76 | PTL<br>6:55 PM<br>09/16/11 | $ 34.76 |
| | Sub-Total For Reference No. 03272.000313 | | $ 34.76 |
| 259-0678<br>N BASSI<br>03375.223030 | TO: MARIA KAROS - RES 5702 CLUB OAKS DRIVE DALLAS, TX 75248<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD WEEKEND DELIVERY = $ 45.29 | M KAROS<br>9:25 AM<br>09/17/11 | $ 45.29 |
| 259-0680<br>N BASSI<br>03375.223030 | FROM: MARIA KAROS - RES 5702 CLUB OAKS DRIVE DALLAS, TX 75248<br>TO: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD WEEKEND DELIVERY = $ 45.29 | B RICHMOND<br>10:35 AM<br>09/17/11 | $ 45.29 |
| | Sub-Total For Reference No. 03375.223030 | | $ 90.58 |
| 255-0145<br>G FOUNTAIN<br>10711-000001 | FROM: SEDGWICK L L P 1717 MAIN ST, STE 5400 DALLAS, TX 75201<br>TO: BARNES AND ROBERTS 2816 COMMERCE DALLAS, TX 75226<br>STANDARD DAYTIME DELIVERY = $ 23.17 | B PATTERSON<br>8:57 AM<br>09/12/11 | $ 23.17 |
| | Sub-Total For Reference No. 10711-000001 | | $ 23.17 |

*pld*
*3147*

REC'D ST ACCTG

OCT 0 7 2011

B. LI YEE BAK

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 2 | 375846 | 645.37 | 1,621.77 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

**Expense Report - Transmittal Report**



ER00000029852110182

**Spender** Wayne B. Mason          **From** Sep 27, 2011  **To** Sep 27, 2011          **Reimbursement Amt** 520.76 USD

**Report name** HDR Hearing in Tampa

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 7 | Audit required | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 9/20/11 | Airfare | United St... | 357.40 USD | Jennifer M. Arevalo |
| 9/27/11 | Parking or Tolls | United St... | 26.26 USD | Jennifer M. Arevalo |
| 9/27/11 | Individual Meal | United St... | 4.50 USD | Jennifer M. Arevalo |
| 9/27/11 | Car Rental | United St... | 76.60 USD | Jennifer M. Arevalo |
| 9/27/11 | Airfare | United St... | 35.00 USD | Jennifer M. Arevalo |



```
               HMSHOST
           STARBUCKS COFFEE
          TAMP INT'L AIRPORT

9724 SARAH
- - - - - - - - - - - - - - - - - - - - - - -
CHK 3075 SEP27'11  6:23PM  GST 1
- - - - - - - - - - - - - - - - - - - - - - -

  1 LATTE G                    3.80
     ADD SYRUP                 0.40

  SUBTOTAL                     4.20
  TAX                          0.30
  AMOUNT PAID               4.50
  XXXXXXXXXXXXXXXO          XX/XX
  MSTRCARD  A1                4.50

       ...OU FOR YOUR
```

```
  RENTAL NUMBER     CAR NUMBER      CAR GROUP
   406399044        52302246           C

  MASON,WAYNE
  WIZ = HE408Y     AWD = A984200
  CV - CMXXXXXXXXXXXX5580
  OUT TPA 27SEP11/1123 MI = 23097
  IN  TPA 27SEP11/1729 MI = 23127
        30 MI@     .40 =
         6 HR@   36.76 =
            DY@   49.00 =
  MINIMUM CHARGE         =    49.00
  **10.40% FEE           =     5.24
  FUEL SERVICE           =    13.99
  $   0.56 /DY ERF       =      .56
  $   2.00 /DY SSU       =     2.00
  $   0.02 /DY TBS       =      .02
  $   0.78 /DY VLF       =      .78
  TAXABLE SUBTOT         =    71.59
  TAX  7.000%            =     5.01
  TOTAL CHARGES          =    76.60
  **CONCESSION RECOVERY FEE
  ENERGY RECOVERY FEE
  STATE SURCHARGE
  TIRE BATT. SURCH.
  VEH LIC. REC. FEE
  99-$10/DY:TUE  1 DY RNTL
```



**AmericanAirlines®**



**Get your boarding pass faster!**
Scan this barcode at any American Airlines Self-Service Machine.

Record Locator/AA
Confirmation: BFDFOR





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



### Itinerary

| Date: | 27Sep - Tuesday | | | |
|---|---|---|---|---|
| Flight: | AMERICAN AIRLINES | 1430 | Boeing 737-800 Passenger (738) | Booking Code: X |
| Departure: | DFW Dallas/ Fort Worth | 08:05 AM | | 2HR 15MIN |
| Arrival: | TPA Tampa | 11:20 AM | | |
| | MASON, WAYNE SEAT 3E | First | FF# :AA M610686 | |
| Date: | 27Sep - Tuesday | | | |
| Flight: | AMERICAN AIRLINES | 533 | McDonnell Douglas Super MD-80(S80) | Booking Code: X |
| Departure: | TPA Tampa | 07:00 PM | | 2HR 40MIN |
| Arrival: | DFW Dallas/ Fort Worth | 08:40 PM | | |
| | MASON, WAYNE SEAT 6E | First | FF# :AA M610686 | |

### Receipt

| PASSENGER | TICKET NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|
| MASON,WAYNE | 0012346343788 | 312.56 USD | 44.84 | 357.40 |
| Payment Type: | | | | Total |
| | MASTER CARD     ************5580 | | | 357.40 USD |

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Saturday, October 01, 2011 3:17 PM |
| **To:** | Garner, Lavella |
| **Subject:** | FW: Airport Parking Receipt - Wayne Mason 9/27-9/27 |

Wayne

**Wayne B. Mason**
wayne.mason@sedgwicklaw.com | 469.227.4602

# Sedgwick LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *phone* | 469.227.8004 *fax* | www.sedgwicklaw.com

---

**From:** FreedomPark Reservations [mailto:reservations@freedomparkdfw.com]
**Sent:** Wednesday, September 28, 2011 12:37 AM
**To:** Mason, Wayne B.; Garner, Lavella
**Subject:** Airport Parking Receipt - Wayne Mason 9/27-9/27



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1352638
Date: 9/26/2011 10:50:38 AM

| SOLD TO | Wayne Mason |
|---|---|
| | 214-707-8235 |
| | wayne.mason@sdma.com |

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1352638 | 9/27/2011 | 9/27/2011 | | $112.50 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fuel | 18.433 | $3.90 | $71.87 | $.00 | $.00 | | $86.24 |
| Parking | 1 | $22.00 | $22.00 | $1.82 | $2.44 | | $26.26 |
| **Credit Card Total $112.50** | | | | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

**Visit us on Facebook** 

Thanks for using FreedomPark!

# Sedgwick LLP

## CHECK REQUEST
**PLEASE SUBMIT 24HRS IN ADVANCE**

DATE NEEDED: 10/19/11     TIME NEEDED: choose time     OTHER TIME: _____

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☐ INTER-OFFICE MAIL TO:
☐ E-MAIL WHEN READY:

| Rita Slaten | 3257 | 4644 | 08 - DA |
|---|---|---|---|
| NAME | Empl # | EXT # | OFC |

| CLIENT NUMBER | MATTER NUMBER |
|---|---|
| 10711 | 000001 |

CASE NAME: Case No. 8:08-cv-2446-T-27-TBM; Tampa Bay Water, A Regional Water Supply Authority v. HDR Engineering, Inc

PAYEE: Linda Starr

Court Reporter

ADDRESS: 801 North Florida Avenue

Suite 13B

CITY: Tampa Bay

STATE: FL     ZIP: 33602     COUNTRY: USA

PHONE # : 813.301.5252     FAX # :

TYPE OF BUSINESS: court reporter for Judge James D. Whittemore

(I.E. EXPERT-MEDICAL, EXPERT-ENGINEERING, CONSULTANT-CONSTRUCTION)

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☑ EXACT AMOUNT     $21.60     ☐ NOT TO EXCEED AMOUNT _____

G/L ACCOUNT / TRUST # :

| Acct | Empl | Ofc | PG | SubPG |
|---|---|---|---|---|

☐ FUNDS SHOULD COME FROM TRUST ACCOUNT

EXPLANATION (MUST BE INCLUDED):

Order transcript of Status Conference held on September 27, 2011

PLEASE CHECK ONE OF THE FOLLOWING:

☐ SUPPORTING DOCUMENTATION IS ATTACH
☑ THERE IS NO SUPPORTING DOCUMENTATION

PREPARED BY: R Slaten     EMPL # 3257     Ext. 4644

AUTHORIZED BY:     EMPL # 3021     Ext. 4616

DATE: 10/19/11

*AP137721*

9175/
15834

REV. 9/2010

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Wednesday, October 19, 2011 12:07 PM |
| **To:** | Slaten, Rita |
| **Subject:** | Can you call Court reporter Linda Starr and see how to get a copy of this transcript |



**You do not have access to this transcript.**

TRANSCRIPT of Status Conference held on 27 September 2011 before Judge James D. Whittemore. Court Reporter/Transcriber Linda Starr,Telephone number 813-301-5252. Transcript may be viewed at the court public terminal or purchased through the Court Re porter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/4/2011, Redacted Transcript Deadline set for 11/14/2011, Release of Transcript Restriction set for 1/12/2012. (LS)

$21.60
copy of
Transcript

1



HDR, Inc.                                          December 8, 2011
8404 Indian Hills Dr.                          Invoice No. 1046169
Omaha, NE 68114

For Professional Services Through November 30, 2011:

Re:  Our File No.: 10711-000001/WBM
     Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 10/26/11 | J. Scott | 0.50 | Research Florida law regarding allegedly invalid approval of settlement agreement that was executed by agent of joint venture or partnership |
| 10/27/11 | J. Scott | 4.70 | Research right of partnerships and joint ventures to renege on agreement based on internally invalid approvals |
| 10/28/11 | J. Scott | 2.00 | Research Florida law regarding validity of partnership agreement restrictions on authority to make agreements with third parties |
| 11/01/11 | K. Meaders | 1.00 | Revise Evaluation of Case and damage assessments |
| 11/01/11 | K. Meaders | 0.60 | Telephone conference ███████████ |
| 11/01/11 | K. Meaders | 0.30 | Email with attorney Mason regarding Barnard settlement question for media |
| 11/01/11 | D. Kent | 0.70 | Review and revise case status and evaluation report, including exchange of memoranda with team member concerning same |
| 11/01/11 | D. Kent | 1.90 | Prepare HDR's Response to TBW's Motion to Reopen |
| 11/01/11 | J. Scott | 2.10 | Research impact of open government laws on a governmental entity's attorney client privilege |
| 11/02/11 | K. Meaders | 2.30 | Revise risk evaluation and prepare comprehensive table of potential trial outcomes |



and damage allocations

| 11/02/11 | K. Meaders | 0.50 | Receipt and review emails and research on potential waiver of privilege or exemption from disclosure of private sessions and meetings |
|---|---|---|---|
| 11/02/11 | K. Meaders | 1.20 | Receipt and review of email memorandum regarding offer of judgment; criteria for effective offer of judgment and how offer must be compared to actual award; ███████████ |
| 11/02/11 | K. Meaders | 0.70 | Review of additional media and news coverage and attempts to get additional print coverage |
| 11/02/11 | K. Meaders | 0.40 | Telephone conference ███████████ |
| 11/02/11 | D. Kent | 1.10 | Multiple conferences ███████████ |
| 11/02/11 | D. Kent | 5.30 | Review and revise HDR's Response to TBW's Motion to Reopen Case |
| 11/02/11 | J. Larsen | 0.20 | Telephone conference with David Kent regarding issues on whether a board member may speak to the press and public regarding an issue that was discussed inclosed session and the power of a board member to waive the attorney-client privilege for the distinct |
| 11/02/11 | C. Steinmann | 10.70 | Analyze Plaintiff's Motions to Reopen, research case law cited therein, and cases distinguishing or overruling the cases, and begin analysis of cases for Response to Motion |
| 11/02/11 | J. Scott | 4.80 | ███████████ |
| 11/02/11 | G. Fountain | 2.30 | Compare media article indices provided by client and co-counsel to determine missing articles and gather same in preparation for use as exhibits to |



Motion to Transfer Venue

| | | | |
|---|---|---|---|
| 11/03/11 | K. Meaders | 0.70 | Receipt and review of additional news articles for potential use in Motion |
| 11/03/11 | K. Meaders | 1.10 | Review of case law on potentially valuable transaction versus void ab initio transaction; review memorandum of relevance to our positions |
| 11/03/11 | K. Meaders | 0.30 | Emails with trial and briefing team regarding filing of executed mediator's proposal and gathering of transcript evidence for brief |
| 11/03/11 | K. Meaders | 0.30 | Telephone conference with jury polling survey regarding status and anticipated oral report |
| 11/03/11 | D. Kent | 5.90 | Review and revise HDR's Response to TBW's Motion to Reopen, including exchange of memoranda with team members, study/analysis of supporting documents and exhibits, and legal research of supporting legal authorities and judicial precedents |
| 11/03/11 | C. Steinmann | 9.00 | Prepare memorandum ███████████████ ████████████████████████████ |
| 11/03/11 | J. Scott | 1.40 | Research extent of government entities attorney client privilege |
| 11/03/11 | G. Fountain | 1.90 | Compare media article indices provided by client and co-counsel to determine missing articles and gather same in preparation for use as exhibits to Motion to Transfer Venue |
| 11/04/11 | K. Meaders | 1.90 | Prepare parts of draft response in opposition to Motion to Reopen case; preparation of materials for hearing; office conference with attorney Steinmann regarding notebook of cases and analysis for preparation for hearing and chart of case analysis and distinctions |
| 11/04/11 | K. Meaders | 0.50 | Office conference with attorney Kent regarding draft response and strategy to address issues and |



|            |             |        |                                                                                                                                               |
|------------|-------------|--------|-----------------------------------------------------------------------------------------------------------------------------------------------|
|            |             |        | cases cited by TBW                                                                                                                            |
| 11/04/11   | K. Meaders  | 3.10   | Review case law cited by TBW for issues; distinction of law and fact for purposes of addressing in response to Motion to Reopen case           |
| 11/04/11   | D. Kent     | 5.60   | Revise HDR's Response to TBW's Motion to Reopen Case, including legal research, review and selection of supporting evidence and exhibits, and analysis and planning with team members regarding same |
| 11/04/11   | J. Scott    | 2.70   | Draft memo re: enforceability of settlement by partnership or joint venture when it was internally unauthorized by partnership agreement       |
| 11/04/11   | G. Fountain | 1.10   | Compare media article indices provided by client and co-counsel to determine missing articles and gather same in preparation for use as exhibits to Motion to Transfer Venue |
| 11/05/11   | K. Meaders  | 0.60   | Telephone conferences with jury research regarding preliminary outcome of polling; emails with attorney Mason regarding same; telephone conference with jury research on additional information to recover and initial presentation of date |
| 11/05/11   | D. Kent     | 6.30   | Review and revise HDR's Response to TBW's Motion to Reopen Case                                                                                |
| 11/06/11   | D. Kent     | 2.30   | Revise HDR's Response to TBW's Motion to Reopen                                                                                                |
| 11/07/11   | K. Meaders  | 0.30   | Office conference with attorney Mason regarding support for possible change of venue motion                                                    |
| 11/07/11   | K. Meaders  | 0.80   | Receipt and review of case analysis memorandum on authority to contract via board vote                                                         |
| 11/07/11   | K. Meaders  | 0.30   | Revise risk evaluation                                                                                                                         |
| 11/07/11   | K. Meaders  | 1.10   | Research case law on change of venue within district and division                                                                             |



| 11/07/11 | K. Meaders | 0.40 | Emails with attorney Kent regarding evidentiary support for response to Motion to Reopen |
| 11/07/11 | K. Meaders | 0.50 | Attention to issues regarding calculation of damages in offer of judgment |
| 11/07/11 | K. Meaders | 1.00 | Revise draft Response to Motion to Reopen |
| 11/07/11 | D. Kent | 7.60 | Revise HDR's Response to TBW's Motion to Reopen Case |
| 11/07/11 | C. Steinmann | 4.50 | Begin preparation of summary chart to be used at hearing showing incorrect or distinguishing factors from cases |
| 11/07/11 | W. Richmond | 0.90 | Analyze and edit client's response to motion to reinstate and cross-motion |
| 11/07/11 | J. Scott | 1.80 | research standards for waiving privilege under the Florida Evidence Code |
| 11/07/11 | J. Scott | 0.40 | Research municipal law treatise provisions regarding ultra vires and unauthorized entrances into contract |
| 11/07/11 | C. Alm | 6.70 | Review and update deposition summaries with deposition exhibits for W. Mason |
| 11/07/11 | G. Fountain | 2.00 | Compare media article indices provided by client and co-counsel to determine missing articles and gather same in preparation for use as exhibits to Motion to Transfer Venue |
| 11/08/11 | K. Meaders | 4.80 | Revise arguments in Response to TBW's Motion to Enforce Settlement and office conference with attorney Kent regarding response issues |
| 11/08/11 | K. Meaders | 1.40 | Telephone conference █████████████████████████████████████ |
| 11/08/11 | K. Meaders | 0.20 | Telephone conference with Richard Harrison for certificate of conference for Motion to Enforce and Motion to seek additional pages for briefing |
| 11/08/11 | D. Kent | 4.50 | Review and revise HDR's Response to TBW's Motion to Reopen, including conferences with |



|  |  |  | team members and Tim Woodward concerning same |
|---|---|---|---|
| 11/08/11 | D. Kent | 0.50 | Prepare, finalize and file Unopposed Motion to Exceed Page Limitations, including analysis and planning with team members concerning same |
| 11/08/11 | C. Steinmann | 3.20 | Review and revise Response and correspond with Kent regarding additional issues to be addressed |
| 11/08/11 | W. Richmond | 4.20 | Analyze venire panel survey data vis-a-vis Federal legal requirements underlying client's potential motion to transfer venue due to bias and begin drafting memorandum regarding same |
| 11/08/11 | C. Alm | 4.80 | Review and update deposition summaries with deposition exhibits for W. Mason |
| 11/08/11 | G. Fountain | 4.10 | Work on status index of all media articles related to reservoir in preparation for HDR's response to TBW's motion to reopen case |
| 11/09/11 | W. Mason | 0.90 | Conference call ███████ ████████ |
| 11/09/11 | W. Mason | 0.40 | Telephone conference ████████ |
| 11/09/11 | W. Mason | 0.50 | Telephone conference with Kurt Meaders regarding responsive motions |
| 11/09/11 | W. Mason | 0.50 | Telephone conference ████████ ███████████████ |
| 11/09/11 | K. Meaders | 0.50 | Review memorandum from attorney Richmond regarding settlement offer and bias |
| 11/09/11 | K. Meaders | 0.30 | Office conference with attorney Steinmann regarding preparation of notebook of HDR cases |
| 11/09/11 | K. Meaders | 1.50 | Telephone conference ████████ ███████████████ |
| 11/09/11 | K. Meaders | 1.20 | Office conference with attorney Richmond to |



assist with Affidavit ████████
████████████████████████
████████████████

| 11/09/11 | K. Meaders | 1.70 | Draft and revise letter ████████████████████████████████████████ |
| 11/09/11 | K. Meaders | 0.50 | Emails ████████████████████████████ |
| 11/09/11 | K. Meaders | 1.00 | Research additional case law for response to Motion to Reopen |
| 11/09/11 | K. Meaders | 0.50 | Organize media material into exhibit for response to Motion to Reopen |
| 11/09/11 | K. Meaders | 1.00 | Review outstanding Motions and prepare report to attorney Mason on potential briefing schedule |
| 11/09/11 | K. Meaders | 0.60 | Research prior positions and ideas to respond to TBW's Motion to Strike CDG as Fabre |
| 11/09/11 | K. Meaders | 2.20 | Work on response to Motion to Reopen - particularly summary and factual summary |
| 11/09/11 | D. Kent | 6.40 | Review and revise HDR's Response to TBW's Motion to Reopen Case, including conferences and exchange of memoranda with team members concerning same |
| 11/09/11 | J. Larsen | 0.20 | Email correspondence with David Kent regarding whether the federal judge could order production of documents in litigation that fall under an exception to release under the public records laws |
| 11/09/11 | C. Steinmann | 2.10 | Analyze cases regarding good cause and revise draft response to Motion to reopen |
| 11/09/11 | W. Richmond | 0.90 | Further analysis and editing of client's response to motion to reopen case and cross-motion to enforce |
| 11/09/11 | W. Richmond | 1.40 | Further analysis of venire survey numbers, |


|          |              |       |                                                                                                                                                      |
|----------|--------------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | conference with survey expert, and further review of relevant Federal case law and statutory provisions for client's potential motion to transfer venue |
| 11/09/11 | J. Scott     | 2.20  | ████████████████████████████████████████████████████████████████████████                                                                            |
| 11/09/11 | C. Alm       | 2.20  | Review and update deposition summaries with deposition exhibits for W. Mason                                                                          |
| 11/09/11 | G. Fountain  | 0.50  | Work on exhibits to HDR's response to TBW's motion to reopen case                                                                                     |
| 11/10/11 | K. Meaders   | 7.10  | Revise response and Motion to Enforce regarding settlement agreement; revise suggested changes from James Hickman and Tim Woodward                     |
| 11/10/11 | K. Meaders   | 0.30  | Receipt and review of Order denying request for additional pages, emails with attorneys Kent and Mason regarding same                                 |
| 11/10/11 | K. Meaders   | 0.50  | Emails with attorneys Kent and Mason regarding response, changes and additions                                                                        |
| 11/10/11 | D. Kent      | 7.60  | Revise HDR's Response to TBW's Motion to Reopen, including extended conference with Florida counsel regarding same and exchange of memoranda with team members concerning same |
| 11/10/11 | W. Richmond  | 0.30  | Conference with court clerk regarding filing irregularities                                                                                           |
| 11/10/11 | C. Alm       | 3.70  | Review and update deposition summaries with deposition exhibits for W. Mason                                                                          |
| 11/11/11 | K. Meaders   | 2.30  | Additional review and revision to Response to Motion to Reopen case; review and revise Motion to Enforce Settlement; review emails from Dennis Frostic regarding big picture review of response |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 8, 2011
Invoice No. 1046169
Page 9

| 11/11/11 | D. Kent | 4.70 | Revise HDR's Response to TBW's Motion to Reopen Case and Cross-Motion to Enforce Settlement, including telephone conferences with Florida counsel, conferences with Vance Wittie, and exchange of correspondence and memoranda with team members and client representatives concerning same |
| 11/11/11 | S. Wittie | 2.20 | Review and revise opposition to motion to reopen, multiple communications relating to same |
| 11/11/11 | C. Alm | 5.10 | Review and update deposition summaries with deposition exhibits for W. Mason |
| 11/12/11 | K. Meaders | 2.70 | Review and revise new and condensed changes to Response to meet page limits; revise response; emails with attorney Kent to finalize potential response and motion to enforce |
| 11/12/11 | D. Kent | 4.80 | Revise HDR's Response to TBW's Motion to Reopen Case, including legal research and exchange memoranda with team members concerning same |
| 11/13/11 | D. Kent | 7.90 | Review and revise HDR's Response to TBW's Motion to Reopen Case, together with supporting exhibits, Cross-Motion to Enforce Settlement Agreement, legal research, and exchange of memoranda with team members concerning same |
| 11/14/11 | K. Meaders | 7.60 | Work on Response to Plaintiff TBW's Motion to Reopen; Work on Motion to Enforce Settlement Agreement; receive comments from Wayne Mason and discuss changes to Response regarding same; ██████████████████ ███████████████████ revise motion to and response to incorporate suggested changes; work on motion to file under seal and certificate of conference for motion to file under seal and separate motion to file non-documentary evidence; additional |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 8, 2011
Invoice No. 1046169
Page 10

|  |  |  |  |
|---|---|---|---|
|  |  |  | suggested changes to motion and response; Final revisions of Motion to Enforce; Final revisions to Response to Motion to Reopen; work with Attorney Kent to find electronic copies to file with Motion to file under seal |
| 11/14/11 | D. Kent | 7.90 | Review, revise, finalize and file HDR's Response to TBW's Motion to Reopen Case, exhibits in support thereof, HDR's Cross-Motion to Enforce Settlement, HDR's Motion to File Documents Under Seal, and HDR's Motion to File Nondocumentary Evidence ███████████ |
| 11/14/11 | C. Steinmann | 5.50 | Continue review and analysis of cases cited by TBW and those referenced within cited cases and continue to update Case Analysis distinction chart |
| 11/14/11 | C. Steinmann | 2.50 | Continue working on Response to Motion to ReOpen and research additional case law on mediation confidentiality |
| 11/14/11 | W. Richmond | 0.90 | Analyze client's legal options under MDFla rules regarding sealing of documents and submission of non-documentary exhibits |
| 11/14/11 | W. Richmond | 0.30 | Conference with court's clerk regarding preferred procedures for motion to seal and non-documentary evidence submission |
| 11/14/11 | W. Richmond | 1.90 | Outline, draft, and make initial revisions to client's motion to seal pursuant to local rule, including supplemental research regarding Florida confidentiality statute as supporting authority |
| 11/14/11 | W. Richmond | 1.80 | Outline, draft, and make initial revisions to client's motion for leave to file non-documentary exhibits |
| 11/14/11 | W. Richmond | 1.20 | Pre-filing revisions to client's motion to seal and |

The image is the Sedgwick logo at top.



|            |              |      |                                                                                                                                                      |
|------------|--------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |      | motion for leave to file non-documentary exhibits                                                                                                    |
| 11/14/11   | W. Richmond  | 1.00 | Final pre-filing organization of client's motion to seal, motion for leave to file non-documentary exhibits, and supporting exhibits, along with actual electronic filing of same with Court |
| 11/14/11   | C. Alm       | 4.10 | Review and update deposition summaries with deposition exhibits for W. Mason                                                                          |
| 11/14/11   | G. Fountain  | 1.60 | Work on exhibits to HDR's response to TBW's motion to reopen case                                                                                     |
| 11/15/11   | K. Meaders   | 1.80 | Preparation of materials for Hearing on Motion to Reopen and Motion to Enforce                                                                        |
| 11/15/11   | K. Meaders   | 0.80 | Telephone calls ███████████████                                                                                                                       |
| 11/15/11   | K. Meaders   | 0.30 | Receipt and review of Court notice of cancellation of status conference ████████                                                                      |
| 11/15/11   | D. Kent      | 0.50 | Prepare for status conference hearing on TBW's Motion to Reopen, including exchange of memoranda with team members and preparation of background materials concerning same |
| 11/15/11   | C. Steinmann | 7.50 | Continue analysis of cases and preparation of case summary and reference for Motion to Reopen, Reply, and Motion to Enforce                            |
| 11/15/11   | W. Richmond  | 0.90 | Conference ████████████████                                                                                                                           |
| 11/15/11   | C. Alm       | 5.20 | Conferences with C. Steinmann regarding updates TBW's Motion to Reopen Case, HDR's Cross-Motion to Enforce Settlement and HDR's Response in Opposition to TBW's Motion to Reopen for review by W. Mason; update all motions with cited cases |


| 11/16/11 | K. Meaders | 0.70 | Telephone call with Attorney Woodward regarding cancellation of status conference, potential issues and strategy |
| 11/16/11 | K. Meaders | 1.60 | Receipt and Review of Order Granting Motion to Reopen matter; ███████████; emails with Kent and telephone conferences regarding consideration of amendment to motion to enforce to place full evidentiary record before court in single motion; set up conference call |
| 11/16/11 | D. Kent | 0.50 | Study/analysis of court orders granting TBW's Motion to Reopen, denying without prejudice HDR's Motion for Sanctions for Breach of Confidentiality and denying HDR's Motion to File Nondocumentary Evidence, including analysis and planning with team members regarding implications of same on Cross-Motion to Enforce and planned Motion to Change Venue |
| 11/16/11 | D. Kent | 0.20 | Study/analysis of TBW's certificate of conference regarding Motion for Leave to File Reply in Support of Motion to Reopen Case, including analysis and planning with team members concerning response to same |
| 11/16/11 | W. Richmond | 0.70 | Research client's ability to file interlocutory appeal or seek mandamus relief for denial of motion |
| 11/17/11 | W. Mason | 3.80 | Conference call and work on motion to transfer venue and website and prepare correspondence to Harrison |
| 11/17/11 | K. Meaders | 1.90 | Receipt and consideration of TBW request for Motion for leave to file documents under seal; conference with Mason regarding same; draft email to Harrison requesting documents as it is unclear what documents are intended to be filed; review of documents submitted by Harrison and draft email response objecting to the filing of |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 8, 2011
Invoice No. 1046169
Page 13

|            |            |      |                                                                                                                                                                                                                                                                                                                                                    |
|------------|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |            |      | any settlement negotiation documents; receive Harrison response and draft response considering document are confidential and are not meant to disclose to court                                                                                                                                                                                      |
| 11/17/11   | K. Meaders | 3.30 | Office conference with Wayne Mason regarding desire to file Motion to Transfer Venue before Court sets trial and to expedite preparation and filing of same; consideration of status of Motion to Transfer; office conference with Attorney Richmond ███████ office conference with attorney Kent regarding Motion to Transfer Venue and need to expedite motion and briefing; work on research to complete for motion to change venue and other issues |
| 11/17/11   | K. Meaders | 0.70 | Comparison of outstanding and pending motion list at request of court to supplement list of outstanding issues for court attention                                                                                                                                                                                                                   |
| 11/17/11   | K. Meaders | 1.20 | Telephone conference with Attorney Mason, Kent, Woodward ███████ follow up meeting with David Kent and Wayne Mason regarding implementing strategy and potential discovery of depositions of Board members and timing of same                                                                                                                        |
| 11/17/11   | K. Meaders | 0.30 | Telephone call with Attorney Richmond regarding research for Motion to Transfer Venue                                                                                                                                                                                                                                                                |
| 11/17/11   | K. Meaders | 3.70 | ███████ work on report "Problem Tracking Science" ███████                                                                                                                                                                                                                                                                                           |
| 11/17/11   | D. Kent    | 1.40 | Prepare HDR's Motion for Leave to Change Venue, including legal research concerning same                                                                                                                                                                                                                                                             |
| 11/17/11   | D. Kent    | 1.30 | Analysis and planning regarding HDR's Motion                                                                                                                                                                                                                                                                                                        |



|            |              |      | to Change Venue, including conference/meeting with team members and teleconference with client and claims representative concerning same |
|------------|--------------|------|---|
| 11/17/11 | D. Kent | 0.40 | Analysis and planning with team members concerning amending or supplementing Cross-Motion to Enforce Settlement Agreement |
| 11/17/11 | D. Kent | 0.60 | Analysis and planning with team members regarding response to TBW's certificate of conference concerning Motion for Leave to File documents under seal |
| 11/17/11 | D. Kent | 0.30 | Study/analysis of list of pending motions for purposes of preparing counter-list as required by court order |
| 11/17/11 | D. Kent | 0.30 | Study/analysis of Court order denying as moot HDR's Motion to File Documents Under Seal, including analysis and planning with team member concerning strategy for follow-up and response to same |
| 11/17/11 | C. Steinmann | 0.80 | Review Federal Court Sanction Briefing from Clemens case and begin reviewing case law for appropriateness of sanctions |
| 11/17/11 | W. Richmond | 1.10 | Multiple conferences with client's survey result experts regarding analysis and interpretation of statistics for inclusion in client's motion to change venue |
| 11/17/11 | W. Richmond | 1.80 | Supplemental research of nation-wide federal authority supporting intra-district transfers and violative effect of settlement offer knowledge for inclusion in client's motion to change venue |
| 11/17/11 | W. Richmond | 2.30 | Analysis of potential media exhibits and statutory research to create substantive drafting outline of client's motion to change venue |
| 11/17/11 | W. Richmond | 0.70 | ███████████████████████ |
| 11/17/11 | W. Richmond | 0.80 | ███████████████████████ |


| 11/17/11 | W. Richmond | 3.70 | ████████████████████ |
| 11/17/11 | J. Scott | 1.20 | Research federal law regarding the exclusion of jurors based on prejudicial knowledge of settlement negotiations |
| 11/18/11 | K. Meaders | 3.90 | Work on affidavit in support of Motion to Change Venue; various office conferences with Attorney Richmond and Kent on evidentiary support needed for Motion to Transfer Venue; detailed telephone call ████████████ |
| 11/18/11 | K. Meaders | 1.10 | Telephone call ████████████████████ |
| 11/18/11 | K. Meaders | 0.40 | Respond to various emails from Harrison regarding HDR position on TBW Motion to file settlement negotiation material and offers |
| 11/18/11 | K. Meaders | 0.40 | respond to questions from Attorney Kent regarding monitoring of media outlets and determine if any such service in place |
| 11/18/11 | K. Meaders | 1.70 | Receipt, review and Revise Draft Motion to Transfer Venue and email questions and comments to Attorney Kent and Richmond |
| 11/18/11 | D. Kent | 5.20 | Review and revise HDR's Motion to Change Venue, including legal research and preparation of memoranda to team members concerning same |
| 11/18/11 | D. Kent | 1.30 | Review and revise draft affidavit from jury researcher for use in support of HDR's Motion to Transfer Venue, including analysis and planning |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 8, 2011
Invoice No. 1046169
Page 16

and exchange of memoranda with team members concerning same

| 11/18/11 | W. Richmond | 4.10 | ████████████████████████████ ████████████████████ ████████████████████████ ████████████████ |
| 11/18/11 | J. Scott | 0.80 | Research federal law regarding the exclusion of jurors based on prejudicial knowledge of settlement negotiations |
| 11/19/11 | K. Meaders | 3.80 | Work on Affidavit in Support of Motion to Transfer Venue; telephone call with Attorney Richmond to about affidavit revisions; telephone call ████████████████████ ████████████████████████ ████████████████████████████ |
| 11/19/11 | K. Meaders | 1.50 | Review docket to determine all outstanding motions, draft chart of additional outstanding motions and draft Notice to Court of Pending Motions; email notice to trial team for review and comments |
| 11/19/11 | K. Meaders | 0.60 | Review and revise Report ██████████ ██████ |
| 11/19/11 | D. Kent | 1.80 | Review and revise HDR's Motion to Change Venue including legal research, review and selection of supporting exhibits and evidence, and review and revision of supporting affidavit |
| 11/19/11 | W. Richmond | 0.50 | Conference ██████████████████ █ |
| 11/19/11 | W. Richmond | 2.60 | ████████████████████████████ ████████████████████ |
| 11/20/11 | K. Meaders | 5.10 | ████████████████████████████ |



████████████████████ revisions to Motion
to Change Venue; receipt and review of changes
from David Kent on Affidavit and Questions
regarding some technical data;
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████ email to David Kent regarding
affidavit and motion status

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/20/11 | K. Meaders | 0.30 | Revise Notice of Pending Motions |
| 11/20/11 | D. Kent | 1.70 | Review and revise draft affidavit of jury consultant in support of HDR's motion to change venue, including exchange of memoranda with team members concerning same |
| 11/20/11 | D. Kent | 0.60 | Review and revise HDR's Notice of Pending Motions, including exchange of memoranda with team member concerning same |
| 11/20/11 | D. Kent | 1.50 | Review and revise HDR's Motion to Change Venue, including legal research and exchange of memoranda with team members concerning same |
| 11/21/11 | W. Mason | 0.60 | Multiple telephone conferences with client and insurer regarding venue issues and strategy on case |
| 11/21/11 | W. Mason | 0.50 | Telephone conference ████████████ ████████████████ |
| 11/21/11 | W. Mason | 1.80 | Five intrafirm conferences ████████████ ████████████████ |
| 11/21/11 | K. Meaders | 0.80 | Work on revisions to Notice of Pending Motions for purposes of filing in event Motion to Change venue incomplete by filing deadline for Notice |
| 11/21/11 | K. Meaders | 6.30 | Revise affidavit ██████████████████ ████████████████████████████████ ████████████████████████████████ |


|          |              |      |                                                                                                                                                                           |
|----------|--------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |      | █████████████████████████████ email and obtain certificate of conference on Motion to Change Venue; revise Motion to Change Venue ███████████████████████████ continued evening revisions of Motion to Change Venue |
| 11/21/11 | K. Meaders   | 0.30 | Receive and review certificate of conference from Harrison on Motion for Protective Order from discovery; draft suggested response; respond to Harrison on TBW's request on Motion for Leave to file settlement negotiation documents |
| 11/21/11 | K. Meaders   | 0.40 | Receipt and Review of August Report on Flat Plate Soil Cement Monitoring and notation of only 3 new cracks located during summer of 2011; ████████████████████ ████ |
| 11/21/11 | K. Meaders   | 1.80 | █████████████████████████████ work on changes to Problem Tracking Science Article |
| 11/21/11 | D. Kent      | 1.60 | Review, revise and finalize Affidavit ███████ ███████████████████████████████ |
| 11/21/11 | D. Kent      | 0.30 | Study/analysis of correspondence from opposing counsel regarding certificate of conference for TBW's Motion for Protective Order or to to Strike, including exchange of memoranda with team members concerning proposed response to same |
| 11/21/11 | D. Kent      | 9.70 | Review and revise HDR's Motion to Change Venue, including legal research, analysis and planning and exchange of memoranda with Wayne Mason and team members concerning same |
| 11/21/11 | W. Richmond  | 2.60 | Further revisions and supplementations to client's motion to change venue, including |



conference call █████████ ▌

██████████████████████████████
██████████████████████████████
█████████████████████████

| 11/21/11 | W. Richmond | 0.50 | Revise and electronically file client's notice of pending motions |
| 11/21/11 | J. Scott | 0.20 | Locate treatise article re: exclusion of settlement negotiations for D. Kent |
| 11/22/11 | W. Mason | 0.60 | Review and review motion to transfer venue |
| 11/22/11 | K. Meaders | 2.10 | Revise and finalize motion including changes suggested by Vance Wittie and incorporation of other comments |
| 11/22/11 | K. Meaders | 0.80 | Research issues regarding objection to TBW motion for leave and confidentiality and privilege of settlement documents from disclosure |
| 11/22/11 | K. Meaders | 0.30 | Emails regarding Plaintiff request for certificate of conference on Motion for Protective order and whether to agree to objections and HDR filing Motion for Leave and to compel; consensus to let TBW file motion for protective order so HDR in position of responding to known arguments |
| 11/22/11 | K. Meaders | 0.60 | Receipt and Review of September Flat Plate Soil Cement Monitoring Report and note no new cracks except 3 minor cracks mentioned |
| 11/22/11 | K. Meaders | 0.50 | ██████████████████████ ██████████████████ |
| 11/22/11 | K. Meaders | 1.50 | Watch news report found by Universal and incorporation of listing into Motion to Change Venue; discussion with Kent and Mason regarding potential filing of non-documentary evidence of newscasts |
| 11/22/11 | D. Kent | 3.40 | Review, revise, finalize and file HDR's Motion |



|  |  |  | to Change Venue and supporting exhibits, including analysis and planning and exchange of memoranda with team members concerning same |
|---|---|---|---|
| 11/22/11 | D. Kent | 0.20 | Prepare correspondence to opposing counsel responding to certificate of conference on TBW's Motion for Protective Order or to Strike, including analysis and planning with team members concerning same |
| 11/22/11 | C. Steinmann | 1.00 | Review TBW's Responses to Request for Production and additional information regarding Motion for Protection |
| 11/22/11 | C. Steinmann | 2.70 | Review Motion to Change Venue |
| 11/22/11 | C. Steinmann | 2.10 | Review sanction and bad faith cases |
| 11/22/11 | W. Richmond | 0.60 | Analyze local venire rules regarding composition of jury wheel |
| 11/22/11 | W. Richmond | 1.10 | Revisions to clients motion to transfer, analysis of final exhibits included therein, and electronic filing thereof |
| 11/23/11 | W. Mason | 0.40 | Numerous intrafirm conferences regarding strategy on dealing with TBW's position with the court regarding motion for leave |
| 11/23/11 | W. Mason | 0.50 | Conference call ███████████████ ███████ |
| 11/23/11 | W. Mason | 0.40 | Telephone call ████████████████ ████ |
| 11/23/11 | W. Mason | 0.80 | Multiple intrafirm conferences with Kurt Meaders regarding filing motion to transfer venue and filing responsive motion |
| 11/23/11 | W. Mason | 0.60 | Telephone conference ███████████ ██████████████████ ██ |
| 11/25/11 | D. Kent | 1.20 | Prepare HDR's response to TBW's anticipated motion for protective order or to strike discovery requests |


| 11/27/11 | D.  Kent | 1.70 | Study/analysis of television news reports concerning Reservoir lawsuit and settlement |
| 11/27/11 | D. Kent | 0.20 | Prepare memorandum to team members concerning strategy for presenting television news stories as evidence in support of HDR's Motion to Change Venue and Cross-Motion to Enforce Settlement Agreement |
| 11/28/11 | K. Meaders | 0.40 | ████████████████████████████ |
| 11/28/11 | K. Meaders | 0.50 | Work on potential supplemental exhibit of transcription of newscast post September 19 on settlement issues |
| 11/28/11 | K. Meaders | 0.30 | Emails ████████████████ |
| 11/28/11 | D. Kent | 2.70 | Revise HDR's Response to TBW's anticipated Motion for Protective Order or to Strike HDR's discovery requests |
| 11/28/11 | C. Alm | 2.70 | Review and update deposition summaries with deposition exhibits for W. Mason |
| 11/29/11 | K. Meaders | 1.60 | ████████████████████████████ |
| 11/29/11 | D. Kent | 4.10 | Review and revise HDR's Response to TBW's anticipated Motion for Protective Order or to Strike HDR's requested discovery |
| 11/29/11 | J. Scott | 4.30 | Research waivers of attorney client privilege in connection with Florida open government laws |
| 11/30/11 | K. Meaders | 1.00 | Receipt and Review Objections and Discovery |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 8, 2011
Invoice No. 1046169
Page 22

|  |  |  | Responses from TBW for internal meeting minutes and transcription; email to Attorney Mason and Kent regarding effect of objections, lack of motion for protective order from TBW and use of objections and non-production as part of response in support of motion to enforce and filing a motion to compel; receipt and review comments on strategy from Attorney Kent |
| 11/30/11 | K. Meaders | 1.10 | Work on updating status of Trial Exhibit list with documents received since prior update and coordinate with legal assistant Fountain regarding updates and changes to trial exhibits |
| 11/30/11 | K. Meaders | 0.50 | Receipt and review of email from legal assistant Alm regarding questions regarding particular deposition exhibits for purposes of summation syncing of deposition and exhibits in electronic format and response regarding location of particular exhibits |
| 11/30/11 | D. Kent | 0.30 | Study/analysis of TBW's Response to HDR's 2nd Request for Production of Documents, including exchange of memoranda with team members concerning same |
| 11/30/11 | D. Kent | 2.50 | Review and revise HDR's Response to TBW's anticipated Motion for Protective Order or to Strike HDR's discovery requests, including legal research concerning same |
| 11/30/11 | C. Alm | 1.00 | Review and update deposition summaries with deposition exhibits for W. Mason |
| 11/30/11 | G. Fountain | 2.90 | Work on HDR's supplemental trial exhibits |

Total Hours     426.50
**Total Fee Amount    $127,875.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 12.30 | 455.00 | $5,596.50 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 8, 2011
Invoice No. 1046169
Page 23

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| K. Meaders | 113.70 | 330.00 | 37,521.00 |
| D. Kent | 126.50 | 395.00 | 49,967.50 |
| J. Larsen | 0.40 | 365.00 | 146.00 |
| S. Wittie | 2.20 | 350.00 | 770.00 |
| C. Steinmann | 51.60 | 225.00 | 11,610.00 |
| W. Richmond | 38.80 | 240.00 | 9,312.00 |
| J. Scott | 29.10 | 240.00 | 6,984.00 |
| C. Alm | 35.50 | 115.00 | 4,082.50 |
| G. Fountain | 16.40 | 115.00 | 1,886.00 |
| Total | **426.50** | | **$127,875.50** |

**Disbursements:**

| | | |
|---|---|---|
| 07/01/11 | Other On Line Research | 0.16 |
| 07/05/11 | Other On Line Research | 2.40 |
| 07/05/11 | Other On Line Research | 4.32 |
| 07/11/11 | Other On Line Research | 2.40 |
| 07/11/11 | Other On Line Research | 0.08 |
| 07/14/11 | Other On Line Research | 2.40 |
| 07/14/11 | Other On Line Research | 0.48 |
| 07/14/11 | Other On Line Research | 0.32 |
| 08/02/11 | Other On Line Research | 0.40 |
| 08/29/11 | Other On Line Research | 0.08 |
| 08/29/11 | Other On Line Research | 0.80 |
| 08/31/11 | Other On Line Research | 1.28 |
| 08/31/11 | Other On Line Research | 1.36 |
| 08/31/11 | Other On Line Research | 0.32 |
| 08/31/11 | Other On Line Research | 0.16 |
| 08/31/11 | Other On Line Research | 0.40 |
| 09/06/11 | Other On Line Research | 2.40 |
| 09/06/11 | Other On Line Research | 4.32 |
| 09/06/11 | Other On Line Research | 0.08 |
| 09/12/11 | Other On Line Research | 2.40 |
| 09/12/11 | Other On Line Research | 0.32 |
| 09/12/11 | Other On Line Research | 0.08 |
| 09/14/11 | Other On Line Research | 2.40 |
| 09/14/11 | Other On Line Research | 2.40 |
| 09/14/11 | Other On Line Research | 2.08 |



| Date | Description | Amount |
|---|---|---|
| 09/14/11 | Other On Line Research | 2.40 |
| 09/14/11 | Other On Line Research | 1.04 |
| 09/14/11 | Other On Line Research | 0.08 |
| 09/14/11 | Other On Line Research | 0.08 |
| 09/14/11 | Other On Line Research | 0.08 |
| 10/20/11 | Delivery/Messenger    Service Federal Express Corporation | 58.80 |
| 10/25/11 | Parking/Tolls Kent, David, C. / DA | 3.00 |
| 10/25/11 | Parking/Tolls Kent, David, C. / DA | 4.00 |
| 10/27/11 | Westlaw | 103.48 |
| 10/27/11 | Copy Service Kent, David, C. / DA | 12.00 |
| 10/28/11 | Westlaw | 210.16 |
| 10/28/11 | Parking/Tolls Kent, David, C. / DA | 5.00 |
| 10/31/11 | Lexis | 427.48 |
| 10/31/11 | Lexis | 112.10 |
| 10/31/11 | Lexis | 76.22 |
| 11/01/11 | Westlaw | 423.38 |
| 11/02/11 | Lexis | 45.09 |
| 11/02/11 | Lexis | 76.66 |
| 11/02/11 | Lexis | 472.92 |
| 11/02/11 | Westlaw | 541.01 |
| 11/02/11 | Photocopy (34 @ $0.15) | 5.10 |
| 11/03/11 | Lexis | 4.65 |
| 11/03/11 | Lexis | 22.54 |
| 11/03/11 | Lexis | 35.63 |
| 11/03/11 | Lexis | 48.12 |
| 11/03/11 | Lexis | 236.00 |
| 11/03/11 | Lexis | 27.07 |
| 11/03/11 | Lexis | 13.99 |
| 11/03/11 | Lexis | 1.90 |
| 11/03/11 | Lexis | 42.99 |
| 11/03/11 | Lexis | 13.52 |
| 11/03/11 | Lexis | 7.50 |
| 11/03/11 | Lexis | 3.54 |
| 11/03/11 | Westlaw | 12.14 |
| 11/04/11 | Lexis | 3.67 |
| 11/04/11 | Lexis | 4.50 |
| 11/04/11 | Lexis | 2.34 |
| 11/04/11 | Lexis | 13.55 |
| 11/04/11 | Lexis | 0.02 |
| 11/04/11 | Lexis | 86.01 |



| | | |
|---|---|---:|
| 11/04/11 | Westlaw | 346.41 |
| 11/04/11 | Photocopy (10 @ $0.15) | 1.50 |
| 11/04/11 | Photocopy (2 @ $0.15) | 0.30 |
| 11/05/11 | Lexis | 16.14 |
| 11/05/11 | Lexis | 11.66 |
| 11/05/11 | Lexis | 108.20 |
| 11/05/11 | Lexis | 0.04 |
| 11/05/11 | Lexis | 2.70 |
| 11/07/11 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 11/07/11 | Lexis | 0.21 |
| 11/07/11 | Lexis | 4.12 |
| 11/07/11 | Lexis | 4.52 |
| 11/07/11 | Westlaw | 379.22 |
| 11/08/11 | Telephone TAMPA      FL (181)328-9070 | 0.08 |
| 11/08/11 | Lexis | 2.54 |
| 11/08/11 | Lexis | 0.01 |
| 11/08/11 | Lexis | 48.99 |
| 11/08/11 | Westlaw | 396.14 |
| 11/08/11 | Westlaw | 89.92 |
| 11/09/11 | Telephone TAMPA      FL (181)330-1588 | 0.16 |
| 11/09/11 | Telephone TAMPA      FL (181)328-9070 | 0.64 |
| 11/09/11 | Lexis | 0.02 |
| 11/09/11 | Lexis | 4.50 |
| 11/09/11 | Lexis | 4.50 |
| 11/09/11 | Westlaw | 320.66 |
| 11/09/11 | Westlaw | 492.44 |
| 11/09/11 | Photocopy (2 @ $0.15) | 0.30 |
| 11/10/11 | Telephone TAMPA      FL (181)330-1588 | 0.24 |
| 11/10/11 | Lexis | 2.34 |
| 11/10/11 | Lexis | 18.05 |
| 11/10/11 | Lexis | 4.42 |
| 11/10/11 | Lexis | 13.53 |
| 11/10/11 | Lexis | 11.38 |
| 11/10/11 | Westlaw | 2.38 |
| 11/11/11 | Telephone CLEARWATER FL (172)742-0697 | 0.64 |
| 11/11/11 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 11/14/11 | Lexis | 2.34 |
| 11/14/11 | Lexis | 0.02 |
| 11/14/11 | Lexis | 22.56 |
| 11/14/11 | Lexis | 0.67 |



| | | |
|---|---|---|
| 11/14/11 | Lexis | 2.31 |
| 11/14/11 | Lexis | 4.50 |
| 11/14/11 | Lexis | 0.03 |
| 11/14/11 | Lexis | 163.26 |
| 11/14/11 | Lexis | 40.58 |
| 11/14/11 | Westlaw | 27.05 |
| 11/14/11 | Photocopy (2 @ $0.15) | 0.30 |
| 11/14/11 | Photocopy (11 @ $0.15) | 1.65 |
| 11/14/11 | Color   Photocopy | 1.50 |
| 11/14/11 | Postage | 1.68 |
| 11/15/11 | Telephone LOUISVILLE KY (150)243-2016 | 1.68 |
| 11/15/11 | Lexis | 67.35 |
| 11/15/11 | Lexis | 72.15 |
| 11/15/11 | Lexis | 4.51 |
| 11/15/11 | Lexis | 2.31 |
| 11/15/11 | Lexis | 4.50 |
| 11/15/11 | Lexis | 72.13 |
| 11/15/11 | Westlaw | 30.36 |
| 11/15/11 | Westlaw | 238.63 |
| 11/15/11 | Photocopy (39 @ $0.15) | 5.85 |
| 11/17/11 | Telephone SARASOTA   FL (194)132-3637 | 1.76 |
| 11/17/11 | Westlaw | 54.08 |
| 11/17/11 | Westlaw | 161.78 |
| 11/17/11 | Westlaw | 74.52 |
| 11/17/11 | Delivery/Messenger   Service Federal Express Corporation | 12.92 |
| 11/18/11 | Telephone LOUISVILLE KY (150)243-2016 | 0.08 |
| 11/18/11 | Telephone LOUISVILLE KY (150)243-2016 | 0.88 |
| 11/18/11 | Lexis | 0.02 |
| 11/18/11 | Lexis | 14.44 |
| 11/18/11 | Lexis | 0.11 |
| 11/18/11 | Lexis | 0.01 |
| 11/18/11 | Lexis | 10.53 |
| 11/18/11 | Lexis | 0.01 |
| 11/18/11 | Lexis | 24.98 |
| 11/18/11 | Lexis | 67.67 |
| 11/18/11 | Lexis | 13.68 |
| 11/18/11 | Lexis | 1.65 |
| 11/18/11 | Lexis | 9.33 |
| 11/18/11 | Westlaw | 343.86 |
| 11/18/11 | Westlaw | 2.76 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 8, 2011
Invoice No. 1046169
Page 27

| | |
|---|---|
| 11/19/11 Westlaw | 31.46 |
| 11/21/11 Lexis | 9.03 |
| 11/21/11 Lexis | 0.89 |
| 11/21/11 Lexis | 1.10 |
| 11/21/11 Westlaw | 121.76 |
| 11/22/11 Telephone LOUISVILLE KY (150)258-2203 | 2.48 |
| 11/22/11 Lexis | 110.88 |
| 11/22/11 Lexis | 5.71 |
| 11/22/11 Lexis | 0.11 |
| 11/22/11 Lexis | 2.34 |
| 11/22/11 Photocopy (73 @ $0.15) | 10.95 |
| 11/22/11 Photocopy (73 @ $0.15) | 10.95 |
| 11/28/11 Lexis | 9.51 |
| 11/28/11 Lexis | 0.01 |
| 11/28/11 Lexis | 2.32 |
| 11/28/11 Lexis | 13.52 |
| 11/28/11 Lexis | 0.11 |
| 11/29/11 Lexis | 2.95 |
| 11/29/11 Lexis | 4.73 |
| 11/29/11 Lexis | 22.54 |
| 11/29/11 Lexis | 0.02 |
| 11/29/11 Westlaw | 594.56 |
| 11/29/11 Photocopy (2 @ $0.15) | 0.30 |

**Total Disbursements**    **$8,004.04**

**Total Due**    **$135,879.54**

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |



1717 Dallas Partners, LLC
P. O. Box 840467
Dallas, TX 75284

Sedgwick, LLP
1717 Main Street
Suite 5400
Dallas, TX 75201

**‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖**
**★ A P 1 3 8 8 0 5 5 ★**

Sedgwick, LLP

Comerica Bank Tower

998-500                                    LSEDGDE00        TSEDGDE00        Statement 11/01/11

| Date | Invoice# | Lease | Space | Charge Description | | Outstanding |
|------|----------|-------|-------|--------------------|--|-------------|
| 11/01/11 | R0002792 | LSEDGDE00 | 003 | Excess Operating Expenses | Current | 23.53 |
| 11/01/11 | R0002792 | LSEDGDE00 | 004 | Excess Operating Expenses | Current | 42.84 |
| 11/01/11 | R0002792 | LSEDGDE00 | 004 | Free Rent | Current | 20,000.00 |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---------|-------------|--------------|--------------|--------------|
| 49,517.30 | 682.27 | .00 | .00 | .00 |

50,199.57

(handwritten notes)
300.00 = $ 11,046.00
808.00 = $ 11,000.03
10,711.1 = $ 104.44
We operational rooms = $ 561.75
$ 21,000.57





**ComericA BANK TOWER**

## AFTER HOURS AIR CONDITIONING
### Comerica Bank Tower Security

*12.25 hrs × $45/hr*
*=*
*$561.25 + 1590*
*=*
*$633.94 (A)*
*WO# 17493230*

During regular business hours: fax your request to 314-888-1818 for p
After 8pm weekdays, on weekends or holidays: submit your request to the Elm Street

COMPANY NAME: Sedgwick LLP          SUITE: 5400

YOUR NAME: Kurt MEADERS          DATE: 9/17/11

| Date Requested | Day | Floor | On Time | | Off Time |
|---|---|---|---|---|---|
| 9/17/11 | SATURDAY | 55 | 9:35 am/**pm** TO | 2:10 | am/**pm** |
| | | | am/pm TO | | am/pm |
| | | | am/pm TO | | am/pm |
| | | | am/pm TO | | am/pm |
| | | | am/pm TO | | am/pm |
| | | | am/pm TO | | am/pm |
| | | | am/pm TO | | am/pm |

*Note:* Always indicate AM or PM.
When applicable, please indicate "noon" or "midnight".

**\*START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

Tenant Signature: _____     Title: Partner

Print Name: Kurt Meaders          CC: Kurt Wood

Comments: 10711 . 00001
HDR    Trial Preparation

**ENGINEERING  Ph: 214-658-1807  Fax 214-658-6 ...    SECURITY  Ph: 214-658-16 ...**

AFTER REGULAR BUSINESS HOURS:          FOR OFFICE USE ONLY:

Date/Time Received: 9-17-11 9:35     Entered By: _____

Security Officer: Jordan ? Ruiz      Date/Time Received: _____

Engineer Called: Francisco C         Date/Time Programmed: _____

Date/Time Called: 9-17-11 9:35

*36.5 + 68*
*104.19*

*1.25 hrs*

revised 4.14.2006

**Picked up:** Oct 12, 2011   **Cust. Ref.:** 886-08   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 7
- 1st attempt Oct 13, 2011 at 08:47 AM.
- Original address - 1 MARKET PLZ/SAN FRANCISCO, CA 94105

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Office Services | Office Services |
| Tracking ID | 795289131733 | Sedgwick,LLP. | Sedgwick,LLP. |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 333 BUSH ST 27TH |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US |
| Zone | 07 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 41.90 |
| Delivered | Oct 13, 2011 14:45 | Fuel Surcharge | 2.61 |
| Svc Area | A1 | Address Correction | 11.00 |
| Signed by | .VISAN | Discount | -23.88 |
| FedEx Use | 000000000/0001393/_ | **Total Charge**          **USD** | **$31.63** |

**Picked up:** Oct 12, 2011   **Cust. Ref.:** OFFICE SERVICES   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | MIKE F PIPKIN, GUEST | SANDI BONECHER |
| Tracking ID | 797611470920 | PINEHURST RESORT | SEDGWICK LLP |
| Service Type | FedEx Priority Overnight | 80 CAROLINA VISTA | 135 MAIN |
| Package Type | FedEx Pak | PINEHURST NC 28374 US | SAN FRANCISCO CA 94105 US |
| Zone | 08 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | 53.95 |
| Delivered | Oct 13, 2011 09:37 | Discount | -30.75 |
| Svc Area | A1 | Fuel Surcharge | 3.36 |
| Signed by | T.MARTINEZ | | |
| FedEx Use | 000000000/0001618/_ | **Total Charge**          **USD** | **$26.56** |

**Picked up:** Oct 12, 2011   **Cust. Ref.:** NO REFERENCE INFORMATION   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 3
- 1st attempt Oct 13, 2011 at 07:27 AM.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | GLEN ROBBY | TAN HENDERSON |
| Tracking ID | 874445673024 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK,DETERT,MORAN & ARNOLD |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 919 CONGRESS AVE STE 1250 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | AUSTIN TX 78701 US |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | Transportation Charge | 65.05 |
| Declared Value | USD 1,200.00 | Direct Signature | 0.00 |
| Delivered | Oct 13, 2011 12:42 | Fuel Surcharge | 9.43 |
| Svc Area | A1 | Declared Value Charge | 9.00 |
| Signed by | B.MILLER | | |
| FedEx Use | 029513011/0000006/_ | **Total Charge**          **USD** | **$83.48** |

**Picked up:** Oct 12, 2011   **Cust. Ref.:** 10711-000001   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 5
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | SEDGWICK | TIMOTHY D WOODWARD |
| Tracking ID | 876693067673 | SEDGWICK,DETERT,MORAN & ARNOLD | FORIZS & DOGALI PA |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 4301 ANCHOR PLAZA PKWY STE 300 |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | TAMPA FL 33634 US |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Oct 13, 2011 07:35 | | |

Continued on next page



1293-02-00-0003697-0006-0031130

## Expense Report - Transmittal Report



ER0000003506211013B

| | | |
|---|---|---|
| **Spender** David C. Kent | **From** Oct 25, 2011 **To** Oct 28, 2011 | **Reimbursement Amt** 24.00 USD |

**Report name** Photocopying and Parking at SMU Library

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 4 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 10/25/11 | Parking or Tolls | United St... | 3.00 USD | Jennifer M. Arevalo |
| 10/28/11 | Parking or Tolls | United St... | 5.00 USD | Jennifer M. Arevalo |

HDR

Photocopying - $12.50
~~$15.00~~

Parking - $12.00

No receipts for most
of it

Underwood
Deposit Term
inal
Loc:560
------------------------
10/25/11 10:16:15
Account Deposit
Acct No:
xxxxxxxxxxxxxxxx
$3.00
Deposit: $3.00

Underwood
Deposit Term
inal
Loc:560
------------------------
10/28/11 11:39:24
Account Deposit
Acct No:
xxxxxxxxxxxxxxxx
$8.00
Deposit: $5.00



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-698-17986 | Nov 17, 2011 | 2323-3788-5 | 9 of 10 |

**Picked up:** Nov 14, 2011    **Cust. Ref.:** 02152-060191    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Arron Fox | Jonathan Fritz | |
| Tracking ID | 797734877610 | SEDGWICK, DETERT, MORAN & ARNO | Trek Bicycle Corporation | |
| Service Type | FedEx Priority Overnight | 1717 MAIN STREET, SUITE 5400 | 801 W MADISON ST | |
| Package Type | FedEx Box | DALLAS TX 75201 US | WATERLOO WI 53594 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 54.40 |
| Delivered | Nov 15, 2011 10:08 | Fuel Surcharge | | 3.53 |
| Svc Area | A2 | DAS Extended Comm | | 1.85 |
| Signed by | N.DOESSLER | Discount | | -31.01 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$28.77** |

**Picked up:** Nov 14, 2011    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | BILL S RICHMOND | CLERK OF THE COURT | |
| Tracking ID | 797735730954 | SEDGWICK LLP | MIDDLE DISTRICT OF FLA [TAMPA] | |
| Service Type | FedEx Priority Overnight | 1717 MAIN ST | 801 N FLORIDA AVE | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Nov 15, 2011 10:15 | Transportation Charge | | 26.35 |
| Svc Area | A1 | Fuel Surcharge | | 1.59 |
| Signed by | A.BAKER | Discount | | -15.02 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$12.92** |

**Picked up:** Nov 14, 2011    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 7
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 797736087817 | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 333 BUSH ST FL 30 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Nov 15, 2011 14:39 | Transportation Charge | | 41.90 |
| Svc Area | A1 | Fuel Surcharge | | 2.52 |
| Signed by | T.RUIZ | Discount | | -23.88 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$20.54** |

| | **Shipper Subtotal** | **USD** | **$687.08** |
|---|---|---|---|

**Picked up:** Nov 10, 2011    **Cust. Ref.:** Donald Nightengale Path    **Ref.#2:**
**Payor:** Recipient    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Sunny Colon | Rosa Zarate | |
| Tracking ID | 797723461314 | SMH- Medical Arts Building | Sedgwick, LLP | |
| Service Type | FedEx 2Day | MIAMI FL 33143 US | 1717 MAIN ST STE 5400 | |
| Package Type | FedEx Box | | DALLAS TX 75201 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 19.05 |
| Delivered | Nov 14, 2011 09:15 | Courier Pickup Charge | | 0.00 |
| Svc Area | A1 | Fuel Surcharge | | 1.28 |

Continued on next page



HDR, Inc.                                              January 11, 2012
8404 Indian Hills Dr.                            Invoice No. 1050684
Omaha, NE 68114


For Professional Services Through December 31, 2011:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 11/02/11 | J. Larsen | 0.20 | Telephone conference with David Kent regarding whether a written settlement agreement with a governmental body could be kept confidential and potential strategy regarding attaching settlement agreement to public pleadings |
| 12/01/11 | W. Mason | 0.30 | Receive and review e-mail from Richard Harrison requesting that HDR stipulate that $20 million settlement offer was never made in context of mediation; review e-mail from Kurt Meaders regarding same and intrafirm conference with Kurt Meaders regarding response |
| 12/01/11 | K. Meaders | 2.40 | Receipt and review of various emails from TBW's counsel on position of filing confidential communications with court; draft initial response email regarding letter offers; email regarding changes to response from attorney Kent and telephone conference with from Mason regarding positions to take; draft additional response to Harrison; and finalize response |
| 12/01/11 | K. Meaders | 0.50 | ████████████████████████ |
| 12/01/11 | K. Meaders | 1.10 | Review transcriptions of media newscast; consideration of supplementation of Motion to Change Venue and ways to do so; office |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 11, 2012
Invoice No. 1050684
Page 2

|            |            |      |                                                                                                                                                                                                                                                                  |
|------------|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |            |      | conference with attorney Kent regarding same; revise transcripts                                                                                                                                                                                                  |
| 12/01/11   | K. Meaders | 3.50 | ██████████████████████████████ draft response and revisions to same                                                                                                                                                                                              |
| 12/01/11   | D. Kent    | 0.40 | Study/analysis of correspondence from TBW requesting stipulation regarding history of settlement negotiations, analysis and planning and exchange of memoranda with team members concerning strategy for response to same                                          |
| 12/01/11   | D. Kent    | 0.60 | Study/analysis of transcripts of television news reports concerning settlement, analysis and planning with team member regarding strategy for use of same in support of HDR's Motion to Change Venue and Cross-Motion to Enforce Settlement Agreement             |
| 12/01/11   | D. Kent    | 0.80 | Prepare draft responses to media inquiries from Engineering News Record, analysis and planning with team member concerning same                                                                                                                                   |
| 12/01/11   | D. Kent    | 0.60 | Study/analysis of TBW's Response to HDR's Cross-Motion to Enforce Settlement Agreement and TBW's Motion to File Sealed Documents                                                                                                                                   |
| 12/01/11   | D. Kent    | 4.20 | Convert HDR's Response to TBW's anticipated Motion for Protective Order or to Strike HDR's requested discovery into Motion to Compel Discovery, legal research regarding same                                                                                       |
| 12/01/11   | J. Scott   | 0.50 | ███████████████████████████████████████████████                                                                                                                                                                                                                  |
| 12/01/11   | C. Alm     | 1.00 | Review and update deposition summaries with deposition exhibits for W. Mason, in preparation for trial                                                                                                                                                            |
| 12/01/11   | G. Fountain| 2.40 | Comparison of media video clips and written transcriptions                                                                                                                                                                                                        |
| 12/02/11   | K. Meaders | 0.80 | Receipt and review of Order regarding Motions                                                                                                                                                                                                                     |



|            |              |      |                                                                                                                                                  |
| ---------- | ------------ | ---- | ------------------------------------------------------------------------------------------------------------------------------------------------ |
|            |              |      | to reinstate and cross check against prior responses and review of Plaintiff's current motions                                                    |
| 12/02/11   | K. Meaders   | 0.30 | Email █████████████████████████                                                                                                                   |
| 12/02/11   | K. Meaders   | 0.90 | Meeting with D. Kent and review of Order and begin strategy on responding to motions and dealing with discovery responses                         |
| 12/02/11   | K. Meaders   | 0.30 | Emails ████████████████████                                                                                                                       |
| 12/02/11   | K. Meaders   | 0.40 | Email ██████████████████████████                                                                                                                  |
| 12/02/11   | K. Meaders   | 0.20 | Email to Plaintiff's counsel Harrison on whether TBW to file Motion for Protective Order                                                          |
| 12/02/11   | K. Meaders   | 1.70 | Research prior status of preparation on responses to Motions and research on settlement and Motion to Seal                                        |
| 12/02/11   | D. Kent      | 0.70 | Study/analysis of court order re-activating pre-trial discovery motions and motions in limine, analysis and planning with team member regarding preparation of responses to same |
| 12/02/11   | D. Kent      | 1.60 | Study/analysis of re-activated pretrial motions and motions in limine for purposes of updating and preparing response to same                     |
| 12/02/11   | D. Kent      | 1.30 | Revise Motion to Compel Production of Documents from TBW                                                                                          |
| 12/02/11   | D. Kent      | 1.70 | Study/analysis of TBW's Response to HDR's Cross-Motion to Enforce Settlement Agreement and TBW's Motion to Seal Documents, preparation of Response to Motion to Seal Documents |
| 12/02/11   | C. Alm       | 0.80 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial                                             |
| 12/02/11   | G. Fountain  | 1.10 | Comparison of media video clips and written transcriptions                                                                                        |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 11, 2012
Invoice No. 1050684
Page 4

| | | | |
|---|---|---|---|
| 12/05/11 | K. Meaders | 6.40 | Review of TBW's Motion in Limine vs. CDG as Fabre Defendant; review several volumes of O'Connell's testimony for opinions vs. CDG and review reports for same; draft Response to Motion in Limine |
| 12/05/11 | K. Meaders | 0.60 | Receipt and review of TBW's Response to our Motion to Change Venue and email attorney Kent regarding arguments as to 1404 consent |
| 12/05/11 | K. Meaders | 0.50 | Telephone conference with attorney Kent regarding rebutting arguments made by TBW |
| 12/05/11 | K. Meaders | 0.30 | Review email description of 1404(b) consent issues ████████████████ ███ |
| 12/05/11 | D. Kent | 3.30 | Study/analysis of TBW's Response to HDR's Motion to Change Venue, legal research concerning TBW's arguments regarding intra-district change of venue motions preparation of memoranda to team members concerning same |
| 12/05/11 | D. Kent | 1.70 | Review and revise transcripts of television news reports concerning settlement and affidavit in support of same |
| 12/05/11 | D. Kent | 0.30 | Revise HDR's Motion to Compel Production of Documents from TBW |
| 12/05/11 | D. Kent | 1.30 | Study/analysis of TBW's Motions in Limine reinstated by Court and requiring responses from HDR, analysis and planning with team members concerning strategy and plans for preparing HDR's responses |
| 12/05/11 | C. Steinmann | 1.60 | Begin research on reliance of experts as evidence against Fabre Defendants |
| 12/05/11 | W. Richmond | 2.10 | Begin change venue reply analysis vis-a-vis TBW's responsive arguments and case authority |
| 12/06/11 | W. Mason | 0.90 | Multiple telephone conferences ████████ ███████████████████████ |



| 12/06/11 | W. Mason | 0.40 | Telephone conference ███████████████ ██████ |
| 12/06/11 | W.   Mason | 0.50 | Intrafirm conference with Kurt Meaders regarding engineering news and trial preparation |
| 12/06/11 | W. Mason | 0.30 | Telephone conference ███████████████ |
| 12/06/11 | W. Mason | 0.30 | Telephone conference ███████████████ |
| 12/06/11 | W.   Mason | 0.20 | Prepare correspondence ██████████ |
| 12/06/11 | D. Kent | 0.70 | Prepare memorandum ████████████ |
| 12/06/11 | D. Kent | 0.40 | Review and revise transcripts of television news coverage of settlement and TBW's subsequent vote to renege |
| 12/06/11 | D. Kent | 0.60 | Legal research concerning TBW's arguments regarding intra-district motions for change of venue for use in support of potential motion for leave to file reply brief in support of HDR's Motion for Change of Venue |
| 12/06/11 | W. Richmond | 2.40 | Change venue reply analysis of arguments and case citations in preparation for drafting |
| 12/06/11 | C. Alm | 2.50 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/07/11 | K. Meaders | 2.60 | Work on draft to Response to TBW Motion in Limine regarding CDG |
| 12/07/11 | K. Meaders | 1.70 | Work on response and issues regarding change of venue and 1404 consent |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 11, 2012
Invoice No. 1050684
Page 6

| 12/07/11 | K. Meaders | 1.00 | Receipt and review of ENR comments to issues and respond; provide comments regarding Connolly quote and Kennedy quote |
| 12/07/11 | K. Meaders | 1.20 | Meeting with C. Steinmann on additional research and issues needed for case law support |
| 12/07/11 | K. Meaders | 0.30 | Telephone conference and email regarding ENR request for insurance information |
| 12/07/11 | D. Kent | 4.50 | Prepare HDR's Motion for Leave to File Reply Brief in Support of Motion for Change of Venue, legal research and exchange of memoranda with team members concerning same |
| 12/07/11 | C. Steinmann | 4.50 | Continue review of case law regarding expert witnesses and affirmative defenses |
| 12/07/11 | W. Richmond | 2.30 | Draft memorandum for client's response and oral argument preparation outlining responsive arguments to and summary of facts in cases cited in TBW's response to motion to change venue |
| 12/07/11 | W. Richmond | 4.90 | Analyze TBW response to motion to transfer venue and conduct case law research and analysis for client's reply arguments and oral argument preparation |
| 12/07/11 | C. Alm | 1.60 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/08/11 | W. Mason | 0.10 | Review e-mail from Kurt Meaders to Tim Connolly re Motion to Compel Production of the "private sessions" of September and October |
| 12/08/11 | K. Meaders | 0.50 | Attention to requesting Motion for Leave to Reply; revise Motion |
| 12/08/11 | K. Meaders | 0.50 | Receipt and review of court Order to Change Venue and email attorney Mason with comments |
| 12/08/11 | K. Meaders | 0.50 | Draft email with Order on Venue and Order on Bromwell effect and strategy |
| 12/08/11 | K. Meaders | 3.40 | Additional revisions on response to MIC regarding CDG negligence; review extension |



|          |              |       |                                                                                                                                         |
|----------|--------------|-------|-----------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | case law on use of other party's experts; revise CDG response                                                                           |
| 12/08/11 | K. Meaders   | 1.10  | ████████████████████                                                                                                                    |
| 12/08/11 | K. Meaders   | 1.80  | Work on and revise Motion to Compel responsive documents and private session meeting minutes                                            |
| 12/08/11 | K. Meaders   | 0.60  | Email ████████████████                                                                                                                  |
| 12/08/11 | D. Kent      | 4.10  | Review and revise HDR's Motion to Compel Production of Documents from TBW                                                                |
| 12/08/11 | D.   Kent    | 0.30  | Study/analysis of court's order denying Motion to Change Venue, analysis and planning with team members concerning strategy for response to or appeal of same |
| 12/08/11 | D. Kent      | 0.70  | Review and revise HDR's Motion for Leave to File Reply Brief in Support of Motion for Change of Venue                                     |
| 12/08/11 | C. Steinmann | 1.40  | Continue working on Response to strike CDG by analyzing case law regarding use of other party's expert                                   |
| 12/08/11 | W. Richmond  | 1.10  | Interlocutory and mandumus research and analysis regarding denied motion to change venue                                                 |
| 12/08/11 | W. Richmond  | 0.90  | Reply analysis of rebuttal arguments for motion to change venue                                                                          |
| 12/08/11 | C. Alm       | 2.10  | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial                                    |
| 12/09/11 | W. Mason     | 0.10  | Review e-mail from plaintiff's counsel acknowledging records request from HDR                                                            |
| 12/09/11 | W. Mason     | 10.60 | ████████████████████                                                                                                                    |



| 12/09/11 | K. Meaders | 2.60 | Work on Motion to Compel against TBW on private session meetings |
| 12/09/11 | K. Meaders | 2.80 | Work on response to Motion in Limine verses CDG Fabre responsibility |
| 12/09/11 | K. Meaders | 0.70 | Telephone conference with Wayne Mason █████ ████████████████████████████ |
| 12/09/11 | D. Kent | 1.20 | Analysis and planning with Wayne Mason and Kurt Meaders concerning effect of Court's ruling denying Motion to Change Venue, ███████ ████████████████████████████ Court's order reinstating various pre-trial motions, preparation of HDR's responses to TBW's reinstated motions, and related pre-trial preparation activities |
| 12/09/11 | D. Kent | 1.50 | Review and revise HDR's Motion to Compel Production of Documents from TBW, preparation of memorandum to team members concerning revisions and pros and cons of filing Motion |
| 12/09/11 | D. Kent | 0.60 | Review and revise HDR's Response to TBW's Motion in Limine to exclude Black & Veatch as a Fabre defendant |
| 12/09/11 | C. Steinmann | 5.00 | Review case law and prepare summary of cases that address use of other party's experts, standard for pleading affirmative defenses, and purpose and standard for Motions in Limine |
| 12/09/11 | W. Richmond | 0.50 | Analyze and revise client's motion to compel |
| 12/09/11 | C. Alm | 1.90 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/10/11 | W. Mason | 0.30 | Review proposed motion to compel and provide comment regarding supplementing additional argument |



HDR, Inc.
January 11, 2012
Tampa Bay Water Authority v. HDR, Inc., et al
Invoice No. 1050684
10711-000001
Page 9

| | | | |
|---|---|---|---|
| 12/10/11 | W. Mason | 0.20 | E-mail discussion with Kurt Meaders and David Kent regarding Motion to Compel records of private meetings |
| 12/10/11 | W. Mason | 11.40 | █████████████████████████████ █████████████████████████████ █████████████████████████████ █████████████ continue preparing for trial by reviewing motions and proposed replies to motions in limine |
| 12/10/11 | K. Meaders | 0.90 | Work on revisions to Motions to Compel and review and response to emails from attorneys Mason and Kent regarding same |
| 12/10/11 | K. Meaders | 1.10 | Work on draft response to Motion in Limine #3 regarding CDG responsibilities |
| 12/10/11 | D. Kent | 0.30 | Analysis and planning with Wayne Mason regarding HDR's Motion to Compel Production of Documents from TBW, exchange of memoranda concerning same |
| 12/10/11 | D. Kent | 0.60 | Study/analysis of TBW's Motions in Limine and related motions reinstated by Court requiring responses from HDR, outlining of responses |
| 12/11/11 | K. Meaders | 7.90 | Draft and revisions to HDR's response to TBW's Motion to Limit CDG as Fabre defendant |
| 12/12/11 | W. Mason | 0.10 | Review e-mail to Richard Harrison regarding our intent to file a motion to compel production of the minutes and recordation of the "private" sessions from TBW's September and October meetings |
| 12/12/11 | W. Mason | 6.90 | Work on voir dire, opening statement and demonstratives |
| 12/12/11 | K. Meaders | 0.40 | Revise Motion to Compel private sessions of TBW meetings |
| 12/12/11 | K. Meaders | 10.40 | Revise Motion of TBW/Reports of O'Connell |



|          |              |      | and Brumund and revise draft of response to Limine on CDG Fabre responsibility |
|----------|--------------|------|----|
| 12/12/11 | K. Meaders   | 1.00 | Receipt and review of Response regarding B&V Fabre and provide comments |
| 12/12/11 | K. Meaders   | 1.10 | Receipt and review of response on TBW motion, to strike defense of TBW negligence and to strike warranty defense and provide comments to Tim Woodward and others |
| 12/12/11 | K. Meaders   | 1.60 | Strategy meeting with attorneys Mason and Kent regarding trial strategy and themes |
| 12/12/11 | D. Kent      | 0.40 | Review deposition testimony for use in response to TBW's Motion in Limine to Exclude CDG as a Fabre Defendant, exchange of memoranda with team members concerning same |
| 12/12/11 | D. Kent      | 1.80 | Prepare for and participate in trial strategy meeting with Wayne Mason and Kurt Meaders concerning preparation of trial exhibits, demonstrative exhibits, trial themes, related matters |
| 12/12/11 | D. Kent      | 1.60 | Review, revise, finalize and file HDR's Motion to Compel Production of Documents from TBW |
| 12/12/11 | D. Kent      | 2.30 | Review and revise HDR's Response to TBW's Motion in Limine to Exclude Black & Veatch as Fabre Defendant, exchange of memoranda with team members and client concerning same |
| 12/12/11 | D. Kent      | 0.50 | Analysis and planning with team members concerning HDR's Responses to TBW's Motion to Strike various affirmative defenses and Motion in Limine regarding TBW's contributory negligence, review of draft Responses and exchange of memoranda with team members concerning same |
| 12/12/11 | C. Steinmann | 1.20 | Assist in drafting Response to MIL regarding Fabre defendants |
| 12/12/11 | W. Richmond  | 1.50 | Analysis and legal research regarding Crane and |


|          |             |      | its progeny as cited by TBW for client's responsive pleading |
|----------|-------------|------|--------------------------------------------------------------|
| 12/12/11 | C. Alm      | 4.00 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/12/11 | G. Fountain | 0.40 | Assist attorney with exhibits to HDR's responses to TBW's Motion in Limine |
| 12/13/11 | W. Mason    | 1.20 | Review and revise reply to TBW motion to strike 4th affirmative defense of comparative fault of Bernard and McDonald |
| 12/13/11 | W. Mason    | 1.30 | Review and revise HDR's motion in limine no. 5 regarding expert testimony of plaintiff's allegations regarding quality control |
| 12/13/11 | W. Mason    | 1.30 | Review and work on reply to TBW motion in limine no. 2 to exclude B&V as Fabre defendant |
| 12/13/11 | W. Mason    | 1.50 | Review and revise and work on response to TBW motion in limine no. 3 to exclude CDG as a Fabre defendant |
| 12/13/11 | W. Mason    | 1.60 | Review, revise, and work on response to TBW motion in limine no. 4 to exclude comparative negligence of TBW |
| 12/13/11 | W. Mason    | 0.90 | Review and revise reply to TBW's motion to strike first affirmative defense for failure to implicate warranty |
| 12/13/11 | K. Meaders  | 9.40 | Revisions to Response to TBW's Motion for Limine to exclude any evidence of CDG responsibility |
| 12/13/11 | K. Meaders  | 1.20 | Receipt and review of draft responses to TBW, Motion to strike defense of warranty and email suggestions to Tim Woodward and James Hickman |
| 12/13/11 | K. Meaders  | 0.50 | Receipt and review of Order on Denial of Motion to Enforce; email attorney Mason regarding same |
| 12/13/11 | D. Kent     | 2.00 | Review and revise HDR's Response to TBW's |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 11, 2012
Invoice No. 1050684
Page 12

|           |               |       | Motion in Limine to Exclude Black & Veatch as a Fabre Defendant, review and editing of supporting deposition testimony and exhibits |
|-----------|---------------|-------|---|
| 12/13/11  | D. Kent       | 1.10  | Prepare HDR's Response to TBW's Motion to Strike Affirmative Defense of Contributory Negligence of Barnard and McDonald |
| 12/13/11  | D. Kent       | 2.40  | Review and revise HDR's Response to TBW's Motion in Limine to Exclude CDG as Fabre defendant, legal research and exchange of memoranda with team member concerning same |
| 12/13/11  | C. Steinmann  | 8.60  | Research case law regarding expert testimony regarding standard of care; review and revise Response to MIL regarding CDG as Febre defendant; review Court Order denying enforcement of settlement agreement |
| 12/13/11  | W. Richmond   | 1.30  | Analyze and revise client's arguments regarding motion in limine to exclude nonparty defendants |
| 12/13/11  | G. Fountain   | 2.30  | Assist attorney with exhibits to HDR's responses to TBW's Motions in Limine |
| 12/14/11  | W. Mason      | 2.40  | Continue to work on revision of reply motions due today |
| 12/14/11  | K. Meaders    | 8.00  | Revise Response to Motion in Limine regarding CDG |
| 12/14/11  | K. Meaders    | 1.00  | Revise Response to Motion to Exclude B&V |
| 12/14/11  | K. Meaders    | 1.00  | Review and revise Response to Motion to Strike warranty defense |
| 12/14/11  | K. Meaders    | 0.40  | Email drafts ███████████████████ |
| 12/14/11  | K. Meaders    | 0.90  | Receipt and review of TBW's Response regarding exclusion of bidders evidence |
| 12/14/11  | K. Meaders    | 0.40  | Telephone conference with Tim Woodward regarding TBW negligence and defense motions and response |
| 12/14/11  | K. Meaders    | 2.20  | Receipt and review of Hickman's draft and Woodward's draft of Responses to Motion |


|          |              |      | regarding TBW negligence begin organization of document to take over response; assign work to attorneys Richmond, Kent and Steinmann to help in drafting responses and telephone conference with attorney Mason regarding same |
|----------|--------------|------|---|
| 12/14/11 | D. Kent      | 4.70 | Revise HDR's Response to TBW's Motion to Strike HDR's 4th Affirmative Defense as to Comparative Fault of Barnard and McDonald |
| 12/14/11 | D. Kent      | 0.60 | Review and revise HDR's Response to TBW's Motion to Strike HDR's 1st Affirmative Defense Concerning TBW's Failure to Implicate Warranty |
| 12/14/11 | D. Kent      | 2.80 | Review and revise HDR's Response to TBW's Motion in Limine #2 to Exclude Black & Veatch as a Fabre Defendant and exhibits in support thereof |
| 12/14/11 | C. Steinmann | 2.00 | Review and revise Response regarding CDG; analyze TBW Response to MIL No. 3 |
| 12/14/11 | W. Richmond  | 1.20 | Analyze entirety of Fabre cases cited by TBW in its motions in limine 425 and 440 for use in drafting responsive arguments in client's pleading |
| 12/14/11 | W. Richmond  | 1.00 | Draft responsive arguments in client's pleading regarding entirety of Fabre cases cited by TBW in its motions in limine 425 and 440 |
| 12/14/11 | W. Richmond  | 1.10 | Begin analysis of arguments and supporting evidence in client's responses to TBW motions in limine (docket numbers 425, 448, 449, 440, and 450) |
| 12/14/11 | C. Alm       | 4.20 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/14/11 | G. Fountain  | 1.70 | Assist attorney with exhibits to HDR's responses to TBW's Motions in Limine |
| 12/15/11 | W. Mason     | 0.40 | Telephone conference with Dennis Frostic |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 11, 2012
Invoice No. 1050684
Page 14

|            |            |      | regarding pending motions and strategy on sanctions |
|------------|------------|------|-----------------------------------------------------|
| 12/15/11   | W. Mason   | 0.40 | Telephone conference ███████████████ |
| 12/15/11   | W. Mason   | 0.50 | Receive and review Reply from TBW to HDR's motion to designate Barnard and McDonald as Fabre defendants |
| 12/15/11   | W. Mason   | 0.50 | Receive and review Plaintiff's Reply to HDR's Motion in Limine re evidence of lenses, pockets, streaks and layers |
| 12/15/11   | W. Mason   | 0.50 | Receive and review TBW's response to Motion in Limine No. re testimony of Dominick Molyneux |
| 12/15/11   | W. Mason   | 0.50 | Receive and review TBW reply to HDR Motion in Limine No. 3 re reservoir renovation and upgrade project |
| 12/15/11   | W. Mason   | 0.50 | Receive and review Plaintiff's Reply to HDR Motion in Limine No. 4 re other reservoir dam or embankment designs |
| 12/15/11   | K. Meaders | 9.10 | Complete draft of Response to Motion in Limine to exclude qualification and experience evidence of TBW staff |
| 12/15/11   | K. Meaders | 1.60 | Draft and revise Response to Motion to Strike Defense of TBW Comparative Fault |
| 12/15/11   | K. Meaders | 1.70 | Revise response regarding TBW Motion to Exclude CDG |
| 12/15/11   | K. Meaders | 0.60 | Review and revise warranty Motion and telephone conference with Jim Hickman regarding same |
| 12/15/11   | K. Meaders | 0.60 | Receipt and review of Harrison's email demanding withdrawal of Motion to Compel; office conference with attorney Mason regarding same; telephone conference with attorney Vance Wittie to determine whether warranty any appeal |



|            |              |        | of withdraw of Motion to Compel |
|------------|--------------|--------|----------------------------------|
| 12/15/11   | K. Meaders   | 2.20   | Receipt and review of TBW responses on Molyneaux; leases and quality control and bidder evidence |
| 12/15/11   | D. Kent      | 0.60   | Review, revise and finalize for filing HDR's Response to TBW's Motion to Strike HDR's 4th Affirmative Defense Regarding the Comparative Fault of Barnard and McDonald |
| 12/15/11   | D. Kent      | 3.90   | Review, revise and finalize HDR's Response to TBW's Motion in Limine #4 to exclude evidence of qualifications and experience of TBW staff and comparative fault of TBW |
| 12/15/11   | D. Kent      | 0.60   | Review, revise, finalize and file HDR's Response to TBW's Motion in Limine to Exclude Black & Veatch as a Fabre Defendant |
| 12/15/11   | D. Kent      | 2.60   | Review and revise HDR's Response to TBW's Motion to Strike HDR's 4th Affirmative Defense relating to TBW's comparative fault |
| 12/15/11   | C. Steinmann | 10.50  | Research case law regarding comparative fault and jury deliberations; draft and revise Response re: Motion to Strike comparative fault of TBW |
| 12/15/11   | W. Richmond  | 0.70   | Supplementary case law research regarding indirect causation standard for use in client's response to TBW motions in limine |
| 12/15/11   | W. Richmond  | 0.50   | Supplementary case law research regarding directed verdict standard for use in client's response to TBW motions in limine |
| 12/15/11   | W. Richmond  | 0.70   | Supplemental documentary analysis and case law research regarding standard for relevance to use in responsive arguments in client's motion in limine response |
| 12/15/11   | W. Richmond  | 0.90   | Analyze and revise evidentiary citations in client's responses to motions in limine 425, 440, 448, 449, and 450 |
| 12/15/11   | W. Richmond  | 1.80   | Analyze and revise inclusion of documentary |



| | | | |
|---|---|---|---|
| | | | exhibits and deposition testimony to support client's arguments in responsive pleadings to TBW motions in limine 425, 440, 448, 449, and 450 |
| 12/15/11 | W. Richmond | 2.40 | Analyze case law, arguments, and supporting evidence used by TBW in its motions in limine 425, 440, 448, 449, 450 for outline of responsive arguments and responsive research guide |
| 12/15/11 | W. Richmond | 1.50 | Revise legal arguments in client's responses to TBW's motions in limine 425, 440, 448, 449, and 450 |
| 12/15/11 | G. Fountain | 6.40 | Assist attorney with exhibits to HDR's responses to TBW's Motion in Limine |
| 12/16/11 | W. Mason | 0.30 | Receive and review outline of the pending motions and decisions since the last update |
| 12/16/11 | W. Mason | 0.20 | Receive and review plaintiff's response to HDRs most recent records request |
| 12/16/11 | W. Mason | 0.20 | Review notice of withdrawal of motion to compel |
| 12/16/11 | W. Mason | 0.10 | Review e-mail from Richard Harrison regarding our Motion to Compel and response to same |
| 12/16/11 | K. Meaders | 0.90 | Draft and revise email response to Richard Harrison regarding Motion to Compel; receipt and review of withdrawal notice; ███████ ███████████████████████ |
| 12/16/11 | K. Meaders | 1.20 | Receipt and review of responses to Motions filed by TBW |
| 12/16/11 | K. Meaders | 0.80 | Office conference with attorney Steinmann for assistance to collect responses; email to Frostic and Connolly set of filed responses |
| 12/16/11 | K. Meaders | 3.70 | Work on List of Pending Motions, Responses and synopsis of each for updated status report to Tim Connolly |
| 12/16/11 | D. Kent | 0.20 | Review and revise response to TBW's certificate |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 11, 2012
Invoice No. 1050684
Page 17

|  |  |  | of conference on motion to strike HDR's Motion to Compel Production of Documents |
| --- | --- | --- | --- |
| 12/16/11 | D. Kent | 0.50 | Prepare, finalize and file HDR's Notice of Withdrawal of Motion to Compel Production of Documents |
| 12/16/11 | C. Steinmann | 2.00 | Begin reviewing TBW's Response to Motions in Limine 2-4 and determining whether a Reply is necessary |
| 12/20/11 | C. Steinmann | 4.20 | work on Motion in Limine chart and analysis |
| 12/20/11 | G. Fountain | 0.40 | Work on TBW's supplemental trial exhibit notebooks |
| 12/21/11 | W. Mason | 6.30 | Review deposition testimony of Maxwell and work on cross |
| 12/21/11 | D. Kent | 0.20 | Prepare correspondence ███████████████ |
| 12/21/11 | G. Fountain | 1.80 | Work on TBW's supplemental trial exhibit notebooks |
| 12/21/11 | G. Fountain | 0.40 | Receipt and review of TBW board meeting minutes video produced by TBW |
| 12/22/11 | W. Mason | 4.90 | Review deposition testimony of Kennedy and start work on cross |
| 12/22/11 | G. Fountain | 3.00 | Work on notebooks of pending motions for attorney use at related hearings |
| 12/23/11 | W. Mason | 0.90 | Conference call ███████████████ |
| 12/23/11 | W. Mason | 6.40 | Review multiple drafts of opening and work on trial preparation for meeting with client |
| 12/26/11 | W. Mason | 10.20 | Prepare for meeting with client on opening and trial themes and review numerous court motions and TBW positions |
| 12/27/11 | W. Mason | 8.70 | Attend meeting ███████████████ |



| 12/27/11 | K. Meaders | 8.40 | Meet with Wayne B. Mason, ███████ |
| 12/27/11 | C. Alm | 3.10 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/28/11 | W. Mason | 2.10 | Meet with Casey Gooden regarding demonstratives |
| 12/28/11 | K. Meaders | 1.00 | Receipt and review of Notice of Potential trial conflict; conference with W. Mason regarding potential May trial conflicts; draft and revise notice to Court of potential trial conflicts |
| 12/28/11 | K. Meaders | 0.80 | Receipt and review of TBW Response regarding Motion in Limine regarding Molyneux testimony |
| 12/28/11 | K. Meaders | 3.50 | Meeting with Wayne Mason and graphic artist, Casey Gooden, regarding concepts for additional trial graphics and exhibits; gather of prior drafts of exhibits and other documentation to forward to graphic artist for ideas and concepts; telephone call with assistant Gail Fountain to locate prior drafts of trial demonstrative exhibits |
| 12/28/11 | K. Meaders | 1.00 | Work on rough sketches of demonstrative exhibits; work on rough outline of matrix of CDG, B&V, TBW responsibilities, breach and damages |
| 12/28/11 | C. Alm | 2.90 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/29/11 | K. Meaders | 2.60 | Trial Exhibits; Trial Demonstrative Exhibit Preparation; develop concepts for cut away of embankment and source documentation; review current story boards; email to graphic artist on |



|  |  |  | concepts of cutaways; emails to trial team regarding Freedom of information request for draw down rate increase request and documentation; email trial team regarding request of federal funding; chart of contracts and payments to parties |
| 12/29/11 | K. Meaders | 0.60 | Trial Outline drafting and work for source materials for Kennedy and Adams trial cross examination |
| 12/29/11 | K. Meaders | 0.50 | Revise Trial exhibit regarding responsibility of construction and review on site |
| 12/29/11 | K. Meaders | 3.50 | Work on Crack Inventory information; review for cracks monitored that are 6 mm and have not progressed since first measurement; work on diagram plotting width of cracks on reservoir to determine potential trial exhibits, etc. |
| 12/29/11 | C. Alm | 3.50 | Review and update deposition summaries with deposition exhibits for W. Mason in preparation for trial |
| 12/29/11 | G. Fountain | 0.30 | Work on demonstrative exhibits for transmittal to trial support tech Casey Gooden |
| 12/29/11 | G. Fountain | 5.40 | Preparation of trial exhibit of matrix of design and construction companies and amount received for original reservoir project |
| 12/30/11 | K. Meaders | 3.50 | Work on potential trial exhibit of crack inventories, new crack locations with 2011 draw down and comparison to prior crack inventories and locations; email to Attorney Mason regarding same and discussion of ideas for use of information |
| 12/30/11 | K. Meaders | 2.30 | Development of information regarding players during design and construction, roles and amount paid for services etc. |
| 12/30/11 | K. Meaders | 0.50 | Rough draft of concepts for trial exhibit concerning contractual responsibilities |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 11, 2012
Invoice No. 1050684
Page 20

| | | | |
|---|---|---|---|
| 12/30/11 G. Fountain | 3.00 | | Preparation of trial exhibit of matrix of design and construction companies and amount received for original reservoir project |
| 12/30/11 G. Fountain | 3.30 | | Preparation of trial witness documents for attorney Kurt Meaders for TBW witnesses Alison Adams and John Kennedy |

Total Hours 420.40
**Total Fee Amount $133,886.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 86.40 | 455.00 | $39,312.00 |
| K. Meaders | 141.20 | 330.00 | 46,596.00 |
| D. Kent | 62.80 | 395.00 | 24,806.00 |
| J. Larsen | 0.20 | 365.00 | 73.00 |
| C. Steinmann | 41.00 | 225.00 | 9,225.00 |
| W. Richmond | 28.80 | 240.00 | 6,912.00 |
| J. Scott | 0.50 | 240.00 | 120.00 |
| C. Alm | 27.60 | 115.00 | 3,174.00 |
| G. Fountain | 31.90 | 115.00 | 3,668.50 |
| Total | **420.40** | | **$133,886.50** |

**Disbursements:**

| | |
|---|---|
| 12/01/11 Westlaw | 88.21 |
| 12/01/11 Photocopy (8 @ $0.15) | 1.20 |
| 12/05/11 Lexis | 0.41 |
| 12/05/11 Lexis | 12.99 |
| 12/05/11 Lexis | 88.33 |
| 12/05/11 Lexis | 0.01 |
| 12/05/11 Lexis | 0.76 |
| 12/05/11 Lexis | 53.02 |
| 12/05/11 Lexis | 4.84 |
| 12/05/11 Lexis | 27.17 |
| 12/05/11 Lexis | 2.12 |
| 12/06/11 Telephone TAMPA FL (181)330-1588 | 0.16 |



| | | |
|---|---|---:|
| 12/06/11 | Westlaw | 6.07 |
| 12/07/11 | Lexis | 38.86 |
| 12/07/11 | Lexis | 87.50 |
| 12/07/11 | Westlaw | 248.84 |
| 12/07/11 | Photocopy (2 @ $0.15) | 0.30 |
| 12/08/11 | Lexis | 4.90 |
| 12/08/11 | Lexis | 16.30 |
| 12/08/11 | Lexis | 20.39 |
| 12/08/11 | Lexis | 12.23 |
| 12/08/11 | Lexis | 20.38 |
| 12/08/11 | Lexis | 0.52 |
| 12/08/11 | Lexis | 2.12 |
| 12/08/11 | Lexis | 2.12 |
| 12/08/11 | Photocopy (2 @ $0.15) | 0.30 |
| 12/09/11 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 64.38 |
| 12/09/11 | Lexis | 4.20 |
| 12/09/11 | Lexis | 16.31 |
| 12/09/11 | Lexis | 77.73 |
| 12/09/11 | Lexis | 20.39 |
| 12/09/11 | Other Travel-related expenses Mason, Wayne B. / DA- | 15.00 |
| 12/09/11 | Travel/Group Meals Mason, Wayne B. / DA- | 56.79 |
| 12/09/11 | Travel/Group Meals Mason, Wayne B. / DA- | 347.87 |
| 12/10/11 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 102.43 |
| 12/10/11 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 64.98 |
| 12/11/11 | Travel/Lodging Mason, Wayne B. / DA- | 245.43 |
| 12/12/11 | Lexis | 0.01 |
| 12/12/11 | Lexis | 2.08 |
| 12/12/11 | Lexis | 0.19 |
| 12/12/11 | Lexis | 16.31 |
| 12/12/11 | Lexis | 8.63 |
| 12/12/11 | Westlaw | 30.36 |
| 12/13/11 | Transcription / Typing Service Starr, Linda | 115.20 |
| 12/13/11 | Lexis | 155.48 |
| 12/13/11 | Lexis | 8.16 |
| 12/13/11 | Lexis | 2.10 |
| 12/13/11 | Lexis | 20.37 |
| 12/13/11 | Postage | 0.44 |
| 12/14/11 | Lexis | 8.17 |
| 12/14/11 | Lexis | 20.38 |
| 12/14/11 | Lexis | 44.87 |


| | |
|---|---|
| 12/14/11 Lexis | 100.23 |
| 12/14/11 Lexis | 0.50 |
| 12/14/11 Lexis | 9.41 |
| 12/14/11 Lexis | 10.53 |
| 12/14/11 Lexis | 2.10 |
| 12/14/11 Westlaw | 22.08 |
| 12/15/11 Telephone    CHICAGO    IL (131)292-3400 | 1.84 |
| 12/15/11 Lexis | 8.15 |
| 12/15/11 Lexis | 2.12 |
| 12/15/11 Lexis | 4.09 |
| 12/15/11 Lexis | 38.87 |
| 12/15/11 Westlaw | 388.96 |
| 12/15/11 Westlaw | 62.93 |
| 12/16/11 Westlaw | 13.25 |
| 12/16/11    Photocopy (3 @ $0.15) | 0.45 |
| 12/16/11 Color    Photocopy | 28.25 |
| 12/22/11 Telephone    OMAHA       NE (140)239-9125 | 0.32 |
| 12/22/11    Photocopy (90 @ $0.15) | 13.50 |
| 12/26/11 Westlaw | 175.95 |
| 12/29/11    Photocopy (1 @ $0.15) | 0.15 |
| 12/30/11    Photocopy (1 @ $0.15) | 0.15 |

**Total Disbursements    $3,072.14**

**Total Due    $136,958.64**

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick LLP | Bank: | Citibank, NA |
| Attention: Accounting Department | | One Sansome St., 24th Floor |
| 135 Main St. | | San Francisco, CA 94104 |
| 14th Floor | ABA/Routing Number: | 321 171 184 |
| San Francisco, CA 94105 | Account Number: | 200112936 |
| Reference: File Number & Invoice Number | Account Name: | Sedgwick LLP |
| | SWIFT Code: | CITIUS33 |
| E-mail: ar@sedgwicklaw.com | Reference: | File Number & Invoice Number |

# Sedgwick LLP

## CHECK REQUEST
**PLEASE SUBMIT 24HRS IN ADVANCE**

DATE NEEDED: 12/13/11   TIME NEEDED: choose time   OTHER TIME: _____

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☐ INTER-OFFICE MAIL TO:
☐ E-MAIL WHEN READY:   R Slaten _____   3257 _____   4644 ___   08 - DA ___
                        NAME                       Empl #      EXT #      OFC

| CLIENT NUMBER | MATTER NUMBER |
|---------------|---------------|
| 10711 | 000001 |

CASE NAME: Tampa Bay Water v. HDR Engineering Inc.

PAYEE: Linda Starr

Court Reporter

ADDRESS: 801 North Florida Avenue, Suite 13B

CITY: Tampa Bay

STATE: FL   ZIP: 33602   COUNTRY: USA

PHONE # : 813.301.5252   FAX # : _____

TYPE OF BUSINESS: Judge Whittemore's court reporter

(I.E. EXPERT-MEDICAL, EXPERT-ENGINEERING, CONSULTANT-CONSTRUCTION)

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☐ EXACT AMOUNT   $115.20   ☐ NOT TO EXCEED AMOUNT _____

G/L ACCOUNT / TRUST # :

_____   _____
Acct       Empl

☐ FUNDS SHOULD COME FROM TRUST ACCOUNT

*AP1377251*

EXPLANATION (MUST BE INCLUDED):

Transcript of hearing on Plaintiff's Motion to Exclude Robert Johnson - 61 pgs at $54.90

Transcript of hearing on Plaintiff's Motion to Exclude Leslie Bromwell - 67 pgs at $60.30

PLEASE CHECK ONE OF THE FOLLOWING:

☐ SUPPORTING DOCUMENTATION IS ATTACHED
☑ THERE IS NO SUPPORTING DOCUMENTATION

PREPARED BY: R Slaten   EMPL # 3257   Ext. 4644

AUTHORIZED BY: _____   EMPL # 3021   Ext. 4616

DATE: 12/13/11

REV. 9/2010

**Expense Report - Transmittal Report**



ER00000029852110197

**Spender** Wayne B. Mason     **From** Dec 9, 2011   **To** Dec 9, 2011     **Reimbursement Amt** 896.88 USD

**Report name** Meeting with trial consultant in Los Angeles

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 7 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 12/9/11 | Taxi, Trains, o... | United St... | 64.38 USD | Jennifer M. Arevalo |
| 12/9/11 | Group Meal | United St... | 347.87 USD | Jennifer M. Arevalo |
| 12/9/11 | Group Meal | United St... | 56.79 USD | Jennifer M. Arevalo |
| 12/10/11 | Taxi, Trains, o... | United St... | 102.43 USD | Jennifer M. Arevalo |
| 12/10/11 | Taxi, Trains, o... | United St... | 64.98 USD | Jennifer M. Arevalo |
| 12/11/11 | Lodging | United St... | 245.43 USD | Jennifer M. Arevalo |

```
****************************
CHECK # 39143        DATE 12/09/11
NAME TT32            TIME  1:20PM
============================

    BAR : TheresaBar    --

ITEMS ORDERED

                        AMOUNT

1 GUMBO                 19.95
1 CAPPELLINI            17.50
2 ICED TEA               6.50

****************************

SUBTOTAL                43.95
     TAX                 3.84

TOTAL DUE               47.79

            # OF GUESTS    2
```

Engine Co. No. 28 Restaurant
644 South Figueroa St.
Los Angeles, CA 90017
phone 213/624-6996  fax 213/623-9278
www.engineco.com

Interested in a holiday pie?
Ask your server.

---

```
ENGINE CO NO 28 REST
644 S FIGUEROA ST
LOS ANGELES, CA. 900

TERMINAL I.D.:
MERCHANT #:       0080118614
                  0035500080101361403

MASTERCARD
SALE ********5580
RECORD #: 10      INV:
DATE: DEC 09,11   TIME: 1205
BATCH# 790

                  AUTH:
                  009414

BASE              $43.79
TIP               $6.75
TOTAL             $50.79

WAYNE B HWSON

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

        CUSTOMER COPY
```

---

```
****  ****
LA Yellow Cab
Cab #6304
(424) 222-2222

12/10/11 14:43-
12/10/11 15:05

DIST....  18.90mi
FARE...$  54.15
EXTRAS,$   0.00
TIP....$  10.83
TOTAL,$   64.98

Master Card
xxxx 5580
MID 4451000119
Auth 095032

Signature:
*********
```

---

```
****  ****
LA Yellow Cab
Cab #6423
(424) 222-2222

12/09/11 08:34-
12/09/11 08:56

DIST.... 17.10mi
FARE...$ 49.65
EXTRAS,$  4.00
TIP....$ 10.73
TOTAL,$  64.38

Master Card
xxxx 5580
MID 4451000119
Auth 095069

Signature:
*********
```

Morton's The Steakhouse
735 S Figueroa Street
Los Angeles, CA 90017
(213) 553-4566

Server: Michael          DOB: 12/09/2011
08:08 PM                      12/09/2011
Table 44/1                     2/20040

                    SALE

M/C                              7340042
Card #XXXXXXXXXXXX5580
Magnetic card present: MASON WAYNE B
Card Entry Method:  S

Approval: 070678

            Amount:      $ 297.87
                                  80
+ Gratuity Not Inc: _____50_____
                          347.87
= Total: _____

    I agree to pay the above
total amount according to the
    card issuer agreement.

X _____

          Guest Copy

---

Morton's The Steakhouse
735 S Figueroa Street
Los Angeles, CA 90017
(213) 553-4566

Server: Michael                 12/09/2011
Table 44/1                        8:08 PM
Guests: 2                           20040
Area: Dining Room

Misc Personal Charge            ⟨71.00⟩
Filet and Lobster Tail            85.00
  Brussel Sprouts, Half
Iceberg Wedge, Promo (2 @0.00)     0.00
Decaf                              3.95
Carrot Cake                       12.50
Misc Personal Charge            ⟨10.50⟩
  Misc Personal Charge
Filet and Lobster Tail            85.00
  Small Grilled Asparagus
Cappuccino                         5.95

Subtotal                         273.90
Tax                               23.97

Total                            297.87

Balance Du    $ 297.87

Morton's Private Boardroom
Perfect for
Business or Pleasure!
Accommodating Small
and Large Groups.
Ask server for more details.

the westin bonaventure hotel and suites
404 south figueroa street   los angeles, ca 90071
phone 213.624.1000   fax 213.612.4800
www.thebonaventure.com



guest

| | room | | | travel agent/charge to |
| | rate | 2618 | | |
Wayne Mason | no. pers. | 169.00 | | Travelport Corp Solution |
| | folio | 1 | | Suite 200 |
1717 Main Street, Suite 540 | page | 2706333 | A | 801 Royal Parkway |
Dallas, TX 75201 | arrive | 1 | | Nashville, TN 37214-3746 |
USA | depart | 09-DEC-11 | 08:59 | |
| | payment | 10-DEC-11 | 14:00 | |

| date | reference | description | charges/credits |
|------|-----------|-------------|-----------------|
| 09-DEC-11 | RT2618 | Room Revenue | 169.00 |
| 09-DEC-11 | RT2618 | Occupancy Tax | 23.66 |
| 09-DEC-11 | RT2618 | Assessment Tax | 0.11 |
| 09-DEC-11 | RT2618 | Los Angeles Tourism Fee | 2.54 |
| 10-DEC-11 | 1 | High Speed Internet | 12.95 |
| 10-DEC-11 | 1603 | Room Service | 37.17 |
| 10-DEC-11 | VM | Visa/Mastercard | 245.43- |

```
           ***For Authorization Purposes Only***
           xxxxx5580
           Auth Date    Code    Authorized
           09-DEC-11   086476     219.70
           10-DEC-11   031974      25.73

                       Balance Due        0.00
```

EXPENSE REPORT SUMMARY

| Date | Rm&Tx | Fd&Bev | Tel | Other | Total | Payment |
|------|-------|--------|-----|-------|-------|---------|
| 09-DEC-11 | 195.31 | 0.00 | 0.00 | 0.00 | 195.31 | 0.00 |
| 10-DEC-11 | 0.00 | 37.17 | 0.00 | 12.95 | 50.12 | 245.43- |
| Total | 195.31 | 37.17 | 0.00 | 12.95 | 245.43 | 245.43- |

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.

signature _____

As a Starwood Preferred Guest you have earned at least 412
Starpoints for this visit A50767672079

Wayne Mason                    ROOM    DEPART        AGENT
FOLIO  2706333   09-DEC-11     2618



Premier Transportation
1341 W. Mockingbird Lane, Suite 201W
Dallas, TX 75247
214-351-7000      Fax: 214-351-7020

Toll Free:    800-789-4847



**PREMIER**
TRANSPORTATION

Confirmation # :    **424989**

www.premierofdallas.com
reservations@premierofdallas.com

## Transportation Confirmation

### ***2011 NATIONAL OPERATOR OF THE YEAR***

| | | |
|---|---|---|
| Company : | Sedgwick LLP | Your PO #: <br> Dept. #: |
| Requestor: | Mr. Mason, Wayne B. | |
| Address  : | 8722 Sanshire Ave | |
| | Dallas, TX 75231 | |
| Home # | | Office # |
| Fax  # | | Mobile #    (214) 707-8235 |

## Pick Up & Drop Off Information

Passenger (s) :      1      Mr. Wayne B. Mason   m: (214) 707-8235      **Occasion:  Airport**

Pick Up Date...:   **12/10/11 (Saturday)**      Vehicle Type :  Sedan

Pick Up Time..:    **9:42PM**

Pick Up :       DFW International Airport   DFW TX, 75261,   Phone: (800)433-7300

Drop Off :     Mason Residence 8722 Sanshire Ave  Dallas TX, 75231,

| Airport / Rail Station | Airline / Rail | Flight / Train # | Terminal | Time | Flight Status | Origin / Dest |
|---|---|---|---|---|---|---|
| DFW International Airport | AA - American Airlines | 2454 | | 9:42 PM | ARRIVE | LAX |
| **Meeting Procedure** | | Meet Curbside in the Blue Zone (Pre-Arranged Limo), outside Baggage Claim. | | | | |

**Notes:**    DO NOT SEND AN SUV  FOR THIS CLIENT UNLESS HE SPECIFICALLY ORDERS AN SUV!!! HE ONLY WANTS TOWN
CARS!!!!!  DRH
Contact Notes *** DO NOT SEND AN SUV  FOR THIS CLIENT UNLESS HE SPECIFICALLY ORDERS AN SUV!!! HE
ONLY WANTS TOWN CARS!!!!!  DRH

## Billing & Rate Information

| | | | | | |
|---|---|---|---|---|---|
| Billing Type  : | Master Card | Hourly Rate : | 0.00 | hr(s)    x | $0.00 |
| Account #  : | XXXXXXXXXXXX5580      Exp: | Fixed Rate  : | + $66.50 | = | $66.50 |
| Acct. Name  : | Wayne Mason | Gratuity Rate : | 20.00 % | | $13.30 |
| | | Tax : | 0.00 % | | $0.00 |
| | | Administrative Fee : | | | $7.98 |
| | | Fuel Surcharge 13 : | | | $8.65 |
| | | Airport Tolls : | | | $6.00 |
| Trip Charges and additional fees | | Special Gratuity : | | | $0.00 |
| are estimated and subject to final | | Trip Total: | | | $102.43 |
| audit upon completion of | | Deposit : | | | $0.00 |
| reservation | | **Total Due:** | | | **$102.43** |

## Cancellation Policy

+++ Premier has a 2 hour cancellation policy for all transfers in the Dallas Metroplex (point to point and airport).  All out of town
reservations require a 4 hour cancellation window.  All charter/hourly and specialty vehicle (limousines, mini buses, etc...)
reservations require 48 hour notice.
+++ Failure to locate your chauffeur will result in a full charge.
+++ Please review this reservation  and notify our reservations department if an error is found or if you need to make a change.
Thanks again for your business!

| Date & Time Generated: | Agent - Date & Time Entered: | Generated by Livery Coach Software |
|---|---|---|
| 12/10/11  19:15:29 | Michael    12/10/2011  19:14:05 | |



HDR, Inc.                                          February 10, 2012
8404 Indian Hills Dr.                          Invoice No. 1055194
Omaha, NE 68114


For Professional Services Through January 31, 2012:

Re:   Our File No.: 10711-000001/WBM
       Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 01/03/12 | K. Meaders | 0.50 | Work on trial exhibit of division of responsibilities and revenues |
| 01/03/12 | K. Meaders | 0.80 | Work on trial exhibit of embankment cross section |
| 01/03/12 | K. Meaders | 0.40 | Emails ███████████████████████ |
| 01/03/12 | K. Meaders | 0.70 | Revise chart of responsibilities and payment |
| 01/03/12 | K. Meaders | 0.60 | Review offer of judgment issues and potential damage outcome |
| 01/03/12 | D. Kent | 0.30 | Prepare memorandum regarding interactive demonstrative exhibit showing existing and alternative proposed embankment designs |
| 01/03/12 | R. Brown | 5.30 | Review trial story board, including timelines relating to construction deficiencies, cause(s) of embankment damage, McDonald's responsibilities, and geotechnical analyses performed by engineers at Black & Veatch in preparation for working on witness outlines for trial |
| 01/03/12 | G. Fountain | 3.80 | Preparation of trial witness documents for attorney Kurt Meaders for TBW witnesses Alison Adams and John Kennedy |
| 01/04/12 | W. Mason | 0.20 | Review regarding conversation with Tim Woodward and plaintiff's attorney regarding |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 2

|  |  |  | opening discovery and filing state court case and review reply |
|---|---|---|---|
| 01/04/12 | W. Mason | 0.30 | Prepare intrafirm memo regarding analysis of state court suit issue |
| 01/04/12 | W. Mason | 4.20 | Continue working on list of demonstratives and reviewing current drawings, calculations and other potential exhibits |
| 01/04/12 | K. Meaders | 0.30 | Receipt and review of email from Tim Woodward regarding discussions with Richard Harrison; return email regarding inspection scheduling |
| 01/04/12 | K. Meaders | 0.40 | Review and revise Chart of Contracts and payments ███████████████████ ███ |
| 01/04/12 | K. Meaders | 1.10 | Revise diagram and spreadsheet of crack mapping and locations by stations |
| 01/04/12 | K. Meaders | 0.90 | Revise FOIA request to FDEP; revise; ████████ ███████████████; provide authority to serve FOIA request as FDEP |
| 01/04/12 | K. Meaders | 0.40 | Office conference with attorney Mason regarding offer of judgment and other issues |
| 01/04/12 | K. Meaders | 1.10 | Telephone conference with attorney Mason regarding trial setting; emails to Tim Woodward and David Kent to call witnesses; ████████ ████████████████████████ ████████████████ |
| 01/04/12 | K. Meaders | 3.00 | Draft Motion for Special Trial Setting and revise |
| 01/04/12 | K. Meaders | 1.20 | Revise offer of Judgment memo and email to attorney Kent regarding issues with analysis |
| 01/04/12 | K. Meaders | 0.30 | Review proposed exhibits for interactive cut away of designs |
| 01/04/12 | D. Kent | 0.30 | Exchange correspondence with fact and expert witnesses ███████████████████ |

135 Main St. ■ 14th Floor ■ San Francisco, California 94105
Telephone 415.537.3000 ■ Facsimile 415.781.2635 ■ Federal Tax ID 94-1033310 ■ AR@SEDGWICKLAW.COM ■
WWW.SEDGWICKLAW.COM



| | | | |
|---|---|---|---|
| 01/04/12 | D. Kent | 0.80 | Telephone conference with graphic artist regarding preparation of interactive trial exhibit depicting evolution of embankment design and preparation of correspondence and draft exhibit concerning same |
| 01/04/12 | D. Kent | 0.50 | Review and revise ███ trial exhibits for use as interactive exhibit on evolution of embankment design |
| 01/04/12 | D. Kent | 1.20 | Review and revise HDR's Request for Special Trial Setting and Pretrial Scheduling Conference |
| 01/04/12 | R. Brown | 5.70 | Review document production including design documents, hot documents, engineering analysis, technical memoranda, and contract duties for all parties in preparation for trial witness analysis |
| 01/04/12 | G. Fountain | 3.20 | Preparation of Trial Exhibit Matrix of Design and Construction companies and amount received for original reservoir project |
| 01/04/12 | G. Fountain | 1.90 | Preparation of trial witness documents for attorney Kurt Meaders for TBW witnesses Alison Adams and John Kennedy |
| 01/05/12 | W. Mason | 5.20 | Review hundreds of documents evaluating additional trial themes, exhibits to use in cross-examination and opening statement as well as preparing for trial |
| 01/05/12 | W. Mason | 1.50 | Meeting with David Kent and Kurt Meaders regarding trial preparation, including motion to set case in March and review proposed motion |
| 01/05/12 | K. Meaders | 1.10 | Work on Motion for Special Trial Setting |
| 01/05/12 | K. Meaders | 0.40 | Begin organization of trial exhibits |
| 01/05/12 | K. Meaders | 0.50 | Telephone conference with ███████ |
| 01/05/12 | K. Meaders | 0.50 | Telephone conference ███████ |



| 01/05/12 | K. Meaders | 1.00 | Work on demonstrative of contract amounts to each party |
| 01/05/12 | K. Meaders | 1.00 | Telephone conferences █████████████ |
| 01/05/12 | K. Meaders | 2.40 | Meeting with attorneys Mason and Kent to begin trial preparation |
| 01/05/12 | K. Meaders | 0.30 | Work on trial examination outline for Jon Kennedy |
| 01/05/12 | K. Meaders | 0.40 | Office conference with attorney Steinmann for assistance of trial exhibits |
| 01/05/12 | K. Meaders | 0.70 | Review exhibits/photos for soil cement █████ |
| 01/05/12 | K. Meaders | 0.90 | Review issues and consideration of potential offer of judgment |
| 01/05/12 | D. Kent | 1.80 | Conduct extended pre-trial preparation strategy meeting concerning action items for witness preparation, offers of judgment, motions for special trial settings, trial exhibit preparation and related items |
| 01/05/12 | D. Kent | 0.50 | Analysis and planning regarding pros and cons of making Rule 68 Offer of Judgment to TBW, including analysis of Florida law on contractual "prevailing party" attorneys' fee provisions |
| 01/05/12 | C. Steinmann | 1.30 | Meet with Kurt regarding TBW comparative fault analysis and begin working on the same |
| 01/05/12 | G. Fountain | 2.80 | Preparation of Trial Exhibit Matrix of Design and Construction companies and amount received for original reservoir project |
| 01/05/12 | G. Fountain | 1.70 | Preparation of trial witness documents for attorney Kurt Meaders for TBW witnesses Alison Adams and John Kennedy |
| 01/06/12 | W. Mason | 2.20 | Intrafirm conference regarding motion for trial setting; review court's order regarding trial |



|           |           |      | setting; review exhibits |
|-----------|-----------|------|--------------------------|
| 01/06/12  | W. Mason  | 1.70 | Meeting with Kurt Meaders and David Kent regarding trial responsibilities and strategy |
| 01/06/12  | W. Mason  | 7.90 | Review multiple orders ███████████████████ multiple intrafirm conferences regarding trial preparation and continue reviewing documents preparing for March trial date |
| 01/06/12  | K. Meaders | 0.50 | Revise and file Motion for Special Setting |
| 01/06/12  | K. Meaders | 1.50 | Trial preparation meeting with attorneys Mason and Kent |
| 01/06/12  | K. Meaders | 0.50 | Revise exhibit of payments to parties by TBW |
| 01/06/12  | K. Meaders | 0.60 | Telephone conference ████████████████ |
| 01/06/12  | K. Meaders | 0.90 | Receipt and review of Order on Motion for Trial Setting and Order denying Motion in Limine on bids to complete reservoir repairs; office conference with attorney Mason regarding team for trial preparation |
| 01/06/12  | K. Meaders | 1.90 | Telephone conference ████████████████ |
| 01/06/12  | K. Meaders | 2.10 | Trial preparation; telephone conference with internal IT for trial support; email graphic artist for availability, email hotel for trial reservations; work on trial preparation schedule |
| 01/06/12  | K. Meaders | 1.30 | Meeting with attorney Brown to help develop evidence and potential cross on issue related to CPZ3 data and meeting with Cori Steinmann and legal assistant Gail Fountain regarding development of exhibit of parties and individual players |
| 01/06/12  | K. Meaders | 0.30 | Meeting with Wayne Mason regarding trial issues |


| 01/06/12 | D. Kent | 0.40 | Analysis and planning regarding necessary trial preparation activities in light of Court's notice setting case for trial on March trial docket |
| 01/06/12 | D. Kent | 2.00 | Prepare for and participate in strategy meeting with Wayne Mason and Kurt Meaders regarding status of case and future course of action for trial preparation |
| 01/06/12 | D. Kent | 0.30 | Prepare memorandum regarding Open Records Act lawsuit to obtain transcripts of private session meetings of TBW Board |
| 01/06/12 | D. Kent | 0.20 | Telephone conference ███████████ |
| 01/06/12 | R. Brown | 4.60 | Review piezometer data from flat plate soil cement reports and analyze for discrepancies with information presented to TBW's Board |
| 01/06/12 | C. Steinmann | 2.40 | Research case law regarding recoverable fees under Federal Rule 68, analyze contract to determine whether attorneys' fees are specified therein, and prepare memorandum of fees recoverable under the offer of judgment statute in this case |
| 01/06/12 | C. Steinmann | 1.10 | Search database for aerial of reservoir per Kurt Meaders |
| 01/06/12 | C. Steinmann | 0.20 | Meeting with Kurt Meaders and Gail Fountain regarding key players exhibit |
| 01/06/12 | G. Fountain | 4.00 | Assist and work on list of parties, players, positions and responsibility descriptions for interactive demonstrative exhibit for trial |
| 01/07/12 | W. Mason | 10.80 | Continue trial preparation, including meetings with Kurt Meaders and reviewing diagrams, internal memoranda, expert reports, demonstratives and working on other trial preparation |



| 01/07/12 | K. Meaders | 1.10 | Trial preparation and development of pretrial plan and milestones |
| 01/07/12 | K. Meaders | 1.60 | Office conference with Ryan Brown to develop cross of Helen Bennett and assist in development of Bennett cross outline |
| 01/07/12 K. | Meaders | 0.80 | Various conferences with Wayne Mason regarding evidence and trial preparation |
| 01/07/12 | K. Meaders | 1.10 | Review and revise Jury Instructions |
| 01/07/12 | K. Meaders | 2.00 | Work on trial demonstrative exhibits regarding percentage of cracking; visual of comparison and micro look at particles; close up animation of collapse; time line |
| 01/07/12 | K. Meaders | 1.70 | Work on issues of Motion in Limine regarding "settlement" and for special voir dire production; ██████████████████ |
| 01/07/12 | K. Meaders | 0.30 | Draft email ███████████████ |
| 01/07/12 | D. Kent | 0.20 | Exchange memoranda with Kurt Meaders regarding recommendations to client on filing Open Records Act lawsuit to obtain transcripts of TBW Board's private session meetings concerning settlement |
| 01/07/12 | R. Brown | 6.50 | Review Black and Veatch document production including Helen Bennett's presentation, TBW's political ambitions, and piezometer data relating to Bennett's analysis and analyze same with Kurt Meaders in preparation for trial cross examinations |
| 01/08/12 | K. Meaders | 1.60 | Work on pretrial preparation scheduling and preparation items |
| 01/08/12 | K. Meaders | 1.10 | Work on To Do list items for trial, demonstrative exhibit list and witness outline |
| 01/08/12 | K. Meaders | 0.90 | Work on B&V and CDG duty and responsibility listing |



| 01/08/12 | K. Meaders | 0.30 | Emails to trial team regarding exhibit preparation |
| 01/08/12 | K. Meaders | 0.50 | Pull by document for Molyneaux cross |
| 01/08/12 | K. Meaders | 0.60 | Revise story board on political ambitions and provide new document |
| 01/08/12 | K. Meaders | 1.60 | Draft offer of Judgment; draft email explaining and recommending offer of Judgment |
| 01/09/12 | W. Mason | 0.30 | Intrafrm conference with Kurt Meaders regarding offer of judgment |
| 01/09/12 | W. Mason | 0.20 | Prepare correspondence to client regarding offer of judgment |
| 01/09/12 | W. Mason | 0.20 | Intrafirm conference with David Kent regarding state court suit relating to information on the Board's vote |
| 01/09/12 | W. Mason | 0.20 | Prepare correspondence ▮▮▮▮▮▮▮▮ |
| 01/09/12 | W. Mason | 0.50 | Telephone conference ▮▮▮▮▮ |
| 01/09/12 | W. Mason | 0.50 | Multiple telephone conferences ▮▮▮▮▮▮▮▮▮▮▮ |
| 01/09/12 | W. Mason | 0.30 | Receive and review latest orders entered by court and intrafirm conference regarding same |
| 01/09/12 | W. Mason | 7.80 | Continue trial preparation, reviewing documents and depositions |
| 01/09/12 | K. Meaders | 0.20 | Review trial subpoena witness list |
| 01/09/12 | K. Meaders | 0.20 | Email to Richard Harrison requesting site visit |
| 01/09/12 | K. Meaders | 0.20 | Email to Kathy Gilman regarding exhibit binders |
| 01/09/12 | K. Meaders | 0.60 | Develop issues from TBW power point; functioning reservoir adds 25 mgd |
| 01/09/12 | K. Meaders | 0.20 | Consideration of suit for Board private session |


|          |            |      | meeting recordation |
|----------|------------|------|---------------------|
| 01/09/12 | K. Meaders | 0.60 | Work on revisions to exhibit list with granting of Motion for Summary Judgment on lost use |
| 01/09/12 | K. Meaders | 1.00 | Telephone call to David Carrier and emails to witnesses to advise of trial date and preparation for same; reconsideration of use of Ed Link |
| 01/09/12 | K. Meaders | 0.90 | Revise Kennedy and Adams exhibit list objections to TBW exhibits |
| 01/09/12 | K. Meaders | 0.30 | Review status of deposition designations and possible amendment to counter designation with dismissal of Barnard/McDonald |
| 01/09/12 | K. Meaders | 0.40 | Receipt and review of denial of Reservoir access and consideration of possible options |
| 01/09/12 | K. Meaders | 0.30 | Office conference with Wayne Mason regarding addressing denial of access |
| 01/09/12 | K. Meaders | 0.40 | Office conference with Wayne Mason regarding offer of judgment |
| 01/09/12 | K. Meaders | 1.80 | Trial Team meeting with attorneys Mason, Kent, Steinmann and legal assistant Fountain on pretrial scheduling and preparation of materials |
| 01/09/12 | K. Meaders | 0.40 | Research undesignated witness as trial witnesses |
| 01/09/12 | K. Meaders | 0.60 | Work on potential exemplar soil cement photographs and authentication of prior photographs; emails ████████████ |
| 01/09/12 | K. Meaders | 0.50 | Receipt and review of Court Orders on Motion on Fourth Affirmative Defense and Motion for Leave to Designate Barnard Response |
| 01/09/12 | K. Meaders | 0.30 | Revise HDR's exhibits regarding Adams and Kennedy |
| 01/09/12 | K. Meaders | 1.00 | Work on list of new demonstratives; revisions to company payment exhibit |
| 01/09/12 | D. Kent    | 1.20 | Strategy and trial preparation meeting |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 10

| 01/09/12 | D. Kent | 0.30 | Analysis and planning with Jared Scott regarding legal research project concerning TBW's ability to call Barnard's expert witnesses at trial |
| 01/09/12 | D. Kent | 0.20 | Follow-up analysis and planning with Kurt Meaders regarding TBW's ability to call Barnard's expert witnesses at trial |
| 01/09/12 | D. Kent | 0.20 | Study/analysis of court rulings on TBW's Motion to Strike HDR's 4th Affirmative Defense as to Barnard and McDonald and Barnard's Motion for Leave to File Reply brief |
| 01/09/12 | D. Kent | 0.30 | Revise, finalize and send correspondence ███████ |
| 01/09/12 | D. Kent | 0.30 | Study/analysis of correspondence from TBW rejecting HDR's request for site inspection and strategy for responding to same |
| 01/09/12 | R. Brown | 2.10 | Review witness documents for Helen Bennett in preparation for trial witness analysis |
| 01/09/12 | J. Scott | 3.00 | Research and draft memorandum re use of non-designated experts |
| 01/09/12 | C. Steinmann | 6.50 | Work on fault matrix for TBW; telephone call with court regarding pre-trial, trial setting, and March docket; email court reporter regarding trial date and coverage; review all Court Orders regarding MIL and prepare summary of MIL rulings |
| 01/09/12 | C. Steinmann | 1.20 | Trial strategy meeting with Kent, Meaders, and Fountain |
| 01/09/12 | G. Fountain | 7.50 | Assist and work on list of parties, players, positions and responsibility descriptions for interactive demonstrative exhibit for trial |
| 01/09/12 | G. Fountain | 1.50 | Work on trial exhibit list |
| 01/10/12 | W. Mason | 1.50 | Team meeting to discuss strategy and position |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 11

|  |  |  | we are going to take at trial regarding various issues |
| --- | --- | --- | --- |
| 01/10/12 | W. Mason | 0.30 | Telephone conference with Tim Woodward regarding his role in the trial |
| 01/10/12 | W. Mason | 0.40 | Receive and review summary of claim issues |
| 01/10/12 | W. Mason | 7.70 | Continue trial preparation, including review of documents, e-mails with plaintiff's counsel, intrafirm conferences, work on opening and examinations |
| 01/10/12 | K. Meaders | 0.30 | Update trial preparation chart |
| 01/10/12 | K. Meaders | 0.90 | Revise Chart of Corporate Payments |
| 01/10/12 | K. Meaders | 0.20 | Email with Dennis Frostic regarding trial setting |
| 01/10/12 | K. Meaders | 0.60 | Draft CDG Responsibility Outline and Chart |
| 01/10/12 | K. Meaders | 2.40 | Trial Team meeting with attorneys Kent and Mason regarding trial issues; key documents, themes and evidence collection |
| 01/10/12 | K. Meaders | 2.90 | Work on trial witness assignments and witness; recording in call list |
| 01/10/12 | K. Meaders | 1.20 | Work on Exhibit List |
| 01/10/12 | K. Meaders | 0.50 | Email from Richard Harrison regarding stipulation on SWFWMD Fine and mitigation defense; draft response |
| 01/10/12 | K. Meaders | 0.50 | Email ███████████████████████ |
| 01/10/12 | K. Meaders | 0.40 | Email to Richard Harrison on potential exhibit agreements |
| 01/10/12 | K. Meaders | 0.50 | Telephone conference with Tim Woodward regarding trial preparation and witnesses |
| 01/10/12 | K. Meaders | 0.60 | Review Jury Questionnaire and Motion for Special Voir Dire procedures |
| 01/10/12 | K. Meaders | 0.90 | Email Harrison to request site inspection and to follow up on denial of inspection; work on Motion to Inspect |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 12

| 01/10/12 | K. Meaders | 0.30 | Review Crack Inventory and compare location of 2-3 ft. PL confirmation in CDG Interrogatories |
| 01/10/12 | K. Meaders | 1.10 | Trial meeting with attorney Mason |
| 01/10/12 | D. Kent | 3.40 | Prepare Motion to Permit Site Inspection |
| 01/10/12 | D. Kent | 0.40 | Prepare for and participate in conference with Florida counsel (Tim Woodward) and Kurt Meaders regarding trial preparation, witness preparation, trial exhibits and related matters |
| 01/10/12 | D. Kent | 1.90 | Strategy meeting with Wayne Mason and Kurt Meaders regarding trial preparation activities, including witness outlines, trial exhibits, trial briefs, and related items |
| 01/10/12 | R. Brown | 7.70 | Review document production relating to piezometer data, potential bias by and conflicts with Black & Veatch, bidding process, safety issues and work on cross examination outline for Helen Bennett in preparation for trial |
| 01/10/12 | J. Scott | 3.80 | Research and draft memorandums regarding undesignated experts and the failure to specifically identify corporate representative witnesses at trial |
| 01/10/12 | C. Steinmann | 5.30 | Conference call with Court regarding pre-trial procedure and March trial setting; work on TBW fault matrix; meet with Meaders regarding parties responsibilities and duties; continue work on exhibit list |
| 01/10/12 | C. Alm | 4.20 | Review and update deposition summaries with deposition exhibits for W. Mason for trial |
| 01/10/12 | G. Fountain | 3.30 | Assist and work on list of parties, players, positions and responsibility descriptions for interactive demonstrative exhibit for trial |
| 01/11/12 | W. Mason | 10.80 | Trial preparation, including work on direct and cross-examinations, reviewing testimony and documents |



HDR, Inc.
February 10, 2012
Tampa Bay Water Authority v. HDR, Inc., et al
Invoice No. 1055194
10711-000001
Page 13

| | | | |
|---|---|---|---|
| 01/11/12 | K. Meaders | 2.10 | Trial preparation of documents for trial; contact hotel and IT for trial needs; work on cross-examination outlines; work on various story boards of issues |
| 01/11/12 | K. Meaders | 0.60 | Telephone conference with David Carrier and follow up on scheduling |
| 01/11/12 | K. Meaders | 0.80 | Telephone conference ███████████ |
| 01/11/12 | K. Meaders | 0.70 | Work on broad outline for witness and expected testimony for witnesses |
| 01/11/12 | K. Meaders | 1.60 | Telephone conference with Richard Harrison to work on issues for trial and potential agreements on exhibits; site investigation and other issues; attempted agreement on voir dire considering "settlement" issues |
| 01/11/12 | K. Meaders | 1.20 | Review B&V document sort and add to B&V witness outlines |
| 01/11/12 | K. Meaders | 1.00 | Work on revisions to HDR Exhibit List and form of exchange; office conference with legal assistant Fountain regarding same |
| 01/11/12 | K. Meaders | 1.10 | Work on details and evidence submissions to story boards |
| 01/11/12 | K. Meaders | 1.50 | Review Golder Document sort for additional possible exhibits for trial |
| 01/11/12 | K. Meaders | 0.70 | Telephone conference ███████████ |
| 01/11/12 | D. Kent | 1.20 | Prepare for and participate in extended telephone conference with opposing counsel regarding exchange of supplemental trial exhibit list, objections to exhibits, jury selection procedures, site inspection and other pre-trial preparation activities |
| 01/11/12 | D. Kent | 2.80 | Review, revise, finalize and file HDR's Motion to Inspect Reservoir |
| 01/11/12 | R. Brown | 8.30 | Review deposition transcripts and document |


|          |               |       | production related to piezometer calibration and maintenance, original drainage design, geotechnical reviews performed by B&V and work on Helen Bennett outline for use at trial |
|----------|---------------|-------|-----|
| 01/11/12 | J. Scott      | 5.10  | Draft motion re expanded voir dire procedures |
| 01/11/12 | C. Steinmann  | 8.10  | Review HDR exhibits for Rice, Menzies, Kennedy, Seeber, Carrier, Meyer, Donovan, King, Marple, and Colvin and identify any additional, duplicative, or unneeded exhibits |
| 01/11/12 | G. Fountain   | 5.80  | Assist and work on list of parties, players, positions and responsibility descriptions for interactive demonstrative exhibit for trial |
| 01/11/12 | G. Fountain   | 1.10  | Assist attorney with key trial documents and demonstrative trial exhibits |
| 01/12/12 | W. Mason      | 7.80  | Continue to work on trial preparation |
| 01/12/12 | K. Meaders    | 0.60  | Work on exhibit list and office conference with legal assistant Fountain regarding same |
| 01/12/12 | K. Meaders    | 0.70  | Receipt and review of October and November monthly soil cement monitoring reports ██ ████████████████████████████ |
| 01/12/12 | K. Meaders    | 0.80  | Review B&V document sort for potential exhibits, review B&V contract documents for cross |
| 01/12/12 | K. Meaders    | 1.30  | Meeting with attorney Steinmann to develop David Carrier examination |
| 01/12/12 | K. Meaders    | 1.20  | Meeting with attorney Kent regarding trial issues; David Carrier cross, Reply Brief, Exhibits and Motion regarding voir dire procedures |
| 01/12/12 | K. Meaders    | 0.50  | Review email regarding FDEP review and request specific documents from Kathy Gilman |
| 01/12/12 | K. Meaders    | 0.90  | Review Barnard control documents and add to story board on contact duties |
| 01/12/12 | K. Meaders    | 2.70  | Revise Exhibit List and addition to exhibit to |



|            |               |      | storyboard |
|------------|---------------|------|------------|
| 01/12/12   | K. Meaders    | 0.80 | Receipt and review of Court Order allowing Reply and office conference with attorney Kent to develop reply |
| 01/12/12   | K. Meaders    | 1.70 | Review Golder document sort and add documents to exhibit list |
| 01/12/12   | D. Kent       | 0.80 | Analysis and planning with team member Kurt Meaders regarding trial preparation activities |
| 01/12/12   | D. Kent       | 6.70 | Prepare Reply Brief in Support of HDR's Motion for Leave to Designate Barnard and McDonald as Fabre Defendants |
| 01/12/12   | R. Brown      | 9.40 | Review deposition testimony and related documentation of Black & Veatch's contract with HDR, permeability of soil-cement, wedge saturation, pore pressure statistics, and grout injection program and work on Black & Veatch representative witness outline |
| 01/12/12   | J. Scott      | 5.80 | Research jury questionnaires and individual voir dire procedures and draft motion re same |
| 01/12/12   | C. Steinmann  | 3.00 | Continue working on fault assessment; meet with Meaders regarding Carrier documents and strategy |
| 01/12/12   | C. Alm        | 5.40 | Review emails from K. Meaders and begin preparing key trial documents; update issues story boards |
| 01/12/12   | G. Fountain   | 9.00 | Assist attorneys to determine additions to trial exhibit list and work on exhibit notebooks |
| 01/13/12   | W. Mason      | 4.90 | Team meeting to collectively determine best issues to address with each of the witnesses designated by plaintiff and identify exhibits and other pieces of evidence available to use in those cross-examinations |
| 01/13/12   | W. Mason      | 5.10 | Continue trial preparation |
| 01/13/12   | K. Meaders    | 0.70 | Office conference with attorney Brown discussing Bennett cross |



| 01/13/12 | K. Meaders | 3.20 | Review and analysis B&V documents to further develop B&V cross |
| 01/13/12 | K. Meaders | 3.30 | Develop additional information for story boards; conference with legal assistant to locate additional exhibits; work on additional demonstratives; telephone conference with Tim Woodard regarding trial preparation |
| 01/13/12 | K. Meaders | 0.60 | Review and revise Response to Barnard Fabre issues |
| 01/13/12 | K. Meaders | 0.60 | Telephone conference ███████████████████████ |
| 01/13/12 | K. Meaders | 0.60 | Find case law support for trial brief on admissibility of Mary Carter Agreement |
| 01/13/12 | D. Kent | 2.50 | Prepare Reply Brief in Support of HDR's Motion for Leave to Designate Barnard and McDonald as Fabre Defendants |
| 01/13/12 | S. Wittie | 1.00 | Revise brief in support keeping Barnard as Fabre defendant, related communications |
| 01/13/12 | R. Brown | 9.10 | Review document production and testimony relating to Black & Veatch's presentation to HDR in 2009, Black & Veatch's retention by HDR, value engineering analysis and work on B&V witness outline for use at trial |
| 01/13/12 | J. Scott | 7.10 | Research and draft motion in limine re failed settlement negotiations |
| 01/13/12 | C. Steinmann | 3.20 | Work with Fountain and Brown to obtain B&V document for use on exhibit list and story board; prepare outline for Carrier examination; meet with Meaders and Fountain regarding substitute exhibits and research origin of the same |
| 01/13/12 | C. Alm | 5.20 | Review emails from K. Meaders and begin preparing key trial documents; update issues story boards |
| 01/13/12 | G. Fountain | 5.00 | Assist attorneys to determine additions to trial |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 17

|  |  |  | exhibit list and work on exhibit notebooks |
|---|---|---|---|
| 01/13/12 | G. Fountain | 2.30 | Assist and work on list of parties, players, positions and responsibility descriptions for interactive demonstrative exhibit for trial |
| 01/14/12 | W. Mason | 6.20 | Continue reviewing documents, motions, legal memoranda and photographs in preparation for trial |
| 01/14/12 | K. Meaders | 4.80 | Trial team meeting to discuss each fact witness, TBW lists as will call to prepare broad ideas and outlines of testimony needed |
| 01/14/12 | K. Meaders | 0.90 | Meeting with Ryan Brown on Bennett cross and additional B&V inserts |
| 01/14/12 | K. Meaders | 0.30 | Office conference with legal assistant regarding exhibit list |
| 01/14/12 | K. Meaders | 2.00 | Review of B&V email sort, review of additional exhibit and supplement exhibit list |
| 01/14/12 | K. Meaders | 0.50 | Work on Paul Zaman, B&V cross-examination |
| 01/14/12 K. | Meaders | 3.70 | Review and revise Exhibit Lists |
| 01/14/12 | D. Kent | 5.10 | Prepare for and participate in trial strategy meeting with Wayne Mason and team members to develop coordinated cross-examination themes and points for TBW's expected fact witnesses |
| 01/14/12 D. | Kent | 0.20 | Prepare correspondence to and telephone conference █████████████ |
| 01/14/12 D. | Kent | 0.20 | Analysis and planning with Wayne Mason regarding trial preparation ██████████ |
| 01/14/12 | D. Kent | 1.20 | Revise HDR's Reply Brief in Support of Motion to Designate Barnard and McDonald as Fabre Defendants |
| 01/14/12 | R. Brown | 6.80 | Review flat plate soil-cement reports and document production relating to piezometers |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 18

| | | | |
|---|---|---|---|
| | | | data and analysis for inclusion on amended trial exhibit list in advance of next Wednesday's deadline for same |
| 01/14/12 | J. Scott | 4.10 | Research federal rules of evidence re admissibility of settlement negotiations and incorporate findings into motion in limine re failed settlement negotiations between TBW and HDR |
| 01/14/12 | C. Steinmann | 7.70 | Trial strategy meeting with Mason, Meaders, and Kent; continue review of exhibits, specifically Carrier exhibits based on themes from meeting |
| 01/14/12 | G. Fountain | 1.50 | Assist and work on list of parties, players, positions and responsibility descriptions for interactive demonstrative exhibit for trial |
| 01/14/12 | G. Fountain | 4.90 | Assist attorneys to determine additions to trial exhibit list and work on exhibit notebooks |
| 01/15/12 | W. Mason | 5.70 | Continue preparing for trial, reviewing proposed examinations for witnesses and exhibits |
| 01/15/12 | K. Meaders | 8.90 | Work on Exhibits List; review and delete exhibits and revise; emails with legal assistants; work on storyboard additions; add exhibits and ideas to several cross outlines; emails to trial team members to add to key documents and other disuses |
| 01/15/12 | K. Meaders | 0.80 | Revise Response to issue regarding Fabre conclusions regarding Barnard |
| 01/15/12 | K. Meaders | 1.10 | Receipt and review of drawdown curves in trial exhibits with presentation and RFP requirements for reservoir |
| 01/15/12 | D. Kent | 1.80 | Review and revise HDR list of trial exhibits and Witness examination outlines |
| 01/15/12 | D. Kent | 4.30 | Review and revise HDR's Reply Brief in Support of Motion to Designate Barnard and McDonald as Fabre Defendants |
| 01/15/12 | G. Fountain | 4.00 | Assist attorneys to determine additions to trial |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 19

| | | | exhibit list |
|---|---|---|---|
| 01/16/12 | W. Mason | 4.60 | Meeting with trial team to continue discussions about questions for each witness, including TBW's former co-defendant witnesses and HDR witnesses as well as exhibits and other information to pull to present the case |
| 01/16/12 | W. Mason | 5.20 | Continue to work on jury instructions, review and revise reply brief on Fabre issues, and review legal research on Fabre issues as well as reviewing information on other potential witnesses |
| 01/16/12 | K. Meaders | 1.80 | Work on trial exhibit list changes; review additional B&V exhibits |
| 01/16/12 | K. Meaders | 4.00 | Team meeting for resolution of witnesses and expected testimony |
| 01/16/12 | K. Meaders | 0.50 | Draft Expected Witness Testimony Chart |
| 01/16/12 | K. Meaders | 0.60 | Emails and telephone conference with Hotel regarding trial accommodations |
| 01/16/12 | K. Meaders | 0.30 | Work on Helen Bennett's potential cross outline |
| 01/16/12 | K. Meaders | 0.30 | Receipt and review of status of collapse upon wetting animation |
| 01/16/12 | K. Meaders | 0.70 | Telephone conference with Michael Kelley - BCI regarding cracking mapping per station |
| 01/16/12 | K. Meaders | 0.40 | Work with Wayne Mason on Golder/Bromwell Exhibits |
| 01/16/12 | K. Meaders | 0.20 | Receipt and review of Request for Harrison regarding MIC on settlement and draft response |
| 01/16/12 | K. Meaders | 1.10 | Telephone conference █████████ |
| 01/16/12 | K. Meaders | 1.50 | Work on Reply Brief |
| 01/16/12 | K. Meaders | 0.20 | Exhibit email to Harrison |
| 01/16/12 | K. Meaders | 0.30 | Stipulation on SWFWMD to Harrison |


| 01/16/12 | K.   Meaders | 0.70 | Trial schedule and milestone updates |
| 01/16/12 | D. Kent | 1.60 | Review, revise and update HDR's trial exhibits |
| 01/16/12 | D. Kent | 3.20 | Prepare for and participate in strategy meeting with Wayne Mason and team members to prepare cross examination themes for TBW's expert witnesses |
| 01/16/12 | D. Kent | 3.70 | Review and revise HDR's Reply Brief in Support of Motion to Designate Barnard and McDonald as Fabre Defendants |
| 01/16/12 | D. Kent | 0.30 | Review and revise proposed stipulation between HDR and TBW concerning admissibility of administrative fine against TBW for improper use of groundwater resources |
| 01/16/12 | D.   Kent | 0.30 | Study/analysis of certificate of conference from TBW concerning Motion in Limine to exclude all evidence of settlements between TBW and CDG and Barnard, including review and revision of proposed response to same |
| 01/16/12 | R. Brown | 6.20 | Review witness testimony and work on cross examination questions for Helen Bennett in preparation for trial in March |
| 01/16/12 | J. Scott | 9.30 | Research and draft trial brief re admissibility of settlement agreement between TBW and Barnard for purposes other than proving validity of claims; draft and research motion in limine and motion for expanded voir dire |
| 01/16/12 | C.   Steinmann | 6.00 | Trial strategy meeting with Mason, Meaders, and Kent; continue review of contract documents to support TBW duties; contact graphics team to discuss further demonstratives and trial date |
| 01/16/12 | G. Fountain | 6.70 | Assist attorneys to determine additions to trial exhibit list and work on exhibit notebooks |
| 01/17/12 | W. Mason | 0.50 | Extended conference call ████████ ████████ |
| 01/17/12 | W. Mason | 0.40 | Telephone conference ████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 21

| 01/17/12 | W. Mason | 0.40 | Meeting with graphic artist regarding demonstratives |
| 01/17/12 | W. Mason | 0.40 | Intrafirm conferences and review and revise 50EP documents |
| 01/17/12 | W. Mason | 8.70 | Study Fabre issues as well as political ambition issues; review Meyer deposition, and continue to prepare for trial |
| 01/17/12 | K. Meaders | 2.40 | Work on changes to exhibit list; emails to trial team on exhibits; work on Hickman's suggested changes to exhibit list |
| 01/17/12 | K. Meaders | 0.20 | Receipt and review of emails from TBW on stipulations and exhibit questions |
| 01/17/12 | K. Meaders | 0.50 | Telephone conference ███████████ |
| 01/17/12 | K. Meaders | 1.30 | Review Barnard exhibits which differ from TBW and HDR's |
| 01/17/12 | K. Meaders | 0.90 | FDEP document review |
| 01/17/12 | K. Meaders | 0.40 | Review Reply Brief in support of Motion for Leave to Designate Barnard and telephone conference with attorney Kent regarding same |
| 01/17/12 | K. Meaders | 0.90 | Meeting with trial graphic consultants on trial exhibits |
| 01/17/12 | K. Meaders | 0.90 | Meeting with associate Ryan Brown and Jared Scott to review FDEP document production |
| 01/17/12 | K. Meaders | 0.70 | Meeting with David Kent on exhibit issues |
| 01/17/12 | K. Meaders | 0.20 | Work on Jury Instructions and Jury Charge |
| 01/17/12 | K. Meaders | 0.30 | Revise Trial Preparation Schedule |
| 01/17/12 | D. Kent | 0.40 | Telephone conferences ███████████ |


| 01/17/12 | D. Kent | 4.00 | Review, revise, finalize and file HDR's Reply Brief in Support of Motion to Designate Barnard and McDonald as Fabre Defendants |
| 01/17/12 | D. Kent | 0.50 | Study/analysis of evidence of Reservoir renovation bids and contracts |
| 01/17/12 | D. Kent | 7.10 | Review, revise and update HDR's trial exhibits |
| 01/17/12 | R. Brown | 3.90 | Review Tampa Bay Water's Florida Environmental Resource Permit Application and associated documents and analyze impact on increased scope of drawdown rate |
| 01/17/12 | R. Brown | 5.40 | Review emails and potential exhibits and work on cross examination outline for John Troutt |
| 01/17/12 | J. Scott | 8.50 | Research plaintiff's use of settling defendants' designated experts at trial; research and revise motion in limine no. 6 regarding failed settlement negotiations and motion for expanded voir dire; review and analyze documents regarding TBW's permit applications to renovate reservoir |
| 01/17/12 | C. Steinmann | 8.40 | Continue work on fault matrix; work on interactive demonstrative regarding key players, roles, and main issues; meet with graphics team regarding status of demonstratives, additional demonstratives, and future planning sessions |
| 01/17/12 | C. Alm | 7.00 | Review emails from K. Meaders and prepare key trial documents; review Barnard trial exhibits for K. Meaders |
| 01/17/12 | G. Fountain | 8.20 | Assist attorneys to determine additions to trial exhibit list and work on exhibit notebooks |
| 01/17/12 | G. Fountain | 0.60 | Receipt and review of FDEP production provided by co-counsel |
| 01/18/12 | W. Mason | 10.80 | Telephone conference ███████████████████████; study exhibits, and numerous discussions regarding review of exhibits and determinations regarding |


which to oppose and which to designate; study engineering agreements and design agreements; prepare correspondence ████████ ████████████████

| 01/18/12 | K. Meaders | 4.80 | Review and revise exhibit list; review various emails from Hickman and Kent on document review; work with legal assistant on form of list |
| 01/18/12 | K. Meaders | 1.00 | Review documents pulled from FDEP application for Renovation and determine position to list as exhibits |
| 01/18/12 | K. Meaders | 0.30 | Email to attorney Harrison and return email on agreement to exchange on Thursday |
| 01/18/12 | K. Meaders | 1.30 | Review and determine issues for exhibits on Peace River |
| 01/18/12 | K. Meaders | 1.10 | Review meeting minutes for potential exhibits |
| 01/18/12 | K. Meaders | 1.10 | Review and consider changes to Jury Instruction and Jury Charge and Verdict Form post motion practice |
| 01/18/12 | K. Meaders | 0.80 | Review possible exhibits for trial which are questionably inadmissible and determine potential admissibility |
| 01/18/12 | K. Meaders | 0.30 | Review October meeting minutes for possible trial exhibit |
| 01/18/12 | K. Meaders | 0.70 | Additional B&V document review |
| 01/18/12 | K. Meaders | 0.30 | Review old pretrial notes to make sure to address outstanding issues |
| 01/18/12 | D. Kent | 1.60 | Review and revise Motion in Limine #6 regarding admissibility of settlement between TBW and HDR and request for special voir dire procedures |
| 01/18/12 | D. Kent | 0.20 | Review and revise stipulation between TBW and HDR regarding admissibility of evidence administrative fine assessed against TBW |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 24

| | | | |
|---|---|---|---|
| 01/18/12 | D. Kent | 7.50 | Review and revise HDR's trial exhibit list |
| 01/18/12 | R. Brown | 3.40 | Review of TBW's Environmental Resource Permit Application and analyze increase scope of work on reservoir |
| 01/18/12 | J. Scott | 7.10 | Draft and revise trial brief re admissibility of Mary carter type agreement between Barnard and TBW; research admissibility of settlement agreements under Federal and Florida law; research witness disclosure requirements and summarize research for use at trial |
| 01/18/12 | C. Steinmann | 9.60 | Continue working on trial witness testimony and confirming exhibits for exhibit list; search for and begin reviewing emails produced by TBW between Harrison and Seeber or Kennedy; search database for Peaceriver documents per Kent |
| 01/18/12 | C. Alm | 5.20 | Review emails from K. Meaders and G. Fountain and prepare key trial documents |
| 01/18/12 | G. Fountain | 10.00 | Assist attorneys to determine additions to trial exhibit list |
| 01/18/12 | G. Fountain | 1.00 | Review trial exhibits related to TBW board meeting minutes to determine if redactions needed regarding settlement and tax payer rate information |
| 01/19/12 | W. Mason | 8.60 | Continue reviewing materials in preparation for trial, including depositions, summaries, demonstratives, and numerous internal e-mails; ██████████████████████████████ ████████████████████ continue to work on trial preparation |
| 01/19/12 | K. Meaders | 0.40 | Office conference with Cori Steinmann and discussion regarding finalizing exhibits |
| 01/19/12 | K. Meaders | 6.30 | Meeting with Wayne Mason ████████ ████████████████████ |



| 01/19/12 | K. Meaders | 0.40 | Work on and reply to stipulation with Richard Harrison |
| 01/19/12 | K. Meaders | 1.40 | Meeting with graphic design company on trial exhibits; emails and telephone conference █████ ██████████ |
| 01/19/12 | K. Meaders | 1.20 | Meeting with attorneys Kent, Steinmann and legal assistant Fountain regarding exhibits, update with new exhibits and finalization of exhibit list |
| 01/19/12 | K. Meaders | 0.40 | Work on revisions to outline for B&V witnesses |
| 01/19/12 | K. Meaders | 1.40 | Work on Story Boards on Barnard Contracts and percentage of cracking and safety of Reservoir |
| 01/19/12 | K. Meaders | 1.70 | Work on Rebuttal Response to Peace River and potential exhibits to affirmatively designate |
| 01/19/12 | D. Kent | 7.30 | Prepare HDR trial exhibit list for exchange with TBW |
| 01/19/12 | D. Kent | 0.50 | Legal research and analysis regarding "crime fraud" exception to attorney-client privilege, as applied to documents produced by TBW |
| 01/19/12 | R. Brown | 7.70 | Review production documents and emails for TBW witnesses and work on cross examination outlines for Ed Davis and Paul Zumwalt |
| 01/19/12 | J. Scott | 5.00 | Research applicability of crime-fraud exception to attorney client privileged documents that were inadvertently produced by plaintiff; revise and draft response to motion in limine regarding collusive settlement agreement between TBW and Barnard; review drafts of motion in limine regarding failed settlement between HDR and TBW and motion for expanded voir dire |
| 01/19/12 | C. Steinmann | 1.10 | Search database for documents from HDR in January 2007 regarding "construction defects" and "warranty issue" |
| 01/19/12 | C. Steinmann | 7.50 | Review emails between Harrison and Seeber, |


|            |              |       | Kennedy and B&V witnesses to identify any emails concerning B&V responsibility, cause of cracking, and fraud on the Court |
|------------|--------------|-------|---|
| 01/19/12   | G. Fountain  | 8.00  | Assist attorneys to determine additions to trial exhibit list |
| 01/20/12   | W. Mason     | 10.30 | Continue work on trial preparation, including review of depositions, summaries, first drafts of cross-exam outlines, etc. |
| 01/20/12   | K. Meaders   | 3.90  | Work on finalization of exhibit list ████████ |
| 01/20/12   | K. Meaders   | 1.00  | Receipt and review of Richard Harrison's email with position to add news articles as exhibits; email to trial team regarding inadmissibility; email attorney Mason regarding position to take in response |
| 01/20/12   | K. Meaders   | 0.70  | Meeting with attorney Brown to review media for potential TBW quotes to designate |
| 01/20/12   | K. Meaders   | 0.90  | Receipt and review of Motion regarding changes to voir dire and questionnaire; email to Richard Harrison regarding same |
| 01/20/12   | K. Meaders   | 1.10  | Telephone conference with Plaintiff's counsel Richard Harrison regarding exhibits; outstanding pretrial issues |
| 01/20/12   | K. Meaders   | 0.80  | Meeting with attorney Jared Scott regarding Motion to restrict introduction of news article quotes |
| 01/20/12   | K. Meaders   | 0.60  | Meeting with attorney Vance Wittie regarding changes and issues with proposed jury charge |
| 01/20/12   | K. Meaders   | 0.50  | Email exhibit list to Richard Harrison |
| 01/20/12   | K. Meaders   | 0.80  | Review of TBW list and assign issues to trial team |
| 01/20/12   | K. Meaders   | 0.70  | Review of issues with demonstratives and emails to graphics team with examples and ideas to complete |



| 01/20/12 | D. Kent | 0.80 | Legal research regarding admissibility of newspaper articles quoting HDR |
| 01/20/12 | D. Kent | 4.90 | Revise HDR's Motion in Limine #6 regarding evidence of the September 2011 settlement and request for special voir dire procedures |
| 01/20/12 | D. Kent | 1.30 | Revise and finalize HDR's supplemental trial exhibit list |
| 01/20/12 | D. Kent | 0.60 | Prepare cross-examination outlines regarding thin soil cement issues |
| 01/20/12 | S. Wittie | 1.30 | Review and consultation regarding jury instructions and questions |
| 01/20/12 | R. Brown | 3.40 | Review media articles for comments made by TBW Board Members that could be used as impeachment evidence at trial |
| 01/20/12 | R. Brown | 3.80 | Review TBW document production and potential exhibits for consideration on exhibit list in advance of today's deadline for exchanging same with opposing counsel |
| 01/20/12 | J. Scott | 2.80 | review TBW news article exhibits; review prior research conducted regarding admissibility of news articles; review treatises discussing news articles; conduct westlaw research regarding admissibility of news articles |
| 01/20/12 | C. Steinmann | 2.10 | Continue working on exhibit list; review news article added by TBW |
| 01/20/12 | G. Fountain | 9.00 | Assist attorneys to determine additions to trial exhibit list |
| 01/20/12 | G. Fountain | 1.00 | Prepare supplemental trial exhibits for transmittal to opposing counsel |
| 01/21/12 | W. Mason | 6.90 | Continued trial preparation |
| 01/21/12 | K. Meaders | 0.60 | Work on discrepancies with TBW's list and outlining issues to discuss with Richard Harrison |
| 01/21/12 | K. Meaders | 0.60 | Work on Issue Story Board regarding warranty issues |


| 01/21/12 | K. Meaders | 0.80 | Work on issues related to email regarding drawdown rates = enhancement to trial team to generate ideas that email is public record due to content |
| 01/21/12 | D. Kent | 1.80 | Revise HDR's Motion in Limine concerning failed settlement negotiations and request for special voir dire procedures |
| 01/21/12 | D.   Kent | 1.30 | Study/analysis of HDR's and TBW's trial exhibit lists for determination of supplemental joint exhibits and mutual exhibits without objection |
| 01/21/12 | J. Scott | 5.20 | research and draft motion in limine regarding news articles containing quotes allegedly made by party representatives |
| 01/21/12 | C. Steinmann | 3.40 | Analyze HDR exhibit list and TBW's objections and determine category of documents to propose for stipulation |
| 01/21/12 | G. Fountain | 1.00 | Comparison of TBW pre-trial and supplemental exhibit lists to determine changes |
| 01/22/12 | W. Mason | 4.80 | ████████████████████████████████ |
| 01/22/12 | K. Meaders | 0.60 | Emails ██████████████████████ |
| 01/22/12 | K. Meaders | 0.60 | Review of Construction Quality Control Plan for HDR responsibilities and CDG responsibilities |
| 01/22/12 | K. Meaders | 0.70 | Work on warranty issue and TBW's failure to implicate warranty |
| 01/22/12 | K.   Meaders | 2.30 | Gather contractual documents, review memorandum and work on contractual language Story Board |
| 01/22/12 | K. Meaders | 5.20 | Draft and revise Chart for trial on CDG constructual responsibilities and responsibilities on MAP and other quality assurance plans |
| 01/22/12 | D.   Kent | 3.70 | Study/analysis of HDR and TBW supplemental trial exhibits for determination of additional joint exhibits or exhibits to which neither side has |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 29

objections

| 01/22/12 | D. Kent | 0.90 | Prepare for meetings ████████████ |
| 01/22/12 | D. Kent | 0.40 | Review and revise HDR's Motion in Limine regarding failed settlement negotiations and request for special voir dire instructions, including exchange of memoranda with team members concerning same |
| 01/22/12 | R. Brown | 4.10 | Review Tampa Bay area news broadcasts relating to reservoir from 2008 - 2011 for statements made by TBW personnel and analyze impact on trial presentation |
| 01/23/12 | W. Mason | 12.20 | Prepare for meeting ████████████ |
| 01/23/12 | K. Meaders | 0.70 | Work on resolution of exhibits missing from revised list |
| 01/23/12 | K. Meaders | 2.00 | Exhibit meeting with attorneys Kent and Steinmann and legal assistant Fountain |
| 01/23/12 | K. Meaders | 0.70 | Receipt and review of initial draft of Motion in Limine on newspaper article and meeting with attorney Scott to provide revisions |
| 01/23/12 | K. Meaders | 1.90 | Work on CDG Contractual Responsibility Story Board in reviewing QAP |
| 01/23/12 | K. Meaders | 0.60 | Meeting with attorney Brown to determine possible use of TBW quotes |
| 01/23/12 | K. Meaders | 2.60 | Email regarding approval of Motion on Jury Questionnaire; revise Motion for Jury Questionnaire |
| 01/23/12 | K. Meaders | 0.90 | Work on updated exhibit list |
| 01/23/12 | K. Meaders | 1.90 | Review and begin summary of Monthly Embankment Reports |
| 01/23/12 | K. Meaders | 1.30 | Work on items to include on Barnard |


|          |              |       | Contractual; Provision Story Board for CQAP and additions to CDG and HDR for same |
|----------|--------------|-------|----------|
| 01/23/12 | D. Kent      | 8.00  | Prepare for meeting. ████████████████████████████████████████ |
| 01/23/12 | D. Kent      | 1.40  | Review and revise for filing HDR's Motion for jury questionnaire and individual voir dire examination |
| 01/23/12 | D. Kent      | 1.90  | Analysis and planning with Kurt Meaders and team members regarding revisions to HDR's trial exhibit lists and coordination of objections between TBW and HDR to each other's trial exhibits |
| 01/23/12 | R. Brown     | 2.80  | Review media coverage of TBW board meetings and related news coverage and analyze impact on trial and witness examinations at trial |
| 01/23/12 | J. Scott     | 7.90  | Revise motion in limine re newspaper articles as hearsay to incorporate argument under Federal Rule of Evidence 403; research case law for motion for expanded voir dire to locate civil cases involving individual voir dire questioning; revise motion for expanded voir dire to incorporate new case law; keycite motion for expanded voir dire |
| 01/23/12 | C. Steinmann | 5.00  | Exhibit and MIL meeting with Kent, Meaders, and Fountain; work on proposed categories of documents for stipulations |
| 01/23/12 | C. Steinmann | 2.10  | Continue work on story boards regarding CDG and B&V roles and responsibilities according to project documentation |
| 01/23/12 | C. Alm       | 4.10  | Review documents for K. Meaders to determine if they have been designated as key trial documents; update charts regarding supplemental B&V documents |



| 01/23/12 | G. Fountain | 2.10 | Assist and work on list of parties, players, positions and responsibility descriptions for interactive demonstrative exhibit for trial |
| 01/23/12 | G. Fountain | 1.50 | Assist attorneys with objections to TBW trial exhibits |
| 01/23/12 | G. Fountain | 6.00 | Work on Defendant and Plaintiff identified trial exhibits and work on supplemental exhibit list |
| 01/24/12 | W. Mason | 9.70 | Meetings with Paul Kelley and continue to prepare for trial |
| 01/24/12 | K. Meaders | 0.40 | Address absence of June 2002 Management Plan from exhibit list |
| 01/24/12 | K. Meaders | 1.00 | Revise Story Boards regarding contractual provision |
| 01/24/12 | K. Meaders | 0.60 | Receipt and review of Motion to Exclude Bromwell calculation notes; emails to trial team regarding same and outline general response |
| 01/24/12 | K. Meaders | 0.40 | Telephone conference █████████████ ████████████ |
| 01/24/12 | K. Meaders | 0.30 | Telephone conference ███████████████ █████████████████████ |
| 01/24/12 | K. Meaders | 6.00 | Review and prepare summary notes of FPSC monetary reports and monthly Embankment Reports and prepare summaries |
| 01/24/12 | K. Meaders | 2.10 | Telephone conference with Richard Harrison to discuss pretrial agreements on exhibits, motions and deposition designations; meeting with attorney Steinmann regarding conference follow up |
| 01/24/12 | K. Meaders | 0.50 | Meeting with associate Brown regarding FPSC monetary reports and request chart of information |
| 01/24/12 | K. Meaders | 0.50 | Revise Motion in Limine on website quote |
| 01/24/12 | K. Meaders | 1.00 | Draft proposed stipulation and agreements regarding exhibits |



| 01/24/12 | K. Meaders | 0.40 | Research to locate Molyneux quote for B&V Story Board |
|---|---|---|---|
| 01/24/12 | D. Kent | 5.50 | Prepare for and meet with ███████████ ████████████████████ ████████████ ███████████████ |
| 01/24/12 | D. Kent | 2.00 | Review and revise direct examination outline for expected trial testimony ████████████ ███████ |
| 01/24/12 | D. Kent | 1.20 | Review and revise demonstrative exhibits and supplemental trial exhibits ████████████ |
| 01/24/12 | C. Steinmann | 11.20 | Work on proposed stipulations regarding exhibits; telephone conference with Harrison and Meaders regarding exhibit stipulations; prepare memorandum regarding agreements and follow-up items for TBW and HDR; research case law regarding admissibility of website content and scope of admission by party-opponent |
| 01/24/12 | C. Alm | 2.20 | Review documents for K. Meaders to determine if they have been designated as key trial documents; update charts regarding supplemental B&V documents |
| 01/24/12 | G. Fountain | 2.00 | Preparation of depositions for mark-up of deposition designations |
| 01/24/12 | G. Fountain | 0.80 | Work on redaction of HDR trial exhibits regarding settlement and tax payer rate information |
| 01/24/12 | G. Fountain | 1.20 | Review TBW trial exhibits related to TBW board meeting minutes to determine if redactions needed regarding settlement and tax payer rate information |
| 01/24/12 | G. Fountain | 0.70 | Work on supplemental trial exhibit list |


| 01/25/12 | W. Mason | 8.50 | Meeting █████████████████ |
| 01/25/12 | K. Meaders | 1.70 | Work on revisions to exhibit list; review of exhibit list of TBW for modification of HDR objections |
| 01/25/12 | K. Meaders | 0.50 | Revise Motion in Limine on news articles |
| 01/25/12 | K. Meaders | 7.60 | Trial graphics meeting █████████████ |
| 01/25/12 | K. Meaders | 0.50 | Telephone conference with attorney Mason regarding damages issues and meeting with Paul Kelly |
| 01/25/12 | K. Meaders | 0.30 | Respond to TBW request for FDEP Public Information Records |
| 01/25/12 | K. Meaders | 2.30 | Review TBW meetings listed on TBW exhibits for redaction |
| 01/25/12 | K. Meaders | 0.60 | Revise summary notes on FPSC Monetary Reports |
| 01/25/12 | K. Meaders | 0.50 | FPSC note revisions |
| 01/25/12 | D. Kent | 9.00 | ███████████████████████ |
| 01/25/12 | D. Kent | 1.00 | Review and revise HDR's Motion in Limine to exclude hearsay newspaper articles |
| 01/25/12 | D. Kent | 0.50 | Telephone conference █████████████ |
| 01/25/12 | D. Kent | 0.60 | Review and revise memoranda of trial issues and "story boards" |
| 01/25/12 | J. Scott | 4.50 | Revise motion in limine regarding newspaper articles; draft and revise motion in limine |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 34

|            |               |      | response on settlement agreements |
|------------|---------------|------|-----------------------------------|
| 01/25/12   | C. Steinmann  | 8.00 | Revise memorandum regarding exhibit stipulations and follow-up items; continue research regarding use of website and admission by party-opponent and began drafting MIL regarding TBW Ex. 945 |
| 01/25/12   | C. Alm        | 5.40 | Review documents for K. Meaders to determine if they have been designated as key trial documents; update charts regarding supplemental B&V documents; prepare additional key trial documents and to story book issues; review deposition transcripts and Motions to Strike for Molyneux references for K. Meaders for trial |
| 01/25/12   | G. Fountain   | 0.20 | Prepare supplemental trial exhibits for transmittal to opposing counsel |
| 01/25/12   | G. Fountain   | 2.90 | Review TBW trial exhibits related to TBW board meeting minutes to determine if redactions needed regarding settlement and tax payer rate information |
| 01/25/12   | G. Fountain   | 0.60 | Assist attorneys to determine additions to trial exhibit list |
| 01/25/12   | G. Fountain   | 0.30 | Work on redaction of HDR trial exhibits related to insurance and other inadmissible comments |
| 01/25/12   | G. Fountain   | 1.20 | Work on supplemental trial exhibit list |
| 01/26/12   | W. Mason      | 8.80 | Return to Dallas from Boston; work on trial preparation, reviewing reports, and continue to work on case preparation |
| 01/26/12   | K. Meaders    | 5.20 | Trial Graphics meeting ████████████ ████████████ work on erosion photo and demonstratives |
| 01/26/12   | K. Meaders    | 0.90 | Work on spreadsheets regarding FPSC Reports and office conference with attorney Brown regarding same |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 35

| 01/26/12 | K. Meaders | 0.40 | Receipt and review of new piezometer chart for shallow piezometers |
| 01/26/12 | K. Meaders | 0.90 | Work on meeting minute exhibits |
| 01/26/12 | K. Meaders | 1.10 | Work on revision to Motion in Limine on news articles and MIC on website |
| 01/26/12 | K. Meaders | 0.30 | Work on updating Exhibit List with erosion photo |
| 01/26/12 | K. Meaders | 0.40 | Reply to TBW request for exhibits |
| 01/26/12 | K. Meaders | 0.60 | Receipt and review of Order from Court on Motion in Limine and voir dire send with comments to Connelly and Frostic |
| 01/26/12 | K. Meaders | 0.70 | Revise CDG Contract Provision Flow Chart |
| 01/26/12 | K. Meaders | 0.40 | Email to Richard Harrison regarding exhibit review |
| 01/26/12 | K. Meaders | 1.20 | Work on emergency action plan needed issues to start EAP |
| 01/26/12 | K. Meaders | 0.40 | Telephone conferences with Ranon and review Ranon materials |
| 01/26/12 | K. Meaders | 1.20 | Attempts and coordination of CQAP Reports and erosion photo in southwest corner |
| 01/26/12 | K. Meaders | 0.40 | Confirm Reservoir inspection |
| 01/26/12 | K. Meaders | 0.70 | What documents it takes to get to emergency drawdown rate |
| 01/26/12 | D. Kent | 0.40 | Telephone conferences ██████████████ |
| 01/26/12 | D. Kent | 0.90 | Review and revise HDR's draft Response to TBW's Motion in Limine to Exclude TBW's Settlements with Barnard and McDonald |
| 01/26/12 | D. Kent | 0.60 | Study/analysis of Court's ruling granting HDR's Request for Special Voir Dire Procedures, |



| 01/26/12 | D. Kent | 1.20 | Review and revise HDR's Motion in Limine ██ |
| 01/26/12 | D. Kent | 0.20 | Study/analysis of court order denying TBW's Motion in Limine to exclude HDR expert Les Bromwell's calculations, including exchange of memoranda with team members concerning same |
| 01/26/12 | D. Kent | 4.90 | Review and revise HDR's Motion in Limine No. 6 to exclude newspaper articles regarding lawsuit, including legal research and exchange of memoranda with team members concerning same |
| 01/26/12 | R. Brown | 4.40 | Meet with engineering expert and attorney Meaders regarding embankment monitoring and work on flat plate soil cement summary chart |
| 01/26/12 | J. Scott | 2.30 | revise motion in limine regarding newspaper articles incorporating changes of K. Meaders and C. Steinmann |
| 01/26/12 | C. Steinmann | 6.30 | Continue drafting MIL regarding TBW Ex. 945; review and revise MIL regarding newspaper articles; search database for Lee Baker documents; confirm EAP as exhibit; review Court Order regarding MIL ████; review Court Order regarding jury questionairre |
| 01/26/12 | G. Fountain | 1.60 | Work on proposed redactions of TBW board meeting minutes for transmittal to opposing counsel |
| 01/26/12 | G. Fountain | 3.30 | Work on supplemental trial exhibits and prepare same for transmittal to opposing counsel |
| 01/26/12 | G. Fountain | 0.70 | Assist and work on list of parties, players, |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

February 10, 2012  
Invoice No. 1055194  
Page 37

|            |             |      | positions and responsibility descriptions for interactive demonstrative exhibit for trial |
|------------|-------------|------|-------------------------------------------------------------------------------------------|
| 01/27/12   | W. Mason    | 9.80 | Continue to prepare for trial, reviewing documents, exhibits, proposed motions, etc. |
| 01/27/12   | K. Meaders  | 1.70 | Determine documentation for review with David Carrier and organizations of preparation for meeting with David Carrier; office conference with legal assistant Fountain regarding same |
| 01/27/12   | K. Meaders  | 2.70 | Work on supplementing exhibit list; potential issues include FDEP documents; Peace River documents and others |
| 01/27/12   | K. Meaders  | 1.00 | Meeting with attorney Mason regarding trial preparation; TBW Motion in Limine; HDR potential pretrial motion; outstanding motion practice; voir dire changes on suggestions; and Pretrial Order issues |
| 01/27/12   | K. Meaders  | 1.10 | Office conference attorney Steinmann and legal assistant Fountain to coordinate document pull and review regarding TBW agreed facts and assistance with Motion regarding electronics at trial |
| 01/27/12   | K. Meaders  | 0.40 | Telephone conference with David Carrier to coordinate meeting time and location |
| 01/27/12   | K. Meaders  | 0.30 | Telephone conference with Court to coordinate a trial graphic and IT courtroom assessment |
| 01/27/12   | K. Meaders  | 0.30 | Telephone conference with Hotel to attempt to coordinate a backup plan for March 5, 2012 setting |
| 01/27/12   | K. Meaders  | 0.70 | Work on Story Boards regarding drawdown notes |
| 01/27/12   | K. Meaders  | 0.70 | Conference with attorney Vance Wittie on legal need with jury charge |
| 01/27/12   | D. Kent     | 1.00 | Prepare for and participate in extended conference call ▇▇▇▇▇▇▇▇▇ |



█████████████████████████

| 01/27/12 | D. Kent | 0.40 | Telephone conference and exchange of correspondence ███████████████ |

███████████████████

| 01/27/12 | D. Kent | 0.30 | Study/analysis of Court order restricting length of motions in limine and analysis and planning with team members regarding effect on filing future motions and replies |
| 01/27/12 | S. Wittie | 1.50 | Consultation concerning jury instructions and questions, revising same |
| 01/27/12 | R. Brown | 4.60 | Review flat plate soil reports and work on analysis and summary of crack monitoring, piezometer problems and extensometer malfunctions in preparation for trial in March |
| 01/27/12 | J. Scott | 0.70 | Review modifications to motions in limine to verify consistency with cited cases |
| 01/27/12 | C. Steinmann | 2.10 | Begin review of agreed facts and identifying documents supporting and/or contradicting the same |
| 01/27/12 | C. Steinmann | 4.20 | Continue work on story board regarding persons of interests; continue work on TBW fault story board; begin work on Carrier cross examination outline |
| 01/27/12 | G. Fountain | 1.70 | Collection and organization of exhibits, documents and evidence allegedly cited by TBW and Barnard in Stipulated Agreed Facts |
| 01/27/12 | G. Fountain | 1.30 | Work on supplemental trial exhibits and prepare same for transmittal to opposing counsel |
| 01/27/12 | G. Fountain | 4.80 | Compile key documents and work on attorney |



|          |               |       | notebook for use at meeting with trial witness Carrier |
|----------|---------------|-------|---|
| 01/28/12 | W. Mason      | 8.90  | Continue trial preparation, ███████████ |
| 01/28/12 | K. Meaders    | 6.30  | Final supplementation to Exhibit List, review of new FDEP Permit documents; assignment of review additional documents to Ryan brown; assignment of work on summaries regarding FPSC monthly reports; revise email to Harrison on exhibits |
| 01/28/12 | K. Meaders    | 1.20  | Revise Story Boards on CDG contract provisions |
| 01/28/12 | K. Meaders    | 1.50  | Review, revise and assistance on Story Board regarding documents determined for Agreed Facts |
| 01/28/12 | R. Brown      | 3.90  | Review TBW's FDEP permit application for references to expansion of capacity and entries relating to increased draw down rates with same capacity and analyze impact of same in preparation for trial in March |
| 01/28/12 | R. Brown      | 1.20  | Review excerpts of TBW's Environmental Resource Permit Application for possible cross examination points relating to increased draw down rates for inclusion on exhibit list |
| 01/28/12 | C. Steinmann  | 4.00  | Continue review of agreed facts and identifying documents supporting and/or contradicting the same |
| 01/28/12 | G. Fountain   | 3.50  | Work on supplemental trial exhibits and prepare same for transmittal to opposing counsel |
| 01/28/12 | G. Fountain   | 3.00  | Collection and organization of exhibits, documents and evidence allegedly cited by TBW and Barnard in Stipulated Agreed Facts |
| 01/29/12 | W. Mason      | 10.20 | Continue preparing to work with Bromwell on prep for his trial testimony; prepare for meeting with carrier; travel to Tampa for meetings |
| 01/29/12 | K. Meaders    | 0.60  | Preparation of materials ███████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 40

| | | | |
|---|---|---|---|
| 01/29/12 K. Meaders | 1.50 | Preparation of materials ███████ |
| 01/29/12 K. Meaders | 1.00 | Work on Story Board of B&V contractual responsibility |
| 01/29/12 K. Meaders | 2.00 | Work on Story Board of Barnard Contractual Responsibilities |
| 01/29/12 K. Meaders | 1.50 | Work on Story Board of CDG responsibilities per documents |
| 01/29/12 K. Meaders | 1.80 | Work on Story Board of HDR contractual responsibilities |
| 01/29/12 K. Meaders | 0.30 | Telephone conference with attorney Mason regarding MIL regarding Bromwell calculations |
| 01/29/12 K. Meaders | 0.30 | Telephone conference with attorney Kent assigning response and suggested arguments |
| 01/29/12 D. Kent | 0.30 | Analysis and planning regarding trial preparation meeting ███████ |
| 01/29/12 R. Brown | 5.80 | Review flat plate soil cement reports and data and work on trial reference chart in preparation for trial in March |
| 01/30/12 W. Mason | 9.90 | Meeting ███████ |
| 01/30/12 K. Meaders | 0.70 | Office conference with attorney Kent on motions, responses and pretrial week |
| 01/30/12 K. Meaders | 0.70 | Review quoted and paraphrased testimony by TBW regarding Les Bromwell and Barry Meyer, review actual testimony |
| 01/30/12 K. Meaders | 3.50 | Travel time to Tampa and review of TBW exhibits trial exhibits regarding Meyer while in route |
| 01/30/12 K. Meaders | 0.60 | Preparation of additional material for meeting with David Carrier |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 41

| 01/30/12 | K. Meaders | 0.60 | Prepare and review additional material ████ |
| 01/30/12 | K. Meaders | 0.50 | Email response to Richard Harrison regarding TBW privilege claim |
| 01/30/12 | K. Meaders | 0.90 | Revision to potential demonstrative exhibits; supplement photos and respond to TBW request for exhibit copies |
| 01/30/12 | K. Meaders | 0.40 | Revisions to Story Board on HDR obligations |
| 01/30/12 | K. Meaders | 0.70 | Receipt and review of emails from Richard Harrison regarding additional Motion in Limine respond to issues regarding emails to experts |
| 01/30/12 | K. Meaders | 3.10 | Review prior research on privilege issues and assign update to attorney Scott; review public records cases and begin response to Richard Harrison on request to withdraw exhibits |
| 01/30/12 | K. Meaders | 0.80 | Telephone conference with Richard Harrison on pretrial procedures |
| 01/30/12 | K. Meaders | 0.30 | Respond to email from Richard Harrison on accounting documents |
| 01/30/12 | K. Meaders | 0.50 | Respond to questions on HDR trial exhibits |
| 01/30/12 | D. Kent | 0.40 | Prepare for witness preparator session ████ |
| 01/30/12 | D. Kent | 1.30 | Study/analysis of correspondence from opposing counsel regarding claw back of inadvertently produced documents and review and revise response to same, including study/analysis of evidence, prior correspondence between counsel and legal research on topic, plus analysis and planning with team member Kurt Meaders concerning same |
| 01/30/12 | D. Kent | 0.40 | Study/analysis of Paul Kelley's supplemental expert report concerning Reservoir Renovation |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

February 10, 2012  
Invoice No. 1055194  
Page 42

Project bids from Granite, Skanska and Kiewit,

| | | | |
|---|---|---|---|
| 01/30/12 | D. Kent | 0.30 | Analysis and planning with team member Angela Buchanan regarding legal research project concerning admissibility of monthly monitoring reports under business record exception and expert witness evidence rules |
| 01/30/12 | D. Kent | 0.60 | Analysis and planning with Kurt Meaders concerning trial preparation activities, including preparation of HDR motions in limine, responses to TBW's motions in limine, witness preparation activities and related matters |
| 01/30/12 | D. Kent | 0.70 | Study/analysis of TBW's Motions in Limine #6 and #7 to exclude evidence of TBW settlements with Barnard and CDG, including preparation of draft responses to same |
| 01/30/12 | D. Kent | 5.20 | Prepare HDR's Response to TBW's Amended Motion in Limine #5 to Exclude Calculations performed by HDR's Expert Witness Les Bromwell, Ph.D., including analysis and planning with team member Kurt Meaders and exchange of correspondence with team members concerning same |
| 01/30/12 | S. Wittie | 1.50 | Review jury instructions and questions |
| 01/30/12 | R. Brown | 6.40 | Work on summary of data from flat plate soil reports and embankment report summaries in preparation for trial |
| 01/30/12 | J. Scott | 5.20 | Research privilege issues related to the waiver under Federal Rule of Evidence 502 and Federal Rule of Civil Procedure 26; locate and print cases for K. Meaders; review previous research memorandums regarding related privilege issues |
| 01/30/12 | C. Steinmann | 8.20 | Search database for all clawed back documents and confirm that no portion of any of the emails |



|          |               |       |                                                                                                      |
|----------|---------------|-------|------------------------------------------------------------------------------------------------------|
|          |               |       | appears on our exhibit list; review correspondence from Harrison regarding privileged emails and email Meaders regarding research needed to respond to his demands; ███████████████████ continue work on cross examination outlines and deposition cuts; research database for documents concerning pressure drains |
| 01/30/12 | A. Buchanan   | 0.30  | Review federal case law, especially Florida federal law, regarding business records exception |
| 01/30/12 | C. Alm        | 5.30  | Prepare additional key trial documents and update key documents index; ████████████████████ |
| 01/30/12 | G. Fountain   | 4.40  | Work on Defendant and Plaintiff identified trial exhibits |
| 01/30/12 | G. Fountain   | 0.70  | Collection and organization of exhibits, documents and evidence allegedly cited by TBW and Barnard in Stipulated Agreed Facts |
| 01/31/12 | W. Mason      | 8.70  | Meeting ███████████████████ |
| 01/31/12 | K. Meaders    | 5.90  | Trail team meeting with attorney Mason, Tim Woodward ███████████████████ |
| 01/31/12 | K. Meaders    | 0.30  | Review ██████████ FPSC Monitoring reports |
| 01/31/12 | K. Meaders    | 0.50  | Review Design Timelines ███████████████ |
| 01/31/12 | K. Meaders    | 0.70  | Revise Response to Motion to Strike Bromwell calculations |


| 01/31/12 | K. Meaders | 2.00 | Receipt and Review Golder Supplement Report; ██████████████ |
| 01/31/12 | K. Meaders | 1.00 | Conference ███████████ eview of bid documents to find potential restrictions placed on maintenance issues with soil cement |
| 01/31/12 | K. Meaders | 2.00 | Trial Graphics meeting ████████ |
| 01/31/12 | D. Kent | 1.20 | Revise HDR's Response to TBW's Motion in Limine #5 to exclude Dr. Bromwell's calculations |
| 01/31/12 | D. Kent | 2.50 | Extended conference call ████████████ |
| 01/31/12 | D. Kent | 0.20 | Telephone conferences with trial graphics consultant concerning preparation of trial graphic ██████████ |
| 01/31/12 | D. Kent | 1.40 | Study/analysis of supplemental expert report from TBW's expert Brumund, including exchange of memoranda and correspondence with team members and expert witnesses concerning same |
| 01/31/12 | D. Kent | 0.50 | Analysis and planning and exchange memoranda with team members regarding strategy for potential motions in limine or trial objections to anticipated evidence and arguments by TBW |
| 01/31/12 | D. Kent | 0.50 | Review and revise legal research memorandum concerning admissibility of expert opinions in monthly monitoring reports, including exchange of memorandum with team member concerning same |
| 01/31/12 | D. Kent | 0.90 | Prepare for trial preparation witness examination |