

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 45

|  |  |  |  |
|---|---|---|---|
|  |  |  | meeting ███████████ |
| 01/31/12 | D. Kent | 0.80 | Prepare response to TBW's "claw back" request for allegedly privileged documents on HDR's trial exhibit list,including legal research and exchange of memoranda with team member Kurt Meaders concerning same |
| 01/31/12 | J. Scott | 8.80 | Draft response to TBW's motion to compel no 6 regarding disclosure of settlement agreement; research relevance of evidence of witness bias; research waiver of privilege for failure to take appropriate precautions and failure to take remedial action with respect to document production; draft summary of research re: privilege issues |
| 01/31/12 | C. Steinmann | 5.60 | Review emails concerning gold-prod and contact EQD regarding history of documents; analyze pleadings and other emails concerning protective order provisions and clawback history; continue work on story boards and trial issues |
| 01/31/12 | A. Buchanan | 1.10 | Review federal case law, especially Florida federal law, regarding business records exception; draft report |
| 01/31/12 | A. Buchanan | 0.20 | Draft report regarding Florida law for business records exception |
| 01/31/12 | C. Alm | 2.00 | Review deposition transcripts ███████████ ███████ prepare additional key trial documents and update key documents index |
| 01/31/12 | G. Fountain | 1.00 | Compile key documents for use at meeting with trial witnesses Carrier and Meyer |

Total Hours    1,268.20
**Total Fee Amount**    **$393,205.50**



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2012
Invoice No. 1055194
Page 46

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 242.70 | 455.00 | $110,428.50 |
| K. Meaders | 299.20 | 330.00 | 98,736.00 |
| D. Kent | 155.60 | 395.00 | 61,462.00 |
| S. Wittie | 5.30 | 350.00 | 1,855.00 |
| R. Brown | 132.50 | 265.00 | 35,112.50 |
| J. Scott | 96.20 | 275.00 | 26,455.00 |
| C. Steinmann | 134.80 | 265.00 | 35,722.00 |
| A. Buchanan | 1.60 | 250.00 | 400.00 |
| C. Alm | 46.00 | 115.00 | 5,290.00 |
| G. Fountain | 154.30 | 115.00 | 17,744.50 |
| Total | **1,268.20** | | **$393,205.50** |

**Disbursements:**

| | | |
|---|---|---|
| 12/20/11 | Copy Service Fundamental American, LLC | 453.03 |
| 12/27/11 | Travel/Group Meals Mason, Wayne B. / DA- | 109.20 |
| 12/27/11 | Travel/Group Meals Mason, Wayne B. / DA- | 446.30 |
| 12/27/11 | Parking/Tolls Mason, Wayne B. / DA- | 10.00 |
| 12/31/11 | Delivery/Messenger Service Special Delivery Service, Inc. | 23.70 |
| 01/06/12 | Telephone WALTHAM   MA (178)190-7933 | 0.56 |
| 01/06/12 | Lexis | 14.85 |
| 01/06/12 | Lexis | 70.80 |
| 01/06/12 | Lexis | 12.37 |
| 01/06/12 | Lexis | 1.93 |
| 01/07/12 | Photocopy (78 @ $0.15) | 11.70 |
| 01/09/12 | Telephone TAMPA     FL (181)330-1540 | 0.16 |
| 01/09/12 | Telephone TAMPA     FL (181)330-1588 | 0.08 |
| 01/09/12 | Telephone   OMAHA     NE (140)239-9125 | 0.08 |
| 01/09/12 | Telephone   CHICAGO   IL (131)293-3710 | 0.64 |
| 01/09/12 | Telephone FTWALTNBCH FL (185)024-0292 | 0.08 |
| 01/09/12 | Telephone   OMAHA     NE (140)239-9125 | 1.44 |
| 01/09/12 | Westlaw | 104.88 |
| 01/09/12 | Westlaw | 506.12 |
| 01/10/12 | Lexis | 12.90 |
| 01/10/12 | Lexis | 7.43 |
| 01/10/12 | Lexis | 18.58 |



| | | |
|---|---|---:|
| 01/10/12 | Lexis | 116.97 |
| 01/10/12 | Lexis | 0.57 |
| 01/10/12 | Lexis | 5.77 |
| 01/10/12 | Lexis | 8.19 |
| 01/10/12 | Westlaw | 896.41 |
| 01/11/12 | Westlaw | 234.90 |
| 01/11/12 | Westlaw | 698.73 |
| 01/11/12 | Photocopy (1 @ $0.15) | 0.15 |
| 01/11/12 | Photocopy (1 @ $0.15) | 0.15 |
| 01/12/12 | Westlaw | 581.62 |
| 01/12/12 | Color   Photocopy | 13.00 |
| 01/13/12 | Westlaw | 1,455.41 |
| 01/14/12 | Telephone NORWELL   MA (178)142-4391 | 0.08 |
| 01/14/12 | Westlaw | 770.15 |
| 01/15/12 | Lexis | 7.44 |
| 01/15/12 | Lexis | 3.72 |
| 01/15/12 | Lexis | 0.16 |
| 01/15/12 | Lexis | 0.51 |
| 01/15/12 | Lexis | 3.82 |
| 01/16/12 | Telephone TAMPA    FL (181)328-9070 | 0.16 |
| 01/16/12 | Telephone   OMAHA      NE (140)263-0579 | 1.28 |
| 01/16/12 | Westlaw | 1,674.17 |
| 01/16/12 | Photocopy (7 @ $0.15) | 1.05 |
| 01/17/12 | Telephone   SANROSABCH FL (185)062-2208 | 1.68 |
| 01/17/12 | Westlaw | 674.23 |
| 01/17/12 | Photocopy (50 @ $0.15) | 7.50 |
| 01/17/12 | Photocopy (461 @ $0.15) | 69.15 |
| 01/17/12 | Photocopy (1 @ $0.15) | 0.15 |
| 01/18/12 | Telephone WALTHAM    MA (178)190-7933 | 0.16 |
| 01/18/12 | Telephone TAMPA    FL (181)328-9070 | 0.16 |
| 01/18/12 | Westlaw | 286.11 |
| 01/18/12 | Photocopy (6 @ $0.15) | 0.90 |
| 01/18/12 | Photocopy (52 @ $0.15) | 7.80 |
| 01/18/12 | Photocopy (6 @ $0.15) | 0.90 |
| 01/19/12 | Telephone TAMPA    FL (181)328-2235 | 0.08 |
| 01/19/12 | Westlaw | 958.29 |
| 01/19/12 | Photocopy (971 @ $0.15) | 145.65 |
| 01/19/12 | Photocopy (600 @ $0.15) | 90.00 |
| 01/19/12 | Photocopy (39 @ $0.15) | 5.85 |
| 01/19/12 | Color   Photocopy | 7.00 |



| | | |
|---|---|---:|
| 01/20/12 | Telephone TAMPA    FL (181)387-4123 | 0.56 |
| 01/20/12 | Telephone TAMPA    FL (181)328-9070 | 0.16 |
| 01/20/12 | Lexis | 1.51 |
| 01/20/12 | Lexis | 11.13 |
| 01/20/12 | Lexis | 6.20 |
| 01/20/12 | Lexis | 18.57 |
| 01/20/12 | Lexis | 1.14 |
| 01/20/12 | Lexis | 13.07 |
| 01/20/12 | Lexis | 149.20 |
| 01/20/12 | Lexis | 7.68 |
| 01/20/12 | Westlaw | 83.99 |
| 01/20/12 | Photocopy (1 @ $0.15) | 0.15 |
| 01/20/12 | Photocopy (3 @ $0.15) | 0.45 |
| 01/21/12 | Westlaw | 834.28 |
| 01/22/12 | Westlaw | 94.37 |
| 01/22/12 | Photocopy (7 @ $0.15) | 1.05 |
| 01/22/12 | Photocopy (39 @ $0.15) | 5.85 |
| 01/22/12 | Photocopy (73 @ $0.15) | 10.95 |
| 01/23/12 | Westlaw | 1,478.39 |
| 01/23/12 | Photocopy (14 @ $0.15) | 2.10 |
| 01/23/12 | Photocopy (28 @ $0.15) | 4.20 |
| 01/23/12 | Photocopy (1 @ $0.15) | 0.15 |
| 01/23/12 | Photocopy (28 @ $0.15) | 4.20 |
| 01/24/12 | Lexis | 55.49 |
| 01/24/12 | Lexis | 332.32 |
| 01/24/12 | Westlaw | 500.36 |
| 01/24/12 | Photocopy (2 @ $0.15) | 0.30 |
| 01/24/12 | Photocopy (104 @ $0.15) | 15.60 |
| 01/24/12 | Electronic File Reproduction - Black & White | 30.00 |
| 01/25/12 | Lexis | 293.83 |
| 01/25/12 | Lexis | 7.75 |
| 01/25/12 | Ken   Coulter | 16.00 |
| 01/26/12 | Telephone TAMPA    FL (181)327-7194 | 0.16 |
| 01/26/12 | Telephone   ATLANTA   GA (140)432-6991 | 0.32 |
| 01/26/12 | Lexis | 15.65 |
| 01/26/12 | Lexis | 11.63 |
| 01/26/12 | Lexis | 107.97 |
| 01/26/12 | Lexis | 75.35 |
| 01/26/12 | Lexis | 66.36 |
| 01/26/12 | Westlaw | 164.47 |


| | |
|---|---|
| 01/26/12 Ken   Coulter | 16.00 |
| 01/28/12   Photocopy (3 @ $0.15) | 0.45 |
| 01/30/12   Telephone WALTHAM    MA (178)190-7933 | 1.28 |
| 01/30/12   Telephone TAMPA      FL (181)328-9070 | 0.32 |
| 01/30/12   Telephone TAMPA      FL (181)328-9070 | 0.08 |
| 01/30/12 Westlaw | 548.55 |
| 01/30/12   Photocopy (12 @ $0.15) | 1.80 |
| 01/30/12   Photocopy (30 @ $0.15) | 4.50 |
| 01/30/12   Photocopy (1 @ $0.15) | 0.15 |
| 01/30/12 Color   Photocopy | 29.25 |
| 01/31/12   Telephone WALTHAM    MA (178)190-7940 | 11.36 |
| 01/31/12   Photocopy (32 @ $0.15) | 4.80 |
| 01/31/12   Photocopy (32 @ $0.15) | 4.80 |
| 01/31/12 Color   Photocopy | 0.25 |
| 01/31/12 Color   Photocopy | 8.00 |

**Total Disbursements**    **$15,591.35**

**Total Due**    **$408,796.85**

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP | Bank: | Citibank, NA |
| Attention: Accounting Department | | One Sansome St., 24th Floor |
| 135 Main St. | | San Francisco, CA 94104 |
| 14th Floor | ABA/Routing Number: | 321 171 184 |
| San Francisco, CA 94105 | Account Number: | 200112936 |
| Reference: File Number & Invoice Number | Account Name: | Sedgwick LLP |
| | SWIFT Code: | CITIUS33 |
| E-mail: ar@sedgwicklaw.com | Reference: | File Number & Invoice Number |

## Expense Report - Transmittal Report



ER00000029852110200

**Spender** Wayne B. Mason          **From** Dec 27, 2011  **To** Dec 27, 2011          **Reimbursement Amt** 729.50 USD

**Report name** HDR meeting in Dallas

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 4 | Audit required | Yes |
| Number of receipts to submit | 3 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 12/27/11 | Group Meal | United St... | 576.30 USD | Jennifer M. Arevalo |
| 12/27/11 | Group Meal | United St... | 34.00 USD | Jennifer M. Arevalo |
| 12/27/11 | Group Meal | United St... | 109.20 USD | Jennifer M. Arevalo |

```
          OWNER'S BOX
       OMNI DALLAS HOTEL
        (214) 744-6664

2060 Ibeth
-----------------------------------
TBL 12/1    CHK 2304   GST 3
      DEC27'11  5:32PM
-----------------------------------

Misc Personal Charge      <12.00>
Misc Personal Charge      <11.00>
Misc Personal Charge       <5.00>

    TOTAL          <$28.00>

GRATUITY_____

TOTAL _____

NAME (PRINT) _____

SIGNATURE _____

ROOM   NUMBER_____
```

```
          OWNER'S BOX
       OMNI DALLAS HOTEL
        (214) 744-6664
CHECK:     2304
TABLE:     12/1
SERVER:    2060 Ibeth
DATE:      DEC27'11  6:23PM
CARD TYPE: MASTERCARD
ACCT #:    XXXXXXXXXXX5580
EXP DATE:  XX/XX
AUTH CODE: 000146
        WAYNE B MASON

SUBTOTAL:          28.00

GRATUITY   _____

TOTAL      _____

------------------------------------
      CUSTOMER SIGNATURE

                  THANK YOU
```

Thank You For Dining With Us!
1717 Main St
Dallas, TX 75201
(214) 736-7300

Server: Carmen
Table 41/1
Guests: 4
Menu: Lunch Server

12/27/2011
12:47 PM
20004

1/2 Caesar
Ice Tea (4 @2.50)                    7.00
SALMON BLT                          10.00
  Medium                           14.00
  Chips
Cup of Soup (3 @4.75)              14.25
TURKEY CLUB                        15.00
  Chips                            10.00
Texas Redfish
CITRUS SALMON
  Medium

Complete Subtotal                  84.25

12 Items

Subtotal                           84.25
Tax                                 6.95
Total                              91.20

Balance Due      91.20

Now offering Prime Rib
Friday and Saturday

---

Thank You For Dining With Us!
1717 Main St
Dallas, TX 75201
(214) 736-7300

Server: Carmen                 DOB: 12/27/2011
12:57 PM                            12/27/2011
Table 41/1                           2/20004

                         SALE

M/C                                 2097158
Card #XXXXXXXXXXXX5580
Magnetic card present: MASON WAYNE B
Card Entry Method: S

Approval: 052975

X _____

                    Amount:        $ 91.20

                    + Tip:          18 -

                    = Total:       105.20

Now offering Prime Rib
Friday and Saturday

Customer Copy

```
                BOBS
        STEAK & CHOP HOUSE
            DALLAS, TX
            (214) 744-6664
CHECK:      4008
TABLE:      72/1
SERVER:     20014 Nick
DATE:       DEC27'11  8:07PM
CARD TYPE:  MASTERCARD
ACCT #:     XXXXXXXXXXX5580
EXP DATE:   XX/XX
AUTH CODE:  023578
         WAYNE B MASON

SUBTOTAL:        486.30
GRATUITY         90 —
                ----------
TOTAL           576.30
x _____
     CUSTOMER SIGNATURE
```

```
                BOBS
        STEAK & CHOP HOUSE
            DALLAS, TX

20014 Nick
----------------------------------
TBL 72/1      CHK 4008  GST 3
         DEC27'11  6:31PM
----------------------------------
Misc Personal Charge    〈130.00〉
 1 SHRIMP COCKTAIL        15.00
 2 ADD 1 SHRIMP            8.00
 2 FILET 12oz             94.00
 1 KC  18oz               49.00
 1 CREAMED CORN            9.00
 1 CREAMED SPINACH         9.00
 1 ASPARG SIDE             9.00
 1 BEEFSTEAK              10.00
 1 BLUE CHZ SALAD         10.00
 1 BISQUE                 11.00
Misc Personal Charge     〈90.00〉
 1 CARROT CAKE             8.00
 1 CHOCOLATE CAKE          8.00
 2 COFFEE                  6.00

  SUBTOTAL               466.00
  TAX                     20.30
  TOTAL              $486.30

GRATUITY _____  _____
```




Commercial Services

# FUNDAMENTAL AMERICAN™

FORMERLY LONE STAR LITIGATION SUPPORT

## invoice

| date | invoice # |
|------|-----------|
| 12/20/2011 | 3392 |

**bill to:**

Sedgwick, LLP
1717 Main St. #5400
Dallas, TX 75201

**ship to / re:**

Sedgwick, LLP
1717 Main St. #5400
Dallas, TX 75201

*PAID P CARD*
*JAN 25 2012*
*JORGE MOLINA*

**214.742.1113 | 214.745.1718 fax | fundamentalamerican.com | copy@fundamentalamerican.com**

| Client Matter # | Terms | Rep | Order Date | Ordered By | Job # |
|-----------------|-------|-----|------------|------------|-------|
| 10711.000001 | 2% Net 30 | GMM | 12/20/2011 | Gail Fountain | 201101058 |

| Item Code | Description | Quantity | Price Each | Amount |
|-----------|-------------|----------|------------|--------|
| Blow.c | Color Blowback w/ Jpeg #'s *(TBW's trial exhibits — reservoir photographs)* | 558 | 0.75 | 418.50T |
|  | Sales Tax |  | 8.25% | 34.53 |


* A P 1 3 9 5 6 4 9 *

*OK to Pay*
*10711.00001*

*C/M: 10711-000001*
*Knet Meaths 3021*

*REC'D SF ACCTG*
*JAN 17 2012*
*B. L YEE BAK*

please pay from invoice
remit to

FA Dallas Operations, LLC
PO Box 670732
Dallas, TX 75367-0732
Tax ID: 27-4462395

## total $453.03

received by _____    date *12-21-11*

   

1201 Main Street, Suite 1700 | Dallas, TX 75202 | p: 214.742.1113 | f: 214.745.1718 | copy@fundamentalamerican.com



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

B
I
L
L
T
O

SEDGWICK L L P
ATTN: SHERRY
1717 MAIN, 54TH FL
DALLAS, TX 75201

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 384188 | 12/31/11 | $ 101.54 |
| 4692278200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
| ACCOUNT NUMBER | | |

▽ Detach at Perforation And Return This Top Portion With Your Payment ▽

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 361-0078 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.46 | CLERK 7:00 PM 12/27/11 | $ 19.46 |
| 362-0093 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.46 | CLERK 7:00 PM 12/28/11 | $ 19.46 |
| 363-0084 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.46 | CLERK 7:00 PM 12/29/11 | $ 19.46 |
| 364-0087 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK DETERT & MORAN 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.46 | CLERK 7:00 PM 12/30/11 | $ 19.46 |
| | Sub-Total For Reference No. 00999.000028 | | $ 77.84 |
| 363-0121 G FOUNTAIN 10711-000001 | FROM: SEDGWICK L L P 1717 MAIN ST, STE 5400 DALLAS, TX 75201<br>TO: BARNES & ROBERTS 2816 COMMERCE ST. DALLAS, TX 75226<br>STANDARD DAYTIME DELIVERY = $ 23.70 | I BARNES 8:30 AM 12/29/11 | $ 23.70 |
| | Sub-Total For Reference No. 10711-000001 | | $ 23.70 |

**\* A P 1 3 9 6 1 5 6 \***

REC'D SF ACCTG

JAN 0 6 2012

B. LI YEE BAK

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 384188 | 101.54 | 1,295.13 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**



HDR, Inc.                                                  March 12, 2012
8404 Indian Hills Dr.                            Invoice No. 1059590
Omaha, NE 68114


For Professional Services Through February 29, 2012:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 10/03/11 | D. Kent | 0.80 | MIL response on settlements |
| 02/01/12 | W. Mason | 4.60 | Continue trial preparation--reviewing documents, depositions, and numerous intrafirm conference |
| 02/01/12 | K. Meaders | 8.60 | Trial Team Meeting and witness preparation session ███████████ |
| 02/01/12 | K. Meaders | 0.40 | Office conference ███ █ ████ █ ██████ ███████ |
| 02/01/12 | K. Meaders | 1.20 | Review Bid Packages to try to find restriction on maintenance of soil cement |
| 02/01/12 | K. Meaders | 0.50 | ██████████████████████████ |
| 02/01/12 | K. Meaders | 1.20 | Review of Trial Graphics |
| 02/01/12 | K. Meaders | 0.50 | Reply email to Harrison regarding clawback request |
| 02/01/12 | K. Meaders | 0.20 | Telephone conference with Rick Donovan regarding scheduling |
| 02/01/12 | K. Meaders | 0.20 | Telephone conference with David Carrier regarding meeting |
| 02/01/12 | K. Meaders | 0.40 | Telephone conference ██████████ ████████ |



| 02/01/12 | K. Meaders | 1.80 | Revise response to TBW Motion in Limine regarding calculations, telephone conference with attorney Kent regarding responses and Motion in Limine on Reservoir Bid Construction opinions |

02/01/12   D. Kent   0.50   Review and revise HDR's Response to TBW's Motion in Limine #7 to exclude evidence of settlement with Barnard

02/01/12   D. Kent   1.80   Review and revise HDR's Response to TBW's Motion in Limine #5 to exclude Dr. Bromwell's calculations, including exchange of memoranda and telephone conference with team members concerning same

02/01/12   D. Kent   6.00   Prepare for witness preparation session ███

02/01/12   D. Kent   0.50   Analysis and planning regarding potential motion in limine ███████ including exchange of memoranda and conferences with team member Kurt Meaders concerning same

02/01/12   D. Kent   0.30   Analysis and planning with team members regarding logistics of preparation for pre-trial conference

02/01/12 D.   Kent   0.50   Study/analysis of draft supplemental report ███, including exchange of memoranda with team members concerning same

02/01/12   D. Kent   1.50   Review and revise legal research memorandum ███████ including legal research and exchange of memoranda with team member



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 3

|            |              |      | Angela Buchanan regarding same |
|------------|--------------|------|--------------------------------|
| 02/01/12   | J. Scott     | 8.20 | research for motion in limine responses; research inadvertent waiver of privilege; draft motion in limine response |
| 02/01/12   | C. Steinmann | 1.40 | Meet with Wittie and Meaders regarding Donovan MIL and begin research on using testimony from prior proceedings |
| 02/01/12   | A. Buchanan  | 3.90 | Draft report regarding Florida law on FRE 702 and 803 |
| 02/01/12   | G. Fountain  | 0.30 | Work on Defendant and Plaintiff identified trial exhibits |
| 02/02/12   | W. Mason     | 5.80 | Continue trial preparation--reviewing documents, depositions, and numerous intrafirm conference |
| 02/02/12   | K. Meaders   | 8.60 | Meeting with ███████ travel preparation |
| 02/02/12   | K. Meaders   | 0.60 | Meeting with ███████ |
| 02/02/12   | K. Meaders   | 0.30 | Receipt and respond to Harrison email regarding email issue and claim of privilege |
| 02/02/12   | K. Meaders   | 0.30 | Telephone conferences with David Carrier to set up meeting |
| 02/02/12   | K. Meaders   | 0.50 | Meeting with ███████ |
| 02/02/12   | K. Meaders   | 1.10 | Review bid documents to determine if limitation on maintenance of soil cement is a bid requirement |
| 02/02/12   | K. Meaders   | 0.40 | Review designation of new TBW trial exhibit on Ten Mile Creek |
| 02/02/12   | K. Meaders   | 0.40 | Discussion with ███████ |
| 02/02/12   | K. Meaders   | 0.50 | Review issues with C44 reservoir ███████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 4

| 02/02/12 | K. Meaders | 0.60 | Review, revise and amend issues in Motion in Limine to exclude Donovan arbitration testimony |
| 02/02/12 | K. Meaders | 0.70 | Review Operational and Maintenance plan for emergency drawdown rates |
| 02/02/12 | D. Kent | 7.00 | Prepare for and meet ███████████ ███████████████████ including billable portion of return travel from Boston to Dallas |
| 02/02/12 | D. Kent | 0.50 | Analysis and planning regarding revisions to supplemental report ██████████████████ |
| 02/02/12 | D. Kent | 0.20 | Telephone conference and prepare correspondence to graphic artist regarding preparation of demonstrative exhibit ████████ |
| 02/02/12 | D. Kent | 0.20 | Analysis and planning regarding response to TBW's certificate of conference on clawback of privileged documents, including exchange of memoranda with team member concerning same |
| 02/02/12 | D. Kent | 0.20 | Analysis and planning with team member regarding responses to various TBW motions in limine |
| 02/02/12 | D. Kent | 0.50 | ████████████████████ study/analysis of exhibit and exchange of memoranda with team members concerning same |
| 02/02/12 | D. Kent | 0.90 | Review and revise draft of HDR Motion in Limine to exclude testimony of HDR former employee Rick Donovan from arbitration proceeding, including exchange of memoranda |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 5

|  |  |  | with team members concerning same |
|---|---|---|---|
| 02/02/12 | D. Kent | 0.40 | Prepare for pre-trial conference hearing |
| 02/02/12 | D. Kent | 1.00 | Study/analysis of TBW's trial exhibits concerning Reservoir Renovation Project |
| 02/02/12 | D. Kent | 0.20 | Telephone conference █████████████ |
| 02/02/12 | D. Kent | 0.80 | ████████████████████████████ |
| 02/02/12 | S. Wittie | 0.50 | Revising responses to motion in limine ███ |
| 02/02/12 | C. Steinmann | 7.70 | Update MIL ruling chart; search database for 2006 P&M Plan; research case law regarding use of deposition from prior proceeding and prepare MIL regarding the same |
| 02/02/12 | A. Buchanan | 3.50 | Review law on whether certain narratives are admissible in court; draft report regarding the same |
| 02/02/12 | C. Alm | 5.30 | Review and update Issue Story Boards with trial exhibits |
| 02/02/12 | G. Fountain | 1.30 | Compile key documents for use at meeting with trial witness Carrier |
| 02/03/12 | W. Mason | 10.10 | Continue trial preparation--preparing direct and cross-examinations |
| 02/03/12 | K. Meaders | 5.20 | Meeting ████████████████████ |
| 02/03/12 | K. Meaders | 0.70 | Work on Motion in Limine regarding Donovan arbitration testimony |
| 02/03/12 | K. Meaders | 0.40 | Work on Public Information Request for Veolia |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 6

|          |            |      | daily and weekly reports |
|----------|------------|------|--------------------------|
| 02/03/12 | K. Meaders | 3.30 | Return travel to Dallas, TX and designate information for HDR contractual responsibility story board from Agreements and Construction quarterly Contract plan while in rouge |
| 02/03/12 | D. Kent    | 2.60 | Review and revise HDR's response to TBW's Motion in Limine #5 to exclude Bromwell calculations |
| 02/03/12 | D. Kent    | 0.20 | Analysis and planning with team member Angela Buchanan █████████████████████ ████████████████████ |
| 02/03/12 | D. Kent    | 0.20 | Telephone conferences ████████████ ████████████ t |
| 02/03/12 | D. Kent    | 0.20 | Telephone conferences █████████ |
| 02/03/12 | D. Kent    | 0.30 | Prepare for pre-trial conference hearing |
| 02/03/12 | D. Kent    | 0.20 | Analysis and planning with team member Cori Steinmann regarding revisions to HDR's Motion in Limine ████████████████████████ |
| 02/03/12 | D. Kent    | 1.30 | Review and revise HDR's Response to TBW's Motions in Limine #6 and #7 to exclude evidence of TBW's settlements with CDG and Barnard, including legal research concerning same and analysis and planning with team member concerning same |
| 02/03/12 | J. Scott   | 5.20 | draft and revise memorandum re: waiver of attorney client privilege after inadvertent document production; complete additional research re same; revise response to motion in limine re: TBW's settlements with CDG and Barnard |
| 02/03/12 | C. Alm     | 3.50 | Review and update Issue Story Boards with trial |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 7

| | | | exhibits. |
|---|---|---|---|
| 02/03/12 | G. Fountain | 2.80 | Compile key documents and work on attorney notebook for use at meeting with trial witness Carrier |
| 02/04/12 | W. Mason | 9.40 | Continue preparation for trial and for pretrial conference |
| 02/04/12 | K. Meaders | 0.30 | Work on Motion in Limine list and chart |
| 02/04/12 | K. Meaders | 0.50 | Attention to changes and suggestions on B&V listing |
| 02/04/12 | K. Meaders | 0.60 | Trial preparation including work on demonstrative exhibits |
| 02/04/12 | K. Meaders | 1.20 | Work on witness preparation |
| 02/04/12 | K. Meaders | 3.00 | Work on CDG responsibility matrix story board |
| 02/04/12 | K. Meaders | 1.00 | Work on collection of documents and research █████████ review updated memo on privilege issues |
| 02/04/12 | K. Meaders | 1.50 | Review and revise Motions to Exclude Donovan's arbitration testimony; revise MIL on newspaper articles |
| 02/04/12 | K. Meaders | 0.80 | Receipt and review of TBW's MIL on Financial Statement |
| 02/04/12 | K. Meaders | 0.80 | Review memorandum ████████████ █████████ following up with Jarred Scott on issues and issues w/r/t excluding talking to witnesses who have been on witness stand |
| 02/04/12 | D. Kent | 0.20 | Telephone conference ███████████ ███████ |
| 02/04/12 | D. Kent | 0.40 | Study/analysis of legal memorandum regarding TBW's waiver of right to claw back privileged documents, including exchange of memoranda with team members concerning same |
| 02/04/12 | D. Kent | 1.60 | Study/analysis of Reservoir Reno cation Project |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 8

|            |           |      | Request for Proposal issued by TBW and proposals submitted by bidders |
|------------|-----------|------|-----------------------------------------------------------------------|
| 02/04/12   | D. Kent   | 3.20 | Review and revise HDR's Response to TBW's Motion in Limine #5 to exclude calculations by HDR expert witness Dr. Les Bromwell, including exchange of memoranda with team members concerning same |
| 02/04/12   | D. Kent   | 0.70 | Prepare memorandum to team member concerning admissibility of expert opinions contained in business records such as monthly soil cement monitoring reports |
| 02/04/12   | D. Kent   | 2.10 | Review and revise HDR's Motion in Limine to exclude newspaper articles, including exchange of memoranda with team members concerning same |
| 02/04/12   | D. Kent   | 0.90 | Review and revise draft of HDR's Motion in Limine to exclude testimony from arbitration proceeding |
| 02/04/12   | J. Scott  | 5.20 | research ability to exempt essential witnesses from Federal Rule of Civil Procedure 615; send emails to K. Meaders re: same; research out of court communications with witnesses during court recesses |
| 02/05/12   | W. Mason  | 4.20 | Continue preparation for trial and for pretrial hearing, including reviewing documents, depositions, and numerous intrafirm conference |
| 02/05/12   | K. Meaders| 7.00 | Responses to TBW's Motion in Limine regarding Bromwell calculations; review and revise response to TBW Motion to Exclude Financial Statement |
| 02/05/12   | K. Meaders| 2.70 | Telephone conference with Les Bromwell and work on ideas for responses; receipt and review report of Les Bromwell |
| 02/05/12   | D. Kent   | 0.60 | Study/analysis of supplemental report by HDR expert Lee Wooten responding to Brumund's supplemental expert report, ████████ |


████████████████████████

| 02/05/12 | D. Kent | 2.70 | Prepare Motion in Limine to exclude Renovation Bids, including study/analysis of bids and analysis and planning with team member Kurt Meaders concerning same |
| 02/05/12 | D. Kent | 1.90 | Review and revise HDR's Response to TBW's Motions in Limine #6 and #7 to exclude evidence of settlements with Barnard and CDG, including legal research concerning same |
| 02/05/12 | D. Kent | 0.40 | Study/analysis of TBW's Motion in Limine #8 to exclude financial statements and evidence of diminution in value, including analysis and planning with team member concerning strategy for response to same |
| 02/05/12 | D. Kent | 0.70 | Review and revise HDR's Motion in Limine #6 to exclude newspaper articles |
| 02/05/12 | J. Scott | 2.80 | Research rule 615 exclusion of essential witnesses; research communications with witnesses during court recesses |
| 02/06/12 | W. Mason | 9.70 | Continue trial preparation, including review and revision of motions in limine, research, review of documents, work on pretrial order, and e-mail communications with client and other attorneys |
| 02/06/12 | K. Meaders | 3.90 | ████████████████████████████ |
| 02/06/12 | K. Meaders | 1.00 | Office conference with attorneys Mason and Kent for expert report issues and pretrial conference issues |
| 02/06/12 | K. Meaders | 1.50 | Office conference with attorney Scott to begin response draft in anticipation of Motion by TBW regarding emails; receipt and review of Motion and follow with attorney Scott |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 10

| 02/06/12 | K. Meaders | 0.50 | Receipt and review of Court Order on procedures |
| 02/06/12 | K. Meaders | 0.50 | Receipt and review of various Motions from TBW and forward to client and forward Orders of Court and reports to client |
| 02/06/12 | K. Meaders | 0.50 | Prepare for Carrier interview |
| 02/06/12 | K. Meaders | 0.50 | Prepare draft of witness list |
| 02/06/12 | K. Meaders | 0.40 | Office conference with attorney Mason on Court Order on Procedures |
| 02/06/12 | K. Meaders | 1.90 | Revise Response to TBW's Motion to Exclude Financial Statements |
| 02/06/12 | K. Meaders | 0.40 | Review and revise response to settlement MILs |
| 02/06/12 | D. Kent | 3.50 | ███████████████████████████ |
| 02/06/12 | D. Kent | 0.20 | Telephone conference ████████████ |
| 02/06/12 | D. Kent | 0.30 | Exchange memoranda with team members concerning certificate of conference with TBW regarding HDR's motion in limine to exclude evidence from reservoir renovation bid proposals |
| 02/06/12 | D. Kent | 0.20 | Telephone conference with local counsel Tim Woodward regarding HDR's response to TBW's Motion in Limine #5 to exclude calculations by HDR's expert witness Les Bromwell ████ |
| 02/06/12 | D. Kent | 5.20 | Review and revise HDR's Response to TBW's Motion in Limine #6 and 7 to exclude evidence of settlements with Barnard and McDonald |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 11

| | | | |
|---|---|---|---|
| 02/06/12 | D. Kent | 0.80 | Analysis and planning with team members Wayne Mason, Kurt Meaders and local counsel Tim Woodward regarding trial preparation, pre-trial conference, and Court's trial procedures order |
| 02/06/12 | D. Kent | 1.10 | Review, revise, finalize and file HDR's Response to TBW's Motion in Limine #5 to exclude calculations by HDR expert witness Les Bromwell |
| 02/06/12 | D. Kent | 0.80 | Study/analysis of TBW's Motion for Determination of Privilege and to Clawback Documents, including legal research concerning same |
| 02/06/12 | R. Brown | 3.90 | Review plaintiff's document production including correspondence among employees regarding flat plate soil cement monitoring and related analysis for cross emaination of TBW's witnesses at trial |
| 02/06/12 | J. Scott | 6.60 | Research for and draft response to TBW's motion in limine regarding allegedly privileged documents |
| 02/06/12 | C. Steinmann | 5.70 | Continue work on and file MIL regarding newspapers; continue working on Affirmative fact story board; update story board regarding contractual provisions; |
| 02/06/12 | C. Alm | 3.20 | Review and update Issue Story Boards with trial and deposition exhibits. |
| 02/06/12 | G. Fountain | 0.60 | Compile key Barnard trial exhibits for attorney review |
| 02/07/12 | W. Mason | 0.10 | Review and respond to e-mail ██████████ |
| 02/07/12 | W. Mason | 12.90 | Continue trial preparation and preparation for meeting with David Carrier; travel to Tampa for meeting and pretrial hearing |
| 02/07/12 | K. Meaders | 1.40 | Review, revise response to MIL on settlement |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 12

| | | | agreement and telephone call with David Kent regarding response |
|---|---|---|---|
| 02/07/12 | K. Meaders | 2.10 | Meeting ███████████████████████ ███████ |
| 02/07/12 | K. Meaders | 0.70 | Meeting with attorney Mason regarding trial preparation and other issues; office conference with attorney Steinmann regarding assistance as response to clawback motion |
| 02/07/12 | K. Meaders | 4.30 | Travel to Tampa, FL and revise response to TBW Motion regarding Financial Statement while in route |
| 02/07/12 | K. Meaders | 0.90 | Additional changes to responses to TBW Response to MIL on Financial Statement |
| 02/07/12 | K. Meaders | 1.70 | Receipt and review of TBW position on bid issues and potential withdrawal of expert testimony therein; review suggested additional deletion |
| 02/07/12 | K. Meaders | 1.10 | Meeting with attorney Mason in preparation for meeting with David Carrier |
| 02/07/12 | K. Meaders | 0.30 | Email regarding change to photo exhibits |
| 02/07/12 | K. Meaders | 0.40 | Attempted telephone conferences with John Ranon; including research on current employer |
| 02/07/12 | K. Meaders | 1.90 | Revise response to TBW claim of privilege |
| 02/07/12 | K. Meaders | 1.30 | Finalize Motion in Limine regarding news article and Donovan testimony |
| 02/07/12 | D. Kent | 0.60 | Study/analysis of supplemental expert report from HDR expert witness Paul Kelley ████ ████████████████████████████ █████████████████████████ |
| 02/07/12 | D. Kent | 0.50 | Review and revise HDR's Response to TBW's Motions in Limine #6 and #7 to exclude evidence of settlements with CDG, Barnard and McDonald |


| 02/07/12 | D. Kent | 10.40 | Review, revise and finalize for filing HDR's Response to TBW's Motion to Determine Privilege and Clawback Documents, including legal research and telephone conferences and exchange of memoranda with team members concerning same |
| 02/07/12 | D. Kent | 0.60 | Analysis and planning regarding HDR's potential Motion in Limine to exclude portions of Reservoir Renovation Project bid proposals, including study/analysis of documents and correspondence from opposing counsel and exchange of memoranda and telephone conferences with team members concerning same |
| 02/07/12 | R. Brown | 4.90 | Review Tampa Bay's Water's proposed trial exhibits relating to bidders including technical and financial reports and analyze potential objections to same prior to deadline to file motion in limine |
| 02/07/12 | J. Scott | 6.50 | draft motion in limine responses; research applicable rules regarding sequestration of witnesses |
| 02/07/12 | C. Steinmann | 7.60 | Work on Response to TBW MIL regarding privilege documents |
| 02/08/12 | W. Mason | 14.30 | Meeting with David Carrier, trial preparation, ███████████████████████ continued trial preparation; prepare for pretrial, including meeting with defense team; |
| 02/08/12 | K. Meaders | 3.80 | Meeting with David Carrier |
| 02/08/12 | K. Meaders | 0.50 | Work on changes to draft witness list |
| 02/08/12 | K. Meaders | 1.40 | Review Plaintiff's offer to redact Reservoir renovation proposals; telephone conference with David Kent regarding same |
| 02/08/12 | K. Meaders | 1.00 | Telephone conference with Richard Harrison on |



|          |            |      | witness lists |
|----------|------------|------|---------------|
| 02/08/12 | K. Meaders | 0.70 | Meeting ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 02/08/12 | K. Meaders | 0.90 | Meeting ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 02/08/12 | K. Meaders | 1.60 | Meeting with attorney Mason regarding witness list and the Court's recent Orders |
| 02/08/12 | K. Meaders | 0.80 | Telephone conference with John Ranon regarding potential preparation of subpoena for trial |
| 02/08/12 | K. Meaders | 1.00 | Revise and dictate additional revisions to witness list |
| 02/08/12 | K. Meaders | 4.20 | Draft supplement to MIL on Lenses, etc. and Quality Control |
| 02/08/12 | D. Kent | 2.30 | Review, revise, finalize and file HDR's Response to TBW's Motion in Limine #6 and #7 to exclude evidence of TBW's settlements with CDG, Barnard and McDonald |
| 02/08/12 | D. Kent | 1.10 | Study/analysis of Court's Order denying HDR's Motion for Leave to Designate Barnard as Fabre defendant, including analysis and planning with team members and local counsel regarding Order and regarding strategy for responding to same |
| 02/08/12 | D. Kent | 1.40 | Prepare for pre-trial conference hearing |
| 02/08/12 | D. Kent | 5.80 | Review and revise HDR's Motion in Limine #8 regarding Reservoir Renovation Technical Proposals, including study/analysis of Technical Proposal bid documents, legal research, analysis and planning and telephone conferences and exchange of memoranda with team members and exchange of correspondence with opposing counsel concerning same |
| 02/08/12 | D. Kent | 1.40 | Analysis and planning regarding supplemental brief in support of HDR's Motions in Limine #1 and #5 concerning lenses, pockets, streaks and |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 15

|          |              |       | layers and quality control |
|----------|--------------|-------|---------------------------|
| 02/08/12 | D. Kent      | 0.60  | Review and revise trial witness list, including exchange of memoranda with team members concerning same |
| 02/08/12 | R. Brown     | 3.80  | Review bidder document and bid proposals and determine objectionable content |
| 02/08/12 | R. Brown     | 2.30  | Work on summary of plaintiff's proposed exhibit designations of other bidder documents |
| 02/08/12 | J. Scott     | 2.80  | finalize research regarding exemptions from sequestration under Federal Rule of Evidence 615(c); draft memorandum re same to K. Meaders |
| 02/08/12 | C. Steinmann | 8.30  | Update MIL rulings; review additional MIL and responses; work on other pre-trial materials; review Rice exhibits |
| 02/08/12 | G. Fountain  | 2.60  | Work on notebooks for attorney use at pre-trial hearing |
| 02/08/12 | G. Fountain  | 0.50  | Work on HDR's supplemental trial exhibits |
| 02/08/12 | M. Stringer  | 4.00  | Work on HDR's supplemental trial exhibits and updates to index of exhibits |
| 02/09/12 | W. Mason     | 12.20 | Meeting at HDR to prepare for pretrial and continue pretrial preparation; |
| 02/09/12 | K. Meaders   | 1.20  | Review Court Order on Motion to Void to find issues with recent Fabre Order; emails with trial team on Fabre Order |
| 02/09/12 | K. Meaders   | 7.70  | Pretrial meeting at HDR with attorney Mason, Kent and Woodward with changes to witness list; telephone conference with attorney Harrison and agreements on witness list; assumption on TBW witness list and reorder of HDR witnesses; email to Harrison regarding stipulation on reservoir renovation exhibits and bidder documents; email Harrison on stipulation on "may call" witness; additional Harrison telephone call on witness list |



| 02/09/12 | K. Meaders | 1.00 | Prepare for pretrial conference hearing and argument on Donovan arbitration; financial statement issues and news articles |
| 02/09/12 | K. Meaders | 0.50 | Telephone conference with Cori Steinmann to obtain information on rebuttal versus case is chief for hearing; review research and recommendation for Wayne Mason |
| 02/09/12 | K. Meaders | 1.60 | ████████████████████████████ |
| 02/09/12 | K. Meaders | 2.10 | Prepare for arguments on Donovan arbitration motion; financial statement MIL; news paper article exclusions |
| 02/09/12 | K. Meaders | 0.70 | Update trial schedule, trial preparation list and "to do" matrix and schedule |
| 02/09/12 | D. Kent | 10.00 | Prepare for pre-trial conference hearing, including conference/meeting with team members, study/analysis of pleadings, court orders, preparation of trial witness list, study/analysis of court orders, and exchange of memoranda and correspondence with clients and team members, and billable portion of travel from Dallas to Tampa |
| 02/09/12 | R. Brown | 5.80 | Research relating to objecting to bid proposals as hearsay and qualifying exceptions thereto and work on motion in limine in preparation for filing same |
| 02/09/12 | R. Brown | 4.20 | Review monthly embankment reports recently produced by plaintiffs for 2010 and 2011 and analyze data relating to flat plate soil cement issues |
| 02/09/12 | J. Scott | 3.00 | Research cases supporting HDR's motion in limine regarding reservoir bid proposals |
| 02/09/12 | C. Steinmann | 10.60 | Research federal and Florida law regarding use of rebuttal witnesses and prepare memorandum regarding the same; work on revised witness list; |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 17

|  |  |  |  |
|---|---|---|---|
|  |  |  | review Molyneux Orders and update Court rulings; work on materials for pre-trial conference |
| 02/09/12 | G. Fountain | 5.10 | Work on HDR's supplemental trial exhibits |
| 02/09/12 | M. Stringer | 2.70 | Work on HDR's supplemental trial exhibits and updates to index of exhibits |
| 02/10/12 | W. Mason | 11.90 | Attend pretrial hearing; ▮▮▮▮▮▮ continue to prepare for trial while returning to Dallas; |
| 02/10/12 | K. Meaders | 9.00 | Conference and preparation for pretrial with attorneys Mason, Kent and Woodward; attendance at pretrial and arguments; return travel to Dallas with supplementation of exhibits; begin research on additional responses to Motions in Limine and begin reorganization of witness list |
| 02/10/12 | D. Kent | 8.00 | Prepare for and attend pre-trial conference, including follow-up analysis and planning with team members concerning same and billable portions of return travel from Tampa to Dallas |
| 02/10/12 | D. Kent | 0.20 | Prepare correspondenc ▮▮▮▮▮▮▮▮▮ |
| 02/10/12 | J. Scott | 0.30 | analyze courts orders and minutes of pretrial hearing |
| 02/10/12 | C. Steinmann | 7.60 | Review Bromwell transcripts ▮▮▮▮ review Orders and update chart and calendar for items required by Court; prepare trial to-do list based on setting, orders, and outstanding pre-trial issues |
| 02/10/12 | G. Fountain | 0.80 | Work on expert notebooks in preparation for trial |
| 02/10/12 | G. Fountain | 0.90 | Review Bromwell expert reports ▮▮▮▮ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 18

| 02/10/12 | G. Fountain | 0.40 | Prepare HDR's supplemental trial exhibits for transmittal to opposing counsel |
| 02/11/12 | W. Mason | 9.30 | Work on cross examinations and continue reviewing depositions in preparation for trial; |
| 02/11/12 | K. Meaders | 1.20 | Revise witness list assignments; amend trial to do list with changes due to pretrial |
| 02/11/12 | K. Meaders | 2.60 | Draft Response to Motion in Limine to Strike Bromwell; response to Golder report |
| 02/11/12 | K. Meaders | 0.70 | Changes to Response to Financial Statement Response |
| 02/11/12 | K. Meaders | 1.30 | Review Court's Orders on Motion regarding Fabre; emails with attorneys Kent and Woodward regarding results of research |
| 02/11/12 | D. Kent | 3.70 | Legal research regarding HDR's Motion in Limine #10 to exclude evidence of HDR's "collapse upon wetting" defense, including telephone conference and exchange of memoranda with team members and local counsel concerning same |
| 02/11/12 | R. Gersten | 0.60 | Review audit letter inquiry and prepare response thereto |
| 02/12/12 | W. Mason | 2.10 | Meeting |
| 02/12/12 | W. Mason | 4.30 | Continue trial preparation; |
| 02/12/12 | K. Meaders | 1.20 | Trial preparation and organization of witness boxes |
| 02/12/12 | K. Meaders | 3.80 | Revise response to Motion to Strike Bromwell opinions |
| 02/12/12 | K. Meaders | 2.30 | Revise Response regarding financial statement |
| 02/12/12 | K. Meaders | 0.70 | Review research on causation defense and cases; |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 19

| | | | email David Kent regarding same |
|---|---|---|---|
| 02/12/12 | K. Meaders | 0.70 | Review RAI response to find diagram for Carrier |
| 02/12/12 | K. Meaders | 0.50 | Send draft responses to trial team for comments and review |
| 02/12/12 | K. Meaders | 0.50 | Emails with Wayne Mason regarding potential documents to Carrier |
| 02/12/12 | K. Meaders | 1.10 | Review Ranon documents to send five (5) documents for potential discussion |
| 02/12/12 | K. Meaders | 1.30 | Revise response to MIL ███████████ ████████ |
| 02/12/12 | K. Meaders | 0.70 | Revise trial schedule and pretrial list |
| 02/12/12 | D. Kent | 1.60 | Prepare HDR's Response to TBW's motion in Lmine #10 to exclude evidence of "collapse upon wetting" and contractor liability, including legal research, exchange of memoranda and telephone conferences with team members and local counsel concerning same |
| 02/12/12 | D. Kent | 0.70 | Review and revise HDR's Response to TBW's Motion in Limine #11 to exclude photographs and conclusions from report of HDR's supplemental expert witness Dr. Bromwell |
| 02/12/12 | D. Kent | 0.80 | Review and revise HDR's Response to TBW's Motion in Limine #8 to exclude evidence regarding diminution in value of Reservoir |
| 02/12/12 | D. Kent | 0.20 | Analysis and planning regarding witness preparation session ████████████ ████████ |
| 02/12/12 | C. Steinmann | 3.20 | Analyze Volumes I-8 of Bromwell's testimony ███████████████████████████ |
| 02/13/12 | W. Mason | 6.40 | Trial preparation |
| 02/13/12 | K. Meaders | 0.30 | Work on consider issuing subpoenas |
| 02/13/12 | K. Meaders | 1.70 | Work on response to Motion to strike Financial Statements |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 20

| 02/13/12 | K. Meaders | 0.20 | Work on potential documents to send to John Ranon |
| 02/13/12 | K. Meaders | 5.20 | Work on response to Motion to restrict Bromwell Motions |
| 02/13/12 | K. Meaders | 0.50 | Conference with attorney Kent on causation and keeping collapse in case |
| 02/13/12 | K. Meaders | 1.60 | Revise Witness List to reorder as Plaintiffs and HDR have revised lists |
| 02/13/12 | K. Meaders | 0.70 | Telephone conference ███████████ |
| 02/13/12 | K. Meaders | 2.30 | Attention to issues with Adams testimony, use of deposition and other issues, first review of Adam's deposition to shorten |
| 02/13/12 | K. Meaders | 1.00 | Review of briefing to and revise response to Motion in Limine on collapse; telephone conference with David Kent and discuss issues on all responses |
| 02/13/12 | K. Meaders | 0.60 | Revise MIL list for hearings |
| 02/13/12 | K. Meaders | 0.90 | Review Rice testimony and prepare cross-exam |
| 02/13/12 | D. Kent | 0.40 | Study/analysis of deposition testimony of TBW witness Allison Adams for status as corporate representative, including analysis and planning and exchange of memoranda with team member concerning same |
| 02/13/12 | D. Kent | 1.20 | Review and revise HDR's trial witness list, including exchange of memoranda with team members concerning same |
| 02/13/12 | D. Kent | 0.20 | Study/analysis of Court Order provisionally granting TBW's Motions in Limine #6 and #7 regarding TBW's settlements with Barnard and CDG, including analysis and planning with team members concerning same |
| 02/13/12 | D. Kent | 6.70 | Prepare HDR's Response to TBW's Motion in |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 21

|          |              |       | Limine #10 to exclude evidence of collapse upon wetting, including legal research and telephone conferences and exchange memoranda with team members concerning same |
|----------|--------------|-------|---|
| 02/13/12 | D. Kent      | 3.90  | Prepare HDR's Response to TBW's Motion in Limine #9 to exclude opinion evidence of Dr. Bromwell concerning meaning and interpretation of contracts |
| 02/13/12 | D. Kent      | 1.00  | Review and revise HDR's Response to TBW's Motion in Limine #11 to exclude new opinions and photographs from HDR's expert witness Les Bromwell. including exchange of memoranda with team members concerning same |
| 02/13/12 | J. Scott     | 5.90  | Research for response to Motion in Limine no. 9 |
| 02/13/12 | C. Steinmann | 5.10  | Review and revise Response to MIL No. 8 and 11; research production and clawback of 11/24 email from Ranon; review witness list and exhibit list and begin moving exhibits accordingly |
| 02/13/12 | G. Fountain  | 2.60  | Collection and organization of exhibits, documents and evidence in preparation for response to TBW's MIL's no. 8, 9, and 11 |
| 02/13/12 | G. Fountain  | 1.20  | Work on organization of trial material in preparation for transmittal to Tampa |
| 02/13/12 | E. Jackson   | 1.90  | Communications with Mr. Meaders and internal local and regional resources and and begin preparing all needed resources for trial war-room in Tampa for upcoming trial; prepare equipment and user matrix for same |
| 02/14/12 | W. Mason     | 9.80  | Trial preparation |
| 02/14/12 | K. Meaders   | 12.50 | Work on response to TBW's Motion on collapse upon wetting; work on final changes to response to financial statement response; final revisions to prepare to Motion to Strike Bromwell's opinions in latest report; instructions; review demonstrative exhibit on collapse of wetting; |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 22

station 55 calibrations; telephone conference with ▬▬▬▬▬ Trial Graphics regarding demonstrative exhibits; work on hotel arrangements for trial team; emails to Allison Adams and using deposition testimony; receipt and review of Plaintiff's intent to use additional evidence; work on revising expected witness testimony in order of Plaintiff's listing; receipt and review of December FPSC reports; ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ determine issue regarding use of monthly embankment reports; changes, revisions and final filing of financial statement motion

| | | | |
|---|---|---|---|
| 02/14/12 | D. Kent | 0.40 | Review and revise HDR's Response to TBW's Motion in Limine #11 to exclude photographs and portions of supplemental report by HDR's expert witness Bromwell |
| 02/14/12 | D. Kent | 3.60 | Review, revise, finalize and file HDR's Response to TBW's Motion in Limine #9 to exclude opinion evidence regarding contract interpretation, including legal research, review of evidence, and analysis and planning with team members concerning same |
| 02/14/12 | D. Kent | 4.40 | Review and revise HDR's Response to TBW's Motion in Limine #10 to exclude evidence of HDR's "collapse upon wetting" defense |
| 02/14/12 | D. Kent | 0.60 | Review and revise HDR's Response to TBW's Motion in Limine #8 regarding evidence of diminution in value of the Reservoir |
| 02/14/12 | S. Wittie | 3.00 | Review and revise response to motion in limine, legal research related to collateral estoppel argument |
| 02/14/12 | J. Scott | 4.10 | Draft response to TBW motion in limine number 9 re excluding expert's interpretation of contract |
| 02/14/12 | C. Steinmann | 8.30 | Review and revise Responses to MIL No. 8, 11, and 10; edit Maxwell deposition designations; work on interactive graphic of reservoir |


|  |  |  | design/construction team; continue working on exhibit list based on new witness list |
| 02/14/12 | G. Fountain | 1.10 | Work on organization of trial material in preparation for transmittal to Tampa |
| 02/14/12 | G. Fountain | 2.70 | Collection and organization of exhibits, documents and evidence in preparation for response to TBW's MIL's no. 8, 9, and 11 |
| 02/14/12 | G. Fountain | 3.60 | Work on plaintiff and defendant trial exhibits |
| 02/14/12 | G. Fountain | 0.60 | Analysis of monthly embankment monitoring reports to determine if potential trial exhibit |
| 02/14/12 | E. Jackson | 1.60 | Multiple conferences with Hyatt Tampa and local hotel resource management re planning trial war-room and setting up secure data network for Sedgwick users; prepare record and note action items for same |
| 02/15/12 | W. Mason | 14.50 | Travel to Tampa, work on trial preparation, and prepare for hearing on motions in limine |
| 02/15/12 | K. Meaders | 16.30 | Travel to Tampa, FL for hearing preparation with review of cases in support of exclusion of arbitration testimony while in route; preparation at HDR for all motions set for hearing; evening preparation for hearings on Donovan financial statement, newspaper inadmissibility, and other issues; emails to trial team for case law; work on reducing Allison Adams deposition designation for trial |
| 02/15/12 | D. Kent | 6.00 | Prepare for court hearing on motions in limine and other pretrial matters, including study/analysis of pleadings and evidence, legal research, analysis and planning with team members and billable portions of travel from Dallas to Tampa |
| 02/15/12 | D. Kent | 0.30 | Prepare for witness preparation session ████ ████████████████████████████ analysis and planning with team member, and |


|  |  |  | logical planning concerning same |
|---|---|---|---|
| 02/15/12 | D. Kent | 6.50 | Review, revise, finalize and file HDR's Response to TBW's Motion in Limine #10 to Exclude Evidence of Collapse Upon Wetting Defense |
| 02/15/12 | C. Steinmann | 6.40 | Review and revise MIL responses; review TBW responses; telephone call with Casey regarding trial support and court room setup; update MIL chart; analyze cases cited by TBW in briefs |
| 02/15/12 | G. Fountain | 2.80 | Work on plaintiff and defendant trial exhibits |
| 02/15/12 | G. Fountain | 2.80 | Work on organization of trial material in preparation for transmittal to Tampa |
| 02/15/12 | E. Jackson | 0.80 | Communications with copier rental and internet providing vendors and negotiate reduced pricing for Tampa trial war-room; prepare record of same |
| 02/15/12 | J. Steere | 0.50 | Conference call with Hotel in re arrangements for war room setup |
| 02/16/12 | W. Mason | 13.80 | Attend hearing on pretrial matters, including numerous motions in limine; return to Dallas, working on trial preparation |
| 02/16/12 | K. Meaders | 13.40 | Preparation for hearings on Motions in Limine; attendance and lengthy hearing on Motions in Limine and other motions; lunch time meeting over addition arguments on collapse and afternoon hearings; additional arguments on Motions before court; obtain and document rulings and telephone calls to trial team to update; review report on motions; follow up on emails with trial graphics team regarding exhibits; return to Dallas, TX and review of emails and return regarding exhibit issues, trial preparation and hotel for trial team preparation |
| 02/16/12 | D. Kent | 8.00 | Prepare for and attend pretrial conference court hearing, including billable portion of travel from Tampa to Dallas |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 25

| 02/16/12 | J. Scott | 0.80 | Review trial court orders and motion in limine responses |
| 02/16/12 | C. Steinmann | 5.00 | Prepare update regarding hearing; update MIL chart with rulings; continue work on Rice examination preparation |
| 02/16/12 | G. Fountain | 1.30 | Work on organization of trial material in preparation for transmittal to Tampa |
| 02/16/12 | G. Fountain | 1.50 | Work on HDR trial exhibit list |
| 02/16/12 | J. Steere | 1.00 | Plan and prepare necessary inventory for war room setup for HDR trial |
| 02/17/12 | W. Mason | 11.10 | Trial preparation - including preparing direct and cross-examinations, multiple telephone conferences with client; |
| 02/17/12 | K. Meaders | 12.20 | Work on demonstrative exhibits; emails with Gail Fountain regarding trial exhibits; meeting with Ken Coulter, trial graphics; meeting with David Kent on affect of Order on trial preparations; various telephone conferences with Wayne Mason regarding settlement authority grant to Seeber; various telephone conferences with Tim Woodward to discuss with Harrison grating of settlement authority; telephone conference ███████████████████████ ███████████ work on amending jury charge and meeting with attorney Wittie on same; meeting with Jarred Scott for research project on diminution in value; telephone conference ████████████ ███████████; receipt and review of recommendation on issues to grant Seeber authority |
| 02/17/12 | D. Kent | 0.40 | Analysis and planning with team members regarding effect of court's ruling at pretrial conference on trial strategy |


| 02/17/12 | D. Kent | 1.20 | Analysis and planning regarding TBW's power to delegate settlement authority to designated employee, including legal research, exchange of memoranda, conferences and telephone conferences with Wayne Mason, team members and local counsel concerning same |
|---|---|---|---|
| 02/17/12 | D. Kent | 0.30 | Revise draft jury charge to take into account court rulings at pretrial conference |
| 02/17/12 | D. Kent | 1.10 | Prepare demonstrative exhibits ███████ ████████████████████ including telephone conferences and exchange of voice mails with graphic artists concerning same |
| 02/17/12 | D. Kent | 1.80 | Study/analysis of documents, trial exhibits and related materials to prepare witness examination outlines (direct and cross-examination) |
| 02/17/12 | D. Kent | 0.30 | Analysis and planning regarding advantages and disadvantages and procedural requirements for summary jury trial proposal as raised by court |
| 02/17/12 | J. Scott | 1.30 | Discuss and analyze trial strategy regarding TBW financial disclosure with K. Meaders; locate and review documents associated with TBW financial disclosures |
| 02/17/12 | C. Steinmann | 8.50 | Continue working on exhibit list reordered based on trial witness list; continue working on Rice examination; meet with Meaders and graphics team regarding demonstratives |
| 02/17/12 | G. Fountain | 4.00 | Assist attorney with HDR trial exhibit list and deposition designations in preparation for trial |
| 02/18/12 | W. Mason | 11.90 | Meeting with trial team regarding trial preparation and continue to prepare for trial |
| 02/18/12 | K. Meaders | 11.20 | Prepare reservoir inspection check list of stations to view; work on pretrial issues and affect court's recent ruling on preparation of case; meeting with attorneys Mason, Kent and Steinmann on trial preparation and witness issues; review and revise proposed draft opening; telephone |


|          |              |       | conference ███ ██████████████ email John Ranon documents; work on exhibits for mock trial; ████████████ ██████ trial scheduling outline; emails regarding construction flow chart; prepare company and revenue chart; trial preparation to do list and milestones to complete; evening work on mock opening statement |
|----------|--------------|-------|------|
| 02/18/12 | D. Kent      | 1.50  | Prepare for and participate in strategy meeting with Wayne Mason, Kurt Meaders and team members to consider revisions to witness outlines, exhibits and trial strategies in light of Court's pre-trial rulings on various motions in limine |
| 02/18/12 | D. Kent      | 3.00  | Review and revise draft opening statement, including exchange of memoranda with team members concerning same |
| 02/18/12 | D. Kent      | 1.20  | Prepare for witness preparation session ███ ████████████████████████ |
| 02/18/12 | C. Steinmann | 8.50  | Trial strategy meeting to discuss effects of MIL ruling on trial story; continue working on Rice examination outline; begin working on Menzies examination |
| 02/19/12 | W. Mason     | 8.60  | Continue trial preparation |
| 02/19/12 | K. Meaders   | 10.90 | Revise mock opening and obtain exhibits for presentation; office conference with Gail Fountain regarding Adams' excerpts and revisions; work on organizational chart redo of CDG MAP for entire design, construction and inspection; review and revise Rice cross-examination; email exhibits and presentation to Campo; work on changes to Rice testimony and cross outline; work on Adams' designations due to court's Orders on MIL; revise Donovan depositions and objections to Plaintiff's deposition designations per court's Order on |


|           |              |        | MIL; email regarding exhibit resolution |
|-----------|--------------|--------|------|
| 02/19/12  | D. Kent      | 8.00   | Prepare for witness testimony preparation session ████████████████████ including travel from Dallas to Boston |
| 02/19/12  | C. Steinmann | 5.20   | Continue working on Rice examination outline |
| 02/19/12  | G. Fountain  | 1.40   | Assist attorney with deposition designations in preparation for trial |
| 02/19/12  | G. Fountain  | 3.10   | Assist attorney with collection and organization of exhibits for use at Mock Trial |
| 02/20/12  | W. Mason     | 14.20  | Review article regarding TBW's vote agreeing to a summary jury trial; conferences with client and insurer regarding same; received and review TBW's Consent to Binding Summary Jury Trial; intrafirm conferences regarding responding to the court; prepare Notice Regarding Summary Jury trial, conferences regarding same, revise and file; continue trial preparation |
| 02/20/12  | K. Meaders   | 12.60  | Emails to attorneys Kent and Wittie on jury charge; emails with TWB regarding claw back of documents; telephone conference with Tim Woodward regarding Link deposition; telephone conference with regarding meeting with Harrison over exhibits; final exhibits for mock trial; preparation of Amanda Rice cross-examination; office conference with Cori Steinmann for additional Rice examination; work on revisions of trial exhibit list; office conference with attorney Mason regarding summary jury trial; start collecting documents for Swenson cross; review flat-plate soil-cement reports; revise jury charge; ██████████ ██████████████████████ office conference with attorney Mason regarding trial issues; review of Swenson cross-examination |
| 02/20/12  | D. Kent      | 8.00   | ████████████████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 29

|          |              |      | including billable portion of return travel from Boston to Dallas |
|----------|--------------|------|-------------------------------------------------------------------|
| 02/20/12 | D. Kent      | 0.20 | Exchange memoranda with team members concerning strategy for returning to TBW copies of privileged documents determined by Court to have been inadvertently produced |
| 02/20/12 | D. Kent      | 0.20 | Review and revise HDR's Notice to Court Rejecting Summary Jury Trial Proposal, including exchange of memoranda with team members concerning same |
| 02/20/12 | D. Kent      | 0.30 | Study/analysis of supplemental trial exhibits designated by TBW, including exchange of memoranda with team members concerning same |
| 02/20/12 | D. Kent      | 0.80 | Study/analysis of deposition designations for revisions in light of court's pretrial rulings on motions in limine |
| 02/20/12 | D. Kent      | 0.90 | Review and revise proposed jury charge, including exchange of memoranda with team members concerning same |
| 02/20/12 | S. Wittie    | 5.30 | Revise proposed jury charge for exchange, related correspondence and analysis |
| 02/20/12 | C. Steinmann | 9.00 | Continue working on Rice examination outline; review design demonstrative and provide revisions to graphics team; review speedometer graphic and provide comments to graphics team; review news article regarding Board meeting; review consent to summary jury trial by TBW |
| 02/20/12 | C. Alm       | 2.00 | Review documents and update key trial documents notebooks |
| 02/20/12 | G. Fountain  | 3.20 | Assist attorney with Swenson examination outline |
| 02/20/12 | G. Fountain  | 3.00 | Assist attorney with deposition designations in preparation for trial |
| 02/20/12 | G. Fountain  | 3.80 | Work on Defendant and Plaintiff identified trial |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 30

|            |            |       |                                                                                                                                                                                                                                                                                                                                                                                                                                                |
|------------|------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |            |       | exhibits                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 02/21/12   | W. Mason   | 13.30 | Receive and review TBW's Response to HDR Engineering, Inc.'s Notice Regarding Summary Jury Trial; continue trial preparation                                                                                                                                                                                                                                                                                                                    |
| 02/21/12   | K. Meaders | 15.70 | Work on Swenson trial cross with collection and review of all trial exhibits containing Swenson as sender or recipient; work on jury charge; meeting with attorney Kent regarding John Martin and O'Connell cross-examination; review and revise audit letter; deposition designation of Donovan; witness list assignment revisions; telephone conferences ███████ review inspection notes from Reservoir visit; financial statement search for related documents to add to exhibit list |
| 02/21/12   | D. Kent    | 1.40  | Review and revise draft jury charge, including exchange of memoranda with team members concerning same                                                                                                                                                                                                                                                                                                                                          |
| 02/21/12   | D. Kent    | 0.50  | Review and revise deposition excerpts of CDG employee James Moynihan                                                                                                                                                                                                                                                                                                                                                                            |
| 02/21/12   | D. Kent    | 0.60  | Prepare memorandum regarding positive and negative aspects of trial testimony by Jeff Beriswill, including memorandum to local counsel concerning same                                                                                                                                                                                                                                                                                          |
| 02/21/12   | D. Kent    | 0.20  | Telephone conference ███████████████                                                                                                                                                                                                                                                                                                                                                                                                            |
| 02/21/12   | D. Kent    | 0.20  | ███████████████                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 02/21/12   | D. Kent    | 0.40  | Study/analysis of supplemental charts to expert report by TBW's expert witness O'Connell, including exchange of memoranda and correspondence with team members and HDR's expert witnesses concerning same                                                                                                                                                                                                                                        |


| 02/21/12 | D. Kent | 4.00 | Study/analysis of Jeff Beriswill deposition and exhibits for use in witness preparation session |
| 02/21/12 | D. Kent | 0.60 | Logistical preparation for witness examination preparation sessions with Kevin Dennis, including telephone conference with local counsel concerning same |
| 02/21/12 | D. Kent | 0.40 | Review and revise exhibit of TBW's Organizational Chart for Reservoir project |
| 02/21/12 | D. Kent | 0.80 | Analysis and planning with Kurt Meaders regarding witness examinations at trial, preparation of exhibits for trial, logistical planning for trial and other trial preparation activities |
| 02/21/12 | C. Steinmann | 12.00 | Continue work on cross examination outlines; continue work on exhibits; meet with Meaders regarding Rice outline; meet with Gail and Meaders regarding exhibits; review TBW's opposition to shortened trial; search database for documents regarding impairment and financial statements |
| 02/21/12 | C. Steinmann | 2.20 | Continue work on reordering exhibits per Court Order; review Link deposition designations and recommend cuts; |
| 02/21/12 | G. Fountain | 1.10 | Work on Plaintiff supplemental trial exhibits |
| 02/21/12 | G. Fountain | 4.70 | Assist attorney with Swenson examination outline |
| 02/21/12 | G. Fountain | 2.50 | Work on reorganizing trial exhibit list by witness order as per court order instructions |
| 02/21/12 | G. Fountain | 1.30 | Analysis of production documents related to reservoir operation and maintenance plan to determine if drafts were finalized |
| 02/21/12 | R. Gersten | 0.40 | Prepare and issue audit letter response |
| 02/21/12 | E. Jackson | 0.70 | Communications with Short Term Copiers, finalize agreement and pricing for Tampa trial war-room; prepare and send cost estimates to |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 32

| | | | |
|---|---|---|---|
| | | | Mr. Meaders for review and approval; return the executed agreement to vendor and confirm delivery date |
| 02/22/12 | W. Mason | 12.60 | Multiple reviews of and revisions to draft jury instructions and draft verdict form for pretrial exchange with TBW; receive and review e-mail from Harrison regarding their forthcoming proposals and conferring regarding same; continued trial preparation; |
| 02/22/12 | K. Meaders | 15.40 | Revise Lemley designations; revise Lemley exhibits; Revise Link designations; telephone conference and emails ██████████ ██████████ revise jury charge; various telephone conferences ██████████ ██████████; revise Adams' deposition designations; revise Adams' exhibits for trial issues; telephone conference ██████████ ██████████ telephone conference to John Ranon and left voicemail; work on Swenson trial cross; work on review of research to draft trial brief no economic waste |
| 02/22/12 | D. Kent | 0.50 | Study/analysis of operations and maintenance manual as potential trial exhibit, including exchange of memoranda with team members concerning same |
| 02/22/12 | D. Kent | 5.00 | Review and revise HDR's draft jury charge for exchange with TBW, including legal research, telephone conferences and exchange of memoranda with local counsel, and conferences and exchange of memoranda with team members concerning same |
| 02/22/12 | D. Kent | 0.90 | Review and revise deposition designations from deposition of Barnard expert witness Jack Lemley, including exchange of memoranda with team members concerning same |
| 02/22/12 | D. Kent | 0.20 | Study/analysis of photographs of protective layer construction for use in witness preparation |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 33

|            |               |       | session with fact witness Jeff Beriswill, including exchange of memoranda with team members concerning same |
|------------|---------------|-------|-------------------------------------------------------------------------------------------------------------|
| 02/22/12   | D.   Kent     | 1.20  | Study/analysis of Molyneux testimony and exhibits for preparation of cross-examination outlines |
| 02/22/12   | D.   Kent     | 0.30  | Study/analysis of TBW's draft proposed jury charge and verdict form, including exchange of memoranda with team members concerning same |
| 02/22/12   | S. Wittie     | 2.50  | Edit and revise jury instructions and verdict form, multiple communications concerning same |
| 02/22/12   | S. Wittie     | 1.80  | Attention to jury charge issues, waiver and mitigation defenses |
| 02/22/12   | J. Scott      | 2.00  | Research economic waste doctrine with respect to public contracts |
| 02/22/12   | C. Steinmann  | 10.00 | Cut designations for Colvin, Marple, and Lemley; continue working on reordering exhibits per Court Order; telephone conference with Casey Gooden regarding demonstratives and flyover video; work on flyover video timing |
| 02/22/12   | G. Fountain   | 0.90  | Assist attorney with Rice examination outline |
| 02/22/12   | G. Fountain   | 5.60  | Assist attorney with deposition designations in preparation for trial |
| 02/22/12   | G. Fountain   | 0.50  | Work on notebook material related to the reservoir operation and maintenance plans in preparation for trial |
| 02/22/12   | G. Fountain   | 0.30  | Assist attorney David Kent with witness trial preparation |
| 02/22/12   | G. Fountain   | 0.20  | Prepare deposition transcripts for transmittal to Meyer for review |
| 02/22/12   | G. Fountain   | 1.00  | Analysis of production documents related to reservoir operation and maintenance plan to determine if drafts were finalized |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 34

| 02/22/12 | G. Fountain | 0.50 | Work on HDR supplemental trial exhibits |
| 02/22/12 | E. Jackson | 0.40 | Receive proposed accommodation diagram and communications with Hyatt Tampa confirming trial war-room resources and underlying network and electrical requirements for secure and redundant connectivity |
| 02/22/12 | J. Steere | 1.50 | Information gathering and further preparation for war room setup |
| 02/23/12 | W. Mason | 14.40 | Receive and review TBW's proposed jury instructions and verdict form; continue trial preparation, including meeting re Molyneux cross-examination; |
| 02/23/12 | K. Meaders | 15.60 | Work on trial exhibit list; email to Harrison requesting telephone call on issues; meeting with trial graphic artist to finalize trial graphics; meeting with attorneys Mason and Kent on Molyneux examination; telephone conference ███████████████████████████ ███████ meeting with transportation team regarding logistics of shipping trial materials and smart board for trial; meeting with firm information technology team to prepare war room; telephone conference with Tim Woodward to have Gilman visit FDEP to find O&M plan; revise documents; telephone conference with John Ranon to set up phone interview; research economic waste issues; telephone conference ███████████ ███████████; meeting to finalize demonstrative with Gail Fountain; additional Swenson document review and cross examination; receipt and initial review of exhibit list reorganization |
| 02/23/12 | D. Kent | 2.00 | Analysis and planning with team members regarding exhibits to use with HDR fact and expert witnesses, including revisions of time line |


|            |          |      | exhibits |
|------------|----------|------|----------|
| 02/23/12   | D. Kent  | 0.40 | Analysis and planning with team member regarding TBW's proposed jury charge and verdict form |
| 02/23/12   | D. Kent  | 0.10 | Telephone conference ██████████ |
| 02/23/12   | D. Kent  | 0.10 | Telephone conference ██████████ |
| 02/23/12   | D. Kent  | 1.70 | Study/analysis of deposition transcripts, exhibits and expert reports of TBW expert witness O'Connell for preparation of trial examination outlines |
| 02/23/12   | D. Kent  | 0.70 | Analysis and planning with Wayne Mason and team member regarding strategy for cross-examination of Black & Veatch non-retained expert witness Dominic Molyneux |
| 02/23/12   | D. Kent  | 0.60 | Conference/meeting with trial graphics consultant regarding trial exhibits and demonstratives |
| 02/23/12   | D. Kent  | 0.30 | Analysis and planning with local counsel and with team members regarding witness preparation session with Jeff Beriswill |
| 02/23/12   | D. Kent  | 3.80 | Review and revise proposed draft jury instructions and verdict form, including study/analysis of TBW's proposed instructions and verdict form in comparison to HDR's proposed forms and exchange of memoranda with team members concerning same |
| 02/23/12   | D. Kent  | 1.60 | Prepare for witness examination preparation session with Jeff Beriswill, including study/analysis of deposition transcript and exhibits, plus billable portion of travel from |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 36

|            |                |       | DFW to Tampa |
|------------|----------------|-------|--------------|
| 02/23/12 | J. Scott | 0.30 | Review TBW's response to HDR's motion for summary judgment discussing economic waste doctrine |
| 02/23/12 | C. Steinmann | 9.50 | Continue working on exhibit list to remove unnecessary exhibits, reorder exhibits, and determine exhibits to be used during videos; meet with Meaders regarding demonstratives; contact graphics team regarding demonstratives and smart board; revise Rice trial outline |
| 02/23/12 | G. Fountain | 4.00 | Analysis of production documents related to reservoir operation and maintenance plan to determine if drafts were finalized |
| 02/23/12 | G. Fountain | 0.80 | Assist attorney with demonstrative trial exhibits |
| 02/23/12 | G. Fountain | 2.20 | Analysis of production documents related to witness Swenson to determine if needed for supplemental trial exhibits |
| 02/23/12 | G. Fountain | 2.30 | Assist attorney with deposition designations in preparation for trial |
| 02/23/12 | G. Fountain | 0.80 | Work on supplemental trial exhibits |
| 02/23/12 | J. Steere | 1.00 | Research and document necessary electrical specifications and network connectivity for war room prep |
| 02/24/12 | W. Mason | 14.60 | Meet with Casey Gooden regarding trial graphics (.8); multiple telephone conferences with Harrison re jury instructions (.9); continued trial preparation, including review of Order on plaintiff's construed motion to delete count III, review of comparison of jury instructions and verdict forms submitted by both parties and numerous e-mail communications on what can be agreed upon (12.9) |
| 02/24/12 | K. Meaders | 12.90 | Reorder and review exhibit list; add exhibits to list for purposes of trial; work on hotel accommodations and war room; work on pretrial |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 37

jury charge; work on issues with respect to Link designations; work on trial graphics team; work on issues regarding final O&M plan; receipt and review of Court Order dismissing QC; ███ ███████████████████████████████ revise TBW/Barnard settlement agreement; receipt and review of report on Beriswell; work on flyover video; add cross to Rice on the soil cement; telephone conference with David Kent regarding jury charge; work on jury charge; telephone conference with David Carrier; telephone conference with John Ranon; dictate report regarding interview; office conference with Mason regarding interview with Ranon; finalize changes to exhibit list

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/24/12 | D. Kent | 4.00 | Prepare for and meet with witness Jeff Beriswill, including conferences and exchange of memoranda with team members and local counsel concerning same |
| 02/24/12 | D. Kent | 3.70 | Review and revise draft proposed jury instructions and verdict form, coordinating similarities and differences between TBW's and HDR's proposed instructions and verdict, including analysis and planning, conferences and exchange of memoranda with team members and local counsel concerning same |
| 02/24/12 | D. Kent | 0.80 | Telephone conference ██████████ ████████████████████████ including exchange of memoranda and analysis and planning with local counsel and team member concerning same |
| 02/24/12 | D. Kent | 0.90 | Study/analysis of pleadings and court orders regarding TBW's claim for prejudgment interest, including legal research and exchange of memoranda with team members and local counsel concerning same |


| 02/24/12 | C. Steinmann | 8.00 | Meet with graphics team to work on demonstratives; work on Rice outline; begin working on Seeber exhibits and examination outline; review Adams exhibits and determine removal, deposition run time, and other witness organization; work on flyover video timing |
| 02/24/12 | G. Fountain | 0.60 | Assist attorney with demonstrative trial exhibits |
| 02/24/12 | G. Fountain | 7.00 | Work on reorganizing trial exhibit list by witness order as per court order instructions |
| 02/24/12 | G. Fountain | 3.00 | Analysis of production documents related to reservoir operation and maintenance plan to determine if drafts were finalized |
| 02/24/12 | G. Fountain | 2.00 | Assist attorney with trial exhibits to determine if removal needed |
| 02/24/12 | J. Steere | 2.00 | Open negotiations with Hyatt over internet fees, confirm necessary access, amenities, and onsite support, and ensure equipment in good order. |
| 02/25/12 | W. Mason | 10.20 | Continue trial preparation |
| 02/25/12 | K. Meaders | 9.50 | Follow up on physical evidence and supplies for war room and courtroom; revise and forward trial team hotel accommodations; work on issues to reduce cost of war room technical needs; attention to joint exhibits considering QC rulings, exhibits with revisions and reordering; jury charge and emails from Harrison; revised trial exhibits; telephone conference with Jennifer Yarek on photo geometry work; ███████ Swenson cross exam that passed reservoir renovation without settling on cause; revise memorandum regarding interview with John Ranon; dictate and revise memorandum of interview ███████ emails with Kent and Claudia Dwyer to recreate red lined jury charge |
| 02/25/12 | D. Kent | 2.30 | Study/analysis of deposition transcript, exhibits and evidence for use in cross-examination of |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 39

| | | | TBW expert witness O'Connell |
|---|---|---|---|
| 02/25/12 | D. Kent | 0.60 | Analysis and planning with team members regarding revisions of proposed jury charge and verdict form, including exchange of correspondence with opposing counsel and exchange of memoranda and telephone conferences with team members concerning same |
| 02/25/12 | D. Kent | 0.60 | Logistical planning and preparation for pre-trial support and preparation activities in Tampa |
| 02/25/12 | D. Kent | 1.10 | Study/analysis of deposition transcripts, exhibits and evidence for cross-examination of TBW witness Dominic Molyneux |
| 02/25/12 | D. Kent | 1.40 | Study/analysis of deposition transcripts, exhibits and evidence for examination of HDR and TBW witness Jeff Beriswill |
| 02/25/12 | J. Scott | 2.00 | Review previous filings and court rulings re: economic waste doctrine; review previous research on economic waste; discuss same with K. Meaders; research secondary authorities on economic waste and public entities |
| 02/25/12 | C. Steinmann | 5.00 | Continue working on exhibit list; continue work on Seeber cross examination outline |
| 02/25/12 | G. Fountain | 3.00 | Work on reorganizing trial exhibit list by witness order as per court order instructions |
| 02/26/12 | W. Mason | 10.70 | Conference calls ███████████ ████████████████ continued trial preparation (9.3) |
| 02/26/12 | K. Meaders | 9.90 | Revisions and attention to jury charge and verdict form; work on Kennedy cross; work on additional demonstrative and check list of prior demonstrative ideas; work on cross examination of Janice Swenson; work on issues regarding exhibits for trial; work on selection of Dallas war room items to travel to Tampa; revise memorandum of interviews with John Ranon |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 40

|  |  |  |  |
|---|---|---|---|
|  |  |  | and Ed Copeland; work on Seeber Financial Statement cross examination; telephone conference ██████ ████████████ █████ revise demonstrative exhibits; revise Swenson Cross; add ideas to Carrier cross; review of report of test of opening statement |
| 02/26/12 | D. Kent | 1.00 | Review and revise HDR's revision of TBW's draft jury charge and verdict form, including exchange of memoranda and telephone conference with team members concerning same |
| 02/26/12 | D. Kent | 3.50 | Prepare for witness preparation session ███ ████████████████████ █████ ████ |
| 02/26/12 | D. Kent | 2.50 | Review and revise trial exhibit list, including exchange of memoranda with team members concerning same |
| 02/26/12 | D. Kent | 0.40 | Exchange memoranda with team members ███████████████████████ |
| 02/26/12 | D. Kent | 0.30 | Study/analysis of memoranda regarding witness interview sessions with John Ranon and Ed Copeland, including exchange of memoranda with team member concerning same |
| 02/26/12 | D. Kent | 1.30 | Study/analysis of deposition transcripts, exhibits and evidence for use in preparing cross-examination of TBW expert witness O'Connell |
| 02/27/12 | W. Mason | 16.20 | Continue trial preparation |
| 02/27/12 | K. Meaders | 14.60 | Exhibit list revisions; preparation for telephone conference with Richard Harrison on exhibits; office conference with Jared Scott regarding economic waste research; email of exhibits |



considered by David Kent to remove; ████████
████████ send document to slingshot for review; telephone conference with Mark Oural and preparation for meeting; telephone conference with Wayne Mason on prejudgment interest issues; telephone conference with Tim Woodward on prejudgment interest issues; receipt and review of TBW suggestions regarding jury charge; email to Vance Wittie regarding charge; telephone conference with attorney Richard Harrison regarding pretrial agreement; exhibits and jury charge; travel to Tampa, FL with preparation of Rice cross and Swenson cross while in route; work on jury charge questions while in route; additional jury charge work

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/27/12 | D. Kent | 7.00 | Prepare for and meet with ████████ |
| 02/27/12 | D. Kent | 0.90 | Review and revise trial exhibit list |
| 02/27/12 | D. Kent | 3.30 | Review and revise proposed jury charge and verdict form, including study/analysis of TBW's proposed revisions, legal research, and exchange of memoranda with team members concerning same |
| 02/27/12 | D. Kent | 0.30 | Exchange correspondence with Wayne Mason and team members concerning Peace River specifications for embankment and protective layer |
| 02/27/12 | D. Kent | 0.20 | Telephone conferences ████████ |
| 02/27/12 | S. Wittie | 1.40 | Attention to revisions in jury charge |
| 02/27/12 | J. Scott | 8.00 | Research economic waste theory of damages for trial brief on jury instructions; draft trial brief on |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 42

|            |               |        | jury instructions                                                                                                                                                                                                         |
|------------|---------------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 02/27/12   | C. Steinmann  | 9.20   | Telephone conference with Harrison regarding exhibits, deposition designations, exhibits exchange, and jury charge; email exchange with graphics team regarding wedge and video; review jury research results and prepare comments regarding the same |
| 02/27/12   | G. Fountain   | 8.00   | Work on reorganizing trial exhibit list by witness order as per court order instructions                                                                                                                                   |
| 02/27/12   | G. Fountain   | 0.30   | Prepare HDR supplemental trial exhibits for transmittal to opposing counsel                                                                                                                                                |
| 02/27/12   | J. Steere     | 0.50   | Coordinate with other offices on equipment needs, including configuration and shipping for war room setup.                                                                                                                 |
| 02/28/12   | W. Mason      | 15.80  | Continue trial preparation; ███████████████████████████████████████████████████████████████████████████████████████                                                                                                     |
| 02/28/12   | K. Meaders    | 14.00  | Preparation session ████████████; preparation session with ███████████ work on jury charge; work on issues related to exhibits; telephone conference telephone conference ██████████████ ███ telephone conference with David Carrier regarding information of analysis; return travel to Dallas with response to attorney Wayne Mason trial preparation status; work on exhibit list |
| 02/28/12   | D. Kent       | 4.30   | Review and revise proposed jury instruction and verdict form, including legal research, conference and exchange memoranda with Wayne Mason, team members and local counsel, and exchange of correspondence with opposing counsel concerning same |
| 02/28/12   | D. Kent       | 0.60   | Exchange memoranda with Wayne Mason and                                                                                                                                                                                    |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 43

| | | | |
|---|---|---|---|
| | | | team members concerning various case evidentiary, exhibit and legal issues |
| 02/28/12 | D. Kent | 3.00 | Prepare memorandum regarding definition of "first costs," including legal research, review of expert witness reports and depositions, and proposed jury instructions |
| 02/28/12 | D. Kent | 1.70 | Prepare for witness examination preparation session ███████████████████████████████ ████████████ |
| 02/28/12 | D. Kent | 0.40 | Telephone conferences ████████████████ ████████████████████████████████ |
| 02/28/12 | D. Kent | 2.00 | Analysis and planning regarding TBW's claim for prejudgment interest, including legal research and telephone conferences and exchange of memoranda with team members concerning same |
| 02/28/12 | D. Kent | 0.10 | Exchange correspondence ██████████████ ████████████████ |
| 02/28/12 | J. Scott | 6.00 | Research economic waste doctrine under Florida law and its applicability to publicly-owned or special use property; incorporate research findings into trial brief in support of HDR's jury charge on economic waste |
| 02/28/12 | C. Steinmann | 8.10 | Continue working on Seeber; review timeline demonstrative and begin preparing notes for changes; discuss demonstratives with Meaders |
| 02/28/12 | G. Fountain | 1.50 | Work on organization of trial material in preparation for transmittal to Tampa |
| 02/28/12 | G. Fountain | 5.60 | Assist attorney with witness outlines and trial exhibit list |
| 02/28/12 | J. Steere | 1.00 | Continued resource coordination for war room |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 44

setup.

| 02/29/12 | W. Mason | 13.70 | Continue trial preparation; |

| 02/29/12 | K. Meaders | 14.60 | Work on reordering of exhibits; conference with legal assistant Gail Fountain regarding same; work on preliminary jury charge; meeting with attorney Steinmann regarding demonstrative exhibits and Seeber Cross outline; meeting with Attorney Mason and Steinmann regarding exhibits, demonstratives and Seeber Cross; telephone call ███████████ ███████ general trial preparation; emails regarding CDG election as Fabre or settlement dollars; work on logistics of file transfer; work on jury verdict form; Revise Swenson Cross Examination outline; email with David Kent on preliminary pretrial and jury charge; |

| 02/29/12 | D. Kent | 4.00 | Prepare for and meet with ███████ ████████████████████ |

| 02/29/12 | D. Kent | 10.00 | Review and revise proposed jury instructions and verdict form, including legal research, office and telephone conferences and exchange of memoranda with Wayne Mason. Kurt Meaders, local counsel, and telephone conferences and exchange of correspondence with opposing counsel concerning same |

| 02/29/12 | J. Scott | 3.30 | revise motion in support of HDR's jury charge on economic waste; review previous court orders to incorporate quotes into brief on economic waste |

| 02/29/12 | C. Steinmann | 12.40 | Meet with Wayne and Kurt regarding demonstratives and other trial items; revise timeline demonstrative; review final cut video; continue work on Seeber outline; continue work on exhibit list |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 12, 2012
Invoice No. 1059590
Page 45

| 02/29/12 | G. Fountain | 9.50 | Assist attorney with witness outlines and trial exhibit list |
|---|---|---|---|
| 02/29/12 | E. Jackson | 4.80 | Multiple conferences with Hyatt and Sedgwick IT engineers; complete design and configuration of VPN network, telephone and data equipment for secure network for Tampa trial war-room; prepare status communication regarding same |
| 02/29/12 | J. Steere | 1.00 | Negotiations and coordination with Hyatt on war room prep |

Total Hours 1,431.00
**Total Fee Amount** **$476,901.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 322.70 | 455.00 | $146,828.50 |
| K. Meaders | 369.80 | 330.00 | 122,034.00 |
| D. Kent | 269.30 | 395.00 | 106,373.50 |
| S. Wittie | 14.50 | 350.00 | 5,075.00 |
| R. Brown | 24.90 | 265.00 | 6,598.50 |
| J. Scott | 74.30 | 275.00 | 20,432.50 |
| C. Steinmann | 184.50 | 265.00 | 48,892.50 |
| A. Buchanan | 7.40 | 240.00 | 1,776.00 |
| C. Alm | 14.00 | 115.00 | 1,610.00 |
| G. Fountain | 123.20 | 115.00 | 14,168.00 |
| R. Gersten | 1.00 | 125.00 | 125.00 |
| M. Stringer | 6.70 | 125.00 | 837.50 |
| E. Jackson | 10.20 | 115.00 | 1,173.00 |
| J. Steere | 8.50 | 115.00 | 977.50 |
| **Total** | **1,431.00** | | **$476,901.50** |

**Disbursements:**

| 01/17/12 | Travel/Mileage Mason, Wayne B. / DA- | 22.20 |
|---|---|---|
| 01/17/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 12.00 |
| 01/17/12 | Travel/Air Fare Mason, Wayne B. / DA- | 495.60 |
| 01/18/12 | Travel/Air Fare Mason, Wayne B. / DA- | 1,462.60 |



| 01/20/12 | Travel/Air Fare Meaders, Kurt W. / DA | 991.60 |
| 01/20/12 | Travel/Air Fare Meaders, Kurt W. / DA | 25.00 |
| 01/23/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 71.90 |
| 01/23/12 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 27.00 |
| 01/23/12 | Travel/Lodging Kent, David, C. / DA | 451.16 |
| 01/23/12 | Travel/Lodging Mason, Wayne B. / DA- | 213.05 |
| 01/23/12 | Travel/Individual    Meals Kent, David, C. / DA | 66.16 |
| 01/23/12 | Travel/Individual    Meals Kent, David, C. / DA | 20.29 |
| 01/23/12 | Travel/Individual    Meals Kent, David, C. / DA | 19.29 |
| 01/23/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 4.49 |
| 01/23/12 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 01/23/12 | Travel/Air Fare Kent, David, C. / DA | 1,200.60 |
| 01/23/12 | Parking/Tolls Kent, David, C. / DA | 82.77 |
| 01/24/12 | Travel/Lodging Mason, Wayne B. / DA- | 213.05 |
| 01/24/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 33.03 |
| 01/24/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 12.00 |
| 01/24/12 | Travel/Group Meals Mason, Wayne B. / DA- | 234.74 |
| 01/25/12 | Travel/Lodging Mason, Wayne B. / DA- | 213.05 |
| 01/25/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 26.78 |
| 01/25/12 | Travel/Group Meals Meaders, Kurt W. / DA | 27.25 |
| 01/26/12 | Travel/Mileage    Mason, Wayne B. / DA- | 22.20 |
| 01/26/12 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 25.00 |
| 01/26/12 | Delivery/Messenger    Service Federal Express Corporation | 12.70 |
| 01/26/12 | Parking/Tolls Mason, Wayne B. / DA- | 78.77 |
| 01/29/12 | Travel/Lodging Mason, Wayne B. / DA- | 155.68 |
| 01/29/12 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 01/30/12 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 20.00 |
| 01/30/12 | Meals Harris N.A. (BMO) | 168.84 |
| 01/30/12 | Travel/Lodging Mason, Wayne B. / DA- | 155.68 |
| 01/30/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 52.87 |
| 01/30/12 | Travel/Group Meals Mason, Wayne B. / DA- | 41.20 |
| 01/30/12 | Travel/Group Meals Mason, Wayne B. / DA- | 248.88 |
| 01/30/12 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 01/31/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 01/31/12 | Travel/Group Meals Meaders, Kurt W. / DA | 56.54 |
| 01/31/12 | Travel/Air Fare Mason, Wayne B. / DA- | 622.80 |
| 02/01/12 | Travel/Mileage Kent, David, C. / DA | 58.20 |
| 02/01/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 58.98 |
| 02/01/12 | Lexis | 105.41 |
| 02/01/12 | Lexis | 34.36 |



| | |
|---|---|
| 02/01/12 Lexis | 6.65 |
| 02/01/12 Lexis | 9.58 |
| 02/01/12 Lexis | 4.29 |
| 02/01/12 Lexis | 42.96 |
| 02/01/12 Lexis | 86.30 |
| 02/01/12 Lexis | 0.52 |
| 02/01/12 Lexis | 4.43 |
| 02/01/12 Westlaw | 258.33 |
| 02/01/12   Travel/Lodging Kent, David, C. / DA | 212.18 |
| 02/01/12 Travel/Individual   Meals Kent, David, C. / DA | 91.88 |
| 02/01/12   Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 02/01/12   Travel/Group Meals Meaders, Kurt W. / DA | 488.96 |
| 02/01/12   Travel/Group Meals Meaders, Kurt W. / DA | 18.46 |
| 02/01/12   Travel/Air Fare Kent, David, C. / DA | 1,860.60 |
| 02/01/12   Parking/Tolls Mason, Wayne B. / DA- | 78.77 |
| 02/01/12   Parking/Tolls Kent, David, C. / DA | 56.51 |
| 02/01/12   Casey- to see Steinmann and Meaders | 10.50 |
| 02/01/12 Casey-Meaders   guest | 6.00 |
| 02/02/12 Lexis | 5.33 |
| 02/02/12 Lexis | 8.59 |
| 02/02/12 Lexis | 2.20 |
| 02/02/12 Lexis | 4.44 |
| 02/02/12 Lexis | 122.90 |
| 02/02/12 Lexis | 12.90 |
| 02/02/12 Lexis | 56.45 |
| 02/02/12 Lexis | 68.75 |
| 02/02/12 Lexis | 5.59 |
| 02/02/12 Delivery/Messenger   Service Federal Express Corporation | 30.71 |
| 02/02/12 Delivery/Messenger   Service Federal Express Corporation | 12.70 |
| 02/02/12 Delivery/Messenger   Service Federal Express Corporation | 157.30 |
| 02/02/12 Delivery/Messenger   Service Federal Express Corporation | 150.18 |
| 02/02/12   Travel/Group Meals Meaders, Kurt W. / DA | 58.71 |
| 02/02/12   Travel/Air Fare Mason, Wayne B. / DA- | 887.60 |
| 02/03/12 Telephone   WINCHESTER MA (178)172-1403 | 0.24 |
| 02/03/12 Westlaw | 189.01 |
| 02/03/12 Travel/Individual   Meals Meaders, Kurt W. / DA | 22.39 |
| 02/03/12 Travel/Car   Rental Mason, Wayne B. / DA- | 274.87 |
| 02/03/12   Other Travel-related expenses Meaders, Kurt W. / DA | 13.70 |
| 02/03/12   Travel/Air Fare Meaders, Kurt W. / DA | 1,118.60 |
| 02/04/12 Westlaw | 857.72 |



| | | |
|---|---|---:|
| 02/04/12 | Travel/Lodging Meaders, Kurt W. / DA | 634.72 |
| 02/04/12 | Photocopy (15 @ $0.15) | 2.25 |
| 02/04/12 | Photocopy (15 @ $0.15) | 2.25 |
| 02/04/12 | Parking/Tolls Meaders, Kurt W. / DA | 99.59 |
| 02/05/12 | Telephone    WINCHESTER MA (178)172-1403 | 0.08 |
| 02/05/12 | Lexis | 8.58 |
| 02/05/12 | Lexis | 9.22 |
| 02/05/12 | Lexis | 140.16 |
| 02/05/12 | Westlaw | 673.91 |
| 02/06/12 | Telephone    WINCHESTER MA (178)172-1403 | 0.56 |
| 02/06/12 | Telephone    OMAHA      NE (140)239-9125 | 0.08 |
| 02/06/12 | Telephone TAMPA      FL (181)328-9070 | 0.48 |
| 02/06/12 | Telephone    WINCHESTER MA (178)172-1403 | 0.88 |
| 02/06/12 | Telephone    WINCHESTER MA (178)172-1403 | 0.96 |
| 02/06/12 | Telephone    WINCHESTER MA (178)172-1403 | 0.56 |
| 02/06/12 | Telephone    WINCHESTER MA (178)172-1403 | 2.64 |
| 02/06/12 | Lexis | 24.50 |
| 02/06/12 | Lexis | 125.42 |
| 02/06/12 | Lexis | 0.93 |
| 02/06/12 | Lexis | 6.66 |
| 02/06/12 | Lexis | 17.04 |
| 02/06/12 | Lexis | 38.66 |
| 02/06/12 | Westlaw | 684.46 |
| 02/06/12 | Copy Service Fundamental American, LLC | 982.64 |
| 02/07/12 | Telephone NORWELL    MA (178)142-4391 | 0.32 |
| 02/07/12 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 02/07/12 | Westlaw | 1,111.24 |
| 02/07/12 | Travel/Lodging Mason, Wayne B. / DA- | 244.25 |
| 02/07/12 | Travel/Group Meals Mason, Wayne B. / DA- | 239.02 |
| 02/07/12 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 02/08/12 | Telephone      FL (181)328-9070 | 0.08 |
| 02/08/12 | Telephone CLEARWATER FL (172)742-0697 | 0.40 |
| 02/08/12 | Telephone    WINCHESTER MA (178)172-1403 | 0.08 |
| 02/08/12 | Lexis | 0.91 |
| 02/08/12 | Lexis | 4.43 |
| 02/08/12 | Lexis | 8.07 |
| 02/08/12 | Lexis | 8.61 |
| 02/08/12 | Lexis | 122.64 |
| 02/08/12 | Westlaw | 199.54 |
| 02/08/12 | Travel/Lodging Mason, Wayne B. / DA- | 166.88 |



| | | |
|---|---|---:|
| 02/08/12 | COPIES (20 @ $0.15) | 3.00 |
| 02/08/12 | COPIES (400 @ $0.15) | 60.00 |
| 02/08/12 | COPIES | 87.50 |
| 02/08/12 | Color   Photocopy | 10.50 |
| 02/08/12 | Color   Photocopy | 12.75 |
| 02/08/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 214.00 |
| 02/08/12 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 02/09/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 20.00 |
| 02/09/12 | Lexis | 75.35 |
| 02/09/12 | Lexis | 21.47 |
| 02/09/12 | Lexis | 10.02 |
| 02/09/12 | Lexis | 11.11 |
| 02/09/12 | Westlaw | 640.28 |
| 02/09/12 | Westlaw | 83.35 |
| 02/09/12 | Travel/Lodging Kent, David, C. / DA | 179.19 |
| 02/09/12 | Travel/Lodging Mason, Wayne B. / DA- | 166.88 |
| 02/09/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 02/09/12 | Travel/Individual   Meals Kent, David, C. / DA | 56.16 |
| 02/09/12 | Travel/Individual   Meals Kent, David, C. / DA | 5.89 |
| 02/09/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 41.72 |
| 02/09/12 | Other Travel-related expenses Kent, David, C. / DA | 5.00 |
| 02/09/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 20.00 |
| 02/09/12 | Travel/Group Meals Mason, Wayne B. / DA- | 36.13 |
| 02/09/12 | Travel/Air Fare Kent, David, C. / DA | 1,088.60 |
| 02/09/12 | Travel/Air Fare Mason, Wayne B. / DA- | 70.00 |
| 02/09/12 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 02/09/12 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 02/09/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/10/12 | Telephone TAMPA     FL (181)328-2230 | 0.16 |
| 02/10/12 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 02/10/12 | Telephone TAMPA     FL (181)387-4123 | 0.32 |
| 02/10/12 | Travel/Mileage   Mason, Wayne B. / DA- | 22.20 |
| 02/10/12 | COPIES (3 @ $0.15) | 0.45 |
| 02/10/12 | Travel/Car   Rental Mason, Wayne B. / DA- | 126.71 |
| 02/10/12 | Travel/Air Fare Meaders, Kurt W. / DA | 25.00 |
| 02/10/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/10/12 | Parking/Tolls Mason, Wayne B. / DA- | 105.03 |
| 02/11/12 | Travel/Lodging Meaders, Kurt W. / DA | 1,088.40 |
| 02/11/12 | Other Travel-related expenses Meaders, Kurt W. / DA | 34.95 |
| 02/11/12 | Parking/Tolls Meaders, Kurt W. / DA | 99.59 |



| | |
|---|---|
| 02/13/12   Telephone TAMPA      FL (181)328-9070 | 0.32 |
| 02/13/12 Lexis | 3.19 |
| 02/13/12 Lexis | 17.75 |
| 02/13/12 Lexis | 28.79 |
| 02/13/12 Lexis | 21.49 |
| 02/13/12 Lexis | 167.62 |
| 02/13/12 Lexis | 0.28 |
| 02/13/12 Lexis | 4.30 |
| 02/13/12 Lexis | 133.21 |
| 02/13/12 Lexis | 39.35 |
| 02/13/12 Lexis | 2.28 |
| 02/13/12 Westlaw | 733.46 |
| 02/13/12   Photocopy (5 @ $0.15) | 0.75 |
| 02/13/12   Photocopy (23 @ $0.15) | 3.45 |
| 02/14/12   Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 02/14/12   Telephone TAMPA      FL (181)328-9070 | 0.32 |
| 02/14/12 Lexis | 12.90 |
| 02/14/12 Lexis | 73.63 |
| 02/14/12 Lexis | 17.18 |
| 02/14/12 Lexis | 25.39 |
| 02/14/12 Lexis | 43.00 |
| 02/14/12 Lexis | 7.33 |
| 02/14/12 Lexis | 17.77 |
| 02/14/12 Lexis | 98.86 |
| 02/14/12 Lexis | 13.14 |
| 02/14/12 Lexis | 193.35 |
| 02/14/12 Westlaw | 904.04 |
| 02/14/12 Westlaw | 63.92 |
| 02/14/12   Photocopy (114 @ $0.15) | 17.10 |
| 02/14/12   COPIES (1 @ $0.15) | 0.15 |
| 02/14/12   Photocopy (128 @ $0.15) | 19.20 |
| 02/14/12 COPIES | 1.00 |
| 02/14/12 Color   Photocopy | 44.50 |
| 02/15/12   Telephone TAMPA      FL (181)322-2490 | 1.04 |
| 02/15/12 Lexis | 193.61 |
| 02/15/12 Lexis | 6.75 |
| 02/15/12 Lexis | 2.23 |
| 02/15/12 Lexis | 27.00 |
| 02/15/12 Lexis | 0.14 |
| 02/15/12 Lexis | 51.58 |



| | | |
|---|---|---:|
| 02/15/12 | Lexis | 147.26 |
| 02/15/12 | Lexis | 8.60 |
| 02/15/12 | Lexis | 4.29 |
| 02/15/12 | Lexis | 34.40 |
| 02/15/12 | Westlaw | 203.52 |
| 02/15/12 | Travel/Individual    Meals Kent, David, C. / DA | 58.35 |
| 02/15/12 | Travel/Individual    Meals Kent, David, C. / DA | 9.99 |
| 02/15/12 | Travel/Individual    Meals Kent, David, C. / DA | 7.19 |
| 02/15/12 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 02/15/12 | Travel/Air Fare Kent, David, C. / DA | 1,451.60 |
| 02/15/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/16/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 30.00 |
| 02/16/12 | Westlaw | 155.83 |
| 02/16/12 | Travel/Lodging Kent, David, C. / DA | 299.23 |
| 02/16/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/16/12 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 02/17/12 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 02/17/12 | Telephone TAMPA     FL (181)328-9070 | 0.88 |
| 02/17/12 | Telephone TAMPA     FL (181)328-9070 | 1.20 |
| 02/17/12 | Photocopy (24 @ $0.15) | 3.60 |
| 02/17/12 | Photocopy (3 @ $0.15) | 0.45 |
| 02/17/12 | COPIES (5 @ $0.15) | 0.75 |
| 02/17/12 | Ken    Coulter | 16.00 |
| 02/19/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 66.36 |
| 02/19/12 | Travel/Lodging Kent, David, C. / DA | 212.18 |
| 02/19/12 | Travel/Individual    Meals Kent, David, C. / DA | 13.29 |
| 02/19/12 | Travel/Individual    Meals Kent, David, C. / DA | 4.60 |
| 02/19/12 | Travel/Individual    Meals Kent, David, C. / DA | 40.66 |
| 02/19/12 | Other Travel-related expenses Kent, David, C. / DA | 5.00 |
| 02/19/12 | Travel/Air Fare Kent, David, C. / DA | 1,870.60 |
| 02/19/12 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 02/20/12 | Telephone TAMPA     FL (181)328-9070 | 0.32 |
| 02/20/12 | Telephone    OMAHA      NE (140)263-0579 | 0.40 |
| 02/20/12 | Telephone    CHICAGO    IL (131)293-3710 | 0.56 |
| 02/20/12 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 02/20/12 | Telephone TAMPA     FL (181)322-3535 | 0.88 |
| 02/20/12 | COPIES (68 @ $0.15) | 10.20 |
| 02/20/12 | Parking/Tolls Kent, David, C. / DA | 5.00 |
| 02/20/12 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 02/21/12 | Telefax (5 @ $1.00) | 5.00 |



| | |
|---|---|
| 02/21/12   Telefax (5 @ $1.00) | 5.00 |
| 02/21/12 Postage | 0.65 |
| 02/22/12   Telephone TAMPA     FL (181)322-2493 | 0.08 |
| 02/22/12   Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 02/22/12   Witness expenses, not otherwise specified Argila Enterprises, Inc | 1,575.00 |
| 02/22/12 Lexis | 0.46 |
| 02/22/12 Lexis | 9.22 |
| 02/22/12 Westlaw | 285.62 |
| 02/22/12   Photocopy (9 @ $0.15) | 1.35 |
| 02/22/12   COPIES (131 @ $0.15) | 19.65 |
| 02/22/12   Photocopy (526 @ $0.15) | 78.90 |
| 02/22/12 Postage | 0.45 |
| 02/23/12 Telephone   ATLANTA   GA (140)432-6991 | 0.08 |
| 02/23/12   Telephone TAMPA     FL (181)372-8538 | 0.56 |
| 02/23/12   Telephone TAMPA     FL (181)327-7194 | 0.08 |
| 02/23/12 Westlaw | 53.02 |
| 02/23/12   Photocopy (114 @ $0.15) | 17.10 |
| 02/23/12   Photocopy (38 @ $0.15) | 5.70 |
| 02/23/12   Photocopy (40 @ $0.15) | 6.00 |
| 02/23/12 Color   Photocopy | 29.00 |
| 02/23/12 Color   Photocopy | 17.50 |
| 02/23/12 Color   Photocopy | 100.00 |
| 02/23/12 Color   Photocopy | 275.00 |
| 02/23/12   Electronic File Reproduction - Black & White | 18.00 |
| 02/23/12   Travel/Air Fare Fountain, Gail A. / DA | 517.80 |
| 02/23/12 Ken   Coulter | 13.50 |
| 02/24/12   Telephone TAMPA     FL (181)322-3535 | 0.24 |
| 02/24/12   Telephone TAMPA     FL (181)322-2490 | 0.16 |
| 02/24/12   Photocopy (30 @ $0.15) | 4.50 |
| 02/24/12 Ken   Coulter | 9.00 |
| 02/25/12 Westlaw | 196.72 |
| 02/25/12   Photocopy (72 @ $0.15) | 10.80 |
| 02/25/12   Photocopy (28 @ $0.15) | 4.20 |
| 02/25/12 Color   Photocopy | 76.50 |
| 02/27/12   Telephone TAMPA     FL (181)387-4123 | 0.32 |
| 02/27/12 Westlaw | 588.08 |
| 02/27/12   Photocopy (1 @ $0.15) | 0.15 |
| 02/27/12 Color   Photocopy | 0.75 |
| 02/27/12 Color   Photocopy | 33.75 |
| 02/28/12   Telephone TAMPA     FL (181)322-3535 | 3.04 |



| | | |
|---|---|---|
| 02/28/12 | Telephone TAMPA    FL (181)328-9070 | 0.48 |
| 02/28/12 | Telephone TAMPA    FL (181)328-9070 | 0.08 |
| 02/28/12 | Telephone    OMAHA       NE (140)239-9125 | 0.24 |
| 02/28/12 | Telephone    OMAHA       NE (140)239-9125 | 0.72 |
| 02/28/12 | Lexis | 30.09 |
| 02/28/12 | Lexis | 10.45 |
| 02/28/12 | Lexis | 10.73 |
| 02/28/12 | Lexis | 17.19 |
| 02/28/12 | Lexis | 2.05 |
| 02/28/12 | Lexis | 8.89 |
| 02/28/12 | Westlaw | 283.52 |
| 02/28/12 | Photocopy (13 @ $0.15) | 1.95 |
| 02/29/12 | Telephone TAMPA    FL (181)322-2490 | 0.08 |
| 02/29/12 | Westlaw | 179.26 |

**Total Disbursements     $37,640.14**

**Total Due     $514,541.64**

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-771-26687 | Jan 26, 2012 | 2323-3788-5 | 7 of 9 |

**Picked up:** Jan 19, 2012    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**    $86.08

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 21.0 lbs, 16" x 16" x 13', using a dimensional factor of 166.

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | USAB | | |
| Tracking ID | 869677150054 | SEDGWICK,DETERT, MORAN & ARNOLD | BRIAN CHASE |
| Service Type | FedEx Priority Overnight | 1717 MAIN ST STE 5400 | SEDGWICK,DETERT,MORAN & ARNOLD |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | 1111 BAGBY ST STE 2300 |
| Zone | 03 | | HOUSTON TX 77002 US |
| Packages | 1 | | |
| Actual Weight | 11.0 lbs, 5.0 kgs | | |
| Rated Weight | 21.0 lbs, 9.5 kgs | | |
| Delivered | Jan 20, 2012 08:23 | Transportation Charge | 70.00 |
| Svc Area | A1 | Fuel Surcharge | 3.91 |
| Signed by | M.SINGLETON | Discount | -39.90 |
| FedEx Use | 001914964/0001508/_ | **Total Charge**          **USD** | **$34.01** |

**Picked up:** Jan 19, 2012    **Cust. Ref.:** 03246.000135    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 7

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | USAB | | |
| Tracking ID | 875589083759 | MICHAEL CLERKLEY | CHRISTOPHER J COXON |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT, MORAN & ARNOLD | ASSOCIATE GENERAL COUNSEL UNIT |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 185 ASYLUM ST CTD39-20A |
| Zone | 07 | DALLAS TX 75201-7367 US | HARTFORD CT 06103 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 20, 2012 07:38 | | |
| Svc Area | A1 | Transportation Charge | 57.20 |
| Signed by | C.CHURCH | Fuel Surcharge | 7.44 |
| FedEx Use | 001914960/0000008/_ | **Total Charge**          **USD** | **$64.64** |

**Picked up:** Jan 20, 2012    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 7
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | INET | | |
| Tracking ID | 793137905974 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,LLP. | Sedgwick,LLP. |
| Package Type | FedEx Pak | 1717 Main Street | 333 BUSH ST FL 30 |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Jan 23, 2012 09:09 | Transportation Charge | 44.80 |
| Svc Area | A1 | Discount | -25.54 |
| Signed by | T.RUIZ | Fuel Surcharge | 2.50 |
| FedEx Use | 000000000/0001393/_ | **Total Charge**          **USD** | **$21.76** |

**Picked up:** Jan 20, 2012    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | INET | | |
| Tracking ID | 797971998106 | Gail Fountain | Richard Harrison |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT, MORAN & ARNOLD | Allen Dell, P.A. |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 202 S RDME AVE STE 100 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33606 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Declared Value | USD 1.00 | Transportation Charge | 26.15 |
| Delivered | Jan 23, 2012 09:24 | Declared Value Charge | 0.00 |
| Svc Area | A1 | Fuel Surcharge | 1.46 |

Continued on next page





# FUNDAMENTAL AMERICAN™

## Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2012 | 3723 |

**Bill to:**
Sedgwick, LLP
1717 Main St. #5400
Dallas, TX 75201

**Ship to / Re:**
Sedgwick, LLP
1717 Main St. #5400
Dallas, TX 75201

**214.742.1113 | 214.745.1718 fax | fundamentalamerican.com | copy@fundamentalamerican.com**

| Client Matter # | Terms | Rep | Order Date | Ordered By | Job # |
|-----------------|-------|-----|-----------|-----------|-------|
| 10711.000001 | 2% Net 30 | GMM | 2/3/2012 | Gail Fountain | 201201293 |

| Item Code | Description | Quantity | Price Each | Amount |
|-----------|-------------|----------|-----------|--------|
| Blow | B&W Blowback | 925 | 0.08 | 74.00T |
| Blow.c | Color Blowback | 667 | 1.25 | 833.75T |
| | Sales Tax | | 8.25% | 74.89 |

*trial exhibits*

**\* A P 1 3 9 7 8 4 1 \***

REC'D SF ACCTG
FEB 7 2012
BU YEE BAK

OK to Pay
3021

| | FA Dallas Operations, LLC | **Total** | **$982.64** |
|---|---|---|---|
| Please Pay From Invoice Remit To | PO Box 670732 Dallas, TX 75367-0732 Tax ID: 27-4462395 | | |

J Fountain

Received by _____ □Date

   

1201 Main Street, Suite 1700 | Dallas, TX 75202 | p: 214.742.1113 | f: 214.745.1718 | copy@fundamentalamerican.com

## Expense Report - Transmittal Report



ER000000350621 20144

**Spender** David C. Kent      **From** Jan 23, 2012   **To** Feb 25, 2012      **Reimbursement Amt** 1,922.17 USD

**Report name** Expert Witness meeting in Boston

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 7 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 1/23/12 | Individual Meal | United St... | 20.29 USD | Jennifer M. Arevalo |
| 1/23/12 | Individual Meal | United St... | 66.16 USD | Jennifer M. Arevalo |
| 1/23/12 | Individual Meal | United St... | 19.29 USD | Jennifer M. Arevalo |
| 1/23/12 | Lodging | United St... | 451.16 USD | Jennifer M. Arevalo |
| 1/23/12 | Airfare | United St... | 1,200.60 USD | Jennifer M. Arevalo |
| 1/23/12 | Taxi, Trains, o... | United St... | 71.90 USD | Jennifer M. Arevalo |
| 1/23/12 | Parking or Tolls | United St... | 82.77 USD | Jennifer M. Arevalo |

HYATT REGENCY - BOSTON
AVENUE ONE
(617) 422-5579

4022 Yupidee

23/1           1280        GST 1
     JAN25'12  8:49AM

1 CONT BRKFST              15.00

  Food Sales              15.00
  State&Local Tax          1.05
  Payment Due           $16.05

GRATUITY _____        3.95
TOTAL _____       20.00

SIGNATURE _____


STARBUCKS COFFEE D
DALLAS FT WORTH INT'L AIRPORT

9394 MICHAEL

CHK 2615 JAN23'12  2:04PM  GST 1
--------------------------------
     S u b t o t a l

1 LATTE G                 3.95

  SUBTOTAL                3.95
  TAX                     0.33
  AMOUNT PAID          4.28
  Stbk Card               4.28
       Amount 4.28
       TerminalID Z0051164
       RefrNbr 27349045
  Redemption Approved for $4.28
       Card Balance 39.93
       Gift Card Charge 4.28

Your order number is 26 5


**AmericanAirlines**

23 Jan 2012 16:55 EST
AA560 DFW-BOS
168126
Device ID GLX00031307
Transaction: 10057722227

          Sale

Product      Price  Qty  Amt.

COOKIE        3.29   1   3.29
PREM SAND    10.00   1  10.00
Misc Personal Charge 7.00  1  <7.00>

Total         USD        20.29
AMEX 1572     USD        20.29

     AmericanAirlines®
   We Know Why You Fly℠

  HYATT REGENCY - BOSTON
      IN-ROOM DINING
      (617) 422-5560

1002 RS CASH PM
--------------------------------
1836/1       9963        GST
  1
        JAN23'12  9:32PM
--------------------------------

  1 NATURAL BURGER        16.00
  1 CHOC BRD PUDDING       9.00
Misc Personal Charge   <8.50>
  1 DELIVERY FEE           4.00
     18.00 %
     18% IRD Gratuity      6.03

     Food Sales           25.00
     Wine Sales            8.50
     Delivery Charge       4.00
     Serv Chg / Grat       6.03
     State/Local Tax       2.63
     Payment Due  $46.16

All Room Service orders subject
  to State and Local Taxes,
  a Delivery Charge of $4.00
 and a service charge of 18%
Only the service charge is given
   to the service personnel
ADDTL GRATUITY _____
TOTAL _____
ROOM # _____ 1836 _____

SIGNATURE _____
PRINT NAME ____ Keck _____

-CITY OF BOSTON-
CAB #        381
D-ID #       3902
TRIP #      19428
DATE    01/25/12
RATE USED:      1
PASSENGERS:     1
START END  MILES
15:39 16:09  9.0
FARE: $    33.00
EXTRA: $    0.00
TOLLS: $   10.25
TIP: $      8.65
TOTAL: $   51.90

CARD #:     1572
AP #:     519817
CC CARD RECEIPT

HACKNEY CARRIAGE
(617) 536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

-CITY OF BOSTON-
CAB #        3866
D-ID #       8965
TRIP #      10273
DATE    01/25/12
RATE USED:      1
PASSENGERS:     1
START END  MILES
15:17 15:28  4.2
FARE: $    15.40
EXTRA: $    0.00
TOLLS: $    2.75
TOTAL: $   18.15

TIP: ____ 1.85

GR. TOT: 20.00

CASH RECEIPT

HACKNEY CARRIAGE
(617) 536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

---

STARBUCKS Store #7377
1 Financial Center
Boston, MA  (617) 428-0019
- - - - - - - - - - - - - - - - - - - -
CHK 665267
01/25/2012 09:07 AM
1802636   Drawer: 2  Reg: 2

Vt Latte                  3.95
2 Gr Skn Syrup Latte      8.10
  MSR FREE INCL MODIFIERS -1.00
  Vanilla
SBUX Card                11.82
XXXXXXXXXXXX2660

Subtotal                 11.05
Tax 6.25%                 0.69
Local Tax 0.75% - Meals   0.08
Total                    11.82
Change Due              $0.00

------------ Check Closed ------------
01/25/2012 09:07:52AM

SBUX Card x2660 New Balance: 28.11
Card is registered.

Your Savings Today is: $1.00


Introducing Starbucks(R)
Blonde Roast. The lighter
roast perfected. Now available
in Veranda Blend(TM) and
Willow Blend(TM). Learn more
at Starbucks.com/coffee

---

STARBUCKS COFFEE #75534
LOGAN INT'L AIRPORT - BOSTON, MA
(617) 634-6070

10214 THU
- - - - - - - - - - - - - - - - - - - -
CHK 748  JAN25'12  4:35PM
- - - - - - - - - - - - - - - - - - - -

1 Grnd L CAFFE LAT        3.70

  Subtotal                3.70
  Tax                     0.26
  Amt Paid              3.96
  Stbk Card               3.96
        Amount 3.96
     TerminalID Z0032221
       RefrNbr 27527287
 Redemption Approved for $3.96
       Card Balance 24.15
     Gift Card Charge 3.96

Your order number is: 748

# Kent, David

**ORBITZ**
FOR BUSINESS

# Sedgwick LLP

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Boston 1/23/12**.

**An air reservation has been added.**

**This air itinerary has not yet been ticketed. Confirmation by the airline(s) is still pending. We'll send an e-mail update once ticketing occurs.**

**A hotel reservation has been added.**

## Your current trip information -Boston 1/23/12

This trip includes **flights, hotel and attractions & services**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601XT1BFS0C |
| **Airline record locator:** | American Airlines - KULDZP |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Ticket numbers:** | Will be sent via e-mail within 24 hours |
| **Total flight cost:** | $1,200.60 USD |
| **Traveler(s)** | **Frequent flier details** |

DAVID KENT     American Airlines AAdvantage
          H106810

**Leave Monday, January 23, 2012**
**American Airlines 560** Economy | Boeing 757 Passenger (757) | 3hr 25min | 1556 miles

Depart:  **3:35pm**  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **8:00pm**  **Boston, MA**  Boston Logan International (BOS)

**Seat:** 23C | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Return Wednesday, January 25, 2012**
**American Airlines 455** Economy | Boeing 757 Passenger (757) | 4hr 20min | 1556 miles

Depart:  **7:05pm**  **Boston, MA**  Boston Logan International (BOS)
Arrive:   **10:25pm**  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

**Seat:** 16D | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. <u>See details</u>

**Important fare notes**
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur <u>change fees</u>.
Please read the <u>fare rules</u> and the ticket for more information.

## Attractions and services reservation

To redeem your attraction or service, print your voucher and present it to the vendor along with photo ID. Make sure the name on the voucher matches the name on the ID.

**One Way Arrival Ground Transportation - From BOS Airport** [Print voucher]

**Orbitz A&S record locator:** N7THDZ
**Date:** See voucher for available dates
**Quantity:** 1
**Option:** Arrival Ground Transportation: Car (1-3 passengers) - To Downtown Boston
**Redeemer:** David Kent
**Cost:** $47.00

Unless otherwise specified, all costs are provided in US dollars.

Attractions and services bookings are non-refundable.

<u>More details</u>

## Hotel reservation

**Orbitz Record Locator:** XSRLGI
**Hotel Confirmation number:** HY0066351601
**Reservation made for:** David Kent
**Reservation made by:** david.kent@sedgwicklaw.com
**Loyalty programs:** Hyatt Gold Passport   G30016989B
**Total charges :** 394.20 USD (taxes not included)

| | | |
|---|---|---|
| **Hyatt Regency Boston** | One Ave de Lafayette<br>Boston, MA  02111 | **Phone:** 1 617 912-1234<br>**Fax:** 1 617 451-2198 |

| | | | |
|---|---|---|---|
| **Check-in:** | **Mon, Jan 23, 2012** | 3:00 PM | |
| **Check-out:** | **Wed, Jan 25, 2012** | 12:00 PM | |

**Room description:** Company tvl rate king bed-sdma 1 king bed:floors 6-22:city view:
Company tvl rate king bed 1 king bed:floors 6-22:city view: dataport

**Additional hotel information**

**Total guests:** 1

**Total rooms:** 1

**Special requests:**

This property has a smoke-free policy

Late check in, after 4pm local time
We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** Guarantee: 01Jan2001 to 31Dec9999 - Must guarantee with a credit card at time of booking.

**Deposit:** DEPOSIT CREDIT CARDS: AX CA CB DC JB VI

**Cancellation:** CANCEL BY 3PM EST 24 HOURS PRIOR TO ARRIVAL

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| **Airfare, DAVID KENT (Adult)** | $1,193.60 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Total** | $1,200.60 USD |

### Billing information

**Card holder's Name:** David C Kent

**Card type:** American Express

**Card number:** xxxxxxxxxx157

### Attractions and Services cost summary

**One Way Arrival Ground Transportation - From BOS Airport**

| | |
|---|---|
| 1 Vehicle at $47.00 | $47.00 |
| **Total** | **$47.00** |

### Billing information

**Card holder's Name:** David C Kent

**Card type:** American Express

**Card number:** xxxxxxxxxx15

### Hotel cost summary

| Room rate | Mon | Tue |
|---|---|---|
| Jan 23-Jan 24 | $197 | $197 |

| | |
|---|---|
| **Applicable taxes:** | TAX: 14.450 PERCENT (not included) |
| **Total room cost:** | $394.20 |
| **Total charges*** | $394.20 |

****Taxes not included. TAX: 14.450 PERCENT**

***Note: Hotel cost displayed above does not include hotel taxes and fees.**

### Billing information

**Card holder's Name:** David C Kent

**Card type:** American Express

**Card number:** xxxxxxxxxx157

## Trip reference field information

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001
**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Lastly, you can always look up your itinerary online under My Trips or on your mobile phone at m.orbitzforbusiness.net. Additionally, you can visit Traveler Update for real-time travel information.

Thank you for choosing Orbitz for Business.

**To contact Orbitz for Business, please call 1-877-672-4891 or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

### Great rates

Add a Flight
Add a Car
Add a Hotel



Hyatt Regency Boston
One Avenue De Lafayette
Boston, MA. 02111
Tel: 617-912-1234
Fax: 617-451-2198
www.hyattregencyboston.com

## INVOICE

| | | | |
|---|---|---|---|
| Payee | David Kent | Room No. | 1836 |
| | 1717 Main St | Arrival | 01-23-12 |
| | Ste 5400 | Departure | 01-25-12 |
| | Dallas TX 752017367 | Page No. | 1 of 1 |
| | | Folio Window | 1 |
| Membership | GP  G30016989B | Folio | 450221 |
| Bonus Code | | Invoice | |
| Confirmation No. | 6635160101 | | |
| Group Name | | | |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 01-23-12 | Guest Room | | | 197.10 | |
| 01-23-12 | State Occupancy Tax 5.7% | | | 11.23 | |
| 01-23-12 | City Occupancy Tax 6.0% | | | 11.83 | |
| 01-23-12 | Convention Tax 2.75% | | | 5.42 | |
| 01-24-12 | Guest Room | | | 197.10 | |
| 01-24-12 | State Occupancy Tax 5.7% | | | 11.23 | |
| 01-24-12 | City Occupancy Tax 6.0% | | | 11.83 | |
| 01-24-12 | Convention Tax 2.75% | | | 5.42 | |
| 01-25-12 | American Express | XXXXXXXXXX1572 | XX/XX | | 451.16 |

Your Gold Passport account will be credited for this stay.

| | Charges | Credits |
|---|---|---|
| **Total** | **451.16** | **451.16** |
| **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal M-F (Gold Passport, Concierge, and VIP Rooms only). If refused, a refund of $1 will be provided.

Thank you for choosing Hyatt Regency Boston. We hope you enjoyed your stay. Our goal is to provide you with an exceptional stay. Your feedback in important to us. Please feel free to contact our CONSUMER AFFAIRS via e-mail at qualitybosto@hyatt.com or by phone at 617-422-5457.

We thank you for your business and appreciate your loyalty.

**Please remit payment to:**
**Hyatt Regency Boston**
**P.O. Box 203395**
**Dallas, TX 75320**

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Tuesday, January 24, 2012 8:59 PM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | January 23, 2012 13:42 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | January 23, 2012 14:28 | **Lane:** | DFW-NORTH-55 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.07139746 | **License Plate:** | DF3H958 | **License State:** | TX |

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Thursday, January 26, 2012 12:47 AM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt - David Kent 1/23-1/25 |



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1392373
Date: 1/22/2012 3:35:08 PM

SOLD
TO
David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1392373 | 1/23/2012 | 1/25/2012 | | $78.77 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total | $78.77 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Thursday, January 26, 2012 3:05 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | January 25, 2012 20:27 | **Lane:** | DFW-NORTH-15 |
| **Exit :** | January 25, 2012 21:31 | **Lane:** | DFW-NORTH-58 |

**Tag Number:** DNT.07139746    **License Plate:** DF3H958    **License State:**    TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

## Expense Report - Transmittal Report



ER0000003506212012014 5

**Spender** David C. Kent          **From** Feb 1, 2012   **To** Feb 2, 2012          **Reimbursement Amt** 2,348.35 USD

**Report name** expert witness meeting in Boston

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 7 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/1/12 | Individual Meal | United St... | 91.88 USD | Jennifer M. Arevalo |
| 2/1/12 | Miles/Kilos | United St... | 58.20 USD | Jennifer M. Arevalo |
| 2/1/12 | Parking or Tolls | United St... | 56.51 USD | Jennifer M. Arevalo |
| 2/1/12 | Taxi, Trains, o... | United St... | 58.98 USD | Jennifer M. Arevalo |
| 2/1/12 | Lodging | United St... | 212.18 USD | Jennifer M. Arevalo |
| 2/1/12 | Airfare | United St... | 1,860.60 USD | Jennifer M. Arevalo |

**Kent, David**

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Tuesday, January 31, 2012 10:45 AM
**To:** Kent, David
**Subject:** E-Ticket Confirmation-GPHJLY 01FEB



**AmericanAirlines** AA.com — eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 31JAN12**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: GPHJLY**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance


Budget
Up to 30% off and Triple AAdvantage® miles

AVIS
4X the AAdvantage® miles plus up to 35% off

CONNECT WITH US.
ANYWHERE, ANYTIME, ANY DEVICE.
Learn more

30 DAYS.
UNLIMITED ACCESS.
$99.
AmericanAirlines

LAST MINUTE PACKAGE DISCOUNTS
AmericanAirlines Vacations.



**Record Locator: GPHJLY**

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA | 560 | DALLAS FT WORTH | WED 01FEB 3:35 PM | BOSTON | 8:00 PM | L |
| | David Kent | FF#: H106810 | Economy | Seat 14D | Food For Purchase | |

1

| American Airlines | | | GLD | | | |
|---|---|---|---|---|---|---|
| **AA** | 513 | BOSTON | THU 02FEB 5:10 PM | DALLAS FT WORTH | 8:40 PM | L |
| American Airlines | | David Kent | FF#: H106810 GLD | Economy | Seat 14B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012303289728 | 1710.70 | 149.90 | 1860.60 |

Payment Type: American Express XXXXXXXXXXX1572     **Total: $1860.60**

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

# Hilton

## Boston/Woburn

2 Forbes Road • Woburn, MA 01801
Phone (781) 932-0999 • Fax (781) 932-0903
Reservations
www.bostonwoburn.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

KENT, DAVID

| | |
|---|---|
| Room | 651/K1E |
| Arrival Date | 2/1/2012 |
| Departure Date | 2/2/2012 |
| Adult/Child | 1/0 |
| Room Rate | 189.95 |

8:36:00PM

RATE PLAN        LV4

HH#  427205835 GOLD
AL
BONUS AL           CAR

Confirmation Number : 3456305493

2/2/2012      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2/1/2012 | * OPAL | LINTR | 1265453 | $46.63 | | |
| 2/1/2012 | GUEST ROOM | WWELLS4 | 1265636 | $189.95 | | |
| 2/1/2012 | RM-STATE TAX | WWELLS4 | 1265636 | $10.83 | | |
| 2/1/2012 | RM-CITY TAX | WWELLS4 | 1265636 | $11.40 | | |
| | WILL BE SETTLED TO MC *8472 | | | | | $258.81 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 274646  A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*





**Kent, David**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Friday, February 03, 2012 1:30 AM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt - David Kent 2/01-2/02 |



# Airport Parking Receipt

**FreedomPark**
AIRPORT VALET SERVICES
**2 0 0 1   -   2 0 1 1**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1396267
Date: 2/1/2012 8:35:38 AM

SOLD
TO

David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1396267 | 2/1/2012 | 2/2/2012 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | Credit Card Total $52.51 | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Thursday, February 02, 2012 3:06 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 01, 2012 14:30 | **Lane:** | DFW-NORTH-14 |
| **Exit :** | February 01, 2012 15:11 | **Lane:** | DFW-NORTH-57 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.07139746 | **License Plate:** | DF3H958 | **License State:** | TX |
| **Parking Fee:** | $2.00 | | | | |
| **NTTA Tag Charged:** | $2.00 | | | | |

Taxes included.

Thank you for parking at DFW Airport.

**From:** TollTag Store [customernotifications@ntta.org]
**Sent:** Friday, February 03, 2012 3:07 AM
**To:** Kent, David
**Subject:** Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 02, 2012 19:42 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | February 02, 2012 21:20 | **Lane:** | DFW-NORTH-48 |

**Tag Number:** DNT.07139746     **License Plate:** DF3H958     **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

```
              OPAL
         HILTON HOTEL
          WOBURN, MA

212 MARIA
- - - - - - - - - - - - - - - - - - - - - - -
CHK 2080   TAB 27 R 651
         FEB01'12  8:50PM
- - - - - - - - - - - - - - - - - - - - - - -

  1 CRAB CKE APP        15.00
  1 CLAM CHOWDER         7.00
    Misc Personal Charge  <7.50>
  1 DB CHOC CAKE         8.00

    FOOD TOTAL          30.00
    WINE TOTAL           7.50
    Tax                  2.63
10:07 Total Due  $40.13

Tip _ _ _ _ _ _ _ 6.50

Total _ _ _ _ _ _ 46.63
```



```
     Paradies Airport Shops - DALLAS
   DALLAS-FT WORTH INTERNATIONAL AIRPORT
              DALLAS, TEXAS

  GO PICNIC SALAMI   66364168000
                     5.99 N
  MUG ROOT BEER      08838953000
                     2.29 +T

  SUBTOTAL                    $8.28
  TAX03                       $0.19
  T O T A L                   $8.47
  VISA                        $8.47
  **** **** **** 4619
  PURCHASE
  SWIPED
  AUTH# 020112
  INVOICE #:    6405
  02/01/2012 03:00PM
```

```
American Airlines

02 Feb 2012 17:29 EST
AA513 DFW-DFW
195993
Device ID 02Xoca1ag9
Transaction No 5072923

Product      Price  Qty  A-1

PREM SAND
Misc Personal Charge    10.00
X                 7.00  1  7.00

Total
MC 8472            17.00
                   17.00

American Airlines
We Know Why You Fly
```



```
-CREDIT RECEIPT-
DRIVER COPY
SIGNATURE:

HACK#:  00013192
CAB#:       548
DATE:  2/ 1/2012
ST.TIME:   20:12
END TIME:  20:33
TRIP#:    16447
DIST : 13.70 MI
FARE :  $ 41.40
EXTRA : $  7.75
TIP  : $  9.83
GR.TOT: $ 58.98
CARDNUMBER: 8472
AUTH#:   70425P
```

```
       NATALIE'S
      C A N D Y   B A R

     TERMINAL D GATE 15
   DFW INTERNATIONAL AIRPORT
         DALLAS, TX.
        972-973-4370

DATE        02/01/2012      WED
 1 NVALLEY ROASTALMD T1    $1.49
 1 NVALLEY FRUITIER T1     $1.49
 4 X             $0.79
 4 CANDY COUNT ITEMS T1    $3.05
 1 GIANT YORK T1           $1.39
     ITEMS 7.00
  TAX1 AMT                 $0.62
  TOTAL                    $8.15
  CHARGE                   $8.15
                           $8.15
```

```
        STARBUCKS COFFEE #75534
    LOGAN INT'L AIRPORT ~ BOSTON, MA
            (617) 634-6070

    9361 Donika
    - - - - - - - - - - - - - - - - - - - - - - - - - -
    CHK 5009 FEB02'12  4:31PM
    - - - - - - - - - - - - - - - - - - - - - - - - - -

      1 Tall L CAFFE LAT      3.05
      1 DRY CASHEW 1.5         1.75

        Subtotal              4.80
        Tax                   0.34
        Amt Paid       5 . 1 4
        Stbk Card             5.14
           Amount 5.14
        TerminalID Z0032221
         RefrNbr 28218267
    Redemption Approved for $5.14
        Card Balance 30.67
        Gift Card Charge 5.14
```

**Your order number is: 5009**



**Hudson News**

LOGAN INT'L AIRPORT
200 TERMINAL B
EAST BOSTON, MA 02128
STORE: 00382  REG: 002 CASHIER: SCHNEIDER
CUSTOMER RECEIPT COPY

```
CHEX MIX 11607 BOLD PART
16000126077  | 1 @ 2.99      2.99 N
MILK CHOCOLATE STRAWBERY
031290044337  1 @ 3.50       3.50 N
SUBTOTAL                     6.49
TOTAL                        6.49
AMOUNT TENDERED
Visa                         6.49
  ACCT: ***********4619
  EXP: ******
  APPROVAL: 012816

TOTAL PAYMENT                6.49
Transaction: 251950    2/2/2012 4:24 PM
```

We accept returns (except for print
media) for exchange or refund within
14 days of original purchase date
when accompanied by the sales receipt
and in original packaging
and original condition.

Comments\Inquiries? (800)326-7711
or Email comments@hudsongroup.com
Thank You for shopping with us.

2519500038200202022012

**Expense Report - Transmittal Report**



ER0000002985212020l

| | | | |
|---|---|---|---|
| **Spender** Wayne B. Mason | **From** Jan 23, 2012 **To** Jan 26, 2012 | | **Reimbursement Amt** 2,565.76 USD |

**Report name** Meet with experts Kelley and Wooten in Boston

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 12 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 1/18/12 | Airfare | United St... | 1,462.60 USD | Jennifer M. Arevalo |
| 1/23/12 | Taxi, Trains, o... | United St... | 27.00 USD | Jennifer M. Arevalo |
| 1/23/12 | Individual Meal | United St... | 4.49 USD | Jennifer M. Arevalo |
| 1/23/12 | Lodging | United St... | 213.05 USD | Jennifer M. Arevalo |
| 1/24/12 | Other Travel - ... | United St... | 12.00 USD | Jennifer M. Arevalo |
| 1/24/12 | Group Meal | United St... | 234.74 USD | Jennifer M. Arevalo |
| 1/24/12 | Individual Meal | United St... | 33.03 USD | Jennifer M. Arevalo |
| 1/24/12 | Lodging | United St... | 213.05 USD | Jennifer M. Arevalo |
| 1/25/12 | Individual Meal | United St... | 26.78 USD | Jennifer M. Arevalo |
| 1/25/12 | Lodging | United St... | 213.05 USD | Jennifer M. Arevalo |
| 1/26/12 | Taxi, Trains, o... | United St... | 25.00 USD | Jennifer M. Arevalo |
| 1/26/12 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |

```
******************************************
Bistro du Midi
272 Boylston Street  Order 82665
Boston  MA, 02116
Tel. (617)426-7878

01/24/12  8:33 PM
Table 1  Cust 2
Waiter 144 Jill H.
******************************************

1 Fried Artichokes          7.00
1 Provencal Beef           29.00
1 Duck Breast              31.00
1 Lamb Ravioli App         15.00
1 Lavender beignets         9.00
1 Hazelnut Cake            11.00
Misc Personal Charge      ⟨80.00⟩

          Taxable:        182.00
                        ----------
        Sub-total:        182.00
             Tax:          12.74
                        ----------
     Total Due:  194.74


THANK YOU FOR YOUR BUSINESS!
PLEASE COME AGAIN!
```

```
******************************************
*        Customer Copy           *
******************************************

        Bistro du Midi
      272 Boylston Street
       Boston, MA, 02116
        (617)426-7878

Date:          01/24/12
Time:          8:33 PM
Server:        144. Jill.H.
Order:         82665
Description:   Table 1

Card Type:     Visa/MC
Card No:       XXXXXXXXXXXX5580
Expires:       XX/XX
Appr Code:     002876
```

```
Purchases:  $ 194.74

Tip:       $    40 —

Total:     $  234.74
        MASON/WAYNE B

I agree to pay the above total amount
according to the card issuer agreement.

        Thank You
      Please Come Again
```

## RECEIPT FOR CAB FARE
### PASSENGER; RECHECK NUMBER ON OUTSIDE OF CAB
### CAB NUMBER ALSO LOCATED ON INSIDE TAXI PARTITION

DATE _____ TIME(PM) _____ (AM) $ _____

FROM _____

TO _____

CAB NO. _____ HACK LIC. NO. _____

LESSEE OR
ASSOCIATION
DRIVERS NAME

Support the WEST END HOUSE Boys and Girls Club.
105 Allston Street - Allston, MA 02134-5029

---

```
--ORIGINAL--
DRIVER COPY
LEXINGTON TAXI I
CAB # 1773
HACK:        7787
01/23/12 TR 2882
START  END MILES
08:50 09:01  4.2
FARE:  $   15.00
EXTRA: $    7.50
TOLL:  $    0.00
SRCH:  $    0.00
TIP:   $    4.50
TOTAL: $   27.00
CARD:       5580
AUTH:     067880
DRIVER COPY
```

**American**Airlines

23 Jan 2012 17:58 EST
AA560 DFW-BOS
168126
Device ID GLX000003 03
Transaction: 10009568497

Sale

| Product | Price | Qty | Amt |
|---------|-------|-----|-----|
| HUMMUS  | 4.49  | 1   | 4.49 |
|         |       | USD | 4.49 |
| Total   |       | USD | 4.49 |
| AMEX 2004 | | | |

AmericanAirlines®
We Know Why You Fly℠



Hyatt Regency Boston
One Avenue De Lafayette
Boston, MA. 02111
Tel: 617-912-1234
Fax: 617-451-2198
www.hyattregencyboston.com

## INFORMATION INVOICE

Payee   Wayne Mason
        1717 Main St Ste 5400
        Dallas TX 752017367
        United States

Membership   GP   G94604106N
Bonus Code
Confirmation No.   6638404301
Group Name

| | |
|---|---|
| Room No. | 2115 |
| Arrival | 01-23-12 |
| Departure | 01-26-12 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio | |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-23-12 | Package | | 186.15 | |
| 01-23-12 | State Occupancy Tax 5.7% | | 10.61 | |
| 01-23-12 | City Occupancy Tax 6.0% | | 11.17 | |
| 01-23-12 | Convention Tax 2.75% | | 5.12 | |
| 01-24-12 | - Room Service Breakfast Food | Room# 2115 : CHECK# 0299976 | 33.03 | |
| 01-24-12 | Package | | 186.15 | |
| 01-24-12 | State Occupancy Tax 5.7% | | 10.61 | |
| 01-24-12 | City Occupancy Tax 6.0% | | 11.17 | |
| 01-24-12 | Convention Tax 2.75% | | 5.12 | |
| 01-25-12 | - Room Service Breakfast Food | Room# 2115 : CHECK# 0299028 | 26.78 | |
| 01-25-12 | Package | | 186.15 | |
| 01-25-12 | State Occupancy Tax 5.7% | | 10.61 | |
| 01-25-12 | City Occupancy Tax 6.0% | | 11.17 | |
| 01-25-12 | Convention Tax 2.75% | | 5.12 | |



Hyatt Regency Boston
One Avenue De Lafayette
Boston, MA. 02111
Tel: 617-912-1234
Fax: 617-451-2198
www.hyattregencyboston.com

## INFORMATION INVOICE

Payee   Wayne Mason
        1717 Main St Ste 5400
        Dallas TX 752017367
        United States

Membership      GP    G94604106N
Bonus Code
Confirmation No.  6638404301
Group Name

| Room No. | 2115 |
|---|---|
| Arrival | 01-23-12 |
| Departure | 01-26-12 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | |
| Invoice | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |

| | | | |
|---|---|---|---|
| **Total** | | **698.96** | **0.00** |
| **Balance** | | **698.96** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal M-F (Gold Passport,
Concierge, and VIP Rooms only).  If refused, a refund of $1 will be
provided.

Thank you for choosing Hyatt Regency Boston. We hope you enjoyed your stay.  Our goal
is to provide you with an exceptional stay.  Your feedback in important to us. Please feel
free to contact our CONSUMER AFFAIRS via e-mail at qualitybosto@hyatt.com or by
phone at 617-422-5457.

We thank you for your business and appreciate your loyalty.

**Please remit payment to:**
**Hyatt Regency Boston**
**P.O. Box 203395**
**Dallas, TX 75320**

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Friday, January 27, 2012 12:58 AM
**To:** Mason, Wayne B.; Garner, Lavella
**Subject:** Airport Parking Receipt - Wayne Mason 1/23-1/26

# Airport Parking Receipt



7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1391988
Date: 1/20/2012 2:10:21 PM

SOLD
TO

Wayne Mason
214-707-8235
wayne.mason@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|---------------|-------------|----------------|--------------|
| 1391988 | 1/23/2012 | 1/26/2012 | | $78.77 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total $78.77 | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

American Airlines - home
page

Thank you for making your reservation on AA.com! You may want to print this page so that you have a copy of your reservation and record locator. If we have your email address we will also send you an email confirmation of this reservation.

Note: This is not a receipt. Fares are guaranteed up to 24 hours. This reservation will automatically cancel if not purchased by the date indicated in the status field.

## Dallas/ Fort Worth to Boston
1 Adult
**Monday** January 23, 2012 – **Thursday** January 26, 2012

| Your Trip Cost: |
| --- |
| **$1,462.60** USD |

| Record Locator | Reservation Name |
| --- | --- |
| **NRMKNL** | **DFW/BOS** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **ON HOLD** - Purchase By: Jan 18, 2012 11:59 PM CST |

*Taxes & Fees Included

### Flight Information

| Flight | Depart | Arrive |
| --- | --- | --- |
| **AMERICAN AIRLINES** **560** | **Dallas/ Fort Worth** (DFW) January 23, 2012 03:35 PM | **Boston** (BOS) January 23, 2012 08:00 PM |
| | Travel Time : 3 h 25 m Cabin Class : Economy Seat : 24C | Booking Code : L Plane Type : 757 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **AMERICAN AIRLINES** **1365** | **Boston** (BOS) January 26, 2012 09:20 AM | **Dallas/ Fort Worth** (DFW) January 26, 2012 12:55 PM |
| | Travel Time : 4 h 35 m Cabin Class : Economy Seat : 21C | Booking Code : L Plane Type : 757 |

| | |
| --- | --- |
| Average Departure Fare | $720.51 |
| Average Return Fare | $720.49 |
| **Departure Fare** | |
| Adult | $720.51 |
| **Return Fare** | |
| Adult | $720.49 |
| **AAdvantage® Benefits** | |
| Preferred Seats | $0.00 |
| PriorityAAccess℠ | $0.00 |
| Same-Day Standby | $0.00 |
| **Taxes & Fees** | |
| Adult | $21.60 |
| **Flight Subtotal** | |
| | **$1,462.60** |

### Your Notifications

Get flight updates for all your flights in one quick setup. As An AAdvantage member, you can automatically receive updated flight notifications every time you fly via text, phone, or email - it's your choice. Change your Preferences today.

Create Preferences

### Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

**WAYNE MASON**                              No Further Information required to travel

| Summary | Required | Optional |
| --- | --- | --- |
| All information required for online check-in has been provided. Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number Trip Contact Number |

## Upgrade Reservation

| Flight | Flight Details | Upgrade Required | Request Upgrade? |
|--------|---------------|------------------|------------------|
| #560 | Depart: **Dallas/ Fort Worth (DFW)**<br>Arrive: **Boston (BOS)** | 500 Mile Upgrades:<br>**0 (per person)** | **Requested** |
| #1365 | Depart: **Boston (BOS)**<br>Arrive: **Dallas/ Fort Worth (DFW)** | 500 Mile Upgrades:<br>**0 (per person)** | **Requested** |

View Upgrade Rules

## Trip Insurance

**Recommended: Protect Your Trip**          

Trip Insurance from Access America is available to all U.S. residents and helps protect against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting you or your family members. To purchase trip insurance or to learn more, visit www.aa.com/tripinsurance or call Access America directly at 1-800-628-5404.

Boston City Information

Travel Help And Resources

[+]
FEEDBA(

**Expense Report - Transmittal Report**



ER00000029852120204

**Spender** Wayne B. Mason      **From** Jan 29, 2011   **To** Jan 31, 2011      **Reimbursement Amt** 2,230.84 USD

**Report name** HDR meet with experts in Tampa

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 14 | Audit required | Yes |
| Number of receipts to submit | 12 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 1 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 1/17/12 | Airfare | United St... | 495.60 USD | Jennifer M. Arevalo |
| 1/29/12 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 1/29/12 | Lodging | United St... | 155.68 USD | Jennifer M. Arevalo |
| 1/30/12 | Lodging | United St... | 155.68 USD | Jennifer M. Arevalo |
| 1/30/12 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 1/30/12 | Individual Meal | United St... | 52.87 USD | Jennifer M. Arevalo |
| 1/30/12 | Group Meal | United St... | 248.88 USD | Jennifer M. Arevalo |
| 1/30/12 | Group Meal | United St... | 41.20 USD | Jennifer M. Arevalo |
| 1/31/12 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 1/31/12 | Airfare | United St... | 622.80 USD | Jennifer M. Arevalo |
| 2/1/12 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |
| 2/3/12 | Car Rental | United St... | 274.87 USD | Jennifer M. Arevalo |

**Laughing Cat**
1811 N. 15th St.
Tampa, FL, 33605
813-241-2998

1015 David Z

----------------------------------------
Check: 132                    Guests: 1
Table: 24-1
          01/30/2012 06:58PM
----------------------------------------

## Dine In

| | | |
|---|---|---|
| Misc Personal Charge | | ⟨10.00⟩ |
| Misc Personal Charge | | ⟨2.00⟩ |
| Misc Personal Charge | | ⟨68.00⟩ |
| 3 | INSALATA MISTA | 17.85 |
| 1 | RAV DEL GOLFO | 22.95 |
| 1 | TORT MERAMONTE | 24.95 |
| 1 | VITELLO ROLLATINI | 24.95 |
| 2 | ESPRESSO | 7.90 |
| 1 | COFFEE | 3.50 |
| 2 | GELATO | 13.90 |
| | Subtotal | 196.00 |
| | Taxable | 12.88 |

## Total Due          $208.88

HAPPY HOUR M-F   4-7P
1/2 PRICE DRINKS AND
HOUSE WINE!
Thank you for your business

Order Number: 132

---

**Laughing Cat**
1811 N. 15th St.
Tampa, FL, 33605
813-241-2998

Date:        01/30/2012 08:23PM
Card Type:   Master Card
Acct Num:    ***********5580
Exp Date:    **/**
Customer:    MASON/WAYNE B
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   007433
Check:       132
Table:       24-1
Server:      1015 David Z

Amount :        $208.88

TIP :                40 —

TOTAL :             248.88

SIGNATURE :

---

BAY BREEZE CAFE
5426 BAY CENTER DR 125
TAMPA, FL 33609

01/30/2012                    12:49:48
Merchant ID:          000000001912957
Terminal ID:              03004428
276206996882

CREDIT CARD

MC SALE

CARD #            XXXXXXXXXXX5580
INVOICE                  0041
Batch #:                000216
Approval Code..         084763
Entry Method:           Swiped
Mode:                   Online

MDSE/SERVICES          $41.20

TIP

TOTAL AMOUNT

CUSTOMER COPY

```
>>Return<< RA Document 306697786      Rate PO/C    4 DY 17 HR
RESERVATION # 31821563-US-4E                 0 MT @      .40  =
CAR# 5 7 6 4 6 1 0 5  Car Group C            0 HR @    30.76  =
RED NISS ALTI 4DR FL 044HXN                  5 DY @    41.00  =      205.00
                                             0 WK @   246.00  =
MASON.WAYNE                                  0 MO @   984.00  =
                                           PO/C    88FM
WIZ# = HE40BY AWD# = A984200               TIME & MILEAGE        =      205.00
Freq Travel# = AD/M610686                  $ 2.50/DY CUST FAC CHG + =     12.50
FF MILES/POINTS EARNED OVR-                $  .60/DY ERF       + =        3.00
                                           $ 2.00/DY SSU       + =       10.00
Out TAMPA APO     FL  F29JAN12/2045        $  .02/DY TBS       + =         .10
In  TAMPA APO     FL  03FEB12/1340         $  .78/DY VLF       + =        3.90
Miles-Out   588      Miles-In   676        **10.40% FEE        + =       22.08
Miles Driven   88   Fuel In 8/8            7.5% TAX ON FF MILES + =         .31
Method of pay =  CLUB                      Subtotal             =      256.89
Mastercard XXXXXXXXXXXX5580                Tax   7.000%        + =       17.98
                                           Total Charges        =      274.87
                                           AMOUNT DUE   CV  USD  =      274.87
                                           ENERGY RCOVERY FEE
                                           $ 2.00/DY SSU
                                           $  .02/DY TBS
                                           $  .78/DY VEH LIC FEE
                                           **CONCESSION RECOVERY FEE

The amount that appears in "Amount Due" has been billed to your Master Card.
All charges are subject to audit and change if any errors are found.
For local inquiries call 813-396-3500.  Thank you for renting from Avis.

HEBO/DC9C/12034/13:41/F
```



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel:  813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

| | |
|---|---|
| Payee | Wayne Mason |
| | 1717 Main St |
| | Ste 5400 |
| | Dallas TX 752017367 |
| | United States |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | 6638242601 | |
| Group Name | | |

| | |
|---|---|
| Room No. | 0850 |
| Arrival | 01-29-12 |
| Departure | 01-31-12 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio | 206320 |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-29-12 | Valet Parking | | 12.00 | |
| 01-29-12 | Package Room | | 139.00 | |
| 01-29-12 | State Sales Tax | | 9.73 | |
| 01-29-12 | Occupancy Tax | | 6.95 | |
| 01-30-12 | - Petey Brown's Breakfast Food | Room# 0850 : CHECK# 0211115 | 52.87 | |
| 01-30-12 | Valet Parking | | 12.00 | |
| 01-30-12 | Package Room | | 139.00 | |
| 01-30-12 | State Sales Tax | | 9.73 | |
| 01-30-12 | Occupancy Tax | | 6.95 | |
| 01-31-12 | - In Room Dining Breakfast Food | Room# 0850 : CHECK# 0295196 | 46.29 | |
| 01-31-12 | Master Card | XXXXXXXXXXXX5580          XX/XX | | 381.65 |
| 01-31-12 | Master Card | XXXXXXXXXXXX5580          XX/XX | | 52.87 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0850 |
| | 1717 Main St | Arrival | 01-29-12 |
| | Ste 5400 | Departure | 01-31-12 |
| | Dallas TX 752017367 | Page No. | 2 of 2 |
| | United States | Folio Window | 1 |
| Membership | GP    G94604106N | Folio | 206320 |
| Bonus Code | | Invoice | |
| Confirmation No. | 6638242601 | | |
| Group Name | | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |
| | **Total** | **434.52** | **434.52** |
| | **Balance** | **0.00** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Tuesday, January 31, 2012 11:21 PM
**To:** Mason, Wayne B.; Garner, Lavella
**Subject:** Airport Parking Receipt - Wayne Mason 1/29-1/31

# Airport Parking Receipt



7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1394217
Date: 1/26/2012 11:10:25 AM

SOLD
TO
Wayne Mason
214-707-8235
wayne.mason@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|---------------|-------------|----------------|--------------|
| 1394217 | 1/29/2012 | 1/31/2012 | | $78.77 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|---|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| Credit Card Total $78.77 | | | | | | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

American Airlines - home
page

**Thank you for making your reservation on AA.com!**

Please Note: This is not your receipt. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

# Dallas/ Fort Worth to Tampa

1 Adult
**Sunday** January 29, 2012 – **Friday** February 3, 2012

**Your Trip Cost:**

**$495.60** USD

| Record Locator | Reservation Name |
| --- | --- |
| **JPZDLF** | **DFW/TPA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Purchased** on Jan 17, 2012 |

*Taxes & Fees Included

## Flight Information

| Flight | Depart | Arrive |
| --- | --- | --- |
| **AMERICAN AIRLINES** <br><br> **1632** | **Dallas/ Fort Worth (DFW)** <br> January 29, 2012 04:45 PM <br><br> Travel Time : 2 h 10 m <br> Cabin Class : Economy <br> Seat : 15D | **Tampa (TPA)** <br> January 29, 2012 07:55 PM <br><br> Booking Code : W <br> Plane Type : S80 |
| **Flight** | **Depart** | **Arrive** |
| **AMERICAN AIRLINES** <br><br> **479** | **Tampa (TPA)** <br> February 3, 2012 03:00 PM <br><br> Travel Time : 2 h 50 m <br> Cabin Class : Economy <br> Seat : 19B | **Dallas/ Fort Worth (DFW)** <br> February 3, 2012 04:50 PM <br><br> Booking Code : Q <br> Plane Type : S80 |

| | |
| --- | --- |
| Average Departure Fare | $308.00 |
| Average Return Fare | $166.00 |
| **Departure Fare** | |
| **Adult** | **$308.00** |
| **Return Fare** | |
| **Adult** | **$166.00** |
| **AAdvantage® Benefits** | |
| **Preferred Seats** | **$0.00** |
| **PriorityAAccess℠** | **$0.00** |
| **Same-Day Standby** | **$0.00** |
| **Taxes & Fees** | |
| **Adult** | **$21.60** |
| **Flight Subtotal** | |
| | **$495.60** |

## Your Notifications

Get flight updates for all your flights in one quick setup. As An AAdvantage member, you can automatically receive updated flight notifications every time you fly via text, phone, or email - it's your choice. Change your Preferences today.

Create Preferences

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

**WAYNE MASON**                                    No Further information required to travel

| Summary | Required | Optional |
| --- | --- | --- |
| All information required for online check-in has been provided. <br><br> Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number <br> Trip Contact Number |

## Upgrade Reservation

| Flight | Flight Details | Upgrade Required | Request Upgrade? |
|--------|----------------|------------------|------------------|
| # 1632 | Depart: **Dallas/ Fort Worth** (DFW)<br>Arrive: **Tampa** (TPA) | 500 Mile Upgrades:<br><br>**0 (per person)** | **Requested** |
| # 479 | Depart: **Tampa** (TPA)<br>Arrive: **Dallas/ Fort Worth** (DFW) | 500 Mile Upgrades:<br><br>**0 (per person)** | **Requested** |

View Upgrade Rules

## Trip Insurance

### Insurance Offer Declined



**It's not too late!** Trip Insurance from Access America helps protect against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting you or your family members. To purchase trip insurance or to learn more, visit www.aa.com/tripinsurance or call Access America directly at 1-800-628-5404.

Tampa City Information

Travel Help And Resources

[+]
FEEDBAC

American Airlines - home
page

Thank you for making your reservation on AA.com! You may want to print this page so that you have a copy of your reservation and record locator. If we have your email address we will also send you an email confirmation of this reservation.

Note: This is not a receipt. Fares are guaranteed up to 24 hours. This reservation will automatically cancel if not purchased by the date indicated in the status field.

## Tampa to Dallas/ Fort Worth
1 Adult
**Tuesday** January 31, 2012

**Your Trip Cost:**
**$622.80** USD

| Record Locator | Reservation Name |
|---|---|
| **CNQIFS** | **TPA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **ON HOLD** - Purchase By: Jan 31, 2012 04:00 PM EST |

### Flight Information

| Flight | Depart | Arrive |
|---|---|---|
| **AMERICAN AIRLINES** | **Tampa** (TPA) | **Dallas/ Fort Worth** (DFW) |
| **1576** | January 31, 2012 04:30 PM | January 31, 2012 06:20 PM |
| | Travel Time : 2 h 50 m | Booking Code : K |
| | Cabin Class : Economy | Plane Type : S80 |
| | Seat : 18D | |

| | |
|---|---|
| Average Fare | $612.00 |
| **Average Fare** | |
| Adult | $612.00 |
| **AAdvantage® Benefits** | |
| **Preferred Seats** | $0.00 |
| **PriorityAAccess℠** | $0.00 |
| **Same-Day Standby** | $0.00 |
| **Taxes & Fees** | |
| Adult | $10.80 |
| **Flight Subtotal** | |
| | **$622.80** |

### Your Notifications

Get flight updates for all your flights in one quick setup. As An AAdvantage member, you can automatically receive updated flight notifications every time you fly via text, phone, or email - it's your choice. Change your Preferences today.

Create Preferences

### Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

✓ **WAYNE MASON**                                **Ready for Check-in**

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided. | Secure Flight Information | Frequent Flyer Number<br>Trip Contact Number |
| Online check-in will be available 24 hours prior to your departure. | | |

### Upgrade Reservation

| Flight | Flight Details | Upgrade Required | Request Upgrade? |
|---|---|---|---|
| #1576 | Depart: **Tampa** (TPA)<br>Arrive: **Dallas/ Fort Worth** (DFW) | | N/A |

View Upgrade Rules

## Expense Report - Transmittal Report



ER00000029852120203

**Spender** Wayne B. Mason      **From** Feb 7, 2012   **To** Feb 10, 2012      **Reimbursement Amt** 2,422.71 USD

**Report name** Pretrial Hrg & Prep in Tampa

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 17 | Audit required | Yes |
| Number of receipts to submit | 15 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/2/12 | Airfare | United St... | 887.60 USD | Jennifer M. Arevalo |
| 2/7/12 | Group Meal | United St... | 239.02 USD | Jennifer M. Arevalo |
| 2/7/12 | Lodging | United St... | 244.25 USD | Jennifer M. Arevalo |
| 2/7/12 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 2/8/12 | Lodging | United St... | 166.88 USD | Jennifer M. Arevalo |
| 2/8/12 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 2/8/12 | Other Travel - ... | United St... | 214.00 USD | Jennifer M. Arevalo |
| 2/9/12 | Lodging | United St... | 166.88 USD | Jennifer M. Arevalo |
| 2/9/12 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 2/9/12 | Individual Meal | United St... | 41.72 USD | Jennifer M. Arevalo |
| 2/9/12 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 2/9/12 | Airfare | United St... | 70.00 USD | Jennifer M. Arevalo |
| 2/9/12 | Group Meal | United St... | 36.13 USD | Jennifer M. Arevalo |
| 2/10/12 | Car Rental | United St... | 126.71 USD | Jennifer M. Arevalo |
| 2/10/12 | Parking or Tolls | United St... | 105.03 USD | Jennifer M. Arevalo |

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 306749343 | 52012435 | H |

**MASON,WAYNE**
WIZ = HE408Y      AWD = A984200
CV - CMXXXXXXXXXXXX5580
FTN AD/M610686            LC
OUT TPA 07FEB12/1607 MI = 25416
IN  TPA 10FEB12/1324 MI = 25465

```
       49 MI@    .00 =
          HR@  19.50 =
        3 DY@  25.99 =        77.97
**10.40% FEE       =         8.57
FUEL SERVICE       =        13.99
7.5% TX FF MIDY*   =          .19
TAXABLE SUBTOT     =       118.42
TAX  7.000%        =         8.29
TOTAL CHARGES      =       126.71
```
**CONCESSION RECOVERY FEE
CUST FACILITY CHG
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED    150

*(left margin, vertical)* Please check your car for personal effects.
*(right margin, vertical)* Please check your car for personal effects.

Go to Avis.com to
Receive E-Receipts.

---

BAY BREEZE CAFE
5426 BAY CENTER DR 125
TAMPA, FL 33609

02/09/2012                13:24:43
Merchant ID:        000000001912957
Terminal ID:            03004428
276206996882

CREDIT CARD

MC SALE

CARD #          XXXXXXXXXXXX5580
INVOICE                     0060
Batch #:                  000224
Approval Code:            033146
Entry Method:             Swiped
Mode:                     Online

MDSE/SERVICES        $36.13

TIP

TOTAL AMOUNT

CUSTOMER COPY



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

Payee   Wayne Mason
1717 Main St
Ste 5400
Dallas TX 752017367
United States

| | |
|---|---|
| Room No. | 1402 |
| Arrival | 02-08-12 |
| Departure | 02-10-12 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio | |
| Invoice | |

Membership   GP   G94604106N
Bonus Code
Confirmation No.   6655707902
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-07-12 | Misc Personal Charge | | ‹239.02› | |
| 02-07-12 | Valet Parking | Mason Wayne #1402=>Mason Wayne #1402 | 12.00 | |
| 02-07-12 | Package Room | Mason Wayne #1402=>Mason Wayne #1402 | 219.00 | |
| 02-07-12 | State Sales Tax | Mason Wayne #1402=>Mason Wayne #1402 | 14.73 | |
| 02-07-12 | Occupancy Tax | Mason Wayne #1402=>Mason Wayne #1402 | 10.52 | |
| 02-08-12 | Valet Parking | | 12.00 | |
| 02-08-12 | Package Room | | 149.00 | |
| 02-08-12 | State Sales Tax | | 10.43 | |
| 02-08-12 | Occupancy Tax | | 7.45 | |
| 02-09-12 | - In Room Dining Breakfast Food | Room# 1402 : CHECK# 0295677 | 46.29 | |
| 02-09-12 | - In Room Dining Dinner Food | Room# 1402 : CHECK# 0295698 | 41.72 | |
| 02-09-12 | Valet Parking | | 12.00 | |
| 02-09-12 | Package Room | | 149.00 | |
| 02-09-12 | State Sales Tax | | 10.43 | |
| 02-09-12 | Occupancy Tax | | 7.45 | |
| 02-10-12 | Master Card | XXXXXXXXXXXX5580   XX/XX | | 941.04 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 1402 |
| | 1717 Main St | Arrival | 02-08-12 |
| | Ste 5400 | Departure | 02-10-12 |
| | Dallas TX 752017367 | Page No. | 2 of 2 |
| | United States | Folio Window | 1 |

Membership       GP    G94604106N          Folio

Bonus Code

Confirmation No.   6655707902               Invoice

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| **Total** | | **941.04** | **941.04** |
| **Balance** | | | **0.00** |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Thursday, February 02, 2012 11:49 AM
**To:** Mason, Wayne B.
**Subject:** E-Ticket Confirmation-FHDEJD 07FEB



**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 02FEB12**

Wayne B Mason:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: FHDEJD**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car    Buy trip insurance



Budget
Up to 30% off and Triple AAdvantage® miles

4X the AAdvantage® miles plus up to 35% off 60+

CONNECT WITH US. ANYWHERE, ANYTIME, ANY DEVICE.
Learn more

30 DAYS UNLIMITED ACCESS. $99.

LAST MINUTE PACKAGE DISCOUNTS
American Airlines Vacations.

**Record Locator: FHDEJD**

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 1112 | DALLAS FT WORTH | TUE 07FEB 12:35 PM | TAMPA | 3:45 PM | L |
| | Wayne Mason | FF#: M610686 | Economy | Seat 18D | Food For Purchase | |

| American Airlines | 2243 | TAMPA | EXP<br>FRI 10FEB<br>2:45 PM | DALLAS FT<br>WORTH | 4:35 PM | M |
|---|---|---|---|---|---|---|
| | Wayne Mason | | FF#: M610686<br>EXP | Economy | Seat 20E | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| WAYNE MASON | 0012303437840 | 805.58 | 82.02 | 887.60 |

| Payment Type: Master Card XXXXXXXXXXXX5580 | Total: $887.60 |
|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the Interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage** | **Special Assistance** | **Flight Check-In** | **Flight Status Notification**





We know why you fly'

**AmericanAirlines'**

AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 464844155044021147540210

Do not expose to excessive heat or direct sunlight.

STAPLE
HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX    REV. 2/11    CPN1110322

# AmericanAirlines®

PASSENGER TICKET AND BAGGAGE CHECK/ADVANTAGE UPGRADE PURCHASE
SUBJECT TO CONDITIONS OF CONTRACT

PASSENGER RECEIPT    01 OF 01

NAME OF PASSENGER (NOT TRANSFERABLE)

MASON/WAYNE

AADV M610686    EXP PLATNM

FARE CALCULATION

02

ORIGINAL ISSUE

** AADV UPGRADE DEPOSITED **
PURCHASED - TOP TIER UPGRADES

EXPIRATION DATE 07FEB2013

FARE
USD    65.12
TAX/FEE/CHARGE
US    4.88
TAX/FEE/CHARGE
NA
TAX/FEE/CHARGE
NA
TOTAL
USD    70.00

**NOT VALID FOR TRANSPORTATION**
**NON-REFUNDABLE**

0011655369272    011033

001 0752807457 0

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Saturday, February 11, 2012 1:48 AM
**To:** Mason, Wayne B.; Garner, Lavella
**Subject:** Airport Parking Receipt - Wayne Mason 2/07-2/10



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1396797
Date: 2/2/2012 11:40:35 AM

SOLD TO　Wayne Mason
214-707-8235
wayne.mason@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|---------------|-------------|----------------|--------------|
| 1396797 | 2/7/2012 | 2/10/2012 | | $105.03 |

Charges for MasterCard ending in 5580 - Diners

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|---|
| Parking | 4 | $22.00 | $88.00 | $7.26 | $9.77 | | $105.03 | |
| | | | | | | Credit Card Total | $105.03 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1



**GRAND HYATT**
**TAMPA BAY** ®

Sedgwick Law
United States

**Date:**  02-07-12
**Time:**  10:37
**Confirmation #:** 5675663
**Receipt #:**  207743

## ADVANCE DEPOSIT

| Date | Description | Amount |
|------|-------------|--------|
| 02-07-12 | Master Card  Prepayment | 214.00USD |
|  | **Arrival**      **Departure**<br>02-07-12      02-15-12 |  |

_____

**Guest Signature**

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel:  813-874-1234
Fax: 813-207-6790



GRAND HYATT TAMPA BAY
2900 BAYPORT DRIVE

TAMPA, FL 33607- US

Telephone: (813) 874-1234
Fax: (813) 207-6649

February 2, 2012

# CATERING CONTRACT

GROUP NAME:    SEDGWICK LAW
FUNCTION NAME:    CATERING EVENT
CONTACT NAME:    LAVELLA GARNER
ADDRESS:

PHONE NUMBER:    469-227-4606
EMAIL:    LAVELLA.GARNER@SEDGWICKLAW.COM

| Day | Date | Function | Time | Set Up | # of guests | Room Rental |
|-----|------|----------|------|--------|-------------|-------------|
| Wednesday | 02/08/2012 | MEETING | 08:00 AM - 12:00 PM | CONFERENCE | 4 | $200.00 |

SEDGWICK LAW ("Group") and GRAND HYATT TAMPA BAY ("Hotel") agree as follows:

**DEFINITE BOOKING**
Once you sign and return this agreement, along with the required deposit of $200.00, your reservation will be confirmed and considered a definite booking. This signed contract and deposit of $200.00 are due on 02/05/2012.

**MINIMUM REVENUE COMMITMENT**
Based on the approximate number of guests set forth above, a minimum of $200.00 in meeting room rental will be spent at your function. This minimum does not include food, beverage, guestroom charges, service charges, any applicable taxes, labor charges, audiovisual, or any other miscellaneous charges incurred. Should your final count drop below the approximate number of guests listed above, we will be happy to advise you on additional alternatives in food and beverage which will bring you back up to the agreed upon minimum revenue figures for your function.

**CANCELLATION POLICY**
Either the Hotel or Group may cancel this contract without cause at any time prior to the event by paying to the other party liquidated damages (agreed not to constitute a penalty) based on the following scale:

| | |
|---|---|
| Less than one(1) month up to arrival date | $200.00 |

Cancellations made under this provision shall be made by the canceling party to the non-canceling party by written notice and payment of the liquidated damages due at that time.

**FORCE MAJEURE**
The parties' performance under this Agreement is subject to acts of God, war, government regulation, terrorism, disaster, strikes, civil disorder, curtailment of transportation facilities, restriction on food, beverage or other supplies or any other emergency of a comparable nature beyond the parties' control, making it impossible, illegal or which materially affects a party's ability to perform its obligations under this Agreement. In order to terminate this agreement under this provision, the terminating party must

provide written notice to the other party within five (5) days of the occurrence of any of these events. In the event of termination by the Hotel under this section, the Hotel shall refund all deposits and/or prepayments made by the Group within five (5) days of the notice of termination.

## GUARANTEE COUNTS

In arranging for private functions, the final attendance must be received by the Catering Office no later than 11:00 a.m. three (3) working days prior to the commencement of the function. This number will be considered a guarantee, not subject to reduction, and charges will be made accordingly. Please provide the guarantees on the following days*:

| Day of Function: | Guarantee due on the preceding: |
|---|---|
| Saturday, Sunday, or Monday | Wednesday |
| Tuesday | Thursday |
| Wednesday | Friday |
| Thursday | Monday |
| Friday | Tuesday |

*National Holidays are not considered working days and should be taken into consideration when submitting guarantees.

The Hotel will be prepared to serve 3% more than the guaranteed number of attendees and cannot be responsible for service to more than 3 % over the guarantee for groups of up to 1,000 persons. For groups more than 1,000 persons, a maximum of 30 person overset will apply. If the guarantee is raised within the 72 hours, the 3% over set will not apply, and the guarantee then becomes the set.

## TAXES

All federal and local taxes / charges which may be imposed or be applicable to this agreement and to the service rendered by the Hotel are in addition to the prices herein agreed upon, and the Group agrees to pay them.

## FOOD AND BEVERAGE

No food and beverage of any kind may be brought into the Hotel by the Group or any of the Group's guests or invitees.

## PAYMENT

Payment shall be made 72 hours advance of the function in the form of credit card, cash or certified check.

## SERVICE CHARGE

A 23% Service Charge and applicable taxes shall be added to all food and beverage.

## INDEMNIFICATION AND HOLD HARMLESS

Hotel agrees to defend, indemnify and hold harmless Group from and against all claims, actions, causes of action, or liabilities, including reasonable attorneys' fees, arising out of or resulting from any act undertaken or committed by Hotel pursuant to the performance of its obligations under this Agreement. Hotel also agrees to defend, indemnify and hold harmless Group from any liability resulting from any claim, action or cause of action, which may be asserted by third parties arising out of Hotel's performance pursuant to this Agreement, except for those actions or liabilities which are due to the misconduct or negligence of the Group.

Group agrees to defend, indemnify, and hold harmless Hotel from and against all claims, actions, causes of action, or liabilities, including reasonable attorneys' fees, arising out of or resulting from any act undertaken or committed by Group or any contractors hired or engaged by the Group in connection with performance of Group's obligations under this Agreement. Group also agrees to defend, indemnify, and hold harmless Hotel from any liability resulting from any claim, action or cause of action, which may be asserted by third parties arising out of the performance of Group's obligations pursuant to this Agreement, except those actions which are due to the misconduct or negligence of Hotel.

**INSURANCE**

Group and Hotel are required to insure their obligations set forth in the section entitled "Indemnification and Hold Harmless" above, and to provide evidence of such insurance upon request. For any activity introduced onto the premises by an outside contractor hired by Group, Group will be fully responsible for the actions of such outside contractor. Upon request, Group will provide a certificate of insurance covering the actions of such outside contractor, naming the Hotel and Hyatt Corporation as additional insureds with regard to the activities of such outside contractor.

**PERMITS/LICENSES**

In the event that the Group's function requires a permit or license from any governing body, local, state or federal, the Group is solely responsible for obtaining such license or permit at Group's expense.

**EVENT ROOM**

The Hotel reserves the right to assign another room for the Customer's functions in the event the room originally designated for such function shall be unavailable or inappropriate, in the Hotel's sole opinion.

**CHANGES; NOTICE**

Any changes to these terms must be made in writing and signed by both parties to be effective. Any modifications, additions or corrective lining out made on this Agreement will not be binding unless such modifications have been signed or initialed by both parties. Any notice hereunder shall be given to the individuals listed on the first page of this Agreement at the addresses set forth herein. Notice must be given through certified or registered mail, return receipt requested, overnight delivery, with a signature signifying receipt, or by facsimile in order to be effective under this agreement and shall be deemed delivered upon receipt.

**DAMAGES**

Neither party shall be liable to the other for any special, indirect, incidental, consequential, punitive or exemplary damages, including, but not limited to, lost profits, even if such party has knowledge of the possibility of such damages.

**AGREEMENT**

This Agreement, along with the attached Hotel's Information Sheet, which is incorporated herein by reference, are all of the terms agreed to by the parties. The agreement shall be considered accepted once both parties have signed below. It is our understanding that you are empowered by your organization to make these arrangements. A signature delivered by facsimile or electronic means will be considered binding for both parties. All prior agreements, verbal or written, are no longer effective once this Agreement is signed by the parties.

**PRIVACY POLICY**

Hotel complies with the Global Privacy Policy for Guests which is available at http://privacy.hyatt.com (the "Privacy Policy"). Group shall make the guests of Group who stay at the Hotel ("Group's Guest") aware of the Privacy Policy. Group affirms to the Hotel that Group is entitled to disclose the personal information of the Group's Guests to the Hotel, and to receive personal information of the Group's Guests from the Hotel, as is necessary in connection with the Group Guest's stay at the Hotel.

Date: _____       Signature: _____

ALEXIS W CAYER
( GRAND HYATT TAMPA BAY )

Date: 2/2/12          Signature: _Cori C. Steinmann_
                      Printed: _Cori C. Steinmann_
                               ( SEDGWICK LAW )

# Sedgwick LLP

## CHECK REQUEST
### PLEASE SUBMIT 24HRS IN ADVANCE

DATE NEEDED: 02/20/12          TIME NEEDED: AM Delivery          OTHER TIME: _____

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☐ INTER-OFFICE MAIL TO:
☐ E-MAIL WHEN READY:     R Slaten                3512        4644        08 - DA
                         NAME                    Empl #      EXT #       OFC

| CLIENT NUMBER | MATTER NUMBER |
|---|---|
| 10711 | 000001 |

CASE NAME: Tampa Bay Water, A Regional Water Supply Authority v. HDR Engineering, Inc., a Nebraska corporation, et al

PAYEE: Argila Enterprises, Inc.

ADDRESS: 76 Woodside Drive

CITY: Lakeland

STATE: FL          ZIP: 33813-3557          COUNTRY: USA

PHONE # : 1-863-646-1842          FAX # : 1-863-646-1842

TYPE OF
BUSINESS: witness consultation
                    (I.E. EXPERT-MEDICAL, EXPERT-ENGINEERING, CONSULTANT-CONSTRUCTION)

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☑ EXACT AMOUNT          $1,575.00          ☐ NOT TO EXCEED AMOUNT

G/L ACCOUNT / TRUST # :
                    _____    _____    _____    _____    _____
                     Acct      Empl      Ofc       PG        SubPG

☐ FUNDS SHOULD COME FROM TRUST ACCOUNT

EXPLANATION (MUST BE INCLUDED):

Witness consultation

```
*  A P 1 3 7 7 3 1 1 *
```

PLEASE CHECK ONE OF THE FOLLOWING:

☑ SUPPORTING DOCUMENTATION IS ATTACHED
☐ THERE IS NO SUPPORTING DOCUMENTATION

PREPARED BY: R Slaten          EMPL # 3512    Ext. 4644

AUTHORIZED BY: _____          EMPL # 3021    Ext. 4616

DATE: 02/20/12

REV. 9/2010

# ARGILA ENTERPRISES, INC.

**76 Woodside Drive**
**Lakeland, FL 33813-3557**
**USA**

*Voice & Fax:* +1-863-646-1842
*E-mail:* wdcarrier@verizon.net



February 12, 2012

Mr. Kurt Meaders, Esq.
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

<u>Invoice No. 1206</u>

Reference:      **HDR/Tampa Bay Water C. W. Bill Young Regional Reservoir**

Scope:          Review photographs of the Peace River Reservoir; and meet with Messrs. Meaders
                and Mason in Tampa on Feb 8.

Period:         February 1 - 11

Consulting:     7 hr @ $225/hr        =      **$1,575.00**

ARGILA ENTERPRISES, INC.

W. David Carrier, III
President

*OK to Pay*
*10711. 0000 1*

35016

# Request for Taxpayer
## Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

Argila Enterprises, Inc.

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ----------

☐ Other (see instructions) ▶

☑ Exempt payee

Address (number, street, and apt. or suite no.)

76 Woodside Drive

Requester's name and address (optional)

City, state, and ZIP code

Lakeland, FL 33813

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

| 5 | 9 | – | 1 | 8 | 9 | 8 | 3 | 0 | 4 |

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**    Signature of U.S. person ▶ W. David Carrier, III    Date ▶ Feb 21, 2012

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 12-2011)

## Expense Report - Transmittal Report



ER00000035062120146

**Spender** David C. Kent      **From** Feb 9, 2012   **To** Feb 10, 2012      **Reimbursement Amt** 1,411.35 USD

**Report name** To Tampa for Pre-Trial Hearing

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 8 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/9/12 | Airfare | United St... | 1,088.60 USD | Jennifer M. Arevalo |
| 2/9/12 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 2/9/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/9/12 | Lodging | United St... | 179.19 USD | Jennifer M. Arevalo |
| 2/9/12 | Individual Meal | United St... | 56.16 USD | Jennifer M. Arevalo |
| 2/9/12 | Individual Meal | United St... | 5.89 USD | Jennifer M. Arevalo |
| 2/9/12 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 2/10/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |

# LawPay

CREDIT CARD PROCESSING

HDR

| | | |
|---|---|---|
| Airfare | — | 1,088.60 |
| Hotel | — | 179.19 |
| Cab | — | 20.00 |
| Meals | — | 62.05 |
| Tolls | — | 4.00 |
| Parking | — | 52.51 |
| Misc. | — | 5.00 |

$ 1,408.35

**LawPay.com** 866.376.0950

**FARE RECEIPT**

FARE $ _20_

FROM _Airport_

TO _HDR_

DATE _02-09-2012_ TIME ___

DRIVER NAME ___

CAB NO. ___

1-6 people ride for the same low rate.

STARBUCKS COFFEE D
DALLAS FT WORTH INT'L AIRPORT

11919 MALAK
--------------------------------
CHK 5739 FEB09'12 7:13AM GST 2
--------------------------------
Subtotal

1 LATTE T                 3.05
1 SCONES CRAN ORAN        2.39

  SUBTOTAL                5.44
  TAX                     0.45
  AMOUNT PAID           5.89
  Stbk Card               5.89
     Amount 5.89
  TerminalID Z0051164
  RefrNbr 28793189
Redemption Approved for $5.89
   Card Balance 44.11
  Gift Card Charge 5.89

Your order number is 5739

---

Double Tree
@ Rocky Point

100 KARIM B

Chk 5138          635          Gst 1
        Feb09'12 07:24PM
------------------------------------
  1 Carib Grouper              23.00
  i Bananas Foster              7.00
  O kue'RgtuqpcnEj cti g        8.00
  1 Delivery Charge             2.00
  22 %
    ROOM SVC 22%                8.36

    Subtotal                   40.00
    Tax                         2.80
    Service Chrg                8.36
07:25PM Total                  51.16

Thank you for joining us.

Tip Amt ___ 5.00

Total ___ 56.16

Rm # ___

Print Name ___

Sign ___



**DOUBLETREE SUITES**
BY HILTON
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 635/NK1SV |
| Arrival Date | 2/9/2012    6:59:00PM |
| Departure Date | 2/10/2012 |
| Adult/Child | 1/0 |
| Room Rate | $159.99 |

RATE PLAN            LV5
HH#  427205835 GOLD
AL
BONUS AL            CAR

Confirmation:  80821421

2/10/2012      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2/9/2012 | 2975417 | GUEST ROOM | | | $159.99 | |
| 2/9/2012 | 2975417 | STATE TAX | | | $11.20 | |
| 2/9/2012 | 2975417 | CITY TAX | | | $8.00 | |
| | WILL BE SETTLED TO AX *1572 | | | | $179.19 | |
| | EFFECTIVE BALANCE OF | | | | $0.00 | |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

ESTIMATED CURRENCY TOTAL

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

## *EXPRESS CHECK-OUT*

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| 454514 | A | |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

PAYMENT DUE UPON RECEIPT

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

T H A N K

Y O U

**From:**          TollTag Store [customernotifications@ntta.org]
**Sent:**          Saturday, February 11, 2012 3:50 AM
**To:**            Kent, David
**Subject:**       Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 10, 2012 15:39 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | February 10, 2012 16:53 | **Lane:** | DFW-NORTH-54 |

**Tag Number:** DNT.07139746    **License Plate:** DF3H958    **License State:**    TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Friday, February 10, 2012 3:13 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 09, 2012 06:52 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | February 09, 2012 07:37 | **Lane:** | DFW-NORTH-56 |

**Tag Number:** DNT.07139746    **License Plate:** DF3H958    **License State:**    TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**



# Airport Parking Receipt

AIRPORT VALET SERVICES
**2 0 0 1   -   2 0 1 1**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1399177
Date: 2/8/2012 1:26:10 PM

SOLD  David Kent
TO    214-535-6703
      david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1399177 | 2/9/2012 | 2/10/2012 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | | Credit Card Total | $52.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Friday, February 10, 2012 12:48 PM |
| **To:** | Kent, David |
| **Subject:** | Trip Details - KENT - Tampa 2/9/12 |



# Sedgwick

# E-mail Itinerary

This message has been sent from Orbitzforbusiness.net

## Tampa 2/9/12

This trip includes **flights**.
Reservation Made: 02/02/12

## Flight reservation

**Orbitz record locator:**   AP270601NTJNF734
**Airline record locator:**   American Airlines - BCCUEE
**Reservation made by:**   david.kent@sedgwicklaw.com
**Ticket numbers:**   0017023233683
**Traveler(s)**        **Frequent flier details**

DAVID KENT      American Airlines AAdvantage
                        H106810

**Leave Thursday, February 9, 2012**
**American Airlines 1430** Economy  |  Boeing 737-800 Passenger (738) | Food for purchase | 2hr 10min | 920 miles

Depart:   **8:00am   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **11:10am** Tampa, FL  Tampa International (TPA)

**Upgrade requested.**

**Return Friday, February 10, 2012**
**American Airlines 2243** Economy  |  McDonnell Douglas MD-80 (M80)  |  Food for purchase  |  2hr 50min |  920 miles

Depart:   **2:45pm   Tampa, FL**  Tampa International (TPA)
Arrive:   **4:35pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Important fare notes**
This ticket has advance-purchase restrictions.*
Please read the **fare rules** and the ticket for more information.

## Cost summary and billing information

| Flight cost summary | Billing information |
|---|---|
| **Flight cost - 2/2/12** | **Card holder's Name:** David C Kent |

| | |
|---|---|
| Airfare #0017023233683 | $991.60 |

**Orbitz for Business fees**

| | |
|---|---|
| Online transaction fee (Date :02/02/2012; ID:185448333 ) | $7.00 |
| **Flight cost** | **$998.60** |

**Exchange cost - 2/10/12**

| | |
|---|---|
| Airfare #0017023233683 | $1066.60 |
| Previous airfare | -$991.60 |
| **Airfare difference** | **$75.00** |

**Post-booking charges**

| | |
|---|---|
| Agent assisted fee (Date:02/10/2012; ID: 185509805) | $15.00 |
| **Total** | **$15.00 USD** |
| **Grand total itinerary cost to-date** | **$1,088.60 USD** |

| Card type: | MasterCard |
|---|---|
| Card number: | xxxxxxxxxxxx8472 |

*988.60*
*75.00*
*15.00*
*1,088.60*

---

**Trip reference field information**

# Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

Tracking ID: 875589083840 continued

| | | | |
|---|---|---|---|
| Delivered | Jan 27, 2012 13:53 | Fuel Surcharge | 2.12 |
| Svc Area | A1 | Discount | -17.64 |
| Signed by | see above | Residential Delivery | 3.00 |
| FedEx Use | 002613665/0001305/02 | **Total Charge**      USD | **$18.43** |

**Picked up:** Jan 27, 2012    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 7
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Office Services | Office Services |
| Tracking ID | 793163600662 | Sedgwick,LLP. | Sedgwick,LLP. |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 333 BUSH ST FL 30 |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US |
| Zone | 07 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Jan 30, 2012 09:02 | Transportation Charge | 44.80 |
| Svc Area | A1 | Fuel Surcharge | 2.50 |
| Signed by | P.PEGA | Discount | -25.54 |
| FedEx Use | 000000000/0001393/_ | **Total Charge**      USD | **$21.76** |

**Picked up:** Jan 27, 2012    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Office Services | Office Services |
| Tracking ID | 797994066346 | Sedgwick,LLP. | Sedgwick,LLP. |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 919 CONGRESS AVE STE 1250 |
| Package Type | FedEx Pak | DALLAS TX 75201 US | AUSTIN TX 78701 US |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Jan 30, 2012 10:15 | Transportation Charge | 25.50 |
| Svc Area | A1 | Fuel Surcharge | 1.42 |
| Signed by | B.MILLER | Discount | -14.54 |
| FedEx Use | 000000000/0001305/_ | **Total Charge**      USD | **$12.38** |

**Picked up:** Jan 27, 2012    **Cust. Ref.:** 03272.000236    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Cynthia Alm | Melinda Moseley |
| Tracking ID | 797994320331 | SEDGWICK,DETERT,MORAN | Nelson Mullins Riley & Scarbor |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 201 17th Street NW |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | ATLANTA GA 30363 US |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 30, 2012 09:53 | Transportation Charge | 26.15 |
| Svc Area | A1 | Fuel Surcharge | 1.46 |
| Signed by | C.BROWN | Discount | -14.91 |
| FedEx Use | 000000000/0000233/_ | **Total Charge**      USD | **$12.70** |

**Picked up:** Jan 27, 2012    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Wayne B. Mason | Wayne Mason c/o Katie Duty |
| Tracking ID | 797994860556 | SDMA | HDR, Inc. |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 5426 BAY CENTER DR STE 400 |
| Package Type | FedEx Box | DALLAS TX 75201 US | TAMPA FL 33609 US |
| Zone | 05 | | |
| Packages | 1 | | |

Continued on next page



Tracking ID: 797994860556 continued

| Rated Weight | 5.0 lbs, 2.3 kgs | | |
|---|---|---|---|
| Delivered | Jan 30, 2012 09:19 | Transportation Charge | 63.20 |
| Svc Area | A1 | Fuel Surcharge | 3.53 |
| Signed by | J.MACK ADAMS | Discount | -36.02 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** USD | **$30.71** |

**Picked up:** Jan 27, 2012     **Cust. Ref.:** 02278.103321     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 797994912590 | Wayne B. Mason | Edna Lopez, President |
| Service Type | FedEx Priority Overnight | SDMA | F-Star Property Management, In |
| Package Type | FedEx Envelope | 1717 Main Street | 6720 North Scottsdale Rd., Ste |
| Zone | 05 | DALLAS TX 75201 US | SCOTTSDALE AZ 85253 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 30, 2012 10:14 | Transportation Charge | 28.10 |
| Svc Area | A1 | Fuel Surcharge | 1.57 |
| Signed by | E.LOPEZ | Discount | -16.02 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** USD | **$13.65** |

**Dropped off:** Jan 28, 2012     **Cust. Ref.:** 10711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- Package sent from: 75235 zip code

| Automation | INET | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 797998332536 | Gail Fountain | Richard Harrison |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Allen Dell, P.A. |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 202 S ROME AVE STE 100 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33606 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Declared Value | USD 1.00 | Transportation Charge | 26.15 |
| Delivered | Jan 30, 2012 13:49 | Discount | -14.91 |
| Svc Area | A1 | Declared Value Charge | 0.00 |
| Signed by | V.KEYKENDALL | Fuel Surcharge | 1.46 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** USD | **$12.70** |

**Picked up:** Jan 30, 2012     **Cust. Ref.:** 02060-060034     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 4

| Automation | INET | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 798001735899 | Suzette Henke | Mr. Martin Lambrecht |
| Service Type | FedEx Standard Overnight | SDMA | Nissan North America, Inc. |
| Package Type | FedEx Envelope | 1717 Main Street | 1 NISSAN WAY |
| Zone | 04 | DALLAS TX 75201 US | FRANKLIN TN 37067 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 31, 2012 10:28 | Transportation Charge | 24.80 |
| Svc Area | A2 | Fuel Surcharge | 1.39 |
| Signed by | C.JACKSON | Discount | -14.14 |
| FedEx Use | 000000000/0000222/_ | **Total Charge** USD | **$12.05** |

**Picked up:** Jan 30, 2012  **Cust. Ref.:** 0996-003278  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Alan Vickery | Huyen Mekler | |
| Tracking ID | 798001901245 | SEDGWICK,DETERT,MORAN & ARNOLD | Liberty Abstract Company, Inc. | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 101 E CARL ALBERT PKWY | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | MCALESTER OK 74501 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 18.75 |
| Delivered | Jan 31, 2012 10:13 | Fuel Surcharge | | 1.31 |
| Svc Area | A5 | Discount | | -10.69 |
| Signed by | K.HODGES | DAS Comm | | 2.00 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$11.37** |

**Picked up:** Jan 30, 2012  **Cust. Ref.:** 11537-000001  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Nancy Bassi | Robert E. Maloney, Jr. | |
| Tracking ID | 798003160543 | SEDGWICK,DETERT,MORAN & ARNOLD | Lane Powell | |
| Service Type | FedEx Priority Overnight | 1717 Main Street #5400 | 601 SW 2ND AVE STE 2100 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | PORTLAND OR 97204 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 49.95 |
| Delivered | Jan 31, 2012 09:03 | Fuel Surcharge | | 2.79 |
| Svc Area | A1 | Discount | | -28.47 |
| Signed by | R.TAYLOR | | | |
| FedEx Use | 000000000/0001596/_ | **Total Charge** | **USD** | **$24.27** |

**Picked up:** Jan 30, 2012  **Cust. Ref.:** 10711 000001  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 16.0 lbs, 17" x 14" x 11", using a dimensional factor of 166.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | MICHAEL CLERKLEY | KATIE S DUTY P E | |
| Tracking ID | 875589083737 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 5426 BAY CENTER DR STE 400 ASS | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | TAMPA FL 33609 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Actual Weight | 15.0 lbs, 6.8 kgs | | | |
| Rated Weight | 16.0 lbs, 7.3 kgs | | | |
| Delivered | Jan 31, 2012 07:40 | | | |
| Svc Area | A1 | Transportation Charge | | 139.20 |
| Signed by | T.SAMPSON | Fuel Surcharge | | 18.10 |
| FedEx Use | 003014403/0000012/_ | **Total Charge** | **USD** | **$157.30** |

**Picked up:** Jan 30, 2012  **Cust. Ref.:** 10711-00001  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | MICHAEL CLERKLEY | KATIE S DUTY P E | |
| Tracking ID | 875589083748 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 5426 BAY CENTER DR STE 400 ASS | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | TAMPA FL 33609 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 15.0 lbs, 6.8 kgs | | | |
| Delivered | Jan 31, 2012 07:40 | Transportation Charge | | 132.90 |
| Svc Area | A1 | Fuel Surcharge | | 17.28 |
| Signed by | T.SAMPSON | | | |
| FedEx Use | 003014403/0000012/_ | **Total Charge** | **USD** | **$150.18** |

## Expense Report - Transmittal Report



ER0000003021 21 20203

**Spender** Kurt W. Meaders          **From** Feb 7, 2012   **To** Feb 10, 2012          **Reimbursement Amt** 2,331.59 USD

**Report name** Motions Hearings, Pretrial Conference

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 4 | Audit required | Yes |
| Number of receipts to submit | 4 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/3/12 | Airfare | United St... | 1,118.60 USD | Jennifer M. Arevalo |
| 2/10/12 | Airfare | United St... | 25.00 USD | Jennifer M. Arevalo |
| 2/11/12 | Lodging | United St... | 1,088.40 USD | Jennifer M. Arevalo |
| 2/11/12 | Parking or Tolls | United St... | 99.59 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Sunday, February 05, 2012 11:59 AM |
| **To:** | Meaders, Kurt |
| **Subject:** | E-Ticket Confirmation-LJRWZT 07FEB |



## eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |
|---|---|---|---|



**Date of Issue: 03FEB12**

Kurt W Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: LJRWZT**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance

Budget
Up to 35% off plus 3X AAdvantage® miles on global rentals.

AVIS
Up to 35% off plus 3X AAdvantage® miles on global rentals.

CONNECT WITH US. ANYWHERE, ANYTIME, ANY DEVICE.
Learn more
AA

TRAVEL BIG. NO MATTER WHAT SIZE YOUR BUSINESS IS.
American Airlines BUSINESS SUITE™

LAST MINUTE PACKAGE DISCOUNTS
American Airlines Vacations.



**Record Locator: LJRWZT**

### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 1112 | DALLAS FT WORTH | TUE 07FEB 12:35 PM | TAMPA | 3:45 PM | M |
| | Kurt Meaders | FF#: XRH0486 | Economy | Seat 13D | | Food For Purchase |

| ![American Airlines] | GLD | | | | | |
|---|---|---|---|---|---|---|
| **American Airlines** | 2243 | TAMPA | FRI 10FEB 2:45 PM | DALLAS FT WORTH | 4:35 PM | K |
| | Kurt Meaders | | FF#: XRH0486 GLD | Economy | | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012303494479 | 1020.46 | 98.14 | 1118.60 |

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Telephone Ticketing Service | 03 FEB 12 | USD | 25.00 |

**Payment Type: Reprint**

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the

Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

**Flight Status Notification**

 

We know why you fly*

**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 5250583366600511575830900

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, February 10, 2012 5:54 PM |
| **To:** | Slaten, Rita |
| **Subject:** | Fw: DFW Valet Parking Receipt |

---------------------------

Sent from KWM BlackBerry Wireless Handheld

---

**From:** DFW Valet <dfwvalet2@pcidfw.com>
**To:** Meaders, Kurt
**Sent:** Fri Feb 10 16:49:06 2012
**Subject:** DFW Valet Parking Receipt

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 445395
**CheckIn D/T:** 02/07/12 11:44
**CheckOut D/T:** 02/10/12 16:48
**Duration Time:** 3d 05h 04m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $92.00
**Tax:** $7.59
**Total:** $99.59

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 070070
**Order#** 4170124327
**Total:** $99.59

**T-Acct#** RG01003792
**Reward Class:** DEFAULT
**Total Points:** 151,768-$15.17

© AVPM®



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Mr Kurt Meaders | Room No. | 0812 |
| | 3925 Hanover St | Arrival | 02-07-12 |
| | Dallas TX 752257119 | Departure | 02-10-12 |
| | United States | Page No. | 1 of 2 |
| | | Folio Window | 1 |
| Membership | GP   511519090E | Folio | 208213 |
| Bonus Code | | Invoice | |
| Confirmation No. | 6656034501 | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---:|
| 02-07-12 | Package Room | | 279.00 | |
| 02-07-12 | State Sales Tax | | 19.53 | |
| 02-07-12 | Occupancy Tax | | 13.95 | |
| 02-08-12 | - Armani's Lounge Dinner Beverage | Room# 0812 : CHECK# 0347055 | 9.49 | |
| 02-08-12 | - In Room Dining Dinner Food | Room# 0812 : CHECK# 0295642 | 54.90 | |
| 02-08-12 | Bottled Water | | 8.00 | |
| 02-08-12 | Package Room | | 279.00 | |
| 02-08-12 | State Sales Tax | | 19.53 | |
| 02-08-12 | Occupancy Tax | | 13.95 | |
| 02-09-12 | - In Room Dining Dinner Food | Room# 0812 : CHECK# 0295696 | 74.57 | |
| 02-09-12 | Bottled Water | | 4.00 | |
| 02-09-12 | Package Room | | 279.00 | |
| 02-09-12 | State Sales Tax | | 19.53 | |
| 02-09-12 | Occupancy Tax | | 13.95 | |
| 02-10-12 | Master Card | XXXXXXXXXXXX5374    XX/XX | | 1,088.40 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel:  813-874-1234
Fax: 813-207-6790

# INVOICE

Payee  Mr Kurt Meaders
3925 Hanover St
Dallas TX 752257119
United States

| | | |
|---|---|---|
| Room No. | | 0812 |
| Arrival | | 02-07-12 |
| Departure | | 02-10-12 |
| Page No. | | 2 of 2 |
| Folio Window | | 1 |
| Folio | | 208213 |
| Invoice | | |

Membership   GP   511519090E
Bonus Code
Confirmation No.  6656034501
Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| | **Total** | **1,088.40** | **1,088.40** |
| | **Balance** | **0.00** | |

_____

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00
will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

**Expense Report - Transmittal Report**



ER0000003021212020204

**Spender** Kurt W. Meaders          **From** Feb 7, 2012   **To** Feb 10, 2012          **Reimbursement Amt** 34.95 USD

**Report name** Pretrial Conference and Motions hearing

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/11/12 | Other Travel - ... | United St... | 34.95  USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Gogo [customercare@gogoair.com] |
| **Sent:** | Friday, February 10, 2012 3:40 PM |
| **To:** | Meaders, Kurt |
| **Subject:** | Welcome to Traveler Pass. Here's your receipt… |

View in web browser | View on mobile device



ANOTHER REASON
TO LOVE YOUR AIRLINE.

**WELCOME ABOARD!**

Hello Kurt,

Thank you for purchasing the American Airlines Traveler Pass. You're now ready to get online with Gogo every time you fly a Gogo equipped flight on your airline.

Please note your username: **kurtmeaders**

Every month, on the same date as your initial purchase, your Traveler Pass renews automatically, with no contracts or obligations. This means you won't have to hassle with buying a new pass every time you fly your airline.

To view the details of your Traveler Pass, sign in at **gogoair.com** and click "My Account."

Thanks again for your purchase. We're pleased to have you on board.

Fly classy,
Your friends at Gogo

| Kurt Meaders | | Date: | 02/10/2012 |
|---|---|---|---|
| Username: | kurtmeaders | Payment Method: | MASTER: XXXX 5374 |
| Flight#: | AAL2243 | | |
| | | American Airlines | |
| | | Traveler Pass | $34.95 |
| | | Total | $34.95 |

# DOWNLOAD THE PERFECT CARRY-ON

## GET THE FREE GOGO APP FOR EASY, ONE-STEP SIGN IN.

**DOWNLOAD NOW**



Contact Us
Gogo Customer Care



TERMS & CONDITIONS
Use of Gogo service requires registration. Terms of Use

PRIVACY
Privacy Policy

©2011 Gogo LLC. All trademarks are the property of their respective owners. 1250 N Arlington Heights Rd. Itasca, IL 60143

## Expense Report - Transmittal Report



ER00000030212120201

| **Spender** Kurt W. Meaders | **From** Jan 30, 2012 **To** Feb 3, 2012 | **Reimbursement Amt** 2,429.67 USD |
|---|---|---|

**Report name** Les Bromwell preparation

### Expense Report Information :

| Number of expenses | 11 | Audit required | Yes |
|---|---|---|---|
| Number of receipts to submit | 11 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/1/12 | Group Meal | United St... | 488.96 USD | Jennifer M. Arevalo |
| 2/4/12 | Parking or Tolls | United St... | 99.59 USD | Jennifer M. Arevalo |
| 2/4/12 | Lodging | United St... | 634.72 USD | Jennifer M. Arevalo |
| 2/1/12 | Group Meal | United St... | 18.46 USD | Jennifer M. Arevalo |
| 1/31/12 | Group Meal | United St... | 56.54 USD | Jennifer M. Arevalo |
| 1/30/12 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 2/3/12 | Individual Meal | United St... | 22.39 USD | Jennifer M. Arevalo |
| 2/2/12 | Group Meal | United St... | 58.71 USD | Jennifer M. Arevalo |
| 2/3/12 | Other Firm Expe... | United St... | 13.70 USD | Jennifer M. Arevalo |
| 1/20/12 | Airfare | United St... | 25.00 USD | Jennifer M. Arevalo |
| 1/20/12 | Airfare | United St... | 991.60 USD | Jennifer M. Arevalo |

**Slaten, Rita**

 **eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |
|---|---|---|---|



**Date of Issue: 20JAN12**

Kurt Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: KYSAUV**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance

Budget
Up to 30% off and Triple AAdvantage miles

4X the AAdvantage miles plus up to 30% off

CONNECT WITH US. ANYWHERE, ANYTIME, ANY DEVICE.
Learn more

30 DAYS. UNLIMITED ACCESS. $99.

LAST MINUTE PACKAGE DISCOUNTS
AmericanAirlines Vacations.

**Record Locator: KYSAUV**

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| **American Airlines** | 1242 | DALLAS FT WORTH | MON 30JAN 7:20 PM | TAMPA | 10:30 PM | M |
| | Kurt Meaders | FF#: XRH0486 | | Economy | Seat 13B | Food For Purchase |

| American Airlines | | | GLD | | | |
|---|---|---|---|---|---|---|
| | 479 | TAMPA | FRI 03FEB 3:00 PM | DALLAS FT WORTH | 4:50 PM | M |
| | Kurt Meaders | | FF#: XRH0486 GLD | Economy | Seat 17F | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012302649157 | 902.32 | 89.28 | 991.60 |

| ADDITIONAL SERVICES | | CURRENCY | AMOUNT |
|---|---|---|---|
| Telephone Ticketing Service | | USD | 25.00 |

**Payment Type:** Master Card XXXXXXXXXXXX5374     **Total: $1016.60**

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold

or you can click on the Conditions of Carriage button below.

 

 

**We know why you fly***
**AmericanAirlines®**
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 213529113162201152150930C

*GAS*
*Rental Car*

**Oh Thank Heaven
for 7-Eleven.**

**7 ELEVEN
5001 MEMORIAL HWY
TAMPA FL
PHONE #8138856390
STORE #25060
TID: 00072506041 08
MASTERCARD
************5374
REF# 92000 98 026 7
02/03/2012 13:31:43**

**PUMP               1
GRADE      RUL
GALLONS        3.849
PRICE/GAL   $ 3.559
FUEL  SALE  $ 13.70**

**APPROVED   043239**

**Thanks for
your business.**

*WBM - Reserved Car*

*Lunch.*
*Tim Connolly - HDR*
*Tim Woodward - FG*
*Kobe Doty  HDR*
*Barry Meyer  HDR*
*Ken Coulter  Trial Graphis*
*Allen Campo -* *AS C*

---

MARIANNES CAFE
5420 BAY CTR DR STE 102
TAMPA, FL 336093425

| 02/02/2012 | 12:17:48 |
|---|---|
| Merchant ID: | 000000002371292 |
| Terminal ID: | 03081851 |
| 345300701884 | |

CREDIT CARD

MC SALE

| CARD # | XXXXXXXXXXX5374 |
|---|---|
| INVOICE | 0011 |
| Batch #: | 000192 |
| SERVER | 0001 |
| Approval Code: | 024630 |
| Entry Method: | Swiped |
| Mode: | Online |

PRE-TIP AMT          $58.71

TIP          _____

TOTAL AMOUNT   *5871*

CUSTOMER COPY

```
        HMS HOST
         CHILI'S
 AMPA INTERNATIONAL AIRPORT

  B Rachel
-----------------------------
  3/1      9809    GST 1
     FEB03'12  1:59PM
-----------------------------

     **** SEAT 1 ****
  QUESO EXPLOSION      9.8
  O kue'RgtuqpcriEj cti g   <7.'>

  SUBTOTAL           17.
     1.21  AMOUNT    18.
  *******  *******

  SUBTOTAL           17.18
  TAX                 1.21
  AMOUNT          $18.39

  THANK YOU FOR YOUR BUSINESS!
GM:TIM JUUL tim.juul@hmshost.com
813.396.3983 or email Chilis.com

       HMSHost
 Making The Travelers Day Bettr

    Host Store Card = 5940H27

     Find Us On Facebook
  ww.facebook.com/Hmshost
```

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:      9809
   E:     183/1
  .ER:    6848 Rachel
 ATE:    FEB03'12  2:19PM
     TYPE:  MSTRCARD  A1
      #:    XXXXXXXXXXXX5374
   DATE:   XX/XX
    CODE:  078712

           :        18.39
                    4
------------------------
           :        22.39
------------------------

 I AGREE TO PAY THE ABOVE AMOU
 IN ACCORDANCE WITH THE CARD
 ISSUER'S AGREEMENT.
```

Lunch Kurt Meadows

**Fare Receipt**

Date 1/30/12

From Tampa Airport

Cab # to Grand Hyatt

Fare $ 20.00

5426 BAY CENTER DR 125
TAMPA, FL 33609

01/31/2012                    12:09:4?
Merchant ID.        00000000191295?
Terminal ID:           03004428
???996882

CREDIT CARD
MC SALE

Card #           XXXXXXXXXXXX5374
REFERENCE                  0024
Auth #:                  000217
Approval Code:           082739
Entry Method:            Swiped
                         Online

GOODS/SERVICES           $52.54

TIP                        4 —

TOTAL AMOUNT             56.54

CUSTOMER COPY

*handwritten top:*
lunch    10711.00001

Kurt Meander
Ken Coulter  Tual Graphics
Les Bromwell
Tim Connolly
Kehn Deting
Wayne Mason

*handwritten:*
Kurt
Ken

Bay Breeze Cafe
5426 Bay Center Drive
Tampa, Florida
DATE 02/01/2012 WED   TIME 13:11

Misc.                    $1.40
Misc.                    $6.25
Misc.                    $1.60
Westshore                $6.99
Misc.                    $0.99
TAX1                     $1.23
TOTAL                   $18.46
CASH                    $18.46
Let us cater your next event
      (813) 282-8100
0            No.129834   00000

*handwritten:*
lunch
Ken Coulter — Tual Graphics

Kurt



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee   Mr Kurt Meaders
        3925 Hanover St
        Dallas TX 752257119
        United States

| | | |
|---|---|---|
| Room No. | 0812 |
| Arrival | 01-30-12 |
| Departure | 02-03-12 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio | 206992 |
| Invoice | |

Membership      GP    511519090E
Bonus Code
Confirmation No.   6656015901
Group Name

| Date | Description | | | Charges | Credits |
|------|-------------|---|---|--------:|--------:|
| 01-30-12 | Package Room | | | 139.00 | |
| 01-30-12 | State Sales Tax | | | 9.73 | |
| 01-30-12 | Occupancy Tax | | | 6.95 | |
| 01-31-12 | Bottled Water | | | 4.00 | |
| 01-31-12 | Package Room | | | 139.00 | |
| 01-31-12 | State Sales Tax | | | 9.73 | |
| 01-31-12 | Occupancy Tax | | | 6.95 | |
| 02-01-12 | Package Room | | | 139.00 | |
| 02-01-12 | State Sales Tax | | | 9.73 | |
| 02-01-12 | Occupancy Tax | | | 6.95 | |
| 02-02-12 | Bottled Water | | | 8.00 | |
| 02-02-12 | Package Room | | | 139.00 | |
| 02-02-12 | State Sales Tax | | | 9.73 | |
| 02-02-12 | Occupancy Tax | | | 6.95 | |
| 02-03-12 | Master Card | XXXXXXXXXXXX5374 | XX/XX | | 634.72 |

*Bill to 10711.0000l*



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel:  813-874-1234
Fax: 813-207-6790

## INVOICE

| | |
|---|---|
| **Payee** | Mr Kurt Meaders |
| | 3925 Hanover St |
| | Dallas TX 752257119 |
| | United States |

| | | |
|---|---|---|
| Membership | GP | 511519090E |
| Bonus Code | | |
| Confirmation No. | 6656015901 | |
| Group Name | | |

| | |
|---|---|
| Room No. | 0812 |
| Arrival | 01-30-12 |
| Departure | 02-03-12 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 206992 |
| Invoice | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |
| | **Total** | **634.72** | **634.72** |
| | **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00
will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

**Meaders, Kurt**

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 443445
**CheckIn D/T:** 01/30/12 18:12
**CheckOut D/T:** 02/03/12 17:18
**Duration Time:** 3d 23h 06m
**Plate#** FTK535 TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $92.00
**Tax:** $7.59
**Total:** $99.59

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 070819
**Order#** 4154614289
**Total:** $99.59

**T-Acct#** RG01003792
**Reward Class:** DEFAULT
**Total Points:** 151,768-$15.17

© AVPM®



DONATELLO

*232 N. Dale Mabry, Tampa, Florida 33609    (813) 875-6660*

| Date | | Table | Waiter's Name | Guests | Meal |
|------|---|-------|---------------|--------|------|
| 2/01/12 | 37 | Archie | | 4 | Dinner |

| | | | |
|---|---|--:|--:|
| 4 | Bruschetta | $3.95 | $15.80 |
| 1 | Ostriche Fiorentina | $17.95 | $17.95 |
| 1 | Half Oysters Fiorentina | $8.95 | $8.95 |
| 1 | Capriccio Salad | $10.95 | $10.95 |
| 4 | F    a Appetizer | $14.95 | $59.80 |
| 1 | Abbacchio Al Forno Alla Ciociara (f | $69.95 | $69.95 |
| 2 | Ossobuco Milanese | $44.95 | $89.90 |
| | Misc Personal Charge | $132.00 | ⟨$264.00⟩ |
| 1 | Cappuccino | $5.00 | $5.00 |
| 1 | Double Espresso | $8.00 | $8.00 |
| 1 | Coffee | $3.00 | $3.00 |
| 1 | Frutta | $13.95 | $13.95 |
| 2 | Dolce   (Dessert) | $11.95 | $23.90 |
| | Misc Personal Charge | $9.75 | ⟨$9.75⟩ |

DONATELLO, INC
232 N DALE MABRY HWY
TAMPA, FL 33609
813-875-6660

BATCH: 100
S-A-L-E-S  D-R-A-F-T
73322720
907850000001

0007
PE: MASTERCARD
PE: PURCHASE
FEB 01, 12  20:19:47

DUNT            $642
P              -110
TAL             752.96

: **********5374    EXP: /.
084749
KURT WOOD MEADERS
. 715

DMEMBER ACKNOWLEDGES RECEIPT OF
ND/OR SERVICES IN THE AMOUNT OF
AL SHOWN HEREON AND AGREES TO F
THE OBLIGATIONS SET FORTH BY T.
RDMEMBER'S AGREEMENT WITH THE ISSUER

*Need to separate bill.*
*highlighted wine to business*
*development and redact*
*from meal bill.*

*Invoice remanded to*
*10711.00001*

| | | |
|---|---|--:|
| SubTotal | $600.90 |
| Tax | $42.06 |
| Total | $642.96 |

*- 264.00* BD
*378.96*
*+110.00*
*488.96*

*Kurt Meaders, Tim Connolly, Tim Woodward and Ken Coulter*

## Expense Report - Transmittal Report



ER0000003506212O147

**Spender** David C. Kent      **From** Feb 15, 2012 **To** Feb 16, 2012      **Reimbursement Amt** 1,922.87 USD

**Report name** Travel to Tampa

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 10 | Audit required | Yes |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/15/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/15/12 | Airfare | United St... | 1,451.60 USD | Jennifer M. Arevalo |
| 2/15/12 | Individual Meal | United St... | 7.19 USD | Jennifer M. Arevalo |
| 2/15/12 | Individual Meal | United St... | 9.99 USD | Jennifer M. Arevalo |
| 2/15/12 | Individual Meal | United St... | 58.35 USD | Jennifer M. Arevalo |
| 2/16/12 | Lodging | United St... | 299.23 USD | Jennifer M. Arevalo |
| 2/16/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/16/12 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 2/16/12 | Taxi, Trains, o... | United St... | 30.00 USD | Jennifer M. Arevalo |

# LAWPAY
### CREDIT CARD PROCESSING

| | | |
|---|---|---|
| Airfare | — | 1,451.60 |
| Hotel | — | 299.23 |
| Cab | — | 30.00 |
| Parking | — | 52.51 |
| Tolls | — | 4.00 |
| Meals | — | 75.53 |
| Misc. | — | 10.00 |

$1,922.87

**LAWPAY.COM**          **866.376.0950**

ROOM SERVICE
GRAND HYATT TAMPA BAY
106 CRISTINA
-------------------------------
803/1      5145    GST
1
       FEB15'12  7:49PM
-------------------------------
  1 GROUPR NUGS        10.00
  1 Caesar w/ Chix     17.00
  1 STICKY DATE         6.00
  Misc Personal Charge
  Misc Personal Charge  (10.00)
  1 DELIVERY CHARGE     3.00
     SUBTOTAL          46.00
     22% SERVICE CHG    9.46
     TAX                3.89
     PAYMENT DUE       59.35
SERVICE CHARGE INCLUDES GRATUITY

ADDITIONAL GRATUITY: __9.00__

TOTAL: _____68.35_____

SIGNATURE: _____

PRINT NAME: __Kent__

ROOM NUMBER: __803__

        $ 58.35

---

Bay Breeze Cafe
5426 Bay Center Drive
Tampa, Florida
DATE 02/15/2012 WED   TIME 14:20

Misc.              $1.99
Misc.              $1.35
Misc.              $0.99
Turk&Swiss         $4.99
TAX1               $0.67
TOTAL              $9.99
CASH               $9.99
  Let us cater your next event
        (813) 282-8100
0           No.131155   00000

---

STARBUCKS COFFEE C6
DALLAS FT WORTH INT'L AIRPORT

11348 KIMBERLY
-------------------------------
CHK 3030 FEB15'12  7:05AM  GST 2
-------------------------------
         S u b t o t a l

  1 LATTE V            4.25
  1 SCONES CINNAMON    2.39

     SUBTOTAL          6.64
     TAX               0.55
     AMOUNT PAID       7.19
     Stbk Card         7.19
        Amount 7.19
      TerminalID Z0051160
       RefrNbr 29311106
  Redemption Approved for $7.19
       Card Balance 3.18
     Gift Card Charge 7.19

---



# United Cab
## 253-2424

You Can Find          91-15-30-30
Us Everywhere
We Can Take
You Anywhere

Date 2-16-2012 ___ Time _____ Cab# _____
Driver Name _____ Amount of Fare $ 30
Customer Name _____
Pickup _____          THANK YOU
Destination _____     FOR YOUR
                                BUSINESS

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Friday, February 10, 2012 10:39 PM |
| **To:** | Kent, David |
| **Subject:** | Flight Ticket Confirmation - KENT - Tampa 2/15/12 |

**ORBITZ** *FOR BUSINESS*

# Sedgwick LLP

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 2/15/12**.

**An air reservation has been added.**

**This air reservation has now been ticketed.**

---

## Your current trip information -Tampa 2/15/12
This trip includes **flights and hotel**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP110601MZUBEE34 |
| **Airline record locator:** | American Airlines - BFZNZJ |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Ticket numbers:** | 0017012433342 |
| **Total flight cost:** | $1,451.60 USD |
| **Traveler(s)** | **Frequent flier details** |

| | | |
|---|---|---|
| DAVID KENT | American Airlines AAdvantage | |
| | H106810 | |

**Leave Wednesday, February 15, 2012**
**American Airlines 1430** Economy | Boeing 737-800 Passenger (738) | Food for purchase | 2hr 10min | 920 miles

Depart: **8:00am  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive: **11:10am Tampa, FL** Tampa International (TPA)

Seat: 17E | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Return Thursday, February 16, 2012**
**American Airlines 2243** First Class | McDonnell Douglas MD-80 (M80) | Snack | 2hr 50min | 920 miles

Depart: **2:45pm  Tampa, FL** Tampa International (TPA)
Arrive: **4:35pm  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. **See details**

**Important fare notes**

PRICING RULES VALIDATING CARRIER AA*
Please read the **fare rules** and the ticket for more information.

## Hotel reservation

**Orbitz Record Locator:** MH5R3U
**Hotel Confirmation number:** HY0000508316
**Reservation made for:** David Kent
**Reservation made by:** david.kent@sedgwicklaw.com
**Loyalty programs:** Hyatt Gold Passport   G30016989B
**Total charges :** 269.00 USD (taxes not included)

| | | |
|---|---|---|
| **Grand Hyatt Tampa Bay** | 2900 Bayport Drive<br>Tampa, FL  33607 | **Phone:** 1 813 874-1234<br>**Fax:** 1 813 207-6790 |

| | | |
|---|---|---|
| **Check-in:** | **Wed, Feb 15, 2012** | 3:00 PM |
| **Check-out:** | **Thu, Feb 16, 2012** | 12:00 PM |

**Room description:** Business plan includes full breakfast for 1: high-speed
Business plan includes full breakfast for 1: high-speed internet access: bottle of water

### Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:**

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** Guarantee: 01Jan2001 to 31Dec9999 - Must guarantee reservation with credit card at time of booking.

**Deposit:** DEPOSIT CREDIT CARDS: AX CB DC

**Cancellation:**  CANCEL BY 3PM EST 24 HOURS PRIOR TO ARRIVAL

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| **Airfare, DAVID KENT (Adult)** | $1,444.60 |
| **Orbitz for Business fees** | |
| Online transaction fee (Date :02/10/2012;<br>ID:185511504 ) | $7.00 |
| **Total** | **$1,451.60 USD** |

**Billing information**

**Card holder's Name:** DAVID C KENT

**Card type:** American Express

**Card number:** xxxxxxxxxxx1572

### Hotel cost summary

| Room rate | Wed | |
|---|---|---|
| Feb 15 | $269 | |
| **Applicable taxes:** | | TAX: 12.000 PERCENT (not included) |
| **Total room cost:** | | $269.00 |
| **Total charges*** | | $269.00 |

**Billing information**

**Card holder's Name:** David C Kent

**Card type:** American Express

**Card number:** xxxxxxxxxxx1572

****Taxes not included. TAX: 12.000 PERCENT**

*Note: Hotel cost displayed above does not include hotel taxes and fees.

**Kent, David**

# Airport Parking Receipt



AIRPORT VALET SERVICES
**2 0 0 1  –  2 0 1 1**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1401470
Date: 2/14/2012 8:57:45 PM

SOLD   David Kent
TO       214-535-6703
            david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1401470 | 2/15/2012 | 2/16/2012 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | | Credit Card Total | $52.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

| From: | TollTag Store [customernotifications@ntta.org] |
| Sent: | Thursday, February 16, 2012 3:04 AM |
| To: | Kent, David |
| Subject: | Parking Receipt |

# DFW Airport Parking Receipt

| Entry : | February 15, 2012 06:48 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | February 15, 2012 07:52 | **Lane:** | DFW-NORTH-54 |

**Tag Number:** DNT.07139746    **License Plate:** DF3H958    **License State:**    TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Friday, February 17, 2012 3:15 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 16, 2012 15:14 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | February 16, 2012 16:46 | **Lane:** | DFW-NORTH-55 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.07139746 | **License Plate:** | DF3H958 | **License State:** | TX |
| **Parking Fee:** | $2.00 | | | | |
| **NTTA Tag Charged:** | $2.00 | | | | |

Taxes included.

Thank you for parking at DFW Airport.