

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INFORMATION INVOICE

Payee   David Kent
1717 Main St
Ste 5400
Dallas TX 752017367
United States

| | | |
|---|---|---|
| Room No. | 0803 |
| Arrival | 02-15-12 |
| Departure | 02-16-12 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 209555 |
| Invoice | |

Membership   GP   G30016989B
Bonus Code
Confirmation No.  50831601
Group Name

| Date | Description | | | Charges | Credits |
|------|-------------|---|---|---------|---------|
| 02-15-12 | Package Room | | | 269.00 | |
| 02-15-12 | State Sales Tax | | | 17.63 | |
| 02-15-12 | Occupancy Tax | | | 12.60 | |
| 02-16-12 | Master Card | XXXXXXXXXXXX8472 | XX/XX | | |

Your Gold Passport account will be credited for this stay.

**Total**                     **299.23**

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2660 or email na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo
P.O. Box 203090
Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

## Expense Report - Transmittal Report



ER00000035062120148

**Spender** David C. Kent          **From** Feb 19, 2012 **To** Feb 20, 2012          **Reimbursement Amt** 2,271.20 USD

**Report name** To Boston to Meet with Experts

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 10 | Audit required | Yes |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/19/12 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 2/19/12 | Lodging | United St... | 212.18 USD | Jennifer M. Arevalo |
| 2/19/12 | Individual Meal | United St... | 40.66 USD | Jennifer M. Arevalo |
| 2/19/12 | Airfare | United St... | 1,870.60 USD | Jennifer M. Arevalo |
| 2/19/12 | Individual Meal | United St... | 4.60 USD | Jennifer M. Arevalo |
| 2/19/12 | Taxi, Trains, o... | United St... | 66.36 USD | Jennifer M. Arevalo |
| 2/19/12 | Individual Meal | United St... | 13.29 USD | Jennifer M. Arevalo |
| 2/20/12 | Parking or Tolls | United St... | 5.00 USD | Jennifer M. Arevalo |
| 2/20/12 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |

# LawPay

CREDIT CARD PROCESSING

| | | |
|---|---|---|
| Airfare | — | 1,870.60 |
| Hotel | — | 212.18 |
| Parking | — | 52.51 |
| Tolls | — | 6.00 |
| Meals | — | 58.55 |
| Misc. | — | 5.00 |
| Taxi | — | 66.36 |

$2,271.20

## American Airlines®

19 Feb 2012 15:23 EST
AA1332 DFW-BOS
446716
Device ID GLX00001795
Transaction: 10041820585

Sale

| Product | Price | Qty | Amt. |
|---|---|---|---|
| COOKIE | 3.29 | 1 | 3.29 |
| PREM SAND | 10.00 | 1 | 10.00 |
| Total | | USD | 13.29 |
| AMEX 1572 | | USD | 13.29 |

AmericanAirlines®
We Know Why You Fly℠

---

-CREDIT RECEIPT-
DRIVER COPY
SIGNATURE:

HACK#: 00006271
CAB#: 1811
DATE: 2/19/2012
ST.TIME: 19:12
END TIME: 19:35
TRIP#: 17703
DIST : 15.90 MI
FARE : $ 47.80
EXTRA : $ 7.50
TIP : $ 11.06
GR.TOT: $ 66.36
CARDNUMBER: 1572
AUTH#: 532518

---

STARBUCKS COFFEE C21
DALLAS FT WORTH INT'L AIRPORT

11933 MELISSA
--------------------------------
CHK 1378 FEB19'12 12:15PM  GST 1
--------------------------------
S u b t o t a l

| 1 LATTE V | 4.25 |
|---|---|
| SUBTOTAL | 4.25 |
| TAX | 0.35 |
| AMOUNT PAID | 4.60 |
| Stbk Card | 4.60 |

Amount 4.60
TerminalID Z0051157
RefrNbr 29675307
Redemption Approved for $4.60
Card Balance 25.57
Gift Card Charge 4.60

Your order number is 23738

---

SSL-1 CPN 1109928

## American Airlines®  PASSENGER RECEIPT
## DUPLICATE

**15FEB12**

| PASSENGER NAME | | RECORD LOCATOR | |
|---|---|---|---|
| KENT/DAVID | | LPFYIZ | |

DFW AA BOS860.00LBOOERM1 AA DFW860.00LBOOERM1 1720
.00END ZPDFWBOS XT7.60ZP9.00XFDFW4.5BOS4.5

Get the Citi(R) Platinum Select(R) / AAdvantage(R)
World MasterCard(R) and earn 15,000 bonus miles
after first purchase. Call 1-800-753-0901!

| FARE | 1720.00 | USD |
|---|---|---|
| TFC | 129.00 | US |
| TFC | 5.00 | AY |
| TFC | 16.60 | XT |
| TOTAL | 1870.60 | USD |

NOT VALID FOR TRAVEL

FOP-TBM*AXXXXXXXXXXXX1572
0012304245875

TFC=TAXES,FEES & CHARGES

---

## American Airlines®

DFW
BOS AA 1332 L 19FEB LBOOER
DFW AA 1747 L 20FEB LBOOER

```
            ROOM SERVICE
            HILTON HOTEL
            WOBURN, MA

331 MAHGEN                        1
--------------------------------
647/1        3341      GST
1
        FEB19'12  8:50PM
--------------------------------

   1 9'' DELUXE          12.25
      BLACK OLIVE
   Misc Personal Charge
                        ⟨15.00⟩
      18.00 %
      RmSvcGratuity      4.91

      FOOD TOTAL        12.25
      WINE TOTAL        15.00
      RmSvcAdminFee      0.55
      Tax                1.95
    9:04 Total==>   $34.66

GRATUITY _____ 6 . 00 ____

TOTAL _____ 40 . 66 ____

---------------------------------
            Print Name

---------------------------------
            Signature

Room Number  _____
```



# Hilton
## Boston/Woburn

2 Forbes Road • Woburn, MA 01801
Phone (781) 932-0999 • Fax (781) 932-0903
Reservations
www.bostonwoburn.hilton.com or 1 800 HILTONS

| Name & Address |
| --- |

KENT, DAVID
SEDGWICK LLP
1717 MAIN ST.
DALLAS, TX 75201
US

| Room | 647/K1E |
| --- | --- |
| Arrival Date | 2/19/2012 |
| Departure Date | 2/20/2012 |

7:38:00PM

| Adult/Child | 1/0 |
| --- | --- |
| Room Rate | 189.95 |

RATE PLAN LV4

HH# 427205835 GOLD
AL
BONUS AL CAR

Confirmation Number : 3454340209

2/20/2012   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 2/19/2012 | GUEST ROOM | WWELLS4 | 1272154 | $189.95 | | |
| 2/19/2012 | RM-STATE TAX | WWELLS4 | 1272154 | $10.83 | | |
| 2/19/2012 | RM-CITY TAX | WWELLS4 | 1272154 | $11.40 | | |
| | WILL BE SETTLED TO AX *1572 | | | | | $212.18 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!*

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 275931   A |
| --- | --- |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT





T H A N K   Y O U

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Monday, February 20, 2012 10:42 PM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt – David Kent 2/19-2/20 |



# Airport Parking Receipt

**FreedomPark**
AIRPORT VALET SERVICES
**2 0 0 1 - 2 0 1 1**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1402675
Date: 2/18/2012 9:29:04 AM

SOLD   David Kent
TO     214-535-6703
       david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1402675 | 2/19/2012 | 2/20/2012 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | Credit Card Total $52.51 | | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

| From: | TollTag Store [customernotifications@ntta.org] |
| Sent: | Monday, February 20, 2012 3:09 AM |
| To: | Kent, David |
| Subject: | Parking Receipt |

# DFW Airport Parking Receipt

| Entry : | February 19, 2012 11:57 | **Lane:** | DFW-NORTH-15 |
| **Exit :** | February 19, 2012 12:22 | **Lane:** | DFW-NORTH-55 |

| **Tag Number:** | DNT.07139746 | **License Plate:** DF3H958 | **License State:** | TX |
| **Parking Fee:** | $1.00 | | | |
| **NTTA Tag Charged:** | $1.00 | | | |

Taxes included.

Thank you for parking at DFW Airport.

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Tuesday, February 21, 2012 3:09 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 20, 2012 18:31 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | February 20, 2012 20:44 | **Lane:** | DFW-NORTH-56 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.07139746 | **License Plate:** | DF3H958 | **License State:** | TX |
| **Parking Fee:** | $5.00 | | | | |
| **NTTA Tag Charged:** | $5.00 | | | | |

Taxes included.

Thank you for parking at DFW Airport.

# Expense Report - Transmittal Report



ER00000030072120002

**Spender** Gail A. Fountain      **From** Feb 23, 2012   **To** Mar 7, 2012      **Reimbursement Amt** 517.80 USD

**Report name** HDR trial travel

## Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/23/12 | Airfare | United St... | 517.80 USD | Jennifer M. Arevalo |





**Tampa 3/7/12**
This trip includes flights.
Reservation made: 02/23/12

## Flight reservation

| | | |
|---|---|---|
| **Orbitz record locator:** | AP270601R2XR5234 | **\*Traveler(s)**  **Frequent flier details** |
| **Airline record locator:** | American Airlines - JZQTDV | |
| **Reservation made by:** | judy.farmer@sedgwicklaw.com | GAIL FOUNTAIN |
| **Ticket numbers:** | not yet available | |
| **Total flight cost:** | $510.80 USD | |

**Wednesday, March 7, 2012**

**American Airlines 304**   Economy | McDonnell Douglas MD-80 (M80) | Food for purchase | 2hr 10min | 920 miles

Depart:   **10:45am**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **1:55pm**   **Tampa, FL** Tampa International (TPA)

Seat: 31E |   **Your flight is confirmed. Seat is confirmed. You may** review seats.

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.



HDR, Inc.                                                    April 17, 2012
8404 Indian Hills Dr.                                   Invoice No. 1064837
Omaha, NE 68114

For Professional Services Through March 31, 2012:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| 02/27/12 | M. Herrera | 3.60 | Per conference with Ed Jackson, assess and prepare all trial and war-room equipment to bet setup and shipped out to Tampa Bay |
| 02/29/12 | G. Fountain | 2.80 | Work on organization of trial material in preparation for transmittal to Tampa |
| 03/01/12 | W. Mason | 13.80 | Continue trial preparation, including Smart Board training with Casey Gooden |
| 03/01/12 | K. Meaders | 15.20 | Work on reorder of exhibit list; various emails and telephone conference with attorney Steinmann regarding demonstratives; various emails and telephone conference with Wayne Mason for trial preparation; emails to David Carrier; emails to Katie Duty ██████████ ████; exhibit list reorder issues; Jury Charge, Jury Instructions and Verdict Form; Motion for electronics at trial; war room logistic issues; Swenson cross revisions; assist Kennedy cross revisions; organize pretrial-trial notebook for trial; organize and revise witness assignments; work on, revise brief on economic waste and office conference with attorney Scott regarding additional case support; supplement trial exhibit list; assist with Seeber cross outline; various telephone conferences and emails with legal assistant Fountain regarding trial preparation; receipt and review of filed Jury Instructions and Verdict Form; update trial graphics on wedge; |



|            |               |       | delete some demonstratives |
|------------|---------------|-------|----------------------------|
| 03/01/12   | D. Kent       | 2.40  | Prepare trial brief on TBW's claim for prejudgment interest, including legal research, study/analysis of pleadings and exhibits, and exchange of memoranda with team members |
| 03/01/12   | D. Kent       | 2.40  | Review and revise trial exhibit list |
| 03/01/12   | D. Kent       | 2.90  | Review, revise and finalize for filing Joint Proposed Preliminary Jury Instructions and Verdict Form, including exchange of memoranda, correspondence and telephone conferences with team members, local counsel and opposing counsel concerning same |
| 03/01/12   | D. Kent       | 0.90  | Review deposition transcripts, exhibits and evidence to use in preparing cross-examination outlines for TBW fact witness Rick Menzies |
| 03/01/12   | J. Scott      | 1.70  | Revise trial brief re: economic waste jury charge |
| 03/01/12   | C. Steinmann  | 17.60 | Attend smart board trial and demonstrative review meeting with Mason, Gooden, and Coulter; revise timeline demonstrative; revise Rice outline; work on Seeber cross examination outline |
| 03/01/12   | C. Alm        | 1.00  | Update key documents index and notebooks |
| 03/01/12   | G. Fountain   | 5.30  | Assist attorneys with trial witness outlines, trial exhibits and exhibit list |
| 03/01/12   | G. Fountain   | 0.90  | Work on HDR supplemental exhibits for transmittal to opposing counsel |
| 03/01/12   | G. Fountain   | 5.00  | Continue to work on reorganizing trial exhibit list by witness |
| 03/01/12   | M. Herrera    | 2.10  | Preparing the servers for shipment to Tampa Bay's war-room |
| 03/01/12   | J. Steere     | 1.00  | Coordinate war room hardware for shipment and establish setup processes |
| 03/02/12   | W. Mason      | 14.20 | Continue trial preparation, including trial team meeting, dictation of notes for points for cross- |


|            |            |        | examination and areas of caution in examining various witnesses |
|------------|------------|--------|--------|
| 03/02/12 K. | Meaders   | 14.30  | Logistical meeting regarding exhibits and transfer of file on eve of trial and telephone conference with Kathy Gilman, Cori Steinmann, Gail Fountain; trial work; meeting with Wayne Mason over trial issues; meeting with trial team; work on replying to 10-20 emails from TBW counsel on exhibits; revise Brief on Economic Waste instruction; assist Wayne Mason with Gerald Seeber and Kennedy cross examination; logistics of war room set up; issues with Navigant supplement; attention to TBW exhibit supplement and review records, response to TBW; assist with Carrier cross examination; assist on prejudgment interest brief; work on aerial video issues; work on revised OCL exhibits; questions from TBW on Joint Exhibits; work on final Exhibit List; new exhibit on Peace River from TBW |
| 03/02/12 | D. Kent     | 0.40   | Analysis and planning regarding preparation for preliminary charge conference |
| 03/02/12 | D. Kent     | 5.20   | Prepare HDR's trial brief concerning TBW's claim for prejudgment interest |
| 03/02/12 D. | Kent      | 0.80   | Study/analysis of supplemental trial exhibits ▆▆▆▆▆▆▆▆▆▆ conferences and exchange of memoranda with team members and local counsel concerning same |
| 03/02/12 | D. Kent     | 0.90   | Prepare for and participate in meeting with Wayne Mason and team members concerning trial preparation, witness outlines, preparation of exhibits, prep aeration for preliminary charge conference with Court and other trial preparation matters |
| 03/02/12 D. | Kent      | 0.40   | Study/analysis of supplemental trial exhibit concerning Peace River project, including |


|            |               |        |                                                                                                              |
|------------|---------------|--------|--------------------------------------------------------------------------------------------------------------|
|            |               |        | telephone conference and exchange of memoranda and correspondence with team members, local counsel ██████████ concerning same |
| 03/02/12   | S. Wittie     | 1.00   | Review and analysis of prejudgment interest issue, related communications                                     |
| 03/02/12   | J. Scott      | 1.40   | Research and analyze case law ██████████ ██ discuss same with K. Meaders; prepare documents for pre-trial hearing argument re: same |
| 03/02/12   | C. Steinmann  | 10.10  | Continue work on Seeber outline; continue working on Carrier outline; prepare and file Motion for Electronic Equipment; prepare Motion for Court Reporter |
| 03/02/12   | C. Alm        | 0.50   | Review TBW website to obtain meeting minutes; review meeting minutes for references to the reservoir for K. Meaders |
| 03/02/12   | G. Fountain   | 0.90   | Attend meeting with attorneys to discuss trial logistics                                                      |
| 03/02/12   | G. Fountain   | 10.00  | Work on HDR trial exhibits per reordered exhibit list and prepare same for transmittal to co-counsel          |
| 03/02/12   | G. Fountain   | 1.20   | Assist attorneys with trial witness outlines                                                                  |
| 03/02/12   | M. Herrera    | 4.60   | Preparing all IT equipment to be packed up and shipped to Hyatt in Tampa Bay                                  |
| 03/02/12   | J. Steere     | 1.50   | Coordinate war room users' technical configurations with local office; conference call with support team      |
| 03/03/12   | W. Mason      | 11.10  | Continue trial preparation, including extensive work on shortening opening                                    |
| 03/03/12   | K. Meaders    | 9.60   | Pretrial preparation; work on deposition designations for Rick Donovan; ████████████████████████████ work on issues to discuss at jury charge conference; work on update to exhibits; work on changes to exhibit |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 5

|  |  |  |  |
|---|---|---|---|
|  |  |  | list from TBW; attention to deposition additions to cross outlines; attention to brief on economic waste; work on story board on percentage of cracking; work on brief on economic waste instructions; various additional exhibits for TBW – review of same; attempts to contact David Carrier; meeting on logistics of exhibits and labeling electronically; TBW exhibit numbering issue; multiple courtroom copy issues; ███; assist with opening |
| 03/03/12 | D. Kent | 2.60 | Logistical organization, selection and collection of evidence, working files and trial support materials for trial |
| 03/03/12 | D. Kent | 1.90 | Review and revise HDR's trial brief ████████████████████ |
| 03/03/12 | D. Kent | 2.30 | ████████ revision of summary exhibits, analysis and planning and exchange of memoranda with team member and local counsel concerning same, and exchange of correspondence with opposing counsel regarding same |
| 03/03/12 | D. Kent | 2.80 | Review and revise HDR trial brief regarding TBW's claim for prejudgment interest, including telephone conferences and exchange of memoranda with team members, local counsel ██████████████ |
| 03/03/12 | C. Alm | 2.00 | Review new trial exhibit list and update key documents |
| 03/03/12 | G. Fountain | 4.00 | Assist attorney with deposition designations and objections to TBW deposition designations |
| 03/03/12 | G. Fountain | 5.00 | Preparation of trial exhibit material for transport to Tampa |


| 03/03/12 | J. Steere | 0.20 | Support team communications on newly-established hardware requirements |
| 03/04/12 | W. Mason | 13.10 | Continue trial preparation, working on cross-examination preparation |
| 03/04/12 | K. Meaders | 12.50 | Pretrial preparation; coordination of war room issues; update Reservoir level chart; Donovan deposition designations and responses and objections to TBW designations; demonstratives and fly over videos; receipt and review of additional Donovan deposition transcripts for TBW; develop objections and responses to same; exhibits to Wayne Mason; Donovan deposition revisions due to new designations by TBW; quality control exhibit list in form to Court; Board Minute redaction issues; Story Board on Why Not Pore Pressure; assist Wayne Mason with opening statement support; revise outline for Amanda Rice cross |
| 03/04/12 | D. Kent | 4.00 | Logistical preparation for trial, including review, identification and preparation of trial support materials |
| 03/04/12 | D. Kent | 0.30 | Analysis and planning with local counsel regarding cross-examination of TBW's expert witnesses ███████████████ |
| 03/04/12 | D. Kent | 5.00 | Preparation for trial, including review and revision of direct and cross-examination outlines, exchange of memoranda with team members ████████████████████ ██████████████████████████ ██████████████████████ |
| 03/04/12 | J. Scott | 0.30 | Review proposed changes to trial brief ████ ██████████████████ |
| 03/04/12 | C. Steinmann | 9.30 | Seeber cross examination and other trial preparation |

135 Main St.  ■  14th Floor  ■  San Francisco, California 94105
Telephone 415.537.3000  ■  Facsimile 415.781.2635  ■  Federal Tax ID 94-1033310  ■  AR@SEDGWICKLAW.COM  ■
WWW.SEDGWICKLAW.COM



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 7

| 03/04/12 | C. Alm | 9.00 | Review new trial exhibit list and update key documents and issue story boards |
| 03/04/12 | G. Fountain | 5.00 | Work on updating witness outlines, story boards and other relevant charts with new trial exhibits numbers |
| 03/04/12 | G. Fountain | 1.00 | Work on TBW's supplemental trial exhibits |
| 03/04/12 | G. Fountain | 2.00 | Analyze court form trial exhibit list after conversion from internal list |
| 03/05/12 | W. Mason | 14.80 | Continue trial preparation |
| 03/05/12 | K. Meaders | 14.90 | Exhibit questions; receipt and review of email from Harrison trying to resolve outstanding issues; work on Donovan deposition issues ███████ telephone conference with David Carrier; revise potential stipulations; meeting with attorney Kent regarding same; prepare for jury charge conference, ███████ work on Rice cross examination outline; telephone conference with Wayne Mason on drawdown and stability issues and jury charge conference; work on Swenson cross; work on Carrier cross; work on arguments for jury charge conference on economic waste; assist with coordination of final packing up of war room materials to transfer to Tampa, FL; work on responses to attempt to obtain final stipulations before trial |
| 03/05/12 | D. Kent | 3.20 | Analysis and planning with Kurt Meaders regarding stipulations for resolution of objections to trial exhibits by TBW and HDR, including study/analysis of exhibits, objections and correspondence with opposing counsel, and exchange of memoranda with team members concerning same |
| 03/05/12 | D. Kent | 0.20 | Telephone conference with Jim Brittain |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 8

|          |              |       |                                                                                      |
|----------|--------------|-------|--------------------------------------------------------------------------------------|
|          |              |       | regarding subpoena and status of case                                                |
| 03/05/12 | D. Kent      | 6.40  | Review and revise cross-examination outlines                                         |
| 03/05/12 | D. Kent      | 0.20  | ███████████████████████████████                                                      |
| 03/05/12 | S. Wittie    | 1.30  | Attention to prejudgment interest issue, relation to verdict form                    |
| 03/05/12 | C. Steinmann | 16.00 | Trial Preparation                                                                    |
| 03/05/12 | C. Alm       | 6.90  | Review new trial exhibit list and update key documents and issue story boards        |
| 03/05/12 | G. Fountain  | 4.00  | Preparation of trial exhibit material for transport to Tampa                          |
| 03/05/12 | G. Fountain  | 2.00  | Work on updating witness outlines, story boards and other relevant charts with new trial exhibits numbers |
| 03/05/12 | G. Fountain  | 2.80  | Work on TBW's and HDR's supplemental trial exhibits                                   |
| 03/05/12 | G. Fountain  | 1.40  | Assist attorney with objection issues regarding trial exhibits                       |
| 03/05/12 | M. Stringer  | 7.50  | Begin updating Exhibit list to be submitted to the Court                             |
| 03/05/12 | J. Steere    | 1.50  | Ensure proper maintenance of hardware supplied by Florida office and order and coordinate delivery of necessary supplies |
| 03/06/12 | W. Mason     | 9.90  | Continue work on trial preparation                                                   |
| 03/06/12 | K. Meaders   | 14.30 | Work on trial preparation, Carrier cross, Seeber cross, Kennedy cross, Adams deposition; ████████████████████████████ exhibit review; emails with Richard Harrison regarding |


|          |               |       | exhibits; emails with David Carrier; review of new potential exhibits; review additional exhibits; Rice cross outline |
|----------|---------------|-------|---------------------------------------------------------------------------------------------------------------------|
| 03/06/12 | D. Kent       | 0.70  | Analysis and planning with team member regarding strategy for responding to deep piezometer data readings and potential slope instability issues |
| 03/06/12 | D. Kent       | 0.80  | Analysis and planning regarding TBW's subpoena to former HDR employee Jim Brittain, including legal research concerning subpoenas, conferences with team members and local counsel, ███████████████ |
| 03/06/12 | D. Kent       | 2.30  | Study/analysis of trial exhibits and trial exhibit lists, including supplemental exhibits from HDR and TBW |
| 03/06/12 | D. Kent       | 1.00  | Logistical preparations for trial |
| 03/06/12 | D. Kent       | 8.70  | Review and revise various cross-examination outlines for use at trial |
| 03/06/12 | C. Steinmann  | 14.00 | Trial preparation |
| 03/06/12 | C. Alm        | 7.40  | Review new trial exhibit list and update key documents and issue story boards; prepare documents to send for trial; update Carrier trial examination outline with deposition testimony |
| 03/06/12 | G. Fountain   | 0.40  | Work on updating flat-plate soil cement summary chart with new trial exhibits numbers |
| 03/06/12 | G. Fountain   | 4.80  | Work on exhibits associated with witness outlines, story boards and other relevant charts |
| 03/06/12 | G. Fountain   | 3.00  | Assist attorney with objection issues regarding trial exhibits |
| 03/06/12 | G. Fountain   | 0.80  | Analysis of TBW trial exhibit related to Carrier invoices to determine total amount paid by TBW and work on detailed chart regarding same |
| 03/06/12 | G. Fountain   | 1.50  | Work on finalizing trial exhibit list |


| | | | |
|---|---|---|---|
| 03/06/12 | M. Stringer | 0.90 | Begin marking transcripts of Mark Donovan Volumes I-V testimony for objections based on optional completeness |
| 03/06/12 | J. Steere | 0.50 | Begin preparing hardware and supplies for shipment |
| 03/07/12 | W. Mason | 14.20 | Travel to Tampa and continue trial preparation |
| 03/07/12 | K. Meaders | 17.50 | Travel to Tampa, FL and charge conference preparation |
| 03/07/12 | D. Kent | 12.00 | Prepare for trial, including team strategy meeting, preparation of cross-examination outlines, analysis and planning with team members regarding trial exhibits, preparation for pre-trial hearing, set-up of trial headquarters room, and travel from Dallas to Tampa |
| 03/07/12 | C. Steinmann | 16.00 | Trial Preparation |
| 03/07/12 | C. Alm | 3.10 | Review W. Mason notes for trial, issue story boards and key documents and prepare list of trial exhibit used in each; update issue story boards |
| 03/07/12 | G. Fountain | 3.00 | Travel to Tampa for trial |
| 03/07/12 | G. Fountain | 10.00 | Assist and work on trial exhibits and witness deposition designations and witness examination outlines |
| 03/07/12 | E. Jackson | 3.60 | Begin on-site support for trial team; conferences with Mr. Meaders, hotel engineering staff and internet providers and assess and perform secure data transfers for trial team |
| 03/07/12 | J. Steere | 2.50 | Prepare backup laptop for war room and prepare and load locally-supplied items onto vehicle for delivery |
| 03/07/12 | J. Steere | 5.00 | Travel to Tampa Bay war room site |
| 03/07/12 | J. Steere | 1.00 | Meeting with Ed Jackson to plan and prepare for war room setup |
| 03/07/12 | J. Steere | 2.50 | Begin war room setup, including printers, |


|          |              |       | cabling, internet testing and storage setup |
|----------|--------------|-------|---------------------------------------------|
| 03/08/12 | W. Mason     | 13.90 | Attend hearing on jury instructions and continue trial preparation |
| 03/08/12 | K. Meaders   | 17.00 | Trial preparation |
| 03/08/12 | D. Kent      | 4.00  | Prepare for and participate in preliminary charge conference with Court |
| 03/08/12 | D.   Kent    | 2.00  | Prepare, review, revise and file HDR's Supplemental List of Authorities Concerning Prejudgment Interest |
| 03/08/12 | D. Kent      | 4.00  | Prepare for trial, including preparation of witness examination outlines, team strategy meetings, analysis and planning regarding deposition designations, trial exhibits, jury selection and other trial preparation activities |
| 03/08/12 | D. Kent      | 3.00  | Prepare HDR's Memorandum Brief Regarding Exclusion of Barry Meyer, P.E. from Witness Sequestration Rule Pursuant to Federal Rule of Evidence 615(3), including legal research, exchange of memoranda and analysis and planning with team members concerning same |
| 03/08/12 | D. Kent      | 2.00  | Review and revise proposed jury instructions, including analysis and planning with team members, legal research, and preparation of correspondence to opposing counsel concerning same |
| 03/08/12 | J. Scott     | 2.50  | Research vicarious admissions of independent contractors |
| 03/08/12 | C. Steinmann | 19.00 | Trial preparation |
| 03/08/12 | C. Alm       | 1.00  | Assist G. Fountain with trial exhibits included in key documents, issue story boards and W. Mason notes |
| 03/08/12 | G. Fountain  | 10.00 | Receipt of trial material sent from Dallas office and work on organization of same |
| 03/08/12 | E. Jackson   | 16.80 | Begin preparing secure trial war-room for HDR Trial Team in Tampa Hyatt; configure multiple |



|          |            |       |                                                                                                                                                                                                                                                                                                                                                                                                      |
|----------|------------|-------|--|
|          |            |       | network devices, test and establish secure data and voice connection to and from Dallas Office files |
| 03/08/12 | J. Steere  | 15.00 | War Room unpacking, setup, configuration, and troubleshooting, including coordination with hotel and staff, server and router configuration and setup, wireless network configuration and setup, copier installation and configuration, setup of phones, printers, workstations, scanners, cabling and other incidentals, local hardware acquisition, and software setup of security, database access, network paths, distribution lists, and guest accounts |
| 03/09/12 | W. Mason   | 14.80 | Continue trial preparation |
| 03/09/12 | K. Meaders | 16.50 | Trial preparation |
| 03/09/12 | D. Kent    | 3.50  | ██████████████████████████████ |
| 03/09/12 | D. Kent    | 0.50  | Review and revise HDR's trial witness list |
| 03/09/12 | D. Kent    | 0.40  | Study/analysis of TBW's trial witness list |
| 03/09/12 | D. Kent    | 0.50  | Prepare and finalize for filing HDR's Amended Trial Witness List |
| 03/09/12 | D. Kent    | 4.00  | Review and revise trial examination witness outlines and cross-examination outlines |
| 03/09/12 | D. Kent    | 3.20  | Prepare deposition designations for Black & Veatch witness Dominic Molyneux |
| 03/09/12 | D. Kent    | 0.50  | Review and revise jury instructions on "first costs" and "betterment," including exchange of correspondence with opposing counsel and analysis and planning with team members concerning same |
| 03/09/12 | R. Brown   | 4.90  | ██████████████████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 13

| 03/09/12 | R. Brown | 3.40 | Review case law of admissions by party opponents ███████ |
| 03/09/12 | C. Steinmann | 11.70 | Trial preparation |
| 03/09/12 | C. Alm | 4.50 | Review emails from C. Steinmann regarding glossary for court; review various pleadings and deposition transcripts and prepare glossary of names and terms for court |
| 03/09/12 | G. Fountain | 14.00 | Assist and work on trial exhibits, witness deposition designations, organizing and maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/09/12 | E. Jackson | 10.70 | Complete preparing secure trial war-room for HDR Trial Team in Tampa Hyatt; provide user data access and connectivity to HDR trial team, experts and clients; provide on-site support to HDR Trial Team |
| 03/09/12 | J. Steere | 10.00 | Provide support for HDR trial team, including training, support documentation, printer configuration for local counsel and other non-Sedgwick users, database backup, and coordination with vendors for hardware, maintenance, supplies, and secure shredding of documents |
| 03/10/12 | W. Mason | 14.50 | Continue preparing for trial |
| 03/10/12 | K. Meaders | 18.00 | Trial preparation |
| 03/10/12 | D. Kent | 13.00 | Prepare for trial, including study/analysis of TBW demonstrative exhibits, study/analysis of TBW and HDR objections to each other's trial exhibits, legal research ███████ preparation of trial brief ███████ review and revision of proposed jury charge, analysis and planning with team members and clients regarding trial |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 14

|  |  |  |  |
|---|---|---|---|
|  |  |  | preparation issues, and exchange of memoranda and correspondence with team members, ████████ ████████ and opposing counsel pertaining to same |
| 03/10/12 | R. Brown | 2.80 | ████████████████████ |
| 03/10/12 | R. Brown | 3.70 | ████████████████████ |
| 03/10/12 | C. Steinmann | 15.50 | Trial Preparation |
| 03/10/12 | C. Alm | 5.00 | Emails with G. Fountain regarding trial; update key documents, issue story boards and outlines with trial exhibit information |
| 03/10/12 | G. Fountain | 14.00 | Continue to assist and work on trial exhibits, witness designations, witness examination outlines and maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/10/12 | E. Jackson | 7.30 | Provide on-site support to HDR Trial Team |
| 03/10/12 | J. Steere | 5.00 | Provide support for HDR trial team, including wireless network optimization, laptop configurations, and improvements to printer architecture |
| 03/10/12 | J. Steere | 5.00 | Return travel to Fort Lauderdale |
| 03/11/12 | W. Mason | 14.70 | Continue preparations for start of trial tomorrow |
| 03/11/12 | K. Meaders | 18.30 | Trial preparation |
| 03/11/12 | D. Kent | 13.00 | Prepare for trial, including preparation of witness examination outlines, review of objections to TBW and HDR exhibits, conference/meeting with team members and fact and expert witnesses, legal research, preparation of legal memoranda and trial briefs, and other |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 15

| | | | trial preparation activities |
|---|---|---|---|
| 03/11/12 | R. Brown | 2.10 | Review circuit and Florida case law for hearsay exceptions in preparation for plaintiff's objections to admissibility of Black & Veatch emails at trial |
| 03/11/12 | C. Steinmann | 15.50 | Trial Preparation |
| 03/11/12 | G. Fountain | 13.00 | Continue to assist and work on trial exhibits, witness designations, witness examination outlines and maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/11/12 | E. Jackson | 14.30 | Continued on-site support to HDR Trial Team and assist in preparing for trial |
| 03/11/12 | J. Steere | 1.00 | Provide remote support for HDR trial team, including coordination with support team on issue tracking, resolving printer issue and Citrix timeout issue |
| 03/12/12 | W. Mason | 16.70 | Trial and preparation for upcoming witnesses |
| 03/12/12 | K. Meaders | 19.80 | Trial, Voir Dire and Jury Selection, preparation for trial |
| 03/12/12 | D. Kent | 15.00 | Prepare for and attend trial, including jury selection, follow-up activities of witness preparation meetings with fact and expert witnesses, preparation of cross-examination outlines, review and revision of deposition designations, team strategy meetings, client meetings and related trial activities |
| 03/12/12 | J. Scott | 3.20 | Draft motion for gag order; research same |
| 03/12/12 | C. Steinmann | 16.50 | Trial Preparation |
| 03/12/12 | G. Fountain | 14.50 | Continue to assist and work on witness designations, witness examination outlines and maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/12/12 | E. Jackson | 15.30 | Continued on-site support to HDR Trial Team and assist in preparing for trial |



| 03/12/12 | J. Steere | 1.50 | Coordinate with HDR trial support team on issue tracking configuration and responsibilities, establish local vendor for printer maintenance, and finalize arrangements for secure shredding |
| 03/13/12 | W. Mason | 15.80 | Trial and preparation for upcoming witnesses |
| 03/13/12 | K. Meaders | 19.30 | Continued Voir Dire, Jury Selection and Opening Statements, preparation for trial |
| 03/13/12 | D. Kent | 12.00 | Prepare for and attend trial, including attendance at trial, preparation of exhibits, preparation of witness outlines, ██████████████████ |
| 03/13/12 | C. Steinmann | 19.00 | Continue working on opening; attend trial; continue working on Seeber examination |
| 03/13/12 | C. Alm | 2.10 | Review emails from C. Steinmann and locate various deposition testimony for trial |
| 03/13/12 | G. Fountain | 13.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/13/12 | E. Jackson | 14.20 | Continued on-site support to HDR Trial Team and assist in preparing for trial in Tampa |
| 03/14/12 | W. Mason | 14.90 | Trial and preparation for upcoming witnesses |
| 03/14/12 | K. Meaders | 20.30 | Attendance at jury trial, jury trial witness Jerry Seeber, preparation for trial |
| 03/14/12 | D. Kent | 13.00 | Prepare for and attend trial, with follow-up activities of witness preparation, deposition designations, witness cross-examination outlines, team strategy meetings and related other trial preparation activities |
| 03/14/12 | J. Scott | 1.30 | ████████████████████ |
| 03/14/12 | C. Steinmann | 18.60 | Continue working on Seeber; attend trial; strategy meeting; continue working on Carrier |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 17

| | | | examination; assist with Rice examination |
|---|---|---|---|
| 03/14/12 | C. Alm | 0.50 | Review emails from C. Steinmann, locate deposition transcripts for C. Gooden |
| 03/14/12 | G. Fountain | 14.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/14/12 | E. Jackson | 12.30 | Continued on-site support to HDR Trial Team and assist in preparing for trial in Tampa |
| 03/14/12 | J. Steere | 1.50 | Coordinate with support team and organize coverage schedule, investigate backup scanning hardware |
| 03/15/12 | W. Mason | 11.30 | Trial and preparation for upcoming witnesses |
| 03/15/12 | K. Meaders | 9.50 | Attendance at jury trial and preparation for next week jury trial |
| 03/15/12 | D. Kent | 8.00 | Prepare for and attend trial |
| 03/15/12 | D. Kent | 0.20 | Legal research ███████████ |
| 03/15/12 | J. Scott | 0.60 | Research ██████████████████████ |
| 03/15/12 | C. Steinmann | 12.00 | Finalize Carrier examination and exhibits; attend trial |
| 03/15/12 | G. Fountain | 9.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/15/12 | E. Jackson | 11.30 | Continued on-site support to HDR Trial Team and assist in preparing for trial in Tampa |
| 03/16/12 | W. Mason | 13.20 | Continue prepping for next witnesses in trial |
| 03/16/12 | K. Meaders | 13.50 | Attendance at jury trial and preparation for next week jury trial |
| 03/16/12 | D. Kent | 7.00 | Prepare for trial, ██████████████ preparation of direct and cross-examination outlines, and team strategy meetings |


| 03/16/12 | C. Steinmann | 8.70 | Review trial transcripts and identify key sound bites for closing; prepare status update; review next weeks witness list and prepare email regarding preparations |
|---|---|---|---|
| 03/16/12 | J. Steere | 1.00 | Support for trial team, including document scanning process and printer troubleshooting |
| 03/17/12 | W. Mason | 12.90 | Continue prepping for next witnesses in trial |
| 03/17/12 | K. Meaders | 16.70 | Trial Preparation; assistance with cross examination outline of David Carrier; assistance with exhibits for trial; and review Swenson information for cross examination |
| 03/17/12 | D. Kent | 12.00 | Prepare for trial, including team strategy meetings, ███████████████ preparation of direct and cross-examination witness outlines, conference/meetings with client and related trial preparation activities |
| 03/17/12 | C. Steinmann | 7.40 | Work on lining up pictures with stations from FPSC MM Reports; continue work on cross examination outline of Swenson; work on Adams deposition designations; review latest Donovan designations |
| 03/18/12 | W. Mason | 14.80 | Continue prepping for next witnesses in trial |
| 03/18/12 | K. Meaders | 18.90 | Review additional Swenson documents, review Ranon documents, prepare for cross examination outline of Swenson and Ranon |
| 03/18/12 | D. Kent | 14.00 | Prepare for trial, █████████████████ exchange of correspondence with opposing counsel regarding trial exhibits and depositions, preparation of witness examination outlines and objections to trial exhibits, and related trial preparation activities |
| 03/18/12 | C. Steinmann | 9.30 | Work on Swenson cross examination; revise |


|          |              |       | carrier cross examination; work on deposition designations of Adams; work on designations of Molyneux |
|----------|--------------|-------|---|
| 03/18/12 | G. Fountain  | 7.50  | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/18/12 | J. Steere    | 5.00  | Travel to Tampa Bay war room site |
| 03/18/12 | J. Steere    | 1.00  | On-site support for trial team |
| 03/19/12 | W. Mason     | 16.20 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/19/12 | K. Meaders   | 18.00 | Trial attendance and cross examination of Carrier and Swenson; continue preparation for Swenson cross examination |
| 03/19/12 | D. Kent      | 9.00  | Prepare for and attend trial, including conference/meetings with team members, ███ ███ and fact witnesses |
| 03/19/12 | D. Kent      | 6.10  | Prepare witness examination outlines for direct and cross-examination of fact and expert witnesses |
| 03/19/12 | C. Steinmann | 17.40 | Attend trial, work on Kennedy, Ranon and Swenson outlines and exhibits for use on cross examination |
| 03/19/12 | G. Fountain  | 9.50  | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/19/12 | J. Steere    | 13.00 | On-site support for trial team |
| 03/20/12 | W. Mason     | 15.50 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/20/12 | K. Meaders   | 18.00 | Attendance at trial and cross examination of Janice Swenson; work on preparation for examination of John Ranon and assist Attorney Wayne Mason on Kennedy preparation; ███ ███ review David Carrier testimony for assistance on |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 20

questions for Brumund

| 03/20/12 | D. Kent | 8.00 | Prepare for and attend trial |
| 03/20/12 | D. Kent | 6.60 | Prepare for trial, including team strategy meetings, ████████████████████ █████████████ preparation of cross-examination outlines |
| 03/20/12 | C. Steinmann | 15.20 | Attend trial; prepare Frostic report; ████ ████████████████ work on exhibits for use in Elliott cross examination |
| 03/20/12 | G. Fountain | 12.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/20/12 | J. Steere | 14.00 | On-site support for trial team |
| 03/21/12 | W. Mason | 14.90 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/21/12 | K. Meaders | 18.40 | Trial Day; work on and assistance with witness preparation; ████████████████ █████████ work on additional witness preparation; assistance with exhibits for witness preparations |
| 03/21/12 | D. Kent | 7.00 | Prepare for and attend trial |
| 03/21/12 | D. Kent | 8.00 | Prepare for trial, including team strategy meetings, ████████████████████ ███████████████████████, preparation of cross-examination outlines, revision of trial witness list, and related trial preparation items |
| 03/21/12 | C. Steinmann | 16.40 | Attend trial; prepare report to Frostic; work on Maxwell and Lemley final playlist |
| 03/21/12 | G. Fountain | 12.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/21/12 | J. Steere | 14.00 | On-site support for trial team |


| | | | |
|---|---|---|---|
| 03/22/12 | W. Mason | 16.70 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/22/12 | K. Meaders | 17.50 | Trial Day; work on witness preparation; ███████ ██████████ assistance regarding briefing for objections to Donovan deposition portions; review deposition designations |
| 03/22/12 | D. Kent | 8.00 | Prepare for and attend trial |
| 03/22/12 | D. Kent | 4.00 | Prepare for continuation of trial, █████ ████████████████ and preparation of cross-examination and direct examination witness outlines |
| 03/22/12 | C. Steinmann | 13.20 | Attend trial; prepare report to Frostic; revise Adams designations |
| 03/22/12 | G. Fountain | 12.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/22/12 | J. Steere | 13.00 | On-site support for trial team |
| 03/23/12 | W. Mason | 12.10 | Work with witnesses ███████████ |
| 03/23/12 | K. Meaders | 11.00 | Hearing on objections to TBW designations of Donovan Deposition; work on revisions and review of Donovan Depositions; ███████ general trial preparations |
| 03/23/12 | D. Kent | 3.00 | Prepare for and attend court hearing on discovery motions |
| 03/23/12 D. | Kent | 3.00 | Conference/meeting ████████████ |
| 03/23/12 | D. Kent | 5.20 | Prepare cross-examination outline for TBW expert witness Kenneth O'Connell, including study/analysis of deposition transcripts and trial |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

April 17, 2012  
Invoice No. 1064837  
Page 22

exhibits, ████████████████████████

| | | | | |
|---|---|---|---|---|
| 03/23/12 | S. Wittie | 2.00 | Legal research ████████████████ ██████████ |
| 03/23/12 | G. Fountain | 7.30 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/23/12 | R. Hyde | 7.50 | Travel from Connecticut to Trial site |
| 03/23/12 | R. Hyde | 10.30 | Provide onsite Trial Support Coverage |
| 03/23/12 | J. Steere | 4.00 | On-site support for trial team |
| 03/23/12 | J. Steere | 5.00 | Return travel to Fort Lauderdale |
| 03/24/12 | W. Mason | 9.30 | Prepare for next week of trial |
| 03/24/12 | K. Meaders | 15.00 | Continued Trial Preparation; ███████████████████████ Work on various other trial preparation issues; work on final Donovan deposition designations; work on Maxwell, Lemley and Adams designations |
| 03/24/12 | D. Kent | 4.00 | ████████████████████████ |
| 03/24/12 | D. Kent | 2.00 | General trial preparation activities |
| 03/24/12 | D. Kent | 6.00 | Prepare for cross-examination of TBW's damages expert Kenneth O'Connell, ████ revision of cross-examination outlines, a████ |
| 03/24/12 | C. Steinmann | 6.00 | Work on Vaeth designations; review email from Harrison regarding Maxwell counters; begin |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 23

|         |              |       | review of trial transcripts to identify issues to be addressed and sound bites to be used in closing |
|---------|--------------|-------|---|
| 03/24/12 | G. Fountain | 7.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness notebooks, document indexes and lists |
| 03/24/12 | R. Hyde | 13.00 | Provide onsite Trial Support Coverage |
| 03/25/12 | W. Mason | 12.80 | Work with witnesses ████████████ █████████████████████████ |
| 03/25/12 | K. Meaders | 15.50 | Work on deposition designations, receive Plaintiff's late designations for Adams, Veath and others, work on preparation for trial and preparation of witnesses ████████████████ |
| 03/25/12 | D. Kent | 11.00 | Prepare for trial, including preparation of cross-examination and direct examination outlines, conference/meeting with team members, ██████ ████████████████████████████ ████████████████████████ |
| 03/25/12 | C. Steinmann | 10.70 | Finalize Vaeth designations; review counters and objections to Maxwell and begin preparing response; work on Barry Meyer outline and exhibits to be used; █████████████ █████████████ work on exhibits for use during O'Conell cross examination |
| 03/25/12 | G. Fountain | 10.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness files, document indexes and lists |
| 03/25/12 | R. Hyde | 13.00 | Provide onsite Trial support coverage |
| 03/26/12 | W. Mason | 16.40 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/26/12 | K. Meaders | 18.50 | ███████████████████████████ attendance at trial to deal with Donovan deposition portions during trial; ██████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 24

| 03/26/12 | D. Kent | 8.00 | Prepare for and attend trial |
| 03/26/12 | D. Kent | 4.00 | Prepare for continuation of trial, ██████████ preparation of witness examination outlines |
| 03/26/12 | S. Wittie | 0.60 | ████████████████████ |
| 03/26/12 | C. Steinmann | 16.20 | Attend trial; work on Barry examination and exhibits; assist with preparation of Barry; review Vaeth counters and work on argument against the same |
| 03/26/12 | G. Fountain | 11.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness files, document indexes and lists |
| 03/26/12 | R. Hyde | 14.00 | Provide onsite Trial support coverage |
| 03/27/12 | W. Mason | 15.70 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/27/12 | K. Meaders | 18.00 | Trial Attendance, preparation of witnesses ████████████ |
| 03/27/12 | D. Kent | 4.00 | Prepare for and attend trial |
| 03/27/12 | D. Kent | 8.00 | Prepare for continuation of trial, including preparation of witness examination outlines, conference/meeting with team members and witnesses, ████████████ |
| 03/27/12 | C. Steinmann | 17.10 | Attend trial; prepare Trial Update Report; work on examination outline and exhibits for Meyer and Copeland |
| 03/27/12 | G. Fountain | 14.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness files, document indexes and lists |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 25

| 03/27/12 | R. Hyde | 14.00 | Provide onsite Trial Support Coverage |
|---|---|---|---|
| 03/28/12 | W. Mason | 16.10 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/28/12 | K. Meaders | 15.50 | Trial Attendance, ████████████████; preparation of authentication documents for pictures; preparation with Ed Copeland regarding testimony; preparation of witness Sandhagen |
| 03/28/12 | D. Kent | 8.00 | Prepare for and attend trial |
| 03/28/12 | D. Kent | 4.00 | Prepare for continuation of trial, including witness preparation ████████████ |
| 03/28/12 | C. Steinmann | 16.80 | Attend trial; prepare trial update report; ██████████████████████████ |
| 03/28/12 | G. Fountain | 12.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness files, document indexes and lists |
| 03/28/12 | R. Hyde | 14.00 | Provide onsite Trial Support Coverage |
| 03/29/12 | W. Mason | 13.70 | Prepare for trial, attend trial, and prepare for next day of trial |
| 03/29/12 | K. Meaders | 12.70 | Trial Attendance; preparation of witness Kelley; telephone conference with Simon regarding preparation of witnesses Kelley; preparation of material for witness Kelley |
| 03/29/12 | D. Kent | 8.00 | Prepare for and attend trial |
| 03/29/12 | D. Kent | 4.00 | Prepare for continuation of trial, including conference/meetings with team members, ████ ██████████ preparation of direct examination outlines |
| 03/29/12 | C. Steinmann | 12.20 | Prepare Frostic update; attend trial; ████████████████████████ |
| 03/29/12 | G. Fountain | 7.30 | Continue to assist with trial preparation and |


|            |              |        | work on maintaining attorney trial notebooks, witness files, document indexes and lists |
|------------|--------------|--------|---|
| 03/29/12   | R. Hyde      | 14.00  | Provide onsite Trial Support Coverage |
| 03/30/12   | W. Mason     | 9.80   | Prepare for trial, attend trial, and work on trial preparation for next week's witnesses |
| 03/30/12   | K. Meaders   | 11.00  | Friday Trial; preparation of witnesses in afternoon ██████████████████████ ██████████████████████ ██████████ |
| 03/30/12   | D. Kent      | 4.00   | Prepare for and attend trial |
| 03/30/12   | D. Kent      | 7.00   | Prepare for continuation of trial, including conference/meeting with team members, ██████████████████████████ revision of direct examination witness outlines |
| 03/30/12   | C. Steinmann | 5.30   | Attend trial; attend strategy meeting for trial preparation |
| 03/30/12   | G. Fountain  | 7.00   | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness files, document indexes and lists |
| 03/30/12   | R. Hyde      | 8.30   | Provide onsite Trial Support Coverage |
| 03/30/12   | R. Hyde      | 6.30   | Travel from Florida war room site |
| 03/31/12   | W. Mason     | 12.90  | Preparation for next week of trial, including work with attorneys, ██████████ and witnesses to prepare for trial testimony |
| 03/31/12   | K. Meaders   | 3.50   | Travel to Dallas with review ██████████ ██████████████████ trial exhibits while en route; work on revised Lemley deposition designations |
| 03/31/12   | D. Kent      | 10.00  | Prepare for trial, including attendance at team strategy meeting, ██████████████████ preparation of rebuttal witness examination |





| | | | outlines, ████████████████████ ████ nd related trial preparation activities |
|---|---|---|---|
| 03/31/12 | C. Steinmann | 6.70 | Attend team meeting ████████ ████████████████████ ████████████ revise Lemley designations and prepare email to Harrison regarding the same |
| 03/31/12 | G. Fountain | 7.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness files, document indexes and lists |

Total Hours     2,420.50
**Total Fee Amount**     **$693,583.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 430.70 | 455.00 | $195,968.50 |
| K. Meaders | 478.70 | 330.00 | 157,971.00 |
| D. Kent | 365.40 | 395.00 | 144,333.00 |
| S. Wittie | 4.90 | 350.00 | 1,715.00 |
| R. Brown | 16.90 | 265.00 | 4,478.50 |
| J. Scott | 11.00 | 240.00 | 2,640.00 |
| C. Steinmann | 389.40 | 265.00 | 103,191.00 |
| C. Alm | 43.00 | 115.00 | 4,945.00 |
| G. Fountain | 316.90 | 115.00 | 36,443.50 |
| M. Stringer | 8.40 | 125.00 | 1,050.00 |
| M. Herrera | 10.30 | 115.00 | 1,184.50 |
| R. Hyde | 114.40 | 115.00 | 13,156.00 |
| E. Jackson | 105.80 | 115.00 | 12,167.00 |
| J. Steere | 124.70 | 115.00 | 14,340.50 |
| Total | **2,420.50** | | **$693,583.50** |

**Disbursements:**


| | | |
|---|---|---|
| 11/07/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/07/11,, | 0.40 |
| 11/07/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/07/11,, | 0.40 |
| 11/14/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/14/11,, | 2.40 |
| 11/14/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/14/11,, | 2.40 |
| 11/14/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/14/11,, | 0.08 |
| 11/14/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/14/11,, | 0.08 |
| 11/19/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/19/11,, | 2.40 |
| 11/19/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/19/11,, | 0.08 |
| 11/19/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/19/11,, | 2.40 |
| 11/19/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 11/19/11,, | 0.08 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 2.40 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 1.68 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.16 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.08 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.16 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.08 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.08 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.48 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.08 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.08 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.16 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.08 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.16 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.16 |
| 12/02/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/02/11,, | 0.08 |
| 12/05/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/05/11,, | 1.52 |
| 12/05/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/05/11,, | 1.44 |
| 12/05/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/05/11,, | 0.32 |
| 12/05/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/05/11,, | 0.16 |
| 12/05/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/05/11,, | 0.08 |
| 12/05/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/05/11,, | 0.16 |
| 12/08/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/08/11,, | 0.16 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 2.40 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 2.40 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 2.40 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 2.40 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 0.96 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 0.08 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 0.08 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 29

| | | |
|---|---|---|
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 2.40 |
| 12/12/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/12/11,, | 0.08 |
| 12/15/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/15/11,, | 0.40 |
| 12/15/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/15/11,, | 0.56 |
| 12/15/11 | Pacer Service Center; Invoice #SD0810-Q42011; Dated 12/15/11,, | 0.72 |
| 01/26/12 | Outside Professional Services CDW Direct, LLC | 114.15 |
| 02/03/12 | Other Travel-related expenses Meaders, Kurt W. / DA | 25.00 |
| 02/07/12 | Travel/Air Fare Mason, Wayne B. / DA- | 70.00 |
| 02/08/12 | Outside Professional Services CDW Direct, LLC | 87.96 |
| 02/09/12 | Delivery/Messenger  Service Federal Express Corporation | 12.70 |
| 02/10/12 | Travel/Air Fare Meaders, Kurt W. / DA | 1,340.60 |
| 02/10/12 | Travel/Air Fare Mason, Wayne B. / DA- | 1,128.60 |
| 02/10/12 | Parking/Tolls Meaders, Kurt W. / DA | 3.00 |
| 02/15/12 | Travel/Lodging Mason, Wayne B. / DA- | 290.08 |
| 02/15/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 41.72 |
| 02/15/12 | Travel/Individual    Meals Meaders, Kurt W. / DA | 8.12 |
| 02/15/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 7.85 |
| 02/15/12 | Parking/Tolls Mason, Wayne B. / DA- | 12.00 |
| 02/16/12 | Travel/Mileage    Mason, Wayne B. / DA- | 22.20 |
| 02/16/12 | Delivery/Messenger    Service Federal Express Corporation | 155.21 |
| 02/16/12 | Delivery/Messenger    Service Federal Express Corporation | 155.21 |
| 02/16/12 | Delivery/Messenger    Service Federal Express Corporation | 12.53 |
| 02/16/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 02/16/12 | Travel/Car    Rental Mason, Wayne B. / DA- | 109.94 |
| 02/16/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 15.00 |
| 02/16/12 | Travel/Group Meals Mason, Wayne B. / DA- | 51.80 |
| 02/16/12 | Parking/Tolls Meaders, Kurt W. / DA | 2.65 |
| 02/16/12 | Parking/Tolls Meaders, Kurt W. / DA | 3.00 |
| 02/17/12 | Travel/Lodging Meaders, Kurt W. / DA | 348.92 |
| 02/17/12 | Parking/Tolls Meaders, Kurt W. / DA | 49.80 |
| 02/17/12 | Parking/Tolls Mason, Wayne B. / DA- | 52.51 |
| 02/18/12 | Delivery/Messenger Service Special Delivery Service, Inc. | 19.71 |
| 02/20/12 | Travel/Air Fare Meaders, Kurt W. / DA | 1,001.60 |
| 02/23/12 | Delivery/Messenger    Service Federal Express Corporation | 58.54 |
| 02/23/12 | Delivery/Messenger    Service Federal Express Corporation | 70.29 |
| 02/23/12 | Delivery/Messenger    Service Federal Express Corporation | 71.87 |
| 02/23/12 | Travel/Individual    Meals Kent, David, C. / DA | 5.63 |
| 02/23/12 | Travel/Individual    Meals Kent, David, C. / DA | 29.41 |
| 02/23/12 | Travel/Car    Rental Kent, David, C. / DA | 129.64 |
| 02/23/12 | Travel/Car    Rental Jackson, Edwin, B. / Sf | 93.87 |


| | | |
|---|---|---|
| 02/23/12 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 02/23/12 | Travel/Air Fare Kent, David, C. / DA | 810.60 |
| 02/23/12 | Travel/Air Fare Meaders, Kurt W. / DA | 503.80 |
| 02/23/12 | Travel/Air Fare Jackson, Edwin, B. / Sf | 226.60 |
| 02/23/12 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 02/24/12 | Travel/Individual    Meals Kent, David, C. / DA | 28.21 |
| 02/24/12 | Travel/Group Meals Kent, David, C. / DA | 27.37 |
| 02/25/12 | Travel/Lodging Kent, David, C. / DA | 411.28 |
| 02/25/12 | Travel/Individual    Meals Kent, David, C. / DA | 4.50 |
| 02/25/12 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 02/25/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/25/12 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 02/26/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 58.68 |
| 02/26/12 | Travel/Lodging Kent, David, C. / DA | 212.18 |
| 02/26/12 | Travel/Individual    Meals Kent, David, C. / DA | 7.00 |
| 02/26/12 | Travel/Individual    Meals Kent, David, C. / DA | 38.10 |
| 02/26/12 | Travel/Individual    Meals Kent, David, C. / DA | 7.19 |
| 02/26/12 | Travel/Individual    Meals Kent, David, C. / DA | 14.49 |
| 02/26/12 | Other Travel-related expenses Kent, David, C. / DA | 20.00 |
| 02/26/12 | Travel/Air Fare Kent, David, C. / DA | 2,208.10 |
| 02/26/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/27/12 | Travel/Individual    Meals Meaders, Kurt W. / DA | 7.30 |
| 02/27/12 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 02/27/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/28/12 | Travel/Individual    Meals Kent, David, C. / DA | 11.49 |
| 02/28/12 | Travel/Individual    Meals Kent, David, C. / DA | 30.75 |
| 02/28/12 | Travel/Individual    Meals Kent, David, C. / DA | 5.08 |
| 02/28/12 | Travel/Individual    Meals Meaders, Kurt W. / DA | 8.12 |
| 02/28/12 | Travel/Car    Rental Kent, David, C. / DA | 48.36 |
| 02/28/12 | Other Travel-related expenses Kent, David, C. / DA | 20.00 |
| 02/28/12 | Travel/Air Fare Kent, David, C. / DA | 1,008.60 |
| 02/28/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/28/12 | Parking/Tolls Meaders, Kurt W. / DA | 49.80 |
| 02/29/12 | IT items charged to clients Herrera, Max, P. / SF | 115.37 |
| 02/29/12 | Lexis | 26.33 |
| 02/29/12 | Lexis | 2.47 |
| 02/29/12 | Lexis | 0.53 |
| 02/29/12 | Lexis | 0.04 |
| 02/29/12 | Lexis | 6.81 |
| 02/29/12 | Travel/Lodging Kent, David, C. / DA | 321.63 |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

April 17, 2012  
Invoice No. 1064837  
Page 31

| Date | Description | Amount |
|---|---|---|
| 02/29/12 | Travel/Lodging Meaders, Kurt W. / DA | 289.95 |
| 02/29/12 | CD/DVD Duplication Orange Reporting | 315.00 |
| 02/29/12 | Travel/Individual  Meals Kent, David, C. / DA | 4.12 |
| 02/29/12 | Travel/Individual  Meals Kent, David, C. / DA | 3.00 |
| 02/29/12 | Travel/Car  Rental Meaders, Kurt W. / DA | 53.39 |
| 02/29/12 | Parking/Tolls Kent, David, C. / DA | 2.00 |
| 02/29/12 | Parking/Tolls Kent, David, C. / DA | 52.51 |
| 02/29/12 | Parking/Tolls Kent, David, C. / DA | 12.00 |
| 03/01/12 | Telephone TAMPA    FL (181)322-3535 | 0.16 |
| 03/01/12 | Westlaw | 136.90 |
| 03/01/12 | Delivery/Messenger    Service Federal Express Corporation | 12.53 |
| 03/01/12 | Electronic File Reproduction - Black & White | 12.00 |
| 03/01/12 | Electronic File Reproduction - Color | 37.50 |
| 03/02/12 | Telephone TAMPA    FL (181)378-6619 | 0.16 |
| 03/02/12 | Telephone TAMPA    FL (181)328-9070 | 0.08 |
| 03/02/12 | Lexis | 8.47 |
| 03/02/12 | Lexis | 20.52 |
| 03/02/12 | Lexis | 0.05 |
| 03/02/12 | Lexis | 21.92 |
| 03/02/12 | Lexis | 4.09 |
| 03/02/12 | Lexis | 9.63 |
| 03/02/12 | Lexis | 65.79 |
| 03/02/12 | Lexis | 12.59 |
| 03/02/12 | Lexis | 4.42 |
| 03/02/12 | Westlaw | 159.26 |
| 03/02/12 | Photocopy (16 @ $0.15) | 2.40 |
| 03/02/12 | Photocopy (47 @ $0.15) | 7.05 |
| 03/02/12 | Color   Photocopy | 1.00 |
| 03/03/12 | Telephone TAMPA    FL (181)328-9070 | 0.64 |
| 03/03/12 | Lexis | 4.12 |
| 03/03/12 | Lexis | 49.28 |
| 03/03/12 | Lexis | 100.45 |
| 03/03/12 | Lexis | 6.37 |
| 03/03/12 | Lexis | 12.17 |
| 03/03/12 | Lexis | 0.68 |
| 03/03/12 | Delivery/Messenger Service Special Delivery Service, Inc. | 25.53 |
| 03/03/12 | Travel/Individual    Meals Meaders, Kurt W. / DA | 36.42 |
| 03/05/12 | Telephone TAMPA    FL (181)336-3162 | 0.48 |
| 03/05/12 | Telephone TAMPA    FL (181)322-5123 | 0.24 |
| 03/05/12 | Travel/Group Meals Steinmann, Cori / DA | 43.29 |


| | | |
|---|---|---:|
| 03/06/12 | Telephone TAMPA     FL (181)328-9070 | 1.12 |
| 03/06/12 | Telephone TAMPA     FL (181)322-5123 | 0.08 |
| 03/06/12 | Taxi/Trains/Local    Trans. Jackson, Edwin, B. / Sf | 15.00 |
| 03/06/12 | Lexis | 0.09 |
| 03/06/12 | Lexis | 2.13 |
| 03/06/12 | Lexis | 17.78 |
| 03/06/12 | Lexis | 2.18 |
| 03/06/12 | Lexis | 0.09 |
| 03/06/12 | Lexis | 12.31 |
| 03/06/12 | Lexis | 16.42 |
| 03/06/12 | Photocopy (116 @ $0.15) | 17.40 |
| 03/06/12 | Travel/Individual    Meals Jackson, Edwin, B. / Sf | 20.80 |
| 03/06/12 | Travel/Air Fare Jackson, Edwin, B. / Sf | 25.00 |
| 03/06/12 | Travel/Air Fare Jackson, Edwin, B. / Sf | 203.60 |
| 03/07/12 | Telephone TAMPA     FL (181)322-2490 | 0.16 |
| 03/07/12 | Travel/Mileage Steere, James, M. / FL | 321.01 |
| 03/07/12 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 30.00 |
| 03/07/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 111.49 |
| 03/07/12 | Travel/Individual    Meals Steinmann, Cori / DA | 5.93 |
| 03/07/12 | Travel/Individual    Meals Fountain, Gail A. / DA | 8.00 |
| 03/07/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 42.59 |
| 03/07/12 | Other Travel-related expenses Steinmann, Cori / DA | 24.95 |
| 03/07/12 | Other Travel-related expenses Jackson, Edwin, B. / Sf | 17.12 |
| 03/07/12 | Travel/Air Fare Steinmann, Cori / DA | 503.80 |
| 03/07/12 | Travel/Air Fare Kent, David, C. / DA | 510.80 |
| 03/07/12 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 03/08/12 | IT items charged to clients Steere, James, M. / FL | 16.99 |
| 03/08/12 | IT items charged to clients Steere, James, M. / FL | 18.69 |
| 03/08/12 | IT items charged to clients Steere, James, M. / FL | 64.16 |
| 03/08/12 | Lexis | 17.24 |
| 03/08/12 | Lexis | 0.03 |
| 03/08/12 | Lexis | 26.56 |
| 03/08/12 | Lexis | 5.37 |
| 03/08/12 | Lexis | 36.98 |
| 03/08/12 | Lexis | 8.51 |
| 03/08/12 | Lexis | 53.39 |
| 03/08/12 | Lexis | 84.77 |
| 03/08/12 | Lexis | 0.55 |
| 03/08/12 | Westlaw | 147.49 |
| 03/08/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |


| 03/08/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/08/12 | Delivery/Messenger    Service Federal Express Corporation | 80.55 |
| 03/08/12 | Travel/Individual    Meals Fountain, Gail A. / DA | 7.25 |
| 03/08/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 28.39 |
| 03/08/12 | Travel/Group Meals Steinmann, Cori / DA | 45.52 |
| 03/08/12 | Travel/Group    Meals Fountain, Gail A. / DA | 188.62 |
| 03/09/12 | Telephone TAMPA NO  FL (181)340-6095 | 0.08 |
| 03/09/12 | Telephone    DELRAY BCH FL (156)185-9021 | 0.32 |
| 03/09/12 | IT items charged to clients Jackson, Edwin, B. / Sf | 395.83 |
| 03/09/12 | Taxi/Trains/Local    Trans. Jackson, Edwin, B. / Sf | 28.00 |
| 03/09/12 | Taxi/Trains/Local    Trans. Jackson, Edwin, B. / Sf | 30.00 |
| 03/09/12 | Westlaw | 131.56 |
| 03/09/12 | Westlaw | 232.39 |
| 03/09/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/09/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/09/12 | Travel/Individual    Meals Steere, James, M. / FL | 42.41 |
| 03/09/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.71 |
| 03/09/12 | Travel/Individual    Meals Jackson, Edwin, B. / Sf | 12.60 |
| 03/09/12 | Travel/Group Meals Mason, Wayne B. / DA- | 49.67 |
| 03/09/12 | Travel/Group Meals Mason, Wayne B. / DA- | 523.61 |
| 03/09/12 | Travel/Group Meals Meaders, Kurt W. / DA | 104.00 |
| 03/09/12 | Travel/Group Meals Meaders, Kurt W. / DA | 158.43 |
| 03/09/12 | Travel/Group Meals Steinmann, Cori / DA | 9.63 |
| 03/10/12 | Lexis | 61.60 |
| 03/10/12 | Lexis | 27.53 |
| 03/10/12 | Lexis | 0.67 |
| 03/10/12 | Lexis | 193.98 |
| 03/10/12 | Lexis | 105.76 |
| 03/10/12 | Lexis | 14.84 |
| 03/10/12 | Lexis | 2.50 |
| 03/10/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/10/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/10/12 | Delivery/Messenger Service Special Delivery Service, Inc. | 29.37 |
| 03/10/12 | Delivery/Messenger    Service Federal Express Corporation | 1,198.33 |
| 03/10/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 28.10 |
| 03/10/12 | Travel/Individual    Meals Meaders, Kurt W. / DA | 23.27 |
| 03/10/12 | Travel/Individual    Meals Mason, Wayne B. / DA- | 36.41 |
| 03/10/12 | Travel/Group Meals Steinmann, Cori / DA | 56.04 |
| 03/10/12 | Travel/Group Meals Steinmann, Cori / DA | 9.37 |
| 03/10/12 | Travel/Group Meals Meaders, Kurt W. / DA | 88.82 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 17, 2012
Invoice No. 1064837
Page 34

| | |
|---|---:|
| 03/11/12   IT items charged to clients Jackson, Edwin, B. / Sf | 360.66 |
| 03/11/12 Taxi/Trains/Local   Trans. Jackson, Edwin, B. / Sf | 30.00 |
| 03/11/12 Lexis | 24.65 |
| 03/11/12 Lexis | 4.24 |
| 03/11/12 Lexis | 19.49 |
| 03/11/12 Lexis | 45.19 |
| 03/11/12 Lexis | 23.52 |
| 03/11/12 Lexis | 0.05 |
| 03/11/12 Lexis | 1.07 |
| 03/11/12 Westlaw | 198.72 |
| 03/11/12   Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/11/12   Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/11/12   Travel/Individual Meals Mason, Wayne B. / DA- | 18.00 |
| 03/11/12   Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/11/12   Travel/Group Meals Meaders, Kurt W. / DA | 208.42 |
| 03/11/12   Travel/Group Meals Meaders, Kurt W. / DA | 27.35 |
| 03/12/12   Telephone TAMPA     FL (181)362-1258 | 0.32 |
| 03/12/12 Taxi/Trains/Local   Trans. Jackson, Edwin, B. / Sf | 15.00 |
| 03/12/12 Westlaw | 11.04 |
| 03/12/12 Westlaw | 106.72 |
| 03/12/12   Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/12/12   Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/12/12   Photocopy (3 @ $0.15) | 0.45 |
| 03/12/12   Photocopy (2 @ $0.15) | 0.30 |
| 03/12/12   Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/12/12 Travel/Group   Meals Fountain, Gail A. / DA | 63.00 |
| 03/12/12   Travel/Group Meals Meaders, Kurt W. / DA | 90.00 |
| 03/13/12   IT items charged to clients Jackson, Edwin, B. / Sf | 428.01 |
| 03/13/12 Taxi/Trains/Local   Trans. Jackson, Edwin, B. / Sf | 35.00 |
| 03/13/12 Taxi/Trains/Local   Trans. Jackson, Edwin, B. / Sf | 17.00 |
| 03/13/12 Lexis | 10.06 |
| 03/13/12 Lexis | 6.57 |
| 03/13/12 Lexis | 6.63 |
| 03/13/12 Lexis | 0.18 |
| 03/13/12 Lexis | 4.10 |
| 03/13/12 Lexis | 137.74 |
| 03/13/12 Lexis | 19.73 |
| 03/13/12 Lexis | 1.43 |
| 03/13/12 Lexis | 5.11 |
| 03/13/12 Lexis | 6.69 |


| 03/13/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/13/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/13/12 | Photocopy (6 @ $0.15) | 0.90 |
| 03/13/12 | Delivery/Messenger    Service Federal Express Corporation | 93.17 |
| 03/13/12 | Travel/Individual    Meals Fountain, Gail A. / DA | 24.24 |
| 03/13/12 | Travel/Individual    Meals Fountain, Gail A. / DA | 13.91 |
| 03/13/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/13/12 | Other Travel-related expenses Meaders, Kurt W. / DA | 34.95 |
| 03/13/12 | Travel/Group    Meals Fountain, Gail A. / DA | 164.00 |
| 03/13/12 | Travel/Group Meals Steinmann, Cori / DA | 76.92 |
| 03/13/12 | Travel/Group    Meals Fountain, Gail A. / DA | 67.63 |
| 03/14/12 | Telephone TAMPA    FL (181)335-0908 | 0.64 |
| 03/14/12 | Telephone TAMPA    FL (181)335-0908 | 0.16 |
| 03/14/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 15.00 |
| 03/14/12 | Westlaw | 41.03 |
| 03/14/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/14/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/14/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 39.36 |
| 03/14/12 | Travel/Individual    Meals Fountain, Gail A. / DA | 9.90 |
| 03/14/12 | Travel/Group Meals Steinmann, Cori / DA | 79.18 |
| 03/15/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 13.00 |
| 03/15/12 | Westlaw | 6.07 |
| 03/15/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/15/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/15/12 | Delivery/Messenger    Service Federal Express Corporation | 75.44 |
| 03/15/12 | Delivery/Messenger    Service Federal Express Corporation | 71.81 |
| 03/15/12 | Delivery/Messenger    Service Federal Express Corporation | 56.73 |
| 03/15/12 | Delivery/Messenger    Service Federal Express Corporation | 51.84 |
| 03/15/12 | Delivery/Messenger    Service Federal Express Corporation | 66.76 |
| 03/15/12 | Delivery/Messenger    Service Federal Express Corporation | 167.35 |
| 03/15/12 | Delivery/Messenger    Service Federal Express Corporation | 502.05 |
| 03/15/12 | Travel/Individual    Meals Fountain, Gail A. / DA | 9.90 |
| 03/15/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/15/12 | Travel/Individual    Meals Jackson, Edwin, B. / Sf | 12.96 |
| 03/15/12 | Travel/Individual    Meals Jackson, Edwin, B. / Sf | 19.66 |
| 03/15/12 | Travel/Group Meals Mason, Wayne B. / DA- | 2,624.33 |
| 03/15/12 | Travel/Air Fare Fountain, Gail A. / DA | 755.60 |
| 03/15/12 | Travel/Air Fare Mason, Wayne B. / DA- | 140.00 |
| 03/16/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/16/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |



| 03/16/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.71 |
| 03/16/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 107.21 |
| 03/16/12 | Travel/Group Meals Mason, Wayne B. / DA- | 119.78 |
| 03/16/12 | Travel/Group Meals Meaders, Kurt W. / DA | 167.31 |
| 03/16/12 | Travel/Group Meals Steinmann, Cori / DA | 96.00 |
| 03/16/12 | Travel/Air Fare Hunt, Steve, M. / LA | 647.70 |
| 03/17/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/17/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/17/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/17/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 22.00 |
| 03/18/12 | Travel/Mileage Steere, James, M. / FL | 315.68 |
| 03/18/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 13.00 |
| 03/18/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 20.00 |
| 03/18/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/18/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/18/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 39.36 |
| 03/19/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 5.00 |
| 03/19/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 10.00 |
| 03/19/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/19/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/19/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/19/12 | Travel/Individual Meals Fountain, Gail A. / DA | 9.38 |
| 03/19/12 | Travel/Group Meals Meaders, Kurt W. / DA | 111.39 |
| 03/19/12 | Travel/Group Meals Meaders, Kurt W. / DA | 252.73 |
| 03/19/12 | Supplies Fountain, Gail A. / DA | 100.51 |
| 03/20/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/20/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/20/12 | Travel/Individual Meals Steere, James, M. / FL | 7.00 |
| 03/20/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 39.36 |
| 03/20/12 | Travel/Group Meals Meaders, Kurt W. / DA | 252.73 |
| 03/20/12 | Travel/Group Meals Meaders, Kurt W. / DA | 128.51 |
| 03/20/12 | Supplies Fountain, Gail A. / DA | 8.55 |
| 03/21/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/21/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/21/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/21/12 | Travel/Group Meals Meaders, Kurt W. / DA | 235.61 |
| 03/21/12 | Travel/Group Meals Meaders, Kurt W. / DA | 128.51 |
| 03/21/12 | Travel/Air Fare Steinmann, Cori / DA | 755.60 |
| 03/22/12 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 5.00 |
| 03/22/12 | Westlaw | 96.42 |



HDR, Inc.

Tampa Bay Water Authority v. HDR, Inc., et al

10711-000001

April 17, 2012

Invoice No. 1064837

Page 37

| 03/22/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/22/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/22/12 | Travel/Individual    Meals Steere, James, M. / FL | 7.00 |
| 03/22/12 | Travel/Individual    Meals Fountain, Gail A. / DA | 13.86 |
| 03/22/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/22/12 | Travel/Group Meals Meaders, Kurt W. / DA | 128.51 |
| 03/22/12 | Travel/Group Meals Meaders, Kurt W. / DA | 235.61 |
| 03/22/12 | Travel/Group Meals Mason, Wayne B. / DA- | 172.99 |
| 03/22/12 | Travel/Air Fare Hyde, Robert, X. / NY | 475.60 |
| 03/23/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 7.00 |
| 03/23/12 | Westlaw | 64.87 |
| 03/23/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/23/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/23/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/23/12 | Travel/Group Meals Meaders, Kurt W. / DA | 128.51 |
| 03/23/12 | Parking/Tolls Steere, James, M. / FL | 14.00 |
| 03/24/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/24/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/24/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 24.00 |
| 03/25/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/25/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/26/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 7.00 |
| 03/26/12 | Westlaw | 187.94 |
| 03/26/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/26/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/26/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/26/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 20.00 |
| 03/26/12 | Other Travel-related expenses Fountain, Gail A. / DA | 7.76 |
| 03/26/12 | Travel/Group Meals Meaders, Kurt W. / DA | 201.59 |
| 03/26/12 | Travel/Group Meals Steinmann, Cori / DA | 82.07 |
| 03/26/12 | Supplies Fountain, Gail A. / DA | 32.58 |
| 03/27/12 | Westlaw | 38.68 |
| 03/27/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/27/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/27/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/27/12 | Travel/Group Meals Meaders, Kurt W. / DA | 214.43 |
| 03/27/12 | Travel/Group Meals Meaders, Kurt W. / DA | 128.51 |
| 03/28/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/28/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/28/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |



| | | |
|---|---|---:|
| 03/28/12 | Travel/Group Meals Meaders, Kurt W. / DA | 175.91 |
| 03/28/12 | Supplies Fountain, Gail A. / DA | 72.74 |
| 03/29/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/29/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/29/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.71 |
| 03/29/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 39.67 |
| 03/29/12 | Travel/Group Meals Meaders, Kurt W. / DA | 128.51 |
| 03/29/12 | Travel/Group Meals Meaders, Kurt W. / DA | 286.97 |
| 03/29/12 | Travel/Group Meals Mason, Wayne B. / DA- | 186.04 |
| 03/30/12 | Lexis | 59.60 |
| 03/30/12 | Travel/Group Meals Mason, Wayne B. / DA- | 41.00 |
| 03/30/12 | Travel/Group Meals Mason, Wayne B. / DA- | 1,624.36 |
| 03/31/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 20.40 |
| 03/31/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 24.00 |
| 03/31/12 | Travel/Air Fare Meaders, Kurt W. / DA | 437.10 |

**Total Disbursements**    **$44,449.48**

**Total Due**    **$738,032.98**

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

## Expense Report - Transmittal Report



ER00000030212120206

**Spender** Kurt W. Meaders    **From** Feb 15, 2012  **To** Feb 16, 2012    **Reimbursement Amt** 1,772.44 USD

**Report name** HDR- Hearing on Outstanding MILs

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 5 | Audit required | Yes |
| Number of receipts to submit | 4 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/10/12 | Airfare | United St... | 1,340.60 USD | Jennifer M. Arevalo |
| 2/15/12 | Individual Meal | United St... | 8.12 USD | Jennifer M. Arevalo |
| 2/17/12 | Lodging | United St... | 348.92 USD | Jennifer M. Arevalo |
| 2/17/12 | Parking or Tolls | United St... | 49.80 USD | Jennifer M. Arevalo |

**Slaten, Rita**

---

--------------------------

Sent from KWM BlackBerry Wireless Handheld

---

**From:** DFW Valet <dfwvalet2@pcidfw.com>
**To:** Meaders, Kurt
**Sent:** Thu Feb 16 19:02:54 2012
**Subject:** DFW Valet Parking Receipt

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 451507
**CheckIn D/T:** 02/15/12 06:57
**CheckOut D/T:** 02/16/12 19:02
**Duration Time:** 1d 12h 05m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $46.00
**Tax:** $3.80
**Total:** $49.80

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 073705
**Order#** 4183216366
**Total:** $49.80

**T-Acct#** RG01003792
**Reward Class:** DEFAULT
**Total Points:** 151,768-$15.17

© AVPM®

1



GRAND
HYATT
TAMPA BAY ®

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee  Mr Kurt Meaders
3925 Hanover St
Dallas TX 752257119
United States

| | |
|---|---|
| Room No. | 0829 |
| Arrival | 02-15-12 |
| Departure | 02-16-12 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 209548 |
| Invoice | |

Membership  GP  511519090E
Bonus Code
Confirmation No.  49951101
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-15-12 | - In Room Dining Dinner Food | Room# 0829 : CHECK# 0295140 | 44.98 | |
| 02-15-12 | Gift Shop *Note paid* | 3495148 | 2.66 | |
| 02-15-12 | Package Room | | 269.00 | |
| 02-15-12 | State Sales Tax | | 18.83 | |
| 02-15-12 | Occupancy Tax | | 13.45 | |
| 02-16-12 | Master Card | XXXXXXXXXXX5374   XX/XX | | 348.92 |

Your Gold Passport account will be credited for this stay.

| | | | |
|---|---|---|---|
| **Total** | | **348.92** | **348.92** |
| **Balance** | | | **0.00** |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2860 or email na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

*Lunch*

**BAY BREEZE CAFE**
5426 BAY CENTER DR 125
TAMPA, FL 33609

02/15/2012                    12:12:44
Merchant ID:        000000001420902
Terminal ID.               0304426
276206996882

CREDIT CARD

MC SALE

CARD #:        XXXXXXXXXX
INVOICE                  0037
Batch #:               000228
Approval Code:         073704
Entry Method:          Swiped
Mode:                  Online

MDSE/SERVICES          $8.12

TIP                    _____

TOTAL AMOUNT           _____

CUSTOMER COPY



AA.com Home

**American**Airlines

**Request A Refund**

Refund Home

Help

Contact Refunds

Start — Ticket Lookup — Refund Eligibility — Contact Information — Review and Submit Request — Finish

**Ticket Data**

CANCEL    BACK    CONTINUE

If you would like to request a refund on the displayed ticket, click "CONTINUE".

Ticket Number    0012303954196

Our records indicate a Preferred Seat was purchased for this trip. You will have the option to check refund eligibility for your Preferred Seat purchase after completing this request or you can Click Here to check it now.

**Refund Status**

No refund requests have been entered for this ticket.

**Ticket Type**

Ticket Type    AUTOMATED TKT/BOARD PASS
Electronic     YES

**Passenger Data**

Passenger Name    MEADERS, KURT

**Sale Data**

Issue Date    2/10/2012
Sale Date     2/10/2012
Sale Amount   1,340.60 USD

Form of Payment    Number                    Expiration Date

Credit Card        XXXXXXXXXXXX5374          N/A

**Itinerary**

| Coupon | Flight | Departing | Arriving | Refundable? | Code | Fee | Status | Exchanges |
|--------|--------|-----------|----------|-------------|------|-----|--------|-----------|
| 001 | 1430 | DALLAS-FT WORTH 2/15/2012 08:00:00 | TAMPA | YES | MA00ERD5 | NONE | USED | |
| 002 | 2243 | TAMPA 2/16/2012 14:45:00 | DALLAS-FT WORTH | YES | HA00ERDR | NONE | EXCH | |

**Travel Agency Data**

Travel Agency Name    HDQ-TBM
Travel Agency Number  4510541
Address               DALLAS,

CANCEL    BACK    CONTINUE

Airline Tickets | AA Careers | Copyright | Legal | PRIVACY POLICY | Customer Service Plan | Browser Compatibility | Site Map

     

Admirals Club®   PRIVACY HEROnline   oneworld   AAdvantage®   American Eagle   AA VACATIONS American Airlines

American Airlines - home
page

To make changes to your trip, please indicate which flight(s) you want to change and select Change Flight(s).

Note: Changes made to this itinerary will apply to all passengers listed in the reservation.

## Dallas/ Fort Worth to Tampa
1 Adult
**Wednesday** February 15, 2012 – **Thursday** February 16, 2012

**Status:**
Ticketed

| Record Locator | Reservation Name |
|---|---|
| **IZEYTG** | **DFW/TPA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticketed Feb 10, 2012 |

### Flight Information

| Flight | Depart | Arrive |
|---|---|---|
| AMERICAN AIRLINES **1430** | Dallas/ Fort Worth (DFW) February 15, 2012 08:00 AM | Tampa (TPA) February 15, 2012 11:10 AM |
| | On time Scheduled Time: 08:00 AM Estimated Time: 08:00 AM Actual Time: Terminal : A  Gate : A29 | On time Scheduled Time: 11:10 AM Estimated Time: 11:10 AM Actual Time: Terminal :  Gate : F78 Baggage Area : BLU6 |
| | Travel Time : 2 h 10 m Cabin Class : Economy Seat : 18C | Booking Code : M Plane Type : 738 |

| Flight | Depart | Arrive |
|---|---|---|
| AMERICAN AIRLINES **2243** | Tampa (TPA) February 16, 2012 02:45 PM | Dallas/ Fort Worth (DFW) February 16, 2012 04:35 PM |
| | Travel Time : 2 h 50 m Cabin Class : Economy Seat : 23D | Booking Code : H Plane Type : S80 |

[+]
FEEDBACK

### Your Notifications

| Contact Information | Notification Summary | Notification Actions |
|---|---|---|
| **Email :** KURT.MEADERS@SEDGWICKLAW.COM | • Send 2 hours prior to departure • Gate changes | Enabled Disable |
| | | Notify a Friend |

### Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| KURT MEADERS | | Already Checked-In |
|---|---|---|
| **Summary** | **Required** | **Optional** |
| This Passenger has already been | Secure Flight Information | Frequent Flyer Number |

checked in.                                          Trip Contact Number

## Upgrade Reservation

If your upgrade request cannot be confirmed prior to check-in, you will be given an opportunity to be added to the airport standby list to continue standing by. In order to be added to the airport standby list, please ensure you have the appropriate number of upgrades in your account prior to check-in.

If there are multiple passengers in your reservation and each passenger will be paying for their upgrade separately, please call AAdvantage Reservations to ensure your request is handled appropriately.

| Flight | Flight Details | Upgrade Required | Request Upgrade? |
|--------|----------------|------------------|------------------|
| # 1430 | Depart: **Dallas/ Fort Worth** (DFW)<br>Arrive: **Tampa** (TPA) | 500 Mile Upgrades:<br>**2 (per person)** | **Requested** |
| # 2243 | Depart: **Tampa** (TPA)<br>Arrive: **Dallas/ Fort Worth** (DFW) | 500 Mile Upgrades:<br>**2 (per person)** | **Requested** |

View Upgrade Rules

## Expense Report - Transmittal Report



ER00000029852120206

**Spender** Wayne B. Mason     **From** Feb 15, 2012 **To** Feb 16, 2012     **Reimbursement Amt** 1,847.99 USD

**Report name** HDR - Hearing on Motions in Limine

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 12 | Audit required | Yes |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/15/12 | Lodging | United St... | 290.08 USD | Jennifer M. Arevalo |
| 2/15/12 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 2/15/12 | Individual Meal | United St... | 41.72 USD | Jennifer M. Arevalo |
| 2/16/12 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 2/17/12 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 2/16/12 | Group Meal | United St... | 51.80 USD | Jennifer M. Arevalo |
| 2/16/12 | Car Rental | United St... | 109.94 USD | Jennifer M. Arevalo |
| 2/10/12 | Airfare | United St... | 1,128.60 USD | Jennifer M. Arevalo |
| 2/7/12 | Airfare | United St... | 70.00 USD | Jennifer M. Arevalo |

This should not be included.

Please either deduct or decline & send back. Thanks.

**PASSENGER TICKET AND BAGGAGE CHECK** **AADVANTAGE UPGRADE PURCHASE** 5

SUBJECT TO CONDITIONS OF CONTRACT

**AmericanAirlines**®  oneworld

**PASSENGER RECEIPT** 01 OF 01

ISSUED BY

DATE OF ISSUE 07FEB2012   ISSUING OFFICE CODE 45105104  US   ISD

ISS. AGENT ID. DFW 5RM   PLACE OF ISSUE /DALLAS FT WORTH

NAME OF PASSENGER (NOT TRANSFERRABLE)   FARE BASIS   TOUR CODE   FCI

MASON/WAYNE

X/O  FROM   TO

**AADV M610686   EXP PLATNM   EXPIRATION DATE 07FEB2013**   6

FLIGHT  CLASS DATE   TIME   STATUS NOT VALID BEFORE  NOT VALID AFTER

REVALIDATION

ENDORSEMENTS/RESTRICTIONS  **★★ AADV UPGRADE DEPOSITED ★★**

02   **PURCHASED-TOP TIER   UPGRADES**

ORIGINAL ISSUE   ISSUED IN EXCHANGE FOR   CONJ. TKT. NO.

PNR CODE   PNR CODE FHDEJD /AA

FARE CALCULATION

FARE USD   65.12   EQUIV. FARE PAID   FP 1TAXXXXXXXXXXXX5580 011033   FORM OF PAYMENT

TAX/FEE/CHARGE US   4.88   PCS.  CK. WT.  UNCK. WT.   SEQ. NO.  ALLOW   PCS.  CK. WT.  UNCK. WT.

TAX/FEE/CHARGE   NA   STOCK CONTROL NUMBER TX   COUPON  AIRLINE   FORM SERIAL NO.   CK

TAX/FEE/CHARGE   NA

TOTAL USD   70.00   00116555369272   0 001 0752807457 0

**AmericanAirlines**®

★★★★★★★★★★★★★★★★★★

NAME OF PASSENGER   NOT VALID

★ FOR TRANSPORTATION ★

★★★★★★★★★★★★★★★★★★

X/O  FROM   TO   NON-REFUNDABLE ★

★★★★★★★★★★★★★★★★★★

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

CARRIER  FLIGHT   CLASS  DATE   TIME

★★★★★★★★★★★★★★★★★★

REVALIDATION

NOT VALID

GATE   BOARDING TIME   SEAT   SMOKE

★ FOR TRANSPORTATION ★

★★★★★★★★★★★★★★★★★★

ADDITIONAL SEAT INFORMATION   ★ ★ ★ ★ ★

PCS.  CK. WT.  UNCK. WT   SEQ. NO.  PCS.  CK. WT.  UNCK. WT.

BAGGAGE ID NR.   NOT VALID FOR TRAVEL

COUPON  AIRLINE   FORM SERIAL NO.

0 001 0752807457 0

```
* * * TO GO * * *
ORDER # 75
closed to Cash

PITA'S REPUBLIC
210 Madison Ave.
TAMPA, FL 33612
TEL:813-223-3288

INVOICE # 121275
DATE/TIME: 2/16/2012 12:22:57 PM
SERVER: moe
STATION: 01

We are pleased to serve you. Please
come again

2  GYROS (YEERAS)*              $11.90
2  FETA CHEESE                   $0.00
2  YOGOURT SAUCE                $11.90
1  GYROS (YEERAS)*               $1.59
   SOFT DRINKS*                  $0.00
   NO
1  TOMATOE
2  COMBO1 CHIPS & DRINKS*        $1.95
2  SIDE GREEK /POTATO*           $4.50
   SUBTOTAL                     $31.84
   TAX1                          $2.23
GRAND TOTAL                     $34.07
Amount Tendered                 $34.07
Change due                       $0.00

Thank you for visiting
voted best gyro in Tampa Bay.
```

```
RENTAL NUMBER      CAR NUMBER
306803405          52000502
                   CAR GROUP
                   H

MASON, WAYNE
WIZ = HE408Y              AWD = A984200
CV - CMXXXXXXXXXXX5580         P0
FTN AD/M6100686            = 20896
IN  TPA 15FEB12/1123  MI = 20912
OUT TPA 16FEB12/1523  MI = 20912
   16 MI@          .40 =
       HR@       30.76 =
    2 DY@       41.00 =     82.00
**10.40% FEE                8.83
7.5% TX FF MIDY              .12
CUST FAC CHARGE            5.00
ENERGY RECOVERY           1.20
STATE SURCH $             4.00
TIRE BATTERY $             .04
VEH LIC RECOUP $          1.56
TAXABLE SUBTOT          102.75
TAX 7.000%               7.19
FUEL SERVICE
TOTAL CHARGES          109.94
*CONCESSION RECOVERY FEE
FF MLS/PNTS EARNED        100

★ Please check your car for personal effects. ★

Go to Avis.com to
Receive E-Receipts.
```

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:     4655
TABLE:     178/1
SERVER:    7223 Johan
DATE:      FEB16'12  4:36PM
CARD TYPE: MSTRCARD  A1
ACCT #:    XXXXXXXXXXXX5580
EXP DATE:  XX/XX
AUTH CODE: 067971

TOTAL:            43.80

TIP: _____

TOTAL: _____

X _____
  I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
  ISSUER'S AGREEMENT.
```

Deducted $20.67

```
          HMS HOST
           CHILI'S
   TAMPA INTERNATIONAL AIRPORT

7223 Johan
--------------------------------
178/1         4655      GST 2
    FEB16'12  3:53PM
--------------------------------

        **** SEAT 1 ****
```
Misc Personal Charge                7.79
```
                                    7.79

  1 SKILLET QUESO           5.79
  1 BONELESS WINGS          9.89
      MILD
  1 BACON BURGER            9.67
      MEDIUM RARE
      HOMESTYLE FF
        SUBTOTAL           40.93
TAX    2.87   AMOUNT       43.80
      *******  *******

  SUBTOTAL                 40.93
  TAX                       2.87
  AMOUNT                 $43.80

THANK YOU FOR YOUR BUSINESS!
GM:TIM JUUL tim.juul@hmshost.com
813.396.3983 or email Chilis.com

      HMSHost
  Making The Travelers Day Better

  HMS Host Store Card = 5940H27

      Find Us On Facebook
    www.facebook.com/Hmshost
```

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Friday, February 10, 2012 3:15 PM
**To:** Mason, Wayne B.
**Subject:** E-Ticket Confirmation-DSXSOA 15FEB


**AA.com**

E-Ticket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 10FEB12**

Wayne B Mason:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: DSXSOA**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a *government-issue photo ID* and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel    Book a car    Buy trip insurance



**Record Locator: DSXSOA**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 1430 | DALLAS FT WORTH | WED 15FEB 8:00 AM | TAMPA | 11:10 AM | M |
| Wayne Mason | | FF#: M610686 | Economy | | Seat 17A | Food For Purchase |

| | 2243 | TAMPA | THU 16FEB 2:45 PM | DALLAS FT WORTH | 4:35 PM | K |
|---|---|---|---|---|---|---|
| | Wayne Mason | | FF#: M610686 EXP | Economy | Seat 17A | Food For Purchase |

*EXP*

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| WAYNE MASON | 0012303941984 | 1029.76 | 98.84 | 1128.60 |

**Payment Type: Master Card XXXXXXXXXXXX5880** **Total: $1128.60**

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage,.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

Payee    Wayne Mason
1717 Main St
Ste 5400
Dallas TX 752017367
United States

| | |
|---|---|
| Room No. | 1042 |
| Arrival | 02-15-12 |
| Departure | 02-16-12 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 209560 |
| Invoice | |

Membership    GP    G94604106N
Bonus Code
Confirmation No.    49380801
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-15-12 | - In Room Dining Dinner Food | Room# 1042 : CHECK# 0295142 | 41.72 | |
| 02-15-12 | Valet Parking | | 12.00 | |
| 02-15-12 | Guest Room | | 259.00 | |
| 02-15-12 | State Sales Tax | | 18.13 | |
| 02-15-12 | Occupancy Tax | | 12.95 | |
| 02-16-12 | Master Card | XXXXXXXXXXXX5580    XX/XX | | 390.09 |
| 02-16-12 | - In Room Dining Breakfast Food | Room# 1042 : CHECK# 0295180 | 46.29 | |

Your Gold Passport account will be credited for this stay.

| | Total | 390.09 | 390.09 |
|---|---|---|---|
| | Balance | | 0.00 |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00
will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo
P.O. Box 203090
Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

## Expense Report - Transmittal Report



ER0000035062120150

**Spender** David C. Kent

**From** Feb 23, 2012 **To** Feb 25, 2012

**Reimbursement Amt** 1,522.15 USD

**Report name** To Tampa to Meeting with Witness Beriswill

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 11 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/23/12 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 2/23/12 | Airfare | United St... | 810.60 USD | Jennifer M. Arevalo |
| 2/23/12 | Car Rental | United St... | 129.64 USD | Jennifer M. Arevalo |
| 2/23/12 | Individual Meal | United St... | 29.41 USD | Jennifer M. Arevalo |
| 2/23/12 | Individual Meal | United St... | 5.63 USD | Jennifer M. Arevalo |
| 2/24/12 | Individual Meal | United St... | 28.21 USD | Jennifer M. Arevalo |
| 2/24/12 | Group Meal | United St... | 27.37 USD | Jennifer M. Arevalo |
| 2/25/12 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 2/25/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/25/12 | Lodging | United St... | 411.28 USD | Jennifer M. Arevalo |
| 2/25/12 | Individual Meal | United St... | 4.50 USD | Jennifer M. Arevalo |

# LAWPAY

CREDIT CARD PROCESSING

HDR - Tampa
Meeting w/ witness
Jeff Bensuall

Airfare      —      810.60
Hotel        —      411.28
Parking      —       52.51
Tolls        —        3.00
Tips/Misc    —       20.00
Meals        —       95.12
Rent Car     —      129.64
                  _____
                  $ 1,522.15

Meals
23 —   35.04
24 —   55.58
25 —    4.50
      _____
       95.12

LAWPAY.COM          866.376.0950

STARBUCKS COFFEE C27
DALLAS FT WORTH INT'L AIRPORT

11931 ROBERT

CHK 2048 FEB23'12 6:07PM GST 2

**Subtotal**

| | |
|---|---|
| 1 LATTE T | 3.05 |
| 1 KIND BAR BLU VAN | 2.15 |
| | |
| SUBTOTAL | 5.20 |
| TAX | 0.43 |
| AMOUNT PAID | 5.63 |
| Stbk Card | 5.63 |

Amount 5.63
TerminalID Z0051151
RefrNbr 30042060
Redemption Approved for $5.63
Card Balance 34.44
Gift Card Charge 5.63

Your Apple number was 2004353

---

ROOM SERVICE
GRAND HYATT TAMPA BAY
107 STEPHEN

803/1        5826        GST
1

FEB23'12 11:01PM

| | |
|---|---|
| 1 CREME BRULEE | 7.00 |
| GLASS WINE 281 | |
| Misc Personal Charge | 10.00 |
| 1 DELIVERY CHARGE | 3.00 |
| SUBTOTAL | 20.00 |
| 22% SERVICE CHG | 3.74 |
| TAX | 1.67 |
| PAYMENT DUE | 25.41 |

SERVICE CHARGE INCLUDES GRATUITY

ADDITIONAL GRATUITY: ___4.00___

TOTAL: ___29.41___

SIGNATURE: ___DCK___

PRINT NAME: ___Kent___

ROOM NUMBER: ___803___

Deducted $16.40

---

FOUNTAIN SQUARE CAFE
4301 ANCHOR PLAZA 130
TAMPA, FL 33634

02/24/2012                13:10:47
Merchant ID:        0000000002138327
Terminal ID:              03180599
1091302331

CREDIT CARD

AMEX SALE

| | |
|---|---|
| CARD # | XXXXXXXXXX1572 |
| INVOICE | 0018 |
| Batch # | 000184 |
| Approval Code: | 270702 |
| Entry Method: | Swiped |
| Mode: | Online |

PRE-TIP AMT           $27.37

TIP        _____

TOTAL AMOUNT   _____

DCK, Tim
Woodward, Jeff
Beniswill

CUSTOMER COPY

---

LOBBY BAR
GRAND HYATT TAMPA BAY
643 RAHMANA

12/4          8346        GST 1

FEB24'12 8:52PM

Misc Personal Charge

|  | 16.00 |
|---|---|
| 1 CREME BRULEE | 7.00 |
| SUBTOTAL | 23.00 |
| TAX | 1.61 |
| PAYMENT DUE | 24.61 |

*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY: ___3.60___

TOTAL: ___28.21___

ROOM#: _____     Deducted $18.92

SIGNATURE: _____

PRINT NAME: _____

* * GRATUITY NOT INCLUDED * *

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 306866965 | 56985375 | W |

**KENT,DAVID**
```
WIZ = DZ684K    AWD = A984200
CV - CAXXXXXXXXXXXX1572
FTN AD/H106810           PO
OUT TPA 23FEB12/2315 MI = 6223
IN  TPA 25FEB12/0628 MI = 6242
      19 MI@   .40 =
         HR@ 32.26 =
       2 DY@ 43.00 =      86.00
**10.40% FEE      =       9.25
FUEL SERVICE      =      13.99
7.5% TX FF MIDY   =        .12
CUST FAC CHARGE   =       5.00
ENERGY RECOVERY   =       1.20
STATE SURCH $  2  =       4.00
TIRE BATTERY  $   =        .04
VEH LIC RECOUP $  =       1.56
TAXABLE SUBTOT    =     121.16
TAX  7.000%       =       8.48
TOTAL CHARGES     =     129.64
**CONCESSION RECOVERY FEE
  FF MLS/PNTS EARNED   100
```

Please check your car for personal effects.

**Go to Avis.com to
Receive E-Receipts.**

---

```
          HMSHOST
      STARBUCKS COFFEE
     TAMP INT'L AIRPORT

8247 YUDIEED
---------------------------------
CHK 8781 FEB25'12  6:57AM  GST 1
---------------------------------

  1 LATTE V              4.20

    SUBTOTAL            4.20
    TAX                 0.30
    AMOUNT PAID         4.50
    Stbk Card           4.50

  THANK YOU FOR YOUR BUSINESS!
```

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Monday, February 20, 2012 5:19 PM |
| **To:** | Kent, David |
| **Subject:** | Flight Ticket Confirmation - KENT - Tampa 2/23/12 |

**ORBITZ** FOR BUSINESS

# Sedgwick LLP

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 2/23/12.**

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information -Tampa 2/23/12
This trip includes **flights, hotel and car rental.**

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601MNGDQK34 |
| **Airline record locator:** | American Airlines - MBAZKM |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Ticket numbers:** | 0017024436231 |
| **Total flight cost:** | $810.60 USD |
| **Traveler(s)** | **Frequent flier details** |

DAVID KENT     American Airlines AAdvantage
                        H106810

**Leave Thursday, February 23, 2012**
**American Airlines 1242** Economy | McDonnell Douglas MD-80 (M80) | Food for purchase | 2hr 10min | 920 miles

Depart:    **6:50pm**   **Dallas/Fort Worth, TX**   Dallas/Fort Worth International (DFW)
Arrive:    **10:00pm Tampa, FL**   Tampa International (TPA)

**Seat:** 13D | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Return Saturday, February 25, 2012**
**American Airlines 1097** Economy | Boeing 737-800 Passenger (738) | Food for purchase | 2hr 50min | 920 miles

Depart:    **7:35am**   **Tampa, FL**   Tampa International (TPA)
Arrive:    **9:25am**   **Dallas/Fort Worth, TX**   Dallas/Fort Worth International (DFW)

**Seat:** 9D | Your flight is confirmed. Seat is confirmed. You may **review seats.**

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage.The fee is not included in your total trip cost. **See details**

### Important fare notes

**Arriving on flight:** American Airlines flight 1242

**Shuttle information** SHUTTLE SERVICE IS NOT AVAILABLE AT THIS LOCATION.

**General Rules:** RATE GUARANTEED CITY ANY NO SRC
NO RETURN RESTRICTION
TO USE A DEBIT CARD AT A LOCATION THAT ACCEPTS
THEM YOU ARE SUBJECT TO ADDITIONAL CREDIT CHECKS
OR MUST PRESENT ADDITIONAL IDENTIFICATION.
MUST INCLUDE QUALIFYING AWD NUMBER IN /CD- FIELD
THE MINIMUM RENTAL PERIODIS 001 DAYS
MIN AGE 18. 18-20 UA SURCHARGE 27.00DY
OTHER RESTRICTIONS MAY APPLY.
CONTACT LOCAL REP FOR DETAILS
10.00 EXTENSION FEE MAY APPLY
10.00 LATE FEE MAY APPLY
10.40PCT CONCESSION RECOVERY FEE

**Mileage and rates\*\***

Unlimited

| | |
|---|---|
| Daily rate: | $43.00* |
| extra hour: | $32.26 |
| extra day: | $43.00 |

Minimum rental:1 day

** Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays. Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| **Airfare, DAVID KENT (Adult)** | $803.60 |
| **Orbitz for Business fees** | |
| Online transaction fee (Date :02/20/2012; ID:185572967 ) | $7.00 |
| **Total** | $810.60 USD |

### Billing information

| | |
|---|---|
| **Card holder's Name:** | David C Kent |
| **Card type:** | American Expres |
| **Card number:** | xxxxxxxxxxx1572 |

### Hotel cost summary

| Room rate | Thu | Fri |
|---|---|---|
| Feb 23-Feb 24 | $206 | $161 |

| | |
|---|---|
| **Applicable taxes:** | TAX: 12.000 PERCENT (not included) |
| **Total room cost:** | $367.20 |
| **Total charges\*** | $367.20 |

### Billing information

| | |
|---|---|
| **Card holder's Name:** | David C Kent |
| **Card type:** | American Expres |
| **Card number:** | xxxxxxxxxxx1572 |

**\*\*Taxes not included. TAX: 12.000 PERCENT**

**\*Note: Hotel cost displayed above does not include hotel taxes and fees.**

### Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---|
| Base rate | $86.00 |
| Taxes and fees | $28.53 |
| CUSTOMER FAC FEE @ 5.00 USD | |
| ENERGY RECOVERY FEE @ 1.20 USD | |
| STATE SURCH. FEE @ 4.00 USD | |
| TIRE BATTERY FEE @ 0.04 USD | |
| VEHICLE LIC. FEE @ 1.56 USD | |



GRAND HYATT TAMPA BAY
2900 BAYPORT DRIVE
TAMPA, FL 33607
Tel: 1-813-874-1234
Fax: 1-813-207-6790

INFORMATION INVOICE

| Payee | David Kent | | Room No. | 0803 |
|-------|-----------|--|----------|------|
| | 1717 Main St | | Arrival | 02-23-12 |
| | Ste 5400 | | Departure | 02-25-12 |
| | Dallas, TX 752017367 | | Page No. | 1 |
| | | | Folio Window | 1 |
| Membership | GP   G30016989B | | Folio | |
| Confirmation No. | 94686301 | | | |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02-23-12 | Guest Room | 206.10 | |
| 02-23-12 | State Sales Tax | 14.43 | |
| 02-23-12 | Occupancy Tax | 10.31 | |
| 02-24-12 | Guest Room | 161.10 | |
| 02-24-12 | State Sales Tax | 11.28 | |
| 02-24-12 | Occupancy Tax | 8.06 | |
| 02-25-12 | American Express | | 411.28 |

| | Total | 411.28 | (411.28) |
|--|-------|--------|----------|
| | Balance | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal M-F (Gold Passport,
Concierge, and VIP Rooms only). If refused, a refund of $1 will be
provided.

Thank you for choosing GRAND HYATT TAMPA BAY. Our goal is to provide every
guest with an exceptional stay and we are interested in hearing any comments you may have.
Please contact us through one of the following options.

Customer Service number: 1-888-472-2870
Customer Service email: Na.CustomerService@Hyatt.com

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Friday, February 24, 2012 3:16 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 23, 2012 17:34 | **Lane:** | DFW-NORTH-17 |
| **Exit :** | February 23, 2012 18:00 | **Lane:** | DFW-NORTH-57 |

**Tag Number:** DNT.07139746  **License Plate:** DF3H958  **License State:** TX

**Parking Fee:** $1.00

**NTTA Tag Charged:** $1.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

From:        TollTag Store [customernotifications@ntta.org]
Sent:        Sunday, February 26, 2012 3:33 AM
To:          Kent, David
Subject:     Parking Receipt

# DFW Airport Parking Receipt

**Entry :**        February 25, 2012 08:02        **Lane:**        DFW-NORTH-14

**Exit :**         February 25, 2012 09:41        **Lane:**        DFW-NORTH-57

**Tag Number:**    DNT.07139746        **License Plate:** DF3H958        **License State:**    TX

**Parking Fee:**    $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**



# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1404513
Date: 2/22/2012 6:11:38 PM

**SOLD TO**   David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1404513 | 2/23/2012 | 2/25/2012 | | $72.51 |

Charges for AMEX ending in 1572 – Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Car Wash | 1 | $20.00 | $20.00 | $.00 | $.00 | | $20.00 | |
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | Credit Card Total | | $72.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

## Expense Report - Transmittal Report



ER00000030212120208

**Spender** Kurt W. Meaders          **From** Mar 16, 2012  **To** Mar 16, 2012          **Reimbursement Amt** 8.65 USD

**Report name** Attend Hearing on MILs

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 3 | Audit required | Yes |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

 **CDW Direct**
PO Box 75723
Chicago, IL 60675-5723

**REMIT PAYMENT TO:**



**RETURN SERVICE REQUESTED**

**ACH INFORMATION:**
THE NORTHERN TRUST
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

ROUTING NO.: 071000152
ACCOUNT NAME: CDW DIRECT
ACCOUNT NO.: 47910

**E-mail Remittance To:** achremittance@cdw.com

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NUMBER |
|---|---|---|
| F025176 | 01/26/12 | 2012165 |
| **SUBTOTAL** | **SHIPPING** | **SALES TAX** |
| $68.21 | $37.23 | $8.71 |
| **DUE DATE** | **AMOUNT DUE** | |
| 02/25/12 | **$114.15** | |

408 1 MB 0.404   E0063 I0098 D429748978 P980254 0002:0003

 SEDGWICK LLC
MIS DIRECTOR
801 S FIGUEROA ST STE 1800
LOS ANGELES CA 90017-5509

CDW Direct
P.O. Box 75723
Chicago, IL  60675-5723

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| INVOICE DATE | INVOICE NUMBER | | PAYMENT TERMS | | DUE DATE |
|---|---|---|---|---|---|
| 01/26/12 | F025176 | | Net 30 Days | | 02/25/12 |
| **ORDER DATE** | **SHIP VIA** | | **PURCHASE ORDER NUMBER** | | **CUSTOMER NUMBER** |
| 01/26/12 | UPS Next Day Air Saver | | 8696 | | 2012165 |

| ITEM NUMBER | DESCRIPTION | QTY ORD | QTY SHIP | QTY B/O | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1894913 | KINGSTON DT LOCKER+ USB 32GB FLS DRV<br>Manufacturer Part Number: DTL+/32GB<br><br>for Wayne Mason | 1 | 1 | 0 | 68.21 | 68.21 |

REC'D BY ACCTG

FEB 2 8 2012

OK TO PAY   B. LI YEE OAK

Date   2-8-12

O/L Account   10711-00001

**\* A P 1 3 9 3 5 4 0 \***

**GO GREEN!**
CDW is happy to announce that paperless billing is now available!  If you would like to start receiving your invoices as an emailed PDF, please email CDW at paperlessbilling@cdw.com.  Please include your Customer number or an Invoice number in your email for faster processing.

**REDUCE PROCESSING COSTS AND ELIMINATE THE HASSLE OF PAPER CHECKS!**
Begin transmitting your payments electronically via ACH using CDW's bank and remittance information located at the top of the attached payment coupon.  Email credit@cdw.com with any questions.

| ACCOUNT MANAGER | SHIPPING ADDRESS: | | |
|---|---|---|---|
| MATT WONG<br>312-705-9351<br>mattwon@cdw.com | SEDGWICK, DETERT, MORAN & ARNOLD<br>ATTN:GLEN RODDY<br>1717 MAIN STREET<br>SUITE 5400<br>DALLAS TX 75201 | SUBTOTAL | $68.21 |
| | | SHIPPING | $37.23 |
| **SALES ORDER NUMBER** | | SALES TAX | $8.71 |
| 1B75DZ6 | | **AMOUNT DUE** | **$114.15** |



**HAVE QUESTIONS ABOUT YOUR ACCOUNT?**
**PLEASE EMAIL US AT** credit@cdw.com
VISIT US ON THE INTERNET AT www.cdw.com

ISO 9001 and ISO 14001 Certified
CDW DIRECT FEIN 36-4530079

**Furuzawa, Matthew**

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Monday, March 05, 2012 4:48 PM |
| **To:** | Furuzawa, Matthew |
| **Subject:** | RE: AP Invoice Approval Request- CDW Invoices |

approved

Wayne

**Wayne B. Mason**
wayne.mason@sedgwicklaw.com | 469.227.4602

# Sedgwick ..

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *phone* | 469.227.8004 *fax* | www.sedgwicklaw.com

---

**From:** Furuzawa, Matthew
**Sent:** Monday, March 05, 2012 6:45 PM
**To:** Mason, Wayne B.
**Subject:** AP Invoice Approval Request- CDW Invoices

Mr. Mason,

Please see the attached unpaid vendor invoices. Can you please approve for payment? If so, please indicate your approval reply via email. Please let me know if you have any questions. Thank you so much for your assistance on this matter.

Vendor: CDW
Invoice: #F025176
Amount: $114.15

Invoice: #F591827
Amount: $87.96

Client Matter: 10711-000001


**Matthew J Furuzawa**
Senior Accounts Payable Specialist
matthew.furuzawa@sedgwicklaw.com | 415.537.3110

# Sedgwick ..

135 Main Street, 14th Floor
San Francisco, CA 94105
415.537.3000 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

 **REMIT PAYMENT TO:**

## INVOICE



ACH INFORMATION:
THE NORTHERN TRUST
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

E-mail Remittance To: achremittance@cdw.com
ROUTING NO.: 071000152
ACCOUNT NAME: CDW DIRECT
ACCOUNT NO.: 47910

**CDW Direct**
PO Box 75723
Chicago, IL 60675-5723

**RETURN SERVICE REQUESTED**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NUMBER |
|---|---|---|
| F591827 | 02/08/12 | 2012165 |
| **SUBTOTAL** | **SHIPPING** | **SALES TAX** |
| $68.21 | $13.04 | $6.71 |
| **DUE DATE** | **AMOUNT DUE** | |
| 03/09/12 | **$87.96** | |



877 1 MB 0.404  E0152X I0261 D436082956 P991990 0001:0003

CDW Direct
P.O. Box 75723
Chicago, IL  60675-5723


SEDGWICK LLC
MIS DIRECTOR
801 S FIGUEROA ST STE 1800
LOS ANGELES CA 90017-5509

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

---

| INVOICE DATE | INVOICE NUMBER | PAYMENT TERMS | | DUE DATE |
|---|---|---|---|---|
| 02/08/12 | F591827 | Net 30 Days | | 03/09/12 |
| **ORDER DATE** | **SHIP VIA** | **PURCHASE ORDER NUMBER** | | **CUSTOMER NUMBER** |
| 02/08/12 | FEDEX Ground | 8711 | | 2012165 |

| ITEM NUMBER | DESCRIPTION | QTY ORD | QTY SHIP | QTY B/O | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1894913 | KINGSTON DT LOCKER+ USB 32GB FLS DRV<br>Manufacturer Part Number: DTL+/32GB<br>Cost Center:10711-00001<br><br>requested by Wayne Mason | 1 | 1 | 0 | 68.21 | 68.21 |

OK TO PAY

Date  2-22-12

G/L Account 10711 - 00001

**\* A P 1 3 9 9 8 1 4 \***

FEB 23 2012

### GO GREEN!
CDW is happy to announce that paperless billing is now available!  If you would like to start receiving your invoices as an emailed PDF, please email CDW at paperlessbilling@cdw.com.  Please include your Customer number or an Invoice number in your email for faster processing.

### REDUCE PROCESSING COSTS AND ELIMINATE THE HASSLE OF PAPER CHECKS!
Begin transmitting your payments electronically via ACH using CDW's bank and remittance information located at the top of the attached payment coupon.  Email credit@cdw.com with any questions.

| ACCOUNT MANAGER | SHIPPING ADDRESS: | | |
|---|---|---|---|
| MATT WONG<br>312-705-9351<br>mattwon@cdw.com | SEDGWICK, DETERT, MORAN & ARNOLD<br>ATTN:GLEN RODDY<br>1717 MAIN STREET<br>SUITE 5400<br>DALLAS TX 75201 | SUBTOTAL | $68.21 |
| | | SHIPPING | $13.04 |
| **SALES ORDER NUMBER** | | SALES TAX | $6.71 |
| 1B78TC5 | | **AMOUNT DUE** | **$87.96** |



ISO 9001 and ISO 14001 Certified
CDW DIRECT FEIN 36-4530079

**HAVE QUESTIONS ABOUT YOUR ACCOUNT?**
**PLEASE EMAIL US AT** credit@cdw.com
VISIT US ON THE INTERNET AT www.cdw.com

**Furuzawa, Matthew**

approved

Wayne

**Wayne B. Mason**
wayne.mason@sedgwicklaw.com | 469.227.4602

Sedgwick LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *phone* | 469.227.8004 *fax* | www.sedgwicklaw.com

**From:** Furuzawa, Matthew
**Sent:** Monday, March 05, 2012 6:45 PM
**To:** Mason, Wayne B.
**Subject:** AP Invoice Approval Request- CDW Invoices

Mr. Mason,

Please see the attached unpaid vendor invoices. Can you please approve for payment? If so, please indicate your approval reply via email. Please let me know if you have any questions. Thank you so much for your assistance on this matter.

Vendor: CDW
Invoice: #F025176
Amount: $114.15

Invoice: #F591827
Amount: $87.96

Client Matter: 10711-000001

**Matthew J Furuzawa**
Senior Accounts Payable Specialist
matthew.furuzawa@sedgwicklaw.com | 415.537.3110

Sedgwick LLP

135 Main Street, 14th Floor
San Francisco, CA 94105
415.537.3000 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

## Expense Report - Transmittal Report



ER000000350621 20151

**Spender** David C. Kent     **From** Feb 26, 2012 **To** Jun 27, 2012     **Reimbursement Amt** 2,622.25 USD

**Report name** To Boston for Meeting with Expert Wooten

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 11 | Audit required | Yes |
| Number of receipts to submit | 10 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/26/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/26/12 | Lodging | United St... | 212.18 USD | Jennifer M. Arevalo |
| 2/26/12 | Airfare | United St... | 2,208.10 USD | Jennifer M. Arevalo |
| 2/26/12 | Individual Meal | United St... | 7.19 USD | Jennifer M. Arevalo |
| 2/26/12 | Individual Meal | United St... | 38.10 USD | Jennifer M. Arevalo |
| 2/26/12 | Taxi, Trains, o... | United St... | 58.68 USD | Jennifer M. Arevalo |
| 2/26/12 | Individual Meal | United St... | 7.00 USD | Jennifer M. Arevalo |
| 2/26/12 | Individual Meal | United St... | 14.49 USD | Jennifer M. Arevalo |
| 2/27/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/27/12 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |

# LawPay

CREDIT CARD PROCESSING

HDR - Boston
Meeting w/ Lee Wooten (expert)

| | | |
|---|---|---|
| Air | — | 2,208 $^{10}$ |
| Hotel | — | 212. $\underline{18}$ |
| Cab | | 58 $\underline{68}$ |
| Parking | — | 52 $^{61}$ |
| Tolls | — | 4 $^{00}$ |
| Meals | — | 66 $\underline{78}$ |
| Tips/Misc | — | 20 $^{00}$ |

2,622.25

**AmericanAirlines**

26 Feb 2012 16:35 EST
AA1028 DFW-BOS
123758
Device ID GLX00003456
Transaction: 10041510868

Sale

| Product | Price | Qty | Amt. |
|---------|-------|-----|------|
| HUMMUS | 4.49 | 1 | 4.49 |
| PREM SAND | 10.00 | 1 | 10.00 |
| Total | USD | | 14.49 |
| AMEX 1572 | USD | | 14.49 |

OPAL
HILTON HOTEL
WOBURN, MA

208

CHK 2926    T7 R617
FEB26'12  8:56PM

Misc Personal Charge          15.00
1 CLAM CHOWDER                 7.00
1 SHORTCAKE                    8.00

FOOD TOTAL                    15.00
Misc Personal Charge         15.00
Tax                           2.10
10:07 Total Due     $32.10

Tip _____ 6.02

Total _____ 38.10

Deducted $19.05

**AmericanAirlines**

26 Feb 2012 17:01 EST
AA1028 DFW-BOS
123758
Device ID GLX00003456
Transaction: 10041510869

Sale

| Product | Price | Qty | Amt. |
|---------|-------|-----|------|
| Misc Personal Charge | 7.00 | | 7.00 |
| Total | USD | | 7.00 |
| AMEX 1572 | USD | | 7.00 |

All Deducted

-CITY OF BOSTON-
CAB #        622
D-ID #      3966
TRIP #     15259
DATE    02/26/12
RATE USED:      1
PASSENGERS:     3
START END MILES
20:24 20:44 13.7
FARE: $   41.40
EXTRA: $   7.50
TOLLS: $   0.00
TIP: $    9.78
TOTAL: $  58.68

CARD #:    1572
AP #:    886378
CC CARD RECEIPT

HACKNEY CARRIAGE
(617) 536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

-STARBUCKS COFFEE C8-
DALLAS FT WORTH INT'L AIRPORT

11443 MEICKO
-------------------------
CHK 3223 FEB26'12  2:45PM GST 2
-------------------------
S u b t o t a l

1 LATTE V              4.25
1 SCONES CRAN ORAN     2.39

SUBTOTAL               6.64
TAX                    0.55
AMOUNT PAID        7.19
Stbk Card              7.19
     Amount 7.19
   TerminalID Z0051155
     RefrNbr 30289099
Redemption Approved for $7.19
   Card Balance 19.77
   Gift Card Charge 7.19

**Kent, David**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Wednesday, February 22, 2012 2:13 AM |
| **To:** | Kent, David |
| **Subject:** | E-Ticket Confirmation-EFJXET  26FEB |

 **eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers



**Date of Issue: 22FEB12**

David C Kent:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: EFJXET**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance





**Record Locator: EFJXET**

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 1028 | DALLAS FT WORTH | SUN 26FEB 3:40 PM | BOSTON | 8:10 PM | Y |
| | David Kent | FF#: H106810 | | Economy | Seat 32C | Food For Purchase |

| American Airlines | | | GLD | | DALLAS FT | | |
|---|---|---|---|---|---|---|---|
| **AA** | 1627 | BOSTON | MON 27FEB 3:30 PM | | DALLAS FT WORTH | 6:55 PM | L |
| American Airlines | | David Kent | FF#: H106810 GLD | | Economy | Seat 17C | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| DAVID KENT | 0012304611688 | 2033.96 | 174.14 | 2208.10 |

| Payment Type: American Express XXXXXXXXXX1572 | Total: $2208.10 |
|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.



# Hilton
## Boston/Woburn

2 Forbes Road • Woburn, MA 01801
Phone (781) 932-0999 • Fax (781) 932-0903
Reservations
www.bostonwoburn.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

KENT, DAVID
SEDGWICK LLP
1717 MAIN ST.
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 617/K1E |
| Arrival Date | 2/26/2012 |
| Departure Date | 2/27/2012 |

8:47:00PM

| | |
|---|---|
| Adult/Child | 1/0 |
| Room Rate | 189.95 |

RATE PLAN          LV4

HH#  427205835 GOLD
AL
BONUS AL              CAR

Confirmation Number : 3459265015

2/27/2012      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2/26/2012 | GUEST ROOM | WWELLS4 | 1274455 | $189.95 | | |
| 2/26/2012 | RM-STATE TAX | WWELLS4 | 1274455 | $10.83 | | |
| 2/26/2012 | RM-CITY TAX | WWELLS4 | 1274455 | $11.40 | | |
| | WILL BE SETTLED TO AX *1572 | | | | | $212.18 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!*

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
    + pay at the time of purchase.
    + charge purchases to your account, then stop by the Front Desk for an updated statement.
    + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 276353   A |

| AUTHORIZATION | INITIAL |
|---|---|
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

T
H

A
N
K

Y
O

U

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Monday, February 27, 2012 10:20 PM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt – David Kent 2/26-2/27 |

# Airport Parking Receipt



**FreedomPark**
AIRPORT VALET SERVICES
2001 – 2011
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1405422
Date: 2/26/2012 9:21:40 AM

SOLD
TO
David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1405422 | 2/26/2012 | 2/27/2012 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | | Credit Card Total | $52.51 | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Monday, February 27, 2012 3:11 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 26, 2012 14:28 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | February 26, 2012 15:11 | **Lane:** | DFW-NORTH-57 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.07139746 | **License Plate:** | DF3H958 | **License State:** | TX |

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**Kent, David**

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 27, 2012 18:06 | **Lane:** | DFW-NORTH-16 |
| **Exit :** | February 27, 2012 19:07 | **Lane:** | DFW-NORTH-58 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.07139746 | **License Plate:** | DF3H958 | **License State:** | TX |

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

## Expense Report - Transmittal Report



ER00000035062120152

**Spender** David C. Kent        **From** Feb 28, 2012  **To** Feb 29, 2012        **Reimbursement Amt** 1,521.54 USD

**Report name** To Tampa for Court Hearing

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 12 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/28/12 | Airfare | United St... | 1,008.60 USD | Jennifer M. Arevalo |
| 2/28/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/28/12 | Car Rental | United St... | 48.36 USD | Jennifer M. Arevalo |
| 2/28/12 | Individual Meal | United St... | 30.75 USD | Jennifer M. Arevalo |
| 2/28/12 | Individual Meal | United St... | 11.49 USD | Jennifer M. Arevalo |
| 2/28/12 | Individual Meal | United St... | 5.08 USD | Jennifer M. Arevalo |
| 2/29/12 | Parking or Tolls | United St... | 2.00 USD | Jennifer M. Arevalo |
| 2/29/12 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 2/29/12 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 2/29/12 | Lodging | United St... | 321.63 USD | Jennifer M. Arevalo |
| 2/29/12 | Individual Meal | United St... | 3.00 USD | Jennifer M. Arevalo |
| 2/29/12 | Individual Meal | United St... | 4.12 USD | Jennifer M. Arevalo |

# LawPay

CREDIT CARD PROCESSING

<u>HDR</u>

| | |
|---|---|
| Airfare | — 1008.60 |
| Hotel | — 321.63 |
| Rental Car | — 48.36 |
| Parking | — 64.51 |
| Tolls | — 4.00 |
| Meals | — 54.44 |
| Tip/Misc | — 20.00 |
| | **$ 1,521.54** |

Freshens
Store #21
DFW Airport

1 SM YOG TOPP        4.69

-----
        SUBTOTAL          4.69
        TAXABLE    4.69

        TAX TOTL     .39
TOTAL            5.08
        CASH          20.00
        CHANGE        14.92
If we did or did not exceed your
expectations, we would like to
hear from you.  Please call
1-800-633-5419 ext 254 or
email www.freshens.com

#0138              IN
SHRIJA  CSHR
0285 17:44 FEB 28'12    W/S#01 P1


        LOBBY BAR
    GRAND HYATT TAMPA BAY
643 RAHMANA
----------------------------------
2/2          8137      GST 1
    FEB28'12 10:24PM
----------------------------------
Misc Personal Charge
                 8.00
    1 GROUPR NUGS    10.00
    1 CREME BRULEE    7.00
    SUBTOTAL         25.00
    TAX               1.75
    PAYMENT DUE     26.75
*FILL IN FOR ROOM CHARGES ONLY*
                        4.00
GRATUITY:_____

TOTAL:_____ 30.75

ROOM#_____

SIGNATURE:_____

Deducted $10.56

PRINT NAME:_____
  * * GRATUITY NOT INCLUDED * *


American Airlines

28 Feb 2012 19:14 EST
AA742 DFW TPA
002450
Device ID GTX00000709
Transaction 1004054075

            Sale

Product        Price  Qty  Amt

CHEESE AND CHA  4.49    1  4.49
Misc Personal   7.00    1  7.00
Charge
Total          USD       11.49
AMEX 1572      USD       11.49

    American Airlines
    We Know Why You Fly

Deducted $7.00


    STARBUCKS
    WESTIN TAMPA BAY
7627 W. COURTNEY CAMPBELL CAUSEWAY
    TAMPA, FL 33607
    813-712-8399

EMP: BARISTA D          GIFT CARD
Date 02/29/12           Time 09:12
Table 254               STARBUCKS
293654
-----------------------------------
Card Number  ##############MBqhp
Auth-Code..  733986      Ctrl: 22404

Amount..         4.12

Tip....  _____

Total   _____

Remaining Balance           11.81

```
            RECEIPT

Rental Agreement Number: 450531255
Vehicle Number:          57292955

YOUR INFORMATION

KENT,DAVID
RAPID REZ:        EL292J
BUDGET DISC:      FASTBREA
PAYMENT METHOD:   AMEX XX1572

YOUR RENTAL

Picked up:     TPA
Date/Time:     FEB 28, 2012@09:59PM
Returned:      TPA
Date/Time:     FEB 29, 2012@04:09PM
Veh Group:     Standard SUV-5 Pass
Veh Charged:   Full-Size
Vehicle:       DODGE JOURNEY AWD
Odometer Out:  2557
Odometer In:   2569
Fuel Reading:

YOUR VEHICLE CHARGES

MINIMUM CHARGE           23.99
YOUR TIME AND MILEAGE:   22.79

YOUR TAXABLE FEES

**10.40% FEE             2.52
FUEL SERVICE            13.99
CUST FAC CHARGE $ 2.50/D  2.50
TIRE BATTERY   $ 0.02/DY   .02
VEH LIC RECOUP $ 0.78/DY   .78
ENERGY RECOVERY $ 0.60/D   .60
STATE SURCH    $  CAR NUMBER  CAR GROUP .90

YOUR SUBTOTAL

TAXABLE SUBTOT           45.20
TAX  7.000%               3.16

YOUR NON TAXABLE ITEMS

TOTAL CHARGES            48.36
DISCOUNT   5.0            1.20
NET CHARGES             48.36
YOUR TOTAL DUE:          0.00

PAID ON AMEX XX1572
**CONCESSION RECOVERY FEE
CREDIT CARD INFO TO EXPIRE.
TO UPDATE CONTACT
1-800-504-0252 OR BUDGET.COM

THANK YOU FOR RENTING WITH BUDGET
```

```
         HMSHOST
      STARBUCKS COFFEE
    TAMP INT'L AIRPORT

6932 Dioydis
----------------------------
CHK 3359 FEB29'12  4:25PM  GST 1
----------------------------

  1 CIDER T            2.80

    SUBTOTAL           2.80
    TAX                0.20
    AMOUNT PAID      3.00
    Stbk Card          3.00

  THANK YOU FOR YOUR BUSINESS!
  TELL US ABOUT YOUR EXPERIENCE
   GM: TIM JUUL 813-396-3983
    TIM.JUUL@HMSHOST.COM
```



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee   David Kent
      1717 Main St
      Ste 5400
      Dallas TX 752017367
      United States

| | |
|---|---|
| Room No. | 0345 |
| Arrival | 02-28-12 |
| Departure | 02-29-12 |
| Page No. | 1 of 1 |
| Folio Window | 2 |
| Folio | 213282 |
| Invoice | |

Membership   GP   G30016989B
Bonus Code
Confirmation No.   97898501
Group Name

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 02-28-12 | Valet Parking | | | < 12.00 > | PARKING |
| 02-28-12 | Package Room | | | 289.00 | |
| 02-28-12 | State Sales Tax | | | 19.03 | |
| 02-28-12 | Occupancy Tax | | | 13.60 | |
| 02-29-12 | American Express | XXXXXXXXXX1572 | XX/XX | | 333.63 |

Your Gold Passport account will be credited for this stay.

| | Total | 333.63 | 333.63 |
|---|---|---|---|
| Balance | *TOTAL LODGING = $321.63* | | 0.00 |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

**Kent, David**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Thursday, March 01, 2012 1:16 AM |
| **To:** | Kent, David |
| **Subject:** | Airport Parking Receipt - David Kent 2/28-2/29 |



# Airport Parking Receipt

**FreedomPark**
AIRPORT VALET SERVICES
**2 0 0 1 - 2 0 1 1**
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1405423
Date: 2/26/2012 9:22:29 AM

SOLD TO

David Kent
214-535-6703
david.kent@sedgwicklaw.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1405423 | 2/28/2012 | 2/29/2012 | | $52.51 |

Charges for AMEX ending in 1572 - Personal card

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|---|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |
| | | | | | | Credit Card Total $52.51 | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!

1

**Kent, David**

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Thursday, March 01, 2012 7:40 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | February 29, 2012 18:12 | **Lane:** | DFW-NORTH-15 |
| **Exit :** | February 29, 2012 18:59 | **Lane:** | DFW-NORTH-58 |

**Tag Number:** DNT.07139746    **License Plate:** DF3H958    **License State:**    TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

1

**From:**          TollTag Store [customernotifications@ntta.org]
**Sent:**          Thursday, March 01, 2012 4:18 AM
**To:**            Kent, David
**Subject:**       Parking Receipt

# DFW Airport Parking Receipt

**Entry :**          February 28, 2012 17:21          **Lane:**          DFW-NORTH-15

**Exit :**           February 28, 2012 18:20          **Lane:**          DFW-NORTH-58

**Tag Number:**       DNT.07139746        **License Plate:** DF3H958        **License State:**        TX

**Parking Fee:**      $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

## Kent, David



# Sedgwick L.L.P.

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 2/28/12**.

**An air reservation has been added.**

**This air reservation has now been ticketed.**

**A car reservation has been added.**

---

## Your current trip information -Tampa 2/28/12
This trip includes **flights and car rental**.

### Flight reservation

**Orbitz record locator:**  AP270601W0G37E34
**Airline record locator:**  American Airlines - KYQMBT
**Reservation made by:**  david.kent@sedgwicklaw.com
**Ticket numbers:**  0017024436851
**Total flight cost:**  $1,008.60 USD
**Traveler(s)      Frequent flier details**

DAVID KENT      American Airlines AAdvantage
                        H106810

**Leave Tuesday, February 28, 2012**
**American Airlines 1242** Economy | McDonnell Douglas MD-80 (M80) | Food for purchase | 2hr 10min | 920 miles

Depart:  **6:50pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:  **10:00pm Tampa, FL**  Tampa International (TPA)

**Seat:** 9D | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Return Wednesday, February 29, 2012**
**American Airlines 1667** Economy | McDonnell Douglas MD-80 (M80) | Food for purchase | 2hr 55min | 920 miles

Depart:  **5:15pm  Tampa, FL**  Tampa International (TPA)
Arrive:  **7:10pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

**Seat:** 13D | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage.The fee is not included in your total trip cost.**See details**

1



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

**BILL TO**
SEDGWICK L L P
ATTN: SHERRY
1717 MAIN, 54TH FL
DALLAS, TX 75201

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 388083 | 02/18/12 | $ 171.93 |

| 4692278200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | |
|---|---|---|
| ACCOUNT NUMBER | | AMOUNT ENCLOSED |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 044-0085 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD NIGHTTIME DELIVERY = $ 19.03 | CLERK 7:00 PM 02/13/12 | $ 19.03 |
| 045-0103 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD NIGHTTIME DELIVERY = $ 19.03 | CLERK 7:00 PM 02/14/12 | $ 19.03 |
| 046-0085 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD NIGHTTIME DELIVERY = $ 19.03 | CLERK 7:00 PM 02/15/12 | $ 19.03 |
| 047-0088 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD NIGHTTIME DELIVERY = $ 19.03 | CLERK 7:00 PM 02/16/12 | $ 19.03 |
| 048-0094 M HAYES 00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD NIGHTTIME DELIVERY = $ 19.03 | ON_FILE 6:00 PM 02/17/12 | $ 19.03 |
| | Sub-Total For Reference No. 00999.000028 | | $ 95.15 |
| 048-0351 J A UNDERWOO 02173.015167 | TO: DALLAS DISTRICT CLERK 600 COMMERCE, STE 103 DALLAS, TX 75202 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD DAYTIME DELIVERY = $ 11.12 | F STAMPED 12:00 PM 02/17/12 | $ 11.12 |
| 048-0352 J A UNDERWOO 02173.015167 | FROM: DALLAS DISTRICT CLERK 600 COMMERCE, STE 103 DALLAS, TX 75202 TO: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD DAYTIME DELIVERY = $ 11.12 | M HAYES 12:40 PM 02/17/12 | $ 11.12 |
| | Sub-Total For Reference No. 02173.015167 | | $ 22.24 |
| 046-0594 J A UNDERWOO 03764.000009 | TO: LEMERIDIEN DALLAS NORTH HOTEL 13402 NOEL RD DALLAS, TX 75240 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD EVENING DELIVERY = $ 34.83 | T HUGHES 4:50 PM 02/15/12 | $ 34.83 |
| | Sub-Total For Reference No. 03764.000009 | | $ 34.83 |
| 046-0177 G FOUNTAIN 10711-000001 | FROM: SEDGWICK L L P 1717 MAIN ST, STE 5400 DALLAS, TX 75201 TO: BARNES & ROBERTS L.L.C. 2816 COMMERCE ST. DALLAS, TX 75226 DISCOUNT DAYTIME DELIVERY = $ 19.71 | K COULTER 9:46 AM 02/15/12 | $ 19.71 |
| | Sub-Total For Reference No. 10711-000001 | | $ 19.71 |

**\* A P 1 3 9 9 9 4 9 \***

MAR 2012

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 388083 | 171.93 | 1,746.48 | | | |

Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at
(214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091



# SPECIAL DELIVERY ®

## ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

| B I L L T O | SEDGWICK L L P<br>ATTN: SHERRY<br>1717 MAIN, 54TH FL<br>DALLAS, TX 75201 |
|---|---|

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 389254 | 03/03/12 | $ 313.58 |
| 4692278200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
| ACCOUNT NUMBER | | |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING #<br>CALLER<br>REFERENCE | DELIVERY INFORMATION | RECEIVED BY<br>TIME<br>DATE | TOTAL AMOUNT |
|---|---|---|---|
| 062-0705<br>C DWYER<br>00214.008935 | **TO:** MAIN POST OFFICE I-30 AND SYLVAN DALLAS, TX 75208<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 38.89 • ADVANCE FEE = $ 5.93 • POSTAGE EXPENSE = $ 6.2 | POSTMASTER<br>7:30 PM<br>03/02/12 | $ 51.02 |
| | Sub-Total For Reference No. 00214.008935 | | $ 51.02 |
| 058-0083<br>M HAYES<br>00999.000028 | **TO:** SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.03 | CLERK<br>7:00 PM<br>02/27/12 | $ 19.03 |
| 059-0099<br>M HAYES<br>00999.000028 | **TO:** SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.03 | CLERK<br>7:00 PM<br>02/28/12 | $ 19.03 |
| 060-0092<br>M HAYES<br>00999.000028 | **TO:** SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 20.30 • BOX CHARGE (3 Boxes) = $ 7.50 | CLERK<br>7:00 PM<br>02/29/12 | $ 27.80 |
| 061-0097<br>M HAYES<br>00999.000028 | **TO:** SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.03 | CLERK<br>7:00 PM<br>03/01/12 | $ 19.03 |
| 062-0093<br>M HAYES<br>00999.000028 | **TO:** SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.28 | ON FILE<br>6:00 PM<br>03/02/12 | $ 19.28 |
| | Sub-Total For Reference No. 00999.000028 | | $ 104.17 |
| 060-0226<br>A FOX<br>02060-060034 | **TO:** 101ST DISTRICT COURT 600 COMMERCE ST, STE 6TH FL DALLAS, TX 75202<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD DAYTIME DELIVERY = $ 11.12 | P WHITE<br>10:15 AM<br>02/29/12 | $ 11.12 |
| 060-0504<br>A FOX<br>02060-060034 | **TO:** DALLAS COUNTY COURT 600 COMMERCE ST, STE 6TH FL DALLAS, TX 75202<br>**FROM:** SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD DAYTIME DELIVERY = $ 11.12 | S MCFARLIN<br>2:42 PM<br>02/29/12 | $ 11.12 |
| | Sub-Total For Reference No. 02060-060034 | | $ 22.24 |
| 059-0521<br>R SLATEN<br>02263-032542 | **TO:** MONTES LAW GROUP, LLP 1121 KINW PKWY, STE 100 IRVING, TX 75063<br>**FROM:** SEDGWICK L L P 1717 MAIN, STE 5500 DALLAS, TX 75201<br>SUPER RUSH EVENING DELIVERY = $ 55.31 | S CLAY<br>3:52 PM<br>02/28/12 | $ 55.31 |
| 059-0522<br>R SLATEN<br>02263-032542 | **FROM:** MONTES LAW GROUP, LLP 1121 KINW PKWY, STE 100 IRVING, TX 75063<br>**TO:** SEDGWICK L L P 1717 MAIN, STE 5500 DALLAS, TX 75201<br>SUPER RUSH EVENING DELIVERY = $ 55.31 | J RODRÍGUEZ<br>5:10 PM<br>02/28/12 | $ 55.31 |
| | Sub-Total For Reference No. 02263-032542 | | $ 110.62 |

*A P 1 3 9 9 5 2*

| PAGE | INVOICE NUMBER | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|
| 1 | 389254 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091



**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

BILL TO:
SEDGWICK L L P
ATTN: SHERRY
1717 MAIN, 54TH FL
DALLAS, TX 75201

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 389254 | 03/03/12 | $ 313.58 |

| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|
| 4692278200 | | |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 061-0481 L GARNER 10711.000001 | TO: WAYNE B MASON 8722 SANSHIRE AVE DALLAS, TX 75231 FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 STANDARD DAYTIME DELIVERY = $ 25.53 | W MASON 3:20 PM 03/01/12 | $ 25.53 |
| | Sub-Total For Reference No. 10711.000001 | | $ 25.53 |

2447

REC'D BY ACCTG
MAR 7 2012
B. OVER BAR

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 2 | 389254 | 313.58 | 2,277.07 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

Tracking ID: 793273286796 continued

| | | | | |
|---|---|---|---|---|
| Signed by | C.JACKSON | Fuel Surcharge | | 1.23 |
| FedEx Use | 000000000/0000222/_ | **Total Charge** | **USD** | **$11.89** |

**Picked up:** Feb 27, 2012    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798103761490 | Gail Fountain | Richard Harrison | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Allen Dell, P.A. | |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 202 S ROME AVE STE 100 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33606 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 26.15 |
| Delivered | Feb 28, 2012 13:46 | Fuel Surcharge | | 1.29 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | V.KUYKENDALL | Discount | | -14.91 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$12.53** |

**Picked up:** Feb 27, 2012    **Cust. Ref.:** 999-28    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**    $886.08
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 869677150032 | SEDGWICK,DETERT,MORAN & ARNOLD | LINDA PEREZ | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Package Type | FedEx Pak | DALLAS TX 75201-7367 US | 1111 BAGBY ST STE 2300 | |
| Zone | 03 | | HOUSTON TX 77002 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 28, 2012 08:54 | Transportation Charge | | 25.50 |
| Svc Area | A1 | Discount | | -14.54 |
| Signed by | J.SMITH | Fuel Surcharge | | 1.26 |
| FedEx Use | 005813104/0001305/_ | **Total Charge** | **USD** | **$12.22** |

**Picked up:** Feb 27, 2012    **Cust. Ref.:** 999-28    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**    $886.08
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 874445672039 | SEDGWICK,DETERT,MORAN & ARNOLD | JO ANN MESICA | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | 919 CONGRESS AVE STE 1250 | |
| Zone | 03 | | AUSTIN TX 78701 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Feb 28, 2012 07:13 | | | |
| Svc Area | A1 | Transportation Charge | | 58.45 |
| Signed by | see above | Fuel Surcharge | | 6.72 |
| FedEx Use | 005813104/0000008/02 | **Total Charge** | **USD** | **$65.17** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$362.71** |



Tracking ID: 798060070592 continued

| | | | | |
|---|---|---|---|---|
| Svc Area | A1 | Discount | | -25.54 |
| Signed by | .PEGA | Fuel Surcharge | | 2.21 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$21.47** |

**Picked up:** Feb 14, 2012    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5
- A delete request via an automated device was received for this shipment. It is being billed because operational scans indicate package movement.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798060409002 | Gail Fountain | Katie Duty (David Kent) | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HDR, Inc. | |
| Package Type | Customer Packaging | 1717 Main Street #5400 | 5426 BAY CENTER DR STE 400 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33609 US | |
| Packages | 1 | | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 122.10 |
| Delivered | Feb 15, 2012 10:02 | Discount | | -69.60 |
| Svc Area | A1 | Fuel Surcharge | | 6.04 |
| Signed by | J.MILLER | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$58.54** |

**Picked up:** Feb 15, 2012    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 7
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 793232479057 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,LLP. | Sedgwick,LLP. | |
| Package Type | FedEx Pak | 1717 Main Street | 333 BUSH ST FL 30 | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 16, 2012 08:55 | Transportation Charge | | 44.80 |
| Svc Area | A1 | Fuel Surcharge | | 2.21 |
| Signed by | T.RUIZ | Discount | | -25.54 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$21.47** |

**Picked up:** Feb 15, 2012    **Cust. Ref.:** 03272-000330    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 793235301685 | Rosa Zarate | I.A. Feingold, MD, FRCP (C), F | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | South Miami Hospital | |
| Package Type | FedEx Envelope | 1717 Main Street, #5400 | MIAMI FL 33143 US | |
| Zone | 06 | DALLAS TX 75201 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 16, 2012 09:22 | Transportation Charge | | 28.30 |
| Svc Area | A2 | Discount | | -16.13 |
| Signed by | S.COLON | Fuel Surcharge | | 1.40 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$13.57** |

**Picked up:** Feb 15, 2012    **Cust. Ref.:** BUS DEV    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Mike F Pipkin | JAMIE DOODY | |
| Tracking ID | 798065354162 | SEDGWICK LLP | PEARLMAN ASSOCIATION | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 7901 SKANSIE AVE | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | GIG HARBOR WA 98335 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 16, 2012 11:27 | Transportation Charge | | 28.00 |
| Svc Area | A5 | Discount | | -15.96 |
| Signed by | M.HENDERSON | Fuel Surcharge | | 1.38 |
| FedEx Use | 000000000/0000255/_ | **Total Charge** | **USD** | **$13.42** |

**Dropped off:** Feb 16, 2012    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5
- Package sent from: 33634 zip code

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | USAB | DAVID KENT | DAVID KENT | |
| Tracking ID | 870877307861 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK DETERT | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | 1717 MAIN ST STE 5400 | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | DALLAS TX 75201 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 29.0 lbs, 13.2 kgs | | | |
| Delivered | Feb 17, 2012 10:08 | Transportation Charge | | 146.60 |
| Svc Area | A1 | Fuel Surcharge | | 7.25 |
| Signed by | C.KIRCHENBAUER | Discount | | -83.56 |
| FedEx Use | 004704355/0001349/_ | **Total Charge** | **USD** | **$70.29** |

**Dropped off:** Feb 16, 2012    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5
- Package sent from: 33634 zip code

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | USAB | MICHAEL CLERKLEY | D KENT | |
| Tracking ID | 875589083851 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | 1717 MAIN ST STE 5400 | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | DALLAS TX 75201 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 30.0 lbs, 13.6 kgs | | | |
| Delivered | Feb 17, 2012 10:08 | Transportation Charge | | 149.90 |
| Svc Area | A1 | Fuel Surcharge | | 7.41 |
| Signed by | C.KIRCHENBAUER | Discount | | -85.44 |
| FedEx Use | 004704355/0001349/_ | **Total Charge** | **USD** | **$71.87** |

**Picked up:** Feb 17, 2012    **Cust. Ref.:** 0999-000028    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 7
- Original address - One Market Plaza, Steuert Towe/SAN FRANCISCO, CA 94105

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Office Services | OFFICE SERVICES | |
| Tracking ID | 793244822843 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 333 BUSH ST | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 44.90 |
| Delivered | Feb 21, 2012 09:04 | Fuel Surcharge | | 2.21 |
| Svc Area | A1 | Address Correction | | 11.00 |
| Signed by | T.RUIZ | Discount | | -25.54 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$32.47** |

1053-02-00-0001757-0005-0014807

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Jan 31, 2012    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Gail Fountain | Kurt Meaders | |
| Tracking ID | 793176808143 | SEDGWICK,DETERT,MORAN & ARNOLD | Forizs-Dogali | |
| Service Type | FedEx Standard Overnight | 1717 Main Street #5400 | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 26.15 |
| Delivered | Feb 01, 2012 11:12 | Discount | | -14.91 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | F.WATFORD | Fuel Surcharge | | 1.46 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$12.70** |

**Picked up:** Jan 31, 2012    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 7
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 793178005392 | Sedgwick,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 333 BUSH ST FL 30 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 01, 2012 13:22 | Transportation Charge | | 44.80 |
| Svc Area | A1 | Discount | | -25.54 |
| Signed by | J.VISAN | Fuel Surcharge | | 2.50 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$21.76** |

**Picked up:** Jan 31, 2012    **Cust. Ref.:** 11495.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Nancy Bassi | J. Kenneth Thien | |
| Tracking ID | 798005214208 | SEDGWICK,DETERT,MORAN & ARNOLD | Porter Wright | |
| Service Type | FedEx Priority Overnight | 1717 Main Street #5400 | 41 S HIGH ST | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | COLUMBUS OH 43215 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 01, 2012 09:09 | Transportation Charge | | 28.10 |
| Svc Area | A1 | Discount | | -16.02 |
| Signed by | D.COFFEY | Fuel Surcharge | | 1.57 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$13.65** |

**Picked up:** Jan 31, 2012    **Cust. Ref.:** 11022.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 4

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Cynthia Alm | Daniel Stephens / Debbie Salva |
| Tracking ID | 798005985699 | SEDGWICK,DETERT,MORAN | Daniel B. Stephens & Assoc. |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 5840 OSUNA RD NE |
| Package Type | Customer Packaging | DALLAS TX 75201 US | ALBUQUERQUE NM 87109 US |
| Zone | 04 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |

Continued on next page

**Picked up:** Feb 08, 2012    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 7
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.



| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 790035789310 | Sedgwick,LLP. | Sedgwick,LLP. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 333 BUSH ST FL 30 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Feb 09, 2012 09:12 | Transportation Charge | | 49.35 |
| Svc Area | A1 | Fuel Surcharge | | 2.44 |
| Signed by | G.PEGA | Discount | | -28.13 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$23.66** |

**Picked up:** Feb 08, 2012    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 16.0 lbs, 17" x 14" x 11", using a dimensional factor of 166.

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Gail Fountain | Katie Duty | |
| Tracking ID | 798036838060 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR, Inc. | |
| Service Type | FedEx First Overnight | 1717 Main Street #5400 | 5426 BAY CENTER DR STE 400 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | TAMPA FL 33609 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | |
| Rated Weight | 16.0 lbs, 7.3 kgs | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Feb 09, 2012 07:40 | Transportation Charge | | 139.20 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | T.SAMPSON | Fuel Surcharge | | 16.01 |
| FedEx Use | 000000000/0000012/_ | **Total Charge** | **USD** | **$155.21** |

**Picked up:** Feb 08, 2012    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 16.0 lbs, 17" x 14" x 11", using a dimensional factor of 166.

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Gail Fountain | Katie Duty | |
| Tracking ID | 798036838152 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR, Inc. | |
| Service Type | FedEx First Overnight | 1717 Main Street #5400 | 5426 BAY CENTER DR STE 400 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | TAMPA FL 33609 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | |
| Rated Weight | 16.0 lbs, 7.3 kgs | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Feb 09, 2012 07:40 | Transportation Charge | | 139.20 |
| Svc Area | A1 | Fuel Surcharge | | 16.01 |
| Signed by | T.SAMPSON | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/0000012/_ | **Total Charge** | **USD** | **$155.21** |

**Picked up:** Feb 09, 2012    **Cust. Ref.:** 2060.060034    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Suzette Henke | Garry Bahling | |
| Tracking ID | 798042248967 | SDMA | Vehicle Assessment Consultants | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 2975 Bullock Dr. | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | METAMORA MI 48455 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 26.15 |
| Delivered | Feb 10, 2012 11:21 | Discount | | -14.91 |
| Svc Area | A2 | DAS Resi | | 3.00 |
| Signed by | see above | Fuel Surcharge | | 1.98 |
| FedEx Use | 000000000/0000233/02 | Residential Delivery | | 3.00 |
| | | **Total Charge** | **USD** | **$19.22** |

**Picked up:** Feb 09, 2012    **Cust. Ref.:** 00196-006012    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Alan Vickery | Tobias L. Millrood | |
| Tracking ID | 798043090433 | SEDGWICK,DETERT,MORAN & ARNOLD | Pogust Braslow & Millrood, LLC | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 161 WASHINGTON ST | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | CONSHOHOCKEN PA 19428 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 10, 2012 09:21 | Transportation Charge | | 28.30 |
| Svc Area | A1 | Fuel Surcharge | | 1.40 |
| Signed by | M.FELICIANO | Discount | | -16.13 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$13.57** |

**Picked up:** Feb 10, 2012    **Cust. Ref.:** 10711-C00001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Gail Fountain | Richard Harrison | |
| Tracking ID | 793218179000 | SEDGWICK,DETERT,MORAN & ARNOLD | Allen Dell, P.A. | |
| Service Type | FedEx Standard Overnight | 1717 Main Street #5400 | 202 S ROME AVE STE 100 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | TAMPA FL 33606 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 26.15 |
| Delivered | Feb 10, 2012 12:33 | Fuel Surcharge | | 1.29 |
| Svc Area | A1 | Discount | | -14.91 |
| Signed by | J.BARTON | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$12.53** |

**Picked up:** Feb 10, 2012    **Cust. Ref.:** 02263-032542    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 4
- 1st attempt Feb 13, 2012 at 07:32 AM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Angela Lansford | Mr. Mario Martinez | |
| Tracking ID | 798048079500 | SEDGWICK,DETERT,MORAN | Texas Arbitration Mediation Se | |
| Service Type | FedEx First Overnight | 1717 Main Street | 221 N KANSAS ST STE 609 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | EL PASO TX 79901 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 13, 2012 09:19 | | | |
| Svc Area | A1 | Transportation Charge | | 52.10 |

Continued on next page

## Expense Report - Transmittal Report



ER00000034262120066

**Spender** Cori Steinmann          **From** Mar 5, 2012    **To** Mar 5, 2012          **Reimbursement Amt** 43.29 USD

**Report name** HDR - Snacks for war room during trial

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/5/12 | Group Meal | United St... | 43.29  USD | Jennifer M. Arevalo |



**EXPECT MORE. PAY LESS.**

CITYPLACE MARKET - 214-826-0331
03/05/2012 09:58 AM EXPIRES 06/03/12

**GROCERY**

| | | | |
|---|---|---|---|
| 055082273 | MIX MINI SM | FT | $2.89 ↓ |
| 055082308 | CLUB BAG | FT | $7.49 |
| 071100156 | PEPPERIDGE | FN | $4.99 |
| 071200249 | KASHI | FN | $2.99 |
| 071200581 | KELOG NUTRIG | FN | $2.50 ↓ |
| 071200582 | NATUREVALLEY | FN | $2.69 ↓ |
| 071200583 | NATUREVALLEY | FN | $2.69 ↓ |
| 071201286 | KASHI | FN | $2.99 |
| 231100490 | NESCAFE | FN | $1.29 |
| ~~094080694~~ | LUNA LEMON | FN | $5.59 |
| 094081470 | LUNA 6PK | N | $5.99 |

| | |
|---|---|
| SUBTOTAL | $55.83 |
| T = TX TAX 8.2500% on $24.11 | $1.99 |
| MERCHANDISE TOTAL | $57.82 |

| | |
|---|---|
| *7851 DEBIT TOTAL PAYMENT | $67.82 |
| CASH BACK AMOUNT | $10.00 |

↓ INDICATES SAVINGS

42.10
+ 1.19
43.29

Target Pharmacy   We're here to help!
9am - 9pm M-F
9am - 6pm Sat
9am - 6pm Sun

REC#2-2065-0875-0077-5280-7 VCD#758-284-448

**Expense Report - Transmittal Report**



ER00000035062120153

**Spender** David C. Kent          **From** Mar 7, 2012    **To** Mar 7, 2012          **Reimbursement Amt** 511.80 USD

**Report name** To Tampa for Trial

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 3/7/12 | Airfare | United St... | 510.80 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Kent, David |
| **Sent:** | Wednesday, March 07, 2012 8:30 PM |
| **To:** | Dwyer, Claudia |
| **Subject:** | FW: Flight Ticket Confirmation - KENT - Tampa 3/7/12 |

Claudia,

Can you go ahead and submit a travel expense for my air fare for today's trip to Tampa? I would prefer not to wait until the end of the case. Thanks. -- DCK

David C. Kent
SEDGWICK Dallas
469-227-4658 (phone)
david.kent@sedgwicklaw.com

---

**From:** Orbitz For Business Traveler Care [mailto:customerservice@orbitzforbusiness.net]
**Sent:** Thursday, February 23, 2012 3:45 PM
**To:** Kent, David
**Subject:** Flight Ticket Confirmation - KENT - Tampa 3/7/12

ORBITZ FOR BUSINESS

# Sedgwick L.L.P.

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 3/7/12.**

**An air reservation has been added.**

**This air reservation has now been ticketed.**

---

## Your current trip information -Tampa 3/7/12
This trip includes **flights.**

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601QSPXSK34 |
| **Airline record locator:** | American Airlines - PRZFKN |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Ticket numbers:** | 0017024440697 |
| **Total flight cost:** | $510.80 USD |
| **Traveler(s)** | **Frequent flier details** |
| DAVID KENT | American Airlines AAdvantage |

**Wednesday, March 7, 2012**
**American Airlines 304** Economy | McDonnell Douglas MD-80 (M80) | Food for purchase | 2hr 10min | 920 miles

Depart:   **10:45am Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:   **1:55pm Tampa, FL** Tampa International (TPA)

**Seat: 12B** | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. **See details**

**Important fare notes**
This ticket has advance-purchase restrictions.*
Please read the **fare rules** and the ticket for more information.

## Cost summary and billing information

| Flight cost summary | | Billing information | |
|---|---|---|---|
| Airfare, DAVID KENT (Adult) | $503.80 | Card holder's Name: | David C Kent |
| **Orbitz for Business fees** | | | |
| Online transaction fee (Date :02/23/2012; ID:185591903 ) | $7.00 | Card type: | American Express |
| Total | $510.80 USD | Card number: | xxxxxxxxxxx157 |

## Trip reference field information

# Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Lastly, you can always look up your itinerary online under **My Trips** or on your mobile phone at **m.orbitzforbusiness.net**. Additionally, you can visit **Traveler Update** for real-time travel information.

Thank you for choosing Orbitz for Business.

**Great rates**

**Add flight**
**Add hotel**
**Add car**

**To contact Orbitz for Business, please call 1-877-672-4891 or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

| | |
|---|---|
| **From:** | Kent, David |
| **Sent:** | Thursday, March 08, 2012 6:09 AM |
| **To:** | Dwyer, Claudia |
| **Subject:** | FW: Parking Receipt |

Claudia,

Here is a parking toll receipt for my partial expense report on the trip from DFW to Tampa.

**David C. Kent**
SEDGWICK Dallas
469-227-4658 (phone)
david.kent@sedgwicklaw.com

---

**From:** TollTag Store [mailto:customernotifications@ntta.org]
**Sent:** Thursday, March 08, 2012 3:13 AM
**To:** Kent, David
**Subject:** Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | March 07, 2012 09:36 | **Lane:** | DFW-NORTH-12 |
| **Exit :** | March 07, 2012 09:46 | **Lane:** | DFW-NORTH-57 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.07417135 | **License Plate:** 17F0774 | **License State:** | TX |
| **Parking Fee:** | $1.00 | | | |
| **NTTA Tag Charged:** | $1.00 | | | |

Taxes included.

Thank you for parking at DFW Airport.

**Expense Report - Transmittal Report**



ER00000030212120209

**Spender** Kurt W. Meaders      **From** Feb 27, 2012 **To** Feb 28, 2012      **Reimbursement Amt** 1,410.16 USD

**Report name** Meeting with Barry Meyer

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 6 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/20/12 | Airfare | United St... | 1,001.60 USD | Jennifer M. Arevalo |
| 2/27/12 | Individual Meal | United St... | 7.30 USD | Jennifer M. Arevalo |
| 2/28/12 | Parking or Tolls | United St... | 49.80 USD | Jennifer M. Arevalo |
| 2/28/12 | Individual Meal | United St... | 8.12 USD | Jennifer M. Arevalo |
| 2/29/12 | Car Rental | United St... | 53.39 USD | Jennifer M. Arevalo |
| 2/29/12 | Lodging | United St... | 289.95 USD | Jennifer M. Arevalo |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| Payee | Mr Kurt Meaders |
| | 3925 Hanover St |
| | Dallas TX 752257119 |
| | United States |

| | | |
|---|---|---|
| Room No. | 0644 |
| Arrival | 02-27-12 |
| Departure | 02-28-12 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 213004 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | 511519090E |
| Bonus Code | | |
| Confirmation No. | 94408701 | |
| Group Name | | |

| Date | Description | | | Charges | Credits |
|------|-------------|--|--|---------|---------|
| 02-27-12 | Valet Parking | | | 12.00 | |
| 02-27-12 | Package Room | | | 250.00 | |
| 02-27-12 | State Sales Tax | | | 16.30 | |
| 02-27-12 | Occupancy Tax | | | 11.65 | |
| 02-28-12 | Master Card | XXXXXXXXXXXX5374 | XX/XX | | 289.95 |

Your Gold Passport account will be credited for this stay.

| **Total** | **289.95** | **289.95** |
|-----------|------------|------------|

| **Balance** | | **0.00** |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of The Wall Street Journal. If refused, a refund of $1.00 will be provided.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Wells Fargo**
**P.O. Box 203090**
**Dallas, TX 75320**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

## RECEIPT

**Rental Agreement Number:** 306894733
**Vehicle Number:** 57645976

## YOUR INFORMATION

MEADERS,KURT
WIZARD NUMBER:     T8N93R
AVIS DISC:         SEDGWICK
PAYMENT METHOD:    CASH XX5374

## YOUR RENTAL

Picked up:     TPA
Date/Time:     FEB 27, 2012@10:18PM
Returned:      TPA
Date/Time:     FEB 28, 2012@05:20PM
Veh Group:     Full-Size
Veh Charged:   Full-Size
Vehicle:       NISSAN ALTIMA SEDAN
Odometer Out:  3435
Odometer In:   3446
Fuel Reading:  Empty

## YOUR VEHICLE CHARGES

| | |
|---|---|
| MINIMUM CHARGE | 26.99 |
| **YOUR TIME AND MILEAGE:** | **26.99** |

### YOUR TAXABLE FEES

| | |
|---|---|
| **10.40% FEE | 2.96 |
| FUEL SERVICE | 13.99 |
| 7.5% TX FF MIDY | .06 |
| CUST FAC CHARGE $  2.50/D | 2.50 |
| ENERGY RECOVERY $  0.60/D | .60 |
| STATE SURCH $  2.00/DY | 2.00 |
| TIRE BATTERY  $  0.02/DY | .02 |
| VEH LIC RECOUP $  0.78/DY | .78 |

| | |
|---|---|
| **YOUR SUBTOTAL** | |
| TAXABLE SUBTOT | 49.90 |
| TAX  7.000% | 3.49 |

### YOUR NON TAXABLE ITEMS

| | |
|---|---|
| **TOTAL CHARGES** | **53.39** |
| **PREPAYMENTS** | **- 53.39** |
| **NET CHARGES** | **.00** |
| **YOUR TOTAL DUE:** | **0.00** |

PAID ON   CASH XX5374
**CONCESSION RECOVERY FEE
FF MLS/PNTS EARNED    50

## THANK YOU FOR RENTING WITH AVIS

Toll Pass inquiries,
visit www.htallc.com
or call HTA at 1-866-285-6050
Other enquiries or e-receipt visit
www.avis.com

## or call 1-800-352-7900



We are proud to feature a 100% smoke-free fleet!

**RENTAL AGREEMENT NUMBER:** 306894733

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | KURT MEADERS |
| Wizard Number: | ***93R |
| Avis Worldwide Discount: | SEDGWICK DETERT MORAN ETAL |
| Customer Status: | PREFERRED |
| Method of Payment: | CASH |
| Expiration Date | XX/XX |
| Frequent Traveler Number: | AD/XRH0486 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 57645976 |
| Vehicle Group Rented: | Full-Size |
| Vehicle Group Charged: | Full-Size |
| Vehicle Description: | WHI NISSAN ALTIMA SEDAN |
| License Plate Number: | FL959JPJ |
| Mileage Out: | 3435 |
| Mileage In: | 3446 |
| Mileage Driven: | 11 |
| Fuel Gauge Reading: | |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | FEB 27,2012@10:18PM |
| Pickup Location: | 4030 GEORGE J BEAN PARKWAY |
| | TAMPA INTERNATIONAL AIRPORT |
| | TAMPA,FL,33607,US |
| | 813-396-3500 |

| | |
|---|---|
| Return Date/Time: | FEB 28,2012@5:20PM |
| Return Location: | 4030 GEORGE J BEAN PARKWAY |
| | TAMPA INTERNATIONAL AIRPORT |
| | TAMPA,FL,33607,US |
| | 813-396-3500 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Vehicle Charges (MIN 1 DAY / MAX 8 DAY)

| Rate Chart: | Free Miles: | Time and Mileage: |
|---|---|---|
| Miles: UNLIMITED | | |
| Hourly: $ 20.25 | Your Discount: | |
| Daily: $ 26.99 | | |
| Add day: $ 0.00 | Your Estimated Time and Mileage | $ 26.99 |
| Weekly: $ 188.93 | | |
| Monthly: $ .00 | | |

## Your Optional Products/Services

| | |
|---|---|
| Optional Services Total: | $ 0.00 |

## Your Taxable Fees

| | |
|---|---|
| 10.40% Concession Recovery Fee | $ 2.96 |
| Fuel Service | $ 13.99 |
| 7.5% TX FF MIDY | $ .06 |
| CUSTOMER FACILITY CHG $ 2.50/ | $ 2.50 |
| ENERGY RECOVERY FEE $ 0.60/DY | $ .60 |
| STATE SURCHARGE $ 2.00/DY | $ 2.00 |
| TIRE BATTERY FEE $ 0.02/DY | $ .02 |
| VEH LICENSE RECOUP $ 0.78/DY | $ .78 |
| Sub-total-Charges: | $ 49.90 |
| TAX 7.000% | $ 3.49 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| Refund From T/A | $ 23.32 |

| | |
|---|---|
| Your Total Charges: | $ 53.39 |
| Prepay:Voucher | (-) $ 76.71 |
| Travel Partner Points Earned: | 50 |
| Net Charges: | $ .00 |
| Your Total Due: | $ 0.00 |

Thank you for renting with Avis.
If you have any questions regarding Toll Pass, please contact our Toll Pass provider, HTA at 1-866-285-6050 or visit their web site at www.htallc.com.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.

Your vehicle was checked in by NYDIA.

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Monday, February 27, 2012 1:13 PM |
| **To:** | Slaten, Rita |
| **Subject:** | FW: E-Ticket Confirmation-DNWNCK 28FEB |

*KWM*
*2/3-28*

*Feb 28*

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Monday, February 27, 2012 1:11 PM
**To:** Meaders, Kurt
**Subject:** E-Ticket Confirmation-DNWNCK 28FEB



# AmericanAirlines®
## AA.com
### eTicket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers




**Date of Issue: 27FEB12**

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: DNWNCK**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance

1



## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 679 | TAMPA | TUE 28FEB 6:35 PM | DALLAS FT WORTH | 8:30 PM | M |
| | | Kurt Meaders | FF#: XRH0486 GLD | Economy | Seat 13A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012366820612 | 911.62 | 89.98 | 1001.60 |
| **Payment Type: Exchange** | | | | |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage. Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also

be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**               **Flight Status Notification**

     member of **one world**     

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 4454335413212712583696100

```
        PIZZA HUT
   TERMINAL C GATE 19
   DFW AIRPORT, TEXAS

15471 CHINENYE
------------------------------
CHK 1704 FEB27'12  6:01PM  GST 1
------------------------------

  1 SUPREME PIZZA        4.49
  1 BOTTLED SODA         2.25

    SUBTOTAL             6.74
    TAX                  0.56
    PAYMENT              7.30
    XXXXXXXXXXXXX5374    XX/XX
    MASTERCARD           7.30


Thank You for Joining Us at DFW!
```

BAY BREEZE CAFE
5426 BAY CENTER DR 125
TAMPA, FL 33609

02/28/2012                    13:42:09
Merchant ID:          000000001912957
Terminal ID:                 03004428
276206996882

CREDIT CARD

MC SALE

CARD #              XXXXXXXXXXXX5374
INVOICE                         0058
Batch #:                      000237
Approval Code:                062785
Entry Method:                 Swiped
Mode:                         Online

MDSE/SERVICES                  $8.12

TIP                    _____

TOTAL AMOUNT           _____


CUSTOMER COPY

**Slaten, Rita**

---------------------------
Sent from KWM BlackBerry Wireless Handheld

---

**From:** DFW Valet <dfwvalet2@pcidfw.com>
**To:** Meaders, Kurt
**Sent:** Tue Feb 28 20:45:53 2012
**Subject:** DFW Valet Parking Receipt

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 455249
**CheckIn D/T:** 02/27/12 17:40
**CheckOut D/T:** 02/28/12 20:45
**Duration Time:** 1d 03h 05m
**Plate#** FTK35W TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $46.00
**Tax:** $3.80
**Total:** $49.80

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 064197
**Order#** 4208556896
**Total:** $49.80

**T-Acct#** RG01003792
**Reward Class:** DEFAULT
**Total Points:** 151,768-$15.17

© AVPM®



DFW AIRPORT VALET

Amount $ _49-80_

Date _2-28-12_

Cash _____ Credit ✓

By _____

1

CI02


Freight

# STATEMENT

*Inv. 2019062662*

| Statement Number |
| --- |
| AA33902191 |

| Customer Number |
| --- |
| 841242858 |

| Statement Date |
| --- |
| 03/10/2012 |

Send payment to:    DEPT LA PO BOX 21415 PASADENA CA 91185-1415
Direct Billing Inquiries to    2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

Bill To / Payment Due From
SEDGWICK LAW
333 BUSH ST
SAN FRANCISCO CA 94104-2806

*TO IMPROVE THE HANDLING OF YOUR PAYMENT,*
*PLEASE USE THE ADDRESS BELOW.*

| FREIGHT BILL DATE | FREIGHT BILL NUMBER | SRVC | AMOUNT DUE | FREIGHT BILL DATE | FREIGHT BILL NUMBER | SRVC | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/02/2012 | 2019062662 | PRTY | 1,198.33 | | | | |

OK TO PAY  2/1/
Date  3/14/2012
G/L Account  *Charge: 10711-00001*
By 2862 Margaret C. Morasca

PAID P CARD

MAR 31 2012

BILL COOPER

|||||||| *A P 1 4 0 1 1 3 9* ||||||||

| | TOTAL STATEMENT CHARGES | 1,198.33 |
| --- | --- | --- |

---


Freight

**Remittance Advice**
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
Payment Due From Account # 841242858

#BWNFZGZ
SEDGWICK LAW
333 BUSH ST
SAN FRANCISCO CA 94104-2806

REC'D SF ACCTG

MAR 15 2012

B. U YEE BAK



| STATEMENT NUMBER |
| --- |
| AA33902191 |

| STATEMENT DATE |
| --- |
| 03/10/2012 |

| CUSTOMER NUMBER |
| --- |
| 841242858 |

| TOTAL STATEMENT CHARGES |
| --- |
| 1,198.33 |

Send to:
DEPT LA PO BOX 21415
PASADENA CA 91185-1415

☐ Paying by credit card?  ☐ Address change?
Please check the appropriate box and fill out the information
on the reverse side of this form.

**Thank You!**

CI02



# ORIGINAL INVOICE

FXFE  PRIORITY

| | |
|---|---|
| Freight Bill Number | 2019062662 |
| Ship Date / Invoice Date | 03/02/2012 / 03/10/2012 |
| Bill of Lading Number | |
| P.O. Number | |
| Shipper Reference Number | |
| I/L PRO Number | |
| Terms | PREPAID |
| Origin / Destination | OAK  /  TPA |
| **Total Amount Due** | **1,198.33** |
| Payment Due Date | 03/25/2012 |

*Send payment to: DEPT LA PO BOX 21415 PASADENA CA 91185-1415*
*Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840*
*EMAIL customersolutions@fedex.com      WEBSITE www.fedex.com*
*PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585*

**Shipper**
SEDGWICK
135 MAIN ST
SAN FRANCISCO CA 94105

**Consignee**
HYATT REGENCY TAMPA
C/P HEATHER BRANT
211 N TAMPA STREET
TAMPA FL 33602

**Bill To / Payment Due From**

SEDGWICK LAW
333 BUSH ST
SAN FRANCISCO CA 94104-2806

**Account#** 841242858

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED COMPUTER EQUIPMENT<br>ED JACKSON<br>030812        DLV ON<br>CUSTOM DELIVERY WINDOW<br>ADDITIONAL CHARGES ADDED<br>DISCOUNT FXF  9000 0006551.0000 | 525 | 116030-01 | D92 | 453.450 | 2,380.61 |
| | | | 022759 FUEL SURCHG LTL SHPT23.90%<br>ODISCOUNT 60% | | | | | 227.59 |
| | | | 600 LESS DISCOUNT<br>000083203   ORIGINAL REVENUE<br>000300      ORIGINAL WEIGHT<br>**SHIPMENT REWEIGHED AS ABOVE**<br>OAK    INSPECTING TERMINAL<br>*FXF  100009/06/11      LD 44255 | | | | .600 | 1,428.37- |
| | | | 0001850 WEIGHT VALIDATION FEE | | | | | 18.50 |
| | | | -------- Invoicing Summary --------<br>Original Invoice Amount<br>Less Amount Paid<br>Less Freight Bill Adjustments | | | | | 1,198.33 |
| 1 | | | Totals / Amount Due by (03/25/2012) | 525 | | | | 1,198.33 |

Rate Tariff : FXF  9000 0006

---



**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**
**Payment Due From Account #** 841242858

#BWNFZGZ
SEDGWICK LAW
333 BUSH ST
SAN FRANCISCO CA  94104-2806



| |
|---|
| FREIGHT BILL NUMBER<br>**2019062662** |
| SHIP DATE/ INVOICE DATE<br>**03/02/2012 / 03/10/2012** |
| TERMS<br>**PREPAID** |
| PAYMENT DUE DATE<br>**03/25/2012** |
| PLEASE PAY THIS AMOUNT<br>**1,198.33** |

*Send to:*
*DEPT LA PO BOX 21415*
*PASADENA CA 91185-1415*

☐ **Paying by credit card?** ☐ **Address change?**
Please check the appropriate box and fill out the information
on the reverse side of this form.

**Thank You!**

# UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE
SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

**201906266-2** FedEx Freight

Driver signature acknowledges receipt of freight only.
Terms & Conditions of the Carriers Tariffs apply

ARRIVE ___ DEPART ___

Date **3/2/12**    Purchase Order #

Shipper #    Shipper #

**REQUIRED: Please select a service type**
☐ FedEx Freight® Priority (FXFE)    ☐ FedEx Freight® Economy (FXNL)

**OPTIONAL:** You may select a money-back guarantee delivery (charges and tariff limitations may apply).
☐ Urgent Delivery ☐ Close of Business Delivery

## SHIPPER (from) — Please provide ZIP codes and phone numbers — CONSIGNEE (to)

| SHIPPER (from) | CONSIGNEE (to) |
|---|---|
| Shipper: Sedgwick Law   FXF Acct. # | Consignee: Hyatt Tampa Bay   FXF Acct. # |
| Attn. to: Ed Jackson   Area Code Phone Number | Attn. to: Ed Jackson Sedgwick 925-639-1913   Area Code Phone Number |
| Address: 135 Main 14TH Floor | Address: 211 North Tampa St |
| Address (Store, Dept., Ste., Flr., Apt., Div.) | Address (Store, Dept., Ste., Flr., Apt., Div.) c/o Heather Brant |
| Address | Address |
| City: San Francisco , CA | City: Tampa Bay |
| State/Province: CA   ZIP/Postal Code 94105   Country | State/Province: Florida   ZIP/Postal Code 33602   Country |
| Accessorial Charges: ☐ Liftgate ☐ Inside Pickup ☐ Limited Access | Accessorial Charges: ☐ Liftgate ☐ Inside Delivery ☐ Limited Access ☐ Custom Delivery Window: |
| Shipper Bill of Lading # 118646530 JM60 | |
| Special Instructions: | |

## BILL FREIGHT CHARGES TO (if different than above):

Name: Sedgwick Law   FXF Acct. #   Mailing Address: 333 Bush St

City: San Francisco   State CA   ZIP/Postal Code 94104   Country   Area Code 415 Phone Number 781-7900

Freight charges are PREPAID unless marked collect.
CHECK BOX IF COLLECT ☐

☐ C.O.D.   $ _____ AMOUNT

1. The letters "C.O.D." must appear in box before consignee's name above.
2. C.O.D. funds to be collected as: ☐ Certified Funds ☐ Company Check ☐ Personal Check
3. C.O.D. fee to be paid by: ☐ Shipper ☐ Consignee

## REMIT C.O.D. TO (if different than shipper above):

Name:   Mailing Address:

City:   State   ZIP/Postal Code   Country   Country Code   Area Code   Phone Number

RECEIVED, subject to individual or group contracts or rates, tariffs that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations, the property is described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown hereon, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| HANDLING UNITS (H/U) | HU PKG. TYPE | PIECES | HM (X) | DESCRIPTION OF ARTICLES, KIND OF PACKAGE, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS. | NMFC ITEM # (subject to correction) | CLASS | CUBE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | Crate (used computer equipment | 300 lbs | | | |
| | | | | ASAP | | | | |
| | | | | 2-8-12 | | | | |

TOTAL H/U: ☆ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.

HM EMERGENCY CONTACT PHONE NUMBER ( ___ )
HM EMERGENCY RESPONSE PROVIDER PERSON or CONTRACT #

**FOR INTERNATIONAL SHIPMENTS PLEASE INDICATE BELOW THE NAME, FAX NUMBER AND PHONE NUMBER OF THE BROKER.**
EEI/SED Number or Exception ___ Phone # ( ___ )
Broker Name ___ Fax # ( ___ )

**FOR FREIGHT COLLECT SHIPMENTS**
Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Consignor Signature ___

**SHIPPER CERTIFICATION**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Shipper Signature ___ Date 3/2/12

NOTE (1) Where the rate and carrier's liability for loss or damage may be dependent on value, shippers must specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___.

Note (2) liability limitation for loss or damage on this shipment shall be applicable as provided by contract or in the current NMFC at this carrier's governing tariffs. See FXF 100 Series Rules Tariff for complete limited liability provisions. Carrier's maximum standard liability is limited to $25 per pound per package for NEW articles and $1.50 per pound per package for USED or RECONDITIONED articles. In no case shall carrier liability exceed $100,000 per occurrence for NEW and below or $10,000 per occurrence for USED or RECONDITIONED articles. For availability and limits of excess liability coverage and applicable rates and charges, please refer to FXF 100 Series Rules Tariff. Not selecting an additional coverage option in box is deemed to be a waiver of same and standard liability coverage will apply.

☐ Articles are NEW, and require Excess Liability Coverage in the amount of $ ___ per pound. Additional charges will apply.
☐ Articles are USED or RECONDITIONED and require Excess Liability Coverage Additional charges will apply.

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.

**CARRIER CERTIFICATION**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DATE | DRIVER/EMPLOYEE NUMBER | PIECE COUNT | TRAILER # |
|---|---|---|---|
| 03/02/12 | 1606232 | 1 CRATE | 6610596 |

FedEx Freight

Create your next Bill of Lading online at fedex.com/us/freight/main/



# WEIGHT VALIDATION CERTIFICATE

Freight
866.393.4585

Freight Bill Number: 2019062662 R0



| Date 03/02/12 | Location OAK | Validated By JXP4579 | Billed Weight 300 lbs | Ship Date 03/02/12 | Origin OAK | Dest. TPA |
|---|---|---|---|---|---|---|

CONSIGNEE
HYATT TAMPA BAY

TAMPA          FL 33602

SHIPPER
SEDGWICK
135 MAIN ST

SAN FRANCISCO      CA 94105

| | DESCRIPTION | WGT.LBS |
|---|---|---|
| 1 | HANDLING UNIT(S) | 525 |

Verification of the actual weight of this shipment was accomplished in accordance with FedEx Freight Rules Tariff.

Total Billed Weight:            **300 lbs**
Total Actual Verified Weight:   **525 lbs**

Weight Difference              **225 lbs**

| TOTAL ACTUAL VERIFIED WEIGHT ---> | 525 |
|---|---|

# FedEx Freight

**DELIVERY RECEIPT**

| Freight Bill 2019062662 R0 |
|---|

2200 FORWARD DRIVE
HARRISON, AR 72601

**fedex.com** 1.866.393.4585

| | |
|---|---|
| Ship Date 03/02/2012 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin OAK | Destination TPA |

**Consignee**
HYATT REGENCY TAMPA
211 N TAMPA STREET
C/P HEATHER BRANT
TAMPA
FL 33602          US

Trailer # 15901

**Shipper**
SEDGWICK
135 MAIN ST
SAN FRANCISCO
CA 94105          US

**FedEx Freight Priority**

DRIVER COPY

| PIECES | HU | HM | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 030812                -DLV ON<br>CUSTOM DELIVERY WINDOW<br>RUSH-RUSH-RUSH-RUSH-<br>925 639 1913   :CONS PHONE #<br>ED JACKSON<br>DISCOUNT 60%<br>USED COMPUTER EQUIPMENT<br>OAK      INSPECTING TERMINAL<br>000300      ORIGINAL WEIGHT<br>**SHIPMENT REWEIGHED AS ABOVE**<br>WEIGHT VALIDATION FEE<br>FUEL SURCHG LTL SHPT23.90% | 525 | 116030-01 | | 092 | | |
| 1 | 1 | | ** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **<br>PREPAID - WILL INVOICE THIRD PARTY | 525 | | | | | |

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ RESIDENTIAL LIMITED / CCESS          ☐ LIFT GATE          ☐ OTHERS

WILL INVOICE RESPONSIBLE PARTY
PAYMENT DUE WITHIN 7 DAYS
DRIVER COL REL AUTH #620626

Delv. Driver & #: _Nate Brown #161127_

Date: _3-8-12_   Arrive: _945_   Depart: _1019_

# of Skids: _0_   # of Pcs:        OS&D #:

Customer Requirements/Appointment Instruction

030812                              DLV ON

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _M. Mitchell_
☐ Over   ☐ Damage   Exceptions:
☐ Short   ☐ Wrap Broken

## Expense Report - Transmittal Report



ER00000048022120001

Spender Max P Herrera     From Feb 29, 2012   To Mar 2, 2012     Reimbursement Amt 160.25 USD

Report name Tampa Bay Water

**/\*1\*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 3 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /\*1\*/ will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/29/12 | IT Items Charge... | United St... | 115.37 USD | - |
| 2/29/12 | Parking or Tolls | United St... | 31.00 USD | - |



# HOME DEPOT®

**More saving.**
**More doing.™**

2 COLMA BLVD COLMA, CA 94014
(650)755-9600

0639 00001 69086   03/02/12  11:22 AM
CASHIER CONSOLACION - CC34HK

657865      3/8 RID SHTG <A>           13.67
   0.344 IN 3/8 CAT SHEATHING FIR
00069921242 SCREWS <A>                  8.91
   WOOD SCREW FH-PH 10X2 1/2
00069921920 SCREWS <A>                  5.58
   WOOD SCREW FH-PH 8X2
00069909927 SCREWS <A>                  4.76
   WOOD SCREW FH-PH 8X1
00069921824 SCREWS <A>                  5.58
   WOOD SCREW FH-PH 6X1 1/2
694037600164 4PK RATCH SE <A>          17.86
   4PK 1.25INX16FT RATCHET TIE DOWN SET
750298153253 2X4-96 STUD <A>            8.72
   2X4-96IN. PREMIUM KD WW STUD
   402.18
044315610707 FRAME ANCHOR <A>           3.64
   1-1/2INX2-3/4IN ANGLE FRAMING ANCHOR
   400.91
044315831003 TIE PLATE <A>              6.96
   11WX5IN TIE PLATE
   1290.58
044315823305 FRAME ANCHOR <A>           7.80
   1-1/2INX1-3/8IN ANGLE FRAMING ANCHOR
   1290.65

SUBTOTAL                               83.48
SALES TAX                               6.89
TOTAL                                 $90.37
VISA                                   90.37
                                          TA

XXXXXXXXXXX7854
AUTH CODE 006355/80130087

---

## Receipt

Portsmouth Square Garage
733 Kearny Street - San Francisco, CA 94108
Phone: 415-982-6055 - Fax: 415-986-7567
Business Lic. No.: 126283

TR 641054 Tkt# 2546506 Op 9
Entrance: 2012-03-01 11:54
Exit    : 2012-03-01 16:50
Length of stay: 0 d 4 h 56 mn

Regular Rate              $        15.00          MN 1
                                                 MN 7

Total                     $        15.00
Credit Card               $        15.00
CC Visa                            xxx7854
Ref#                               514295
Auth#                              025429

Signature: _____

Customer Copy

Thank You. Come again.
Drive safely!

This receipt does not grant exit privileges.
Lost ticket pays maximum rate per day.

---

9204060302134720?2012

SFMTA
Saint Mary's Square
651 California St.
San Francisco, CA 94108
Tel:415-556-8106

FeeComputer Number: 8
Entry Time:
Exit Time:
Ops Cyrus

Non-resetable tr #: 280161

Tran: 9284
Ticket Number: 74347

A Parking Fee          $        8.00

Total:                 $        8.00
Tender:                $        8.00
Change:                $        0.00

Thank You! Drive Safely

## Expense Report - Transmittal Report



ER00000046022120073

**Spender** Steve M Hunt  **From** Apr 8, 2012  **To** Apr 13, 2012  **Reimbursement Amt** 647.70 USD

**Report name** Tampa Bay v HDR Trial Airline Expense

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/16/12 | Airfare | United St... | 647.70 USD | Jennifer M. Arevalo |





**Tampa 4/8/12**

This trip includes flights.

Reservation made: 03/16/12

## Flight reservation

| | | | |
|---|---|---|---|
| **Orbitz record locator:** | AP270601TJ9BR65W | | |
| **Airline record locator:** | Southwest Airlines - IN4DMI | | |
| **Reservation made by:** | steve.hunt@sedgwicklaw.com | | |
| **Ticket numbers:** | Issued by the airline | | |
| **Total flight cost:** | $647.70 USD | | |

**\*Traveler(s)**     **Frequent flier details**

STEPHEN HUNT    Southwest Airlines Rapid Rewards
22469834

---

**Leave Sunday, April 8, 2012**

**Southwest Airlines 671**   Economy - Wanna Get Away  |  Boeing 737-700 Passenger (73G) | 3hr 10min | 1361 miles
Depart:   9:05am   Los Angeles, CA Los Angeles International (LAX)
Arrive:   2:15pm   Kansas City, MO Kansas City International (MCI)
     Your flight is confirmed. The airline will assign seats at check-in.

     **Change planes. Time between flights: 0hr 45min**

**Southwest Airlines 3348**   Economy - Wanna Get Away  |  Boeing 737-700 Passenger (73G) | 2hr 35min | 1048 miles
Depart:   3:00pm   Kansas City, MO Kansas City International (MCI)
Arrive:   6:35pm   Tampa, FL Tampa International (TPA)
     Your flight is confirmed. The airline will assign seats at check-in.

Total duration: 6hr 30min | Total miles: 2409 miles

---

**Return Friday, April 13, 2012**

**Southwest Airlines 263**   Economy - Wanna Get Away  |  Boeing 737-700 Passenger (73G) | 2hr 20min | 779 miles
Depart:   12:20pm   Tampa, FL Tampa International (TPA)
Arrive:   1:40pm   Houston, TX Houston Hobby (HOU)
     Your flight is confirmed. The airline will assign seats at check-in.

     **Change planes. Time between flights: 1hr 50min**

**Southwest Airlines 31**   Economy - Wanna Get Away  |  Boeing 737-700 Passenger (73G) | 3hr 40min | 1383 miles
Depart:   3:30pm   Houston, TX Houston Hobby (HOU)
Arrive:   5:10pm   Los Angeles, CA Los Angeles International (LAX)
     Your flight is confirmed. The airline will assign seats at check-in.

Total duration: 7hr 50min | Total miles: 2162 miles

---

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

**Expense Report - Transmittal Report**



ER0000003021212021 0

**Spender** Kurt W. Meaders      **From** Mar 7, 2012      **To**      **Reimbursement Amt** 538.75 USD

**Report name** Attendance at Trial

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/23/12 | Airfare | United St... | 503.80 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Slaten, Rita on behalf of Meaders, Kurt |
| **Sent:** | Friday, February 24, 2012 9:18 AM |
| **To:** | Slaten, Rita |
| **Subject:** | FW: E-Ticket Confirmation-EUOXKZ 07MAR |

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Thursday, February 23, 2012 4:37 PM
**To:** Meaders, Kurt
**Subject:** E-Ticket Confirmation-EUOXKZ 07MAR



**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



Date of Issue: 23FEB12

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: EUOXKZ**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance

Record Locator: EUOXKZ

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| --- | --- | --- | --- | --- | --- | --- |
| | | City | Date & Time | City | Time | |
|  American Airlines | 304 | DALLAS FT WORTH | WED 07MAR 10:45 AM | TAMPA | 1:55 PM | M |
| | Kurt Meaders | | FF#: XRH0486 GLD | Economy | Seat 12D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/CHARGE | TICKET TOTAL |
| --- | --- | --- | --- | --- |
| KURT MEADERS | 0012304725814 | 458.60 | 45.20 | 503.80 |
| Payment Type: Master Card XXXXXXXXXXXX5374 | | | | Total: $503.80 |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on

which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

**Flight Status Notification**

 

member of **one**world

We know why you fly*
**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 15312564216623162802002500

## Expense Report - Transmittal Report



ER0000003021212021l

**Spender** Kurt W. Meaders          **From** Mar 11, 2012  **To** Mar 11, 2012          **Reimbursement Amt** 208.42 USD

**Report name** Trial

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/11/12 | Group Meal | United St... | 208.42  USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Tuesday, March 20, 2012 3:24 PM |
| **To:** | Slaten, Rita |
| **Subject:** | FW: Copy of Order Number 27238 |

I lied! I do have a receipt.

**From:** marka@tampabaydelivered.com [mailto:no-reply@DeliveryCheckout.com]
**Sent:** Sunday, March 11, 2012 7:10 PM
**To:** Fountain, Gail
**Subject:** Copy of Order Number 27238

# Tampa Bay Delivered

*4614 S. Matanzas Ave.*
*Tampa, FL 33611*
Ph: 813-774-3880 * Fax: 813-354-4477
www.tampabaydelivered.com

## Customer Invoice

**ORDER**

**27238**

**Version - 3**

Deliver to:
Grand Hyatt
211 N. Tampa Street
Tampa FL 33602
(214) 676-4493

**Order Information**

Deliver To: Gail Fountain
In Room/Ext:: 1612
1

| Quantity | Description | Price |
|---|---|---|
| | **FROM Pick Any Restaurant You Want (813) 774-3880** | |
| 1 | Item | 0.00 |
| | Refred Beans for 15ppl | |
| 1 | Your Restaurant Choice | 0.00 |
| | La Terisita--3248 West Columbus Drive Tampa, FL 33607 (813) 879-9704 | |
| 1 | Item | 78.91 |
| | Roast Pork for 15ppl | |

| | |
|---|---|
| Date | 3/11/2012 |
| Operator | Admin |
| Driver | Kevin |
| Time Start | 03:50 PM |
| | |
| Delivery Fee | 5.45 |
| Gas Surcharge | 1.90 |
| Sales Tax | 0.00 |
| Order Total | 174.91 |
| Gratuity | 33.51 |
| Grand Total | 208.42 |
| | |
| Cash Amount | 0.00 |

1

| | | | | | |
|---|---|---|---|---|---|
| 1 | Item | | 74.53 | Check Amount | 0.00 |
| | Chicken and Yellow for 15ppl | | | Card Amount | 208.42 |
| | | | | Gift Certificates | 0.00 |
| 1 | Item | | 14.12 | Amount Charged | 0.00 |
| | Platanos for 15ppl | | | Driver Collect | 208.42 |

DRIVER INSTRUCTIONS
(PERM: Harbourview Conference Room--16th Floor)

We at Tampa Bay Delivered would like to thank you for your
business and look forward to serving you in the future!

Payment by
Credit Card
208.42
Kurt Wood
Meaders
M/C xxxx-xxxx-
xxxx-5374

_____
Driver Signature

*** END OF ORDER ***

## Expense Report - Transmittal Report



ER00000029852120208

**Spender** Wayne B. Mason          **From** Mar 7, 2012   **To** Mar 11, 2012          **Reimbursement Amt** 3,867.61 USD

**Report name** HDR - Tampa Trial Week #1

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 5 | Audit required | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Taxi, Trains, o... | United St... | 30.00 USD | Jennifer M. Arevalo |
| 3/9/12 | Group Meal | United St... | 49.67 USD | Jennifer M. Arevalo |
| 3/9/12 | Group Meal | United St... | 523.61 USD | Jennifer M. Arevalo |
| 3/15/12 | Airfare | United St... | 140.00 USD | Jennifer M. Arevalo |
| 3/15/12 | Group Meal | United St... | 3,124.33 USD | Jennifer M. Arevalo |

Tim Woodrum
Kevin Dutra
Kathy Roth
Joe Coulter
Kurt Kennon
Allen Campo
Lee Wise
W B
Con Steward
Casey Grosen

David Kent
Barry Myers
Tom Connolly

**232 N. Dale Mabry, Tampa, Florida 33609    (813) 875-6660**

| Date | | Table | Waiter's Name | | Guests | Meal |
|---|---|---|---|---|---|---|
| 3/15/12 | 70 | | Albert | 13 | Dinner | |

| | | | |
|---|---|---:|---:|
| 3 | Calamari Fritti | $15.95 | $47.85 |
| 3 | Zucchine Fritte | $9.95 | $29.85 |
| 3 | Shrimp Fritti | $32.95 | $98.85 |
| 2 | Ostriche Fiorentina | $17.95 | $35.90 |
| 3 | Pasta Appetizer | $14.95 | $194.35 |
| 3 | Capriccio Salad | $10.95 | $142.35 |
| 2 | Sea Bass | $35.95 | $71.90 |
| 2 | Vitello Dolce Vita | $27.95 | $55.90 |
| 2 | Abbacchio Al Forno Alla Ciociara (f | $69.95 | $139.90 |
| 2 | Seafood Grill Alla Villa | $37.95 | $75.90 |
| 2 | Pollo Alla Milanese | $25.95 | $51.90 |
| 2 | Spinach Sautee | $9.95 | $19.90 |
| 2 | Asparagi Parmigiana | $12.95 | $25.90 |
| 2 | Funghi Al Salto | $12.95 | $25.90 |
| | | $10.50 | $21.00 |
| | | $9.50 | $19.00 |
| | | $9.75 | $9.75 |
| | | $9.95 | $9.95 |
| | | $9.50 | $19.00 |
| | | $9.75 | $9.75 |
| | | $118.00 | $118.00 |
| | | $98.00 | $196.00 |
| | | $310.00 | $620.00 |
| | | $98.00 | $196.00 |
| | | $112.00 | $112.00 |
| 2 | Coffee | $3.00 | $6.00 |
| 4 | Cappuccino | $5.00 | $20.00 |
| 2 | Dolce   (Dessert) | $11.95 | $143.40 |
| 2 | Zabaglione | $14.95 | $29.90 |
| | SubTotal | | $2,546.10 |
| | Tax | | $178.23 |
| | Total | | $2,724.33 |

Misc Personal Charge

Deducted $1,623.58

JIMBO'S BBQ
4103 W. KENNEDY BLVD
TAMPA, FL 33609
PHN 813-289-100.

Item ID: 001                     Ref #: 050

## Sale

XXXXXXXXXXX5580
MASTERCARD            Entry Method: Swiped

03/09/12                          12:24:20
Inv #: 000030           Appr Code: 080266
Apprvd: Online          Batch#: 000774

Amount:              $        41.67

Tip:                          8—

Total:                        49.67

Customer Copy
TH "K YOU!!

---

DONATELLO, INC
232 N DALE MABRY HWY
TAMPA, FL 33609
813-875-6660

BATCH: 142
S-A-L-E-S  D-R-A-F-T
73522720
987850000001

REF:     0004
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:    MAR 15, 12  20:01:38

**AMOUNT**        $2724.33

**TIP**            400 —

**TOTAL**          3124.33

ACCT: ************5580      EXP: **/**
AP: 041982
NAME: WAYNE B MASON
CUST. 0
TAX                        $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

---

**JIMBO'S BBQ**
4103 W. KENNEDY AVE.
Tampa, Fl. 33609

SO SAMANTHA

Tbl 21/1       Chk 9099          Gst 3
               Mar   2 12:07PM

DINE IN
**** Seat 1 ****
1 ICE TEA UNSWEET              1.99
1 2 MEAT COMBO                10.99
  PORK SLICED
  BEEF
  COLE SLAW
  BBQ BEANS
  Subtotal                   12.98
  Tax                         0.91
12:07PM Total               13.89
      **** Seat 2 ****
1 ICE TEA UNSWEET              1.99
1 2 MEAT COMBO                10.99
  PORK CHOPPED
  BEEF
  BBQ BEANS
  COLE SLAW
  Subtotal
  Tax
12:07PM Total               13.89
               ****
1 ICE T A                      1.99
1                              1.99

  BEEF
  BBQ BEANS
  COLE SLA
  Total                      12.
                              0.
  07PM Total                13.89
      **** All  ****

  Subtotal                   38.94
  Tax                         2.73
12:07PM Total               41.67

THANK YOU
PLEASE COME AGAIN

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

30 Brian W

Tbl 5/1          7260          Gst 2
         Mar06   07:32PM

Misc Personal Charge          8.50
1 5 CHEESES                  22.25
  HAMACHER
Misc Personal Charge         85.00
                            137.25
3 AMUSE                       0.00
1 RISOTTO                    11.25
1 SHRIMP                     14.25
1 CALAMARI                   12.25
1 KOBE                       36.25
2 VENISON                    70.50
3 COFFEE                      5.25
  MAC NUT
1 ICE CREAM                   8.25
  MAC NUT
1 ICE CREAM                   8.25

  Subtotal                  419.25
  Tax                        29.36
09:20PM Total        448.61

THANK YOU
PLEASE COME AGAIN

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373
Date:        Mar09'12 09:25PM
Card Type:   MASTERCARD
Acct #:      XXXXXXXXXXXX5580
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   EIE005870075487
Auth Code:   060686
Check:       7260
Table:       5/1
Server:      30 Brian W

Subtotal:    448.61

TIP:         75

TOTAL:       523.61

Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

Deducted $283.90

## AmericanAirlines®

PASSENGER TICKET AND BAGGAGE CHECK  AADVANTAGE UPGRADE PURCHASE  6
SUBJECT TO CONDITIONS OF CONTRACT

PASSENGER RECEIPT

ISSUED BY  AmericanAirlines  oneworld  ISSUING OFFICE CODE

PLACE OF ISSUE
PHX JFD  /  PHOENIX

NAME OF PASSENGER (NOT TRANSFERABLE)
MASON/WAYNE

AADV M610686  PLATINUM  CARR.  EXPIRATION DATE 08MAR2013
XIO  TO  REVALIDATION

FLIGHT  CLASS DATE  TIME  STATUS NOT VALID BEFORE —NOT VALID AFTER

ENDORSEMENTS/RESTRICTIONS ** AADV UPGRADE DEPOSITED **  PNR CODE  PNR CODE
04  PURCHASED-TOP TIER  UPGRADES  CONJ. TKT. NO.

ORIGINAL ISSUE  ISSUED IN EXCHANGE FOR

FARE CALCULATION

FARE  EQUIV. FARE PAID  FORM OF PAYMENT
USD  130.24  FP 1XXXXXXXXXXXXX5580 001963

TAX/FEE/CHARGE  PCS  CK WT  UNCK WT.  SEQ. NO.  ALLOW  PCS.  CK. WT.  UNCK. WT.
US  9.76

TAX/FEE/CHARGE  NA  STOCK CONTROL NUMBER TX
NA

TAX/FEE/CHARGE  NA  00116600788853
NA

TOTAL  USD  140.00

COUPON  AIRLINE  FORM SERIAL NO.  CX
0 001 0752852099 3

**Right side (repeated / validation):**

NAME OF PASSENGER  NOT VALID
FOR TRANSPORTATION

NON-REFUNDABLE

NOT VALID
FOR TRANSPORTATION

NOT VALID FOR TRAVEL
0 001 0752852099 3

---

RETAIN THIS COPY FOR YOUR RECORDS

SALES SLIP COPY

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |

EXPIRATION  CHECKED  DATE

DATE 3-1-13  AUTHORIZATION  SUB TOTAL  35.00

REFERENCE NO.  SERVER  TAX

ID-FOLIO / CHECK NO. / LIC. NO. STATE / REG./DEPT CLERK  TIP  MISC.

TOTAL  2940452

SIGN HERE  X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL, upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

WAYNE MASON

5528 3200 3894 5580

**Expense Report - Transmittal Report**



ER00000030072120003

**Spender** Gail A. Fountain        **From** Mar 15, 2012  **To** Mar 18, 2012        **Reimbursement Amt** 755.60 USD

**Report name** Trial

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/15/12 | Airfare | United St... | 755.60  USD | Jennifer M. Arevalo |

GetAssociatedMsrExist failedThe operation timed out



AA.com Home

**AmericanAirlines**

**Request A Refund**

Refund Home
Help
Contact Refunds

Start — Ticket Lookup — Refund Eligibility — Contact Information — Review and Submit Request — Finish

**Ticket Data**

CANCEL   BACK   CONTINUE

**If you would like to request a refund on the displayed ticket, click "CONTINUE".**

Ticket Number 0012306032616

**Refund Status**

No refund requests have been entered for this ticket.

**Ticket Type**

Ticket Type        AUTOMATED TKT/BOARD PASS
Electronic         YES

**Passenger Data**

Passenger Name     FOUNTAIN, GAIL

**Sale Data**

Issue Date         3/14/2012
Sale Date          3/14/2012
Sale Amount        755.60 USD

Form of Payment    Number             Expiration Date

Credit Card        XXXXXXXXXXXX5660   N/A

**Itinerary**

| Coupon | Flight | Departing | Arriving | Refundable? | Code | Fee | Status | Exchanges |
|---|---|---|---|---|---|---|---|---|
| 001 | 0679 | TAMPA 3/15/2012 18:35:00 | DALLAS-FT WORTH | YES | LA00ERD5 | NONE | USED | |
| 002 | 1430 | DALLAS-FT WORTH 3/18/2012 08:00:00 | TAMPA | YES | LA00ERD5 | NONE | USED | |

**Travel Agency Data**

Travel Agency Name    WEB
Travel Agency Number  4510739
Address               DALLAS,

CANCEL   BACK   CONTINUE

Airline Tickets | AA Careers | Copyright | Legal | PRIVACY POLICY | Customer Service Plan | Browser Compatibility | Site Map

      



## Request A Refund

**Refund Home**

**Help**

**Contact Refunds**

Start — Ticket Lookup — Refund Eligibility — Contact Information — Review and Submit Request — Finish

**Your Request**

CANCEL  BACK

Ticket Number  0012306032616

**Refund Eligibility Information**

Your refund request cannot be processed.
* Our records indicate that this ticket has been fully used.

**Your Ticket**

| | |
|---|---|
| Ticket Number | 0012306032616 |
| Ticket Type | AUTOMATED TKT/BOARD PASS |
| Electronic | YES |
| Passenger Name | FOUNTAIN, GAIL |
| Sale Amount | 755.60 USD |

**LEGAL NOTICE**
**ALL REQUESTS SUBJECT TO REVIEW**
American Airlines reserves the right to review all refunds prior to final processing. Offers, policies or procedures are subject to change without notice.

CANCEL  BACK










**American Airlines** 

PNR RECORD LOCATOR
**IMXFKJ**



## BOARDING PASS

PASSENGER NAME             AADVANTAGE NUMBER

**FOUNTAIN/GAIL**

| FROM: | | CARRIER | FLIGHT | CLASS | DATE | DEPARTS |
|-------|--|---------|--------|-------|------|---------|
| **Dallas/ Fort W,DFW** | | **AA** | **1430** | **L** | **18 Mar** | **8:00 AM** |
| TO: | | GATE | BOARDING TIME | | SEAT | |
| **Tampa,TPA** | | **---** | **7:30 AM** | | **20C** | |

**GROUP  2**

Ticket Number 0012306032616

For gate information, check Gates, Times & Status at www.aa.com/gates or call American Airlines at 1-800-433-7300

Look to AA.com For All Your Needs

Make all your travel arrangements in one convenient place - AA.com. Get great deals on all major rental brands and earn 250 miles when you book your hotel on AA.com. Plus, you can rest easy with our hotel price match guarantee. Get details at AA.com/carhotel.

**AA.com**

**Get Up-to-the-Minute Destination Information
Maps - Weather - City -Airport Information
Visit AA.com/travelinfo**



GAIL A FOUNTAIN | Acct. Ending 5660
4506 MARINER DR, ROWLETT, TX 75088-8948
(214) 607-1562

## Transaction Details

| Trans. Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| 03/14/12 | 03/14/12 | AMERICAN AIRLINES DALLAS TX<br>AA AIR TICKET SALE | $ 755.60 | Travel/<br>Entertainment |

### General Transaction Information

| | |
|---|---|
| Original Network Post Date | 03/16/2012 |
| Original Network Trans Date | 03/14/2012 |
| Approval Code | 01431P |
| Merchant Name | AMERICAN AIRLINES |
| Merchant City Name | DALLAS |
| Partial Shipment Indicator | N |
| Merchant Category Description | AMERICAN AIRLINES |
| Board Industry Description | AIRLINES |
| POS Mode Description | MANUALLY KEYED |
| Recurring Billing Indicator | N |
| Authorized Merchant Name | AMERICAN AIRLINEIMXFKJ |
| Authorized Merchant State Code | TX |
| Authorized Merchant Zip Code | 74133 |

### Airline Leg

| | |
|---|---|
| Carrier Code | AA |
| Flight Date | 03/15/2012 |
| Flight Amount | 0.00 |
| Flight Tax Amount | 0.00 |
| Flight Fees Amount | 0.00 |
| Flight Number | 679 |
| Departure Airport Code | TPA |
| Departure Time | 6:35 PM EST |
| Departure Time Code | P |
| Destination Code | DFW |
| Leg Number | 1 |

**Airline Leg**

| | |
|---|---|
| Carrier Code | AA |
| Flight Date | 03/18/2012 |
| Flight Amount | 0.00 |
| Flight Tax Amount | 0.00 |
| Flight Fees Amount | 0.00 |
| Flight Number | 1430 |
| Stop Over Code | O |
| Departure Airport Code | DFW |
| Departure Time | 8:00 AM EST |
| Departure Time Code | A |
| Destination Code | TPA |
| Leg Number | 2 |

**Airline**

| | |
|---|---|
| Carrier Name | AMERICAN AIRLINES |
| Ticket Issuer Address | PO BOX 619612 |
| Ticket Number | 0012306032616 |
| Ticket Issue Date | 03/14/2012 |
| Original Amount | 755.60 |
| Exchange Amount | 0.00 |
| Exchange Fee Amount | 0.00 |
| Total Fare Amount | 0.00 |
| Total Tax Amount | 0.00 |
| Local Tax Amount | 0.00 |
| Total Fee Amount | 0.00 |
| Arrival Date | 11/30/0002 |
| Agency Code | 4510739 |
| Agency Name | AA.COM |
| Passenger Name | FOUNTAIN/GAIL |

©2011 Discover Bank, Member FDIC.

**Expense Report - Transmittal Report**



ER00000030072120004

**Spender** Gail A. Fountain                    **From** Mar 18, 2012  **To** Mar 18, 2012                    **Reimbursement Amt** 358.44 USD

**Report name** Various Expenses - Attendance at Trial

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 13 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Individual Meal | United St... | 8.00 USD | Jennifer M. Arevalo |
| 3/8/12 | Individual Meal | United St... | 7.25 USD | Jennifer M. Arevalo |
| 3/12/12 | Group Meal | United St... | 63.00 USD | Jennifer M. Arevalo |
| 3/13/12 | Individual Meal | United St... | 13.91 USD | Jennifer M. Arevalo |
| 3/13/12 | Individual Meal | United St... | 24.24 USD | Jennifer M. Arevalo |
| 3/13/12 | Group Meal | United St... | 164.00 USD | Jennifer M. Arevalo |
| 3/14/12 | Individual Meal | United St... | 9.90 USD | Jennifer M. Arevalo |
| 3/15/12 | Individual Meal | United St... | 9.90 USD | Jennifer M. Arevalo |
| 3/18/12 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 3/19/12 | Individual Meal | United St... | 9.38 USD | Jennifer M. Arevalo |
| 3/19/12 | Taxi, Trains, o... | United St... | 10.00 USD | Jennifer M. Arevalo |
| 3/19/12 | Taxi, Trains, o... | United St... | 5.00 USD | Jennifer M. Arevalo |
| 3/22/12 | Individual Meal | United St... | 13.86 USD | Jennifer M. Arevalo |

**BRUEGGER'S**
501 E Kennedy Blvd
Tampa, FL 33602
(813) 402-0989

3/8/2012 6:18:45 AM    Eat In
Order Number:    137158
1 Classic Breakfst Wrap        4.59
1 Iced Coffee LG               2.19

Discount Total:                0.00
Sub. Total:                    6.78
State & Local Tax:             0.47
Total:                         7.25

Change                         0.00
Discover:                     -7.25
Register:2      Tran Seq No: 137158
Store No:0764               PETERSON

Kudos, Comments, Questions?
Call 1-888-8BAKERY
www.brueggers.com

Discover
Card Num : XXXXXXXXXXXX5660
Terminal : 000804152585
Approval : 00807P

I agree to pay the above Total Amount
according to Card Issuer Agreement.

Signature: _____
Merchant Copy

---

HYATT REGENCY TAMPA
AVANZARE RESTAURANT
CHECK:      2301
TABLE:      99/1
SERVER:     138 Jessica
DATE:       MAR07'12  4:57PM
CARD TYPE:  VISA
ACCT #:     XXXXXXXXXXXX8769
EXP DATE:   XX/XX
AUTH CODE:  025716
RESEARCH:   000000000000
GAIL B FOUNTAIN

SUBTOTAL:            6.96

TIP: _____

TOTAL: _____ 8.00

CUSTOMER SIGNATURE

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT
* YELLOW IS CUSTOMER COPY *



**DISCOVER** CARD

GAIL A FOUNTAIN | Acct. Ending 5660
4506 MARINER DR, ROWLETT, TX 75088-8948
(214) 607-1562

## Transaction Details

| Trans. Date | Post Date | Description | | Amount | Category |
|---|---|---|---|---|---|
| 03/12/12 | 03/12/12 | FAMIGLIA PIZZERIA TAMPA FL | $ | 63.00 | Restaurants |

*Receipt* ↓

```
FAMIGLIA PIZZERIA
1402 E FLETCHER AVE
TAMPA FL 33612
813-975-0024

Terminal #:         0001
MAR 12, 12    3:46 PM

DISCOVER
************5668 M
SALE           REF#:010
BATCH #: 469  AUTH #: 01228P
AMOUNT        $57.59
TIP        $   5.41
TOTAL          63.00
    15%=$8.63  20%=$11.51

      APPROVED
   CUSTOMER COPY
```

### General Transaction Information

| | |
|---|---|
| Original Network Post Date | 03/15/2012 |
| Original Network Trans Date | 03/12/2012 |
| Approval Code | 01228P |
| Merchant Name | FAMIGLIA PIZZERIA |
| Merchant City Name | TAMPA |
| Merchant Zip Code | 33612 |
| Partial Shipment Indicator | N |
| Merchant Category Description | EATING PLACES AND RESTAURANTS |
| Board Industry Description | ENTERTAINMENT/AMUSEMENT |
| POS Mode Description | MANUALLY KEYED |
| Recurring Billing Indicator | N |
| Authorized Merchant Name | FAMIGLIA PIZZERIA |
| Authorized Merchant State Code | FL |
| Authorized Merchant Zip Code | 33612 |

### Gratuity

Tip Amount  5.41

©2011 Discover Bank, Member FDIC.

EMBASSY SUITES
TAMPA DOWNTOWN
513 SOUTH FLORIDA AVENUE
TAMPA, FL 33602
813-769-8300

CLAUDIA S              1065041
Tue 03/13/12 11:15 AM    Table 1204
Guest Num:    1          Guests        1
                         STARBUCKS

1 COFFEE TRAVELER    13.00

                    SubTotal    13.00
                    Taxes...     0.91

                    13.91

*************************************
*          Customer Copy           *
*************************************

Indigo Coffee #3
514 N Franklin St.
Tampa, Fl. 33602
813-849-2233

Date:          03/22/12
Time:          11:53 AM
Server:        12. Katie
Order:         570384
Description:   FAST

Card Type:     Discover
Card No:       XXXXXXXXXXXX5660
Appr Code:     02273P

Purchases: $  13.86
    FOUNTAIN/GAIL'A

I agree to pay the above total amount
according to the card issuer agreement.

**Receipt For Fare**

Fare $ 5.00 _____ Gratuity $ _____

Date 3/9/12 _____ Total amount paid $ 5.00

Driver Steve _____

Van# 18 _____

Blue One
Transportation

Tampa, Florida
813-789-8380

---

**Receipt For Fare**

Fare $ 10.00 _____ Gratuity $ 7.00

Date 3/14/12 Total amount paid $ 10.00

Driver _____

Van# _____

Blue One
Transportation

Tampa, Florida
813-789-8380

---

**Receipt For Fare**

Fare $ 13.00 _____ Gratuity $ 7.00

Date _____ Total amount paid $ 20.00 3/18/12

Driver _____

Van# _____

Blue One
Transportation

Tampa, Florida
813-789-8380

EL ____ ___ LA
203 _ _ ___ ST
TAMPA, FL 33602
813-229-8500

03/09/2012                           11:40:09
Merchant ID:              XXXXXXXXXX2451
Device ID:                          2222
Terminal ID:                       PD04.

CREDIT CARD
DISCVR SALE

CARD #              XXXXXXXXXXX5660
TRANS #                         002
Batch #:                          2
Approval Code:              009058
TRANS ID:          572059321310529
Entry Method:                Manual
Mode:                         Online
Avs Code: Z
Card Code: M

SALE AMOUNT              $142.04

TIP AMOUNT               *21.86*

TOTAL AMOUNT            *163.00*
                       *164.00*

CUSTOMER COPY

ID: 1002463
GAIL, New
HYATT
16TH FLOOR
(214) 676-4493

------------------------------------

Order

# 125

------------------------------------

## Eddie & Sam's
New York Style Pizza
203 East Twiggs St.
Tampa, Fl. 33602
813-229-8500

2 Tatiana

------------------------------------
Chk 125        GAIL/125        Gst  0
                Mar09'12 10:40AM
------------------------------------

| | |
|---|---|
| 1 PRIMAVERA | 20.95 |
| 20" Pizza | |
| 1 CHEESE | 16.50 |
| 20" Pizza | |
| 1 BIANCA | 20.95 |
| 20" Pizza | |
| 1 CHIX PARM | 23.99 |
| 20" Pizza | |
| 1 GREEK | 20.95 |
| 20" Pizza | |
| 12 SIDE SALAD @ 2.45 | 29.40 |
| | |
| Subtotal | 132.74 |
| Tax | 9.30 |
| 10:48AM Total | 142.04 |

THANK YOU
PLEASE COME AGAIN



GAIL A FOUNTAIN |Redacted
4506 MARINER DR, ROWLETT, TX 75088-8948
(214) 607-1562

## Transaction Details

| Trans. Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| 03/09/12 | 03/09/12 | EDDIE & SAM'S PIZZA TAMPA FL | $ 164.00 | Restaurants |

### General Transaction Information

| | |
|---|---|
| Original Network Post Date | 03/12/2012 |
| Original Network Trans Date | 03/09/2012 |
| Approval Code | 00905P |
| Merchant Name | EDDIE & SAM'S PIZZA |
| Merchant City Name | TAMPA |
| Merchant Zip Code | 33602 |
| Merchant Category Description | EATING PLACES AND RESTAURANTS |
| Board Industry Description | ENTERTAINMENT/AMUSEMENT |
| POS Mode Description | MANUALLY KEYED |
| Recurring Billing Indicator | N |
| Authorized Merchant Name | EDDIE & SAM'S PIZZA |
| Authorized Merchant Street | 203 E TWIGGS ST |
| Authorized Merchant State Code | FL |
| Authorized Merchant Zip Code | 33602 |

©2011 Discover Bank, Member FDIC.

save money, earn rewards. | see back for details.

```
              CVS PHARMACY
        220 E MADISON ST, TAMPA, FL
     PHARMACY: 228-0084  STORE: -
REG#03 TRN#7420 CSHR#0600840 STR#4181

ExtraCare Card #: ******1833

1 NESTLE PLIFE 16.9         4.69B
1 NESTLE PLIFE 16.9         4.69B
2 ITEMS
TOTAL                       9.38
DISCOVER                    9.38
******5660                   HS
CHANGE                       .00

2504 1812 0797 4200 35
RETURNS WITH RECEIPT THRU 05/18/2012
MARCH 19, 2012          12:50 PM
```

```
              CVS PHARMACY
        220 E MADISON ST, TAMPA, FL
     PHARMACY: 228-0084  STORE: -
REG#02 TRN#0921 CSHR#0448419 STR#4181

ExtraCare Card #: ******1833

Ice Canyon Sp 16.9         9.90B
10 @  .99
10 ITEMS
             Survey ID #
9221 3586 5520 082 08
TOTAL                       9.90
DISCOVER                    9.90
******5660                   HS
```

save money, e | see back for details. | money, earn rewards.

```
              CVS PHARMACY
        220 E MADISON ST, TAMPA, FL
     PHARMACY: 228-0084  STORE: -
REG#01 TRN#3447 CSHR#0402037 STR#4181

ExtraCare Card #: ******1833

Ice Canyon Sp 16.9         9.90B
10 @  .99
10 ITEMS
             Survey ID #
1960 0802 8497 689 72
TOTAL                       9.90
DISCOVER                    9.90
******5660                   HS
CHANGE                       .00

2504 1812 0753 4470 14
RETURNS WITH RECEIPT THRU 05/14/2012
MARCH 15, 2012          10:33 AM
```

back for details. | save money, earn rewards. | see back for de

```
              CVS PHARMACY
        220 E MADISON ST, TAMPA, FL
     PHARMACY: 228-0084  STORE: -
REG#01 TRN#2539 CSHR#0402037 STR#1833

ExtraCare Card #: ******1833

REESE PNT BTT 10.5         3.00B SAVED
1 @ 2/  6.00
REESE PNT BTT 10.5         3.00B SAVED
1 @ 2/  6.00
F 1 BANDAID PRFCT 45CT     4.89T
1 CVS LPBLM CHR .15Z       1.27T
1 GE PENUT BTTR 28Z        5.99B
1 PNT ANTI HUMI 8.5Z       5.29T
6 ITEMS
SUBTOTAL                  23.44
FL 7.0% TAX                 .80
TOTAL                     24.24
DISCOVER                  24.24
******5660                   HS
CHANGE                       .00

2504 1812 0732 5390 13
RETURNS WITH RECEIPT THRU 05/12/2012
```

## Expense Report - Transmittal Report



ER00000030212120212

**Spender** Kurt W. Meaders  **From** Mar 12, 2012  **To** Mar 12, 2012  **Reimbursement Amt** 90.00 USD

**Report name** HDR/Tampa Bay - Trial

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/12/12 | Group Meal | United St... | 90.00 USD | Jennifer M. Arevalo |

0107
Server: INTERNET O I          Rec: 1
03/12/12 07:56, Keyed    T: 938 Term: 1

JACKSON STREET BISTRO
401 EAST JACKSON STREET
TAMPA, FL 33602
(813)472-5777
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX5374
00 TRANSACTION APPROVED
AUTHORIZATION #: 003150
Reference: 0312010000___
TRANS TYPE: _____

CHECK:           81.65

TIP:              8.35

TOTAL:           90.00


X_____


PHONE: (     )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND
MANUAL ENTRY, PLEASE IMPRINT BELOW

Wayne Mason

Kurt Meaders

David Kent

Cori Steinmann

Tim Woodward

Tim Connolly

Casey Gooden

Ken Coulter