## Expense Report - Transmittal Report



ER00000030212120213

**Spender** Kurt W. Meaders          **From** Mar 19, 2012  **To** Mar 19, 2012          **Reimbursement Amt** 111.39 USD

**Report name** Trial Expenses

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/19/12 | Group Meal | United St... | 111.39  USD | Jennifer M. Arevalo |



# INVOICE

*lunch*

| | |
|---|---|
| **Customer ID:** 2099 | |
| **Bill To:** Sedgwick | |
| Gail Fountain | |
| 1717 Main Street #5400 | |
| Dallas, TX 75201 | |
| **Phone:** (214)676-4493 **Ext:** | |
| **Email:** gail.fountain@sedgwicklaw.com | |
| **Admin:** | |

| | | |
|---|---|---|
| Invoice Number: | 18952 | **11** |
| Invoice Date: | 03/19/2012 | |
| Event ID#: | 18952 | |
| Account: | | |

| | |
|---|---|
| **Event Date:** Monday, March 19, 2012 | **Delivery Time:** 11:00 AM |
| **# of Guests:** 8 | **Event Times:** 11:00 AM -11:30 AM |
| **Salesperson:** Larry Powell | **Notes:** EMAIL RECEIPT |

| | |
|---|---|
| **Event Location:** Sam Gibbons Courthouse | 801 N. Florida Avenue 13th Floor |
| **Contact / Phone:** Gail (214)676-4493 | Tampa, FL 33602 |

## Menu
### Combo Deli And Caesar Wraps
### Assorted Deli Wraps
Assorted deli wraps piled high with premium meats and cheese hand rolled in soft vegetable tortillas
(turkey, tuna, ham and roast beef)

### Caesar Wraps
### Garden Salad With Balsamic Vinaigrette
### Basket Of Tropical Chips
### Add: Dessert Basket With Cookies & Brownies
### Matching Disposable Plates & Guestware
### 8 Guests @          $8.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 71.60 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 27.50 |
| Invoice Subtotal: | 104.10 |
| Taxes Subtotal: | 7.29 |
| Invoice Total: | 111.39 |
| Payments Subtotal: | -111.39 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 111.39 | 026354 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date: _____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/19/2012 10:48:35 AM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 18952 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/19/2012 10:48:21 AM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 026354 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $111.39 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3155 | **Response:** | NO MATCH |

**Expense Report - Transmittal Report**



ER0000003021212021214

| **Spender** Kurt W. Meaders | **From** Mar 19, 2012 **To** Mar 19, 2012 | **Reimbursement Amt** 252.73 USD |

**Report name** Trial Team dinner

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/19/12 | Group Meal | United St... | 252.73 USD | Jennifer M. Arevalo |


*Dinner*



# INVOICE

Customer ID: 2099

Bill To: **Sedgwick**
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201

Phone: (214)676-4493    Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

| | |
|---|---|
| Invoice Number: 18965 | |
| Invoice Date: 03/19/2012 | **100** |
| Event ID#: 18965 | |
| Account: | |

Event Date: Monday, March 19, 2012
# of Guests: 16
Salesperson: Larry Powell

Delivery Time: 5:00 PM
Event Times:   5:00 PM - 5:00 PM
Notes: EMAIL RECEIPT

Event Location: Hyatt Regency
Contact / Phone: Gail Fountain  (214)676-4493

211 North Tampa Street Harborview 16th Floor
Tampa, FL 33602

## Menu

### Combo Caribbean Chicken And Steak

Tender marinated Flank steak and grilled boneless breast of chicken rubbed with mild tropical spices, slow roasted and sliced thin.

### Bowl Of Tropical Fruit Salsa

### Yellow Rice Garnished With Sweet Peas And Peppers

### <>2 Artichoke Salad With Balsamic Vinaigrette

### Basket Of Tropical Chips

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

16 Guests @      $11.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 191.20 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 40.00 |
| Invoice Subtotal: | 236.20 |
| Taxes Subtotal: | 16.53 |
| Invoice Total: | 252.73 |
| Payments Subtotal: | -252.73 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 252.73 | 057116 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212

**Expense Report - Transmittal Report**



ER0000003021212020215

**Spender** Kurt W. Meaders     **From** Mar 21, 2012   **To** Mar 21, 2012     **Reimbursement Amt** 128.51 USD

**Report name** Lunch Meal Trial team

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/21/12 | Group Meal | United St... | 128.51 USD | Jennifer M. Arevalo |



# INVOICE

Customer ID: 2099

Bill To: **Sedgwick**
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201
Phone: (214)676-4493    Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

| | |
|---|---|
| Invoice Number: | 19022 |
| Invoice Date: | 03/21/2012 |
| Event ID#: | 19022 |
| Account: | |

**5**

| | |
|---|---|
| Event Date: Wednesday, March 21, 2012 | Delivery Time: 11:00 AM |
| # of Guests: 8 | Event Times:  11:00 AM -11:30 AM |
| Salesperson: Larry Powell | Notes: EMAIL RECEIPT |

Event Location:  Sam Gibbons Courthouse        801 N. Florida Avenue 13th Floor
Contact / Phone: Gail  (214)676-4493          Tampa, FL 33602

## Menu

### Deli Picnic Basket

Assorted deli style sandwiches piled high with premium meats, lettuce, tomatoes and cheese. Served on freshly baked breads.

### Marinated Cucumber, Tomato, And Sweet Pepper Salad

### Basket Of Tropical Chips

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

### 8 Guests @      $10.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 87.60 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 27.50 |
| Invoice Subtotal: | 120.10 |
| Taxes Subtotal: | 8.41 |
| Invoice Total: | 128.51 |
| Payments Subtotal: | -128.51 |
| Balance Due: | 0.00 |

**Tampa**

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 128.51 | 086987 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____  Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/21/2012 11:36:57 AM

| | | | |
|---|---|---|---|
| **Invoice No.:** 19022 - 2099 | **Card Name:** KURT WOODMEADERS | **Date Received:** 03/21/2012 11:36:45 AM |
| **Card Type:** M/C | **Card Address:** 1717 Main Street | **Approval Code:** 086987 |
| **Card Number:** **** **** **** 5374 | **Card Zip:** 75201 | **Amount Paid:** $128.51 |
| **Card Expires:** 07/01/2012 | **Reference No.:** 3204 | **Response:** NO MATCH |

# Expense Report - Transmittal Report



ER0000003021212021 6

**Spender** Kurt W. Meaders     **From** Mar 20, 2012   **To** Mar 20, 2012     **Reimbursement Amt** 381.24 USD

**Report name** Lunch - Trial Team

## Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/20/12 | Group Meal | United St... | 252.73 USD | Jennifer M. Arevalo |
| 3/20/12 | Group Meal | United St... | 128.51 USD | Jennifer M. Arevalo |



# INVOICE

Customer ID: 2099

Bill To: **Sedgwick**
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201

Phone: (214)676-4493    Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

| | |
|---|---|
| Invoice Number: | 18982 |
| Invoice Date: | 03/20/2012 |
| Event ID#: | 18982 |
| Account: | |

**6**

Event Date: Tuesday, March 20, 2012
# of Guests: 8
Salesperson: Larry Powell

Delivery Time: 11:00 AM
Event Times: 11:00 AM -11:30 AM
Notes: EMAIL RECEIPT

Event Location: Sam Gibbons Courthouse
Contact / Phone: Gail (214)676-4493

801 N. Florida Avenue 13th Floor
Tampa, FL 33602

## Menu

### Croissant Sandwiches

Fluffy croissant sandwiches including albacore tuna salad, white meat chicken salad and ham and swiss cheese garnished with lettuce and tomatoes

### Fruit Salad

### Basket Of Tropical Chips

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

8 Guests @    $10.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 87.60 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 27.50 |
| Invoice Subtotal: | 120.10 |
| Taxes Subtotal: | 8.41 |
| Invoice Total: | 128.51 |
| Payments Subtotal: | -128.51 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 128.51 | 002074 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212

Printed: 03/20/2012 11:44:21 AM    PHONE: 888-992-6772   FAX: 813-989-2615    Page: 1



*lunch*

## Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/20/2012 11:44:22 AM

| | | |
|---|---|---|
| **Invoice No.:** 18982 - 2099 | **Card Name:** KURT WOODMEADERS | **Date Received:** 03/20/2012 11:44:04 AM |
| **Card Type:** M/C | **Card Address:** 1717 Main Street | **Approval Code:** 002074 |
| **Card Number:** **** **** **** 5374 | **Card Zip:** 75201 | **Amount Paid:** $128.51 |
| **Card Expires:** 07/01/2012 | **Reference No.:** 3173 | **Response:** NO MATCH |



# INVOICE

Customer ID: 2099

Bill To: **Sedgwick**
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201
Phone: (214)676-4493      Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

*dinner*

| | | |
|---|---|---|
| Invoice Number: | 18988 | **100** |
| Invoice Date: | 03/20/2012 | |
| Event ID#: | 18988 | |
| Account: | | |

| | |
|---|---|
| Event Date: Tuesday, March 20, 2012 | Delivery Time: 5:00 PM |
| # of Guests: 16 | Event Times:  5:00 PM - 5:00 PM |
| Salesperson: Larry Powell | Notes: EMAIL RECEIPT |

| | |
|---|---|
| Event Location: Hyatt Regency | 211 North Tampa Street Harborview 16th Floor |
| Contact / Phone: Gail (214)676-4493 | Tampa, FL 33602 |

## Menu
### *Beef Pot Roast*
A delicious fork tender beef pot roast simmering with carrots, celery and gravy.
### *Mashed Potatoes W/ Gravy*
### *#2 Artichoke Salad With Balsamic Vinaigrette*
### *Basket Of Tropical Chips*
### *Add: Dessert Basket With Cookies & Brownies*
### *Matching Disposable Plates & Guestware*
### 16 Guests @      $11.95 Per Guest Price

| | | | |
|---|---|---|---|
| Gravy | 16 | $0.00 | 0.00 |
| Menu Subtotal: | | | 191.20 |
| Fuel Surcharge Subtotal: | | | 5.00 |
| Delivery Charges Subtotal: | | | 40.00 |
| Invoice Subtotal: | | | 236.20 |
| Taxes Subtotal: | | | 16.53 |
| Invoice Total: | | | 252.73 |
| Payments Subtotal: | | | -252.73 |
| Balance Due: | | | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 252.73 | 074372 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212

## Expense Report - Transmittal Report



ER0000003021212120217

Spender Kurt W. Meaders      **From** Mar 22, 2012  **To** Mar 22, 2012      **Reimbursement Amt** 364.12 USD

**Report name** Trial Team Meals

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/22/12 | Group Meal | United St... | 235.61 USD | Jennifer M. Arevalo |
| 3/22/12 | Group Meal | United St... | 128.51 USD | Jennifer M. Arevalo |



# INVOICE

Customer ID: 2099

Bill To: Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201

Phone: (214)676-4493     Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

| | |
|---|---|
| Invoice Number: 19063 | **2** |
| Invoice Date: 03/22/2012 | |
| Event ID#: 19063 | |
| Account: | |

| | |
|---|---|
| Event Date: Thursday, March 22, 2012 | Delivery Time: 11:00 AM |
| # of Guests: 8 | Event Times: 11:00 AM -11:30 AM |
| Salesperson: Larry Powell | Notes: EMAIL RECEIPT |

| | |
|---|---|
| Event Location: Sam Gibbons Courthouse | 801 N. Florida Avenue 13th Floor |
| Contact / Phone: Gail (214)676-4493 | Tampa, FL 33602 |

## Menu

### Focaccia Triangle Sandwiches

Our authentic triangular herb focaccia bread stuffed with grilled chicken, white albacore tuna or ham, salami, and cheese.

### #2 Artichoke Salad With Balsamic Vinaigrette

### Basket Of Tropical Chips

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

8 Guests @     $10.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 87.60 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 27.50 |
| Invoice Subtotal: | 120.10 |
| Taxes Subtotal: | 8.41 |
| Invoice Total: | 128.51 |
| Payments Subtotal: | -128.51 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 128.51 | 040877 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____

Authorized by:_____ Date:_____

Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212



**Caladium Catering LLC**

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/22/2012 02:18:38 PM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19063 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/22/2012 02:18:21 PM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 040877 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $128.51 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3268 | **Response:** | NO MATCH |



# INVOICE

Customer ID: 2099

Bill To: Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201

Phone: (214)676-4493    Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

| | |
|---|---|
| Invoice Number: | 19066 |
| Invoice Date: | 03/22/2012 |
| Event ID#: | 19066 |
| Account: | |

**100**

Event Date: Thursday, March 22, 2012
# of Guests: 16
Salesperson: Larry Powell

Delivery Time: 5:00 PM
Event Times:  5:00 PM - 5:00 PM
Notes: EMAIL RECEIPT

Event Location: Hyatt Regency
Contact / Phone: ( ) -

211 North Tampa Street Harborview 16th Floor
Tampa, FL 33602

## Menu

### Combo Fajitas

Marinated boneless breast of chicken and Flank steak sliced and sautéed with green peppers and onions

*Lettuce, Cheese, Salsa & Sour Cream*

*Sauteed Peppers & Onions*

*Served With Warm Flour Tortillas*

*<>2 Artichoke Salad With Balsamic Vinaigrette*

*Basket Of Tropical Chips*

*Add: Dessert Basket With Cookies & Brownies*

*Matching Disposable Plates & Guestware*

16 Guests @        $10.95 Per Guest Price

| | |
|---|---:|
| Menu Subtotal: | 175.20 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 40.00 |
| Invoice Subtotal: | 220.20 |
| Taxes Subtotal: | 15.41 |
| Invoice Total: | 235.61 |
| Payments Subtotal: | -235.61 |
| Balance Due: | 0.00 |

# Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 235.61 | 075980 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212

Printed: 03/22/2012 02:19:50 PM       **PHONE: 888-992-6772  FAX: 813-989-2615**       Page:   1



## Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/22/2012 02:19:51 PM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19066 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/22/2012 02:19:38 PM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 075980 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $235.61 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3269 | **Response:** | NO MATCH |

## Expense Report - Transmittal Report



ER00000030212120218

**Spender** Kurt W. Meaders          **From** Mar 23, 2012  **To** Mar 23, 2012          **Reimbursement Amt** 128.51 USD

**Report name** Group Meal - Attend Trial in Tampa FL

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/23/12 | Group Meal | United St... | 128.51 USD | Jennifer M. Arevalo |



# INVOICE

| | |
|---|---|
| Customer ID: 2099 | |

**Bill To:** Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201
**Phone:** (214)676-4493   **Ext:**
**Email:** gail.fountain@sedgwicklaw.com
**Admin:**

| | |
|---|---|
| Invoice Number: 19091 | |
| Invoice Date: 03/23/2012 | **5** |
| Event ID#: 19091 | |
| Account: | |

| | |
|---|---|
| Event Date: Friday, March 23, 2012 | **Delivery Time:** 11:00 AM |
| # of Guests: 8 | **Event Times:** 11:00 AM -11:30 AM |
| Salesperson: Larry Powell | **Notes:** EMAIL RECEIPT |

**Event Location:** Hyatt Regency
**Contact / Phone:** ( ) -

211 North Tampa Street Harborview 16th Floor
Tampa, FL 33602

## Menu

### Cuban Sandwiches
Basket filled with authentic Cuban Sandwiches

### Pasta Salad

### Basket Of Tropical Chips

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

**8 Guests @    $10.95 Per Guest Price**

| | |
|---|---|
| Menu Subtotal: | 87.60 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 27.50 |
| Invoice Subtotal: | 120.10 |
| Taxes Subtotal: | 8.41 |
| Invoice Total: | 128.51 |
| Payments Subtotal: | -128.51 |
| Balance Due: | 0.00 |

**Tampa**

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 128.51 | 047991 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/23/2012 10:19:03 AM

---

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19091 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/23/2012 10:18:43 AM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 047991 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $128.51 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3287 | **Response:** | NO MATCH |

---

## Expense Report - Transmittal Report



ER0000003021212020219

**Spender** Kurt W. Meaders            **From** Mar 9, 2012        **To**            **Reimbursement Amt** 550.91 USD

**Report name** Group Meal - Attend Trial in Tampa FL

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 6 | Audit required | | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/9/12 | Group Meal | United St... | 104.00 USD | Jennifer M. Arevalo |
| 3/10/12 | Group Meal | United St... | 88.82 USD | Jennifer M. Arevalo |
| 3/11/12 | Group Meal | United St... | 27.35 USD | Jennifer M. Arevalo |
| 3/16/12 | Group Meal | United St... | 167.31 USD | Jennifer M. Arevalo |
| 3/22/12 | Taxi, Trains, o... | United St... | 5.00 USD | Jennifer M. Arevalo |

Team Lunch

ACO BUS DOWNTOWN
505 E FRANKLIN ST
TAMPA, FL 33602

13:00:49
00000002195740
03266085

CREDIT CARD
MC SALE

XXXXXXXXXXX5374
0031
000091
014854
Swiped
Online

T          $74.82

14 -

UNT    88 - 92

CUSTOMER COPY

***** DUPLICATE COPY *****
# Pizzaiolo Bavaro
514 Franklin Street
Tampa, Florida 33602

2012-03-16 08:52:11 pm
Jenna    REF#: C32012001

Table 21                    1 Guest

| 1 Bruschetta | $5.00 |
|---|---|
| 1 Diavola | $16.00 |
| 1 Al Crudo | $17.00 |
| 1 Filetto | $13.00 |
| 1 Nutella | $9.00 |
| 1 3 Pack Cannoli | $10.00 |
| Misc Personal Charge | $39.00 |
| | $24.00 |

Guest    1 Total $133.00

Sub Total    $133.00
Tax      $9.31

Total    $142.31

REF#: C32012001

YOUR FEEDBACK IS GREATLY APPRECIATED...
DAN@PIZZAIOLOBAVARO.COM

# Pizzaiolo Bavaro
514 Franklin Street
Tampa, Florida 33602

2012-03-16 08:52:11 pm
Jenna

Card-Holder:         MEADERS/KURT WOOD
Card-Type:                        MC
Card-Number:       ************5374
Auth-Code:                    074449

Amount:                       $142.31

Tip:                              25 -

Total:                         16 7.31
REF#: C32012001
Check #1 Table 21    [320012001]

Deducted $79.91

X _____
I agree to pay above total
according to card issuer agreement
(Merchant agreement if credit voucher).
*** GUEST COPY ***
N e t P O S



Cari, Tip WordWord
Kurt Meaders

0179
MELANIE M    SrvCk: 17 12:58 03/11/12
POS 1

1 SHAKE TURKEY, reg mango, ----no,
chipotle                           8.49
1 SHAKE ThaiCHICKN
reg strawberry                      9.39
1 TURKEY&AVOC WRAP, ----no, onion   5.99
1 REG DRINK                         1.69

Sub Total:                        25.56
Tax                                1.79

03/11 12:58 TOTAL:                27.35

EVOS SOUTH TAMPA
609 S. Howard Ave (next to CVS)
813-258-EVOS
WWW.EVOS.com

*Travel to courthouse and Return for Hearing ?*

## Receipt For Fare  *Kurt*

Fare $ ___5.00 Cash___ Gratuity $ _____

Date ___3-22-17___ Total amount paid $ _____

Driver _____

Van# _____

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

Fly Bar & Restaurant
1202 N. Franklin St.

Server: Rafael
08:21 PM
Table 403/1

MASTERCARD
Card #XXXXXXXXXXX5374
Magnetic card present: Yes
Approval: 088403

4194335

DOB: 03/09/2012
03/09/2012
4/40055

Amount: $ 116.63
+ Included Gratuity: $ 21.80
+ Additional Tip: 20-
= Total: 158.43

Customer Copy

Hours of Operation
Open Daily
4:00pm-3:00am
Happy Hour
Sunday thru Friday: 4pm-6:30pm

Cori, Kathy Gilman, Kevin Meeler,
Ken Coulter, Gail Founts
Tim Woodward

---

Bar & Restaurant
2 N. Franklin St.

DOB: 03/09/2012
03/09/2012
4/40073

4194336

XXXX5374
present: Yes
94

Amount: $ 85.00

ded Gratuity: $ 17.00

dditional Tip 2-

= Total: 104 00

urs of Operation
Open Daily
4:00pm-3:00am
Happy Hour
thru Friday: 4pm-6:30pm

Customer Copy

---

Fly Bar & Restaurant
1202 N. Franklin St.

| | |
|---|---|
| Server: Rafael | 03/09/2012 |
| Table 403/1 | 8:16 PM |
| Guests: 7 | 40055 |

| | |
|---|---|
| Hummus | 8.00 |
| Panko Crusted Goat Cheese (2 @8.00) | 16.00 |
| Hot Sesame Tuna Tartare (2 @13.00) | 26.00 |
| Mesquite Swordfish (2 @13.00) | 26.00 |
| Seared Scallops | 13.00 |
| Shrimp & Grits | 11.00 |
| Truffled Mac & Cheese | 9.00 |
| Subtotal | 109.00 |
| Tax | 7.63 |
| Total | 116.63 |
| Gratuity 20.00% | 21.80 |
| Total | 138.43 |

**Balance Due  138.43**

Hours of Operation
Open Daily
4:00pm-3:00am
Happy Hour
Sunday thru Friday: 4pm-6:30pm

---

Fly Bar & Restaurant
1202 N. Franklin St.

| | |
|---|---|
| Server: Rafael | 03/09/2012 |
| Table 403/2 | 8:16 PM |
| Guests: 7 | 40073 |

Misc Personal Charge

| | |
|---|---|
| | 28.50 |
| | 6.00 |
| | 16.00 |
| | 8.00 |
| | 8.00 |
| | 9.00 |
| | 7.50 |
| | 2.00 |
| Subtotal | 85.00 |
| Total | 85.00 |
| Gratuity 20.00% | 17.00 |
| Total | 102.00 |

**Balance Due  102.00**

Hours of Operation
All Deducted- $104.00

Sunday thru Friday: 4pm-6:30pm

## Expense Report - Transmittal Report



ER0000030212120220

**Spender** Kurt W. Meaders          **From** Mar 3, 2012   **To** Mar 3, 2012          **Reimbursement Amt** 59.69 USD

**Report name** Snacks for War Room

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/3/12 | Individual Meal | United St... | 36.42 USD | Jennifer M. Arevalo |
| 3/10/12 | Individual Meal | United St... | 23.27 USD | Jennifer M. Arevalo |

*Snacks War Room*

# CVS/pharmacy

6709 PRESTON RD., DALLAS, TX
PHARMACY: 521-4085   STORE: 521-4085

REG#01 TRN#9159 CSHR#0633749 STR#7747

ExtraCare Card #: ********332

3/3/12

| | | |
|---|---|---|
| 1 ALTOIDS PPR 7 1.76 | 2.37B | |
| 1 GE PENUT BTTR 28Z | 6.29F | |
| 1 KIT KAT SNACK 10.2 | 4.99B | |
| 1 ORBIT WT SPRM 6OCT | 4.49B | |
| 1 REESE PNT BTT 10.5 | 4.99B | |

7 ITEMS
SUBTOTAL            34.62
TX 8.25% TAX         1.80
**TOTAL**            36.42
MASTERCARD          36.42
***********5374       MS
CHANGE                .00

---

*WAR Room Snacks*

# CVS PHARMACY
220 E MADISON ST, TAMPA, FL
PHARMACY: 228-0084  STORE:   -

REG#02 TRN#7192 CSHR#1006143 STR#4181

ExtraCare Card #: *******1551

1 CAL INV TP.75 4886        2.99T
1 CAL INV TP.75 4886  1.49T SAVED 50%  1.50
  BUY 1, GET 1 FOR 50% OFF

1 EMERALD CO RS 11Z        6.49B
1 GE PENUT BTTR 28Z        5.99B
1 GE PENUT BTTR 28Z        5.99B

5 ITEMS
SUBTOTAL           22.95
FL 7.0% TAX          .32
**TOTAL**          23.27
CASH               40.00
CHANGE             16.73



2504 1812 0707 1920 21
RETURNS WITH RECEIPT THRU 05/09/2012

MARCH 10, 2012          1:37 PM

TRIP SUMMARY:
  Today You Saved              1.50

Earn 2% back on almost everything
  in the store and on cvs.com
when you use your ExtraCare card.

THANK YOU, SHOP 24 HOURS AT CVS.COM

see back for details. save money, earn rewards. see back for details.

## Expense Report - Transmittal Report



ER00000034262120067

**Spender** Cori Steinmann          **From** Mar 7, 2012  **To** Mar 16, 2012          **Reimbursement Amt** 882.39 USD

**Report name** HDR Trial - #1

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Airfare | United St... | 503.80 USD | Jennifer M. Arevalo |
| 3/7/12 | Individual Meal | United St... | 5.93 USD | Jennifer M. Arevalo |
| 3/8/12 | Group Meal | United St... | 45.52 USD | Jennifer M. Arevalo |
| 3/9/12 | Group Meal | United St... | 9.63 USD | Jennifer M. Arevalo |
| 3/10/12 | Group Meal | United St... | 9.37 USD | Jennifer M. Arevalo |
| 3/10/12 | Group Meal | United St... | 56.04 USD | Jennifer M. Arevalo |
| 3/13/12 | Group Meal | United St... | 76.92 USD | Jennifer M. Arevalo |
| 3/14/12 | Group Meal | United St... | 79.18 USD | Jennifer M. Arevalo |
| 3/16/12 | Group Meal | United St... | 96.00 USD | Jennifer M. Arevalo |

# Dunkin Donuts - DFW

Dallas Ft Worth Int'l Airport
Terminal A26
708-531-1694

```
Till #      : 2171201
Date/Time   : 3/7/2012 9:43 AM
Operator    : RIVAS M
Receipt#    : SALE 468743


Coffee Med                        $1.99
Swirl Latte Med                   $3.49

SUB TOTAL                         $5.48
Texas Sales Tax                   $0.45
SUB TOTAL INC TAX                 $5.93
Cash                             $20.00
CHANGE                           $14.07
```

```
***************************
*                         *
*    YOUR RECEIPT         *
*    THANK YOU            *
*                         *
***************************
12:58          03-08-2012
MC NO.0000          8659
DEPT#002          $7.79T1
DEPT#001          $6.99T1
DEPT#001          $6.99T1
DEPT#001          $7.29T1
DEPT#001          $6.49T1
DEPT#001          $6.99T1
----------------------------
SUBTOTAL          $42.54
TAX1               $2.98
TOTAL-TAX          $2.98
----------------------------
TOTAL             $45.52
CASH              $45.52
~~~~~~~~~~~~~~~~~~~~~~~~~~~
/   HAVE A NICE DAY      /
/   PLEASE COME AGAIN    /
/                        /
~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

```
             MOXIE'S CAFE
           5148 TAMPA STREET
           TAMPA, FL 33602

Merchant ID: 000000001701974
Term ID: 02604333
275220711889

              Sale

MC
XXXXXXXXXXXX6703
Entry Method: Swiped
Apprvd: Online     Batch#: 000410
                          13:01:29
03/08/12

Inv #: 000122  Appr Code: F0028Z

Amount:            $      45.52

Tip:         -----------------

Total:       =================


              Customer Copy
```

## Receipt 1

```
HYATT REGENCY TAMPA
AVANZARE DELI

709 Soumia

CHK 3463 MAR09'12  8:12AM

1 Cappuccino Tall         3.50
1 Esprs Add Shot          1.00
1 Flavored Latte T        3.50
1 Esprs Add Shot          1.00
  Food Sales              9.00
  TAX                     0.63
  TOTAL PAID         9.63
  CASH                   20.00
  CHANGE DUE             10.37
-709 CLOSED MAR09  8:15AM-----
```

## Receipt 2

```
            FRESH

    507 NORTH FRANKLIN STREET
      TAMPA, FLORIDA 33602
          813-229-5500
       www.eatFRESHdaily.com

Date:        Mar10'12 06:57PM
Card Type:   MASTERCARD
Acct #:      XXXXXXXXXXXX6703
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   F10237
Check:       7125
Check ID:
Server:      52 Colleen

Subtotal:                51.04

TIP:                   $ .00

TOTAL:

Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *
```

## Receipt 3

```
            FRESH

    507 NORTH FRANKLIN STREET
      TAMPA, FLORIDA 33602
          813-229-5500
       www.eatFRESHdaily.com

52 Colleen           CORY   Gst 7

CHK 7125    Mar10'12 06:42PM

214704262
1 DELIVERY TO            0.00
1 SPALICIOUS             7.95
1 RED                    7.95
1 PRESTO                 7.95
1 TUSCANY                7.95
1 KOBB                   7.95
1 CAPREE                 7.95
XXXXXXXXXXXX6703
MASTERCARD

Subtotal                47.70
Tax                      3.34
Payment                 51.04
----52 Check Closed-----
----Mar10'12 06:58PM-----
```

HYATT REGENCY TAMPA
AVANZARE BAR

122 MICHAEL L      MAR10'12 5:36PM
1 /3        4 1 7 5

1 Latte Tall              3.25
2 Esprs Add Shot          2.00
1 Cappuccino Tall         3.50
                          8.75
  Food Sales              0.62
  TAX                     9.37
  TOTAL PAID
  CASH                   20.00
  CHANGE DUE             10.63
  122 CLOSED MAR10  5:36PM-

---

PURCHASE APPROVED

Date/Time:        2012-      4 07:31 PM
Order Number:     26003
Account:          CREDIT
EDC Trans:        6591
Server:           maur
Table:            29

Entry Mode:            wiped
Card Number:           XXXXXXXXXXXXX703
Card Expire:           XX/XX
Card Type:             Mastercard
Cardmember Name:       DORI STELLMANN
Appr Code:             56322
Reference Number:      15189

PURCHASE:
Gr tty:

Signature

_cardmember acknowledges receipt of
the total amount
perform
obligations set forth
agreement with issuer

$79.18

---

# Spain Restaurant
513 Tampa Street
Tampa, Florida 33602
(813) 223-2831

Server: maurice          Station: 4
Order #: 26003           Dine In
Table: 29                Guests: 3

Misc Personal Charge

| | |
|---|---:|
| 1 Calamares Fritos | 10.00 |
| 1 Camarones Ajillo | 11.00 |
| 1 Rollitos de Puerco | 9.00 |
| 1 Mussels en Salsa Verde | 12.00 |
| 1 Tortilla | 8.00 |

Misc Personal Charge   74.00   4.00
                               4.00
                               4.00
                               4.00
                               4.00

SUB TOTAL:        74.00
Tax 1:             5.18
TOTAL:           $79.18
                 ======

>> Ticket #: 6 <<
3/14/2012 6:46:45 PM

*******************************
15% Gratuity = $11.10
20% Gratuity = $14.80
25% Gratuity = $18.50
*******************************

Deducted $25.68

0019
Server: KRISTEN B (#420)     Rec: 13
03/16/12 13:45, Swiped   T: 64 Term: 1

CAFE DUFRAIN
707 Harbour Post Drive
TAMPA, FL
(813)275-9701
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD     XXXXXXXXXXXX6703
Name: CORI STEINMANN
OO TRANSACTION APPROVED
AUTHORIZATION #: F7528Z
Reference: 0316010000019
TRANS TYPE: Credit Card SALE

CHECK:              84.00

TIP:                12.00

TOTAL:              96.00

X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Please give signed copy to your server.

CAFE DUFRAIN
HARBOUR ISLAND
813/275-9701
*********************
0019b   Table 64  #Party 3
KRISTEN B   SvrCk: 4 12:56p 03/16/12

1 ORGANIC MIXED GREENS
1 ANGUS BURGER, medium,              8.00
  add fried egg (1.50)
1 DIVER SCALLOPS                    13.50
Misc Personal                       12.00
    Charge                          45.00
              Sub Total:  78.50
Tax
              :          5.50
              Sub Total:  84.00
03/16  1:35p TOTAL:      84.00

***************************************
Gasparilla Music Festival 3/10/12
***************************************
Today's Parking Validation Code is: 9795
***************************************

Deducted $54.15

# Boston Market #0257
### 2708 W. Martin Luther King
### Tampa, FL
### 33609.
### (813)872-7929

## WE'RE OPEN EASTER!

2012-03-13                    4:49 PM
          0257 2 43 2078

Cashier: Jasmine L

| | |
|---|---|
| Meatloaf for 6 | 35.94 |
| $5.99 Per Person | |
| Mashed Potatoes | |
| Mashed Potatoes | |
| Mashed Potatoes | |
| New Potatoes | |
| New Potatoes | |
| New Potatoes | |
| Chicken for 6 | 35.94 |
| $5.99 Per Person | |
| Steamed Vegetables | |
| Steamed Vegetables | |
| Corn | |
| Corn | |
| Med Green Beans | |
| Med Green Beans | |

| | |
|---|---|
| Take Out | 71.88 |
| 7.00% Tax | 5.04 |
| Amount Due | $76.92 |
| | |
| TND MC | $76.92 |
| Amount Due | $.00 |

Your feedback is important to us!
To share your experiences go to
www.bostonmarket.com/feedback
OR
Call 1-800-365-7000

Boston Market #0257
2708 W. Martin Luther King
Tampa, FL 33609.
(813)872-7929
2012-03-13
0257

## CREDIT SALE

## CHARGE DETAIL

Name:          CORI STEINMANN
Card Type:  MasterCard
Account:     ***********6703 S
Auth Code:  F9099Z
Trans #:      2078
Auth Ref:     84334630

## AUTH AMT:          $76.92

2012-03-13          L1 T2          4:48 PM

## CUSTOMER COPY

**From:** Steinmann, Cori
**Sent:** Thursday, February 23, 2012 4:30 PM
**To:** Garner, Lavella
**Subject:** Fwd: E-Ticket Confirmation-NQRXJT 07MAR

Cori Steinmann
Attorney at Law

Sedgwick LLP

Begin forwarded message:

**From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
**Date:** February 23, 2012 4:10:59 PM CST
**To:** "CORI.STEINMANN@SEDGWICKLAW.COM"
<CORI.STEINMANN@SEDGWICKLAW.COM>
**Subject: E-Ticket Confirmation-NQRXJT 07MAR**



**Date of Issue: 23FEB12**

Cori Steinmann:

Thank you for choosing American Airlines / American Eagle, a member of the

**oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s)

purchased. Please print and retain this document for use throughout your trip.

**Record Locator: NQRXJT**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets

within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or

at a Self-Service Check-In machine at the airport. Check-in options may be found

at www.aa.com/options. For information regarding American Airlines checked

baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at**

**the airport, scan the barcode at any AA Self-Service machine.**



Budget
Up to 30% off plus
2X AAdvantage®
miles on global
rentals.

AVIS
Up to 35% off plus
3X AAdvantage®
miles on global
rentals.    GO>

CONNECT
WITH US.
ANYWHERE,
ANYTIME,
ANY DEVICE.
Learn more

TRAVEL
BIG,
NO
MATTER
WHAT
SIZE
YOUR
BUSINESS IS,
American Airlines
BUSINESS SUITE

1

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance





### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 304 | DALLAS FT WORTH | WED 07MAR 10:45 AM | TAMPA | 1:55 PM | M |
| | Cori Steinmann | FF#: 644MVF6 GLD | Economy | Seat 13A | Food For Purchase | |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| CORI STEINMANN | 0012304724032 | 458.60 | 45.20 | 503.80 |
| **Payment Type: Master Card XXXXXXXXXXXX6703** | | | | **Total: $503.80** |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual

3

terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

Conditions Of Carriage

Special Assistance

Flight Check-In

Flight Status Notification



Our **Lowest Fare** Guarantee Only at AA.com



member of **oneworld**

*We know why you fly*

**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 5427586450602315261179200

4

# Expense Report - Transmittal Report



ER000000349521 20017

**Spender** Robert X. Hyde      **From** Mar 22, 2012 **To** Mar 30, 2012      **Reimbursement Amt** 475.60 USD

**Report name** Coverage for HR Trial Tampa FL

## Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/22/12 | Airfare | United St... | 475.60 USD | Jennifer M. Arevalo |

**Hyde, Robert**

| | |
|---|---|
| From: | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| Sent: | Wednesday, March 21, 2012 12:16 PM |
| To: | Hyde, Robert |
| Subject: | Flight Ticket Confirmation - HYDE - HR TRIAL COVERAGE 3/23/12 |

**ORBITZ**
FOR BUSINESS

# Sedgwick LLP

Hello Robert,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **HR TRIAL COVERAGE 3/23/12**.

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information -HR TRIAL COVERAGE 3/23/12
This trip includes **flights and attractions & services.**

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601QV6ZK65W |
| Airline record locator: | JetBlue Airways - IHVSIM |
| Reservation made by: | robert.hyde@sedgwicklaw.com |
| Ticket numbers: | 2797026377267 |
| Total flight cost: | $475.60 USD |
| Traveler(s) | **Frequent flier details** |

ROBERT HYDE

**Leave Friday, March 23, 2012**
**JetBlue Airways 71** Economy | Airbus Industrie A320 (320) | 2hr 57min | 1010 miles

Depart: **6:14am  New York, NY**  New York John F Kennedy Intl (JFK)
Arrive: **9:11am  Tampa, FL**  Tampa International (TPA)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

**Return Friday, March 30, 2012**
**JetBlue Airways 28** Economy | Airbus Industrie A320 (320) | 2hr 50min | 1010 miles

Depart: **5:50pm  Tampa, FL**  Tampa International (TPA)
Arrive: **8:40pm  New York, NY**  New York John F Kennedy Intl (JFK)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** JetBlue Airways charges an additional fee for baggage. The fee is not included in your total trip cost. **See details**

### Important fare notes
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*

1

No changes may be made to this ticket after departure.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

## Attractions and services reservation

To redeem your attraction or service, print your voucher and present it to the vendor along with photo ID. Make sure the name on the voucher matches the name on the ID.

**Tampa SuperShuttle Service - One-Way AIRPORT to HOTEL Shared Transportation**    `Print voucher`

**Orbitz A&S record locator:** 1J8NCJ
**Date:** See voucher for available dates
**Quantity:** 1
**Option:** To Downtown Tampa/Tampa Port
**Redeemer:** Robert Hyde
**Cost:** $15.00

Unless otherwise specified, all costs are provided in US dollars.
Attractions and services bookings are non-refundable.
**More details**

**Tampa SuperShuttle Service - One-Way HOTEL to AIRPORT Shared Transportation**    `Print voucher`

**Orbitz A&S record locator:** 4ZVD5L
**Date:** See voucher for available dates
**Quantity:** 1
**Option:** From Downtown Tampa/Tampa Port
**Redeemer:** Robert Hyde
**Cost:** $15.00

Unless otherwise specified, all costs are provided in US dollars.
Attractions and services bookings are non-refundable.
**More details**

## Cost summary and billing information

### Flight cost summary

| | | |
|---|---|---|
| Airfare, ROBERT HYDE (Adult) | $468.60 | |
| **Orbitz for Business fees** | | |
| Online transaction fee (Date :03/21/2012; ID:185755583 ) | $7.00 | |
| **Total** | $475.60 USD | |

### Billing information

**Card holder's Name:** Robert Hyde

**Card type:** MasterCard

**Card number:** xxxxxxxxxxxx46(

### Attractions and Services cost summary

**Tampa SuperShuttle Service - One-Way AIRPORT to HOTEL Shared Transportation**

| | |
|---|---|
| 1 Adult at $15.00 | $15.00 |
| **Total** | **$15.00** |

### Billing information

**Card holder's Name:** Robert Hyde

**Card type:** MasterCard

**Card number:** xxxxxxxxxxxx4

### Attractions and Services cost summary

### Billing information

**Card holder's Name:** Robert Hyde

| | | Card type: | MasterCard |
|---|---|---|---|
| **Tampa SuperShuttle Service - One-Way HOTEL to AIRPORT Shared Transportation** | | Card number: | xxxxxxxxxxxx4609 |
| 1 Adult at $15.00 | $15.00 | | |
| **Total** | **$15.00** | | |

## Trip reference field information

## Flight

**Office Location Number:** Number of Office location
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Lastly, you can always look up your itinerary online under **My Trips** or on your mobile phone at **m.orbitzforbusiness.net**. Additionally, you can visit **Traveler Update** for real-time travel information.

Thank you for choosing Orbitz for Business.

### Great rates

🛫 **Add flight**
🏨 **Add hotel**
🚗 **Add car**
🚆 **Add rail**

**To contact Orbitz for Business, please call 1-877-672-4891 or 1-312-469-1956 from outside of the US.
Our Customer Service Center is open 24 hours a day, 7 days a week.**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71223 | 2/29/2012 | 42988 |
| **Job Date** | **Case No.** | |
| 12/9/2010 | 808CV2446T27TBM | |
| **Case Name** | | |
| Tampa Bay Water vs. HDR Engineering, Inc., Construction Dynamics Group, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Kurt W. Meaders, Esquire
Sedgwick, Detert, Moran & Arnold, LLP
1717 Main Street
Suite 5400
Dallas, TX 75201

*PAID P CARD*
*APR 02 2012*
*JORGE MOLINA*

Rick Donovan

| | | |
|---|---|---|
| Video Digitization - Per Hour For Sync | 4.00 | 300.00 |
| Delivery, Shipping and Handling | | 15.00 |
| **TOTAL DUE >>>** | | **$315.00** |

Thank you for your business!

Ordered transcripts will include indexes, condensed transcripts and electronic copies for your litigation support. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over for collection, you agree to pay all collection costs and attorney fees.

```
* A P 1 4 0 1 6 2 8 *
```

*REC'D SF ACCTG*
*MAR 22 2012*
*B. LI YEE BAK*

*Kurt W Meaders · C/M: 10711-000001*

**Tax ID:** 59-2754282

---

*Please detach bottom portion and return with payment.*

Kurt W. Meaders, Esquire
Sedgwick, Detert, Moran & Arnold, LLP
1717 Main Street
Suite 5400
Dallas, TX 75201

| | | | |
|---|---|---|---|
| Job No. | : 42988 | BU ID | : West FL |
| Case No. | : 808CV2446T27TBM | | |
| Case Name | : Tampa Bay Water vs. HDR Engineering, Inc., Construction Dynamics Group, Inc. | | |
| Invoice No. | : 71223 | Invoice Date | : 2/29/2012 |
| **Total Due** | **: $ 315.00** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Orange Legal, Inc.**
**1416 E. Robinson Street**
**Orlando, FL 32801**



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201



**BILL TO**
SEDGWICK L L P
ATTN: SHERRY
1717 MAIN, 54TH FL
DALLAS, TX 75201

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 389797 | 03/10/12 | $ 658.96 |

| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|
| 4692278200 | | |

**\* A P 1 4 0 1 6 9 2 \***

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 065-0099<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.28 | CLERK<br>7:00 PM<br>03/05/12 | $ 19.28 |
| 066-0088<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.28 | CLERK<br>7:00 PM<br>03/06/12 | $ 19.28 |
| 067-0088<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.28 | CLERK<br>7:00 PM<br>03/07/12 | $ 19.28 |
| 068-0088<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.28 | CLERK<br>7:00 PM<br>03/08/12 | $ 19.28 |
| 069-0094<br>M HAYES<br>00999.000028 | TO: SCHED-MAIN POST OFFICE SYLVAN & I-30 DALLAS, TX 75208<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 19.28 | ON FILE<br>6:00 PM<br>03/09/12 | $ 19.28 |
| | Sub-Total For Reference No. 00999.000028 | | $ 96.40 |
| 055-0428<br>S STEPHENS<br>02495.108053 | FROM: ABILENE COURIER OFFICE ABILENE, TX 99999<br>TO: TAYLOR COUNTY DISTRICT CLERK 300 OAK ST ABILENE, TX 79602<br>OUT OF TOWN COPY/RESEARCH = $ 61.49 • COPY EXPENSE = $ 146.00 • ADVANCE FEE = $ 44.00<br>AFFILIATE TIME AT LOCATION (45 MIN) = $ 67.50 • TIME ON PROJECT (20 MIN) = $ 25.00<br>LONG DISTANCE CALLS (10 MIN) = $ 7.50 | COMPLETED<br>1:33 PM<br>03/02/12 | $ 351.49 |
| 055-0431<br>S STEPHENS<br>02495.108053 | FROM: TAYLOR COUNTY DISTRICT CLERK 300 OAK ST ABILENE, TX 79602<br>TO: ABILENE COURIER OFFICE ABILENE, TX 99999<br>OUT OF TOWN COPY/RESEARCH = $ 46.99 | COMPLETED<br>4:00 PM<br>03/02/12 | $ 46.99 |
| 065-0159<br>S STEPHENS<br>02495.108053 | FROM: SPECIAL DELIVERY 5470 L B J FRWY DALLAS, TX 75240<br>TO: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD DAYTIME DELIVERY = $ 28.23 | CHRISTIE<br>9:30 AM<br>03/05/12 | $ 28.23 |
| 069-0393<br>S STEPHENS<br>02495.108053 | FROM: SPECIAL DELIVERY 5470 L B J FRWY DALLAS, TX 75240<br>TO: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD DAYTIME DELIVERY = $ 28.23 | M HAYES<br>12:52 PM<br>03/09/12 | $ 28.23 |
| | Sub-Total For Reference No. 02495.108053 | | $ 454.94 |
| 069-0736<br>R ZARATE<br>03272.000316 | TO: MARIA KAROS - RES 5702 CLUB OAKS DR DALLAS, TX 75248<br>FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201<br>STANDARD NIGHTTIME DELIVERY = $ 45.92 | J NEWBY<br>6:10 PM<br>03/09/12 | $ 45.92 |
| | Sub-Total For Reference No. 03272.000316 | | $ 45.92 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 389797 | | | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

| | BILL TO | |
|---|---|---|
| | SEDGWICK L L P | |
| | ATTN: SHERRY | |
| | 1717 MAIN, 54TH FL | |
| | DALLAS, TX 75201 | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 389797 | 03/10/12 | $ 658.96 |

| 4692278200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | |
|---|---|---|
| ACCOUNT NUMBER | | AMOUNT ENCLOSED |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 065-0620 R ZARATE 03272.000342 | TO: KATHRERINE BINNS 2812 DYER DALLAS, TX 75205 <br> FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 <br> STANDARD EVENING DELIVERY = $ 29.83 • BOX CHARGE (1 Box) = $ 2.50 | PTL 4:15 PM 03/05/12 | $ 32.33 |
| | Sub-Total For Reference No. 03272.000342 | | $ 32.33 |
| 069-0727 L GARNER 10711.000001 | TO: BARNES & ROBERTS 2816 COMMERCE ST. DALLAS, TX 75226 <br> FROM: SEDGWICK L L P 1717 MAIN, 54TH FL DALLAS, TX 75201 <br> STANDARD EVENING DELIVERY = $ 29.37 | PTL 5:10 PM 03/09/12 | $ 29.37 |
| | Sub-Total For Reference No. 10711.000001 | | $ 29.37 |

REC'D SF ACCTG

MAR 2 2 2012

B. LI YEE BAK

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 2 | 389797 | 658.96 | 1,361.48 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

**Picked up: Mar 02, 2012**    **Cust. Ref.: 10711-000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Gail Fountain | Kathy Gilman | |
| Tracking ID | 798127384752 | SEDGWICK,DETERT,MORAN & ARNOLD | 5506 IKE SMITH RD | |
| Service Type | FedEx First Overnight | 1717 Main Street #5400 | PLANT CITY FL 33565 US | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 54.10 |
| Declared Value | USD 1.00 | Saturday Delivery | | 15.00 |
| Delivered | Mar 03, 2012 09:54 | Direct Signature | | 3.50 |
| Svc Area | A2 | Declared Value Charge | | 0.00 |
| Signed by | K.GILMAN | Fuel Surcharge | | 7.95 |
| FedEx Use | 000000000/0000006/_ | **Total Charge** | **USD** | **$80.55** |

**Picked up: Mar 02, 2012**    **Cust. Ref.: 02173-015149**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Angela Lansford | George McCall | |
| Tracking ID | 798127739121 | SEDGWICK,DETERT,MORAN | Sedgwick LLP | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 125 BROAD ST FL 39 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | NEW YORK CITY NY 10004 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Mar 05, 2012 09:21 | Transportation Charge | | 52.85 |
| Svc Area | A1 | Fuel Surcharge | | 2.61 |
| Signed by | B.VARGAS | Discount | | -30.12 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$25.34** |

**Picked up: Mar 02, 2012**    **Cust. Ref.: 02060-060035**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | E. Paul Cauley, Jr. | Hon Vincent L. Briccetti | |
| Tracking ID | 798127888199 | Sedgwick LLP | United States District Court | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 300 QUARROPAS ST RM 630 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | WHITE PLAINS NY 10601 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | |
| Delivered | Mar 05, 2012 08:32 | Transportation Charge | | 58.55 |
| Svc Area | A4 | Discount | | -33.37 |
| Signed by | S.BROWN | Fuel Surcharge | | 2.90 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$28.08** |

**Picked up: Mar 02, 2012**    **Cust. Ref.: 11485-000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Nancy Bassi | J. Kenneth Thien | |
| Tracking ID | 798127935783 | SEDGWICK,DETERT,MORAN & ARNOLD | Porter Wright | |
| Service Type | FedEx Priority Overnight | 1717 Main Street #5400 | 41 S HIGH ST | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | COLUMBUS OH 43215 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Mar 05, 2012 08:35 | Transportation Charge | | 28.10 |
| Svc Area | A1 | Fuel Surcharge | | 1.39 |
| Signed by | J.SCASE | Discount | | -16.02 |

Continued on next page

1067-02-00-0003590-0004-0030-491

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Feb 16, 2012    **Cust. Ref.:** 03764 - 000009    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**



- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 793234384961 | Stephanie Sheridan | Stephanie Sheridan | |
| Service Type | FedEx Standard Overnight | Le Meridien Dallas North Hotel | Sedgwick,LLP. | |
| Package Type | Customer Packaging | 13402 Noel Road | 333 BUSH ST FL 30 | |
| Zone | 07 | DALLAS TX 75240 US | SAN FRANCISCO CA 94104 US | |
| Packages | 1 | | | |
| Rated Weight | 9.0 lbs, 4.1 kgs | Transportation Charge | | 82.80 |
| Delivered | Feb 17, 2012 13:03 | Fuel Surcharge | | 4.09 |
| Svc Area | A1 | Discount | | -47.20 |
| Signed by | J.VISAN | Courier Pickup Charge | | 0.00 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$39.69** |

**Picked up:** Feb 16, 2012    **Cust. Ref.:** 03764 - 000009    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 793234385041 | Stephanie Sheridan | Stephanie Sheridan | |
| Service Type | FedEx Standard Overnight | Le Meridien Dallas North Hotel | Sedgwick,LLP. | |
| Package Type | Customer Packaging | 13402 Noel Road | 333 BUSH ST FL 30 | |
| Zone | 07 | DALLAS TX 75240 US | SAN FRANCISCO CA 94104 US | |
| Packages | 1 | | | |
| Rated Weight | 6.0 lbs, 2.7 kgs | Transportation Charge | | 67.45 |
| Delivered | Feb 17, 2012 13:03 | Fuel Surcharge | | 3.34 |
| Svc Area | A1 | Courier Pickup Charge | | 0.00 |
| Signed by | J.VISAN | Discount | | -38.45 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$32.34** |

**Picked up:** Mar 06, 2012    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 793306662604 | Cynthia Alm | Gail Fountain (GUEST) | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN | Hyatt Regency Tampa | |
| Package Type | Customer Packaging | 1717 Main Street | 211 N TAMPA ST | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33602 US | |
| Packages | 1 | | | |
| Rated Weight | 29.0 lbs, 13.2 kgs | | | |
| Delivered | Mar 07, 2012 10:21 | Transportation Charge | | 155.25 |
| Svc Area | A1 | Fuel Surcharge | | 8.68 |
| Signed by | H.AMAYA | Discount | | -88.49 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$75.44** |





**Picked up:** Mar 06, 2012    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Cynthia Alm | Wayne Mason (GUEST) | |
| Tracking ID | 793306676221 | SEDGWICK,DETERT,MORAN | Hyatt Regency Tampa | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 211 N TAMPA ST | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 27.0 lbs, 12.2 kgs | | | |
| Delivered | Mar 06, 2012 10:21 | Transportation Charge | | 147.80 |
| Svc Area | A1 | Fuel Surcharge | | 8.26 |
| Signed by | H.AMAYA | Discount | | -84.25 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$71.81** |

**Picked up:** Mar 06, 2012    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Cynthia Alm | CORI STEINMANN (GUEST) | |
| Tracking ID | 793307680600 | SEDGWICK,DETERT,MORAN | Hyatt Regency Tampa | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 211 N TAMPA ST | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 17.0 lbs, 7.7 kgs | | | |
| Delivered | Mar 06, 2012 10:21 | Transportation Charge | | 116.75 |
| Svc Area | A1 | Discount | | -66.55 |
| Signed by | H.AMAYA | Fuel Surcharge | | 6.53 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$56.73** |

**Picked up:** Mar 06, 2012    **Cust. Ref.:** 00999.000012    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Arron Fox | Guest: Paul Cauley | |
| Tracking ID | 793307792000 | SEDGWICK, DETERT, MORAN & ARNO | Portofino Hotel | |
| Service Type | FedEx Priority Overnight | 1717 MAIN STREET, SUITE 5400 | 260 PORTOFINO WAY | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | REDONDO BEACH CA 90277 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | |
| Delivered | Mar 07, 2012 09:49 | Transportation Charge | | 58.55 |
| Svc Area | A2 | Fuel Surcharge | | 3.27 |
| Signed by | G.VANNETTA | Discount | | -33.37 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$28.45** |

**Picked up:** Mar 06, 2012    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | CLAUDIA DWYER | DAVID C KENT, GUEST | |
| Tracking ID | 798135815375 | SEDGWICK LLP | C/O HYATT REGENCY TAMPA | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 211 N TAMPA ST | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 18.0 lbs, 8.2 kgs | | | |
| Delivered | Mar 07, 2012 10:21 | Transportation Charge | | 106.70 |
| Svc Area | A1 | Fuel Surcharge | | 5.96 |
| Signed by | H.AMAYA | Discount | | -60.82 |
| FedEx Use | 000000000/0001349/_ | **Total Charge** | **USD** | **$51.84** |

**Picked up:** Mar 06, 2012     **Cust. Ref.:** 10711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Cynthia Alm | Wayne Mason (GUEST) | |
| Tracking ID | 798137195343 | SEDGWICK,DETERT,MORAN | Hyatt Regency Tampa | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 211 N TAMPA ST | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 24.0 lbs, 10.9 kgs | | | |
| Delivered | Mar 07, 2012 10:21 | Transportation Charge | | 137.40 |
| Svc Area | A1 | Discount | | -78.32 |
| Signed by | H.AMAYA | Fuel Surcharge | | 7.68 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$66.76** |

**Picked up:** Mar 06, 2012     **Cust. Ref.:** 10711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**



- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Office Services | OFFICE SERVICES | |
| Tracking ID | 798137631471 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 333 BUSH ST FL 30 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | SAN FRANCISCO CA 94104 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | Mar 07, 2012 09:03 | Transportation Charge | | 63.00 |
| Svc Area | A1 | Fuel Surcharge | | 3.52 |
| Signed by | A.GEBRE | Discount | | -35.91 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$30.61** |

**Picked up:** Mar 06, 2012     **Cust. Ref.:** 10711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | USAB | MICHAEL CLERKLEY | GUEST KURT W MEADERS | |
| Tracking ID | 875589083597 | SEDGWICK,DETERT,MORAN & ARNOLD | HYATT REGENCY TAMPA | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 211 N TAMPA ST | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | | |
| Delivered | Mar 07, 2012 07:26 | | | |
| Svc Area | A1 | Transportation Charge | | 148.10 |
| Signed by | H.AMAYA | Fuel Surcharge | | 19.25 |
| FedEx Use | 006614426/0000012/_ | **Total Charge** | **USD** | **$167.35** |

**Picked up:** Mar 06, 2012     **Cust. Ref.:** 6711-000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | USAB | MICHAEL CLERKLEY | GUEST KURT W MEADERS | |
| Tracking ID | 875589083601 | SEDGWICK,DETERT,MORAN & ARNOLD | HYATT REGENCY TAMPA | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 211 N TAMPA ST | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | | |
| Delivered | Mar 07, 2012 07:26 | | | |
| Svc Area | A1 | Transportation Charge | | 148.10 |
| Signed by | H.AMAYA | Fuel Surcharge | | 19.25 |
| FedEx Use | 006614426/0000012/_ | **Total Charge** | **USD** | **$167.35** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-823-65458 | Mar 15, 2012 | 2323-3788-5 | 7 of 12 |

**Picked up:** Mar 06, 2012   **Cust. Ref.:** 10711-000001   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 875589083612 | MICHAEL CLERKLEY | KURT W MEADERS |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HYATT REGENCY TAMPA |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 211 N TAMPA ST |
| Zone | 05 | DALLAS TX 75201-7367 US | TAMPA FL 33602 US |
| Packages | 1 | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | |
| Delivered | Mar 07, 2012 07:26 | | |
| Svc Area | A1 | Transportation Charge | 148.10 |
| Signed by | H.AMAYA | Fuel Surcharge | 19.25 |
| FedEx Use | 006614431/0000012/_ | **Total Charge**     **USD** | **$167.35** |

**Picked up:** Mar 06, 2012   **Cust. Ref.:** 10711-000001   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 875589083689 | MICHAEL CLERKLEY | GUEST KURT MEADERS |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | GUEST GAIL FOUNTAIN |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 211 N TAMPA ST |
| Zone | 05 | DALLAS TX 75201-7367 US | TAMPA FL 33602 US |
| Packages | 1 | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | |
| Delivered | Mar 07, 2012 07:26 | | |
| Svc Area | A1 | Transportation Charge | 148.10 |
| Signed by | H.AMAYA | Fuel Surcharge | 19.25 |
| FedEx Use | 006614426/0000012/_ | **Total Charge**     **USD** | **$167.35** |

**Picked up:** Mar 07, 2012   **Cust. Ref.:** 11022-000001   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793313130136 | Cynthia Alm | Ramon Ortiz |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN | 4101 ADOLPH AVE |
| Package Type | FedEx Pak | 1717 Main Street | KILLEEN TX 76549 US |
| Zone | 02 | DALLAS TX 75201 US | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 18.80 |
| Delivered | Mar 08, 2012 12:59 | Fuel Surcharge | 1.44 |
| Svc Area | A5 | Residential Delivery | 3.00 |
| Signed by | see above | Discount | -10.72 |
| FedEx Use | 000000000/0001283/02 | **Total Charge**     **USD** | **$12.52** |

**Picked up:** Mar 07, 2012   **Cust. Ref.:** 00999-000020   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793313441429 | Jean Ann Underwood | Neil Rambin (Guest) |
| Service Type | FedEx Priority Overnight | SDMA | Waldorf Astoria |
| Package Type | FedEx Pak | 1717 Main Street | 2400 E MISSOURI AVE RM 1220 |
| Zone | 05 | DALLAS TX 75201 US | PHOENIX AZ 85016 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Mar 08, 2012 09:55 | Transportation Charge | 47.65 |
| Svc Area | A1 | Discount | -27.16 |
| Signed by | S.NEWINGHAM | Fuel Surcharge | 2.66 |
| FedEx Use | 000000000/0001552/_ | **Total Charge**     **USD** | **$23.15** |

**Expense Report - Transmittal Report**



ER00000030072120005

**Spender** Gail A. Fountain      **From** Mar 26, 2012   **To** Mar 26, 2012      **Reimbursement Amt** 32.58 USD

**Report name** Office Supplies for Trial

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/26/12 | Supplies | United St... | 32.58  USD | Jennifer M. Arevalo |

Mall Office Products
200 N Tampa Street
Suite 115
Tampa, FL 33602-5161

*Office Supplies*

**Point of Sale**

Order 20153 : SM
3/26/2012
Your Name: SANDRA

# Paid

| Item # | Description | UOM | Qty | Customer Price | Total |
|---|---|---|---|---|---|
| IVR51501 | Compressed Gas Duster, 10oz Can | EA | 2 | 5.99 | 11.98 |
| UNV20815 | Write-On/Erasable Indexes w/White Tabs, 5-Tab, Letter, White, 5/Set | ST | 24 | 0.51 | 12.24 |
| UNV20630 | Perforated Edge Writing Pad, Legal Ruled, Letter, White, 50-Sheet, Dozen | DZ | 1 | . 6.23 | 6.23 |

| | |
|---|---|
| **Subtotal:** | **$30.45** |
| **Tax:** | **$2.13** |
| **Total:** | **$32.58** |
| **Cash:** | **$32.58** |
| **Change Due:** | **$0.00** |

```
     MALL OFFICE PRODUCTS 0
        200 N TAMPA ST
       TAMPA, FL 33602
        TID: 02021264
03/26/12          10:25:54
        SALE
#2525927288
BATCH: 766
VISA
xxxxxxxxxxxx8769
APPR CODE: 032610
INV#: 000005


AMOUNT:        $ 32.58
        ===============
TOTAL:         $ 32.58

      CUSTOMER COPY
```

## Expense Report - Transmittal Report



ER00000030072120006

**Spender** Gail A. Fountain      **From** Mar 26, 2012   **To** Mar 26, 2012      **Reimbursement Amt** 21.76 USD

**Report name** Expenses - Trial in Tampa Fl

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 3 | Audit required | Yes |
| Number of receipts to submit | 3 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/23/12 | Taxi, Trains, o... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 3/26/12 | Other Travel - ... | United St... | 7.76 USD | Jennifer M. Arevalo |
| 3/26/12 | Taxi, Trains, o... | United St... | 7.00 USD | Jennifer M. Arevalo |

## Receipt For Fare

*travel to courthouse*

Fare $ 5⁰⁰ _____ Gratuity $ 2⁰⁰ _____

Date 3-26-12 Total amount paid $ 7⁰⁰ _____

Driver _____

Van# _____

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

## Receipt For Fare

*travel to courthouse*

Fare $ 5⁰⁰ _____ Gratuity $ 2⁰⁰ _____

Date 3-23-12 Total amount paid $ 7.00 _____

Driver _____

Van# _____

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

water for courthouse
breaks

# CVS PHARMACY

220 E MADISON ST, TAMPA, FL
PHARMACY: 228-0084  STORE:   -

REG#03 TRN#8903 CSHR#0600840 STR#4181

**ExtraCare Card #: ********1833**

1 NESTLE PLIFE 16.9    3.88B SAVED    .81
1 NESTLE PLIFE 16.9    3.88B SAVED    .81

2 ITEMS

Survey ID #
6032 8360 5653 563 75

TOTAL              7.76
DISCOVER           7.76
************5660     NS
CHANGE              .00



2504 1812 0868 9030 30
RETURNS WITH RECEIPT THRU 05/25/2012

MARCH 26, 2012          11:31 AM

TRIP SUMMARY:
  Today You Saved              1.62

*********************************

**Expense Report - Transmittal Report**



ER00000030072120007

**Spender** Gail A. Fountain      **From** Mar 14, 2012   **To** Mar 14, 2012      **Reimbursement Amt** 15.00 USD

**Report name** Travel to and from courthouse

**/\*1\*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /\*1\*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

**Expense Report - Transmittal Report**



ER00000030072120008

**Spender** Gail A. Fountain      **From** Mar 20, 2012   **To** Mar 20, 2012      **Reimbursement Amt** 8.55 USD

**Report name** Supplies - trial TAmpa FL

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

## Expense Report - Transmittal Report



ER00000030072120009

**Spender** Gail A. Fountain          **From** Mar 13, 2012 **To** Mar 13, 2012          **Reimbursement Amt** 356.76 USD

**Report name** Group Meal trial team Tampa FL

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 3 | Audit required | Yes |
| Number of receipts to submit | 3 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/8/12 | Group Meal | United St... | 188.62 USD | Jennifer M. Arevalo |
| 3/13/12 | Group Meal | United St... | 67.63 USD | Jennifer M. Arevalo |
| 3/19/12 | Supplies | United St... | 100.51 USD | Jennifer M. Arevalo |

MAGGIANO'S - TAMPA   171
MERCHANT ID
03/08/12   16:57:21 T954
JEREMY           CHK #117
                 CHARGE 1

DSCV
xxxxxxxxxxxxx5660

AUTH #   00824P

CHARGE AMOUNT      163.62

TIP AMOUNT         25|—

TOTAL              188.62

GUEST COPY
WE WELCOME YOUR COMMENTS!
PLEASE CALL US AT 1-800-983-4637
OR VISIT US AT WWW.MAGGIANOS.COM


# Maggiano's
### Little Italy
Perfect for Any Occasion
#703 JEREMYT954
03/08/12 16:10:00   #00171

# CHECK   #0117
DELIVERY FEE      19.94
LGPN CAESAR SAL   49.50
SMPN SPG MT SAU   37.95
SMPN ZITI SAUSA   45.50
Subtotal         152.89
Sales Tax         10.73
## TOTAL   163.62

THANK YOU!
We welcome your comments and feedback
Please contact Chris Sherman
Maggiano's Tampa
813.288.9000

```
0140
Server: INTERNET O I           Rec:  9
03/13/12 11:22, Swiped  T: 998 Term:  1

JACKSON STREET BISTRO
401 EAST JACKSON STREET
TAMPA, FL 33602
(813)472-5777
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
DISCOVER       XXXXXXXXXXXX5660
00 TRANSACTION APPROVED
AUTHORIZATION #: 01384P
Reference: 0313010000140
TRANS TYPE: Credit Card SALE

CHECK:         67.63

TIP:

TOTAL:


        X_____


PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND
```

```
          Jackson St. Bistro

            401 East Jackson St.
             Tampa, FL  33602
              (813) 472-5777
*************************************

0140a  Table 998 #Party 1
INTERNET O  SvrCk: 37 11:21a 03/13/12

1 NAME                          0.00
8 MISC FOOD, 1 price-> 5.95,
  SAND ONLY, 1 price-> 5.95,
  SAND ONLY, 1 price-> 5.95,
  SAND ONLY, 1 price-> 5.95,
  SAND ONLY, 1 price-> 5.95,
  SAND ONLY, 1 price-> 5.95,
  SAND ONLY, 1 price-> 5.95,
  SAND ONLY, 1 price-> 5.95,
  SAND ONLY                    47.60
8 EVIAN                        15.60

              Sub Total:       63.20
              Tax      :        4.43
03/13 11:22aTOTAL:          67.63

*************************************
              THANK YOU!
          PLEASE COME AGAIN!
```

# INVOICE

Mall Office Products
200 N Tampa Street
Suite 115
Tampa, FL 33602-5161

**MALL OFFICE PRODUCTS**

Phone: 813.228.7824
Fax: 813.273.6800

**Bill-To Address**

WILL CALL
200 N TAMPA
TAMPA, FL 33602

Acct #2
Phone: 813-228-7824

**Ship-To Address**

WILL CALL
Attn: GAIL FOUNTAIN
200 N TAMPA
TAMPA, FL 33602

| Order Taker: SM | Sales Rep: Sandra Meadows | Route Code: unitd | SEDGWICK | Terms: Net 30 |

| Item # | Description | UOM | Qty | Filled | Customer Price | Total |
|--------|-------------|-----|-----|--------|----------------|-------|
| SMD73810 | 5 1/4 Inch Expansion File Pocket, Straight Tab, Letter, Manila/Redrope, 50/Box | BX | 1 | 1 | $59.99 | $59.99 |
| UNV20731 | Deluxe Round Ring Vinyl View Binder, 2" Capacity, Black | EA | 2 | 2 | $3.99 | $7.98 |
| UNV20751 | Deluxe Round Ring Vinyl View Binder, 3" Capacity, Black | EA | 2 | 2 | $4.99 | $9.98 |
| UNV20995 | Economy D-Ring Vinyl View Binder, 4" Capacity, Black | EA | 2 | 2 | $7.99 | $15.98 |

**Subtotal:** $93.93

**Tax:** $6.58

**Total:** $100.51

## Expense Report - Transmittal Report



ER0000003021 21 20221

**Spender** Kurt W. Meaders          **From** Mar 26, 2012  **To** Mar 26, 2012          **Reimbursement Amt** 201.59 USD

**Report name** Dinner/Meal - Trial Team

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/26/12 | Group Meal | United St... | 201.59 USD | Jennifer M. Arevalo |



# INVOICE

**Customer ID:** 2099

**Bill To:** Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201

**Phone:** (214)676-4493    **Ext:**
**Email:** gail.fountain@sedgwicklaw.com
**Admin:**

| | | |
|---|---|---|
| Invoice Number: | 19135 | |
| Invoice Date: | 03/26/2012 | **100** |
| Event ID#: | 19135 | |
| Account: | | |

| | | | |
|---|---|---|---|
| Event Date: | Monday, March 26, 2012 | **Delivery Time:** 5:00 PM | |
| # of Guests: | 12 | **Event Times:** 5:00 PM - 5:00 PM | |
| Salesperson: | Melanie Woeber | **Notes:** EMAIL RECEIPT | |
| Event Location: | Hyatt Regency | 211 North Tampa Street Harborview 16th Floor | |
| Contact / Phone: | GAIL (214)676-4493 | Tampa, FL 33602 | |

## Menu

### Parmesan Crusted Chicken

Lightly breaded chicken breast coated with parmesan cheese crumbs

### Mashed Potatoes

### Gravy

### #5 Classic Caesar Salad With Caesar Dressing

Classic Caesar salad tossed with crisp hearts of Romaine, toasted croutons, and grated parmesan with our crafted Caesar dressing.

### Basket Of Assorted Rolls

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

**12 Guests @    $11.95 Per Guest Price**

| | |
|---|---|
| Menu Subtotal: | 143.40 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 40.00 |
| Invoice Subtotal: | 188.40 |
| Taxes Subtotal: | 13.19 |
| Invoice Total: | 201.59 |
| Payments Subtotal: | -201.59 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 201.59 | 056113 |

---

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____

Authorized by:_____    Date:_____

**Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212**



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/26/2012 11:25:51 AM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19135 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/26/2012 11:25:31 AM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 056113 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $201.59 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3315 | **Response:** | NO MATCH |

**Expense Report - Transmittal Report**



ER00000030212120222

**Spender** Kurt W. Meaders      **From** Mar 27, 2012   **To** Mar 27, 2012      **Reimbursement Amt** 342.94 USD

**Report name** Grou Meals - trial team

**/*1*/ Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/27/12 | Group Meal | United St... | 214.43 USD | Jennifer M. Arevalo |
| 3/27/12 | Group Meal | United St... | 128.51 USD | Jennifer M. Arevalo |



# INVOICE

**Customer ID:** 2099

**Bill To:** Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201
**Phone:** (214)676-4493     **Ext:**
**Email:** gail.fountain@sedgwicklaw.com
**Admin:**

| | |
|---|---|
| Invoice Number: 19134 | |
| Invoice Date: 03/27/2012 | **10** |
| Event ID#: 19134 | |
| Account: | |

Event Date: Tuesday, March 27, 2012
# of Guests: 8
Salesperson: Larry Powell

Delivery Time: 11:15 AM
Event Times: 11:15 AM -11:45 AM
Notes: EMAIL RECEIPT

Event Location: Sam Gibbons Courthouse
Contact / Phone: Gail (214)676-4493

801 N. Florida Avenue 13th Floor
Tampa, FL 33602

## Menu
### Combo Deli And Caesar Wraps
### Assorted Deli Wraps
Assorted deli wraps piled high with premium meats and cheese hand rolled in soft vegetable tortillas
(turkey, tuna, ham and roast beef)

### Caesar Wraps
### Fruit Salad
### Basket Of Tropical Chips
### Add: Dessert Basket With Cookies & Brownies
### Matching Disposable Plates & Guestware

8 Guests @     $10.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 87.60 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 27.50 |
| Invoice Subtotal: | 120.10 |
| Taxes Subtotal: | 8.41 |
| Invoice Total: | 128.51 |
| Payments Subtotal: | -128.51 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 128.51 | 007209 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/27/2012 11:00:44 AM

| | | |
|---|---|---|
| **Invoice No.:** 19134 - 2099 | **Card Name:** KURT WOODMEADERS | **Date Received:** 03/27/2012 11:00:30 AM |
| **Card Type:** M/C | **Card Address:** 1717 Main Street | **Approval Code:** 007209 |
| **Card Number:** **** **** **** 5374 | **Card Zip:** 75201 | **Amount Paid:** $128.51 |
| **Card Expires:** 07/01/2012 | **Reference No.:** 3326 | **Response:** NO MATCH |



# INVOICE

Customer ID: 2099

Bill To: Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201

Phone: (214)676-4493    Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

| | |
|---|---|
| Invoice Number: | 19136 |
| Invoice Date: | 03/27/2012 |
| Event ID#: | 19136 |
| Account: | |

**100**

Event Date: Tuesday, March 27, 2012
# of Guests: 12
Salesperson: Larry Powell

Delivery Time: 5:00 PM
Event Times:   5:00 PM - 5:00 PM
Notes: EMAIL RECEIPT

Event Location: Hyatt Regency
Contact / Phone: ( ) -

211 North Tampa Street Harborview 16th Floor
Tampa, FL 33602

## Menu

### Rosemary Merlot Flank Steak
A healthy Italian recipe using extra lean slow roasted steak
A wonderful combination of fresh Rosemary and vine ripe Tomatoes with a Merlot Sauce

### Garlic Potatoes Roasted With Olive Oil

### #2 Artichoke Salad With Balsamic Vinaigrette

### Basket Of Italian Rolls And Crispy Baguettes

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

12 Guests @      $12.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 155.40 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 40.00 |
| Invoice Subtotal: | 200.40 |
| Taxes Subtotal: | 14.03 |
| Invoice Total: | 214.43 |
| Payments Subtotal: | -214.43 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 214.43 | 000795 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212

Printed: 03/27/2012 11:05:05 AM        PHONE: 888-992-6772  FAX: 813-989-2615        Page:   1



## Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/27/2012 11:05:05 AM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19136 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/27/2012 11:00:09 AM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 000795 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $214.43 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3325 | **Response:** | NO MATCH |

## Expense Report - Transmittal Report



ER00000034262120068

**Spender** Cori Steinmann      **From** Mar 7, 2012   **To** Mar 26, 2012      **Reimbursement Amt** 974.11 USD

**Report name** HDR Trial #2

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 4 | Audit required | | Yes |
| Number of receipts to submit | 4 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Other Travel - ... | United St... | 24.95 USD | Jennifer M. Arevalo |
| 3/7/12 | Taxi, Trains, o... | United St... | 111.49 USD | Jennifer M. Arevalo |
| 3/21/12 | Airfare | United St... | 755.60 USD | Jennifer M. Arevalo |
| 3/26/12 | Group Meal | United St... | 82.07 USD | Jennifer M. Arevalo |



# Premier Transportation

1341 W. Mockingbird Lane, Suite 201W
Dallas, TX 75247
**Phone:** 214-351-7000
**Fax:** 214-351-7020

# Transportation Receipt

**Client:**

Sedgwick LLP
Cori Steinmann
2835 Coteau Way
Dallas, TX 75227

**Printed:** 3/12/2012
8:27 AM

**Page:** 1

| Description |
|---|

| | |
|---|---|
| **TripID :** 437980 | **Vehicle Type :** Sedan |
| **Dept. # :** | **GroupName:** |
| **Placed by :** Cori Steinmann | |
| **Passenger :** Mrs. Cori Steinmann  m: (214)704-2462 | |
| **Pick Up Date :** 03-07-12 | **Drop Off Date :** 03-07-12 |
| **Pick Up Time :** 8:45 AM | **Drop Off Time :** 9:45 AM |

**Routing Information :**

Pickup At : Steinmann Residence 2835 Coteau Way # Dallas TX 75227

Dropoff At : DFW International Airport # DFW TX 75261

Name : William Steinmann (PERSONAL)
Payment Type : Master Card
Card #: XXXXXXXXXXXX6703
Expires : 1/2014

| | | | |
|---|---|---|---|
| **Trip Charges** | | | $ 72.75 |
| **Additional Charges** | | | |
| | Airport Tolls | | $6.00 |
| | Administrative Fee | | $8.73 |
| | Fuel Surcharge 13 | | $9.46 |
| **Standard Gratuity:** | 20.00 | % | $ 14.55 |
| **Special Gratuity** | | | $ 0.00 |
| **Tax:** | 0.00 | % | $ 0.00 |
| **Total** | | | $ 111.49 |

PO # :

***2011 NATIONAL OPERATOR OF THE YEAR***

**From:** Steinmann, Cori
**Sent:** Wednesday, March 07, 2012 10:27 AM
**To:** Garner, Lavella
**Subject:** Fwd: Welcome to Traveler Pass. Here's your receipt...

First receipt.

Cori Steinmann
Attorney at Law

Sedgwick LLP

Begin forwarded message:

> **From:** "Gogo" <customercare@gogoair.com>
> **Date:** March 7, 2012 9:43:34 AM CST
> **To:** cori.steinmann@sedgwicklaw.com
> **Subject: Welcome to Traveler Pass. Here's your receipt...**
> **Reply-To:** "Gogo" <customercare@gogoair.com>

View in web browser | View on mobile device



ANOTHER REASON
TO LOVE YOUR AIRLINE.

Hello Cori,

Thank you for purchasing the American Airlines Traveler Pass. You're now ready to get online with Gogo every time you fly a Gogo equipped flight on your airline.

Please note your username: **coris**

Every month, on the same date as your initial purchase, your Traveler Pass renews automatically, with no contracts or obligations. This means you won't have to hassle with buying a new pass every time you fly your airline.

To view the details of your Traveler Pass, sign in at **gogoair.com** and click "My Account."

Thanks again for your purchase. We're pleased to have you on board.

Fly classy,
Your friends at Gogo

---

| Cori Steinmann | Date: | 03/07/2012 |
|---|---|---|
| Username:   coris | Payment Method: | MASTER: XXXX 6703 |
| | American Airlines | |
| | Traveler Pass | $34.95 |
| | Discount | -$10.00 |
| | | |
| | Total | $24.95 |



**DOWNLOAD THE PERFECT CARRY-ON**
GET THE **FREE** GOGO APP FOR EASY,
ONE-STEP SIGN IN.
DOWNLOAD NOW →

---

Contact Us
Gogo Customer Care

   

---

TERMS & CONDITIONS
Use of Gogo service requires registration. Terms of Use

PRIVACY
Privacy Policy

©2011 Gogo LLC. All trademarks are the property of their respective owners. 1250 N Arlington Heights Rd, Itasca, IL 60143

Garner, Lavella

| | |
|---|---|
| **From:** | Steinmann, Cori |
| **Sent:** | Monday, March 26, 2012 8:50 AM |
| **To:** | Garner, Lavella |
| **Subject:** | FW: E-Ticket Confirmation-NZSSYI  22MAR |

Receipt for flight last weekend.

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Wednesday, March 21, 2012 6:33 PM
**To:** Steinmann, Cori
**Subject:** E-Ticket Confirmation-NZSSYI 22MAR





**Date of Issue: 21MAR12**

Cori Steinmann:

Thank you for choosing American Airlines / American Eagle, a member of the
**oneworld®** Alliance.  Below are your itinerary and receipt for the ticket(s)
purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: NZSSYI**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets
within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or
at a Self-Service Check-In machine at the airport.  Check-in options may be found
at  www.aa.com/options.  For information regarding American Airlines checked
baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at
the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a
priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance



1



Record Locator: NZSSYI

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| --- | --- | --- | --- | --- | --- | --- |
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 679 | TAMPA | THU 22MAR 6:35 PM | DALLAS FT WORTH | 8:30 PM | L |
| | Cori Steinmann | FF#: 644MVF6 | Economy | | | Food For Purchase |
| **AA** American Airlines | 1112 | DALLAS FT WORTH | SAT 24MAR 12:50 PM | TAMPA | 4:05 PM | L |
| | Cori Steinmann | FF#: 644MVF6 | Economy | Seat 29D | | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
| --- | --- | --- | --- | --- |
| CORI STEINMANN | 0012306378489 | 682.80 | 72.80 | 755.60 |

| Payment Type: Master Card XXXXXXXXXXXX6703 | | | | Total: $755.60 |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   Flight Status Notification

  member of **oneworld** We know why you fly  **AmericanAirlines**  AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 546629293519211702124490

| | |
|---|---|
| **From:** | Steinmann, Cori |
| **Sent:** | Monday, March 26, 2012 6:23 AM |
| **To:** | Garner, Lavella |
| **Subject:** | Fwd: Taco Bus Downtown Order |

Receipt for courtroom lunch on 3/26 for Wayne, Tim C., Tim W., Kurt, David, Cori, Barry, Ken Coulter, Kelly Roberts, and Allan Campo.

Cori Steinmann
Attorney at Law

Sedgwick LLP


Begin forwarded message:

> **From:** tacobus@me.com
> **Date:** March 26, 2012 7:22:15 AM EDT
> **To:** cori.steinmann@sdma.com
> **Subject: Taco Bus Downtown Order**
>
> Taco Bus Downtown Order
> ORDER FOR TAKE-OUT/PICKUP                generated by GEOMERX
> ORDER #831: Cori Steinmann (Sedgwick) - cori.steinmann@sdma.com
> - 12.174.216.2
> --------------------------------------------------------------------------
> TAKE-OUT/PICKUP FOR: Cori Steinmann
>
> We accept Visa, MasterCard, Discover and American Express credit cards.
>
> We truly appreciate your business and hope you will enjoy another
> delicious meal at home or in the office from our restaurant again soon!
>
> ORDER TIME: Monday March 26, 2012 7:22 AM
> TAKE-OUT/PICKUP TIME: Monday March 26, 2012 11:30 AM DELAYED ORDER
>
>
> ** [Qty] Product.............................................[Price] Total
> --------------------------------------------------------------------
> ** [10] Taco.................................................[$2.69] $26.90
>      : Flour Tortilla
>      Filling Selections: Pollo - Chicken
>      Comments:Please put veggies on the side
>
> ** [5] Shrimp Taco...........................................[$3.99] $19.95
>      : Flour Tortilla
>      Comments:Please put veggies on side
>
> ** [10] Taco.................................................[$2.69] $26.90

1

: Soft Corn Tortilla
Filling Selections: Carne Asada - Grilled Steak
Comments:Please put veggies on the side

** [1] Red or Green Salsa to Go (12oz)........................[$2.95] $2.95
Please Select: Red Salsa
-------------------------------------------------------------------------
Sub-Total: $76.70
7.000% Sales Tax : $5.37
TOTAL: $82.07

PAYMENT METHOD: Credit Card
Credit Card Type: MasterCard
Cardholder's Name: Cori Steinmann
Credit Card No.: ending 96703 (partial number displayed for security)

BILLING ADDRESS: Cori Steinmann
Sedgwick
2835 Coteau Way
Dallas, TX 75227
U.S.A.
Phone: (214) 704-2462
E-Mail: cori.steinmann@sdma.com

## Expense Report - Transmittal Report



ER00000030212120223

**Spender** Kurt W. Meaders          **From** Mar 28, 2012  **To** Mar 28, 2012          **Reimbursement Amt** 175.91 USD

**Report name** Meal - trial team - trial Tampa FL

### /*1*/ Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your /*1*/ will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/28/12 | Group Meal | United St... | 175.91  USD | Jennifer M. Arevalo |



# INVOICE

**Customer ID:** 2099

**Bill To:** **Sedgwick**
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201
**Phone:** (214)676-4493    **Ext:**
**Email:** gail.fountain@sedgwicklaw.com
**Admin:**

| | |
|---|---|
| Invoice Number: | 19179 |
| Invoice Date: | 03/28/2012 |
| Event ID#: | 19179 |
| Account: | |

**100**

Event Date: Wednesday, March 28, 2012
# of Guests: 12
Salesperson: Melanie Woeber

**Delivery Time:** 5:00 PM
**Event Times:** 5:00 PM - 5:00 PM
**Notes:** EMAIL RECEIPT

Event Location: Hyatt Regency
Contact / Phone: ( ) -

211 North Tampa Street Harborview 16th Floor
Tampa, FL 33602

## Menu
### *Meat Lasagna*
Handmade lasagna layered with seasoned beef, tender pasta, marinara, and melted cheeses.
### *#3 Italian Salad Served With Italian Dressing*
Garden salad topped with grated cheese & toasted croutons
### *Basket Of French Baguettes & Rolls*
### *Add: Dessert Basket With Cookies & Brownies*
### *Matching Disposable Plates & Guestware*

12 Guests @    **$9.95 Per Guest Price**

| | |
|---|---:|
| Menu Subtotal: | 119.40 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 40.00 |
| Invoice Subtotal: | 164.40 |
| Taxes Subtotal: | 11.51 |
| Invoice Total: | 175.91 |
| Payments Subtotal: | -175.91 |
| Balance Due: | 0.00 |

# Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 175.91 | 056393 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
**Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212**



## Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/28/2012 12:09:12 PM

| | | | |
|---|---|---|---|
| **Invoice No.:** | 19179 - 2099 | **Card Name:** KURT WOODMEADERS | **Date Received:** 03/28/2012 12:08:57 PM |
| **Card Type:** | M/C | **Card Address:** 1717 Main Street | **Approval Code:** 056393 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** 75201 | **Amount Paid:** $175.91 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** 3383 | **Response:** NO MATCH |

## Expense Report - Transmittal Report



ER00000030212120224

**Spender** Kurt W. Meaders          **From** Mar 29, 2012  **To** Mar 29, 2012          **Reimbursement Amt** 415.48 USD

**Report name** Group Meal - Trial Team attending Trial in Tampa

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/29/12 | Group Meal | United St... | 286.97 USD | Jennifer M. Arevalo |
| 3/29/12 | Group Meal | United St... | 128.51 USD | Jennifer M. Arevalo |



# INVOICE

| | |
|---|---|
| **Customer ID:** | 2099 |

**Bill To:** Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201
**Phone:** (214)676-4493    **Ext:**
**Email:** gail.fountain@sedgwicklaw.com
**Admin:**

| | | |
|---|---|---|
| Invoice Number: | 19212 | **8** |
| Invoice Date: | 03/29/2012 | |
| Event ID#: | 19212 | |
| Account: | | |

**Event Date:** Thursday, March 29, 2012
**# of Guests:** 8
**Salesperson:** Melanie Woeber

**Delivery Time:** 11:15 AM
**Event Times:** 11:15 AM -11:45 AM
**Notes:** EMAIL RECEIPT

*lunch*

**Event Location:** Sam Gibbons Courthouse
**Contact / Phone:** Gail (214)676-4493

801 N. Florida Avenue 13th Floor
Tampa, FL 33602

## Menu

### Croissant Sandwiches

Fluffy croissant sandwiches including albacore tuna salad, white meat chicken salad and ham and swiss cheese garnished with lettuce and tomatoes

### Fruit Salad

### Basket Of Tropical Chips

### Add: Dessert Basket With Cookies & Brownies

### Matching Disposable Plates & Guestware

**8 Guests @     $10.95 Per Guest Price**

| | |
|---|---|
| Menu Subtotal: | 87.60 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 27.50 |
| Invoice Subtotal: | 120.10 |
| Taxes Subtotal: | 8.41 |
| Invoice Total: | 128.51 |
| Payments Subtotal: | -128.51 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 128.51 | 024810 |

---

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____    Date:_____
**Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212**



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/29/2012 10:08:04 AM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19212 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/29/2012 10:07:50 AM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 024810 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $128.51 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3387 | **Response:** | NO MATCH |



# INVOICE

Customer ID: 2099

Bill To: **Sedgwick**
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201
Phone: (214)676-4493    Ext:
Email: gail.fountain@sedgwicklaw.com
Admin:

Invoice Number: ~~19323~~
Invoice Date: 03/29/2012    **101**
Event ID#: ~~19223~~
Account:

Event Date: Thursday, March 29, 2012
# of Guests: 16
Salesperson: Melanie Woeber

Delivery Time: 5:00 PM
Event Times: 5:00 PM - 5:00 PM
Notes: EMAIL RECEIPT

Event Location: Hyatt Regency
Contact / Phone: Gail (214)676-4493

211 North Tampa Street Harborview 16th Floor
Tampa, FL 33602

## Menu

*Dinner*

**Grilled Mahi Mahi**
Marinated and Grilled
**Grilled Vegetables**
**White Confetti Rice**
**#4  Mandarin Orange Salad With Orange Dressing**
Spring Mix field greens offered with fresh vegetables, mandarin oranges, and crispy noodles served with an
Orange Vinaigrette

**Basket Of French Baguettes & Rolls**
**Add: Dessert Basket With Cookies & Brownies**
**Matching Disposable Plates & Guestware**

16 Guests @    **$13.95** Per Guest Price

| | |
|---|---:|
| Menu Subtotal: | 223.20 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 40.00 |
| Invoice Subtotal: | 268.20 |
| Taxes Subtotal: | 18.77 |
| Invoice Total: | 286.97 |
| Payments Subtotal: | -286.97 |
| Balance Due: | 0.00 |

# Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 286.97 | 010527 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____
Authorized by:_____ Date:_____
Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/29/2012 10:07:12 AM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19223 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/29/2012 10:07:02 AM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 010527 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $286.97 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3386 | **Response:** | NO MATCH |

## Expense Report - Transmittal Report



ER00000044152120079

| Spender Edwin B Jackson | From Mar 6, 2012  To Mar 15, 2012 | Reimbursement Amt 1,986.71 USD |

Report name HDR Trial

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 19 | Audit required | No | |
| Number of receipts to submit | 19 | InterAction report filed and | No | |
| Number of VAT receipts | 0 | submitted to Marketing | | |
| Number of lost receipts | 0 | | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/15/12 | Individual Meal | United St... | 12.96 USD | Jennifer M. Arevalo |
| 3/15/12 | Individual Meal | United St... | 19.66 USD | Jennifer M. Arevalo |
| 3/13/12 | Taxi, Trains, o... | United St... | 17.00 USD | Jennifer M. Arevalo |
| 3/13/12 | IT Items Charge... | United St... | 428.01 USD | Jennifer M. Arevalo |
| 3/13/12 | Taxi, Trains, o... | United St... | 35.00 USD | Jennifer M. Arevalo |
| 3/12/12 | Taxi, Trains, o... | United St... | 15.00 USD | Jennifer M. Arevalo |
| 2/23/12 | Airfare | United St... | 226.60 USD | Jennifer M. Arevalo |
| 3/11/12 | IT Items Charge... | United St... | 360.66 USD | Jennifer M. Arevalo |
| 3/11/12 | Taxi, Trains, o... | United St... | 30.00 USD | Jennifer M. Arevalo |
| 2/23/12 | Car Rental | United St... | 93.87 USD | Jennifer M. Arevalo |
| 3/9/12 | IT Items Charge... | United St... | 395.83 USD | Jennifer M. Arevalo |
| 3/9/12 | Taxi, Trains, o... | United St... | 30.00 USD | Jennifer M. Arevalo |
| 3/9/12 | Taxi, Trains, o... | United St... | 28.00 USD | Jennifer M. Arevalo |
| 3/9/12 | Individual Meal | United St... | 12.60 USD | Jennifer M. Arevalo |
| 3/6/12 | Airfare | United St... | 25.00 USD | Jennifer M. Arevalo |
| 3/6/12 | Airfare | United St... | 203.60 USD | Jennifer M. Arevalo |
| 3/6/12 | Individual Meal | United St... | 20.80 USD | Jennifer M. Arevalo |
| 3/7/12 | Other Firm Expe... | United St... | 17.12 USD | Jennifer M. Arevalo |
| 3/6/12 | Taxi, Trains, o... | United St... | 15.00 USD | Jennifer M. Arevalo |

CARD KEYED
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6856

: ID: 996200199849

## Sale

CARD
XXXXX2403
Method: Swiped
+=Online          Batch#: 000017
12                     20:25:47
Response: AUTH/TKT 097590

ce #: 000002     Appr Code: 097590

a Transaction #: 79

.:          $    15.00

N: 985

Customer Copy

---

**FedEx Office.**

| March 07,2012 20:49 | Page: 1 |
|---|---|
| Receipt #: 156240 | |
| MasterCard #: XXXXXXXXXXXX2403 | |
| 2012/03/07 20:41 | |

| Qty | Description | Amount |
|---|---|---|
| 180 | ES B&W S/S White 8.5 x11 | 18.00 |

|  | SubTotal | 18.00 |
|  | Taxes | 1.12 |
|  | Total | 17.12 |

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

**FedEx Office Print & Ship Centers**

402 N. Tampa St.
Tampa,FL 33602
(813) 225-2523
www.FedExOffice.com

Please Recycle This Receipt

---

SSP America
LAX Terminal 5
Creative Croissant
(310) 216-0989

130 vansh K

Chk 1628     Mar06'12 09:24PM Gst 0

**\*\*TO GO\*\***

| 1 Soup - Bowl | 5.65 |
|---|---|
| 1 TURK SWISS SAND | 10.29 |
| 1 20z Aquafina | 3.19 |
| XXXXXXXXXXXX2403 XX/XX | |
| Master Card | 20.80 |

| Food | 19.13 |
|---|---|
| Tax | 1.67 |
| Payment | 20.80 |

Feedback:
Dish Up Your Experience.

We appreciate feedback
about your visit.

Please call us 1 877 325 8777
Or email
feedback@foodtravelexperts.com

---

**▲ DELTA**   *HDR Trial*
#10711-00001

**PASSENGER RECEIPT**   00   **EXCESS BAGGAGE**
06MAR12 0066   US   **TICKET**
DL/ML    OAK FTO

JACKSON/EDWIN
\*\*NOT VALID FOR\*\*
\*\*TRANSPORTATION\*\*

PSGR TICKET 0062369962359

THIS IS YOUR RECEIPT

GOUMFX /DL

OAK DL LAX DL TPA
PIECE  25.00
EBC    25.00

NON REFUNDABLE/
NO CHANGES/NON TR
ANSFERABLE/NOT
VALID FOR TRAVEL

USD   25.00        1

CAXXXXXXXXXXXX2403/078076

**NOT VALID FOR TRAVEL**

USD25.00

0 006 8264057495 4        0  006 8264057495 4



*HDR Trial*

SkyMiles# or Email    PIN    Last Name    **Log In ›**    ⟳ Remember Me    SkyMiles # or PIN reminder    Join SkyMiles ›

## Your purchase is complete. Thank you for choosing Delta.

**Flight Confirmation Number: GOUMFX**

**Travel Protection:**  Your request for Trip Protection has been processed.

**What's Next**
Now that you've finished booking your trip:

- Your e-Tickets, confirmations, receipts, and flight notifications will be emailed to you at ed.jackson@sdma.com.
- Visit My Trips to access your itinerary and manage your flight online.
- If you have a smartphone, get the Delta app to check in, get alerts on flight and gate changes, and more.

Get Notifications    Add to Calendar    Add Trip Services & Activities

PRINT ■    Show Details

**Leg 1   Tue, 06 Mar 2012**

| 7:45pm | OAK | 7:11am 07 Mar | TPA | 1-Stop LAX | 8 hr 26 min Layover | Delta 4572 [1] Delta 933 ⊕ | Economy (T) Economy (T) |

Operated by:    [1]SkyWest Dba Delta Connection

In-Flight services and amenities may vary and are subject to change.



Book with confidence. See Delta's Best Fare Guarantee.

**Total balance due (including taxes/fees):**    $185.60 (USD)

View taxes/fees policies.
View change & cancellation policies.
View baggage policies.
This ticket is non-refundable.

| Passenger | From | To | Seat Assignment | | Special Services (e.g. Wheelchair) |
|---|---|---|---|---|---|
| Edwin Jackson | Oakland, CA (OAK) | Los Angeles, CA (LAX) | Not Assigned | Change Seats | Add/Edit |
| | Los Angeles, CA (LAX) | Tampa, FL (TPA) | 08E | Change Seats | Add/Edit |

### Passenger Information

**Contact**
Telephone number: 925-639-1913 (Cell)
**Billing Information**
Payment Type:    Master Card, ***********2403
Payee:    Edwin Jackson
135 Main Street
Suite 1400
San Francisco, CA 94105, United States

*1071l - 00 800l*

**Price per Passenger**

| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | # of Psgrs | Total Price of Ticket(s) |
|---|---|---|---|---|---|---|

**Price per Passenger**

| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | # of Psgrs | Total Price of Ticket(s) |
|---|---|---|---|---|---|---|
| $152.56 (USD) | $11.44 (USD) | $164.00 (USD) | $21.60 (USD) | $185.60 (USD) | 1 | $185.60 (USD) |

View fare rules
View Taxes/Fees

| Baggage Fees (per passenger each way) | | Economy Class | First / Business Elite[1] |
|---|---|---|---|
| Carry-on Baggage (one bag plus one personal item) | Carry-on Baggage | Complimentary | Complimentary |
| First Checked Bag **Want first bag free?** | Checked Baggage | Within U.S. and Canada: $25 U.S./Canada and Caribbean: $25 International: Complimentary | Complimentary |
| Second Checked Bag* | | Within U.S. and Canada: $40 Mexico, Central America, and Caribbean: $40 Japan and Micronesia: $40 South America, Transatlantic and Transpacific: $75 | Complimentary |

[1]SkyMiles Medallion Members are eligible for **fee waivers and other benefits.**
Lower fees may be available when you check-in online. Fees are charged in CAD or EUR for flights exiting Canada or Europe respectively.
Additional fees apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's baggage guidelines for details.

*Travelers to/from Key West Florida are limited to one checked bag.

## Total Amounts Charged

Flight:                       $185.60 (USD)

Trip Protection:          $18.00 (USD)

Total amount charged (including taxes/fees):       $203.60 (USD)

## A Greener Way to Fly

Delta Air Lines has partnered with The Nature Conservancy® to help you offset your carbon footprint for this trip and offer you other ways to sustain our environment.

[LEARN MORE >]

**Feedback**

Travel may be on other airlines.
Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules.
+Subject to government approval.

THANK YOU FOR SHOPPING AT
COMPUSA - TAMPA
701 N DALE MABRY RD
TAMPA, FL 33609
(813) 350-9088

3/09/12  10:22AM ST7T0062  332 SALE
--------------------------------------
S203-20006
            1  EA   46.99 EA
Samsung CLT-Y407S Yellow Tone   46.99

S203-20005
            1  EA   46.99 EA
Samsung CLT-M407S Magenta Ton   46.99

S203-20004
            1  EA   46.99 EA
Samsung CLT-C407S Cyan Toner    46.99

S203-20003
            1  EA   52.99 EA
Samsung CLT-K407S Black Toner   52.99

S203-2602
            1  EA  149.99 EA
Samsung CLP-325W Wireless Col  149.99
Laser Printer

I207-2512
            1  EA   12.99 EA
HP 50 Pack 52X CDR Spindle      12.99

V34-2904
            1  EA   12.99 EA
Verbatim 50 Pack 16X DVD-R      12.99
Spindle - Life Series

SUB-TOTAL:   369.93    TAX:    25.90
                     TOTAL:   395.83
                     BC AMT: $395.83

K CARD#:   XXXXXXXXXXXX2403
D: 002975
UTH:  015879       AMT:  395.83
ost reference #:00505074  Bat#01
WIPED
ARD TYPE:MASTERCARD    EXPR: XXXX

tal Items:      7

---

HDR Trial
IT

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6056

Merchant ID: 996200199831
Term ID:

Sale

XC-CORP
XXXXXXXXXXXX2403
Entry Method: Swiped
Apprvd: Online        Batch#: 000023
03/09/12              02:17:03
Host Response: AUTH/TKT 023335

Invoice #: 000015    Appr Code: 023335
Ariva Transaction #: 170

Total:          $       28.00

Customer Copy

---

HDR Trial

GOLDEN LOTUS CHINESE RESTAURANT
3365 S JOHN YOUNG PKWY
ORLANDO, FL 32819
407-352-3832

Merchant ID: A0907740

Sale

XXXXXXXXXXXX2403
MASTERCARD         Entry Method: Swiped

Amount:            $       10.60
Tip:                       2.00
Total:                    12.60

03/09/12                 17:13:22
Inv#: 000042       Appr Code: 097311
Apprvd: Online         Batch#: 000158

Customer Copy
THANK YOU!
PLEASE COME AGAIN!

---

UNITED CABS, INC.
Telephone 253-2424
1701 West Cass Street
Tampa, Florida 33606

Nº 84233

Cash $20.00

Date 3/9/12

HDR Trial #(071)-00001

Travel to/from Compusa re color laser
printers for Wayne Magan at Fort Meadeus.

---

HDR - Meal

SSP America
LAX Terminal 5
Creative Croissant
(310) 216-0989
Date:      Mar06'12 09:24PM
Card Type: Master Card
Acct #:    XXXXXXXXXXXX2403
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key: PETE005852658854
Exp Date:  XX/XX
Auth Code: 034938
Check:     1628
Server:    130 vansh K

Total                      20.80
           Feedback:
       Dish Up Your Experience.

We appreciate feedback
about your visit.

Please call us 1 877 325 8777
Or email
feedback@foodtravelexperts.com

*HDR Trial*

# Hotwire

**Itemized Trip Receipt**

**Car rental**

| | |
|---|---|
| Car daily rate - Hotwire Hot Rate: | $31.95 |
| Rental days: | 2 |
| Subtotal: | $93.87 |
| Tax recovery charges and fees: | $29.97 |

**Trip total:** $93.87

| | |
|---|---|
| Billed To: | Edwin Jackson |
| Contact phone: | (925) 639-1913 |
| Contact email: | ed.jackson@sdma.com |
| Charged to: | MasterCard************2403 |
| Date booked: | Thu, Feb 23, 2012 |

**Car rental**
Alamo
1-800-445-5664
**Confirmation code: 764526555**
**Pick-up Location:** Tampa
**Pick-up Date:** Fri, Mar 9, 2012
**Pick-up Time:** 10:00AM
**Drop-off Location:** Orlando
**Drop-off Date:** Sun, Mar 11, 2012
**Drop-off Time:** 7:00AM

**Hotwire Customer Care**
Hotwire itinerary: 3262584513

- **By email**
  support@hotwire.com

- **By phone - anytime**
  U.S./Canada toll free
  1-866-HOTWIRE
  (1-866-468-9473)

- **Outside U.S./Canada**
  1-417-520-1680
  (toll charges apply)

**Jackson, Ed**

| | |
|---|---|
| From: | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| Sent: | Thursday, February 23, 2012 10:37 PM |
| To: | Jackson, Ed |
| Subject: | Southwest Airlines Confirmation-JACKSON/EDWIN-Confirmation: I72E6D |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

## Upcoming Trip: Tampa Trial Support

 AIR Itinerary

## AIR Confirmation: I72E6D          Confirmation Date: 02/24/2012

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| JACKSON/EDWIN | 00001079759601 | 5262423778638 | Feb 23, 2013 | 1230 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Mar 11 | 691 | Depart **ORLANDO INTL (MCO)** at **06:45 AM**<br>Arrive in **DENVER CO (DEN)** at **09:00 AM** |
| | 2825 | Change planes in **DENVER CO (DEN)** at **10:10 AM**<br>Arrive in **OAKLAND CA (OAK)** at **11:55 AM**<br>Travel Time 8 hrs 10 mins |

Air Cost: 226.60

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262423778638: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO YL.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

ORL WN X/DEN WN OAK190.70OLACNNRP 190.70 END ZPMCODEN XFMCO4.5DEN4.5 AY5.00$MCO2.50 DEN2.50






Find a Hotel
See ratings, photos and rates for over 40,000 hotels.
Book a Hotel ➡



1



**Left receipt (Blue One Transportation):**

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6056

Merchant ID: 996200199831
T ID:

**Sale**

CRP
XXXXXXXXX2403
y Method: Swiped
d: Online                    Batch#: 000029
/12                          01:12:51

Response: AUTH/TKT 098025

ce #: 000002     Appr Code: 098025
a Transaction #: 202

15.00

Customer Copy

REPRINT *** REPRINT *** RE
RO MARKET HYDE PARK, L31285
WEST KENNEDY
PA, FL
5

2/2012 01:09:03 PM 374472043

XXXX XXXX 2403 Mastercard
SON/EDWIN B
CE 037582
026164

3
AR CR
/GAL                                 8.799G
                                     3.859

OTAL                          $ 33.96

            Subtotal = $ 33.96
              Tax = $ 0.00
PRIN *** REPRINT *** REPRINT ***

              Total = $ 33.96

                              $ 33.96
RINT *** REPRINT *** REPRINT ***
026164

**Center receipt (United Cabs, Inc.):**

Cash 20.00

№ 84232

Amount

# UNITED CABS, INC.
Telephone 253-2424
1701 West Cass Street
Tampa, Florida 33606

Cab No.

Date 3/11/12

Charge to

Signed

HDR Trial #2
Travel to staples ad computer store for
trial 2 on room supplies
at Tampa

To Staples on N Dale Mabry Rd

HDR Trial

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6056

Merchant ID: 996200199831
Term ID:

**Sale**

NC-CORP
XXXXXXXXXXX2403
Entry Method: Swiped
Approval: Online            Batch#: 000033
03/14/12                    22:59:28
Host Response: AUTH/TKT 001188

Invoice #: 000006    Appr Code: 001188
Aeriva Transaction #: 223

Total:              $   15.00

Cash Tip + 2.00
        17.00
Customer Copy

**Right receipt (CompUSA):**

THANK YOU FOR SHOPPING AT
COMPUSA - TAMPA
701 N DALE MABRY RD
TAMPA, FL 33609
(813) 350-9088

3/11/12  3:02PM ST7T0062   322 SALE
--------------------------------------
S203-20003
                1 EA   52.99 EA
Samsung CLT-K407S Black Toner   52.99

S203-20006
                1 EA   46.99 EA
Samsung CLT-Y407S Yellow Tone   46.99

S203-20005
                1 EA   46.99 EA
Samsung CLT-M407S Magenta Ton   46.99

S203-20004
                1 EA   46.99 EA
Samsung CLT-C407S Cyan Toner    46.99

S203-2602
                1 EA  149.99 EA
Samsung CLP-325W Wireless Col  149.99
Laser Printer

SUB-TOTAL:    343.95    TAX:     23.59
DISCOUNT:     -6.88   TOTAL:    360.66
                     BC AMT:   $360.66

BC CARD#:    XXXXXXXXXXX2403
            032275
AUTH:    034064        AMT:     360.66
Host reference #:00506089  Bat#01
SWIPED
CARD TYPE:MASTERCARD    EXPR: XXXX


Total Items:    5



==>> JRNL#F06089/111           <<==
    CUST # *J15LP

THANK YOU EDWIN B JACKSON
FOR YOUR PATRONAGE

Name: X_____
Acct: SEDGWICK LLP

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL-33602
813-486-6056

nt ID: 956200199831
:D:

**Sale**

RCARD
XXXXXXX2403
Method: Swiped

d: Online          Batch#: 000030
/12                01:29:03

Response: AUTH/TKT 084458

ce #: 000002       Appr Code: 084458

a Transaction #: 212

l:                 35.00

Customer Copy

---

HYATT REGENCY TAMPA
AVANZARE RESTAURANT
128 DANA

53/1        2417        GST 1
    MAR15'12  9:41AM

1  Brkfast Buffet      16.50
   SUBTOTAL            16.50
   TAX                  1.16
   PAYMENT DUE        17.66
NOT FOR CREDIT CARD CHARGES
GRATUITY: _____ 2.00

TOTAL: _____ 19.66
SIGN BELOW FOR ROOM CHARGES ONLY
PRINT NAME: Ed Jackson
ROOM #: 1623
    SIGN FOR ROOM CHARGES ONLY
SIGNATURE: X
E-MAIL: _____
   A 20% GRATUITY IS INCLUDED
   FOR PARTIES OF 6 OR MORE

---

360° GOURMET
Burritos

HOSPITALITY

*******************************
360 Gourmet Burrito  Check 692605
Las Vegas McCarran
Las Vegas  NV, 89119
Tel. (702)261-4170

03/15/12  7:01 PM
Cashier #: RAQUEL
*******************************

ORDER: 12

1 Vitamin Water          3.99
1 Trad Chickn Bowl       7.99

       Taxable:         11.98
                      ---------
     Sub-total:         11.98
     Sales Tax:          0.98
                      ---------
  Total Due:           12.96

Credit Card:           12.96

---

**STAPLES**          #10711-000001

**that was easy.**
Low prices. Every item. Every day.
3702 West Spruce Street
TAMPA, FL 33602
(813) 872-0467

SALE

    1260010 2 002 41916
020I 03/13/12 02:13

QTY SKU                         PRICE

            REWARDS NUMBER 4133476517
1  BLACK #747 FULL ST
   074711747714
1  3-TAB FLDR LTR MAN           18.49
   718103029223
   Your Rewards Price  $5.941    6.99
1  SPLS 8.5X11 MULTIU          ~1.05
   513096
1  SPLS 8.5X11 MULTIU          48.99
   513096
1  LARGE VALUE PACK 4          48.99
   718103151269
1  AVY LSR LBL 6UP 25          12.99
   072782052645
   Your Rewards Price  $10.616  12.49
1  SPLS 8.5X11 MULTIU          ~1.87
   513096
   SPLS 8.5X11 MULTIU          48.99
   513096
1  STAPLES SML BINDER          48.99
   718103012997
1  AVY INK/LSR 30UP 2          11.29
   072782083663
   Your Rewards Price  $21.241  24.99
1  LINKSYS WIRELESS-N          -3.75
   745883587995
   Your Rewards Price  $116.991 129.99
1  SWINGLINE SF4 STAP          -13.00
   074711354622
SUBTOTAL                        6.49
                              400.01
   Standard Tax 7.00%

TOTAL                          28.00

                             $428.01

MasterCard
Card No.: XXXXXXXXXXX2403 [S]
Auth No.: 095698         428.01

## Expense Report - Transmittal Report



ER000000302121 20225

**Spender** Kurt W. Meaders          **From** Mar 21, 2012  **To** Mar 21, 2012          **Reimbursement Amt** 235.61 USD

**Report name** Meal - Trial Team Tampa FL

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/21/12 | Group Meal | United St... | 235.61 USD | Jennifer M. Arevalo |



# INVOICE

**Customer ID:** 2099

**Bill To:** Sedgwick
Gail Fountain
1717 Main Street #5400
Dallas, TX 75201

**Phone:** (214)676-4493     **Ext:**

**Email:** gail.fountain@sedgwicklaw.com

**Admin:**

| | | |
|---|---|---|
| Invoice Number: | 19026 | **101** |
| Invoice Date: | 03/21/2012 | |
| Event ID#: | 19026 | |
| Account: | | |

| | |
|---|---|
| Event Date: Wednesday, March 21, 2012 | Delivery Time: 5:00 PM |
| # of Guests: 16 | Event Times:     5:00 PM - 5:00 PM |
| Salesperson: Larry Powell | Notes: EMAIL RECEIPT |

| | |
|---|---|
| Event Location: Hyatt Regency | 211 North Tampa Street Harborview 16th Floor |
| Contact / Phone:  ( ) - | Tampa, FL 33602 |

## Menu

### *Glazed Rosemary Chicken With Portabella Mushrooms*

### *#5 Classic Caesar Salad With Caesar Dressing*

Classic Caesar salad tossed with crisp hearts of Romaine, toasted croutons, and grated parmesan with our crafted Caesar dressing.

### *Wild Rice Pilaf*

### *Basket Of French Baguettes & Rolls*

### *Add: Dessert Basket With Cookies & Brownies*

### *Matching Disposable Plates & Guestware*

### 16 Guests @     $10.95 Per Guest Price

| | |
|---|---|
| Menu Subtotal: | 175.20 |
| Fuel Surcharge Subtotal: | 5.00 |
| Delivery Charges Subtotal: | 40.00 |
| Invoice Subtotal: | 220.20 |
| Taxes Subtotal: | 15.41 |
| Invoice Total: | 235.61 |
| Payments Subtotal: | -235.61 |
| Balance Due: | 0.00 |

## Tampa

| Card Number | Card Type | Amount | Approval Number |
|---|---|---|---|
| **** **** **** 5374 | M/C | 235.61 | 004398 |

Please sign to authorize delivery and fax a copy for our files to (813) 989-2615. P.O. # if required_____

Authorized by:_____ Date:_____

Please Remit To: Caladium Catering LLC, 116 Caladium Ct., Bradenton, FL 34212



# Caladium Catering LLC

116 Caladium Court
Bradenton, FL 34212
www.corpcaterers-nvip.com

**Print Date:** 03/21/2012 01:50:50 PM

| | | | | | |
|---|---|---|---|---|---|
| **Invoice No.:** | 19026 - 2099 | **Card Name:** | KURT WOODMEADERS | **Date Received:** | 03/21/2012 01:50:36 PM |
| **Card Type:** | M/C | **Card Address:** | 1717 Main Street | **Approval Code:** | 004398 |
| **Card Number:** | **** **** **** 5374 | **Card Zip:** | 75201 | **Amount Paid:** | $235.61 |
| **Card Expires:** | 07/01/2012 | **Reference No.:** | 3233 | **Response:** | NO MATCH |

## Expense Report - Transmittal Report



ER00000302121 20226

| | | |
|---|---|---|
| **Spender** Kurt W. Meaders | **From** Mar 31, 2012  **To** Mar 31, 2012 | **Reimbursement Amt** 868.70 USD |

**Report name** Trial in Tampa FL

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/31/12 | Airfare | United St... | 437.10 USD | Jennifer M. Arevalo |
| 4/1/12 | Airfare | United St... | 431.60 USD | Jennifer M. Arevalo |

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, March 30, 2012 2:02 PM |
| **To:** | Slaten, Rita |
| **Subject:** | FW: Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4S2X58 |

My trip home for Saturday.
Please add to expense reimbursement.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Thursday, March 29, 2012 10:46 PM
**To:** Meaders, Kurt
**Subject:** Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4S2X58

You're all set for your trip



SOUTHWEST

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

 **AIR Itinerary**

## AIR Confirmation: 4S2X58      Confirmation Date: 03/29/2012


Sheraton Dallas

Discover Dallas with special weekend rates.

Book Now >

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| MEADERS/KURT | 00000024698380 | 5262431495928 | Mar 29, 2013 | 5004 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sat Mar 31 | 2426 | Depart **TAMPA INTL** (TPA) at **07:55 AM**<br>Arrive in HOUSTON HOBBY (HOU) at 09:25 AM |
| | 1136 | Change planes in HOUSTON HOBBY (HOU) at 10:00 AM<br>Arrive in **DALLAS LOVE FIELD** (DAL) at **11:00 AM**<br>Travel Time 4 hrs 5 mins |

Air Cost: 437.10

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.


**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.

Book a Hotel ➡


**Rent Some Wheels**

Fare Rule(s): 5262431495928: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

TPA WN X/HOU WN DAL387.91KEV 387.91 END ZPTPAHOU XFTPA4.5HOU3 AY5.00$TPA2.50 HOU2.50

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

 Go to Boarding School ➔

 Get EarlyBird Check-In™ Details ➔

## Cost and Payment Summary


Explore your destination on the perfect set of wheels.
Rent a Car ➔

CLICK 'N SAVE
Get the best travel deals straight to your inbox.
Sign Up Now


ALL-NEW RAPID REWARDS
NEW MEMBERS GET 250 BONUS POINTS TODAY!

AIR - 4S2X58

| | | Payment Information |
|---|---|---|
| Base Fare | $ 387.91 | Payment Type: Mastercard XXXXXXXXXXXX5374 |
| Excise Taxes | $ 29.09 | Date: Mar 29, 2012 |
| Segment Fee | $ 7.60 | Payment Amount: $437.10 |
| Passenger Facility Charge | $ 7.50 | |
| September 11th Security Fee | $ 5.00 | |
| **Total Air Cost** | **$ 437.10** | |

 **Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.

Subscribe Now ➔



Get exclusive travel deals straight to your desktop or iPhone.

Download DING! ➔

## Useful Tools

Check-In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us



Book Air | Book Hotel | Book Car | Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.



[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2011 Southwest Airlines Co. All Rights Reserved

3

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, March 30, 2012 2:01 PM |
| **To:** | Slaten, Rita |
| **Subject:** | FW: Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4U2XC8 |

My return flight on Sunday.
Please turn in for expense report.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Thursday, March 29, 2012 11:18 PM
**To:** Meaders, Kurt
**Subject:** Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4U2XC8

You're all set for your trip!



| | My Account | View My Itinerary Online |
|---|---|---|

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

# Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!


**Budget**
**SAVE UP TO 30%**
or more, plus earn up to 2400 Rapid Rewards Points
**BOOK NOW**

 **AIR Itinerary**

## AIR Confirmation: 4U2XC8          Confirmation Date: 03/29/2012

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| MEADERS/KURT | 00000024698380 | 5262431498061 | Mar 29, 2013 | 5004 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.


**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.
**Book a Hotel ➜**

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Apr 1 | 297 | Depart **DALLAS LOVE FIELD** (DAL) at **08:00 AM** |
| | | *Stops in HOUSTON HOBBY (HOU)* |
| | | Arrive in **TAMPA INTL** (TPA) at **12:30 PM** |
| | | Travel Time 3 hrs 30 mins |

Air Cost: 431.60



 Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262431498061: NONTRANSFERABLE.

**Rent Some Wheels**

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

DAL WN TPA387.91KEV 387.91 END ZPDALHOU XFDAL4.5 AY2.50$DAL2.50

Explore your destination on the perfect set of wheels.

**Rent a Car** ➡

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.



CLICK 'N SAVE

Get the best travel deals straight to your inbox.

Sign Up Now



ALL-NEW RAPID REWARDS

NEW MEMBERS GET 250 BONUS POINTS TODAY!

Go to Boarding School ➡

 Get EarlyBird Check -In™ Details ➡

## Cost and Payment Summary

AIR - 4U2XC8

| | | |
|---|---|---|
| Base Fare | $ 387.91 | **Payment Information** |
| Excise Taxes | $ 29.09 | Payment Type: Mastercard XXXXXXXXXXXX5374 |
| Segment Fee | $ 7.60 | Date: Mar 29, 2012 |
| Passenger Facility Charge | $ 4.50 | Payment Amount: $431.60 |
| September 11th Security Fee | $ 2.50 | |
| **Total Air Cost** | **$ 431.60** | |



### Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or email.

**Subscribe Now** ➡



Get exclusive travel deals straight to your desktop or iPhone.

**Download DING!** ➡

### Useful Tools

Check-In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us


Book Air | Book Hotel | Book Car   Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.



[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2011 Southwest Airlines Co. All Rights Reserved

## Expense Report - Transmittal Report



ER0000003021212120227

**Spender** Kurt W. Meaders      **From** Apr 2, 2012   **To** Apr 2, 2012      **Reimbursement Amt** 250.00 USD

**Report name** Group Meal - Trial Team

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/2/12 | Group Meal | United St... | 250.00 USD | Jennifer M. Arevalo |

**THE LIME**
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com

| | |
|---|---|
| Date: | Apr02'12 04:45PM |
| Card Type: | MASTERCARD |
| Acct #: | XXXXXXXXXXXX5374* |
| Exp Date: | XX/XX |
| Auth Code: | 061045 |
| Check: | 4453 |
| Check ID: | PICK UP 4 30 |
| Server: | 905 M.O.D. C |

Subtotal:      235.40

TIP:_____ *14.60*

TOTAL:_____ *250.00*

---
Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

**THE LIME**
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com

905 M.O.D. C

---
Chk 4453      PICK UP 4 30      Gst 0
            Apr02'12 03:21PM
---

| | | |
|---|---|---|
| | 14PP CHK FAJITAS | |
| 1 | OPEN FOOD | 140.00 |
| | SM TAQUITOS | |
| 1 | OPEN FOOD | 35.00 |
| | 7 DESSERTS CUT | |
| 1 | OPEN FOOD | 21.00 |
| | DELIVERY FEE | |
| 1 | OPEN CATERING | 24.00 |

| | |
|---|---|
| Subtotal | 220.00 |
| Tax | 15.40 |
| 04:45PM Total | 235.40 |

**THANK YOU**
PLEASE COME AGAIN
WE PROUDLY SERVE:
BANZAI ENERGY DRINK
"Dont be BULLied"

## Expense Report - Transmittal Report



ER00000029852120209

Spender Wayne B. Mason          From Mar 17, 2012  To Mar 30, 2012          Reimbursement Amt 11,019.31 USD

Report name HDR Trial #3 - Hotel Bill

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 77 | Audit required | Yes |
| Number of receipts to submit | 77 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 1 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Individual Meal | United St... | 42.59 USD | Jennifer M. Arevalo |
| 3/8/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/8/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/8/12 | Individual Meal | United St... | 28.39 USD | Jennifer M. Arevalo |
| 3/9/12 | Individual Meal | United St... | 36.71 USD | Jennifer M. Arevalo |
| 3/9/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/9/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/10/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/10/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/10/12 | Individual Meal | United St... | 28.10 USD | Jennifer M. Arevalo |
| 3/10/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/11/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/11/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/11/12 | Individual Meal | United St... | 18.00 USD | Jennifer M. Arevalo |
| 3/11/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/12/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/12/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/12/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/13/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/13/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/13/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/14/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/14/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/14/12 | Individual Meal | United St... | 39.36 USD | Jennifer M. Arevalo |
| 3/15/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/15/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/15/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |

| 3/16/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
|---------|---------|--------------|------------|---------------------|
| 3/16/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/16/12 | Group Meal | United St... | 119.78 USD | Jennifer M. Arevalo |
| 3/16/12 | Other Travel - ... | United St... | 107.21 USD | Jennifer M. Arevalo |
| 3/16/12 | Individual Meal | United St... | 36.71 USD | Jennifer M. Arevalo |
| 3/17/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/17/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/17/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/18/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/18/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/18/12 | Individual Meal | United St... | 39.36 USD | Jennifer M. Arevalo |
| 3/19/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/19/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/19/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/20/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/20/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/20/12 | Individual Meal | United St... | 39.36 USD | Jennifer M. Arevalo |
| 3/21/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/21/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/21/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/22/12 | Group Meal | United St... | 172.99 USD | Jennifer M. Arevalo |
| 3/22/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/22/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/22/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/23/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/23/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/23/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/24/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/24/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/25/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/25/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/26/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/26/12 | Lodging | United St... | 176.08 USD | Jennifer M. Arevalo |
| 3/26/12 | Individual Meal | United St... | 20.00 USD | Jennifer M. Arevalo |
| 3/26/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/27/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/27/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/27/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/28/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/28/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/28/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 3/29/12 | Group Meal | United St... | 186.04 USD | Jennifer M. Arevalo |
| 3/29/12 | Individual Meal | United St... | 36.71 USD | Jennifer M. Arevalo |
| 3/29/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/29/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/29/12 | Individual Meal | United St... | 39.67 USD | Jennifer M. Arevalo |
| 3/30/12 | Group Meal | United St... | 1,624.36 USD | Jennifer M. Arevalo |
| 3/30/12 | Group Meal | United St... | 41.00 USD | Jennifer M. Arevalo |
| 3/31/12 | Individual Meal | United St... | 20.40 USD | Jennifer M. Arevalo |
| 4/1/12 | Group Meal | United St... | 33.72 USD | Jennifer M. Arevalo |

TIGHI'S AREAL RISTORANTE
700 HARBOOR POST DRIVE
TAMPA, FL 33602
(813) 221-9883
V6331197

Merchant ID: 2650
Server ID: 9                    Ref #: 00,

Sale

XXXXXXXXXXXX5560
MAST                Entry Method: Swiped

Amount:         $      156.04
Tip:                   30-
Total:               186.04

03/29/12            19:55:58
Inv #: 000818       Appr Code: 008008
Approvl: Online     Batch#: 000005

        Customer Copy

# GUEST CHECK

| Serv | Table No. | No. Guest | Date |
|------|-----------|-----------|------|
| Nicu | PI | 2 | | 0422544 |

| # | | |
|---|---|---|
| 1 | | |
| 2 | Mussels | 11.95 |
| 3 | Bruschetta | 7.95 |
| 4 | | |
| 5 | | |
| 6 | Veal Marsala | 23.95 |
| 7 | with Bowtie pasta | |
| 8 | | |
| 9 | Seafood Risotto | 25.99 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Coffee    Tea    Milk | |

| THANK YOU | | |
|-----------|--------|-------|
| | FOOD | 69.84 |
| | BEVERAGE | 76 |
| | SUB TOTAL | 143.84 |
| | TAX | 10.20 |
| | TOTAL | 156.04 |

## GUEST RECEIPT          0422544

Date _____      Amount _____

The Capital Grille
2223 N Westshore Blvd Ste B22B
Tampa, FL 33607
813-830-9433
Check # :31635-8022

Table 501
Marshall W
08:17 PM  03/30/2012                    Gst 9
Transaction #:171317425

- - - - - - - - - - - - - - - - - - - - - - -

Card Number                          Auth Code
xxxxxxxxxxxx 6580                      015748
mason/wayne b                        Master Card

Check Amount  1354.36

Tip          270
                    1624.36
Total

X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

Deducted $594.03

The Capital Grille
2223 N Westshore Blvd Ste B22B
Tampa, FL 33607
813-830-9433
Check # :31635-8022

Table 501
Marshall W
20:17:19 03/30/2012                   Gst 9

- - - - - - - - - - - - - - - - - - - - -

  1 Proscuitto/Mozzarella          16.00
  1 Lobster & Crab Cakes           19.00
  1 Calamari                       13.00
  Misc Personal Charge            260.00
                                  140.00
                                   11.00

                                   99.00

                                   36.00
  3 10oz Filet Mignon             126.00
  Misc Personal Charge             90.00
                                   12.00
                                    7.00
  1 Coffee                          3.75
  Misc Personal Charge             44.00
  1 Cheesecake                      9.00
  1 Homemade Sorbet                 9.00
  2 Coconut Cream Pie              18.00
  2 Creme Brulee                   18.00
  1 Cappuccino                      5.00
  1 Filet Oscar                    45.00
  1 Delmonico Steak                46.00
  1 Filet Dinner Spec              42.00
  1 Porcini Delmonico              49.00
  1 2 LB Lobster                   48.00
  1 10oz Filet Mignon              44.00
    Au Poivre Style
  2 Roasted Mushrooms              24.00
  2 Lobster Mac nCheese            32.00
  1 Potatoes Au Gratin             10.00
  1 Creamed Spinach                10.00
  1 Sauteed Spinach                10.00

                        Subtotal  1265.75
                        Sales Tax   88.61

                        Total     1354.36

(6580)Master Card                 1354.36

                        Amount Due    0.00
                        Change        0.00

Host your next event in one of our
private rooms. Ask your server for
details.

James Hamilton
Managing Partner

- - - - - - - - - - - - - - - - - - - - - - - - -

**Malio's**
Tampa, Florida
813-223-7746
Date: Mar22'12 08:15PM
Card Type: M.C.
Acct #: XXXXXXXXXXXX5580
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 036631
Check: 6162
Table: 31/1
Server: 93 Nora S

Subtotal: 144.99

Tip: 28 —

Total: 172.99

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

**Malio's**
Tampa, Florida
813-223-7746

93 Nora S

Tbl 31/1        Chk 6162        Gst 3
Mar22'12 06:49PM

Misc Personal Charge          52.00
1 SOD W/ Entree                0.00
1 The Wedge                    8.00
1 Chateubriand                49.00
1 Jalapeno corn                7.00
  ICE CREAM
1 Open Food                    6.00
  ICE CREAM
1 Open Food                    6.00
2 Coffee                       7.50

Food                          83.50
Misc Personal Charge          52.00
Tax                            9.49
08:14PM Total                144.99

Deducted $69.64

Thank you for joining us.
Please Come Again.

TACO BUS DOWNTOWN
905 E FRANKLIN ST
TAMPA, FL 33602
03/30/2012                      13:12:14
Merchant ID:          000006002195740
Terminal ID:               03266081
276207658887

CREDIT CARD
MC SALE

CARD #              XXXXXXXXXXXX5580
INVOICE                         0116
Batch #:                      000074
Approval Code:                064455
Entry Method:                 Swiped
Mode:                         Online

PRE-TIP AMT          $41.00

TIP

TOTAL AMOUNT

CUSTOMER COPY

REPRINT
TACO BUS DOWNTOWN
505 E FRANKLIN ST
TAMPA, FL 33602

03/31/2012                13:06:06
Merchant ID:          000000002195740
Terminal ID:             03266084
276207656687

CREDIT CARD

MC SALE

CARD # TOKEN      XXXXXXXXXX5580
INVOICE                       0051
Batch #:                    000077
Approval Code:               082416
Entry Method:              Swiped
Mode:                        Online

PRE-TIP AMT            $20.40

TIP              _____

TOTAL AMOUNT

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if Credit Voucher)

X _____
     WAYNE B

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

Date:         04/01/2012 12:41PM
Card Type:    MASTER CARD
Acct Num:     ************5580
Exp Date:     **/**
Customer:     MASON/WAYNE B
Card Entry:   SWIPED
Trans Type:   PURCHASE
Auth Code:    040123
Check:        1491
Table:        30-1
Server:       1007 Lindsey

Amount:           $27.72

   TIP:  _____

   TOTAL: _____

SIGNATURE: _____

     I agree to pay above total
according to my card issuer agreement

*** Customer Copy ***

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

1007 Lindsey
                              Guests: 2
Check: 1491
Table: 30-1
          04/01/2012 12:23PM
          DINE IN
1   ICED TEA              2.00
1   COFFEE                2.00
2   HERB RST LAMB        21.90

    FOOD                 21.90
    NON ALCOHOLIC         4.00
    SUBTOTALS            25.90
    INCLUSIVE TAX         0.00
    TAXABLE               1.82
TOTAL DUE            $27.72

     Thank you

## Expense Report - Transmittal Report



ER000000300721 20010

**Spender** Gail A. Fountain    **From** Mar 28, 2012 **To** Mar 28, 2012    **Reimbursement Amt** 72.74 USD

**Report name** Office supplies expense

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/28/12 | Supplies | United St... | 72.74 USD | Jennifer M. Arevalo |



**MALL OFFICE PRODUCTS**

Mall Office Products
200 N Tampa Street
Suite 115
Tampa, FL 33602-5161
Phone: 813.228.7824
Fax: 813.273.6800

<u>Bill-To Address</u>
**WILL CALL**
Acct #2
200 N TAMPA
TAMPA, Florida 33602
Phone: 813-228-7824

<u>Ship-To Address</u>
**WILL CALL**
Attn: gail counts
200 N TAMPA
TAMPA, Florida 33602

Order 20259 : kkw

3/28/2012

| Item # | Description | UOM | Qty | Filled | Picking Ticket |
|--------|-------------|-----|-----|--------|----------------|
| SMD73810 | 5 1/4 Inch Expansion File Pocket, Straight Tab, Letter, Manila/Redrope, 50/Box | BX | 1 | 1 | 52NX3TW |
| UNV12113 | File Folders, 1/3 Cut Assorted, One-Ply Top Tab, Letter, Manila, 100/Box | BX | 1 | 1 | Stocked |

MALL OFFICE PRODUCTS 0
200 N TAMPA ST
TAMPA, FL 33602
TID: 02021264
03/28/12                    08:54:03
SALE
825259272888
BATCH: 768
VISA
xxxxxxxxxxxx8769
APPR CODE: 045408
INV#: 000002

AMOUNT:              $ 72.74
==============
TOTAL:              $ 72.74

CUSTOMER COPY

Expense Report - Transmittal Report



ER0000003007212 0011

| | | | |
|---|---|---|---|
| **Spender** Gail A. Fountain | **From** Apr 1, 2012 **To** Apr 1, 2012 | | **Reimbursement Amt** 151.36 USD |

**Report name** Dinner expense

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/1/12 | Group Meal | United St... | 151.36 USD | Jennifer M. Arevalo |

Greetings from Boston Market. We thought you'd like to know we received your order today. The details of the order are below. Please review your order to confirm that it is accurate. If your order is inaccurate, please click here to update your order.

You will not be able to reply to this email account. If you need to contact us, please call 866-977-9090.

Order Name: Hyatt Regency
Order Type: Catering-Delivery
Order Number: 51036082827



| Customer Info | Delivery Contact |
|---|---|
| Gail Fountain<br>Primary # 469-227-4640<br>Mobile # 214-676-4493 | Gail Fountain<br>214-676-4493 |
| **Delivery Date & Time** | **Delivery Address** |
| Sunday, April 1, 2012<br>5:00 PM - 5:15 PM | Hyatt Regency<br>211 N Tampa St<br>Harborview - 16th Floor<br>TAMPA, FL 33602 |

| Menu Item | Quantity | Unit Price | Total |
|---|---|---|---|
| 01 Build Your Own Buffet | 1 | | |
| Number Of People | 12 | | |
| Rotisserie Chicken | 5 | $9.29 | $46.45 |
| Meatloaf | 7 | $9.29 | $65.03 |
| Loaded Mashed Potatoes | 6 | $0.00 | $0.00 |
| Green Beans | 6 | $0.00 | $0.00 |
| Steamed Vegetables | 6 | $0.00 | $0.00 |
| Macaroni & Cheese | 6 | $0.00 | $0.00 |
| Chocolate Brownie Family Size (serves 6-12) | 2 | $4.99 | $9.98 |
| Cornbread | 12 | $0.00 | $0.00 |

| Method of Payment: Discover | Food & Bev. Total: | $121.46 |
|---|---|---|
| Card Number: ###########5660 | Delivery and Setup Charge: | $20.00 |
| I agree to the total amount as per card issuer agreement. | Estimated Tax: | $9.90 |
| | Total: | $151.36 |

257                                                              Order Placed By: Gail Fountain

## Expense Report - Transmittal Report



ER000000034262120069

**Spender** Cori Steinmann          **From** Mar 30, 2012  **To** Apr 1, 2012          **Reimbursement Amt** 283.08 USD

**Report name** HDR Trial #3

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/1/12 | Group Meal | United St... | 151.36 USD | Jennifer M. Arevalo |
| 4/2/12 | Group Meal | United St... | 131.72 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Steinmann, Cori |
| **Sent:** | Monday, April 02, 2012 12:13 PM |
| **To:** | Garner, Lavella |
| **Subject:** | RE: Moxie's Downtown Order |

FYI- a twenty dollar tip was added to this bringing the total to $131.72. I have te receipt showing the tip which I will send home tomorrow.

---

**From:** Steinmann, Cori
**Sent:** Sunday, April 01, 2012 3:31 PM
**To:** Garner, Lavella
**Subject:** Fwd: Moxie's Downtown Order

Lunch for courthouse April 2nd.

Cori Steinmann
Attorney at Law

Sedgwick LLP


Begin forwarded message:

> **From:** moxietogo@gmail.com
> **Date:** April 1, 2012 3:31:16 PM EDT
> **To:** cori.steinmann@sdma.com
> **Subject: Moxie's Downtown Order**
>
> Moxie's Downtown Order
> ORDER FOR DELIVERY                    generated by GEOMERX
> ORDER #15796: Cori Steinmann (Sedgwick) - cori.steinmann@sdma.com
> - 12.174.216.2
> --------------------------------------------------------------------------
> DELIVERY ADDRESS:Cori Steinmann
>           Sedgwick
>           801 North Florida Ave
>           Floor 13, Courtroom B
>           Tampa, FL 33602
>           U.S.A.
>           Phone: (214) 704-2462
>
> We accept Visa, MasterCard, Discover and American Express credit cards
> when you arrive at the restaurant for your "Take Out/Pickup".We will
> process your credit card when your arrive at the restaurant. Please
> bring the Credit Card to be charged
> Catering orders require 24 hours notice and are for a minimum of 4
> people. Please select your "Delivery" or "Take Out/Pick-Up" time
> carefullyFor "Deliveries" please call (813) 221-4510 to confirm the time
> needed if the order is placed after 10:30 AMWe truly appreciate your

business and hope you will enjoy another delicious meal at home or in
the office from Moxies Downtown again soon!

ORDER TIME: Sunday April 1, 2012 3:31 PM
DELIVERY TIME: Monday April 2, 2012 11:45 AM - 12:15 PM DELAYED ORDER


** [Qty] Product.............................................[Price] Total
---------------------------------------------------------------------------
** [9] Moxies Classic.........................................[$11.29] $101.61
      : Homemade Pasta Salad, Fruit Salad
---------------------------------------------------------------------------
Sub-Total: $101.61
7.000% Sales Tax : $7.11
Delivery Charge: $3.00
TOTAL: $111.72
      20.00 - Tip     $131.72
PAYMENT METHOD: Credit Card
      Credit Card Type: MasterCard
      Cardholder's Name: Cori Steinmann
      Credit Card No.: ending 96703 (partial number displayed for security)

BILLING ADDRESS: Cori Steinmann
      Sedgwick
      2835 Coteau Way
      Dallas, TX 75227
      U.S.A.
      Phone: (214) 704-2462
      E-Mail: cori.steinmann@sdma.com

**From:** Steinmann, Cori
**Sent:** Saturday, March 31, 2012 9:04 AM
**To:** Garner, Lavella
**Subject:** Fwd: Order Confirmation


Cori Steinmann
Attorney at Law

Sedgwick LLP


Begin forwarded message:

> **From:** "Fountain, Gail" <Gail.Fountain@sedgwicklaw.com>
> **Date:** March 31, 2012 10:00:59 AM EDT
> **To:** "Cori Steinmann" <Cori.Steinmann@sedgwicklaw.com>
> **Subject: Fwd: Order Confirmation**


Sent from my iPhone

Begin forwarded message:

> **From:** onlineorder@bost.com
> **Date:** March 30, 2012 4:38:43 PM EDT
> **To:** gail.fountain@sedgwicklaw.com
> **Subject: Order Confirmation**

Greetings from Boston Market. We thought you'd like to know we received your order today. The details of the order are below. Please review your order to confirm that it is accurate. If your order is inaccurate, please click here to update your order.

You will not be able to reply to this email account. If you need to contact us, please call 866-977-9090.



Order Name: Hyatt Regency
Order Type: Catering-Delivery
Order Number: 51036082827

| **Customer Info** | **Delivery Contact** |
| --- | --- |
| Gail Fountain | Gail Fountain |
| Primary # 469-227-4640 | 214-676-4493 |
| Mobile # 214-676-4493 | |
| **Delivery Date & Time** | **Delivery Address** |
| Sunday, April 1, 2012 | Hyatt Regency |

1

5:00 PM - 5:15 PM                                    211 N Tampa St
                                                     Harborview - 16th Floor
                                                     TAMPA, FL 33602

| Menu Item | Quantity | Unit Price | Total |
|---|---|---|---|
| 01 Build Your Own Buffet | 1 | | |
| Number Of People | 12 | | |
| Rotisserie Chicken | 5 | $9.29 | $46.45 |
| Meatloaf | 7 | $9.29 | $65.03 |
| Loaded Mashed Potatoes | 6 | $0.00 | $0.00 |
| Green Beans | 6 | $0.00 | $0.00 |
| Steamed Vegetables | 6 | $0.00 | $0.00 |
| Macaroni & Cheese | 6 | $0.00 | $0.00 |
| Chocolate Brownie Family Size (serves 6-12) | 2 | $4.99 | $9.98 |
| Cornbread | 12 | $0.00 | $0.00 |

Method of Payment:          Discover              Food & Bev. Total:          $121.46
Card Number:                ###########5660       Delivery and Setup Charge:   $20.00
I agree to the total amount as per card issuer agreement.   Estimated Tax:      $9.90
                                                     Total:                    $151.36

257                                                  Order Placed By: Gail Fountain

## Expense Report - Transmittal Report



ER0000002985212021 0

| | | | | |
|---|---|---|---|---|
| **Spender** Wayne B. Mason | | **From** Mar 12, 2012 **To** Apr 8, 2012 | | **Reimbursement Amt** 2,237.92 USD |

**Report name** HDR Trial - #4

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 10 | Audit required | Yes |
| Number of receipts to submit | 7 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/2/12 | Group Meal | United St... | 502.76 USD | Jennifer M. Arevalo |
| 4/3/12 | Group Meal | United St... | 478.85 USD | Jennifer M. Arevalo |
| 4/4/12 | Group Meal | United St... | 32.35 USD | Jennifer M. Arevalo |
| 4/6/12 | Taxi, Trains, o... | United St... | 104.24 USD | Jennifer M. Arevalo |
| 4/6/12 | Group Meal | United St... | 75.88 USD | Jennifer M. Arevalo |
| 4/6/12 | Airfare | United St... | 869.60 USD | Jennifer M. Arevalo |
| 4/8/12 | Taxi, Trains, o... | United St... | 104.24 USD | Jennifer M. Arevalo |

**HAVANA VILLAGE SANDWIC**
120 N DALE MABRY HWY
TAMPA, FL 33609

04/04/2012          12:05:19
Merchant ID:
Terminal ID:    0000000057 16:34
82522698280Z        02812404

CREDIT CARD
MC SALE

CARD #:         XXXXXXXXXXXX5580
INVOICE:        0006
Batch #:        00 1186
CLERK:          0002
Approval Code:  056187
Entry Method:   Swiped
Mode:           Online

MDSE/SERVICES                   $26.35

TIP                             6-

TOTAL AMOUNT                    32.35

X _____
    Customer copy

---

**PANINOTECA**
519 FRANKLIN STREET
TAMPA, FL 33602

1021 nasira

Check: 1885                 04/06/2012 01:15PM      Guests: 3

### DINE IN

| | | |
|---|---|---|
| 1 | RASP TEA | 2.00 |
| 1 | ICED TEA | 2.00 |
| 1 | corona extra | 4.00 |
| 1 | BABA GANOU | 5.95 |
| 1 | DAWALI | 6.95 |
| 1 | RST GRLIC & GRK FETA | 5.95 |
| 3 | HERB RST LAMB | 32.85 |

| | |
|---|---|
| FOOD | 51.70 |
| NON ALCOHOLIC | 4.00 |
| BEER | 4.00 |
| SUBTOTALS | 59.70 |
| INCLUSIVE TAX | 0.00 |
| TAXABLE | 4.18 |

**TOTAL DUE**              **$63.88**

Thank you

---

**PANINOTECA**
519 FRANKLIN STREET
TAMPA, FL 33602

Date:           04/06/2012 01:40PM
Card Type:      MASTER CARD
Acct Num:       ************5580
Exp Date:       **/**
Customer:
Card Entry:     SWIPED
Trans. Type:    PURCHASE
Auth Code:      004311
Check:          1885
Check Name:     30
Server:         1021 nasira

**Amount:**             **$63.88**

TIP: _____      12.

TOTAL: _____    75.88

SIGNATURE: _____

I agree to pay above total
according to my card issuer agreement

*** Customer Copy ***

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

Date:           Apr03'12 08:51PM
Card Type:      MASTERCARD
Acct #:         XXXXXXXXXXXX5580
Card Entry:     SWIPED
Trans Type:     PURCHASE
Trans Key:      E1E0060208471189
Auth Code:      042057
Check:          8560
Table:          8/1
Server:         16 Rick 0

Subtotal:       398.85

TIP: _____

TOTAL: _____

Signature: _____
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

16 Rick 0

Tbl 8/1        Chk 8560           Gst 2
               Apr03'12 06:19PM

Misc Personal Charge          8.50

3 AMUSE                        8.50
1 5 CHEESES                    0.00
1 CHARCUTERIE                 22.25
1 GRN TOMATO                  16.25
1 MUSHRM SALADE               13.25
1 GOLDEN BEETS                11.25
1 KOBE                        10.25
1 VENISON                     36.25
1 CHTCKFN                     35.25
Misc Personal Charge          23.25
                              95.25

3 DECAF                       -----

               Subtotal      372.75
               Tax            26.10
08:49PM Total                398.85

THANK YOU
PLEASE COME AGAIN

---

Deducted $253.47

OYSTERCATCHERS LOUNGE
GRAND HYATT TAMPA BAY

636 ASHLEY
CHK 6963    APR02'12 6:41PM    100    GST 3

1 2 STONE CLAW                55.50
1 D-Oyster 1/2 Dz             80.00
Misc Personal Charge          18.00
Misc Personal Charge          92.00
1 D-Caesar                    12.00
1 D-Soup                      14.00
1 D-Strwbry                   13.00
1 D-Tuna                      29.00
1 D-Scallops                  30.00
1 D-Grouper                   34.00
3 Coffee/Tea                   8.25
SUBTOTAL                     385.75
TAX                           27.01
PAYMENT DUE                412.76

Deducted $202.83

OYSTERCATCHERS LOUNGE
GRAND HYATT TAMPA BAY

CHECK:              6963
GST CHKID:          100
SERVER:             636 ASHLEY
DATE:               APR02'12  8:43PM
CARD TYPE:          MASTERCARD
ACCT #:             XXXXXXXXXXXXX5580
EXP DATE:           XX/XX
AUTH CODE:          098168
RESEARCH:           00000000000000
                    WAYNE B MASON

SUBTOTAL:           412.76

TIP:                30.—

TOTAL:              502.76

CUSTOMER SIGNATURE

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT

Premier Transportation
1341 W. Mockingbird Lane, Suite 201W
Dallas, TX 75247
214-351-7000      Fax:  214-351-7020

Toll Free:    800-789-4847


PREMIER
TRANSPORTATION

Confirmation # :  **443144**

www.premierofdallas.com
reservations@premierofdallas.com

## Transportation Confirmation

### ***2011 NATIONAL OPERATOR OF THE YEAR***

| | |
|---|---|
| Company : | Sedgwick LLP |
| Requestor: | Ms. Garner, Lavella |
| Address  : | |
| | TX |

Your PO #:
Dept. #:

| | | | |
|---|---|---|---|
| Home # | | Office # | (469) 227-4606 |
| Fax  # | | Mobile # | |

## Pick Up & Drop Off Information

Passenger (s) :      1        Wayne Mason   m: (214) -70-7-8235          Occasion:  **Airport**

Vehicle Type : Sedan

Pick Up Date...:  **4/6/12 (Friday)**

Pick Up Time..:  **6:35PM**

Pick Up :        DFW International Airport   , ,

Drop Off :      George Mason Residence 6821 Carolyncrest Dr  Dallas TX, 75214,

| Airport / Rail Station | Airline / Rail | Flight / Train # | Terminal | Time | Flight Status | Origin / Dest |
|---|---|---|---|---|---|---|
| DFW International Airport | AA - American Airlines | 1667 | | 6:35 PM | ARRIVE | TPA |
| **Meeting Procedure** | Baggage | | | | | |

### Notes:

## Billing & Rate Information

| | | | | | |
|---|---|---|---|---|---|
| Billing Type : | Master Card | | Hourly Rate : | 0.00   hr(s)   x | $0.00 |
| Account # : | XXXXXXXXXXXX5580 | Exp: | Fixed Rate :  + $67.75          = | $67.75 |
| Acct. Name : | Wayne Mason | | Gratuity Rate : | 20.00 % | $13.55 |
| | | | Tax : | 0.00 % | $0.00 |
| | | | Airport Tolls : | | $6.00 |
| | | | Administrative Fee : | | $8.13 |
| | | | Fuel Surcharge 13 : | | $8.81 |

Trip Charges and additional fees
are estimated and subject to final
audit upon completion of
reservation

| | |
|---|---|
| Special Gratuity | $0.00 |
| Trip Total: | $104.24 |
| Deposit | $0.00 |
| **Total Due:** | $104.24 |

## Cancellation Policy

+++ Premier has a 2 hour cancellation policy for all transfers in the Dallas Metroplex (point to point and airport).  All out of town
reservations require a 4 hour cancellation window.  All charter/hourly and specialty vehicle (limousines, mini buses, etc...)
reservations require 48 hour notice.

+++ Failure to locate your chauffeur will result in a full charge.

+++ Please review this reservation  and notify our reservations department if an error is found or if you need to make a change.
Thanks again for your business!

| | | |
|---|---|---|
| Date & Time Generated: | Agent - Date & Time Entered: | Generated by Livery Coach Software |
| 4/5/12  10:47:22 | | |



**PREMIER**
TRANSPORTATION

Confirmation # : | **443146**

*www.premierofdallas.com*
*reservations@premierofdallas.com*

## Transportation Confirmation

### ***2011 NATIONAL OPERATOR OF THE YEAR***

| | |
|---|---|
| Company : | Sedgwick LLP |
| Requestor: | Ms. Garner, Lavella |
| Address   : | |
| | TX |

Your PO #:
Dept. #:

| | |
|---|---|
| Home # | |
| Fax  # | |
| Office # | (469) 227-4606 |
| Mobile # | |

## Pick Up & Drop Off Information

Passenger (s) :      1      Wayne B. Mason   m: (214) 707-8235          **Occasion:  Airport**

Pick Up Date...:  **4/8/12 (Sunday)**                                   **Vehicle Type :** Sedan

Pick Up Time..:  **6:15AM**

Pick Up :     Mason Residence 8722 Sanshire Ave  Dallas TX, 75231,

Drop Off :    DFW International Airport   , ,

| Airport / Rail Station | Airline / Rail | Flight / Train # | Terminal | Time | Flight Status | Origin / Dest |
|---|---|---|---|---|---|---|
| DFW International Airport | AA - American Airlines | 1430 | | 08:05 AM | DEPART | TPA |

**Notes:**    DO NOT SEND AN SUV  FOR THIS CLIENT UNLESS HE SPECIFICALLY ORDERS AN SUV!!! HE ONLY WANTS TOWN
CARS!!!!!  DRH.

## Billing & Rate Information

| | | |
|---|---|---|
| Billing Type : | Master Card | |
| Account # : | XXXXXXXXXXX5580 | Exp: |
| Acct. Name : | Wayne Mason | |

| | | | |
|---|---|---|---|
| Hourly Rate : | 0.00 | hr(s)    x | $0.00 |
| Fixed Rate : | + $67.75 | = | $67.75 |
| Gratuity Rate : | 20.00% | | $13.55 |
| Tax : | 0.00% | | $0.00 |
| Administrative Fee : | | | $8.13 |
| Fuel Surcharge 13 : | | | $8.81 |
| Airport Tolls : | | | $6.00 |
| Special Gratuity : | | | $0.00 |
| Trip Total: | | | $104.24 |
| Deposit | | | $0.00 |
| **Total Due:** | | | **$104.24** |

**Trip Charges and additional fees
are estimated and subject to final
audit upon completion of
reservation**

## Cancellation Policy

+++ Premier has a 2 hour cancellation policy for all transfers in the Dallas Metroplex (point to point and airport).  All out of town
reservations require a 4 hour cancellation window.  All charter/hourly and specialty vehicle (limousines, mini buses, etc...)
reservations require 48 hour notice.
+++ Failure to locate your chauffeur will result in a full charge.
+++ Please review this reservation  and notify our reservations department if an error is found or if you need to make a change.
Thanks again for your business!

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Thursday, April 05, 2012 6:44 AM |
| **To:** | Garner, Lavella |
| **Cc:** | Mason Donna L. |
| **Subject:** | Fwd: E-Ticket Confirmation-LLOXGM  06APR |

My 2:45 flight was cancelled. I was able to get them to put me on this one. Please change premier pick up and now they will be taking me straight to my brother George's house for Brian and Melissa's couples wedding shower.

Wayne

Wayne B. Mason
wayne.mason@sedgwicklaw.com

Sedgwick LLP
1717 Main St, Suite 5400
Dallas, Texas 75201
469-227-4602 direct

Begin forwarded message:

>   **From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
>   **Date:** 5 April 2012 06:20:31 AM EDT
>   **To:** "WAYNE.MASON@SEDGWICKLAW.COM"
>   <WAYNE.MASON@SEDGWICKLAW.COM>
>   **Subject: E-Ticket Confirmation-LLOXGM  06APR**



**AmericanAirlines** AA.com — eTicket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers

**Date of Issue: 05APR12**

Wayne B Mason:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: LLOXGM**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets

Budget
Save up to 30%
plus earn
AAdvantage® miles.

AVIS
Save up to 35%
plus earn
AAdvantage® miles.

AAdvantage
Earn
miles
on this
trip
Enroll Now

within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Buy trip insurance




## Itinerary

| Carrier | Flight Number | Departing | | | Arriving | | Booking Code |
|---------|---------------|-----------|--------|-------------|----------|------|--------------|
| | | City | Date & Time | | City | Time | |
| **AA** American Airlines | 1667 | TAMPA | FRI 06APR 4:50 PM | | DALLAS FT WORTH | 6:35 PM | Y |
| | Wayne Mason | FF#: M610686 PLT | | | Economy | Seat 15B | Food For Purchase |
| **AA** American Airlines | 1430 | DALLAS FT WORTH | SUN 08APR 8:05 AM | | TAMPA | 11:20 AM | L |
| | Wayne Mason | FF#: M610686 PLT | | | Economy | Seat 12B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|-----------|---------------|----------|------------------|--------------|
| WAYNE MASON | 0012367212378 | 788.84 | 80.76 | 869.60 |

**Payment Type:** Exchange

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply.** To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.








member of **oneworld**

We know why you fly`
**AmericanAirlines**®
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 525225641723050519 3127000

## Expense Report – Transmittal Report



ER000000470921 20001

Spender James M Steere          From Mar 7, 2012   To Mar 23, 2012          Reimbursement Amt 806.94 USD

Report name HDR War Room

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | No |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Miles/Kilos | United St... | 321.01 USD | Jennifer M. Arevalo |
| 3/8/12 | IT Items Charge... | United St... | 18.69 USD | Jennifer M. Arevalo |
| 3/8/12 | IT Items Charge... | United St... | 64.16 USD | Jennifer M. Arevalo |
| 3/9/12 | Individual Meal | United St... | 42.41 USD | Jennifer M. Arevalo |
| 3/18/12 | Miles/Kilos | United St... | 315.68 USD | Jennifer M. Arevalo |

THANK YOU FOR SHOPPING AT
COMPUSA - TAMPA
701 N DALE MABRY RD
TAMPA, FL 33609
(813) 350-9088

3/08/12  5:20PM          322 SALE
--------------------------------------

B50-30003
                1  EA  12.99 EA
Brother L5V XL Yellow Ink         12.99

B50-30002
                1  EA  12.99 EA
Brother C75M XL Magenta Ink       12.99

B50-30001
                1  EA  12.99 EA
Brother LC75C XL Cyan Ink         12.99

B50-30000
                1  EA  20.99 EA
Brother C75BX XL Black Ink        20.99

SUB-TOTAL:     59.96    TAX:      4.20
                        TOTAL:   64.16
                        BC AMT:  $64.16

VISA                    XXXXXXXXXXXX0200

                                  64.16

                          APPR: XXXX

||||||||||||||||||||||||||||||

==> JRHL3F04004/111          <<==
        QUS7 # 111

THANK YOU JAMES M STEERE
FOR YOUR PATRONAGE

Name: X
Acct: TAMPA CUSTOMER

---

LongHorn 5113
2055 N Dale Mabry Hwy
Tampa, FL 33607
                        Check # :45433
Meg
09:04 PM  03/09/2012         Gst 1
Transaction #:9479277

ID # 4151 33347 4584

*****************************************
*  We value your opinion. Please        *
*  tell us about your dining            *
*  experience by completing an          *
*  online survey within 7 days of       *
*  your visit. You could win a          *
*  $1,000 Grand Prize or 1 of 100       *
*  $50 prizes  Winners are dr           *
*  weekly                               *
*                                       *
*  To complete the survey and enter     *
*  the contest, go to                   *
*  www.LongHornSurvey.com and enter     *
*  the ID on this receipt.              *
*  NO PURCHASE NECESSARY. Void where    *
*  prohibited. See Official Rules at    *
*  www.LongHornSurvey.com.              *
*                                       *
*  Valoramos su opinión. Complete la    *
*  encuesta sobre su experiencia        *
*  gastronómica en                      *
*  www.LongHornSurvey.com.              *
*****************************************
'OFFER EXPIRES Mar 16, 2012)

------------------------------------

Card Number                Auth Code
xxxxxxxxxxxx 0200            090421
steere/james m               Visa

Check Amount        35.71

Tip  ..  _____  7 00

Total  ..  _____  42 41

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

                Guest Copy



**Directions to 211 N Tampa St, Tampa, FL 33602**
276 mi – about **4 hours 36 mins**

(A)  2400 E Commercial Blvd, Fort Lauderdale, FL 33308

| | | |
|---|---|---|
| | 1. Head **east** on **NE 50th St/E Commercial Blvd** toward **NE 24th Terrace** | go 0.3 mi<br>total 0.3 mi |
| ⤺ | 2. Make a U-turn at **NE 26th Ave**<br>Continue to follow E Commercial Blvd<br>About 7 mins | go 2.3 mi<br>total 2.6 mi |
| 95 | 3. Merge onto **I-95 S** via the ramp to **Miami**<br>About 8 mins | go 7.1 mi<br>total 9.6 mi |
| ⤴ | 4. Take exit **25** for **FL-84 W** | go 0.4 mi<br>total 10.0 mi |
| (84) | 5. Turn right onto **FL-84 W**<br>About 2 mins | go 1.6 mi<br>total 11.6 mi |
| 595 | 6. Keep left at the fork, follow signs for **I-595 W/FL-84 W** and merge onto **FL-84 W/**<br>**I-595 W**<br>Continue to follow I-595 W<br>About 11 mins | go 10.5 mi<br>total 22.1 mi |
| 75 | 7. Merge onto **I-75 N**<br>Partial toll road<br>About 3 hours 20 mins | go 210 mi<br>total 232 mi |
| 275 | 8. Take exit **228** to merge onto **I-275 N** toward **St Petersburg**<br>Partial toll road<br>About 43 mins | go 43.1 mi<br>total 275 mi |
| ⤴ | 9. Take exit **44** toward **Downtown E/Downtown W** | go 476 ft<br>total 275 mi |
| ⤷ | 10. Keep right at the fork, follow signs for **Tampa St** and merge onto **N Tampa St**<br>Destination will be on the left<br>About 4 mins | go 0.8 mi<br>total 276 mi |

(B)  211 N Tampa St, Tampa, FL 33602

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2012 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.

James Steere <jmsteere@gmail.com>

 **Your Order with Amazon.com**

---

auto-confirm@amazon.com <auto-confirm@amazon.com>      Thu, Mar 8, 2012 at 4:25 PM
To: "jmsteere@gmail.com" <jmsteere@gmail.com>

**amazon.com**       🛒 VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

**Thanks for your order, James M. Steere!**

**Want to manage your order online?**
If you need to check the status of your order or make changes, please visit our
home page at Amazon.com and click on Your Account at the top of any page.

**Purchasing Information:**

**E-mail Address:** jmsteere@gmail.com

| **Billing Address:** | **Shipping Address:** |
|---|---|
| James Steere | GUEST - Gail Fountain |
| 5207 BUTTONWOOD CT | HYATT REGENCY TAMPA - HARBORVIEW |
| Tamarac, FL 33319-3128 | ROOM |
| United States | 211 N TAMPA ST |
| | TAMPA, FL 33602-5805 |
| | United States |

**Order Grand Total: $18.69**

Get the Amazon.com Rewards Visa Card and earn **3% rewards** on your
Amazon.com orders.

**Order Summary:**

Shipping Details : (order will arrive in 1 shipment)

| | |
|---|---|
| **Order #:** | 103-6746036-1595415 |
| **Shipping Method:** | Two-Day Shipping |
| Items: | $18.69 |
| Shipping & Handling: | $0.00 |
| | ------ |
| Total Before Tax: | $18.69 |
| Estimated Tax To Be Collected: | $0.00 |
| | ------ |
| **Order Total:** | **$18.69** |

**Delivery estimate:** Mar. 12, 2012
  1 "**Brother Compatible LC75 (LC-75) Set Of 20 High Yield (8xBK, 4xC,
4xM, 4xY) For for MFC-J280W,J425W,J430W,J435W,
J825DW,J835DW,J5910DW,J625DW,J6510DW,J6**"
Office Product; $18.69
In Stock



PREPAID TOLL PROGRAM

# Detail Statement

JAMES STEERE
5207 BUTTONWOOD CT.
TAMARAC FL 33319

Statement Period:          03/01/2012 12:00:00 AM to 03/31/2012 11:59:59 PM          Customer# 3557718
Printed On: 04/06/2012 12:37:51 PM

You are enrolled in SunPass® Plus.
You saved $5.50 during this period by using SunPass®.

## Financial Activity of Transponder 058191170110

| Process Date | Activity | Transaction Type | Amount | Running Balance |
|---|---|---|---|---|
| | **BEGINNING TRANSPONDER BALANCE** | | | **$12.30** |
| 03/06/2012 09:33:03 | Transponder 058191170110 on 03/06/2012 08:08:11 at Commercial - SunPass Only Ramp lane 10D with 02 axles. | TTOL | ($0.50) | $11.80 |
| 03/07/2012 14:46:52 | Transponder 058191170110 on 03/07/2012 13:22:54 at Everglades Pkwy - East lane 06D with 02 axles. | TTOL | ($2.00) | $9.80 |
| 03/07/2012 14:50:36 | Prepaid Replenishment - 058191170110 | REPL | $10.00 | $19.80 |
| 03/07/2012 22:35:53 | Transponder 058191170110 on 03/07/2012 17:09:10 at Sunshine Skyway S lane 01B with 02 axles. | TTOL | ($0.75) | $19.05 |
| 03/10/2012 17:40:05 | Transponder 058191170110 on 03/10/2012 16:22:13 at Everglades Pkwy - West lane 05D with 02 axles. | TTOL | ($2.00) | $17.05 |
| 03/10/2012 18:50:56 | Transponder 058191170110 on 03/10/2012 17:27:27 at Sunrise Mainline NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $16.30 |
| 03/11/2012 04:32:21 | Transponder 058191170110 on 03/10/2012 13:21:28 at Tampa Crosstown Expwy East2 lane 72S with 02 axles. | TTOL | ($1.50) | $14.80 |
| 03/13/2012 08:46:18 | Transponder 058191170110 on 03/13/2012 07:36:24 at Commercial - SunPass Only Ramp lane 10D with 02 axles. | TTOL | ($0.50) | $14.30 |
| 03/17/2012 19:06:06 | Transponder 058191170110 on 03/17/2012 12:40:55 at Commercial - SunPass Only Ramp lane 10D with 02 axles. | TTOL | ($0.50) | $13.80 |
| 03/18/2012 00:03:08 | Transponder 058191170110 on 03/17/2012 15:50:45 at Commercial Blvd lane 09D with 02 axles. | TTOL | ($0.50) | $13.30 |
| 03/19/2012 00:31:07 | Transponder 058191170110 on 03/18/2012 17:38:10 at Sunrise Mainline SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $12.55 |
| 03/19/2012 01:14:02 | Transponder 058191170110 on 03/18/2012 17:46:41 at Everglades Pkwy - East lane 06D with 02 axles. | TTOL | ($2.00) | $10.55 |
| 03/19/2012 04:19:03 | Transponder 058191170110 on 03/18/2012 21:26:21 at Tampa Crosstown Expwy East1 lane 31S with 02 axles. | TTOL | ($1.50) | $9.05 |
| 03/19/2012 04:21:22 | Prepaid Replenishment - 058191170110 | REPL | $10.00 | $19.05 |
| 03/23/2012 16:15:30 | Transponder 058191170110 on 03/23/2012 11:38:58 at Tampa Crosstown Expwy East2 lane 72S with 02 axles. | TTOL | ($1.50) | $17.55 |
| 03/23/2012 20:36:23 | Transponder 058191170110 on 03/23/2012 14:12:08 at Everglades Pkwy - West lane 05D with 02 axles. | TTOL | ($2.00) | $15.55 |
| 03/23/2012 21:40:36 | Transponder 058191170110 on 03/23/2012 15:15:56 at Sunrise Mainline NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $14.80 |
| 03/28/2012 06:35:00 | Transponder 058191170110 on 03/28/2012 05:13:03 at Commercial - SunPass Only Ramp lane 10D with 02 axles. | TTOL | ($0.50) | $14.30 |
| 03/28/2012 07:38:48 | Transponder 058191170110 on 03/28/2012 05:45:43 at Commercial Blvd lane 09D with 02 axles. | TTOL | ($0.50) | $13.80 |

# Financial Activity of Transponder 058191170110

| Posted Date | Activity | Transaction Type | Amount | Running Balance |
|---|---|---|---|---|
| 03/31/2012 23:46:33 | Transponder 058191170110 on 03/31/2012 21:39:02 at Commercial - SunPass Only Ramp lane 10D with 02 axles. | TTOL | ($0.50) | $13.30 |
| 03/31/2012 23:47:21 | Transponder 058191170110 on 03/31/2012 22:39:21 at Commercial Blvd lane 09D with 02 axles. | TTOL | ($0.50) | $12.80 |
| | **ENDING TRANSPONDER BALANCE** | | | **$12.80** |

Transaction Legend --- REPL = Replenishment, TTOL = Transponder Toll, ETKT= Entry onto Florida's Tpke Mainline Ticket System, XTKT= Exit from Florida's Tpke Mainline Ticket System, SREC = Recovered Suspense, ITOL= Image Toll, EPRK = Entry into a SunPass Plus Parking facility, PRKG = Exit from a SunPass Plus Parking facility, XADJ = Axle Adjustment, TCA = Toll Credit Adjustment, FADJ = Fare Adjustment (Managed Lanes), IRVS = Image Reversal

SunPass® is a registered trademark of the Florida Department of Transportation




Tracking ID: 798142673709 continued

| | | | | |
|---|---|---|---|---|
| Rated Weight | 3.0 lbs, 1.4 kgs | | | |
| Delivered | Mar 08, 2012 09:37 | Transportation Charge | | 56.15 |
| Svc Area | A1 | Discount | | -32.01 |
| Signed by | D.SMITH | Fuel Surcharge | | 3.14 |
| FedEx Use | 000000000/0001415/_ | **Total Charge** | **USD** | **$27.28** |



**Picked up: Mar 07, 2012**  **Cust. Ref.: 00998-004487**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798143563653 | Cherie Zeier | Steve Duell | |
| Service Type | FedEx Express Saver | Sedgwick LLP | 6616 LEGEND LN | |
| Package Type | FedEx Pak | 2400 E. Commercial Blvd. | WATERFORD WI 53185 US | |
| Zone | 06 | FORT LAUDERDALE FL 33308 US | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 14.25 |
| Delivered | Mar 09, 2012 11:04 | Residential Delivery | | 3.00 |
| Svc Area | A2 | Fuel Surcharge | | 1.39 |
| Signed by | see above | Discount | | -6.56 |
| FedEx Use | 000000000/0007175/02 | **Total Charge** | **USD** | **$12.08** |

**Picked up: Mar 07, 2012**  **Cust. Ref.: 10711-000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 32.0 lbs, 24" x 18" x 12", using a dimensional factor of 166.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798143742306 | OFFICE SERVICES | GUEST - JAMES STEER | |
| Service Type | FedEx Priority Overnight | SEDGWICK | HYATT REGENCY - TAMPA | |
| Package Type | Customer Packaging | 2400 E COMMERCIAL BLVD | 211 N TAMPA ST | |
| Zone | 02 | FORT LAUDERDALE FL 33308 US | TAMPA FL 33602 US | |
| Packages | 1 | | | |
| Actual Weight | 25.0 lbs, 11.3 kgs | | | |
| Rated Weight | 32.0 lbs, 14.5 kgs | Transportation Charge | | 62.60 |
| Declared Value | USD 500.00 | Discount | | -35.68 |
| Delivered | Mar 08, 2012 10:27 | Direct Signature | | 0.00 |
| Svc Area | A1 | Declared Value Charge | | 4.00 |
| Signed by | M.MITCHELL | Fuel Surcharge | | 3.50 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | **USD** | **$34.42** |

**Picked up: Mar 07, 2012**  **Cust. Ref.: 10711-000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 59.0 lbs, 21" x 21" x 22", using a dimensional factor of 166.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798143742319 | OFFICE SERVICES | GUEST - JAMES STEER | |
| Service Type | FedEx Priority Overnight | SEDGWICK | HYATT REGENCY - TAMPA | |
| Package Type | Customer Packaging | 2400 E COMMERCIAL BLVD | 211 N TAMPA ST | |
| Zone | 02 | FORT LAUDERDALE FL 33308 US | TAMPA FL 33602 US | |
| Packages | 1 | | | |
| Actual Weight | 35.0 lbs, 15.9 kgs | | | |
| Rated Weight | 59.0 lbs, 26.8 kgs | Transportation Charge | | 104.45 |
| Declared Value | USD 1,000.00 | Discount | | -59.54 |
| Delivered | Mar 08, 2012 10:27 | Direct Signature | | 0.00 |
| Svc Area | A1 | Declared Value Charge | | 8.00 |
| Signed by | M.MITCHELL | Fuel Surcharge | | 5.84 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | **USD** | **$58.75** |

1072-02-00-0006012-0002-0051241

## Expense Report - Transmittal Report



ER00000030072120012

**Spender** Gail A. Fountain          **From** Apr 6, 2012   **To** Apr 8, 2012          **Reimbursement Amt** 869.60 USD

**Report name** Attendance at Trial in Tampa FL

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | No | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/6/12 | Airfare | United St... | 869.60 USD | Jennifer M. Arevalo |

American Airlines - home
page

| Thank you. Your email has been sent. |
|---|

**Thank you for making your reservation on AA.com!**

Please Note: This is not your receipt. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

## Tampa to Dallas/ Fort Worth
1 Adult
**Friday** April 6, 2012 – **Sunday** April 8, 2012

**Your Trip Cost:**
**$869.60** USD

| Record Locator | Reservation Name |
|---|---|
| **ODNYBX** | **TPA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Purchased on Apr 03, 2012 |

## Flight Information

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| **AMERICAN AIRLINES** | Tampa (TPA) | Dallas/ Fort Worth (DFW) | Average Fare | $848.00 |
| **823** | April 6, 2012 02:45 PM | April 6, 2012 04:30 PM | **Average Fare** | |
| | | | Adult | $848.00 |
| | Travel Time : 2 h 45 m | Booking Code : L | **Taxes & Fees** | |
| | Cabin Class : Economy | Plane Type : S80 | Adult | $21.60 |
| | Seat : unassigned | | | |
| | | | **Flight Subtotal** | |
| **Flight** | **Depart** | **Arrive** | | **$869.60** |
| **AMERICAN AIRLINES** | Dallas/ Fort Worth (DFW) | Tampa (TPA) | | |
| **1112** | April 8, 2012 12:45 PM | April 8, 2012 04:00 PM | | |
| | Travel Time : 2 h 15 m | Booking Code : L | | |
| | Cabin Class : Economy | Plane Type : S80 | | |
| | Seat : 22F | | | |

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| GAIL FOUNTAIN | | No Further information required to travel |
|---|---|---|
| **Summary** | **Required** | **Optional** |
| All information required for online check-in has been provided. | Secure Flight Information | Frequent Flyer Number |
| Online check-in will be available 24 hours prior to your departure. | | **Not an AAdvantage member?** |
| | | Trip Contact Number |

## Trip Insurance

**Recommended: Protect Your Trip**                                    **Allianz (ⅲ)**

Trip Insurance from Allianz Global Assistance is available to all U.S. residents and helps protect against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting you or your family members. To purchase trip insurance or to learn more, visit www.aa.com/tripinsurance or call Allianz Global Assistance directly at 1-800-628-5404.

Dallas/Fort Worth City Information
Travel Help And Resources

**Expense Report - Transmittal Report**



ER00000030072120013

| Spender Gail A. Fountain | From Apr 2, 2012   To Apr 19, 2012 | Reimbursement Amt 126.57 USD |

**Report name** Expenses - trial attendance in Tampa FL

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/15/12 | Taxi, Trains, o... | United St... | 13.00 USD | Jennifer M. Arevalo |
| 3/18/12 | Taxi, Trains, o... | United St... | 13.00 USD | Jennifer M. Arevalo |
| 4/2/12 | Supplies | United St... | 5.88 USD | Jennifer M. Arevalo |
| 4/4/12 | Individual Meal | United St... | 4.23 USD | Jennifer M. Arevalo |
| 4/8/12 | Individual Meal | United St... | 7.89 USD | Jennifer M. Arevalo |
| 4/9/12 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 4/9/12 | Group Meal | United St... | 44.88 USD | Jennifer M. Arevalo |
| 4/10/12 | Taxi, Trains, o... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 4/10/12 | Individual Meal | United St... | 10.69 USD | Jennifer M. Arevalo |

Gail's lunch 4-10-12

TROPICAL SMOOTHIE CAFE
200 N. Tampa St. Ste 120
Tampa, Fl 33602
(813) 225-1550

222 Shantwan

Chk 9299          GAIL          Gst 0
                Apr10'12 01:15PM

To Go
      Closed Check
         Reprint
1 Wrap Smth CBO          $9.99
    King Caesar
    CC - Trip Choc
    Mocha Madness
      Regular
XXXXXXXXXXXX5660 XX/XX
    Discover                $10.69

    Subtotal             $9.99
    Tax                  $0.70
    Payment              $10.69

PRESENT THIS COUPON FOR
$1.00 OFF A BREAKFAST WRAP
OR
$0.50 OFF A COFFEE SMOOTHIE
FROM 7:00 TO 10:00, Mon to Fri,

GOOD FOR 30 DAYS
NOT VALID WITH ANY OTHER OFFER.

---

Gail's lunch - 4/4/12

INSIDE THE BOX CAFE
813-227-9248
0049  Table 996  #Party 1
Svr: 111 SvrCk: 46  2:49p 04/04/12

1 Rustic Cobb                    3.95

          Sub Total:      3.95
          Tax 1    :      0.28
04/04 12:50pTOTAL:         4.23

Take a Survey Online

and get a gift at
www.ITBcafe.org

          AMT-TEND   CHANGE  TALLY
CASH        5.00      0.00

ISSUE                 0.77    4.23
                              4.23

04/04/12 12:50p

MANAGER M

---

Gail's lunch 4-8-12

STARBUCKS COFFEE A35/A38
DALLAS FT WORTH INT'L AIRPORT

10478 JOSE

CHK 7482 APR08'12 12:28PM  GST 2

Subtotal

1 CIN DOLCE LATT G     4.70
1 PUMPKIN BREAD        2.59

SUBTOTAL               7.29
TAX                    0.60
AMOUNT PAID            7.89
XXXXXXXXXXXXX9  XX/XX
VISA   A0              7.89

THANK YOU FOR YOUR BUSINESS!!!
Tell us about your experience
will.collins@hmshost.com
Will Collins 972.574.8710
HMSHost DFW International Airport

Your order number is: 7482

*war room supplies*

# CVS PHARMACY
220 E MADISON ST, TAMPA, FL
PHARMACY: 228-0084  STORE:

REG#03 TRN#0479 CSHR#0420300 STR#4181

**ExtraCare Card #: *******1833**

1 CVS TALL KIT 30CT        5.49T

| | |
|---|---|
| SUBTOTAL | 5.49 |
| FL 7.0% TAX | .39 |
| TOTAL | 5.88 |
| DISCOVER | 5.88 |
| ***********5660 | MS |
| CHANGE | .00 |

2504 1812 0930 4790 36
**RETURNS WITH RECEIPT THRU 06/01/2012**

APRIL  2, 2012        3:53 PM

EARN 2% BACK ON ALMOST EVERYTHING IN
THE STORE AND ON CVS.COM WHEN YOU USE
YOUR EXTRACARE CARD.

THANK YOU. SHOP 24 HOURS AT CVS.COM

**ExtraCare Card balances as of 03/30**

Spring 2012 Spending:        39.74

---

*lunch for 6*

TROPICAL SMOOTHIE CAFE
200 N. Tampa St.  Ste 120
Tampa, Fl 33602
(813) 225-1550

202 Robert N

Chk 8840        GAIL        Gst 0

Apr09'12 10:12AM

## Call in
## Closed Check
## Reprint

1 Phone Number

1 Pickup Time
  1 Open Catr Food        $41.94
    6 PERSON PKG.
     * Special Prep
  XXXXXXXXXXXX5660 XX/XX
  Discover                $44.88

| | |
|---|---|
| Subtotal | $41.94 |
| Tax | $2.94 |
| Payment | $44.88 |

PRESENT THIS COUPON FOR
$1.00 OFF A BREAKFAST WRAP
OR
$0.50 OFF A COFFEE SMOOTHIE
FROM 7:00 TO 10:00, Mon to Fri.

GOOD FOR 30 DAYS
NOT VALID WITH ANY OTHER OFFER.

*Sandwiches /wraps*
*fruit / cookies*

*Shuttles to courthouse*

**Receipt For Fare**

Fare $ 20 00    Gratuity $ _____

Date 4-9-12   Total amount paid $ 20 00

Driver _____

Van# _____

Blue One Transportation

Tampa, Florida
813-789-8380

---

*Shuttle to courthouse*

**Receipt For Fare**

Fare $ 5 00    Gratuity $ 2 00

Date 4-10-12   Total amount paid $ $700

Driver _____

Van# _____

Blue One Transportation

Tampa, Florida
813-789-8380

*to airport*

## Receipt For Fare

are $ _13 00_ Gratuity $ _____

Date _3/15/12_ Total amount paid $ _13 00_

Driver _JAIME_

Van# _25_

**Blue One** *Transportation*  Tampa, Florida
813-789-8380

*from airport*

## Receipt For Fare

are $ _13 00_ Gratuity $ _____

Date _3/18/12_ Total amount paid $ _13 00_

Driver _JAIME_

Van# _25_

**Blue One**
*Transportation*

## Expense Report - Transmittal Report



ER000000302121 20228

**Spender** Kurt W. Meaders | **From** Apr 4, 2012 **To** Apr 4, 2012 | **Reimbursement Amt** 2,722.27 USD

**Report name** Meal - Trial Team attendance at trial Tampa FL

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 5 | Audit required | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/4/12 | Group Meal | United St... | 217.81 USD | Jennifer M. Arevalo |
| 4/5/12 | Group Meal | United St... | 100.00 USD | Jennifer M. Arevalo |
| 4/5/12 | Group Meal | United St... | 82.57 USD | Jennifer M. Arevalo |
| 4/6/12 | Car Rental | United St... | 2,177.87 USD | Jennifer M. Arevalo |
| 4/9/12 | Group Meal | United St... | 144.02 USD | Jennifer M. Arevalo |

**Slaten, Rita**

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Sunday, April 08, 2012 9:12 PM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | 4/4/12 dinner receipt for Kurt |
| **Attachments:** | 4-4-12 dinner receipt - Kurth.pdf |

Dinner

4th

# Ciccio's Delivery/Takeout Contract

**Name:** Gail

**Phone:**
**Fax:**
**Cell:** 214-676-4493

**Function Date:** Wednesday 04-04-12
**Purpose of Function:**
**Number of Guests:** 14

☐ Delivery  ☑ Pick Up

**Time:** 5:00pm  **Leave By:** 4:30pm

**Address/Phone:** 211 N. Tampa St
Hyat

**Special Directions:**

16th Floor
Harbor View Conf Room

gail.fountain@sedgwicklaw.com

<u>Menu</u>

| Qty | Item | Price |
|-----|------|-------|
| | LODGE | |
| 1 | Italian Slider Platter | $35.00 |
| 1 | Citrus Chix Slider Platter | $35.00 |
| 1 | Grilled Grouper Slider Platter | $35.00 |
| 1 | Burger Slider Platter | $35.00 |
| Sm | Lodge Salad | $22.00 |
| | | |
| | Ciccios | |
| 7 | Desserts (cut in half = 14 pieces) | $21.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Set-ups included:**
☑ Forks      ☑ Spoons
☑ Knives     ☑ Serving sp
☑ Napkins    ☑ Plates
☐ Cups       ☐ Ice
☐ Chafing Di ☐ Coolers
☐ Parmesan   ☐ Menus
☐ 15% cards

| | |
|---|---|
| Food Total: | $183.00 |
| Rentals: | $0.00 |
| Subtotal | $183.00 |
| Delivery Charge:* | $22.00 |
| Tax: | $12.81 |
| Total: | $217.81 |
| Less Discount | $0.00 |
| Balance* Due: | $217.81 |

**Special Instructions:** 5528 3200 2924 5374 x. 07/12

*20% non-refundable deposit due upon signature of contract.

* Delivery Charge covers transportation. Gratuity is not included, but always appreciated.

* Balance due upon delivery of catering order.

☐ Ciccio & Tony's        ☐ Ciccio & Tony's        ☐ California Ciccio's
16019 Tampa Palms    1015 S. Howard A  190 37th Avenue N.
   Blvd. West         Tampa, FL 33606  St. Petersburg, FL 33704
Tampa, FL  33647      813/251-8406     727/898-FAST
813/975-1222          813-254-5039     727/896-9230 fax
813/972-5575 fax

# Wednesday 04-04-12

# The Lodge

516 S. Howard Ave
Tampa, FL 33606
^^UWS

Date:        Apr04'12 10:59PM
Card Type:   M.C.
Acct #:      XXXXXXXXXXXXX5374
Card Entry:  KEYED
Trans Type:  PURCHASE
Trans Key:   AIA006983557957
Auth Code:   086633
Check:       3542
Server:      704 Renee S

Subtotal:        195.81

Tip:_____    22-

Total:_____  $217.81

_____

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

**Slaten, Rita**

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Thursday, April 05, 2012 10:25 AM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | lunch receipt for today - Kurt |
| **Attachments:** | lunch receipt - Kurt 3-5-12.pdf |

lunch

5th

## CICCIO'S AND WAT
S. Howard Ave. Tampa, FL
Date:        Apr05'12 09:03AM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXXXX5374*
Card Entry:  KEYED
Trans Type:  PURCHASE
Auth Code:   001843
Check:       531
Check ID:    GAIL
Server:      202 BAR

Subtotal:        82.57
Tip:_____

Total:_____

_____
Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

## CICCIO'S AND WAT
S. Howard Ave. Tampa, FL

202 BAR
--------------------------------
Chk 531          GAIL         Gst 0
            Apr05'12 09:03AM
--------------------------------
 1 UP SALAD PLATTER       20.95
   SKEWERS
 1 CATERING              45.00
   OPEN $ GRAT           12.00

   Subtotal              65.95
   Tax                    4.62
   Service Chrg          12.00
09:04AM Total            82.57

This Receipt Is Redeemable For A
Free Drink at The Lodge
WWW.CICCIORESTAURANTGROUP.COM

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Thursday, April 05, 2012 4:57 PM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | 4-5-12 dinner receipt - Kurt.pdf |
| **Attachments:** | 4-5-12 dinner receipt - Kurt.pdf |

Attached is a receipt for tonight's dinner with trial team


Gail A. Fountain
Paralegal
gail.fountain@sedgwicklaw.com | 469.227.4640



1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 phone | 469.227.8004 fax | www.sedgwicklaw.com

5th
Dinner

## THE LIME
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com

| | |
|---|---|
| Date: | Apr05'12 04:38PM |
| Card Type: | MASTERCARD |
| Acct #: | XXXXXXXXXXXX5374* |
| Exp Date: | XX/XX |
| Auth Code: | 041997 |
| Check: | 5226 |
| Check ID: | GAIL CATERING |
| Server: | 222 SARAH M |

Subtotal:       **87.74**

TIP:_____ *12.26*

TOTAL:_____ *100.00*

---

Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

## THE LIME
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com

222 SARAH M

| Chk 5226 | GAIL CATERING | Gst 0 |
|---|---|---|
| | Apr05'12 04:35PM | |

CHIX TINGA STIRFRY
1 OPEN CATERING           50.00
TRIO W CHIPS
1 OPEN CATERING           20.00
DELIVERY CHARGE
1 OPEN CATERING           12.00

Subtotal                  82.00
Tax                        5.74
04:37PM Total          **87.74**

**THANK YOU**
PLEASE COME AGAIN
WE PROUDLY SERVE:
BANZAI ENERGY DRINK
"Dont be BULLied"

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, April 06, 2012 3:32 PM |
| **To:** | Slaten, Rita |
| **Subject:** | Fw: UPDATED: E-Receipt for Avis Rental # 306955703 |
| **Attachments:** | E-Receipt.pdf |

-------------------------

Sent from KWM BlackBerry Wireless Handheld

---

**From:** Avis.RentACar@avis.com <Avis.RentACar@avis.com>
**To:** Meaders, Kurt
**Sent:** Fri Apr 06 14:52:31 2012
**Subject:** UPDATED: E-Receipt for Avis Rental # 306955703

Rental Receipt (e-Receipt)

Please do not reply to this message. If you have questions regarding this rental or if you wish to unsubscribe f
e.receipts@avis.com.

Attached is your receipt in Portable Document Format (PDF).
Note: You need Adobe Reader to view this e-Receipt

*Avis maintains a 100% smoke-free fleet*

Avis, 6 Sylvan Way, Parsippany, NJ 07054.
©2010 Avis Rent A Car System, LLC. Avis features GM vehicles.
The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or
malicious code when sent. This message and its attachments could have been infected during transmission. By
reading the message and opening any attachments, the recipient accepts full responsibility for taking protective
and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage
arising in any way from this message or its attachments.



**AVIS**

We are proud to feature a 100% smoke-free fleet!

**RENTAL AGREEMENT NUMBER: 306955703**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | KURT MEADERS |
| Wizard Number: | ***93R |
| Avis Worldwide Discount: | SEDGWICK DETERT MORAN ETAL |
| Customer Status: | AVIS FIRST |
| Method of Payment: | MASTER XX5374 |
| Frequent Traveler Number: | AD/XRH0486 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 56866983 |
| Vehicle Group Rented: | Standard SUV-7 Pass |
| Vehicle Group Charged: | Standard SUV-5 Pass |
| Vehicle Description: | RED FORD EXPLORER |
| | 2WD |
| License Plate Number: | FLS738TY |
| Odometer Out: | 5855 |
| Odometer In: | 5911 |
| Total Driven: | 256 |
| Fuel Gauge Reading: | |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | MAR 07,2012@3:15PM |
| Pickup Location: | 4030 GEORGE J BEAN PARKWAY |
| | TAMPA INTERNATIONAL AIRPORT |
| | TAMPA,FL,33607,US |
| | 813-396-3500 |

| | |
|---|---|
| Return Date/Time: | APR 06,2012@3:22PM |
| Return Location: | 4030 GEORGE J BEAN PARKWAY |
| | TAMPA INTERNATIONAL AIRPORT |
| | TAMPA,FL,33607,US |
| | 813-396-3500 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Vehicle Charges (MIN 1 DAY )

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 49.51 | | 1 MO @ 1584.00 = | 1584.00 |
| Daily: 66.00 | | | |
| Ad'l day: 0.00 | | | |
| Weekly: 396.00 | | **Your Estimated Time and Mileage** | 1584.00 |
| Monthly: 1584.00 | | | |

## Your Optional Products/Services

| | |
|---|---|
| Optional Services Total: | 0.00 |

## Your Taxable Fees

| | |
|---|---|
| 10.40% Concession Recovery Fee | 171.17 |
| 7.5% TX FF MIDY | 1.87 |
| CUSTOMER FACILITY CHG $ 2.50/ | 75.00 |
| ENERGY RECOVERY FEE $ 0.60/DY | 6.00 |
| STATE SURCHARGE $ 2.00/DY | 60.00 |
| TIRE BATTERY FEE $ 0.02/DY | .60 |
| VEH LICENSE RECOUP $ 0.78/DY | 23.40 |
| EXTENSION FEE $ 30.00 | 30.00 |
| | |
| Sub-total-Charges: | 1952.04 |
| TAX 7.000% | 136.64 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| Fuel Service | 89.19 |

| | |
|---|---|
| Your Total Charges paid: | 2177.87 |
| Prepayment | 0.00 |
| Travel Partner Points Earned: | 1500 |

| | |
|---|---|
| Net Charges: | 2177.87 |
| Your Total Due: | 0.00 |

Thank you for renting with Avis.
If you have any questions regarding eToll, please contact our eToll provider, HTA at 1-866-285-6050 or visit their web site at www.htallc.com.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.

Your vehicle was rented to you by JENNIFER. Your vehicle was checked in by BARRY.

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Monday, April 09, 2012 8:07 AM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | FW: Wrights_Order - dinner receipt for April 9 |
| **Attachments:** | 2559522.pdf; whattoexpect.pdf |

Tonight's dinner receipt - Kurt's charge

-----Original Message-----
From: Wright's Gourmet House [mailto:confirm@wrightsgourmet.com]
Sent: Monday, April 09, 2012 8:57 AM
To: Fountain, Gail
Subject: Wrights_Order


Yes. It is correct I have no changes, click link below
mailto:corr200911@wrightsgourmet.com?subject=Confirmed_(214)676-
4493_FOUNTAIN_GAIL_Mon_04/09/12_05:00P_2559522_20120409_8:57


If there are LESS than 24 hours before Mon 04/09/12 05:00P , DO NOT SEND AN
EMAIL! Please call us immediately at 813-253-3838, option 1.


If there are MORE than 24 hours before Mon 04/09/12 05:00P ,click link below
mailto:changes@wrightsgourmet.com?subject=Changes_for_(214)676-
4493_FOUNTAIN_GAIL_Mon_04/09/12_05:00P_2559522_20120409_8:57




Thank You

Dinner
9th.

```
                    WRIGHT'S GOURMET HOUSE
                      1200 S. Dale Mabry
                        Tampa, FL 33629
                 (813) 253-3838  /  Fax (813) 251-0143
(214) 676-4493
FOUNTAIN GAIL                           ORDERED FOR...
GAIL                                    MON    04/09/2012 05:00P
                                        Invoice #    2559522
 '                                      Terms: COD
                                        Server: 477
                          *****
QTY            MENU ITEM            PRICE        EXTENSION      TAX
---------      ------------------------- -----   ---------      ---
        1      TKY TETRAZINI/P      38.00          38.00       N
                 HOT
        6      CAESAR SLD PP         4.25          25.50       Y
                 6 CAESAR                            .00
       15      DSRT TRAY PP          2.00          30.00       Y
        1      DINWARE PAK 24        9.00           9.00       Y
        2      SERV SPOON CP          .00            .00       Y


UNCONFIRMED/No attempt made!         Subtotal      102.50
                                     Sales tax        4.52
                                     Delivery        37.00
Leave Receipt      Settle W/CCard    Total          144.02

PEAKDINR Hot                         THIS ORDER IS FOR DELIVERY

------------------ DELIVERY INFO -----------------------------------------
Hyatt
Gail                                 Harbour View Room
211 North Tampa St.
16th Floor Conference Room
Tampa FL 33602
(243) 456-7891
```

## Expense Report - Transmittal Report



ER000000302121 20229

**Spender** Kurt W. Meaders          **From** Apr 6, 2012   **To** Apr 8, 2012          **Reimbursement Amt** 1,400.60 USD

**Report name** Travel to and from Dallas - attendance at trial

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 2 | Audit required | | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/3/12 | Airfare | United St... | 1,331.60 USD | Jennifer M. Arevalo |
| 4/10/12 | Group Meal | United St... | 69.00 USD | Jennifer M. Arevalo |

**Slaten, Rita**

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Tuesday, April 03, 2012 11:05 AM |
| **To:** | Meaders, Kurt |
| **Subject:** | E-Ticket Confirmation-BXEUKT 06APR |



## AmericanAirlines
### AA.com

### eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 03APR12**

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: BXEUKT**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance



Budget
Up to 30% off plus
3X AAdvantage®
miles on global
rentals.

AVIS
Up to 35% off plus
3X AAdvantage®
miles on global
rentals.

AAdvantage®
Earn miles on this trip
Enroll Now

CONNECT WITH US.
ANYWHERE.
ANYTIME.
ANY DEVICE.
Learn more

AA

LAST MINUTE
PACKAGE
DISCOUNTS

AmericanAirlines
Vacations.

GATE F

**Record Locator: BXEUKT**



### Itinerary

| Carrier | Flight Number | Departing | | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | | City | Time | |
| **AA** American Airlines | 1667 | TAMPA | FRI 06APR 4:50 PM | | DALLAS FT WORTH | 6:35 PM | P |
| | Kurt Meaders | FF#: XRH0486 | | First Cl | Seat 3B | Dinner | |

1

| ![AA American Airlines] | | GLD | | | | |
|---|---|---|---|---|---|---|
| | 1430 | DALLAS FT WORTH | SUN 08APR 8:05 AM | TAMPA | 11:20 AM | H |
| American Airlines | Kurt Meaders | FF#: XRH0486 GLD | | Economy | Seat 10D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012307105883 | 1218.61 | 112.99 | 1331.60 |

| Payment Type: Master Card XXXXXXXXXXXX5374 | | | | Total: $1331.60 |
|---|---|---|---|---|

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge is 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   

 

We know why you fly*
**AmericanAirlines***
*AA.com*

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 426415312160031104148210 0