



Moxie's Cafe Tampa LLC
514 N Tampa St
Tampa, Fl 33602
Tel.: 813-221-4510
Fax: 813-221-4515

# 17070



# Invoice

| SOLD TO: | | | CUSTOMER | | DATE | PAGE |
|---|---|---|---|---|---|---|
| Sedgwick 801 North Florida Ave floor 13 courtroom B Tampa, Fl 33602 usa | | | Sedgwick | | 4/10/2012 | 1 |
| | | | PO NO. | | | |
| | | | SALESPERSON | | | |
| | | | TERMS | | Upon Receipt | |

| | AMOUNT |
|---|---|
| eets | $55.74 |

MOXIE'S CAFE
514B TAMPA STREET
TAMPA, FL 33602

Merchant ID: 000000001701974
Term ID: 02604333
275220711889

## Sale

MC
XXXXXXXXXXXXX5374
Entry Method: Manual
Apprvd: Online    Batch#: 000434
04/10/12         09:55:36

Inv #: 000022  Appr Code: 060996

Amount:     $    59.64
Tip:              9.36
Total:           6900

Customer Copy

| COMMENTS | | | | |
|---|---|---|---|---|
| We appreciate your business! New order online gail 214-676-4493 | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $55.74 |
| TAX | | $3.90 |
| Handeling | | $0.00 |
| TOTAL AMOUNT | | $59.64 |
| Gratuity | | |



HDR, Inc.                                                May 15, 2012
8404 Indian Hills Dr.                            Invoice No. 1068925
Omaha, NE 68114

For Professional Services Through April 30, 2012:

Re:   Our File No.: 10711-000001/WBM
       Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 04/01/12 W. Mason | 12.70 | Preparation for next week of trial, ██████ ███████████████████████████ |
| 04/01/12 K. Meaders | 12.30 | Travel time to Tampa with review of trial outline ██████████ while en route; trial preparation; work on summary of ███████████████████ ████████████████████████████ work with Wayne Mason ██████████████████ ████████████████ ██████████████ trial preparation; work on arguments ██████████ ███████ begin gathering and organizing evidence for opposition to any directed verdict regarding ██████ |
| 04/01/12 D. Kent | 10.00 | Prepare for trial, including strategy meetings with team members, ████████████████ █████████████████ and preparation of witness examination outlines |
| 04/01/12 C. Steinmann | 9.70 | Review Lemley deposition transcripts and identify exhibit to be shown during video presentation; ████████████████████ █████████████████ review Bromwell video and prepare excerpt for use on redirect |
| 04/01/12 G. Fountain | 7.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness files, document indexes and lists |


| 04/02/12 | W. Mason | 14.20 | Prepare for trial, attend trial, and work on preparation for remainder of trial |
| 04/02/12 | K. Meaders | 12.30 | Trial Presentation, Bromwell, Lemley and Wooten; work on additional trial preparation ████████████████████████ |
| 04/02/12 | D. Kent | 10.00 | Prepare for and attend trial |
| 04/02/12 | C. Steinmann | 14.20 | Prepare for trial, attend trial, and work on preparation for remainder of trial |
| 04/02/12 | G. Fountain | 11.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness examination outlines, document indexes and lists |
| 04/03/12 | W. Mason | 12.20 | Work on preparation for final defense witnesses; strategize and work on closing; prepare for rebuttal witnesses |
| 04/03/12 | K. Meaders | 14.30 | Trial Preparation; work on response to possible motion ████████████████ response to TBW motion for verdict ███████████████████████████████████; work on argument for economic waste; meeting with attorney Mason on additional trial preparation issues; conference with Cori Steinmann ████████████████ |
| 04/03/12 | D. Kent | 2.00 | ██████████████████████████ |
| 04/03/12 | D. Kent | 6.00 | Prepare for continuation of trial, including preparation and revision of witness outlines, ██████████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 3

| 04/03/12 | C. Steinmann | 13.80 | Work on preparation for final defense witnesses; prepare for rebuttal witnesses; assist with preparation for directed verdict motions and argument for economic waste |
| 04/03/12 | G. Fountain | 10.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness examination outlines, document indexes and lists |
| 04/03/12 | J. Steere | 0.80 | Support issue with wireless infrastructure |
| 04/04/12 | W. Mason | 9.70 | Work on preparation for final defense witnesses; strategize and work on closing; prepare for rebuttal witnesses |
| 04/04/12 | K. Meaders | 13.50 | Work on response to potential motion for directed verdict ███████████████ work on response to potential motion for directed verdict ████████████████████; work on response ████ meeting ██████████████ begin preparation for possible rebuttal witnesses, ████████████ |
| 04/04/12 | D. Kent | 11.00 | Prepare for trial, ███████████ |
| 04/04/12 | C. Steinmann | 11.80 | Work on examinations and exhibits for potential rebuttal witnesses ███████████ |
| 04/04/12 | G. Fountain | 12.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness examination outlines, document indexes |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 4

|  |  |  | and lists |
|---|---|---|---|
| 04/05/12 | W. Mason | 14.80 | Work on preparation for final defense witnesses; attend trial; strategize and work on closing; prepare for rebuttal witnesses |
| 04/05/12 | K. Meaders | 16.50 | Additional work on potential post trial motions; additional work and preparation for rebuttal witnesses; begin new preparation for potential MWH witnesses on Peace River; ███████████ ████████ |
| 04/05/12 | D. Kent | 9.00 | Prepare for and attend trial ████████ ███████████████████████ ███████████████████████ |
| 04/05/12 | D. Kent | 8.00 | Prepare for continuation of trial, ███████████████████████ ███████████████████████ ███████████████████████ |
| 04/05/12 | C. Steinmann | 14.40 | Attend trial; work on preparation for final defense witnesses;  strategize and work on rebuttal witnesses |
| 04/05/12 | G. Fountain | 14.00 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness examination outlines, document indexes and lists |
| 04/05/12 | J. Steere | 0.50 | Coordinate with support team for ongoing support needs |
| 04/06/12 | W. Mason | 13.60 | Prepare for today's witnesses; attend trial; prepare for next week's witnesses and for closing |
| 04/06/12 | K. Meaders | 11.60 | Trial Day; ████████████ ████████ additional preparation for named rebuttal witnesses including Menzies; preparation for rebuttal witness Menzies while |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 5

| | | | |
|---|---|---|---|
| | | | en route |
| 04/06/12 | D. Kent | 5.00 | Prepare for and attend trial |
| 04/06/12 | D. Kent | 0.30 | Review and revise proposed jury instruction █ |
| 04/06/12 | D. Kent | 0.30 | Exchange memoranda with team member |
| 04/06/12 | D. Kent | 0.40 | Exchange memoranda with Kurt Meaders █ |
| 04/06/12 | D. Kent | 0.30 | Revise end of case assignments memo |
| 04/06/12 | C. Steinmann | 11.00 | Attend trial; conference call with Meaders ███ begin preparing outline |
| 04/06/12 | G. Fountain | 7.50 | Continue to assist with trial preparation and work on maintaining attorney trial notebooks, witness examination outlines, document indexes and lists |
| 04/07/12 | W. Mason | 8.40 | Work on preparation for final week of trial |
| 04/07/12 | K. Meaders | 2.70 | Work on Preparation of arguments █████ ; work on cross examination of Menzies; work on preparation for potential directed verdict motions. review and comment on emails from Mayson ████ |
| 04/07/12 | D. Kent | 4.40 | Prepare for continuation of trial, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | ████████████████████ |
| 04/07/12 | C. Steinmann | 5.20 | Review Menzies deposition transcripts and prepare summary of relevant testimony ███████████████████████ |
| 04/08/12 | W. Mason | 15.80 | Continue preparation for final trial witnesses and closing |
| 04/08/12 | K. Meaders | 16.80 | Return to Tampa Florida with review of Menzies cross examination while en route; assist with preparation of cross examination of rebuttal witness Kennedy;' preparation of summary of opposition to rebuttal points; work on additional issues for Kennedy cross examination; assist Woodward with themes for Cross examination ████████ |
| 04/08/12 | D. Kent | 12.00 | Prepare for trial, ████████████████ |
| 04/08/12 | C. Steinmann | 16.90 | Work on outline regarding rebuttal witnesses; prepare exhibits for Kennedy and Swenson; work on Swenson cross examination outline; begin working on closing |
| 04/08/12 | G. Fountain | 4.00 | Travel from Dallas to Tampa |
| 04/08/12 | G. Fountain | 4.00 | Continue to assist with trial preparation |
| 04/08/12 | J. Steere | 5.00 | Travel to Tampa Bay war room site from Fort Lauderdale |
| 04/08/12 | J. Steere | 1.00 | On-site support for trial team |
| 04/09/12 | W. Mason | 17.90 | Prepare for trial, attend trial, work on closing argument for tomorrow |
| 04/09/12 | K. Meaders | 12.30 | Trial Day ███████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 7

| 04/09/12 | D. Kent | 9.00 | Prepare for and attend trial |
| 04/09/12 | D. Kent | 4.00 | Prepare for continuation of trial, |
| 04/09/12 | C. Steinmann | 15.60 | Attend trial; continue working on closing presentation; |
| 04/09/12 | G. Fountain | 6.00 | Continue to assist with trial preparation |
| 04/09/12 | G. Fountain | 5.00 | Begin packing up war room trial material for transport to Dallas office |
| 04/09/12 | J. Steere | 13.00 | On-site support for trial team |
| 04/10/12 | W. Mason | 13.40 | Attend trial--presentation of closing argument, instructions to jury, jury deliberations, verdict, statement to media, |
| 04/10/12 | K. Meaders | 10.00 | Final day of trial preparation; |
| 04/10/12 | D. Kent | 8.00 | Prepare for and attend trial |
| 04/10/12 | C. Steinmann | 10.00 | Attend trial; coordinate moving company; meet regarding cost of fees |
| 04/10/12 | G. Fountain | 6.00 | Attend trial closing statements and verdict |
| 04/10/12 | G. Fountain | 2.00 | Continue to assist with trial preparation |
| 04/10/12 | J. Steere | 10.00 | On-site support for trial team |
| 04/11/12 | W. Mason | 5.40 | Numerous conference calls, meeting with |



| | | | |
|---|---|---|---|
| 04/11/12 | K. Meaders | 1.30 | Work on coordination of database storage and costs; work on research procedures for judgment, motion for fees and costs; ████ ███████████████████ |
| 04/11/12 | D. Kent | 4.00 | Logistics and decommissioning of trial support materials in preparation for return to Dallas |
| 04/11/12 | J.  Scott | 0.60 | Research rules ████████████████████ ███████ |
| 04/11/12 | G.  Fountain | 7.50 | Prepare trial materials for transport to Dallas office |
| 04/11/12 | J. Steere | 8.50 | On-site support for trial team and begin coordinating war room shut down |
| 04/12/12 | W. Mason | 5.20 | Return from trial |
| 04/12/12 | K.  Meaders | 1.70 | Coordination of final war room removal and court room access and removal of smart board; research local rules and Federal Rules ████ ████████████████████████████ |
| 04/12/12 | D. Kent | 4.00 | Finalize logistical decommissioning of trial support materials in Tampa and return travel to Dallas |
| 04/12/12 | S.  Wittie | 2.30 | Legal research ████████████████ ████████████ |
| 04/12/12 | J. Scott | 2.10 | Research requirements for motions for attorney's fees and motions for judgment on verdict |
| 04/12/12 | C.  Steinmann | 6.00 | Coordinate move out with movers; secure SmartBoard from courthouse; begin review of bills beginning in 2010 ████████████ |
| 04/12/12 | G.  Fountain | 4.00 | Prepare trial materials and oversee transport of same for transmittal to Dallas office |


| 04/12/12 | G. Fountain | 3.00 | Travel from Tampa to Dallas |
| 04/12/12 | J. Steere | 4.50 | Shut down war room systems and pack up and load all equipment for shipping |
| 04/12/12 | J. Steere | 5.00 | Return travel to Fort Lauderdale |
| 04/13/12 | K. Meaders | 1.30 | Receipt and review of Times Motion for Juror Identification and Information; work on issues related to motion for judgment, motion for costs of court and motion for award of attorneys fees as prevailing party |
| 04/13/12 | J. Steere | 2.00 | Unloading and storage of HDR trial support hardware and equipment |
| 04/16/12 | K. Meaders | 0.30 | Telephone call with Wayne Mason and begin process of collecting fee, costs and expense information █████████████████████ |
| 04/16/12 | K. Meaders | 0.50 | Work on research and potential response to Motion for Juror information; email with Cori Steinmann ██████████████████ |
| 04/16/12 | K. Meaders | 2.80 | Research; 28 USC and 11th Circuit law ███████████ review language of contract and begin process of collecting documentation of fees and expenses; meeting with Attorney Kent and Wittie ██████████ research recoverable court costs |
| 04/16/12 | K. Meaders | 3.70 | Telephone call with Jim Hickman ████████████ telephone call with Kathy Gilman ████████████ email to trial team |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 10

| | | | |
|---|---|---|---|
| 04/16/12 | D. Kent | 0.50 | Telephone conferences |
| 04/16/12 | D. Kent | 1.00 | Analysis and planning with team members |
| 04/16/12 | S. Wittie | 3.80 | Legal research |
| 04/16/12 | C. Steinmann | 5.20 | Begin review of Sedgwick invoices |
| 04/17/12 | K. Meaders | 0.70 | Office conference with Cori Steinmann |
| 04/17/12 | K. Meaders | 3.30 | Telephone call and emails |
| 04/17/12 | K. Meaders | 1.30 | Research |
| 04/17/12 | D. Kent | 1.20 | Attention to logistical close-out of trial materials returned from Florida to Dallas |
| 04/17/12 | D. Kent | 3.40 | Legal research |



| Date | Name | Hours | Description |
|---|---|---|---|
| 04/17/12 | S. Wittie | 3.70 | Edit and revise memorandum ▮▮▮▮ |
| 04/17/12 | C. Steinmann | 7.20 | Review Motion by Tampa Times, research case law cited and other 11th Circuit cases, and prepare memorandum ▮▮▮▮ |
| 04/17/12 | G. Fountain | 0.60 | Profile trial testimony in worksite in anticipation of appeal |
| 04/18/12 | K. Meaders | 1.10 | Work on spreadsheet ▮▮▮▮ |
| 04/18/12 | K. Meaders | 0.40 | Telephone conference with Florida Reviewing Attorney Ben Hill ▮▮▮▮ |
| 04/18/12 | K. Meaders | 0.30 | Correspondence with Vance Wittie regarding fee request as prevailing party |
| 04/18/12 | K. Meaders | 0.50 | Review of memorandum of law in email form on access to juror information issues and telephone call with Wayne Mason ▮▮▮▮ telephone call with Cori Steinmann ▮▮▮▮ |
| 04/18/12 | K. Meaders | 0.30 | Receipt and review of Court Order and Judgment on verdict and coordinate calendar of deadlines for fees and costs motion |
| 04/18/12 | D. Kent | 0.20 | Study/analysis of Court Order directing Clerk to enter judgment on verdict ▮▮▮▮ |
| 04/18/12 | D. Kent | 0.10 | Study/analysis of judgment in favor of HDR entered by Court Clerk on jury verdict |
| 04/18/12 | D. Kent | 2.30 | Legal research ▮▮▮▮ |



| 04/18/12 | S.   Wittie | 3.20 | Legal research ███████████ |
| 04/19/12 | K. Meaders | 1.10 | Work on and review invoices, expenses, costs and fees ███████ |
| 04/19/12 | K. Meaders | 1.30 | Review of possible recoverable costs and bill of costs |
| 04/19/12 | K. Meaders | 0.60 | Work on retention agreement ████ |
| 04/19/12 | K. Meaders | 0.40 | Conference with Vance Wittie ████ |
| 04/19/12 | K. Meaders | 1.30 | Emails and telephone calls ███████ |
| 04/19/12 | K. Meaders | 0.20 | Receipt and review of Court Order on juror information |
| 04/19/12 | D. Kent | 1.00 | Analysis and planning with team members ████ |
| 04/19/12 | D. Kent | 1.70 | Legal research ███████ |
| 04/19/12 | S. Wittie | 3.60 | Legal research ███████ |
| 04/19/12 | C. Steinmann | 4.00 | Begin preparing response in opposition to Times request to contact jurors |
| 04/20/12 | K. Meaders | 4.10 | Work on and revise spreadsheet of fees, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 13

|            |               |       |                                                                                                                                                              |
|------------|---------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |               |       | expenses and costs and categories into similarly recoverable items; review invoices for expenses and costs; telephone call with Hickman ███████████          |
| 04/20/12   | K. Meaders    | 0.30  | Telephone call ███████████████████                                                                                                                           |
| 04/20/12   | K. Meaders    | 0.50  | Telephone call ███████████████████                                                                                                                           |
| 04/20/12   | K. Meaders    | 0.40  | Telephone call with Benjamin Hill ███████████████                                                                                                            |
| 04/20/12   | K. Meaders    | 0.60  | Review and analyze Rule regarding extensions of time; emails and telephone call with David Kent ███████████████                                              |
| 04/20/12   | D. Kent       | 2.00  | Prepare Motion to Enlarge Time for Filing Application for Fees, Expenses and Costs, ███████████████████████                                                   |
| 04/20/12 S.| Wittie        | 2.90  | Attention to time enlargement issues related to fee application, related research and communications                                                         |
| 04/20/12 J.| Scott         | 0.90  | Research laws ███████████████████                                                                                                                            |
| 04/20/12   | C. Steinmann  | 11.00 | Research case law ███████████████                                                                                                                            |
| 04/22/12   | D. Kent       | 1.20  | Review and revise HDR's Motion for Extension of time to file application for fees, including legal research ███████████████                                   |
| 04/22/12   | C. Steinmann  | 9.00  | Review expense reports and receipts and identify all reductions for unrecoverable expenses and prepare spreadsheet summarizing the same                      |
| 04/23/12   | W. Mason      | 1.20  | Post-trial conference calls, reviewing timetables and portential motions, and issues on seeking                                                              |



fees and costs

| 04/23/12 | K. Meaders | 2.50 | Work on Bill of Costs; ███████████████ |
| 04/23/12 | K. Meaders | 0.90 | Various telephone conferences with David Luikart ███████████████ |
| 04/23/12 | K. Meaders | 0.60 | Telephone conference and emails with Cori Steinmann ██████████ |
| 04/23/12 | K. Meaders | 0.30 | Office conference with David Kent ████ ██████████ |
| 04/23/12 | K. Meaders | 1.20 | Respond to client's requests ████████ |
| 04/23/12 | K. Meaders | 1.80 | Receipt and review of letter from review counsel ███████████████ |
| 04/23/12 | K. Meaders | 1.30 | Revise chart of costs, expenses, fees and expert fees |
| 04/23/12 | K. Meaders | 1.00 | Case law review ██████████ |
| 04/23/12 | D. Kent | 2.70 | Prepare HDR's application for recovery of attorney's fees, nontaxable costs and expenses of suit, ███████████ ██████ legal research and study/analysis of supporting invoices and documentation |
| 04/23/12 | D. Kent | 2.20 | Review and revise memorandum ████████ |
| 04/23/12 | D. Kent | 0.80 | Exchange memoranda █████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 15

| | | | |
|---|---|---|---|
| 04/23/12 | D. Kent | 1.10 | Review and revise HDR's Motion to Enlarge Time to File application for attorney's fees, ██████████████ |
| 04/23/12 | J. Scott | 3.70 | Research ███████████████████; Research ██████████████ summarize cases and email C. Steinmann re: same |
| 04/24/12 | K. Meaders | 0.30 | Emails and telephone conference with Cori Steinmann on ████████████████ |
| 04/24/12 | K. Meaders | 0.50 | Email ████████████████ |
| 04/24/12 | K. Meaders | 1.80 | Receipt and review of ███████████ and incorporate into portfolio on documents to seek reimbursement and conference with Cori Steinmann regarding ████ ████████████ |
| 04/24/12 | K. Meaders | 2.20 | Work on spreadsheet of costs/expenses under contract and confirm documentation for invoices |
| 04/24/12 | K. Meaders | 1.20 | Prepare summary of case to reviewing attorney; ████████████████ |
| 04/24/12 | K. Meaders | 0.40 | Telephone conference with ████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 16

| | | | |
|---|---|---|---|
| 04/24/12 | K. Meaders | 0.30 | Telephone conference with of Wayne Mason regarding Bill of Costs; Motions and filing dates |
| 04/24/12 | D. Kent | 0.50 | Exchange correspondence and telephone conferences with █████████████████ |
| 04/24/12 | D. Kent | 0.30 | Study/analysis of TBW's Motion for Leave to File Excess Pages in Motion for New Trial, ██████████████████ |
| 04/24/12 | S. Wittie | 3.30 | Revise memorandum ████████████ |
| 04/24/12 | G. Fountain | 2.50 | Gather documentary information and related material regarding attorney's fees, nontaxable costs and expenses ████████████ |
| 04/25/12 | W. Mason | 1.40 | Conference calls, e-mails ██████████ |
| 04/25/12 | K. Meaders | 5.10 | Conference with legal assistant and questions to finalize documentation on fees, costs and expenses; review spreadsheets on fees, costs, expenses paid and coordinate collection of all invoices; review Sedgwick invoices for determination of issues for affidavit and support for fees |
| 04/25/12 | K. Meaders | 1.30 | Coordination of all collection of information ███████████████ |
| 04/25/12 | K. Meaders | 1.70 | Telephone conference ████████████ |


████████████████████████
██████

| 04/25/12 | D. Kent | 0.30 | Analysis and planning with team members |

████████████████████████████

| 04/25/12 | D. Kent | 0.90 | Preparation of supporting affidavits for application for fees, costs and expenses |
| 04/25/12 | C. Steinmann | 8.00 | Review all invoices and prepare requested breakdown of billed time by person and position and billed expenses per invoice |
| 04/25/12 | G. Fountain | 0.20 | Gather material ████████████████ |

██████████████████

| 04/26/12 | W. Mason | 0.90 | Conference calls and e-mail communications |

████████████████████████

| 04/26/12 | K. Meaders | 2.70 | Receipt and review of Florida attorney documentation of fees and costs for support of Bill of Costs and attorney fee issues; review expert witness fees; review final incorporation of all invoices, locate missing invoices and revise collection of invoices |
| 04/26/12 | K. Meaders | 0.50 | Emails with court reporter ████████ |

████████████████████

| 04/26/12 | K. Meaders | 2.10 | Receipt and review of Taxable Court Cost spreadsheets; questions to Cori Steinmann and revisions; review expert taxi able court costs |
| 04/26/12 | K. Meaders | 0.70 | Receipt and review of Order denying motion for leave; receipt and review of Plaintiff's Amended Motion to Exceed Page Limit; receipt and review of emails from attorney Mason ████████ ████████ |
| 04/26/12 | K. Meaders | 0.40 | Receipt and review of Motion for Costs and revise |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 18

| 04/26/12 | D. Kent | 0.50 | Study/analysis of legal research memoranda and supporting cases ████████ |
| 04/26/12 | D. Kent | 0.20 | Exchange correspondence ████████ |
| 04/26/12 | D. Kent | 1.90 | Prepare application for fees, costs, expenses, including preparation of supporting exhibits ████ and study/analysis of supporting evidence |
| 04/26/12 | D. Kent | 0.20 | Prepare memorandum to team members ████████ |
| 04/26/12 | J. Scott | 2.20 | Research grounds for granting new trials in the 11th circuit |
| 04/27/12 | K. Meaders | 4.80 | Meeting with attorneys Steinmann and Kent ████████ review fees and expenses and coordinate collection of receipts |
| 04/27/12 | K. Meaders | 0.40 | Telephone conferences and emails with Jim Hickman ████████ |
| 04/27/12 | K. Meaders | 1.40 | Meeting with attorneys Mason and Kent ████████ meeting with appellate specialist Vance Wittie ████████; prepare timetable of deadlines |
| 04/27/12 | D. Kent | 2.60 | Review and revise HDR's Application for Fees, Costs and Expenses of Suit, including legal research ████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 19

| | | | |
|---|---|---|---|
| 04/27/12 | D. Kent | 2.30 | Review and revise HDR's Motion for Costs of Court, including legal research ████████ |
| 04/27/12 | D. Kent | 0.40 | Study/analysis of TBW's Amended Motion for Leave to File Excess Pages for Motion for New Trial, ████████ |
| 04/27/12 | S. Wittie | 1.10 | Attention to fee application and costs application, consultation regarding ████ |
| 04/27/12 | C. Steinmann | 9.40 | Continue working on review of invoices, receipts, and other documents ████ ████ conference with Meaders and Hickman |
| 04/27/12 | G. Fountain | 3.00 | Search deposition testimony and TBW disclosures to determine costs associated with attorney and experts' fees |
| 04/28/12 | D. Kent | 0.80 | Review and revise Application for Attorney's Fees, Nontaxable Costs and Expenses of Suit, ████ |
| 04/28/12 | C. Steinmann | 13.00 | Continue review of invoices, receipts, and other materials ████ |
| 04/30/12 | K. Meaders | 3.90 | Work on Motion for Assessment of taxable court cost against TBW; work on and review of Bill of Cost documenting cost total; review back up chart of costs and questions on certain cost for affidavit; review and revise affidavit and review documents in support; office conference with Cori Steinmann ████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 20

| | | | |
|---|---|---|---|
| 04/30/12 | K. Meaders | 1.80 | Review and revise Motion for Assessment of fees, costs, and expenses under contract; revise internal chart of fees and expenses; categorize expenses for motion; |
| 04/30/12 | D. Kent | 2.00 | Review and revise HDR's Motion for Attorney's Fees and Nontaxable Costs, |
| 04/30/12 | D. Kent | 0.80 | Review and revise draft Affidavit of Kurt Meaders in support of HDR's Bill of Costs, |
| 04/30/12 | D. Kent | 0.70 | Research regarding |
| 04/30/12 | S. Wittie | 0.30 | Consultation regarding |
| 04/30/12 | C. Steinmann | 11.70 | Prepare Affidavit of Kurt W. Meaders in support of Bill of Costs; draft Bill of Costs; continue reviewing invoices, receipts, and additional records |
| 04/30/12 | C. Alm | 4.30 | Electronic redaction of invoices |

Total Hours 891.20
**Total Fee Amount** **$272,595.00**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 146.80 | 455.00 | $66,794.00 |
| K. Meaders | 195.70 | 330.00 | 64,581.00 |
| D. Kent | 143.50 | 395.00 | 56,682.50 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 21

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| S. Wittie | 24.20 | 350.00 | 8,470.00 |
| J. Scott | 9.50 | 240.00 | 2,280.00 |
| C. Steinmann | 207.10 | 265.00 | 54,881.50 |
| C. Alm | 4.30 | 115.00 | 494.50 |
| G. Fountain | 109.80 | 115.00 | 12,627.00 |
| J. Steere | 50.30 | 115.00 | 5,784.50 |
| Total | **891.20** | | **$272,595.00** |

**Disbursements:**

| | | |
|---|---|---|
| 03/03/12 | Travel/Group Meals Meaders, Kurt W. / DA | 19.18 |
| 03/07/12 | Travel/Individual Meals Kent, David, C. / DA | 3.30 |
| 03/07/12 | Travel/Group Meals Kent, David, C. / DA | 50.62 |
| 03/09/12 | Other Travel-related expenses Steinmann, Cori / DA | 10.00 |
| 03/09/12 | Other Travel-related expenses Steinmann, Cori / DA | 20.00 |
| 03/09/12 | Parking/Tolls Steinmann, Cori / DA | 10.00 |
| 03/12/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 6.00 |
| 03/14/12 | Travel/Group Meals Steinmann, Cori / DA | 30.98 |
| 03/15/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 14.00 |
| 03/15/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 8.00 |
| 03/15/12 | Travel/Group Meals Steinmann, Cori / DA | 62.92 |
| 03/17/12 | Other Travel-related expenses Kent, David, C. / DA | 2.86 |
| 03/17/12 | Travel/Group Meals Mason, Wayne B. / DA | 36.34 |
| 03/18/12 | Travel/Group Meals Mason, Wayne B. / DA- | 45.42 |
| 03/19/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 14.00 |
| 03/19/12 | Other Travel-related expenses Kent, David, C. / DA | 18.36 |
| 03/20/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 11.00 |
| 03/20/12 | Supplies Kent, David, C. / DA | 8.55 |
| 03/21/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 6.00 |
| 03/22/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 33.00 |
| 03/22/12 | Travel/Group Meals Steinmann, Cori / DA | 34.74 |
| 03/22/12 | Supplies Kent, David, C. / DA | 2.99 |
| 03/22/12 | Supplies Kent, David, C. / DA | 9.49 |
| 03/23/12 | Other Travel-related expenses Kent, David, C. / DA | 36.72 |
| 03/24/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 30.00 |
| 03/24/12 | Supplies Kent, David, C. / DA | 12.68 |
| 03/24/12 | Supplies Kent, David, C. / DA | 43.45 |
| 03/25/12 | Travel/Group Meals Steinmann, Cori / DA | 189.00 |


| Date | Description | Amount |
|------|-------------|-------:|
| 03/27/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 11.00 |
| 03/27/12 | Travel/Group Meals Steinmann, Cori / DA | 80.48 |
| 03/28/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 14.00 |
| 03/30/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 11.00 |
| 03/30/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/31/12 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 13.00 |
| 03/31/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 03/31/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 03/31/12 | Travel/Individual   Meals Meaders, Kurt W. / DA | 21.72 |
| 04/01/12 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 30.00 |
| 04/01/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/01/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/01/12 | Travel/Group Meals Steinmann, Cori / DA | 8.83 |
| 04/01/12 | Travel/Group Meals Mason, Wayne B. / DA- | 33.72 |
| 04/01/12 | Travel/Group   Meals Fountain, Gail A. / DA | 151.36 |
| 04/01/12 | Travel/Group Meals Steinmann, Cori / DA | 151.36 |
| 04/01/12 | Travel/Air Fare Meaders, Kurt W. / DA | 431.60 |
| 04/01/12 | Supplies Kent, David, C. / DA | 20.26 |
| 04/01/12 | Supplies Kent, David, C. / DA | 27.46 |
| 04/02/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 15.00 |
| 04/02/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 15.00 |
| 04/02/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/02/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/02/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 18.00 |
| 04/02/12 | Travel/Group Meals Meaders, Kurt W. / DA | 250.00 |
| 04/02/12 | Travel/Group Meals Steinmann, Cori / DA | 131.72 |
| 04/02/12 | Travel/Group Meals Mason, Wayne B. / DA- | 502.76 |
| 04/02/12 | Supplies Fountain, Gail A. / DA | 5.88 |
| 04/03/12 | Lexis | 9.64 |
| 04/03/12 | Lexis | 4.83 |
| 04/03/12 | Westlaw | 98.98 |
| 04/03/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/03/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 19.28 |
| 04/03/12 | Travel/Individual   Meals Meaders, Kurt W. / DA | 8.45 |
| 04/03/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 30.15 |
| 04/03/12 | Travel/Group Meals Steinmann, Cori / DA | 20.59 |
| 04/03/12 | Travel/Group Meals Steinmann, Cori / DA | 43.40 |
| 04/03/12 | Travel/Group Meals Mason, Wayne B. / DA- | 478.85 |
| 04/03/12 | Travel/Air Fare Meaders, Kurt W. / DA | 1,331.60 |
| 04/03/12 | Supplies Kent, David, C. / DA | 29.50 |


| Date | Description | Amount |
|---|---|---|
| 04/04/12 | Lexis | 301.65 |
| 04/04/12 | Lexis | 24.09 |
| 04/04/12 | Lexis | 33.74 |
| 04/04/12 | Lexis | 9.95 |
| 04/04/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/04/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/04/12 | Travel/Individual Meals Fountain, Gail A. / DA | 4.23 |
| 04/04/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 18.00 |
| 04/04/12 | Other Travel-related expenses Kent, David, C. / DA | 21.42 |
| 04/04/12 | Travel/Group Meals Meaders, Kurt W. / DA | 217.81 |
| 04/04/12 | Travel/Group Meals Steinmann, Cori / DA | 31.82 |
| 04/04/12 | Travel/Group Meals Meaders, Kurt W. / DA | 55.25 |
| 04/04/12 | Travel/Group Meals Mason, Wayne B. / DA- | 32.35 |
| 04/05/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/05/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/05/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 18.00 |
| 04/05/12 | Travel/Group Meals Meaders, Kurt W. / DA | 82.57 |
| 04/05/12 | Travel/Group Meals Meaders, Kurt W. / DA | 100.00 |
| 04/06/12 | Telephone TAMPA FL (181)322-2490 | 0.16 |
| 04/06/12 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 104.24 |
| 04/06/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/06/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/06/12 | Travel/Car Rental Meaders, Kurt W. / DA | 2,177.87 |
| 04/06/12 | Travel/Group Meals Meaders, Kurt W. / DA | 38.21 |
| 04/06/12 | Travel/Group Meals Mason, Wayne B. / DA- | 75.88 |
| 04/06/12 | Travel/Air Fare Mason, Wayne B. / DA- | 869.60 |
| 04/06/12 | Travel/Air Fare Fountain, Gail A. / DA | 869.60 |
| 04/06/12 | Parking/Tolls Kent, David, C. / DA | 28.00 |
| 04/07/12 | Lexis | 0.31 |
| 04/07/12 | Lexis | 2.61 |
| 04/07/12 | Lexis | 0.73 |
| 04/07/12 | Lexis | 0.01 |
| 04/07/12 | Lexis | 0.03 |
| 04/07/12 | Lexis | 0.47 |
| 04/07/12 | Lexis | 14.43 |
| 04/07/12 | Lexis | 2.14 |
| 04/07/12 | Lexis | 34.70 |
| 04/07/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/07/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 24.00 |
| 04/08/12 | Travel/Mileage Steere, James, M. / FL | 303.86 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 24

| | | |
|---|---|---:|
| 04/08/12 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 104.24 |
| 04/08/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/08/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 47.77 |
| 04/08/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 29.64 |
| 04/08/12 | Travel/Individual   Meals Meaders, Kurt W. / DA | 8.54 |
| 04/08/12 | Travel/Individual   Meals Steere, James, M. / FL | 7.64 |
| 04/08/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 13.80 |
| 04/08/12 | Travel/Individual   Meals Fountain, Gail A. / DA | 7.89 |
| 04/08/12 | Other Travel-related expenses Mason, Wayne B. / DA- | 18.00 |
| 04/08/12 | Parking/Tolls Meaders, Kurt W. / DA | 124.49 |
| 04/09/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 20.00 |
| 04/09/12 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 32.00 |
| 04/09/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/09/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/09/12 | Travel/Group   Meals Fountain, Gail A. / DA | 44.88 |
| 04/09/12 | Travel/Group Meals Meaders, Kurt W. / DA | 144.02 |
| 04/10/12 | Taxi/Trains/Local Trans. Fountain, Gail A. / DA | 7.00 |
| 04/10/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 60.00 |
| 04/10/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/10/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/10/12 | Travel/Individual   Meals Fountain, Gail A. / DA | 10.69 |
| 04/10/12 | Travel/Group Meals Meaders, Kurt W. / DA | 69.00 |
| 04/10/12 | Travel/Air Fare Mason, Wayne B. / DA- | 664.90 |
| 04/11/12 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 40.00 |
| 04/11/12 | Westlaw | 14.90 |
| 04/11/12 | Travel/Lodging Mason, Wayne B. / DA- | 178.08 |
| 04/11/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 21.89 |
| 04/11/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 36.41 |
| 04/11/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 12.56 |
| 04/11/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 21.00 |
| 04/11/12 | Travel/Group Meals Mason, Wayne B. / DA- | 3,415.00 |
| 04/11/12 | Supplies Fountain, Gail A. / DA | 19.25 |
| 04/12/12 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 60.00 |
| 04/12/12 | Taxi/Trains/Local Trans. Steinmann, Cori / DA | 36.00 |
| 04/12/12 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 31.00 |
| 04/12/12 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 13.00 |
| 04/12/12 | Travel/Individual   Meals Steere, James, M. / FL | 6.88 |
| 04/12/12 | Travel/Individual Meals Mason, Wayne B. / DA- | 22.90 |
| 04/12/12 | Travel/Individual   Meals Kent, David, C. / DA | 17.11 |
| 04/12/12 | Travel/Individual   Meals Kent, David, C. / DA | 5.09 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 25

| | | |
|---|---|---|
| 04/12/12 Travel/Car    Rental Kent, David, C. / DA | | 317.29 |
| 04/12/12 Travel/Car    Rental Steinmann, Cori / DA | | 428.67 |
| 04/12/12   Other Travel-related expenses Mason, Wayne B. / DA- | | 14.00 |
| 04/12/12   Other Travel-related expenses Steinmann, Cori / DA | | 20.00 |
| 04/12/12   Other Travel-related expenses Steinmann, Cori / DA | | 50.00 |
| 04/12/12   Other Travel-related expenses Steinmann, Cori / DA | | 10.00 |
| 04/12/12   Other Travel-related expenses Kent, David, C. / DA | | 28.95 |
| 04/12/12   Other Travel-related expenses Steinmann, Cori / DA | | 25.00 |
| 04/12/12   Travel/Group Meals Steinmann, Cori / DA | | 54.47 |
| 04/12/12   Travel/Air Fare Fountain, Gail A. / DA | | 90.00 |
| 04/12/12   Travel/Air Fare Kent, David, C. / DA | | 441.80 |
| 04/12/12   Travel/Air Fare Fountain, Gail A. / DA | | 434.80 |
| 04/12/12   Travel/Air Fare Meaders, Kurt W. / DA | | 459.80 |
| 04/12/12   Travel/Air Fare Mason, Wayne B. / DA- | | 664.90 |
| 04/12/12   Travel/Air Fare Mason, Wayne B. / DA- | | 35.00 |
| 04/13/12   Telephone TAMPA    FL (181)386-8444 | | 0.16 |
| 04/13/12 Westlaw | | 120.63 |
| 04/13/12   Travel/Lodging Mason, Wayne B. / DA- | | 2,517.55 |
| 04/13/12   Other Travel-related expenses Steinmann, Cori / DA | | 38.71 |
| 04/13/12   Travel/Air Fare Steinmann, Cori / DA | | 25.00 |
| 04/13/12   Travel/Air Fare Steinmann, Cori / DA | | 459.80 |
| 04/13/12   Library Expense Thomson-West Group | | 310.43 |
| 04/13/12   Library Expense Thomson-West Group | | 237.39 |
| 04/15/12   Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | | 104.24 |
| 04/15/12   Travel/Air Fare Mason, Wayne B. / DA- | | 70.00 |
| 04/15/12   Travel/Air Fare Mason, Wayne B. / DA- | | 70.00 |
| 04/16/12   Photocopy (1 @ $0.15) | | 0.15 |
| 04/18/12   Telephone TAMPA     FL (181)322-1390 | | 0.16 |
| 04/18/12 Lexis | | 5.59 |
| 04/18/12 Lexis | | 2.51 |
| 04/18/12 Lexis | | 5.33 |
| 04/18/12 Lexis | | 9.88 |
| 04/18/12 Lexis | | 24.09 |
| 04/18/12 Lexis | | 191.87 |
| 04/18/12 Lexis | | 9.66 |
| 04/18/12 Lexis | | 8.03 |
| 04/18/12 Lexis | | 9.64 |
| 04/19/12 Lexis | | 0.03 |
| 04/19/12 Lexis | | 4.98 |
| 04/19/12 Lexis | | 3.19 |


| | |
|---|---|
| 04/19/12 Lexis | 14.43 |
| 04/19/12 Lexis | 0.99 |
| 04/19/12 Delivery/Messenger    Service Federal Express Corporation | 23.51 |
| 04/19/12 Ken    Colter | 3.00 |
| 04/20/12 Lexis | 4.83 |
| 04/22/12 Lexis | 16.67 |
| 04/22/12 Lexis | 0.22 |
| 04/22/12 Lexis | 38.55 |
| 04/22/12 Lexis | 16.05 |
| 04/22/12 Lexis | 0.54 |
| 04/22/12 Lexis | 2.55 |
| 04/22/12 Lexis | 2.50 |
| 04/23/12 Lexis | 1.56 |
| 04/23/12 Lexis | 8.72 |
| 04/23/12 Lexis | 62.65 |
| 04/23/12 Lexis | 0.01 |
| 04/23/12 Lexis | 7.48 |
| 04/23/12    Photocopy (5 @ $0.15) | 0.75 |
| 04/26/12    Photocopy (30 @ $0.15) | 4.50 |
| 04/27/12 Lexis | 0.13 |
| 04/27/12 Lexis | 20.89 |
| 04/27/12 Lexis | 23.12 |
| 04/27/12 Lexis | 9.64 |
| 04/27/12 Lexis | 86.74 |
| 04/27/12 Lexis | 240.50 |
| 04/27/12 Lexis | 3.48 |
| 04/27/12 Lexis | 12.44 |
| 04/27/12    Photocopy (2 @ $0.15) | 0.30 |

**Total Disbursements     $25,991.01**



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 15, 2012
Invoice No. 1068925
Page 27

**Total Due**    $298,586.01

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
| --- | --- | --- |
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

## Expense Report - Transmittal Report



ER0000003021212 0226

| | | |
|---|---|---|
| **Spender** Kurt W. Meaders | **From** Mar 31, 2012 **To** Mar 31, 2012 | **Reimbursement Amt** 868.70 USD |

**Report name** Trial in Tampa FL

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/31/12 | Airfare | United St... | 437.10 USD | Jennifer M. Arevalo |
| 4/1/12 | Airfare | United St... | 431.60 USD | Jennifer M. Arevalo |

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, March 30, 2012 2:02 PM |
| **To:** | Slaten, Rita |
| **Subject:** | FW: Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4S2X58 |

My trip home for Saturday.
Please add to expense reimbursement.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Thursday, March 29, 2012 10:46 PM
**To:** Meaders, Kurt
**Subject:** Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4S2X58

You're all set for your trip



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

 **AIR Itinerary**

**AIR Confirmation: 4S2X58**     Confirmation Date: 03/29/2012


Discover Dallas with special weekend rates.
Book Now >

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| MEADERS/KURT | 00000024698380 | 5262431495928 | Mar 29, 2013 | 5004 |

 Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sat Mar 31 | 2426 | Depart **TAMPA INTL** (TPA) at **07:55 AM**<br>Arrive in HOUSTON HOBBY (HOU) at 09:25 AM |
| | 1136 | Change planes in HOUSTON HOBBY (HOU) at 10:00 AM<br>Arrive in **DALLAS LOVE FIELD** (DAL) at **11:00 AM**<br>Travel Time 4 hrs 5 mins |


**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.
Book a Hotel ➡

Air Cost: 437.10

 Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.


**Rent Some Wheels**

1

Fare Rule(s): 5262431495928: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number
must be completed by the expiration date. Unused travel funds may only be applied toward
the purchase of future travel for the individual named on the ticket. Any changes to this
itinerary may result in a fare increase.

TPA WN X/HOU WN DAL387.91KEV 387.91 END ZPTPAHOU XFTPA4.5HOU3
AY5.00$TPA2.50 HOU2.50

Explore your destination on
the perfect set of wheels.

Rent a Car ➡



Get the best travel deals
straight to your inbox.

Sign Up Now



## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before
your scheduled departure time. Otherwise, your reserved space may be cancelled and you
won't be eligible for denied booking compensation.

Go to Boarding School ➡

 Get EarlyBird
Check -In™ Details ➡

## Cost and Payment Summary

AIR - 4S2X58

| | | |
|---|---|---|
| Base Fare | $ 387.91 | **Payment Information** |
| Excise Taxes | $ 29.09 | Payment Type: Mastercard XXXXXXXXXXXX5374 |
| Segment Fee | $ 7.60 | Date: Mar 29, 2012 |
| Passenger Facility Charge | $ 7.50 | Payment Amount: $437.10 |
| September 11th Security Fee | $ 5.00 | |
| **Total Air Cost** | **$ 437.10** | |

 **Flight Status Alerts**

Stay on your way with flight departure or
arrival status via text message or email.

**Subscribe Now** ➡



Get exclusive travel deals straight to your
desktop or iPhone.

**Download DING!** ➡

## Useful Tools

Check-In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us



Book Air | Book Hotel | Book Car | Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account



This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation

See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2011 Southwest Airlines Co. All Rights Reserved

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, March 30, 2012 2:01 PM |
| **To:** | Slaten, Rita |
| **Subject:** | FW: Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4U2XC8 |

My return flight on Sunday.
Please turn in for expense report.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Thursday, March 29, 2012 11:18 PM
**To:** Meaders, Kurt
**Subject:** Southwest Airlines Confirmation-MEADERS/KURT-Confirmation: 4U2XC8

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

 **AIR Itinerary**

### AIR Confirmation: 4U2XC8

Confirmation Date: 03/29/2012


**Budget**
SAVE UP TO 30%
or more, plus earn up to
2400 Rapid Rewards Points
BOOK NOW

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| MEADERS/KURT | 00000024698380 | 5262431498061 | Mar 29, 2013 | 5004 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.


**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.
**Book a Hotel ➡**

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Apr 1 | 297 | Depart **DALLAS LOVE FIELD** (DAL) at **08:00 AM**<br>*Stops in HOUSTON HOBBY (HOU)*<br>Arrive in **TAMPA INTL** (TPA) at **12:30 PM**<br>Travel Time 3 hrs 30 mins |

**Air Cost:** 431.60

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262431498061: NONTRANSFERABLE.


**Rent Some Wheels**

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

DAL WN TPA387.91KEV 387.91 END ZPDALHOU XFDAL4.5 AY2.50$DAL2.50

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

 Go to Boarding School ➔

EARLYBIRD CHECK-IN℠ Get EarlyBird Check -In™ Details ➔

## Cost and Payment Summary

AIR - 4U2XC8

| | | |
|---|---|---|
| Base Fare | $ 387.91 | **Payment Information** |
| Excise Taxes | $ 29.09 | Payment Type: Mastercard XXXXXXXXXXXX5374 |
| Segment Fee | $ 7.60 | Date: Mar 29, 2012 |
| Passenger Facility Charge | $ 4.50 | Payment Amount: $431.60 |
| September 11th Security Fee | $ 2.50 | |
| **Total Air Cost** | **$ 431.60** | |

Explore your destination on the perfect set of wheels.

Rent a Car ➔







**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.

**Subscribe Now** ➔



Get exclusive travel deals straight to your desktop or iPhone.

**Download DING!** ➔

## Useful Tools

Check-In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us


Book Air | Book Hotel | Book Car | Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.



[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P O Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2011 Southwest Airlines Co. All Rights Reserved

## Expense Report - Transmittal Report



ER00000030212120227

**Spender** Kurt W. Meaders          **From** Apr 2, 2012    **To** Apr 2, 2012          **Reimbursement Amt** 250.00 USD

**Report name** Group Meal - Trial Team

### Expense Report Information :

| Number of expenses | 1 | Audit required | Yes |
|---|---|---|---|
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/2/12 | Group Meal | United St... | 250.00 USD | Jennifer M. Arevalo |

## THE LIME
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com

Date:       Apr02'12 04:45PM
Card Type:  MASTERCARD
Acct #:     XXXXXXXXXXXX5374*
Exp Date:   XX/XX
Auth Code:  061045
Check:      4453
Check ID:   PICK UP 4 30
Server:     905 M.O.D. C

Subtotal:        235.40

TIP:            14.60

TOTAL:         250.00

Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

## THE LIME
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com

905 M.O.D. C

Chk 4453      PICK UP 4 30       Gst 0
              Apr02'12 03:21PM

    14PP CHK FAJITAS
1 OPEN FOOD                     140.00
    SM TAQUITOS
1 OPEN FOOD                      35.00
    7 DESSERTS CUT
1 OPEN FOOD                      21.00
    DELIVERY FEE
1 OPEN CATERING                  24.00

    Subtotal                    220.00
    Tax                          15.40
04:45PM Total               235.40

THANK YOU
PLEASE COME AGAIN
WE PROUDLY SERVE:
BANZAI ENERGY DRINK
"Dont be BULLied"

GUEST CHECK

| Server | Table No. | No. Guest | Date | 0422544 |
|--------|-----------|-----------|------|---------|

Nidi | PI | 2

| # | | |
|---|---|---|
| 1 | | |
| 2 | Mussels | 11.95 |
| 3 | Bruschetta | 7.95 |
| 4 | | |
| 5 | | |
| 6 | Veal Marsala | 23.95 |
| 7 | with Bowtie pasta | |
| 8 | Seafood Risotto | 25.99 |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Coffee  Tea  Milk | |

| THANK YOU | | |
|-----------|---|---|
| | FOOD | 69.84 |
| | BEVERAGE | 76 |
| | SUB TOTAL | 143.84 |
| | TAX | 10.20 |
| | TOTAL | 156.04 |

GUEST RECEIPT        0422544

Date _____   Amount _____

NINO'S ROMA RISTORANTE
700 HARBOUR POST DRIVE
TAMPA, FL 33602
(813) 221-9683
V6331197

Merchant ID: 2950          Ref #: 00.
Server ID: 9

        Sale

XXXXXXXXXXXX5560
MAST                Entry Method: Swiped

Amount:        $      156.04
Tip:                        38—
Total:                    186.04

03/29/12              19:55:58
Inv #: 000018      Appr Code: 088038
Approval: Online    Batch#: 000005

        Customer Copy

The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433
Check # :31635-8022

Table 501
Marshall W
08:17 PM  03/30/2012                    Gst 9
Transaction #:171317425

- - - - - - - - - - - - - - - - - - - - - - - - -

Card Number                         Auth Code
xxxxxxxxxxxx 5580                   015748
mason/wayne b                       Master Card

Check Amount  1354.36

Tip          270 —

Total       1624.36

X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

---

The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433
Check # :31635-8022

Table 501
Marshall W
20:17:19 03/30/2012                    Gst 9
- - - - - - - - - - - - - - - - - - - - - - - - -
1 Proscuitto/Mozzarella        16.00
1 Lobster & Crab Cakes         19.00
1 Calamari                     13.00
  Misc Personal Charge        260.00
                              140.00
                               11.00

                               99.00

                               36.00
3 10oz Filet Mignon           126.00
  Misc Personal Charge         90.00
                               12.00
                                7.00
1 Coffee                        3.75
  Misc Personal Charge         44.00
1 Cheesecake                    9.00
1 Homemade Sorbet               9.00
2 Coconut Cream Pie            18.00
2 Creme Brulee                 18.00
1 Cappuccino                    5.00
1 Filet Oscar                  45.00
1 Delmonico Steak              46.00
1 Filet Dinner Spec            42.00
1 Porcini Delmonico            49.00
1 2 LB Lobster                 48.00
1 10oz Filet Mignon            44.00
    Au Poivre Style
2 Roasted Mushrooms            24.00
2 Lobster Mac nCheese          32.00
1 Potatoes Au Gratin           10.00
1 Creamed Spinach              10.00
1 Sauteed Spinach              10.00

Subtotal 1265.75    $850.83 Deducted
Sales Tax   88.61

Total   1354.36

(5580)Master Card            1354.36

Amount Due      0.00
Change          0.00

Host your next event in one of our
private rooms. Ask your server for
details.

James Hamilton
Managing Partner
- - - - - - - - - - - - - - - - - - - - - - - - -

**Malio's**
Tampa, Florida
813-223-7746

Date: Mar22'12 08:15PM
Card Type: M.C.
Acct #: XXXXXXXXXXXX5580
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 036531
Check: 6162
Table: 31/1
Server: 93 Nora S

Subtotal: 144.99

Tip: 28 —

Total: 172.99

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

**Malio's**
Tampa, Florida
813-223-7746

93 Nora S

Tbl 31/1    Chk 6162    Gst 3
Mar22'12 08:49PM

| | | |
|---|---|---|
| 1 Saldo 1003 | | 52.00 |
| 1 SOD W/ Entree | | 0.00 |
| 1 The Wedge | | 8.00 |
| 1 Chatobriand | | 49.00 |
| 1 Jalapeno corn | | 7.00 |
| ICE CREAM | | |
| 1 Open Food | | 6.00 |
| ICE CREAM | | |
| 1 Open Food | | 6.00 |
| 2 Coffee | | 7.50 |
| | | |
| Food | | 83.50 |
| Wine | | 52.00 |
| Tax | | 9.49 |
| 08:14PM Total | | 144.99 |

Thank you for joining us.
Please Come Again.

---

TACO BUS DOWNTOWN
905 E FRANKLIN ST
TAMPA, FL 33602

03/30/2012                13:32:14
Merchant ID:      000006002195740
Terminal ID:          03266081
276207658887

CREDIT CARD

MC SALE

CARD #              XXXXXXXXXXXX5580
INVOICE                      0116
Batch #:                   000074
Approval Code:             064455
Entry Method:              Swiped
Mode:                      Online

PRE-TIP AMT          $41.00

TIP

TOTAL AMOUNT

CUSTOMER COPY

REPRINT
TACO BUS DOWNTOWN
505 E FRANKLIN ST
TAMPA, FL 33602

03/31/2012                    13:06:06
Merchant ID:       000000002195740
Terminal ID:              03266084
276207656687

CREDIT CARD

MC SALE

CARD # TOKEN        XXXXXXXXXXX5580
INVOICE                         0051
Batch #:                      000077
Approval Code:               082416
Entry Method:                 Swiped
Mode:                         Online

PRE-TIP AMT              $20.40

TIP                   _____

TOTAL AMOUNT

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if Credit Voucher)

X _____
        WAYNE B

---

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

Date:        04/01/2012 12:41PM
Card Type:   MASTER CARD
Acct Num:    ************5580
Exp Date:    **/**
Customer:    NASON/WAYNE B
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   040123
Check:       1491
Table:       30-1
Server:      1007 Lindsey

Amount:            $27.72

TIP:    _____

TOTAL:  _____

SIGNATURE: _____

I agree to pay above total
according to my card issuer agreement

*** Customer Copy ***

---

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

1007 Lindsey

                              Guests: 2
Check: 1491
Table: 30-1
           04/01/2012 12:23PM
           DINE IN
1   ICED TEA              2.00
1   COFFEE                2.00
2   HERB RST LAMB        21.90

    FOOD                 21.90
    NON ALCOHOLIC         4.00
    SUBTOTALS            25.90
    INCLUSIVE TAX         0.00
    TAXABLE               1.82
  TOTAL DUE            $27.72

        Thank you

## Expense Report - Transmittal Report



ER0000003007212011

| **Spender** Gail A. Fountain | **From** Apr 1, 2012 **To** Apr 1, 2012 | **Reimbursement Amt** 151.36 USD |

**Report name** Dinner expense

### Expense Report Information :

| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 4/1/12 | Group Meal | United St... | 151.36  USD | Jennifer M. Arevalo |

Greetings from Boston Market. We thought you'd like to know we received your order today. The details of the order are below. Please review your order to confirm that it is accurate. If your order is inaccurate, please <u>click here</u> to update your order.

You will not be able to reply to this email account. If you need to contact us, please call 866-977-9090.



Order Name: Hyatt Regency
Order Type: Catering-Delivery
Order Number: 51036082827

| Customer Info | Delivery Contact |
|---|---|
| Gail Fountain<br>Primary # 469-227-4640<br>Mobile # 214-676-4493 | Gail Fountain<br>214-676-4493 |
| **Delivery Date & Time** | **Delivery Address** |
| Sunday, April 1, 2012<br>5:00 PM - 5:15 PM | Hyatt Regency<br>211 N Tampa St<br>Harborview - 16th Floor<br>TAMPA, FL 33602 |

| Menu Item | Quantity | Unit Price | Total |
|---|---|---|---|
| 01 Build Your Own Buffet | 1 | | |
| Number Of People | 12 | | |
| Rotisserie Chicken | 5 | $9.29 | $46.45 |
| Meatloaf | 7 | $9.29 | $65.03 |
| Loaded Mashed Potatoes | 6 | $0.00 | $0.00 |
| Green Beans | 6 | $0.00 | $0.00 |
| Steamed Vegetables | 6 | $0.00 | $0.00 |
| Macaroni & Cheese | 6 | $0.00 | $0.00 |
| Chocolate Brownie Family Size (serves 6-12) | 2 | $4.99 | $9.98 |
| Cornbread | 12 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Method of Payment: | Discover | Food & Bev. Total: | $121.46 |
| Card Number: | ###########5660 | Delivery and Setup Charge: | $20.00 |
| I agree to the total amount as per card issuer agreement. | | Estimated Tax: | $9.90 |
| | | Total: | $151.36 |

257

Order Placed By: Gail Fountain

## Expense Report - Transmittal Report



ER00000034262120069

**Spender** Cori Steinmann          **From** Mar 30, 2012  **To** Apr 1, 2012          **Reimbursement Amt** 283.08 USD

**Report name** HDR Trial #3

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/1/12 | Group Meal | United St... | 151.36 USD | Jennifer M. Arevalo |
| 4/2/12 | Group Meal | United St... | 131.72 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Steinmann, Cori |
| **Sent:** | Monday, April 02, 2012 12:13 PM |
| **To:** | Garner, Lavella |
| **Subject:** | RE: Moxie's Downtown Order |

FYI- a twenty dollar tip was added to this bringing the total to $131.72. I have te receipt showing the tip which I will send home tomorrow.

---

**From:** Steinmann, Cori
**Sent:** Sunday, April 01, 2012 3:31 PM
**To:** Garner, Lavella
**Subject:** Fwd: Moxie's Downtown Order

Lunch for courthouse April 2nd.

Cori Steinmann
Attorney at Law

Sedgwick LLP

Begin forwarded message:

> **From:** moxietogo@gmail.com
> **Date:** April 1, 2012 3:31:16 PM EDT
> **To:** cori.steinmann@sdma.com
> **Subject: Moxie's Downtown Order**
>
> Moxie's Downtown Order
> ORDER FOR DELIVERY                    generated by GEOMERX
> ORDER #15796: Cori Steinmann (Sedgwick) - cori.steinmann@sdma.com
> - 12.174.216.2
> --------------------------------------------------------------------------
> DELIVERY ADDRESS:Cori Steinmann
>          Sedgwick
>          801 North Florida Ave
>          Floor 13, Courtroom B
>          Tampa, FL 33602
>          U.S.A.
>          Phone: (214) 704-2462
>
> We accept Visa, MasterCard, Discover and American Express credit cards
> when you arrive at the restaurant for your "Take Out/Pickup".We will
> process your credit card when your arrive at the restaurant. Please
> bring the Credit Card to be charged
> Catering orders require 24 hours notice and are for a minimum of 4
> people. Please select your "Delivery" or "Take Out/Pick-Up" time
> carefullyFor "Deliveries" please call (813) 221-4510 to confirm the time
> needed if the order is placed after 10:30 AMWe truly appreciate your

business and hope you will enjoy another delicious meal at home or in
the office from Moxies Downtown again soon!

ORDER TIME: Sunday April 1, 2012 3:31 PM
DELIVERY TIME: Monday April 2, 2012 11:45 AM - 12:15 PM DELAYED ORDER


** [Qty] Product...............................................[Price] Total
----------------------------------------------------------------------------
** [9] Moxies Classic.........................................[$11.29] $101.61
    : Homemade Pasta Salad, Fruit Salad
----------------------------------------------------------------------------
Sub-Total: $101.61
7.000% Sales Tax : $7.11
Delivery Charge: $3.00
TOTAL: $111.72
     20.00 - Tip   $131.72
PAYMENT METHOD: Credit Card
     Credit Card Type: MasterCard
     Cardholder's Name: Cori Steinmann
     Credit Card No.: ending 96703 (partial number displayed for security)

BILLING ADDRESS: Cori Steinmann
     Sedgwick
     2835 Coteau Way
     Dallas, TX 75227
     U.S.A.
     Phone: (214) 704-2462
     E-Mail: cori.steinmann@sdma.com

**From:** Steinmann, Cori
**Sent:** Saturday, March 31, 2012 9:04 AM
**To:** Garner, Lavella
**Subject:** Fwd: Order Confirmation

Cori Steinmann
Attorney at Law

Sedgwick LLP

Begin forwarded message:

> **From:** "Fountain, Gail" <Gail.Fountain@sedgwicklaw.com>
> **Date:** March 31, 2012 10:00:59 AM EDT
> **To:** "Cori Steinmann" <Cori.Steinmann@sedgwicklaw.com>
> **Subject: Fwd: Order Confirmation**

Sent from my iPhone

Begin forwarded message:

> **From:** onlineorder@bost.com
> **Date:** March 30, 2012 4:38:43 PM EDT
> **To:** gail.fountain@sedgwicklaw.com
> **Subject: Order Confirmation**

Greetings from Boston Market. We thought you'd like to know we received your order today. The details of the order are below. Please review your order to confirm that it is accurate. If your order is inaccurate, please click here to update your order.

You will not be able to reply to this email account. If you need to contact us, please call 866-977-9090.



Order Name: Hyatt Regency
Order Type: Catering-Delivery
Order Number: 51036082827

**Customer Info**

Gail Fountain
Primary # 469-227-4640
Mobile # 214-676-4493

**Delivery Date & Time**

Sunday, April 1, 2012

**Delivery Contact**

Gail Fountain
214-676-4493

**Delivery Address**

Hyatt Regency

1

5:00 PM - 5:15 PM

211 N Tampa St
Harborview - 16th Floor
TAMPA, FL 33602

| Menu Item | Quantity | Unit Price | Total |
|---|---|---|---|
| 01 Build Your Own Buffet | 1 | | |
| Number Of People | 12 | | |
| Rotisserie Chicken | 5 | $9.29 | $46.45 |
| Meatloaf | 7 | $9.29 | $65.03 |
| Loaded Mashed Potatoes | 6 | $0.00 | $0.00 |
| Green Beans | 6 | $0.00 | $0.00 |
| Steamed Vegetables | 6 | $0.00 | $0.00 |
| Macaroni & Cheese | 6 | $0.00 | $0.00 |
| Chocolate Brownie Family Size (serves 6-12) | 2 | $4.99 | $9.98 |
| Cornbread | 12 | $0.00 | $0.00 |

Method of Payment: Discover

Card Number: ###########5660

I agree to the total amount as per card issuer agreement.

Food & Bev. Total: $121.46

Delivery and Setup Charge: $20.00

Estimated Tax: $9.90

Total: $151.36

257

Order Placed By: Gail Fountain

**Expense Report - Transmittal Report**



ER0000002985212021 0

| | | | |
|---|---|---|---|
| **Spender** Wayne B. Mason | **From** Mar 12, 2012 **To** Apr 8, 2012 | | **Reimbursement Amt** 2,237.92 USD |

**Report name** HDR Trial - #4

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 10 | Audit required | Yes |
| Number of receipts to submit | 7 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/2/12 | Group Meal | United St... | 502.76 USD | Jennifer M. Arevalo |
| 4/3/12 | Group Meal | United St... | 478.85 USD | Jennifer M. Arevalo |
| 4/4/12 | Group Meal | United St... | 32.35 USD | Jennifer M. Arevalo |
| 4/6/12 | Taxi, Trains, o... | United St... | 104.24 USD | Jennifer M. Arevalo |
| 4/6/12 | Group Meal | United St... | 75.88 USD | Jennifer M. Arevalo |
| 4/6/12 | Airfare | United St... | 869.60 USD | Jennifer M. Arevalo |
| 4/8/12 | Taxi, Trains, o... | United St... | 104.24 USD | Jennifer M. Arevalo |

**HAVANA VILLAGE SANDWIC**
120 N DALE MABRY HWY
TAMPA, FL 33609

04/04/2012                          12:05:19
Merchant ID:
Terminal ID:        82322682802

CREDIT CARD
MC SALE

CARD #          XXXXXXXXXXXX5580
INVOICE                         0006
Batch #                         0055187
CLERK                           0002
Approval Code:                  Swiped
Entry Method:                   Online
Mode:                           $26.35

TIP                    6—

TOTAL AMOUNT       32.35

MDSE/SERVICES

*(signature)* / Customer Copy

---

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

1021 nasira

Check: 1885        04/06/2012 01:15PM        Guests: 3

D I N E   I N

| | | |
|---|---|---|
| 1 | RASP TEA | 2.00 |
| 1 | ICED TEA | 2.00 |
| 1 | corona extra | 4.00 |
| 1 | BABA GANOU | 5.95 |
| 1 | DAWALI | 6.95 |
| 1 | RST GRLIC & GRK FETA | 5.95 |
| 3 | HERB RST LAMB | 32.85 |

| | |
|---|---|
| FOOD | 51.70 |
| NON ALCOHOLIC | 4.00 |
| BEER | 4.00 |
| SUBTOTALS | 59.70 |
| INCLUSIVE TAX | 0.00 |
| TAXABLE | 4.18 |

**TOTAL DUE        $63.88**

Thank you

---

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

Date:           04/06/2012 01:40PM
Card Type:      MASTER CARD
Acct Num:       ************5580
Exp Date:       **/**
Customer:       MASON/WAYNE B
Card Entry:     SWIPED
Trans. Type:    PURCHASE
Auth Code:      004311
Check:          1885
Check Name: 30  1021 nasira
Server:

**Amount :        $63.88**

TIP:              12.—

TOTAL:            75.88

SIGNATURE:       *(signature)*

I agree to pay above total
according to my card issuer agreement

*** Customer Copy ***

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

Date:           Apr03'12 08:51PM
Card Type:      MASTERCARD
Acct #:         XXXXXXXXXXXX5580
Card Entry:     SWIPED
Trans Type:     PURCHASE
Trans Key:      ETE00602084718B
Auth Code:      042057
Check:          8560
Table:          8/1
Server:         16 Rick O

Subtotal:       398.85

TIP: _____

TOTAL: _____

Signature: _____
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

Mise En Place
442 W. Kennedy Blvd. Suite 110
Tampa, Fl. 33606
813-254-5373

16 Rick O

Tbl 8/1          Chk 8560          Gst 2
         Apr03'12 06:19PM

Misc Personal Charge

3 AMUSE                    8.50
1 5 CHEESES                8.50
1 CHARCUTERIE              0.00
1 GRN TOMATO              22.25
1 MUSHRM SALADE           16.25
1 GOLDEN BEETS            13.25
1 KOBE                    11.25
1 VENISON                 10.25
1 CHTCKFN                 36.25
                          35.25
Misc Personal Charge      23.25
                          95.25

3 DECAF

Subtotal                 372.75
Tax                       26.10
08:49PM Total            398.85

87.25
5.25

THANK YOU
PLEASE COME AGAIN

$253.47 Deducted

OYSTERCATCHERS LOUNGE
GRAND HYATT TAMPA BAY
636 ASHLEY
CHK 6963    APR02'12  6:41PM         GST 3

Misc Personal Charge

1 2 STONE CLAW                       55.50
1 D-Oyster 1/2 Dz                    80.00
Misc Personal Charge                 18.00
                                     92.00
1 D-Caesar                           12.00
1 D-Soup                             14.00
1 D-Strwbry                          13.00
1 D-Tuna                             29.00
1 D-Scallops                         30.00
1 D-Grouper                          34.00
3 Coffee/Tea                          8.25
SUBTOTAL                            385.75
TAX                                  27.01
PAYMENT DUE    4 1 2 . 7 6

$187.83 Deducted

OYSTERCATCHERS LOUNGE
GRAND HYATT TAMPA BAY
                                    6963
CHECK:           100
GST CHKID:       100
SERVER:          636 ASHLEY
DATE:            APR02'12  8:43PM
CARD TYPE:       MASTERCARD
ACCT #:          XXXXXXXXXXXX5580
EXP DATE:        XX/XX
AUTH CODE:       098168
RESEARCH:        00000000000000
                 WAYNE B MASON

SUBTOTAL:                          412.76

TIP:                               90.00

TOTAL:                            502.76

CUSTOMER SIGNATURE

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT

Premier Transportation
1341 W. Mockingbird Lane, Suite 201W
Dallas, TX 75247
214-351-7000    Fax: 214-351-7020

Toll Free:    800-789-4847



Confirmation # :  **443144**

www.premierofdallas.com
reservations@premierofdallas.com

## Transportation Confirmation

### ***2011 NATIONAL OPERATOR OF THE YEAR***

| | |
|---|---|
| Company : | Sedgwick LLP |
| Requestor: | Ms. Garner, Lavella |
| Address  : | |
| | TX |

Your PO #:
Dept. #:

| | |
|---|---|
| Home # | |
| Fax  # | |
| Office # | (469) 227-4606 |
| Mobile # | |

## Pick Up & Drop Off Information

Passenger (s) :    1    Wayne Mason  m: (214) -70-7-8235      Occasion:  **Airport**

Vehicle Type : Sedan

| | |
|---|---|
| Pick Up Date...: | **4/6/12 (Friday)** |
| Pick Up Time..: | **6:35PM** |
| Pick Up : | DFW International Airport   , , |
| Drop Off : | George Mason Residence 6821 Carolyncrest Dr  Dallas TX, 75214, |

| Airport / Rail Station | Airline / Rail | Flight / Train # | Terminal | Time | Flight Status | Origin / Dest |
|---|---|---|---|---|---|---|
| DFW International Airport | AA - American Airlines | 1667 | | 6:35 PM | ARRIVE | TPA |
| **Meeting Procedure** | Baggage | | | | | |

**Notes:**

## Billing & Rate Information

| | | | | | |
|---|---|---|---|---|---|
| Billing Type : | Master Card | | Hourly Rate : | 0.00 | hr(s) | x | $0.00 |
| Account # : | XXXXXXXXXXXX5580 | Exp: | Fixed Rate : | + $67.75 | = | $67.75 |
| Acct. Name : | Wayne Mason | | Gratuity Rate : | 20.00 % | | $13.55 |
| | | | Tax : | 0.00 % | | $0.00 |

| | |
|---|---|
| Airport Tolls : | $6.00 |
| Administrative Fee : | $8.13 |
| Fuel Surcharge 13 : | $8.81 |
| Special Gratuity | $0.00 |
| Trip Total: | $104.24 |
| Deposit | $0.00 |
| **Total Due:** | $104.24 |

Trip Charges and additional fees
are estimated and subject to final
audit upon completion of
reservation

## Cancellation Policy

+++ Premier has a 2 hour cancellation policy for all transfers in the Dallas Metroplex (point to point and airport).  All out of town
reservations require a 4 hour cancellation window.  All charter/hourly and specialty vehicle (limousines, mini buses, etc...)
reservations require 48 hour notice.
+++ Failure to locate your chauffeur will result in a full charge.
+++ Please review this reservation  and notify our reservations department if an error is found or if you need to make a change.
Thanks again for your business!

Premier Transportation
1341 W. Mockingbird Lane, Suite 201W
Dallas, TX 75247
214-351-7000     Fax:  214-351-7020

Toll Free:     800-789-4847



PREMIER
TRANSPORTATION

Confirmation # : **443146**

*www.premierofdallas.com*
*reservations@premierofdallas.com*

## Transportation Confirmation

### ***2011 NATIONAL OPERATOR OF THE YEAR***

| | | |
|---|---|---|
| Company : | Sedgwick LLP | Your PO #: |
| | | Dept. #: |
| Requestor: | Ms. Garner, Lavella | |
| Address  : | | |
| | TX | |
| Home # | | Office #    (469) 227-4606 |
| Fax  # | | Mobile # |

## Pick Up & Drop Off Information

Passenger (s) :     1     Wayne B. Mason   m: (214) 707-8235         **Occasion:  Airport**

Pick Up Date...:  **4/8/12 (Sunday)**                                **Vehicle Type :** Sedan

Pick Up Time..:  **6:15AM**

Pick Up :     Mason Residence 8722 Sanshire Ave  Dallas TX, 75231,

Drop Off :     DFW International Airport   , ,

| <u>Airport / Rail Station</u> | <u>Airline / Rail</u> | <u>Flight / Train #</u> | <u>Terminal</u> | <u>Time</u> | <u>Flight Status</u> | <u>Origin / Dest</u> |
|---|---|---|---|---|---|---|
| DFW International Airport | AA - American Airlines | 1430 | | 08:05 AM | DEPART | TPA |

Notes:     DO NOT SEND AN SUV FOR THIS CLIENT UNLESS HE SPECIFICALLY ORDERS AN SUV!!! HE ONLY WANTS TOWN CARS!!!!!  DRH.

## Billing & Rate Information

| | | | | | |
|---|---|---|---|---|---|
| Billing Type  : | Master Card | | Hourly Rate :    0.00    hr(s)    x | | $0.00 |
| Account #     : | XXXXXXXXXXXX5580    Exp: | | Fixed Rate :   + $67.75              = | | $67.75 |
| Acct. Name   : | Wayne Mason | | Gratuity Rate :         20.00% | | $13.55 |
| | | | Tax :                        0.00% | | $0.00 |
| | | | Administrative Fee : | | $8.13 |
| | | | Fuel Surcharge 13 : | | $8.81 |
| | | | Airport Tolls : | | $6.00 |
| **Trip Charges and additional fees** | | | Special Gratuity | | $0.00 |
| **are estimated and subject to final** | | | Trip Total: | | $104.24 |
| **audit upon completion of** | | | Deposit | | $0.00 |
| **reservation** | | | **Total Due:** | | **$104.24** |

## Cancellation Policy

+++ Premier has a 2 hour cancellation policy for all transfers in the Dallas Metroplex (point to point and airport).  All out of town
reservations require a 4 hour cancellation window.  All charter/hourly and specialty vehicle (limousines, mini buses, etc...)
reservations require 48 hour notice.
+++ Failure to locate your chauffeur will result in a full charge.
+++ Please review this reservation  and notify our reservations department if an error is found or if you need to make a change.
Thanks again for your business!

Date & Time Generated:                    Agent - Date & Time Entered:              Generated by Livery Coach Software
4/5/12  10:48:18

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Thursday, April 05, 2012 6:44 AM |
| **To:** | Garner, Lavella |
| **Cc:** | Mason Donna L. |
| **Subject:** | Fwd: E-Ticket Confirmation-LLOXGM 06APR |

My 2:45 flight was cancelled. I was able to get them to put me on this one. Please change premier pick up and now they will be taking me straight to my brother George's house for Brian and Melissa's couples wedding shower.

Wayne

Wayne B. Mason
wayne.mason@sedgwicklaw.com

Sedgwick LLP
1717 Main St, Suite 5400
Dallas, Texas 75201
469-227-4602 direct

Begin forwarded message:

> **From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
> **Date:** 5 April 2012 06:20:31 AM EDT
> **To:** "WAYNE.MASON@SEDGWICKLAW.COM"
> <WAYNE.MASON@SEDGWICKLAW.COM>
> **Subject: E-Ticket Confirmation-LLOXGM 06APR**



**American**Airlines®
AA.com

eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |

**Date of Issue: 05APR12**

Wayne B Mason:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: LLOXGM**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets

Budget
Save up to 30%
plus earn
AAdvantage® miles

AVIS
Save up to 35%
plus earn
AAdvantage® miles

AAdvantage
Earn miles on this trip
Enroll Now

within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel                     Buy trip insurance



# Record Locator: LLOXGM



| Carrier | Flight Number | Departing | | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | | |
| American Airlines | 1667 | TAMPA | FRI 06APR 4:50 PM | DALLAS FT WORTH | 6:35 PM | | Y |
| | Wayne Mason | FF#: M610686 PLT | | Economy | Seat 15B | | Food For Purchase |
| American Airlines | 1430 | DALLAS FT WORTH | SUN 08APR 8:05 AM | TAMPA | 11:20 AM | | L |
| | Wayne Mason | FF#: M610686 PLT | | Economy | Seat 12B | | Food For Purchase |

**Receipt**

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| WAYNE MASON | 0012367212378 | 788.84 | 80.76 | 869.60 |

**Payment Type:** Exchange

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

 

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 525225641723050519312700

**Expense Report - Transmittal Report**



ER00000030072120012

**Spender** Gail A. Fountain      **From** Apr 6, 2012    **To** Apr 8, 2012      **Reimbursement Amt** 869.60 USD

**Report name** Attendance at Trial in Tampa FL

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | No | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/6/12 | Airfare | United St... | 869.60 USD | Jennifer M. Arevalo |

American Airlines - home
page

| Thank you. Your email has been sent. |
|---|

**Thank you for making your reservation on AA.com!**

Please Note: This is not your receipt. You may print your itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

## Tampa to Dallas/ Fort Worth
1 Adult
**Friday** April 6, 2012 – **Sunday** April 8, 2012

**Your Trip Cost:**
**$869.60** USD

| Record Locator | Reservation Name |
|---|---|
| **ODNYBX** | **TPA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Purchased on Apr 03, 2012 |

### Flight Information

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| **AMERICAN AIRLINES** | Tampa (TPA) | Dallas/ Fort Worth (DFW) | Average Fare | $848.00 |
| **823** | April 6, 2012 02:45 PM | April 6, 2012 04:30 PM | **Average Fare** | |
| | | | Adult | $848.00 |
| | Travel Time : 2 h 45 m | Booking Code : L | **Taxes & Fees** | |
| | Cabin Class : Economy | Plane Type : S80 | Adult | $21.60 |
| | Seat : unassigned | | | |
| | | | **Flight Subtotal** | |
| **Flight** | **Depart** | **Arrive** | | $869.60 |
| **AMERICAN AIRLINES** | Dallas/ Fort Worth (DFW) | Tampa (TPA) | | |
| **1112** | April 8, 2012 12:45 PM | April 8, 2012 04:00 PM | | |
| | Travel Time : 2 h 15 m | Booking Code : L | | |
| | Cabin Class : Economy | Plane Type : S80 | | |
| | Seat : 22F | | | |

### Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| GAIL FOUNTAIN | | No Further information required to travel |
|---|---|---|
| **Summary** | **Required** | **Optional** |
| All information required for online check-in has been provided. | Secure Flight Information | Frequent Flyer Number |
| Online check-in will be available 24 hours prior to your departure. | | **Not an AAdvantage member?** |
| | | Trip Contact Number |

### Trip Insurance

**Recommended: Protect Your Trip**                                          **Allianz** (ⅲ)

Trip Insurance from Allianz Global Assistance is available to all U.S. residents and helps protect against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting you or your family members. To purchase trip insurance or to learn more, visit www.aa.com/tripinsurance or call Allianz Global Assistance directly at 1-800-628-5404.

Dallas/Fort Worth City Information
Travel Help And Resources

**Expense Report - Transmittal Report**



ER000000030072120013

| Spender Gail A. Fountain | From Apr 2, 2012   To Apr 19, 2012 | Reimbursement Amt 126.57 USD |
|---|---|---|

**Report name** Expenses - trial attendance in Tampa FL

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/15/12 | Taxi, Trains, o... | United St... | 13.00 USD | Jennifer M. Arevalo |
| 3/18/12 | Taxi, Trains, o... | United St... | 13.00 USD | Jennifer M. Arevalo |
| 4/2/12 | Supplies | United St... | 5.88 USD | Jennifer M. Arevalo |
| 4/4/12 | Individual Meal | United St... | 4.23 USD | Jennifer M. Arevalo |
| 4/8/12 | Individual Meal | United St... | 7.89 USD | Jennifer M. Arevalo |
| 4/9/12 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 4/9/12 | Group Meal | United St... | 44.88 USD | Jennifer M. Arevalo |
| 4/10/12 | Taxi, Trains, o... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 4/10/12 | Individual Meal | United St... | 10.69 USD | Jennifer M. Arevalo |

**Gail's lunch 4-10-12**

TROPICAL SMOOTHIE CAFE
200 N. Tampa St.  Ste 120
Tampa, Fl 33602
(813) 225-1550

222 Shantwan

Chk 9299          GAIL          Gst 0
Apr10'12 01:15PM

To Go
Closed Check
Reprint
1 Wrap Smth CBD          $9.99
   King Caesar
   CC - Trip Choc
   Mocha Madness
   Regular
XXXXXXXXXXXXX5660 XX/XX
Discover          $10.69

Subtotal          $9.99
Tax          $0.70
Payment          $10.69

PRESENT THIS COUPON FOR
$1.00 OFF A BREAKFAST WRAP
OR
$0.50 OFF A COFFEE SMOOTHIE
FROM 7:00 TO 10:00, Mon to Fri,

GOOD FOR 30 DAYS
NOT VALID WITH ANY OTHER OFFER.

---

**Gail's lunch - 4/4/12**

INSIDE THE BOX CAFE
813-227-9248
0049  Table 996  #Party 1
Svr: 111 SvrCk: 46  12:49p 04/04/12

1 Rustic Cobb          3.95

Sub Total:          3.95
Tax 1      :          0.28
04/04 12:50pTOTAL:          4.23

Take a Survey Online

and get a gift at
www.ITBcafe.org

          AMT-TEND  CHANGE  TALLY
CASH          5.00          0.00

ISSUE                    0.77     4.23
                                   4.23

04/04/12 12:50p

MANAGER M

---

**Gail's lunch 4-8-12**

STARBUCKS COFFEE A35/A38
DALLAS FT WORTH INT'L AIRPORT

10478 JOSE

CHK 7482 APR08'12 12:28PM  GST 2

Subtotal

1 CIN DOLCE LATT G          4.70
1 PUMPKIN BREAD          2.59

SUBTOTAL          7.29
TAX          0.60
AMOUNT PAID          7.89
XXXXXXXXXXXXX9  XXXXX
VISA          A0          7.89

THANK YOU FOR YOUR BUSINESS!!!
Tell us about your experience
will.collins@hmshost.com
Will Collins  972.574.8710
HMSHost DFW International Airpor

Your order number is: 7482

*war room supplies*

# CVS PHARMACY
220 E MADISON ST, TAMPA, FL
PHARMACY: 228-0084  STORE:

REG#03 TRN#0479 CSHR#0420300 STR#4181

**ExtraCare Card #: *******1833**

1 CVS TALL KIT  30CT       5.49T

SUBTOTAL          5.49
FL 7.0% TAX        .39
TOTAL             5.88
DISCOVER          5.88
***********5660    MS
CHANGE            .00

2504 1812 0930 4790 36
**RETURNS WITH RECEIPT THRU 06/01/2012**

APRIL 2, 2012        3:53 PM

EARN 2% BACK ON ALMOST EVERYTHING IN
THE STORE AND ON CVS.COM WHEN YOU USE
YOUR EXTRACARE CARD.

THANK YOU. SHOP 24 HOURS AT CVS.COM

**ExtraCare Card balances as of 03/30**

Spring 2012 Spending:        39.74

---

*lunch for 6*

TROPICAL SMOOTHIE CAFE
200 N. Tampa St. Ste 120
Tampa, Fl 33602
(813) 225-1550

202 Robert N

Chk 8840           GAIL         Gst 0
              Apr09'12 10:12AM

## Call in
## Closed Check
## Reprint

1 Phone Number

1 Pickup Time
  1 Open Catr Food        $41.94
    6 PERSON PKG.
     * Special Prep
XXXXXXXXXXXX5660 XX/XX
   Discover              $44.88

   Subtotal             $41.94
   Tax                   $2.94
   Payment              $44.88

PRESENT THIS COUPON FOR
$1.00 OFF A BREAKFAST WRAP
OR
$0.50 OFF A COFFEE SMOOTHIE
FROM 7:00 TO 10:00, Mon to Fri.

GOOD FOR 30 DAYS
NOT VALID WITH ANY OTHER OFFER.

*Sandwiches /wraps*
*fruit / cookies*

Shuttles to courthouse

## Receipt For Fare

Fare $ 20 00 _____ Gratuity $ _____

Date 4-9-12 ___ Total amount paid $ 20 00

Driver _____

Van# _____

**Blue One** Transportation

Tampa, Florida
813-789-8380

---

Shuttle to courthouse

## Receipt For Fare

Fare $ 5 00 _____ Gratuity $ 2 00

Date 4-10-12 ___ Total amount paid $ $ 700

Driver _____

Van# _____

**Blue One** Transportation

Tampa, Florida
813-789-8380

_to airport_

## Receipt For Fare

Fare $ _13⁰⁰_ Gratuity $ _____

Date _3/15/12_ Total amount paid $ _13⁰⁰_

Driver _JAIME_

Van# _25_

**Blue One** Transportation    Tampa, Florida
813-789-8380

_from airport_

## Receipt For Fare

Fare $ _13⁰⁰_ Gratuity $ _____

Date _3/18/12_ Total amount paid $ _13⁰⁰_

Driver _JAIME_

Van# _25_

**Blue One**
Transportation

**Expense Report - Transmittal Report**



ER0000003021212020228

**Spender** Kurt W. Meaders          **From** Apr 4, 2012   **To** Apr 4, 2012          **Reimbursement Amt** 2,722.27 USD

**Report name** Meal - Trial Team attendance at trial Tampa FL

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 5 | Audit required | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 4/4/12 | Group Meal | United St... | 217.81 USD | Jennifer M. Arevalo |
| 4/5/12 | Group Meal | United St... | 100.00 USD | Jennifer M. Arevalo |
| 4/5/12 | Group Meal | United St... | 82.57 USD | Jennifer M. Arevalo |
| 4/6/12 | Car Rental | United St... | 2,177.87 USD | Jennifer M. Arevalo |
| 4/9/12 | Group Meal | United St... | 144.02 USD | Jennifer M. Arevalo |

**Slaten, Rita**

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Sunday, April 08, 2012 9:12 PM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | 4/4/12 dinner receipt for Kurt |
| **Attachments:** | 4-4-12 dinner receipt - Kurth.pdf |

Dinner

4th

# Ciccio's Delivery/Takeout Contract

**Name:** Gail

**Phone:**
**Fax:**
**Cell:** 214-676-4493

**Function Date:** Wednesday 04-04-12
**Purpose of Function:**
**Number of Guests:** 14

☐ Delivery   ☑ Pick Up

**Time:** 5:00pm   **Leave By:** 4:30pm

**Address/Phone:** 211 N. Tampa St
Hyat

**Special Directions:**
16th Floor
Harbor View Conf Room

gail.fountain@sedgwicklaw.com

## Menu

| Qty | Item | Price |
|-----|------|-------|
| | LODGE | |
| 1 | Italian Slider Platter | $35.00 |
| 1 | Citrus Chix Slider Platter | $35.00 |
| 1 | Grilled Grouper Slider Platter | $35.00 |
| 1 | Burger Slider Platter | $35.00 |
| Sm | Lodge Salad | $22.00 |
| | | |
| | Ciccios | |
| 7 | Desserts (cut in half = 14 pieces) | $21.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Set-ups included:**
☑ Forks   ☑ Spoons
☑ Knives   ☑ Serving sp
☑ Napkins   ☑ Plates
☐ Cups   ☐ Ice
☐ Chafing Di   ☐ Coolers
☐ Parmesan   ☐ Menus
☐ 15% cards

| | |
|---|---|
| Food Total: | $183.00 |
| Rentals: | $0.00 |
| Subtotal | $183.00 |
| Delivery Charge:* | $22.00 |
| Tax: | $12.81 |
| Total: | $217.81 |
| Less Discount | $0.00 |
| Balance* Due: | $217.81 |

**Special Instructions:** 5528 3200 2924 5374 x. 07/12

*20% non-refundable deposit due upon signature of contract.

* Delivery Charge covers transportation. Gratuity is not included, but always appreciated.

* Balance due upon delivery of catering order.

☐ Ciccio & Tony's
16019 Tampa Palms
Blvd. West
Tampa, FL 33647
813/975-1222
813/972-5575 fax

☐ Ciccio & Tony's
1015 S. Howard Av
Tampa, FL 33606
813/251-8406
813-254-5039

☐ California Ciccio's
190 37th Avenue N.
St. Petersburg, FL 33704
727/898-FAST
727/896-9230 fax

# Wednesday 04-04-12

# The Lodge

516 S. Howard Ave
Tampa, FL 33606
^^UWS

| | |
|---|---|
| Date: | Apr04'12 10:59PM |
| Card Type: | M.C. |
| Acct #: | XXXXXXXXXXXXX5374 |
| Card Entry: | KEYED |
| Trans Type: | PURCHASE |
| Trans Key: | AIA006983557957 |
| Auth Code: | 086633 |
| Check: | 3542 |
| Server: | 704 Renee S |

Subtotal:     195.81

Tip:_____ 22-

Total:_____ $217.81

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Thursday, April 05, 2012 10:25 AM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | lunch receipt for today - Kurt |
| **Attachments:** | lunch receipt - Kurt 3-5-12.pdf |

*lunch*

*5th*

# CICCIO'S AND WAT

S. Howard Ave. Tampa, FL
Date:       Apr05'12 09:03AM
Card Type:  Visa/M.C.
Acct #:     XXXXXXXXXXXXX5374*
Card Entry: KEYED
Trans Type: PURCHASE
Auth Code:  001843
Check:      531
Check ID:   GAIL
Server:     202 BAR

Subtotal:       82.57
Tip:_____

Total:_____

_____
Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

# CICCIO'S AND WAT

S. Howard Ave. Tampa, FL

202 BAR
------------------------------
Chk 531         GAIL        Gst 0
           Apr05'12 09:03AM
------------------------------
 1 UP SALAD PLATTER        20.95
   SKEWERS
 1 CATERING                45.00
   OPEN $ GRAT             12.00

   Subtotal                65.95
   Tax                      4.62
   Service Chrg            12.00
09:04AM Total           82.57

This Receipt Is Redeemable For A
Free Drink at The Lodge
WWW.CICCIORESTAURANTGROUP.COM

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Thursday, April 05, 2012 4:57 PM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | 4-5-12 dinner receipt - Kurt.pdf |
| **Attachments:** | 4-5-12 dinner receipt - Kurt.pdf |

Attached is a receipt for tonight's dinner with trial team


Gail A. Fountain
Paralegal
gail.fountain@sedgwicklaw.com | 469.227.4640



1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 phone | 469.227.8004 fax | www.sedgwicklaw.com

5th
Dinner

**THE LIME**
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com
Date:        Apr05'12 04:38PM
Card Type:   MASTERCARD
Acct #:      XXXXXXXXXXXX5374*
Exp Date:    XX/XX
Auth Code:   041997
Check:       5226
Check ID:    GAIL CATERING
Server:      222 SARAH M

Subtotal:        87.74

TIP:_____  12.26

TOTAL:_____ 100.00

---

Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

**THE LIME**
915 S. Howard Ave.
Tampa, Fl. 33606
Visit us on the Web
www.thelimetampa.com

222 SARAH M

Chk 5226      GAIL CATERING      Gst 0
              Apr05'12 04:35PM

CHIX TINGA STIRFRY
1 OPEN CATERING                  50.00
TRIO W CHIPS
1 OPEN CATERING                  20.00
DELIVERY CHARGE
1 OPEN CATERING                  12.00

Subtotal                         82.00
Tax                               5.74
04:37PM Total                    87.74

**THANK YOU**
PLEASE COME AGAIN
WE PROUDLY SERVE:
BANZAI ENERGY DRINK
"Dont be BULLied"

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Friday, April 06, 2012 3:32 PM |
| **To:** | Slaten, Rita |
| **Subject:** | Fw: UPDATED: E-Receipt for Avis Rental # 306955703 |
| **Attachments:** | E-Receipt.pdf |

-------------------------
Sent from KWM BlackBerry Wireless Handheld

---

**From:** Avis.RentACar@avis.com <Avis.RentACar@avis.com>
**To:** Meaders, Kurt
**Sent:** Fri Apr 06 14:52:31 2012
**Subject:** UPDATED: E-Receipt for Avis Rental # 306955703

Rental Receipt (e-Receipt)

Please do not reply to this message. If you have questions regarding this rental or if you wish to unsubscribe f
e.receipts@avis.com.

Attached is your receipt in Portable Document Format (PDF).
Note: You need Adobe Reader to view this e-Receipt

*Avis maintains a 100% smoke-free fleet*

Avis, 6 Sylvan Way, Parsippany, NJ 07054.
©2010 Avis Rent A Car System, LLC. Avis features GM vehicles.
The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.



**AVIS**

We are proud to feature a 100% smoke-free fleet!

**RENTAL AGREEMENT NUMBER: 306955703**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | KURT MEADERS |
| Wizard Number: | ***93R |
| Avis Worldwide Discount: | SEDGWICK DETERT MORAN ETAL |
| Customer Status: | AVIS FIRST |
| Method of Payment: | MASTER XX5374 |
| Frequent Traveler Number: | AD/XRH0486 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 56866983 |
| Vehicle Group Rented: | Standard SUV-7 Pass |
| Vehicle Group Charged: | Standard SUV-5 Pass |
| Vehicle Description: | RED FORD EXPLORER |
| | 2WD |
| License Plate Number: | FLS738TY |
| Odometer Out: | 5655 |
| Odometer In: | 5911 |
| Total Driven: | 256 |
| Fuel Gauge Reading: | |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | MAR 07,2012@3:15PM |
| Pickup Location: | 4030 GEORGE J BEAN PARKWAY |
| | TAMPA INTERNATIONAL AIRPORT |
| | TAMPA,FL,33607,US |
| | 813-396-3500 |

| | |
|---|---|
| Return Date/Time: | APR 06,2012@3:22PM |
| Return Location: | 4030 GEORGE J BEAN PARKWAY |
| | TAMPA INTERNATIONAL AIRPORT |
| | TAMPA,FL,33607,US |
| | 813-396-3500 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Vehicle Charges (MIN 1 DAY )

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 49.51 | | 1 MO @ 1584.00 = | 1584.00 |
| Daily: 66.00 | | | |
| Ad'l day: 0.00 | | | |
| Weekly: 396.00 | | **Your Estimated Time and Mileage** | 1584.00 |
| Monthly: 1584.00 | | | |

## Your Optional Products/Services

| | |
|---|---|
| Optional Services Total: | 0.00 |

## Your Taxable Fees

| | |
|---|---|
| 10.40% Concession Recovery Fee | 171.17 |
| 7.5% TX FF MIDY | 1.87 |
| CUSTOMER FACILITY CHG $ 2.50/ | 75.00 |
| ENERGY RECOVERY FEE $ 0.60/DY | 6.00 |
| STATE SURCHARGE $ 2.00/DY | 60.00 |
| TIRE BATTERY FEE $ 0.02/DY | .60 |
| VEH LICENSE RECOUP $ 0.78/DY | 23.40 |
| EXTENSION FEE $ 30.00 | 30.00 |
| | |
| Sub-total-Charges: | 1952.04 |
| TAX 7.000% | 136.64 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| Fuel Service | 89.19 |

| | |
|---|---|
| Your Total Charges paid: | 2177.87 |
| Prepayment | 0.00 |

Travel Partner Points Earned: **1500**

| | |
|---|---|
| **Net Charges:** | **2177.87** |
| **Your Total Due:** | **0.00** |

Thank you for renting with Avis.
If you have any questions regarding eToll, please contact our eToll provider, HTA at 1-866-285-6050 or visit their web site at www.htallc.com.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.

Your vehicle was rented to you by JENNIFER.        Your vehicle was checked in by BARRY.

| | |
|---|---|
| **From:** | Fountain, Gail |
| **Sent:** | Monday, April 09, 2012 8:07 AM |
| **To:** | Slaten, Rita |
| **Cc:** | Meaders, Kurt |
| **Subject:** | FW: Wrights_Order - dinner receipt for April 9 |
| **Attachments:** | 2559522.pdf; whattoexpect.pdf |

Tonight's dinner receipt - Kurt's charge

-----Original Message-----
From: Wright's Gourmet House [mailto:confirm@wrightsgourmet.com]
Sent: Monday, April 09, 2012 8:57 AM
To: Fountain, Gail
Subject: Wrights_Order


Yes. It is correct I have no changes, click link below
mailto:corr200911@wrightsgourmet.com?subject=Confirmed (214)676-
4493 FOUNTAIN GAIL Mon 04/09/12 05:00P 2559522 20120409 8:57


If there are LESS than 24 hours before Mon 04/09/12 05:00P , DO NOT SEND AN
EMAIL! Please call us immediately at 813-253-3838, option 1.


If there are MORE than 24 hours before Mon 04/09/12 05:00P ,click link below
mailto:changes@wrightsgourmet.com?subject=Changes for (214)676-
4493 FOUNTAIN GAIL Mon 04/09/12 05:00P 2559522 20120409 8:57




Thank You

*Dinner 9th.* (handwritten)

1

```
                      WRIGHT'S GOURMET HOUSE
                        1200 S. Dale Mabry
                          Tampa, FL 33629
                   (813) 253-3838  /  Fax (813) 251-0143
(214) 676-4493
FOUNTAIN GAIL                          ORDERED FOR...
GAIL                                   MON    04/09/2012 05:00P
                                       Invoice #   2559522
                                       Terms: COD
  ,                                    Server: 477
                           *****
QTY          MENU ITEM              PRICE        EXTENSION      TAX
---------    ------------------------ -----      ---------      ---
        1    TKY TETRAZINI/P         38.00         38.00        N
               HOT
        6    CAESAR SLD PP            4.25         25.50        Y
               6 CAESAR                             .00
       15    DSRT TRAY PP             2.00         30.00        Y
        1    DINWARE PAK 24           9.00          9.00        Y
        2    SERV SPOON CP             .00           .00        Y


UNCONFIRMED/No attempt made!        Subtotal      102.50
                                    Sales tax       4.52
                                    Delivery       37.00
Leave Receipt     Settle W/CCard    Total         144.02

PEAKDINR Hot                        THIS ORDER IS FOR DELIVERY

------------------ DELIVERY INFO -----------------------------------------
Hyatt
Gail                                Harbour View Room
211 North Tampa St.
16th Floor Conference Room
Tampa FL 33602
(243) 456-7891
```

**Expense Report - Transmittal Report**



ER0000003021212 20229

**Spender** Kurt W. Meaders          **From** Apr 6, 2012   **To** Apr 8, 2012          **Reimbursement Amt** 1,400.60 USD

**Report name** Travel to and from Dallas - attendance at trial

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 2 | Audit required | Yes | |
| Number of receipts to submit | 2 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/3/12 | Airfare | United St... | 1,331.60 USD | Jennifer M. Arevalo |
| 4/10/12 | Group Meal | United St... | 69.00 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Tuesday, April 03, 2012 11:05 AM |
| **To:** | Meaders, Kurt |
| **Subject:** | E-Ticket Confirmation-BXEUKT 06APR |

 **eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |
|---|---|---|---|



**Date of Issue: 03APR12**

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: BXEUKT**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance



**Record Locator: BXEUKT**

_GATE F_



## Itinerary



| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| **American Airlines** | 1667 | TAMPA | FRI 06APR 4:50 PM | DALLAS FT WORTH | 6:35 PM | P |
| | Kurt Meaders | FF#: XRH0486 | First Cl | Seat 3B | Dinner | |

1

| American Airlines | 1430 | DALLAS FT WORTH | GLD | | | |
|---|---|---|---|---|---|---|
| | | | SUN 08APR 8:05 AM | TAMPA | 11:20 AM | H |
| | | Kurt Meaders | FF#: XRH0486 GLD | Economy | Seat 10D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| KURT MEADERS | 0012307105883 | 1218.61 | 112.99 | 1331.60 |
| Payment Type: Master Card XXXXXXXXXXXX5374 | | | Total: | $1331.60 |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

   

 

We know why you fly*

**AmericanAirlines***

AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 42641531216003110414482100





Moxie's Cafe Tampa LLC
514 N Tampa St
Tampa, Fl 33602
Tel.: 813-221-4510
Fax: 813-221-4515

# 17070



# Invoice

| SOLD TO: | | | CUSTOMER | DATE | PAGE |
|---|---|---|---|---|---|
| Sedgwick<br>801 North Florida Ave<br>floor 13 courtroom B<br>Tampa, Fl 33602<br>usa | | | Sedgwick | 4/10/2012 | 1 |
| | | | PO NO. | | |
| | | | SALESPERSON | | |
| | | | TERMS | Upon Receipt | |

| | | AMOUNT |
|---|---|---|
| eets | | $55.74 |

```
     MOXIE'S CAFE
   514B TAMPA STREET
   TAMPA, FL 33602

Merchant ID: 000000001701974
Term ID: 02604333
275220711889

        Sale

MC
XXXXXXXXXXXX5374
Entry Method: Manual
Apprvd: Online   Batch#: 000434
04/10/12            09:55:36

Inv #: 000022  Appr Code: 060996

Amount:      $     59.64
Tip:                9.36
Total:             6900

     Customer Copy
```

| COMMENTS | | | | SUBTOTAL | $55.74 |
|---|---|---|---|---|---|
| We appreciate your business! New order online gail 214-676-4493 | | | | TAX | $3.90 |
| | | | | Handeling | $0.00 |
| | | | | TOTAL AMOUNT | $59.64 |
| | | | | Gratuity | |

**Expense Report - Transmittal Report**



ER00000030072120014

**Spender** Gail A. Fountain          **From** Apr 12, 2012  **To** Apr 12, 2012          **Reimbursement Amt** 434.80 USD

**Report name** Travel to Dallas from Tampa FL

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | No | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/12/12 | Airfare | United St... | 434.80 USD | - |

**From:** Fountain, Gail
**Sent:** Wednesday, April 11, 2012 9:34 AM
**To:** Slaten, Rita
**Subject:** FW: E-Ticket Confirmation-IEVEAN 12APR

Here is my return flight info for reimbursement. Thanks!  See you Friday!

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Wednesday, April 11, 2012 9:17 AM
**To:** Fountain, Gail
**Subject:** E-Ticket Confirmation-IEVEAN 12APR

 **eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 11APR12**

Gail A Fountain:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: IEVEAN**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance


Budget
Save up to 30%
plus earn
AAdvantage® miles.

AVIS
Save up to 35%
plus earn
AAdvantage® miles.

Earn miles on this trip
Enroll Now

CONNECT WITH US.
ANYWHERE,
ANYTIME,
ANY DEVICE.
Learn more
AA

LAST MINUTE PACKAGE DISCOUNTS

AmericanAirlines
Vacations.

**Record Locator: IEVEAN**



## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| AA American Airlines | 823 | TAMPA | THU 12APR 2:45 PM | DALLAS FT WORTH | 4:30 PM | L |
| | Gail Fountain | | | Economy | Seat 30D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| GAIL FOUNTAIN | 0012307554060 | 394.42 | 40.38 | 434.80 |

| Payment Type: Discover XXXXXXXXXXXX5660 | | | | Total: $434.80 |
|---|---|---|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also

2

be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**  **Flight Check-In** **Flight Status Notification**

 member of  We know why you fly®
**AmericanAirlines®**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 1915621511541108162587500

**Expense Report - Transmittal Report**



ER00000030212120230

**Spender** Kurt W. Meaders          **From** Apr 12, 2012  **To** Apr 12, 2012          **Reimbursement Amt** 459.80 USD

**Report name** Traveled to Dallas TX from Tampa FL where attended

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/12/12 | Airfare | United St... | 459.80 USD | - |

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Wednesday, April 11, 2012 9:17 AM |
| **To:** | Slaten, Rita |
| **Subject:** | Fw: E-Ticket Confirmation-JXTJCD  12APR |

Can u give info to valet.
---------------------------
Sent from KWM BlackBerry Wireless Handheld

---

**From:** American Airlines@aa.com <notify@aa.globalnotifications.com>
**To:** Meaders, Kurt
**Sent:** Wed Apr 11 09:06:39 2012
**Subject:** E-Ticket Confirmation-JXTJCD 12APR



**American Airlines** AA.com — eTicket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers



**Date of Issue: 11APR12**

Kurt W Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

  **Record Locator: JXTJCD**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance



Budget
Save up to 30% plus earn AAdvantage® miles•

AVIS
Save up to 35% plus earn AAdvantage® miles•

AAdvantage® Earn miles on this trip
Enroll Now

CONNECT WITH US. ANYWHERE, ANYTIME, ANY DEVICE.
Learn more
AA

LAST MINUTE PACKAGE DISCOUNTS

AmericanAirlines Vacations.



**Record Locator: JXTJCD**

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|---------------|-----------|---|----------|---|--------------|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 815 | TAMPA | THU 12APR 12:15 PM | DALLAS FT WORTH | 2:05 PM | L |
| | Kurt Meaders | FF#: XRH0486 GLD | | Economy | Seat 12D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|-----------|---------------|----------|-----------------|--------------|
| KURT MEADERS | 0012307555647 | 394.42 | 40.38 | 434.80 |

| ADDITIONAL SERVICES | CURRENCY | AMOUNT |
|---------------------|----------|--------|
| Telephone Ticketing Service | USD | 25.00 |

| Payment Type: Master Card XXXXXXXXXXXX5374 | | Total: $459.80 |

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

2

Air transportation on American Airlines and the American Eagle carriers® is subject to American's <u>conditions of carriage.</u>.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.









We know why you fly'

**AmericanAirlines®**

AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please <u>Contact AA.</u>

NRID: 5064605013441109035257900

## Expense Report - Transmittal Report



ER000000302121220231

**Spender** Kurt W. Meaders          **From** Apr 8, 2012   **To** Apr 12, 2012          **Reimbursement Amt** 124.49 USD

**Report name** Trial Attendance

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/8/12 | Parking or Tolls | United St... | 124.49 USD | Jennifer M. Arevalo |

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Thursday, April 12, 2012 2:58 PM |
| **To:** | Slaten, Rita |
| **Subject:** | Fw: DFW Valet Parking Receipt |

-------------------------
Sent from KWM BlackBerry Wireless Handheld

**From:** DFW Valet <dfwvalet2@pcidfw.com>
**To:** Meaders, Kurt
**Sent:** Thu Apr 12 15:17:38 2012
**Subject:** DFW Valet Parking Receipt

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 479721
**CheckIn D/T:** 04/08/12 07:03
**CheckOut D/T:** 04/12/12 14:17
**Duration Time:** 4d 07h 13m
**Plate#** FTK535 TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Charge:** $115.00
**Tax:** $9.49
**Total:** $124.49

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:** Kurt Meaders
**Ref#** 010195
**Order#** 4306561226
**Total:** $124.49

**T-Acct#** RG01003792
**Reward Class:** DEFAULT
**Total Points:** 151,768-$15.17

© AVPM®

## Expense Report - Transmittal Report



ER0000029852120211

**Spender** Wayne B. Mason     **From** Mar 30, 2012 **To** Apr 12, 2012     **Reimbursement Amt** 3,578.03 USD

**Report name** HDR Trial #5 - hotel bill

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 35 | Audit required | Yes |
| Number of receipts to submit | 33 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/30/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/31/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 3/31/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/1/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/1/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/2/12 | Other Travel - ... | United St... | 18.00 USD | Jennifer M. Arevalo |
| 4/2/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/2/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/3/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/3/12 | Individual Meal | United St... | 19.28 USD | Jennifer M. Arevalo |
| 4/3/12 | Individual Meal | United St... | 30.15 USD | Jennifer M. Arevalo |
| 4/4/12 | Other Travel - ... | United St... | 18.00 USD | Jennifer M. Arevalo |
| 4/4/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/4/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/5/12 | Other Travel - ... | United St... | 18.00 USD | Jennifer M. Arevalo |
| 4/5/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/5/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/6/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/6/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/7/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/8/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/8/12 | Individual Meal | United St... | 47.77 USD | Jennifer M. Arevalo |
| 4/8/12 | Individual Meal | United St... | 29.64 USD | Jennifer M. Arevalo |
| 4/8/12 | Other Travel - ... | United St... | 18.00 USD | Jennifer M. Arevalo |
| 4/9/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/9/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/10/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |

| 4/10/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
|---------|-----------------|-------------|-----------|---------------------|
| 4/11/12 | Individual Meal | United St... | 21.00 USD | Jennifer M. Arevalo |
| 4/11/12 | Lodging | United St... | 178.08 USD | Jennifer M. Arevalo |
| 4/11/12 | Individual Meal | United St... | 12.56 USD | Jennifer M. Arevalo |
| 4/11/12 | Individual Meal | United St... | 36.41 USD | Jennifer M. Arevalo |
| 4/12/12 | Airfare | United St... | 664.90 USD | Jennifer M. Arevalo |

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Tuesday, April 10, 2012 7:49 PM
**To:** Mason, Wayne B.
**Subject:** E-Ticket Confirmation-HQTTHQ  12APR



**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 10APR12**

Wayne B Mason:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: HQTTHQ**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance



**Record Locator: HQTTHQ**

### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|---------------|-----------|--|----------|--|--------------|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 1834 | TAMPA | THU 12APR 9:05 AM | MIAMI INTERNTNL | 10:05 AM | X |
| | Wayne Mason | FF#: M610686 PLT | | First | Seat 6E | |

1

| ![American Eagle] American Eagle | 3529 | MIAMI INTERNTNL | THU 12APR 11:05 AM | NASHVILLE | 12:25 PM | L |
|---|---|---|---|---|---|---|
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | Wayne Mason | FF#: M610686 PLT | Economy | Seat 4B | Food For Purchase | |
| ![American Airlines] AA American Airlines | 1209 | NASHVILLE | SUN 15APR 6:35 AM | DALLAS FT WORTH | 8:40 AM | L |
| | Wayne Mason | FF#: M610686 PLT | Economy | Seat 14B | | |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| WAYNE MASON | 0012307521752 | 592.56 | 72.34 | 664.90 |

**Payment Type: Master Card XXXXXXXXXXXX5580**     **Total: $664.90**

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and

## Expense Report - Transmittal Report



ER000000350621 20154

**Spender** David C. Kent          **From** Apr 6, 2012   **To** Apr 12, 2012          **Reimbursement Amt** 870.24 USD

**Report name** Partial Expense Voucher--Return from FL

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 6 | Audit required | Yes | |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/12/12 | Airfare | United St... | 441.80 USD | Jennifer M. Arevalo |
| 4/12/12 | Individual Meal | United St... | 17.11 USD | Jennifer M. Arevalo |
| 4/12/12 | Car Rental | United St... | 317.29 USD | Jennifer M. Arevalo |
| 4/12/12 | Individual Meal | United St... | 5.09 USD | Jennifer M. Arevalo |
| 4/12/12 | Taxi, Trains, o... | United St... | 60.00 USD | Jennifer M. Arevalo |
| 4/12/12 | Other Travel - ... | United St... | 28.95 USD | Jennifer M. Arevalo |

## Partial expense voucher on HDR

| | |
|---|---|
| Airfare — | 441.80 |
| Rental Car — | 317.29 |
| Gas — | 28.95 |
| Taxi — | 60.00 |
| Meals — | 22.20 |

**$ 870.24**

Thanks For Your Patronage

## AMBASSADOR CAB
(214) 905-1111

Cab # _____
Date _____
Fare $ _____
Driver _____

   

```
          WELCOME

00000094904-01
RFS 271
101 N HOWARD AVE
TAMPA              FL

DEBIT
AUTH#   00 DOC# 16007
DATE 04/12/12  13:46
AUTH: Maestro

DDA947277

PUMP # 01
PRODUCT: UNLD
APPROVAL # 094613
GALLONS:      7.293
PRICE/G:    $  3.969
FUEL  SALE  $ 28.95

 Earn up to $.25 on
 Marathon purchases
 with Marathon Visa


     THANK YOU
 HAVE A NICE DAY
```

```
          HMSHOST
       F STARBUCKS
  TAMPA INTERNATIONAL AIRPORT

164844 Dioydis
-----------------------------------
CHK 7365                 GST 1
      APR12'12  3:12PM
-----------------------------------
     TO GO

 1 LATTE       T       3.00
 1 DRY ALMNDS 1.5       1.75

     SUBTOTAL          4.75
     TAX               0.34
     AMOUNT PAID      5.09
     XXXXXXXXXXXX2660
     044001
     Bal: 16.06
     STBK CARD          5.09

 THANK YOU FOR YOUR BUSINESS!

 TELL US ABOUT YOUR EXPERIENCE

       TIM JUUL
     813-396-3983
   TIM.JUUL@HMSHOST.COM
```

```
              RECEIPT

Rental Agreement Number: 450767656
Vehicle Number:          57070064

  YOUR INFORMATION

KENT,DAVID
RAPID REZ:         EL292J
BUDGET DISC:       FASTBREA
PAYMENT METHOD:    AMEX XX1572

  YOUR RENTAL

Picked up:      TPA
Date/Time:      APR 06, 2012@02:00PM
Returned:       TPA
Date/Time:      APR 12, 2012@02:04PM
Veh Group:      Intermediate
Veh Charged:    Compact
Vehicle:        VOLKSWAGEN JETTA
Odometer Out:   12525
Odometer In:    12725
Fuel Reading:   Full

  YOUR VEHICLE CHARGES

   1 WK@ 165.99           165.99
YOUR TIME AND MILEAGE:    165.99

  YOUR TAXABLE FEES

**10.40% FEE               26.39
GPS                        59.75
CUST FAC CHARGE   2.50/DY  15.00
TIRE BATTERY      0.02/DY    .12
VEH LIC RECOUP    0.78/DY   4.68
ENERGY RECOVERY   0.60/DY   3.60
STATE SURCH       2.00/DY  12.00
EXTENSION FEE    10.00      10.00

  YOUR SUBTOTAL
TAXABLE SUBTOT            296.63
TAX   7.000%              20.76

  YOUR NON TAXABLE ITEMS

TOTAL CHARGES            317.29
NET CHARGES              317.29
YOUR TOTAL DUE:            0.00

PAID ON AMEX XX1572
**CONCESSION RECOVERY FEE

GPS 1@ 11.95/DY EA=   59.75*T

  THANK YOU FOR RENTING WITH BUDGET

      TOLL PASS INQUIRIES,
      VISIT WWW.HTALLC.COM
    OR CALL HTA AT 1-866-285-6050
   Other enquiries or e-receipt visit
          www.budget.com

       or call 813-396-3126
```

```
            HMSHOST
            F CHILIS
     TAMPA INTERNATIONAL AIRPORT
  CHECK:      2784
  TABLE:      74/1
  SERVER:     194109 Merieth
  DATE:       APR12'12  3:09PM
  CARD TYPE:  AMEX
  ACCT #:     XXXXXXXXXX1572
  AUTH CODE:  221864
         DAVID C KENT

  TOTAL:            14.86

  TIP:_____ 2.25 _____

  TOTAL:_____ 17.11 _____
```

```
            HMSHOST
            F CHILIS
     TAMPA INTERNATIONAL AIRPORT

  194109 Merieth
  ----------------------------------
  74/1                    GST 1
           2784
         APR12'12  2:35PM
  ----------------------------------
     DINE IN

        **** SEAT 1 ****
  1 HNY CHPTL CRSP      10.89
  1 CUP SOUP w/ENT       2.99
     CUP CHIX SAUSG
  1 WTR GLASS            0.00
  TAX    0.98  AMOUNT D 14.86
     *******  *******

     SUBTOTAL           13.88
     TAX                 0.98
     AMOUNT DUE    $14.86
              Tip      2.25
  THANK YOU FOR YOUR BUSINESS!
              Total $17.11
  TELL US ABOUT YOUR EXPERIENCE

          TIM JUUL
        813-396-3983
     TIM.JUUL@HMSHOST.COM
```

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Friday, April 13, 2012 3:08 PM |
| **To:** | Kent, David |
| **Subject:** | Flight Ticket Confirmation - KENT - Dallas/Fort Worth 4/12/12 |

**ORBITZ**
*FOR BUSINESS*

# Sedgwick L.L.P.

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Dallas/Fort Worth 4/12/12**.

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information -Dallas/Fort Worth 4/12/12
This trip includes **flights**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601JCZ5688O |
| **Airline record locator:** | American Airlines - JESVRO |
| **Reservation made by:** | david.kent@sedgwicklaw.com |
| **Ticket numbers:** | 0017027617342 |
| **Total flight cost:** | $441.80 USD |
| **Traveler(s)** | **Frequent flier details** |

DAVID KENT      American Airlines AAdvantage
                        H106810

**Thursday, April 12, 2012**
**American Airlines 1667** Economy  |  McDonnell Douglas MD-80 (M80)  |  Food for purchase  |  2hr 45min  |  920 miles

Depart:   **4:50pm   Tampa, FL**  Tampa International (TPA)
Arrive:   **6:35pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
**Seat:** 15D | Your flight is confirmed. Seat is confirmed. You may
Upgrade requested.

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage.The fee is not included in your total trip cost.**See details**

**Important fare notes**
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

1

## Cost summary and billing information

### Flight cost summary

| | | | Billing information | |
|---|---|---|---|---|
| Airfare, DAVID KENT (Adult) | $434.80 | | **Card holder's Name:** | David C Kent |
| **Orbitz for Business fees** | | | **Card type:** | American Expres |
| Online transaction fee (Date :04/11/2012; ID:185908798 ) | $7.00 | | **Card number:** | xxxxxxxxxx157: |
| Total | $441.80 USD | | | |

## Trip reference field information

### Flight

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 10711-000001**

Lastly, you can always look up your itinerary online under **My Trips** or on your mobile phone at **m.orbitzforbusiness.net**. Additionally, you can visit **Traveler Update** for real-time travel information.

Thank you for choosing Orbitz for Business.

### Great rates

 **Add flight**

**Add hotel**

 **Add car**

**Add rail**

**To contact Orbitz for Business, please call 1-877-672-4891 or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

# Expense Report - Transmittal Report



ER00000030072120015

**Spender** Gail A. Fountain          **From** Apr 12, 2012  **To** Apr 12, 2012          **Reimbursement Amt** 90.00 USD

**Report name** travel from tampa to dallas

## Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/12/12 | Airfare | United St... | 90.00  USD | Jennifer M. Arevalo |

**Fountain, Gail**

**\*\*\*Our email addresses are changing.\*\*\***
Please add <u>americanairlines@aadvantage.email.aa.com</u> to your address book.
<u>Complete Details.</u>



Reservations |   AAdvantage Acco |   Fare Sales & Offe

---

**Date of Issue: 4/12/12**

Dear Gail Fountain,

Thank you for choosing American Airlines/American Eagle, a member of the oneworld® Alliance.  Below is a receipt of purchased upgrade(s). You may print a copy for your records.

**Record Locator: IEVEAN**

# Upgrade Receipt

| Charged To | Receipt Number(s) / Date | Description | Subtotal | Taxes | Order Total |
|---|---|---|---|---|---|
| Gail Fountain | 06 3400 2831<br>4/12/12 | Upgrade For 1 Passenger | $83.72 USD | $6.28 USD | $90.00 USD |

Payment charged to credit card ending with: \*\*\*\*5660

Upgrades are non-refundable and cannot be exchanged, or transferred.

---

This email was sent to <u>gail.fountain@sedgwicklaw.com</u> as a miscellaneous receipt.

This is a post-only email. Please do not reply to this message. For all inquiries, visit <u>www.aa.com/contactaa</u>, send an email to <u>webmaster@aa.com</u>, or contact us in writing at:

American Airlines AAdvantage Program, PO Box 619688, D/FW Airport, Texas USA 75261-9688

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit: <u>AAdvantage® program terms and conditions</u>.

American Airlines, AAdvantage and AA.com are trademarks of American Airlines, Inc.

oneworld is a registered trademark of oneworld Alliance, LLC.

# Expense Report - Transmittal Report



ER000000300721 20016

**Spender** Gail A. Fountain          **From** Apr 11, 2012  **To** Apr 11, 2012          **Reimbursement Amt** 19.25 USD

**Report name** supplies for trial

## Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/11/12 | Supplies | United St... | 19.25  USD | Jennifer M. Arevalo |

# INVOICE

Mall Office Products
200 N Tampa Street
Suite 115
Tampa, FL 33602-5161



**MALL OFFICE PRODUCTS**

Phone: 813.228.7824
Fax: 813.273.6800

| **Bill-To Address** | **Ship-To Address** |
|---|---|
| WILL CALL<br>200 N TAMPA<br>TAMPA, FL 33602<br><br><br>Acct #2<br>Phone: 813-228-7824 | WILL CALL<br>Attn: CUSTOMER WILL PICK UP<br>200 N TAMPA<br>TAMPA, FL 33602 |

| Order Taker: bcb | Sales Rep: Sandra Meadows | Route Code: unitd | **GAIL** | Terms: Net 30 |
|---|---|---|---|---|

| Item # | Description | UOM | Qty | Filled | Customer Price | Total |
|---|---|---|---|---|---|---|
| UNV91002 | Carton Sealing Tape w/Pistol Grip Dispenser, 2" x 60 yds, 3" Core, Clear, 2/Box | PK | 1 | 1 | $17.99 | $17.99 |

|  |  |
|---|---|
| **Subtotal:** | $17.99 |
| **Tax:** | $1.26 |
| **Total:** | $19.25 |



ER00000034262120071

**Spender** Cori Steinmann      **From** Mar 15, 2012   **To** Apr 12, 2012      **Reimbursement Amt** 1,900.41 USD

**Report name** HDR Trial #4

## Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 33 | Audit required | Yes |
| Number of receipts to submit | 27 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|------|--------------|---------|-----------|----------|
| 3/9/12 | Parking or Tolls | United St... | 10.00 USD | Jennifer M. Arevalo |
| 3/12/12 | Taxi, Trains, o... | United St... | 6.00 USD | Jennifer M. Arevalo |
| 3/14/12 | Group Meal | United St... | 30.98 USD | Jennifer M. Arevalo |
| 3/15/12 | Group Meal | United St... | 62.92 USD | Jennifer M. Arevalo |
| 3/15/12 | Taxi, Trains, o... | United St... | 14.00 USD | Jennifer M. Arevalo |
| 3/19/12 | Taxi, Trains, o... | United St... | 14.00 USD | Jennifer M. Arevalo |
| 3/20/12 | Taxi, Trains, o... | United St... | 11.00 USD | Jennifer M. Arevalo |
| 3/21/12 | Taxi, Trains, o... | United St... | 6.00 USD | Jennifer M. Arevalo |
| 3/22/12 | Group Meal | United St... | 34.74 USD | Jennifer M. Arevalo |
| 3/22/12 | Taxi, Trains, o... | United St... | 33.00 USD | Jennifer M. Arevalo |
| 3/24/12 | Taxi, Trains, o... | United St... | 30.00 USD | Jennifer M. Arevalo |
| 3/25/12 | Group Meal | United St... | 189.00 USD | Jennifer M. Arevalo |
| 3/27/12 | Group Meal | United St... | 80.48 USD | Jennifer M. Arevalo |
| 3/27/12 | Taxi, Trains, o... | United St... | 11.00 USD | Jennifer M. Arevalo |
| 3/28/12 | Taxi, Trains, o... | United St... | 14.00 USD | Jennifer M. Arevalo |
| 3/30/12 | Taxi, Trains, o... | United St... | 11.00 USD | Jennifer M. Arevalo |
| 4/1/12 | Group Meal | United St... | 8.83 USD | Jennifer M. Arevalo |
| 4/3/12 | Group Meal | United St... | 43.40 USD | Jennifer M. Arevalo |
| 4/3/12 | Group Meal | United St... | 20.59 USD | Jennifer M. Arevalo |
| 4/4/12 | Group Meal | United St... | 31.82 USD | Jennifer M. Arevalo |
| 4/10/12 | Taxi, Trains, o... | United St... | 60.00 USD | Jennifer M. Arevalo |
| 4/12/12 | Group Meal | United St... | 54.47 USD | Jennifer M. Arevalo |
| 4/12/12 | Taxi, Trains, o... | United St... | 36.00 USD | Jennifer M. Arevalo |
| 4/12/12 | Car Rental | United St... | 428.67 USD | Jennifer M. Arevalo |
| 4/13/12 | Airfare | United St... | 459.80 USD | Jennifer M. Arevalo |
| 4/13/12 | Airfare | United St... | 25.00 USD | Jennifer M. Arevalo |
| 4/13/12 | Other Travel - ... | United St... | 38.71 USD | Jennifer M. Arevalo |

**Expense Report - Transmittal Report**

*Lunch*

Soho Sushi
3218 W. Kennedy Blvd
Tampa, FL 33609
ph 813-873-7646

------------------------------------

TABLE: 105 - 2 Guests
Your Server today was EMELIA
4/12/2012 12:42:31 PM
Sequence #: 0101025
ID #: 0074435

------------------------------------

Subtotal                    $42.96
Total Taxes                  $3.01
------------------------------------
Grand Total                 $45.97
Amount Due:                 $45.97

Credit Purchase
Name          :STEINMANN/CORI
CC Type       :MasterCard
CC Num        :xxxx xxxx xxxx 6703
Approval      :F2720Z
Server        :EMELIA
Ticket Name   :105

Payment Amount:      $45.97

Tip:                  8.50

Total:               54.47

X _____
CUSTOMER COPY
------------------------------------
Visit Us Online
www.SoHoSushi.com
====================================

Soho Sushi
3218 W. Kennedy Blvd
Tampa, FL 33609
ph 813-873-7646

Guest Check
------------------------------------
TABLE: 105 - 2 Guests
Your Server today was EMELIA
4/12/2012 12:41:20 PM
Sequence #: 0101025
ID #: 0074435
------------------------------------
ITEM                   QTY  PRICE
------------------------------------
Candy Cane              1  $12.99
Corona                  1  $11.99
Dynamite Scallops       1   $8.99
Tuna Fresh              1   $8.99
------------------------------------
Subtotal                   $42.96
Total Taxes                 $3.01
------------------------------------
Grand Total                $45.97
Amount Due:                $45.97
------------------------------------
Visit Us Online
www.SoHoSushi.com
Guest Check
====================================

*Breakfast*

L'EDEN CAFE
500 NORTH TAMPA ST
TAMPA, FL 33602
PH# 813-221-4795

TERMINAL ID.:
                                     001
MASTERCARD
###########6703
SALE
BATCH: 000921
DATE: Apr 04, 12        INV: 000006
                           TIME: 12:05

                    AUTH:R41252

BASE
                    $26.32

TIP            $        5 50

TOTAL          $       31 82

CORI STEINMANN

THANK YOU
FOR YOUR BUSINESS!

CUSTOMER COPY

                                    #
                            1   #
                       04-04-12
                    7:24#09-55
                        6•95  1
                        1•95  1
                        3•65  1
                        3•25  1
                        8•80  1
                       24•60   ST
                         •72  1 TX
                       26•32   CA
                            1  #
                       04-04-12
                    7:25#10-23

## THAI THANI
615 CHANNELSIDE DRIVE SUITE 204
TAMPA, FL 33602
813-228-9200

**O145a** Table 12 #Party 2
THAI THANI SvrCk: 28 14:25 04/03/12

Misc Personal Charge

```
                           4.50
                           9.00
1 FRIED CALAMARI           8.00
1 L-49 DOUBLE DELIGHT      6.95
1 L-48 CASHEW NUT SPECIAL,
     tofu/veg              6.50
```

```
               Sub Total:   34.95
               Tax     :     2.45
04/03 14:49 TOTAL :         37.40
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THANK YOU!
PLEASE COME AGAIN!

---

**O145**
Server: THAI THANI L          Rec: 27
04/03/12 14:58, Swiped  T: 12 Term: 1

THAI THANI / OISHI
615 CHANNELSIDE DR S-204
TAMPA, FL 33602
(813)228-9200
MERCHANT #:

```
CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX6703
Name: CORI STEINMANN
OO TRANSACTION APPROVED
AUTHORIZATION #: R1934Z
Reference: 0403010000145
TRANS TYPE: Credit Card SALE
```

CHECK :            37.40

TIP :              6.00

TOTAL :            43.40

Deducted $17.45

X_____

PHONE: (    )    -
\*\*\*Duplicate Copy\*\*\*

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND

## Receipt 1 (left)

**Breakfast**

MOXIE'S CAFE
514B TAMPA STREET
TAMPA, FL 33602

Merchant ID: 000000001701974
Term ID: 02604333
275220711889

**Sale**

MC
XXXXXXXXXXXX6703
Entry Method: Swiped
Apprvd: Online    Batch#: 000429
                  09:29:22
04/03/12

Inv #: 000028  Appr Code: F7726Z

Amount:        $    19.59

Tip:                1.00

Total:            20.59

Customer Copy

## Receipt 2 (right)

HYATT REGENCY TAMPA
AVANTURE DELI

708 TIE

CHK 3085 APR01'12  8:47AM
--------------------------------
 1 Esprs Add Shot        1.00
 1 Cappuccino Tall       3.50
 1 Flavored Latte G      3.75
   Food Sales            8.25
   TAX                   0.58
   TOTAL PAID            8.83
   CASH                 20.00
   CHANGE DUE           11.17
----708 CLOSED APR01  8:48AM----

*Coffee*
*Cori Steinman*
*Ken Caulter*

## Handwritten note (bottom)

Misc Cash:
- Tip for Movers
  on 3/9  $20.00
- Tip for Movers
  on 4/2  $20.00
- Valet Tips - Various dates
  $50.00 ($5 per trip)
- Bellman 3/9  tip
  $10.00

- Bellman 4/2  Tip  $10.00
- Drycleaning Tip
  3 occassions - $25.00

*Dinner*

**Spain Restaurant**
513 Tampa Street
Tampa, Florida 33602
(813) 223-2831

Server: Joanna                    Station: 4
------------------------------------------
Order #: 26343
Table: 1 BAR                      Dine In
                                  Guests: 1
------------------------------------------
1 Pate de Queso                       9.00
1 Fillete de Res - Tapa              12.00
1 Rollitos de Queso                   9.00
                                      8.00
**Misc Personal Charge**              4.00
1 Calamares Fritos
**Misc Personal Charge**             10.00
                                      8.00
                                      4.00

SUB TOTAL:                           64.00
Tax 1:                                4.48
                                   ========
**TOTAL:**                         **$68.48**

          **» Ticket #: 2 «**
         3/27/2012 5:54:07 PM

**************************************
15% Gratuity = $9.60
20% Gratuity = $12.80
25% Gratuity = $16.00

**************************************

Spain Restaurant
513 Tampa Street
Tampa, Florida 33602
(813) 223-2831

------------------------------------------
Date/Time:     2012-03-27 06:36 PM
Order Number:  26343
Account Type:  CREDIT
EDC Tran ID:   541085323
Server:        Joanna
Table:         1 BAR

**PURCHASE
APPROVAL**

Entry Mode:       Swiped
Card Number:      XXXXXXXXXXXX6703
Card Expire:      XX/XX
Card Type:        Mastercard
Cardholder Name:  CORI STEINMANN
Approval Code:    F2112Z
Reference Number: 15434

**PURCHASE:**                     **$68.48**

**Gratuity:**                      12.00

**Total:**   Deducted $31.68       80.48

Cardmember acknowledges receipt of
goods and/or services in the amount
of the total shown heron and agrees
to perform the obligations set forth
by cardmember's agreement with issuer

Signature: _____

_Dinner_

HMSHOST
F CHILIS
TAMPA INTERNATIONAL AIRPORT

113027 Alejandr

GST 2

8363   MAR22'12  5:27PM

TO GO

| | |
|---|---|
| 1 BURG OLD TMR CHS MEDIUM | 8.49 |
| 1 BURG OLD TMR CHS MED WELL | 8.49 |
| | 7.69 |
| | 7.79 |

**Misc Personal Charge**

SIDE SHOT NO
XXXXXXXXXXXX6703          34.74
MASTERCARD

| | |
|---|---|
| SUBTOTAL | 32.46 |
| TAX | 2.28 |
| AMOUNT PAID | **34.74** |

**Deducted $16.56**

OR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

TIM JUUL
813-396-3983
TIM.JUUL@HMSHOST.COM

_Group Dinner_

RANDOLPH FLETCHER
1401 E FLETCHER AVE
TAMPA, FL 33612
813-975-0024

MASTERCARD
XXXXXXXXXXXX6703 M
DATED W: 000            3:22PM

SALE
Approval #:            REF#:005
                        DATED W: 000

AMOUNT              $165.00
TIP                 $_____

TOTAL               $_____

15/:424.75  20/:433.00

APPROVED
CUSTOMER COPY

---

0130
Server: INTERNET O I          Rec: 15
03/15/12 10:11, Keyed    T: 998 Term: 1

JACKSON STREET BISTRO
401 EAST JACKSON STREET
TAMPA, FL 33602
(813)472-5777
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX6703
00 TRANSACTION APPROVED
AUTHORIZATION #: R5829Z
Reference: 0315010000130
TRANS TYPE: Credit Card SALE

CHECK:              62.92

TIP:              _____

TOTAL:            62.92

X _____

PHONE: (     )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND
MANUAL ENTRY, PLEASE IMPRINT BELOW

_Group Dinner_

# AmericanAirlines® oneworld

## BAGGAGE CHARGE RECEIPT

## AmericanAirlines®

*Bag fee*

PASSENGER NAME
STEINMANN/CORI

Checked Bag Fee      1      25.00 USD

TPA DFW - AA      25.00 USD
Total with Applicable TFC
Credit Card    MC XXXXXXXXXXX6703

DATE
APRIL 13, 2012

Agent: TPA-SSM      001 0268119043    3

**TFC=TAXES,FEES & CHARGES**

---

*Cab to airport for 2*

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6056

Merchant ID: 996200199831
Term ID:

## Sale

MASTERCARD
XXXXXXXXXXXX6703
Entry Method: Swiped
Apprvd: Offline     Batch#: 000080
04/10/12        05:33:06

Invoice #: 000005    Appr Code: SF00000005

Total:        $    60.00

Customer Copy

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6056

Merchant ID: 996200199831
Term ID:

## Sale

MASTERCARD
XXXXXXXXXXXX6703
Entry Method: Swiped
Apprvd: Offline     Batch#: 000085
04/12/12        18:40:33

Invoice #: 000002    Appr Code: SF00000002

Total:        $    36.00

Customer Copy

---

PLACE ON DASH FACE UP    PLACE ON DASH FACE UP       PLACE ON DASH FACE UP

*Theros Parking*
*3-9-12   Jim*
*Go to   8:00pm*
*Paul Cash*

*Cart parking to set up smartboard $10.00*

00317793

PLACE ON DASH FACE UP    PLACE ON DASH FACE UP       PLACE ON DASH FACE UP

## Receipt For Fare

Fare $ 5.00          Gratuity $ 1.00

Date 3/12/12   Total amount paid $ 6.00

Driver _____ Steve _____

Van# _____ 17 _____

**Blue One** Transportation   Tampa, Florida
813-789-8380

## Receipt For Fare

Fare $ 12.00          Gratuity $ 2.00

Date 3/15   Total amount paid $ 14.00

Driver _____

Van# _____

**Blue One** Transportation   Tampa, Florida
813-789-8380

## Receipt For Fare

Fare $ _12.00_    Gratuity $ _2.00_

Date _3/19_    Total amount paid $ _14.00_

Driver _____

Van# _____



Tampa, Florida
813-789-8380

---

## Receipt For Fare

Fare $ _9.00_    Gratuity $ _2.00_

Date _3/20_    Total amount paid $ _11.00_

Driver _____

Van# _____

Blue One Transportation

Tampa, Florida
813-789-8380

## Receipt For Fare

Fare $ _5.00_     Gratuity $ _1.00_

Date _3/21/12_   Total amount paid $ _6.00_

Driver _Spee_

Van# _17_

**Blue One** Transportation

Tampa, Florida
813-789-8380

---

to airport
for 2

## Receipt For Fare

Fare $_26.00_     Gratuity $ _7.00_

Date _3/22_   Total amount paid $ _33.00_

Driver _____

Van# _____

**Blue One** Transportation

Tampa, Florida
813-789-8380

From airport to Hotel

## Receipt For Fare

Fare $ 25.00          Gratuity $ 5.00

Date 3/24    Total amount paid $ 30.00

Driver _____

Van# _____

Blue One
Transportation

Tampa, Florida
813-789-8380

## Receipt For Fare

Fare $ 9.00          Gratuity $ 2.00

Date 3/27/17  Total amount paid $ 11.00

Driver D-R

Van# 19

Blue One
Transportation

Tampa, Florida
813-789-8380

## Receipt For Fare

Fare $ _12.00_ Gratuity $ _2.00_

Date _3/28/12_ Total amount paid $ _14.00_

Driver _OB_

Van# _18_

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

## Receipt For Fare

Fare $ _7.00_ Gratuity $ _2.00_

Date _3-30-12_ Total amount paid $ _11.00_

Driver _____

Van# _15_

**Blue One** *Transportation*

Tampa, Florida
813-789-8380

**ENTERPRISE LEASING COMPANY (A FLORIDA CORPORATION), 1001 W KENNEDY BVD, TAMPA, FL 336061848 (813) 254-4221**

**RENTAL AGREEMENT**     **REF#**
751287                  2LF2QV

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 04/06 - 04/12 | 1 | WEEK | $382.15 | $382.15 |
| REFUELING CHARGE | 04/06 - 04/12 | | | | $0.00 |
| | | | Subtotal: | | $382.15 |
| **Taxes & Surcharges** | | | | | |
| GOVT SURCHARGE | 04/06 - 04/12 | 7 | DAY | $2.00 | $14.00 |
| SALES TAX | 04/06 - 04/12 | | | 7% | $28.04 |
| TIRE AND BATTERY FEE | 04/06 - 04/12 | 7 | DAY | $0.02 | $0.14 |
| VEHICLE LICENSE FEE | 04/06 - 04/12 | 7 | DAY | $0.62 | $4.34 |
| | | | Total Charges: | | **$428.67** |

**DATE & TIME OUT**
04/06/2012  11:21 AM
**DATE & TIME IN**
04/12/2012  12:55 PM

**BILLING CYCLE**
24-HOUR

**VEH #1 2012 DODG GCAR SXT1**
VIN# 2C4RDGCGXCR160345
LIC# 378KJH
MILES DRIVEN   239

**Total Amount Due**                                    **$0.00**

**PAYMENT INFORMATION**

| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| $428.67 | Mastercard | xxxxxxxxxxxx6703 PENDING |

Rental Car
Return gas

EXPRESS PAY
WELCOME

DEALER# 4563722-Y02
1ST AVE EXXON

SAINT PE     FL

#MasterCard X6703
CARD # 670
MCRD
STEINMANN/CORI
INV # Y024536
AUTH # R5121Z
APPROVAL # Y02453
DATE 04/11/12  15:05

PUMP # 02  UNLEAD
GALLONS      9.980
PRICE/GAL   $ 3.879

TOTAL (C)   $38.71

THANK YOU
HAVE A NICE DAY

Online Order for: **Pickup**    Pickup Date: **03/14/2012**    Time: **5:20 pm**

Grup Dinner

### CUSTOMER ADDRESS

Cori Stienman

**Tampa FL 33609**

| Information: | |
|---|---|
| Order placed on: | 03/14/2012 |
| Order No.: | ORD10867 |
| Customer Phone#: | 214-676-4493 |
| E-Mail: | coris@alessi.com |

| Qty | Item | | Price | Total |
|---|---|---|---|---|
| 1 | 4777-78 | DECADENT DESSERT | $28.95 | $28.95 |
| | | Small | | |

| | | |
|---|---|---|
| | Items total | **$28.95** |
| | Tax | $2.03 |
| | Total | **$30.98** |

| Method | Amount |
|---|---|
| Credit Card | $30.98 |
| CardCode: | |
| CardNum: ***********6703 | |
| CardOwner: Cori Stienman | |
| CardType: Master Card | |
| Exdate_month: 01 | |
| Exdate_year: 14 | |

**Additional Information:**

THanks, Amanda.

**Number of people being served: 0**

| | |
|---|---|
| **From:** | Steinmann, Cori |
| **Sent:** | Monday, April 16, 2012 9:51 AM |
| **To:** | Garner, Lavella |
| **Subject:** | FW: E-Ticket Confirmation-NYVUGG  13APR |

**Cori C. Steinmann**
cori.steinmann@sedgwicklaw.com | 469.227.4625


Sedgwick LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *phone* | 469.227.8004 *fax* | www.sedgwicklaw.com

---

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Thursday, April 12, 2012 9:55 AM
**To:** Steinmann, Cori
**Subject:** E-Ticket Confirmation-NYVUGG 13APR



eTicket Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



**Date of Issue: 12APR12**

Cori Steinmann:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: NYVUGG**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**



You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel     Book a car     Buy trip insurance





**Record Locator: NYVUGG**

## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|---------------|-----------|------|----------|------|--------------|
| | | City | Date & Time | City | Time | |
| **AA** | 2040 | TAMPA | FRI 13APR 9:45 AM | DALLAS FT WORTH | 11:30 AM | L |
| American Airlines | Cori Steinmann | FF#: 644MVF6 | | Economy | Seat 17D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|-----------|---------------|----------|-----------------|--------------|
| CORI STEINMANN | 0012307626395 | 394.42 | 40.38 | 434.80 |

| ADDITIONAL SERVICES | | CURRENCY | AMOUNT |
|---------------------|--|----------|--------|
| Telephone Ticketing Service | | USD | 25.00 |

| Payment Type: Master Card XXXXXXXXXXXXX6703 | Total: $459.80 |
|---|---|

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

**American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.**

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD (or local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge

is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

**When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit <u>INTERLINE PARTNER BAG CHARGES</u> for applicable baggage allowances and charges specific to the interline partner in your itinerary.**

Air transportation on American Airlines and the American Eagle carriers® is subject to American's <u>conditions of carriage.</u>.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

  

 

We know why you fly

**AmericanAirlines®**

AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please <u>Contact AA.</u>

NRID: 543562311717120853495
6800

## Expense Report - Transmittal Report



ER00000030212120232

**Spender** Kurt W. Meaders          **From** Mar 3, 2012   **To** Mar 3, 2012          **Reimbursement Amt** 19.18 USD

**Report name** Working Lunch

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes | |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|--------------|---------|-----------|----------|
| 3/3/12 | Group Meal | United St... | 19.18 USD | Jennifer M. Arevalo |

*Meadows*
*Downtown Lunch.*

REPRINT TICKET

Campisi's Downtown
1520 Elm st. Ste. 111
Dallas, TX 75201
214-752-0141

# DELIVERY
Mar 03,2012
Taken By :Alfredo David

# # 10
11:21

# 4692274644
# SEDGWICK,

# 1717 MAIN ST

# SUITE 5400

421265901882
CAMPISI'S #3
1520 ELM ST STE 111
DALLAS, TX 75201
214-752-0141

TERMINAL I.D.:            59010022

MASTERCARD
XXXXXXXXXXXX5374       *
SALE
BATCH: 000141    TKT: 10
DATE: MAR 03, 12      TIME: 11:22:00
AUTH NO: 072333

BASE            $16.18

TIP            3.00

TOTAL          19.18

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

|   | RITA SLATN |   |
|---|---|---|
|   | MEET DOWN STAIRS |   |
| 1 | Chopped Salad | 7.95 |
| 1 | Large Dinner Salad | 5.50 |
| 1 | CREDIT CARD | 0.00 |
|   | Service Charge | 1.50 |
|   | Sub Total | 14.95 |
|   | Tax | 1.23 |
|   | Total | 16.18 |

Let Us Cater Your Next Meeting!!!
Contact 214-752-0141
***NOW OPEN FOR HAPPY HOUR 5-7PM***
NOW OPEN SATURDAY 10:30AM TILL 10:0

## Expense Report - Transmittal Report



ER00000030212120233

**Spender** Kurt W. Meaders          **From** Apr 6, 2012   **To** Apr 6, 2012          **Reimbursement Amt** 123.72 USD

**Report name** Lunch with trial team

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 4 | Audit required | Yes |
| Number of receipts to submit | 4 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/31/12 | Individual Meal | United St... | 21.72 USD | Jennifer M. Arevalo |
| 4/4/12 | Group Meal | United St... | 55.25 USD | Jennifer M. Arevalo |
| 4/6/12 | Group Meal | United St... | 38.21 USD | Jennifer M. Arevalo |
| 4/8/12 | Individual Meal | United St... | 8.54 USD | Jennifer M. Arevalo |

*Lunch*
*Kino Meisler*

TROPICAL SMOOTHIE CAFE
200 N. Tampa St. Ste 120
Tampa, Fl 33602
(813) 225-1550

224 James H

-------------------------------------
Chk 8784          GUY          Gst 0
            Apr08'12 12:13PM
-------------------------------------

## To Go
### Closed Check
#### Reprint

| | |
|---|---|
| 1 FB Chipotle Chk | $3.99 |
| 1 Jetty Punch | $3.99 |
| XXXXXXXXXXXXX5374 XX/XX | |
| MC | $8.54 |
| | |
| Subtotal | $7.98 |
| Tax | $0.56 |
| Payment | $8.54 |

PRESENT THIS COUPON FOR
$1.00 OFF A BREAKFAST WRAP
OR
$0.50 OFF A COFFEE SMOOTHIE
FROM 7:00 TO 10:00, Mon to Fri.

GOOD FOR 30 DAYS
NOT VALID WITH ANY OTHER OFFER.

*Lunch & Drinks - Neil*
*Team - see Book*

HMSHOST
F CHILIS
TAMPA INTERNATIONAL AIRPORT
CHECK:      8889
TABLE:      44/1
SERVER:     113027 Alejandr
DATE:       APR06'12  4:18PM
CARD TYPE:  MASTERCARD
ACCT #:     XXXXXXXXXXX5374   *
AUTH CODE:  048271
         KURT WOOD MEADERS

TOTAL:              31.21

TIP: _____ 7 __

TOTAL: _____ 39 21

X _____
I AGREE TO PAY THE ABOVE AMOUNT
   IN ACCORDANCE WITH THE CARD
      ISSUER'S AGREEMENT.

Deducted $28.51

HMSHOST
F CHILIS
TAMPA INTERNATIONAL AIRPORT

113027 Alejandr
------------------------------
44/1                  GST 1
        8889
       APR06'12  3:42PM
------------------------------
   DINE IN

      **** SEAT 1 ****
Misc Personal Charge          23.37
1 SKILLET QUESO               5.79
TAX      2.05   AMOUNT D 31.21
      *******  *******

   SUBTOTAL          29.16
   TAX               2.05
   AMOUNT DUE     $31.21

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

      TIM JUUL
     813-396-3983
   TIM.JUUL@HMSHOST.COM

```
          HMSHOST
          C CHILIS
   TAMPA INTERNATIONAL AIRPORT

195888 Nevyl
----------------------------------
127/1              GST 1
         5073
        MAR31'12  6:45AM
----------------------------------
   DINE IN

      **** SEAT 1 ****
1 JUC BAR            2.89
   JUC ORANGE
1 SODA BAR M         2.99
   FIRST RND SFTBEV
   DIET COKE
1 BKFT TACOS MT     10.68
   BACON
TAX    1.16  AMOUNT D 17.72
     *******  *******

   SUBTOTAL         16.56
   TAX               1.16
   AMOUNT DUE     $17.72

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

        TIM JUUL
     813-396-3983
   TIM.JUUL@HMSHOST.COM
```

*Knw Breakfast -Trip*
*Return*

```
          HMSHOST
          C CHILIS
   TAMPA INTERNATIONAL AIRPORT
CHECK:       5073
TABLE:       127/1
SERVER:      195888 Nevyl
DATE:        MAR31'12  7:17AM
CARD TYPE:   MASTERCARD
ACCT #:      XXXXXXXXXXX5374
AUTH CODE:   021188
     KURT WOOD MEADERS

TOTAL:          17.72

TIP:_____

TOTAL:_____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
 IN ACCORDANCE WITH THE CARD
    ISSUER'S AGREEMENT.
```

Jackson St. Bistro

401 East Jackson St.
Tampa, FL 33602
(813) 472-5777
**************************************

0230  Table 202  #Party 4
INTERNET O  SvrCk: 85 12:39p 04/04/12

3 ICED TEA                        5.85
1 DIET COKE                       1.95
2 MUFFALATA, 1 ** cott chz,
    1 ** ff,STRAIGHT             17.90
1 CHIX CAESAR Sal                 9.95
1 CHIX CROISS, ** ff,STRAIGHT     8.50

              Sub Total:  44.15
              Tax     :   3.10
04/04 1:09pTOTAL:        47.25

**************************************
          THANK YOU!
       PLEASE COME AGAIN!

Trial Tem Lunch Su BACK

0230
Server: INTERNET O I              Rec: 61
04/04/12 13:09, Swiped   T: 202 Term: 3

JACKSON STREET BISTRO
401 EAST JACKSON STREET
TAMPA, FL 33602
(813)472-5777
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
MASTER CARD    XXXXXXXXXXX5374
00 TRANSACTION APPROVED
AUTHORIZATION #: 003330
Reference: 0404010000230
TRANS TYPE: Credit Card SALE

CHECK:              47.25

TIP:                 8. —

TOTAL:              55 25

X

PHONE: (      )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

## Expense Report - Transmittal Report



ER00000030212120235

**Spender** Kurt W. Meaders          **From** Mar 31, 2012  **To** Apr 12, 2012          **Reimbursement Amt** 128.00 USD

**Report name** Attendance at Trial in Tampa FL

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 5 | Audit required | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/31/12 | Taxi, Trains, o... | United St... | 13.00  USD | Jennifer M. Arevalo |
| 4/1/12 | Taxi, Trains, o... | United St... | 30.00  USD | Jennifer M. Arevalo |
| 4/9/12 | Taxi, Trains, o... | United St... | 32.00  USD | Jennifer M. Arevalo |
| 4/11/12 | Taxi, Trains, o... | United St... | 40.00  USD | Jennifer M. Arevalo |
| 4/12/12 | Taxi, Trains, o... | United St... | 13.00  USD | Jennifer M. Arevalo |

*Hotel to Airport – Meadows only*

## Receipt For Fare

Fare $ _13 00_  Gratuity $ _____

Date _3/31/12_ Total amount paid $ _13 00_

Driver _Chris_

Van# _____



**Blue One** *Transportation*

Tampa, Florida
813-789-8380

---

**813.253.0121**
*FARE RECEIPT*
Date _April 1, 2012_
_Airport to Hotel_
Cab # _____
Fare $ _30 00_

**Servicing
The Greater
Tampa Bay Area
24/7**

---

DO NOT WRITE          ABOVE THIS LINE
09          09/12
_____ 000 HEADERS
EXPIRATION
DATE
CHECKED

*Airport to Hotel
Mason & Meadows*

SIGN HERE
X
The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

| ↑ PLEASE DO NOT WRITE ABOVE THIS LINE ↑ | | | | |
|---|---|---|---|---|
| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
| | | Yellow Cab 130 | | 27 00 |
| | | | | |
| DATE 04-09-12 | AUTHORIZATION | | SUB TOTAL | |
| REFERENCE NO. | | | TAX | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | TIP | 5 |
| | | | MISC. | |
| 5779949 | | | TOTAL | 32 |

SALES SLIP
ORIGINAL

*Diane Racurport*
*See BACK*

CARD SWIPE
BLUE ONE TRANSPORTATION
7 N ASHLEY DR #1114
TAMPA, FL 33602
813-486-6056

Merchant ID: 996200199831
Term ID:

## Sale

MC-CORP
XXXXXXXXXXXX5374
Entry Method: Swiped
Apprvd: Offline          Batch#: 000081
04/11/12                 08:19:42

Invoice #: 000009    Appr Code: SF00000009

Total:                $    40.00

Customer Copy

*Travel Fare to Airport from Hotel*

## Receipt For Fare

Fare $ __13.00__    Gratuity $ _____

Date __4-12-12__  Total amount paid $ _____

Driver __Dan__

Van# __17__

**Blue One** Transportation

Tampa, Florida
813-789-8380

## Expense Report - Transmittal Report



ER0000003021212 0236

**Spender** Kurt W. Meaders          **From** Apr 3, 2012   **To** Apr 3, 2012          **Reimbursement Amt** 8.45 USD

**Report name** Lunch - attendance at trial Tampa FL

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 1 | Audit required | | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | | No |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/3/12 | Individual Meal | United St... | 8.45  USD | Jennifer M. Arevalo |

*lunch - Kino Meal*

# PITA'S REPUBLIC

210 Madison Ave.
TAMPA, FL. 33612
TEL:813.223-3288

INVOICE # 124007
DATE\TIME: 4/3/2012 1:18:51 PM
SERVER:  moe
STATION: 01

. are pleased to ser e you. Please
come again

| | | |
|---|---|---|
| GYROS (YEERAS)* | | $5.95 |
| COMBO1 CHIPS & DRINKS* | | $1.95 |
| SUBTOTAL | | $7.90 |
| Tax1 | | $0.55 |
| **GRAND TOTAL** | | **$8.45** |

Amt Tendered                                    $8.45
Change due                                      $0.00

Thank you for visiting
Voted best gyro in Tampa Bay.

## Expense Report - Transmittal Report



ER00000035062120155

**Spender** David C. Kent          **From** Mar 7, 2012   **To** Apr 4, 2012          **Reimbursement Amt** 325.66 USD

**Report name** Miscellaneous Out-of-Pocket Trial Expenses

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 17 | Audit required | Yes |
| Number of receipts to submit | 17 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/7/12 | Group Meal | United St... | 50.62 USD | Jennifer M. Arevalo |
| 3/7/12 | Individual Meal | United St... | 3.30 USD | Jennifer M. Arevalo |
| 3/15/12 | Taxi, Trains, o... | United St... | 8.00 USD | Jennifer M. Arevalo |
| 3/17/12 | Other Travel - ... | United St... | 2.86 USD | Jennifer M. Arevalo |
| 3/19/12 | Other Travel - ... | United St... | 18.36 USD | Jennifer M. Arevalo |
| 3/20/12 | Supplies | United St... | 8.55 USD | Jennifer M. Arevalo |
| 3/22/12 | Supplies | United St... | 2.99 USD | Jennifer M. Arevalo |
| 3/22/12 | Supplies | United St... | 9.49 USD | Jennifer M. Arevalo |
| 3/23/12 | Other Travel - ... | United St... | 36.72 USD | Jennifer M. Arevalo |
| 3/24/12 | Supplies | United St... | 12.68 USD | Jennifer M. Arevalo |
| 3/24/12 | Supplies | United St... | 43.45 USD | Jennifer M. Arevalo |
| 4/1/12 | Supplies | United St... | 27.46 USD | Jennifer M. Arevalo |
| 4/1/12 | Supplies | United St... | 20.26 USD | Jennifer M. Arevalo |
| 4/2/12 | Taxi, Trains, o... | United St... | 15.00 USD | Jennifer M. Arevalo |
| 4/2/12 | Taxi, Trains, o... | United St... | 15.00 USD | Jennifer M. Arevalo |
| 4/3/12 | Supplies | United St... | 29.50 USD | Jennifer M. Arevalo |
| 4/4/12 | Other Travel - ... | United St... | 21.42 USD | Jennifer M. Arevalo |

# LAWPAY

CREDIT CARD PROCESSING

HDR

Meals — $53 92

Taxis — $38 00

Trial Supplies — $138 63
- Photocopying
- Binders          157.24
- Labels, etc.

Cleaners — $76 50

Total — $307 05

$325.66

LAWPAY.COM          866.376.0950

MCNATTS CLEANERS 77
101 E KENNEDY BLVD 3RDF
TAMPA, FL 33602

TERMINAL ID:        004548509
MERCHANT #:          44440001

EDS
#xxxxxxxxxxxx4619
**DEBIT**
BATCH: 000931       INVOICE: 001340
DATE: MAR 19, 12    TIME: 17:00
SQ: 003             AUTH NO: 223080

TOTAL            $18.36

SIGNATURE NOT REQUIRED
CUSTOMER COPY

---

MCNATTS CLEANERS 77
101 E KENNEDY BLVD 3RDF
TAMPA, FL 33602

TERMINAL ID:        004548509
MERCHANT #:          44440001

EDS
#xxxxxxxxxxxx4619
**DEBIT**
BATCH: 000935       INVOICE: 035407
DATE: MAR 23, 12    TIME: 17:14
SQ: 021             AUTH NO: 962471

TOTAL            $36.72

SIGNATURE NOT REQUIRED
CUSTOMER COPY

---

MCNATTS CLEANERS 77
101 E KENNEDY BLVD 3RDF
TAMPA, FL 33602

TERMINAL ID:        004548509
MERCHANT #:          44440001

EDS
#xxxxxxxxxxxx4619
**DEBIT**
BATCH: 000943       INVOICE: 043104
DATE: APR 04, 12    TIME: 17:05
SQ: 008             AUTH NO: 660177

TOTAL            $21.42

SIGNATURE NOT REQUIRED
CUSTOMER COPY

---

# CVS PHARMACY
220 E MADISON ST, TAMPA, FL
PHARMACY: 228-0084    STORE:    -

REG#01 TRN#5670 CSHR#0402037 STR#4181

**ExtraCare Card #: ********1572**

1 CAL TILT CALC 0128        7.99T

SUBTOTAL            7.99
FL 7.0% TAX          .56
**TOTAL**            **8.55**
DEBIT               8.55
*************4619     MS
CHANGE               .00

3/20/12

---

# CVS PHARMAC
220 E MADISON ST, TAMPA,
PHARMACY: 228-0084    STORE:

REG#02 TRN#1127 CSHR#0448419

**ExtraCare Card #: ********18**



1 CAL TILT CALC 0128        7.99T
1 CVS COTN SWAB 50CT         .99T
1 CVS TRPL ANTB .5Z         4.99T
1 DUR AA 4PKMN1 4ZSS        5.29T

4 ITEMS
SUBTOTAL           19.26
FL 7.0% TAX         1.00
TOTAL              20.26
DEBIT              20.26
*************4619     MS
CHANGE               .00

#/1/12

---

# CVS PHARMACY
220 E MADISON ST, TAMPA, FL
PHARMACY: 228-0084    STORE:    -

REG#03 TRN#8649 CSHR#0420300 STR#4181

**ExtraCare Card #: ********1455**

1 LABEL FILEFLD 156C        2.67T

SUBTOTAL            2.67
FL 7.0% TAX          .19
**TOTAL**            **2.86**
DEBIT               2.86
*************4619     MS
CHANGE               .00

3/14/12



2504 1812 0848 6490 33
**RETURNS WITH RECEIPT THRU 05/23/2012**

---

FedEx Office

March 22,2012 12:21                    Page: 1
Receipt #: 1150156587
AmEx #: XXXXXXXXXXX1572
2012/03/22 12:15

| Qty | Description | Amount |
|-----|-------------|--------|
| 13 | ES Color S/S LTR | 3.77 |
| 51 | ES B&W S/S White 8.5 x11 | 5.10 |

SubTotal        8.87
Taxes           0.82
Total           9.49

---

FedEx Office

March 24,2012 11:48                    Page: 1
Receipt #: 1150156832
AmEx #: XXXXXXXXXXX1572
2012/03/24 11:34

| Qty | Description | Amount |
|-----|-------------|--------|
| 140 | PNG Color S/S 8.5x11 & 8.5x14 | 40.60 |

SubTotal       40.60
Taxes           2.85
Total          43.45

OFFICE DEPOT STORE 201
211 N Dale Mabry hwy
Tampa FL 33609
(813)871-6505
04/01/2012   12.1          12:05 PM
STR 201  REG3    TRN  4979 EMP 57673
------------------------------------------------
SALE
Product ID    Description      Total
759714   BINDER,WJ,PRM,         8.49 S
838805   POROUS PT,FLAT         7.29 S
181529   PNCL,N2,12/PK          4.29 S
293193   RFL,CROSS,2PK,         5.59 S

            Subtotal           25.66
Sales Tax:                      1.80
            Total              27.46
        Debit Card 4619        27.46
************************************************
   KENT, DAVID 1725001745
   Ready to get Rewarded faster?
   To receive Rewards electronically
   update your member profile online at
   www.myworkliferewards.com

   FedEx Office is your destination
      for printing and shipping.


            400 N Tampa St
            Tampa, FL 33602
         Tel: (813) 225-2523

3/22/2012            12:23:05 PM EST
Team Member: Antoine B.

            SALE

BinderEconVw .5inWht    1 @    2.7900 T
  004413 Reg. Price    2.79

   Regular Total       2.79
   Discounts           0.00

   Total               2.79



Sub-Total                       2.79
Tax                             0.20
Deposit                         0.00

Total                           2.99

Visa (S)                        2.99
   Account:  4619
   Auth: 032312 (A)

   Total Tender                 2.99
   Change Due                   0.00


OFFICE DEPOT STORE 201
211 N Dale Mabry hwy
Tampa FL 33609
(813)871-6505
04/03/2012   12.1          5:45 PM
STR 201  REG6    TRN   63 EMP 446039
------------------------------------------------
SALE
Product ID    Description      Total
419919   JRNL,8.5x11,BL        11.49 S
780975   NTBK,BUS,8.25x         8.29 S
532257   JRNL,A4,RLD,BK         7.79 S

            Subtotal           27.57
Sales Tax:                      1.93
            Total              29.50
        Debit Card 4619        29.50
************************************************
   KENT, DAVID 1725001745

   FedEx Office is your destination
      for printing and shipping.


            400 N Tampa St
            Tampa, FL 33602
         Tel: (813) 225-2523

3/24/2012            11:37:32 AM EST
Team Member: Kelli G.

            SALE

Tape SuprStrngth Pkg    1 @    3.4900 T
  004401 Reg. Price    3.49
BinderEconVw .5inWht    1 @    2.7900 T
  004413 Reg. Price    2.79
BinderEconVw .5inWht    1 @    2.7900 T
  004413 Reg. Price    2.79
BinderEconVw .5inWht    1 @    2.7900 T
  004413 Reg. Price    2.79

   Regular Total      11.86
   Discounts           0.00

   Total              11.86



Sub-Total                      11.86
Tax                             0.82
Deposit                         0.00

Total                          12.68

Visa (S)                       12.68
   Account:  4619
   Auth: 063711 (A)

   Total Tender                12.68
   Change Due                   0.00

## Receipt For Fare

Fare $ _8 00_____ Gratuity $ _____

Date _3/15/12_ Total amount paid $ _____

Driver _ERIK_____

Van# _17_____

**Blue One** Transportation

Tampa, Florida
813-789-8380

---

# UNITED CABS, INC.

Cab No. _____ 9    Telephone 253-2424    Amount _15 00_____
1701 West Cass Street
Tampa, Florida 33606

Date _4-8-6129 2-2012_    № 77954

Charge to _____

For _____

_____

From _____ To _____

Driver _____ Signed _____

---

## United Cab
## 253-2424

**UNITED CAB**

You Can Find
Us Everywhere
We Can Take
You Anywhere

Date _4-2-2012_ Time _____ Cab# _____
Driver Name _____ Amount of Fare $ _15_
Customer Name _____
Pickup _____
Destination _____

THANK YOU
FOR YOUR
BUSINESS

```
             STARBUCKS COFFEE A37
      DALLAS FT WORTH INT'L AIRPORT

      10192 ISRAEL
      --------------------------------
      CHK 9190 MAR07'12 10:03AM  GST 1
      --------------------------------
              S u b t o t a l

        1 LATTE T              3.05

          SUBTOTAL            3.05
          TAX                 0.25
          AMOUNT PAID     3.30
          Stbk Card           3.30
              Amount 3.30
          TerminalID Z0051158
            RefrNbr 31136192
       Redemption Approved for $3.30
          Card Balance 21.15
          Gift Card Charge 3.30
```

```
              INSIDE THE BOX CAFE
                 813-227-9248
      0039  Table 998  #Party 1
      Svr: 111 SvrCk: 39 12:47p 03/12/12

      1 BOX #1                     -0.36
      1 Turkey Club                 3.95
      1 Veg & Edamame Sa            1.50
      1 Broccoli Slaw               1.50
      1 BOX #1                     -0.36
      1 Turkey Club                 3.95
      1 Veg & Edamame Sa            1.50
      1 Broccoli Slaw               1.50
      1 BOX #2                     -1.01
      1 Proscuitto & Chi            3.95
      1 Rustic Cobb                 3.95
      1 Veg & Edamame Sa            1.50
      1 Seasonal Fresh F            1.50
      1 BOX #1                     -0.36
      1 Rustic Cobb                 3.95
      1 Seasonal Fresh F            1.50
      1 Oatmeal Cookie              1.50
      1 Chicken Spin Cea            3.95
      1 Seasonal Fresh F            1.50
      1 BOX #1                     -0.36
      1 Black Forest Ham            3.95
      1 Broccoli Slaw               1.50
      1 Seasonal Fresh F            1.50

                   Sub Total:  41.70
                   Tax 1   :    2.92
      03/12 12:50pTOTAL:      44.62

      AMEX       xxxx1572          44.62
                        TOTAL:    44.62
                REMAINING BALANCE:  0.00
```

## Take a Survey Online

## and get a gift at
## www.ITBcafe.org

```
                AMT-TEND  CHANGE  TALLY
      AMEX        44.62            44.62
                                --------
                                   44.62
                                     680
      (Rec:14) Memo: 564494,xxxxxxxxxxx1572,
        44.62
      03/12/12 12:50p              50.62

      MANAGER M
        DCK, Katie Duty (HDR),
      Barry Meyer (HDR), Lee
      Wooten, Alan Cranfa, Stuart
          Simon
```

Expense Report - Transmittal Report



ER00000047092120002

| Spender James M Steere | From Apr 8, 2012   To Apr 12, 2012 | Reimbursement Amt 318.38 USD |

Report name HDR Trial - Third Trip

**Expense Report Information :**

| Number of expenses | 3 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 4/8/12 | Miles/Kilos | United St... | 303.86  USD | Jennifer M. Arevalo |



**Directions to 211 N Tampa St, Tampa, FL 33602**
**265 mi – about 4 hours 26 mins**

(A) 5207 Buttonwood Ct, Tamarac, FL 33319

| | 1. Head **northeast** on **Buttonwood Ct** toward **E Bayberry Ln** | go 469 ft<br>total 469 ft |
|---|---|---|
| ↱ | 2. Turn right onto **E Bayberry Ln** | go 0.1 mi<br>total 0.2 mi |
| ↰ | 3. Turn left onto **Rock Island Road**<br>About 1 min | go 0.1 mi<br>total 0.3 mi |
| ↰ | 4. Take the 1st left onto **W Commercial Blvd**<br>About 9 mins | go 4.2 mi<br>total 4.5 mi |
| | 5. Continue straight to stay on **W Commercial Blvd**<br>About 1 min | go 0.5 mi<br>total 5.0 mi |
| ↰ | 6. Turn left onto the **Florida 869 Toll S** ramp to **I-75/Miami**<br>Partial toll road<br>About 2 mins | go 0.5 mi<br>total 5.5 mi |
| (869) | 7. Merge onto **FL-869 S**<br>Partial toll road<br>About 6 mins | go 5.4 mi<br>total 10.9 mi |
| ↗ | 8. Take the **I-75 N** exit toward **Naples**<br>About 1 min | go 0.6 mi<br>total 11.5 mi |
| 595 | 9. Merge onto **I-595 W** | go 0.3 mi<br>total 11.8 mi |
| 75 | 10. Merge onto **I-75 N**<br>Partial toll road<br>About 3 hours 20 mins | go 210 mi<br>total 221 mi |
| 275 | 11. Take exit 228 to merge onto **I-275 N** toward **St Petersburg**<br>Partial toll road<br>About 43 mins | go 43.1 mi<br>total 265 mi |
| ↗ | 12. Take exit 44 toward **Downtown E/Downtown W** | go 476 ft<br>total 265 mi |
| ↱ | 13. Keep right at the fork, follow signs for **Tampa St** and merge onto **N Tampa St**<br>Destination will be on the left<br>About 4 mins | go 0.8 mi<br>total 265 mi |

(B) 211 N Tampa St, Tampa, FL 33602

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause
conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your
route.

Map data ©2012 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.

## Expense Report - Transmittal Report



ER0000029852120212

**Spender** Wayne B. Mason      **From** Mar 17, 2012 **To** Apr 15, 2012      **Reimbursement Amt** 7,048.04 USD

**Report name** HDR Trial

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 13 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

*Jennifer M. Arevalo*

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/17/12 | Group Meal | United St... | 36.34 USD | Jennifer M. Arevalo |
| 3/18/12 | Group Meal | United St... | 45.42 USD | Jennifer M. Arevalo |
| 4/8/12 | Individual Meal | United St... | 13.80 USD | Jennifer M. Arevalo |
| 4/10/12 | Airfare | United St... | 664.90 USD | Jennifer M. Arevalo |
| 4/11/12 | Group Meal | United St... | 3,415.00 USD | Jennifer M. Arevalo |
| 4/11/12 | Individual Meal | United St... | 21.89 USD | Jennifer M. Arevalo |
| 4/12/12 | Individual Meal | United St... | 22.90 USD | Jennifer M. Arevalo |
| 4/12/12 | Airfare | United St... | 35.00 USD | Jennifer M. Arevalo |
| 4/12/12 | Taxi, Trains, o... | United St... | 31.00 USD | Jennifer M. Arevalo |
| 4/13/12 | Lodging | United St... | 2,517.55 USD | Jennifer M. Arevalo |
| 4/15/12 | Airfare | United St... | 70.00 USD | Jennifer M. Arevalo |
| 4/15/12 | Airfare | United St... | 70.00 USD | Jennifer M. Arevalo |
| 4/15/12 | Taxi, Trains, o... | United St... | 104.24 USD | Jennifer M. Arevalo |

## Receipt 1

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

**AADVANTAGE UPGRADE PURCHASE 2**

**AmericanAirlines** oneworld

PASSENGER RECEIPT 01 OF 01

ISSUED BY ISS. AGENT ID. 12APR2012    10103100    ISSI    ISO
DATE OF ISSUE    ISSUING OFFICE CODE    PLACE OF ISSUE

NAME OF PASSENGER (NOT TRANSFERABLE)    TPA 42Z    FARE BASIS    /TAMPA    FCI

MASON/WAYNE

AADV M610686    PLATINUM    EXPIRATION DATE 13APR2013
CARR.  FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE  NOT VALID AFTER
X/O  TO  REVALIDATION

ENDORSEMENTS/RESTRICTIONS    ** AADV UPGRADE DEPOSITED **
01    PURCHASED-TOP TIER    UPGRADE
ORIGINAL ISSUE    ISSUED IN EXCHANGE FOR

FARE CALCULATION

FARE
USD    32.56
TAX/FEE/CHARGE
IS    2.44
TAX/FEE/CHARGE    NA
TAX/FEE/CHARGE    NA
TOTAL
USD    35.00

EQUIV. FARE PAID    FORM OF PAYMENT
FP IKXXXXXXXXXXX5580 052346
PCS  CK. WT.  UNCK. WT.    SEQ. NO.  ALLOW  PCS.  CK. WT.  UNCK. WT.
***************
STOCK CONTROL NUMBER TX    COUPON  AIRLINE  FORM SERIAL NO.  CK
00116767688302    0 001 0752915892 5

**AmericanAirlines**

*********************
NAME OF PASSENGER
NOT VALID
FOR TRANSPORTATION
*********************
NON-REFUNDABLE *
*********************
* * * * * * * * *
CARRIER  FLIGHT  CLASS  DATE  TIME
*********************
REVALIDATION
NOT VALID
FOR TRANSPORTATION
*********************
ADDITIONAL SEAT INFORMATION * * * * *
*********************
BAGGAGE ID NR.  SEQ. NO.  PCS. CK. WT.  UNCK. WT.
NOT VALID FOR TRAVEL
COUPON  AIRLINE  FORM SERIAL NO.  CK
0 001 0752915892 5

---

## Receipt 2

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

**AADVANTAGE UPGRADE PURCHASE 2**

**AmericanAirlines** oneworld

PASSENGER RECEIPT 01 OF 01

ISSUED BY ISS. AGENT ID. 15APR2012    44103102    ISSI    ISO
DATE OF ISSUE    ISSUING OFFICE CODE    PLACE OF ISSUE

NAME OF PASSENGER (NOT TRANSFERABLE)    BNA 44K    FARE BASIS    /NASHVILLE    FCI
6
MASON/WAYNE

AADV M610686    PLATINUM    EXPIRATION DATE 16APR2013
CARR.  FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE  NOT VALID AFTER
X/O  TO  REVALIDATION

ENDORSEMENTS/RESTRICTIONS    ** AADV UPGRADE DEPOSITED **
02    PURCHASED-TOP TIER    UPGRADES
ORIGINAL ISSUE    ISSUED IN EXCHANGE FOR

FARE CALCULATION

FARE
USD    65.12
TAX/FEE/CHARGE
US    4.88
TAX/FEE/CHARGE    NA
TAX/FEE/CHARGE    NA
TOTAL
USD    70.00

EQUIV. FARE PAID    FORM OF PAYMENT
FP IKXXXXXXXXXXX5580 024569
PCS  CK. WT.  UNCK. WT.    SEQ. NO.  ALLOW  PCS.  CK. WT.  UNCK. WT.
***************
STOCK CONTROL NUMBER TX    COUPON  AIRLINE  FORM SERIAL NO.  CK
00116751494126    0 001 0752920827 5

**AmericanAirlines**

*********************
NAME OF PASSENGER
NOT VALID
FOR TRANSPORTATION
*********************
NON-REFUNDABLE *
*********************
* * * * * * * * *
CARRIER  FLIGHT  CLASS  DATE  TIME
*********************
REVALIDATION
NOT VALID
FOR TRANSPORTATION
*********************
ADDITIONAL SEAT INFORMATION * * * * *
*********************
NOT VALID FOR TRAVEL
COUPON  AIRLINE  FORM SERIAL NO.  CK
0 001 0752920827 5

---

## Receipt 3

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

**AADVANTAGE UPGRADE PURCHASE 5**

**AmericanAirlines** oneworld

PASSENGER RECEIPT 01 OF 01

ISS. AGENT ID. 08APR2012    45105104    ISSUING OFFICE CODE
DATE OF ISSUE    PLACE OF ISSUE

DFW DIN    FARE BASIS    /DALLAS FT WORTH    FCI

MASON/WAYNE

AADV M610686    PLATINUM    EXPIRATION DATE 09APR2013
CARR.  FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE  NOT VALID AFTER

ENDORSEMENTS/RESTRICTIONS    ** AADV UPGRADE DEPOSITED **
02    PURCHASED-TOP TIER    UPGRADES
ORIGINAL ISSUE    ISSUED IN EXCHANGE FOR

FARE CALCULATION

FARE
USD    65.12
TAX/FEE/CHARGE
4.88
TAX/FEE/CHARGE    NA
TAX/FEE/CHARGE    NA
TOTAL
USD    70.00

EQUIV. FARE PAID    FORM OF PAYMENT
FP IKXXXXXXXXXXX5580 080161
PCS  CK. WT.  UNCK. WT.    SEQ. NO.  ALLOW  PCS.  CK. WT.  UNCK. WT.
***************
STOCK CONTROL NUMBER TX    COUPON  AIRLINE  FORM SERIAL NO.  CK
00116779885802    0 001 0752908026 0

**AmericanAirlines**

*********************
NAME OF PASSENGER
NOT VALID
FOR TRANSPORTATION
*********************
NON-REFUNDABLE *
*********************
CARRIER  FLIGHT  CLASS  DATE
* * * * * * * * *
*********************
REVALIDATION
GATE    NOT VALID    SMOKE
FOR TRANSPORTATION
*********************
ADDITIONAL SEAT INFORMATION
*********************
NOT VALID FOR TRAVEL
COUPON  AIRLINE  FORM SERIAL NO.  CK
0 001 0752908026 0

**0036**

Server: KURT S          Rec: 61
04/11/12 19:50, Swiped   T: 203 Term: 6

BERN'S STEAKHOUSE
1208 SOUTH HOWARD AVE.
TAMPA, FL 33606
(813)251-2421
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
MASTER CARD    XXXXXXXXXXXX5580
Name: WAYNE B MASON
OO TRANSACTION APPROVED
AUTHORIZATION #: 003110
Reference: 0411101000036
TRANS TYPE: Credit Card SALE

CHECK:          3115.00

TIP:            300.

TOTAL:        3415.

X _____

**\*\*\*Duplicate Copy\*\*\***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

Deducted $2,149.40

---

# BERN'S STEAKHOUSE

1208 S. HOWARD AVE.
TAMPA, FL 33606
**813-251-2421**

**0036b**   TABLE # 203   #Party **14**
KURT S     SvrCk: 1   5:45p 04/11/12

| | |
|---|---|
| CONNOLLY | 0.00 |
| RESERVATION HWR | 0.00 |
| Misc Personal Charge | |
| | 9.00 |
| | 4.00 |
| | 9.00 |
| | 9.50 |
| | 9.50 |
| CHAR-GRL SHRIMP | 15.95 |
| CHAR-GRL SHRIMP | 15.95 |
| CHAR-GRL SHRIMP | 15.95 |
| LUMP CRAB CAKES | 17.95 |
| LUMP CRAB CAKES | 17.95 |
| LUMP CRAB CAKES | 17.95 |
| TUNA TARTARE | 13.95 |
| CHEESE/WINE | 0.00 |
| FILET MIGNON 8 OZ, *mr - medium, | |
| garl butter*** | 36.30 |
| STRIP SIRLOIN 12OZ, *medium, | |
| garl butter*** | 45.92 |
| STRIP SIRLOIN 12OZ, *medium, | |
| garl butter*** | 45.92 |
| FILET MIGNON 8 OZ, *medium, | |
| garl butter*** | 36.30 |
| T-BONE 19OZ, *med rare, | |
| garl butter*** | 59.56 |
| FILET MIGNON 8 OZ, *medium, | |
| garl butter*** | 36.30 |
| DELMONICO 12OZ, *med rare, | |
| garl butter*** | 45.94 |
| FILET MIGNON 12 OZ, *med - mw, | |
| garl butter*** | 46.50 |
| FILET MIGNON 10 OZ, *medium | 41.40 |
| CHATEAUBRIAND 11 OZ, *med rare, | |
| garl butter*** | 43.90 |
| FILET MIGNON 10 OZ, | |
| *rare-med rare, garl butter*** | 41.40 |
| FILET MIGNON 10 OZ, *mr - medium, | |
| garl butter*** | 41.40 |

**0036**

Server: KURT S                     Rec: 61
04/11/12 19:50, Swiped    T: 203 Term:  6

BERN'S STEAKHOUSE
1208 SOUTH HOWARD AVE.
TAMPA, FL 33606
(813)251-2421
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX5580
Name: WAYNE B MASON
00 TRANSACTION APPROVED
AUTHORIZATION #: 003110
Reference: 0411010000036
TRANS TYPE: Credit Card SALE

CHECK:              3115.00

TIP:                 300

TOTAL:              3415.

X _____

**\*\*\*Duplicate Copy\*\*\***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

---

# BERN'S STEAKHOUSE

1208 S. HOWARD AVE.
TAMPA, FL  33606
**813-251-2421**

**0036b**   TABLE # 203  #Party **14**
KURT S     SvrCk:  1  5:45p 04/11/12

| FILET MIGNON 6 OZ, *med - mw. | |
| garl butter*** | 31.20 |
| BAKED POTATO W/ENTREE | 0.00 |
| GARL CHIVE MASHED POTATO | 5.95 |
| BAKED POTATO W/ENTREE | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| BAKED POTATO W/ENTREE | 0.00 |
| HAWAIIAN SWEET POTATO | 9.95 |
| HAWAIIAN SWEET POTATO | 9.95 |
| STEAK HOUSE CRM SPINACH | 8.95 |
| STEAK HOUSE CRM SPINACH | 8.95 |
| GRL ASPARAGUS, *grilled | 8.95 |
| STEAK HOUSE MUSHROOMS | 7.95 |
| STEAK HOUSE MUSHROOMS | 7.95 |
| ADD BEARNAISE | .25 |
| ADD GREEN PEPPERCORN | 1.25 |
| ADD PINOT NOIR REDUCTION | 4.25 |
| <span style="color:red">Misc Personal Charge</span> | 8.70 |
| | 8.70 |
| | 250.00 |
| | 616.00 |
| | 599.20 |
| | 345.00 |

Sub Total: 2617.64
SERV CHRG 12%:  314.12
Tax:  183.24
Sub Total: 3115.00
04/11  7:49pTOTAL:  3115.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THANK YOU!

TGI FRIDAY'S #0807
DFW AIRPORT GATE C30

Date:            Apr08'12 07:14AM
Card Type:       MASTERCARD
Acct #:          XXXXXXXXXXXX5580
Card Entry:      SWIPED
Trans Type:      PURCHASE
Trans Key:       FIF000653302893
Auth Code:       035455
Check:           6415
Table:           43/1
Server:          70 NICHOLAS

Subtotal:        10.80

TIP          $ _____3____

TOTAL        $ _13.80___

YOUR COPY
Thank you, enjoy your flight!

---

TGI FRIDAY'S #0807
DFW AIRPORT GATE C30



70 NICHOLAS
-----------------------------------
Tbl 43/1        Chk 6415        Gst 1
          Apr08'12 06.55AM
-----------------------------------
1 WATER                          0.00
1 COFFEE                         2.99
1 BRKFST TACO NO HSHBRWN         6.99

************* *****************

Want your Stripes? Write down
your Give Me More Stripes
account # or phone # here:

-----------------------------------

********************************
Food                             9.98
Tax                              0.82
07:13AM Amt. Due               10.80

WE APPRECIATE YOU CHOOSING
T.G.I. FRIDAYS AND WELCOME YOUR
COMMENTS AND SUGGESTIONS.
PLEASE CONTACT US THROUGH OUR
WEBSITE AT WWW.TGIFRIDAYS.COM
OR GIVE US A CALL AT
1-800-FRIDAYS OPTION 1

5528 3200 3864 5580

5528 3200 38645580

CAB
TAMPA, FL

SIGN HERE
X

The Issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY/CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

EXPIRATION
☐ DATE
CHECKED

SALES SLIP COPY

| DATE | AUTHORIZATION | SUB TOTAL | |
|---|---|---|---|
| REFERENCE NO. | | SERVER | TAX |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | TIP |
| | | | MISC. |

5292650

TOTAL

RETAIN THIS COPY FOR YOUR RECORDS

---

HMSHOST
F CHILIS
TAMPA INTERNATIONAL AIRPORT
CHECK:      2438
TABLE:      180/1
SERVER:    172806 Luis
DATE:       APR12'12  8:10AM
CARD TYPE: MASTERCARD
ACCT #:    XXXXXXXXXXX5580
AUTH CODE: 007821
          WAYNE B MASON

TOTAL:          18.90

TIP: _____

TOTAL: _____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT

---

HMSHOST
F CHILIS
TAMPA INTERNATIONAL AIRPORT

172806 Luis
-----------------------------------
180/1                    GST 1
          2438
     APR12'12  7:52AM
-----------------------------------
  DINE IN

     **** SEAT 1 ****
 1 COFFEE BAR          2.99
   FIRST RND HOTBEV
 1 BKFT TACOS MT       10.68
   BACON
     86 POTATO
     SEE SERVER
     BACON INSIDE TACOS
     SEE SERVER
 1 RTE FRUIT CUP        3.99
TAX   1.24  AMOUNT D 18.90
  *******  *******

   SUBTOTAL            17.66
   TAX                  1.24
   AMOUNT DUE      $18.90

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

      TIM JUUL
    813-396-3983
 TIM.JUUL@HMSHOST.COM

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

1020 erika

Check: 1332                          Guests: 2
Table: 20-1
          03/18/2012 01:10PM

              DINE IN
2   ICED TEA                    4.00
1   MEZZA COMBO PLATE          10.00
2   HERB RST LAMB              21.90

    FOOD                       31.90
    NON ALCOHOLIC               4.00
    SUBTOTALS                  35.90
    INCLUSIVE TAX               0.00
    TABLE                       2.52
  TOTAL DUE               $38.42

          Thank you

---

THAT'S AMORE
700 HARBOUR POST DRIVE
TAMPA, FL 33602
(813) 817-2225

           Sale
Merchant ID: 542929804174324
Term ID: LK821065

03/20/12                    19:57:43
Batch #:0045        Inv #: 000007
Server ID: 1

MASTERCARD      Entry Method: S
XXXXXXXXXXXXX5580

Seq.#: 0007    Appr    040128
Amount:       $    192.33
Tip:                    38—
Total:           230.33

       APPROVED

    Customer Copy
     THANK YOU!

---

TACO BUS DOWNTOWN
505 E FRANKLIN ST
TAMPA, FL 33602

04/11/2012                  11:59:08
Merchant ID:    000000002195740
Terminal ID:         03266084
276207658887

        CREDIT CARD
         MC SALE

CARD #          XXXXXXXXXXXX5580
INVOICE                    0026
Batch #:                 000086
Approval Code:           072810
Entry Method:            Swiped
Mode:                    Online

PRE-TIP AMT             $21.89

TIP

TOTAL AMOUNT

        CUSTOMER COPY

---

PANINOTECA
519 FRANKLIN STREET
TAMPA, FL 33602

Date:        03/18/2012 01:42PM
Card Type:   MASTER CARD
Acct Num:    ************5580
Exp Date:    **/**
Customer:    MASON/WAYNE B
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   090165
Check:       1332
Table:       20-1
Server:      1020 erika

Amount:          $38.42

   TIP:              7—
                   45.42
   TOTAL:

SIGNATURE:

    I agree to pay above total
according to my card issuer agreement

   *** Customer Copy ***

---

TACO BUS DOWNTOWN
505 E FRANKLIN ST
TAMPA, FL 33602

03/17/2012                  12:49:44
Merchant ID:    000000002195740
Terminal ID:         03266085
276207658887

        CREDIT CARD
         MC SALE

CARD #          XXXXXXXXXXXX5580
INVOICE                    0033
Batch #:                 000107
Approval Code:           083508
Entry Method:            Swiped
Mode:                    Online

PRE-TIP AMT             $36.34

TIP

TOTAL AMOUNT

        CUSTOMER COPY

# GUEST CHECK

| Server | Table No. | No. Guests | Date | |
|--------|-----------|------------|------|--|
| Ues | P1 | | | **0423195** |

| 1 | | |
|---|---|---|
| 2 | Bruschetta | 7.95 |
| 3 | Mussels | 11.95 |
| 4 | | |
| 5 | Pasta Med | 24.95 |
| 6 | red sauce | |
| 7 | | |
| 8 | Pollo Frances | 23.95 |
| 9 | side of pesto pasta | |
| 10 | | |
| 11 | Veal Marsala | 23.95 |
| 12 | side penne and | |
| 13 | garlic & olive oil | |
| 14 | | |
| 15 | | |
| 16 | Coffee    Tea    Milk | |

| **THANK YOU** | FOOD | 92.75 |
|---------------|------|-------|
| | BEVERAGE | 87.00 |
| | SUB TOTAL | 179.75 |
| | TAX | 12.58 |
| | TOTAL | 192.33 |

## GUEST RECEIPT          0423195

Date _____   Amount _____

6351111HE

## Premier Transportation

1341 W. Mockingbird Lane, Suite 201W

Dallas, TX 75247

**Phone:** 214-351-7000

**Fax:** 214-351-7020

# Transportation Receipt

**Client:**

**Sedgwick LLP**
**Lavella Garner**

, TX 0

| Description |
|---|

| TripID : | 444494 | **Vehicle Type :** | Sedan |
|---|---|---|---|

**Dept. # :**   **GroupName:**

**Placed by :**   Lavella Garner

**Passenger :**   Wayne B. Mason  m: (214)707-8235
Donna Mason  m: (214)675-7900

| **Pick Up Date :** | 04-15-12 | **Drop Off Date :** | 04-15-12 |
|---|---|---|---|
| **Pick Up Time :** | 12:30 PM | **Drop Off Time :** | 1:30 PM |

**Routing Information :**

Pickup At :   DFW International Airport AA1209,  #

Dropoff At :   Mason Residence 8722 Sanshire Ave # Dallas TX  75231

Name :  Wayne Mason (PERSONAL)

Payment Type :   **American Express**

Card #:   XXXXXXXXXXX2004

Expires :   8/2014

PO # :

| | | |
|---|---|---|
| **Trip Charges** | | $ 67.75 |
| **Additional Charges** | | |
| Airport Tolls | | $6.00 |
| Administrative Fee | | $8.13 |
| Fuel Surcharge 13 | | $8.81 |
| **Standard Gratuity:** | 20.00   % | $ 13.55 |
| **Special Gratuity** | | $ 0.00 |
| **Tax:** | 0.00   % | $ 0.00 |
| **Total** | | $ 104.24 |

**\*\*\*2011 NATIONAL OPERATOR OF THE YEAR\*\*\***

American Airlines - home
page

**Thank you for making your reservation on AA.com!**

Please Note: This is not your receipt. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

| | |
|---|---|
| **Multiple Destinations**<br>1 Adult<br>**Thursday** April 12, 2012 – **Sunday** April 15, 2012 | **Your Trip Cost:**<br>**$664.90** USD |

| Record Locator | Reservation Name |
|---|---|
| **HQTTHQ**<br>Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **TPA/MIA**<br>Status: **Purchased** on Apr 10, 2012 |

## Flight Information

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| | | | Average Fare | $637.00 |
| | | | **Average Fare** | |
| **AMERICAN AIRLINES** | **Tampa (TPA)** | **Miami (MIA)** | Adult | $637.00 |
| **1834** | April 12, 2012 09:05 AM | April 12, 2012 10:05 AM | **AAdvantage® Benefits** | |
| | | | Preferred Seats | $0.00 |
| | Travel Time : 1 h 0 m | Booking Code : X | PriorityAAccess℠ | $0.00 |
| | Cabin Class : First | Plane Type : 738 | Same-Day Standby | $0.00 |
| | Seat : 6E | | **Taxes & Fees** | |
| | | | Adult | $27.90 |
| **AMERICAN AIRLINES** | **Miami (MIA)** | **Nashville (BNA)** | | |
| **3529** | April 12, 2012 11:05 AM | April 12, 2012 12:25 PM | | |
| | | | **Flight Subtotal** | |
| Operated by American Eagle | Travel Time : 2 h 20 m | Booking Code : L | | |
| | Cabin Class : Economy | Plane Type : ER4 | | **$664.90** |
| | Seat : 4B | | | |

| Flight | Depart | Arrive |
|---|---|---|
| **AMERICAN AIRLINES** | **Nashville (BNA)** | **Dallas/ Fort Worth (DFW)** |
| **1209** | April 15, 2012 06:35 AM | April 15, 2012 08:40 AM |
| | Travel Time : 2 h 5 m | Booking Code : L |
| | Cabin Class : Economy | Plane Type : S80 |
| | Seat : 14B | |

### Your Notifications

Get flight updates for all your flights in one quick setup. As An AAdvantage member, you can automatically receive updated flight notifications every time you fly via text, phone, or email - it's your choice. Change your Preferences today.

Create Preferences

### Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

**WAYNE MASON**          No Further information required to travel

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided. | Secure Flight Information | Frequent Flyer Number<br>Trip Contact Number |

| Summary | Required | Optional |
|---------|----------|----------|
| Online check-in will be available 24 hours prior to your departure. | | |

## Upgrade Reservation

*Upgrades are not offered on certain American Eagle flights, American Connection, oneworld partners or other airline carriers.

| Flight | Flight Details | | Upgrade Required | Request Upgrade? |
|--------|---------------|---|------------------|------------------|
| #1834 | Depart: **Tampa** (TPA)<br>Arrive: **Miami** (MIA) | | 500 Mile Upgrades:<br>1 (per person) | Confirmed |
| #3529 | Depart: **Miami** (MIA)<br>Arrive: **Nashville** (BNA) | | Not Offered* | N/A |
| #1209 | Depart: **Nashville** (BNA)<br>Arrive: **Dallas/ Fort Worth** (DFW) | | 500 Mile Upgrades:<br>2 (per person) | Requested |

View Upgrade Rules

## Trip Insurance

**Insurance Offer Declined**                                                    **Allianz** (ⅉ)

**It's not too late!** Trip Insurance from Allianz Global Assistance helps protect against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting you or your family members. To purchase trip insurance or to learn more, visit www.aa.com/tripinsurance or call Allianz Global Assistance directly at 1-800-628-5404.

Miami City Information
Travel Help And Resources

[+]
FEEDBAC

# New Sale Invoice


THOMSON REUTERS

Thomson West
P.O. Box 64779
St.Paul, MN 55164-0779

| BILLING ACCOUNT# | 1000805681 |
| NEW SALE INVOICE# | 6078954244 |
| ORDER# | 7134156 |
| INVOICE DATE | 04/13/2012 |
| PAYMENT DUE DATE | 05/13/2012 |
| AMOUNT DUE IN USD | 310.43 |

CUSTOMER SERVICE: 1/800-328-4880
For payment instructions and contact information see reverse

01          PAGE 1 OF   1

| SALES REPRESENTATIVE | | ORDER DATE 04/05/2012 | SHIP DATE 04/13/2012 | PURCHASE ORDER# 354248 | | DELIVERY # |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD | |
| 40437594 | WCX TIER 2 STATE TRIAL COURT FEE | 1 | 129.00 | | 129.00 S | |
| | Leon County 2th Judicial Circuit Court, | | | | | |
| | Florida, Case #: 3720 08 CA 0016, Case Name: | | | | | |
| | Pavee Construction vs Ardaman and Associates | | | | | |
| 40437611 | WCX STATE COPY FEE | 77 | 1.25 | 8.18 | 104.43 S | |
| | Obtained copies of the requested complaint. | | | | | |
| 40437627 | WCX FAX DELIVERY CHARGE | 77 | 1.00 | | 77.00 S | |
| | 04/06/2012: Faxed requested complaint from the | | | | | |
| | Court. Scanned and emailed a total of 77 pages | | | | | |
| | to the client. | | | | | |

PAID P CARD
MAY 0 4 2012
354248
JORGE MOLINA

Requestor: Mark Newman     Ref Num: 10711-000001

OK TO PAY
DATE
G/L APPROV
BY 24/JORGE NEWMAN

7/23/12
Client Charge

*AP1405485*

THANK YOU

| TOTAL IN USD | 310.43 |
|---|---|

---

## RETURN BOTTOM PORTION WITH PAYMENT

NEW SALE INVOICE#     6078954244
BILLING ACCOUNT#      1000805681
VENDOR#               41-1426973
VAT REG#              EU826006554
AMOUNT DUE IN USD     310.43
AMOUNT ENCLOSED IN USD _____

REC'D SF ACCTG

APR 2 4 2012

B. LI YEE BAK

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SEDGWICK LLP
LIBRARY
333 BUSH ST FL 30
SAN FRANCISCO CA  94104-2834

6078954244 00000000000000000000 20120413 ZINV 000031043 0010 1000805681 2

# New Sale Invoice

 **THOMSON REUTERS**

Thomson West
P.O. Box 64779
St.Paul, MN 55164-0779

| BILLING ACCOUNT# | 1000805681 |
|---|---|
| NEW SALE INVOICE# | 6078954245 |
| ORDER# | 7134411 |
| INVOICE DATE | 04/13/2012 |
| PAYMENT DUE DATE | 05/13/2012 |
| AMOUNT DUE IN USD | 237.39 |

CUSTOMER SERVICE: 1/800-328-4880
For payment instructions and contact information see reverse

01          PAGE 1 OF   1

| SALES REPRESENTATIVE | | ORDER DATE 04/05/2012 | SHIP DATE 04/13/2012 | PURCHASE ORDER# 354247 | DELIVERY # |
|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 40437594 | WCX TIER 2 STATE TRIAL COURT FEE<br>Orange County 9th Judicial Circuit Court,<br>Florida, Case #: 48-2007-CA-014173, Pacific<br>International Marketing vs Ardaman and Assoc. | 1 | 129.00 | | 129.00 S |
| 40437611 | WCX STATE COPY FEE<br>Obtained copies of the requested complaint. | 46 | 1.25 | 4.89 | 62.39 S |
| 40437627 | WCX FAX DELIVERY CHARGE<br>04/09/2012: Faxed requested complaint from the<br>Court. Scanned and emailed a total of 46 pages<br>to the client. | 46 | 1.00 | | 46.00 S |

354247
Requestor: Mark Newman Ref Num: 10711-000001

PAID P CARD
MAY 0 4 2012
JORGE MOLINA

OK TO PAY
DATE 4/23/12
G/L ACCOUNT Client Charge
BY 2409 MARK NEWMAN

*A P 1 4 0 5 4 8 8 *

THANK YOU

| | TOTAL IN USD | 237.39 |
|---|---|---|

RETURN BOTTOM PORTION WITH PAYMENT

REC'D SF ACCTG
APR 2 4 2012
B. LI YEE BAK

| NEW SALE INVOICE# | 6078954245 |
|---|---|
| BILLING ACCOUNT# | 1000805681 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 237.39 |
| AMOUNT ENCLOSED IN USD | |

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SEDGWICK LLP
LIBRARY
333 BUSH ST FL 30
SAN FRANCISCO CA  94104-2834

## Expense Report - Transmittal Report



ER00000035062120157

**Spender** David C. Kent          **From** Apr 6, 2012   **To** Apr 11, 2012          Reimbursement Amt 28.00 USD

**Report name** Supplemental Expenses - e-Tolls

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/6/12 | Parking or Tolls | United St... | 28.00  USD | Jennifer M. Arevalo |