

# e-Toll Receipt



Below please find a summarized receipt of toll activity from your recent rental.

**Bill Number:** T012580107
**Total Cash Tolls:** $13.25
**eToll Convenience Fee:** $14.75
*$2.95 per rental day, max $14.75 per rental month*
**Total Charges: $28.00**

**Rental Agent:** Budget
**Rental Agreement Number:** U450767656
**Customer Name:** KENT, DAVID
**Payment Type:** *********1572 AMERICAN EXPRESS

**Rental Check-Out:** 4/6/2012 2:00:00 PM (TAMPA, FL)
**Rental Check-In:** 4/12/2012 2:04:00 PM (TAMPA, FL)

## Toll Information

| Toll DateTime | Transportation Agent | Entry Plaza | Exit Plaza | Vehicle Class | Cash-Fee |
|---|---|---|---|---|---|
| 4/11/2012 9:27:55 AM | Florida Department of Transportation | -- | TAMPA CROSSTOWN EXPWY WEST1 | 02 | $1.25 |
| 4/7/2012 10:39:45 PM | Florida Department of Transportation | -- | ANDERSON RD | 02 | $1.00 |
| 4/7/2012 10:34:44 PM | Florida Department of Transportation | -- | SUGARWOOD | 02 | $0.75 |
| 4/7/2012 10:23:12 PM | Florida Department of Transportation | -- | SOUTHERN BARRIER (#1) | 02 | $1.00 |
| 4/7/2012 10:14:22 PM | Florida Department of Transportation | -- | SPRINGHILL CENTRAL MAINLINE | 02 | $1.00 |
| 4/7/2012 10:03:44 PM | Florida Department of Transportation | -- | CORTEZ BLVD (SR 50) | 02 | $0.25 |
| 4/7/2012 6:54:12 PM | Florida Department of Transportation | -- | CORTEZ BLVD (SR 50) | 02 | $0.25 |
| 4/7/2012 6:38:22 PM | Florida Department of Transportation | -- | SUNCOAST OAK HAMMOCK | 02 | $1.00 |
| 4/7/2012 2:46:02 PM | Florida Department of Transportation | -- | SUNCOAST OAK HAMMOCK | 02 | $1.00 |
| 4/7/2012 2:28:37 PM | Florida Department of Transportation | -- | SPRINGHILL CENTRAL MAINLINE | 02 | $1.00 |
| 4/7/2012 2:19:59 PM | Florida Department of Transportation | -- | SOUTHERN BARRIER (#1) | 02 | $1.00 |
| 4/7/2012 2:08:43 PM | Florida Department of Transportation | -- | SUGARWOOD | 02 | $0.75 |
| 4/7/2012 2:03:38 PM | Florida Department of Transportation | -- | ANDERSON RD | 02 | $1.00 |
| 4/7/2012 1:43:15 PM | Florida Department of Transportation | -- | TAMPA CROSSTOWN EXPWY WEST1 | 02 | $1.25 |

| 4/6/2012 2:27:24 PM | Florida Department of Transportation | -- | PLANT AVE OFF RAMP | 02 | $0.75 |

*Unfortunately, there maybe a delay on tolls being posted to your receipt, due to a delay of the Transportation Agencies consolidating and posting tolls in a timely manner. In the event additional tolls are forwarded to us we will process them and forward an additional e-receipt to you as soon as possible.*

*If you have any questions regarding toll activity that is listed on the receipt please contact us at 1-866-642-2000.*

Supplemental
expense report
on HDR
$28⁰⁰



**Picked up:** Apr 10, 2012　　**Cust. Ref.:** return Ubry & Wexler　　**Ref.#2:**
**Payor:** Recipient　　**Ref.#3:**　　*$10.04*

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 793436672699 | Sunny Colon | Ms. Rosa Zarate | |
| Service Type | FedEx Standard Overnight | FML | Sedgwick | |
| Package Type | FedEx Pak | SMH- Medical Arts Building | 1717 Main Street, | |
| Zone | 06 | MIAMI FL 33143 US | DALLAS TX 75201 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 42.05 |
| Delivered | Apr 11, 2012 09:44 | Courier Pickup Charge | | 0.00 |
| Svc Area | A1 | Discount | | -23.97 |
| Signed by | C.KIRCHENBAUER | Fuel Surcharge | | 2.53 |
| FedEx Use | 000000000/0001371/_ | **Total Charge** | **USD** | **$20.61** |

| | | |
|---|---|---|
| **Recipient Subtotal** | **USD** | **$20.61** |
| **Total FedEx Express** | **USD** | **$555.71** |

## FedEx Ground Prepaid Detail (Original)

**Pickup Date:** Apr 09, 2012　　**Cust. Ref.:** 10711-00000)　　**P.O.#:**
**Payor:** Shipper　　**Dept.#:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Tracking ID | 067 139915001295 | **Sender** | **Recipient** | Transportation Charge | | 18.77 |
| Service Type | Ppd, Domestic | Gail Fountain | PAUL KELLEY | NDOC P/U- Auto Comm | | 3.00 |
| Zone | 06 | SEDGWICK,DETERT,MORAN & ARNDL | SIMPSON GUMPERTZ & HEGER | Fuel Surcharge | | 1.74 |
| Packages | 1 | 1717 Main Street #5400 | 41 SEYON ST | **Total Charge** | **USD** | **$23.51** |
| Actual Weight | 25.3 lbs | Dallas TX 75201 | STE 500 | | | |
| Rated Weight | 26 lbs | | WALTHAM MA 02453-834625 | | | |
| Delivered | Apr 12, 2012 | | | | | |

| | | |
|---|---|---|
| **Prepaid Subtotal** | **USD** | **$23.51** |
| **Total FedEx Ground** | **USD** | **$23.51** |



Bruce R Gerhardt                                          February 10, 2010
Vice President, Sr. Counsel                              Invoice No. 948729
HDR, Inc.
8404 Indian Hills Dr.
Omaha, NE 68114


For Professional Services Through January 31, 2010:

Re:   Our File No.: 10711-000001/WBM
       Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 01/14/10 | W. Mason | 0.10 | Review e-mail from Vance Wittie regarding venue issue |
| 01/18/10 | W. Mason | 0.10 | Review e-mail from Bill Richmond regarding Florida comparative fault research |
| 01/19/10 | T.  Betanzos | 4.70 | Travel to Tampa for meetings with client representatives and local counsel beginning tomorrow, with review of voluminous case file material throughout travel |
| 01/19/10 | W. Mason | 5.80 | Review numerous documents and reports and map out strategy for case |
| 01/19/10 | W.  Mason | 4.80 | Travel to Tampa for meeting with client (reviewing documents on plane) |
| 01/20/10 | T. Betanzos | 12.60 | Full day of meetings with new client representatives, ▮▮▮▮▮▮▮▮▮▮ as well as meetings with local counsel Tim Woodward and Jim Hickman, all in connection with new engagement, case evaluation and initial discussion of trial strategy |
| 01/20/10 | W. Mason | 12.60 | Meetings with client witnesses and company employees and meeting with local counsel |
| 01/20/10 | W. Mason | 0.40 | Meeting with Todd Betanzos regarding strategy, discovery and experts |



HDR, Inc. February 10, 2010
Tampa Bay Water Authority v. HDR, Inc., et al Invoice No. 948729
10711-000001 Page 2

| 01/20/10 | W. Mason | 1.90 | Map out strategy of multiple issues we need to pursue to get case ready |
| 01/21/10 | T. Betanzos | 11.80 | Full day of meetings with HDR representatives ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and local counsel - all in connection with ongoing case evaluation and development of trial and settlement negotiation strategy |
| 01/21/10 | W. Mason | 14.30 | Attend meeting with public relations firm, local counsel and company witnesses; review documents and work on trial preparation |
| 01/22/10 | T. Betanzos | 3.00 | Meetings with Katie Duty to review project and case materials provided for continuing review, and begin review of 100s of documents provided |
| 01/22/10 | T. Betanzos | 4.60 | Return travel to Dallas following first week's meetings with client and local counsel, with review of voluminous case materials and initial outlining of defense strategy and action items throughout travel |
| 01/22/10 | W. Mason | 7.70 | Meeting with client in HDR office and return to Dallas, reviewing various materials en route |
| 01/22/10 | W. Mason | 5.60 | Continue reviewing documents regarding RAI and drawings |
| 01/22/10 | C. Alm | 1.00 | Review key materials related to ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ for upcoming expert preparation |
| 01/22/10 | T. Rogers | 3.10 | Review key materials related to ▮▮▮▮▮ ▮▮▮▮▮ for upcoming expert preparation |
| 01/23/10 | T. Betanzos | 9.90 | Ongoing review & analysis of 100s of project and litigation documents provided by HDR in Tampa this week, in connection with continued evaluation of claims and defenses, and development of overall defense strategy |
| 01/23/10 | W. Mason | 10.40 | Continue reviewing hundreds of documents to get up to speed on case |
| 01/24/10 | T. Betanzos | 8.60 | Ongoing review & analysis of 100s of project |


|            |             |       | and litigation documents provided by HDR in Tampa this week, in connection with continued evaluation of claims and defenses, and development of overall defense strategy |
| 01/24/10   | W. Mason    | 9.60  | Continue reviewing documents to get up to speed on case |
| 01/25/10   | T. Betanzos | 4.70  | Begin review & analysis of key pleadings and discovery pleadings, provided by local counsel last week, in connection with ongoing assessment of case and development of defense strategy |
| 01/25/10   | T. Betanzos | 3.10  | Work on development and documentation of case chronology and defense storyline |
| 01/25/10   | W. Mason    | 10.70 | Travel to California for meeting with expert and client, continuing review of voluminous documents to get up to speed on file and for preparation of defense of case |
| 01/26/10   | T. Betanzos | 3.90  | Continued review & analysis of key pleadings and discovery pleadings, provided by local counsel last week, in connection with ongoing assessment of case and development of defense strategy |
| 01/26/10   | W. Mason    | 12.80 | Travel to meeting with expert in Irvine, California and continue working on reviewing documents; attend meetings with Tim Connelly; travel to Los Angeles for flight to Boston to meet with additional experts |
| 01/27/10   | T. Betanzos | 2.30  | Work on preparations for strategy and brainstorming meetings with trial consultants |
| 01/27/10   | T. Betanzos | 4.10  | Work on developing defense strategy component related to █████████████████████ |
| 01/27/10   | T. Betanzos | 0.10  | Work with Katie Duty on █████████████ |
| 01/27/10   | T. Betanzos | 1.10  | Work on jury research issues and prepare proposal for Tim Connelly |



| 01/27/10 | T. Betanzos | 1.50 | Conference calls with Ken Jones, Katie Duty, Kathy Gillman and IKON representatives regarding electronic document and case management issues |
| 01/27/10 | T. Betanzos | 1.80 | Work on logistical issues related to establishment of virtual case file on Xerdict for use by all counsel and company representatives |
| 01/27/10 | W. Mason | 14.40 | Travel to Boston to meet with experts and continue working on reviewing technical information and various reports and strategies for case and meeting with Tim Connelly regarding strategy |
| 01/27/10 | K. Jones | 0.50 | Consideration of issues and the implementation of processes to assist in the tracking and management of litigation documents and a litigation calendar, as discussed with Todd Betanzos |
| 01/28/10 | T. Betanzos | 5.30 | Work on analysis of ███████████ and related matters |
| 01/28/10 | W. Mason | 12.80 | Meeting with experts; meeting with client; begin reviewing detailed analysis with hundreds of slides and linked documents |
| 01/28/10 | C. Steinmann | 1.30 | Conference call and demonstration by Catalyst |
| 01/28/10 | C. Steinmann | 2.00 | Telephone calls with Kroll Ontrack, Equivalent,and Digital Discovery and review materials and information regarding programs and services in an effort to identify the appropriate way to obtain and manage the electronic information collected in the discovery process |
| 01/29/10 | T. Betanzos | 1.90 | Work on preparations for meetings next week with trial consultants and initial planning of focus group jury research |
| 01/29/10 | T. Betanzos | 3.70 | Work on research into possible new expert witnesses on ████████████████ ████████████████ |
| 01/29/10 | W. Mason | 12.90 | Return from Boston, working and strategy and |


|            |             |      | review of documents en route and continue reviewing documents; multiple correspondence to and from client regarding meeting in Colorado on Monday |
|------------|-------------|------|------|
| 01/29/10   | C. Steinmann | 3.00 | Conference call and demonstration by Relativity, Equivalent, and Needle finder in an effort to identify the best and most economical method to manage, collect, review, and produce discovery |
| 01/29/10   | T. Rogers   | 3.20 | Prepare necessary court forms and draft necessary documents for admissions Pro Hac Vice and lead counsel for Wayne Mason and for admission Pro Hac Vice for Todd Betanzos |
| 01/29/10   | K. Jones    | 2.50 | Consideration of issues and the implementation of processes to assist in the tracking and management of litigation documents and a litigation calendar, as discussed with Todd Betanzos |
| 01/30/10   | W. Mason    | 9.70 | Continue preparing for meetings with experts by reviewing documents and preparing division of responsibilities and review of articles regarding issues involved |
| 01/31/10   | W. Mason    | 7.70 | Continue reviewing documents and developing strategy; prepare for meeting with Steve Vick |

Total Hours            259.60
**Total Fee Amount       $101,966.00**

**Fee Summary:**

| Timekeeper    | Hours Worked | Billing Rate | Fee Amount    |
|---------------|--------------|--------------|---------------|
| T. Betanzos   | 88.70        | 325.00       | $28,827.50    |
| W. Mason      | 154.30       | 455.00       | 70,206.50     |
| C. Steinmann  | 6.30         | 225.00       | 1,417.50      |
| C. Alm        | 1.00         | 115.00       | 115.00        |
| T. Rogers     | 6.30         | 115.00       | 724.50        |
| K. Jones      | 3.00         | 225.00       | 675.00        |
| Total         | **259.60**   |              | **$101,966.00** |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

February 10, 2010
Invoice No. 948729
Page 6

**Disbursements:**

| | |
|---|---:|
| Telephone | 3.04 |
| Photocopy (34 @ $0.15) | 5.10 |

**Total Disbursements**     **$8.14**

**Total Due**     <u>**$101,974.14**</u>

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick, Detert, Moran & Arnold LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sdma.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick, Detert, Moran and Arnold LLP<br>CITIUS33<br>File Number & Invoice Number |



HDR, Inc.                                                      March 10, 2010
8404 Indian Hills Dr.                                  Invoice No. 952890
Omaha, NE 68114


For Professional Services Through February 28, 2010:

Re:   Our File No.: 10711-000001/WBM
        Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 02/01/10 | T. Betanzos | 3.10 | Work on coordination of electronic discovery harvesting, hosting by vendor, and review & analysis |
| 02/01/10 | T. Betanzos | 6.80 | Ongoing review & analysis of project records and notes from numerous meetings in connection with continuing development of defense strategy and themes |
| 02/01/10 | W. Mason | 12.80 | Continue case preparation by reviewing documents and mapping out discovery and media strategy |
| 02/01/10 | W. Mason | 0.20 | Receive and review update e-mail from Todd Betanzos and prepare reply |
| 02/01/10 | K. Meaders | 0.30 | Office conference with attorney Todd Betanzos regarding claims and potential electronic discovery issues |
| 02/02/10 | T. Betanzos | 3.30 | Prepare for and attend defense strategy meeting with Wayne Mason and other team members within Sedgwick |
| 02/02/10 | T. Betanzos | 7.40 | Review & analysis of project materials and litigation files in preparation for this week's meetings with experts, client witnesses and trial consultants Allan Campo & Stuart Simon, with travel to Tampa for meetings |
| 02/02/10 | W. Mason | 8.40 | Continue case preparation and study technical |



documents

| 02/02/10 | K. Meaders | 0.50 | Receipt and review of white paper on ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ |
| 02/02/10 | K. Meaders | 2.20 | Meeting with attorneys Wayne Mason, Todd Betanzos, and Cori Steinmann regarding briefing on case and electronic discovery |
| 02/02/10 | K. Meaders | 0.20 | Meeting with attorney Cori Steinmann regarding development of outline of protocol for ESI discovery |
| 02/02/10 | K. Meaders | 1.20 | Receipt and review of materials regarding claims, design, and expert reports of ▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 02/02/10 | C. Steinmann | 1.00 | Review memorandum regarding ▮▮▮▮ ▮▮▮▮▮▮▮ |
| 02/02/10 | C. Steinmann | 2.80 | Prepare memorandum regarding costs, process, and timing for collection of summation and electronic data |
| 02/02/10 | C. Steinmann | 2.10 | Strategy meeting regarding litigation plan and upcoming discovery action |
| 02/02/10 | T. Rogers | 2.00 | Attend team meeting regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 02/02/10 | T. Rogers | 0.40 | Revise and finalize Motions for Pro Hac Vice for Wayne Mason and Todd Betanzos |
| 02/02/10 | T. Rogers | 0.80 | Analyze plaintiff expert materials and additional case background materials |
| 02/03/10 | T. Betanzos | 9.50 | Finalize preparation for and participate in meetings with expert witnesses ▮▮▮▮ ▮▮▮▮▮ and HDR employee witnesses |
| 02/03/10 | T. Betanzos | 3.70 | Review & analysis of additional project materials received during today's meetings with experts |
| 02/03/10 | W. Mason | 13.90 | Travel to meeting in Tampa and attend meeting |



|  |  |  | with experts, client and defense counsel |
|---|---|---|---|
| 02/03/10 | K. Meaders | 0.50 | Work on parameters of document retention hold and ESI retained and stored by HDR |
| 02/03/10 | K. Meaders | 0.40 | Review documents concerning potential ESI |
| 02/04/10 | T. Betanzos | 11.30 | Meetings with Les Bromwell, Tim Connolly, Katie Duty and trial consultant Allan Campo |
| 02/04/10 | W. Mason | 11.80 | Meeting with Les Bromwell; strategy session with defense counsel and client; meeting with jury consultant to plan next day's meeting; review new documents received |
| 02/04/10 | W. Mason | 0.40 | Telephone conference with Paul Kelly regarding ████████████████ |
| 02/04/10 | W. Mason | 0.30 | Telephone conference with Steve Vick regarding ████████████████ |
| 02/04/10 | W. Mason | 0.20 | Prepare correspondence to client regarding ████████████ |
| 02/04/10 | K. Meaders | 1.20 | Work on DCC regarding establishment of protocol for collection of ESI |
| 02/04/10 | K. Meaders | 0.20 | Email correspondence to attorney Todd Betanzos regarding whether underlying discovery is outstanding for electronic information |
| 02/04/10 | K. Meaders | 0.60 | Work on issues regarding establishment of protocol for attorney-client privileges |
| 02/04/10 | K. Meaders | 0.40 | Work on contract language to secure privilege |
| 02/04/10 | K. Meaders | 0.50 | Telephone conference with attorney Todd Betanzos regarding chain of communications and location of documents |
| 02/04/10 | K. Meaders | 1.20 | Telephone conference with Document Collection Vendor regarding parameters of ESI, sources at HDR and began discussions on preparation for ESI harvesting |
| 02/04/10 | K. Meaders | 0.20 | Telephone conference with attorney Cori Steinmann regarding changes to protocol |
| 02/04/10 | C. Steinmann | 0.80 | Conference call with Kurt Meaders and HDR |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 4

| | | | regarding e-discovery retrieval |
|---|---|---|---|
| 02/05/10 | T. Betanzos | 9.60 | Finalize preparation for and participate in meeting with Tim Connolly, Katie Duty and Tim ███████████████████████ |
| 02/05/10 | W. Mason | 10.30 | Meeting with jury consultant to prepare for research and witness preparation |
| 02/05/10 | K. Meaders | 0.70 | Work on agreements with vendors; agreements with vendors to client contact |
| 02/05/10 | K. Meaders | 1.00 | Telephone conference with Kathy Duty, Roy Reid (HDR), Paul Ritter and Mark Hollman (DCC) on ESI protocol and data harvesting |
| 02/05/10 | K. Meaders | 0.50 | Work on questionnaire for ESI sources to use on custodian interviews |
| 02/05/10 | K. Meaders | 0.90 | Telephone conference with follow up with DCC on protocol on ███████████████████ |
| 02/06/10 | T. Betanzos | 4.20 | Return travel to Dallas following week's meetings in Tampa, with review & analysis of notes on ██████████████████ |
| 02/06/10 | W. Mason | 5.70 | Work on outline ███████████ and continue reviewing technical documents |
| 02/06/10 | K. Meaders | 0.30 | Work on Acknowledgement and consent to review ESI on employee computers |
| 02/06/10 | K. Meaders | 0.80 | Telephone conference with attorney Cori Steinmann regarding protocol and collection from servers and backup tapes, work on custodian list, review of same and analyze where to obtain documents |
| 02/06/10 | K. Meaders | 0.30 | Work on document ESI protocol |
| 02/06/10 | K. Meaders | 0.60 | Work on litigation hold spreadsheet and documentation |
| 02/06/10 | K. Meaders | 0.50 | Work on questionnaire for custodians |
| 02/06/10 | K. Meaders | 0.30 | Work on decision flow chart and litigation |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 5

| | | | |
|---|---|---|---|
| | | | question diagram on procedure to collect date |
| 02/08/10 | T. Betanzos | 1.60 | Work on ████████████████ |
| 02/08/10 | T. Betanzos | 1.60 | Work ████████████████ |
| 02/08/10 | T. Betanzos | 1.70 | Work with Katie Duty, Kurt Meaders & Cori Steinmann on e-data/discovery coordination issues |
| 02/08/10 | T. Betanzos | 4.30 | Continued review & analysis of project records and notes from numerous meetings in connection with ████████████████ |
| 02/08/10 | W. Mason | 4.70 | Continue reviewing documents from experts regarding ████████ |
| 02/08/10 | W. Mason | 0.20 | Review e-mail from Katie Dutie and responsive e-mail from Tim Woodward regarding ████████████████ |
| 02/08/10 | W. Mason | 0.10 | Review e-mail from Tim Woodward regarding pro hac admission and ████████ |
| 02/08/10 | W. Mason | 0.20 | Review e-mail from Tim Connolly regarding his conversation ████████████ |
| 02/08/10 | K. Meaders | 0.30 | Email from HDR regarding ████████████ |
| 02/08/10 | K. Meaders | 1.20 | Conference call with Digital Discovery Corporation regarding protocol and additional information necessary for harvesting |
| 02/08/10 | K. Meaders | 0.30 | Office conference regarding ████████████ |
| 02/08/10 | K. Meaders | 0.20 | Email to Paul Ritter regarding back up tapes |
| 02/08/10 | K. Meaders | 0.30 | Email Katie Duty regarding time and issues for interview |
| 02/08/10 | K. Meaders | 0.20 | Telephone conference with Paul Ritter regarding |


|          |              |        | Denver employee issues |
|----------|--------------|--------|------------------------|
| 02/08/10 | K. Meaders   | 0.40   | Work on asset discovery chart and assets |
| 02/08/10 | K. Meaders   | 0.30   | Contact custodians to set interviews and information |
| 02/08/10 | K. Meaders   | 0.40   | Email Katie Duty with questionnaire and personal asset questions |
| 02/08/10 | K. Meaders   | 0.80   | Revise protocol concerning HDR assets to harvest |
| 02/08/10 | K. Meaders   | 0.60   | Office conference with attorneys Betanzos and Steinmann regarding discovery of ESI issues |
| 02/08/10 | K. Meaders   | 0.30   | Work on Equivalent Data Agreement |
| 02/08/10 | K. Meaders   | 0.30   | Emails with Bruce Gerhardt regarding Digital discovery contracts |
| 02/08/10 | K. Meaders   | 0.20   | Emails with Digital Discovery regarding chain of custody forms |
| 02/08/10 | K. Meaders   | 0.70   | Work on protocol and additions concerning individual custodian potential assets |
| 02/08/10 | C. Steinmann | 1.50   | Revise service agreement and communicate with Kurt Meaders regarding the same |
| 02/08/10 | C. Steinmann | 0.50   | Conference call with HDR to discuss custodians and interview process |
| 02/08/10 | C. Steinmann | 4.50   | Draft and revise protocol for collection of e-data and employee questionnaire |
| 02/08/10 | K. Jones     | 4.00   | Development of Tampa Bay Water extranet for client and defense team |
| 02/09/10 | T. Betanzos  | 8.60   | Extensive preparation for this week's meetings with experts in Boston, including review & analysis of materials received from experts over last week, dinner meeting with expert Lee Wooten to preview his work, and travel to Boston in connection with same |
| 02/09/10 | W. Mason     | 14.20  | Travel to Boston for meeting with experts; continue reading documents; meet with Lee Wooton regarding modeling |



| 02/09/10 | K. Meaders | 0.40 | Receipt and review of email correspondence from Katie Duty regarding departure dates of employees and organize by dates fro determination of duties due to pre or post-suit departure |
|---|---|---|---|
| 02/09/10 | K. Meaders | 1.50 | Telephone interview with Ed Copeland regarding computer assets and files |
| 02/09/10 | K. Meaders | 0.30 | Office conference with attorney Cori Steinmann regarding ESI status and ██████ |
| 02/09/10 | K. Meaders | 0.20 | Email correspondence to attorney Todd Betanzos ██████ |
| 02/09/10 | K. Meaders | 0.80 | Telephone conference with Paul Ritter, DCC, and Stephen Lumry, HDR, regarding ██████ |
| 02/09/10 | K. Meaders | 0.20 | Email correspondence to Wayne Mason regarding scheduling and manpower for ESI Harvesting-Tampa |
| 02/09/10 | K. Meaders | 0.50 | Revise questionnaire to incorporate knowledge gained from interview and employee list |
| 02/09/10 | K. Meaders | 0.30 | Revise protocol with information on departed employees |
| 02/09/10 | K. Meaders | 0.30 | Revise Acknowledgement with information on HDR policy on date from handbook |
| 02/09/10 | K. Meaders | 0.20 | Receipt and review of email correspondence from Katie Duty ██████ |
| 02/09/10 | K. Meaders | 0.50 | Follow up emails to DCC, Paul Ritter and Mark Hellman regarding protocol changes and assets for information leaned from interviews and employee list |
| 02/09/10 | K. Meaders | 0.50 | Work on To Do List for ESI to complete before meeting in Tampa, FL scheduled for Tuesday, February 16, 2010 |



| 02/09/10 | K. Meaders | 0.30 | Work on document issues with Omaha server |
| 02/09/10 | K. Meaders | 0.20 | Email correspondence to Katie Duty regarding questions on former employees |
| 02/09/10 | C. Steinmann | 0.60 | Review and respond to e-mails from HDR regarding data collection |
| 02/09/10 | C. Steinmann | 0.30 | Telephone conference with Digital Discovery regarding e-data collection |
| 02/09/10 | C. Steinmann | 0.20 | Telephone call with Kathy Gillman regarding documents and status of transfer |
| 02/09/10 | C. Steinmann | 0.90 | Telephone calls and follow-up emails ██████████████████ |
| 02/09/10 | C. Steinmann | 1.50 | Review employee handbook and revise acknowledgment accordingly |
| 02/09/10 | C. Steinmann | 3.00 | Conference call with Digital Discovery and Stephen Lumry regarding server history and back-up issues and meet with Kurt Meaders regarding protocol and data collection procedures based on information from call |
| 02/09/10 | K. Jones | 1.50 | Work on issues relating to the full-text indexing on the documents loaded into this extranet for use by client and defense team |
| 02/10/10 | T. Betanzos | 8.40 | Attend and participate in early meeting with Tim Connolly to discuss expert witnesses and all day meeting with experts Paul Kelley and Joe Kulikowski ████████████████ |
| 02/10/10 | W. Mason | 9.90 | Meeting with expert, client and local counsel and review latest documents received from Paul Kelley; meeting with client ██████████ |
| 02/10/10 | K. Meaders | 0.20 | Email correspondence to Roy Reid regarding HDR email system and how employees obtain access |
| 02/10/10 | K. Meaders | 1.40 | Telephonic electronic discovery interview with |


|            |             |       | Barry Meyer |
|------------|-------------|-------|-------------|
| 02/10/10   | K. Meaders  | 0.20  | Email correspondence to Ed Copeland requesting availability for Tuesday |
| 02/10/10   | K. Meaders  | 0.80  | Revise protocol to incorporate information from Barry Meyer interview |
| 02/10/10   | K. Meaders  | 0.30  | Revise To Do List with information from Barry Meyer interview |
| 02/10/10   | K.   Meaders | 1.20 | Telephonic electronic discovery interview with Jeff Grover |
| 02/10/10   | K. Meaders  | 0.40  | Revise protocol with information from Jeff Grover |
| 02/10/10   | K. Meaders  | 0.70  | Email with Paul Ritter on follow up question regarding ESI assets of HDR; including ████ ████████ |
| 02/10/10   | K. Meaders  | 0.20  | Email communication with Roy Reid regarding ██████ |
| 02/10/10   | K. Meaders  | 1.00  | Telephone conference with Roy Reid regarding eleven (11) former custodians of ESI |
| 02/10/10   | K. Meaders  | 0.40  | Prepare To Do List to Roy Reid on follow up issues of former employee of ESI |
| 02/10/10   | K. Meaders  | 0.30  | Office conference with attorney Cori Steinmann on coordination of protocol issues based on interviews |
| 02/10/10   | K. Meaders  | 0.30  | Office conference with attorney Cori Steinmann on issues related to scam documents and resolution |
| 02/10/10   | K. Meaders  | 1.70  | Work on former employee assert list, file list and retrieval efforts and revise protocol on each witness |
| 02/10/10   | K. Meaders  | 0.30  | Update To Do List items on ESI of former employees |
| 02/10/10   | K. Meaders  | 0.20  | Email to attorney Wayne Mason regarding Barry Meyer interview |
| 02/10/10   | K. Meaders  | 0.90  | Revise questionnaire; all ESI list and asset retrieval efforts of Barry Meyer |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 10

| 02/10/10 | C. Steinmann | 2.20 | Revise acknowledgement and questionairre to remove litigation hold questions, conform with employee handbook, and focus on identified servers and electronic assets |
| 02/10/10 | C. Steinmann | 0.80 | Complete Oural questionairre and add scope of work to custodial list |
| 02/10/10 | C.   Steinmann | 0.20 | Prepare e-mail to Jeff Mitchell requesting interview time and explaining purpose and urgency of interview |
| 02/10/10 | C. Steinmann | 0.80 | Telephone calls with Kathy Gillman and Equivalent regarding status of data, subjective coding download, and additional HDR documents |
| 02/10/10 | C. Steinmann | 1.00 | Meeting at Equivalent to inspect data received from local counsel, estimate time and cost for loading, and schedule coder training |
| 02/10/10 | C. Steinmann | 1.10 | Telephone conference with Roy Reid, Kurt Meaders, and Digital Discovery to discuss servers, archive system, and other retrieval issues |
| 02/10/10 | C. Steinmann | 0.20 | Review issue codes provided from local counsel |
| 02/10/10 | C. Steinmann | 0.90 | Telephone interview with Mark Oural regarding hard copy and electronic assets |
| 02/10/10 | T. Rogers | 2.10 | Analyze documents related to soil properties  & construction, prior arbitration testimony and exhibits from deposition of consultant Lewis Link, Jr. |
| 02/11/10 | T. Betanzos | 8.10 | Attend and participate in all day meeting with experts Paul Kelley and Lee Wooten to review status of development of opinions and report preparation |
| 02/11/10 | W. Mason | 11.20 | Meeting with client and local counsel regarding ███████████████████, meeting with experts and strategy discussions and e-discovery strategy; review e-discovery information and Kelley report on soil cement |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 11

| 02/11/10 | K. Meaders | 0.30 | Email from Katie Duty regarding policies concerning information on computer assets |
| 02/11/10 | K. Meaders | 0.20 | Email to attorneys Mason and Betanzos regarding plan of Tampa data harvest |
| 02/11/10 | K. Meaders | 0.20 | Conference call with Roy Reid regarding server issues |
| 02/11/10 | K. Meaders | 0.20 | Emails from Gerhardt and Ritter regarding contract issues and finalize DCC contracts |
| 02/11/10 | K. Meaders | 0.30 | Emails and office conference with attorney Steinmann regarding Jeff James departure and email to Roy Reid regarding quarantine of James computer upon departure |
| 02/11/10 | K. Meaders | 0.20 | Emails to Ed Copeland regarding availability to bring assets to Tampa |
| 02/11/10 | K. Meaders | 0.20 | Office conference with attorney Steinmann regarding availability of Tampa custodians |
| 02/11/10 | K. Meaders | 0.50 | Revise questionnaire with including issues raised in Copeland interview and revise asset list of Ed Copeland |
| 02/11/10 | K. Meaders | 0.40 | Revise input to Meyer questionnaire response with information |
| 02/11/10 | K. Meaders | 0.30 | Revise Katie Duty asset list |
| 02/11/10 | K. Meaders | 0.50 | Revise protocol to harvest Copeland/Meyer/Duty assets |
| 02/11/10 | K. Meaders | 0.30 | Work on documenting protocol for ███████ ██████████████ |
| 02/11/10 | K. Meaders | 0.50 | Work on schedule documentation for ESI harvesting |
| 02/11/10 | K. Meaders | 0.70 | Telephone conference with DCC and attorney Steinmann to develop finalization of course of action and confirm assets from HDR |
| 02/11/10 | C. Steinmann | 1.00 | Revise protocol to include information obtained from interviews |


| 02/11/10 | C. Steinmann | 4.50 | Telephone interviews with Jeff Mitchell, Jeff James, and Don Whiting regarding the location, content, and retrieval of hard copy and electronic data related to the Tampa Bay reservoir project |
| 02/12/10 | T. Betanzos | 6.30 | Continue working on preparations for next week's ███████ throughout return travel to Dallas following expert meetings in Boston |
| 02/12/10 | W. Mason | 0.10 | Receive and review confirmation letter from American Jury Centers regarding ███████ |
| 02/12/10 | W. Mason | 0.20 | Review report from Vance Wittie regarding research on ███████ |
| 02/12/10 | W. Mason | 0.10 | Review article from St. Pete's Times regarding ███████ |
| 02/12/10 | W. Mason | 10.20 | Meet with Bob Johnson and return from Boston (working on file) |
| 02/12/10 | K. Meaders | 0.40 | Finalize draft of scheduling of harvest of ESI data from HDR and emails to Digital Discovery for review and finalization |
| 02/12/10 | K. Meaders | 0.30 | Emails with attorney Betanzos regarding schedule and status of digital harvesting |
| 02/12/10 | K. Meaders | 0.40 | Telephone conference with attorney Steinmann to coordinate schedule with custodians under her responsibility and assets anticipated |
| 02/12/10 | K. Meaders | 0.30 | Email to Roy Reid requesting information on archive drive and x drive and identification of conference room for harvesting |
| 02/12/10 | K. Meaders | 0.30 | Email exchange with Katie Duty regarding request for update on status of discovery and schedule for harvesting next week |
| 02/12/10 | K. Meaders | 0.20 | Email with Katie Duty on anticipated down load help needed |
| 02/12/10 | K. Meaders | 0.30 | Prepare for trip to Tampa for harvesting of |



|           |              |      | electronic data |
|-----------|--------------|------|-----------------|
| 02/12/10  | K. Meaders   | 0.20 | Emails to Digital Discovery regarding harvesting plan |
| 02/12/10  | K. Meaders   | 0.10 | Receipt and review of email re Equivalent Service Contract |
| 02/12/10  | K. Meaders   | 0.20 | Email to custodian Ed Copeland to confirm assets and harvesting plan |
| 02/12/10  | K. Meaders   | 0.20 | Email to custodian Katie Duty to confirm assets and harvesting plan |
| 02/12/10  | K. Meaders   | 1.20 | Work on protocol and update list of assets from HDR IT |
| 02/12/10  | K. Meaders   | 0.70 | Telephone conference with Digital Discovery and Roy Reid, HDR IT to secure plans and protocol |
| 02/12/10  | K. Meaders   | 0.30 | Follow up with Roy Reid, HDR on Oural issues and photos |
| 02/12/10  | K. Meaders   | 0.40 | Revise assets list from custodian and HDR IT per call with Roy Reid specifically other drives on servers identified by custodians |
| 02/12/10  | K. Meaders   | 0.40 | Receipt and review server chronology and multiplicity of servers used |
| 02/12/10  | K. Meaders   | 0.90 | Draft and revise Jeff Glover responses to questionnaire and asset listing |
| 02/12/10  | C. Steinmann | 5.50 | Review employee questionnaire, e-mailed information from Roy Reid and Stephen Lumry, and revise Electronic Data Protocol, Custodian Information Summary, and Schedule of Retrieval to reflect all information gathered to date |
| 02/12/10  | C. Steinmann | 2.00 | Equivalent and relativity training in preparation for management of substantive document analysis project |
| 02/12/10  | C. Steinmann | 1.00 | Per Kurt Meaders, revise protocol and custodian list to include information received from Reid |
| 02/12/10  | C. Steinmann | 1.00 | Conference call with HDR and Digital |


|          |               |       |                                                                                                                                                    |
|----------|---------------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------|
|          |               |       | Discovery regarding retrieval, protocol and Oural                                                                                                   |
| 02/13/10 | T. Betanzos   | 3.60  | Review & analysis of technical literature provided by Paul Kelley during the last week                                                             |
| 02/13/10 | K. Meaders    | 0.20  | Email to attorney Steinmann regarding expected assets from Don Whiting and need for questionnaire completed prior to trip to Florida               |
| 02/13/10 | K. Meaders    | 0.40  | Email request to Roy Reid to confirm location of Glover's assets; receipt and review of return email and send follow up email on question regarding location of Glover CDs from 2002-2004 which Glover claims proceeded to Denver IT |
| 02/13/10 | K. Meaders    | 0.20  | Receipt and review of answers to questions form Roy Reid on departed employees and incorporate into asset list and protocol                        |
| 02/13/10 | K. Meaders    | 0.30  | Changes and updated protocol with further information from Reid                                                                                    |
| 02/13/10 | K. Meaders    | 0.50  | Receipt and review of correspondence from attorney Steinmann regarding coding of scanned documents and work on issues regarding avoiding double coding |
| 02/13/10 | K. Meaders    | 0.30  | Work on issues regarding custodian Rob Seipold assets, back up and location of past files; and information to protocol                             |
| 02/13/10 | C. Steinmann  | 1.00  | Revise protocol and custodian list per Kurt Meaders                                                                                                |
| 02/15/10 | T. Betanzos   | 11.10 | Preparation for this week's ███████ with travel to Tampa                                                                                            |
| 02/15/10 | W. Mason      | 0.10  | Review e-mail from Tim Woodward regarding noticed depositions of Rice and Bennett and outstanding documents from TBW and Black and Veach           |
| 02/15/10 | W. Mason      | 9.40  | Attend TBW board meeting and continue reviewing expert reports and literature ███████                                                               |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 15

| 02/15/10 | K. Meaders | 0.20 | Emails from Roy Reid regarding ███████ |
| 02/15/10 | K. Meaders | 1.00 | Revise Katie Duty questionnaire and acknowledgement of assets for turn over |
| 02/15/10 | K. Meaders | 0.40 | office conference with attorney Steinmann regarding HDR scanned documents, OCR status and coding issues |
| 02/15/10 | K. Meaders | 0.40 | Office conference with attorney Betanzos regarding ███████ |
| 02/15/10 | K. Meaders | 0.30 | Email to attorney Steinmann regarding need for cost estimate on full OCR set and exclusion of duplication |
| 02/15/10 | K. Meaders | 0.40 | Telephone conference with Katie Duty on harvesting and details |
| 02/15/10 | K. Meaders | 0.30 | Email from Roy Reid on final aspects of harvesting data |
| 02/15/10 | K. Meaders | 0.20 | Email to DCC with additional information for harvesting |
| 02/15/10 | K. Meaders | 0.40 | Office conference with attorney Steinmann on ███████ |
| 02/15/10 | K. Meaders | 4.00 | Travel to Tampa, Florida and review of protocol enroute |
| 02/15/10 | C. Steinmann | 1.20 | Revise protocol and custodian list to include information obtained during interviews |
| 02/15/10 | C. Steinmann | 0.60 | Prepare Whiting custodian questionnaire |
| 02/15/10 | C. Steinmann | 0.70 | Correspond with Equivalent regarding data collection and migration and discuss coding criteria with Kathy Gillman |
| 02/16/10 | T. Betanzos | 13.80 | Prepare for tomorrow's ███████ |
| 02/16/10 | W. Mason | 10.20 | Meeting with Ardaman and experts; multiple telephone calls ███████ meeting with client and prepare for ███████ |
| 02/16/10 | K. Meaders | 1.50 | ESI harvesting including meeting with Roy Reid, Mark Hallman, and Eric Boyd regarding |


| | | | down loading and parameters |
|---|---|---|---|
| 02/16/10 | K. Meaders | 0.50 | Meeting with Barry Meyer regarding downloading of ESI |
| 02/16/10 | K. Meaders | 0.50 | Meeting with Katie Duty regarding downloading of ESI |
| 02/16/10 | K. Meaders | 0.50 | Meeting with Mark Oural regarding downloading of ESI |
| 02/16/10 | K. Meaders | 0.60 | Meeting with Ed Copeland regarding downloading of ESI and hard documents |
| 02/16/10 | K. Meaders | 2.10 | Review hard document of Ed Copeland and inventory same for copying and scanning |
| 02/16/10 | K. Meaders | 1.10 | Review hard documents and CDs from Mark Oural and inventory same |
| 02/16/10 | K. Meaders | 1.00 | Meeting with Katie Duty regarding hard drive and documents and Donovan ESI |
| 02/16/10 | K. Meaders | 0.80 | Telephone conference with Stephen Lumey regarding Omaha server issues and backup tapes |
| 02/16/10 | K. Meaders | 0.90 | Finalizing first day of ESI harvesting and discussion over protocol for day two |
| 02/16/10 | K. Meaders | 0.60 | Meeting with Barry Meyer regarding █████████ |
| 02/16/10 | C. Steinmann | 0.50 | Review e-mails from Michael Barry at Equivalent regarding database fields, codes, and users and reply to his questions |
| 02/16/10 | C. Steinmann | 0.20 | Telephone call with Kathy Gillman regarding data and coding in Relativity |
| 02/16/10 | C. Steinmann | 1.00 | Telephone conference and web training to set up database for coding and administration |
| 02/16/10 | C. Steinmann | 1.80 | Web conference to train document reviews in Relativity |
| 02/16/10 | C. Steinmann | 0.20 | Login to Relativity and prepare e-mail to document review team regarding credentials |
| 02/16/10 | C. Steinmann | 1.10 | Work on developing document review manual to familiarize coders with the facts of case, issues |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 17

|  |  |  | to code, key terms, etc. |
|---|---|---|---|
| 02/16/10 | C. Alm | 1.00 | Attend team meeting regarding document review project |
| 02/16/10 | G. Fountain | 1.40 | Strategy meeting to discuss document review project |
| 02/16/10 | T. Rogers | 1.30 | Attend initial document review meeting |
| 02/16/10 | S. Stephens | 1.50 | Strategy meeting regarding document review and database |
| 02/16/10 | R. Zarate | 1.20 | Attend team meeting regarding document review meeting |
| 02/17/10 | T. Betanzos | 4.00 | Finalize preparation for today's ████████ |
| 02/17/10 | T. Betanzos | 5.80 | Attend and participate in ████████ |
| 02/17/10 | W. Mason | 11.30 | Prepare for ███████████████████ conference with client regarding ████████ █████████ prepare for ██████████ |
| 02/17/10 | W. Mason | 0.10 | Receive and review Notice of Production from Non-Party & Subpoena Duces Tecum directed to R.W. Beck |
| 02/17/10 | W. Mason | 0.20 | Review report from Cori Steinmann regarding ██████████████ |
| 02/17/10 | K. Meaders | 2.30 | Meeting at HDR with Roy Reid and Mark Hallman review prior day download and review of protocol to make sure all harvesting being completed |
| 02/17/10 | K. Meaders | 1.50 | Receipt and review and coordinate inventory of back up tapes at HDR Tampa |
| 02/17/10 | K. Meaders | 2.00 | Meeting with Wayne Mason and Tim Connolly regarding status of ESI and preparation of Wayne Mason for e-discovery meeting with Plaintiff; meeting with Pat Avis and review of HDR library for comparison with summation database |
| 02/17/10 | K. Meaders | 0.60 | Meeting with custodian Jeff James and accepting of laptop assets |
| 02/17/10 | K. Meaders | 1.20 | Telephone conference with Steve Lumey, Russ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 18

|  |  |  | Devry and Mark Hallman on Omaha server and potential back up of Donovan computer and exchange server |
|---|---|---|---|
| 02/17/10 | K. Meaders | 0.80 | Review of Excel spreadsheet of HDR library to determine number of documents produced |
| 02/17/10 | K. Meaders | 2.00 | Review of CDs and inventory contacts |
| 02/17/10 | K. Meaders | 2.50 | Completion of collection and preservation of HDR documents |
| 02/17/10 | K. Meaders | 2.90 | Return flight to Dallas, Tx and coordination of notes enroute |
| 02/17/10 | C. Steinmann | 3.70 | Research ███████████████████ |
| 02/17/10 | C. Steinmann | 0.40 | Telephone call with Ikon regarding corrupt disks, overlapped bates numbers, and summation text files |
| 02/17/10 | T. Rogers | 0.40 | Analyze index of database documents for information regarding ████████████ |
| 02/17/10 | T. Rogers | 5.20 | Research ██████████████████ and draft document ████████ |
| 02/18/10 | T. Betanzos | 9.40 | Meeting with ██████████ in HDR offices and return travel to Dallas following ████████████ and development ██████████████████ throughout same |
| 02/18/10 | W. Mason | 12.20 | Meeting with client and ██████████ regarding ████████████ travel to Naples and attend meeting and ████████ ████████ |
| 02/18/10 | W. Mason | 0.80 | Study e-discovery memos and issues to prepare for meeting with plaintiff's counsel and prepare correspondence to client regarding e-discovery |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 19

| 02/18/10 | K. Meaders | 0.30 | Office conference with attorney Melle regarding ██████████████ |
| 02/18/10 | K. Meaders | 0.30 | Email attorney Betanzos regarding ████ ██████████ |
| 02/18/10 | K. Meaders | 0.50 | Revise protocol adding information obtained during harvesting |
| 02/18/10 | K. Meaders | 0.30 | Work on inventory of back up tapes in Tampa |
| 02/18/10 | K. Meaders | 1.20 | Work on Inventory of disks and office conference with attorney Steinmann and legal assistant Gail Fountain |
| 02/18/10 | K. Meaders | 0.70 | Work on report on preservation and collection efforts and forward to attorney Wayne Mason |
| 02/18/10 | K. Meaders | 1.20 | Work on discovery protocol draft for sharing with parties on e-discovery meeting |
| 02/18/10 | K. Meaders | 0.30 | Telephone conference with attorney Melle ████ ██████████ |
| 02/18/10 | K. Meaders | 0.30 | Telephone conference with attorney Betanzos regarding ██████████ |
| 02/18/10 | K. Meaders | 0.60 | Office conference with attorney Steinmann and Kathy Gillman regarding electronic images of paper document production |
| 02/18/10 | K. Meaders | 0.50 | Telephone conference with Equivalent Data, Michael Barry, regarding dual scanned document sets and relevant database |
| 02/18/10 K. | Meaders | 0.50 | Telephone conference with Michael Barry, Equivalent Data, regarding proposed shared e-discovery protocol |
| 02/18/10 | K. Meaders | 0.30 | Question list for ██████████████ |
| 02/18/10 | K. Meaders | 1.00 | Draft continuation of document hold |
| 02/18/10 | K. Meaders | 0.30 | Office conference with attorney Steinmann regarding talks with IKON regarding delay in providing images |
| 02/18/10 | K. Meaders | 0.30 | Revise inventory on Oural hard documents and |


|            |               |       | e-data |
|------------|---------------|-------|--------|
| 02/18/10   | K. Meaders    | 0.30  | Revise inventory on Copeland turnover of hard documents and e-discovery |
| 02/18/10   | K. Meaders    | 0.20  | Email with Michael Barry, Equivalent Data, regarding budget and estimate on HDR documents into relativity |
| 02/18/10   | M. Melle      | 5.30  | Research issues related ██████████████ |
| 02/18/10   | M. Melle      | 2.00  | Compose memo on ███████████ |
| 02/18/10   | C. Steinmann  | 1.60  | Telephone calls and e-mails with Michael Barry (Equivalent) and Kathy Gillman concerning e-discovery protocol, management of HDR and third-part documents, and ;electronic discovery requests |
| 02/18/10   | G. Fountain   | 2.70  | Preparation of inventory of HDR documents on CD's |
| 02/19/10   | T. Betanzos   | 5.10  | Work on outline and possible talking points for ████████████ |
| 02/19/10   | W. Mason      | 13.60 | Travel from Naples to Tampa Bay (by car); meet with plaintiff's counsel and local counsel; return travel from Tampa to Dallas working on ██████ telephone conference with Tim Connolly; multiple telephone conferences ████████ |
| 02/19/10   | K. Meaders    | 0.30  | Receipt and review email from Katie Duty identifying ████████████ |
| 02/19/10   | K. Meaders    | 0.90  | Work on issues related to ████████ various emails and telephone conference with DDC and EQD to obtain estimates and processing costs |
| 02/19/10   | K. Meaders    | 0.60  | Draft preliminary letter with budget on processing of HDR data |
| 02/19/10   | K. Meaders    | 0.50  | Emails with attorneys Mason and Betanzos discussing ████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 21

█████████████████████████████

| 02/19/10 | K. Meaders | 0.60 | Work on issues regarding imput of Black & Veatch documents into Relativity database and coding |
| 02/19/10 | K. Meaders | 0.50 | Work on obtaining comprehensive inventory of HDR documents on CD |
| 02/19/10 | K. Meaders | 0.30 | Emails regarding coders/processors needed to perform relativity coding |
| 02/19/10 | K. Meaders | 1.10 | Receipt and review emails from Kathy Gilman regarding request of protocol on emails from other parties; reply email to Gilman that ████████████████████ correspondence with DDC and EQD to comment on protocol; return email to Gilman with suggested detailed protocol concerning emails produced in electronic format from other parties |
| 02/19/10 | T. Rogers | 2.60 | Review of issue codes in order to try and determine descriptions, several telephone conferences with paralegal for local counsel regarding same and preparation of draft coding manual electronically for additional review by attorneys |
| 02/21/10 | W. Mason | 0.10 | Review responses of Digital Discovery and Equivalent regarding e-mail batest labeling question and timing of E-Data Production |
| 02/21/10 | K. Meaders | 0.30 | Conference call with attorneys Mason and Betanzos regarding question raised by Plaintiff as to bates labeling emails within outlook and suggested dates for production of ESI |
| 02/21/10 | K. Meaders | 0.30 | Email to DDC and EQD to request a protocol regarding bates labeling of emails within outlook and estimates on ESI processing for potential production |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 22

| | | | |
|---|---|---|---|
| 02/21/10 | K. Meaders | 0.50 | Email exchanges to EQD regarding details of protocol on emails |
| 02/21/10 | K. Meaders | 0.70 | Draft responsive report to attorneys Mason and Betanzos on bates labeling emails and estimated dates to produce ESI |
| 02/22/10 | T. Betanzos | 6.10 | Review & analysis of project and case materials in preparation for this week's meetings with ██ ███████████████████████ with travel to Tampa |
| 02/22/10 | T. Betanzos | 2.30 | Multiple conference calls with all counsel regarding depositions noticed by Barnard and CDG, status of e-discovery productions, and related issues |
| 02/22/10 | T. Betanzos | 1.80 | Dinner meeting with ███████████████ ████████████ |
| 02/22/10 | W. Mason | 0.30 | Receive and review multiple e-mails regarding suggested revisions to ██████████████ |
| 02/22/10 | W. Mason | 0.20 | Review proposed e-mail to ████████ |
| 02/22/10 | W. Mason | 0.10 | Review report from Todd Betanzos regarding conference call today |
| 02/22/10 | W. Mason | 4.80 | Multiple intrafirm conferences regarding |
| 02/22/10 | K. Meaders | 0.30 | Follow up emails with DDC regarding retrieval of current emails were not from exchange server but pst directly from custodian laptop |
| 02/22/10 | K. Meaders | 0.40 | Emails with Digital Discovery and Equivalent Data to set priority of custodians |
| 02/22/10 | K. Meaders | 0.20 | Send Digital Discovery and Equivalent DATA ESI protocol for comments |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 23

| 02/22/10 | K. Meaders | 0.30 | Office conference with legal assistant, Tiffiney Rogers, and forwarding of coding manual section to attorney Betanzos for confirmation of coding terms |
| 02/22/10 | K. Meaders | 0.30 | Email exchange with Equivalent Data regarding scanned documents and coding priority |
| 02/22/10 | K. Meaders | 0.50 | Office conference with attorney Steinmann regarding receipt of HDR CDs and decision and budget to input and code all HDR documents |
| 02/22/10 | K. Meaders | 0.20 | Office conference with attorney Steinmann regarding creation of inventory of all discovery/documents |
| 02/22/10 | K. Meaders | 0.20 | Email to attorney Mason regarding HDR library collection of documents |
| 02/22/10 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding █████████████████████████ ██████ |
| 02/22/10 | K. Meaders | 1.90 | Draft recommendation letter to ██████████ ████████████████████████████████████ ████████ |
| 02/22/10 | K. Meaders | 0.50 | Work on revisions to ADR protocol for electronic discovery |
| 02/22/10 | K. Meaders | 0.70 | Office conference with legal assistant, Gail Fountain, regarding issue on CD without bates labeled documents and amend request to Kathy Gilman regarding same; receipt and review of email and follow up with Kathy Gilman |
| 02/22/10 | K. Meaders | 0.60 | Telephone conference with Chip Koons of Equivalent Data regarding means to reconcile different databases |
| 02/22/10 | K. Meaders | 0.30 | Receipt and review email from Equivalent Data regarding ██████████████████████████████ ██████████████████ |
| 02/22/10 | K. Meaders | 0.30 | Email to Barry Meyer requesting ████████████ ████████████████████████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 24

| | | | |
|---|---|---|---|
| 02/22/10 | K. Meaders | 0.20 | Work on continuation of litigation hold |
| 02/22/10 | G. Fountain | 2.70 | Analysis of numerous CD's received from co counsel, prepare inventory list and prepare CD's for transmittal to Equivalent DATA for database processing |
| 02/23/10 | T. Betanzos | 8.20 | All day meeting with ███████████ |
| 02/23/10 | W. Mason | 0.10 | Receive and review Richard Harrison's clarification of their position regarding the defendants' production of their respective ESI |
| 02/23/10 | K. Meaders | 0.30 | Revise and finalize continuation of litigation hold; email to ███████████████ |
| 02/23/10 | K. Meaders | 0.60 | Telephone conference with Michael Barry of Equivalent Data regarding review of information on CDs containing HDR set of documents |
| 02/23/10 | K. Meaders | 0.70 | Recalculate budget for HDR document database and revise protocol due to information learned from CDs |
| 02/23/10 | K. Meaders | 0.20 | Telephone conference with ███████████ |
| 02/23/10 | K. Meaders | 0.20 | Receipt and review Whiting questionnaire memo and forward to attorney Steinmann with comment for review and reconciliation |
| 02/23/10 | K. Meaders | 0.60 | Telephone conference with Barry Meyer regarding ███████████ and emails with Barry Meyer regarding same |
| 02/23/10 | K. Meaders | 0.30 | Telephone conference with Steinmann regarding ███████████ |
| 02/23/10 | K. Meaders | 0.30 | Email from Michael Barry regarding corrupt CD and follow up with Florida counsel and HDR to obtain replacement CD |


| 02/23/10 | K. Meaders | 0.60 | Conference call with Equivalent Data on HDR budget, protocol and reconciliation of databases |
| 02/23/10 | K. Meaders | 0.40 | Telephone conference with Bruce Gerhardt and Tim Connolly regarding HDR documents |
| 02/23/10 | K. Meaders | 0.30 | Email communication with Equivalent Data regarding go ahead and protocol to imput HDR data set |
| 02/23/10 | K. Meaders | 0.30 | Emails with DDC regarding status of importation of collection of ESI from Tampa and custodian downloads |
| 02/23/10 | C. Steinmann | 0.30 | Review email from Equivalent regarding HDR data and confer with Kurt Meaders regarding paginating and OCR |
| 02/24/10 | T. Betanzos | 8.90 | Preparations for today's meeting █████████ |
| 02/24/10 | T. Betanzos | 2.20 | Meeting with █████████ |
| 02/24/10 | W. Mason | 7.10 | Travel to Boise to meet with █████████ |
| 02/24/10 | K. Meaders | 0.80 | Revise Protocol and Coding Manual to include process for de-duplication of other custodian documents, process and single review for coding but potential multiple production of documents duplicated across custodian files |
| 02/24/10 | K. Meaders | 0.40 | Attention to issues regarding extracting information from ██████████████ regarding same |
| 02/24/10 | K. Meaders | 0.30 | Revise protocol to incorporate issues concerning HDR scanned documents |
| 02/24/10 | K. Meaders | 1.30 | Telephone conference with Equivalent Data, Michael Barry and Chip Koons, and DDC Mark Hallman, regarding status and import of custodian data and de-duplication of protocol |
| 02/24/10 | K. Meaders | 0.70 | Work on indexes of documents and forward to |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 26

|            |                |       | Equivalent Data regarding reunitizing documents |
|------------|----------------|-------|-------------------------------------------------|
| 02/24/10   | K. Meaders     | 1.70  | Emails to Kathy Gilman regarding BV document production and telephone conference with IKON and Equivalent Data regarding protocol for ESI |
| 02/24/10   | K. Meaders     | 0.40  | Emails with Michael Barry and Kathy Gilman regarding ██████████████████████ |
| 02/24/10   | K. Meaders     | 1.00  | Telephone conference with Equivalent Data and Gilman regarding reconciliation of Bates numbered HDR documents |
| 02/24/10   | K. Meaders     | 0.20  | Report to HDR on status of ESI and scanned documents |
| 02/25/10   | T. Betanzos    | 13.40 | Meetings with ████████████████████ return travel to Dallas following same, with review & evaluation of notes from this week's meetings and development of plans for ████████████████ |
| 02/25/10   | W. Mason       | 8.20  | Return to Dallas from Boise; continue working on ██████████████████; telephone conference with ████████████ regarding ████████████████████████ |
| 02/25/10   | K. Meaders     | 0.20  | Receipt and review of emails and respond to Equivalent Data regarding adding description document fields to objective coding |
| 02/25/10   | K. Meaders     | 0.20  | Attention to issues regarding HDR documents ████████████████████████ |
| 02/25/10   | K. Meaders     | 0.20  | Receipt and review and respond to email from attorney Betanzos regarding priority of ESI |
| 02/25/10 K.| Meaders        | 0.90  | Conference call with Kathy Gilman, Michael Barry of Equivalent Data, attorney Steinmann and legal assistant Fountain to ████████████ |



production

| 02/25/10 | K. Meaders | 0.40 | Telephone conference with Michael Barry regarding addition objective coding of HDR and incoming documents with descriptive document fields |
|----------|------------|------|---|
| 02/25/10 | K. Meaders | 0.40 | Office conference with legal assistant Fountain regarding deliverable of document inventory and index |
| 02/25/10 | K. Meaders | 0.30 | Receipt and review of email from Digital Discovery on ███████████████ ███████████████████████ |
| 02/25/10 | K. Meaders | 0.30 | Access FTP site and review HDR documents |
| 02/25/10 | K. Meaders | 0.50 | Access relatively database and review Back & Veatch records and organization of database |
| 02/25/10 | K. Meaders | 0.30 | Work on changes to objective level coding of scanned documents |
| 02/25/10 | K. Meaders | 0.30 | Update protocol on coding scanned documents with choice of division of records |
| 02/25/10 | K. Meaders | 0.20 | Update ESI protocol concerning duplication access custodians |
| 02/25/10 | K. Meaders | 0.20 | Receipt and review correspondence from Pattie Avis HDR regarding new records |
| 02/25/10 | K. Meaders | 0.40 | Correspondence with HDR regarding corrupted documents within HDR files |
| 02/25/10 | C. Steinmann | 1.00 | Conference call with Kathy Gillman, Kurt Meaders, and Equivalent regarding document loaded, ESI, remaining documents to be loaded |
| 02/25/10 | C. Steinmann | 0.50 | Communicate with Gillman regarding status of ████████████████████ and communicate with Todd Betanzos regarding ███████████████ |
| 02/25/10 | C. Steinmann | 1.80 | Review Motion for Protection and provide comments and revisions to the same |
| 02/25/10 | G. Fountain | 1.50 | Strategy meeting to discuss project review and analysis project |
| 02/26/10 | W. Mason | 5.80 | Multiple intrafirm conferences regarding ███████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

March 10, 2010
Invoice No. 952890
Page 28

| | | | |
|---|---|---|---|
| 02/26/10 | K. Meaders | 0.30 | Communication with IKON regarding status of Black & Veatch documents |
| 02/26/10 | K. Meaders | 0.60 | Conference with attorney Steinmann and legal assistant Fountain regarding product of new documents from HDR and sample testing |
| 02/26/10 | K. Meaders | 0.30 | Email with Equivalent Data regarding decision of processing ESI across time zones |
| 02/26/10 | K. Meaders | 0.20 | Telephone conference with Equivalent Data on status of relatively database for process and coding |
| 02/26/10 | K. Meaders | 0.60 | Conference with attorney Betanzos relating to status of documents, electronic database, coding manual and electronically stored information |
| 02/26/10 | K. Meaders | 0.30 | Email to attorney Betanzos regarding issues needed for coding manual |
| 02/26/10 | K. Meaders | 0.30 | Conference with attorney Steinmann regarding providing document review |
| 02/26/10 | K. Meaders | 0.30 | Conference with attorney Steinmann and Equivalent Data regarding HDR Bates numbers |
| 02/26/10 | K. Meaders | 0.60 | Meeting with attorney Steinmann to coordinate coding process and begin document review and electronically stored information review |
| 02/26/10 | C. Steinmann | 2.30 | Confer with Kurt Meaders regarding coding manual, priority of coding, and training; conference call with Michael Barry regarding database changes |
| 02/26/10 | C. Steinmann | 0.20 | Meet with Equivalent regarding additional data received from HDR employees, to be scanned, OCR, and put into database |
| 02/26/10 | G. Fountain | 0.70 | Analysis of material received from client, prepare inventory list |
| 02/27/10 | W. Mason | 0.40 | Telephone conference with ███████ |



Total Hours        626.10
**Total Fee Amount    $216,780.00**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| T. Betanzos | 195.20 | 325.00 | $63,440.00 |
| W. Mason | 200.10 | 455.00 | 91,045.50 |
| K. Meaders | 128.50 | 330.00 | 42,405.00 |
| M. Melle | 7.30 | 215.00 | 1,569.50 |
| C. Steinmann | 62.00 | 225.00 | 13,950.00 |
| C. Alm | 1.00 | 115.00 | 115.00 |
| G. Fountain | 9.00 | 115.00 | 1,035.00 |
| T. Rogers | 14.80 | 115.00 | 1,702.00 |
| S. Stephens | 1.50 | 115.00 | 172.50 |
| R. Zarate | 1.20 90|00 | | 108.00 |
| K. Jones | 5.50 | 225.00 | 1,237.50 |
| Total | **626.10** | | **$216,780.00** |

**Disbursements:**

| | | |
|---|---|---|
| 01/19/10 | Taxi/Trains/Local Trans. Betanzos, Todd E. / DA | 20.00 |
| 01/19/10 | Travel/Air Fare Mason, Wayne B. / DA- | 487.40 |
| 01/19/10 | Travel/Air Fare Betanzos, Todd E. / DA | 446.40 |
| 01/19/10 | Parking/Tolls Betanzos, Todd E. / DA | 78.77 |
| 01/20/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 13.87 |
| 01/20/10 | Travel/Group Meals Mason, Wayne B. / DA- | 102.12 |
| 01/21/10 | Travel/Mileage   Mason, Wayne B. / DA- | 20.00 |
| 01/21/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 39.87 |
| 01/21/10 | Travel/Group Meals Betanzos, Todd E. / DA | 56.00 |
| 01/21/10 | Travel/Group Meals Mason, Wayne B. / DA- | 59.20 |
| 01/21/10 | Travel/Group Meals Mason, Wayne B. / DA- | 171.65 |
| 01/21/10 | Travel/Air Fare Mason, Wayne B. / DA- | 1,529.79 |
| 01/22/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 01/22/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 168.93 |
| 01/22/10 | Travel/Lodging Mason, Wayne B. / DA- | 773.80 |
| 01/22/10 | Travel/Lodging Betanzos, Todd E. / DA | 735.84 |
| 01/22/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 32.78 |
| 01/22/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 5.00 |
| 01/25/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 48.20 |


| Date | Description | Amount |
|------|-------------|--------|
| 01/25/10 | Travel/Lodging Mason, Wayne B. / DA- | 329.37 |
| 01/25/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 73.28 |
| 01/25/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 11.64 |
| 01/25/10 | Parking/Tolls Mason, Wayne B. / DA- | 78.77 |
| 01/26/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 31.55 |
| 01/26/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 3.13 |
| 01/26/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 32.42 |
| 01/26/10 | Travel/Group Meals Mason, Wayne B. / DA- | 124.26 |
| 01/26/10 | Travel/Group Meals Mason, Wayne B. / DA- | 62.20 |
| 01/26/10 | Travel/Air Fare Mason, Wayne B. / DA- | 25.00 |
| 01/26/10 | Parking/Tolls Mason, Wayne B. / DA- | 31.90 |
| 01/27/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 94.77 |
| 01/27/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 29.40 |
| 01/27/10 | Travel/Lodging Mason, Wayne B. / DA- | 239.20 |
| 01/27/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 20.50 |
| 01/27/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 4.38 |
| 01/27/10 | Travel/Group Meals Mason, Wayne B. / DA- | 85.20 |
| 01/28/10 | Travel/Lodging Mason, Wayne B. / DA- | 239.20 |
| 01/28/10 | Travel/Lodging Mason, Wayne B. / DA- | 227.01 |
| 01/28/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 37.82 |
| 01/29/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 18.40 |
| 01/29/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 20.50 |
| 01/29/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 7.00 |
| 01/29/10 | Travel/Group Meals Mason, Wayne B. / DA- | 108.28 |
| 01/29/10 | Travel/Air Fare Mason, Wayne B. / DA- | 533.40 |
| 02/01/10 | Telephone TAMPA     FL (181)328-2235 | 0.48 |
| 02/01/10 | Travel/Mileage    Mason, Wayne B. / DA- | 20.00 |
| 02/01/10 | Travel/Group Meals Mason, Wayne B. / DA- | 28.03 |
| 02/01/10 | Parking/Tolls Mason, Wayne B. / DA- | 131.29 |
| 02/02/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 7.14 |
| 02/02/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 44.64 |
| 02/02/10 | Travel/Air Fare Betanzos, Todd E. / DA | 618.40 |
| 02/02/10 | Parking/Tolls Mason, Wayne B. / DA- | 26.26 |
| 02/03/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 02/03/10 | Telephone TAMPA     FL (181)330-1540 | 0.16 |
| 02/03/10 | Travel/Lodging Mason, Wayne B. / DA- | 234.08 |
| 02/03/10 | Photocopy (4 @ $0.15) | 0.60 |
| 02/03/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 30.40 |
| 02/03/10 | Postage | 0.44 |
| 02/03/10 | Court Filing Fees and Costs Clerk, U.S. District Court | 20.00 |
| 02/04/10 | Westlaw | 76.02 |


| 02/04/10 | Travel/Lodging Mason, Wayne B. / DA- | 278.88 |
|---|---|---|
| 02/04/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 30.40 |
| 02/04/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 23.93 |
| 02/04/10 | Travel/Group Meals Mason, Wayne B. / DA- | 182.08 |
| 02/05/10 | Westlaw | 98.06 |
| 02/05/10 | Travel/Lodging Mason, Wayne B. / DA- | 250.88 |
| 02/05/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 30.40 |
| 02/05/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 17.45 |
| 02/05/10 | Travel/Group Meals Mason, Wayne B. / DA- | 8.40 |
| 02/05/10 | Travel/Group Meals Mason, Wayne B. / DA- | 91.11 |
| 02/05/10 | Travel/Group Meals Betanzos, Todd E. / DA | 282.40 |
| 02/05/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/06/10 | Travel/Mileage Betanzos, Todd E. / DA | 12.50 |
| 02/06/10 | Travel/Lodging Betanzos, Todd E. / DA | 993.52 |
| 02/06/10 | Travel/Lodging Mason, Wayne B. / DA- | 250.88 |
| 02/06/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 11.25 |
| 02/06/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 78.85 |
| 02/06/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 30.26 |
| 02/06/10 | Travel/Car   Rental Betanzos, Todd E. / DA | 270.08 |
| 02/06/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 20.00 |
| 02/06/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/06/10 | Parking/Tolls Betanzos, Todd E. / DA | 105.03 |
| 02/07/10 | Travel/Lodging Mason, Wayne B. / DA- | 250.88 |
| 02/07/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 76.38 |
| 02/07/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 8.70 |
| 02/07/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 27.10 |
| 02/07/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 7.22 |
| 02/07/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/08/10 | Travel/Lodging Mason, Wayne B. / DA- | 250.88 |
| 02/08/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 14.05 |
| 02/08/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 48.75 |
| 02/08/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 51.11 |
| 02/08/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/09/10 | Telephone TAMPA      FL (181)326-2271 | 0.16 |
| 02/09/10 | Telephone   DENVER    CO (130)376-4152 | 0.16 |
| 02/09/10 | Telephone TAMPA      FL (181)336-3161 | 0.16 |
| 02/09/10 | Telephone   OMAHA      NE (140)239-9103 | 0.16 |
| 02/09/10 | Telephone   W PALM BCH FL (156)120-9660 | 5.12 |
| 02/09/10 | Telephone SANANTONIO TX (121)084-1285 | 0.16 |
| 02/09/10 | Telephone TAMPA      FL (181)328-9070 | 0.56 |
| 02/09/10 | Telephone TAMPA      FL (181)323-0039 | 0.32 |


| | | |
|---|---|---:|
| 02/09/10 | Telephone TAMPA      FL (181)326-2273 | 0.16 |
| 02/09/10 | Telephone TAMPA      FL (181)328-2534 | 0.32 |
| 02/09/10 | Telephone   OMAHA       NE (140)239-9103 | 0.16 |
| 02/09/10 | Telephone TAMPA      FL (181)326-2271 | 0.16 |
| 02/09/10 | Travel/Mileage Betanzos, Todd E. / DA | 12.50 |
| 02/09/10 | Taxi/Trains/Local Trans. Betanzos, Todd E. / DA | 88.05 |
| 02/09/10 | Lexis | 3.59 |
| 02/09/10 | Lexis | 43.83 |
| 02/09/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 23.93 |
| 02/09/10 | Travel/Car   Rental Mason, Wayne B. / DA- | 290.57 |
| 02/09/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 10.00 |
| 02/09/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 14.02 |
| 02/09/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 28.00 |
| 02/09/10 | Travel/Air Fare Betanzos, Todd E. / DA | 725.90 |
| 02/10/10 | Telephone TAMPA      FL (181)391-7120 | 0.08 |
| 02/10/10 | Telephone TAMPA      FL (181)391-7120 | 0.16 |
| 02/10/10 | Telephone TAMPA      FL (181)326-2271 | 0.16 |
| 02/10/10 | Telephone SARASOTA   FL (194)134-2270 | 0.16 |
| 02/10/10 | Telephone TAMPA      FL (181)328-2241 | 5.36 |
| 02/10/10 | Telephone TAMPA      FL (181)328-2249 | 1.20 |
| 02/10/10 | Telephone TAMPA      FL (181)326-2271 | 0.16 |
| 02/10/10 | Telephone   DENVER     CO (130)376-4152 | 6.56 |
| 02/10/10 | Telephone TAMPA      FL (181)328-9070 | 0.64 |
| 02/10/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 9.49 |
| 02/10/10 | Travel/Group Meals Betanzos, Todd E. / DA | 116.88 |
| 02/10/10 | Parking/Tolls Mason, Wayne B. / DA- | 105.03 |
| 02/11/10 | Telephone SARASOTA   FL (194)134-2272 | 2.32 |
| 02/11/10 | Telephone SANANTONIO TX (121)084-1285 | 1.36 |
| 02/11/10 | Travel/Group Meals Betanzos, Todd E. / DA | 7.28 |
| 02/12/10 | Telephone TAMPA      FL (181)328-2249 | 0.32 |
| 02/12/10 | Travel/Lodging Betanzos, Todd E. / DA | 717.60 |
| 02/12/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 21.75 |
| 02/12/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 10.14 |
| 02/12/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 7.00 |
| 02/12/10 | Travel/Air Fare Meaders, Kurt W. / DA | 793.40 |
| 02/15/10 | Telephone TAMPA      FL (181)387-4123 | 0.40 |
| 02/15/10 | Telephone TAMPA      FL (181)387-4323 | 0.96 |
| 02/15/10 | Telephone TAMPA      FL (181)328-9070 | 0.32 |
| 02/15/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 02/15/10 | Taxi/Trains/Local Trans. Betanzos, Todd E. / DA | 23.00 |
| 02/15/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 24.37 |


| | |
|---|---|
| 02/15/10 Travel/Individual    Meals Betanzos, Todd E. / DA | 50.21 |
| 02/15/10 Travel/Individual    Meals Meaders, Kurt W. / DA | 43.45 |
| 02/15/10    Other Travel-related expenses Betanzos, Todd E. / DA | 5.00 |
| 02/15/10    Parking/Tolls Betanzos, Todd E. / DA | 105.03 |
| 02/16/10    Telephone TAMPA      FL (181)328-9070 | 0.64 |
| 02/16/10 Telephone    AREASUMMRY CA (171)455-1002 | 6.08 |
| 02/16/10    Telephone TAMPA      FL (181)328-9070 | 0.40 |
| 02/16/10    Telephone HOUSTON    TX (171)393-9452 | 0.72 |
| 02/16/10 Travel/Individual    Meals Meaders, Kurt W. / DA | 30.68 |
| 02/16/10    Travel/Group Meals Betanzos, Todd E. / DA | 57.79 |
| 02/16/10    Travel/Group Meals Meaders, Kurt W. / DA | 26.28 |
| 02/17/10    Telephone TAMPA      FL (181)327-2585 | 0.16 |
| 02/17/10 Telephone    NEWBRNFELS TX (183)070-8709 | 1.36 |
| 02/17/10    Telephone TAMPA      FL (181)327-2574 | 0.08 |
| 02/17/10    Telephone TAMPA      FL (181)327-2573 | 0.08 |
| 02/17/10    Telephone TAMPA      FL (181)327-2585 | 0.24 |
| 02/17/10    Telephone TAMPA      FL (181)327-2574 | 0.08 |
| 02/17/10    Telephone TAMPA      FL (181)327-2574 | 0.16 |
| 02/17/10 Lexis | 129.20 |
| 02/17/10 Lexis | 3.60 |
| 02/17/10 Lexis | 27.41 |
| 02/17/10 Lexis | 3.61 |
| 02/17/10 Lexis | 374.17 |
| 02/17/10 Lexis | 21.91 |
| 02/17/10 Lexis | 30.87 |
| 02/17/10 Lexis | 2.10 |
| 02/17/10    Travel/Lodging Meaders, Kurt W. / DA | 231.75 |
| 02/17/10 Travel/Individual    Meals Meaders, Kurt W. / DA | 10.71 |
| 02/17/10 Travel/Individual    Meals Meaders, Kurt W. / DA | 6.83 |
| 02/17/10 Travel/Car    Rental Meaders, Kurt W. / DA | 157.76 |
| 02/17/10    Travel/Group Meals Betanzos, Todd E. / DA | 24.02 |
| 02/17/10    Parking/Tolls Meaders, Kurt W. / DA | 40.00 |
| 02/18/10    Telephone TAMPA      FL (181)387-4123 | 0.16 |
| 02/18/10    Telephone HOUSTON    TX (171)393-9450 | 0.16 |
| 02/18/10    Telephone TAMPA      FL (181)328-9070 | 0.08 |
| 02/18/10    Telephone HOUSTON    TX (171)393-9452 | 0.08 |
| 02/18/10    Telephone HOUSTON    TX (171)393-9452 | 2.80 |
| 02/18/10    Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 02/18/10 Westlaw | 264.80 |
| 02/18/10    Travel/Lodging Betanzos, Todd E. / DA | 429.48 |
| 02/18/10 Travel/Individual    Meals Betanzos, Todd E. / DA | 31.93 |



| 02/18/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 5.00 |
| 02/18/10 | Travel/Air Fare Betanzos, Todd E. / DA | 466.40 |
| 02/19/10 | Telephone TAMPA      FL (181)328-9070 | 0.08 |
| 02/19/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 02/19/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 02/22/10 | Photocopy (17 @ $0.15) | 2.55 |
| 02/23/10 | Telephone   OMAHA      NE (140)239-9105 | 0.16 |
| 02/23/10 | Telephone TAMPA      FL (181)336-3161 | 0.16 |
| 02/24/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 02/24/10 | Telephone TAMPA      FL (181)387-4123 | 0.64 |
| 02/24/10 | Telephone TAMPA      FL (181)327-3917 | 1.04 |
| 02/24/10 | Telephone HOUSTON    TX (171)393-9450 | 1.92 |
| 02/24/10 | Telephone LAKE PARK  IA (171)243-2018 | 5.52 |
| 02/24/10 | Telephone HOUSTON    TX (171)393-9452 | 0.16 |
| 02/24/10 | Postage | 6.15 |
| 02/26/10 | Telephone TAMPA      FL (181)328-2235 | 0.16 |
| 02/26/10 | Telephone TAMPA      FL (181)328-2235 | 1.04 |
| 02/26/10 | Telephone CLEARWATER FL (172)754-2369 | 0.08 |
| 02/26/10 | Telephone TAMPA      FL (181)378-6619 | 0.16 |

**Total Disbursements**      $18,129.55

**Total Due**      <u>$234,909.55</u>

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick, Detert, Moran & Arnold LLP | Bank: | Citibank, NA |
| Attention: Accounting Department | | One Sansome St., 24th Floor |
| 135 Main St. | | San Francisco, CA 94104 |
| 14th Floor | ABA/Routing Number: | 321 171 184 |
| San Francisco, CA 94105 | Account Number: | 200112936 |
| Reference: File Number & Invoice Number | Account Name: | Sedgwick, Detert, Moran and Arnold LLP |
| | SWIFT Code: | CITIUS33 |
| E-mail: ar@sdma.com | Reference: | File Number & Invoice Number |

## Expense Report - Transmittal Report



ER00000031642100028

**Spender** Todd E Betanzos      **From** Jan 19, 2010   **To** Jan 22, 2010      **Reimbursement Amt** 1,439.66 USD

**Report name** travel to Tampa for meetings with HDR reps

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 7 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 1/19/10 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 1/19/10 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |
| 1/19/10 | Airfare | United St... | 446.40 USD | Jennifer M. Arevalo |
| 1/21/10 | Individual Meal | United St... | 39.87 USD | Jennifer M. Arevalo |
| 1/21/10 | Group Meal | United St... | 56.00 USD | Jennifer M. Arevalo |
| 1/22/10 | Lodging | United St... | 735.84 USD | Jennifer M. Arevalo |
| 1/22/10 | Individual Meal | United St... | 32.78 USD | Jennifer M. Arevalo |

# Hilton

### Tampa Airport Westshore

2225 North Lois Avenue • Tampa, FL 33607
Phone (813) 877-6688 • Fax (813) 879-3264
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

BETANZOS, TODD
3501 WOODHAVEN DR

DALLAS, TX 752345158
US

| | | |
|---|---|---|
| Room | 1108/D2E | |
| Arrival Date | 1/19/2010 | 7:50:00PM |
| Departure Date | 1/22/2010 | |
| Adult/Child | 1/0 | |
| Room Rate | 219.00 | |
| | | |
| RATE PLAN | | LV5 |
| HH# 852767516 DIAMOND | | |
| AL:   AA  #7VW2008 | | |
| CAR: | | |

*Folio*

CONFIRMATION NUMBER : 3369689319

1/22/2010     PAGE     1

*The Hilton Family*

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/19/2010 | 1462323 | GUEST ROOM | $219.00 |
| 1/19/2010 | 1462323 | FLORIDA STATE TAX - ROOM | $15.33 |
| 1/19/2010 | 1462323 | HILLSBOROUGH CO TAX-ROOM | $10.95 |
| 1/20/2010 | 1463010 | GUEST ROOM | $219.00 |
| 1/20/2010 | 1463010 | FLORIDA STATE TAX - ROOM | $15.33 |
| 1/20/2010 | 1463010 | HILLSBOROUGH CO TAX-ROOM | $10.95 |
| 1/21/2010 | 1463343 | VALET LAUNDRY | $6.69 |
| 1/21/2010 | 1463702 | GUEST ROOM | $219.00 |
| 1/21/2010 | 1463702 | FLORIDA STATE TAX - ROOM | $15.33 |
| 1/21/2010 | 1463702 | HILLSBOROUGH CO TAX-ROOM | $10.95 |
| 1/22/2010 | 1463939 | *ROOM SERVICE | $32.78 |
| 1/22/2010 | 1463343 | SERVICE RECOVERY: REVENUE | $6.69 |
| | | **BALANCE** | $768.62 |

*Hilton HHonors*
*Points & Miles*
735.84

*You have earned approximately 13272 HHonors points for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHHonors.co*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!*

*Hilton*

*CONRAD*

*DOUBLETREE*

*EMBASSY SUITES HOTELS*

*Hampton*

*Hilton Garden Inn*

*Hilton Grand Vacations Club*

*HOMEWOOD SUITES Hilton*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|
| | | | 406155     A | |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| | | TOTAL AMOUNT | | |

U S A
Official Sponsor

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.     PAYMENT DUE UPON RECEIPT

```
           HMS HOST
            CHILI'S
   TAMPA INTERNATIONAL AIRPORT

4031 Ellen
---------------------------------
1 7 6/1      8 4 5 4      GST 2
         JAN22'10 11:31AM
---------------------------------

         **** SEAT 1 ****
   1 SODA BAR 14          2.49
       FIRST ROUND SBEV
   1 SODA BAR 14          2.49
       FIRST ROUND SBEV
   1 HOUSE SALAD          2.99
       FF RANCH
   1 GUILT CHIX ENT      10.19
       86 PARMESAN CHEE
   1 FAJITA CHIX         13.49
       ONL PICO DE GALL
     SUBTOTAL            31.65
TAX     2.22  AMOUNT     33.87
       *******  *******

     SUBTOTAL            31.65
     TAX                  2.22
     AMOUNT           $33.87

   THANK YOU FOR YOUR BUSINESS!
   TELL US ABOUT YOUR EXPERIENCE

    TIM JUUL 813-396-3983
        GENERAL MANAGER
     TIM.JUUL@HMSHOST.COM
   OR EMAIL US AT CHILI'S.COM
```

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:      8 4 5 4
TABLE:      1 7 6 / 1
SERVER:     4031 Ellen
DATE:       JAN22'10 11:44AM
CARD TYPE:  MSTRCARD  A1 5*
ACCT #:     XXXXXXXXXXXX6884
EXP DATE:   XX/XX
AUTH CODE:  47500Z
         TODD BETANZOS
```

```
TOTAL:           33.87

TIP: _____6.00_____

TOTAL: _____39.87_____

X _____
  I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
  ISSUER'S AGREEMENT.
```

*Lunch w/ Wayne Mason*





**Tampa 1/19/10**
This trip includes **flights.**
Reservation Made: 01/19/10

## Flight reservation

| | |
|---|---|
| **Orbitz record locator:**   AP270601NMRLKK0A | **Traveler(s)**     **Frequent flier details** |
| **Airline record locator:**   American Airlines - MYVCMW | TODD E BETANZOS   American Airlines AAdvantage |
| **Ticket numbers:**   not yet available | 7VW2008 |
| **Total flight cost:**   $446.40 USD | |

---

**Leave Tuesday, January 19, 2010**

**American Airlines 674**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 10min | 920 miles

Depart:   **9:10pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **12:20am**   **Tampa, FL** Tampa International (TPA)

Seat: 9A |    **Your flight is confirmed. Seat is confirmed. You may** review seats.

   **This is an overnight flight.**

---

**Return Friday, January 22, 2010**

**American Airlines 507**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 50min | 920 miles

Depart:   **12:35pm**   **Tampa, FL** Tampa International (TPA)

Arrive:   **2:25pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Seat: 10B |    **Your flight is confirmed. Seat is confirmed. You may** review seats.

---

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

8:00 - 8:15

8:10

4:10

**Farmer, Judith**

Tampa receipt.

-----Original Message-----
From: FreedomPark Reservations [mailto:reservations@freedomparkdfw.com]
Sent: Monday, January 25, 2010 10:27 AM
To: Betanzos, Todd
Cc: Sent Reservations
Subject: Airport Parking Receipt-Todd Betanzos

Freedom Park
Airport Parking Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---------|---------------|-----------------|--------------|---------------|
| 1143516 | Todd Betanzos | 1/19/2010 | 1/22/2010 | $78.77 |

Charges for AMEX ending in 1008 - personal

| Description | Qty | Rate | PreTax | Sales Tax | Airport Fee | Total |
|-------------|-----|------|--------|-----------|-------------|-------|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | $78.77 |

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * INTRODUCING: DrivenDFW, personal designated driver service * * * If you need a
trained, professional driver to drive you in YOUR VEHICLE, DrivenDFW has a driver for you
(at about half the cost of hiring a car and driver). For a night on the town, for driving
elderly but able seniors, or for driving your teens to a concert in the city, call
DrivenDFW and put your mind at ease. Visit us at our website at www.drivendfw.com. (a
FreedomPark Affliated Company)

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

* * * * Customer Copy * * * *

SIGNATURE

_Breakfast_ —
_Kobe's_ —
_Tim C. Thank you!_
_Wayne, Hank, Gayle_

TOTAL: ___56.00___

TIP: 7.36
Subtotal: 48.64

Server: 330 DONNA W
Table: E8/1
Check: 4470
Auth Code: 125332
Exp Date: XX/XX
Acct #: XXXXXXXXXXXX8884
Card Type: M.C.
Date: Jan21'10 08:09AM
FX: (813) 877-6218
PH: (813) 877-6721
Tampa, FL 33609
601 S. Dale Mabry

COFFEE SHOP
TAHITIAN INN

---

330 DONNA W

FX: (813) 877-6218
PH: (813) 877-6721
Tampa, FL. 33609
601 S. Dale Mabry

COFFEE SHOP
TAHITIAN INN

Tbl E8/1    Chk 4470    Gst 5
Jan21'10 07:34AM

| 1 2 EGG COMBO RYE | 7.25 |
| 1 GREEK OMELET WHOLE WHEAT | 8.45 |
| 1 BKFST Sand. | 6.25 |
| 1 2 EGG COMBO WHOLE WHEAT | 7.25 |
| 1 SIDE EGG 2 EGGS | 4.00 |
| 1 FRUIT CUP | 3.25 |
| 4 COFFEE | 9.00 |
| SUBTOTAL | 45.45 |
| Tax | 3.19 |
| TOTAL | 48.64 |

---

RETAIN THIS COPY FOR YOUR RECORDS

The issuer of the Card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

SALES SLIP COPY

5296481 TOTAL

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | MC | | |
| | | 20 | 00 | |

SUB TOTAL
AUTHORIZATION
DATE  1/19/10
REFERENCE NO.  368
SERVER
TAX
TIP
MISC.
ID-FOLIO / CHECK NO./LIC. NO. STATE NO. STATE REG./DEPT. CLERK

20 | 00

SIGN HERE
X

TAMPA, FL

EXPIRATION
DATE
CHECKED

5466 1600 2523 6884
1/31/42



# CHECK REQUEST
**PLEASE SUBMIT 24HRS IN ADVANCE**

DATE NEEDED: 2/3/2010          TIME NEEDED: am

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☒ INTER-OFFICE MAIL TO: Tiffiney Rogers

          NAME                           FLOOR

☐ E-MAIL WHEN READY:

          NAME                           EXT #

| CLIENT NUMBER | MATTER NUMBER | PHASE/TASK WHERE APPLICABLE |
|---|---|---|
| 10711 00202 | 1 | 1 |

CASE NAME: Tampa Bay vs. HDR

PAYEE: Clerk, US District Court /

ADDRESS: 207 N.W. Second Street

CITY: Ocala

STATE: FL          ZIP: 34475          COUNTRY:

PHONE # :          FAX # :

TYPE OF BUSINESS:          Court

              (I.E. EXPERT-MEDICAL, EXPERT-ENGINEERING, CONSULTANT-CONSTRUCTION)

PLEASE CHECK <u>ONE</u> OF THE FOLLOWING

☒ EXACT AMOUNT          $20.00

☐ NOT TO EXCEED AMOUNT

G/L ACCOUNT / TRUST # :

☐ FUNDS SHOULD COME FROM TRUST ACCOUNT

|||||| * A P 1 3 1 6 0 9 2 * ||||||

EXPLANATION (MUST BE INCLUDED): fee for Special Admission Certification

PLEASE CHECK ONE OF THE FOLLOWING:

☐ SUPPORTING DOCUMENTATION IS ATTACHED

☒ THERE IS NO SUPPORTING DOCUMENTATION

PREPARED BY: TiffineyRogers          EMPLOYEE # 3718

AUTHORIZED BY: Wayne Mason          EMPLOYEE # 2095

EXT # : 4667

DATE: 2/2/2010

**FOR ACCOUNTING USE ONLY**
64119
36102

REV. 10/2004

DL/2330664v1

## Expense Report - Transmittal Report



ER0000002985210045

Spender Wayne B. Mason          From Jan 19, 2010  To Jan 22, 2010          Reimbursement Amt 1,875.74 USD

Report name Tampa - Meeting with HDR

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 8 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 1/19/10 | Airfare | United St... | 487.40 USD | - |
| 1/20/10 | Group Meal | United St... | 102.12 USD | - |
| 1/20/10 | Individual Meal | United St... | 13.87 USD | - |
| 1/21/10 | Group Meal | United St... | 171.65 USD | - |
| 1/21/10 | Group Meal | United St... | 59.20 USD | - |
| 1/22/10 | Lodging | United St... | 773.80 USD | - |
| 1/22/10 | Taxi, Trains, o... | United St... | 168.93 USD | - |
| 1/25/10 | Parking or Tolls | United St... | 78.77 USD | - |

```
* * * * Restaurant * * * *
531 ALFREDO
------------------------------------
Tbl 27/1    Chk 482           Gst 2
          Jan21'10 06:50PM
------------------------------------
1 Mixed Green            10.00
1 1/2 Hrts Palm           5.75
1 Filet 9oz Bordelaise ($)  44.00
1 Filet 9oz              40.50
2 Iced Tea                6.50
2 Coffee                  7.00
1 Broccoli                9.00
1 Asparagus              11.50

  Subtotal              134.25
  Tax                     9.40
  Total               143.65

  Food Tax                9.40


837 Club members earned
134 points.
Not a member?
Ask your server for details.




  Receive a $50 bonus gift
card with every $250 in gift
    card purchases.

  Available now through jan 15.
  Ask your server for details!
```

```
C · L · U · B

* * * * Restaurant * * * *
Date:       Jan21'10 07:58PM
Card Type:  Visa/M.C.
Acct #:     XXXXXXXXXXXX7943
Trans Key:  CIC002166523957
Exp Date:   XX/XX
Auth Code:  736985
Check:      482
Table:      27/1
Server:     531 ALFREDO

Subtotal:        143.65
Tip:              28.
                 171.65
Total

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

C · L · U · B
```



**AVIS** We try harder

**Thank you for renting from Avis.**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 687196366 | 03352952 | E |

**MASON,WAYNE**
WIZ = HE408Y    AWD = A984200
CV - CMXXXXXXXXXXXX7943    T5
FTN AD/M610686

```
OUT TPA 19JAN10/2029 MI = 26291
IN  TPA 22JAN10/1055 MI = 26324
        33 MI@     .45 =
            HR@   33.76 =     135.00
         3 DY@   45.00 =       7.08
  *$2.36/DY SURCHG    =        1.41
  $.47/DY ERF         =       14.21
  **10.40% FEE        =         .18
  7.5% TX FF MIDY     =     157.88
  TAXABLE SUBTOT      =      11.05
  TAX 7.000%          =
  FUEL SERVICE        =
                      =      168.93
```

*Please check your car for personal effects.*

**TOTAL CHARGES**
**CONCESSION RECOVERY FEE**
*$2.01 FLA SUR -BAT/TIRES
.35/DY VEH LIC FEE RECOV
ENERGY RECOVERY FEE    .47/DY
FF MLS/PNTS EARNED    150

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

---

Panera Bread
Cafe 3340
112 N. Westshore Blvd.
Tampa, FL 33609
Phone: 813-286-7119
Fax:   813-286-7908

```
                      7:43:09 AM
1/20/2010       Cashier: Ella
Order: 248351                   3.79
  1 SIGN BACON
    1 SAN ASI BGL               1.59
1 GRANDE COFFEE                 3.79
1 SIGN BACON
    1 SAN ASI BGL               3.79
1 SIGN BACON
    1 SAN ASI BGL              12.96
        SubTotal                0.91
        Tax                    13.87

        Total                  13.87

        Master Card            13.87
        Acct:XXXXXXXX7943
        AuthCode:884016
        Trans#:5761
```

TELL US HOW WE ARE DOING
AND YOU MAY WIN $2000
GO TO WWW.PANERASURVEY.COM
OR CALL 1-877-467-8436
WITHIN 48 HOURS/ MONTHLY DRAWING
RULES AT WWW.PANERASURVEY.COM

HERE
Your Order Number is: 251
Customer / Pager:     WAYNE 79

Customer Copy

GALLERY ECLECTIC BISTRO - TAMPA
2223 N West Shore Plaza
(813)353-3838
Table Sales
(Person# 1)

Chk No   Tab  Cov  Server  Time  Date
385680   11   2    274     1:15:12 PM 1/21/2010
-------------------------------------------
2   ICED TEA
1   H.Salad alone                    5.50
      LO CAL ZINFANDEL               3.99
2   Any Grant Wrap                   0.00
      Bistro Chips                  17.00
1   + $ Gorgonzola                   0.00
1   L Jamacian Chicken               2.00
      NO Sauce                       8.99
      No Rice                        0.00
1   Any Grant Wrap                   0.00
      Bistro Chips                   8.50
      * TO GO *                      0.00
                                     0.00

SUB TOTAL
Sales Tax                          45.98
                                    3.22

TOTAL

THANK YOU      49.20
Taura

---

GALLERY ECLECTIC BISTRO - TAMPA
2223 N West Shore Plaza
(813)353-3838

Date: 1/21/2010    Time: 1:18:17 PM

Status:          Approved

Card Type:       Master Card
Card Number:     XXXXXXXXXXXX7943
Swipe/Manual:    Swipe
Server ID:       274
Server Name:     Taura
Check Number:    385680
Tab Number:      11
Profit Center:   Table Sales
Number Of Covers: 2
Persons:         1
Card Owner:      mason/wayne b

AMOUNT    49.20

TIP       10

TOTAL     55.20

Approval: 841200

*** Customer Copy ***

VISIT OUR WEBSITE AT WWW.THEGALLERYBISTRO.COM

Mitchell's Fish Market
204 Westshore Plaza Blvd
Tampa, FL 33609
813-289-3663

Server: Anthony          DOB: 01/20/2010
01:13 PM                      01/20/2010
Table 54/1                    5/50006

M/C                           4194308
Card #XXXXXXXXXXXX7943
Magnetic card present: MASON WAYNE B
Approval: 6168*2

Amount:          85.12

Tip: _____

Total: __102.12__

X_____

Guest Copy

Mitchell's Fish Market
204 Westshore Plaza Blvd
Tampa, FL 33609
813-289-3663

Server: Anthony              01/20/2010
Table 54/1                      1:10 PM
Guests: 4                        50006

Iced Tea (3 @2.50)                7.50
Scallops                         13.95
Crabcake Sandwich                12.95
House Salad                       6.25
Sea Bass                         18.95
Sea Bass                         19.95
  Cedar Style

Subtotal                         79.55
Tax                               5.57

Total                            85.12

Balance Due                    85.12

Thank You For Your Business
Visit Our Website at:
www.MitchellsFishMarket.com
Coming in February:
LOBSTER SENSATIONS

# Hilton
**Tampa Airport Westshore**

| Name & Address |
| --- |

MASON, WAYNE
8722 SANSHIRE AVE

DALLAS, TX 752314734
US

| | |
| --- | --- |
| Room | 1109/K1E |
| Arrival Date | 1/19/2010 |
| Departure Date | 1/22/2010 |

8:43:00PM

| | |
| --- | --- |
| Adult/Child | 1/0 |
| Room Rate | 219.00 |

RATE PLAN
HH# 422115705 SILVER
AL:
CAR:

LV5

*Folio*

CONFIRMATION NUMBER : 3365103332

1/22/2010    PAGE        1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 1/19/2010 | 1462195 | *ROOM SERVICE | $37.96 |
| 1/19/2010 | 1462324 | GUEST ROOM | $219.00 |
| 1/19/2010 | 1462324 | FLORIDA STATE TAX - ROOM | $15.33 |
| 1/19/2010 | 1462324 | HILLSBOROUGH CO TAX-ROOM | $10.95 |
| 1/20/2010 | 1463011 | GUEST ROOM | $219.00 |
| 1/20/2010 | 1463011 | FLORIDA STATE TAX - ROOM | $15.33 |
| 1/20/2010 | 1463011 | HILLSBOROUGH CO TAX-ROOM | $10.95 |
| 1/21/2010 | 1463703 | GUEST ROOM | $219.00 |
| 1/21/2010 | 1463703 | FLORIDA STATE TAX - ROOM | $15.33 |
| 1/21/2010 | 1463703 | HILLSBOROUGH CO TAX-ROOM | $10.95 |
| 1/22/2010 | 1463978 | MC *7943 | ($773.80) |
| | | BALANCE | $0.00 |

*The Hilton Family*

*Hilton*

*CONRAD*

*DOUBLETREE*

*EMBASSY SUITES HOTELS*

*Hampton*

*Hilton Garden Inn*

*Hilton Grand Vacations Club*

*HOMEWOOD SUITES Hilton*

*U S A* *Official Sponsor*

You have earned approximately 7991 HHonors points and approximately 694 miles with American Airlines for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hil

Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| --- | --- | --- | --- | --- |
| MC *7943 | | 01/19/10 20:43:00 | 406097 | A |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| MASON, WAYNE | | 495646 | | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| | | TOTAL AMOUNT | -773.80 | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.          PAYMENT DUE UPON RECEIPT

## Garner, Lavella

**From:**  Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:**  Tuesday, January 19, 2010 9:47 AM
**To:**  Mason, Wayne B.
**Subject:** Your Trip Information - Tampa 1/19/10

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 1/19/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

**A hotel reservation has been added.**
**A car reservation has been added.**

## Your current trip information - Tampa 1/19/10
This trip includes **flights, hotel and car rental**.

### Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601N6CWDX0A |
| Airline record locator: | American Airlines - LNLVHM |
| Ticket numbers: | 0017837698016 |
| Total flight cost: | $494.40 USD |

| Traveler(s) | Frequent flier details | |
|---|---|---|
| WAYNE B MASON | American Airlines AAdvantage | M610686 |

**Leave Tuesday, January 19, 2010**

**American Airlines 1316** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles
Depart:  **5:00pm**  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:  **8:15pm**  **Tampa, FL**  Tampa International (TPA)
**Seat:** 21E | Your flight is confirmed. Seat is confirmed. You may review seats.

**Return Friday, January 22, 2010**

**American Airlines 507** Economy | McDonnell Douglas MD-80 (M80) | 2hr 50min | 920 miles
Depart:  **12:35pm**  **Tampa, FL**  Tampa International (TPA)
Arrive:  **2:25pm**  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
**Seat:** 10B | Your flight is confirmed. Seat is confirmed. You may review seats.

## Hotel reservation

**Orbitz Record Locator:** N745L7
**Hotel Confirmation number:** 3365103332NONMKINGCONF
**Reservation made for:** Wayne Mason
**Loyalty programs:** Hilton HHonors  422115705
**Total charges :** 657.00 USD (taxes not included)

| | | |
|---|---|---|
| **Hilton Tampa Airport Westshore** | 2225 North Lois Avenue<br>Tampa, FL  33607-2355 | **Phone:** 1-813-877-6688<br>**Fax:** 1-813-879-3264 |
| Check-in: | Tue, Jan 19, 2010 | 1500 |
| Check-out: | Fri, Jan 22, 2010 | 1200 |

**Room description:** Best available rate 1 king bed executive floor nonsmoking lounge access w continental brkfst mon-fri

## Car rental reservation

**Confirmation number:** 00625739US2
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y
**Daily rate:** $45.00*

| **Avis** | **Midsize** | |
|---|---|---|
| Pick-up | **Tue, Jan 19, 2010 9:00 PM EST** | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212 |
| Drop-off | **Fri, Jan 22, 2010 11:30 AM EST** | drop-off location same as pick-up location listed above |

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $487.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Total** | **$494.40 USD** |

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

### Hotel cost summary

| Room rate | Tue | Wed | Thu |
|---|---|---|---|
| Jan 19-Jan 21 | $219 | $219 | $219 |
| Applicable taxes: | | 1 ADULT TAX: 12.00 PCT PER ROOM PER NIGHT (not included) | |
| Total room cost: | | $657.00 | |
| **Total charges*** | | **$657.00** | |

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

1/19/2010

| Amount payable at hotel: | $657.00 (taxes not included) |
| Amount charged to your credit card: | $0.00 USD |

**Taxes not included. 1 ADULT TAX: 12.00 PCT PER ROOM PER NIGHT

*Note: Hotel cost displayed above does not include hotel taxes and fees.

## Car rental cost summary

| Total | $168.72 USD* |
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental** Car rental estimate including taxes and fees | **$168.72 USD** |

*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

This is an alternate corporate rate

# Trip reference field information

## Flight
**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

## Hotel
**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

## Car
**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "**My Trips**" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

1/19/2010

**Garner, Lavella**

**From:** Mason, Wayne B.
**Sent:** Saturday, January 23, 2010 7:06 AM
**To:** Garner, Lavella
**Subject:** Fwd: Airport Parking Receipt-Wayne Mason

Wayne B. Mason
Sedgwick, Detert, Moran & Arnold LLP
wayne.mason@sdma.com | 469.227.4602 direct

1717 Main Street, Suite 5400
Dallas, TX 75201

Begin forwarded message:

> **From:** "FreedomPark Reservations" <reservations@freedomparkdfw.com>
> **Date:** January 22, 2010 11:15:44 PM CST
> **To:** "wayne.mason@sdma.com" <wayne.mason@sdma.com>, "lavella.garner@sdma.com"
> <lavella.garner@sdma.com>
> **Cc:** "Sent Reservations" <reservations_sent@freedomparkdfw.com>
> **Subject: Airport Parking Receipt-Wayne Mason**
>
> Freedom Park
> Airport Parking Services
> Airport Parking Receipt
>
> Control   Customer Name   Departure Date:   Return Date:   Total Charge:
> 1143397   Wayne Mason    1/19/2010          1/22/2010      $78.77
>
> Charges for MasterCard ending in 7943 - primary
>
> Description   Qty   Rate    PreTax   Sales Tax   Airport Fee   Total
> Parking         3    $22.00  $66.00   $5.45       $7.33        $78.77
>
> Your charges have been billed to your credit card(s) noted above.
> Should you have any questions about these charges, please call us at 972-252-2500.
>
> THANK YOU FOR USING FREEDOMPARK
>
> * * * INTRODUCING: DrivenDFW, personal designated driver service * * * If you need a
> trained, professional driver to drive you in YOUR VEHICLE, DrivenDFW has a driver for
> you (at about half the cost of hiring a car and driver). For a night on the town, for driving
> elderly but able seniors, or for driving your teens to a concert in the city, call DrivenDFW
> and put your mind at ease. Visit us at our website at www.drivendfw.com. (a FreedomPark
> Affliated Company)

2/8/2010

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX 75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

Expense Report - Transmittal Report



ER00000029852100046

**Spender** Wayne B. Mason          From Feb 1, 2010   To Feb 1, 2010          Reimbursement Amt 614.69 USD

**Report name** Denver - meet with Steve Vick

**Expense Report Information :**

| | | | | |
|---|---|---|---|---|
| Number of expenses | 5 | Audit required | Yes | |
| Number of receipts to submit | 4 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 1/29/10 | Airfare | United St... | 533.40 USD | - |
| 1/29/10 | Other Travel - ... | United St... | 7.00 USD | - |
| 2/1/10 | Group Meal | United St... | 28.03 USD | - |
| 2/2/10 | Parking or Tolls | United St... | 26.26 USD | - |

**Wolfgang Puck Express**
Concourse B Mezzanine Level
PO Box 49310
Denver, CO 80249
(303) 342-8469

| Server: Guille | 02/01/2010 |
| Fast Close/1 | 12:14 PM |
| Guests: 5 | 920189 |

| Aspen Water (2 @2.75) | 5.50 |
| BBQ Chicken Sandwich | 7.99 |
| Crystal Geyser | 1.65 |
| 1/2 Rotisserie Chicken | 10.79 |

| Subtotal | 25.93 |
| Tax | 2.10 |

| Total | 28.03 |

| M/C #XXXXXXXXXXXXX7943 | 28.03 |
| Auth:878643  Exp 0812 | |

+ Tip: _____

= Total: _____

X_____

**Balance Due          0.00**

---

ıick

tor

ess
Level

9

)B: 02/01/2010
02/01/2010
92/920189

96469183

WAYNE B

$ 28.03

I you
);
om

## Garner, Lavella

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Friday, January 29, 2010 4:59 PM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - Denver 2/1/10 |





Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Denver 2/1/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

### Your current trip information - Denver 2/1/10
This trip includes **flights**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601W7RQTE0A |
| **Airline record locator:** | American Airlines - NTBTSQ |
| **Ticket numbers:** | 0017838768039 |
| **Total flight cost:** | $540.40 USD |

| Traveler(s) | **Frequent flier details** | |
|---|---|---|
| WAYNE MASON | American Airlines AAdvantage | M610686 |

**Leave Monday, February 1, 2010**

**American Airlines 393** Economy | McDonnell Douglas MD-80 (M80) | 2hr 5min | 650 miles

Depart: **6:30am  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive: **7:35am  Denver, CO**  Denver International (DEN)

**Seat:** 12B | Your flight is confirmed. Seat is confirmed. You may review seats.

**Return Monday, February 1, 2010**

**American Airlines 1650** Economy | McDonnell Douglas MD-80 (M80) | 1hr 55min | 650 miles

Depart: **3:45pm  Denver, CO**  Denver International (DEN)
Arrive: **6:40pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

**Seat:** 20B | Your flight is confirmed. Seat is confirmed. You may review seats.

## Cost summary and billing information

### Flight cost summary

Airfare, WAYNE MASON (Adult)  $533.40

**Orbitz for Business fees**
Online transaction fee  $7.00

| Total | **$540.40 USD** |

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711.000001

Visit "My Trips" to view, update or cancel any segment of your trip or
Traveler Update to get real-time travel tips and airport status. You can
also look up your itinerary and flight status on your mobile phone at
ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from
outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

### Great rates


Add a Flight
Add a Car
Add a Hotel

2/8/2010

**Garner, Lavella**

Freedom Park
Airport Parking Services
Airport Parking Receipt

Control    Customer Name   Departure Date:   Return Date:   Total Charge:
1146969    Wayne Mason     2/1/2010          2/1/2010       $26.26

Charges for MasterCard ending in 7943 - primary

Description   Qty   Rate      PreTax     Sales Tax  Airport Fee  Total
Parking       1     $22.00    $22.00     $1.82      $2.44        $26.26

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * INTRODUCING: DrivenDFW, personal designated driver service * * * If you need a
trained, professional driver to drive you in YOUR VEHICLE, DrivenDFW has a driver for you
(at about half the cost of hiring a car and driver). For a night on the town, for driving
elderly but able seniors, or for driving your teens to a concert in the city, call
DrivenDFW and put your mind at ease. Visit us at our website at www.drivendfw.com. (a
FreedomPark Affliated Company)

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

## Expense Report - Transmittal Report



ER00000029852100047

**Spender** Wayne B. Mason          **From** Jan 25, 2010  **To** Jan 29, 2010          **Reimbursement Amt** 3,558.69 USD

**Report name** HDR/California/Tampa/Boston

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 25 | Audit required | Yes |
| Number of receipts to submit | 24 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 1/21/10 | Airfare | United St... | 1,529.79 USD | - |
| 1/25/10 | Individual Meal | United St... | 73.28 USD | - |
| 1/25/10 | Lodging | United St... | 329.37 USD | - |
| 1/25/10 | Taxi, Trains, o... | United St... | 48.20 USD | - |
| 1/25/10 | Individual Meal | United St... | 11.64 USD | - |
| 1/26/10 | Individual Meal | United St... | 31.55 USD | - |
| 1/26/10 | Group Meal | United St... | 124.26 USD | - |
| 1/26/10 | Parking or Tolls | United St... | 31.90 USD | - |
| 1/26/10 | Airfare | United St... | 25.00 USD | - |
| 1/26/10 | Individual Meal | United St... | 3.13 USD | - |
| 1/26/10 | Other Travel - ... | United St... | 32.42 USD | - |
| 1/26/10 | Group Meal | United St... | 62.20 USD | - |
| 1/27/10 | Individual Meal | United St... | 20.50 USD | - |
| 1/27/10 | Lodging | United St... | 239.20 USD | - |
| 1/27/10 | Taxi, Trains, o... | United St... | 29.40 USD | - |
| 1/27/10 | Group Meal | United St... | 85.20 USD | - |
| 1/27/10 | Taxi, Trains, o... | United St... | 94.77 USD | - |
| 1/28/10 | Lodging | United St... | 227.01 USD | - |
| 1/28/10 | Individual Meal | United St... | 37.82 USD | - |
| 1/28/10 | Lodging | United St... | 239.20 USD | - |
| 1/29/10 | Individual Meal | United St... | 20.50 USD | - |
| 1/29/10 | Taxi, Trains, o... | United St... | 18.40 USD | - |
| 1/29/10 | Group Meal | United St... | 108.28 USD | - |
| 2/1/10 | Parking or Tolls | United St... | 131.29 USD | - |

# LE MERIDIEN
## SAN FRANCISCO
333 BATTERY STREET, SAN FRANCISCO, CA 94111 USA
T +1 415-296-2900
F +1 415-296-2901
lemeridien.com/sanfrancisco

*Le* **MERIDIEN**

---

GUEST / CLIENT

Wayne Mason

,

| | |
|---|---|
| ROOM / CHAMBRE | 1101 |
| RATE / TARIF | 325.00 |
| # PERS. / Nº PERS. | 1 |
| FOLIO / DOSSIER | 338190   A |
| PAGE | 1 |
| ARRIVE / ARRIVEE | 25-JAN-10   10:47 |
| DEPART / DEPART | 26-JAN-10   06:13 |
| PAYMENT / PAIEMENT | |

TRAVEL AGENT / CHARGE TO
AGENT DE VOYAGE / PORTER A Solution
Traverls Inc DBA
Suite 200
801 Royal Parkway
Nashville, TN 37214-3746

| DATE | REFERENCE / REFERENCE | DESCRIPTION | CHARGES / CREDITS | DEBIT / CREDIT |
|---|---|---|---|---|
| 25-JAN-10 | 5024 | In Room Dining | | 73.28 |
| 26-JAN-10 | 5097 | In Room Dining | | 31.55 |
| 26-JAN-10 | RT1101 | Retail | | 285.00 |
| 26-JAN-10 | RT1101 | Occupancy Tax | | 39.90 |
| 26-JAN-10 | RT1101 | Tourism Tax | | 0.19 |
| 26-JAN-10 | RT1101 | County Tax | | 4.28 |
| 26-JAN-10 | MC | Mastercard | | 434.20- |
| | | Balance Due | 0.00- | |

EXPENSE REPORT SUMMARY

| Date | Service | Room | Tax | Outlets | Telephone | Parking | Misc |
|---|---|---|---|---|---|---|---|
| 25-JAN-10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26-JAN-10 | 0.00 | 285.00 | 44.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 285.00 | 44.37 | 0.00 | 0.00 | 0.00 | 0.00 |

| Date | RS Food | RS Bev | PG Food | PG Bev | Food Tax | Tips | 333 Bev |
|---|---|---|---|---|---|---|---|
| 25-JAN-10 | 56.00 | 0.00 | 0.00 | 0.00 | 6.36 | 10.92 | 0.00 |
| 26-JAN-10 | 24.50 | 0.00 | 0.00 | 0.00 | 2.74 | 4.31 | 0.00 |
| Total | 80.50 | 0.00 | 0.00 | 0.00 | 9.10 | 15.23 | 0.00 |

| Date | RS Deliv | 333 Food | Other | Total | Payment |
|---|---|---|---|---|---|
| 25-JAN-10 | 0.00 | 0.00 | 0.00 | 73.28 | 0.00 |
| 26-JAN-10 | 0.00 | 0.00 | 0.00 | 360.92 | 434.20- |
| Total | 0.00 | 0.00 | 0.00 | 434.20 | 434.20- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 715
Starpoints for this visit A50767672079

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.
J'assume l'entière responsabilité du paiement du présent compte si l'entreprise
ou un autre tiers ne paie pas une partie ou la totalité des frais.

SIGNATURE _____


| 4108 | MASON/WAYNE | 199.00 | 01/27/10 | 12:00 | 2286 |
|------|-------------|--------|----------|-------|------|
| Room | Name | Rate | Depart | Time | ACCT# |
| NKG | SEDGEWICK | | 01/26/10 | 17:40 | |
| Type | | | Arrive | Time | |
| 113 | | | | | |

Room Clerk    Address                    Payment

**MR#: XXXXX4095**

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 01/26 | JWSSTEAK | 39534108 | 124.26 | | |
| 01/26 | VALETGST | VALET1 | 29.00 | | |
| 01/26 | PRKG TAX | VALET1 | 2.90 | | |
| 01/26 | ROOM | 4108, 1 | 199.00 | | |
| 01/26 | TAX | 4108, 1 | 27.86 | | |
| 01/26 | CA FEE | 4108, 1 | .15 | | |
| 01/27 | MC CARD | | | $383.17 | |

SETTLED TO:        MASTERCARD        CURRENT BALANCE  .00

THANK YOU FOR CHOOSING THE LOS ANGELES AIRPORT MARRIOTT!
FOR A QUICK CHECK-OUT, PLEASE DIAL '88' ON YOUR PHONE, OR
PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT.

------------------- EXP. REPORT SUMMARY -------------------
| 01/26 | F&B | 124.26 |
|-------|-----|--------|
| | PARKING | 29.00 |
| | PRKG TAX | 2.90 |
| | ROOM&TAX | 227.01 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM


Tell a friend about Marriott Rewards, you'll both get 1,000 points
when they stay -- up to five friends, five stays each.
That's up to 25,000 points for you. Refer Friends, Get Points!
See details at MarriottRewards.com/Friend

Register by March 31 to earn up to 25,000 MegaBonus points!
Earn bonus points for stays between February 1 and April 30, 2010
at over 3,100 participating properties around the world.
Register now at MarriottRewards.com/MegaBonus or 888-MARRIOTT

Marriott Rewards Account # XXXXX4095
Date 01/26/10-01/27/10 Est. Eligible Revenue        $352.26
Est. base Points Earned: 3523
For account activity: 801-468-4000 or www.Marriott.com

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____





♻ Contains 30% post consumer fibers

To secure your next stay, go to Marriott.com

## Garner, Lavella

**From:** Mason, Wayne B.
**Sent:** Monday, January 25, 2010 9:57 AM
**To:** Garner, Lavella
**Subject:** FW: Your GOGO Purchase Receipt [2]

Charge to HDR

**Wayne B. Mason**
wayne.mason@sdma.com | 469.227.4602 *direct*

Sedgwick
DETERT, MORAN & ARNOLD LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *ph* | 469.227.8004 *fx* | www.sdma.com
-----Original Message-----
**From:** Gogo Customer Care [mailto:customercare@gogoinflight.com]
**Sent:** Monday, January 25, 2010 9:54 AM
**To:** Mason, Wayne B.
**Cc:** support@gogoinflight.com
**Subject:** Your GOGO Purchase Receipt [2]



Thanks for your purchase. We hope to see you again the next time you're on a flight with Gogo, Inflight Internet.

Happy Travels,
Gogo

| Billed To: | Order Summary: | |
|---|---|---|
| Wayne B. Mason | Order Number | 2 |
| 1717 MAIN ST | Receipt Date | 01/25/2010 |
| DALLAS, TX, 75201 | Payment | Master : xxxx 7943 |
| | | |
| Username: wbm1 | **Gogo 30 Day Pass** | **-$ 29.95** |
| Airline: AAL | Promotion | -$ 0.00 |
| Session start time: 10:53 AM EST | Tax | $ 2.47 |

**Total**                                  **$ 32.42**

**Have any questions or concerns?**
Please visit Gogo customer care to view our FAQs,
send us an email at customercare@gogoinflight.com
or give us a call at 1-877-350-0038 when you're on the ground.

Community, fun and games with Gogo:    

©2009 Aircell, all rights reserved. Gogo and *-)- are registered trademarks of Aircell LCC and its affiliates

**Garner, Lavella**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Saturday, January 30, 2010 12:12 AM |
| **To:** | Mason, Wayne B.; Garner, Lavella |
| **Cc:** | Sent Reservations |
| **Subject:** | Airport Parking Receipt-Wayne Mason |

Freedom Park
Airport Parking Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---|---|---|---|---|
| 1144626 | Wayne Mason | 1/25/2010 | 1/29/2010 | $131.29 |

Charges for MasterCard ending in 7943 - primary

| Description | Qty | Rate | PreTax | Sales Tax | Airport Fee | Total |
|---|---|---|---|---|---|---|
| Parking | 5 | $22.00 | $110.00 | $9.08 | $12.21 | $131.29 |

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * INTRODUCING: DrivenDFW, personal designated driver service * * * If you need a
trained, professional driver to drive you in YOUR VEHICLE, DrivenDFW has a driver for you
(at about half the cost of hiring a car and driver). For a night on the town, for driving
elderly but able seniors, or for driving your teens to a concert in the city, call
DrivenDFW and put your mind at ease. Visit us at our website at www.drivendfw.com. (a
FreedomPark Affliated Company)

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

## Garner, Lavella

**From:**    Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:**    Friday, January 22, 2010 12:31 PM
**To:**      Mason, Wayne B.
**Subject:** Your Trip Information - San Francisco 1/25/10



Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **San Francisco 1/25/10**:

**A hotel reservation has been added.**

## Your current trip information - San Francisco 1/25/10
This trip includes **flights, hotel and car rental**.

### Flight reservation

| | | |
|---|---|---|
| **Orbitz record locator:** | AP270601LM6W1C0A | ▦ Reason required |
| **Airline record locator:** | United Airlines - LM6W1C | |
| | American Airlines - NABBGL | You have choosen a fare amount |
| **Ticket numbers:** | 0017838189369 | that requires a reason for |
| **Total flight cost:** | $1,551.79 USD | purchase. |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| WAYNE B MASON | American Airlines AAdvantage | M610686 |
| | United Airlines Mileage Plus | 00122183343 |

---

**Flight 1: Monday, January 25, 2010**

**American Airlines 1077** Economy | McDonnell Douglas MD-83 (M83) | 4hr 0min | 1468 miles
Depart:   **7:40am   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:   **9:40am   San Francisco, CA** San Francisco International (SFO)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**
   Upgrade requested.

---

**Flight 2: Tuesday, January 26, 2010**

**United Airlines 6343** Economy | Canadair Regional Jet 700 (CR7) | 1hr 26min | 373 miles
Operated by: UNITED EXPRESS/SKYWEST AIRLINES . Please check in with the operating carrier.
Depart:   **8:02am   San Francisco, CA** San Francisco International (SFO)
Arrive:   **9:28am   Santa Ana, CA** Santa Ana John Wayne (SNA)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

**Flight 3: Wednesday, January 27, 2010**

**American Airlines 222** Economy | Boeing 767-300 Passenger (763) | 5hr 30min | 2606 miles
Depart: **7:25am Los Angeles, CA** Los Angeles International (LAX)
Arrive: **3:55pm Boston, MA** Boston Logan International (BOS)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**
  **Upgrade requested.**

**Flight 4: Friday, January 29, 2010**

**American Airlines 1625** Economy | Boeing 757 Passenger (757) | 4hr 30min | 1556 miles
Depart: **8:20am Boston, MA** Boston Logan International (BOS)
Arrive: **11:50am Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**
  **Upgrade requested.**

## Hotel reservation

**Orbitz Record Locator:** LJNWPI
**Hotel Confirmation number:** C064556209
**Reservation made for:** Wayne Mason
**Loyalty programs:** Starwood Preferred Guest  A50767672079
**Total charges :** 285.00 USD (taxes not included)

| Le Meridien San Francisco | 333 Battery Street<br>San Francisco, CA  94111 | Phone: 1 415 296-2900<br>Fax: 1 415 296-2901 |
|---|---|---|
| Check-in:  **Mon, Jan 25, 2010** | 3:00 PM | |
| Check-out:  **Tue, Jan 26, 2010** | 12:00 PM | |

**Room description:** 1K bed : le meridien passport classic non-smoking room:32 inch flat screen lcd tv:wi-fi internet for a fee:24hr access
An understated 400 sq ft with subtle granite and marblebathrooms inspired architecture and integrated technology

## Hotel reservation

**Orbitz Record Locator:** P8QMG2
**Hotel Confirmation number:** 81854040
**Reservation made for:** Wayne Mason
**Loyalty programs:** Marriott Rewards   911634095
**Total charges :** 199.00 USD (taxes not included)

| Los Angeles Airport Marriott | 5855 West Century Boulevard<br>Los Angeles, CA  90045 | Phone: 1 310 641-5700<br>Fax: 1 310 337-5358 |
|---|---|---|
| Check-in:  **Tue, Jan 26, 2010** | 3:00 PM | |
| Check-out:  **Wed, Jan 27, 2010** | 12:00 PM | |

**Room description:** Corporate rate guest room, 1 king or 2 double
1 King or 2 double, 260sqft 23sqm-350sqft 32sqm, wireless internet for a fee, wired internet for a fee max occupancy- 4 guests

## Hotel reservation

**Orbitz Record Locator:** LST1X6
**Hotel Confirmation number:** 11536SY132567

2/8/2010

**Reservation made for:** Wayne Mason
**Total charges :** 418.00 USD (taxes not included)

| | | |
|---|---|---|
| **Millennium Bostonian Hotel Boston** | 26 North Street At Faneuil Hall Marketplace<br>Boston, MA 02109 | **Phone:** 1 617-523-3600<br>**Fax:** 1 617-523-2454 |

| | | |
|---|---|---|
| Check-in: | **Wed, Jan 27, 2010** | 3:00 PM |
| Check-out: | **Fri, Jan 29, 2010** | 12:00 PM |

**Room description:** Best available rate std 1kb -boston city views-dynasty plush beds- frette linens-hsia-40 lcd tv
Std 1kb -boston city views-dynasty plush beds- frette linens-hsia-40 lcd tv

## Car rental reservation

**Confirmation number:** 00922516US0
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y
**Daily rate:** $60.00*

| Avis | Midsize | |
|---|---|---|
| **Pick-up** | **Tue, Jan 26, 2010 10:00 AM PST** | Santa Ana John Wayne (SNA) (in terminal)<br>**Phone:** 949-660-5200<br>800-331-1212<br>**Hours:** 6:00 am - 11:30 pm |
| **Drop-off** | **Wed, Jan 27, 2010 7:00 AM PST** | Los Angeles International (LAX) (in terminal)<br><br>**Phone:** 310-342-9200<br>800-331-1212<br>**Hours:** Open 24 hours |

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $1,529.79 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total** | **$1,551.79 USD** |

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

### Hotel cost summary

| Room rate | Mon | |
|---|---|---|
| Jan 25 | $285 | |
| Total room cost: | | $285.00 |
| **Total charges*** | | **$285.00** |

| | |
|---|---|
| Amount payable at hotel: | $285.00 (taxes not included) |
| Amount charged to your credit card: | $0.00 USD |

*Note: Hotel cost displayed above does not include hotel taxes and

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

fees.

## Hotel cost summary

| Room rate<br>Jan 26 | Tue<br>$199 | |
|---|---|---|
| Applicable taxes: | | TAXES: 28.01 USD<br>(not included) |
| Total room cost: | | $199.00 |
| **Total charges*** | | **$199.00** |

| Amount payable at hotel: | $199.00 (taxes not included) |
|---|---|
| Amount charged to your credit card: | $0.00 USD |

**Taxes not included. TAXES: 28.01 USD

*Note: Hotel cost displayed above does not include hotel taxes and fees.

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

## Hotel cost summary

| Room rate<br>Jan 27-Jan 28 | Wed<br>$209 | Thu<br>$209 |
|---|---|---|
| Applicable taxes: | | CITY TAX 6 PERCENT (not included) |
| Total room cost: | | $418.00 |
| **Total charges*** | | **$418.00** |

| Amount payable at hotel: | $418.00 (taxes not included) |
|---|---|
| Amount charged to your credit card: | $0.00 USD |

**Taxes not included. CITY TAX 6 PERCENT

*Note: Hotel cost displayed above does not include hotel taxes and fees.

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

## Car rental cost summary

| Total | $77.87 USD* |
|---|---|
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental**<br>Car rental estimate including taxes and fees | **$77.87 USD** |

*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.



## MILLENNIUM
### BOSTONIAN HOTEL
#### BOSTON

**INFORMATION INVOICE**

| | | | | |
|---|---|---|---|---|
| Membership No. | : | Room No. | : | 236 |
| A/R Number | : | Arrival | : | 01-27-10 |
| Group Code | : | Departure | : | 01-29-10 |
| Company Name | : | Page No. | : | 1 of 2 |
| | | Folio No. | : | |
| | | Conf. No. | : | 3291199 |
| | | TA Record Locator : | | |

**Wayne Mason**
**8722 Sanshire Ave**
**Dallas TX 75231**
**United States**

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 01-27-10 | Rm Svc Lunch Food | 20.50 | |
| | CHECK# 1386 | | |
| 01-27-10 | Best Available Rate | 209.00 | |
| 01-27-10 | Sales Tax Rooms - State | 11.91 | |
| 01-27-10 | Sales Tax Rooms - City | 12.54 | |
| 01-27-10 | Sales Tax Rooms - Convention | 5.75 | |
| 01-28-10 | Rm Svc Food | 29.88 | |
| | CHECK# 1414 | | |
| 01-28-10 | Refreshment Center | 7.94 | |
| | Room# 236 : CHECK# 36942 Fiji Bottled Water 1 | | |
| 01-28-10 | Best Available Rate | 209.00 | |
| 01-28-10 | Sales Tax Rooms - State | 11.91 | |
| 01-28-10 | Sales Tax Rooms - City | 12.54 | |
| 01-28-10 | Sales Tax Rooms - Convention | 5.75 | |
| 01-29-10 | Rm Svc Food | 20.50 | |
| | CHECK# 1453 | | |
| | **Total** | **557.22** | **0.00** |
| | **Balance** | **557.22 USD** | |



# MILLENNIUM
## BOSTONIAN HOTEL
### BOSTON

**INFORMATION INVOICE**

| | |
|---|---|
| Membership No. | : |
| A/R Number | : |
| Group Code | : |
| Company Name | : |

| | | |
|---|---|---|
| Room No. | : | 236 |
| Arrival | : | 01-27-10 |
| Departure | : | 01-29-10 |
| Page No. | : | 2 of 2 |
| Folio No. | : | |
| Conf. No. | : | 3291199 |
| TA Record Locator : | | |

**Wayne Mason**
**8722 Sanshire Ave**
**Dallas TX 75231**
**United States**

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|

**Guest Signature:** _____

*Log on to www.millenniumhotels.com to get your Best Rate Guarantee*

## UNITED

26JAN10 SFOGS 86190-6
AGENT ID: U169846

**BAGGAGE PAYMENT**
**CUSTOMER RECEIPT**

016 4513600650

**CUSTOMER: MASON/WAYNEB**
**TKT NBR: 001 7838189369**     CPN: 1     ORIGIN: SFO     DESTINATION: SNA
**ITEMS:**
    25.00     BAG1 FEE

## UNITED
MASON/WAYNEBMR

SANTA ANA/JOHN WAYNE
SNA UA 6343 /26 01-26
06:45
5E0081

FORM OF PAYMENT:     CAXXXXXXXXXXXX7943 XXXX
ADDITIONAL REMARKS:

| CPN | DOCUMENT NUMBER | CK |
|-----|-----------------|-----|
| 1 016 4513600650 0 | | |

3016UA-740269

TOTAL     USD25.00

LM6W1C     SFOU169846

---

6IX PARK GRILL
IRVINE
HAVE A NICE DAY!
CHECK:     6 1 1 2
TABLE:     4 3 / 1
SERVER:    147 JAVIER T
DATE:      JAN26'10 12:41PM
CARD TYPE: MASTERCARD
ACCT #:    XXXXXXXXXXXX7943
EXP DATE:  XX/XX
AUTH CODE: 496178
RESEARCH:  000000000000
           WAYNE B MASON

TOTAL:          52.20

TIP: _____ 10 ____

TOTAL: _____ 62.20 ____

CUSTOMER SIGNATURE

WE WELCOME YOUR COMMENTS
CALL US AT 949-225-6666

---

Guava and Java

Check 262
Carmen .          1/25/2010
Dine In           10:10 AM

LG Bottled Water          2.79

Subtotal                  2.79
Sales Tax                 0.26
CRV 8 Tax                 0.08

TOTAL                     3.13

Mastercard               -3.13
  Acct. XXXXXXXXXXXX7943
Approval 925843
CHANGE DUE               0.00

HAVE A GREAT DAY

```
RIDE RECEIPT
  - DESOTO CAB -
  CAB #      0265
  D-ID #  B****927
  TRIP #   10898
  DATE   01/25/10
  RATE USED:     1
  PASSENGERS:    1
  START END  MILES
  10:22 10:46  14.4
  FARE:      38.20
  EXTRA:      2.00
  TOLLS:      0.00
  TIP:        8.00
  TOTAL:     48.20

  CARD #:     7943
  AP #:     241910
  CC CARD RECEIPT

   - DESOTO CAB -
   - SAN FRANCISCO
   (415) 970-1300
```

```
FRIDAY'S #0804 **
W AIRPORT
Jan25'10 0...04M
NAL D GATE-33
MASTERCARD
XXXXXXXXXXXXX7943

Date:
Card Type:
Acct #:
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    CTC002180228070
Auth Code:    889:49
Check:        3594
Table:        32/1
Server:       38 BLANCA M

Subtotal:            8.64

                     3.

TIP         $ /1.6 (

TOTAL       $

        ** GUEST COPY **
```

```
**TGI FRIDAY'S #0804 **
      DFW AIRPORT
  TERMINAL D GATE-33

38 BLANCA M

Tbl 32/1      Chk 3594      Gst 1
           Jan25'10 06:51AM
          *** Memo Check ***

                    Seat:2

1 COFFEE                    2.49
1 EGGS W MEAT CH SCRMBL Sub   5.49
 SPLIT OPEN INFO WHEAT NO
 HASHBROWN
 Food                      7.98
 Tax                       0.66

  ...EN Amt. Due           8.64

EVERYONE LOOKS FORWARD TO
    TGI FRIDAYS!!!!!
```

```
 .CITY OF BOSTON.
 -CREDIT RECEIPT-
   PASSENGER COPY
 HACK#: 00004029
 CAB#:      511
 DATE:  1/27/2010
 ST.TIME:   15:52
 END TIME:  16:02
 TRIP#:      5935
 DIST :  5.10 MI
 FARE :  $ 17.00
 EXTRA : $  7.50
 TIP  : $  4.90
 GR.TOT: $ 29.40
 CARDNUMBER: 7943
 AUTH#:    968523
 HACKNEY CARRIAGE
 (617) 536-TAXI.
 L: TAXI.BPD@
 FBOSTON.GOV
```

```
AVIS      Thank you for renting from Avis.

RENTAL NUMBER     CAR NUMBER     CAR GROUP
692096591         40707052       D

MASON WAYNE
WIZ = HE406Y        AWD = A984200
CV - CYXXXXXXXXXXXXXX7943
FTN AD/M610686                       T6

OUT SNA 26JAN10/1045 MI = 17955
IN  LAX 27JAN10/0531 MI = 18003
        48 MI@ .46 =          18003
        19 HR@ 40.84 =
        Dy@  60.00 =
MINIMUM CHARGE =              60.00
$ .47/DY ERF-                   .47
**11.11% FEE                   8.52
FUEL SERVICE                  13.99
$  2.23 /DY VLF                2.23
TAXABLE SUBTOT                85.21
TAX  8.750%                    7.46
#3.5% TAF                      2.10

* TOTAL CHARGES        =      94.77
**CONCESSION RECOVERY FEE
#TOURISM ASSESSMENT FEE
ENERGY RECOVERY FEE    .47/DY
VEH LICENSE RECOUP FEE
99-$10/DY:TUE 1 DY RNTL

* Please check your car for personal effects. *

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.
```

```
Boston Harbor Hotel
Rowes Wharf Sea Grille
70 Rowes Wharf
Boston, MA, 02110
617.439.7000
-----------------------------------
CHECK:      1878
TABLE:      218/1
SERVER:     2060 Julio E
DATE:       JAN28'10  7:40PM
CARD TYPE:  MasterCard
ACCT #:     XXXXXXXXXXXX7943
EXP DATE:   XX/XX
AUTH CODE:  217409
        WAYNE B MASON

SUBTOTAL:        88.28

Gratuity:_____20____

Total:_____108.28

Signature:_____

Print Name:_____MASON_____

** Please total and sign both
copies, and retain one for your
records.  **
```

```
Boston Harbor Hotel
Rowes Wharf Sea Grille
      617.439.7000

2060 Julio E
-----------------------------------
TBL 218/1     CHK 1878   GST 2
      JAN28'10  6:41PM
-----------------------------------

 1 Clam Chowder          9.50
 1 Mixed Greens         11.50
 1 Swordfish            28.00
 1 Halibut              26.00
 2 **Coffee @ 3.75       7.50

   Food Sales           75.00
   Beverage Sales        7.50
   Tax............       5.78
   Total Due... $88.28


*** for room charges only ***

Gratuity:_____

Total:_____

Room/Acct #:_____

Print Name:_____

Signature:_____
```

```
           VICKY'S CAB INC
           Cab # 0257
           01/29/10 TR 5488
           START END MILES
           07:08 07:16  2.1
           Fare: $    12.60
           Extra:$     2.75
           Toll: $     0.00
           Srch: $     0.00
           Tip:  $     3.05
           TOTAL:$    18.40

           Card:       7943
           AUTH:     885502

           TAXI HOTLINE
           617-536-TAXI
           EMAIL: TAXI.BPC00
           CITYOFBOSTON.GOV
```

WBU
Tom Connolly
1015

Tresca
233 Hanover Street
Boston, MA 02113
617-742-8240

Server: TIAGO                DOB: 01/27/2010
08:56 PM                          01/27/2010
Table 13/1                         3/30009

M/C                                    3145735
Card #XXXXXXXXXXXXX7943
Magnetic card present: MASON WAYNE B
Approval: 790726

            Amount:        71.20

            + Tip:          14—

            = Total:        85.20

X _____

            **Guest Copy**


Tresca
233 Hanover Street
Boston, MA 02113
617-742-8240

Server: TIAGO                      01/27/2010
Table 13/1                            8:53 PM
Guests: 2                              30009

Sprite                                    2.50
Pesce di Sera                           30.00
Pasta Special                           28.00
Coffee american (2 @3.00)                6.00

Subtotal                                66.50

STATE/LOCAL FD Tax                       4.66

Total Tax                                4.66

Total                                   71.20

Balance Due                             71.20

                Buona Sera
                 Allegria

## Expense Report - Transmittal Report



ER00000031642100031

**Spender** Todd E Betanzos          **From** Feb 2, 2010  **To** Feb 5, 2010          **Reimbursement Amt** 2,444.91 USD

**Report name** travel to Tampa for meeting with clients

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 12 | Audit required | Yes |
| Number of receipts to submit | 10 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/2/10 | Individual Meal | United St... | 7.14 USD | Jennifer M. Arevalo |
| 2/2/10 | Individual Meal | United St... | 44.64 USD | Jennifer M. Arevalo |
| 2/2/10 | Airfare | United St... | 618.40 USD | Jennifer M. Arevalo |
| 2/3/10 | Individual Meal | United St... | 30.40 USD | Jennifer M. Arevalo |
| 2/4/10 | Individual Meal | United St... | 30.40 USD | Jennifer M. Arevalo |
| 2/5/10 | Group Meal | United St... | 282.40 USD | Jennifer M. Arevalo |
| 2/5/10 | Individual Meal | United St... | 30.40 USD | Jennifer M. Arevalo |
| 2/6/10 | Car Rental | United St... | 270.08 USD | Jennifer M. Arevalo |
| 2/6/10 | Parking or Tolls | United St... | 105.03 USD | Jennifer M. Arevalo |
| 2/6/10 | Lodging | United St... | 993.52 USD | Jennifer M. Arevalo |

# Farmer, Judith

**From:**  Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:**  Friday, January 29, 2010 9:36 AM
**To:**  Farmer, Judith
**Subject:** Your Itinerary

**ORBITZ**
FOR BUSINESS



This message has been sent from Orbitzforbusiness.net

## Tampa 2/2/10
This trip includes **flights**.
Reservation Made: 01/25/10

## Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601NV4HNB0A |
| **Airline record locator:** | American Airlines - CLRNCA |
| **Ticket numbers:** | 0017838767202 |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| TODD BETANZOS | American Airlines AAdvantage | 7VW2008 |

---

### Leave Tuesday, February 2, 2010

**American Airlines 1316** Economy  |  McDonnell Douglas MD-80 (M80)  |  2hr 15min |  920 miles

Depart:   **5:00pm**  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **8:15pm**  **Tampa, FL**  Tampa International (TPA)

**Seat:** 10D | Your flight is confirmed. Seat is confirmed. You may **review seats.**
   Upgrade requested.

---

### Return Saturday, February 6, 2010

**American Airlines 1295** Economy  |  McDonnell Douglas MD-80 (M80)  |  2hr 50min |  920 miles

Depart:   **10:15am**  **Tampa, FL**  Tampa International (TPA)
Arrive:   **12:05pm**  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

**Seat:** 9D | Your flight is confirmed. Seat is confirmed. You may **review seats.**
   Upgrade requested.

---

### Additional flight information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

## Cost summary and billing information

### Flight cost summary

**Flight cost - 1/25/10**

| | |
|---|---|
| Airfare #0017838192272 | $337.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Flight cost** | **$344.40** |

**Exchange cost - 1/29/10**

| | |
|---|---|
| Airfare #0017838767202 | $439.40 |
| Previous airfare | -$337.40 |
| **Airfare difference** | **$102.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$274.00 USD** |
| **Grand total itinerary cost to-date** | **$618.40 USD** |

### Billing information

**Card holder's Name:**
Todd Betanzos

**Card type:**
American Express

**Card number:**
xxxxxxxxxxx1008

## Trip reference field information

**Office Location Number:** 8

**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 0999-000028

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

**Farmer, Judith**

Freedom Park
Airport Valet Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---------|---------------|-----------------|--------------|---------------|
| 1146711 | Todd Betanzos | 2/2/2010 | 2/6/2010 | $125.03 |

Charges for AMEX ending in *1008

| Description | Qty | Rate | PreTax | Sales Tax | Airport Fee | Total |
|-------------|-----|------|--------|-----------|-------------|-------|
| Car Wash | 1 | $20.00 | $20.00 | $0.00 | $0.00 | $20.00 |
| Parking | 4 | $22.00 | $88.00 | $7.26 | $9.77 | $105.03 |

Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * INTRODUCING: DrivenDFW, personal designated driver service * * * If you need a
trained, professional driver to drive you in YOUR VEHICLE, DrivenDFW has a driver for you
(at about half the cost of hiring a car and driver). For a night on the town, for driving
elderly but able seniors, or for driving your teens to a concert in the city, call
DrivenDFW and put your mind at ease. Visit us at our website at www.drivendfw.com. (a
FreedomPark Affliated Company)

FreedomPark, L.P.
5100 West Airport Freeway
Suite 200
Irving, TX  75062
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com



## INTERCONTINENTAL
### HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| **Todd Betanzos** | Folio No. | : | Room No. | : | 0920 |
| 3501 Woodhaven Dr | A/R Number | : | Arrival | : | 02-02- |
| Dallas, TX 75234 | Group Code | : | Departure | : | 02-0 |
| US | Company | : | Reference | : | |
| | Membership No. | : | Rate Code | : | **IKPC4** |
| | Invoice No. | : | Page No. | : | **1 of 2** |

We hope you have enjoyed your visit to the InterContinental Tampa. Your feedback is greatly appreciated at intercontampa@destinationhotels.com.

We also encourage you to share your experience on expedia.com, travelocity.com, tripadvisor.com, or another traveler review website you may have visited when selecting a hotel.

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-02-10 | Private Dining | #920 : CHECK #115415 — *Breakfaste Dinner* | 44.64 | |
| 02-02-10 | Accommodation - Package | | 189.00 | |
| 02-02-10 | Occupancy Tax | | 9.45 | |
| 02-02-10 | Sales Tax | | 13.23 | |
| 02-02-10 | Valet Parking | | 18.00 | |
| 02-03-10 | Private Dining | #920 : CHECK #115429 — *Breakfast* | 30.40 | |
| 02-03-10 | Accommodation - Package | | 189.00 | |
| 02-03-10 | Occupancy Tax | | 9.45 | |
| 02-03-10 | Sales Tax | | 13.23 | |
| 02-04-10 | Private Dining | #920 : CHECK #115476 — *Breakfast* | 30.40 | |
| 02-04-10 | Accommodation - Package | | 304.00 | |
| 02-04-10 | Occupancy Tax | | 15.20 | |
| 02-04-10 | Sales Tax | | 21.28 | |
| 02-05-10 | Private Dining | #920 : CHECK #115529 — *Breakfast* | 30.40 | |
| 02-05-10 | Accommodation - Package | | 189.00 | |
| 02-05-10 | Occupancy Tax | | 9.45 | |
| 02-05-10 | Sales Tax | | 13.23 | |



# INTERCONTINENTAL®
## HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| **Todd Betanzos** | Folio No. | : | Room No. | : | **0920** |
| **3501 Woodhaven Dr** | A/R Number | : | Arrival | : | **02-02-10** |
| **Dallas, TX 75234** | Group Code | : | Departure | : | **02-06-10** |
| **US** | Company | : | Reference | : | |
| | Membership No. | : | Rate Code | : | **IKPC4** |
| | Invoice No. | : | Page No. | : | **2 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | **Total** | 1,129.36 | |
| | **Balance** | 1,129.36 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

# CAPITAL

## The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :71181-8022

**Table 62**
Valerie S
07:48:14 02/05/2010                    Gst 3
----------------------------------------

```
3 Water
2 Tender Seared wLobster        90.00
1 Berries With Fresh Cream       8.00
1 Choc Hazelnut Cake             9.00
2 Stone Crab Jumbo Spec         58.00
1 10oz Filet Mignon             39.00
1 Small Truffle Fries            5.00
1 Small Asparagus                6.00
1 Small Sauteed Spinach          5.00
```

## Duplicate Receipt
### Stored Order

```
           Subtotal   220.00
           Sales Tax   15.40
```

## Total    235.40

Host your next event in one of our
private rooms. Ask your server for
details.

Adam Taylor
Managing Partner



Dinner w/
Campo & Mason

## The Capital Grille
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433
Check # :71181-8022

Table 62
Valerie S
09:24 PM  02/05/2010              Gst 3
Transaction #:1988286117

----------------------------------------

```
Card Number                    Auth Code
xxxxxxxxxxxx 6884                 68381Z
betanzos/todd               Master Card
```

**Check Amount     235.40**

```
Tip       47.00

Total    282.40
```

Campo & Mason

X......................................
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

Centro Inc
Jung
American
Allan Campo



```
>>Return<< RA Document 687274976        Rate 4W/C    3 DY  8 HR
RESERVATION #  01683048-US-3H                 0 MI @      .00  =
CAR# 4 2 3 4 5 4 4 6  Car Group C             0 HR @    35.28  =
SIL LINC TCAR 4DR FL 840JPL                   4 DY @    47.03  =      188.12
                                              0 WK @   235.15  =
BETANZOS,TODD                           4W/C       199FN
                                        TIME & MILEAGE          =      188.12
WIZ# = Z7W18K AWD# = A984200            ##$ 0.47/DY ERF        + =        1.88
                                        $ 2.00/DY SSU          + =        8.00
Out TAMPA APO       FL F02FEB10/2115    $  .01/DY TBS          + =         .04
In  TAMPA APO       FL  06FEB10/0445    $  .35/DY VLF          + =        1.40
Miles-Out 1301      Miles-In 1500       **10.40% FEE           + =       19.91
Miles Driven  199   Fuel In 6/8         Subtotal                =      219.35
Method of pay =  CLUB                   Tax  7.000%            + =       15.35
AMEX XXXXXXXXXXX1008                     Fuel Service Charge    + =       35.38
Auth: 108544/35 L                       Total Charges           =      270.08
                                        AMOUNT DUE    CV  USD   =      270.08
                                        ##ENERGY RECOVERY FEE
                                        $ 2.00/DY SSU
                                        $  .01/DY TBS
                                        $  .35/DY VEH LIC FEE
                                        **CONCESSION RECOVERY FEE

The amount that appears in "Amount Due" has been billed to your AMEX Card.
All charges are subject to audit and change if any errors are found.
For local inquiries call 813-396-3500.  Thank you for renting from Avis.

ABEC/iEB0/10037/04:45/0
```

        STARBUCKS COFFEE C27
     DALLAS FT WORTH INT'L AIRPORT

  10785 REBECCA
  ---------------------------------
  CHK 4565 FEB02'10  4:30PM  GST 1
  ---------------------------------
          S u b t o t a l

   1 TURKEY CIABATTA        6.60

     SUBTOTAL               6.60
     TAX                    0.54
     AMOUNT PAID        7 . 1 4
     XXXXXXXXXXXXXX4       XX/XX
     MSTRCARD  A1 5*        7.14

**Expense Report - Transmittal Report**



ER00000031642100033

**Spender** Todd E Betanzos          **From** Feb 9, 2010  **To** Feb 12, 2010          **Reimbursement Amt** 1,800.46 USD

**Report name** trip to Boston to meet with experts

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 12 | Audit required | Yes |
| Number of receipts to submit | 10 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/9/10 | Taxi, Trains, o... | United St... | 88.05 USD | Jennifer M. Arevalo |
| 2/9/10 | Other Travel - ... | United St... | 14.02 USD | Jennifer M. Arevalo |
| 2/9/10 | Airfare | United St... | 725.90 USD | Jennifer M. Arevalo |
| 2/10/10 | Group Meal | United St... | 116.88 USD | Jennifer M. Arevalo |
| 2/10/10 | Individual Meal | United St... | 9.49 USD | Jennifer M. Arevalo |
| 2/11/10 | Group Meal | United St... | 66.85 USD | Jennifer M. Arevalo |
| 2/11/10 | Group Meal | United St... | 7.28 USD | Jennifer M. Arevalo |
| 2/12/10 | Lodging | United St... | 717.60 USD | Jennifer M. Arevalo |
| 2/12/10 | Individual Meal | United St... | 21.75 USD | Jennifer M. Arevalo |
| 2/12/10 | Individual Meal | United St... | 10.14 USD | Jennifer M. Arevalo |

*Coffee w/ Wayne &*
*Paul Kelley*

**\*\* STARBUCKS COFFEE COMPANY \*\***

ONE FINANCIAL/DEW      #07377
BOSTON        MA02111

| 1 GR BREWED COFFEE | 1.85 |
| 1 TL MORNING PICK | 1.50 |
| 1 TL LATTE | 2.75 |
| ADD SHOT | 0.70 |
| SUBTOTAL | 6.80 |
| TAX 6.25 | 0.43 |
| LOCAL TAX-MEALS | 0.05 |
| TOTAL | 7.28 |
| MASTERCARD | 7.28 |
| CARD#: XXXXXXXXXXXX6884 | |
| CHANGE DUE | 0.00 |

07377 03B2 703451  001303026E
02/11/10            13:51
Turn your visits into rewards.
Register any Starbucks Card
today and you'll be on your
way to free drinks and more...
www.starbucks.com/rewards



**UFood Grill**
feel great. eat smart.

Store# 125009  Cashier    WILLIAM
Order#214127
2/12/2010                12:18:25 PM
1 Chopstick Chicken Bowl      6.99
1 Side and Drink Special      0.00
  UnFries                     1.25
  Diet Pepsi                  1.24
         SubTotal             9.48
         Tax                  0.66
         Total            **10.14**
         Master Card          10.14
Acct: xxxxxxxxxx6884
Authorization: 30171Z

CUSTOMER COPY

*Lunch @*
*airport*

Call ahead with your orders!
Phone (617)561-8899

TODD
TO GO

**Farmer, Judith**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Wednesday, January 27, 2010 11:26 AM |
| **To:** | Betanzos, Todd |
| **Subject:** | Your Trip Information - Boston 2/9/10 |



Hello Todd,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Boston 2/9/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Boston 2/9/10
This trip includes **flights**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601ZTTPS20A |
| **Airline record locator:** | American Airlines - ENLKQU |
| **Ticket numbers:** | 0017838194336 |
| **Total flight cost:** | $725.90 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| TODD E BETANZOS | American Airlines AAdvantage | 7VW2008 |

**Leave Tuesday, February 9, 2010**

**American Airlines 844** Economy | McDonnell Douglas MD-83 (M83) | 3hr 40min | 1556 miles

| | | |
|---|---|---|
| Depart: | 1:20pm | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |
| Arrive: | 6:00pm | **Boston, MA** Boston Logan International (BOS) |

Seat: 20B | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Return Friday, February 12, 2010**

**American Airlines 579** Economy | Boeing 757 Passenger (757) | 4hr 25min | 1556 miles

| | | |
|---|---|---|
| Depart: | 1:30pm | **Boston, MA** Boston Logan International (BOS) |
| Arrive: | 4:55pm | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |

Seat: 9C | Your flight is confirmed. Seat is confirmed. You may **review seats.**

1/27/2010

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, TODD BETANZOS (Adult) | $718.90 |

**Orbitz for Business fees**

| | |
|---|---|
| Online transaction fee | $7.00 |
| **Total** | **$725.90 USD** |

### Billing information

**Card holder's Name:**
Todd Betanzos

**Card type:**
Visa

**Card number:**
xxxxxxxxxxxx9531

## Trip reference field information

### Flight

Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 10711-000001

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

### Great rates
Click for car and hotel rates in **Boston**

 Add a Car

Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

1/27/2010

**Betanzos, Todd**

| | |
|---|---|
| **From:** | Gogo Customer Care [customercare@gogoinflight.com] |
| **Sent:** | Tuesday, February 09, 2010 1:57 PM |
| **To:** | Betanzos, Todd |
| **Cc:** | support@gogoinflight.com |
| **Subject:** | Your GOGO Purchase Receipt [2] |



Thanks for your purchase. We hope to see you again the next time you're on a flight with Gogo, Inflight Internet.

Happy Travels,
Gogo

**Billed To:**

Todd Betanzos
3501 WOODHAVEN DRIVE
DALLAS, TX, 75234

Username: tbetanzos
Airline: AAL
Session start time: 02:56 PM EST

**Order Summary:**

| | |
|---|---|
| Order Number | 2 |
| Receipt Date | 02/09/2010 |
| Payment | Amex : xxxx 1008 |
| **Gogo Flight Pass** | **-$ 12.95** |
| Promotion | -$ 0.00 |
| Tax | $ 1.07 |
| **Total** | **$ 14.02** |

**Have any questions or concerns?**
Please visit Gogo customer care to view our FAQs,
send us an email at customercare@gogoinflight.com
or give us a call at 1-877-350-0038 when you're on the ground.

Community, fun and games with Gogo:   

©2009 Aircell, all rights reserved. Gogo and *-)- are registered trademarks of Aircell LCC and its affiliates

2/15/2010

*cab from airport to hotel*

```
    IAL CAB INC
CAB # 0123
02/09/10 TR 1265
START  END MILES
05:58 06:06 14.5
FARE:   $  16.60
EXTRA:  $   0.00
TOLL:   $   5.25
SRCH:   $   2.25
TIP:    $   4.80
TOTAL:  $  28.90

CARD:      6884
AUTH:    45230Z

X_____

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV
```

*Cab to apt*

```
WESTERN CAB INC
CAB # 0579
02/12/10 TR 2827
START  END MILES
11:41 11:54  5.1
FARE:   $  18.20
EXTRA:  $   0.00
TOLL:   $   2.75
SRCH:   $   0.00
TIP:    $   4.20
TOTAL:  $  25.15

CARD:      6884
AUTH:    38350Z

X_____

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV
```

Amount $ 10.00    Cab No.....................

## CAB COMPANY

**Cab Fare**   From *Dinner*

                To *Hotel*

Date *2/10/10*

**RECEIVED PAYMENT**



```
TOP TEN MOST REQUESTED
RESTAURANTS BY TAXI

  1. ICARUS ****
  2. MISTRAL
  3. LOCKE-OBER
  4. SORELLINA
  5. TOSCANO
  6. TROQUET
  7. HUNGRY I
  8. CAPITAL GRILLE
  9. DAILY CATCH
 10. PREZZA
CAB #  Hotel to Dinner
DATE   $10.00
FARE   2/12/10
```

Amount $ 14.00    Cab No.....................

## CAB COMPANY

**Cab Fare**   From *hotel*

                To *to HDR*

Date.....................

**RECEIVED PAYMENT**



# MILLENNIUM
## BOSTONIAN HOTEL
### BOSTON

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Membership No. | : | |
| A/R Number | : | |
| Group Code | : | |
| Company Name | : | |

| | | |
|---|---|---|
| Room No. | : | 713 |
| Arrival | : | 02-09-10 |
| Departure | : | 02-12-10 |
| Page No. | : | 1 of 2 |
| Folio No. | : | |
| Conf. No. | : | 3320379 |
| TA Record Locator : | | |

**Todd Betanzos**
**3501 Woodhaven Drive**
**Dallas TX 75234**
**United States**

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 02-09-10 | North 26 Dinner Food — *Coffee w/ Wayne* | 9.49 | |
| | CHECK# 1557 | | |
| 02-09-10 | Best Available Rate | 209.00 | |
| 02-09-10 | Sales Tax Rooms - State | 11.91 | |
| 02-09-10 | Sales Tax Rooms - City | 12.54 | |
| 02-09-10 | Sales Tax Rooms - Convention | 5.75 | |
| 02-10-10 | North 26 Food — *Breakfast w/ Tim Connelly, Katie Duty, Tim Woodward, Jim Hickman + Wayne Mason* HDR | 116.88 | |
| | CHECK# 1569 | | |
| 02-10-10 | Best Available Rate | 209.00 | |
| 02-10-10 | Sales Tax Rooms - State | 11.91 | |
| 02-10-10 | Sales Tax Rooms - City | 12.54 | |
| 02-10-10 | Sales Tax Rooms - Convention | 5.75 | |
| 02-11-10 | North 26 Food — *Breakfast w/ potential expert Mike Brainerd + Paul Kelley (bill to 02278.103312)* | 66.85 | |
| | CHECK# 1634 | | |
| 02-11-10 | Best Available Rate | 209.00 | |
| 02-11-10 | Sales Tax Rooms - State | 11.91 | |
| 02-11-10 | Sales Tax Rooms - City | 12.54 | |
| 02-11-10 | Sales Tax Rooms - Convention | 5.75 | |
| 02-12-10 | Rm Svc Food — *Breakfast* | 21.75 | |
| | CHECK# 1790 | | |
| 02-12-10 | Visa | | 932.57 |
| | XXXXXXXXXXXX9531      XX/XX | | |



# MILLENNIUM
### BOSTONIAN HOTEL
BOSTON

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Membership No. | : | Room No. | : 713 |
| A/R Number | : | Arrival | : 02-09-10 |
| Group Code | : | Departure | : 02-12-10 |
| Company Name | : | Page No. | : 2 of 2 |
| | | Folio No. | : |
| | | Conf. No. | : 3320379 |
| | | TA Record Locator : | |

**Todd Betanzos**
**3501 Woodhaven Drive**
**Dallas TX 75234**
**United States**

| Date | Text | | Charges USD | Credits USD |
|---|---|---|---|---|
| | **Total** | | 932.57 | 932.57 |
| | **Balance** | | 0.00 USD | |

Guest Signature: _____

*Log on to www.millenniumhotels.com to get your Best Rate Guarantee*



ER00000029852100055

Spender Wayne B. Mason      From Feb 3, 2010  To Feb 9, 2010      **Reimbursement Amt** 2,704.65 USD

Report name HDR/Tampa 2/3-2/9

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 29 | Audit required | Yes |
| Number of receipts to submit | 28 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/3/10 | Lodging | United St... | 234.08 USD | - |
| 2/4/10 | Individual Meal | United St... | 23.93 USD | - |
| 2/4/10 | Lodging | United St... | 278.88 USD | - |
| 2/4/10 | Group Meal | United St... | 182.08 USD | - |
| 2/5/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/5/10 | Lodging | United St... | 250.88 USD | - |
| 2/5/10 | Individual Meal | United St... | 17.45 USD | - |
| 2/5/10 | Group Meal | United St... | 91.11 USD | - |
| 2/5/10 | Group Meal | United St... | 8.40 USD | - |
| 2/6/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/6/10 | Individual Meal | United St... | 11.25 USD | - |
| 2/6/10 | Lodging | United St... | 250.88 USD | - |
| 2/6/10 | Individual Meal | United St... | 30.26 USD | - |
| 2/6/10 | Individual Meal | United St... | 78.85 USD | - |
| 2/7/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/7/10 | Individual Meal | United St... | 7.22 USD | - |
| 2/7/10 | Lodging | United St... | 250.88 USD | - |
| 2/7/10 | Individual Meal | United St... | 27.10 USD | - |
| 2/7/10 | Individual Meal | United St... | 76.38 USD | - |
| 2/7/10 | Individual Meal | United St... | 8.70 USD | - |
| 2/8/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/8/10 | Individual Meal | United St... | 51.11 USD | - |
| 2/8/10 | Lodging | United St... | 250.88 USD | - |
| 2/8/10 | Individual Meal | United St... | 14.05 USD | - |
| 2/8/10 | Individual Meal | United St... | 48.75 USD | - |
| 2/9/10 | Individual Meal | United St... | 23.93 USD | - |
| 2/9/10 | Car Rental | United St... | 290.57 USD | - |
| 2/10/10 | Parking or Tolls | United St... | 105.03 USD | - |



## RESORT

wayne Mason
8722 sanshire
Dallas TX 75231
United States

Room Number: 731
Arrival Date: 02-05-10
Departure Date: 02-09-10
Reference #:
Page No: 1 of 2

*Guest Name:*

**INFORMATION INVOICE**
A/R No:
Folio No: 67686

02-09-10

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 02-05-10 | AARP Rate | | 209.00 | |
| 02-05-10 | Local Tax-Room | | 10.45 | |
| 02-05-10 | State Tax-Room | | 14.63 | |
| 02-05-10 | Resort Amenity Fee | | 15.00 | |
| 02-05-10 | Local Tax-R/Fee | | 0.75 | |
| 02-05-10 | State Tax-R/Fee | | 1.05 | |
| 02-05-10 | Valet Parking | | 16.00 | |
| 02-06-10 | Marketplace Food | Line# 731 : CHECK# 0064585 | 11.24 | |
| 02-06-10 | Movie Rental | Room# 731 : Movies | 13.78 | |
| 02-06-10 | AARP Rate | | 209.00 | |
| 02-06-10 | Local Tax-Room | | 10.45 | |
| 02-06-10 | State Tax-Room | | 14.63 | |
| 02-06-10 | Resort Amenity Fee | | 15.00 | |
| 02-06-10 | Local Tax-R/Fee | | 0.75 | |
| 02-06-10 | State Tax-R/Fee | | 1.05 | |
| 02-06-10 | Valet Parking | | 16.00 | |
| 02-07-10 | Spa | Line# 731 : CHECK# 0214758 | 238.70 | |
| 02-07-10 | Marketplace NA Beverage | Line# 731 : CHECK# 0064769 | 7.22 | |
| 02-07-10 | Tate Island Grill | Line# 731 : CHECK# 0037144 | 39.10 | |
| 02-07-10 | In Room Dining Dinner Food | Line# 731 : CHECK# 0058055 | 109.38 | |
| 02-07-10 | AARP Rate | | 209.00 | |
| 02-07-10 | Local Tax-Room | | 10.45 | |
| 02-07-10 | State Tax-Room | | 14.63 | |
| 02-07-10 | Resort Amenity Fee | | 15.00 | |
| 02-07-10 | Local Tax-R/Fee | | 0.75 | |
| 02-07-10 | State Tax-R/Fee | | 1.05 | |
| 02-07-10 | Valet Parking | | 16.00 | |
| 02-08-10 | In Room Dining Breakfast Food | Line# 731 : CHECK# 0058066 | 51.11 | |
| 02-08-10 | AARP Rate | | 209.00 | |

500 Mandalay Avenue  Clearwater, FL 33767
Tel: (727) 441-2425  Fax: (727) 449-9024  www.sandpearl.com



**RESORT**

wayne Mason
8722 sanshire
Dallas TX 75231
United States

| | |
|---|---|
| Room Number: | 731 |
| Arrival Date: | 02-05-10 |
| Departure Date: | 02-09-10 |
| Reference #: | |
| Page No: | 2 of 2 |

*Guest Name:*

**INFORMATION INVOICE**
A/R No:
Folio No: 67686

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 02-08-10 | Local Tax-Room | | | 10.45 | |
| 02-08-10 | State Tax-Room | | | 14.63 | |
| 02-08-10 | Resort Amenity Fee | | | 15.00 | |
| 02-08-10 | Local Tax-R/Fee | | | 0.75 | |
| 02-08-10 | State Tax-R/Fee | | | 1.05 | |
| 02-08-10 | Valet Parking | | | 16.00 | |
| 02-09-10 | In Room Dining Breakfast Food | Line# 731 : CHECK# 0058076 | | 23.93 | |
| 02-09-10 | Mastercard | XXXXXXXXXXXX7943 | XX/XX | | 1,561.98 |
| | | **Total** | | **1,561.98** | **1,561.98** |
| | | **Balance** | | **0.00** | |

**Garner, Lavella**

| | |
|---|---|
| **From:** | Mason, Wayne B. |
| **Sent:** | Wednesday, February 17, 2010 8:23 AM |
| **To:** | Garner, Lavella |
| **Subject:** | FW: Airport Parking Receipt-Wayne Mason |

-----Original Message-----
From: FreedomPark Reservations [mailto:reservations@freedomparkdfw.com]
Sent: Tuesday, February 09, 2010 10:22 PM
To: Mason, Wayne B.; Garner, Lavella
Cc: Sent Reservations
Subject: Airport Parking Receipt-Wayne Mason

Freedom Park
Airport Parking Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---|---|---|---|---|
| 1148939 | Wayne Mason | 2/5/2010 | 2/9/2010 | $105.03 |

Charges for MasterCard ending in 7943 - primary

| Description | Qty | Rate | PreTax | Sales Tax | Airport Fee | Total |
|---|---|---|---|---|---|---|
| Parking | 4 | $22.00 | $88.00 | $7.26 | $9.77 | $105.03 |

Your charges have been billed to your credit card(s) noted above. Should you have any
questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * INTRODUCING: DrivenDFW, personal designated driver service * * * If you need a
trained, professional driver to drive you in YOUR VEHICLE, DrivenDFW has a driver for you
(at about half the cost of hiring a car and driver). For a night on the town, for driving
elderly but able seniors, or for driving your teens to a concert in the city, call
DrivenDFW and put your mind at ease. Visit us at our website at www.drivendfw.com. (a
FreedomPark Affiliated Company)

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com



# InterContinental.
### HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| **Wayne Mason** | Folio No. | : | Room No. | : | 1109 |
| **8722 Sanshire Ave** | A/R Number | : | Arrival | : | 02-03 |
| **Dallas, TX 75231** | Group Code | : | Departure | : | 02-0 |
| **US** | Company | : | Reference | : | |
| | Membership No. | : | Rate Code | : | IGCO |
| | Invoice No. | : | Page No. | : | 1 of 1 |

We hope you have enjoyed your visit to the InterContinental Tampa. Your feedback is greatly appreciated at
intercontampa@destinationhotels.com.
We also encourage you to share your experience on expedia.com, travelocity.com, tripadvisor.com, or another traveler review
website you may have visited when selecting a hotel.

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-03-10 | *Accommodation | | 209.00 | |
| 02-03-10 | Occupancy Tax | | 10.45 | |
| 02-03-10 | Sales Tax | | 14.63 | |
| 02-04-10 | Private Dining | #1109 : CHECK #115478 | 23.93 | |
| 02-04-10 | *Accommodation | | 249.00 | |
| 02-04-10 | Occupancy Tax | | 12.45 | |
| 02-04-10 | Sales Tax | | 17.43 | |
| 02-05-10 | Private Dining | #1109 : CHECK #115528 | 17.45 | |
| 02-05-10 | MasterCard | XXXXXXXXXXX7943 | | |
| | | **Total** | **554.34** | **554.34** |
| | | **Balance** | **0.00** | |

**Guest Signature:** _____
I have received the goods and / or services in the amount shown herein. I agree that my liablity for this bill is not waived and agree to be
held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these
charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

_Hon_

Tate Island Grill
Sandpearl Resort
Clearwater Beach, Florida

2088 Beck

_on hotel Bill_

---

TBL 11/1    CHK 7144  GST 2
MASON 731
FEB07'10  3:08PM

---

| 1 Club Wrap | 11.00 –P |
| 1 MangoSlawGrouper | 15.00 |
| Add $1.00 | 1.00 |
| 1 Iced Tea | 3.00 |

| Food | 27.00 |
| NA Bevs | 3.00 |
| Tax............ | 2.10 |
| Payment Due. | **$32.10** |

*** Room Charge Only ***

Tip: _____ 7 —

Total: _____ 39.10

Room# 73 / Member#
Name:_____
Signature:_____

Thank you for visiting
Tate Island Grill!
Gratuity NOT Included
Share your comments at:
www.Sandpearl.com

---

(left partial receipt)

ng
rt
lorida

5  GST 2
PM

---

3.00
7.00 P
23.00 P
37.00

8.00
5.00
2.00

77.00
5.00
3.00
17.22
7.16
.38

*** 

ing

0071
Server: MATT R                          Rec: 43
02/06/10 14:48, Swiped   T: 62 Term: 1

COLUMBIA SANDKEY
1241 GULF BOULEVARD
CLEARWATER, FL  33767
(727)596-8400
MERCHANT #:

CARD TYPE:       ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX7943
Name: WAYNE B MASON
00 TRANSACTION APPROVED
AUTHORIZATION #: 173960
Reference: 0206010000071
TRANS TYPE: Credit Card SALE

CHECK:                          43.71

TIP:

TOTAL:

X_____

PHONE: (     )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Please give signed copy to your server.

---

COLUMBIA RESTAURANT
SAND KEY
*********************

0071   Table 62  #Party 2
MATT R    SvrCk: 5 14:03 02/06/10

1 TEA ICED-LUNCH                 2.50
1 NO BEVERAGE                    0.00
1 1905 W/ENTREE-LUNCH           3.95
1 CAESAR SALAD W/LUNCH ENT      3.50
1 CHICKEN & YELL RICE YBOR      8.95
1 POMPANO en PAPILLOT          21.95

              Sub Total:       40.85
                   Tax:        2.86
              Sub Total:       43.71
02/06 14:45 TOTAL:            43.71

*********************
!!THANK YOU!!

COLUMBIA RESTAURANT
VISIT US ON THE WEB
WWW.COLUMBIARESTAURANT.COM

(727) 596 - 8400

Clear Sky Beachside Cafe
490 Mandalay Ave
Clearwater, Fl. 33767
**727-442-3684**

121 JUSTIN
-------------------------------------
Tbl 15/1      Chk 6370         Gst 2
              Feb07'10 10:04AM
-------------------------------------
  2 COFFEE                      3.98
  2 H2O                         0.00
  1 SUNSHINE                    6.50
  1 VEGGIE                      6.95
  1 FRUIT                       0.95

    Subtotal                   18.38
    10 %
    BREAKFST DIS                1.84-
    Tax                         1.16
10:30AM Total               **17.70**

      THANK  YOU
    PLEASE COME AGAIN

Clear Sky Beachside Cafe
490 Mandalay Ave
Clearwater, Fl. 33767
**727-442-3684**
Date:        Feb07'10 10:29AM
Card Type:   MASTERCARD
Acct #:      XXXXXXXXXXXX7943
Exp Date:    XX/XX
Auth Code:   584389
Check:       6370
Table:       15/1
Server:      121 JUSTIN

Subtotal:            17,70

TIP:

TOTAL                21.70

Signature:
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

CAFE ALFRESCO
> > > > > > > > > > > > > > > > > >
0097  Table 103  #Party 2
JILL M    SrvCk: 21 14:30 02/08/10

  1 ICED TEA                     1.99
  1 THAI SALMON SALAD           10.99
  1 CHX CURRY LUNCH              8.99

        Sub Total:    21.97
             Tax:      1.54
    14:55 TOTAL:    23.51

***************************
       GRATUITY NOT INCL.
         MON-THUR
  11:00 AM - 9:00 PM
FRI 11:00 AM - 10:00 PM
SAT 10:00 AM - 10:00 PM
SUN 10:00 AM - 9:00 PM

02/08 14:55 TOTAL:    23.51

---

0097
02/08/10 14:55, Swiped
Server: JILL M

CAFE ALFRESCO
344 MAIN ST.
DUNEDIN, FL. 34618
(813)736-4299
MERCHANT #: 0235147D0010

CARD TYPE      MASTER CARD
Name: MASD
ACCOUNT NUMBER
XXXXXXXXXXXX7943

DQ TRANSACTION APPROVED
AUTHORIZATION #: 9733363
Reference: 028081000097
TRANS TYPE: Credit Card Sale

CHECK:

TIP:

TOTAL:                23.51

X

PHONE: (
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Please give signed copy to your server.

```
            OYSTERCATCHERS
        GRAND HYATT TAMPA BAY
CHECK:      2295
TABLE:      44/1
SERVER:     280 CHARLES
DATE:       FEB08'10  8:57PM
CARD TYPE:  MASTERCARD
ACCT #:     XXXXXXXXXXXX7943
EXP DATE:   XX/XX
AUTH CODE:  119387
RESEARCH:   000000000000
            WAYNE B MASON


SUBTOTAL:       248.78

TIP: _____50 ____

TOTAL: _____298.78

_____

CUSTOMER SIGNATURE

   I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
          AGREEMENT
```

```
            OYSTERCATCHERS
      *JOIN US FOR OUR AMAZING
           SUNDAY BRUNCH*
280 CHARLES
----------------------------------
 44/1         2295        GST 4
        FEB08'10  6:59PM
----------------------------------
 1 MAKERS MARK           10.00
 1 #206 ARGYLE PINO      50.00
 1 D-Cktl Shrimp         14.00
 1 D-Hearts Palm         12.00
 1 D-Caesar              11.00
 1 D-Arugula             10.00
 2 Coffee/Tea             5.50
 2 D-Seafood Grill       72.00
 1 D-Mahi Mahi           23.00
 1 D-Snapper             25.00
   SUBTOTAL             232.50
   TAX                   16.28
   PAYMENT DUE     248.78
```

```
** STARBUCKS COFFEE COMPANY **  #08428

WESTSHORE AND KEN
TAMPA              FL33609

 1 GR BREWED COFFEE       1.95
 1 GR MORNING PICK        1.95
 1 GR BREWED COFFEE       1.95
 1 NP NY TIMES            2.00
   001495
   SUBTOTAL               7.85
   TAX 7.0                0.55
   TOTAL                  8.40
   MASTERCARD             8.40
   CARD#: XXXXXXXXXXXX7943
   CHANGE DUE             0.00

08428 02A1 701076  001680148E
02/05/10                 08:41
Turn your visits into rewards.
Register any Starbucks Card
today and you'll be on your
way to free drinks and more...
www.starbucks.com/rewards
```

**MIGUELS MEXICAN**
3035 W. KENNEDY BLVD
TAMPA , FL.
(813) 876 - 2587
Date:      Feb05'10 01:53PM
Card Type:  M.C.
Acct #:     XXXXXXXXXXXX7943
Card Entry: SWIPED
Trans Type: PURCHASE
Exp Date:   XX/XX
Auth Code:  114337
Check:      7185
Table:      74/1
Server:     106 GUSTAVO

Subtotal:   77.11
Tip:

Total:

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

**MIGUELS MEXICAN**
3035 W. KENNEDY BLVD
TAMPA , FL.
(813) 876 - 2587

106 GUSTAVO
------------------------------
Tbl 74/1      Chk 7185        Gst 6
           Feb05'10 01:19PM
------------------------------
  5 TEA @ 2.39              11.95
  1 WATER                    0.00
  1 CHILE RELLENOS           7.95
  1 FAJITA CK                8.95
  2 ENCH MIGUEL @ 7.95      15.90
  1 ENCH MANUEL              7.95
  1 ENCH PK                  8.99
    18 %
    18% GRAT                11.10

    Subtotal                61.69
    Tax                      4.32
    Service Chrg            11.10
01:52PM Total               77.11

PLEASE PAY YOUR SERVER
THANK YOU
FOR CHOOSING MIGUELS CAFE

---

**AVIS** We try harder®

Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 687292443 | 430100096 | D |

FTN AD/M610686                          T6
CV - CMXXXXXXXXXXX7943    AWD = A984200
W12 = HE408Y
MASON, WAYNE

IN   TPA 09FEB10/0848 MI =       5
OUT  TPA 05FEB10/1801 MI =     167
        162 MIe      .45 =
     4 DYe    HRe   33.76 =
$  .47/DY ERF      45.00 =   180.00
**10.40% FEE              =     1.88
7.5% TX FF MIDY           =    19.09
$  2.00 /DY SSU           =     8.00
$  0.01 /DY TBS           =     0.04
$  0.36 /DY VLF           =     1.40
     TAXABLE SUBTOT       =   210.65
TAX 7.000%                =    14.75
     FUEL SERVICE         =    65.17

TOTAL CHARGES             =   290.57
*CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE       .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE

✻ Please check your car for personal effects. ✻

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

0476
Server: ALEJANDRO G          Rec:319
02/04/10 21:02, Swiped    T: 112 Term: 11

Columbia Restaurant
2117 E. 7th Avenue
Tampa, Fl  33605
(813)248-4961
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
MASTER CARD        XXXXXXXXXXXX7943
00 TRANSACTION APPROVED
AUTHORIZATION #: 447288
Reference: 0204010000476
TRANS TYPE: Credit Card SALE

CHECK:                  154.08

TIP:                     28.—

TOTAL:                  182.08

X_____

PHONE: (    )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Please give signed copy to your server.

---

Columbia Restaurant
Ybor City
**********************

0476  Table 112  #Party 4
ALEJANDRO G SvrCk:  4 19:30 02/04/10

Misc Personal Charge         ⟨16.95⟩
1 ICED TEA                      2.50
1 TAPEO-MIXTO                  22.95
3 1905 w/ENTREE                11.85
1 CUP BLACK BEAN SOUP           3.95
1 POMPANO en PAPILLOT          21.95
1 PALOMILLA                    17.95
1 LA COMPLETA CUBANA           21.95
1 TERNERA ISABELLA             23.95

              Sub Total:  144.00
           Tax       :     10.08
              Sub Total:  154.08
02/04 21:01 TOTAL:      154.08

*******************
Visit The Columbia
Cigar Factory & Gift
Store.

(813) 248-4961
(813) 247-2469
www.columbiarestaurant.com

## Expense Report - Transmittal Report



ER0000003021 2100033

**Spender** Kurt W. Meaders          From Feb 15, 2010  To Feb 17, 2010          Reimbursement Amt 1,347.86 USD

**Report name** Electronic Data Harvesting in Tampa, Florida

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 10 | Audit required | No |
| Number of receipts to submit | 10 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/12/10 | Airfare | United St... | 793.40 USD | - |
| 2/12/10 | Other Travel - ... | United St... | 7.00 USD | - |
| 2/15/10 | Individual Meal | United St... | 43.45 USD | - |
| 2/16/10 | Individual Meal | United St... | 30.68 USD | - |
| 2/16/10 | Group Meal | United St... | 26.28 USD | - |
| 2/17/10 | Lodging | United St... | 231.75 USD | - |
| 2/17/10 | Car Rental | United St... | 157.76 USD | - |
| 2/17/10 | Individual Meal | United St... | 6.83 USD | - |
| 2/17/10 | Individual Meal | United St... | 10.71 USD | - |
| 2/17/10 | Parking or Tolls | United St... | 40.00 USD | - |

Expenses                                    /07//-00000/

HDR    10711, 00000/

Electronic Data Harvesting in Tampa FL

→ Air lines - was charged to CC - can you get
        Receipt $800.40

Car            1 57.76       CC
Hotel          231.75        CC
Lunch for crew
Kwm/mark Hellman/Eric Boyd
   q EQD        26.28        CC
   Lunch 2nd Day  10.71      CC
   Dinner Airport  6.83      Cash
   DFW Parking    40 -       CC


Check if I can charge meals / if not Sen if can to
        Dinner   43.45   2/15 ⎫          bus. dev.
        Dinner   30.68   2/16 ⎬
                                ⎭  These are done



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| Payee | Kurt Meaders | | | Room No. | 2019 |
|---|---|---|---|---|---|
| | 3925 Hanover St | | | Arrival | 02-15-10 |
| | Dallas TX 752257119 | | | Departure | 02-17-10 |
| | United States | | | Page No. | 1 of 1 |
| | | | | Folio | 39348 |
| Membership | AA  XRH0486 | | | Invoice | |

Bonus Code

Confirmation No.  **3618704501**

Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-15-10 | T-Mobile Wireless Internet | Room# 2019 : | 9.99 | |
| 02-15-10 | Guest Room | | 99.00 | |
| 02-15-10 | State Sales Tax | | 6.93 | |
| 02-15-10 | Occupancy Tax | | 4.95 | |
| 02-16-10 | Guest Room | | 99.00 | |
| 02-16-10 | State Sales Tax | | 6.93 | |
| 02-16-10 | Occupancy Tax | | 4.95 | |
| 02-17-10 | Master Card | XXXXXXXXXXXX5374   XX/XX | | 231.75 |

Your American Airlines AAdvantage frequent traveller
account will be credited for this stay.

| **Total** | **231.75** | **231.75** |
|---|---|---|

| **Balance** | | **0.00** |
|---|---|---|

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

TAMPA INT'L AP

# RR 114348161          #01
# KURT
# MEADERS

VEHICLE: 01597 / 1700152
09CORA    LIC: OH  EBN8001
FUEL:  8/8 OUT  8/8 IN
CDP:  13000 - ABA
FF: AAXRH0486
RES: E6561560342 / TMDD  / C
COMPLETED BY: 4949 / FLTAM11

RENTED:   TAMPA INT'L AIRPORT
RENTAL:   02/15 / 10  20:30
RETURN:   02/17 / 10  16:44

PLAN IN:    TMDD    RATE CLASS: C
PLAN OUT:   TMDD

MILES IN:    25650   TR-X MILES
MILES OUT:   25620   MILES ALLOWED
MILES DRIVEN:  30   MILES CHARGED

DAYS      2 @ $   71.04 / DAY   $   142.08
SUBTOTAL 1                      $   142.08
DISCOUNT -      R 10 %          $    14.21
SUBTOTAL 2                    ffT$   127.87
CONCESSION FEE RECOVERY        T$    13.41
FF SURCHARGE                   T$      .15
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
FLA SURCHG                     T$     4.98
ENERGY SURCHARGE               T$     1.03
TAX 7.000% ON       147.44     $     10.32
NET DUE                        $   157.76
PAID BY    VISA  XXXXXXXXXXXX1946

FF: AA XRH0486
  128  MILES AWARDED ON CHARGES IDENTIFIED
WITH ff


        HOW WAS YOUR EXPERIENCE?
        WE'D LIKE YOUR FEEDBACK.

    1)  Call  1-800-278-1595, or
        Visit  WWW.HERTZSURVEY.COM

    2)  Enter Access Code:    01310

    3)  Take Brief 4 Question Survey



    THANK YOU FOR RENTING FROM
              HERTZ

```
        Bay Breeze Cafe
      5426 Bay Center Drive
         Tampa, Florida
 DATE 02/17/2010 WED   TIME 14:22

 Misc.                    $1.50
 Misc.                    $0.95
 ERRCORR ---------------------------
 Misc.                    -0.95
 Misc.                     $0.75
 Broadway                  $5.89
 TAX1                      $0.57
 TOTAL                     $8.71
 CASH                      $8.71
   Let us cater your next event
        (813) 282-8100
          No.059803 000000
```

```
            DFW INTERNATIONAL AIRPORT
              DFW AIRPORT, TX 75261
                 (972) 973-4840


 DATE: 2010-02-17       TIME: 20:13
 Booth      NP 53
 Cashier    386
 XID 351002172013515374
 ACCT: XXXXXXXXXX5374        / 1207

 TOTAL:                    $40.00

 APPROVED 911285
   KURT WOOD MEADERS

     THANK YOU FOR CHOOSING
   DFW INTERNATIONAL AIRPORT

        CUSTOMER COPY
```

```
                   HMSHOST
              POPEYE'S CHICKEN
         TAMPA INTERNATIONAL AIRPORT

 1030 Kamlauti
 --------------------------------
 7984  FEB17'10  5:04PM
 --------------------------------
    **  T O   G O   **

 1 3 PC TENDERS           3.99
     HONEY MUSTARD
    COKE BTL 20oz          2.39
    CASH                  10.00

    SUBTOTAL               6.38
    TAX                    0.45
    AMOUNT               6 . 8 3
    CHANGE                 3.17

   THANK YOU FOR YOUR BUSINESS!
   TELL US ABOUT YOUR EXPERIENCE

     TIM JUUL 813-396-3983
        GENERAL MANAGER
     TIM.JUUL@HMSHOST.COM
```

FLIP ME OVER TO WIN CASH!

## Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601MGMSHR32 |
| **Airline record locator:** | American Airlines - IIIGHM |
| **Ticket numbers:** | 0017839724981 |
| **Total flight cost:** | $800.40 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| KURT MEADERS | American Airlines AAdvantage | XRH0486 |

### Leave Monday, February 15, 2010

**American Airlines 1316** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

Depart: **4:55pm** **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive: **8:10pm** **Tampa, FL** Tampa International (TPA)

Your flight is confirmed. The airline will assign seats at check-in or you may select seats.

### Return Wednesday, February 17, 2010

**American Airlines 1284** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles

Depart: **6:05pm** **Tampa, FL** Tampa International (TPA)
Arrive: **8:00pm** **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

**Seat:** 12D | Your flight is confirmed. Seat is confirmed. You may review seats.

## Cost summary and billing information



**Flight cost summary**

| | |
|---|---|
| Airfare, KURT MEADERS (Adult) | $793.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Total** | **$800.40 USD** |

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx5374

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Visit "My Trips" to view, update or cancel any segment of your trip or
Traveler Update to get real-time travel tips and airport status. You can
also look up your itinerary and flight status on your mobile phone at
ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

### Great rates

 Add a Flight
Add a Car
Add a Hotel

16th

LANDRY'S SEAFOOD HOUSE
7616 Courtney Campbell
Tampa Bay, Florida 33607
(813) 289-7773

Server: ETHAN
Table 65/1                      02/16/2010
Guests: 0                         7:59 PM
                                   50039

G1 CS Hogue
Sp Seafood Gumbo                     6.50
Blackened Sashimi                    6.50
                                    10.99

Subtotal                            23.99
Tax                                  1.69

Total                               25.68

**Balance Due**            **$ 25.68**

Valentine's Day is around
the corner!! Don't forget to make
your reservations today!!

Dinner
Kurt
alone

LANDRY'S SEAFOOD HOUSE
7616 Courtney Campbell
Tampa Bay, Florida 33607
(813) 289-7773

Server: ETHAN              DOB: 02/16/2010
08:05 PM                         02/16/2010
Table 65/1                        5/50039

SALE

M/C
Card #XXXXXXXXXXXX5374            5242897
Magnetic card present: MEADERS KURT WOOD
Card Entry Method:  S

Approval: 283529

Amount:           $ 25.68

+ Tip: _____ 5

= Total: _____ 30 68

X_____

Valentine's Day is around
the corner!! Don't forget to make
your reservations today!!

Guest Copy



```
          OYSTERCATCHERS
     *JOIN US FOR OUR AMAZING
          SUNDAY BRUNCH*
268 JAOUAD
-------------------------------
13/1         2879      GST 1
        FEB15'10  9:29PM
-------------------------------
 Misc Personal Charge      ⟨15.00⟩
 1 D-Corn Soup              9.00
 1 D-Caesar               11.00
 SUBTOTAL                 35.00
 TAX                       2.45
 PAYMENT DUE        37.45
*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY:_____

TOTAL:_____

ROOM #_____

SIGNATURE:_____

PRINT NAME:_____
* * GRATUITY NOT INCLUDED * *
```

Kwm·alone
```
        OYSTERCATCHERS
    GRAND HYATT TAMPA BAY
CHECK:       2879
TABLE:       13/1
SERVER:      268 JAOUAD
DATE:        FEB15'10 10:07PM
CARD TYPE:   MASTERCARD
ACCT #:      XXXXXXXXXXXX5374
EXP DATE:    XX/XX
AUTH CODE:   305754
RESEARCH:    000000000000
       KURT WOOD MEADERS
```

```
SUBTOTAL:          37.45

TIP:_____6._____

TOTAL:_____43.45_____
```

CUSTOMER SIGNATURE

    I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
          AGREEMENT

Dinner - Personal

Lunch - KWM
Mark Hallman DDC
Eric Boyd DDC

Bay Breeze Cafe
5426 Bay Center Drive
Tampa, Florida
DATE 02/16/2010 TUE    TIME 14:13

| | |
|---|---|
| Turk&Swiss | $4.99 |
| Misc. | $1.50 |
| Misc. | $0.95 |
| Suprm Wrap | $5.49 |
| Class. Cuban | $5.29 |
| Misc. | $1.30 |
| Misc. | $1.30 |
| TAX1 | $1.46 |
| TOTAL | $22.28 |
| CASH | $22.28 |

Let us cater your next event
        (813) 282-8100
0              No.059628    00000

BAY BREEZE CAFE
5426 BAY CENTER DR #125
TAMPA FL 33609
813-282-8100

Merchant ID: 4312270000143339
Term ID: 0888
Server ID: 1

## Sale

MASTERCARD
XXXXXXXXXXXX5374
Entry Method: Swiped
Apprvd: Online    Batch#: 000006
02/16/10              12:12:15

Inv#: 00000048 Appr Code: 903354

Amount:       $     22.28
Tip:                  4

Total:            26.28

Customer Copy

THANK YOU
FOR VISITING!

## Expense Report - Transmittal Report



ER00000031642100034

| Spender Todd E Betanzos | From Feb 15, 2010 To Feb 18, 2010 | Reimbursement Amt 1,247.23 USD |

**Report name** travel to and from Tampa Bay for jury research

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 12 | Audit required | Yes |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/15/10 | Parking or Tolls | United St... | 105.03 USD | Jennifer M. Arevalo |
| 2/15/10 | Individual Meal | United St... | 50.21 USD | Jennifer M. Arevalo |
| 2/15/10 | Individual Meal | United St... | 24.37 USD | Jennifer M. Arevalo |
| 2/15/10 | Taxi, Trains, o... | United St... | 23.00 USD | Jennifer M. Arevalo |
| 2/16/10 | Group Meal | United St... | 57.79 USD | Jennifer M. Arevalo |
| 2/17/10 | Group Meal | United St... | 24.02 USD | Jennifer M. Arevalo |
| 2/18/10 | Lodging | United St... | 429.48 USD | Jennifer M. Arevalo |
| 2/18/10 | Individual Meal | United St... | 31.93 USD | Jennifer M. Arevalo |
| 2/18/10 | Airfare | United St... | 466.40 USD | Jennifer M. Arevalo |

## Farmer, Judith

**From:**    Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:**    Wednesday, February 17, 2010 3:11 PM
**To:**      Betanzos, Todd
**Subject:** Your Trip Information - Tampa HDR 2/15/10

Sedgwick

Hello Todd,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa HDR 2/15/10**:

**A hotel reservation has been added.**

## Your current trip information - Tampa HDR 2/15/10
This trip includes **flights and hotel**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601JWGQ6G32 |
| **Airline record locator:** | American Airlines - NEZZAR |
| **Ticket numbers:** | 0017839253061 |
| **Total flight cost:** | $466.40 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| TODD BETANZOS | American Airlines AAdvantage | 7VW2008 |

---

**Leave Monday, February 15, 2010**

**American Airlines 1246** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles
Depart:   **2:05pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **5:20pm   Tampa, FL**  Tampa International (TPA)

**Upgrade requested.**

---

**Return Thursday, February 18, 2010**

**American Airlines 1359** First Class | McDonnell Douglas MD-80 (M80) | 2hr 50min | 920 miles
Depart:   **1:55pm   Tampa, FL**  Tampa International (TPA)
Arrive:   **3:45pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**
**Upgrade confirmed.**

---

### Hotel reservation

**Orbitz Record Locator:** W0THKY
**Hotel Confirmation number:** 60473625
**Reservation made for:** Todd Betanzos
**Total charges :** 762.00 USD (taxes not included)

| | | |
|---|---|---|
| InterContinental TAMPA | 4860 W. KENNEDY BOLE<br>Tampa, FL 33609 | Phone: 1-813-2864400<br>Fax: 1-813-2864053 |

**Check-in:** Mon, Feb 22, 2010     1500
**Check-out:** Thu, Feb 25, 2010     1200

**Room description:** Best flexible rate standard room bd type and smoking preference cannot be guar as it will be allocated upon
Standard room

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, TODD BETANZOS (Adult) | $459.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Total** | **$466.40 USD** |

### Billing information

**Card holder's Name:**
Todd E Betanzos

**Card type:**
American Express

**Card number:**
xxxxxxxxxxxx1008

### Hotel cost summary

| Room rate<br>Feb 22-Feb 24 | Mon<br>$229 | Tue<br>$229 | Wed<br>$304 |
|---|---|---|---|
| Applicable taxes: | | 12 PCT TAX PER<br>NIGHT (not included) | |
| Total room cost: | | $762.00 | |
| **Total charges*** | | **$762.00** | |

| | |
|---|---|
| Amount payable at hotel: | $762.00 (taxes not included) |
| Amount charged to your credit card: | $0.00 USD |

**Taxes not included. 12 PCT TAX PER NIGHT

*Note: Hotel cost displayed above does not include hotel taxes and fees.

### Billing information

**Card holder's Name:**
Todd Betanzos

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx6884

## Trip reference field information

**Flight**
**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001
**Hotel**

2/17/2010

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Visit "**My Trips**" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

### Great rates



Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**



GRAND
HYATT
TAMPA BAY ®

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| | | |
|---|---|---|
| Payee | Todd Betanzos | |
| | 3501 Woodhaven Dr | |
| | Dallas TX 752345158 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 1248 |
| Arrival | 02-15-10 |
| Departure | 02-18-10 |
| Page No. | 1 of 2 |
| Folio | 39639 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | 504752567H |
| Bonus Code | | |
| Confirmation No. | **3582678701** | |
| Group Name | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-15-10 | - In Room Dining Dinner Food | Room# 1248 : CHECK# 0295669 | 50.21 | ← Dinner |
| 02-15-10 | Package Room | | 129.00 | |
| 02-15-10 | State Sales Tax | | 8.26 | |
| 02-15-10 | Occupancy Tax | | 5.90 | |
| 02-16-10 | - Lobby Bar Lunch Food | Room# 1248 : CHECK# 0358367 | 57.79 | ← Lunch w/ Allan Campo & Stuart Simon |
| 02-16-10 | Package Room | | 129.00 | |
| 02-16-10 | State Sales Tax | | 8.26 | |
| 02-16-10 | Occupancy Tax | | 5.90 | |
| 02-17-10 | - Petey Brown's Breakfast Food | 021134820100217083525 | 24.02 | ← Breakfast w/ Allan Campo |
| 02-17-10 | Package Room | | 129.00 | |
| 02-17-10 | State Sales Tax | | 8.26 | |
| 02-17-10 | Occupancy Tax | | 5.90 | |
| 02-18-10 | - In Room Dining Breakfast Food | Room# 1248 : CHECK# 0295836 | 31.93 | ← Breakfast |
| 02-18-10 | Visa | XXXXXXXXXXX9531          XX/XX | | 593.43 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

Payee    Todd Betanzos
      3501 Woodhaven Dr
      Dallas TX 752345158
      United States

| | |
|---|---|
| Room No. | 1248 |
| Arrival | 02-15-10 |
| Departure | 02-18-10 |
| Page No. | 2 of 2 |
| Folio | 39639 |
| Invoice | |

Membership    GP    504752567H
Bonus Code
Confirmation No.    **3582678701**
Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| | **Total** | **593.43** | **593.43** |
| | **Balance** | **0.00** | |

Thank you for choosing Grand Hyatt Tampa Bay

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

*Lunch @ DFW Airport (TBU/TDR)*

HMSHOST
TEQUILERIA A16
DALLAS FT WORTH INT'L AIRPORT

10916 SOLEDAD

```
----------------------------------
144/        5906    GST 1
    FEB15'10  1:12PM
----------------------------------

    **** SEAT 1 ****
1 SODA BAR 14          2.39
  FIRST ROUND SBEV
  COKE DIET
1 CHIPS & SALSA        4.99
1 TACOS                9.48
   CARNITAS
      FLOUR TORTILLA
      SALSA JALISCO
   CARNITAS
      FLOUR TORTILLA
      SALSA JALISCO
   ADD GAUC
1 SIDE BLK BEANS       1.59
1 RICE PINTO BEANS     1.29
  SUBTOTAL            19.74
TAX    1.63  AMOUNT   21.37
  *******  *******

  SUBTOTAL            19.74
  TAX                  1.63
  AMOUNT           $21.37
```

THANK YOU FOR YOUR BUSINESS!!!
Tell us about your experience
   will.collins@hmshost.com
   Will Collins  972.574.8710
HMShost DFW International Airpor

HMSHOST
TEQUILERIA A16
DALLAS FT WORTH INT'L AIRPORT
CHECK:       5906
TABLE:       144/1
SERVER:      10916 SOLEDAD
DATE:        FEB15'10  1:34PM
CARD TYPE:   MSTRCARD  A1 5*
ACCT #:      XXXXXXXXXXX6884
EXP DATE:    XX/XX
AUTH CODE:   71444Z
         TODD BETANZOS

```
TOTAL:          21.37
                 3.00
TIP_____

                24.37
TOTAL_____


X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.
```



Ctrl # *115 1736*

**FreedomPark**
AIRPORT VALET SERVICES

Return info

Date *Thur 18th*

**Claim Check**

Time *3:45 pa*

866-parkDFW (727-5339)
**972-252-2500**

Airline *AA*  Flt# *1359*

Please retain this claim check and present it to the valet attendant
when he returns your vehicle. If your flight plans change, call our
toll free number with your updated flight information. **Please
review the terms and conditions on the reverse side.**

---

5832751

*TBW*  *Cab from*
*airport to*
*Hyatt*
*2/15/10*

| QUAN. | CLASS | DESCRIPTION | | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DATE | AUTHORIZATION | | | | SUB TOTAL | |
| REFERENCE NO. | | | REG./DEPT. | | TAX | |
| FOLIO/CHECK NO. | | SERVER | CLERK | | TIPS MISC. | |

**SALES SLIP**

**TOTAL**

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

CUSTOMER COPY

**Farmer, Judith**

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Monday, February 22, 2010 9:29 AM |
| **To:** | Farmer, Judith |
| **Cc:** | Sent Reservations |
| **Subject:** | Airport Parking Receipt-Todd Betanzos |

```
FreedomPark
Airport Parking Receipt

***Summary of Charges*****************************************************
* Control#   Customer Name   Departure Date Return Date   Total Charge *
* 1151736    Todd Betanzos   2/15/2010       2/18/2010        $105.03  *
**************************************************************************


Charges for AMEX ending in 1008 - personal
                              Sales   Airport
Description    Qty   Rate    PreTax    Tax     Fee     Total
Parking         4   $22.00   $88.00   $7.26   $9.77  $105.03
                              Parking Subtotal  $105.03

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

***RECLAIM YOUR FREE TIME*** Let FreedomPark handle your vehicle care items while you are
traveling, and liberate your free time.  We offer a full service interior/exterior car
wash.  Or bump it up a level and get a carpet shampoo or hand wax.  Or make it showroom
new with a full detail.  Oil change overdue?  Let FreedomPark take care of it while you're
gone.  Sate Inspection Expired?  We can handle it.  Or, if you need DEALERSHIP SERVICE, we
can shuttle your car to and from the dealer while you're out of town (please see list of
dealerships on our website).  Go ahead, plan to sleep in this Saturday.  We're on it.
Click here for more details: www.freedomparkdfw.com/liberate_my_time.aspx

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com
```



For Professional Services Through March 31, 2010:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 03/01/10 | T. Betanzos | 1.70 | Assist with preparation for conference call with ▮▮▮▮▮ |
| 03/01/10 | T. Betanzos | 5.20 | Travel to Tampa, FL for this week's meeting with ▮▮▮▮ with review & analysis of technical documents provided ▮▮▮▮ |
| 03/01/10 | W. Mason | 1.80 | Meeting with ▮▮▮▮ |
| 03/01/10 | W. Mason | 1.10 | Conference call regarding ▮▮▮▮ |
| 03/01/10 | W. Mason | 1.40 | Telephone conference with ▮▮▮▮ |
| 03/01/10 | K. Meaders | 0.30 | Receipt and review of new document review issues from attorney Betanzos and meeting with attorney Steinmann to incorporate into coding manual |
| 03/01/10 | K. Meaders | 1.30 | Meeting with Michael Barry of Equivalent Data, attorney Steinmann, legal assistants Cynthia Alm, Gail Fountain, Stephanie Stevens, Tiffiney Rogers via video conference to instruct on new document review issues and begin analysis of Black & Veatch  and TBW documents |


| 03/01/10 | K. Meaders | 0.20 | Receipt and review request for copies of third party subpoenas |
| 03/01/10 | K. Meaders | 0.30 | Email to Tim Woodward and Kathy Gilman regarding coordination of receipt of documents from third parties and relativity |
| 03/01/10 | C. Steinmann | 2.00 | Revise binders and codes in the database and prepare for training of coders |
| 03/01/10 | C. Steinmann | 2.00 | Revise binders and codes in the database and prepare for training of coders |
| 03/01/10 | C. Steinmann | 1.00 | Traindocument reviewers for database coding |
| 03/01/10 | C. Steinmann | 1.50 | Needlefinder training with Equivalent of the culling process and searching functions |
| 03/01/10 | C. Steinmann | 1.00 | Search for ███████████████████████████ |
| 03/01/10 | C. Alm | 1.00 | Attend team meeting with C. Steinmann and K. Meaders regarding document production |
| 03/01/10 | G. Fountain | 1.00 | Strategy meeting to discuss document review project |
| 03/01/10 | G. Fountain | 2.50 | Review and analysis of third party documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/01/10 | T. Rogers | 1.50 | Additional team meeting in order to discuss case overview, issues for reviewing documents and other specific instructions related to Relativity database |
| 03/01/10 | T. Rogers | 4.30 | Review and analysis of Third Party Documents (document ID B_V Docs - Batch 4 and Batch 6) for issues related to litigation |
| 03/01/10 | S. Stephens | 1.00 | Strategy meeting re details of case and database |
| 03/01/10 | S. Stephens | 1.00 | Review document review manual and case materials |
| 03/01/10 | S. Stephens | 0.90 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (BV1813-1856) |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 3

| | | | |
|---|---|---|---|
| 03/01/10 | R. Zarate | 1.50 | Attend team meeting with C. Steinmann and K. Meaders for preparation of reviewing documents and review materials regarding substantive issues |
| 03/01/10 | R. Zarate | 0.50 | Review and analysis of Black & Veatch 10002 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/02/10 | T. Betanzos | 4.80 | Preparation for this week's ███████ ████████ |
| 03/02/10 | K. Meaders | 0.20 | Email correspondence to paralegal Kathy Gilman regarding third party upcoming production and incorporation into relativity |
| 03/02/10 | K. Meaders | 0.60 | Email correspondence to Barry Meyers and Katie Duty requesting ████████████ ██████████████████ |
| 03/02/10 | K. Meaders | 0.20 | Email correspondence with paralegal Kathy Gilman on cost sharing of ESI production |
| 03/02/10 | K. Meaders | 0.20 | Email correspondence with Barry Meyers regarding ability to look at files ██████████ ██████████ |
| 03/02/10 | C. Steinmann | 2.50 | Continue search for ███████████████████ ██████████████ |
| 03/02/10 | C. Steinmann | 0.50 | Review and respond to document analysis questions from paralegals |
| 03/02/10 | G. Fountain | 5.80 | Review and analysis of Black & Veatch production batch B_V200001-B_V200005, B_V200007-B_V200008, B_V200010 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/02/10 | T. Rogers | 5.90 | Continue review and analysis of Third Party Documents (Document ID B_V Docs - 1 Batch 6) for issues related to litigation |
| 03/02/10 | S. Stephens | 4.30 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (BV1857- |


2087, 9663-9712, 9813-10649)

| 03/02/10 | R. Zarate | 0.50 | Review and analysis of Black & Veatch 10002 documents for substantive issues related to the litigation in preparation of upcoming depositions |

| 03/03/10 | T. Betanzos | 8.60 | Attend and participate in meeting with ███ ███████████████████████████████ |

| 03/03/10 | W. Mason | 0.40 | Receive and review Defendant Barnard's Partial Joinder in HDR's Motion for Protective Order and Barnard's Motion to Fix Date for Production of TBW's electronically stored information |

| 03/03/10 | K. Meaders | 0.30 | Receipt and review of email from ██████ ████████████████ |

| 03/03/10 | K. Meaders | 0.30 | Correspondence with Equivalent Data regarding ███████████████████████ |

| 03/03/10 | K. Meaders | 0.40 | Review of detail list of ████████████ ███████████████████████████████ |

| 03/03/10 | C. Steinmann | 2.00 | Communicate with Katie Duty and work with Equivalent regarding ████████████ |

| 03/03/10 | C. Steinmann | 3.50 | Conduct quality control reviews of each reviewer's batches to ensure consistency and accuracy of review |

| 03/03/10 | C. Steinmann | 0.70 | Review and respond to document review questions from paralegals |

| 03/03/10 | G. Fountain | 1.20 | Continue review and analysis of Black & Veatch production batch B_V200010 for substantive issues related to the litigation in preparation of upcoming depositions |

| 03/03/10 | S. Stephens | 2.30 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (BV11034-16151) |

| 03/03/10 | R. Zarate | 2.50 | Review and analysis of Black & Veatch 10002 |


documents for substantive issues related to the litigation in preparation of upcoming depositions

03/04/10 T.  Betanzos          13.20          Participate in meeting with ███████████ ███████████████████████ and return travel to Dallas following conclusion of same ███████████████████████

03/04/10 K. Meaders             0.20          Office conference with attorney Steinmann and report on status of subjective review of documents

03/04/10 K. Meaders             0.30          Receipt and review of emails and reply to emails concerning further ███████████ █████████

03/04/10 K. Meaders             0.70          Telephone conference with Mark Hallman, DDC, regarding status of electronic discovery down load and back-up tapes from Omaha

03/04/10 T. Gamble              0.80          Begin analysis of Black & Veatch documents and electronic data in connection with ███████████████████████

03/04/10 C. Steinmann           1.50          Continue search for ███████████████████

03/04/10 C. Steinmann           1.00          Calls with Equivalent regarding download issues and corrupt data sent from Ikon

03/04/10 C. Steinmann           0.50          Exchange e-mails with attorney Betanzos and Katie Duty regarding ███████████████████████████████████████

03/04/10 C.  Steinmann          1.20          Review and respond to document coding questions from paralegals

03/04/10 G. Fountain            1.20          Continue review and analysis of Black & Veatch production batch B_V200010 for substantive issues related to the litigation in preparation of upcoming depositions



| 03/04/10 | T. Rogers | 3.40 | Review and analysis of Third Party Documents B_V Docs - 1 Batch 1 for issues related to litigation and begin review and analysis of Third Party Documents TBW Batch 2 for issues related to litigation |
| 03/04/10 | T. Rogers | 1.20 | Prepare persons with knowledge list from information obtained from various documents obtained to date from online document review |
| 03/04/10 | S. Stephens | 4.80 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (BV16760-19129, TBW1-2210) |
| 03/04/10 | R. Zarate | 0.70 | Review and analysis of TBW 00004 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/05/10 | K. Meaders | 0.50 | Receipt and review of CD's from HDR on project files |
| 03/05/10 | K. Meaders | 0.20 | Office conference with attorneys Steinmann and Betanzos regarding processing particular information from CD's |
| 03/05/10 | K. Meaders | 0.30 | Office conference with attorney Steinmann regarding status of ESI discovery and coding report |
| 03/05/10 | T. Gamble | 3.90 | Continue analysis of ███████████████████ |
| 03/05/10 | C. Steinmann | 0.40 | Review and respond to document coding questions from paralegals |
| 03/05/10 | C. Steinmann | 0.50 | Additional telephone calls regarding ██████ |
| 03/05/10 | C. Steinmann | 0.10 | Telephone call with Kathy regarding ████████ |
| 03/05/10 | C. Steinmann | 1.50 | Meet with attorney Betanzos regarding documents needed for ███████████ |


███████████████████████████

| 03/05/10 | C. Steinmann | 1.50 | Conduct quality control review of document analysis, pull specific miscoded documents, and meet with paralegals to explain proper review of example documents |
| 03/05/10 | C. Steinmann | 0.20 | Prepare ████████████████████ |
| 03/05/10 | C. Steinmann | 0.50 | Prepare ████████████████████ |
| 03/05/10 | G. Fountain | 6.20 | Review and analysis of batch B_V200010, TBW00005, TBW00006 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/05/10 | T. Rogers | 6.30 | Review and analysis of Third Party Documents TBW Batch 7 for issues related to litigation |
| 03/05/10 | T. Rogers | 0.30 | Document review team meeting regarding new issues |
| 03/05/10 | S. Stephens | 3.40 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW2211-2855) |
| 03/05/10 | S. Stephens | 0.80 | Strategy meeting regarding document review and status |
| 03/05/10 | R. Zarate | 0.50 | Attend team meeting with C. Steinmann to discuss issues for document production |
| 03/05/10 | R. Zarate | 2.30 | Review and analysis of TBW 00004 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/06/10 | R. Zarate | 1.20 | Review and analysis of TBW 00004 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/08/10 | W. Mason | 5.40 | Continue reviewing documents, photographs and other file materials |
| 03/08/10 | K. Meaders | 0.20 | Report on process of document analysis |
| 03/08/10 | T. Gamble | 7.20 | Continue analysis of ████████████ |



███████████████████████████████████
███████████████████████████

03/08/10   C. Steinmann        6.80        Continue review of ██████████ in needlefinder
                                                        and Relativity to assist with █
                                                        █████████

03/08/10   C. Steinmann        2.00        Search for documents regarding ██████
                                                        ███████████████████████████

03/08/10   G. Fountain          6.40        Review and analysis of production batch TBW6,
                                                        TBW8 and TBW9 for substantive issues related
                                                        to the litigation in preparation of upcoming
                                                        depositions

03/08/10   R. Zarate            1.50        Review and analysis of TBW00004 documents
                                                        for substantive issues related to the litigation in
                                                        preparation of upcoming depositions

03/09/10 T.   Betanzos         5.20        Travel to Tampa, Florida for this week's
                                                        meetings ████████████████████
                                                        █████████████████

03/09/10   W. Mason            5.30        Multiple intrafirm conferences regarding █
                                                        ███████████████████████████

03/09/10   K. Meaders          0.30        Office Conference with Attorney Steinmann to
                                                        discuss use of Needle Finder to cull information
                                                        ██████████████████████

03/09/10   K. Meaders          0.70        Draft report of document and ESI status and
                                                        potential budget for ADR documents

03/09/10   T. Gamble           6.60        Continue analysis of ████████████
                                                        ███████████████████████
                                                        ███████████

03/09/10   C. Steinmann        1.20        Review Powerpoint presentations ███████
                                                        ███████████████



| 03/09/10 | C. Steinmann | 0.50 | Telephone call with ████████ |
| 03/09/10 | C. Steinmann | 2.10 | Begin reviewing data in needlefinder to find key words for both responsive and non-responsive documents to be used for subsequent culling |
| 03/09/10 | C. Steinmann | 0.20 | Prepare e-mails ████████ |
| 03/09/10 | G. Fountain | 1.40 | Review and analysis of production batch TBW9 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/09/10 | T. Rogers | 5.10 | Continue review and analysis of Third Party Documents (TBW Batch 7) for issues related to litigation |
| 03/10/10 | T. Betanzos | 11.20 | Prepare for and conduct meeting ████████ |
| 03/10/10 | W. Mason | 0.40 | Telephone conference with ████████ |
| 03/10/10 | W. Mason | 0.80 | Extended conference with ████████ |
| 03/10/10 | W. Mason | 3.10 | Review contracts |
| 03/10/10 | K. Meaders | 0.50 | Start draft of budget for remaining case up to and including trial |
| 03/10/10 | K. Meaders | 0.20 | Email correspondence with EDQ and DCC regarding status of documents and ESI download |
| 03/10/10 | K. Meaders | 0.20 | Email correspondence with ████████ |
| 03/10/10 | K. Meaders | 0.60 | Review of document batches in database |
| 03/10/10 | K. Meaders | 0.40 | Office conference attorney Steinmann regarding download status of database |
| 03/10/10 | K. Meaders | 0.80 | Telephone conferences with Mark Hallman regarding database status and time line of ESI |



| 03/10/10 | K. Meaders | 0.20 | Email attorney Steinmann regarding database status |
| 03/10/10 | K. Meaders | 0.30 | Receipt and review database spreadsheet from EDQ |
| 03/10/10 | K. Meaders | 1.30 | Receipt and review research on ███████████ |
| 03/10/10 | K. Meaders | 0.30 | HDR scanned document issues regarding duplications |
| 03/10/10 | K. Meaders | 1.10 | Email to ███████████ |
| 03/10/10 | T. Gamble | 4.80 | Continue analysis of ███████████ |
| 03/10/10 | T. Gamble | 1.70 | Begin evaluation of ███████████ |
| 03/10/10 | J. Jacobson | 2.20 | Discussion with K Meaders ███████████ |
| 03/10/10 | C. Steinmann | 3.00 | Conference call with Michael Barry regarding HDR scanned documents and searching functions; follow-up call with Michael Barry and Kurt Meaders regarding ███████████ |
| 03/10/10 | C. Steinmann | 1.00 | Review index of HDR documents and determine what percentage of documents could be left uncoded |
| 03/10/10 | G. Fountain | 2.00 | Review and analysis of production batch TBW 11 for substantive issues related to the litigation |



|            |              |      | in preparation of upcoming depositions |
|------------|--------------|------|----------------------------------------|
| 03/10/10   | T. Rogers    | 6.20 | Review and analysis of Third Party Documents (Tampa Bay Water Batch 10) and begin review and analysis of Third Party Documents (Tampa Bay Water Batch 20) for issues related to litigation |
| 03/10/10   | S. Stephens  | 2.30 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW2866-3118, 12761-12949) |
| 03/11/10   | T. Betanzos  | 8.50 | Conduct meeting with ██████████ ████████████████████████████ |
| 03/11/10   | W. Mason     | 0.40 | Receive and review  Privilege log re subpoena issued by HDR to Non-Party Balck and Veach Corporation |
| 03/11/10   | W. Mason     | 0.30 | Telephone call to ██████████████ ██████████████ |
| 03/11/10   | W. Mason     | 0.60 | Telephone conference with ████████ ██████████████████ |
| 03/11/10   | K. Meaders   | 0.20 | Receipt and Review and respond to emails regarding additional Black & Veatch documents, review and coding |
| 03/11/10   | K. Meaders   | 0.40 | Attention to issues regarding coding of HDR scanned document set and budget |
| 03/11/10   | K. Meaders   | 0.20 | Telephone conference with Tim Connolly regarding same and receive approval |
| 03/11/10   | K. Meaders   | 5.10 | Work on comprehensive case budget and line item budget |
| 03/11/10   | K. Meaders   | 0.20 | Email correspondence to EDQ to start process of HDR scanned document review processing, including various inquiries for budget numbers and rates |
| 03/11/10   | K. Meaders   | 0.80 | Conference with attorney Todd Betanzos ████████████████████████████████ |


| | | | |
|---|---|---|---|
| 03/11/10 | T. Gamble | 5.80 | Continue analysis of ███████ |
| 03/11/10 | T. Gamble | 1.70 | Continue evaluation of ███████ |
| 03/11/10 | C. Steinmann | 9.50 | Search database for ███████ |
| 03/11/10 | C. Steinmann | 0.80 | Review and respond to document coding questions from paralegals |
| 03/11/10 | T. Rogers | 6.10 | Review and analysis of Third Party Documents for issues related to litigation (continued and finalized batch TBW000020 and completed batch TBW000021) |
| 03/11/10 | T. Rogers | 1.60 | Several internal and telephone conferences with SDMA IT department and representatives of Relativity and Kcura regarding troubleshooting problems with document image viewer and solutions regarding same; conferences and memos to document review team regarding same |
| 03/11/10 | S. Stephens | 0.90 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW12950-13020) |
| 03/11/10 | R. Zarate | 1.30 | Review and analysis of TBW00004 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/12/10 | T. Betanzos | 0.70 | Prepare for and participate in telephone conference with ███████ |
| 03/12/10 | T. Betanzos | 8.10 | Work with ███████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 13

| | | | |
|---|---|---|---|
| 03/12/10 | W. Mason | 0.40 | Conference call regarding update on case |
| 03/12/10 | W. Mason | 0.80 | Follow-up conference call regarding ██████ ████████████████████████████ |
| 03/12/10 | W. Mason | 4.20 | Review information regarding ████████ ███████████ |
| 03/12/10 | K. Meaders | 2.70 | Work on comprehensive case budget and line item cost detail |
| 03/12/10 | K. Meaders | 0.50 | Work on HDR document ██████████████ ████████████████████ |
| 03/12/10 | K. Meaders | 0.50 | Office conference with attorney Steinmann regarding consideration of increasing amount of documents within database and recommendation of need for contract attorneys |
| 03/12/10 | K. Meaders | 0.80 | Conferences with Shari Doidge regarding need for contract attorneys to code documents and begin coordination of expedited efforts to hire attorneys |
| 03/12/10 | K. Meaders | 0.40 | Conference with legal assistant Tiffiney Rogers regarding coding process and discussion of whether coding can be effectively processed off site |
| 03/12/10 | K. Meaders | 0.30 | Telephone conference with attorney Steinmann regarding details of coordination of contract attorneys |
| 03/12/10 | K. Meaders | 1.60 | Email report to attorneys Mason and Betanzos ████████████████████████████ |
| 03/12/10 | T. Gamble | 3.90 | Finish analysis of ███████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 14

| 03/12/10 | T. Gamble | 2.10 | Begin analysis of ███████████████████████████████████ |
| 03/12/10 | C. Steinmann | 0.50 | Telephone conference with Kurt Meaders regarding staffing and database review |
| 03/12/10 | C. Steinmann | 2.00 | Conduct quality control review of document analysis and addresses specific questions from reviewers |
| 03/12/10 | T. Rogers | 7.40 | Review and analysis of Third Party Documents for issues related to litigation (completed batch TBW000022 and completed documents that were not previously viewed due to image viewer issues in batch TBW00002) |
| 03/12/10 | S. Stephens | 3.30 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW13021-13220, 11712-11747, 12210-12294, 12297-12525) |
| 03/13/10 | T. Rogers | 3.10 | Review and analysis of Third Party Documents for issues related to litigation (completed batches TBW000023 and TBW000024) |
| 03/14/10 | G. Fountain | 4.00 | Review and analysis of production batch TBW 11, 15-16 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/14/10 | R. Zarate | 4.00 | Review and analysis of TBW000014 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/15/10 | T. Betanzos | 4.40 | Work on materials to be used by ███████████████████████████ |
| 03/15/10 | T. Betanzos | 4.70 | Return travel to Dallas following last week's meetings in Tampa ██████████████ |
| 03/15/10 | W. Mason | 0.20 | Receive and review brief summary of day one of deposition of Helen Bennett forwarded by Jim Hickman |


| 03/15/10 | W. Mason | 3.40 | Work on outlines of information for expert |
|---|---|---|---|

03/15/10   K. Meaders   0.50   Work on issues occurring with individual custodian assets, ghost images, and emails with EDQ

03/15/10   K. Meaders   0.20   Receipt and review of information regarding Beck document production and coordination of incorporation into database

03/15/10   K. Meaders   0.40   Work on overall case budget issues

03/15/10 K.   Meaders   0.60   Coordination of hiring potential contract attorneys, cost and review of resumes

03/15/10   K. Meaders   0.20   Email to in-house legal counsel to determine appropriate conflict check on contract attorney

03/15/10   K. Meaders   0.20   Email correspondence to attorney Mason regarding need of contract attorneys to code documents

03/15/10   K. Meaders   0.90   Work on HDR budget for document review and contract attorney

03/15/10 K.   Meaders   0.30   Coordination of contract attorney training

03/15/10   K. Meaders   0.60   Office conference with attorney Steinmann regarding subjective document review needs, legal assistants and contract attorney needs

03/15/10   T. Gamble   4.90   Continue analysis of

03/15/10   T. Gamble   2.70   Begin analysis of

03/15/10   C. Steinmann   0.20   Review contract attorney resumes and select individuals for document review



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 16

| 03/15/10 | C. Steinmann | 0.20 | exchange e-mails regarding contract attorneys, training, and length of project |
| 03/15/10 | C. Steinmann | 2.00 | Begin working on estimations of data, review speed, and time and cost for completion |
| 03/15/10 | T. Rogers | 3.10 | Review and analysis of Third Party documents (TBW00017 and TBW000012 not previously viewed due to image viewer issues) for issues related to litigation |
| 03/15/10 | T. Rogers | 1.30 | Review Order on Verified Motions for Admissions Pro Hac Vice; research and determine language needed in Notice of Compliance to same; draft Notice of Compliance for Wayne Mason and Todd Betanzos |
| 03/15/10 | S. Stephens | 3.80 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW12526-12760, 15572-16318) |
| 03/16/10 | T. Betanzos | 4.90 | Travel to Tampa, Fl for meetings with ███ ██████████ |
| 03/16/10 | W. Mason | 0.30 | Telephone conference with Todd Betanzos re deposition preparation and coding of documents |
| 03/16/10 | W. Mason | 0.30 | Telephone conference with Tim Connolly ███████████ |
| 03/16/10 | W. Mason | 4.00 | Begin preparation for TBW and fact witness depositions including review of documents |
| 03/16/10 | K. Meaders | 0.30 | Review of issues with ██████████████ for discussion of resolutions with EDQ |
| 03/16/10 | K. Meaders | 1.40 | Telephone conference with EDQ regarding ████████████████ |
| 03/16/10 | K. Meaders | 1.60 | Prepare Budget regarding coding of different segments of documents |
| 03/16/10 | T. Gamble | 2.90 | Continue analysis of voluminous CDG ████████████████ |


| 03/16/10 T. Gamble | 3.70 | Prepare comprehensive chart regarding ███ |
| 03/16/10 C. Steinmann | 3.50 | Continue work on document review and cost estimations and prepare comprehensive memorandum ███ |
| 03/16/10 C. Steinmann | 1.20 | Review and respond to document review questions from paralegals |
| 03/16/10 G. Fountain | 5.20 | Review and analysis of production batch TBW 13, TBW 28 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/16/10 T. Rogers | 5.20 | Review and analysis of Third Party documents (TBW000027 and begin TBW000031) for issues related to litigation |
| 03/16/10 S. Stephens | 3.90 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW16319-16480, 17550-18512) |
| 03/16/10 R. Zarate | 3.50 | Review and analysis of TBW000032 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/17/10 T. Betanzos | 9.80 | Prepare for and participate in meetings with ███ |
| 03/17/10 W. Mason | 0.30 | Telephone conference with Kurt Meaders regarding coding of documents |
| 03/17/10 W. Mason | 0.90 | Multiple telephone conferences regarding e-discovery issues |
| 03/17/10 W. Mason | 2.40 | Begin travel to Tampa for hearing on scheduling and motion for protective order |
| 03/17/10 K. Meaders | 0.70 | Prepare rough budget of processing documents of HDR, COG and Black & Veatch and work on budget of segmenting discovery into separate documents into separate productions |



| 03/17/10 | K. Meaders | 0.30 | Telephone conference with emails with Shari Doidge, HR, regarding coordination of legal assistant reviewers from other offices |
| 03/17/10 | K. Meaders | 0.20 | Emails with attorney Betanzos regarding discovery ideas and potential segregation of review into separate sets |
| 03/17/10 | K. Meaders | 0.40 | Telephone conference with attorneys Mason and Betanzos regarding coding issues, amount of documents in database and need to separate and prioritize document review and database pursuant to case needs |
| 03/17/10 | K. Meaders | 0.70 | Emails to all Sedgwick's offices to request and coordinate document review throughout national offices |
| 03/17/10 | K. Meaders | 0.40 | Coordination of efforts with Shari Doidge, HR to add several contract attorneys to firm for expedited project |
| 03/17/10 | K. Meaders | 0.50 | Report to attorney Mason and Betanzos regarding ESI contents and costs |
| 03/17/10 | K. Meaders | 0.40 | Office conference with attorney Steinmann to confirm database outside needle finder |
| 03/17/10 | K. Meaders | 0.20 | Prepare list of potential legal assistants for review of documents |
| 03/17/10 | K. Meaders | 0.30 | Follow up on potential breakdown of number of documents within discovery sets |
| 03/17/10 | K. Meaders | 0.40 | Emails to New York, New Jersey and San Francisco to follow up on potential legal assistants for document review |
| 03/17/10 | K. Meaders | 1.20 | Receipt of email from Shari Doidge, HR, on conflict check on contract attorneys, emails with firm legal counsel and attorneys on potential cases of prior document reviews to discuss issues and determine whether 5 potential contract candidates can be hired to review ESI |
| 03/17/10 | T. Gamble | 4.20 | Continue analysis of voluminous ███████ |



| | | | |
|---|---|---|---|
| 03/17/10 | T. Gamble | 2.90 | Begin identification and analysis of ███████████ |
| 03/17/10 | C. Steinmann | 0.30 | Meet with paralegals to discuss priorities of document review |
| 03/17/10 | C. Steinmann | 1.50 | Work with Needlefinder on culling data and moving ESI to Relativity for review |
| 03/17/10 | C. Steinmann | 0.70 | Prepare e-mail to Kurt Meaders regarding ███████████ |
| 03/17/10 | C. Steinmann | 0.80 | Telephone calls with Kevin Flynn at Ikon regarding missing data or incomplete load files |
| 03/17/10 | G. Fountain | 6.50 | Review and analysis of production batch TBW 33, TBW 35, TBW 38 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/17/10 | T. Rogers | 2.60 | Assist attorney in analysis and review of Co-Defendant's documents related to ███████████ |
| 03/17/10 | T. Rogers | 0.30 | Receipt of Notice of Hearing regarding Telephone Discovery Status Conference; several telephone conferences with magistrate clerk regarding means of attendance by all HDR counsel |
| 03/17/10 | T. Rogers | 0.80 | Determine responses and oppositions to HDR's Motion for Protective Order for further review by attorney |
| 03/17/10 | T. Rogers | 4.60 | Review and analysis of Third Party documents (continue and complete batch TBW000031 and complete batches TBW000039 & TBW000041) for issues related to litigation |
| 03/17/10 | S. Stephens | 0.40 | Strategy meeting with C. Steinmann and others re document review |
| 03/17/10 | S. Stephens | 4.50 | Review and analysis of third party documents |



|  |  |  |  |
|---|---|---|---|
|  |  |  | for substantive issues related to the litigation in preparation for upcoming depositions (TBW20392-21471, 21487-21507. 21999-22166, 22170-22215, 22221-22904) |
| 03/17/10 | M. Stringer | 0.80 | Attendance at instructional meeting of coders and begin review of manual regarding same |
| 03/17/10 | R. Zarate | 4.00 | Review and analysis of batches TBW000032 and TBW000042 and documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/18/10 | W. Mason | 10.40 | Work on █████ █████ nd travel to Tampa (on red eye from Salt Lake City) for meeting ██ █████ and hearing on protective order; meeting with local counsel regarding protective order hearing and attend hearing on motion for protective order and scheduling |
| 03/18/10 | W. Mason | 7.10 | Meeting with █████████ █████████ |
| 03/18/10 | K. Meaders | 0.40 | Emails with attorney Joe Smick to obtain potential waiver of attorney reviewer prior document review conflict |
| 03/18/10 | K. Meaders | 0.40 | Emails with contract attorney placement firm regarding communication with prior document review firm to obtain waiver and supply waiver terms |
| 03/18/10 | K. Meaders | 0.30 | Telephone conference with contract attorney placement firm on processing of candidate and clearance of conflicts |
| 03/18/10 | K. Meaders | 0.20 | Email to vendor to confirm SDMA client waiver of issues |
| 03/18/10 | K. Meaders | 0.20 | Review of additional information on other contract attorney candidates |
| 03/18/10 | K. Meaders | 0.40 | Telephone conference with attorney placement firm to request additional candidates |
| 03/18/10 | K. Meaders | 0.30 | Coordinate training of legal assistants and |


|          |              |      | contract attorney for HDR ESI review |
|----------|--------------|------|--------------------------------------|
| 03/18/10 | K.   Meaders | 0.20 | Telephone conference from attorney Wayne Mason on ESI and estimate of review time |
| 03/18/10 | K. Meaders   | 0.30 | Office conference attorney Steinmann regarding ESI review, training and coordination of information by custodian, work on list of contract attorney candidates and legal assistant reviews for training and access to database |
| 03/18/10 | K. Meaders   | 0.30 | Emails to obtain additional legal assistants; telephone conference with attorney Mason regarding potential court deadlines |
| 03/18/10 | K. Meaders   | 0.30 | Office conference attorney Steinmann requesting detail information of documentation within ESI by custodian |
| 03/18/10 | K. Meaders   | 0.40 | Conference call with Katie Duty and attorney Steinmann to discuss division of ESI by custodian and potential sources |
| 03/18/10 | K. Meaders   | 0.50 | Emails with attorney Wayne Mason on budget estimate and new ESI project on budget estimates, return emails discussing potential effect on budget |
| 03/18/10 | K. Meaders   | 0.30 | Address potential conflict of candidates with prior EDS review |
| 03/18/10 | K. Meaders   | 0.40 | Address potential conflicts of candidate with prior All State Insurance work |
| 03/18/10 | K. Meaders   | 0.30 | Confirm clearance of Dell conflict issues |
| 03/18/10 | K. Meaders   | 0.50 | Finalize and email budget to carrier with comments |
| 03/18/10 | K. Meaders   | 0.40 | Email with estimate of documents for review ███████████████████████ |
| 03/18/10 | T. Gamble    | 4.10 | Continue identification and analysis of ███ ████████████████████████████ ████████████████ |
| 03/18/10 | C. Steinmann | 0.80 | Call with Katie Duty and Kurt Meaders |


|          |              |       | regarding Court's direction on limited custodians; prepare e-mail to IT regarding contract attorney credentials; prepare email to Equivalent regarding user names and access rights for additional coders |
|----------|--------------|-------|---|
| 03/18/10 | C. Steinmann | 1.50  | Run searches in database to determine documents per custodian and documents per custodian's name and prepare e-mail summarizing same |
| 03/18/10 | C. Steinmann | 0.30  | Assist Travis Gamble with searches in Relativity ████████████████ |
| 03/18/10 | G. Fountain  | 4.70  | Review and analysis of production batch TBW 40, TBW 48 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/18/10 | T. Rogers    | 4.00  | Review and analyze Third Party Documents (TBW000045, TBW000046, TBW000047) for issues related to litigation |
| 03/18/10 | S. Stephens  | 3.90  | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW22905-23030, 29422-31061) |
| 03/18/10 | R. Zarate    | 6.80  | Review and analysis of batches TBW000043, TBW000044 and TBW000049 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/19/10 | W. Mason     | 10.20 | Meeting with ████████████████████████ |
| 03/19/10 | W. Mason     | 0.90  | Multiple correspondence with plaintiffs' attorney and client regarding ESI issues |
| 03/19/10 | W. Mason     | 0.30  | Telephone conference with Cori Steinmann regarding retrieval of ████████████ |
| 03/19/10 | K. Meaders   | 0.40  | Coordination with other offices for use of legal assistants for HDR electronic discovery review |
| 03/19/10 | K. Meaders   | 0.20  | Work on clearance of Dell discovery and documentation production issue to hire contract attorneys |


| 03/19/10 | K. Meaders | 0.20 | Report on status of document review of electronic discovery for discovery control conference |
| 03/19/10 | K. Meaders | 0.20 | Telephone conference with attorney Mason regarding information necessary regarding other documents in ESI not related to the seven priority custodians |
| 03/19/10 | K. Meaders | 0.20 | Telephone conference with attorney Steinmann to request details of her review of additional information within ESI |
| 03/19/10 | K. Meaders | 0.20 | Coordination of training of legal assistants and contract attorneys |
| 03/19/10 | K. Meaders | 0.60 | Receipt and review of conflict information on contract candidate on particular former document review and determine number of candidates it may affect |
| 03/19/10 | K. Meaders | 0.30 | Work with attorney Steinmann on explanation of each custodian involvement on project and employment dates |
| 03/19/10 | K. Meaders | 0.20 | Confirmation of conflict of candidates with asbestos Plaintiff background |
| 03/19/10 | K. Meaders | 0.30 | Attention to and telephone conference with the attorney contract vendor to obtain additional 7 candidates for review and review of resumes |
| 03/19/10 | K. Meaders | 0.40 | Work on additional information to provide contract attorneys for review |
| 03/19/10 | K. Meaders | 0.40 | Attention to potential ethical wall on prior document review issues |
| 03/19/10 | K. Meaders | 0.40 | Follow up on additional issues on potential candidates |
| 03/19/10 | T. Gamble | 1.40 | Continue analysis of voluminous █████████████ |
| 03/19/10 | T. Gamble | 4.90 | Continue identification and analysis ███████ |


| 03/19/10 | C. Steinmann | 2.00 | Search for █████████████████████ |
| 03/19/10 | C. Steinmann | 1.20 | Pull metdata from ███████████ |
| 03/19/10 | C. Steinmann | 4.00 | Continue search for documents related to the ████████████████ |
| 03/19/10 | C.  Steinmann | 0.20 | Prepare email to additional document reviews regarding upcoming training and send out coding manual |
| 03/19/10 | C.  Steinmann | 5.00 | Prepare correspondence to Wayne Mason summarizing the ███████████████████████████ |
| 03/19/10 | G. Fountain | 5.80 | Review and analysis of production batch TBW 48, TBW 55-57, TBW 61-62 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/19/10 | S. Stephens | 4.40 | Review and analysis of third party documents for substantive issues related to the litigation in preparation for upcoming depositions (TBW31062-31255, 32424-35136, 36683-37102) |
| 03/19/10 | R. Zarate | 6.70 | Review and analysis of batches TBW000050, TBW000067, TBW000068 and partial of TBW000069 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/20/10 | T. Gamble | 2.10 | Finish identification and analysis of ████████████████████████ |
| 03/20/10 | T. Rogers | 3.00 | Review and analyze Third Party Documents (TBW000071, TBW000072, TBW000073) for issues related to litigation |


| 03/20/10 | R. Zarate | 4.50 | Review and analysis of batches partial of TBW000069, TBW000070 and TBW000076 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/21/10 | C. Alm | 8.00 | Review and analysis of Batch TBW0003, TBW00078-79 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/21/10 | G. Fountain | 1.50 | Review and analysis of batch TBW 62 and TBW 63 documents in Relativity Database for issues related to the litigation |
| 03/21/10 | T. Rogers | 3.00 | Review and analyze Third Party Documents (TBW000074 and TBW000075) for issues related to litigation |
| 03/21/10 | R. Zarate | 4.00 | Continue to review and analyze of batch TBW00076 and complete batch CDG00009 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/22/10 | T. Betanzos | 13.60 | Travel to Washington, D.C. for meeting with ██████████████████████████ |
| 03/22/10 | W. Mason | 0.70 | Conference call with Tim Woodward and Tim Connolly regarding ████ |
| 03/22/10 | W. Mason | 0.40 | Intrafirm conference with Todd Betanzos regarding ████████████ |
| 03/22/10 | W. Mason | 0.40 | Telephone conference with Tim Connolly regarding ████████ |
| 03/22/10 | W. Mason | 0.40 | Prepare e-mail to Richard Harrison answering questions regarding harvesting of ESI documents |
| 03/22/10 | K. Meaders | 0.20 | Email to contract attorney vendor on attorneys available and cleared for training |
| 03/22/10 | K. Meaders | 0.30 | Conference with Shari Doidge and IT staff to coordinate training |
| 03/22/10 | K. Meaders | 2.80 | Training session of contract attorneys and legal assistances via video and web based |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 26

|          |                |      |                                                                                          |
|----------|----------------|------|------------------------------------------------------------------------------------------|
|          |                |      | conferencing for document review and ESI data review and production                      |
| 03/22/10 | K. Meaders     | 1.50 | Follow-up on review and clearance of additional contract attorney candidates             |
| 03/22/10 | K. Meaders     | 0.30 | Email attorney Steinmann to coordinate contract attorney beginning work and review       |
| 03/22/10 | K. Meaders     | 0.60 | Work on issues regarding access of contract attorneys to Relativity Database             |
| 03/22/10 | K. Meaders     | 0.20 | Receipt and review of email from attorney Betanzos regarding assistance needed for upcoming depositions |
| 03/22/10 | K. Meaders     | 0.20 | Initial search of database and ███████████ ████████████████                              |
| 03/22/10 | K. Meaders     | 0.40 | Email with attorney Mason regarding ████ ██████                                          |
| 03/22/10 | K. Meaders     | 0.20 | Conference with attorney Steinmann coordinating deposition                               |
| 03/22/10 | K. Meaders     | 0.20 | Email from attorney Mason regarding ESI down load                                        |
| 03/22/10 | K. Meaders     | 0.20 | Email attorney Steinmann regarding ESI down load                                         |
| 03/22/10 | K. Meaders     | 1.00 | Receipt and review data spreadsheet from Digital Discovery on ESI deliverables           |
| 03/22/10 | K. Meaders     | 0.20 | Email attorney Mason regarding overview of ESI status                                    |
| 03/22/10 | T. Gamble      | 4.10 | Finish review and analysis of ████████ ███████████████████████████████████████ ██████████████████████████████ |
| 03/22/10 | T. Gamble      | 2.20 | Consolidate information and prepare memo regarding ███████████████████████████ ████████ |
| 03/22/10 | C. Steinmann   | 0.60 | Train additional document reviewers via telephone                                        |



| 03/22/10 | C. Alm | 3.80 | Review and analysis of Batch CDG00003 and CDG0012 documents for substantive issues related to the litigation in preparation of upcoming depositions |
|---|---|---|---|
| 03/22/10 | R. Altamirano | 1.00 | Review coding manual, and review and analysis of documents HDR_CDG004731 through HDR_CDG004796 for substantive issues related to litigation and provide subjective issues |
| 03/22/10 | R. Altamirano | 1.50 | Training for subjective coding on Relativity re HDR document production |
| 03/22/10 | M. Axel | 1.80 | Attend teleconference training for review and coding of scanned HDR and ESI documents |
| 03/22/10 | G. Fountain | 4.50 | Review and analysis of batch TBW64, TBW 81, and HRD_BID 1-2103 in Relativity Database reviewed for issues related to the litigation |
| 03/22/10 | S. Quintanar | 1.50 | Conference concerning issues and review of document database concerning issues ███████ ████ |
| 03/22/10 | T. Rogers | 3.60 | Assist attorney in analysis and review of Co-Defendant's documents related to ███████ ████ |
| 03/22/10 | T. Rogers | 4.20 | Review and analyze client documents (PR00001) for issues related to litigation |
| 03/22/10 | M. Shore | 1.50 | Attend web meeting covering instruction for document review and analysis of documents |
| 03/22/10 | S. Stephens | 2.50 | Review and analysis of HDR documents in Relativity Database, documents HDR_Donovan 1-337 reviewed for issues related to litigation |
| 03/22/10 | M. Stringer | 2.50 | Attendance at document review meeting and complete review of issue manual |
| 03/22/10 | M. Stringer | 0.90 | Establish website protocols, security and required downloads and reviewed scanned document set from HDR to provide subjective coding for HDR CDG008318 thru HDR CDG008383 |
| 03/22/10 | M. Stringer | 1.90 | Reviewed scanned document set from HDR and |


|            |             |      |                                                                                                                                                                                   |
|------------|-------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |             |      | provided subjective coding for HDR CDG002838 thru CDG003513                                                                                                                        |
| 03/22/10   | J.  Tracey  | 1.50 | Training session - learning how to review scanned document sets from HDR                                                                                                           |
| 03/22/10   | J. Tracey   | 1.00 | Review and analysis of HDR documents in Relativity Database, reviewed Batch #BID-00002, documents HDR-BID 002104 through HDR-BID002274, for issues related to litigation           |
| 03/22/10   | E.  Wheeler | 1.60 | Attend initial telephonic conference re document identification and review procedures in Relativity                                                                                |
| 03/22/10   | E. Wheeler  | 4.30 | Review document review manual and procedures and review document in Relativity for identification                                                                                  |
| 03/22/10   | R. Zarate   | 2.00 | Review and analysis of batch CDG00011 documents for substantive issues related to the litigation in preparation of upcoming depositions                                            |
| 03/22/10   | R. Zarate   | 2.30 | Review and analysis of batch CDG00004 documents for substantive issues related to the litigation in preparation of upcoming depositions                                            |
| 03/22/10   | L.  Primas  | 2.30 | Group meeting with Shari Doidge, Kurt Meaders and other attorneys to discuss the project; relativity Database training                                                             |
| 03/22/10   | L. Primas   | 2.30 | Setup Webmail and Relativity Database access on home computer; review manual and all issues involved in the case                                                                   |
| 03/22/10   | B. Rogers   | 5.70 | Introductory training; review of case information materials in preparation for review of documents; review and analysis of batch CDG_00007 documents in Relativity Database, documents for (a) Issues related to litigation |
| 03/22/10   | K. Schwartz | 5.00 | Review and analysis of HDR documents in Relativity Database, documents CDG-LDD Batch 02 docs 1 through 5, for issues related to litigation; also studied and reviewed training materials related to the case |



| 03/22/10 | H. Webster | 6.50 | Relativity Training at Segwick Reviewed Case Materials Set-up email |
| 03/23/10 | T. Betanzos | 12.40 | Meeting with ███████ |
| 03/23/10 | W. Mason | 1.20 | Review e-mail from Kurt Meaders regarding ███████ reply; multiple intrafirm conferences with Kurt Meaders, Cori Steinmann and Todd Betanzos regarding same |
| 03/23/10 | W. Mason | 0.10 | Review e-mail from Todd Betanzos regarding ███████ |
| 03/23/10 | W. Mason | 0.10 | Review e-mail from Todd Betanzos regarding ███████ |
| 03/23/10 | W. Mason | 12.20 | Travel back to Tampa for meeting with ███████ |
| 03/23/10 | K. Meaders | 4.70 | Begin review of database for ███████ |
| 03/23/10 | K. Meaders | 0.20 | Work on contract attorney billing guidelines |
| 03/23/10 | K. Meaders | 0.30 | Work on access issues for contract attorney and authorization |
| 03/23/10 | K. Meaders | 0.80 | Work on clearing conflicts for contract attorney Lehman |
| 03/23/10 | K. Meaders | 0.30 | Work on scheduling and calendar of HDR trial depositions |
| 03/23/10 | K. Meaders | 0.60 | Telephone conference with attorneys to determine issues and closure of remaining contract attorney candidates |
| 03/23/10 | K. Meaders | 0.70 | Report to attorney Mason regarding status of emails |


| 03/23/10 | T. Gamble | 5.30 | Continue review and analysis of ████████ ████████████████████ |
| 03/23/10 | C. Steinmann | 1.00 | Revise distribution list for coding team and address issues and concerns from coders |
| 03/23/10 | C. Steinmann | 0.30 | Review and revise time entry log and prepare description for coding |
| 03/23/10 | C. Steinmann | 2.00 | Search and review e-mails ████████████ |
| 03/23/10 | C. Steinmann | 0.80 | Meet with attorney Meaders regarding privilege review and more experienced coders |
| 03/23/10 | C. Alm | 1.00 | Review and analysis of Batch PR00015 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/23/10 | M. Axel | 5.80 | Review scanned document sets from batch no. HDR - CDG 002081-002834 for subjective coding |
| 03/23/10 | G. Fountain | 2.50 | Review and analysis of batch CDG4 HDR_CDG001504-2077 and PR0 8 HDR_PR012724-13159 in Relativity Database for issues related to the litigation |
| 03/23/10 | S. Quintanar | 0.80 | Review issues relating to litigation; conference with IT support (A. Davis) regarding connectivity issues; prepare e-mails to C. Steinmann regarding database access and issues |
| 03/23/10 | T. Rogers | 1.10 | Analysis of ████████████████ |
| 03/23/10 | T. Rogers | 5.30 | Review and analysis of HDR documents in Relativity Databates batches PR00002, PR00014 and PR00016 for issues related to litigation |
| 03/23/10 | S. Stephens | 3.90 | Review and analysis of HDR documents in Relativity Database, documents HDR_Donovan 338-795, HDR_PR 2009-2985, HDR_PR 12193- |


|          |              |       | 12547 reviewed for issues related to litigation |
|----------|--------------|-------|-------------------------------------------------|
| 03/23/10 | M. Stringer  | 3.60  | Review and analysis of HDR CDG 003514 thru HDG CDG 004176 and provide subject issues for substantive issues related to litigation in preparation for upcoming depositions |
| 03/23/10 | M. Stringer  | 2.30  | Review and analysis of HDR PRO13160 thru HDG PRO13545 and provide issues related to litigation in preparation for upcoming depositions |
| 03/23/10 | J. Tracey    | 5.30  | Review and analysis of HDR documents in Relativity Database, reviewed Batch # LDD_PR00003, documents # HDR-PR010424 through HDR-PR010705, for issues related to litigation |
| 03/23/10 | R. Zarate    | 4.00  | Review and analysis of batches PR00021 and PR00055 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/23/10 | L. Primas    | 6.50  | Review and analysis of CDG00010 documents in Relativity Database, documents 11 - 64 reviewed, documents 65 - 129 reviewed, documents 130 - 150 reviewed; issues related to litigation |
| 03/23/10 | L. Primas    | 3.50  | Review and analysis of PR00012 documents in Relativity Database, documents 1 - 21 reviewed: issues related to litigation |
| 03/23/10 | B. Rogers    | 11.00 | Review and analysis of approximately 300 CDG_0007, DON_00002, and PR00011 batch documents in Relativity Database for (a) Issues related to litigation |
| 03/23/10 | K. Schwartz  | 12.00 | Review and analysis of HDR documents in Relativity Database, documents CDG-LDD Batch 02 docs 6 through 150 for issues related to litigation |
| 03/23/10 | H. Webster   | 10.00 | Review and analysis of HDR_PR00004 documents in Relativity Database, documents 1 through 150 reviewed, issues related to |


|  |  |  | litigation; review and analysis of HDR-PR00018 documents in Relativity Database, documents 1 through 12 reviewed: issues related to litigation |
| --- | --- | --- | --- |
| 03/24/10 | T. Betanzos | 4.70 | Begin preparation for Amanda Rice deposition |
| 03/24/10 | W. Mason | 0.20 | Receive and review numerous e-mails between counsel regarding continuation ▮▮▮▮ ▮▮▮▮▮▮ |
| 03/24/10 | W. Mason | 0.30 | Review e-mail from ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ |
| 03/24/10 | W. Mason | 13.10 | Meeting with ▮▮▮▮▮ ▮▮▮▮▮▮▮ multiple intrafirm conferences with client; and continue review of other experts' reports in preparation for final expert deadline |
| 03/24/10 | K. Meaders | 0.30 | Meeting with contract attorney representation to confirm additional attorneys training |
| 03/24/10 | K. Meaders | 1.30 | Research database for ▮▮▮▮▮ ▮▮▮ |
| 03/24/10 | K. Meaders | 4.20 | Research HDR document for ▮▮▮ ▮▮ |
| 03/24/10 | K. Meaders | 0.40 | Work on issues of prioritizing Rice email and HDR ESI down load |
| 03/24/10 | T. Gamble | 3.80 | Continue review and analysis of ▮▮▮ ▮▮▮▮▮▮▮▮ |
| 03/24/10 | C. Steinmann | 1.60 | Assist in the preparation for the depositions of Rice and Carrier |
| 03/24/10 | C. Steinmann | 2.00 | Work in Needlefinder and consult with EQD to cull ESI |
| 03/24/10 | C. Steinmann | 0.80 | Respond to various phone calls and questions |



|         |              |        |                                                                                                                                                                                  |
|---------|--------------|--------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |              |        | from contract attorneys and paralegals regarding coding issues                                                                                                                   |
| 03/24/10 | C. Alm      | 1.60   | Review and analysis of HDR Batch PR00015 and PR00022 documents for substantive issues related to the litigation in preparation of upcoming depositions                           |
| 03/24/10 | M. Axel     | 4.10   | Review scanned document sets from batch no. HDR - PR00026 for subjective coding                                                                                                   |
| 03/24/10 | M. Axel     | 1.90   | Review scanned document sets from batch no. HDR - CDG 00045 for subjective coding                                                                                                 |
| 03/24/10 | G. Fountain | 7.00   | Review and analysis of batch PR0 10, 20, 23, 25, 29 and 30 documents HDR_PR000420-923, 1095-1437, 5090-6936, 13782-17735, and 26284-27189 in Relativity Database for issues related to the litigation |
| 03/24/10 | S. Quintanar | 0.20 | Prepare e-mail to C. Steinmann regarding database and document issues; review e-mails received from M. Barry regarding same                                                       |
| 03/24/10 | T. Rogers   | 0.50   | Revise and update issue code memo for use by review team                                                                                                                         |
| 03/24/10 | T. Rogers   | 5.90   | Finalize review and analysis of HDR documents in Relativity Database PR00016 for issues related to litigation                                                                     |
| 03/24/10 | S. Stephens | 4.50   | Review and analysis of HDR documents in Relativity Database, documents HDR_PR 12548-12720, 2893-5089, 8966-9058, 28333-29240 reviewed for issues related to litigation            |
| 03/24/10 | M. Stringer | 2.60   | Review and analysis of documents HDR PRO13546 thru HDR PRO 13709 for substantive issues related to litigation and provide subjective coding for same                             |
| 03/24/10 | J. Tracey   | 5.80   | Review and analysis of HDR documents in Relativity Database, reviewed Batch # LDD_PR00031, documents # HDR-PR006937 through HDR-PR007317, for issues related to litigation        |