

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 34

| 03/24/10 | L. Primas | 10.30 | Review and analysis of PR00012 documents in Relativity Database, documents 22 - 57 reviewed, documents 58 - 111 reviewed: issues related to litigation |
| 03/24/10 | B. Rogers | 9.80 | Review and analysis of approximately 275 PR00011, PR00019, and PR00033 batch documents in Relativity Database for (a) Issues related to litigation |
| 03/24/10 | K. Schwartz | 11.00 | Review and analysis of HDR documents in Relativity Database, Project Record Docs Batch PRD00024 docs 1 through 150 and Batch PRD 00035 docs 1 through 150 for issues related to litigation |
| 03/24/10 | H. Webster | 10.00 | Review and analysis of HDR_PR00018 documents in Relativity Database, documents 13 through 150 reviewed (list documents and number reviewed from and through) Issues related to litigation; review and analysis of HDR-PR00036 documents in Relativity Database, documents 1 through 43 reviewed: issues related to litigation |
| 03/25/10 | T. Betanzos | 6.00 | Continued review & analysis of TBW documents and e-data in preparation for conducting Amanda Rice's deposition next week |
| 03/25/10 | W. Mason | 5.20 | Return to Dallas while working on ▮▮▮▮▮▮ |
| 03/25/10 | W. Mason | 0.40 | Telephone conference with ▮▮▮▮▮▮ |
| 03/25/10 | W. Mason | 0.40 | Telephone conference with ▮▮▮▮▮▮ |
| 03/25/10 | W. Mason | 5.70 | Continue reviewing documents in preparation for Carrier deposition |
| 03/25/10 | K. Meaders | 0.30 | Receipt and review ▮▮▮▮▮▮ |
| 03/25/10 | K. Meaders | 0.20 | Research and review ▮▮▮▮▮▮ |



| 03/25/10 | K. Meaders | 2.10 | Work on preparation of deposition of carrier review ████████████ |
| 03/25/10 | T. Gamble | 4.80 | Continue review and analysis ████ ████████████████ |
| 03/25/10 | C. Steinmann | 1.00 | Prepare protocol for culling by 7 key custodians and send to Equivalent for review and approval |
| 03/25/10 | C. Alm | 2.50 | Review and analysis of HDR Batch PR00022, PR00038 and PR00058 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/25/10 | M. Axel | 0.10 | Complete review scanned document sets from batch no. HDR - PR00026 for subjective review |
| 03/25/10 | M. Axel | 4.90 | Review scanned document sets from batch no. HDR - CDG 00045 for subjective review |
| 03/25/10 | G. Fountain | 3.50 | Review and analysis of batch PR0 32 documents HDR_PR007577-8235, batch PR0 39 HDR_PR034387-34586, batch PR0 42 HDR_PR035083-35167 in Relativity Database for issues related to the litigation |
| 03/25/10 | T. Rogers | 3.80 | Review and analysis of client documents in Relativity database (PRO00017, PRO00049) for issues related to litigation |
| 03/25/10 | T. Rogers | 2.60 | Continue to assist attorney in analysis and review of ████████████████ |
| 03/25/10 | S. Stephens | 1.40 | Review and analysis of HDR documents in Relativity Database, documents HDR_PR 29241-30230, 35885-36190 reviewed for issues related to litigation |
| 03/25/10 | M. Stringer | 0.80 | Review and analysis of documents HDR PR036469 thru HDR PR036694 for substantive issues related to litigation and provide subjective review |


| 03/25/10 | M. Stringer | 1.50 | Review and analysis of documents HDR PR054202 thru HDR PR054626 for substantive issues related to litigation and provide subjective review |
|---|---|---|---|
| 03/25/10 | M. Stringer | 0.60 | Review and analyze documents for substantive issues and provide subjective review for HDR PR013710 thru HDR PR013781 |
| 03/25/10 | J. Tracey | 2.30 | Review and analysis of HDR documents in Relativity Database, reviewed Batch # LDD_PR00031, documents # HDR-PR007318 through HDR-PR007576, for issues related to litigation |
| 03/25/10 | J. Tracey | 2.80 | Review and analysis of HDR documents in Relativity Database, reviewed Batch # LDD_PR00040, documents # HDR-PR034587 through HDR-PR034743, for issues related to litigation |
| 03/25/10 | L. Primas | 6.50 | Review and analysis of PR00012 documents in Relativity Database, documents 112 - 150 reviewed: issues related to litigation; review and analysis of PR00037 documents in Relativity Database, documents 1 - 42 reviewed: issues related to litigation |
| 03/25/10 | L. Primas | 6.50 | Review and analysis of PR00037 documents in Relativity Database, documents 43 - 150 reviewed: issues related to litigation; review and analysis of PR00056 documents in Relativity Database, documents 1 - 18 reviewed: issues related to litigation |
| 03/25/10 | B. Rogers | 10.00 | Review and analysis of approximately 300 PR00033, PR00043, and PR00052 batch documents in Relativity Database, through document HDR_PR037741 in batch PR00052 for (a) Issues related to litigation |
| 03/25/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database, Project Record Docs Batch PRD00047 docs 1 through 150 and Batch PRD00053 docs 1 through 150 for issues related |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 37

| | | | |
|---|---|---|---|
| | | | to litigation |
| 03/25/10 H. Webster | 12.30 | | Review and analysis of HDR_PR00036 documents in Relativity Database, documents 44 through 150 reviewed, issues related to litigation; review and analysis of HDR PR00048 documents in Relativity Database, documents 1 through 108 reviewed, issues related to litigation |
| 03/26/10 T. Betanzos | 4.90 | | Ongoing Amanda Rice deposition preparation |
| 03/26/10 W. Mason | 4.10 | | Begin receiving expert reports and reviewing and analyzing plaintiff's expert reports |
| 03/26/10 W. Mason | 5.70 | | Continue reviewing documents pulled from database regarding ███████████ |
| 03/26/10 K. Meaders | 1.50 | | Research EQD database of ███████████ |
| 03/26/10 K. Meaders | 2.30 | | Research ███████████ |
| 03/26/10 K. Meaders | 1.50 | | Receipt and review GEI expert report for ███████████ |
| 03/26/10 M. Melle | 2.80 | | Attend strategy conference and training session for privilege document review |
| 03/26/10 C. Steinmann | 1.80 | | Training of additional contract attorneys and in-house attorneys for selected privilege review |
| 03/26/10 C. Steinmann | 2.00 | | Work in Needlefinder to continue to cull and sort documents by 7 key custodians for privilege, relevance, and duplication |
| 03/26/10 C. Steinmann | 8.10 | | Review ███████████ |
| 03/26/10 E. Weathers | 1.80 | | Attend HDR training and address issues related to privilege review and work product of client documents |
| 03/26/10 E. Knight | 2.00 | | Training session on privilege and responsiveness |


|  |  |  | review of voluminous client documents |
| --- | --- | --- | --- |
| 03/26/10 | W. Richmond | 1.60 | Initial legal and technology training regarding privilege review of client's documents |
| 03/26/10 | C. Alm | 1.70 | Review and analysis of HDR Batch PR00058 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/26/10 | R. Altamirano | 1.00 | Review and analysis of documents HDR_CDG004797 through HDR_CDG005022 for substantive issues related to litigation and provide subjective review |
| 03/26/10 | L. Chavez | 1.00 | Review manual in preparation for training session |
| 03/26/10 | L. Chavez | 1.50 | Attend HDR Training session with Michael Berry and Cori Steinmann |
| 03/26/10 | S. Quintanar | 0.20 | Prepare e-mail to C. Steinmann and M. Barry regarding database access and document issues; review e-mails regarding same |
| 03/26/10 | T. Rogers | 6.30 | Assist with deposition preparation of Mandy Rice |
| 03/26/10 | S. Stephens | 4.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_PR54668-55975, 41627-43030, 46722-47486, 48790-49399 reviewed for issues related to litigation |
| 03/26/10 | M. Stringer | 0.40 | Review and analysis of documents HDR PR054627 thru HDR PR054667 for substantive issues related to litigation and provide subjective review |
| 03/26/10 | M. Stringer | 1.50 | Review and analysis of documents HDR PR045924 thru HDR PR046721 for substantive issues related to litigation and provide subjective review |
| 03/26/10 | M. Stringer | 1.60 | Review and analysis of documents HDR PR047791 thru HDR PR048545 for substantive issues related to litigation and provide subjective review |
| 03/26/10 | J. Tracey | 3.00 | Review and analysis of HDR documents in |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 39

|  |  |  |  |
|---|---|---|---|
|  |  |  | Relativity Database, reviewed Batch # LDD_PR00063, documents # HDR-PR044410 through HDR-PR045161, for issues related to litigation |
| 03/26/10 | J. Tracey | 1.80 | Review and analysis of HDR documents in Relativity Database, reviewed Batch # LDD_PR00040, documents # HDR-PR034744 through HDR-PR034810, for issues related to litigation |
| 03/26/10 | S. Crosby | 2.30 | Attend meeting regarding review and analysis of HDR documents in Relativity Database; review and analysis of background information regarding HDR document review |
| 03/26/10 | L. Primas | 6.50 | Review and analysis of PR00056 documents in Relativity Database, documents 19 - 150 reviewed: issues related to litigation; review and analysis of PR00061 documents in Relativity Database, documents 1 - 33 reviewed: issues related to litigation |
| 03/26/10 | L. Primas | 4.00 | Review and analysis of PR00061 documents in Relativity Database, documents 34 - 150 reviewed: issues related to litigation; review and analysis of PR00075 documents in Relativity Database, documents 1 - 25 reviewed: issues related to litigation |
| 03/26/10 | B. Rogers | 10.50 | Review and analysis of approximately 325-350 PR00052, PR00062, and PR00073 batch documents in Relativity Database, documents HDR_PR037742 through 57918, HDR_PR043679 through 044362, and through document HDRPR049657 in batch PR00073 reviewed for (a) Issues related to litigation |
| 03/26/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database, Project Record Docs Batch PRD00057 docs 1 through 150 and Batch PRD00064 docs 1 through 150 for issues related to litigation |
| 03/26/10 | H. Webster | 10.50 | Review and analysis of HDR_PR00048 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 40

documents in Relativity Database, documents 109 through 150 reviewed, issues related to litigation; review and analysis of -HDR-PR00059 documents in Relativity Database, documents 1 through 150 reviewed, issues related to litigation; review and analysis of HDR_PR00074 documents in Relativity Database, documents 1 through 76 reviewed; issues related to litigation

| | | | |
|---|---|---|---|
| 03/27/10 | T. Betanzos | 5.10 | Ongoing review & analysis of documents and e-data ███████████████████████████ |
| 03/27/10 | W. Mason | 6.50 | Continue analyzing expert reports and preparing for depositions |
| 03/27/10 | K. Meaders | 2.10 | Review of GEI expert report for preparation of materials for Carrier deposition |
| 03/27/10 | K. Meaders | 1.40 | Research Carrier documents in database and pull documents for deposition |
| 03/27/10 | K. Meaders | 2.00 | Review FDEP documents in database for Carrier deposition material |
| 03/27/10 | C. Steinmann | 6.00 | Review documents authored by, sent to, or copied to ███████████ work with additional coders to review information and address questions |
| 03/27/10 | C. Alm | 8.50 | Review and analysis of HDR Batch PR00058, Design0002, Misc00001, Misc00003 and P.O.00002 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/27/10 | T. Rogers | 2.00 | Review and analysis of client documents in Relativity database located in TEB3 folder for issues related to litigation |
| 03/27/10 | M. Stringer | 0.40 | Review and analyze documents for substantive issues related to litigation and provide subjective coding for documents HDR PR048764 thru |



HDR PR048789

| 03/27/10 | M. Stringer | 0.40 | Review and analyze documents for substantive issues related to litigation and provide subjective coding for documents HDRM008843 thru M009395 |
| 03/27/10 | M. Stringer | 2.00 | Review and analyze documents for substantive issues related to litigation and provide subjective coding for documents HDRM005711 thru HDR M008237 |
| 03/27/10 | R. Zarate | 6.30 | Review and analysis of batches PR00079, PR00081, PR20001 and PR20002 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/27/10 | E. Cornelius | 8.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_PR051951 through HDR_PR052494 reviewed, documents HDR_PR053717 through HDR_PR053899 reviewed, and documents HDR_D000001 through HDR_008244 reviewed regarding issues related to litigation |
| 03/27/10 | S. Crosby | 8.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_PR051951 through HDR_PR052494 reviewed, documents HDR_PR053717 through HDR_PR053899 reviewed, and documents HDR_D000001 through HDR_008244 reviewed regarding issues related to litigation |
| 03/27/10 | B. Rogers | 4.30 | Review and analysis of PR00073 and Misc00002 batch documents in Relativity Database, documents HDR_PR049749 through 50386 and HDR_M004546 through 5095 reviewed, total 199 documents for (a) Issues related to litigation |
| 03/27/10 | K. Schwartz | 5.80 | Review and analysis of HDR documents in Relativity Database, Project Record Docs  Batch PRD00078 docs 1 through 150, for issues related to litigaiton |
| 03/27/10 | H.   Webster | 4.50 | Review and analysis of HDR_PR00074 documents in Relativity Database, documents 7 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 42

|  |  |  | through 150 reviewed; issues related to litigation; review and analysis of HDR_Copeland00002 documents in Relativity Database, documents 1 through 32 reviewed; issues related to litigation |
|---|---|---|---|
| 03/28/10 | T. Betanzos | 7.60 | Continued preparation for deposition of Amanda Rice, beginning tomorrow, with travel to Tampa for same |
| 03/28/10 | K. Meaders | 3.50 | Review ███████████████████████ ███████████████████████████ |
| 03/28/10 | K. Meaders | 2.10 | Review Carrier notes regarding ████ ███████████████ |
| 03/28/10 | K. Meaders | 1.90 | Review Carrier ████████████████ ████████████████ |
| 03/28/10 | K. Meaders | 2.30 | Review Carrier documents █████████ ████ |
| 03/28/10 | K. Meaders | 4.20 | Draft outline of deposition questions for Carrier with document references and prepare document sets for deposition |
| 03/28/10 | C. Steinmann | 4.00 | Review Rice documents and identify key documents for review in preparation for deposition |
| 03/28/10 | C. Steinmann | 1.60 | Assist in locating documents  by or sent to Carrier per Kurt Meaders request |
| 03/28/10 | C. Alm | 6.30 | Review and analysis of HDR Batch P.O.00003, P.O.00004, P.O.00005 and P.O.00006 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/28/10 | G. Fountain | 2.00 | Review and analysis of batch PR0 42 HDR_PR035168-35391, Permitting HDR_P000001-11785 in Relativity Database for issues related to the litigation |
| 03/28/10 | T. Rogers | 6.30 | Review and analysis of client documents in Relativity database located in TEB4 folder and begin review and analysis of client documents in |


|          |               |      | TEB5 folder for issues related to litigation |
|----------|---------------|------|----------------------------------------------|
| 03/28/10 | M. Stringer   | 1.50 | Review and analysis of documents HDR M008238 thru HDR M008442 for substantive issues related to litigation and provide subjective review |
| 03/28/10 | M. Stringer   | 3.50 | Review and analysis of documents HDR Copeland 018914 thru HDR Copeland 022287 for substantive issues related to litigation and provide subjective review |
| 03/28/10 | R. Zarate     | 7.70 | Review and analysis of batches Copeland00001, Copeland00003 and partial of batch Copeland00005 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/28/10 | E. Cornelius  | 3.00 | Review and analysis HDR Batch PR0079 documents in Relativity Database, documents PR051636 through PR051938 reviewed, issues related to litigation |
| 03/28/10 | S. Crosby     | 4.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_PO004754 through HDR_PO005600 reviewed regarding issues related to litigation |
| 03/28/10 | B. Rogers     | 2.00 | Review and analysis of Misc00002 and P.O.00007 batch documents in Relativity Database, 44 documents in Misc00002 and PO003421 through PO003529 reviewed, approximately 60 documents for (a) Issues related to litigation |
| 03/28/10 | H. Webster    | 6.30 | Review HDR documents for responsiveness and issue coding; worked on a special project identifying documents to be reviewed with the "TEB;" review and analysis of Copeland000002 documents in Relativity Database, documents 33 through 44 reviewed - issues related to litigation; review and analysis of DT Searches (TEB2) documents in Relativity Database, documents 300 through 441 reviewed - issues related to litigation |


| 03/29/10 | T. Betanzos | 15.80 | Meeting with Tim Woodward before Amanda Rice deposition, attendance and participation at Rice deposition, and ongoing preparation for next day's examination |
| 03/29/10 | W. Mason | 6.10 | Review ██████████ ██████████████████████ and attend meeting regarding ████████████████ |
| 03/29/10 | W. Mason | 0.40 | Telephone call with ████████████ |
| 03/29/10 | W. Mason | 0.30 | Intrafirm conference with Travis Gamble regarding preparation of ████████████ |
| 03/29/10 | W. Mason | 0.60 | Intrafirm conference with Kurt Meaders regarding electronic discovery and Carrier cross-examination |
| 03/29/10 | W. Mason | 3.70 | Continue reviewing materials on David Carrier in preparation for deposition |
| 03/29/10 | K. Meaders | 10.60 | Preparation of detail outline for deposition of David Carrier with document references and document organization |
| 03/29/10 | K. Meaders | 0.60 | Meeting with attorneys Mason and Tim Connolly regarding documents, discovery and electronic information |
| 03/29/10 | K. Meaders | 0.20 | Email to Equivalent Data regarding ghost images |
| 03/29/10 | T. Gamble | 3.90 | Continue review and analysis of ████████████ |
| 03/29/10 | T. Gamble | 1.90 | Continue review and analysis of other, ████████████ |
| 03/29/10 | T. Gamble | 0.30 | Telephone conference with Plaintiff's counsel regarding recent settlement demand and |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 45

scheduling of additional discovery

| 03/29/10 | T. Gamble | 0.70 | Begin initial analysis of expert reports to assist in preparation for upcoming mediation |
| 03/29/10 | C. Steinmann | 8.90 | Run searches in Needlefinder and Relativity and begin reviewing Rice documents in preparation for deposition |
| 03/29/10 | C. Steinmann | 1.30 | Search database for ███████████ |
| 03/29/10 | R. Altamirano | 1.50 | Review and analysis of documents HDR_CDG005029 through HDR_CDG005380 for substantive issues related to litigation and provide subjective review re same |
| 03/29/10 | M. Axel | 1.50 | Review scanned document sets from batch no. HDR - CDG 00045 and DWG 00001 for subjective |
| 03/29/10 | M. Axel | 4.20 | Review scanned document sets from batch nos. DWG 00001 and Employee00002 for subjective review |
| 03/29/10 | M. Axel | 0.40 | Review scanned document sets from batch no. Glover00001 for subjective coding |
| 03/29/10 | M. Axel | 0.40 | Review scanned document sets from batch no. Jacobs00001 for subjective review |
| 03/29/10 | G. Fountain | 3.20 | Review and analysis of batch Employee docs HDR_Employee000001-343 in Relativity Database for issues related to the litigation |
| 03/29/10 | S. Quintanar | 0.20 | Review batches for documentation coding; prepare e-mail to C. Steinmann regarding database issues |
| 03/29/10 | T. Rogers | 1.80 | Review of various expert reports and attachments in order to determine ███████ |
| 03/29/10 | T. Rogers | 6.30 | Review and analysis of HDR documents in Relativity Database PR00054 for issues related to litigation |


| 03/29/10 | S. Stephens | 0.90 | Review and analysis of HDR documents in Relativity Database, documents HDR_PR49400-49625, HDR_FJ1-238 reviewed for issues related to litigation |
| 03/29/10 | J. Tracey | 0.60 | Review and analysis of LDD-PR00063 documents in Relativity Database, documents HDR-PR045103 - HDR-PR045193, for issues related to litigation |
| 03/29/10 | J. Tracey | 5.00 | Review and analysis of LDD-COPELAND000006 documents in Relativity Database, documents HDR-COPELAND027880 - HDR-COPELAND028086, for issues related to litigation |
| 03/29/10 | R. Zarate | 4.40 | Review and analysis of batch Copeland00005 documents for substantive issues relevant to the litigation in preparation of upcoming depositions |
| 03/29/10 | S. Crosby | 12.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_PO004754 through HDR_PO005600, documents HDR_SP001869 through HDR_SD002837 reviewed, documents HDR_SC000001 through HDR_SC005299 reviewed, documents HDR_Employee000708 through HDR_Employee003983, and documents HDR_Meyer000001 through HDR_Meyer000693 reviewed regarding issues related to litigation |
| 03/29/10 | L. Primas | 5.00 | Review and analysis of PR00075 documents in Relativity Database, documents 26 through 123 reviewed:  Issues related to litigation - use this except for specific privilege review |
| 03/29/10 | L. Primas | 6.50 | Review and analysis of PR00075 documents in Relativity Database, documents 124 through 154 reviewed:  Issues related to litigation - use this except for specific privilege review; review and analysis of Meyer00002 documents in Relativity Database, documents 1 through 62 reviewed: Issues related to litigation - use this except for |


|  |  |  | specific privilege review |
|---|---|---|---|
| 03/29/10 | B. Rogers | 10.20 | Review and analysis of P.O.00007 and SD00003 batch documents in Relativity Database, documents PO003530 through 4738 and SD002838 through 004102 reviewed, approximately 260 reviewed for (a) Issues related to litigation |
| 03/29/10 | K. Schwartz | 11.00 | Review and analysis of HDR documents in Relativity Database, Special Project – TEB Batch 2, docs 1 through 160, issues related to litigation |
| 03/29/10 | H. Webster | 11.30 | Review HDR documents for responsiveness and review; worked on a special project identifying documents to be reviewed with the "TEB;" review and analysis of DT Searches (TEB2) documents in Relativity Database, documents 200-300 through 342-508 reviewed - issues related to litigation; review and analysis of Copeland000002 documents in Relativity Database, documents 44 through 107 reviewed - issues related to litigation |
| 03/30/10 | T. Betanzos | 12.90 | Meeting with Tim Woodward before Amanda Rice deposition, attendance and participation at Rice deposition, and ongoing preparation for next day's examination |
| 03/30/10 | W. Mason | 11.80 | Preparation for Carrier deposition, reviewing hundreds of documents |
| 03/30/10 | K. Meaders | 0.40 | Receipt of expert reports and coordination with legal assistant Rogers on processing and inventory for trial team access |
| 03/30/10 | K. Meaders | 0.50 | Organize Carrier documents in preparation for deposition |
| 03/30/10 | K. Meaders | 0.40 | Email to attorney Mason regarding outline for deposition and areas to question Carrier |
| 03/30/10 | K. Meaders | 3.70 | Additional preparation of Carrier deposition notebooks for deposition ad update outline |
| 03/30/10 | K. Meaders | 1.00 | Review ████████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 48

| | | | |
|---|---|---|---|
| 03/30/10 | K. Meaders | 0.50 | Meeting with attorney Mason for deposition preparation for Carrier deposition |
| 03/30/10 | K. Meaders | 0.40 | Email ███████████████████████ |
| 03/30/10 | K. Meaders | 0.50 | Receipt and review of 5 MRK report for ████████████████ |
| 03/30/10 | K. Meaders | 0.30 | Email attorney Mason questions ██████████████ |
| 03/30/10 | T. Gamble | 6.90 | Continue initial analysis of expert reports and opinions to assist in preparation for upcoming mediation |
| 03/30/10 | C. Steinmann | 2.00 | Review ████████████████████████████ |
| 03/30/10 | C. Steinmann | 0.40 | Respond to various phone calls and questions from contract attorneys and paralegals regarding review issues |
| 03/30/10 | C. Alm | 1.00 | Review Images produced by parties to verify ████████████ |
| 03/30/10 | M. Axel | 3.10 | Review scanned document sets from ██████████ |
| 03/30/10 | M. Axel | 0.90 | Complete review of scanned document sets from batch no. Jacobs00001 for subjective review |
| 03/30/10 | M. Axel | 0.80 | Complete review of scanned document sets from batch no. DAI00002 for subjective review |
| 03/30/10 | M. Axel | 1.30 | Complete review of scanned document sets from batch no. OUR00003 for subjective review |
| 03/30/10 | M. Axel | 0.20 | Complete review of scanned document sets from batch no. CON00003 for subjective review |
| 03/30/10 | L. Chavez | 5.60 | Review Images produced by parties to verify ████████████ |
| 03/30/10 | G. Fountain | 5.00 | Review Images produced by parties to verify ████████████ |


| 03/30/10 | G. Fountain | 0.60 | Review and analysis of batch Employee docs HDR_Employee000344-392 in Relativity Database for issues related to the litigation |
| 03/30/10 | T. Rogers | 7.30 | Review Images produced by parties to verify |
| 03/30/10 | S. Stephens | 2.40 | Review and analysis of HDR documents in Relativity Database, documents HDR_FJ239-959, HDR_C1-1467 reviewed for issues related to litigation |
| 03/30/10 | J. Tracey | 5.50 | Review Images produced by parties to verify |
| 03/30/10 | E. Wheeler | 5.80 | Review Images produced by parties to verify |
| 03/30/10 | R. Zarate | 1.50 | Review and analysis of batch Oural00001 for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/30/10 | S. Crosby | 8.50 | Review and analysis of HDR documents in Relativity Database, documents HDR_MASEK002088 through HDR_MASEK003832 reviewed, documents HDR_OURAL000698 through HDR_OURAL001634 reviewed, documents HDR_C004206 through HDR_C005037 reviewed, documents HDR_C00786 through HDR_C008450 reviewed, and documents HDR_C008451 through HDR_C009104 reviewed regarding issues related to litigation |
| 03/30/10 | L. Primas | 7.00 | Review and analysis of Meyer00002 documents in Relativity Database, documents 63 through 150 reviewed: Issues related to litigation - use this except for specific privilege review; review and analysis of DAI00001 documents in Relativity Database, documents 1 through 39 reviewed: Issues related to litigation - use this |


|  |  |  | except for specific privilege review |
|---|---|---|---|
| 03/30/10 | L. Primas | 5.00 | Review and analysis of DAI00001 documents in Relativity Database, documents 40 through 150 reviewed:  Issues related to litigation - use this except for specific privilege review; review and analysis of CON00009 documents in Relativity Database, documents 1 through 41 reviewed: Issues related to litigation - use this except for specific privilege review |
| 03/30/10 | B. Rogers | 11.00 | Review and analysis of SD00003 and ELI00001 batch documents in Relativity Database, documents SD004103 through 4431 and ELIASON000001 through 8550 reviewed, approximately 150 documents reviewed for (a) Issues related to litigation |
| 03/30/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database, Special Project – TEB Batch 2, docs 161 through 200; also review and analysis of HDR documents in Relativity Database, Batch P.O. 00001, docs 1-150, issues related to litigation |
| 03/30/10 | H. Webster | 11.00 | Review HDR documents for responsiveness and issue coding; Review and analysis of Copeland000002 documents in Relativity Database, documents 108 through 151 reviewed - issues related to litigation; review and analysis of CON00002 documents in Relativity Database, documents 1 through 149 reviewed - issues related to litigation |
| 03/31/10 | T. Betanzos | 15.60 | Meeting with Tim Woodward before Amanda Rice deposition, attendance and participation at Rice deposition, and return travel to Dallas following conclusion of deposition (with review & analysis of notes and exhibits from same throughout) |
| 03/31/10 | W. Mason | 14.20 | Continue reviewing documents and preparation for Carrier deposition, including travel to Tampa for deposition |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 51

| | | | |
|---|---|---|---|
| 03/31/10 | K. Meaders | 0.20 | Email to ██████████████ |
| 03/31/10 | K. Meaders | 0.60 | Search for emails and communications from ██████████████ |
| 03/31/10 | K. Meaders | 0.30 | Telephone conference with attorney Steinmann regarding email search |
| 03/31/10 | K. Meaders | 0.50 | Telephone conference with Data Discovery Companies to prepare lesson's learned |
| 03/31/10 | T. Gamble | 7.60 | Continue initial analysis of expert reports and opinions to assist in preparation for upcoming mediation |
| 03/31/10 | C. Steinmann | 3.80 | Run Carrier searches, assign batches to reviewers, and begin reviewing documents in preparation for Carrier deposition |
| 03/31/10 | C. Steinmann | 0.70 | Respond to various phone calls and questions from contract attorneys and paralegals regarding review issues |
| 03/31/10 | W. Richmond | 0.60 | Review and analyze training materials for document review project |
| 03/31/10 | C. Alm | 2.50 | Review and analysis of HDR Batch MAS00001 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 03/31/10 | R. Altamirano | 0.30 | Review and analysis of documents HDR_C018641 through HDR_C018713 for substantive issues related to litigation and provide subjective review |
| 03/31/10 | R. Altamirano | 3.00 | Review and analysis of documents HDR_PRO11507 through HDR_PRO12180 for substantive issues related to litigation and provide subjective review |
| 03/31/10 | M. Axel | 1.00 | Complete review of scanned document sets from batch no. CON00023 for subjective review |
| 03/31/10 | M. Axel | 4.70 | Complete review of scanned document sets from batch no. CON00003 for subjective review |
| 03/31/10 | L. Chavez | 1.30 | Review and analysis of CON 00018 documents in Relativity Database, documents 1 through 52 |


|  |  |  | reviewed: Issues related to litigation |
|---|---|---|---|
| 03/31/10 | G. Fountain | 4.30 | Review designated documents in preparation for Carrier's deposition |
| 03/31/10 | S. Quintanar | 0.30 | Review batches in connection with documentation coding; prepare e-mail to C. Steinmann regarding database connectivity issues |
| 03/31/10 | T. Rogers | 7.70 | Review designated documents in preparation of David Carrier's deposition |
| 03/31/10 | S. Stephens | 1.90 | Review and analysis of HDR documents in Relativity Database, documents HDR_C1468-1944, 15888-16388, 16750-16759, 17164-17175 reviewed for issues related to litigation |
| 03/31/10 | M. Stringer | 1.90 | Research regarding hot documents involving ████████████████ |
| 03/31/10 | J. Tracey | 0.50 | Review and analysis of LDD-MISC000001 documents in Relativity Database, documents HDR-BRP23000001 - HDR-D27000001, for issues related to litigation |
| 03/31/10 | J. Tracey | 1.30 | Review and analysis of LDD-CON00037 documents in Relativity Database, documents HDR-CO33403 - HDR-CO33404, for issues related to litigation |
| 03/31/10 | J. Tracey | 1.00 | Review and analysis of LDD-CON00017 documents in Relativity Database, documents HDR-CO14419 - HDR-CO14561, for issues related to litigation |
| 03/31/10 | J. Tracey | 1.50 | Review and analysis of LDD-COPELAND000006 documents in Relativity Database, documents HDR-COPELAND028183 - HDR-COPELAND028257, for issues related to litigation |
| 03/31/10 | E. Wheeler | 7.00 | Review desinated documents in preparation for Carrier's deposition |
| 03/31/10 | R. Zarate | 5.00 | Review and analysis of batches Oural00001 and |


|            |              |        | CON00026 documents for substantive issues related to the litigation in preparation of upcoming depositions |
|------------|--------------|--------|---|
| 03/31/10   | S. Crosby    | 11.80  | Review and analysis of HDR documents in Relativity Database, documents HDR_C008451 through HDR_C009104 reviewed, documents HDR_C013322 through HDR_C013996 reviewed, and documents HDR_C019096 through HDR_C021110 reviewed regarding issues related to litigation |
| 03/31/10   | L. Primas    | 7.00   | Review and analysis of CON00009 documents in Relativity Database, documents 42 through 214 reviewed:  Issues related to litigation - use this except for specific privilege review |
| 03/31/10   | L. Primas    | 7.00   | Review and analysis of CON00019 documents in Relativity Database, documents 1 through 194 reviewed:  Issues related to litigation - use this except for specific privilege review |
| 03/31/10   | B. Rogers    | 9.00   | Review and analysis of ELI00001, CON00012, and CON00014 batch documents in Relativity Database, documents ELIASON008551 through 9667, CO10913 through 11663, and CO12508 through 12836 reviewed, approximately 290 documents for (a) Issues related to litigation |
| 03/31/10   | K. Schwartz  | 13.00  | Review and analysis of HDR documents in Relativity Database in preparation for Carrier's deposition; docs 1003 through 1504, issues related to litigation |
| 03/31/10 H. | Webster     | 11.00  | Review designated documents in preparation for Carrier's deposition; review and analysis of DT Searches (Carrier) documents in Relativity Database, documents 501-807 through 901-1002 reviewed - issues related to litigation |

Total Hours          1,701.00
**Total Fee Amount     $336,332.50**



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

April 19, 2010
Invoice No. 958533
Page 54

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| T. Betanzos | 189.60 | 325.00 | $61,620.00 |
| W. Mason | 161.30 | 455.00 | 73,391.50 |
| K. Meaders | 120.50 | 330.00 | 39,765.00 |
| T. Gamble | 113.80 | 280.00 | 31,864.00 |
| J. Jacobson | 2.20 | 260.00 | 572.00 |
| M. Melle | 2.80 | 185.00 | 518.00 |
| C. Steinmann | 131.30 | 225.00 | 29,542.50 |
| E. Weathers | 1.80 | 185.00 | 333.00 |
| E. Knight | 2.00 | 165.00 | 330.00 |
| W. Richmond | 2.20 | 165.00 | 363.00 |
| C. Alm | 37.90 | 115.00 | 4,358.50 |
| R. Altamirano | 8.30 | 115.00 | 954.50 |
| M. Axel | 37.10 | 115.00 | 4,266.50 |
| L. Chavez | 9.40 | 115.00 | 1,081.00 |
| G. Fountain | 88.00 | 115.00 | 10,120.00 |
| S. Quintanar | 3.20 | 115.00 | 368.00 |
| T. Rogers | 145.00 | 115.00 | 16,675.00 |
| M. Shore | 1.50 | 115.00 | 172.50 |
| S. Stephens | 67.40 | 115.00 | 7,751.00 |
| M. Stringer | 30.70 | 125.00 | 3,837.50 |
| J. Tracey | 38.90 | 115.00 | 4,473.50 |
| E. Wheeler | 18.70 | 115.00 | 2,150.50 |
| R. Zarate | 79.20 | 90.00 | 7,128.00 |
| E. Cornelius | 11.00 | 85.00 | 935.00 |
| S. Crosby | 46.60 | 85.00 | 3,961.00 |
| L. Primas | 85.90 | 85.00 | 7,301.50 |
| B. Rogers | 83.50 | 85.00 | 7,097.50 |
| K. Schwartz | 87.80 | 85.00 | 7,463.00 |
| H. Webster | 93.40 | 85.00 | 7,939.00 |
| Total | **1,701.00** | | **$336,332.50** |

**Disbursements:**

| 01/27/10 | Travel/Air Fare Mason, Wayne B. / DA- | 219.40 |
|---|---|---|
| 02/09/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 25.90 |
| 02/09/10 | Travel/Lodging Mason, Wayne B. / DA- | 284.98 |
| 02/09/10 | Travel/Group Meals Mason, Wayne B. / DA- | 210.87 |


| | | |
|---|---|---:|
| 02/10/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 9.80 |
| 02/10/10 | Travel/Lodging Mason, Wayne B. / DA- | 284.98 |
| 02/10/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 7.94 |
| 02/10/10 | Travel/Group Meals Mason, Wayne B. / DA- | 366.26 |
| 02/11/10 | Travel/Lodging Mason, Wayne B. / DA- | 284.98 |
| 02/11/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 32.88 |
| 02/12/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 22.25 |
| 02/12/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 10.30 |
| 02/12/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 31.75 |
| 02/12/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 32.23 |
| 02/12/10 | Travel/Group Meals Mason, Wayne B. / DA- | 457.88 |
| 02/12/10 | Travel/Air Fare Mason, Wayne B. / DA- | 460.90 |
| 02/13/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 40.50 |
| 02/14/10 | Travel/Lodging Mason, Wayne B. / DA- | 143.16 |
| 02/14/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 25.09 |
| 02/14/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 99.81 |
| 02/14/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 29.32 |
| 02/14/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 22.72 |
| 02/14/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/15/10 | Travel/Lodging Mason, Wayne B. / DA- | 143.16 |
| 02/15/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 68.00 |
| 02/15/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/16/10 | Travel/Lodging Mason, Wayne B. / DA- | 143.16 |
| 02/16/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 7.00 |
| 02/16/10 | Travel/Group Meals Mason, Wayne B. / DA- | 37.89 |
| 02/16/10 | Travel/Group Meals Mason, Wayne B. / DA- | 149.66 |
| 02/16/10 | Travel/Air Fare Mason, Wayne B. / DA- | 267.70 |
| 02/16/10 | Travel/Air Fare Mason, Wayne B. / DA- | 274.70 |
| 02/16/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/17/10 | Travel/Lodging Mason, Wayne B. / DA- | 143.16 |
| 02/17/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 38.46 |
| 02/17/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 02/18/10 | CD/DVD    Duplication IKON Office Solutions Tax ID#230334400 | 303.10 |
| 02/18/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 62.66 |
| 02/18/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 29.32 |
| 02/18/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 37.00 |
| 02/18/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 7.00 |
| 02/18/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 41.59 |
| 02/18/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 22.00 |
| 02/18/10 | Travel/Group Meals Mason, Wayne B. / DA- | 41.21 |
| 02/18/10 | Travel/Air Fare Mason, Wayne B. / DA- | 649.40 |


| 02/18/10 | Travel/Air Fare Mason, Wayne B. / DA- | 362.70 |
| 02/19/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 21.10 |
| 02/19/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 29.61 |
| 02/20/10 | Travel/Lodging Mason, Wayne B. / DA- | 436.30 |
| 02/20/10 | Travel/Car Rental Mason, Wayne B. / DA- | 302.37 |
| 02/22/10 | Travel/Lodging Betanzos, Todd E. / DA | 853.44 |
| 02/22/10 | Delivery/Messenger Service Federal Express Corporation | 55.54 |
| 02/22/10 | Copy Service IKON Office Solutions Tax ID#230334400 | 423.35 |
| 02/22/10 | Travel/Individual Meals Betanzos, Todd E. / DA | 18.46 |
| 02/22/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 5.00 |
| 02/22/10 | Travel/Group Meals Betanzos, Todd E. / DA | 164.45 |
| 02/22/10 | Travel/Air Fare Betanzos, Todd E. / DA | 838.40 |
| 02/22/10 | Parking/Tolls Betanzos, Todd E. / DA | 20.89 |
| 02/22/10 | Outside Professional Services IKON Office Solutions Tax ID#230334400 | 27.94 |
| 02/23/10 | Travel/Individual Meals Betanzos, Todd E. / DA | 21.34 |
| 02/23/10 | Travel/Individual Meals Betanzos, Todd E. / DA | 6.05 |
| 02/23/10 | Travel/Group Meals Betanzos, Todd E. / DA | 22.65 |
| 02/24/10 | Travel/Mileage Mason, Wayne B. / DA- | 10.00 |
| 02/24/10 | Travel/Individual Meals Betanzos, Todd E. / DA | 23.93 |
| 02/24/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 11.00 |
| 02/24/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 25.00 |
| 02/24/10 | Travel/Group Meals Mason, Wayne B. / DA- | 174.96 |
| 02/24/10 | Travel/Group Meals Betanzos, Todd E. / DA | 41.73 |
| 02/24/10 | Travel/Group Meals Betanzos, Todd E. / DA | 218.51 |
| 02/24/10 | Parking/Tolls Mason, Wayne B. / DA- | 26.33 |
| 02/24/10 | Parking/Tolls Betanzos, Todd E. / DA | 7.00 |
| 02/25/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 02/25/10 | Travel/Lodging Mason, Wayne B. / DA- | 119.00 |
| 02/25/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 2.17 |
| 02/25/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 5.38 |
| 02/25/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 2.59 |
| 02/25/10 | Travel/Individual Meals Betanzos, Todd E. / DA | 11.00 |
| 02/25/10 | Travel/Individual Meals Betanzos, Todd E. / DA | 25.87 |
| 02/25/10 | Travel/Car Rental Betanzos, Todd E. / DA | 240.09 |
| 02/25/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 5.00 |
| 03/01/10 | Telephone AREASUMMRY IL (131)287-8020 | 4.88 |
| 03/01/10 | Telephone DETROITLKS MN (121)884-4492 | 48.08 |
| 03/01/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 03/01/10 | Photocopy (2 @ $0.15) | 0.30 |
| 03/01/10 | Travel/Individual Meals Betanzos, Todd E. / DA | 43.03 |
| 03/01/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 7.00 |


| | | |
|---|---|---:|
| 03/01/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 10.77 |
| 03/02/10 | Telephone HOUSTON    TX (171)393-9452 | 0.08 |
| 03/02/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 37.16 |
| 03/02/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 22.21 |
| 03/02/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 27.00 |
| 03/02/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 5.00 |
| 03/03/10 | Telephone TAMPA       FL (181)328-6440 | 0.16 |
| 03/03/10 | Telephone TAMPA       FL (181)387-4123 | 0.64 |
| 03/03/10 | Telephone TAMPA       FL (181)339-6312 | 0.08 |
| 03/03/10 | Telephone   BROKENARRW OK (191)825-4377 | 0.24 |
| 03/03/10 | Telephone HOUSTON    TX (171)393-9450 | 0.24 |
| 03/03/10 | Travel/Lodging Betanzos, Todd E. / DA | 332.64 |
| 03/03/10 | Delivery/Messenger    Service Federal Express Corporation | 19.35 |
| 03/03/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 27.36 |
| 03/03/10 | Travel/Group Meals Betanzos, Todd E. / DA | 39.16 |
| 03/03/10 | Travel/Air Fare Betanzos, Todd E. / DA | 667.10 |
| 03/04/10 | Photocopy (1 @ $0.15) | 0.15 |
| 03/04/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 4.49 |
| 03/04/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 11.61 |
| 03/04/10 | Travel/Car   Rental Betanzos, Todd E. / DA | 183.80 |
| 03/05/10 | Telephone HOUSTON    TX (171)393-9452 | 0.24 |
| 03/05/10 | Telephone TAMPA       FL (181)328-9070 | 0.40 |
| 03/05/10 | Telephone TAMPA       FL (181)328-2230 | 1.68 |
| 03/05/10 | Telephone WALTHAM    MA (178)190-7936 | 0.16 |
| 03/05/10 | Telephone TAMPA       FL (181)328-9070 | 3.36 |
| 03/05/10 | CODING MATERIAL (93 @ $0.15) | 13.95 |
| 03/08/10 | Telephone TAMPA       FL (181)328-6440 | 0.32 |
| 03/08/10 | Telephone WALTHAM    MA (178)190-7933 | 0.32 |
| 03/08/10 | Telephone TAMPA       FL (181)328-2235 | 0.16 |
| 03/09/10 | Telephone   BAILEY    CO (130)383-8144 | 2.16 |
| 03/10/10 | Telephone HOUSTON    TX (171)393-9452 | 1.12 |
| 03/10/10 | Telephone TAMPA       FL (181)327-3917 | 0.64 |
| 03/10/10 | Telephone HOUSTON    TX (171)393-9450 | 0.96 |
| 03/10/10 | Telephone HOUSTON    TX (171)393-9452 | 0.48 |
| 03/10/10 | Telephone TAMPA       FL (181)328-2230 | 0.32 |
| 03/11/10 | Telephone HOUSTON    TX (171)393-9452 | 0.08 |
| 03/11/10 | Telephone HOUSTON    TX (171)393-9452 | 0.64 |
| 03/11/10 | Telephone TAMPA       FL (181)328-9070 | 0.48 |
| 03/12/10 | Telephone HOUSTON    TX (171)393-9450 | 0.16 |
| 03/15/10 | Telephone TAMPA       FL (181)330-1540 | 0.08 |
| 03/15/10 | Telephone TAMPA       FL (181)330-1540 | 0.16 |


| 03/15/10 | Telephone TAMPA      FL (181)330-1588 | 0.16 |
| 03/15/10 | Telephone TAMPA      FL (181)330-1540 | 0.08 |
| 03/15/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 03/15/10 | Telephone TAMPA      FL (181)328-9070 | 0.08 |
| 03/17/10 | Telephone HOUSTON    TX (171)393-9450 | 0.24 |
| 03/17/10 | Telephone TAMPA      FL (181)330-1555 | 0.24 |
| 03/17/10 | Telephone TAMPA      FL (181)330-1555 | 0.08 |
| 03/17/10 | Telephone TAMPA      FL (181)330-1555 | 0.16 |
| 03/17/10 | Photocopy (94 @ $0.15) | 14.10 |
| 03/23/10 | Telephone TAMPA      FL (181)328-1000 | 0.24 |
| 03/23/10 | Telephone HOUSTON    TX (171)393-9452 | 0.08 |
| 03/24/10 | Telephone    WINCHESTER MA (178)172-1403 | 0.08 |
| 03/24/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 03/24/10 | Telephone    WINCHESTER MA (178)172-1400 | 0.32 |
| 03/24/10 | Postage | 0.61 |
| 03/25/10 | Telephone FTWALTNBCH FL (185)024-0292 | 0.08 |
| 03/25/10 | Telephone FTWALTNBCH FL (185)024-0292 | 0.16 |
| 03/26/10 | Telephone HOUSTON    TX (171)393-9452 | 0.08 |
| 03/26/10 | Telephone HOUSTON    TX (171)393-9450 | 0.16 |
| 03/26/10 | Telephone RAMSEY      NJ (120)178-8553 | 0.08 |
| 03/26/10 | Telephone    AREASUMMRY IL (131)278-4943 | 1.04 |
| 03/26/10 | Photocopy (344 @ $0.15) | 51.60 |
| 03/26/10 | Photocopy (171 @ $0.15) | 25.65 |
| 03/26/10 | Photocopy (28 @ $0.15) | 4.20 |
| 03/26/10 | Photocopy (8 @ $0.15) | 1.20 |
| 03/26/10 | Photocopy (157 @ $0.15) | 23.55 |
| 03/26/10 | Photocopy (86 @ $0.15) | 12.90 |
| 03/26/10 | Photocopy (664 @ $0.15) | 99.60 |
| 03/29/10 | Telephone ORLANDO    FL (140)789-5096 | 0.16 |
| 03/29/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 03/29/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 03/29/10 | Telephone ORLANDO    FL (140)789-8420 | 0.32 |
| 03/29/10 | Photocopy (1 @ $0.15) | 0.15 |
| 03/29/10 | Photocopy (31 @ $0.15) | 4.65 |
| 03/29/10 | Photocopy (693 @ $0.15) | 103.95 |
| 03/29/10 | Photocopy (74 @ $0.15) | 11.10 |
| 03/29/10 | Photocopy (164 @ $0.15) | 24.60 |
| 03/30/10 | Telephone FTLAUDERDL FL (195)435-1483 | 0.16 |
| 03/31/10 | Telephone TAMPA      FL (181)328-9070 | 0.24 |
| 03/31/10 | Telephone TAMPA      FL (181)328-9070 | 0.16 |
| 03/31/10 | Telephone HOUSTON    TX (171)393-9452 | 0.40 |



|                          |                |
|--------------------------|----------------|
| **Total Disbursements**  | **$12,146.92** |
| **Total Due**            | **$348,479.42** |

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|--------------------|----------------------------|---|
| Sedgwick, Detert, Moran & Arnold LLP | Bank: | Citibank, NA |
| Attention: Accounting Department | | One Sansome St., 24th Floor |
| 135 Main St. | | San Francisco, CA 94104 |
| 14th Floor | ABA/Routing Number: | 321 171 184 |
| San Francisco, CA 94105 | Account Number: | 200112936 |
| Reference: File Number & Invoice Number | Account Name: | Sedgwick, Detert, Moran and Arnold LLP |
| | SWIFT Code: | CITIUS33 |
| E-mail: ar@sdma.com | Reference: | File Number & Invoice Number |

## Expense Report - Transmittal Report



ER00000029852100056

**Spender** Wayne B. Mason      From Feb 9, 2010   To Feb 12, 2010      **Reimbursement Amt** 2,024.42 USD

**Report name** HDR/Boston

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 15 | Audit required | Yes |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 1/27/10 | Airfare | United St... | 219.40 USD | - |
| 2/9/10 | Lodging | United St... | 284.98 USD | - |
| 2/9/10 | Group Meal | United St... | 210.87 USD | - |
| 2/9/10 | Taxi, Trains, o... | United St... | 25.90 USD | - |
| 2/10/10 | Individual Meal | United St... | 7.94 USD | - |
| 2/10/10 | Lodging | United St... | 284.98 USD | - |
| 2/10/10 | Taxi, Trains, o... | United St... | 9.80 USD | - |
| 2/10/10 | Group Meal | United St... | 366.26 USD | - |
| 2/11/10 | Individual Meal | United St... | 32.88 USD | - |
| 2/12/10 | Individual Meal | United St... | 31.75 USD | - |
| 2/12/10 | Taxi, Trains, o... | United St... | 22.25 USD | - |
| 2/12/10 | Individual Meal | United St... | 32.23 USD | - |
| 2/12/10 | Group Meal | United St... | 457.88 USD | - |
| 2/12/10 | Taxi, Trains, o... | United St... | 10.30 USD | - |



# MILLENNIUM
## BOSTONIAN HOTEL
### BOSTON

**INVOICE**

| | | | | | |
|---|---|---|---|---|---|
| Membership No. | : | | Room No. | : | 734 |
| A/R Number | : | | Arrival | : | 02-09-10 |
| Group Code | : | | Departure | : | 02-12-10 |
| Company Name | : | | Page No. | : | 1 of 2 |
| | | | Folio No. | : | 80942 |
| | | | Conf. No. | : | 3320858 |
| | | | TA Record Locator : | | |

Wayne Mason
8722 Sanshire Ave
Dallas TX 75231
United States

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 02-09-10 | Best Available Rate | 249.00 | |
| 02-09-10 | Sales Tax Rooms - State | 14.19 | |
| 02-09-10 | Sales Tax Rooms - City | 14.94 | |
| 02-09-10 | Sales Tax Rooms - Convention | 6.85 | |
| 02-10-10 | Refreshment Center | 7.94 | |
| | Room# 734 : CHECK# 37618 Fiji Bottled Water 1 | | |
| 02-10-10 | Valet/Lndry - Standard | 34.00 | |
| 02-10-10 | Best Available Rate | 249.00 | |
| 02-10-10 | Sales Tax Rooms - State | 14.19 | |
| 02-10-10 | Sales Tax Rooms - City | 14.94 | |
| 02-10-10 | Sales Tax Rooms - Convention | 6.85 | |
| 02-11-10 | Rm Svc Food | 32.88 | |
| | CHECK# 1769 | | |
| 02-11-10 | Best Available Rate | 249.00 | |
| 02-11-10 | Sales Tax Rooms - State | 14.19 | |
| 02-11-10 | Sales Tax Rooms - City | 14.94 | |
| 02-11-10 | Sales Tax Rooms - Convention | 6.85 | |
| 02-12-10 | Rm Svc Food | 31.75 | |
| | CHECK# 1786 | | |
| 02-12-10 | Mastercard | | 961.51 |
| | XXXXXXXXXXXX7943        XX/XX | | |



# MILLENNIUM
### BOSTONIAN HOTEL
##### BOSTON

**INVOICE**

Membership No.  :
A/R Number  :
Group Code  :
Company Name  :

Wayne Mason
8722 Sanshire Ave
Dallas TX 75231
United States

| Room No. | : | 734 |
| Arrival | : | 02-09-10 |
| Departure | : | 02-12-10 |
| Page No. | : | 2 of 2 |
| Folio No. | : | 80942 |
| Conf. No. | : | 3320858 |

TA Record Locator :

| Date | Text | | Charges USD | Credits USD |
|------|------|---|------------|------------|
| | | **Total** | **961.51** | **961.51** |
| | **Balance** | | 0.00  **USD** | |

Guest Signature: _____

*Log on to www.millenniumhotels.com to get your Best Rate Guarantee*

## Garner, Lavella

**From:** Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]

**Sent:** Friday, February 05, 2010 9:28 AM

**To:** Mason, Wayne B.

**Subject:** A Change to Your Flight Itinerary - Boston/HDR 2/9/10

ORBITZ
FOR BUSINESS



Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Boston/HDR 2/9/10**:

The airline has notified us of a schedule change to your itinerary. If the updated itinerary below is acceptable, no further action is necessary. We will continue to monitor your itinerary and make every effort to alert you to any major changes.

## Your current trip information - Boston/HDR 2/9/10

This trip includes **flights and hotel**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601KHDT4M0A |
| **Airline record locator:** | American Airlines - GARVEB |
| **Ticket numbers:** | 0017838194820 |
| **Total flight cost:** | $226.40 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| WAYNE MASON | American Airlines AAdvantage | M610686 |

### Updated itinerary

**Tuesday, February 9, 2010**

**American Airlines 1786** First Class | McDonnell Douglas MD-80 (M80) | 2hr 40min | 1010 miles

| Depart: | **11:55am Tampa, FL** Tampa International (TPA) |
|---|---|
| Arrive: | **2:35pm New York, NY** New York John F Kennedy Intl (JFK) |

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

   **Upgrade confirmed.**

   **Change planes.** Time between flights: **0hr 50min**

**American Airlines 4618** Economy | Embraer RJ135 (ER3) | 1hr 20min | 191 miles

Operated by: AMERICAN EAGLE -- MQ 4618. Please check in with the operating carrier.

| Depart: | **3:25pm New York, NY** New York John F Kennedy Intl (JFK) |
|---|---|
| Arrive: | **4:45pm Boston, MA** Boston Logan International (BOS) |

**Seat:** 9A | Your flight is confirmed. Seat is confirmed. You may **review seats.**

Total duration: 4hr 50min | Total miles: 1201 miles

### Previous itinerary

Tuesday, February 9, 2010

**American Airlines 1786** Economy | McDonnell Douglas MD-80 (M80) | 2hr 40min | 1010 miles
Depart:   **11:55am  Tampa, FL**  Tampa International (TPA)
Arrive:    **2:35pm  New York, NY**  New York John F Kennedy Intl (JFK)

  **Change planes. Time between flights: 0hr 50min**

**American Airlines 4618** Economy | Embraer RJ135 (ER3) | 1hr 20min | 191 miles
Operated by: AMERICAN EAGLE -- MQ 4618 -- MQ 4618. Please check in with the operating carrier.
Depart:   **3:25pm  New York, NY**  New York John F Kennedy Intl (JFK)
Arrive:    **4:45pm  Boston, MA**  Boston Logan International (BOS)

Total duration: 4hr 50min | Total miles: 1201 miles

## Hotel reservation

**Orbitz Record Locator:** K3TK9U
**Hotel Confirmation number:** 11536SY133417
**Reservation made for:** Wayne Mason
**Total charges :** 747.00 USD (taxes not included)

| **Millennium Bostonian Hotel Boston** | 26 North Street At Faneuil Hall Marketplace<br>Boston, MA 02109 | **Phone:** 1 617-523-3600<br>**Fax:** 1 617-523-2454 |
|---|---|---|
| **Check-in:**  **Tue, Feb 9, 2010** | 3:00 PM | |
| **Check-out:**  **Fri, Feb 12, 2010** | 12:00 PM | |

**Room description:** Best available rate sup 1kb -stepout balcony-dynasty plush beds- frette linens-hsia-40 lcd tv
Sup 1kb -stepout balcony-dynasty plush beds- frette linens-hsia-40 lcd tv

## Cost summary and billing information

| **Flight cost summary** | | **Billing information** |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $219.40 | **Card holder's Name:**<br>Wayne B Mason |
| **Orbitz for Business fees** | | **Card type:**<br>MasterCard |
| Online transaction fee | $7.00 | **Card number:**<br>xxxxxxxxxxxx7943 |
| **Total** | **$226.40 USD** | |

| **Hotel cost summary** | | **Billing information** |
|---|---|---|

**Room rate**   Tue    Wed   Thu
Feb 9-Feb 11  $249  $249  $249

| | | |
|---|---|---|
| Applicable taxes: | CITY TAX 6 PERCENT (not included) | **Card holder's Name:**<br>Wayne B Mason |
| Total room cost: | $747.00 | **Card type:**<br>MasterCard |
| **Total charges*** | **$747.00** | **Card number:**<br>xxxxxxxxxxxx7943 |
| Amount payable at hotel: | $747.00 (taxes not included) | |

Amount charged to your credit card:      $0.00 USD

**Taxes not included. CITY TAX 6 PERCENT

*Note: Hotel cost displayed above does not include hotel taxes and fees.

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Hotel

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

**Great rates**



Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

0003
Server: DANIEL E          Rec: 3
02/10/10 20:39, Swiped   T: 14 Term: 1

TARANTA
210 Hanover St
Boston MA 02113
(617)720-0052
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
MASTER CARD        XXXXXXXXXXXX7943
Name: WAYNE B MASON
OO TRANSACTION APPROVED
AUTHORIZATION #: 107749
Reference: 0210010000003
TRANS TYPE: Credit Card SALE

CHECK:              311.26

TIP:                 55.

TOTAL:             366.26

                    TODD B
                    JM W
                    JM H
X_____        KATE D
                    WBS

PHONE: (    ) -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
SIGN & TOTAL 1 COPY>2ND IS YOUR RECEIPT

---

# T A R A N T A

www.tarantarist.com

0003   Table 14  #Party 5
DANIEL E    SvrCk: 3  7:10p 02/10/10

| | |
|---|---|
| 1 ITAL ANTIPASTO FOR ONE | 14.00 |
| 1 GAMBERETTI AGLIOLIO CON B | 14.00 |
| 3 MISTA | 27.00 |
| 1 INSALATA CAPRESE APP | 10.00 |
| 1 CHICKEN BREAST | 25.00 |
| 2 MEAT SPECIAL | 70.00 |
| 1 MACADAMIA ATLANTIC SALMON | 29.00 |
| 1 PASTA SPECIAL | 26.00 |
| 2 LIMONCELLO FLUTE | 16.00 |
| 2 TIRAMISU | 16.00 |
| Misc Personal Charge | ⟨28.50⟩ |
| Misc Personal Charge | ⟨9.50⟩ |
| 2 COFFEE | 5.90 |

Sub Total:  290.90
Tax:   20.36
Sub Total:  311.26
02/10  8:39p TOTAL:  311.26

Corporate Cooking Classes
Private Function Rooms
Gift Certificates
(617) 720-0052

---

-CITY OF BOSTON-
CAB #         712
D-ID #       2677
TRIP #       3342
DATE     02/10/10
RATE USED:
PASSENGERS:     1
START END MILES
17:25  17:34  1.2
FARE:        7.80
EXTRA:       0.00
TOLLS:       0.00
TIP:         2.00
TOTAL:       9.80

HACKNEY CARRIAGE
(617) 536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

CARD #:      7943
AP #:      697837
CC CARD RECEIPT

---

**ORIGINAL**
DRIVER COPY
M DAVID CAB INC
Cab # 1427
HACK:        3921
02/12/10 TR 2374
START END MILES
11:11 11:22 2.5
Fare: $    15.80
Toll: $     0.00
Srch: $     2.75
Extra: $    3.70
Tip: $      0.00
TOTAL: $   22.25
Card:       7943

**ORIGINAL**

---

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

Card:       7943
AUTH:     566836

PETERBOROUGH.COM
Cab # 1233
02/11/10 TR 2183
07:47 07:57 0.9
START END MILES
Fare: $     8.60
Toll: $     0.00
Srch: $     0.00
Extra: $    1.70
Tip: $      0.00
TOTAL: $   10.30

Legal Sea Foods
Logan Airport ~ Terminal B
Boston, MA 02128
617-568-2811

Table 217                     Check # :123700
Sandra C
12:07:12 02/12/2010
Transaction #:16543                    Gst 1

--------------------------------------------

Card Number                    Auth Code
***********7943                   443728
                              MasterCard

Amount                          27.23
Total                           27.23

Tip                              5—

Total                          32.23

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

        GUEST COPY

---

Legal Sea Foods
Logan Airport ~ Terminal B
Boston, MA 02128
617-568-2811

                    Check # :123700

Table 217
Sandra C
12:06:24 02/12/2010                    Gst 1

--------------------------------------------

1 Salmon Fillet                        22.50
1 Iced Tea                              2.95
        Guest #1 Subtotal              25.45

--------------------------------------------

                    Subtotal           25.45
                    Tax 6.25%           1.59
                    MA Local Tax        0.19

            Please pay this amount
            Total       27.23


Restaurant Dining

--------------------------------------------

        Happy Valentine's Day!
        Oysters Are For Lovers.
        Thank you for dining at
        Legal Sea Foods!

--------------------------------------------

---

Boston Harbor Hotel
Rowes Wharf Sea Grille
70 Rowes Wharf
Boston, MA. 02110
617.439.7000
--------------------------------------------
CHECK:      1313
TABLE:      243/1
SERVER:     2067 Priscila M
DATE:       FEB11'10  8:39PM
CARD TYPE:  MasterCard
ACCT #:     XXXXXXXXXXX7943
EXP DATE:   XX/XX
AUTH CODE:  435071
        WAYNE B MASON

SUBTOTAL:            387.88
                     70.—
Gratuity:_____

Total:_____457.88

Signature:_____

Print Name:_____

** Please total and sign both
copies, and retain one for your
records. **

# UNION OYSTER HOUSE
## America's Oldest Restaurant
### BOSTON
### (617) 227-2750

2135  Table 205  #Party 3
Svr: 269 SvrCk: 6  6:55p 02/09/10

| | |
|---|---|
| 1 CUP CLAM CHOWDER | 5.95 |
| 2 MIX GREENS | 11.90 |
| 1 MEDIUM LOBSTER | 28.95 |
| 1 LARGE LOBSTER | 49.95 |
| 1 RED SNAPPER | 27.95 |
| Misc Personal Charge | ⟨5.95⟩ |
| Misc Personal Charge | ⟨8.50⟩ |
| 1 SIDE BAKED BEANS | 6.50 |
| 1 APPLE COBBLER | 7.50 |
| 1 A LA MODE | 1.75 |
| 1 FRESH FRUIT | 6.50 |
| 1 COFFEE | 1.95 |
| 1 DECAF COFFEE | 1.95 |

Sub Total: 165.30
ST/LCL TAX : 11.57
02/09 8:17pTOTAL: 176.87

## THANK YOU
## PLEASE COME AGAIN!

---

2135
Server: RAINEY D (#269)       Rec: 88
02/09/10 20:19, Swiped  T: 205 Term: 9

UNION OYSTER HOUSE
41 UNION STREET
BOSTON, MA 02108
(617)227-2750
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
MASTER CARD    XXXXXXXXXXXX7943
Name: WAYNE B MASON
OO TRANSACTION APPROVED
AUTHORIZATION #: 992368
Reference: 0209010002135
TRANS TYPE: Credit Card SALE

CHECK :        176.87

TIP :          34.—

TOTAL :        210.87

X_____

PHONE: (    )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
sign & total 1 copy>2nd is your receipt

---

| DATE | | CLERK |
|---|---|---|
| AUTHORIZATION | | SERVER |
| REFERENCE NO. | | |

RETAIN FOR YOUR RECORDS

5353534

| QTY. | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | TAX | | |
| SALES SLIP | TIP | | |
| | MISC. | | |
| | TOTAL | | |

CUSTOMER COPY

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

Boston Harbor Hotel
Rowes Wharf Sea Grille
617.439.7000

2067 Priscila M
------------------------------------
TBL 243/1    CHK 1313   GST 6
     FEB11'10   6:42PM
------------------------------------

  2 Tea Iced @ 4.25        8.50
  Misc Personal Charge    <40.00>
  Misc Personal Charge    <13.00>
  2 SoupOfTheDay @ 8.50   17.00
  3 @ 11.50
    Mixed Greens          34.50
  1 SpinachSalad          13.00
  2 Scallops @ 28.00      56.00
  1 Swordfish             28.00
  1 Filet Mignon          33.00
  1 SirloinSteak          34.00
  1 Halibut               26.00
  Misc Personal Charge   <10.00>
  Misc Personal Charge    <8.50>
  2 **Coffee @ 3.75        7.50
  Misc Personal Charge    <6.50>
  1 PumpkinChzCake         9.00
  2 @ 9.00
    LemonRaz Tart         18.00

    Food Sales           268.50
    Beverage Sales        71.00
    Wine Sales            23.00
    Tax..............     25.38
    Total Due. $387.88

*** for room charges only ***

Gratuity:_____

Total:_____

Room/Acct #:_____

## Expense Report - Transmittal Report



ER0000031642100035

**Spender** Todd E Betanzos        **From** Feb 22, 2010  **To** Feb 25, 2010        Reimbursement Amt 2,548.81 USD

**Report name** travel to Tampa Bay to talk to experts

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 18 | Audit required | Yes |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/22/10 | Parking or Tolls | United St... | 20.89 USD | Jennifer M. Arevalo |
| 2/22/10 | Individual Meal | United St... | 18.46 USD | Jennifer M. Arevalo |
| 2/22/10 | Group Meal | United St... | 164.45 USD | Jennifer M. Arevalo |
| 2/22/10 | Lodging | United St... | 853.44 USD | Jennifer M. Arevalo |
| 2/22/10 | Airfare | United St... | 838.40 USD | Jennifer M. Arevalo |
| 2/23/10 | Individual Meal | United St... | 6.05 USD | Jennifer M. Arevalo |
| 2/23/10 | Group Meal | United St... | 22.65 USD | Jennifer M. Arevalo |
| 2/23/10 | Individual Meal | United St... | 21.34 USD | Jennifer M. Arevalo |
| 2/24/10 | Group Meal | United St... | 218.51 USD | Jennifer M. Arevalo |
| 2/24/10 | Group Meal | United St... | 41.73 USD | Jennifer M. Arevalo |
| 2/24/10 | Individual Meal | United St... | 23.93 USD | Jennifer M. Arevalo |
| 2/25/10 | Individual Meal | United St... | 11.00 USD | Jennifer M. Arevalo |
| 2/25/10 | Car Rental | United St... | 240.09 USD | Jennifer M. Arevalo |
| 2/25/10 | Individual Meal | United St... | 25.87 USD | Jennifer M. Arevalo |

**Farmer, Judith**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Wednesday, February 17, 2010 3:01 PM |
| **To:** | Betanzos, Todd |
| **Subject:** | Your Trip Information - Tampa 2/22/10 |



Hello Todd,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 2/22/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa 2/22/10
This trip includes **flights**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601VZ95Z632 |
| **Airline record locator:** | American Airlines - HVRDNB |
| **Ticket numbers:** | 0017840099476 |
| **Total flight cost:** | $838.40 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| TODD BETANZOS | American Airlines AAdvantage | 7VW2008 |

**Leave Monday, February 22, 2010**

**American Airlines 304** Economy | McDonnell Douglas MD-80 (M80) | 2hr 10min | 920 miles

| | | |
|---|---|---|
| Depart: | **10:00am Dallas/Fort Worth, TX** | Dallas/Fort Worth International (DFW) |
| Arrive: | **1:10pm Tampa, FL** | Tampa International (TPA) |

**Seat: 20E** | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Return Thursday, February 25, 2010**

**American Airlines 1284** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles

| | | |
|---|---|---|
| Depart: | **6:05pm Tampa, FL** | Tampa International (TPA) |
| Arrive: | **8:00pm Dallas/Fort Worth, TX** | Dallas/Fort Worth International (DFW) |

**Seat: 19E** | Your flight is confirmed. Seat is confirmed. You may **review seats.**

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, TODD BETANZOS (Adult) | $831.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Total** | **$838.40 USD** |

### Billing information

**Card holder's Name:**
Todd E Betanzos

**Card type:**
American Express

**Card number:**
xxxxxxxxxxx1008

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

**Great rates**



Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

2/17/2010



# INTERCONTINENTAL
### HOTELS & RESORTS

| | | | |
|---|---|---|---|
| **Todd Betanzos**<br>**3501 Woodhaven Dr**<br>**Dallas, TX 75234**<br>**US** | Folio No. : **146035**<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : **PC  718306776**<br>Invoice No. : | Room No. : **1014**<br>Arrival : **02-22-10**<br>Departure : **02-25-10**<br>Reference :<br>Rate Code : **IGCOR**<br>Page No. : **1 of 1** |

We hope you have enjoyed your visit to the InterContinental Tampa. Your feedback is greatly appreciated at intercontampa@destinationhotels.com.
We also encourage you to share your experience on expedia.com, travelocity.com, tripadvisor.com, or another traveler review website you may have visited when selecting a hotel.

| Date | Description | Charges | Credits |
|---|---|---|---|
| **Misc Personal Charge** | | ‹164.45› | |
| 02-22-10 | *Accommodation | 229.00 | |
| 02-22-10 | Occupancy Tax | 11.45 | |
| 02-22-10 | Sales Tax | 16.03 | |
| 02-23-10 | Private Dining | #1014 : CHECK #116269 — *Breakfast* | 21.34 | |
| 02-23-10 | *Accommodation | 229.00 | |
| 02-23-10 | Occupancy Tax | 11.45 | |
| 02-23-10 | Sales Tax | 16.03 | |
| 02-24-10 | Private Dining | #1014 : CHECK #116325 — *Breakfast* | 23.93 | |
| 02-24-10 | *Accommodation | 304.00 | |
| 02-24-10 | Occupancy Tax | 15.20 | |
| 02-24-10 | Sales Tax | 21.28 | |
| 02-25-10 | Private Dining | #1014 : CHECK #116363 — *Breakfast* | 25.87 | |
| 02-25-10 | MasterCard | | 1,089.03 |
| | XXXXXXXXXXXX6884 | | |

**Thank you for staying at the InterContinental Tampa. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.**

| | Total | 1,089.03 | 1,089.03 |
|---|---|---|---|
| | Balance | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Tampa
4860 West Kennedy Boulevard
Tampa, Florida 33609-2524
Tel:+1 813 286 4400  Fax:+1 813 286 4053



**AVIS** We try harder. Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 687401772 | 42827046 | C |

**BETANZOS,TODD**
WIZ = Z7W18K    AWD = A984200
CV - CAXXXXXXXXXXX1008

```
OUT TPA 22FEB10/1415 MI =  2409
IN  TPA 25FEB10/1635 MI =  2457
        48 MI@    .45 =
           HR@  33.76 =
         4 DY@  45.00 =     180.00
$.47/DY ERF           =       1.88
**10.40% FEE          =      19.07
FUEL SERVICE          =      13.99
$  2.00 /DY SSU       =       8.00
$  0.01 /DY TBS       =        .04
$  0.35 /DY VLF       =       1.40
TAXABLE SUBTOT        =     224.38
TAX  7.000%           =      15.71

TOTAL CHARGES         =     240.09
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE   .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
```

*Please check your car for personal effects.*

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

**INTERCONTINENTAL** HOTELS & RESORTS

Air

Tips @ Hotel
Arrival - $5⁰⁰
Departure - $5⁰⁰

Valet @ Dinner - 2/24/10
(Ocean Prime)
$5⁰⁰
2⁰⁰ Tip
Mileage to/from DPM

www.intercontinental.com

*Dinner*

## American Airlines

25 Feb 2010 3:43 EST
AA1284 TPA-DFW
145912
Device ID 3LX00003468

Seat
Transaction: 10048152452

Sale

| Product | Price | Qty | Amt. |
|---|---|---|---|
| Misc Personal Charge | | | 7.00 |
| NUT MIX | 4.00 | 1 | 4.00 |
| Total | USD | | 11.00 |
| AMEX 1008 | USD | | 11.00 |

Citi® / AAdvantage® Cards Welcome

AmericanAirlines®

We Know Why You Fly℠

*Lunch w/ LeeWoten*

BAY BREEZE CAFE
5426 BAY CENTER DR #125
TAMPA FL 33609
813-282-8100

*Katie*

Merchant ID: 4312270000143339
Term ID: 8888
Server ID: 1

*Duty*

### Sale

MASTERCARD
XXXXXXXXXXXX6884
Entry Method: Swiped
Apprvd: Online     Batch#: 000001
02/23/10              11:56:09

Inv#: 00000057 Appr Code: 80884Z

Amount:        $       22.65
Tip:
                    -----------------
Total:
                    =================

Customer Copy

THANK YOU
FOR VISITING!

---

*Dinner*

Welcome to Chick-fil-A

South Dale Mabry FSU (#01399)
(813) 873-1938
Operator: Art Grossman

CUSTOMER COPY
2/23/2010 7:21:48 PM
EAT IN
Order Number:    1115424

| | | |
|---|---|---|
| 1 | Meal-CFASan | 4.00 |
| 1 | Lmnde MD | 1.65 |

| | |
|---|---|
| Sub. Total: | $5.65 |
| Tax: | $0.40 |
| Total: | $6.05 |
| Discount Total: | $0.00 |

| | |
|---|---|
| Change | $0.00 |
| Master Card: | $6.05 |

Register:6         Tran Seq No: 1115424
Cashier:Molly
It was our pleasure serving you!
Have a wonderful day.

Master Card
Card Num : XXXXXXXXXXXX6884
Terminal : KA13472844001
Approval : 10553Z
Sequence : 013843

*Lunch w/ Katie Duty &* Lee Water

**MIGUELS MEXICAN**
3035 W. KENNEDY BLVD
TAMPA , FL.
(813) 876 - 2587
Date:       Feb24'10 12:30PM
Card Type:  M.C.
Acct #:     XXXXXXXXXXXXX6884
Card Entry: SWIPED
Trans Type: PURCHASE
Exp Date:   XX/XX
Auth Code:  52016Z
Check:      1064
Table:      31/1
Server:     133 MARIA

Subtotal:      35.73
Tip:_____  6.00

Total:_____  41.73

_____
Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

**MIGUELS MEXICAN**
3035 W. KENNEDY BLVD
TAMPA , FL.
(813) 876 - 2587

133 MARIA
------------------------------
Tbl 31/1      Chk 1064         Gst 3
           Feb24'10 11:58AM
------------------------------
1 TORT S. CUP               3.95
1 SIDE SALAD                2.85
1 BURRITO PK                8.75
1 SIGNATURE SALAD           8.95
1 TACOS CRISPY              6.50
1 TEA                       2.39
2 WATER                     0.00

  Subtotal                 33.39
  Tax                       2.34
12:27PM Total            35.73

PLEASE PAY YOUR SERVER
THANK YOU
FOR CHOOSING MIGUELS CAFE

*Dinner w/*
*Lee Water*
*& Bob Johnson*

Ocean Prime Tampa
2205 North Westshore Blvd
Tampa, FL 33629
813-490-5288

Server: Daniel          DOB: 02/24/2010
07:17 PM                      02/24/2010
Table 93/1                       1/10030

M/C                              1048587
Card #XXXXXXXXXXXX6884
Magnetic card present: BETANZOS TODD
Approval: 37711Z

Amount:      $ 183.51

+ Tip:         _35.00_

= Total:     _$218.51_

X_____

Join us for Prime Hour!
In The Blue Lounge
Monday - Friday
4pm - 6pm
Follow us on Facebook
and Twitter!

Guest Copy

Ocean Prime Tampa
2205 North Westshore Blvd
Tampa, FL 33629
813-490-5288

Server: Daniel           02/24/2010
Table 93/1                   7:14 PM
Guests: 3                     10030

Misc Personal Charge          <4.50>
House Salad (2 @10.00)        20.00
Sea Bass                      36.00
Misc Personal Charge         <13.00>
Spinach Salad                  9.00
Ginger Salmon                 29.00
Misc Personal Charge         <10.00>
Blk Snapper                   32.00
Creamed Spinach                9.00
Au Gratin                      9.00

Subtotal                     171.50
Tax                           12.01

Total                        183.51

**Balance Due        183.51**

Join us for Prime Hour!
In The Blue Lounge
Monday - Friday
4pm - 6pm
Follow us on Facebook
and Twitter!

*Lunch*

Mitchell's Fish Market
204 Westshore Plaza Blvd
Tampa, FL 33609
813-289-3663

Server: Linh          DOB: 02/22/2010
02:19 PM              02/22/2010
C6/1                       1/10005

M/C                        2097154
Card #XXXXXXXXXXXXX6884
Magnetic card present: BETANZOS TODD
Approval: 66323Z

          Amount:        15.46
          + Tip:    3·00
          = Total:  1846

X_____

          Guest Copy

Mitchell's Fish Market
204 Westshore Plaza Blvd
Tampa, FL 33609
813-289-3663

Server: Linh              02/22/2010
C6/1                        2:16 PM
Guests: 1                     10005

Mahi Mahi                     11.95
Soda                           2.50

Subtotal                      14.45
Tax                            1.01

Total                         15.46

**Balance Due      15.46**

Thank You For Your Business
Visit Our Website at:
www.MitchellsFishMarket.com
Coming in February:
LOBSTER SENSATIONS

**Farmer, Judith**

| From: | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| --- | --- |
| Sent: | Friday, February 26, 2010 1:28 PM |
| To: | Farmer, Judith |
| Cc: | Sent Reservations |
| Subject: | Airport Parking Receipt-Todd Betanzos |

```
FreedomPark
Airport Parking Receipt

***Summary of Charges*****************************************************
* Control#   Customer Name  Departure Date Return Date  Total Charge *
* 1153470    Todd Betanzos  2/22/2010       2/25/2010       $20.89 *
*************************************************************************


Charges for AMEX ending in 1008 - personal

                                      Sales  Airport
Description   Qty   Rate    PreTax     Tax     Fee      Total
-----------------------------------------------------------------
Parking        0  $22.00   $0.00    $0.00   $0.00    $0.00
                                  Parking Subtotal    $0.00

Valet Fee      1  $17.50  $17.50   $1.44   $1.94   $20.89
                                Valet Fee Subtotal   $20.89

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

***RECLAIM YOUR FREE TIME*** Let FreedomPark handle your vehicle care items while you are
traveling, and liberate your free time.  We offer a full service interior/exterior car
wash.  Or bump it up a level and get a carpet shampoo or hand wax.  Or make it showroom
new with a full detail.  Oil change overdue?  Let FreedomPark take care of it while you're
gone.  Sate Inspection Expired?  We can handle it.  Or, if you need DEALERSHIP SERVICE, we
can shuttle your car to and from the dealer while you're out of town (please see list of
dealerships on our website).  Go ahead, plan to sleep in this Saturday.  We're on it.

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com
```


**Document Efficiency At Work**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Tampa, FL
Phone: (813) 273-9177    Fax: (813) 307-9133
Federal ID: 230334400

| | |
|---|---|
| Invoice # | L0910020188 |
| Invoice Date: | 02/22/2010 |
| Due Date: | 03/04/2010 |
| Terms: | Net 10 Days |
| Customer Code: | L09-SEDG |
| Natl ID: | 26101 |

**BILL TO:**
**SEDGWICK DETER MORAN & ARNOLD**
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201

**SHIP TO:**
**SEDGWICK DETERT MORAN&ARNOLD**
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201
Attn: Kurt Meaders

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 10711-000001 | Oural | Feb 17, 2010 | Kevin Flynn |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0184 | 02/17/2010 | Kurt Meaders - SEDGWICK CLAIMS MANAGEMENT | | | | |
| 791 | Bates Capture | | 37.00 | 0.0300 | | 1.11 |
| 717 | OCR | | 37.00 | 0.0400 | | 1.48 |
| 611 | Labeling: Document Numbering (applied) | | 37.00 | 0.0500 | | 1.85 |
| 713 | Image Capture D - Heavy | | 26.00 | 0.1200 | | 3.12 |
| 737 | Color Imaging (per page) | | 11.00 | 0.7500 | | 8.25 |
| 721 | CD - Master(s) | | 1.00 | 10.0000 | | 10.00 |

*APl3l5871*

c/m:10711.00001

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described
work has been received and accepted by Customer. Customer assures payment of this
invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the
maximum legal rate will be charged on invoices not paid within 10 days. Customer
agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 25.81 |
| Sales Tax: | 2.13 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 27.94 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 2/26/10

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**SEDGWICK DETER MORAN & ARNOLD**
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201

| Amount Enclosed |
|---|
| $ |

**Invoice:** L0910020188
Invoice Date: **02/22/2010**
Due Date: **03/04/2010**
Customer Code: **L09-SEDG**
Natl ID: **26101**

**Please Remit To:**
**IKON Office Solutions**
LDS Southeast District - L09
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS**
**AMOUNT** $ 27.94

Expense Report - Transmittal Report



ER00000029852100057

**Spender** Wayne B. Mason     **From** Feb 12, 2010 **To** Mar 19, 2010     **Reimbursement Amt** 2,566.08 USD

**Report name** HDR Tampa/Naples

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 24 | Audit required | Yes |
| Number of receipts to submit | 23 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/12/10 | Airfare | United St... | 460.90 USD | - |
| 2/14/10 | Individual Meal | United St... | 25.09 USD | - |
| 2/14/10 | Individual Meal | United St... | 29.32 USD | - |
| 2/14/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/14/10 | Individual Meal | United St... | 99.81 USD | - |
| 2/14/10 | Lodging | United St... | 143.16 USD | - |
| 2/15/10 | Lodging | United St... | 143.16 USD | - |
| 2/15/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/16/10 | Lodging | United St... | 143.16 USD | - |
| 2/16/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/16/10 | Airfare | United St... | 267.70 USD | - |
| 2/16/10 | Other Travel - ... | United St... | 7.00 USD | - |
| 2/17/10 | Lodging | United St... | 143.16 USD | - |
| 2/17/10 | Parking or Tolls | United St... | 16.00 USD | - |
| 2/17/10 | Individual Meal | United St... | 38.46 USD | - |
| 2/18/10 | Individual Meal | United St... | 29.32 USD | - |
| 2/18/10 | Other Travel - ... | United St... | 41.59 USD | - |
| 2/18/10 | Individual Meal | United St... | 62.66 USD | - |
| 2/18/10 | Group Meal | United St... | 41.21 USD | - |
| 2/19/10 | Individual Meal | United St... | 21.10 USD | - |
| 2/19/10 | Other Travel - ... | United St... | 29.61 USD | - |
| 2/20/10 | Lodging | United St... | 436.30 USD | - |
| 2/20/10 | Car Rental | United St... | 302.37 USD | - |

## Garner, Lavella

**From:** Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:** Friday, February 05, 2010 1:29 PM
**To:** Mason, Wayne B.
**Subject:** Your Trip Information - Tampa 2/12/10



Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 2/12/10**:

**A car reservation has been added.**

## Your current trip information - Tampa 2/12/10

This trip includes **flights and car rental**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601ZH7T3632 |
| **Airline record locator:** | US Airways - F69CR3 |
| **Ticket numbers:** | Will be sent via e-mail within 24 hours |
| **Total flight cost:** | $460.90 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| WAYNE MASON | United Airlines Mileage Plus | 00122183343 |

**Friday, February 12, 2010**

**US Airways 1801** First Class | Airbus Industrie A320 (320) | 2hr 19min | 728 miles

Depart: **12:55pm Boston, MA** Boston Logan International (BOS)
Arrive: **3:14pm Charlotte, NC** Charlotte Douglas (CLT)

**Seat:** 2C | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Change planes.** Time between flights: **1hr 16min**

**US Airways 1291** First Class | Boeing 737-400 Passenger (734) | 1hr 49min | 512 miles

Depart: **4:30pm Charlotte, NC** Charlotte Douglas (CLT)
Arrive: **6:19pm Tampa, FL** Tampa International (TPA)

**Seat:** 3C | Your flight is confirmed. Seat is confirmed. You may **review seats.**

Total duration: 5hr 24min | Total miles: 1240 miles

### Car rental reservation

**Confirmation number:** 02474383US2
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y

3/3/2010

Daily rate: $80.99*

| Avis | Midsize | | |
|---|---|---|---|
| Pick-up | Fri, Feb 12, 2010 6:30 PM EST | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212<br>**Hours:** Open 24 hours | |
| Drop-off | Wed, Feb 17, 2010 11:00 AM EST | drop-off location same as pick-up location listed above | |

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $445.90 |
| Total service fee: | $15.00 |
| **Total** | **$460.90 USD** |

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

### Car rental cost summary

This is an alternate corporate rate. Your corporate discount number has been applied. Corporate benefits and/or insurance may or may not apply. Contact your Travel Manager for additional information.

| | |
|---|---|
| Total | $493.97 USD* |
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental**<br>Car rental estimate including taxes and fees | **$493.97 USD** |

*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Car

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Great rates

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.



Add a Flight
Add a Car
Add a Hotel

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 0822 |
| | 1717 Main St Ste 5400 | Arrival | 02-14-10 |
| | Dallas TX 752017367 | Departure | 02-18-10 |
| | United States | Page No. | 1 of 2 |
| | | Folio | 39640 |
| Membership | GP    G94604106N | Invoice | |
| Bonus Code | | | |
| Confirmation No. | **3576226101** | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-14-10 | - In Room Dining Dinner Food | Room# 0822 : CHECK# 0295580 | 99.81 | |
| 02-14-10 | Valet Parking | | 16.00 | |
| 02-14-10 | Package Room | | 129.00 | |
| 02-14-10 | State Sales Tax | | 8.26 | |
| 02-14-10 | Occupancy Tax | | 5.90 | |
| 02-15-10 | - In Room Dining Breakfast Food | Room# 0822 : CHECK# 0295641 | 29.32 | |
| 02-15-10 | - In Room Dining Lunch | Room# 0822 : CHECK# 0295650 | 25.09 | |
| 02-15-10 | Guest Laundry | 638269 | 20.86 | |
| 02-15-10 | Gift Shop | | 7.98 | |
| 02-15-10 | Valet Parking | | 16.00 | |
| 02-15-10 | Package Room | | 129.00 | |
| 02-15-10 | State Sales Tax | | 8.26 | |
| 02-15-10 | Occupancy Tax | | 5.90 | |
| 02-16-10 | Bottled Water | | 4.00 | |
| 02-16-10 | Valet Parking | | 16.00 | |
| 02-16-10 | Package Room | | 129.00 | |
| 02-16-10 | State Sales Tax | | 8.26 | |
| 02-16-10 | Occupancy Tax | | 5.90 | |
| 02-17-10 | - In Room Dining Breakfast Food | Room# 0822 : CHECK# 0295767 | 38.46 | |
| 02-17-10 | Gift Shop | | 14.97 | |
| 02-17-10 | Guest Laundry | 638460 | 11.49 | |
| 02-17-10 | Valet Parking | | 16.00 | |
| 02-17-10 | Package Room | | 129.00 | |
| 02-17-10 | State Sales Tax | | 8.26 | |
| 02-17-10 | Occupancy Tax | | 5.90 | |
| 02-18-10 | - In Room Dining Breakfast Food | Room# 0822 : CHECK# 0295835 | 29.32 | |
| 02-18-10 | Master Card | XXXXXXXXXXXX7943    XX/XX | | 917.94 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee  Wayne Mason
       1717 Main St Ste 5400
       Dallas TX 752017367
       United States

| | | |
|---|---|---|
| Room No. | 0822 |
| Arrival | 02-14-10 |
| Departure | 02-18-10 |
| Page No. | 2 of 2 |
| Folio | 39640 |
| Invoice | |

Membership   GP   G94604106N
Bonus Code
Confirmation No.  **3576226101**
Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| | **Total** | 917.94 | 917.94 |
| | **Balance** | | 0.00 |

Thank you for choosing **Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

**Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

*HDR*

*HDR*

```
57 542 494505
SHELL
2220 W KENNEDY BLVD
TAMPA
FL 33606

Invoice # 913871
Date      02/19/10
Time      07:49AM
Auth #    072534

MASTERCARD Acct #
XXXX XXXX XXXX 7943
MASON/WAYNE B

Pump  Gallons  Price
07    11.305   $2.619

Product       Amount
UNL REG 87    $29.61

Total Sale    $29.61
```

```
Thanks for Choosing
    RaceTrac #377
     ST Pete, FL

TP12041599-002
RACETRAC377
2551 54TH AVE N
ST PETERSBUR FL 3371

DATE         02/18/10
TIME         12:20 PM
AUTH# 692541

MASTERCARD
    ACCOUNT NUMBER
XXXX XXXX XXXX 7943
MASON/WAYNE B

PUMP   PRODUCT   PPG
02     REG       $2.599

GALLONS       TOTAL
16.003        $41.59

Please Come Again
```

```
        PAZZO

853 FIFTH AVENUE SOUTH, SUITE 201
          NAPLES, FL 34102
           239-434-8494

EMP: ADRIANO P              MASTERCRD
Date 02/18/10          Time 19:05
Table   34
608417
```
Split Bill no receipt

```
Card Holder   MASON/WAYNE B
Card Number   xxxxxxxxxx37943    xx/xx
Auth-Code..   166285      Ctrl: 43183

Amount..        52.66

Tip....

Total.
```
6266

```
X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***
```
WBM

The following receipt is rotated 90 degrees:

```
GALLERY ECLECTIC BISTRO - TAMPA
       2223 N West Shore Plaza
          (813)353-3838

Date: 2/18/2010   Time: 12:14:34 PM

Status:              Approved

Card Type:           Master Card
Card Number:         XXXXXXXXXXXX7943
Swipe/Manual:        Swipe
Server ID:           142
Server Name:         Ray
Check Number:        368466
Tab Number:          43
Profit Center:       Table Sales
Number Of Covers: 1
Persons:             1
Card Owner:          mason/wayne b

AMOUNT      34.21
TIP
TOTAL

Approval: 639567

*** Customer Copy ***

UISIT OUR WEBSITE AT WWW.THEGALLERYBISTRO.COM
```

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:        8996
TABLE:        178/1
SERVER:       6848 Rachel
DATE:         FEB19'10 11:44AM
CARD TYPE:    MSTRCARD  A1 5*
ACCT #:       XXXXXXXXXXX7943
EXP DATE:     XX/XX
AUTH CODE:    275355

TOTAL:                17.10
TIP:          _____
TOTAL:        _____
X             _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.
```

```
GALLERY ECLECTIC BISTRO - TAMPA
         2223 N West Shore Plaza
            (813)353-3838
Table Sales
(Person# 1)
Chk No  Tab  Cov  Server  Time  Date
388466  43   1    142   12:14:30 PM 2/18/2010
------------------------------------------
 2    ICED TEA              5.50
 2    H.Salad alone         7.98
        Balsanic Vinegar    0.00
 1    L.Bistro Crab Cake    9.99
 1    Chicken Sandwich      8.50
        No Side             0.00
        No cheese           0.00
        NO Onion            0.00
        No Mayo             0.00
        NO Tomato           0.00
        NO LETTUCE          0.00
        NO BREAD            0.00

SUB TOTAL           31.97
Sales Tax            2.24


TOTAL
              34.21

THANK YOU
Ray
```

```
HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
                        GST 1
6848 Rachel
178/1   FEB19'10 11:39AM   8996

**** SEAT 1 ****
 1   SODA BAR 14              2.49
     FIRST ROUND SBEV
 1   FAJITA CHIX            13.49
     SUBTOTAL               15.98
******* AMOUNT *******
     1.12                   17.10
SUBTOTAL                    15.98
TAX                          1.12
AMOUNT                  $17.10

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

   TIM JUUL  813-396-3983
   GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM
```



**THE INN ON FIFTH**
*Old Naples, Florida*

| | | | |
|---|---|---|---|
| Mr Wayne Mason | | Room No. | : 367 |
| 1717 Main Street | | Arrival | : 02-18-10 |
| Dallas TX 75201 | | Departure | : 02-19-10 |
| US | | Page No. | : 1 of 1 |
| | | Folio No. | : 18430 |
| **INVOICE** | | Conf. No. | : 310958 |
| Membership No. | : | Cashier No. | : 1 |
| A/R Number | : | User ID | : JT |
| Group Code | : | | |
| Company Name | : | Thank You For Staying With Us | 02-19-10 |

| Date | Text | | Charges | Credits |
|---|---|---|---|---|
| 02-18-10 | Room | | 396.63 | |
| 02-18-10 | Room Tax - State Tax | | 23.80 | |
| 02-18-10 | Room Tax - Local Tax | | 15.87 | |
| 02-19-10 | Mastercard | | | 436.30 |
| | XXXXXXXXXXXX7943 | XX/XX | | |
| | **Total** | | **436.30** | **436.30** |
| | **Balance** | | | **0.00** |

Signature: _____

## Garner, Lavella

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Tuesday, February 16, 2010 2:34 PM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - Tampa/Dallas 2/19/10 |

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa/Dallas 2/19/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa/Dallas 2/19/10
This trip includes **flights**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601NR4BZ632 |
| **Airline record locator:** | American Airlines - EKBZDX |
| **Ticket numbers:** | 0017839728069 |
| **Total flight cost:** | $274.70 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| WAYNE MASON | American Airlines AAdvantage | M610686 |

**Friday, February 19, 2010**

**American Airlines 595** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles

Depart: **12:25pm Tampa, FL** Tampa International (TPA)
Arrive: **2:20pm Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

**Seat:** 12B | Your flight is confirmed. Seat is confirmed. You may review seats.

## Cost summary and billing information

| **Flight cost summary** | | **Billing information** |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $267.70 | **Card holder's Name:** Wayne B Mason |
| **Orbitz for Business fees** | | **Card type:** MasterCard |
| Online transaction fee | $7.00 | |

3/3/2010

| Total | $274.70 USD | Card number: xxxxxxxxxxx7943 |
|-------|-------------|------------------------------|

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711.00001

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

### Great rates



Add a Flight
Add a Car
Add a Hotel

| Rental Location | Vehicle Information | Rental Expires On | Rental Agreement Number |
|---|---|---|---|

DTG OPERATIONS dba THRIFTY CAR RENTAL
TAMPA INT'L AIRPORT
TAMPA, FL    0200033697
877-283-0898

VEH.#: V05580-0
LIC.#: 684LDB          STALL#:
10    HYUNDAI    SONATA
Rate: 0FBS  Cls: IDAR    930014
FUEL LEVEL IN: FULL
FUEL LEVEL OUT: FULL
MILEAGE IN:        9390
MILEAGE OUT:       8620
TOTAL MLS DRIVEN:   770
VEH. CONDITION IN:
SEE ATTACHED

02/19/2010 1051

GC100506-0

TIME OUT            TIME IN
02/12/2010 1521   02/19/2010 1051
**CHARGES**
Weeks     1 Wks @ 236.50    236.50
  TOTAL T & M              236.50
UNDER AGE 25   INCLUDED
UNDER AGE 21   INCLUDED
CONFFEERECCHG 10.500%              25.51
VEH LIC FEE    7 Dys@  .47          3.29
FL SURCHARGE   7 Dys@ 2.02         14.14
STATE TAX    7.000%                19.70
ENERGY RECOV   7 Dys@  .45          3.15
  **TOTAL CHARGES**              302.37
NET DUE                          302.37
PAYMENTS                        -302.37

---

**Car To Be Returned To Above Unless Stated Below**

RA CLOSED AT
TAMPA INTL APO

---

**Customer Information**

MASON      DONNA
6702 SANSHIRE AVE
DALLAS      TX   75831
6610        TX 04/03/2013      214-675-7900
ADD'L DRIVER: BRIAN MASON
6533        TX   08/24/2011

MIN CHG 1 DAY=24 HRS----------

CREDIT CARD/CASH PAYMENTS
MC/************7943/144890/ 302.37/02/19/2010

RH
CLIDBY/324              MTRACT/324
        ID:0010228297      44576641

ZERO BALANCE                      0.00

---

## FLORIDA - NOTICE TO RENTERS

Renter's insurance primary:  The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury coverage required by ss.324.021 (7) and 627.736, Florida Statutes.

Failure to return rental Vehicle:  Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due (including costs for damage to the property or equipment) are evidence of abandonment or refusal to redeliver the property, punishable in accordance with Section 812.155, Florida Statutes.

VEH LIC FEE is comprised of a waste tire and battery fee, which reimburses the company for such fees imposed by and previously paid to the State of Florida, and a vehicle license recoupment charge, which reimburses the company for the estimated average per day vehicle portion of its total annual costs of vehicle licensing, titling, registration, and internal labor and overhead associated with this process.

**These terms supersede any conflicting terms stated elsewhere.**

Rental Agreement is between the undersigned and the company identified above (the "Company"). By signature below, the undersigned acknowledges and represents that they are legally authorized to operate the rental vehicle with a valid driver's license, and that they have read and agree to the terms, conditions and notices, both printed and written, including the Loss Damage Waiver information, that appear on this Rental Statement and on the separate Rental Jacket (the "Agreement"), which is incorporated herein. THE UNDERSIGNED AUTHORIZE THE COMPANY TO PROCESS A CHARGE TO THEIR CREDIT, DEBIT OR CHARGE CARD IN THE AMOUNT SPECIFIED ABOVE BY THIS RENTAL UPON SIGNATURE BELOW AND FOR ALL ADDITIONAL CHARGES DUE UPON RETURN OF THE VEHICLE. ALL CHARGES SUBJECT TO AUDIT. No additional drivers are permitted without the Company's approval.

RENTER    X                                    ADDITIONAL DRIVER



Tracking ID: 798408017841 continued

| | | | | |
|---|---|---|---|---|
| Svc Area | A2 | Fuel Surcharge | | 0.63 |
| Signed by | P.MCCLELLAN | Discount | | -12.80 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$10.28** |

**Picked up: Feb 22, 2010**     **Cust. Ref.: 17011-000001**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 793290459860 | Gail Fountain | Michael Barry | |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT, MORAN & ARNOLD | Equivalent DATA | |
| Package Type | Customer Packaging | 1717 Main Street #5400 | 4809 WESTWAY PARK BLVD | |
| Zone | 03 | DALLAS TX 75201 US | HOUSTON TX 77041 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Feb 23, 2010 07:46 | Transportation Charge | | 52.15 |
| Svc Area | A1 | Fuel Surcharge | | 3.39 |
| Signed by | M.SYED | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/0000008/_ | **Total Charge** | **USD** | **$55.54** |

**Picked up: Feb 22, 2010**     **Cust. Ref.: 886-08**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 793290896752 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | One Market Plaza Stewart Tower | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 23, 2010 09:24 | Transportation Charge | | 38.80 |
| Svc Area | A1 | Fuel Surcharge | | 1.08 |
| Signed by | J.VISAN | Discount | | -22.12 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$17.76** |

**Picked up: Feb 22, 2010**     **Cust. Ref.: 03272-000214**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.50% to this shipment.
- Distance Based Pricing, Zone 6
- Package sent from: 08837 zip code

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 867040958565 | MARIA KAROS | MARIA KAROS | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | SOMA | |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 1717 MAIN ST STE 5400 | |
| Zone | 06 | DALLAS TX 75201-7367 US | DALLAS TX 75201 US | |
| Packages | 1 | | | |
| Rated Weight | 22.0 lbs, 10.0 kgs | | | |
| Delivered | Feb 23, 2010 09:08 | Transportation Charge | | 123.70 |
| Svc Area | A1 | Discount | | -70.51 |
| Signed by | R.BOONE | Fuel Surcharge | | 3.46 |
| FedEx Use | 005315350/0001574/_ | **Total Charge** | **USD** | **$56.65** |

**Expense Report - Transmittal Report**



ER0000031642100036

| **Spender** Todd E Betanzos | **From** Mar 1, 2010 **To** Mar 4, 2010 | **Reimbursement Amt** 1,416.33 USD |

**Report name** travel to Tampa to talk to experts

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 14 | Audit required | Yes |
| Number of receipts to submit | 12 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/1/10 | Individual Meal | United St... | 43.03 USD | Jennifer M. Arevalo |
| 3/1/10 | Other Travel - ... | United St... | 10.77 USD | Jennifer M. Arevalo |
| 3/2/10 | Individual Meal | United St... | 37.16 USD | Jennifer M. Arevalo |
| 3/2/10 | Individual Meal | United St... | 22.21 USD | Jennifer M. Arevalo |
| 3/2/10 | Other Travel - ... | United St... | 5.00 USD | Jennifer M. Arevalo |
| 3/3/10 | Airfare | United St... | 667.10 USD | Jennifer M. Arevalo |
| 3/3/10 | Lodging | United St... | 332.64 USD | Jennifer M. Arevalo |
| 3/3/10 | Individual Meal | United St... | 27.36 USD | Jennifer M. Arevalo |
| 3/3/10 | Group Meal | United St... | 39.16 USD | Jennifer M. Arevalo |
| 3/4/10 | Car Rental | United St... | 183.80 USD | Jennifer M. Arevalo |
| 3/4/10 | Individual Meal | United St... | 11.61 USD | Jennifer M. Arevalo |
| 3/4/10 | Individual Meal | United St... | 4.49 USD | Jennifer M. Arevalo |

*Lunch - Me, Tim C.,*

**BAY BREEZE CAFE**
5426 BAY CENTER DR #125
TAMPA FL 33609
813-282-8100

*Katie D.*

Merchant ID: 4312270000143339
Term ID: 8888
Server ID: 1    *Les B.,*

**Sale**   *Steve V.*

MASTERCARD
XXXXXXXXXXXXX6884
Entry Method: Swiped
Apprvd: Online    Batch#: 000007
03/03/10          11:22:38

Inv#: 00000036 Appr Code: 96044Z

Amount:            $    39.16

Tip:               _____

Total:             _____
                   ==============

Customer Copy

THANK YOU
FOR VISITING!

---

*Dinner*

**AmericanAirlines**

04 Mar 2010 17:54 EST
AA1284 TPA-DFW
097454
Device ID GLX00030138

Seat
Transaction: 10047006793

Sale

| Product | Price | Qty | Amt |
|---------|-------|-----|-----|
| CHZ CRACKERS | 4.49 | 1 | 4.49 |

Total              USD        4.49
MC 6884            USD        4.49

Citi® / AAdvantage® Cards Welcome

AmericanAirlines®

We Know Why You Fly℠

---

*Lunch*



**CHIPOTLE MEXICAN GRILL**

You decide what's inside.

309 N Westshore  Blvd
Tampa,  FL  33609
813-289-9820

Host: Gisel            03/04/2010
ORDER #201             12:03 PM
                       10102

Carnitas Bowl              6.35

Chips & Guac               2.95
Small Soda                 1.55

Subtotal                  10.85
Tax                        0.76

DINE IN Total             11.61
Mastercard #XXXXXXXXXXXXX6884  11.61
   Authorizing...
Balance Due               11.61

Order online at chipotle.com

---

**AVIS**

Thank you for renting from Avis.

★ Please check your car for personal effects. ★

RENTAL NUMBER    687457794
CAR NUMBER       43057512
AWD = A984200
CAR GROUP        E

BETANZOS, TODD
WIZ = Z7W18K
CV - CAXXXXXXXXXXX1008

OUT TPA 01MAR10/1845 MI  =  1954
IN  TPA 04MAR10/1634 MI  =  1967
    13 MI@                   .45  =
        HR@   33.76  =
     3 DY@   45.00  =           135.00
$.47/DY ERF                      1.41
**10.40% FEE                    14.30
 FUEL SERVICE                   13.99
$ 2.00 /DY SSU                   6.00
$ 0.01 /DY TBS                    .03
$ 0.35 /DY VLF                   1.05
TAXABLE SUBTOT                 171.78
TAX 7.000%                      12.02

TOTAL CHARGES              = 183.80
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE     .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE

★ Please check your car for personal effects. ★

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.





**Tampa 3/1/10**
This trip includes flights.
Reservation Made: 02/24/10

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601MFWMR532 |
| Airline record locator: | American Airlines - BFXEDN |
| Ticket numbers: | 0017840592883 |
| Total flight cost: | $461.40 USD |

**Traveler(s)**
TODD BETANZOS

**Frequent flier details**
American Airlines AAdvantage
7VW2008

---

**Leave Monday, March 1, 2010**

**American Airlines 1246** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles
Depart: 2:05pm **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive: 5:20pm **Tampa, FL** Tampa International (TPA)

**Upgrade requested.**
About upgrades

---

**Return Friday, March 5, 2010**

**American Airlines 595** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles
Depart: 12:25pm **Tampa, FL** Tampa International (TPA)
Arrive: 2:20pm **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

**Upgrade requested.**
About upgrades

---

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.



## Farmer, Judith

**From:** Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:** Thursday, March 04, 2010 8:34 AM
**To:** Betanzos, Todd
**Subject:** Your Trip Information - Dallas/Fort Worth 3/4/10



Hello Todd,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Dallas/Fort Worth 3/4/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Dallas/Fort Worth 3/4/10

This trip includes **flights** .

### Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601VD781U5U |
| Airline record locator: | American Airlines - ECXQGO |
| Ticket numbers: | 0017841040449 |
| Total flight cost: | $274.70 USD |

| Traveler(s) | Frequent flier details | |
|---|---|---|
| TODD BETANZOS | American Airlines AAdvantage | 7VW2008 |

**Thursday, March 4, 2010**

**American Airlines 1284** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles
Depart: **6:05pm  Tampa, FL** Tampa International (TPA)
Arrive: **8:00pm  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| Airfare, TODD BETANZOS (Adult) | $267.70 | **Card holder's Name:** Todd E Betanzos |
| **Orbitz for Business fees** | | **Card type:** American Express |
| Online transaction fee | $7.00 | |

*handwritten:* + 150.00 Cancellation

| Total | $274.70 USD | Card number:<br>xxxxxxxxxxx1008 |
| --- | --- | --- |

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Visit "**My Trips**" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.

Thank you for choosing Orbitz for Business,

Orbitz for Business Team

Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

### Great rates



Add a Flight
Add a Car
Add a Hotel

**Farmer, Judith**

Judy,

Please print this and include it with my expenses for this trip.

Thanks,

Todd


-----Original Message-----
From: Grand Hyatt Tampa Bay Kiosk [mailto:avt1027kiosk@avt.com]
Sent: Tuesday, March 02, 2010 4:48 AM
To: Betanzos, Todd
Subject: Credit Card Receipt


Thank you for using our service!

This is an automatic receipt for payment of Internet terminal usage. Please keep it for
your records.

Merchant: Grand Hyatt Tampa Bay Kiosk
E-Mail Contact: avt1027kiosk@avt.com
Transaction Date/Time: 3/2/2010 10:48:12 AM

Description: Usage of Internet Terminal
Credit Card Used: XXXXXXXXXXXX6884

Total Amount: $5.00

## Farmer, Judith

**From:**    Betanzos, Todd
**Sent:**    Tuesday, March 02, 2010 10:19 AM
**To:**      Farmer, Judith
**Subject:** FW: Your GOGO Purchase Receipt [3]

Also for my expenses this trip.

-----Original Message-----
**From:** Gogo Customer Care [mailto:customercare@gogoinflight.com]
**Sent:** Monday, March 01, 2010 3:32 PM
**To:** Betanzos, Todd
**Cc:** support@gogoinflight.com
**Subject:** Your GOGO Purchase Receipt [3]



Thanks for your purchase. We hope to see you again the next time you're on a flight with Gogo, Inflight Internet.

Happy Travels,
Gogo

**Billed To:**

Todd Betanzos
3501 WOODHAVEN DRIVE
DALLAS, TX, 75234

Username: tbetanzos
Airline: AAL
Session start time: 04:31 PM EST

**Order Summary:**

| | |
|---|---|
| Order Number | 3 |
| Receipt Date | 03/01/2010 |
| Payment | Amex : xxxx 1008 |

| | |
|---|---|
| **Gogo Flight Pass** | **-$ 9.95** |
| Promotion | -$ 0.00 |
| Tax | $ 0.82 |

| | |
|---|---|
| **Total** | **$ 10.77** |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| Payee | Todd Betanzos | | Room No. | 1013 |
| | 3501 Woodhaven Dr | | Arrival | 03-01-10 |
| | Dallas TX 752345158 | | Departure | 03-04-10 |
| | United States | | Page No. | 1 of 2 |
| | | | Folio | 43216 |
| Membership | GP  504752567H | | Invoice | |
| Bonus Code | | | | |
| Confirmation No. | **3660491101** | | | |
| Group Name | | | | |

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 03-01-10 | - In Room Dining Dinner Food | Room# 1013 : CHECK# 0295706 | 43.03 | |
| 03-01-10 | Guest Room | | 99.00 | |
| 03-01-10 | State Sales Tax | | 6.93 | |
| 03-01-10 | Occupancy Tax | | 4.95 | |
| 03-02-10 | - Petey Brown's Breakfast Food | Room# 1013 : CHECK# 0211814 | 22.21 | |
| 03-02-10 | - In Room Dining Dinner Food | Room# 1013 : CHECK# 0295746 | 37.16 | |
| 03-02-10 | Guest Room | | 99.00 | |
| 03-02-10 | State Sales Tax | | 6.93 | |
| 03-02-10 | Occupancy Tax | | 4.95 | |
| 03-03-10 | - In Room Dining Breakfast Food | Room# 1013 : CHECK# 0295793 | 27.36 | |
| 03-03-10 | Guest Room | | 99.00 | |
| 03-03-10 | State Sales Tax | | 6.93 | |
| 03-03-10 | Occupancy Tax | | 4.95 | |
| 03-04-10 | Discover | XXXXXXXXXXXX4844       XX/XX | | 462.40 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel:  813-874-1234
Fax: 813-207-6790

**INVOICE**

Payee  Todd Betanzos
3501 Woodhaven Dr
Dallas TX 752345158
United States

| | |
|---|---|
| Room No. | 1013 |
| Arrival | 03-01-10 |
| Departure | 03-04-10 |
| Page No. | 2 of 2 |

Membership  GP  504752567H
Bonus Code
Confirmation No.  **3660491101**
Group Name

| | |
|---|---|
| Folio | 43216 |
| Invoice | |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| Your Gold Passport account will be credited for this stay. | | | |

| | Charges | Credits |
|---|---|---|
| **Total** | 462.40 | 462.40 |
| **Balance** | | 0.00 |

Thank you for choosing Grand Hyatt Tampa Bay

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**



**Document Efficiency**
*At Work.*
A RICOH COMPANY

IKON Office Solutions - Tampa, FL
Phone: (813) 273-9177    Fax: (813) 307-9133
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | L0910020189 |
| Invoice Date: | 02/22/2010 |
| Due Date: | 03/04/2010 |
| Terms: | Net 10 Days |
| Customer Code: | L09-SEDG |
| Natl ID: | 26101 |

**BILL TO:**
SEDGWICK DETER MORAN & ARNOLD
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201

**SHIP TO:**
SEDGWICK DETERT MORAN&ARNOLD
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201
Attn: Kurt Meaders

Price using: STANDARD Price

| Reference / Cass # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 10711000001 | Copeland | Feb 17, 2010 | Kevin Flynn |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0185 | 02/17/2010 | Kurt Meaders - SEDGWICK CLAIMS MANAGEMENT | | | | |
| 721 | CD - Master(s) | | 1.00 | 10.0000 | | 10.00 |
| 791 | Bates Capture | | 1,160.00 | 0.0300 | | 34.80 |
| 717 | OCR | | 1,160.00 | 0.0400 | | 46.40 |
| 611 | Labeling: Document Numbering (applied) | | 1,160.00 | 0.0500 | | 58.00 |
| 714 | Image Capture E - Glasswork | | 997.00 | 0.1200 | | 119.64 |
| 737 | Color Imaging (per page) | | 163.00 | 0.7500 | | 122.25 |

*ok to pay
WBM # 2985
3-8-10*

‖‖‖‖‖ A P 1 3 1 5 9 2 8 ‖‖‖‖‖
* A P 1 3 1 5 9 2 8 *

*C/m: 10711-00001*

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 391.09 |
| Sales Tax: | 32.26 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **423.35** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: *2/24/10*

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
SEDGWICK DETER MORAN & ARNOLD
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201

| Amount Enclosed |
|---|
| $ |

**Invoice:** L0910020189
Invoice Date: 02/22/2010
Due Date: 03/04/2010
Customer Code: L09-SEDG
Natl ID: 26101

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - L09
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $  423.35


**Document Efficiency**
*At Work®*
A RICOH COMPANY

IKON Office Solutions - Tampa, FL
Phone: (813) 273-9177    Fax: (813) 307-9133
Federal ID:  230334400

# INVOICE

Page 1 of 1

| | |
|---|---|
| Invoice # | L0910020160 |
| Invoice Date: | 02/18/2010 |
| Due Date: | 02/28/2010 |
| Terms: | Net 10 Days |
| Customer Code: | L09-SEDG |
| Natl ID: | 26101 |

**BILL TO:**
SEDGWICK DETER MORAN & ARNOLD
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201

**SHIP TO:**
SEDGWICK DETERT MORAN&ARNOLD
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201
Attn: Kurt Meaders

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 0711.000001 | Meyer | | Kevin Flynn |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0186 | 02/17/2010 | Kurt Meaders - SEDGWICK CLAIMS MANAGEMENT | | | | |
| 736 | DVD - Duplication(s) | | 8.00 | 35.0000 | | 280.00 |

*AP1315929*

*C/m: 107011-00001*

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 280.00 |
| Sales Tax: | 23.10 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT**  $ | 303.10 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 2/26/10

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
SEDGWICK DETER MORAN & ARNOLD
1717 MAIN STREET
SUITE 5400
DALLAS, TX 75201

| Amount Enclosed |
|---|
| $ |

**Invoice:**  L0910020160
Invoice Date: **02/18/2010**
Due Date: **02/28/2010**
Customer Code: **L09-SEDG**
Natl ID: **26101**

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - L09
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT**  $  303.10

## Expense Report - Transmittal Report



ER00000029852100058

**Spender** Wayne B. Mason          From Feb 13, 2010  To Feb 19, 2010          **Reimbursement Amt** 593.47 USD

**Report name** HDR Tampa/Naples Supplemental

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 6 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 2/13/10 | Individual Meal | United St... | 40.50 USD | - |
| 2/14/10 | Individual Meal | United St... | 22.72 USD | - |
| 2/15/10 | Individual Meal | United St... | 68.00 USD | - |
| 2/16/10 | Airfare | United St... | 274.70 USD | - |
| 2/16/10 | Group Meal | United St... | 37.89 USD | - |
| 2/16/10 | Group Meal | United St... | 149.66 USD | - |

## Garner, Lavella

**From:** Mason, Wayne B.

**Sent:** Tuesday, February 16, 2010 2:36 PM

**To:** Garner, Lavella

**Subject:** FW: Your Trip Information - Tampa/Dallas 2/19/10

Upgrade?

**Wayne B. Mason**
wayne.mason@sdma.com | 469.227.4602 *direct*

 Sedgwick, Detert, Moran & Arnold LLP, Detert, Moran & Arnold LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *ph* | 469.227.8004 *fx* | www.sdma.com
-----Original Message-----
**From:** Orbitz For Business Traveler Care [mailto:customerservice@orbitzforbusiness.net]
**Sent:** Tuesday, February 16, 2010 2:34 PM
**To:** Mason, Wayne B.
**Subject:** Your Trip Information - Tampa/Dallas 2/19/10

**ORBITZ**
FOR BUSINESS

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa/Dallas 2/19/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

### Your current trip information - Tampa/Dallas 2/19/10
This trip includes **flights**.

#### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601NR4BZ632 |
| **Airline record locator:** | American Airlines - EKBZDX |
| **Ticket numbers:** | 0017839728069 |
| **Total flight cost:** | $274.70 USD |

| Traveler(s) | Frequent flier details | |
|---|---|---|
| WAYNE MASON | American Airlines AAdvantage | M610686 |

**Friday, February 19, 2010**

**American Airlines 595** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles
Depart:    **12:25pm Tampa, FL** Tampa International (TPA)
Arrive:    **2:20pm Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
**Seat: 12B | Your flight is confirmed. Seat is confirmed. You may review seats.**

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $267.70 | **Card holder's Name:** Wayne B Mason |
| **Orbitz for Business fees** | | **Card type:** MasterCard |
| Online transaction fee | $7.00 | **Card number:** xxxxxxxxxxxx7943 |
| **Total** | **$274.70 USD** | |

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711.00001

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business.

Orbitz for Business TLC Team

Enjoy your trip!

### Great rates

 Add a Flight
Add a Car
 Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

2/17/2010

**Garner, Lavella**

-----Original Message-----
From: FreedomPark Reservations [mailto:reservations@freedomparkdfw.com]
Sent: Monday, February 15, 2010 11:01 PM
To: Mason, Wayne B.; Garner, Lavella
Cc: Sent Reservations
Subject: Airport Parking Receipt-Wayne Mason

Freedom Park
Airport Parking Services
Airport Parking Receipt

| Control | Customer Name | Departure Date: | Return Date: | Total Charge: |
|---------|---------------|-----------------|--------------|---------------|
| 1150871 | Wayne Mason | 2/12/2010 | 2/15/2010 | $105.03 |

Charges for MasterCard ending in 7943 - primary

| Description | Qty | Rate | PreTax | Sales Tax | Airport Fee | Total |
|-------------|-----|------|--------|-----------|-------------|-------|
| Parking | 4 | $22.00 | $88.00 | $7.26 | $9.77 | $105.03 |

Your charges have been billed to your credit card(s) noted above. Should you have any
questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

* * * INTRODUCING: DrivenDFW, personal designated driver service * * * If you need a
trained, professional driver to drive you in YOUR VEHICLE, DrivenDFW has a driver for you
(at about half the cost of hiring a car and driver). For a night on the town, for driving
elderly but able seniors, or for driving your teens to a concert in the city, call
DrivenDFW and put your mind at ease. Visit us at our website at www.drivendfw.com. (a
FreedomPark Affliated Company)

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
reservations
(972) 252-2500
toll free
866-parkDFW
fax
(972) 894-0009
freedomparkdfw.com

# AQUAKNOX
### GLOBAL WATER CUISINE

***************************************
7627 Courtney Campbell Causeway
Tampa, FL 33607
www.e-brands.net
Phone 813-675-8700  Fax 813-675-8703

0212a  TABLE  29  #Party 1
JOHN F      SvrCk:  1  6:37p 02/16/10
   Separate checks: 1-of-2

Misc Personal Charge            〈10.00〉
1 ICED TEA                         2.50
1 BUTTER LETT SALAD                9.00
1 LOBSTER BISQUE                  11.00
1 SAUTEED JOHN DORY               35.00
1 BLK BEAN CHL GLZ GROUPER        30.00
2 FRESH BERRIES                   14.00
2 DECAF COFFEE                     5.00
    Sub Total:              116.50

          Sub Total:  116.50
           Tax    :    8.16
02/16  7:46pTOTAL:    124.66

***************************************

0212
Server: JOHN F                 Rec: 28
02/16/10 20:00, Swiped   T:  29 Term:  4

AQUAKNOX
7627 Courtney Campbell
Causeway
(   )   -
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX7943
OO TRANSACTION APPROVED
AUTHORIZATION #: 909270
Reference: 0216010000212
TRANS TYPE: Credit Card SALE

CHECK:            124.66

TIP:               25.—

TOTAL:           149.66


X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND



```
                YSTERCATCHERS
Ch.        HYATT TAMPA BAY
TABL.        2857
SERVER:      33/1
DATE:        280 CHARLES
CARD TYPE:   FEB15'10  8:56PM
ACCT #:      MASTERCARD
EXP DATE:    XXXXXXXXXXXX7943
AUTH CODE:   XX/XX
RESEARCH:    931514
             000000000000
             WAYNE B MASON

SUBTOTAL:        140.17
TIP:              28 —
TOTAL            168.17
CUSTOMER SIGNATURE

    I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
            AGREEMENT
```

```
        OYSTERCATCHERS
    N US FOR OUR AMAZING
        SUNDAY BRUNCH*
280 CHARLES
-------------------------------
33/1        2857      GST 3
    FEB15'10  7:07PM
-------------------------------
4 Coffee/Tea            11.00
1 D-Caesar              11.00
1 D-Cktl Shrimp         14.00
1 D-Arugula             10.00
2 D-Grouper             58.00
1 D-Whole Snapper       27.00
  SUBTOTAL             131.00
  TAX                    9.17
  PAYMENT DUE   140.17
```

```
601 S. Dal.. M.. ..y
Tampa, Fl. 33608
PH: (913) 877-6721
FX: (J13) 877-6218

304 DEBRA R              Gst 3
Tbl W4/1    Chk 7755
       Feb16'10 07:07AM
-------------------------------
1 $7.95 Brkf Sp          7.95
1 Tahitian Breakfa SUB FRUIT  8.20
1 CUP WHOLE WHEAT
1 CEREAL                 3.95
1 BLUEBERRYS             2.95
3 COFFEE                 6.75
  SUBTOTAL              29.80
  Tax                    2.09
  TOTAL      31.89
```

```
For your convenience we are
providing the following
gratuity calculations:

    15% is  $4.78
    18% is  $5.74
    20% is  $6.38

Room #:  _____

Tip:  _____

Total:  _____

Print Name:  _____

Signature:  _____
Thank You For Joining Us.
```

CHILI'S - GAINSVILLE 130
MERCHANT ID
02/14/10   14:42:22 T111
KAYLA              CHK #082
                   CHARGE 1

AMEX
xxxxxxxxxxx1006
MASON/WAYNE B

        AUTH #     544099

CHARGE AMOUNT    27.72

  TIP AMOUNT     6.1

     TOTAL   33.72

       GUEST COPY
WE WELCOME YOUR COMMENTS!
PLEASE CALL US AT 1-800-983-4637
OR VISIT US AT WWW.CHILIS.COM

10.00 - pers.
22.72 HOR

# GUEST   #0002
#102 KAYLA          T111
02/14/10 12:57:00   #00130
## SPLIT   #0082

********************************
**YOUR OPINION MATTERS**

We invite you to complete our
   GUEST EXPERIENCE SURVEY

     YOU COULD WIN $1,000
      A WINNER EVERY DAY!

Te invitamos a completar nuestra
encuesta. TU PODRIAS GANAR $1000

 From browser address bar type:
      www.chilis-survey.com

**Your personal code:**
  **049A QMYQ MG8S**

**Please enter within
  the next 4 days**

    No purchase necessary.
     Must be 18 or older.
     Void where prohibited.
See website for rules/details.
********************************

    CHICKEN FAJITAS   11.99
    HOUSE W/ENTREE     2.69
    BEVERAGE           2.29
    QUESADILLA SALAD   8.99
    Subtotal          25.96
    Sales Tax          1.76
    TOTAL   27.72

      THANK YOU

0320
Server: TROY W                    Rec:123
02/13/10 20:44, Swiped   T:  8 Term:  3

MILDRED'S BIG CITY FOOD
3445 W. University Avenue
Gainesville, FL  32607
(352)371-1711
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1006
Name: WAYNE B MASON
00 TRANSACTION APPROVED
AUTHORIZATION #: 556304
Reference: AU|827|123
TRANS TYPE: Credit Card SALE

CHECK:                71.62

TIP:                  15.—

TOTAL:                86.62

X

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND
                            40R
                    40.50
                    46.12  Personal

MILDRED'S
BIG CITY FOOD

0320   Table  8  #Party 2
TROY W    SvrCk: 10 19:45 02/13/10
CAFE

1 SW, POTATO SOUP          6.00
1 F'ELD GREENS             5.00
1 ESCARGOT APP             8.00
1 GROUPER                 22.00
1 FLOUNDER                21.00
2 COFFEE                   5.00
              Sub Total:  67.00
              Tax      :   4.62
      Guest  1 TOTAL:     71.62

              Sub Total:  67.00
              Tax      :   4.62
02/13 20:43 TOTAL:        71.62

## Expense Report - Transmittal Report



ER00000029852100060

**Spender** Wayne B. Mason          **From** Feb 24, 2010  **To** Feb 25, 2010          **Reimbursement Amt** 1,417.53 USD

**Report name** HDR/Boise

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 11 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|--------------|---------|-----------|----------|
| 2/18/10 | Airfare | United St... | 362.70 USD | - |
| 2/18/10 | Airfare | United St... | 649.40 USD | - |
| 2/18/10 | Other Travel - ... | United St... | 7.00 USD | - |
| 2/18/10 | Other Travel - ... | United St... | 22.00 USD | - |
| 2/24/10 | Parking or Tolls | United St... | 26.33 USD | - |
| 2/24/10 | Group Meal | United St... | 174.96 USD | - |
| 2/24/10 | Other Travel - ... | United St... | 25.00 USD | - |
| 2/25/10 | Individual Meal | United St... | 2.59 USD | - |
| 2/25/10 | Lodging | United St... | 119.00 USD | - |
| 2/25/10 | Individual Meal | United St... | 2.17 USD | - |
| 2/25/10 | Individual Meal | United St... | 5.38 USD | - |



# CHANDLERS
### S T E A K H O U S E

981 W Grove St.
Boise, ID 83702
208.383.4300

Server: Kate                    02/24/2010
Table 203/1                       8:34 PM
Guests: 3                          40019

Misc Personal Charge            ⟨4.75⟩
Club Soda                         2.00
House Salad (3 @6.00)            18.00
Petite Filet (2 @28.00)          56.00
10 oz Prime Rib                  26.00
Idaho Baked Potato (2 @6.00)     12.00
Side Asparagus                    9.00
Misc Personal Charge            ⟨9.00⟩

Subtotal                        136.75
Tax                               8.21

Total                           144.96

Balance Due                     144.96

---

981 W Grove St.
Boise, ID 83702
208.383.4300

Server: Kate                DOB: 02/24/2010
08:37 PM                          02/24/2010
Table 203/1                        4/40019

M/C                               6291458
Card #XXXXXXXXXXXXX7943
Magnetic card present: MASON WAYNE B
Approval: 368654

Amount:              144.96

Tip:

Total:

X_____

Thanks! Come again.

Mike Gekespie

---

The Grove - SLC
Terminal B
Salt Lake City, UT  84116
Purchase  $ (708)531-1694
              2.59

Master Card      #SXXXXXXXXXXXXX7943
Auth # 740294    Exp Date **/**
Lane # 01        Cashier # 2842
02/25/10 09:26   Ref/Seq # 016756
EPS Sequence     # 016756

THANK YOU FOR
SHOPPING WITH US!

---

ANTON AIRFOOD
MOXIE JAVA B
BOISE INT'L AIRPORT

266 AUGUSTIN
- - - - - - - - - - - - - - - - - - - -
CHK 8837 FEB25'10  6:22AM  GST 1
- - - - - - - - - - - - - - - - - - - -

1 MED COD
                               2.05

   SUBTOTAL
   TAX                         2.05
   AMOUNT                      0.12
   XXXXXXXXXXXXXXXX3        2 . 1 7
   MSTRCARD   A1 5*          XX/XX
                               2.17

Do not expose to excessive heat or direct sunlight

STAPLE HERE

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX   REV. 6/0   POST Rev.11/00

INSERT
A B C

# ⫻ U N I T E D

24FEB10 SFOT: 86197-S

AGENT ID:  RSFOL32

**BAGGAGE PAYMENT**
**CUSTOMER RECEIPT**

016 4514135431

CUSTOMER: MASON/WAYNE B

TKT NBR:  037 7840100477      CPN: 1    ORIGIN: SFO    DESTINATION: BOI

ITEMS:

25.00    BAG1 FEE

FORM OF PAYMENT:   CAXXXXXXXXXXXXX7943 XXXX

ADDITIONAL REMARKS:

CPN   DOCUMENT NUMBER   CK

1 016 4514135431 2

TOTAL    USD25.00



---

# The Grove — SLC
## Salt Lake City International Airport
### Terminal B

Till #     : 8020101
Date/Time  : 2/25/2010 9:26 AM
Operator   : Alison P
Receipt#   : SALE 34032

Water 1 liter Aquafi          $2.49

SUB TOTAL                      $2.49
Utah Sales Tax                 $0.10
SUB TOTAL INC TAX              $2.59
Master/Visa                    $2.59
CHANGE                         $0.00

---

ANTO; AIRFOOD
VILLA PIZZA
ENTER SITE NAME HERE

295 HANA

3957  FEB25'10  6:14AM

1 WATER VASA 25oz        2.59
1 SIDE EGGS              2.49
  XXXXXXXXXXXXXXX3       XX/XX
  MSTRCARD  A1 5*        5.38

SUBTOTAL                 5.08
TAX                      0.30
AMOUNT                   5.38



# THE GROVE HOTEL

245 South Capitol Boulevard
Boise, Idaho 83702
(208) 333-8000  Fax (208) 333-8800

Thank you for choosing The Grove Hotel!  We hope you enjoyed your stay.

Reservation Number 100343

**Wayne Mason**
na
Na, ID  NA

**Phone**      na

**Guest Name**  Wayne Mason

| | | |
|---|---|---|
| **Arrival Date** | **Departure Date** | |
| 2/24/2010 | 2/25/2010 | |

| **Bill To** | Mason, Wayne | **Room Information** | 1016 - Standard King |
|---|---|---|---|
| | na | | |
| | Na, ID  NA | | |
| **Phone** | na | | |

Folio Number 59414

| Trans Date Charges | Description | | Voucher | Amount |
|---|---|---|---|---|
| 2/24/2010 | Room Charge Package | Visa's World's Best Offer | gro-1016 | 119.00 |
| | Total Charges | | | 119.00 |
| | | | | 119.00 |
| | | | **Balance Due:** | **119.00** |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges.  I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges must be made within five days after my departure.

Guest Signature: _____

## Garner, Lavella

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Thursday, February 18, 2010 12:15 PM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - Boise 2/24/10 |

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Boise 2/24/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Boise 2/24/10
This trip includes **flights**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601KLK7SA32 |
| **Airline record locator:** | US Airways - C1TGRS |
| **Ticket numbers:** | 0377840100477 |
| **Total flight cost:** | $369.70 USD |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| WAYNE MASON | United Airlines Mileage Plus | 00122183343 |

**Wednesday, February 24, 2010**

**US Airways 7893** Economy | Canadair Regional Jet (CRJ) | 1hr 38min | 523 miles
Operated by: UNITED EXPRESS/SKYWEST AIRLINES . Please check in with the operating carrier.

Depart: **3:07pm San Francisco, CA** San Francisco International (SFO)
Arrive: **5:45pm Boise, ID** Boise Air Term. (Gowen Fld) (BOI)

**Seat: 11B** | Your flight is confirmed. Seat is confirmed. You may review seats.

## Cost summary and billing information

| **Flight cost summary** | | **Billing information** |
|---|---|---|
| | | **Card holder's Name:** |
| Airfare, WAYNE MASON (Adult) | $362.70 | Wayne B Mason |
| **Orbitz for Business fees** | | **Card type:** |

3/18/2010

| Online transaction fee | $7.00 | | MasterCard |
|---|---|---|---|
| **Total** | **$369.70 USD** | | **Card number:** xxxxxxxxxxxx7943 |

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711.000001

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

### Great rates


Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

## Garner, Lavella

**From:** Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:** Thursday, February 18, 2010 12:20 PM
**To:** Mason, Wayne B.
**Subject:** Your Trip Information - Dallas/Fort Worth 2/25/10

*ORBITZ*
*FOR BUSINESS*

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Dallas/Fort Worth 2/25/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Dallas/Fort Worth 2/25/10
This trip includes **flights**.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** AP270601KTZJSK32 | |
| **Airline record locator:** Delta Air Lines - DKXCP8 | |
| **Ticket numbers:** 0067840100550 | 🔲 Reason required |
| **Total flight cost:** $671.40 USD | You are choosen a fare type that your company has marked out of policy. It is request that a reason be provided as to why the fare has been choosen |

| Traveler(s) | Frequent flier details | |
|---|---|---|
| WAYNE MASON | Delta Air Lines SkyMiles | 2010915557 |

**Thursday, February 25, 2010**

**Delta Air Lines 963** First Class | Canadair Regional Jet 900 (CR9) | 1hr 4min | 291 miles
Operated by: MESABA DBA DELTA CONNECTION . Please check in with the operating carrier.
Depart: **7:35am Boise, ID** Boise Air Term. (Gowen Fld) (BOI)
Arrive: **8:39am Salt Lake City, UT** Salt Lake City International (SLC)
Seat: 3D | Your flight is confirmed. Seat is confirmed. You may **review seats.**
**Change planes.** Time between flights: **1hr 26min**

**Delta Air Lines 4660** First Class | Canadair Regional Jet 900 (CR9) | 2hr 37min | 992 miles
Operated by: SKYWEST DBA DELTA CONNECTION . Please check in with the operating carrier.
Depart: **10:05am Salt Lake City, UT** Salt Lake City International (SLC)
Arrive: **1:42pm Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

3/18/2010

**Seat:** 2D | Your flight is confirmed. Seat is confirmed. You may review seats.
Total duration: 5hr 7min | Total miles: 1283 miles

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $649.40 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total** | **$671.40 USD** |

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business TLC Team

Enjoy your trip!

### Great rates



Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

3/18/2010

**Garner, Lavella**

| | |
|---|---|
| From: | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| Sent: | Thursday, February 25, 2010 10:12 PM |
| To: | Mason, Wayne B.; Garner, Lavella |
| Cc: | Sent Reservations |
| Subject: | Airport Parking Receipt-Wayne Mason |

```
FreedomPark
Airport Parking Receipt

***Summary of Charges*******************************************************
* Control#  Customer Name  Departure Date Return Date  Total Charge *
* 1154324   Wayne Mason    2/22/2010      2/25/2010        $105.03 *
***************************************************************************
```

Charges for MasterCard ending in 4838 - Business Mastercard

```
                               Sales  Airport
Description   Qty   Rate   PreTax   Tax    Fee     Total
-----------------------------------------------------------------
Parking        4  $22.00  $88.00   $7.26  $9.77  $105.03
                                 Parking Subtotal  $105.03
```

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

***RECLAIM YOUR FREE TIME*** Let FreedomPark handle your vehicle care items while you are
traveling, and liberate your free time. We offer a full service interior/exterior car
wash. Or bump it up a level and get a carpet shampoo or hand wax. Or make it showroom
new with a full detail. Oil change overdue? Let FreedomPark take care of it while you're
gone. Sate Inspection Expired? We can handle it. Or, if you need DEALERSHIP SERVICE, we
can shuttle your car to and from the dealer while you're out of town (please see list of
dealerships on our website). Go ahead, plan to sleep in this Saturday. We're on it.

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com

1 night = 26.33

1



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-020-37561 | Mar 12, 2010 | 2323-3788-5 | 4 of 10 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Mar 03, 2010**          Cust. Ref.: 3272.000206          Ref.#2:
**Payor: Shipper**                   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793318515562 | Cynthia Alm | Wade Marionneaux |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN | Georgia-Pacific Law Department |
| Package Type | FedEx Box | 1717 Main Street | 133 Peachtree Street |
| Zone | 05 | DALLAS TX 75201 US | ATLANTA GA 30303 US |
| Packages | 1 | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | |
| Delivered | Mar 04, 2010 09:49 | Transportation Charge | 48.95 |
| Svc Area | A1 | Fuel Surcharge | 1.58 |
| Signed by | D.JACKSON | Discount | -27.90 |
| FedEx Use | 000000000/0001349/_ | **Total Charge**          USD | **$22.63** |

**Picked up: Mar 03, 2010**          Cust. Ref.: 10711-000001          Ref.#2:
**Payor: Shipper**                   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793321153499 | Judy Farmer | Katie Duty, P.E. |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HDR |
| Package Type | FedEx Pak | 1717 Main Street | 5426 BAY CENTER DR STE 400 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33609 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Declared Value | USD 1.00 | | |
| Delivered | Mar 04, 2010 09:40 | Transportation Charge | 41.85 |
| Svc Area | A1 | Fuel Surcharge | 1.35 |
| Signed by | N.CANJARA | Discount | -23.85 |
| | | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/0001552/_ | **Total Charge**          USD | **$19.35** |

**Picked up: Mar 03, 2010**          Cust. Ref.: 886-09          Ref.#2:
**Payor: Shipper**                   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798442234076 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | Customer Packaging | 1717 Main Street, #5400 | One Market Plaza Stewart Tower |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | |
| Delivered | Mar 04, 2010 09:28 | Transportation Charge | 47.00 |
| Svc Area | A1 | Fuel Surcharge | 1.52 |
| Signed by | J.VISAN | Discount | -26.79 |
| FedEx Use | 000000000/0001393/_ | **Total Charge**          USD | **$21.73** |

**Picked up: Mar 03, 2010**          Cust. Ref.: 02201-006921          Ref.#2:
**Payor: Shipper**                   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798442818098 | Tiffiney Rogers | Texas Secretary of State |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN | Uniform Commerican Code Sectio |
| Package Type | FedEx Envelope | 1717 Main | 1019 Brazos |
| Zone | 03 | DALLAS TX 75201 US | AUSTIN TX 78701 US |
| Packages | 1 | | |

Continued on next page



HDR, Inc.                                                                    May 31, 2010
8404 Indian Hills Dr.                                              Invoice No. 964916
Omaha, NE 68114


For Professional Services Through April 30, 2010:

Re:   Our File No.: 10711-000001/WBM
        Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 03/29/10 | E. Cornelius | 12.00 | HDR Batches P.O. 00009, SD00001, PR00068,DON00005, and Meyer00003 in Relativity Database, documents PO005601-PO005989, SD00001 – SD001458, PRO47487-PRO47790, DONOVAN002986-DONOVAN002986, and MEYER001590 – MEYER002405 reviewed, issues related to litigation |
| 03/30/10 | E. Cornelius | 8.50 | HDR Batches Meyer00003, WHI00001, ELI00002, and CON0004 in Relativity Database, documents MEYER002408 – MEYER003397, WHITING0000001 – WHITING 000024, ELIASON0009668 – ELIASON010238, COO3461 – C004205 reviewed for issues related to litigation |
| 03/31/10 | E. Cornelius | 14.00 | Review and analysis of HDR Batches CON00010, CON00011, CON00016, and CON00018 in Relativity Database, documents C009646 – C010092, C010094 – C010908, C014001 – C014405, and C015331 – C014881 for issues related to litigation |
| 04/01/10 | T. Betanzos | 5.70 | Review & analysis of expert reports received from Barnard, McDonald & CDG |
| 04/01/10 | W. Mason | 12.90 | Attend Carrier deposition and prepare for next day's cross-examination |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 2

| 04/01/10 | K. Meaders | 0.70 | Begin draft of outline of lessons learned and telephone conference with Equivalent Data regarding same |
| 04/01/10 | K. Meaders | 0.80 | Review status of ESI review with attorney Steinmann and coordination of increased efforts of review of privileged material |
| 04/01/10 | K. Meaders | 0.50 | Meeting with attorneys Betanzos and Gamble regarding information learned at deposition of Mindi Rice, TBW |
| 04/01/10 | K. Meaders | 0.30 | Receipt and review emails from attorney Mason regarding Carrier deposition and follow-up |
| 04/01/10 | K. Meaders | 0.30 | Coordination of inventory of reviewed expert reports |
| 04/01/10 | K. Meaders | 0.60 | Office conference with attorney Steinmann regarding status of review of ███████████ ██████ |
| 04/01/10 | K. Meaders | 0.40 | Research and review subset of Carrier emails for use at Carrier deposition |
| 04/01/10 | K. Meaders | 0.20 | Update emails from attorney Mason on Carrier deposition |
| 04/01/10 | T. Gamble | 7.30 | Continue initial analysis of expert reports and opinions to assist in preparation for upcoming mediation |
| 04/01/10 | M. Melle | 5.10 | Review and analyze documents HDRESI-AOL0001 for privilege and responsiveness issues |
| 04/01/10 | M. Melle | 1.00 | Strategy meeting with defense team regarding privilege review of documents |
| 04/01/10 | C. Steinmann | 6.20 | Conduct meeting regarding privilege review, assist in preparation of Carrier, calls with EQD regarding document culls, review and respond to questions regarding issues in document review |
| 04/01/10 | E. Weathers | 5.50 | Privilege review team strategy meeting (1.0); review and analyze legal memorandum and case law ███████████████████████████ |



|         |              |       |                                                                                                              |
|---------|--------------|-------|--------------------------------------------------------------------------------------------------------------|
|         |              |       | ███████████████ (1.5); work through database and begin analysis of potentially-privileged documents, HDRESI-AOL0003 (3.0) |
| 04/01/10 | E. Knight   | 1.00  | Participate in strategy meeting to discuss anticipated issues related to privilege and responsiveness in voluminous client document production |
| 04/01/10 | E. Knight   | 0.70  | Review coding guide, legal memorandum and case law from ██████████████ |
| 04/01/10 | C. Alm      | 2.90  | Review and analysis of HDR Batch MAS00001 and CON00035 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 04/01/10 | R. Altamirano | 1.30 | Review and code HDR scanned documents regarding attorney responses to queries re document issues |
| 04/01/10 | R. Altamirano | 1.00 | Commence review of potentially responsive ESI documents, Batch HDRESI-PROSP00100003, for issues related to litigation |
| 04/01/10 | M. Axel     | 1.50  | Review of scanned document sets from batch no. CON00034 for subjective coding |
| 04/01/10 | M. Axel     | 1.80  | Review and analyze HDR batch no. CON00023 for issues related to litigation |
| 04/01/10 | L. Chavez   | 1.00  | Review and analysis of CON 00018 in Relativity Database, documents 52 through 113, for issues related to litigation |
| 04/01/10 | S. Quintanar | 0.30 | Review e-mails concerning database additions and coding entries |
| 04/01/10 | T. Rogers   | 7.00  | Review of designated documents in preparation of David Carrier's deposition |
| 04/01/10 | S. Stephens | 4.60  | Review and analysis of HDR documents in |


|          |              |       |                                                                                                                                                                                                                                                                                                                                                                                              |
|----------|--------------|-------|----|

    Relativity Database, documents HDR_C17176-17629, 25698-26327 for issues related to litigation

04/01/10 J. Tracey     0.50     Review and analysis of LDD-CON00017 documents in Relativity Database, HDR-CO14563 - HDR-CO14879, for issues related to litigation

04/01/10 J. Tracey     3.50     Review and analysis of HDR Batch LDD-CON00030 Relativity Database, documents HDR-CO24458 - HDR-CO25106, for issues related to litigation

04/01/10 R. Zarate     4.30     Review and analysis of batch CON000027 and CON000031 documents for substantive issues related to the litigation in preparation of upcoming depositions

04/01/10 E. Cornelius     10.50     Review and analysis of HDR Batches CON00021 and CON00024 in Relativity Database, documents C016389 – C017162 and C018641 – C019093, for issues related to litigation

04/01/10 S. Crosby     8.90     Review and analysis of HDR documents in Relativity Database, documents HDR_CO19096 through HDR_CO21110, HDR_CO23631 through HDR_CO24457, HDR_CON00062281 through HDR_CON00062430, for issues related to litigation

04/01/10 L. Primas     14.30     Review and analysis of CON00028 in Relativity Database, documents 1 through 236, for issues related to litigation

04/01/10 B. Rogers     11.00     Review and analysis of CON00014 batch in Relativity Database, documents HDR_CO12837 through 13320 for issues related to litigation; review and analysis of ESI-PRESPOO100004 batch documents in Relativity Database, documents HDRESI-CON00062581 – 62670, for responsiveness, privilege, and issues related to litigation

04/01/10 K. Schwartz     10.00     Review and analysis of HDR documents in


|            |              |       | Relativity Database Batch CON00006, documents 1-191, and Batch CON00033, documents 1-183 for issues related to litigation |
| 04/01/10   | H.   Webster | 10.00 | Review and analysis of HDR Batch CON00002, documents 150 through 199, and CON000036, documents 1 through 166, for issues related to litigation |
| 04/02/10   | W. Mason     | 10.30 | Attend Carrier deposition and return from Tampa |
| 04/02/10   | W. Mason     | 0.30  | Receive and review excerpt from Carrier deposition provided by court reporter |
| 04/02/10   | W. Mason     | 0.20  | Receive and review ███████████████████ |
| 04/02/10   | W. Mason     | 0.10  | Receive and review e-mail from Tim Woodward regarding ████████████████ ████ |
| 04/02/10   | K. Meaders   | 0.40  | Receipt and review emails from ██████ ███████████████████ |
| 04/02/10   | K. Meaders   | 0.50  | Emails with attorney Betanzos regarding ████████████████████████ ███████████ |
| 04/02/10   | K.   Meaders | 0.30  | Coordinate receipt of inventory of ESI and expert reports from various parties |
| 04/02/10   | T. Gamble    | 2.80  | Continue initial analysis of expert reports and opinions to assist in preparation for upcoming mediation |
| 04/02/10   | M. Melle     | 2.10  | Review and analyze multiple memos regarding privilege document review |
| 04/02/10   | E. Weathers  | 5.00  | Review and analyze "anticipation of litigation" ESI, HDRESI-AGL00004, for privilege determinations |
| 04/02/10   | E. Knight    | 3.90  | Review and analyze documents, HDRESI-PotPriv00002, for privilege and responsiveness |


| 04/02/10 | W. Richmond | 5.30 | Review document training materials and analyze client's documentsHDRESI-PotPriv00001, for relevant issues, privilege, and responsiveness |
| 04/02/10 | C. Alm | 1.30 | Review and analysis of HDR Batch CON00035 documents for substantive issues related to the litigation in preparation of upcoming depositions |
| 04/02/10 | M. Axel | 2.80 | Review and analysis of Batches HDESI-PRESP 00100013, HDESI-PRESP 00100016 and HDESI-PRESP 00100018 for issues related litigation |
| 04/02/10 | M. Axel | 1.90 | Review and anlysis of batch no. HDESI-PRESP 00100001 for issues related to litigation |
| 04/02/10 | L. Chavez | 1.50 | Review and analysis of CON 00018, documents HDR_CO14998  through HDR_CO1580, for issues related to litigation |
| 04/02/10 | G. Fountain | 0.60 | Review and analysis of batch Employee docs HDR_Employee000393-399 and HDRESI-Con 63466-63499 in Relativity Database for issues related to the litigation |
| 04/02/10 | S. Quintanar | 0.30 | Review e-mails concerning database additions and coding entries |
| 04/02/10 | T.   Rogers | 4.60 | Expert report review and organization |
| 04/02/10 | M. Stringer | 2.90 | Reviewed and analyzed documents HDR Copeland 022427 thru HDR Copeland 024917 for issues related to litigation |
| 04/02/10 | J. Tracey | 4.30 | Review and analysis of HDRESI-PRESP00100007, documents HDRESI-CON00063031 - HDRESI-CON00063099 and HDRESI-PRESP00100007, documents HDRESI-CON00063100 - HDRESI-CON00063805, for issues related to litigation |
| 04/02/10 | R. Zarate | 3.00 | Review and analysis of CON000031 and HDR batch HDRESI- PRESP00100021 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/02/10 | E. Cornelius | 6.50 | Review and analysis of HDRESI Batch |


|            |              |        | PRESP00100005 documents in Relativity Database, documents CON00062718 – CON00062870 for issues related to litigation |
|------------|--------------|--------|---|
| 04/02/10   | S. Crosby    | 13.00  | Review and analysis of HDR documents in Relativity Database, documents HDR_CON00062281 through HDR_CON00062430, HDR_CON00063162 through HDR_CON00063315, and HDR_CON00064831 through HDR_CON00064980, for regarding issues related to litigation |
| 04/02/10   | L. Primas    | 5.00   | Review and analysis of CON00028 documents in Relativity Database, documents 231 through 304, for issues related to litigation |
| 04/02/10   | B. Rogers    | 11.50  | Review and analysis of PRESP00100004, PRESPOO100006 and PRESPOO100012 batch documents in Relativity Database, documents HDRESI-CON00062671 through 63026, 62871 through 63030, and 64531 through 64595 for responsiveness, privilege, and issues related to litigation |
| 04/02/10   | K. Schwartz  | 10.00  | Review and analysis of HDR documents in Relativity Database Batch CON00033 documents 184-261, Batch HDRESI-PRESP00100009 documents 1-150, and Batch HDRESI–PRESP00100020 documents 1-50 issues related to litigation |
| 04/02/10   | H. Webster   | 10.70  | Review and analysis of CON000036, documents 167 thru 219, and HDRESI-PRESP00100011, documents 1 thru 122, for issues related to litigation |
| 04/03/10   | E. Knight    | 3.00   | Review and analyze documents, HDRESI-PotPriv00003, for privilege and responsiveness |
| 04/03/10   | W. Richmond  | 2.80   | Analyze and tag client's documents, HDRESI-PotPriv00004, for production potential regarding privilege and responsiveness |
| 04/03/10   | C. Alm       | 7.00   | Review and analysis of HDR Batch HDRESI-PRESP0010029, 10033, 10035, 10037 and |



|            |               |      |                                                                                                                                                                                                                                                    |
|------------|---------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |               |      | 10039 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/03/10   | R. Zarate     | 7.50 | Continue to review batch PRESP00100021 and work on HDR batch HDRESI-PRESP100025, 100032 and 100038 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/03/10   | E. Cornelius  | 3.50 | Review and analysis of HDRESI Batch PRESP00100022 in Relativity Database, documents CON00065278 – CON000065430, for issues related to litigation |
| 04/03/10   | S. Crosby     | 7.30 | Review and analysis of HDR documents in Relativity Database, documents HDR_CON00065431 through HDR_CON00065580, HDR_CON000665881 through HDR_CON00066030, and HDR_CON00066031 through HDR_CON00066263, for issues related to litigation |
| 04/03/10   | B. Rogers     | 5.20 | Review and analysis of PRESPOO100017, PRESPOO100024, and PRESPOO100036 batch documents in Relativity Database, documents HDR_ESI-CON00064596 through 64680, 65581 through 65730, and 67381 through 67472, for responsiveness, privilege, and issues related to litigation |
| 04/03/10   | K. Schwartz   | 6.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100031 documents 1-150, and Batch HDRESI–PRESP00100034 documents 1-34, for issues related to litigation |
| 04/03/10   | H. Webster    | 4.00 | Review and analysis of HDRESI-PRESP00100011 documents in Relativity Database, documents 123 through 150 and HDRESI-PRESP00100028, documents 1 through 40, for issues related to litigation |
| 04/04/10   | K. Meaders    | 0.30 | Receipt and review of ESI and expert from other |


|            |              |       |                                                                                                                                                       |
|------------|--------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | party Barnard and coordination of organization and inventory                                                                                          |
| 04/04/10   | E. Weathers  | 4.80  | Review and analyze client ESI HDRESI-AOL00004, for "anticipation of litigation" privilege assertions                                                   |
| 04/04/10   | E. Knight    | 4.00  | Review and analyze documents, HDRESI-PotPriv00005, for privilege and responsiveness                                                                    |
| 04/04/10   | W. Richmond  | 3.20  | Analyze and tag client's documents for production potential regarding privilege and responsiveness                                                     |
| 04/04/10   | C. Alm       | 10.00 | Review and analysis of HDR Batch HDRESI-PRESP0010039, 10041, 10043-10046 and 10049 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/04/10   | G. Fountain  | 2.30  | Review and analysis of Batch 10 HDRESI-Con 63500-63634 and Batch 42 HDRESI-Con 68273-68430 in Relativity Database for issues related to the litigation |
| 04/04/10   | R. Zarate    | 3.50  | Review and analysis of HDR batch HDRESI-PRESP100040 and 100048 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/04/10   | E. Cornelius | 2.00  | Review and analysis of HDR Batch documents in Relativity Database, documents HDRESI -CON0065375 through CON00065430 for, issues related to litigation  |
| 04/04/10   | H. Webster   | 5.00  | Review and analysis of HDRESI-PRESP00100028 documents in Relativity Database, documents 41 through 142 for Issues related to litigation                |
| 04/05/10   | T. Betanzos  | 2.70  | Work on ███████████                                                                                                                                    |
| 04/05/10   | T. Betanzos  | 5.30  | Travel to Tampa, Florida for tomorrow's deposition preparation session with ██████ ██████ with review of numerous project and case materials in preparation for session throughout travel |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 10

| 04/05/10 | W. Mason | 0.10 | Multiple e-mail communications with ▮▮▮ ▮▮▮ |
| 04/05/10 | W. Mason | 7.80 | Continue reviewing expert reports and prepare for rebuttal of opposing parties' positions in case |
| 04/05/10 | K. Meaders | 0.30 | Emails with attorney Steinmann regarding status of ESI review |
| 04/05/10 | K. Meaders | 0.40 | Telephone conference with Equivalent Data on status of document down load |
| 04/05/10 | T. Gamble | 2.80 | Continue initial analysis of expert reports/opinions and supporting documents and evaluate same in comparison with other parties and in preparation for upcoming mediation |
| 04/05/10 | T. Gamble | 4.90 | Identify ▮▮▮▮▮▮▮ |
| 04/05/10 | M. Melle | 8.00 | Review, analyze and code documents, HDRESI-AOL00002, for responsiveness, privileged content and issues |
| 04/05/10 | M. Melle | 0.40 | Multiple strategy conferences with defense counsel regarding ▮▮▮▮▮ |
| 04/05/10 | E. Weathers | 8.60 | Review and analyze ▮▮▮▮▮ |
| 04/05/10 | E. Knight | 8.40 | Review and analyze documents, HDRESI-PotPriv00009, for privilege and responsiveness |
| 04/05/10 | W. Richmond | 7.30 | Analyze and tag client's documents, HDRESI-PotPriv00006, for production potential regarding privilege and responsiveness |
| 04/05/10 | C. Alm | 0.90 | Review and analysis of HDR Batch HDRESI-PRESP0010049 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/05/10 | R. Altamirano | 3.50 | Review and analysis of EDI documents HDRESI-CON0062456 through HDRESI-CON0062580 for issues related to litigation |


| 04/05/10 | M. Axel | 1.30 | Review and analysis of HDRESI-PRESP 00100070 document batch in Relativity Database for issues related to litigation |
| 04/05/10 | M. Axel | 1.30 | Review and analysis of HDRESI-PRESP 00100063 document batch in Relativity Database for issues related to litigation |
| 04/05/10 | M. Axel | 1.10 | Review and analysis of HDRESI-PRESP 00100018 document batch in Relativity Database for issues related to litigation |
| 04/05/10 | G. Fountain | 3.80 | Review and analysis of Batch 65 HDRESI-Con 71722-71880, Batch 72  HDRESI-Con 72775-72844 and Batch 80 HDRESI-Con 73981-74095 in Relativity Database for issues related to the litigation |
| 04/05/10 | S. Quintanar | 0.20 | Review e-mails concerning database additions and coding entries |
| 04/05/10 | T. Rogers | 2.70 | Review and analysis of HDR documents in Relativity Database HDRESIPRESP00100015 for potential privilege and for issues related to litigation |
| 04/05/10 | S. Stephens | 3.70 | Review and analysis of HDRESI-PRESP00100059 documents in Relativity database, documents HDRESI-CON00070831-70980, for potential privilege |
| 04/05/10 | M. Stringer | 0.90 | Review and analysis of HDRESI CON00064204 thru HDRESI CON00064230 for issues related to litigation |
| 04/05/10 | M. Stringer | 2.10 | Review and analysis of HDRESI CON00071278 thru HDRESI CON00071373 for issues related to litigation |
| 04/05/10 | J. Tracey | 2.00 | Review and analysis of HDRESI-PRESP00100065 documents in Relativity Database, documents HDRESI-CON00071581 - HDRESI-CON00071713, for issues related to |


| | | | litigation |
|---|---|---|---|
| 04/05/10 | J. Tracey | 3.80 | Review and analysis of HDRESI-PRESP00100057 documents in Relativity Database, documents HDRESI-CON00070528 - HDRESI-CON00070680, for issues related to litigation |
| 04/05/10 | R. Zarate | 5.00 | Review and analysis of HDR batch HDRESI-PRESP100051, 100076 and 100077 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/05/10 | E. Cornelius | 10.00 | Review and analysis of HDRESI Batch PRE000100047, PRESP00100052, PRESP00100053 and PRESP00100075 documents in Relativity Database, documents CON00069031 through CON00069708, CON00069781 through CON00069930, CON00069931 through CON00007008, CON0073253 through CON00073282 reviewed, for issues related to litigation |
| 04/05/10 | S. Crosby | 13.30 | Review and analysis of HDR documents in Relativity Database, HDR_CON00066481 through HDR_CON00067164, documents HCR_CON00070366 through HDR_CON00070527, HDR_CON00070981 through HDR_CON00071418 and HDR_CON00072331 through HDR_CON00072480, for issues related to litigation |
| 04/05/10 | L. Primas | 10.00 | Review and analysis of CON00028 documents in Relativity Database, documents 305 through 337 for issues related to litigation; review and analysis of HDRESI-PRESP00100054, documents 1 through 118 for potential privilege |
| 04/05/10 | B. Rogers | 12.00 | Review and analysis of PRESPOO100036, PRESPOO100055, PRESPOO100061, PRESPOO100068, and PRESPOO100074 batch documents in Relativity Database, documents HDRESI-CON00067472 through 67530, 70210 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 13

|            |              |       |                                                                                                                                                                                                                                                                     |
|------------|--------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | through 70365, 71122 through 71277, 72181 through 72330, and 73078 through 73108 for responsiveness, privilege, and issues related to litigation |
| 04/05/10 | K. Schwartz | 11.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI – PRESP00100034 docs 35-150, HDRESI-PRESP00100058 docs 1-150, and HDRESI-PRESP00100066 docs 1-125, for issues related to litigation |
| 04/05/10 | H. Webster | 11.80 | Review and analysis of HDRESI-PRESP00100028 documents in Relativity Database, documents 143 through 150, HDRESI-PRESP00100050, documents 1 through 150 and HDRESI-PRESP00100067 documents 1 through 143 for Issues related to litigation |
| 04/06/10 | T. Betanzos | 16.40 | Finalize preparation for and conduct deposition preparation session with ███████████ ███████████ and return travel to Dallas following conclusion of same - with review of notes and materials from session throughout travel |
| 04/06/10 | W. Mason | 11.60 | Review ████████████████████████ ███████████████████████████████ ████████████████████ and travel to Tampa (worked on reviewing documents on the plane); prepare for conference call with insurers |
| 04/06/10 | W. Mason | 0.20 | Receive and review proposed expanded agenda for telephone conference tomorrow |
| 04/06/10 | W. Mason | 0.10 | Receive ad review e-mail from Todd Betanzos regarding ████████████████ |
| 04/06/10 | K. Meaders | 0.30 | Follow up with Equivalent Data on issues with custodians ESI |
| 04/06/10 | T. Gamble | 2.80 | Continue initial analysis of expert reports/opinions and supporting documents and |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 14

| | | | |
|---|---|---|---|
| | | | evaluate same in comparison with other parties and in preparation for upcoming mediation |
| 04/06/10 | T. Gamble | 2.70 | Finish identification of ███████ |
| 04/06/10 | M. Melle | 5.60 | Review, analyze and code documents, HDRESI-AOL000010, for responsiveness, privilege and issues |
| 04/06/10 | M. Melle | 0.90 | Multiple strategy conferences with counsel regarding document review and privilege issues |
| 04/06/10 | C. Steinmann | 10.50 | Assist in the preparation of Milhorn deposition; address privilege and responsive issues; conduct quality control review of database |
| 04/06/10 | E. Weathers | 8.30 | Review and analyze ███████ |
| 04/06/10 | E. Weathers | 2.50 | Analyze and review ███████ |
| 04/06/10 | E. Knight | 12.50 | Review and analyze documents, HDRESI-PotPriv000011, for privilege and responsiveness, as well as voluminous documents produced by Ardaman & Associates |
| 04/06/10 | W. Richmond | 3.00 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/06/10 | W. Richmond | 2.80 | Analyze and review ███████ |
| 04/06/10 | R. Altamirano | 3.80 | Review and analysis of ESI documents HDRESI-CON00204742 through HDRESI-CON00212285 for issue related to litigation |
| 04/06/10 | M. Axel | 2.20 | Review and analysis of HDRESI-PRESP 00100101 document batch in Relativity Database for issues related to litigation |
| 04/06/10 | M. Axel | 1.30 | Review and analysis of HDRESI-PRESP 00100110 document batch in Relativity |


|            |               |         | Database for issues related to litigation |
|------------|---------------|---------|-------------------------------------------|
| 04/06/10   | M. Axel       | 2.00    | Review and analysis of HDRESI-PRESP 00100070 and of HDRESI-PRESP 00100095 in Relativity Database for issues related to litigation |
| 04/06/10   | L. Chavez     | 3.90    | Review and analysis of HDR ESI documents in Relativity Database, documents CON00075331 through CON00075376, CON00075377 through CON00075480 and CON00077722 through CON00077750, for issues related to litigation |
| 04/06/10   | L. Chavez     | 0.50    | Review of multiple group emails regarding document review |
| 04/06/10   | G. Fountain   | 6.30    | Review and analysis of Batch 71 HDRESI-Con 72619-72774, Batch 72 HDRESI-Con 72845-72924, Batch 80, 82 HDRESI-Con 74096-74446, Batch 100 HDRESI-Con 76981-77999 in Relativity Database for issues related to the litigation |
| 04/06/10   | T. Rogers     | 6.10    | Analyze and review ███████████ ████████████████████████ |
| 04/06/10   | S. Stephens   | 3.50    | Review and analysis of HDRESI-PRESP0010093 AND 00100108 documents in Relativity database, documents HDRESI_CON75931-76080, 78163-78291 for potential privilege |
| 04/06/10   | M. Stringer   | 5.90    | Review and analysis of client documents HDRESI CON00071374 thru HDRESI CON00071430, HDRESI CON00075781 thru HDRESI CON00075930, HDRESI CON00076678 thru HDRESI CON00076830, HDRESI CON00077381 thru HDRESI CON00077415, HDRESI CON00078774 thru HDRESI CON00078789 for potential privilege and issues related to litigation |
| 04/06/10   | J. Tracey     | 1.80    | Review and analysis of HDRESI-PRESP00100065 documents in Relativity Database, documents HDRESI-CON00071714 - |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 16

|  |  |  | HDRESI-CON00071838 and HDRESI-PRESP00100087 documents HDRESI-CON00074427 - HDRESI-CON00074580, for issues related to litigation |
| --- | --- | --- | --- |
| 04/06/10 | J. Tracey | 1.00 | Review and analysis of HDRESI-PRESP00100087 documents in Relativity Database, documents HDRESI-CON00074427 - HDRESI-CON00075180, for issues related to litigation |
| 04/06/10 | J. Tracey | 2.60 | Review and analysis of HDRESI-PRESP00100099 documents in Relativity Database, documents HDRESI-CON00076831 - HDRESI-CON00076980 and HDRESI-PRESP00100104 documents HDRESI-CON00077566 - HDRESI-CON00077655, for issues related to litigation |
| 04/06/10 | R. Zarate | 6.00 | Review and analysis of HDR Batch HDRESI-PRESP100078, 100113 and 100116 in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/06/10 | E. Cornelius | 12.60 | Review and analysis of HDRESI Batch PRESP00100075, PRESP0010086 and PRESP0100111 in Relativity Database, documents CON00073282 through CON00073380, CON00074874 through CON00075026 and CON00078618 through CON000079230 for issues related to litigation |
| 04/06/10 | S. Crosby | 14.50 | Review and analysis of HDR documents in Relativity Database, HDR_CON00073831 through HDR_CON00073980, documents HDR_CON00074581 through HDR_CON00075046, HDR_CON00075181 through HDR_CON00075330, HDR_CON00076531 through HDR_CON00076801, and HDR_CON00077266 through HDR_CON00077415, for issues related to litigation; analyze and review specific Wissa documents and indentify important documents for use in the deposition preparation of Millhorn |


| 04/06/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00010054 documents in Relativity Database, documents 119 through 150, HDRESI-PRESP00100091 documents 1 through 150 and HDRESI-PRESP00100115 for potential privilege |
|---|---|---|---|
| 04/06/10 | L. Primas | 4.00 | Review and analysis of HDRESI-PRESP00100091 documents in Relativity Database, documents 31 through 101 reviewed: Review potential privilege documents for Privilege Review |
| 04/06/10 | B. Rogers | 11.20 | Review and analysis of PRESPOO100074, PRESPOO100085, PRESPOO100096, and PRESPOO100109 batches in Relativity Database, documents HDRESI-CON00073109 through 73317, 74712 through 74873, 76381 through 76530, and 78331 through 78340 for responsiveness, privilege, and issues related to litigation.  Analyze and review 200 specific Ardaman documents, and identify important documents for use in the deposition preparation of Millhorn |
| 04/06/10 | K. Schwartz | 12.50 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100066 docs 126-150, HDRESI-PRESP00100081 docs 1-150, HDRESI-PRESP00100094 docs 1-150, and analyze and review specific  Wissa documents, docs 181-300, and identify important documents for use in the deposition preparation of Millhorn; issues related to litigation |
| 04/06/10 | H. Webster | 10.50 | Analyzed and reviewed specific Ardaman documents and identified important documents for use in the deposition preparation of Millhorn, review and analysis of HDRESI-PRESP00100090 documents in Relativity Database, documents 1 through 150, for issues related to litigation; review and analysis of  ARD (DT Searches) documents in Relativity |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 18

|  |  |  |  |
|---|---|---|---|
|  |  |  | Database, documents 1101 through 1838, for issues related to litigation; review and analysis of HDRESI-PRESP00100103, documents 1 through 43, for issues related to litigation |
| 04/07/10 | W. Mason | 1.10 | Conference call with ███████ |
| 04/07/10 | W. Mason | 1.30 | Conference call with ███████ |
| 04/07/10 | W. Mason | 9.90 | Meeting with ███████ |
| 04/07/10 | W. Mason | 0.30 | Receive and review the Ardaman/HDR Joint Defense Agreement |
| 04/07/10 | T. Gamble | 5.80 | Continue initial analysis of expert reports/opinions and supporting documents and evaluate same in comparison with other parties and in preparation for upcoming mediation |
| 04/07/10 | M. Melle | 1.00 | Review and analyze documents, HDRESI-AOL00007 for responsiveness, issues and privilege |
| 04/07/10 | C. Steinmann | 8.50 | Search database and analyze documents regarding ███████ |
| 04/07/10 | E. Weathers | 2.00 | Analyze and review specific Ardaman documents and identify important documents for use in the deposition preparation of Millhorn |
| 04/07/10 | E. Weathers | 0.80 | Analyze and review specific Millhorn documents and identify important documents for use in the deposition preparation of Millhorn |
| 04/07/10 | E. Weathers | 5.20 | Review and analyze ███████ |
| 04/07/10 | E. Knight | 12.80 | Review and analyze documents, HDRESI-PotPriv000012 for privilege and responsiveness including set of documents relating to Millhorn, |


████████████████████

| | | | |
|---|---|---|---|
| 04/07/10 | W. Richmond | 5.50 | Analyze and tag client's documents, HDRESI-PotPriv000013 for production potential regarding privilege and responsiveness |
| 04/07/10 | W. Richmond | 1.80 | Analyze and review specific Millhorn documents and identify important documents for use in the deposition preparation of Millhorn |
| 04/07/10 | M. Axel | 0.20 | Complete review and analysis of HDRESI-PRESP 00100110 document batch in Relativity Database for issues related to litigation |
| 04/07/10 | M. Axel | 4.40 | Review and analysis of HDRESI-PRESP 00100122, HDRESI-PRESP 00100129 and HDRESI-PRESP 00100133 document batch in Relativity Database for issues related to litigation |
| 04/07/10 | L. Chavez | 3.50 | Review and analysis of HDR ESI documents in Relativity Database, documents CON00077751 through CON00077874 and CON00081481 through CON00081544 for issues related to litigation |
| 04/07/10 | G. Fountain | 2.00 | Review and analysis of Batch 126 HDRESI-Con 80881-81030, Batch 132 HDRESI-Con 81763-81768 in Relativity Database for issues related to the litigation |
| 04/07/10 | S. Quintanar | 0.10 | Prepare e-mail to G. Roddy regarding issues concerning inability to view Relativity database |
| 04/07/10 | T. Rogers | 2.30 | Review and analysis of HDR documents in Relativity Database HDRESIPRESP00100073 for potential privilege and for issues related to litigation |
| 04/07/10 | T. Rogers | 4.60 | Analyze and compare ███████████ ████████████████████████ |
| 04/07/10 | M. Stringer | 2.00 | Review and analysis of client documents HDRESI CON00078790 thru HDRESI |


|          |             |       | CON00078930 for potential privilege and discovery purposes |
|----------|-------------|-------|-------------------------------------------------------------|
| 04/07/10 | M. Stringer | 2.80  | Review and analysis of client documents HDRESI CON00079675 thru HDRESI CON00079749 for potential privilege and discovery purposes |
| 04/07/10 | M. Stringer | 1.70  | Review and analysis of client documents HDRESI CON00079750 thru HDRESI CON00079819 for potential privilege and discovery purposes |
| 04/07/10 | J. Tracey   | 2.30  | Review and analysis of HDRESI-PRESP00100119 documents in Relativity Database, documents HDRESI-CON00079828 - HDRESI-CON00079912, for issues related to litigation |
| 04/07/10 | J. Tracey   | 1.30  | Review and analysis of HDRESI-PRESP00100104 documents in Relativity Database, documents HDRESI-CON00077656 - HDRESI-CON00077721, for issues related to litigation |
| 04/07/10 | R. Zarate   | 1.50  | Review and analysis of HDR Batch HDRESI-PRESP100136 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/07/10 | E. Cornelius | 8.00 | Review and analysis of HDR Batch PRESP0010023, PRESP00100139 and PRESP00100135 documents in Relativity Database, documents CON00080425 through CON00080580, CON000823831 through CON00082980, CON00082231 through CON00082380, for issues related to litigation |
| 04/07/10 | S. Crosby   | 11.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_CON00079531 through HDR_CON00079858, HDR_CON00080110 through HDR_CON00080268, HDR_CON00081031 through HDR_CON00081476, and HDR_CON00082531 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 21

|            |              |       |                                                                                                                                                                                                                                                                                                            |
|------------|--------------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | through HDR_CON00082774 for issues related to litigation                                                                                                                                                                                                                                                    |
| 04/07/10   | L. Primas    | 12.00 | Review and analysis of HDRESI-PRESP00100115 documents in Relativity Database, documents 27 through 150 reviewed for potential privilege                                                                                                                                                                      |
| 04/07/10   | B. Rogers    | 11.00 | Review and analysis of PRESPOO100109, PRESPOO100120, PRESPOO100128 and PRESPOO100134 batch documents in Relativity Database, documents HDR_ESI-CON00078341 through 78480, 79981 through 80461, 81172 through 81324 and 82078 through 82088 for responsiveness, privilege, and issues related to litigation     |
| 04/07/10   | K. Schwartz  | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100107 docs 1-150, HDRESI-PRESP00100131 docs 1-102, and analyze and review specific Wissa documents, docs 301-357, and identify important documents for use in the deposition preparation of Millhorn; issues related to litigation |
| 04/07/10   | H. Webster   | 11.50 | Review and analysis of HDRESI-PRESP00100103 documents in Relativity Database, documents 44 through 150 reviewed, HDRESI-PRESP00100124, documents 1 through 150 reviewed, HDRESI-PRESP00100140, documents 1 through 10, for issues related to litigation                                                        |
| 04/08/10   | T. Betanzos  | 1.80  | Continued work on ██████████████ ████                                                                                                                                                                                                                                                                        |
| 04/08/10   | W. Mason     | 0.10  | Receive and respond to e-mail from Tim Woodard regarding ████████████ ████████████████████████████████ ████████████████████████████████                                                                                                                                                                     |
| 04/08/10   | W. Mason     | 0.10  | Receive and review e-mail from Cori Steinmann                                                                                                                                                                                                                                                               |


regarding ███████████

| 04/08/10 | W. Mason | 14.30 | Attend meeting with ████████████████ ██████ and return to Dallas, continuing to prepare for Milhorn deposition and reviewing documents |
|---|---|---|---|
| 04/08/10 | K. Meaders | 0.20 | Telephone conference with Digital Discovery regarding discovery issues |
| 04/08/10 | T. Gamble | 4.90 | Continue initial analysis of expert reports/opinions and supporting documents and evaluate same in comparison with other parties and in preparation for upcoming mediation |
| 04/08/10 | T. Gamble | 1.80 | Identify ████████████████████████ ███████████████ |
| 04/08/10 | M. Melle | 10.00 | Review and analyze documents, HRDESI-AOL000010, for responsiveness, issues and privilege |
| 04/08/10 | C. Steinmann | 1.50 | Research ███████████ |
| 04/08/10 | C. Steinmann | 2.40 | Telephone call with █████████ and research database for █████████████████ |
| 04/08/10 | C. Steinmann | 0.40 | Review and respond to questions regarding █████████████████ |
| 04/08/10 | E. Weathers | 7.70 | Review and analyze Copeland "anticipation of litigation" ESI for privilege determination |
| 04/08/10 | E. Knight | 11.10 | Review and analyze documents, HDRESI0PotPriv000015 for privilege and responsiveness |
| 04/08/10 | W. Richmond | 10.60 | Analyze and tag client's documents, HDRESI-PotPriv000014-000018 for production potential regarding privilege and responsiveness |
| 04/08/10 | C. Alm | 1.00 | Review and analysis of HDR Batch HDRESI-PRESP00100163 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/08/10 | R. Altamirano | 4.30 | Review and analysis of ESI documents |


|  |  |  | HDRESI-CON00077875 through HDRESI-CON00078030, PRESP00100159 for issues related to litigation |
|---|---|---|---|
| 04/08/10 | M. Axel | 5.10 | Complete review and analysis of HDRESI-PRESP 00100122, HDRESI-PRESP 00100133, HDRESI-PRESP 00100153 and HDRESI-PRESP 00100155 document batches in Relativity Database for issues related to litigation |
| 04/08/10 | L. Chavez | 0.80 | Review and analysis of HDR ESI documents in Relativity Database, documents CON00081545 through CON00082196 for issues related to litigation |
| 04/08/10 | T. Rogers | 5.60 | Review and analysis of HDR documents in Relativity Database HDRESIPRESP00100125 and HDRESIPRESP00100157 for potential privilege and for issues related to litigation |
| 04/08/10 | S. Stephens | 0.20 | Strategy conference regarding redaction of certain privileged client documents |
| 04/08/10 | M. Stringer | 8.80 | Review and analysis of client documents HDRESI CON00079820 thru HDRESI CON00079827, HDRESI CON00083281 thru HDRESI CON00083430, HDRESI CON00083881 thru HDRESI CON00084030, HDRESI CON00084481 thru HDRESI CON00085164 for issues related to litigation |
| 04/08/10 | R. Zarate | 2.50 | Review and analysis of HDR Batch HDRESI-PRESP100138 and 100164 in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/08/10 | E. Cornelius | 14.00 | Review and analysis of HDRESI Batch PRESP00100145, PRESP00100151, PERSP0100165 documents in Relativity Database, documents CON00083731 through CON00084880, CON00084610 through CON00084759, and CON00086728 through CON00086880 for issues related to litigation |
| 04/08/10 | S. Crosby | 12.50 | Review and analysis of HDR documents in |


Relativity Database, documents HDR_CON00082531 through HDR_CON00082774, HDR_CON00084031 through HDR_CON00084473 reviewed, documents HDR_CON00085063 through HDR_CON00085230 and HDR_CON00086281 through HDR_CON00086430 for issues related to litigation

| 04/08/10 | L. Primas | 12.00 | Review and analysis of HDRESI-PRESP00100141 documents in Relativity Database, documents 1 through 150, and HDRESI-PRESP00100152, documents 1 through 68 reviewed for potential privilege |
| 04/08/10 | B. Rogers | 12.50 | Review and analysis of PRESPOO100134, PRESPOO100144, PRESPOO100149, and PRESPOO100158 batch documents in Relativity Database, documents HDR_ESI-CON00082089 through 82230, 83581 through 83730, 84328 through 84480, and 85675 through 85802 for responsiveness, privilege, and issues related to litigation |
| 04/08/10 | K. Schwartz | 11.50 | Review and analysis of HDR documents in Relativity Database Batches HDRESI-PRESP00100131 docs 103-150, HDRESI-PRESP00100143 docs 1-150, HDRESI-PRESP00100148 docs 1-150, and HDRESI-PRESP00100156 docs 1-100, for issues related to litigation |
| 04/08/10 | H. Webster | 10.90 | Review and analysis of HDRESI-PRESP00100140 documents in Relativity Database, documents 11 through 150 and HDRESI-PRESP00100160, documents 1 through 120, for issues related to litigation |
| 04/09/10 | W. Mason | 0.90 | Multiple intrafirm conferences regarding ████████████████████ |
| 04/09/10 | W. Mason | 0.30 | Prepare correspondence to plaintiff's counsel regarding his client witness depositions |
| 04/09/10 | W. Mason | 0.40 | Prepare correspondence to ██████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 25

| 04/09/10 | W. Mason | 0.10 | Review e-mail from ███████ ██████████ |
| 04/09/10 | W. Mason | 0.10 | Receive and review letter from ████████ |
| 04/09/10 | K. Meaders | 0.80 | Receipt and review of email from attorney Betanzos seeking report on various status of discovery, e-discovery review and document processing and ████████ |
| 04/09/10 | K. Meaders | 0.30 | Telephone conference with Digital Discovery regarding best practices review |
| 04/09/10 | K. Meaders | 0.40 | Telephone conference with Equivalent Data regarding best practices review |
| 04/09/10 | K. Meaders | 0.30 | Email with attorney Steinmann to supply information on status of various discovery reviews |
| 04/09/10 | K. Meaders | 0.30 | Receipt and review of issues regarding Equivalent data outstanding invoices |
| 04/09/10 | K. Meaders | 0.20 | Receipt and review and processing of documents ██████ |
| 04/09/10 | K. Meaders | 1.50 | Work on report on best practices for e-discovery and presentation of documents |
| 04/09/10 | T. Gamble | 2.00 | Prepare for and begin work on ████████ |
| 04/09/10 | T. Gamble | 5.50 | Continue idenfication of ████████ |
| 04/09/10 | C. Steinmann | 0.80 | Telephone call with Michael Barry regarding database maintenance and pulling hot documents for review |
| 04/09/10 | C. Steinmann | 0.20 | Telephone call with ████████ |


| 04/09/10 C. | Steinmann | 0.40 | Review and respond to e-mails regarding privilege and responsiveness issues |
|---|---|---|---|
| 04/09/10 C. | Steinmann | 0.20 | Review invoice and call EQD to discuss |
| 04/09/10 E. | Weathers | 1.50 | Review and analyze Copeland "anticipation of litigation" ESI |
| 04/09/10 E. | Weathers | 4.10 | Review and analyze Copeland, Ranon and Duty "potentially-privileged" documents |
| 04/09/10 | E. Knight | 1.70 | Review and analyze documents, HDRESI - PotPriv000019 for privilege and responsiveness |
| 04/09/10 | R. Altamirano | 1.00 | Continue review and analysis of ESI documents batch no. HDRESI-PRESP001000159 for issues related to litigation |
| 04/09/10 | M. Axel | 3.90 | Review and analysis of HDRESI-PRESP 00100173 document batch in Relativity Database, documents HDRESI-CON134996 through HDRESI-CON135145, HDRESI-PRESP 00100302, documents HDRESI-CON135146 through HDRESI-CON135292 and HDRESI-PRESP 00100303, documents HDRESI-CON135296 through HDRESI-CON135410, for issues related to litigation |
| 04/09/10 | M. Axel | 1.60 | Review and analysis of HDRESI-PRESP 00100173 document batch in Relativity Database for issues related to litigation |
| 04/09/10 | G. Fountain | 2.30 | Review and analysis of Batch 132 HDRESI-Con 81769-81921, Batch 1 HDRESI-Con 63450-63502 in Relativity Database for issues related to the litigation |
| 04/09/10 T. | Rogers | 0.20 | Several telephone conferences with court reporter and co-counsel regarding access to deposition repository |
| 04/09/10 | T. Rogers | 0.10 | Receipt of deposition transcript for Helen Bennett |
| 04/09/10 | T. Rogers | 5.80 | Review and analysis of HDR documents in Relativity Database HDRESIPRESP0010006 |



HDR, Inc.           May 31, 2010
Tampa Bay Water Authority v. HDR, Inc., et al         Invoice No. 964916
10711-000001          Page 27

|  |  |  | and HDRESIPRESP0010009 for potential privilege and for issues related to litigation |
|---|---|---|---|
| 04/09/10 | M. Stringer | 9.10 | Review and analysis of client documents HDRESI CON00085165 thru HDRESI CON00085175, HDRESI CON00085165 thru HDRESI CON00085175, HDRESI CON00087031 thru HDRESI CON00087180, HDRESI CON00087181 thru HDRESI CON00087330, HDRESI CON00087331 thru HDRESI CON00087480, HDRESI CON00087075 thru HDRESI CON00088248, HDRESI CON00089322 thru HDRESI CON00089475 and HDRESI-CON00087613 thru HDRESI-CON00087763, for issues related to litigation |
| 04/09/10 | R. Zarate | 4.00 | Review and analysis of potentially responsive HDR batch HDRESP-PRESP00100017 and 100024 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/09/10 | E. Cornelius | 4.30 | Review and analysis of HDRESI Batch PRESP0010019 documents in Relativity Database, documents CON00089779 through CON00089932, for issues related to litigation |
| 04/09/10 | S. Crosby | 13.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_CON00086281 through HDR_CON00086430, HDR_CON00087481 through 88181, HDR_CON00088877 through HDR_CON00089026 reviewed, documents HDR_CON00087774 through 87918, and HDR_CON00085563 through HDR_CON00085718, for issues related to ligitation |
| 04/09/10 | L. Primas | 7.00 | Review and analysis of HDRESI-PRESP00100152 documents in Relativity Database, documents 69 through 150 HDRESI-PRESP00100175 documents 1 through 50 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 28

| 04/09/10 | L. Primas | 5.00 | Review and analysis of HDRESI-PRESP00100023 documents in Relativity Database, documents 1 through 85 for potential privilege |
| 04/09/10 | B. Rogers | 11.30 | Review and analysis of PRESPOO100158, PRESPOO100161, PRESPOO100176, and rebatched PRESPOO100012, PRESPOO100018, and PRESPOO100022 batch documents in Relativity Database, documents HDR_ESI-CON00085803 through 85830, 86125 through 86280, 88381 through 88431, 88695 through 88876, 89629 through 89778, and 90221 through 90253 for responsiveness, privilege, and issues related to litigation |
| 04/09/10 | K. Schwartz | 11.00 | Review and analysis of HDR documents in Relativity Database Batches HDRESI-PRESP00100156 docs 101-150, HDRESI-PRESP00100172 docs 1-125, HDRESI-PRESP00100100004 docs 1-150, and HDRESI-PRESP00100011 docs 1-175, and HDRESI-PRESP00100100005 docs 14-30 for issues related to litigation |
| 04/09/10 | H. Webster | 12.20 | Review and analysis of HDRESI-PRESP00100160 documents in Relativity Database, documents 121 through 150 reviewed HDRESI-PRESP00100014 documents in Relativity Database, documents 1 through 152 and reviewed; review and analysis of HDRESI-PRESP00100021, documents 1 through 136 for issues related to litigation |
| 04/10/10 | T. Gamble | 4.10 | Continue work on ███████████████████████ |
| 04/10/10 | E. Weathers | 1.30 | Review and analyze potentially-privileged documents of D Daingle |
| 04/10/10 | E. Knight | 6.30 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/10/10 | W. Richmond | 4.40 | Analyze and tag client's documents for production potential regarding privilege and |


|            |              |       | responsiveness |
|------------|--------------|-------|----------------|
| 04/10/10   | R. Zarate    | 6.00  | Review and analysis of potentially responsive HDR batch HDRESP-PRESP00100025, 100029, 100032 and partial of 100037 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/10/10   | E. Cornelius | 1.10  | Review and analysis of HDRESI Batch PRESP0010026 documents in Relativity Database, documents CON00090839 through CON00090988 for issues related to litigation |
| 04/10/10   | E. Cornelius | 1.10  | Review and analysis of HDRESI Batch PRESP0010026 documents in Relativity Database, documents CON00090839 through CON00090988 for issues related to litigation |
| 04/10/10   | S. Crosby    | 6.80  | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00090989 through HDR_C0N00091167, HDR_C0N00091904 through HDR_C0N00092053 and HDR_C0N00092199 through HDR_C0N00092358, for issues related to litigation |
| 04/10/10   | L. Primas    | 9.00  | Review and analysis of HDRESI-PRESP00100023 documents in Relativity Database, documents 86 through 150, HDRESI-PRESP00100028 for potential privilege documents 1 through 150 reviewed |
| 04/10/10   | B. Rogers    | 2.00  | Review and analysis of PRESPOO100022 and PRESPOO100031 batch documents in Relativity Database, documents HDR_ESI-CON00090254 through 90370 and 91592 through 91619 for responsiveness, privilege, and issues related to litigation |
| 04/10/10   | K. Schwartz  | 7.50  | Review and analysis of HDR documents in Relativity Database Batches HDRESI-PRESP00100100005 docs 31-151 and HDRESI-PRESP00100100030 docs 1-150 for, issues related to litigation |



| 04/11/10 | W. Mason | 7.90 | Prepare for Millhorn deposition, review documents and travel to Tampa for deposition |
| 04/11/10 | W. Mason | 0.10 | Receive and review e-mail from Richard Harrison regarding depositions noticed for week in June when the early mediation days are scheduled and not having depositions that week being part of agreement to mediate at that time |
| 04/11/10 | E. Knight | 7.70 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/11/10 | W. Richmond | 4.50 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/11/10 | T. Rogers | 1.80 | Review and analysis of HDR documents in Relativity Database HDRESIPRESP0010010 and begin HDRESIPRESP0010040 for potential privilege and for issues related to litigation |
| 04/11/10 | M. Stringer | 1.50 | Review and analysis of client documents HDRESI CON00089933 thru HDRESI CON00090082 |
| 04/11/10 | M. Stringer | 4.70 | Review and analysis of client documents HDRESI CON00093255 thru HDRESI CON00093404, HDRESI CON00093405 thru HDRESI CON00093595, HDRESI CON00093596 thru HDRESI CON00093745 for potential privilege and issue related to litigation |
| 04/11/10 | R. Zarate | 1.30 | Review and analysis of HDR batch HDRESI-PRESP 100087 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/11/10 | R. Zarate | 6.50 | Review and analysis of potentially responsive HDR batch HDRESP-PRESP00100037, 100038, 100041, 100045 and partial of 100048 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/11/10 | E. Cornelius | 2.50 | Review and analysis of HDR Batch PR0SP00100026 documents in Relativity |


|            |              |         | Database, documents CON00090878 through CON00090988, for issues related to litigation |
|------------|--------------|---------|--------------------------------------------------------------|
| 04/11/10   | L. Primas    | 8.00    | Review and analysis of HDRESI-PRESP00100036 documents in Relativity Database, documents 1 through 150 HDRESI-PRESP00100047 documents 1 through 50, for potential privilege |
| 04/11/10   | K. Schwartz  | 3.00    | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100034 docs 1-152 for issues related to litigation |
| 04/11/10   | H. Webster   | 7.50    | Review and analysis of HDRESI-PRESP00100021 documents in Relativity Database, documents 137 through 154, HDRESI-PRESP00100039, documents 1 through 150, and HDRESI-PRESP00100049 documents 1 through 11, for issues related to litigation |
| 04/12/10   | W. Mason     | 10.30   | Meeting with local counsel before deposition and attend Millhorn deposition |
| 04/12/10   | W. Mason     | 0.40    | Telephone conference with ███████ ██████████ |
| 04/12/10   | W. Mason     | 0.40    | Receive and review information from █████ ██████████████████████ |
| 04/12/10   | K. Meaders   | 0.30    | Telephone conference with Equivalent Data on ESI issues and status of review |
| 04/12/10   | K. Meaders   | 3.30    | Work on report of best practices in document retention and electronic data retention |
| 04/12/10   | K. Meaders   | 0.50    | Attention to review of February and March invoices of Equivalent Data for scope of work |
| 04/12/10   | K. Meaders   | 0.50    | Review of March invoice of Digital Data for scope of work in compliance with instructions |
| 04/12/10   | K. Meaders   | 0.30    | Work on updated ██████████ |
| 04/12/10   | K. Meaders   | 0.40    | Office conference with attorney Steinmann |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 32

regarding issues to address with respect to transfer of data to relativity database and ESI review

| 04/12/10 | T. Gamble | 5.90 | Finish preparing ███████████████████████████████████ |
| 04/12/10 | T. Gamble | 1.00 | Continue work on ████████████████████████████████ |
| 04/12/10 | M. Melle | 8.00 | Review, analyze and code documents HDRESI-AOL000014, for responsiveness, issues and privilege |
| 04/12/10 | C. Steinmann | 1.60 | Correspond with Meaders regarding database and prepare reports regarding completion and rate of review |
| 04/12/10 | C. Steinmann | 2.00 | Conduct quality control review and address issues regarding privilege and responsiveness |
| 04/12/10 | E. Weathers | 1.10 | Review and analyze Duty's "potentially privileged" ESI |
| 04/12/10 | E. Knight | 3.80 | Review and analyze documents, HDRESI-PotPriv000020, for privilege and responsiveness |
| 04/12/10 | W. Richmond | 6.20 | Analyze and tag client's documents, HDRESI-PotPriv000021, for production potential regarding privilege and responsiveness |
| 04/12/10 | C. Alm | 1.30 | Review and analysis of HDR Batch HDRESI-PRESP00100002 and 1000083 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/12/10 | M. Axel | 0.50 | Review and analysis of HDRESI-PRESP 00100303 document batch in Relativity Database, documents HDRESI-CON135410 through HDRESI-CON135445, for issues related to litigation |
| 04/12/10 | M. Axel | 3.00 | Review and analysis of HDRESI-PRESP 00100069 documents HDRESI-CON97374 through HDRESI-CON00097524 and HDRESI- |



|          |              |       | PRESP 00100074, documents HDRESI-CON00098116 through HDRESI-CON00098279 and HDRESI-PRESP 00100074, HDRESI-PRESP 001000, documents HDRESI-CON00098 through HDRESI-CON00098, for issues related to litigation |
|----------|--------------|-------|---|
| 04/12/10 | T.   Rogers  | 4.80  | Continue review and analysis of HDR documents in Relativity database HDRESIPRESP001000040 and HDRESIPRESP001000324 for issues related to litigation and potentially responsiveness |
| 04/12/10 | T.   Rogers  | 0.40  | Several additional telephone conferences with court reporter and IT department regarding access to online documents |
| 04/12/10 | M. Stringer  | 6.20  | Review and analysis of client documents HDRESI CON00093896 thru HDRESI CON00094045, HDRESI CON00095409 thru HDRESI CON00095558, HDRESI CON00096009 thru HDRESI CON00096326, and HDRESI CON00097815 thru HDRESI CON00097942 for potential privilege and issues related to litigation |
| 04/12/10 | J. Tracey    | 3.70  | Review and analysis of HDRESI-PRESP00100057 documents HDRESI-CON00095559 - HDRESI- CON00095708, HDRESI-PRESP00100062, documents HDRESI-CON00096305 - HDRESI-CON00096461and HDRESI-PRESP00100067, documents HDRESI-CON00097067 - HDRESI-CON00097218, for issues related to litigation |
| 04/12/10 | R. Zarate    | 4.50  | Review and analysis of HDR Batch HDRRESP-PRESP00100048, 100079 and 100084 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/12/10 | E. Cornelius | 11.00 | Review and analysis of HDR Batch PRESP00100050, PRESP00100059, PRESP00100082 documents in Relativity |


Database, documents CON00094501 through CON00094650, CON00095859 through CON00096008, CON00099379 through CON000995828 for issues related to litigation

04/12/10    S. Crosby              13.50    Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00092199 through HDR_C0N00092358, documents HDR_C0N00094651 through HDR_C0N00094805, documents HDR_C0N00094956 through HDR_C0N00095105 , documents HDR_C0N00096150 through HDR_C0N00096304, documents HDR_C0N00096763 through HDR_C0N00096912, documents HDR_C0N00097219 through HDR_C0N00097373, documents HDR_C0N00097660 through HDR_C0N00097814, documents HDR_C0N00098280 through HDR_C0N00098575, documents HDR_C0N00099825 through HDR_C0N00099978, and documents HDR_C0N00100282 through HDR_C0N00100946 for regarding issues related to litigation

04/12/10    L. Primas              12.00    Review and analysis of HDRESI-PRESP00100047, documents 51 through 154 HDRESI-PRESP00100054, documents 1 through 150, and HDRESI-PRESP00100081, documents 1 through 51 potential privilege

04/12/10 B.   Rogers              12.00    Review and analysis of PRESPOO100031, PRESPOO100055, PRESPOO100064, PRESPOO100073, and PRESPOO100077 batch documents in Relativity Database, documents HDRESI-CON00091620 through 91782, 95256 through 95408, 96613 through 96762, 97965 through 98115, and 98617 through 98627 for responsiveness, privilege, and issues related to



|            |              |        | litigation |
|------------|--------------|--------|-----------|
| 04/12/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100052 docs 1-150 HDRESI-PRESP00100100058 docs 1-150, HDRESI-PRESP00100100063 docs 1-151, HDRESI-PRESP00100100078 docs 1-152, and HDRESI-PRESP00100100080 docs 1-31 for issues related to litigation |
| 04/12/10 | H. Webster | 10.60 | Review and analysis of HDRESI-PRESP00100049 documents 12 through 150 HDRESI-PRESP00100066, documents 1 through 150 and HDRESI-PRESP00100086, documents 1 through 15 for issues related to litigation |
| 04/13/10 | T. Betanzos | 0.80 | Work with Richard Harrison on issues related to depositions of Mark Sharpe and Jerry Maxwell |
| 04/13/10 | W. Mason | 8.10 | Attend Millhorn deposition |
| 04/13/10 | W. Mason | 3.70 | Meeting with ███████████ ███████ |
| 04/13/10 | W. Mason | 1.90 | Preparation for Millhorn deposition in light of his current testimony |
| 04/13/10 | K. Meaders | 0.30 | Office conference with attorney Betanzos regarding ███████████ |
| 04/13/10 | K. Meaders | 0.20 | Receipt and review letter regarding BCI document production; telephone conference from EQD regarding invoice |
| 04/13/10 | K. Meaders | 0.70 | Draft email report to client on latest EQD invoice and break down of costs |
| 04/13/10 | K. Meaders | 0.20 | Receipt and review of subpoena to non-parties |
| 04/13/10 | K. Meaders | 2.70 | Draft and revise Best Practices Memorandum |
| 04/13/10 | T. Gamble | 7.80 | Finish chart summarizing ███████████ |


| 04/13/10 | M. Melle | 0.50 | Multiple strategy conferences with co-counsel regarding █████████ |
| 04/13/10 | E. Weathers | 4.90 | Review and analyze K. Duty "potentially privileged" ESI |
| 04/13/10 | E. Knight | 10.60 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/13/10 | W. Richmond | 8.00 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/13/10 | R. Altamirano | 3.90 | Review and analysis of ESI documents HDRESI-CON00089169 through HDRESI-CON00089300 for issues related to litigation |
| 04/13/10 | M. Axel | 3.80 | Review and analysis of HDRESI-PRESP 00100076 document batch in Relativity Database, documents HDRESI-CON00098448 through HDRESI-CON00098616, HDRESI-PRESP 001000108, documents HDRESI-CON00103317 through HDRESI-CON00103467, HDRESI-PRESP 001000117, documents HDRESI-CON00104689 through HDRESI-CON00104960, HDRESI-PRESP 00100119, and documents HDRESI-CON00104996 through HDRESI-CON00105151 for issues related to litigation |
| 04/13/10 | T. Rogers | 9.80 | Litigation management related to obtaining and processing relevant case file materials and expert materials for inclusion into HDR/Xerdict database |
| 04/13/10 | M. Stringer | 3.90 | Review and analysis of client documents HDRESI CON00097943 thru HDRESI CON00097964, HDRESI CON00101189 thru HDRESI CON00101617, HDRESI CON00103622 thru HDRESI CON00103771 for potential privlege and issues related to litigation |
| 04/13/10 | J. Tracey | 0.30 | Review and analysis of HDRESI-PRESP00100114 documents in Relativity Database, documents HDRESI-CON00104236 - |


|            |              |       | HDRESI-CON00104272, for issues related to litigation |
| ---------- | ------------ | ----- | ---------------------------------------------------- |
| 04/13/10   | J. Tracey    | 1.00  | Review and analysis of HDRESI-PRESP00100098 documents in Relativity Database, documents HDRESI-CON00101798 - HDRESI-CON00102352, for issues related to litigation |
| 04/13/10   | E. Cornelius | 11.50 | Review and analysis of HDR Batch PRESP00100091, PRESP00100101, PRESP00100122, PRESP00100124 documents in Relativity Database, documents CON00100718 through CON00100876, CON00102234 through CON00102409, and CON00105755 through CON00106481 for issues related to litigation |
| 04/13/10   | S. Crosby    | 12.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00100412 through HDR_C0N00100564, HDR_C0N00100565 through HDR_C0N00100717, HDR_C0N00101038 through HDR_C0N00101188, HDR_C0N00101483 through HDR_C0N00101644, HDR_C0N00101932 through HDR_C0N00102083, HDR_C0N00102561 through HDR_C0N00102710, HDR_C0N00103164 through HDR_C0N00103316, HDR_C0N00104075 through HDR_C0N00104235, HDR_C0N00104536 through HDR_C0N00104688 and HDR_C0N00105302 through HDR_C0N00105554 for issues related to litigation |
| 04/13/10   | L. Primas    | 9.00  | Review and analysis of HDRESI-PRESP00100081 documents in Relativity Database, documents 52 through 150 HDRESI-PRESP00100092, documents 1 through 153 HDRESI-PRESP00100102, documents 1 through 142, for potential privilege |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 38

| 04/13/10 | B. Rogers | 12.20 | Review and analysis of PRESPOO100077, PRESPOO100097, PRESPOO100105, PRESPOO100111, and PRESPOO100120 batch documents in Relativity Database, documents HDRESI-CON00098628 through 98769, 101645 through 101797, 102847 through 102999, 103772 through 104023, and 105152 through 105254, for responsiveness, privilege, and issues related to litigation |
|---|---|---|---|
| 04/13/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100080 docs 32-151, HDRESI-PRESP00100100095 docs 1-150, HDRESI-PRESP00100100104 1-153, HDRESI-PRESP00100100106 docs 1-153, HDRESI-PRESP00100100118 docs 1-103 for issues related to litigation |
| 04/13/10 | H. Webster | 11.40 | Review and analysis of HDRESI-PRESP00100100086, documents 16 through 150 HDRESI-PRESP00100109, documents 1 through 154, HDRESI-PRESP00100115, documents 1 through 150, HDRESI-PRESP00100123, documents 1 through 95 for issues related to litigation |
| 04/14/10 | T. Betanzos | 0.90 | Continued work on planning of Maxwell & Sharpe depositions |
| 04/14/10 | T. Betanzos | 1.10 | Review & assistance ████████████████ |
| 04/14/10 | W. Mason | 4.90 | Attend completion of Millhorn deposition |
| 04/14/10 | W. Mason | 6.80 | Meeting with ████████████████ |
| 04/14/10 | W. Mason | 0.40 | Receive and review ████████████ |
| 04/14/10 | W. Mason | 0.80 | Receive and review ████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 39

| | | | |
|---|---|---|---|
| 04/14/10 | K. Meaders | 1.50 | Telephone conference with EQD and Digital Discovery regarding protocol and Best Practices in document retention and electronic discovery |
| 04/14/10 | K. Meaders | 3.30 | Work on Best Practices memorandum and electronic discovery memorandum |
| 04/14/10 | K. Meaders | 0.50 | Draft of format of electronic discovery |
| 04/14/10 | T. Gamble | 3.40 | Begin preparing upcoming ███████ |
| 04/14/10 | T. Gamble | 7.80 | Continue work on ████████ |
| 04/14/10 | E. Weathers | 2.20 | Review and analyze "potentially privileged" ESI of Eliason, James, Dickerson, Ranon, Brittain, Oural |
| 04/14/10 | E. Knight | 8.50 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/14/10 | W. Richmond | 6.60 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/14/10 | C. Alm | 2.50 | Review and analysis of HDR Batch HDRESI-PRESP001000083, 100165, 100167 and 100169 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/14/10 | R. Altamirano | 3.50 | Review and analysis of ESI documents HDRESI-CON00089301 through HDRESI-CON00089321 and HDRESI-CON00109598 through HDRESI-CON00109747 for issues related to litigation |
| 04/14/10 | M. Axel | 2.00 | Review and analysis of HDRESI-PRESP 00100152 documents HDRESI-CON00110048 through HDRESI-CON00110199, and HDRESI-PRESP 00100158, documents HDRESI-CON00110989 through HDRESI-CON00111062 for issues related to litigatio |
| 04/14/10 | M. Stringer | 1.50 | Review and analysis of client documents |


|  |  |  |  |
|---|---|---|---|
|  |  |  | HDRESI CON00103916 thru HDRESI CON00104074 for potential privilege and discovery purposes |
| 04/14/10 | M. Stringer | 1.90 | Review and analysis of client documents HDRESI CON00106833 thru HDRESI CON00106989 for potential privilege and discovery purposes |
| 04/14/10 | J. Tracey | 0.80 | Review and analysis of HDRESI-PRESP0100147 documents in Relativity Database, documents HDRESI-CON00109297 - HDRESI-CON00109447, for issues related to litigation |
| 04/14/10 | J. Tracey | 6.20 | Review and analysis of HDRESI-PRESP0100114, documents HDRESI-CON00104273 - HDRESI-CON00104487, HDRESI-PRESP00100132 documents in Relativity Database, documents HDRESI-CON00106990 - HDRESI-CON00107153, HDRESI-PRESP0100134 documents HDRESI-CON00107309 - HDRESI-CON00107831, HDRESI-PRESP0100144, documents HDRESI-CON00108830 - HDRESI-CON00108982, HDRESI-PRESP0100147, documents HDRESI-CON00109297 - HDRESI-CON00109447, HDRESI-PRESP0100150, documents HDRESI-CON00109748 - HDRESI-CON00109950, and HDRESI-PRESP00100153, documents HDRESI-CON00110202 - HDRESI-CON00110662, for issues related to litigation |
| 04/14/10 | E. Wheeler | 2.40 | Review scanned document set for HDR Batch HDRESIPRESP00100013 review and analysis of all prior e-mail correspondence in preparation of further batch review |
| 04/14/10 | K. Jones | 0.50 | Consideration of issues with respect to collecting and managing documents associated with the litigation |
| 04/14/10 | E. Cornelius | 11.00 | Review and analysis of HDR Batch PRESP00100128, PRESP00100142, |


|            |            |       | PRESP00100148, PRESP00100163 documents in Relativity Database, documents CON00106391 through CON00106543, CON00108520 through CON00108676, CON00109448 through CON00109597, and CON00111755 through CON00111941, for issues related to litigation |
| 04/14/10 | S. Crosby | 11.50 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00107154 through HDR_C0N00107308, HDR_C0N00107915 through HDR_C0N00108067, HDR_C0N00108352 through HDR_C0N00108519, HDR_C0N00108983 through HDR_C0N00109146, HDR_C0N00109895 through HDR_C0N001010047, HDR_C0N0010110340 through HDR_C0N00110504, HDR_C0N00110827 through HDR_C0N00110988, HDR_C0N00111143 through HDR_C0N00111294, HDR_C0N00112236 through HDR_C0N00112387, HDR_C0N00112539 through HDR_C0N00112704 for issues related to litigation |
| 04/14/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00100102, documents 143 through 150, HDRESI-PRESP00100126, documents 1 through 151, HDRESI-PRESP00100137, documents 1 through 151 and HDRESI-PRESP00100160, documents 1 through 115 for potential privilege |
| 04/14/10 | B. Rogers | 11.00 | Review and analysis of PRESPOO100120, PRESPOO100127, PRESPOO100135, PRESPOO100146, and PRESPOO100155 batch documents in Relativity Database, documents HDR_ESI-CON00105255 through 105301, 106228 through 106390, 107442 through 107595, 109147 through 109296, and 110505 through 110627 for responsiveness, privilege, |


|          |              |       | and issues related to litigation |
|----------|--------------|-------|----------------------------------|
| 04/14/10 | K. Schwartz  | 11.50 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100118 docs 104-153, HDRESI-PRESP00100100129 docs 1-150, HDRESI-PRESP00100100136 docs 1-150, HDRESI-PRESP00100100140 docs 1-160, HDRESI-PRESP00100100156 1-155, and HDRESI-PRESP00100100162 docs 1-81 for issues related to litigation |
| 04/14/10 | H. Webster   | 11.60 | Review and analysis of HDRESI-PRESP00100123, documents 96 through 150, HDRESI-PRESP00100130, documents 1 through 150, HDRESI-PRESP00100143, documents 1 through 150, HDRESI-PRESP00100161, documents 1 through 150, and HDRESI-PRESP00100164, documents 1 through 66 for issues related to litigation |
| 04/15/10 | W. Mason     | 6.70  | Metting with client and reviewed privileged documents and return from Tampa |
| 04/15/10 | W. Mason     | 3.90  | Work on ███████████████████ |
| 04/15/10 | W. Mason     | 0.10  | Review and respond to e-mail from Jim Hickman regarding ████████████ ███████████████████████ |
| 04/15/10 | W. Mason     | 0.30  | Receive and review Confidentiality and Non-Disclosure Agreement with TBW signed in April 2009 |
| 04/15/10 | K. Meaders   | 0.20  | Telephone conference with attorney Wayne Mason regarding ██████████████ ████████████ |
| 04/15/10 | K. Meaders   | 0.30  | Office conference with legal assistant Tiffiney Rogers regarding transcript received and entered into database |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 43

| 04/15/10 | K. Meaders | 0.30 | Work on ███████████████████████████████████████ |
| 04/15/10 | K. Meaders | 0.40 | Telephone conference with Equivalent Data regarding status of database review |
| 04/15/10 | K. Meaders | 0.90 | Various office conferences with attorney Gamble regarding ████████████████ |
| 04/15/10 | K. Meaders | 0.40 | Office conference with attorney Betanzos regarding ████████████████████ |
| 04/15/10 | K. Meaders | 1.00 | Work on ████████████████ |
| 04/15/10 | K. Meaders | 0.90 | Work on ████████████████████ |
| 04/15/10 | K. Meaders | 0.80 | Work with attorney Gamble on █████ |
| 04/15/10 | K. Meaders | 0.50 | Telephone conference with Equivalent Data and Digital Discovery to finalize recommendation on document and digital data systems |
| 04/15/10 | K. Meaders | 2.40 | Revise Best Practices memorandum on electronic data |
| 04/15/10 | K. Meaders | 0.70 | Receipt and review ██████████████████ |
| 04/15/10 | T. Gamble | 6.60 | Finish identification of ████████ ████████████████████████████████████████ |
| 04/15/10 | M. Melle | 7.70 | Review, analyze and code documents for responsiveness, privilege and issues |
| 04/15/10 | E. Weathers | 0.80 | Review and analyze potentially privileged ESI of Daigle |
| 04/15/10 | E. Knight | 3.00 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/15/10 | W. Richmond | 8.50 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/15/10 | R. Altamirano | 3.60 | Review and analysis of HDRESI-CON00122085 through HDRESI-CON00122235 and HDRESI- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 44

| | | | |
|---|---|---|---|
| | | | CON00122696 through HDRESI-CON00122794 for issues related to litigation |
| 04/15/10 | M. Axel | 5.60 | Review and analysis of HDRESI-PRESP 00100196, documents HDRESI-CON00118782 through HDRESI-CON00118932, Batch 1 HDRESI-Con 63502-79929, Batch 178 HDRESI-Con 116049-116119, Batch 186 HDRESI-Con 117263-117386, HDRESI-PRESP 00100208 HDRESI-CON00120649 through HDRESI-CON00120825 and HDRESI-PRESP 00100218, documents HDRESI-CON0012236 through HDRESI-CON00122315 for issues related to litigation |
| 04/15/10 | M. Axel | 2.20 | Review and analysis of HDRESI-PRESP 00100158, documents HDRESI-CON0011063 through HDRESI-CON0011142, HDRESI-PRESP 00100190 documents HDRESI-CON00117869 through HDRESI-CON00118021 for issues related to litigation |
| 04/15/10 | T. Rogers | 4.30 | Analyze case file materials and obtain specific information related to all persons with knowledge and experts to date and update master persons with knowledge outline regarding same |
| 04/15/10 | T. Rogers | 2.70 | Litigation management related to deadlines and scheduled discovery matters and inclusion into HDR/Xerdict database |
| 04/15/10 | S. Stephens | 1.30 | Review and analysis of HDRESI_PRESP 00100204, 100207, 100210, 100212 documents in Relativity database, documents HDRESI-CON120005-120173, 120488-120648, 120994-121173 and 121333-121393 for potential privilege |
| 04/15/10 | M. Stringer | 7.50 | Review and analysis of client documents HDRESI CON00108068 thru HDRESI CON00108220, HDRESI CON00116352 thru HDRESI CON0011650, HDRESI CON00117566 thru HDRESI CON00117717, HDRESI CON00118631 thru HDRESI |


| | | | |
|---|---|---|---|
| | | | CON00118781 and HDRESI CON00119236 thru HDRESI CON00119390 for potential privilege and issues related to litigation |
| 04/15/10 | J. Tracey | 1.10 | Review and analysis of HDRESI-PRESP0100184, documents HDRESI-CON00116961 - HDRESI-CON00117112 and HDRESI-PRESP0100202 documents in Relativity Database, documents HDRESI-CON00119692 - HDRESI-CON00119845, for issues related to litigation |
| 04/15/10 | J. Tracey | 2.00 | Review and analysis of HDRESI-PRESP0100177 documents in Relativity Database, documents HDRESI-CON00115899 - HDRESI-CON00116048, for issues related to litigation |
| 04/15/10 | E. Wheeler | 6.40 | Review and analysis of HDR Batch HDRESIPRESP00100182, HDRESIPRESP001000013 and HDRESIPRESP00100205 for issues related to litigation |
| 04/15/10 | K. Jones | 1.00 | Consideration of issues with respect to collecting and managing documents associated with the litigation |
| 04/15/10 | E. Cornelius | 10.50 | Review and analysis of HDR Batch PRESP00100175, PRESP00100214, PRESP00100225 documents in Relativity Database, documents CON00115597 through CON00115748, CON00121635 through CON00121784, and CON00123313 through CON00123469 for issues related to litigation |
| 04/15/10 | S. Crosby | 14.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00112870 through HDR_C0N00114336, HDR_C0N00114426 through HDR_C0N00115140, HDR_C0N00115292 through HDR_C0N00115442, HDR_C0N00116502 through HDR_C0N00116651, |



HDR, Inc.                                                    May 31, 2010
Tampa Bay Water Authority v. HDR, Inc., et al          Invoice No. 964916
10711-000001                                                     Page 46

|  |  |  | HDR_C0N00116802 through HDR_C0N00116960, HDR_C0N00117718 through HDR_C0N00117868, HDR_C0N00118328 through HDR_C0N00118478, HDR_C0N00118933 through HDR_C0N00119085, HDR_C0N00119846 through HDR_C0N00120004, HDR_C0N00120826 through HDR_C0N00120993, HDR_C0N00121174 through HDR_C0N00121332, HDR_C0N00121485 through HDR_C0N00121634, HDR_C0N00122392 through HDR_C0N00122543, HDR_C0N00123470 through HDR_C0N00123623, HDR_C0N00123624 through HDR_C0N00123773 and HDR_C0N00123924 through HDR_C0N00124073 for issues related to litigation |
| 04/15/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00100160, documents 116 through 150, HDRESI-PRESP00100174, documents 1 through 152, HDRESI-PRESP00100191, documents 1 through 154 and, HDRESI-PRESP00100222, documents 1 through 110 for potential privilege |
| 04/15/10 | B. Rogers | 11.50 | Review and analysis of PRESPOO100155, PRESPOO100172, PRESPOO100179, PRESPOO100192, PRESPOO100201, and PRESPOO100220 batch documents in Relativity Database, documents HDR_ESI-CON00110628 through 110674, 115141 through 115291, 116200 through 116351, 118176 through 118327, 119542 through 119691, and 122544 through 122601 for responsiveness, privilege, and issues related to litigation |
| 04/15/10 | K. Schwartz | 11.50 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100162 docs 82-150, HDRESI-PRESP00100100176 docs 1-150, HDRESI- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 47

|  |  |  |  |
|---|---|---|---|
|  |  |  | PRESP00100100185 docs 1-150, HDRESI-PRESP00100100198 docs 1-150, HDRESI-PRESP00100100200 docs 1-151, HDRESI-PRESP00100100215 docs 1-150, and HDRESI-PRESP00100100223 docs 1-98 for issues related to litigation |
| 04/15/10 | H. Webster | 11.80 | Review and analysis of documents in Relativity database, HDRESI-PRESP00100164, documents 67 through 161, HDRESI-PRESP00100187, documents 1 through 150, HDRESI-PRESP00100194 , documents 1 through 152, HDRESI-PRESP00100206, documents 1 through 153, and HDRESI-PRESP00100224, documents 1 through 153, for issues related to litigation |
| 04/16/10 | W. Mason | 3.20 | Continue to ▆▆▆▆▆▆ and prepare for meetings |
| 04/16/10 | K. Meaders | 0.50 | Work on ▆▆▆▆▆▆▆▆▆▆ |
| 04/16/10 | K. Meaders | 0.90 | Begin ▆▆▆▆▆▆▆▆▆▆ |
| 04/16/10 | K. Meaders | 0.60 | Work on revision and finalization of best practices in document retention report |
| 04/16/10 | K. Meaders | 0.30 | Office conference with legal assistant Tiffiney Rogers regarding preparation of deposition schedule with entity designation |
| 04/16/10 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding ▆▆▆▆▆▆▆▆ |
| 04/16/10 | K. Meaders | 0.30 | Office conference with legal assistant Tiffiney Rogers regarding ▆▆▆▆▆▆▆▆▆▆ |
| 04/16/10 | K. Meaders | 0.20 | Office conference with attorney Betanzos regarding ▆▆▆▆▆▆▆▆ |
| 04/16/10 | K. Meaders | 0.50 | Receipt and review of ▆▆▆▆▆▆▆▆ |
| 04/16/10 | K. Meaders | 0.50 | Work on revisions to ▆▆▆▆▆▆ |


04/16/10 T.  Gamble            8.90          Prepare comprehensive overall █████████
                                             ████████████████████████████

04/16/10  E. Weathers          3.00          Review and analyze potentially privileged ESI of
                                             Gibney, Oural, Dickerson, Meyer and Daigle

04/16/10  E. Knight            8.00          Review and analyze voluminous client
                                             documents for privilege and responsiveness

04/16/10 W.  Richmond          7.10          Analyze and tag client's documents for
                                             production potential regarding privilege and
                                             responsiveness

04/16/10  R. Altamirano        3.50          Review and analysis of ESI documents
                                             HDRESI-CON00122795 through HDRESI-
                                             CON00122854, HDRESI-CON00129668
                                             through HDRESI-CON00129775 for issues
                                             related to litigation

04/16/10  M. Axel              2.70          Review and analysis of HDRESI-PRESP
                                             00100262 document batch in Relativity
                                             Database, documents HDRESI-CON00129061
                                             through HDRESI-CON00129212, HDRESI-
                                             PRESP 00100270, documents HDRESI-
                                             CON00130283 through HDRESI-
                                             CON00130318 for issues related to litigation

04/16/10  M. Axel              3.50          Review and analysis of HDRESI-PRESP
                                             00100218 document batch in Relativity
                                             Database, documents HDRESI-CON00122315
                                             through HDRESI-CON00122391, and HDRESI-
                                             PRESP 0010000253 document batch in
                                             Relativity Database, documents HDRESI-
                                             CON00127556 through HDRESI-
                                             CON00127705 for issues related to litigation

04/16/10  G. Fountain          4.80          Review and analysis of Batch 186 HDRESI-Con
                                             117387-117415, Batch 235 HDRESI-Con
                                             124825-124975, Batch 242 HDRESI-Con
                                             125904-126053, Batch 244 HDRESI-Con
                                             126204-126354, Batch 248 HDRESI-Con
                                             126805-126954, Batch 264 HDRESI-Con
                                             129367-129517 in Relativity Database for issues
                                             related to the litigation



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 49

| 04/16/10 | T. Rogers | 2.50 | Aid in gathering specific information from ███████████ |
|---|---|---|---|
| 04/16/10 | S. Stephens | 5.40 | Review and analysis of HDRESI-PRESP 100212, 100238, 100243, 100247, 100251, 100258, 100260, 100263 and 100267 documents in Relativity database, documents HDRESI-CON 121394-121484, 125276-125425, 126054-126203, 126505-126804, 127255-127404, 128390-128610, 128761-128910, 129213-129366 and 129818-129892 for potential privilege |
| 04/16/10 | M. Stringer | 6.40 | Review and analysis of client documents HDRESI CON00121935 thru HDRESI CON00122084,  HDRESI CON00121935 thru HDRESI CON00122084, HDRESI CON00127105 thru HDRESI CON00127254, HDRESI CON00128611 thru HDRESI CON00128760 for potential and priviliege issue related to litigation |
| 04/16/10 | J. Tracey | 0.50 | Review and analysis of HDRESI-PRESP0100240 documents in Relativity Database, documents HDRESI-CON00125597 - HDRESI-CON00125668, for issues related to litigation |
| 04/16/10 | E. Wheeler | 6.40 | Review and analysis of HDR Batch HDRESIPRESP00100205, HDRESIPRESP00100237, HDRESIPRESP00100261 for issue related to litigation |
| 04/16/10 | E. Cornelius | 9.60 | Review and analysis of HDR Batch PRESP00100231, PRESP00100256, PRESP00100272 documents in Relativity Database, documents CON00121224 through CON00124373, CON00128009 through CON00128188, and CON00130584 through CON00130735 for issues related to litigation |
| 04/16/10 | S. Crosby | 5.10 | Review and analysis of HDR documents in |



|          |               |       |                                                                                                                                                                                                                                                                                                                                 |
|----------|---------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |               |       | Relativity Database, documents HDR_C0N00123924 through HDR_C0N00124073, HDR_C0N00124074 through HDR_C0N00124223, HDR_C0N00124976 through HDR_C0N00125125, HDR_C0N00126955 and through HDR_C0N00127104 for issues related to litigation |
| 04/16/10 | L. Primas     | 11.00 | Review and analysis of HDRESI-PRESP00100222, documents 111 through 150, HDRESI-PRESP00100233, documents 1 through 151, HDRESI-PRESP00100254, documents 1 through 153, and HDRESI-PRESP00100274, documents 1 through 30 for potential privilege |
| 04/16/10 | B.   Rogers   | 11.00 | Review and analysis of PRESPOO100220, PRESPOO100232, PRESPOO100245, PRESPOO100257, and PRESPOO100265 batch documents in Relativity Database, documents HDR_ESI-CON00122602 through 122695, 124374 through 124523, 126355 through 126504, 128189 through 128389, and 129518 through 129628 for responsiveness, privilege, and issues related to litigation |
| 04/16/10 | K. Schwartz   | 11.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100223 docs 99-153, HDRESI-PRESP00100100234 docs 1-150, HDRESI-PRESP00100100241 docs 1-150, HDRESI-PRESP00100100255 docs 1-150 and HDRESI-PRESP00100100271 docs 1-100 for issues related to litigation |
| 04/16/10 | H. Webster    | 9.30  | Review and analysis of documents in Relativity Database:  HDRESI-PRESP00100228, documents 1-150; HDRESI-PRESP00100252, documents 1-151; and HDRESI-PRESP00100269, documents 1-80, for issues related to litigation |
| 04/17/10 | W. Mason      | 2.70  | Multiple intrafirm conferences regarding ███████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 51

| | | | |
|---|---|---|---|
| | | | ███████████████████████ |
| 04/17/10 | W. Mason | 0.10 | Receive and review e-mail from Stanislaw indicating Barnard is not willing to delay expert depositions and complaining aboutr unilateral noticing of depositions leaving no dates available for Barnard to notice depositions |
| 04/17/10 | K. Meaders | 0.50 | Office conference with attorney Gamble regarding ██████████████████ |
| 04/17/10 | K. Meaders | 0.40 | Telephone conference with attorneys Mason and Gamble regarding ███████████ |
| 04/17/10 | K. Meaders | 0.50 | Follow up meeting with attorney Gamble to discuss ████████ |
| 04/17/10 | K. Meaders | 0.90 | Work on ████████████ |
| 04/17/10 | K. Meaders | 0.30 | ███████████ |
| 04/17/10 | K. Meaders | 1.90 | Work on ███████████ |
| 04/17/10 | K. Meaders | 0.70 | Receipt and review ███████████ |
| 04/17/10 | K. Meaders | 0.80 | Review ████████ |
| 04/17/10 | K. Meaders | 0.70 | Review ████████ |
| 04/17/10 | K. Meaders | 0.40 | Work on ████ |
| 04/17/10 | K. Meaders | 0.20 | Receipt and review of deposition schedule |
| 04/17/10 | K. Meaders | 0.30 | Emails with ██████████ |
| 04/17/10 | K. Meaders | 0.30 | Telephone conference with attorney Betanzos regarding schedule and case issues |
| 04/17/10 | T. Gamble | 1.20 | Revise/edit ████████████ |



| 04/17/10 | T. Gamble | 3.20 | Begin preparing for work on ███████ |
|---|---|---|---|
| 04/17/10 | E. Knight | 2.80 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/17/10 | C. Alm | 6.00 | Review and analysis of HDR Batch HDRESI-PRESP00100169, 100293, 100297, 100304 and 100305 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/17/10 | M. Stringer | 6.50 | Review and analysis of client documents HDRESI CON00129968 thru HDRESI CON00130132, HDRESI CON00131037 thru HDRESI CON00131189, HDRESI CON00132853 thru HDRESI CON00133002, HDRESI CON00133305 thru HDRESI CON00133458, HDRESI CON00134081 thru HDRESI CON00134230, HDRESI CON00134231 thru HDRESI CON00134380 and HDRESI CON00134538 thru HDRESI CON00134576 for potential privilege and issues related to litigation |
| 04/17/10 | R. Zarate | 5.50 | Review and analysis of HDR Batch HDRESI-PRESP100125, 100277 and 100284 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/17/10 | E. Cornelius | 2.00 | Review and analysis of HDR Batch PRESP00100288, PRESP00100292, PRESP00100300 documents in Relativity Database, documents CON001330030 through CON00133154, CON00133620 through CON00133770, CON00134846 through CON00134875 for issues related to litigation |
| 04/17/10 | S. Crosby | 6.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00130736 through HDR_C0N00130885, documents HDR_C0N00131642 through |



|            |              |        |                                                                                                                                                                                                                                              |
|------------|--------------|--------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |        | HDR_C0N00131791, documents HDR_C0N00131792 through HDR_C0N00131941, documents HDR_C0N00132242 through HDR_C0N00132391 documents HDR_C0N00132542 through HDR_C0N00132692                                                                        |
| 04/17/10   | L. Primas    | 10.00  | Review and analysis of HDRESI-PRESP00100274 documents in Relativity Database, documents 31 through 151, HDRESI-PRESP00100276, documents 1 through 150, HDRESI-PRESP00100295, documents 1 through 130 for potential priviege                    |
| 04/17/10   | B. Rogers    | 2.30   | Review and analysis of PRESPOO100265 and PRESPOO100282 batch documents in Relativity Database, documents HDR_ESI-CON00129629 through 129667 and 132092 through 132202 for responsiveness, privilege, and issues related to litigation          |
| 04/17/10   | K. Schwartz  | 6.50   | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100271 docs 101-150, HDRESI-PRESP00100100278 docs 1-150, and HDRESI-PRESP00100100281 docs 1-150 for issues related to litigation                           |
| 04/17/10   | H. Webster   | 2.00   | Review and analysis of documents in Relativy database: HDRESI-PRESP00100269, documents 81-150; and HDRESI-PRESP00100299, documents 1-33, for issues related to litigation                                                                     |
| 04/18/10   | K. Meaders   | 2.50   | Work on documents for attorney ███████████                                                                                                                                                                                                    |
| 04/18/10   | K. Meaders   | 1.10   | Receipt and review of Carrier Deposition ███████████                                                                                                                                                                                          |
| 04/18/10   | K. Meaders   | 1.00   | Review and analysis of ███████████                                                                                                                                                                                                            |
| 04/18/10   | T. Gamble    | 1.70   | Identify ███████████                                                                                                                                                                                                                          |


| 04/18/10 | M. Melle | 4.30 | Review, analyze and code documents for responsiveness, privilege and issues |
| 04/18/10 | E. Knight | 7.20 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/18/10 | W. Richmond | 4.00 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/18/10 | C. Alm | 5.00 | Review and analysis of HDR Batch HDRESI-PRESP00100305, 100308, 100309, 00314, 100315 and 100318 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/18/10 | T. Rogers | 2.20 | Review and analysis of HDR documents in Relativity Database HDRESIPRESP0010070 and begin HDRESIPRESP0010321 for potential privilege and for issues related to litigation |
| 04/18/10 | M. Stringer | 6.50 | Review and analyze HDRESI-CON00134577-HDRI-CON00134691, HDRESI-CON00135749 thru HDI-CON00135898, HDRESI-CON00136501 thru HDI-CON00136650, HDRESI-CON00136801 thru HDI-CON00136915, HDRESI-CON00136916 thru HDI-CON00136950, HDRESI-CON00137407 thru HDI-CON00137556 HDRESI-CON00137407 for potential privilege and issues related to litigation |
| 04/18/10 | M. Stringer | 0.80 | Review and analyze HDRESI-CON00137407 thru HDI-CON00137556 for privilege and discovery purposes |
| 04/18/10 | R. Zarate | 6.00 | Review and analysis of HDR Batch HDRESI-PRESP100291, 100322, 100454 and 100460 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/18/10 | E. Cornelius | 7.00 | Review and analysis of HDR Batch PRESP00100300, PRESP00100316, documents in Relativity Database, documents |


|  |  |  | CON00134876 through CON00134995 and CON00137251 through CON00137406 for issues related to litigation |
|---|---|---|---|
| 04/18/10 | L. Primas | 10.00 | Review and analysis of HDRESI-PRESP00100295 documents in Relativity Database, documents 131 through 160, HDRESI-PRESP00100307, documents 1 through 150, HDRESI-PRESP00100310, documents 1 through 152, HDRESI-PRESP00100325, documents 1 through 75 potential privilege |
| 04/18/10 | B. Rogers | 3.00 | Review and analysis of PRESPOO100282, PRESPOO100312, and PRESPOO100323 batch documents in Relativity Database, documents HDRESI-CON00132203 through 132241, 136651 through 136800, and 138324 through 138333 for responsiveness, privilege, and issues related to litigation |
| 04/18/10 | K. Schwartz | 4.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100286 docs 1-151, HDRESI-PRESP00100100320 docs 1-150, and HDRESI-PRESP00100100328 docs 1-57 for issues related to litigation |
| 04/18/10 | H. Webster | 3.00 | Review and analysis of HDRESI-PRESP00100299, documents 34 through 150, HDRESI-PRESP00100326, documents 1 through 37 for Issues related to litigation |
| 04/19/10 | W. Mason | 3.90 | Continue working on ███████████ |
| 04/19/10 | W. Mason | 0.10 | Receive and review ███████████ |
| 04/19/10 | K. Meaders | 2.60 | Meeting with attorney Betanzos and discuss ███████████ |
| 04/19/10 | K. Meaders | 0.30 | Review information on Xerdict website and conference with legal assistant Rogers regarding updating same |



| 04/19/10 | K. Meaders | 0.20 | Receipt and review of deposition calendar and coordination of addition of individuals representative capacity within scheduling chart |
| 04/19/10 | K. Meaders | 0.80 | Review of prior pleadings, scheduling order and filing material |
| 04/19/10 | K. Meaders | 0.60 | Review of Federal Rules of Civil Procedure and Scheduling Order to determine and ███████ ███████████████████████ ██ |
| 04/19/10 | K. Meaders | 1.10 | Review and revise ████████ ███████████████████ |
| 04/19/10 | K. Meaders | 1.00 | Work on revised Budget |
| 04/19/10 | K. Meaders | 0.40 | Review needle finder for information regarding ████████████████████ |
| 04/19/10 | T. Gamble | 7.70 | Continue work on ██████████████ ██████████████████████ |
| 04/19/10 | M. Melle | 7.10 | Review, analyze and code documents for responsiveness, issues and privilege |
| 04/19/10 | E. Knight | 8.40 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/19/10 | W. Richmond | 8.10 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/19/10 | C. Alm | 0.80 | Review and analysis of HDR Batch HDRESI-PRESP00100318 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/19/10 | R. Altamirano | 4.50 | Review and analysis of ESI documents batch no. PRESP00100266, batch no. PRESP00100359, batch PRESP00100455, batch PRESP00100477 for issues related to litigation |
| 04/19/10 | M. Axel | 2.50 | Review and analysis of HDRESI-PRESP 00100348, documents HDRESI-CON00143137 |


|          |              |        | through HDRESI-CON00143286 for issues related to litigation |
|----------|--------------|--------|-------------------------------------------------------------|
| 04/19/10 | M. Axel      | 1.20   | Review and analysis of HDRESI-PRESP 00100270 document batch in Relativity Database, documents HDRESI-CON00130318 through HDRESI-CON00130433 for issues related to litigation |
| 04/19/10 | M. Axel      | 2.10   | Review and analysis of HDRESI-PRESP 00100369, documents HDRESI-CON00159752 through HDRESI-CON00159902 and HDRESI-PRESP 00100376, documents HDRESI-CON00160806 through HDRESI-CON00160857 for issues related to litigation |
| 04/19/10 | G. Fountain  | 7.00   | Review and analysis of Batch 332 HDRESI-Con 140724-140873, Batch 336 HDRESI-Con 141329-141478, Batch 344 HDRESI-Con 142537-142686, Batch 352 HDRESI-Con 143743-143893, Batch 354 HDRESI-Con 14404-144193, Batch 358 HDRESI-Con 144647-144796 Batch 366 HDRESI-Con 159276-159425 in Relativity Database for issues related to the litigation |
| 04/19/10 | T. Rogers    | 0.10   | Several conferences with ████████████ ████████ |
| 04/19/10 | T. Rogers    | 3.60   | Aid in determining materials needed for ███ ████████████████████████████████ ████████████████ |
| 04/19/10 | T. Rogers    | 0.30   | Additional contact with experts ████████ ████████████████████ |
| 04/19/10 | T. Rogers    | 5.50   | Litigation management related to processing additional case related materials and court ordered deadlines and inclusion into HDR/Xerdict database |
| 04/19/10 | S. Stephens  | 5.10   | Review and analysis of HDRESI_PRESP 100267, 100339, 100342, 100346, 100350, 100356, 100363-100364, 100368 and 100371 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 58

|  |  |  | documents in Relativity database, documents HDRESI-CON 129893-129967, 141780-141930, 142231-142380, 142837-142986, 143438-143588, 144344-144496, 158826-159125, 159580-159751, 160053-160205 reviewed for potential privilege |
|---|---|---|---|
| 04/19/10 | M. Stringer | 2.50 | Review and analyze HDRESI-CON00137717 thru HDI-CON00137817, HDRESI-CON00144194 thru HDI-CON00144343, HDRESI-CON00144949 thru HDI-CON00145098 for privilege and discovery purposes |
| 04/19/10 | M. Stringer | 0.10 | Prepare e-mail regarding ████████████ ████████████████████████████████ ████████████████████████████ |
| 04/19/10 | E. Wheeler | 6.50 | Review and analyze HDR Batch HDRESI-PRESP00100174, Batch HDRESI-PRESP001003, Batch HDRESI-PRESP00100362 and commence review of Batch HDRESI-PRESP00100367 for issues related to litigation |
| 04/19/10 | R. Zarate | 2.50 | Review and analysis of HDR Batch HDRESI-PRESP100327 and partial of 1000386 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/19/10 | K. Jones | 1.50 | Completion of several tasks with respect to the setup and configuration of the TBWA/HDR collaboration site |
| 04/19/10 | E. Cornelius | 13.30 | Review and analysis of HDR Batch PRESP00100331, PRESP00100349, PRESP00100365, PRESP00100382, and PRE00100387 in Relativity Database, documents CON00139574 through CON00140723, CON00143287 through CON00143436, CON00159126 through CON00159275, CON00145682 through |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 59

|  |  |  | CON00145831, and CON00146432 through CON00146484 reviewed for issues related to litigation |
|---|---|---|---|
| 04/19/10 | S. Crosby | 12.00 | Review and analysis of HDR documents in Relativity Database documents; HDR_C0N00132542 through HDR_C0N00132692, HDR_C0N00139259 through HDR_C0N00139416, HDR_C0N00139417 through HDR_C0N00139573, HDR_C0N00141176 through HDR_C0N00141328, HDR_C0N00142081 through HDR_C0N00142230, HDR_C0N00143589 through HDR_C0N00143742, HDR_C0N00160506 through HDR_C0N00160655 for issues related to litigation |
| 04/19/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00100325, documents 76 through 150, HDRESI-PRESP00100333, documents 1 through 142, HDRESI-PRESP00100379, documents 1 through 150 and HDRESI-PRESP00100384 documents in Relativity Database, documents 1 through 82, for potential privilege |
| 04/19/10 | B. Rogers | 12.00 | Review and analysis of PRESPOO100323, PRESPOO100337, PRESPOO100347,PRESPOO100361, PRESPOO100373, and PRESPOO100383 batch documents in Relativity Database, documents HDRESI-CON00138334 through 138473, 141479 through 141628, 142987 through 143136, 145099 through 145252, 160356 through 160505, and 145832 through 145873 for responsiveness, privilege, and issues related to litigation |
| 04/19/10 | K. Schwartz | 11.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100328 docs 58-153, HDRESI- |


|         |              |       |                                                                      |
|---------|--------------|-------|----------------------------------------------------------------------|
|         |              |       | PRESP00100100338 docs 1-151, HDRESI-PRESP00100100345 docs 1-150, HDRESI-PRESP00100100353 docs 1-150, HDRESI-PRESP00100100370 docs 1-150, HDRESI-PRESP00100100375 docs 1-150, HDRESI-PRESP00100100381 docs 1-150, and HDRESI-PRESP00100100385 docs 1-11 for issues related to litigation |
| 04/19/10 | H. Webster  | 12.60 | Review and analysis of HDRESI-PRESP00100326, documents 38 through 150, HDRESI-PRESP00100343, documents 1 through 150, HDRESI-PRESP00100357, documents 1 through 150, HDRESI-PRESP00100378, documents 1 through 150, HDRESI-PRESP00100380, documents 1 through 150 for issues related to litigation |
| 04/20/10 | K. Meaders  | 1.10  | Review Tampa Bay Water's Expert Report (Golder) |
| 04/20/10 | K. Meaders  | 0.50  | Telephone conference with Tim Woodward regarding scheduling and deposition preparation |
| 04/20/10 | K. Meaders  | 0.30  | Review ESI status report |
| 04/20/10 | K. Meaders  | 0.40  | Email to attorney Mason regarding ████ █████████ |
| 04/20/10 | K. Meaders  | 0.50  | Work on ████████████ |
| 04/20/10 | T. Gamble   | 6.90  | Continue work on ██████████████ ████████████ |
| 04/20/10 | M. Melle    | 8.00  | Review, analyze and code documents for responsiveness, issues and privilege |
| 04/20/10 | E. Weathers | 1.10  | Review and analyze potentially privileged ESI of K. Duty |
| 04/20/10 | E. Knight   | 12.10 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/20/10 | W. Richmond | 7.00  | Analyze and tag client's documents for production potential regarding privilege and responsiveness |



| 04/20/10 | C. Alm | 3.80 | Review and analysis of HDR Batch HDRESI-PRESP00100318, 100417 and 100420 documents in the Relativity Database for substantive issues related to the litigation and privilege review |
|---|---|---|---|
| 04/20/10 | R. Altamirano | 2.00 | Review and analysis of ESI batch PRESP00100455 relative to litigation and subjective coding of issues |
| 04/20/10 | M. Axel | 6.40 | Review and analysis of HDRESI-PRESP 00100376, documents HDRESI-CON00160857 through HDRESI-CON00160955, HDRESI-PRESP 00100401, documents HDRESI-CON00161786 through HDRESI-CON00161935, HDRESI-PRESP 00100404, documents HDRESI-CON00162236 through HDRESI-CON00162385, HDRESI-PRESP 00100405, documents HDRESI-CON00162387 through HDRESI-CON00162536, HDRESI-PRESP 00100411, documents HDRESI-CON00148551 through HDRESI-CON00162955, of HDRESI-PRESP 00100415, documents HDRESI-CON00148654 through HDRESI-CON00148785 for issues related to litigation |
| 04/20/10 | T. Rogers | 7.70 | Litigation management related to review, evaluation and processing of documents related to party disclosures, design documents, hearing transcripts and requests for additional information and inclusion into HDR/Xerdict database |
| 04/20/10 | M. Stringer | 1.50 | Review HDRESI-CON00160956 thru HDRESI-CON00161105 for discovery purposes |
| 04/20/10 | M. Stringer | 3.90 | Review and analysis of client documents HDRESI CON00161936 thru HDRESI CON00162085 and HDRESI CON00148074 thru HDRESI CON00162773 for potential privilege |
| 04/20/10 | E. Wheeler | 4.80 | Complete review of scanned document set for |


|          |              |       | HDR Batch HDRESI-PRESP00100367 and HDRESI-PRESP00100394 |
|----------|--------------|-------|---------|
| 04/20/10 | R. Zarate    | 3.50  | Review and analysis of HDR Batch HDRESI-PRES 1000386 and 1000418 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/20/10 | E. Cornelius | 10.00 | Review and analysis of HDR Batch PRESP00100387, PRESP00100392, PRESP00100396, PRESP00100419, PRE00100423 documents in Relativity Database, documents CON00146485 through CON00146583, CON00147184 through CON00147333, CON00147784 through CON00147933, CON00149255 through CON00149404, and CON00149858 through CON00149872 for issues related to litigation |
| 04/20/10 | S. Crosby    | 9.60  | Review and analysis of HDR documents in Relativity Database documents; HDR_C0N00146734 through HDR_C0N00146883, HDR_C0N00147034 through HDR_C0N00147183, HDR_C0N00147335 through HDR_C0N00147483, HDR_C0N00161486 through HDR_C0N00161635, HDR_C0N00148804 through HDR_C0N00148954 for issues related to litigation |
| 04/20/10 | L. Primas    | 13.00 | Review and analysis of HDRESI-PRESP00100384, documents 82 through 150, HDRESI-PRESP00100398, documents 1 through 150 and, HDRESI-PRESP00100422, documents 1 through 24, for potential privilege |
| 04/20/10 | B. Rogers    | 12.00 | Review and analysis of PRESPOO100383, PRESPOO100390, PRESPOO100395, PRESPOO100406, PRESPOO100414, and PRESPOO100408 batch documents in Relativity Database, documents HDR_ESI-CON00145874 through 145981, 146884 through 147033, 147634 through 147783, 162537 through |


162686, 148574 through 163325 (various), and 148085 through 148127 for responsiveness, privilege, and issues related to litigation

| 04/20/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100385 docs 12-150, HDRESI-PRESP00100100400 docs 1-150, HDRESI-PRESP00100100403 docs 1-150, and HDRESI-PRESP00100100409 docs 1-145 for issues related to litigation |
| --- | --- | --- | --- |
| 04/20/10 | H. Webster | 11.20 | Review and analysis of HDRESI-PRESP00100388, documents 1 through 150, HDRESI-PRESP00100397, documents 1 through 150, HDRESI-PRESP00100412, documents 1 through 150, HDRESI-PRESP00100413, documents 1 through 150, for issues related to litigation |
| 04/21/10 | W. Mason | 6.30 | ██████████████████████████ |
| 04/21/10 | K. Meaders | 0.60 | Revise updated ████████████ |
| 04/21/10 | K. Meaders | 0.30 | Revise ████████████████████ |
| 04/21/10 | K. Meaders | 0.50 | Revise ██████ |
| 04/21/10 | K. Meaders | 0.20 | Telephone conference with attorney Travis Gamble regarding ██████ |
| 04/21/10 | K. Meaders | 0.50 | Revise memorandum concerning best practices with ESI |
| 04/21/10 | K. Meaders | 1.10 | Review expert report of Les Bromwell |
| 04/21/10 | K. Meaders | 0.90 | Review of Lewis Link deposition |
| 04/21/10 | K. Meaders | 0.80 | Review Bennett Deposition |
| 04/21/10 | T. Gamble | 5.70 | Finish work on ██████████████ |



| 04/21/10 | T. Gamble | 1.30 | Begin review and analysis of recent depositions and other recently received documents ████ |
| 04/21/10 | E. Weathers | 0.80 | Review and analyze potentially privileged K. Duty ESI |
| 04/21/10 | E. Weathers | 8.00 | Review and analyze Ed Copeland "anticipation of litigation" ESI |
| 04/21/10 | E. Knight | 8.40 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/21/10 | W. Richmond | 7.70 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/21/10 | R. Altamirano | 2.20 | Review and analysis of ESI batch PRESP00100455 for issues related to litigation |
| 04/21/10 | R. Altamirano | 2.40 | Review and analysis of ESI batch PRESP00100359 relative to litigation and subjective coding of issues |
| 04/21/10 | M. Axel | 5.50 | Review and analysis of HDRESI-PRESP 00100415, documents HDRESI-CON00148654 through HDRESI-CON00148785, HDRESI-PRESP 00100437, documents HDRESI-CON00151958 through HDRESI-CON00152107, HDRESI-PRESP 00100444, documents HDRESI-CON00153008 through HDRESI-CON00163409, HDRESI-PRESP 00100448, documents HDRESI-CON00163860 through HDRESI-CON00164009 and HDRESI-PRESP 00100453, documents HDRESI-CON00164619 through HDRESI-CON00164755 for issues related to litigation |
| 04/21/10 | M. Axel | 0.80 | Review and analysis of HDRESI-PRESP 00100564, documents HDRESI-CON00204575 through HDRESI-CON00204724 for issues related to litigation |
| 04/21/10 | G. Fountain | 2.00 | Review and analysis of Batch 500 HDRESI-Con |



|            |              |       |                                                                                                                                                                                                                     |
|------------|--------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | 16823-168280  in Relativity Database for issues related to the litigation                                                                                                                                            |
| 04/21/10   | T. Rogers    | 1.70  | Aid in ███████████████████                                                                                                                                                                                           |
| 04/21/10   | T. Rogers    | 4.80  | Begin page/line deposition summary of David Carrier                                                                                                                                                                  |
| 04/21/10   | M. Stringer  | 5.10  | Review and analysis of client documents HDRESI CON00162822 thru HDRESI CON00162828, HDRESI CON00150758 thru HDRESI CON00150907, and HDRESI CON00152258 thru HDRESI CON00152407, for potential privilege and discovery purposes |
| 04/21/10   | J. Tracey    | 0.50  | Review and analysis of HDR-PRESP00100240 document in Relativity Database, reviewed documents HDRESI-CON00125669 through CON001525748 for issues related to litigation |
| 04/21/10   | E. Wheeler   | 6.40  | Complete Review scanned document set for HDR Batch HDRESI-PRESP00100394, HDRESI-PRESP00100431, HDRESI-PRESP00100435 and commence HDRESI-PRESP00100445 |
| 04/21/10   | K. Jones     | 0.50  | Completion of several tasks with respect to the setup and configuration of the TBWA/HDR collaboration site |
| 04/21/10   | E. Cornelius | 11.30 | Review and analysis of HDR Batch PRESP00100423, PRESP00100425, PRESP00100428, PRESP00100436, PRE00100442, PRESP00100457 documents in Relativity Database, documents CON00149873 through CON00150007,  CON00150158 through CON00150307, CON00150608 through CON00150757, CON00151808 through CON00151957, CON00152708 through CON00152857, and CON00165219 through CON00165368 for issues related to litigation |
| 04/21/10   | S. Crosby    | 12.50 | Review and analysis of HDR documents in Relativity Database documents; HDR_C0N00148804 through HDR_C0N00148954, HDR_C0N00150008 |


|         |            |       | through HDR_C0N00150157, HDR_C0N00150458 through HDR_C0N00150607, HDR_C0N00150908 through HDR_C0N00151057, HDR_C0N00152108 through HDR_C0N00152257, HDR_C0N00152858 through HDR_C0N00153007, HDR_C0N00153074 through HDR_C0N00166325 for issues related to litigation |
|---------|------------|-------|---|
| 04/21/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00100422, documents 25 through 150, and HDRESI-PRESP00100450, documents 1 through 41 for potential privilege |
| 04/21/10 | B. Rogers | 9.00 | Review and analysis of PRESPOO100408, PRESPOO100432, PRESPOO100440, and PRESPOO100446 batch documents in Relativity Database, documents HDR_ESI-CON00148127 through 148234, 151208 through 151357, 152408 through 152557, and 163560 through 163579 for responsiveness, privilege, and issues related to litigation |
| 04/21/10 | K. Schwartz | 12.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100409 docs 146-150, HDRESI-PRESP00100100426 docs 1-150, HDRESI-PRESP00100100434 docs 1-150, HDRESI-PRESP00100100441 docs 1-150, HDRESI-PRESP00100100447 docs 1-150, HDRESI-PRESP00100100458 docs 1-150, and HDRESI-PRESP00100100462 docs 1-50 for issues related to litigation |
| 04/21/10 | H. Webster | 10.50 | Review and analysis of HDRESI-PRESP0010042, documents 1 through 150, HDRESI-PRESP00100451, documents 1 through 150, HDRESI-PRESP00100456, documents 1 through 150, HDRESI-PRESP00100461, documents 1 through 150 and HDRESI-PRESP00100463, documents 1 |



through 101 for issues related to litigation

| 04/22/10 | W. Mason | 11.40 | Prepare for and attend meeting ███████ ████████ █████████████ ███████████████████ ████ |
| 04/22/10 | W. Mason | 0.10 | Receive e-mail from ██████████ ███████████████████ ███████ |
| 04/22/10 | K. Meaders | 0.30 | Office conference with attorney Gamble regarding ██████████ |
| 04/22/10 | K. Meaders | 1.10 | Revise portions of ████████████ |
| 04/22/10 | K. Meaders | 0.50 | Office conference with attorney Gamble concerning █████████████ |
| 04/22/10 | K. Meaders | 0.30 | Review of relativity database for status of ESI and privilege review |
| 04/22/10 | K. Meaders | 0.50 | Develop protocol for review of redlined and track changed documents within HDR ESI database |
| 04/22/10 | K. Meaders | 0.50 | Develop protocol for incorporation of continued information with Xerdict website |
| 04/22/10 | K. Meaders | 0.50 | Receipt and review of Black & Veatch privilege log |
| 04/22/10 | K. Meaders | 0.90 | Receipt and review of Black & Veatch supplemental production |
| 04/22/10 | T. Gamble | 3.70 | Continue review and analysis of recent depositions and other recently received documents ██████████ |
| 04/22/10 | T. Gamble | 3.50 | Begin revising detailed ██████████ █████████ |
| 04/22/10 | M. Melle | 6.30 | Review, analyze and code documents for |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 68

|            |              |      | responsiveness, privilege and issues |
|------------|--------------|------|--------------------------------------|
| 04/22/10 | E.   Weathers | 3.30 | Review and analyze Ed Copeland "anticipation of litigation" ESI |
| 04/22/10 | E. Knight | 7.60 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/22/10 | W.   Richmond | 4.20 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/22/10 | C. Alm | 5.00 | Review and analysis of HDR Batch HDRESI-PRESP00100420 and 100504 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/22/10 | R. Altamirano | 3.70 | Review and analysis of ESI batch PRESP00100477 and batch no. PRESP00100493 for issues related to litigation |
| 04/22/10 | M. Axel | 5.10 | Review and analysis of HDRESI-PRESP 00100453, documents HDRESI-CON00164755 through HDRESI-CON00164768, HDRESI-PRESP 00100473, documents HDRESI-CON00154367 through HDRESI-CON00154516, HDRESI-PRESP 00100479, documents HDRESI-CON00166520 through HDRESI-CON00166687, HDRESI-PRESP 00100478, documents HDRESI-CON00166471 through HDRESI-CON00166519, and HDRESI-PRESP 00100492, documents HDRESI-CON00167522 through HDRESI-CON0016527 for issues related to litigation |
| 04/22/10 | M. Axel | 0.60 | Review and analysis of HDRESI-PRESP 00100452, documents HDRESI-CON00164469 through HDRESI-CON00164618 for issues related to litigation |
| 04/22/10 | L. Chavez | 3.80 | Review and analysis of HDRESI-PRESP00100481, documents HDRESI-CON00155096 through HDRESI CON0155252, and HDRESI-PRESP00100481 documents HDRESI-CON00155130 through HDRESI CON0155210 for issues related to litigation |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 69

| 04/22/10 | G. Fountain | 4.10 | Review and analysis of Batch 499 HDRESI-Con 168081-168224 and Batch 500 HDRESI-Con 168281-168380 in Relativity Database for issues related to the litigation |
| 04/22/10 | T. Rogers | 0.20 | Telephone conference with Xerdict database administrator regarding calender |
| 04/22/10 | T. Rogers | 5.20 | Continue page/line depostiion summary of David Carrier |
| 04/22/10 | T. Rogers | 2.10 | Analyze supplemental Black & Veatch production and coordinate same for inclusion into Relativity database |
| 04/22/10 | M. Stringer | 9.80 | Review and analyze HDRESI-CON00164010 thru HDRESI-CON00164168, HDRESI-CON00155403 thru HDRESI-CON00155552, HDRESI-CON00154517 thru HDRESI-CON00154666, HDRESI-CON00153617 thru HDRESI-CON00153766, HDRESI-CON00155719 thru HDRESI-CON001555868 and HDRESI-CON00166921 thru HDRESI-CON00167070 for issues related to litigation |
| 04/22/10 | J. Tracey | 1.00 | Review and analysis of HDR-PRESP00100475 document in Relativity Database, reviewed documents HDRESI-CON00154667 through CON00154689 for issues related to litigation |
| 04/22/10 | J. Tracey | 0.80 | Review and analysis of HDR-PRESP00100471, documents HDRESI-CON00154067 through CON00154216 and HDR-PRESP00100472, documents HDRESI-CON00154217 through CON00154366, for issues related to litigation |
| 04/22/10 | E. Wheeler | 6.20 | Review and analysis of HDRESI-PRESP0010014, HDRESI-PRESP00100470 and commence batch HDRESI-PRESP00100486 for issues related to litigation |
| 04/22/10 | R. Zarate | 3.50 | Review and analysis of HDR Batch HDRESI-PRES 100498 and 100496 documents in Relativity Database for substantive issues related to the Litigation and privilege review |



| 04/22/10 | K. Jones | 0.50 | Completion of several tasks with respect to the setup and configuration of the TBWA/HDR collaboration site |
|---|---|---|---|
| 04/22/10 | E. Cornelius | 16.50 | Review and analysis of HDR Batch PRESP00100459, PRESP00100467, PRESP00100476, PRESP00100490, PRE00100502 documents in Relativity Database, documents CON00165519 through CON00165668, CON00153467 through CON00153616, CON00154817 through CON00154966, CON00167221 through CON00167370, and CON00168531 through CON00168564 for issues related to litigation |
| 04/22/10 | S. Crosby | 1.30 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00153074 through HDR_C0N00166325 for issues related to litigation |
| 04/22/10 | L. Primas | 10.00 | Review and analysis of HDRESI-PRESP00100465, documents 1 through 150 and HDRESI-PRESP00100497, documents 1 through 76 potential privilege |
| 04/22/10 | L. Primas | 3.00 | Review and analysis of HDRESI-PRESP00100497 documents in Relativity Database, documents 1 through 76 reviewed: Review potential privilege documents for Privilege Review |
| 04/22/10 | B. Rogers | 14.00 | Review and analysis of PRESPOO100446, PRESPOO100466, PRESPOO100482, PRESPOO100484, PRESPOO100491, and PRESPOO100503 batch documents in Relativity Database, documents HDR_ESI-CON00163580 through 163709, 153317 through 153466, 155253 through 155402, 155553 through 155718, 167371 through 167521, and 156574 through 168683 for responsiveness, privilege, and issues related to litigation |



| 04/22/10 | K. Schwartz | 14.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100462 docs 51- 150, HDRESI-PRESP00100100469 docs 1-150, HDRESI-PRESP00100100480 docs 1-150, HDRESI-PRESP00100100487 docs 1-150, HDRESI-PRESP00100100494 docs 1-155, and HDRESI-PRESP00100100498 docs 1-150 for issues related to litigation |
| --- | --- | --- | --- |
| 04/22/10 | H. Webster | 11.20 | Review and analysis of  HDRESI-PRESP00100463, documents 101 through 150, HDRESI-PRESP00100478, documents 1 through 101, HDRESI-PRESP00100689, documents 1 through 150, HDRESI-PRESP00100690, documents 1 through 156, HDRESI-PRESP00100691, documents 1 through 150 and HDRESI-PRESP00100692, documents 1 through 40 for issues related to litigation |
| 04/23/10 | W. Mason | 0.10 | Receive and review e-mail █████████ |
| 04/23/10 | W.    Mason | 3.90 | Multiple intrafirm conferences regarding ████ |
| 04/23/10 | W. Mason | 0.50 | Telephone conference with Tim Woodward regarding ████████████ |
| 04/23/10 | K. Meaders | 1.10 | Review Plaintiff's expert report (Golder) |
| 04/23/10 | K. Meaders | 2.10 | Revise ███████ |
| 04/23/10 | K. Meaders | 0.40 | Receipt and review of privilege log and supplemental production from Black & Veatch |
| 04/23/10 | K. Meaders | 0.30 | Office conference with attorney Steinmann regarding ESI review status and privilege review issues |