

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 72

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/23/10 | K. Meaders | 0.60 | Research and locate ████ |
| 04/23/10 | K. Meaders | 0.60 | Emails to Tim Woodward with ████ |
| 04/23/10 | K. Meaders | 0.60 | Email to attorney Mason regarding issues of ████ |
| 04/23/10 | T. Gamble | 2.90 | Continue review of recent depositions for ████ |
| 04/23/10 | T. Gamble | 2.80 | Finish revising ████ |
| 04/23/10 | C. Steinmann | 0.50 | Meeting with Weathers, Knight, and Richmond regarding privilege issues and self critical analysis |
| 04/23/10 | C. Steinmann | 3.00 | Review and respond to e-mails regarding database issues and review documents to ensure consistency in review |
| 04/23/10 | E. Weathers | 3.80 | Review and analyze Ed Copeland "anticipation of litigation" ESI |
| 04/23/10 | E. Knight | 1.30 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/23/10 | W. Richmond | 2.70 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/23/10 | R. Altamirano | 2.70 | Continue review and analysis of ESI batch no. PRESP00100493 for issues related to litigation |
| 04/23/10 | M. Axel | 5.60 | Review and analysis of HDRESI-PRESP 00100492, documents HDRESI-CON00167528 through HDRESI-CON0017674 and HDRESI-PRESP 00100519, documents HDRESI-CON00170097 through HDRESI-CON00170246 for issues related to litigation |
| 04/23/10 | L. Chavez | 0.60 | Review and analysis of HDRESI-PRESP00100481, documents HDRESI-CON00155211 through HDRESI CON0155252, for issues related to litigation |



| 04/23/10 | G. Fountain | 5.10 | Review and analysis of Batch 499 HDRESI-Con 168225-168230, Batch 509 HDRESI-Con 169084-169234, Batch 515 HDRESI-Con 157244-157381 in Relativity Database for issues related to the litigation |
| 04/23/10 | T. Rogers | 2.20 | Litigation management related to recent fact witness' testimony and exhibits and inclusion of relevant materials regarding same into HDR/Xerdict database |
| 04/23/10 | T. Rogers | 3.90 | Continue page/line deposition summary of David Carrier |
| 04/23/10 | M. Stringer | 1.00 | Review and analyze HDRESI-CON00155719 thru HDRESI-CON00167220 |
| 04/23/10 | M. Stringer | 1.00 | Review and analyze HDRESI-CON00157032 thru HDRESI-CON00168933 for discovery purposes |
| 04/23/10 | M. Stringer | 5.00 | Review HDESE-CON168934 thru HDRESI-CON169104 for issues related to litigation |
| 04/23/10 | J. Tracey | 0.80 | Review and analysis of HDR-PRESP00100475 document in Relativity Database, reviewed documents HDRESI-CON00154690 through CON00154707 for issues related to litigation |
| 04/23/10 | E. Wheeler | 3.70 | Review and analysis of HDRESI-PRESP00100486 and HDRESI-PRESP00100514 for issues related to litigation |
| 04/23/10 | R. Zarate | 5.50 | Review and analysis of HDR Batch HDRESI-PRES 100501 and partial of 100524 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/23/10 | K. Jones | 0.50 | Consideration of various implementation issues on the HDR extranet |
| 04/23/10 | E. Cornelius | 11.10 | Review and analysis of HDR Batch PRESP00100502, PRESP00100518, PRESP00100523 documents in Relativity Database, documents CON00168565 through CON00168680, CON00169947 through |


|          |              |       |                                                                                                                                                                                                                                                                                      |
|----------|--------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | CON00170096, and CON00157574 through CON00170825, for issues related to litigation                                                                                                                                                                                                   |
| 04/23/10 | S. Crosby    | 4.00  | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00153074 through HDR_C0N00166325 and documents HDR_C0N00170397 through HDR_C0N00170546 for issues related to litigation                                                                                 |
| 04/23/10 | L. Primas    | 13.00 | Review and analysis of HDRESI-PRESP00100497, documents 77 through 150, HDRESI-PRESP00100512, documents 1 through 150, and HDRESI-PRESP00100522, documents 1 through 95 potential privilege Privilege Review                                                                           |
| 04/23/10 | B. Rogers    | 8.00  | Review and analysis of PRESPOO100503, PRESPOO100510, PRESPOO100513, and PRESPOO100517 batch documents in Relativity Database, documents HDR_ESI-CON00168684 through 168825, 169235 through 169384, 157085 through 169825, and 157545 through 157566 for responsiveness, privilege, and issues related to litigation |
| 04/23/10 | K. Schwartz  | 11.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100505 docs 1-153, HDRESI-PRESP00100100511 docs 1-150, HDRESI-PRESP00100100516 docs 1-150, HDRESI-PRESP00100100520 docs 1-150, and HDRESI-PRESP00100100525 docs 1-7, for issues related to litigation |
| 04/23/10 | H. Webster   | 11.80 | Review and analysis of HDRESI-PRESP00100688, documents 1 through 150, HDRESI-PRESP00100692, documents 41 through 150, HDRESI-PRESP00100693, documents 1 through 150, HDRESI-PRESP00100694, documents 1 through 152 and HDRESI-PRESP00100695, documents 1 through 46, for issues related to litigation |


| 04/24/10 | E. Knight | 6.90 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/24/10 | W.   Richmond | 4.50 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/24/10 | T. Rogers | 3.00 | Continue page/line deposition summary of David Carrier |
| 04/24/10 | R. Zarate | 6.50 | Review and analysis of HDR Batch HDRESI-PRES continue 100524, 100529, 100532, 100535, 100538 and 100544 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/24/10 | E. Cornelius | 1.00 | Review and analysis of HDR Batch PRESP00100523 documents in Relativity Database, documents CON00157583 through CON00170778, reviewed for issues related to litigation |
| 04/24/10 | S. Crosby | 9.80 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00171465 through HDR_C0N00171633, HDR_C0N00158211 through HDR_C0N00158360, HDR_C0N00158511 through HDR_C0N00171929, HDR_C0N00171930 through HDR_C0N00172108, HDR_C0N00158574 through HDR_C0N00172325, HDR_C0N00158689 through HDR_C0N00172340, HDR_C0N00172341 through HDR_C0N00172517, HDR_C0N00172518 through HDR_C0N00172690, HDR_C0N00172691 through HDR_C0N00172840 reviewed for issues related to litigation |
| 04/24/10 | L. Primas | 7.00 | Review and analysis of HDRESI-PRESP00100522, documents 96 through 150, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 76

|  |  |  | and Privilege Review HDRESI-PRESP00100528, documents 1 through 128 potential privilege |
|---|---|---|---|
| 04/24/10 | B. Rogers | 2.00 | Review and analysis of PRESPOO100517 and PRESPOO100545 batch documents in Relativity Database, documents HDR_ESI-CON00157567 through 169946 (various) and 172991 through 173140 for responsiveness, privilege, and issues related to litigation |
| 04/24/10 | K. Schwartz | 6.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100525 docs 8-157, HDRESI-PRESP00100100526 docs 1-154, HDRESI-PRESP00100100527 docs 1-154, HDRESI-PRESP00100100530 docs 1-150, HDRESI-PRESP00100100533 docs 1-43 for issues related to litigation |
| 04/24/10 | H. Webster | 3.00 | Review and analysis of HDRESI-PRESP00100696, documents 1 through 152 for issues related to litigation |
| 04/25/10 | E. Weathers | 1.10 | Review and analyze Ed Copeland "anticipation of litigation" ESI |
| 04/25/10 | E. Knight | 9.20 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/25/10 | W. Richmond | 1.30 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/25/10 | T. Rogers | 5.80 | Continue page/line deposition summary of David Carrier |
| 04/25/10 | R. Zarate | 6.50 | Review and analysis of HDR Batch HDRESI-PRESP100544, 100548, 100550 and 100555 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/25/10 | E. Cornelius | 3.00 | Review and analysis of HDR Batch PRESP00100523, PRESP00100556, documents CON00170778 through CON00170825 and |


|            |               |        |                                                                                                                                                                                                                                                 |
|------------|---------------|--------|---------------------------------------------------------------------------------------------------------|
|            |               |        | CON00148909 through CON00174706 for issues related to litigation                                                                                                                                                          |
| 04/25/10   | S. Crosby     | 7.00   | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00172691 through HDR_C0N00172840, documents HDR_C0N00173291 through HDR_C0N00173440, and documents HDR_C0N00173645 through HDR_C0N00173794 for issues related to litigation |
| 04/25/10   | L. Primas     | 8.00   | Review and analysis of Batch HDRESI-PRESP00100528, documents 129 through 150, Batch HDRESI-PRESP00100546, documents 1-150, and Batch HDRESI-PRESP00100554, documents 1 through 130, for potential privilege |
| 04/25/10 B.| Rogers        | 2.50   | Review and analysis of PRESPOO100545, documents HDRESI-CON00172998 through 173134, approximately 135 documents reviewed for responsiveness, privilege, and issues related to litigation |
| 04/25/10   | K. Schwartz   | 4.00   | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100533 docs 44-150, HDRESI-PRESP00100100552 docs 1-150, and HDRESI-PRESP00100100553 docs 1-115 for issues related to litigation |
| 04/25/10   | H. Webster    | 3.00   | Review and analysis of HDRESI-PRESP00100698, documents 1 through 166, HDRESI-PRESP00100687, documents 1 through 30 for issues related to litigation |
| 04/26/10 K.| Meaders       | 0.50   | Review CDG expert report                                                                                                                                                                                                             |
| 04/26/10   | K. Meaders    | 1.80   | Review B&V operational report to Tampa Bay Water on Causation (March 2009)                                                                                                                                              |
| 04/26/10   | K. Meaders    | 0.50   | Review Relativity ESI report for status of review                                                                                                                                                                              |
| 04/26/10   | K. Meaders    | 0.50   | Work on ██████████████                                                                                                                                                                                                     |
| 04/26/10   | K. Meaders    | 1.70   | Receive and review Milhorn deposition                                                                                                                                                                                           |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 78

transcript

| 04/26/10 | T. Gamble | 6.80 | Continue/finish review of recent depositions of Carrier and Rice for ███████████████ ████████████████ |
| 04/26/10 | M. Melle | 4.80 | Review, analyze and code documents for responsiveness, issues and privilege |
| 04/26/10 | E. Weathers | 5.00 | Review and analyze "anticipation of litigation" ESI of Ed Copeland, B Meyer and D Daigle |
| 04/26/10 | W. Richmond | 8.60 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/26/10 | C. Alm | 5.50 | Review and analysis of HDR Batch HDRESI-PRESP00100506, 100587, and 100591 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/26/10 | R. Altamirano | 3.00 | Review and analysis of ESI documents batch no. PRESP00100477 for issues related to litigation |
| 04/26/10 | M. Axel | 2.20 | Review and analysis of HDRESI-PRESP 00100572, documents HDRESI-CON00205791 through HDRESI-CON00205940, HDRESI-PRESP 00100580, documents HDRESI-CON00206998 through HDRESI-CON00207147 and HDRESI-PRESP 00100581 documents HDRESI-CON00207148 through HDRESI-CON0027170 for issues related to litigation |
| 04/26/10 | M. Axel | 3.00 | Review and analysis of HDRESI-PRESP 00100564, documents HDRESI-CON00204575 through HDRESI-CON00204724 and HDRESI-PRESP 00100569, documents HDRESI-CON00205333 through HDRESI-CON00205482 for issues related to litigation |
| 04/26/10 | G. Fountain | 5.80 | Review and analysis of Batch 515 HDRESI-Con 157382-157394, Batches 612-620 HDRESI-Con 212286-213652 in Relativity Database for issues |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 79

related to the litigation

| 04/26/10 | T. Rogers | 8.20 | Continue page line deposition summary of David Carrier |
|---|---|---|---|
| 04/26/10 | S. Stephens | 4.20 | Review and analysis of HDRESI_PRESP 100372, 100566, 100568, 100570, 100573, 100574, 100576 and 100578 documents in Relativity database, documents HDRESI-CON 160206-160355, 204877-205032, 205183-205332, 205483-205632, 205941-206242, 206393-206543, 206694-206843 for potential privilege |
| 04/26/10 | J. Tracey | 2.30 | Review and analysis of HDRESI-PRESP00100475, documents HDRESI-CON00154708 through HDRESI-CON00154792 for issues related to litigation |
| 04/26/10 | E. Wheeler | 6.20 | Review and analysis of batches HDRESIPRESP00100514 and commence review of HDRESIPRESP00100100493 for issues related to litigation |
| 04/26/10 | R. Zarate | 6.00 | Review and analysis of HDR Batch HDRESI-PRESP100557, 100586 and 100592 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/26/10 | E. Cornelius | 10.00 | Review and analysis of HDR Batch PRESP00100565, PRESP00100575, PRESP00100582, PRESP00100588, documents CON00204725 through CON00204876, CON00206243 through CON00206392, CON00207300 through CON00207449, CON00208207 through CON00208283 for issues related to litigation |
| 04/26/10 | S. Crosby | 2.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00173945 through HDR_C0N00174094 for issues related to litigation |
| 04/26/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00100554, documents 131 through 150, |


|          |             |        |                                                                                                                                                                                                                                                                                                                                 |
|----------|-------------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |             |        | HDRESI-PRESP00100559, documents 1 through 150, HDRESI-PRESP00100583, documents 1 through 150, and HDRESI-PRESP0010059, documents 1 through 51 for potential privilege                                                                                                                                                              |
| 04/26/10 | B. Rogers   | 12.30  | Review and analysis of PRESPOO100545, PRESPOO100561, PRESPOO100563,PRESPOO100571, PRESPOO100579, and PRESPOO100584 batch documents in Relativity Database, documents HDRESI-CON00173135 through 173140, 204123 through 204274, 204425 through 204574, 205633 through 205789, 206844 through 206997, and 207601 through 207678 for responsiveness, privilege, and issues related to litigation |
| 04/26/10 | K. Schwartz | 11.00  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100553 docs 116-150, HDRESI-PRESP00100100560 docs 1-151, HDRESI-PRESP00100100562 docs 1- 150, HDRESI-PRESP00100100567 docs 1-150, HDRESI-PRESP00100100577 docs 1-150, and HDRESI-PRESP00100100589 docs 1-50 for issues related to litigation |
| 04/26/10 | H. Webster  | 12.20  | Review and analysis of HDRESI-PRESP00100687, documents 31 through 151, HDRESI-PRESP00100697, documents 1 through 150, HDRESI-PRESP00100699, documents 1 through 150, HDRESI-PRESP00100700, documents 1 through 150, HDRESI-PRESP00100701, documents 1 through 150, HDRESI-PRESP00100702, documents 1 through 150 for issues related to litigation |
| 04/27/10 | W. Mason    | 0.20   | Telephone call to █████████████████ ███████████████████████████                                                                                                                                                                                                                                                                 |
| 04/27/10 | W. Mason    | 0.10   | Review and respond to e-mails ████████ ███████████████████████████                                                                                                                                                                                                                                                              |



| 04/27/10 | W. Mason | 0.20 | Receive and review report from ███ ████ |
| 04/27/10 | W. Mason | 10.70 | Preparation for meeetings and continue preparing fo ███ ████ |
| 04/27/10 | W. Mason | 1.10 | Read and revise ███ ████ |
| 04/27/10 | W. Mason | 0.20 | Review and respond to e-mail from Tim Woodard ███ |
| 04/27/10 | K. Meaders | 0.40 | Receive and review e-mail from Kathy Gilman regarding updating expert materials and production information to expert witnesses (.2); return e-mail to K. Gilman to discuss issues and follow-up to ensure experts are receiving materials (.2) |
| 04/27/10 | K. Meaders | 0.20 | Office conference with Travis Gamble regarding ███ |
| 04/27/10 K. | Meaders | 0.40 | Research issues regarding database and ESI review and processing for production; e-mails to attorneys and legal assistants requesting commitment to finish review |
| 04/27/10 | K. Meaders | 0.40 | Telephone conference with Kathy Gilman regarding status of production of updated information and depositions to HDR experts |
| 04/27/10 | K. Meaders | 0.70 | E-mails to EQD regarding access to documents for processing to send to experts |
| 04/27/10 | K. Meaders | 0.30 | Telephone conference with ███ |
| 04/27/10 | K. Meaders | 0.30 | E-mail to legal assistant, Tiffiney Rogers, regadring updating ███ |
| 04/27/10 | K. Meaders | 0.40 | Office conference with Tiffiney Rogers to catch up expert information received and develop |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 82

systematic referral of information to experts

| 04/27/10 | K. Meaders | 1.60 | Review expert report of Bromwell ████████ ████████████ |
| 04/27/10 | T. Gamble | 2.20 | Attention to identifying and locating additional documents ████████████ |
| 04/27/10 | T. Gamble | 5.20 | Finish review of ████████████████ ███████████████████ |
| 04/27/10 | M. Melle | 2.00 | Review, analyze and code documents for responsiveness, issues and privilege |
| 04/27/10 | E. Weathers | 7.30 | Review and analyze Copeland and K. Duty "anticipation of litigation" ESI |
| 04/27/10 | E. Knight | 6.30 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/27/10 | W. Richmond | 4.00 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/27/10 | C. Alm | 4.60 | Review and analysis of HDR Batch HDRESI-PRESP00100591, 100639 and 100646 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/27/10 | R. Altamirano | 4.50 | Review and analysis of ESI documents batch nos. PRESP00100585, PRESP00100635 and PRESP00100643 for issues related to litigation |
| 04/27/10 | M. Axel | 1.00 | Review and analysis of HDRESI-PRESP 00100581, documents HDRESI-CON00207171 through HDRESI-CON00207299 for issues related to litigation |
| 04/27/10 | M. Axel | 2.50 | Review and analysis of HDRESI-PRESP 00100631, documents HDRESI-CON00215186 through HDRESI-CON00215335 and HDRESI-PRESP 00100638, documents HDRESI-CON00216311 through HDRESI- |



|  |  |  | CON00216428 for issues related to litigation |
|---|---|---|---|
| 04/27/10 | L. Chavez | 5.00 | Review and analysis of HDRESI-PRESP00100601, documents HDRESI-CON00210196 through HDRESI CON000210351, HDRESI-PRESP00100611, documents HDRESI-CON00212008 through HDRESI CON00212273, HDRESI-PRESP00100642, documents HDRESI-CON00217143 through HDRESI CON00217177 for issues related to litigation |
| 04/27/10 | G. Fountain | 6.20 | Review and analysis of Batches 621, 623, 625, 627-628, 630, 640 HDRESI-Con 213653-213803, 213956-214112, 214263-214417, 214571-214873, 215033-215185 in Relativity Database for issues related to the litigation |
| 04/27/10 | T.   Rogers | 0.30 | Several conferences with co-counsel regarding determination of documents to experts and coordination of same |
| 04/27/10 | T. Rogers | 9.80 | Determine and search for ███████████ ████████████████████████████ |
| 04/27/10 | S. Stephens | 5.60 | Review and analysis of HDRESI_PRESP 100669-100675 documents in Relativity database, documents HDRESI-CON  222318-223314  reviewed for potential privilege |
| 04/27/10 | J. Tracey | 1.60 | Review and analysis of HDRESI-PRESP00100475, documents HDRESI-CON00154792 through HDRESI-CON00154816, HDRESI-PRESP00100605, documents HDRESI-CON00211077 through HDRESI-CON0021252 and HDRESI-PRESP00100607, documents HDRESI-CON00211253 through HDRESI-CON00211402 for issues related to litigation |
| 04/27/10 | J. Tracey | 2.30 | Review and analysis of HDRESI-PRESP00100608, documents HDRESI-CON00211554 through HDRESI- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 84

|  |  |  | CON00211703 for issues related to litigation |
|---|---|---|---|
| 04/27/10 | E. Wheeler | 5.20 | Review and analysis of HDR Batch HDRESI-PRESP001004983 and batch HDRESI-PRESP00100651 for issues related to litigation |
| 04/27/10 | R. Zarate | 5.00 | Review and analysis of HDR Batch HDRESI-PRESP100593, 100645 and partial of 100648 documents in Relativity database for substantive issues related to the Litigation and privilege review |
| 04/27/10 | E. Cornelius | 10.50 | Review and analysis of HDR Batch PRESP00100588, PRESP00100595, PRESP00100652 documents in Relativity Database, documents CON00208284 through CON00208357, CON00209265 through CON00209422 and CON00219158 through CON00219210 for issues related to litigation |
| 04/27/10 | S. Crosby | 15.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00209111 through HDR_C0N00209264, HDR_C0N00209583 through HDR_C0N00209734, HDR_C0N00213804 through HDR_C0N00213955, HDR_C0N00214113 through HDR_C0N00214262, HDR_C0N00214418 through HDR_C0N00214570, HDR_C0N00214874 through HDR_C0N00215032, HDR_C0N00215336 through HDR_C0N00215485, HDR_C0N00215703 through HDR_C0N00215852, HDR_C0N00234536 through HDR_C0N00234685, HDR_C0N00238670 through HDR_C0N00238835, HDR_C0N00238836 through HDR_C0N00238994, HDR_C0N00238995 through HDR_C0N00239145 reviewed for issues related to litigation |
| 04/27/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00100590, documents 52 through 151, |



|  |  |  |  |
|---|---|---|---|
|  |  |  | HDRESI-PRESP00100602 documents 1-150, and HDRESI-PRESP00100647, documents 1 through 41, for potential privilege |
| 04/27/10 | B. Rogers | 10.20 | Review and analysis of PRESPOO100584, PRESPOO100604, PRESPOO100633, PRESPOO100636, and PRESPOO100644 batch documents in Relativity Database, documents HDR_ESI-CON00207679 through 207753, 210713 through 211076 (various), 215486 through 215702, 216007 through 216156, and 217529 through 217686 for responsiveness, privilege, and issues related to litigation |
| 04/27/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100589 docs 51-150, HDRESI-PRESP00100100599 docs 1-152, HDRESI-PRESP00100100603 docs 1-150, HDRESI-PRESP00100100610 docs 1-150, HDRESI-PRESP00100100637 docs 1-25 for issues related to litigation |
| 04/27/10 | H. Webster | 12.00 | Review and analysis of HDRESI-PRESP00100702, documents 11 through 152, HDRESI-PRESP00100703, documents 1 through 151, HDRESI-PRESP00100704, documents 1 through 151, HDRESI-PRESP00100705, documents 1 through 150, HDRESI-PRESP00100706, documents 1 through 98 for issues related to litigation |
| 04/28/10 | W. Mason | 0.10 | Receive and review e-mail from Kurt Meaders regarding █████████████████ |
| 04/28/10 | W. Mason | 0.40 | Telephone conference with K Meaders re ██████████████ |
| 04/28/10 | W. Mason | 0.40 | Telephone conference with Tim Woodward regarding ███████████████ |
| 04/28/10 | W. Mason | 0.50 | Multiple telephone conferences with ████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 86

| | | | |
|---|---|---|---|
| 04/28/10 | W. Mason | 0.10 | Respond to Miles Stanislaw's April 17th e-mail regarding expert deposition |
| 04/28/10 | W. Mason | 0.30 | Telephone call from ███████████████ ████████████████████ |
| 04/28/10 | W. Mason | 11.40 | Work on ████████████████████ |
| 04/28/10 | K. Meaders | 0.30 | Receive and review Les King deposition |
| 04/28/10 | K. Meaders | 0.40 | Telephone call from W. Mason regarding ████████████████████ |
| 04/28/10 | K. Meaders | 0.50 | Questions to Tim Woodward and Jim Hickman regarding ██████████████ |
| 04/28/10 | K. Meaders | 0.30 | Receive and review supplement expert reports and coordination of supply to appropriate litigaiton members |
| 04/28/10 | K. Meaders | 0.30 | E-mails to Cori Steinmann regarding response to ████████████ |
| 04/28/10 | K. Meaders | 0.20 | Work on chart for ███████████ |
| 04/28/10 | K. Meaders | 1.00 | Telephone conference with Equivalent Data, Michael Berry and Kathy Gilman to establish single protocol for document handling |
| 04/28/10 | K. Meaders | 0.50 | Recap and formalization of process for document handling |
| 04/28/10 | K. Meaders | 0.30 | Follow-up on entries and uploading of documents to Xerdict |
| 04/28/10 | K. Meaders | 0.30 | Attention to providing ████████████, |


███████████████████████████

| 04/28/10 | K. Meaders | 1.00 | Conference with Lisa Henderson regarding research and document ████████████ ███████████ |
| 04/28/10 | K. Meaders | 0.30 | Research ████████████████████ |
| 04/28/10 | L. Henderson | 1.00 | Review █████████████████████ ██████████████████████ ████████████ |
| 04/28/10 | E. Weathers | 9.20 | Review and analyze "anticipation of litigation" ESI of Duty, Oural, Meyer, Masek, James, Lenz and Ranon |
| 04/28/10 | E. Knight | 4.90 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/28/10 | W. Richmond | 4.00 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/28/10 | R. Altamirano | 4.50 | Complete review and analysis of ESI documents batch no. PRESP00100643 and review and analysis of ESI documents batch nos. PRESP00100667 and PRESP00100668 for issues related to litigation |
| 04/28/10 | M. Axel | 4.40 | Review and analysis of HDRESI-PRESP 00100656, documents HDRESI-CON00219836 through HDRESI-CON00219969 for issues related to litigation |
| 04/28/10 | M. Axel | 0.60 | Review and analysis of HDRESI-PRESP 00100638, documents HDRESI-CON00216429 through HDRESI-CON00216460 |
| 04/28/10 | L. Chavez | 5.20 | Review and analysis of HDRESI-PRESP0010062, documents HDRESI-CON00217178 through HDRESI CON00217327, HDRESI-PRESP00100657, documents HDRESI-CON00219986 through HDRESI CON00220139 for issues related to litigation |


| 04/28/10 | G. Fountain | 2.20 | Review and analysis of Batch 641 and 761 HDRESI-Con 216611-217142, 236516-236669 in Relativity Database for issues related to the litigation |
| 04/28/10 | T. Rogers | 0.70 | Analysis of additional testimony of Mike Milhorn and Plaintiff's rebuttal expert reports and inclusion into HDR/Xerdict database |
| 04/28/10 | T. Rogers | 0.80 | Conference call with co-counsel and database administrator regarding protocol for getting outstanding and any forthcoming documents into database and to experts |
| 04/28/10 | T. Rogers | 0.30 | Several telephone calls with co-counsel and court reporter regarding depostiion testimony of Amanda Rice |
| 04/28/10 | T. Rogers | 7.60 | Begin page line deposition summary of Mike Milhorn |
| 04/28/10 | S. Stephens | 1.90 | Review and analysis of HDRESI_PRESP 100675-677 documents in Relativity database, documents HDRESI-CON 223315-223535 reviewed for potential privilege |
| 04/28/10 | M. Stringer | 9.30 | Review and analyze HDRESI-CON00211745 thru HDRESI-CON00211853, HDRESI-CON00219525 thru HDRESI-CON00219532, HDRESI-CON00219685 thru HDRESI-CON00219827 for issues related to litigation |
| 04/28/10 | J. Tracey | 4.30 | Review and analysis of HDRESI-PRESP00100653 documents HDRESI-CON00219333 through HDRESI-CON00219524 for issues related to litigation |
| 04/28/10 | R. Zarate | 4.80 | Review and analysis of HDR Batch HDRESI-PRESP100648, 100662 and 100664 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/28/10 | E. Cornelius | 8.10 | Review and analysis of HDR Batch PRESP00100652, PRESP00100663, PRESP00100678 documents in Relativity Database, documents CON00219211 through |


|            |            |         | CON00219332, CON00221022 through CON00221188, and CON00223678 through CON00223712 for issues related to litigation |
|------------|------------|---------|---|
| 04/28/10   | S. Crosby  | 14.00   | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00239146 through HDR_C0N00239295, HDR_C0N00239296 through HDR_C0N00239446, HDR_C0N00239447 through HDR_C0N00239617, HDR_C0N00239618 through HDR_C0N00239854, HDR_C0N00239855 through HDR_C0N00240033, HDR_C0N00240034 through HDR_C0N00240224, HDR_C0N00240225 through HDR_C0N00240474, HDR_C0N00240475 through HDR_C0N00240627, HDR_C0N00240628 through HDR_C0N00240821, HDR_C0N00240822 through HDR_C0N00240993, HDR_C0N00240994 through HDR_C0N00241143, HDR_C0N00241144 through HDR_C0N00241295, HDR_C0N00241296 through HDR_C0N00241446, HDR_C0N00241447 through HDR_C0N00241597, HDR_C0N00241598 through HDR_C0N00241747, HDR_C0N00241748 through HDR_C0N00241897, HDR_C0N00241898 through HDR_C0N00242048, HDR_C0N00242049 through HDR_C0N00242198, HDR_C0N00242199 through HDR_C0N00242356, HDR_C0N00242357 through HDR_C0N00242506, HDR_C0N00242507 through HDR_C0N00242549, HDR_C0N00238652 through HDR_C0N00238669 for issues related to litigation |
| 04/28/10   | L. Primas  | 13.00   | Review and analysis of HDRESI- |


|          |              |       |                                                                                                                                                                                                                                                                                                                                      |
|----------|--------------|-------|------------------------------------------------------------------|
|          |              |       | PRESP00100647 , documents 42 through 150, HDRESI-PRESP00100802, documents 1 through 152, and HDRESI-PRESP0010080, documents 1 through 27 for potential privilege |
| 04/28/10 | B.  Rogers   | 12.30 | Review and analysis of PRESPOO100644, PRESPOO100650, PRESPOO100658, PRESPOO100660, PRESPOO100661, and PRESPOO 666 batch documents in Relativity Database, documents HDR_ESI-CON00217687 through 217731, 218833 through 218992, 220139 through 220288, 220444 through 221501 for responsiveness, privilege, and issues related to litigation |
| 04/28/10 | K. Schwartz  | 11.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100637 docs 26-151, HDRESI-PRESP00100100649 docs 1-151, HDRESI-PRESP00100100659 docs 1-105 for issues related to litigation |
| 04/28/10 | H. Webster   | 11.30 | Review and analysis of  HDRESI-PRESP00100706, documents 99 through 151, HDRESI-PRESP00100707, documents 1 through 152, HDRESI-PRESP00100708, documents 1 through 159, HDRESI-PRESP00100709, documents 1 through 150, HDRESI-PRESP00100710, documents 1 through 120 for issues related to litigation |
| 04/29/10 | W. Mason     | 0.20  | Respond to e-mail from Miles Stanislaw regarding his claims we arbitrarily scheduled depositions without conferring with other counsel |
| 04/29/10 | W. Mason     | 0.30  | Receive and review e-mail from ███████████████████████ |
| 04/29/10 | W. Mason     | 12.80 | Meeting with ████████████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 91

| 04/29/10 | K. Meaders | 0.50 | Receive and review plaintiff's supplemental expert disclosures and coordination of appropriate dissimination among trial team and addition to Xerdict database |
| 04/29/10 | K. Meaders | 0.50 | Receive and review information on ███████ |
| 04/29/10 | K. Meaders | 0.30 | Telephone call to Jim Hickman to obtain ███████ |
| 04/29/10 | K. Meaders | 0.20 | Telephone call to Kathy Gilman regarding ███████ |
| 04/29/10 | L. Henderson | 0.20 | Review ███████ |
| 04/29/10 | M. Melle | 8.00 | Review, analyze and code documents for responsiveness, privilege and issues |
| 04/29/10 | E. Weathers | 2.20 | Review and analyze "anticipation of litigation" ESI of Masech and Ranon |
| 04/29/10 | E. Knight | 7.50 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/29/10 | W. Richmond | 2.40 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/29/10 | W. Richmond | 1.30 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 04/29/10 | C. Alm | 5.00 | Review and analysis of HDR Batch HDRESI-PRESP00100721, 100748, 100977 and 100978 documents in Relativity Database for substantive issues related to the litigation and privilege review |
| 04/29/10 | R. Altamirano | 6.00 | Review and analysis of ESI batch nos. PRESP00100654, PRESP00100667, |

135 Main St. ■ 14th Floor ■ San Francisco, California 94105
Telephone 415.537.3000 ■ Facsimile 415.781.2635 ■ Federal Tax ID 94-1033310 ■ AR@SDMA.COM ■ WWW.SDMA.COM


|            |               |       | PRESP00100765 and PRESP00100770 for issues related to litigation |
|------------|---------------|-------|---|
| 04/29/10   | M. Axel       | 5.80  | Review and analysis of HDRESI-PRESP 00100656, documents HDRESI-CON00219969 through HDRESI-CON00219985, HDRESI-PRESP 00100713, documents HDRESI-CON00229050 through HDRESI-CON00229200, HDRESI-PRESP 00100714, documents HDRESI-CON00229201 through HDRESI-CON00229351, HDRESI-PRESP 00100718, documents HDRESI-CON00229809 through HDRESI-CON00229825 for issues related to litigation |
| 04/29/10   | L. Chavez     | 2.80  | Review and analysis of HDRESI-PRESP00100684 documents in Relativity Database, documents HDRESI-CON00224592 through HDRESI CON00224653 for issues related to litigation |
| 04/29/10   | G. Fountain   | 4.50  | Review and analysis of Batch 762-764 HDRESI-Con 236670-236940, 236727-236754 in Relativity Database for issues related to the litigation |
| 04/29/10   | T. Rogers     | 5.20  | Aid in determinng locating additional supporting documents ███████████████ |
| 04/29/10   | T. Rogers     | 2.60  | Continue page line deposition summary of Mike Milhorn |
| 04/29/10   | S. Stephens   | 3.70  | Review and analysis of HDRESI_PRESP 100677, 100850-100859 documents in Relativity database, documents HDRESI-CON 223536-223677, 249919-251286 for potential privilege |
| 04/29/10   | J. Tracey     | 1.00  | Review and analysis of HDRESI-PRESP00100712, HDRESI-CON00228899 through HDRESI-CON00228938 for issues related to litigation |
| 04/29/10 E. | Wheeler      | 4.80  | Review and analysis of HDR Batch HDRESI-PRESP00100695 and commence Batch HDR Batch HDRESI-PRESP00100756 for issues related to litigation |


| 04/29/10 | R. Zarate | 3.50 | Review and analysis of HDR Batch HDRESI-PRESP100665 and 100720 documents in Relativity Database for substantive issues related to the Litigation and privilege review |
| 04/29/10 | K. Jones | 1.00 | Configuration of ████████████████ |
| 04/29/10 | E. Cornelius | 10.80 | Review and analysis of HDR Batch PRESP00100678, PRESP00100679, PRESP00100723 documents in Relativity Database, documents CON00223713 through CON0023828, CON00223829 through CON00223980, CON00230572 through CON00230721 for issues related to litigation |
| 04/29/10 | S. Crosby | 12.30 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00238498 through HDR_C0N00238651, HDR_C0N00238345 through HDR_C0N00238497, HDR_C0N00237739 through HDR_C0N00237889, HDR_C0N00237892 through HDR_C0N00238041, HDR_C0N00238042 through HDR_C0N00238192, HDR_C0N00238193 through HDR_C0N00238344, HDR_C0N00229959 through HDR_C0N00230113 reviewed for issues related to litigation |
| 04/29/10 | L. Primas | 13.00 | Review and analysis of HDRESI-PRESP00100803, documents 28 through 228, HDRESI-PRESP00100804, documents 1 through 155, HDRESI-PRESP00100805, documents 1 through 152, and HDRESI-PRESP00100806, documents 1 through 61, for potential privilege |
| 04/29/10 | B. Rogers | 9.00 | Review and analysis of PRESPOO100666, PRESPOO100682, PRESPOO100686, and PRESPOO100715 batch documents in Relativity Database, documents HDR_ESI-CON00221562 |



|            |              |       |                                                                                                                                                                                                                                                   |
|------------|--------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | through 221701, 224288 through 224439, 224894 through 225051, and 229352 through 229486 for responsiveness, privilege, and issues related to litigation                                                                                            |
| 04/29/10   | K. Schwartz  | 12.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100659 docs 105-155, HDRESI-PRESP00100100681  docs 1-150, HDRESI-PRESP00100100685 docs 1-150, HDRESI-PRESP00100100717 docs 1-150, and HDRESI-PRESP00100100722 docs 1-33 for issues related to litigation |
| 04/29/10   | H. Webster   | 13.30 | Review and analysis of  HDRESI-PRESP00100710, documents 121 through 150, HDRESI-PRESP00100711, documents 1 through 150, HDRESI-PRESP00100940, documents 1 through 256, HDRESI-PRESP00100936, documents 1 through 265, HDRESI-PRESP00100917, documents 1 through 120 for iIssues related to litigation |
| 04/30/10   | W. Mason     | 6.90  | Intrafirm conferences regarding ███████████████████████████████████████████                                                                                                                                                                      |
| 04/30/10   | W. Mason     | 0.20  | Review and respond to multiple e-mails from Miles Stanislaw regarding testifying witness from RMK                                                                                                                                                  |
| 04/30/10   | W. Mason     | 0.10  | Receive and review ████████████████████                                                                                                                                                                                                           |
| 04/30/10   | W. Mason     | 0.10  | Receive and review e-mail regarding Maxwell availability and location (subject to motion on file)                                                                                                                                                  |
| 04/30/10   | W. Mason     | 0.10  | Review and respond to e-mail from Jim Hickman regarding ████████████                                                                                                                                                                              |
| 04/30/10   | W. Mason     | 0.20  | Review and respond to e-mail from Richard                                                                                                                                                                                                          |


|            |               |       | Harrison regarding not being inclined to release Gillespie at this point |
|------------|---------------|-------|------------------------------------------------------------------------|
| 04/30/10   | K. Meaders    | 0.40  | Meeting with Wayne Mason regarding deposition schedule and coverages |
| 04/30/10   | K. Meaders    | 0.30  | Attention to obtaining Xerdict access for additional users |
| 04/30/10   | K. Meaders    | 0.30  | Attention to obtaining Relativity access for additional users and e-mails to EQD regarding same |
| 04/30/10   | K. Meaders    | 0.40  | Initial preparation for Menzies deposition |
| 04/30/10   | K. Meaders    | 0.70  | Initial preparation for Moynihan deposition |
| 04/30/10   | K. Meaders    | 0.50  | Receive and review ███████████ |
| 04/30/10   | K. Meaders    | 0.30  | Receive and review discovery access on Xerdict |
| 04/30/10   | K. Meaders    | 0.40  | Receive, review and approve deposition scheduling and calendar |
| 04/30/10   | L. Henderson  | 2.90  | Review database of pleadings and discovery documents and ███████████ |
| 04/30/10   | M. Melle      | 4.20  | Review, analyze and code documents for privilege, responsiveness and issues |
| 04/30/10   | C. Steinmann  | 9.10  | Work on Motion in support of ███████████ review hot documents |
| 04/30/10   | E. Weathers   | 4.00  | Review and analyze "anticipation of litigation" ESI of unknown custodians |
| 04/30/10   | E. Knight     | 14.20 | Review and analyze voluminous client documents for privilege and responsiveness |
| 04/30/10   | C. Alm        | 3.00  | Review and analysis of HDR Batch HDRESI-PRESP00100979, 100980 and 100981 documents in Relativity Database for substantive issues related to the litigation and privilege |


review

| 04/30/10 | R. Altamirano | 4.00 | Review and analysis of ESI batch nos. PRESP00100766 and PRESP00100767 for issues related to litigation |
| 04/30/10 | M. Axel | 0.90 | Review and analysis of HDRESI-PRESP 00100718, documents HDRESI-CON00229825 through HDRESI-CON00229848 and HDRESI-PRESP 00100718, documents HDRESI-CON00229848 through HDRESI-CON00229958 for issues related to litigation |
| 04/30/10 | L. Chavez | 4.60 | Review and analysis of HDRESI-PRESP00100684, documents HDRESI-CON00224653 through HDRESI CON00224743 and HDRESI-PRESP00100736, documents HDRESI-CON00232543 through HDRESI CON00233609 for issues related to litigation |
| 04/30/10 | G. Fountain | 6.60 | Review and analysis of Batch 750-754 HDRESI-Con 234686-235408 in Relativity Database for issues related to the litigation |
| 04/30/10 | T. Rogers | 2.30 | Work on changes to HDR/Xerdict database |
| 04/30/10 | T. Rogers | 7.40 | Continue page line depositiion summary of Mike Milhorn |
| 04/30/10 | S. Stephens | 2.80 | Review and analysis of HDRESI_PRESP 100859-866 documents in Relativity database, documents HDRESI-CON 251287-252492 for potential privilege |
| 04/30/10 | M. Stringer | 5.40 | Review and analyze HDRESI-CON00229597 thru HDRESI-CON00229651, HDRESI-CON00231174 thru HDRESI-CON00231324 and HDRESI-CON00231633 thru HDRESI-CON00231754 for issues related to litigation |
| 04/30/10 | E. Wheeler | 5.40 | Review and analyze HDR Batch number HDRESI-PREP00100756 Batch HDRESI-PREP00100757 for issues related to litigation |
| 04/30/10 | R. Zarate | 3.00 | Review and analysis of HDR Batch HDRESI-PRESP100724 and 100815 documents in Relativity Database for substantive issues related |


|            |               |       | to the Litigation and privilege review |
|------------|---------------|-------|----------------------------------------|
| 04/30/10 K. | Jones        | 1.50  | Configuration of █████████████████████ |
| 04/30/10   | E. Cornelius  | 13.10 | Review and analysis of HDR Batch PRESP00100652, PRESP00100663, PRESP00100678 documents in Relativity Database, documents CON00219211 through CON00219332, CON00221022 through CON00221188, CON00223678 through CON00223712 for issues related to litigation |
| 04/30/10   | S. Crosby     | 7.30  | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00229959 through HDR_C0N00230113, HDR_C0N00258038 through HDR_C0N00259194, HDR_C0N00258195 through HDR_C0N00258346, HDR_C0N00258347 through HDR_C0N00258507, HDR_C0N00258508 through HDR_C0N00404402, HDR_C0N00404403 through HDR_C0N00433239, HDR_C0N00246256 through HDR_C0N00246405, HDR_C0N00246406 through HDR_C0N00246556 for issues related to litigation |
| 04/30/10   | L. Primas     | 13.00 | Review and analysis of batch HDRESI-PRESP00100806, documents 62 through 150, HDRESI-PRESP00100807, documents 70 through 150, HDRESI-PRESP00100808, documents 1 through 150, and HDRESI-PRESP00100809, documents 1 through 54, for potential privilege |
| 04/30/10 B. | Rogers       | 11.70 | Review and analysis of PRESPOO100715, PRESPOO100725, PRESPOO100729, PRESPOO100732, PESPOO100733, and PRESPOO100735 batch documents in Relativity Database, documents HDR_ESI-CON00229487 through 229501, 230874 through 231023, 231483 through 231632, 231936 through |



|            |               |       | 232085, 232086 through 232236, and 232388 through 232464 for responsiveness, privilege, and issues related to litigation |
|------------|---------------|-------|---|
| 04/30/10   | K. Schwartz   | 12.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100722 docs 34-152, HDRESI-PRESP00100100731 docs 1-151, HDRESI-PRESP00100100734 docs 1-151, and HDRESI-PRESP00100100737 docs 1-40 for issues related to litigation |
| 04/30/10   | H. Webster    | 11.80 | Review and analysis of HDRESI-PRESP00100917, documents 121 through 150, HDRESI-PRESP00100918, documents 1 through 150, HDRESI-PRESP00100919, documents 1 through 150, HDRESI-PRESP00100920, documents 1 through 152 HDRESI-PRESP00100921, documents 1 through 163, HDRESI-PRESP00100922, documents 1 through 73 for issues related to litigation |

Total Hours        3,713.40
**Total Fee Amount     $536,754.50**

**Fee Summary:**

| Timekeeper    | Hours Worked | Billing Rate | Fee Amount  |
|---------------|--------------|--------------|-------------|
| T. Betanzos   | 34.70        | 325.00       | $11,277.50  |
| W. Mason      | 208.10       | 455.00       | 94,685.50   |
| K. Meaders    | 95.30        | 330.00       | 31,449.00   |
| T. Gamble     | 143.60       | 280.00       | 40,208.00   |
| L. Henderson  | 4.10         | 260.00       | 1,066.00    |
| M. Melle      | 95.00        | 185.00       | 17,575.00   |
| C. Steinmann  | 47.30        | 225.00       | 10,642.50   |
| E. Weathers   | 115.10       | 185.00       | 21,293.50   |
| E. Knight     | 203.80       | 165.00       | 33,627.00   |
| W. Richmond   | 147.40       | 165.00       | 24,321.00   |
| C. Alm        | 65.60        | 115.00       | 7,544.00    |
| R. Altamirano | 68.90        | 115.00       | 7,923.50    |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

May 31, 2010
Invoice No. 964916
Page 99

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| M. Axel | 105.90 | 115.00 | 12,178.50 |
| L. Chavez | 33.20 | 115.00 | 3,818.00 |
| G. Fountain | 65.60 | 115.00 | 7,544.00 |
| S. Quintanar | 0.90 | 115.00 | 103.50 |
| T. Rogers | 158.80 | 115.00 | 18,262.00 |
| S. Stephens | 42.00 | 115.00 | 4,830.00 |
| M. Stringer | 9.80 | 0.00 | 0.00 |
| M. Stringer | 118.40 | 125.00 | 14,800.00 |
| J. Tracey | 53.30 | 115.00 | 6,129.50 |
| E. Wheeler | 64.40 | 115.00 | 7,406.00 |
| R. Zarate | 117.40 | 90.00 | 10,566.00 |
| K. Jones | 7.00 | 225.00 | 1,575.00 |
| E. Cornelius | 291.90 | 85.00 | 24,811.50 |
| S. Crosby | 269.20 | 85.00 | 22,882.00 |
| L. Primas | 322.30 | 85.00 | 27,395.50 |
| B. Rogers | 265.70 | 85.00 | 22,584.50 |
| K. Schwartz | 281.00 | 85.00 | 23,885.00 |
| H. Webster | 277.70 | 85.00 | 23,604.50 |
| Total | **3,713.40** | | **$536,754.50** |

**Disbursements:**

03/09/10   Travel/Lodging Betanzos, Todd E. / DA                        211.68
03/09/10 Travel/Individual   Meals Betanzos, Todd E. / DA                22.39
03/10/10   Travel/Lodging Betanzos, Todd E. / DA                        211.68
03/10/10 Travel/Individual   Meals Betanzos, Todd E. / DA                5.18
03/10/10 Travel/Individual   Meals Betanzos, Todd E. / DA                47.88
03/11/10   Travel/Lodging Betanzos, Todd E. / DA                        211.68
03/11/10 Travel/Individual   Meals Betanzos, Todd E. / DA                23.93
03/12/10 Travel/Individual   Meals Betanzos, Todd E. / DA                26.51
03/14/10   Travel/Mileage Betanzos, Todd E. / DA                         25.00
03/14/10   Travel/Lodging Betanzos, Todd E. / DA                        223.63
03/14/10   Other Travel-related expenses Betanzos, Todd E. / DA          10.00
03/14/10   Travel/Air Fare Betanzos, Todd E. / DA                       574.40
03/15/10 Travel/Individual   Meals Betanzos, Todd E. / DA                7.81
03/15/10 Travel/Car   Rental Betanzos, Todd E. / DA                     356.52
03/15/10   Parking/Tolls Betanzos, Todd E. / DA                         173.06
03/16/10   Travel/Lodging Betanzos, Todd E. / DA                        535.36
03/16/10 Travel/Individual   Meals Betanzos, Todd E. / DA                8.32



| | | |
|---|---|---:|
| 03/16/10 | Travel/Air Fare Betanzos, Todd E. / DA | 391.70 |
| 03/17/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 29.10 |
| 03/18/10 | Travel/Lodging Mason, Wayne B. / DA- | 346.08 |
| 03/18/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 6.21 |
| 03/18/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 3.21 |
| 03/18/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 2.30 |
| 03/18/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 17.00 |
| 03/18/10 | Travel/Group Meals Mason, Wayne B. / DA- | 168.98 |
| 03/18/10 | Travel/Air Fare Mason, Wayne B. / DA- | 637.40 |
| 03/19/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 03/19/10 | Delivery/Messenger   Service Federal Express Corporation | 21.42 |
| 03/19/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 21.10 |
| 03/19/10 | Travel/Car   Rental Betanzos, Todd E. / DA | 179.87 |
| 03/19/10 | Parking/Tolls Betanzos, Todd E. / DA | 131.29 |
| 03/22/10 | Taxi/Trains/Local Trans. Betanzos, Todd E. / DA | 90.75 |
| 03/22/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 27.10 |
| 03/22/10 | Travel/Air Fare Betanzos, Todd E. / DA | 1,859.39 |
| 03/22/10 | Travel/Air Fare Mason, Wayne B. / DA- | 687.90 |
| 03/22/10 | Travel/Air Fare Mason, Wayne B. / DA- | 729.70 |
| 03/23/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 03/23/10 | Travel/Lodging Mason, Wayne B. / DA- | 232.88 |
| 03/23/10 | Travel/Lodging Betanzos, Todd E. / DA | 571.36 |
| 03/23/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 96.52 |
| 03/23/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 4.49 |
| 03/23/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 29.23 |
| 03/23/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 9.91 |
| 03/23/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 14.00 |
| 03/23/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 10.00 |
| 03/23/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 7.00 |
| 03/23/10 | Travel/Air Fare Mason, Wayne B. / DA- | 386.40 |
| 03/23/10 | Parking/Tolls Betanzos, Todd E. / DA | 52.51 |
| 03/24/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 22.10 |
| 03/25/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 62.15 |
| 03/25/10 | Travel/Car   Rental Mason, Wayne B. / DA- | 54.23 |
| 03/26/10 | Delivery/Messenger   Service Federal Express Corporation | 11.42 |
| 03/26/10 | Delivery/Messenger   Service Federal Express Corporation | 9.34 |
| 03/26/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 7.00 |
| 03/26/10 | Travel/Air Fare Mason, Wayne B. / DA- | 258.20 |
| 03/28/10 | Travel/Lodging Betanzos, Todd E. / DA | 649.04 |
| 03/28/10 | Travel/Individual   Meals Betanzos, Todd E. / DA | 8.31 |
| 03/28/10 | Travel/Air Fare Betanzos, Todd E. / DA | 540.40 |


| | | |
|---|---|---:|
| 03/29/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 27.40 |
| 03/29/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 3.70 |
| 03/29/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 37.59 |
| 03/29/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 3.00 |
| 03/30/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 03/30/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 65.53 |
| 03/30/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 27.41 |
| 03/30/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 2.09 |
| 03/30/10 Travel/Car | Rental Betanzos, Todd E. / DA | 275.91 |
| 03/30/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 26.74 |
| 03/30/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 8.53 |
| 03/30/10 | Travel/Group Meals Betanzos, Todd E. / DA | 21.83 |
| 03/30/10 | Parking/Tolls Betanzos, Todd E. / DA | 78.77 |
| 03/31/10 Travel/Mileage | Mason, Wayne B. / DA- | 10.00 |
| 03/31/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 03/31/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 44.34 |
| 03/31/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 5.57 |
| 03/31/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 9.83 |
| 03/31/10 Travel/Individual | Meals Betanzos, Todd E. / DA | 6.95 |
| 03/31/10 | Travel/Air Fare Mason, Wayne B. / DA- | 70.00 |
| 03/31/10 | Parking/Tolls Mason, Wayne B. / DA- | 78.75 |
| 03/31/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 04/01/10 | Telephone FTWALTNBCH FL (185)024-0292 | 4.64 |
| 04/01/10 | Telephone HOUSTON TX (171)393-9452 | 0.96 |
| 04/01/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 04/01/10 | Photocopy (21 @ $0.15) | 3.15 |
| 04/01/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 72.40 |
| 04/01/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 15.15 |
| 04/01/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 29.32 |
| 04/01/10 Postage | | 1.73 |
| 04/01/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 04/01/10 | Parking/Tolls Mason, Wayne B. / DA- | 10.00 |
| 04/02/10 | Telephone HOUSTON TX (171)346-0145 | 0.16 |
| 04/02/10 | Telephone HOUSTON TX (171)346-0145 | 0.40 |
| 04/02/10 Delivery/Messenger | Service Federal Express Corporation | 42.57 |
| 04/02/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 29.32 |
| 04/02/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 3.68 |
| 04/02/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 4.97 |
| 04/02/10 | Travel/Group Meals Mason, Wayne B. / DA- | 21.03 |
| 04/02/10 | Travel/Air Fare Mason, Wayne B. / DA- | 75.00 |
| 04/03/10 Travel/Car | Rental Mason, Wayne B. / DA- | 108.47 |


| 04/05/10 | Telephone HOUSTON    TX (171)393-9450 | 0.08 |
| 04/05/10 | Travel/Mileage Betanzos, Todd E. / DA | 25.00 |
| 04/05/10 | Taxi/Trains/Local Trans. Betanzos, Todd E. / DA | 20.00 |
| 04/05/10 | Travel/Lodging Betanzos, Todd E. / DA | 143.45 |
| 04/05/10 | Other Travel-related expenses Betanzos, Todd E. / DA | 4.00 |
| 04/05/10 | Travel/Group Meals Betanzos, Todd E. / DA | 131.00 |
| 04/05/10 | Travel/Air Fare Betanzos, Todd E. / DA | 544.40 |
| 04/06/10 | Telephone   NEWARK    NJ (197)382-0113 | 0.08 |
| 04/06/10 | Photocopy (4 @ $0.15) | 0.60 |
| 04/06/10 | Travel/Individual    Meals Betanzos, Todd E. / DA | 20.65 |
| 04/06/10 | Travel/Group Meals Betanzos, Todd E. / DA | 25.51 |
| 04/07/10 | Telephone TAMPA    FL (181)328-9070 | 0.16 |
| 04/07/10 | Telephone TAMPA    FL (181)328-9070 | 0.16 |
| 04/08/10 | Telephone   BAILEY    CO (130)383-8144 | 0.32 |
| 04/09/10 | Telephone HOUSTON    TX (171)393-9450 | 0.16 |
| 04/09/10 | Telephone HOUSTON    TX (171)393-9452 | 2.48 |
| 04/09/10 | Telephone   BAILEY    CO (130)383-8144 | 0.48 |
| 04/09/10 | Photocopy (2 @ $0.15) | 0.30 |
| 04/09/10 | Delivery/Messenger    Service Federal Express Corporation | 11.36 |
| 04/12/10 | Telephone TAMPA    FL (181)328-9070 | 0.40 |
| 04/12/10 | Lexis | 7.97 |
| 04/12/10 | Lexis | 20.75 |
| 04/12/10 | Lexis | 27.92 |
| 04/12/10 | Lexis | 6.93 |
| 04/12/10 | Lexis | 45.61 |
| 04/13/10 | Telephone TAMPA    FL (181)323-0731 | 0.16 |
| 04/13/10 | Telephone TAMPA    FL (181)328-2235 | 0.16 |
| 04/15/10 | Telephone HOUSTON    TX (171)393-9450 | 0.16 |
| 04/16/10 | Telephone LAKELAND  FL (186)366-7234 | 0.16 |
| 04/16/10 | Telephone BOISE    ID (120)885-3767 | 0.08 |
| 04/16/10 | Telephone LAKELAND  FL (186)366-7234 | 0.16 |
| 04/16/10 | Telephone TAMPA    FL (181)328-9070 | 0.32 |
| 04/16/10 | Telephone   WINCHESTER MA (178)172-1403 | 0.08 |
| 04/16/10 | Telephone LAS VEGAS  NV (170)259-6003 | 0.08 |
| 04/16/10 | Telephone BOISE    ID (120)894-9651 | 0.32 |
| 04/16/10 | Telephone LAKELAND  FL (186)366-7234 | 0.32 |
| 04/16/10 | Telephone TAMPA    FL (181)328-9070 | 0.16 |
| 04/16/10 | Telephone   WINCHESTER MA (178)172-1403 | 0.16 |
| 04/16/10 | Telephone NORWELL    MA (178)142-4992 | 0.24 |
| 04/16/10 | Telephone LAKELAND  FL (186)364-0930 | 0.16 |
| 04/16/10 | Telephone LAKELAND  FL (186)366-7234 | 0.16 |



| | | |
|---|---|---:|
| 04/16/10 | Telephone BOISE     ID (120)885-3767 | 0.08 |
| 04/16/10 | Telephone LAS VEGAS  NV (170)259-6030 | 0.08 |
| 04/16/10 | Telephone LAS VEGAS  NV (170)259-6003 | 0.16 |
| 04/19/10 | Telephone HOUSTON    TX (171)393-9452 | 0.16 |
| 04/19/10 | Telephone BOISE     ID (120)885-3767 | 0.08 |
| 04/19/10 | Telephone WALTHAM    MA (178)190-7933 | 0.16 |
| 04/19/10 | Telephone NORWELL    MA (178)142-4391 | 0.08 |
| 04/19/10 | Telephone BOISE     ID (120)885-3767 | 0.08 |
| 04/19/10 | Telephone BOISE     ID (120)894-9651 | 0.16 |
| 04/19/10 | Telephone    NEWARK     NJ (197)382-0113 | 0.08 |
| 04/20/10 | Telephone    OMAHA     NE (140)239-9130 | 0.32 |
| 04/20/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 04/20/10 | Photocopy (3 @ $0.15) | 0.45 |
| 04/21/10 | Telephone    OMAHA     NE (140)239-9130 | 1.36 |
| 04/21/10 | Telephone    OMAHA     NE (140)239-9130 | 0.32 |
| 04/21/10 | Telephone    OMAHA     NE (140)239-9130 | 0.16 |
| 04/21/10 | Telephone    OMAHA     NE (140)239-9130 | 0.88 |
| 04/21/10 | Photocopy (2 @ $0.15) | 0.30 |
| 04/22/10 | Telephone HOUSTON    TX (171)393-9450 | 0.32 |
| 04/22/10 | Telephone TAMPA     FL (181)328-9070 | 0.24 |
| 04/23/10 | Telephone ORLANDO    FL (140)789-8420 | 0.16 |
| 04/23/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 04/23/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 04/23/10 | Photocopy (8 @ $0.15) | 1.20 |
| 04/26/10 | Telephone ORLANDO    FL (140)789-8420 | 0.24 |
| 04/27/10 | Telephone LAS VEGAS  NV (170)259-6003 | 0.56 |
| 04/27/10 | Telephone HOUSTON    TX (171)393-9450 | 0.08 |
| 04/27/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 04/27/10 | Telephone HOUSTON    TX (171)393-9450 | 0.72 |
| 04/27/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 04/27/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 04/27/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 04/27/10 | Telephone HOUSTON    TX (171)393-9450 | 0.08 |
| 04/27/10 | Travel/Lodging Mason, Wayne B. / DA- | 256.48 |
| 04/27/10 | Photocopy (6 @ $0.15) | 0.90 |
| 04/27/10 | Photocopy (4 @ $0.15) | 0.60 |
| 04/27/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 3.63 |
| 04/27/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 44.98 |
| 04/27/10 | Travel/Air Fare Mason, Wayne B. / DA- | 60.00 |
| 04/27/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 04/28/10 | Telephone TAMPA     FL (181)328-2230 | 0.16 |


| Date | Description | Amount |
|---|---|---|
| 04/28/10 | Telephone ORLANDO   FL (140)789-8420 | 0.72 |
| 04/28/10 | Travel/Lodging Mason, Wayne B. / DA- | 256.48 |
| 04/28/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 15.00 |
| 04/28/10 | Travel/Group Meals Mason, Wayne B. / DA- | 59.49 |
| 04/28/10 | Travel/Group Meals Mason, Wayne B. / DA- | 393.84 |
| 04/28/10 | Travel/Air Fare Mason, Wayne B. / DA- | 268.40 |
| 04/28/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 04/29/10 | Telephone TAMPA     FL (181)328-9070 | 0.24 |
| 04/29/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 04/29/10 | Telephone   AUSTIN   TX (151)241-3945 | 0.96 |
| 04/29/10 | Travel/Mileage   Mason, Wayne B. / DA- | 20.00 |
| 04/29/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 37.16 |
| 04/29/10 | Travel/Car   Rental Mason, Wayne B. / DA- | 127.67 |
| 04/29/10 | Travel/Air Fare Mason, Wayne B. / DA- | 70.00 |
| 04/29/10 | Parking/Tolls Mason, Wayne B. / DA- | 78.77 |
| 04/30/10 | Telephone   NEWARK   NJ (197)382-0113 | 0.08 |
| 04/30/10 | Telephone   AUSTIN   TX (151)290-5089 | 2.40 |
| 04/30/10 | Photocopy (4 @ $0.15) | 0.60 |

**Total Disbursements    $15,400.35**

**Total Due    $552,154.85**

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick, Detert, Moran & Arnold LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sdma.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick, Detert, Moran and Arnold LLP<br>CITIUS33<br>File Number & Invoice Number |

## Expense Report - Transmittal Report



ER00000031642100039

**Spender** Todd E Betanzos     **From** Mar 9, 2010   **To** Apr 14, 2010     **Reimbursement Amt** 2,131.35 USD

**Report name** Tampa trip to work with experts on report prep

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 15 | Audit required | Yes |
| Number of receipts to submit | 13 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):
Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/9/10 | Individual Meal | United St... | 22.39 USD | Jennifer M. Arevalo |
| 3/9/10 | Lodging | United St... | 211.68 USD | Jennifer M. Arevalo |
| 3/10/10 | Individual Meal | United St... | 5.18 USD | Jennifer M. Arevalo |
| 3/10/10 | Lodging | United St... | 211.68 USD | Jennifer M. Arevalo |
| 3/10/10 | Individual Meal | United St... | 47.88 USD | Jennifer M. Arevalo |
| 3/11/10 | Lodging | United St... | 211.68 USD | Jennifer M. Arevalo |
| 3/11/10 | Individual Meal | United St... | 23.93 USD | Jennifer M. Arevalo |
| 3/12/10 | Individual Meal | United St... | 26.51 USD | Jennifer M. Arevalo |
| 3/14/10 | Airfare | United St... | 574.40 USD | Jennifer M. Arevalo |
| 3/14/10 | Lodging | United St... | 223.63 USD | Jennifer M. Arevalo |
| 3/15/10 | Car Rental | United St... | 356.52 USD | Jennifer M. Arevalo |
| 3/15/10 | Individual Meal | United St... | 7.81 USD | Jennifer M. Arevalo |
| 3/15/10 | Parking or Tolls | United St... | 173.06 USD | Jennifer M. Arevalo |



# INTERCONTINENTAL.
## HOTELS & RESORTS

| | | |
|---|---|---|
| **Todd Betanzos**<br>**3501 Woodhaven Dr**<br>**Dallas, TX 75234**<br>**US** | Folio No.        : **149247**<br>A/R Number  :<br>Group Code  :<br>Company       :<br>Membership No. : **PC**    **718306776**<br>Invoice No.   : | Room No.   : **0734**<br>Arrival        : **03-09-10**<br>Departure  : **03-12-10**<br>Reference  :<br>Rate Code  : **IGCOR**<br>Page No.   : **1 of 1** |

We hope you have enjoyed your visit to the InterContinental Tampa. Your feedback is greatly appreciated at intercontampa@destinationhotels.com.
We also encourage you to share your experience on expedia.com, travelocity.com, tripadvisor.com, or another traveler review website you may have visited when selecting a hotel.

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-09-10 | *Accommodation | 189.00 | |
| 03-09-10 | Occupancy Tax | 9.45 | |
| 03-09-10 | Sales Tax | 13.23 | |
| 03-10-10 | Private Dining      #734 : CHECK #116944 — Dinner | 47.88 | |
| 03-10-10 | *Accommodation | 189.00 | |
| 03-10-10 | Occupancy Tax | 9.45 | |
| 03-10-10 | Sales Tax | 13.23 | |
| 03-11-10 | Private Dining      #734 : CHECK #116960 — Breakfast | 23.93 | |
| 03-11-10 | *Accommodation | 189.00 | |
| 03-11-10 | Occupancy Tax | 9.45 | |
| 03-11-10 | Sales Tax | 13.23 | |
| 03-12-10 | Private Dining      #734 : CHECK #117004 — Breakfast | 26.51 | |
| 03-12-10 | American Express                         XXXXXXXXXXX1008 | | 733.36 |

Thank you for staying at the InterContinental Tampa.  Qualifying points for this stay will automatically be credited to your account.  To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com.  We look forward to welcoming you back soon.

| | Total | 733.36 | 733.36 |
|---|---|---|---|
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

```
                                        1326
        Todd Betanzos                   209.00
                                        1
        3501 Woodhaven Dr               80839      EX-A
        Dallas, TX 75234-5158           1
                                        13-MAR-10   18:43
                                        15-MAR-10
                                        AX

    13-MAR-10   RT1326      Room Charge                          209.00
    13-MAR-10   RT1326      State Tax                             14.63
    13-MAR-10   RT1326      Occupancy/Tourism                     10.45
    13-MAR-10   0358        In Room Dining                        35.05
    13-MAR-10   1326        Parking Valet - Overnight              7.00
    14-MAR-10   RT1326      Room Charge                          209.00
    14-MAR-10   RT1326      State Tax                             14.63
    14-MAR-10   RT1326      Occupancy/Tourism                     10.45
    14-MAR-10   09280       Refreshment Center                     5.00
    14-MAR-10   1326        Parking Valet - Overnight              7.00
    15-MAR-10   AX          American Express            522.21-

                           Balance Due                 0.00
```

_Personal - Do Not Charge Client_ (handwritten)

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

                    ** continued on the next page **

_** Only charge night of 3/14/10 to HQR._ (handwritten)

```
Todd Betanzos
FOLIO  80839    13-MAR-10
```

```
                                1326
     Todd Betanzos              209.00
                                1
     3501 Woodhaven Dr          80839      EX-A
     Dallas, TX 75234-5158      2
                                13-MAR-10  18:43
                                15-MAR-10
                                AX
```

EXPENSE REPORT SUMMARY

| Date | Romm & Tax | Food & Bev | Telecom | Other | Total | Payment |
|------|-----------|-----------|---------|-------|-------|---------|
| 13-MAR-10 | 234.08 | 35.05 | 0.00 | 7.00 | 276.13 | 0.00 |
| 14-MAR-10 | 234.08 | 5.00 | 0.00 | 7.00 | 246.08 | 0.00 |
| Total | 468.16 | 40.05 | 0.00 | 14.00 | 522.21 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 916
Starpoints for this visit B716283435.

Todd Betanzos
FOLIO  80839    13-MAR-10



**Farmer, Judith**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Monday, March 08, 2010 9:37 AM |
| **To:** | Betanzos, Todd |
| **Subject:** | Your Trip Information - Tampa 3/9/10 |

*ORBITZ FOR BUSINESS*

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Todd,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 3/9/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa 3/9/10
This trip includes **flights and hotel** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601Z127VA5U |
| **Airline record locator:** | American Airlines - DABXJB |
| **Ticket numbers:** | 0017841043917 |

| **Traveler(s)** | **Frequent flier details** | |
|---|---|---|
| TODD BETANZOS | American Airlines AAdvantage | 7VW2008 |

**Leave Tuesday, March 9, 2010**

**American Airlines 1316** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

| Depart: | 4:55pm | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |
|---|---|---|
| Arrive: | 8:10pm | **Tampa, FL** Tampa International (TPA) |

**Seat:** 9B | Your flight is confirmed. Seat is confirmed. You may **review seats.**
**Upgrade confirmed.**

**Return Monday, March 15, 2010**

**American Airlines 1284** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles

| Depart: | 6:05pm | **Tampa, FL** Tampa International (TPA) |
|---|---|---|
| Arrive: | 8:00pm | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |

**Seat:** 10D | Your flight is confirmed. Seat is confirmed. You may **review seats.**
**Upgrade requested.**

## Hotel reservation

**Orbitz Record Locator:** Z26RVO
**Hotel Confirmation number:** 63247745
**Reservation made for:** Todd Betanzos
**Total charges :** 756.00 USD (taxes not included)

| | | |
|---|---|---|
| InterContinental TAMPA | 4860 W. KENNEDY BOLE<br>Tampa, FL 33609 | Phone: 1-813-2864400<br>Fax: 1-813-2864053 |
| **Check-in:** Mon, Mar 8, 2010 | 1500 | |
| **Check-out:** Fri, Mar 12, 2010 | 1200 | |

**Room description:** Best flexible rate 1 king bed deluxe 338 sq ft rooms with a king bed with plush linens. Each roomhas minibars in
1 King bed deluxe

## Cost summary and billing information

### Flight cost summary

**Flight cost - 3/4/10**

| | |
|---|---|
| Airfare #0017841041267 | $395.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Flight cost** | **$402.40** |

**Exchange cost - 3/8/10**

| | |
|---|---|
| Airfare #0017841043917 | $395.40 |
| Previous airfare | -$395.40 |
| **Airfare difference** | **$0.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$172.00 USD** |
| **Grand total itinerary cost to-date** | **$574.40 USD** |

### Billing information

**Card holder's Name:**
Todd E Betanzos

**Card type:**
American Express

**Card number:**
xxxxxxxxxxx1008

### Hotel cost summary

| Room rate | Mon | Tue | Wed | Thu |
|---|---|---|---|---|
| Mar 8-Mar 11 | $189 | $189 | $189 | $189 |

| | |
|---|---|
| Applicable taxes: | 12 PCT TAX PER NIGHT (not included) |
| Total room cost: | $756.00 |
| **Total charges\*** | **$756.00** |
| Amount payable at hotel: | $756.00 (taxes not included) |
| Amount charged to your credit card: | $0.00 USD |

### Billing information

**Card holder's Name:**
Todd Betanzos

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx6884

3/8/2010

**\*\*Taxes not included. 12 PCT TAX PER NIGHT**

**\*Note: Hotel cost displayed above does not include hotel taxes and fees.**

## Trip reference field information

### Flight
**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

### Hotel
**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.

Thank you for choosing Orbitz for Business,

Orbitz for Business Team

Enjoy your trip!

**Great rates**

 Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

3/8/2010

**Farmer, Judith**

**From:**     FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:**     Monday, March 15, 2010 9:38 PM
**To:**       Farmer, Judith; Betanzos, Todd
**Cc:**        Sent Reservations
**Subject:**  Airport Parking Receipt-Todd Betanzos

```
FreedomPark
Airport Parking Receipt

***Summary of Charges**********************************************************
* Control#   Customer Name   Departure Date Return Date  Total Discount Total Charge *
* 1158570    Todd Betanzos  3/9/2010         3/15/2010         ($10.74)      $173.06 *
*******************************************************************************
```

Charges for AMEX ending in 1008 - personal

| Description | Qty | Rate | PreTax | Sales Tax | Airport Fee | Total | |
|---|---|---|---|---|---|---|---|
| Parking | 7 | $22.00 | $154.00 | $12.71 | $17.09 | $183.80 | |
| Parking | 2 | ($4.50) | ($9.00) | ($0.74) | ($1.00) | ($10.74) | Extended Stay Discount |
| | | | | Parking Subtotal | | $173.06 | |

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

***RECLAIM YOUR FREE TIME*** Let FreedomPark handle your vehicle care items while you are
traveling, and liberate your free time.  We offer a full service interior/exterior car
wash.  Or bump it up a level and get a carpet shampoo or hand wax.  Or make it showroom
new with a full detail.  Oil change overdue?  Let FreedomPark take care of it while you're
gone.  State Inspection Expired?  We can handle it.  Or, if you need DEALERSHIP SERVICE,
we can shuttle your car to and from the dealer while you're out of town (please see list
of dealerships on our website).  Go ahead, plan to sleep in this Saturday.  We're on it.

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com

*Breakfast*

BAY BREEZE CAFE
5426 BAY CENTER DR #125
TAMPA FL 33609
813-282-8100

Merchant ID: 4312270000143339
Term ID: 8888
Server ID: 1

## Sale

AMEX
XXXXXXXXXXX1008
Entry Method: Swiped
Apprvd: Online    Batch#: 000002
03/10/10              07:23:12

Inv#: 00000004 Appr Code: 548678

Amount:        $        5.18
Tip:

Total:
           ========

Customer Copy
THANK YOU
FOR VISITING!

*Breakfast*

## STARBUCKS
WESTIN TAMPA BAY
7627 W. COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607
813-712-8399

EMP: BARISTA A                    AMEX
Date 03/15/10          Time 08:42
Table  210              STARBUCKS
100411
--------------------------------------
Card Holder  BETANZOS/TODD E
Card Number  #########71008    ##/##
Auth Code..  501819      Ctrl: 11136

Amount..         7.81

Tip....  _____

Total   _____


X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***

Pappasito's #20 (608)
2610 International Pkwy
DFW Airport, Term A Gate 28
Dallas, Texas 75261
972-456-8427

Server: Bar Paul G      Table:604
Ticket:726

Name: TODD E          BETANZOS
Acct: ***********1008
Exp: *****
Card: American Express
Auth: 589734   Roc: N003245
Merchant ID: 1429808660

03/09/2010                  04:23pm

Amount:                     $18.89

+ Tip:          $   3-50

= Total:        $   22-39

I agree to pay above total amount
according to card issuer agreement

Dirns

Thank you for dining at
Pappasito's #20 (608)!

GUEST COPY

---

Pappasito's #20 (608)
2610 International Pkwy
DFW Airport, Term A Gate 28
Dallas, Texas 75261
972-456-8427

Server: Bar Paul G          Guests: 1
Ticket: 726             March 09, 2010
Table: 604 Dine In           03:55pm

Soda                            2.50
Fajita Chicken Serves 1-2      14.95

Subtotal:                      17.45
Tax:                            1.44

Total:                        18.89

Change:                        0.00

Thank you for dining at
Pappasito's #20 (608)!



# AVIS®

### We try harder®

**Thank you for renting from Avis.**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 687519346 | 41675911 | F |

BETANZOS, TODD
WIZ = Z7W18K        AWD = A984200
CV - CAXXXXXXXXXXX1008

```
OUT  TPA 09MAR10/2115 MI = 10956
IN   TPA 15MAR10/1633 MI = 11182
        226 MI@        .00 =
             HR@     28.01 =
             DY@     37.21 =
      1 WK@ 223.31          =      223.31
$.47/DY ERF                =        2.82
**10.40% FEE               =       23.74
$  2.00 /DY SSU            =       12.00
$  0.01 /DY TBS            =         .06
$  0.35 /DY VLF            =        2.10
TAXABLE SUBTOT             =      264.03
TAX  7.000%                =       18.48
FUEL SERVICE               =       74.01

* TOTAL CHARGES            =      356.52
   **CONCESSION RECOVERY FEE
  ENERGY RECOVERY FEE    .47/DY
  STATE SURCHARGE
  TIRE BATT. SURCH.
  VEH LIC. REC. FEE
```

Please check your car for personal effects.

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

## Expense Report - Transmittal Report



ER00000031642100043

| Spender Todd E Betanzos | From Apr 5, 2010   To Apr 6, 2010 | Reimbursement Amt 914.01 USD |

Report name Tampa trip to prepare Barry Meyer for deposition

### Expense Report Information :

| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
| --- | --- | --- | --- | --- |
| 4/5/10 | Group Meal | United St... | 131.00 USD | Jennifer M. Arevalo |
| 4/5/10 | Taxi, Trains, o... | United St... | 20.00 USD | Jennifer M. Arevalo |
| 4/5/10 | Lodging | United St... | 143.45 USD | Jennifer M. Arevalo |
| 4/5/10 | Airfare | United St... | 544.40 USD | Jennifer M. Arevalo |
| 4/6/10 | Group Meal | United St... | 25.51 USD | Jennifer M. Arevalo |
| 4/6/10 | Individual Meal | United St... | 20.65 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Saturday, April 03, 2010 10:06 AM |
| **To:** | Betanzos, Todd |
| **Subject:** | Your Trip Information - Tampa 4/5/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Todd,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 4/5/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa 4/5/10
This trip includes **flights** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601MSJG128M |
| **Airline record locator:** | American Airlines - JDIZVK |
| **Ticket numbers:** | 0017843001305 |
| **Total flight cost:** | $544.40 USD |
| **Traveler(s)** | **Frequent flier details** |

TODD BETANZOS    American Airlines AAdvantage
7VW2008

**Leave Monday, April 5, 2010**
**American Airlines 1246** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

| Depart: | **2:05pm** | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |
|---|---|---|
| Arrive: | **5:20pm** | **Tampa, FL** Tampa International (TPA) |

**Seat:** 20B | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Return Tuesday, April 6, 2010**
**American Airlines 1657** Economy | McDonnell Douglas MD-83 (M83) | 2hr 45min | 920 miles

| Depart: | **6:40pm** | **Tampa, FL** Tampa International (TPA) |
|---|---|---|
| Arrive: | **8:25pm** | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |

**Seat:** 20F | Your flight is confirmed. Seat is confirmed. You may **review seats.**

### Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| | | **Card holder's Name:** |
| Airfare, TODD BETANZOS (Adult) | $537.40 | Todd E Betanzos |
| **Orbitz for Business fees** | | Card type: |

1

| | | | |
|---|---|---|---|
| Online transaction fee | $7.00 | | American Express |
| **Total** | $544.40 USD | **Card number:** | |
| | | | xxxxxxxxxxx1008 |

## Trip reference field information

## Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

Visit "**My Trips**" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

## Great rates

Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | |
|---|---|---|---|
| Payee | Todd Betanzos | Room No. | 0849 |
| | 3501 Woodhaven Dr | Arrival | 04-05-10 |
| | Dallas TX 752345158 | Departure | 04-06-10 |
| | United States | Page No. | 1 of 1 |
| Membership | GP   504752567H | Folio | 52652 |
| Bonus Code | | Invoice | |
| Confirmation No. | **3821741401** | | |
| Group Name | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-05-10 | - Oystercatcher's Dinner Food | Room# 0849 : CHECK# 0222975 | 270.96 | |
| 04-05-10 | Package Room | | 129.00 | |
| 04-05-10 | State Sales Tax | | 8.43 | |
| 04-05-10 | Occupancy Tax | | 6.02 | |
| 04-06-10 | American Express | XXXXXXXXXXX1008      XX/XX | | 414.41 |

Your Gold Passport account will be credited for this stay.

| | | | |
|---|---|---|---|
| **Total** | | **414.41** | **414.41** |
| **Balance** | | | **0.00** |

### Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

We hope to welcome you back to Grand Hyatt Tampa Bay

```
            HMSHOST
          CARRABBA'S
      TAMPA INT'L AIRPORT

8890 SHON
-----------------------------------
 91/1        2828        ST 1
       APR06'10  5:28PM
-----------------------------------

      **** SEAT 1 ****
  1 ICE TEA BREW  16      2.49
  1 ADD ON SALAD APP      3.00
       MEDITRNEAN SALAD
  1 PICCHI PACCHIU       11.00
       PLAIN
       SUBTOTAL          16.49
 TAX     1.16  AMOUNT    17.65
       *******  *******

     SUBTOTAL            16.49
     TAX                  1.16
     AMOUNT            $17.65

  THANK YOU FOR YOUR BUSINESS!
  TELL US ABOUT YOUR EXPERIENCE

    TIM JUUL 813-396-3983
       GENERAL MANAGER
    TIM.JUUL@HMSHOST.COM
```

Dinner

```
HMSHOST
CARRABBA'S
TAMPA INT'L AIRPORT
CHECK:          28  8
TABLE:          91  1
SERVER:        8890     HON
DATE:          APR06'10  6:18PM
CARD TYPE:      AMEX       A3 37*
ACCT #:        XXXXXXXXXXX1008
EXP DATE:      XX/XX
AUTH CODE:     548706
       TODD E BETANZOS

TOTAL:              17.65
                     3.00
TIP:  _____

            20.65

TOTAL:  _____


X _____
  I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
  ISSUER'S AGREEMENT.
```

*Lunch w/ Allan*

BAY BREEZE CAFE
5426 BAY CENTER DR #125
TAMPA FL 33609
813-282-8100

Merchant ID: 431227000014333S
Term ID: 8888
Server ID: 1

Sale *Barry*

*Mager*

AMEX
XXXXXXXXXXX1008
Entry Method: Swiped
Aprvd: Online    Batch#: 000000
04/06/10                 10:07:28

Inv#: 00000020 Appr Code: 529694

Amount:        $       22.51
Tip:                     *3.00*
Total:                 *$ 25.51*

Customer Copy

THANK YOU
FOR VISITING!

---

5466 1600 2523 6884

2/09  01/31/12
TODD METANZOS
09

GULF A. STORES
B & D CAB
TAMPA FL 33606

SIGN HERE
X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

EXPIRATION
☐ DATE
CHECKED

*TPA to Grand Hyatt*
*4/5/10*

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 01 | 12 | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE 04/05/10 | AUTHORIZATION 996508 | SUB TOTAL | 15.00 |
|---|---|---|---|
| REFERENCE NO. | | SERVER TAX | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | TIP 5.00 |
| | | MISC. | |
| 5552535 | | TOTAL | 20.00 |

RETAIN THIS COPY FOR YOUR RECORDS

SALES SLIP COPY

```
              OYSTERCATCHERS
          *JOIN US FOR OUR AMAZING
              SUNDAY BRUNCH*
280 CHARLES                        1
-----------------------------------
43/1        2975        GST 2
          APR05'10  7:09PM
-----------------------------------
 Misc Personal Charge        ⟨11.00⟩
 Misc Personal Charge        ⟨15.00⟩
 1 D-Oyster Dz                36.00
 1 D-Hearts Palm              12.00
 1 D-OC's Salad                8.00
 1 D-Paella 2                 52.00
 Misc Personal Charge        ⟨95.00⟩
 2 Espresso                    6.00
   25.0000 %
   25% SUNSATIONAL            28.50-
   SUBTOTAL                  206.50
   TAX                        14.46
   PAYMENT DUE   220.96
*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY:____50.00_____

TOTAL:_____270.96_____

ROOM #_____

SIGNATURE:_____

PRINT NAME:_____
  * * GRATUITY NOT INCLUDED * *
```

Only bill ½ of wine ($95.00)
and ½ of oysters ($36.00)
to client. Remainder
is personal expense.

(3)

```
              OYSTERCATCHERS
          *JOIN US FOR OUR AMAZING
              SUNDAY BRUNCH*
280 CHARLES
-----------------------------------
43/1        2975        GST 2
          APR05'10  7:09PM
-----------------------------------
 1 GL 119 FRANCISCN           11.00
 1 GL 120 SONOMA CU           15.00
 1 D-Oyster Dz                36.00
 1 D-Hearts Palm              12.00
 1 D-OC's Salad                8.00
 1 D-Paella 2                 52.00
 1 #274 ARCHERY               95.00
 2 Espresso                    6.00
   SUBTOTAL                  235.00
   TAX                        16.45
   PAYMENT DUE   251.45
```

## Expense Report - Transmittal Report



ER000000316421 00040

**Spender** Todd E Betanzos          **From** Mar 16, 2010  **To** Mar 19, 2010          **Reimbursement Amt** 1,403.85 USD

**Report name** Tampa trip to work with Bob Johnson expert-report

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 7 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/16/10 | Individual Meal | United St... | 8.32 USD | Jennifer M. Arevalo |
| 3/16/10 | Lodging | United St... | 635.36 USD | Jennifer M. Arevalo |
| 3/16/10 | Airfare | United St... | 391.70 USD | Jennifer M. Arevalo |
| 3/17/10 | Individual Meal | United St... | 29.10 USD | Jennifer M. Arevalo |
| 3/18/10 | Individual Meal | United St... | 3.21 USD | Jennifer M. Arevalo |
| 3/19/10 | Parking or Tolls | United St... | 131.29 USD | Jennifer M. Arevalo |
| 3/19/10 | Car Rental | United St... | 179.87 USD | Jennifer M. Arevalo |



CLOSE WINDOW

PRINT PAGE

**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

### Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **PVGDZY** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Relssued - Mar 03, 2010** | **DFW/TPA** |

### Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin / Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | | |
| AA AMERICAN AIRLINES | 1316 | DFW Dallas/ Fort Worth | Mar 16, 2010 04:55 PM | TPA Tampa | Mar 16, 2010 08:10 PM | Economy V | 15E |

### Fare Summary

| Average Fare per Person - 209.00 USD | | | |
|---|---|---|---|
| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
| 1  Adult | 209.00 USD | 10.70 USD | 219.70 USD |
| | | Total Price | 219.70 USD |

### Summary Details

*+ 150.00 Cancellation*
*+ transaction*
*fee*
*22.00*
*$ 391.70*

#### Credit Card Information

| Card Type: | VISA |
|---|---|
| Account #: | **** **** **** 9531 |
| Expiration Date: | ******** |
| Description: | |

#### Passenger Summary

| Passenger Name(s) | Frequent Flyer Number | Program |
|---|---|---|
| (1)  TODD BETANZOS | 7VW2008 | AADVANTAGE |

**Contact Information**

| Cell Phone: | (1) 214-215-4310 |
|---|---|
| Home Phone: | (1) 214-215-4310 |
| Email Address: | TODD.BETANZOS@SDMA.COM |

| Business ExtrAA Account Number: | |
|---|---|

**Upgrade Reservation**

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW

Thank for your stay at the InterContinental TAMPA . For your convenience, here is a copy of your hotel bill.

If you have any questions about your bill, please contact the hotel directly at 1-813-286-4400. For future reservations, visit http://www.intercontinental.com.

**INTERCONTINENTAL.**
HOTELS & RESORTS

InterContinental
TAMPA
4860 W. KENNEDY BLVD
TAMPA, FL 33609 UNITED STATES
Tel: 1-813-286-4400
Fax: 1-813-286-4053

| BILLING INFORMATION | ROOM SUMMARY INFORMATION |
|---|---|
| Betanzos , Todd | Room: 000904 |
| 3501 Woodhaven Dr | |
| Dallas , TX | Check-In Date: 16 Mar 2010 |
| 75234 | Check-Out Date: 18 Mar 2010 |
| | Currency: USD |
| Folio Number: 776472 | |
| Confirmation Number: 68373900 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 16 Mar 2010 | In-Room Movie | 13.99 |
| 16 Mar 2010 | Movie Tax | 2.10 |
| 16 Mar 2010 | *Accommodation | 239.00 |
| 16 Mar 2010 | Occupancy Tax | 11.95 |
| 16 Mar 2010 | Sales Tax | 16.73 |
| 17 Mar 2010 | Private Dining | 29.10 |
| 17 Mar 2010 | *Accommodation | 239.00 |
| 17 Mar 2010 | Occupancy Tax | 11.95 |
| 17 Mar 2010 | Sales Tax | 16.73 |
| 18 Mar 2010 | Mini-Bar | 3.21 |
| 18 Mar 2010 | *****4844 | -583.76 |
| 18 Mar 2010 | In-Room Bottled Water | 6.00 |
| 18 Mar 2010 | *****4844 | -6.00 |

*(handwritten annotations):*
Do not charge
Breakfast
Snack
Do not charge

Total Charge = $567.67



267.68

535.36

**Farmer, Judith**

| | |
|---|---|
| **From:** | Betanzos, Todd |
| **Sent:** | Monday, March 22, 2010 11:06 AM |
| **To:** | Farmer, Judith |
| **Subject:** | FW: E-Receipt for Avis Rental # 714570242 |

-----Original Message-----
**From:** Avis.RentACar@avis.com [mailto:Avis.RentACar@avis.com]
**Sent:** Friday, March 19, 2010 10:57 AM
**To:** Betanzos, Todd
**Subject:** E-Receipt for Avis Rental # 714570242

# Thank you for renting with Avis

## Avis Car Rental E-Receipt

## Rental Agreement Number:714570242



### Customer Information:

| | |
|---|---|
| Customer Name: | **TODD BETANZOS** |
| Wizard Number: | **\*\*\*18K** |
| Avis Worldwide Discount Number: | **A984200** |
| Customer Status: | **AVIS FIRST** |
| Method of Payment: | **AMEX** |
| Credit Card #: | **CAXXXXXXXXXXX1008** |
| | |
| Freq Traveler: | |

### Vehicle Information

| | |
|---|---|
| Car Group Rented: | FULL SIZE 2 DOOR |
| Car Group Charged: | INTERMEDIATE |
| Car Make Model: | WHI DODG AVEN 4DR |
| Plate Number | LAN254466 |
| Car Number: | 40471325 |
| Mileage Out: 33144 | Fuel Out: 8/8 |
| Mileage In: 33223 | Fuel In: 6/8 |
| Mileage Driven: 79 | |

### Rental Information

| | | | |
|---|---|---|---|
| Pickup Date/Time: | **16MAR10/2023** | Return Date/Time: | **19MAR10/1126** |
| Pickup Location: | **TAMPA INT"L AIRPORT** | Return Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PKWY** | | **4030 GEORGE J BEAN PKWY** |
| | **STE 1107** | | **STE 1107** |
| | **TAMPA, FL 33607 US** | | **TAMPA, FL 33607 US** |
| | **813-396-3500** | | **813-396-3500** |

### Vehicle Charges

| | | | | |
|---|---|---|---|---|
| Time: | 0 miles @ .45 | 0.00 | TAX 7.000% | 12.59 |
| | 0 hours @ 33.76 | 0.00 | Fuel Service | 28.02 |
| | 3 days @ 45.00 | 135.00 | LDW | 0.00 |
| | 0 weeks @ 315.00 | 0.00 | Total Charges | 220.48 |
| | 0 months @ 1260.00 | 0.00 | | |
| Time & Mileage | | 135.00 | | |

| | | | |
|---|---|---|---|
| $.47/DY ERF | 1.41 | | |
| **10.40% FEE | 16.38 | | |
| $ 2.00 /DY SSU | 6.00 | | |
| $ 0.01 /DY TBS | .03 | | |
| $ 0.35 /DY VLF | 1.05 | | |
| $ 20.00 EXTN FEE | 20.00 | | |
| **SUBTOTAL** | **179.87** | **Amount Due** | **220.48** |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE

## Avis Car Rental E-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to receive electronic receipts, please e-mail e.receipts@avis.com fo
assistance. If you have a question regarding this bill, please call us at 1-800-352-7900.

Attached is your receipt in Portable Document Format(PDF).

This receipt reflects your charges at the time of your return.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

3/22/2010

**Farmer, Judith**

From:            FreedomPark Reservations [reservations@freedomparkdfw.com]
Sent:            Sunday, March 21, 2010 1:30 AM
To:              Farmer, Judith; Betanzos, Todd
Cc:              Sent Reservations
Subject:         Airport Parking Receipt-Todd Betanzos

```
FreedomPark
Airport Parking Receipt

***Summary of Charges******************************************************
* Control#   Customer Name   Departure Date Return Date  Total Charge *
* 1162352    Todd Betanzos   3/16/2010      3/20/2010        $131.29 *
**************************************************************************


Charges for AMEX ending in 1008 - personal

                                   Sales  Airport
Description   Qty   Rate   PreTax   Tax    Fee     Total
---------------------------------------------------------
Car Wash       0  $20.00   $0.00  $0.00   $0.00    $0.00
                               Car Wash Subtotal   $0.00

Parking        5  $22.00 $110.00  $9.08  $12.21  $131.29
                               Parking Subtotal  $131.29
```

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

***RECLAIM YOUR FREE TIME*** Let FreedomPark handle your vehicle care items while you are
traveling, and liberate your free time. We offer a full service interior/exterior car
wash. Or bump it up a level and get a carpet shampoo or hand wax. Or make it showroom
new with a full detail. Oil change overdue? Let FreedomPark take care of it while you're
gone. State Inspection Expired? We can handle it. Or, if you need DEALERSHIP SERVICE,
we can shuttle your car to and from the dealer while you're out of town (please see list
of dealerships on our website). Go ahead, plan to sleep in this Saturday. We're on it.

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com

*Lunch*

PRELIMINARY RECEIPT
Store #22721        tk# 03/16/10  5:37:07
Subway Sandwiches & Salads
DFW AIRPORT
TERMINAL A GATE A33
FORT WORTH            TX 76102
(972)574-3434
Trans# 349 Clerk 05   Carolyn
Dwr1 TRDT 031610 Reg-ID REG-MAIN
                    Receipt # 0000000000
--- ITEM --- QTY        PRICE MEMO  PLU
* * * TRANSACTION NOT YET COMPLETE * * *

TURKEY-MD 6r  1  T $    7.69          10823
                       --------
        SUBTOTAL $      7.69
        Sales Tx $      0.63
                       --------
TAKE-OUT **TOTAL $      8.32
* * * TRANSACTION NOT YET COMPLETE * * *

## Expense Report - Transmittal Report



ER00000031642100041

**Spender** Todd E Betanzos          **From** Mar 22, 2010  **To** Mar 23, 2010          **Reimbursement Amt** 2,669.83 USD

**Report name** trip to Washington D.C. to work with Bob Johnson

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 7 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/22/10 | Taxi, Trains, o... | United St... | 90.75 USD | Jennifer M. Arevalo |
| 3/22/10 | Individual Meal | United St... | 27.10 USD | Jennifer M. Arevalo |
| 3/22/10 | Airfare | United St... | 1,859.39 USD | Jennifer M. Arevalo |
| 3/23/10 | Parking or Tolls | United St... | 52.51 USD | Jennifer M. Arevalo |
| 3/23/10 | Individual Meal | United St... | 4.49 USD | Jennifer M. Arevalo |
| 3/23/10 | Lodging | United St... | 571.36 USD | Jennifer M. Arevalo |
| 3/23/10 | Individual Meal | United St... | 29.23 USD | Jennifer M. Arevalo |



Sedgwick
DETERT, MORAN & ARNOLD LLP

**Washington 3/22/10**
This trip includes flights.
Reservation Made: 03/17/10

## Flight reservation

| | | | |
|---|---|---|---|
| Orbitz record locator: | AP270601LT356G5U | **Traveler(s)** | **Frequent flier details** |
| Airline record locator: | American Airlines - HGBSZJ | TODD BETANZOS | American Airlines AAdvantage |
| Ticket numbers: | 0017842023644 | | 7VW2008 |
| Total flight cost: | $1,859.39 USD | | |

---

### Leave Monday, March 22, 2010

**American Airlines 1360**   Economy | Boeing 737-800 Passenger (738) | 2hr 40min | 1177 miles

Depart:   **6:55am    Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **10:35am   Washington, DC** Washington Ronald Reagan National (DCA)

   **Your flight is confirmed. The airline will assign seats at check-in.**

   **Upgrade requested.**

About upgrades

---

### Return Tuesday, March 23, 2010

**American Airlines 1105**   Economy | McDonnell Douglas MD-80 (M80) | 3hr 25min | 1177 miles

Depart:   **8:10pm    Washington, DC** Washington Ronald Reagan National (DCA)

Arrive:   **10:35pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

   **Your flight is confirmed. The airline will assign seats at check-in.**

   **Upgrade requested.**

About upgrades

---

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.



# Hilton
### Washington

1919 Connecticut Ave. NW • Washington, DC 20009
Phone (202) 483-3000 • Fax (202) 232-0438
Reservations
www.hilton.com or 1 800 HILTONS

F O L I O

| Name & Address | | |
|---|---|---|

BETANZOS, TODD
3501 WOODHAVEN DR

DALLAS, TX 752345158
US

| | | | |
|---|---|---|---|
| Room | 10113/K1E | | |
| Arrival Date | 3/22/2010 | 12:08:00PM | |
| Departure Date | 3/23/2010 | 9:20:00AM | |
| Adult/Child | 1/0 | | |
| Room Rate | 499.00 | | |

RATE PLAN          L-48

HH# 852767516 DIAMOND
AL: AA  #7VW2008
CAR:

CONFIRMATION NUMBER : 3378101293

3/23/2010     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 3/19/2010 | AX *1008 | IYEMANE | 6570060 | | $571.36 | |
| 3/22/2010 | *CAPITAL CAFE | LINTR | 6576331 | $27.10  *Lunch* | | |
| 3/22/2010 | MOVIE | LINTR | 6576813 | $15.99 | | |
| 3/22/2010 | VIDEO 6.00% TAX | LINTR | 6576813 | $0.96 | | |
| 3/22/2010 | VIDEO 10% TAX | LINTR | 6576813 | $1.60 | | |
| 3/22/2010 | GUEST ROOM | DIKOSSIE | 6576854 | $499.00 | | |
| 3/22/2010 | ROOM TAX | DIKOSSIE | 6576854 | $72.36 | | |
| 3/23/2010 | ALW MOVIE | AWARIT | 6578118 | | $15.99 | |
| 3/23/2010 | ALOW DC GROSS TAX | AWARIT | 6578146 | | $0.96 | |
| 3/23/2010 | ALOW DC TAX | AWARIT | 6578147 | | $1.60 | |
| 3/23/2010 | *ROOM SERVICE | LINTR | 6578185 | $29.23  *Breakfast* | | |
| 3/23/2010 | AX *1008 | BDAVIS | 6578325 | | $56.33 | |
| | BALANCE | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 03/22/10 | 03/23/10 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $571.36 | $0.00 | $571.36 |
| MISCELLANEOUS | $15.99 | ($18.55) | ($2.56) |
| FOOD & BEVERAGE | $27.10 | $29.23 | $56.33 |
| OTHER | $2.56 | $0.00 | $2.56 |
| DAILY TOTAL | $617.01 | $10.68 | $627.69  —Total |

*You have earned approximately 10840 HHonors points for this stay. To check
your earnings for this stay or any other stay at any of more than 3,000 Hilton
Family hotels worldwide visit HiltonHHonors.co*

ACCOUNT NO.

| | | DATE OF CHARGE | FOLIO #./CHECK NO. |
|---|---|---|---|

CARD MEMBER NAME
AX *1008

ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

BETANZOS, TODD          571.36

| | |
|---|---|
| AUTHORIZATION | INITIAL |
| 03/23/10  9:20:00AM  1070563  A | |
| PURCHASES & SERVICES | |
| 120361 | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

 The Hilton Family  Hilton  CONRAD  DOUBLETREE  EMBASSY SUITES  Hampton Inn  Hilton Garden Inn   HOMEWOOD SUITES



# Hilton
## Washington

1919 Connecticut Ave. NW • Washington, DC 20009
Phone (202) 483-3000 • Fax (202) 232-0438
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

BETANZOS, TODD
3501 WOODHAVEN DR

DALLAS, TX 752345158
US

| | |
|---|---|
| Room | 10113/K1E |
| Arrival Date | 3/22/2010 12:08:00PM |
| Departure Date | 3/23/2010 9:20:00AM I |
| Adult/Child | 1/0 |
| Room Rate | 499.00 |

RATE PLAN     L-48

HH#  852767516 DIAMOND
AL:  AA  #7VW2008
CAR:

CONFIRMATION NUMBER : 3378101293

3/23/2010    PAGE    1



| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers! | | | | | |

ACCOUNT NO.

CARD MEMBER NAME
AX *1008

ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

BETANZOS, TODD

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| AUTHORIZATION 03/23/10 9:20:00AM | 1070563 A | INITIAL |
| PURCHASES & SERVICES | | |
| 120361 TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

PAYMENT DUE UPON RECEIPT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

        

F
O
L
I
O

**Farmer, Judith**

From:           FreedomPark Reservations [reservations@freedomparkdfw.com]
Sent:           Tuesday, March 23, 2010 10:37 PM
To:             Farmer, Judith; Betanzos, Todd
Cc:             Sent Reservations
Subject:        Airport Parking Receipt-Todd Betanzos

```
FreedomPark
Airport Parking Receipt

***Summary of Charges*********************************************************
* Control#   Customer Name   Departure Date Return Date   Total Charge *
* 1162681    Todd Betanzos   3/22/2010       3/23/2010         $72.51 *
*****************************************************************************


Charges for AMEX ending in 1008 - personal

                                    Sales   Airport
Description    Qty    Rate    PreTax   Tax      Fee     Total
--------------------------------------------------------------
Car Wash         1   $20.00   $20.00   $0.00    $0.00   $20.00
                                    Car Wash Subtotal   $20.00

Parking          2   $22.00   $44.00   $3.63    $4.88   $52.51
                                    Parking Subtotal    $52.51

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

*** FreedomPark CEO Ken Kundmueller will be a guest on the Martin Birnbach Show, Talk
Radio KLIF 570 AM, 4:00 PM Sunday, March 28, 2010. Tune in for a discussion about
government competition with free enterprise, especially as it relates to valet parking at
D/FW Airport. Call in and express your opinions on the subject to Martin, Ken, and the
radio audience. ***

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com
```

Zip - 75234   Phone - 469-227-4638   DCA to
Hilton Washington

3772 42890971008
            6557

TODD F BETANZOS

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

DATE  12/12   SERV/CASHIER
AUTHORIZATION NO.  REFERENCE NO.

5239810

| QTY. | DESCRIPTION | AMOUNT |
| --- | --- | --- |
|  |  | 16  25 |
|  | TAX |  |
| SALES SLIP | TIP | 5  00 |
|  | MISC |  |
|  | TOTAL | 21  25 |

CUSTOMER COPY

---

Lunch

**AmericanAirlines**

23 Mar 2010 15:16 EST
AA1399 DCA-DFW
064405
Device ID GLX00009009

Seat
Transaction: 10048075725

                    Sale

| Product | Price | Qty | Amt. |
| --- | --- | --- | --- |
| CHZ CRACKERS | 4.49 | 1 | 4.49 |
| Total |  | USD | 4.49 |
| AMEX 1008 |  | USD | 4.49 |

Citi® / AAdvantage® Cards Welcome
AmericanAirlines®
We Know Why You Fly℠

---

## Taxi Cab Receipts

DATE: _____ TIME: _____

TRIP ORIGIN: Hilton Washington

DESTINATION: DCA

FARE: $27.00  SIGNATURE _____

---

ATM (for cab to DCA)

HILTON WASHINGTON NO 1
1919 CONNECTICUT AVE
WASHINGTON DC 20009
(202)483 3000
DATE:03/23/2010                    TIME:15:04:33
TERMINAL                           LK526165

WITHDRAWAL FROM CHECKING

CARD NUMBER              ***********2211
BUSINESS DATE                  03/23/2010
SEQUENCE #                           0133
AUTH #                           000071 06

AMOUNT REQUESTED                   $40.00
AMOUNT DISPENSED                   $40.00
TERMINAL FEE                        $2.50
TOTAL AMOUNT                       $42.50
BALANCE                             $0.00

## Expense Report - Transmittal Report



ER0000031642100042

| | | | |
|---|---|---|---|
| **Spender** Todd E Betanzos | **From** Mar 28, 2010  **To** Mar 31, 2010 | | **Reimbursement Amt** 1,843.28 USD |

**Report name** trip to Tampa for Amanda Rice deposition

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 19 | Audit required | Yes |
| Number of receipts to submit | 17 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/28/10 | Individual Meal | United St... | 8.31 USD | Jennifer M. Arevalo |
| 3/28/10 | Lodging | United St... | 668.72 USD | Jennifer M. Arevalo |
| 3/28/10 | Airfare | United St... | 540.40 USD | Jennifer M. Arevalo |
| 3/29/10 | Individual Meal | United St... | 3.70 USD | Jennifer M. Arevalo |
| 3/29/10 | Individual Meal | United St... | 27.40 USD | Jennifer M. Arevalo |
| 3/29/10 | Individual Meal | United St... | 37.59 USD | Jennifer M. Arevalo |
| 3/30/10 | Group Meal | United St... | 21.83 USD | Jennifer M. Arevalo |
| 3/30/10 | Individual Meal | United St... | 65.53 USD | Jennifer M. Arevalo |
| 3/30/10 | Individual Meal | United St... | 2.09 USD | Jennifer M. Arevalo |
| 3/30/10 | Car Rental | United St... | 275.91 USD | Jennifer M. Arevalo |
| 3/30/10 | Other Travel - ... | United St... | 26.74 USD | Jennifer M. Arevalo |
| 3/30/10 | Other Travel - ... | United St... | 8.53 USD | Jennifer M. Arevalo |
| 3/30/10 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |
| 3/30/10 | Individual Meal | United St... | 27.41 USD | Jennifer M. Arevalo |
| 3/31/10 | Individual Meal | United St... | 6.95 USD | Jennifer M. Arevalo |
| 3/31/10 | Individual Meal | United St... | 9.83 USD | Jennifer M. Arevalo |
| 3/31/10 | Individual Meal | United St... | 5.57 USD | Jennifer M. Arevalo |

**Farmer, Judith**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Monday, March 22, 2010 5:27 PM |
| **To:** | Betanzos, Todd |
| **Subject:** | Your Trip Information - Tampa 3/28/10 |

ORBITZ
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Todd,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 3/28/10:**

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa 3/28/10
This trip includes **flights** .

### Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601XJDXHE5U |
| Airline record locator: | American Airlines - ICUQNH |
| Ticket numbers: | 0017842028280 |
| Total flight cost: | $540.40 USD |

| Traveler(s) | Frequent flier details | |
|---|---|---|
| TODD BETANZOS | American Airlines AAdvantage | 7VW2008 |

**Leave Sunday, March 28, 2010**

**American Airlines 670** Economy | McDonnell Douglas MD-80 (M80) | 2hr 10min | 920 miles

| Depart: | 9:05pm | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |
|---|---|---|
| Arrive: | 12:15am | **Tampa, FL** Tampa International (TPA) |

Seat: 10B | Your flight is confirmed. Seat is confirmed. You may <u>review seats.</u>
**This is an overnight flight.**

**Return Wednesday, March 31, 2010**

**American Airlines 1284** Economy | McDonnell Douglas MD-80 (M80) | 2hr 55min | 920 miles

| Depart: | 6:05pm | **Tampa, FL** Tampa International (TPA) |
|---|---|---|
| Arrive: | 8:00pm | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |

Seat: 17F | Your flight is confirmed. Seat is confirmed. You may <u>review seats.</u>

3/23/2010

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, TODD BETANZOS (Adult) | $533.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Total** | **$540.40 USD** |

### Billing information

**Card holder's Name:**
Todd Betanzos

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx6884

## Trip reference field information

### Flight

Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 10711-00001

Visit "**My Trips**" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.

Thank you for choosing Orbitz for Business,

Orbitz for Business Team

Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

### Great rates


 Add a Flight
 Add a Car
 Add a Hotel

3/23/2010

*Westin Tampa Bay*
*For Amanda Rice Depo*

| | | | | |
|---|---|---|---|---|
| | 1227 | | Orbitz For Business | |
| Todd Betanzos | 189.00 | | Suite 300 | |
| | 1 | | 801 Royal Parkway | |
| | 82487 | A | Nashville, TN 37214-3746 | |
| | 1 | | | |
| | 28-MAR-10 | 00:49 | | |
| | 31-MAR-10 | | | |
| | AX | | | |

| | | | | |
|---|---|---|---|---|
| 28-MAR-10 | DEPOSIT | Deposit Applied | | 635.04- |
| 28-MAR-10 | S663 | In Room Movie | | 18.39 |
| 28-MAR-10 | S663 | Sales Tax | | 1.29 |
| 28-MAR-10 | RT1227 | Room Chrg Restricted SW | | 189.00 |
| 28-MAR-10 | RT1227 | State Tax | | 13.23 |
| 28-MAR-10 | RT1227 | Occupancy/Tourism | | 9.45 |
| 29-MAR-10 | RT1227 | Room Chrg Restricted SW | | 189.00 |
| 29-MAR-10 | RT1227 | State Tax | | 13.23 |
| 29-MAR-10 | RT1227 | Occupancy/Tourism | | 9.45 |
| 29-MAR-10 | 0103 | In Room Dining — *Breakfast* | | 37.59 |
| 29-MAR-10 | 1227 | Parking Valet - Overnight | | 7.00 |
| 30-MAR-10 | 1227 | Parking Valet - Overnight | | 7.00 |
| 30-MAR-10 | RT1227 | Room Chrg Restricted SW | | 189.00 |
| 30-MAR-10 | RT1227 | State Tax | | 13.23 |
| 30-MAR-10 | RT1227 | Occupancy/Tourism | | 9.45 |
| 30-MAR-10 | 0108 | In Room Dining — *Breakfast* | | 27.41 |
| 31-MAR-10 | AX | American Express | | 98.68- |
| 31-MAR-10 | adj movie | Adj Misc Income | | 18.39- |
| 31-MAR-10 | adj movie | Adj Tax Other | | 1.29- |
| 31-MAR-10 | AX | American Express | 19.68 | |
| | | Balance Due | 0.00 | |

** continued on the next page **

Todd Betanzos
FOLIO 82487 28-MAR-10

```
                            1227                    Orbitz For Business
        Todd Betanzos       189.00                  Suite 300
                            1                       801 Royal Parkway
                            82487      A            Nashville, TN 37214-3746
                            2
    ,                       28-MAR-10  00:49
                            31-MAR-10
                            AX
```

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Romm & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 28-MAR-10 | 22.68 | 0.00 | 0.00 | 208.68 | 231.36 | 635.04- |
| 29-MAR-10 | 22.68 | 37.59 | 0.00 | 196.00 | 256.27 | 0.00 |
| 30-MAR-10 | 22.68 | 27.41 | 0.00 | 196.00 | 246.09 | 0.00 |
| 31-MAR-10 | 0.00 | 0.00 | 0.00 | 19.68- | 19.68- | 98.68- |
| Total | 68.04 | 65.00 | 0.00 | 581.00 | 714.04 | 733.72- |

*Total*

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 1301
Starpoints for this visit B716283435.

Todd Betanzos
FOLIO  82487    28-MAR-10

**Farmer, Judith**

From:           FreedomPark Reservations [reservations@freedomparkdfw.com]
Sent:           Wednesday, March 31, 2010 10:12 PM
To:             Farmer, Judith; Betanzos, Todd
Cc:             Sent Reservations
Subject:        Airport Parking Receipt-Todd Betanzos

```
FreedomPark
Airport Parking Receipt

***Summary of Charges*****************************************************
* Control#  Customer Name  Departure Date Return Date  Total Charge *
* 1165106   Todd Betanzos  3/28/2010      3/31/2010        $78.77   *
**************************************************************************


Charges for AMEX ending in 1008 - personal

                               Sales  Airport
Description   Qty  Rate  PreTax  Tax    Fee    Total
---------------------------------------------------------
Parking         3 $22.00 $66.00  $5.45  $7.33  $78.77
                        Parking Subtotal       $78.77

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

Thanks for using FreedomPark

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com
```

**Farmer, Judith**

| | |
|---|---|
| **From:** | Betanzos, Todd |
| **Sent:** | Tuesday, March 30, 2010 7:24 AM |
| **To:** | Farmer, Judith |
| **Subject:** | Fw: Session Receipt |

For this trip.  Had to print documents at hotel business center.


Todd E. Betanzos

SEDGWICK
Detert, Moran & Arnold LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
(469) 227-4638 (Direct)
(469) 227-8004 (Fax)
(214) 215-4310 (Cell)

-------------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: NoReply@gbcblue.com <NoReply@gbcblue.com>
To: Betanzos, Todd
Sent: Tue Mar 30 06:59:01 2010
Subject: Session Receipt


Session Receipt

Trx #: 6782109
Date/Time:   Mar 30, 2010 [04:52]
Location:    Westin Tampa Bay Airport
Name:   TODD E BETANZOS

| Description | Ea | Qty | Ext |
|---|---|---|---|
| PC Use $0.46 | 15 | $6.95 | |
| Printer Use | $0.79 | 1 | $0.79 |
| Printer Use | $0.79 | 1 | $0.79 |
| $8.53 | | | |

**T-MOBILE 6510**
**2223 N WESTSHORE BLVD STE 150D**
**TAMPA, FL 33607-5951**
**(813)351-8300**
**Fax: (813)351-8306**

*Needed to purchase*
*b/c exisbing BB*
*Charger broken in*
*checked suitcase durng flight*

Register #11
Trans #2153
03-29-2010 19:02:22

**B SEDGWICK DETERT MORAN AND ARNOLD**  Mobile #: 2142154310  Account No: 274250998  Sales Rep: 2380708

| Quantity | Unit | SKU | Description | Price | Extension |
|---|---|---|---|---|---|
| 1 | EACH | SUPM32106 | RIM BLACK WALL CHARGER | 24.99 | 24.99 T |
| | | | **SALE AMOUNT** | | **24.99** |
| | | | TAX 24.99@ 7% | | 1.75 |
| | | | **TOTAL** | | **26.74** |
| | | | American Express -- 1008 581031 | | -26.74 |
| | | | Reference # - 630832864 | | |

- **Cancellation and Return Policy**

Device Only Returns (for Devices purchased or received in conjunction with an activation or upgrade extension) – To receive a refund of the purchase price of my Device (less rebates received and shipping costs), I must return it (with original packaging and all contents) within the Return Period in an undamaged condition and in good working order to the place of purchase, and I must provide the original receipt. If I return an upgraded handset within **14 days of my upgrade date** (30 days in California; other states or jurisdictions may differ – ask your sales representative), my service agreement will revert to the original term prior to the upgrade. Limited Edition Devices are non-refundable.

**You may be required to pay a $10.00 restocking fee.**

Other Devices and Accessories (for Devices or accessories purchased without an activation) – If I purchased my Device without activating or making changes to my service, or I purchased accessories, I may return the Device or accessories within 30 days of purchase.

Prepaid airtime and e-coupons are non-refundable.

- As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.

Cardholder Signature 1 – American Express – 1008
BETANZOS, TODD E

**Farmer, Judith**

| | |
|---|---|
| **From:** | Betanzos, Todd |
| **Sent:** | Thursday, April 01, 2010 11:14 AM |
| **To:** | Farmer, Judith |
| **Subject:** | FW: E-Receipt for Avis Rental # 714653516 |
| **Attachments:** | E-Receipt.pdf |

**From:** Avis.RentACar@avis.com [mailto:Avis.RentACar@avis.com]
**Sent:** Wednesday, March 31, 2010 4:10 PM
**To:** Betanzos, Todd
**Subject:** E-Receipt for Avis Rental # 714653516

# Thank you for renting with Avis

**Avis Car Rental E-Receipt**

**Rental Agreement Number:714653516**



### Customer Information:

| | |
|---|---|
| Customer Name: | **TODD BETANZOS** |
| Wizard Number: | **\*\*\*18K** |
| Avis Worldwide Discount Number: | **A984200** |
| Customer Status: | **AVIS FIRST** |
| Method of Payment: | **AMEX** |
| Credit Card #: | **CAXXXXXXXXXXX1008** |
| Freq Traveler: | |

### Vehicle Information

| | |
|---|---|
| Car Group Rented: | FULL SIZE 4 DOOR |
| Car Group Charged: | INTERMEDIATE |
| Car Make Model: | SIL MITS GALA 4DR |
| Plate Number | FLS944UY |
| Car Number: | 41667905 |
| Fuel Out: 8/8 | |
| Mileage Out: 21827 | Fuel In: 0/8 |
| Mileage In: 21857 | |
| Mileage Driven: 30 | |

### Rental Information

| | |
|---|---|
| Pickup Date/Time: | **29MAR10/0115** |
| Pickup Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PKWY** |
| | **STE 1107** |
| | **TAMPA, FL 33607 US** |
| | **813-396-3500** |

| | |
|---|---|
| Return Date/Time: | **31MAR10/1639** |
| Return Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PKWY** |
| | **STE 1107** |
| | **TAMPA, FL 33607 US** |
| | **813-396-3500** |

1

## Vehicle Charges

| | | | | | |
|---|---|---|---|---|---|
| Time: | 0 miles @ .00 | 0.00 | TAX 7.000% | 18.05 |
| | 0 hours @ 63.75 | 0.00 | LDW | 0.00 |
| | 3 days @ 70.99 | 212.97 | Total Charges | 275.91 |
| | 0 weeks @ 428.99 | 0.00 | | |
| Time & Mileage | | 212.97 | | |
| $.47/DY ERF | | 1.41 | | |
| **10.40% FEE | | 22.41 | | |
| Fuel Service | | 13.99 | | |
| $ 2.00 /DY SSU | | 6.00 | | |
| $ 0.01 /DY TBS | | .03 | | |
| $ 0.35 /DY VLF | | 1.05 | | |
| **SUBTOTAL** | | **257.86** | **Amount Due** | **275.91** |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE

## Avis Car Rental E-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to receive electronic receipts, please e-mail e.receipts@avis.com for assistance. If you have a question regarding this bill, please call us at 1-800-352-7900.
Attached is your receipt in Portable Document Format(PDF).
This receipt reflects your charges at the time of your return.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

 Dinner

Brio Tuscan Grille
2223 N. West Shore Blvd
Tampa, FL 33607
Ph: (813) 877-3939
Fax: (813) 877-3929

806 Sasha

| Tbl 44/1 | Chk 118 Mar29'10 | Gst 1 |
|---|---|---|
| 1 Iced Tea | | 2.50 |
| 1 *DC Chopped | | 3.95 |
| 1 Pasta Brio | | 14.95 |
| | Subtotal | 21.40 |
| | Tax | 1.50 |
| | Total Due | 22.90 |

Your Opinion Counts!

Enter to Win a $500 BBRG Gift
Card! Simply complete our short
on-line survey within 48 hours
to be eligible. Please visit
www.guest-feedback.com
Enter survey ID 737898.
**Book your large party today**
Ask your server for details.

********************************
*****CREDIT CARD VOUCHER*****
Brio Tuscan Grille
2223 N. West Shore Blvd
Tampa, FL 33607
Ph: (813) 877-3939
Date:        Mar29'10 07:45PM
Card Type:   Amex
Acct #:      XXXXXXXXXX1008
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   CIC002431737325
Auth Code:   543068
Check:       118
Table:       44/1
Server:      806 Sasha

Subtotal:        22.90
Gratuity:         4.50
Total:           27.40
Signature:
X
Guest Copy
Visit www.guest-feedback.com and
tell us about your experience.
Enter survey ID 737898.

*Meeting w/ Tom Woodward*

** STARBUCKS COFFEE COMPANY **

KENNEDY BLVD & S        #14316
TAMPA          FL33606

```
1 TL LATTE              2.75
  ADD SHOT              0.70
SUBTOTAL                3.45
  TAX 7.0               0.25
TOTAL                   3.70
AMEX                    3.70
   CARD#: XXXXXXXXXXX1008
CHANGE DUE              0.00
```

14316 0182 700604  001305258E
03/29/10                07:58
Starbucks serves distinctive
bold brews for you to enjoy.
We batch roast only the finest
arabica beans. And ethically
source our coffees.

*Breakfast*

** STARBUCKS COFFEE COMPANY **

KENNEDY BLVD & S        #14316
TAMPA          FL33606

```
1 TL LATTE              2.75
1 OATMEAL               2.45
SUBTOTAL                5.20
  TAX 7.0               0.37
TOTAL                   5.57
AMEX                    5.57
   CARD#: XXXXXXXXXXX1008
CHANGE DUE              0.00
```

14316 01A1 791021  001640487E
03/31/10                07:57
Starbucks serves distinctive
bold brews for you to enjoy.
We batch roast only the finest
arabica beans. And ethically
source our coffees.

*Meeting w/ Tom Woodward*

** STARBUCKS COFFEE COMPANY **

KENNEDY BLVD & S        #14316
TAMPA          FL33606

```
1 GR ZEN FL             1.95
SUBTOTAL                1.95
  TAX 7.0               0.14
TOTAL                   2.09
AMEX                    2.09
   CARD#: XXXXXXXXXXX1008
CHANGE DUE              0.00
```

14316 01A1 696622  001640487E
03/30/10                08:25
Starbucks serves distinctive
bold brews for you to enjoy.
We batch roast only the finest
arabica beans. And ethically
source our coffees.



**AVIS** We try harder

Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 714653516 | 41667905 | E |

BETANZOS,TODD
WIZ = Z7W18K    AWD = A984200
CV - CAXXXXXXXXXX1008

```
OUT TPA 29MAR10 0115 MI = 21827
IN  TPA 31MAR10 1639 MI = 21857
      30 MI@     .00 =
          HR@  63.75 =
       3 DY@  70.99 =      212.97
$ .47/DY ERF                 1.41
**10.40% FEE                22.41
FUEL SERVICE        =       13.99
$ 2.00 /DY SSU      =        6.00
$ 0.01 /DY TBS      =         .03
$ 0.35 /DY VLF      =        1.05
TAXABLE SUBTOT      =      257.86
TAX 7.000%          =       18.05

TOTAL CHARGES       =      275.91
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE   .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
```

*Please check your car for personal effects.*

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

---

*Dinner*



COMMENTS OR SUGGESTIONS
PLEASE CALL
972-230-1122

TERMINAL A GATE 25
DFW AIRPORT, TX 75261

THANK YOU

MCDONALD'S        TEL# (972)574-6161

34 KS#03  S#1  Mar.28'10(Sun)20:28
STORE# 20725        MER# K8484984845001

# Order #334        TO GO

```
1 6 MCNUGGETS              3.09
1 DBL CHEESE MEAL          2.70
  1 NO    PICKLE
1 MED DIET COKE            1.89

SUB TOTAL                  7.68
TAKE OUT TAX               0.63
                          ─────
                           8.31

CARD ISSUER    ACCOUNT #
AMEX SALE    ***********1008
TRANSACTION AMOUNT         8.31
AUTH CODE 506245 SEQ# 3020

CASH TENDERED              0.00

CHANGE                     0.00
```

*Dinner*

# AQUAKNOX
### GLOBAL WATER CUISINE

```
***********************************
   7627 Courtney Campbell Causeway
            Tampa, FL 33607
            www.e-brands.net
   Phone 813-675-8700  Fax 813-675-8703

0209   TABLE  45  #Party 1
JOHN F      SvrCk:  2  7:12p 03/30/10
```

Misc Personal Charge              ⟨14.00⟩
1 LOBSTER BISQUE                    11.00
1 SEARED DAY BOAT SCALLOPS          29.00
    Sub Total:            54.00

              Sub Total:    54.00
                   Tax  :     3.78
03/30  7:49pTOTAL :      57.78

```
*****************************************
```

+ 7.75 Tip

65.53

---

*Lunch w/*
*Tom Woodward*

# Chipotle
## BURRITOS & TACOS
### WWW.CHIPOTLE.COM

Gourmet within reach.

```
     533 South Howard Ave.
          Tampa, FL 33606
            813-254-6450
Host: Brooke                    03/30/2010
ORDER #195                       12:18 PM
                                   10096

Carnitas Tacos                       6.35

Steak Burrito                        6.35

Chips & Salsa                        1.65
Chips & Guac                         2.95
Small Soda (2 @1.55)                 3.10

Subtotal                            20.40
Tax                                  1.43

DINE IN Total                       21.83
AMEX #XXXXXXXXXXX1008                21.83
   Authorizing...
Balance Due                         21.83
```

Order online at chipotle.com

*Dhner*

HMSHOST
FLATBREADZ
TAMPA INT'L AIRPORT

9308 REBECCA
4574 MAR31'10 5:46PM

| | | |
|---|---|---|
| 1 SICILIAN | | 7.99 |
| 1 CHIPS | SM | 1.19 |

SUBTOTAL 9.18
TAX 0.65
AMOUNT PAID 9.83
XXXXXXXXXXXXXX XX/XX
AMEX A3 37* 9.83

Your order number is 4574

---

*Tod. Lunds*

THANK YOU FOR CHOOSING MCDONALD'S
1520 W. KENNEDY BLVD.
TAMPA, FL
33606
! ! ! THANK YOU ! ! !
TEL# 813 251 6495 Store# 23662

KS# 1          Mar.31'10 (Wed) 12:54

MFY SIDE 2  KVS Order 54

| QTY ITEM | TOTAL |
|---|---|
| 1 CKN CLASS-CPY MEAL* | 4.70 |
| 1 MED COKE | 1.79 |

Subtotal 6.49
Tax 0.46
Eat-In Total 6.95

Cashless 6.95
Change 0.00

MER# KB1246449500!
CARD ISSUER          ACCOUNT#
Amex SALE      ************1008
AUTHORIZATION CODE - 503236 SEQ# 0206



**Picked up:** Mar 11, 2010   **Cust. Ref.:** 10711-000001   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | | | |
| Tracking ID | 793344438064 | Judy Farmer | Katie Duty, P.E. | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HDR | |
| Package Type | Customer Packaging | 1717 Main Street | 5426 BAY CENTER DR STE 400 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33609 US | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 46.35 |
| Delivered | Mar 12, 2010 09:51 | Fuel Surcharge | | 1.49 |
| Svc Area | A1 | Declared Value Charge | | 0.00 |
| Signed by | J.MACK ADAMS | Discount | | -26.42 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$21.42** |

**Picked up:** Mar 11, 2010   **Cust. Ref.:** 886-00   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | | | |
| Tracking ID | 793347503017 | Office Services | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | One Market Plaza Stewart Tower | |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Mar 12, 2010 09:36 | Transportation Charge | | 38.80 |
| Svc Area | A1 | Discount | | -22.12 |
| Signed by | J.VISAN | Fuel Surcharge | | 1.25 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$17.93** |

**Picked up:** Mar 11, 2010   **Cust. Ref.:** 04767-000001   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | | | |
| Tracking ID | 798467651990 | Angela Lansford | Mr. David Kerkes | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN | 1311 MUSTANG TRL | |
| Package Type | FedEx Envelope | 1717 Main Street | KINGWOOD TX 77339 US | |
| Zone | 03 | DALLAS TX 75201 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 20.20 |
| Delivered | Mar 12, 2010 08:59 | Fuel Surcharge | | 0.84 |
| Svc Area | A1 | Residential Delivery | | 2.50 |
| Signed by | see above | Discount | | -11.51 |
| FedEx Use | 000000000/0000197/02 | **Total Charge** | **USD** | **$12.03** |

**Picked up:** Mar 12, 2010   **Cust. Ref.:** 00996-003983   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | | | |
| Tracking ID | 793348944492 | Judy Farmer | GMAC Mortgage | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | 6716 Grade Lane | |
| Package Type | FedEx Envelope | 1717 Main Street | LOUISVILLE KY 40213 US | |
| Zone | 05 | DALLAS TX 75201 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Mar 15, 2010 09:13 | Transportation Charge | | 24.70 |
| Svc Area | A1 | Discount | | -14.08 |
| Signed by | J.PAZMINO | Fuel Surcharge | | 0.80 |

Continued on next page



018866 3/6



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-043-42881 | Apr 02, 2010 | 2323-3788-5 | 11 of 14 |

Tracking ID: 793401404261 continued

| | | | |
|---|---|---|---|
| Signed by | see above | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/0000006/02 | **Total Charge** | **USD** | **$53.43** |

**Picked up: Mar 30, 2010**  **Cust. Ref.: 10711.000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793402478682 | Kurt Meaders | Katie Duty |
| Service Type | FedEx Priority Overnight | SDMA | HDR, Inc. |
| Package Type | Customer Packaging | 1717 Main Street | 5426 BAY CENTER DR STE 400 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33609 US |
| Packages | 1 | | |
| Rated Weight | 14.0 lbs, 6.4 kgs | | |
| Delivered | Mar 31, 2010 09:15 | Transportation Charge | 92.10 |
| Svc Area | A1 | Fuel Surcharge | 2.97 |
| Signed by | N.CARJURA | Discount | -52.50 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$42.57** |

**Picked up: Mar 30, 2010**  **Cust. Ref.: 886-08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798522768642 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | Sedgwick,Detert,Moran & Arnold | Sedgwick,Detert,Moran&Arnold |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | One Market Plaza Stewart Tower |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Mar 31, 2010 09:32 | Transportation Charge | 42.75 |
| Svc Area | A1 | Discount | -24.37 |
| Signed by | G.ARBAN | Fuel Surcharge | 1.38 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$19.76** |

**Picked up: Mar 30, 2010**  **Cust. Ref.: 02059-060084**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798522844692 | Jan Dallas | BARBARA SUCSY, CLERK |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | LUBBOCK COUNTY DISTRICT CLERK |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 904 BROADWAY RM 105 |
| Zone | 03 | DALLAS TX 75201 US | LUBBOCK TX 79401 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Mar 31, 2010 08:46 | Transportation Charge | 20.20 |
| Svc Area | A1 | Fuel Surcharge | 0.65 |
| Signed by | B.THOMAS | Discount | -11.51 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$9.34** |

**Picked up: Mar 30, 2010**  **Cust. Ref.: 00996 003292**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 11.0 lbs., 18" x 11" x 10", divided by 194.

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 872102951892 | BARBARA RITZERT | MARGARET RIZERT |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | - |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 501 HOLLAND LN 908 |
| Zone | 06 | DALLAS TX 75201-7367 US | ALEXANDRIA VA 22314 US |
| Packages | 1 | | |
| Actual Weight | 2.0 lbs, 0.9 kgs | | |

Continued on next page



Tracking ID: 872102951929 continued

| | | | |
|---|---|---|---|
| Signed by | P.BORIS | Direct Signature | 0.00 |
| FedEx Use | 008108519/0007173/_ | **Total Charge** USD | **$25.49** |

**Picked up:** Mar 22, 2010     **Cust. Ref.:** 00999 000073     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 872102951930 | GLEN RODDY | US BANK LOT SEDGENICK SCH 8 |
| Service Type | FedEx Express Saver | SEDGWICK,DETERT,MORAN & ARNOLD | BELMONT TECHNOLOGY REMARKETING |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 1401 MARK ST |
| Zone | 05 | DALLAS TX 75201-7367 US | ELK GROVE VILLAGE IL  60007 US |
| Packages | 1 | | |
| Rated Weight | 19.0 lbs, 8.6 kgs | Transportation Charge | 31.85 |
| Declared Value | USD  1,000.00 | Fuel Surcharge | 1.29 |
| Delivered | Mar 24, 2010 08:42 | Discount | -14.65 |
| Svc Area | A1 | Declared Value Charge | 7.00 |
| Signed by | P.BORIS | Direct Signature | 0.00 |
| FedEx Use | 008108519/0007173/_ | **Total Charge** USD | **$25.49** |

**Picked up:** Mar 23, 2010     **Cust. Ref.:** 886-08     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793380193837 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | One Market Plaza Stewart Tower |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA  94105 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | 42.75 |
| Delivered | Mar 24, 2010 09:38 | Fuel Surcharge | 1.38 |
| Svc Area | A1 | Discount | -24.37 |
| Signed by | J.VISAN | | |
| FedEx Use | 000000000/0001393/_ | **Total Charge** USD | **$19.76** |

**Picked up:** Mar 23, 2010     **Cust. Ref.:** 10711.000001     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798500256662 | Lavella Garner | Wayne Mason c/o Katie Duty |
| Service Type | FedEx Priority Overnight | SDMA | HDR, Inc. |
| Package Type | FedEx Envelope | 1717 Main Street | 5426 BAY CENTER DR STE 400 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL  33609 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 24.70 |
| Delivered | Mar 24, 2010 09:21 | Fuel Surcharge | 0.80 |
| Svc Area | A1 | Discount | -14.08 |
| Signed by | J.MACK ADAMS | | |
| FedEx Use | 000000000/0000219/_ | **Total Charge** USD | **$11.42** |

**Picked up:** Mar 23, 2010     **Cust. Ref.:** 02026 060114     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 857555746789 | MIKE DIKSA | MS PATRICIA HENDERSON |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | TAYLOR COUNTY DISTRICT CLERK |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 300 OAK ST |
| Zone | 03 | DALLAS TX 75201-7367 US | ABILENE TX  79602 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Mar 24, 2010 09:19 | Transportation Charge | 20.20 |

Continued on next page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-036-26762 | Mar 26, 2010 | 2323-3788-5 | 13 of 13 |

Tracking ID: 857555746789 continued

| | | | |
|---|---|---|---|
| Svc Area | A2 | Discount | -11.51 |
| Signed by | T.BELYEU | Fuel Surcharge | 0.65 |
| FedEx Use | 008213511/0000197/_ | **Total Charge**      USD | **$9.34** |

**Picked up:** Mar 23, 2010    **Cust. Ref.:** 10711-000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 863407492092 | CORI STEINMAN | MICHAEL T BARRY |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | EQUIVALENT DATA |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 4809 WESTWAY PK BLVD |
| Zone | 03 | DALLAS TX 75201-7367 US | HOUSTON TX 77041 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Mar 24, 2010 09:54 | Transportation Charge | 20.20 |
| Svc Area | A1 | Discount | -11.51 |
| Signed by | R.RODRIGUEZ | Fuel Surcharge | 0.65 |
| FedEx Use | 008213511/0000197/_ | **Total Charge**      USD | **$9.34** |

**Picked up:** Mar 23, 2010    **Cust. Ref.:** 02026 060127    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 872102951940 | MARY JO STRINGER | LEGAL REGUALTORY AFFAIRS MAIL |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | 333 GUADLIJURPE |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | AUSTIN TX 78714 US |
| Zone | 03 | DALLAS TX 75201-7367 US | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Mar 24, 2010 08:20 | Transportation Charge | 17.50 |
| Svc Area | A1 | Fuel Surcharge | 0.56 |
| Signed by | A.CASTILLIO | Discount | -9.98 |
| FedEx Use | 008213506/0000211/_ | **Total Charge**      USD | **$8.08** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$692.32** |
| **Total FedEx Express** | **USD** | **$692.32** |

016496 7/7

## Expense Report - Transmittal Report



ER0000029852100064

| Spender Wayne B. Mason | From Mar 31, 2010   To Apr 2, 2010 | Reimbursement Amt 1,484.79 USD |
|---|---|---|

Report name Carrier Deposition

### Expense Report Information :

| Number of expenses | 22 | Audit required | Yes |
|---|---|---|---|
| Number of receipts to submit | 21 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/23/10 | Airfare | United St... | 386.40 USD | Jennifer M. Arevalo |
| 3/23/10 | Other Travel - ... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 3/26/10 | Other Travel - ... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 3/26/10 | Airfare | United St... | 258.20 USD | Jennifer M. Arevalo |
| 3/31/10 | Parking or Tolls | United St... | 78.75 USD | Jennifer M. Arevalo |
| 3/31/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 3/31/10 | Individual Meal | United St... | 44.34 USD | Jennifer M. Arevalo |
| 3/31/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 3/31/10 | Airfare | United St... | 70.00 USD | Jennifer M. Arevalo |
| 4/1/10 | Parking or Tolls | United St... | 10.00 USD | Jennifer M. Arevalo |
| 4/1/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 4/1/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 4/1/10 | Individual Meal | United St... | 29.32 USD | Jennifer M. Arevalo |
| 4/1/10 | Individual Meal | United St... | 72.40 USD | Jennifer M. Arevalo |
| 4/1/10 | Individual Meal | United St... | 15.15 USD | Jennifer M. Arevalo |
| 4/2/10 | Airfare | United St... | 75.00 USD | Jennifer M. Arevalo |
| 4/2/10 | Individual Meal | United St... | 29.32 USD | Jennifer M. Arevalo |
| 4/2/10 | Individual Meal | United St... | 3.68 USD | Jennifer M. Arevalo |
| 4/2/10 | Other Travel - ... | United St... | 4.97 USD | Jennifer M. Arevalo |
| 4/2/10 | Group Meal | United St... | 21.03 USD | Jennifer M. Arevalo |
| 4/3/10 | Car Rental | United St... | 108.47 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| **Sent:** | Thursday, April 08, 2010 10:02 PM |
| **To:** | Mason, Wayne B.; Garner, Lavella |
| **Cc:** | Sent Reservations |
| **Subject:** | Airport Parking Receipt-Wayne Mason |

FreedomPark
Airport Parking Receipt

```
***Summary of Charges**************************************************************
* Control#   Customer Name   Departure Date Return Date  Total Discount Total Charge *
* 1166847    Wayne Mason     3/31/2010       4/8/2010        ($21.48)      $214.83 *
***********************************************************************************
```

Charges for MasterCard ending in 7943 - primary

```
                                  Sales  Airport
Description   Qty   Rate   PreTax   Tax    Fee    Total
-------------------------------------------------------------
Parking        9  $22.00  $198.00  $16.34  $21.98  $236.31
Parking        4  ($4.50) ($18.00) ($1.49) ($2.00) ($21.48)  Extended Stay Discount
                                 Parking Subtotal  $214.83
```

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

Thanks for using FreedomPark

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com

1

*Thank You For Visiting Us.*

$10 THANK YOU

USA 020

## BOARDING PASS



**DELTA**

MASON/WAYNEBMR

DL2010915557

HA07A0VA

| FLIGHT | DATE | CLASS | ORIGIN |
|--------|------|-------|--------|
| DL7341 | 02APR | H | TAMPA |

OPERATED BY          COACH          DESTINATION
DELTA AIR LINES INC                 MEMPHIS

DEPARTURE GATE E67          **SUBJECT TO CHANGE**

1 006 7842544436 5
PJT5A8

DEPARTS
535P

SEAT
**14D**
EXIT
ZONE 4

### BOARDING PASS

MASON/WAYNEBMR

DL2010915557

SEAT
**14D**
EXIT
ZONE 4

| FLIGHT | DATE |
|--------|------|
| DL7341 | 02APR |

ORIGIN
TAMPA

DESTINATION
MEMPHIS

OPERATED BY DELTA AIR LINES INC

TPA040C16/FS

---

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

**AmericanAirlines**

31MAR10

ISS. AGENT I.D.        PLACE OF ISSUE
48P  /DFW      DALLAS FT WORTH
                        TOUR CODE
NAME OF PASSENGER (NOT TRANSFERABLE)
MASON/WAYNE B MR
FROM
XIO DALLAS FT WORTH      CARR  FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE—NOT VALID AFTER
XIO TO                   AA  1246  X  31MAR205P
   TAMPA
ENDORSEMENTS/RESTRICTIONS                         PNR CODE
                                              BXDMTK /AA
ORIGINAL ISSUE          ISSUED IN EXCHANGE FOR  CONJ. TKT. NO.
FARE CALCULATION        BOARDING PASS

**FIRST**
SEAT 5E
SAPPHIRE

FARE                    EQUIV. FARE PAID    FORM OF PAYMENT
**PRIORITY AACCESS**

STOCK CONTROL NUMBER TX   COUPON  AIRLINE  FORM SERIAL NO.  CK
00114565378365

1 001 7842540994 1

Do not expose to excessive heat or direct sunlight.
STAPLE HERE
PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX.

### AmericanAirlines
#### BOARDING PASS

NAME OF PASSENGER
MASON/WAYNE B MR
AA  M610686          PLT
FROM
XIO DALLAS FT WORTH
XIO TO
AMERICAN AIRLINES

CARRIER  FLIGHT  CLASS  DATE  TIME
AA  1246  X  31MAR205P
REVALIDATION

| GATE | BOARDING TIME | SEAT | SMOKE |
|------|---------------|------|-------|
| A21 | 135P | **5E** | NO |

ADDITIONAL SEAT INFORMATION

PCS  CK WT  UNCK WT  UNCK WT  SEQ. NO  PCS  CK. WT  UNCK. WT
BAGGAGE ID NR.

COUPON  AIRLINE  FORM SERIAL NO.  CK
SAPPHIRE
48P /DFW

---

Do not expose to excessive heat or direct sunlight.
STAPLE HERE
PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX.

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

**AmericanAirlines**

AADVANTAGE UPGRADE PURCHASE  5
PASSENGER RECEIPT  01 OF 01
DATE OF ISSUE      ISSUING OFFICE CODE
31MAR2010          45105104
ISS. AGENT I.D.    PLACE OF ISSUE
DFW 48P            /DALLAS FT WORTH  6

NAME OF PASSENGER (NOT TRANSFERABLE)
MASON/WAYNE B          CARR  FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE—NOT VALID AFTER
AADV  M610686  PLATINUM  EXPIRATION DATE 31MAR2011
XIO TO
ENDORSEMENTS/RESTRICTIONS                       PNR CODE
** AADV UPGRADE DEPOSITED **                 BXDMTK /AA
ORIGINAL ISSUE    ISSUED IN EXCHANGE FOR  CONJ. TKT. NO.
02  PURCHASED-TOP TIER  UPGRADES
FARE CALCULATION

FORM OF PAYMENT
FP IKXXXXXXXXXXXX7943 948854

| FARE | | | |
|------|---|---|---|
| USD 65.12 | | | |
| US 4.88 | | | |
| TAX NA | | | |
| TAX NA | | | |

EQUIV. FARE PAID
SEQ. NO.  ALLOW  PCS  CK. WT  UNCK WT
PCS  CK WT  UNCK WT
COUPON  AIRLINE  FORM SERIAL NO.
STOCK CONTROL NUMBER TX
00114565378354

0 001 0751627362 0

### AmericanAirlines

**************
NAME OF PASSENGER
NOT VALID
FOR TRANSPORTATION
**************
** NON-REFUNDABLE *
**************
* * * * * * * * * * *
NOT VALID
FOR TRANSPORTATION
**************
ADDITIONAL SEAT INFORMATION * * * * *
UNCK WT  SEQ. NO  PCS  CK. WT  UNCK. WT
NOT VALID FOR TRAVEL
COUPON  AIRLINE  FORM SERIAL NO.  CK
0 001 0751627362 0

HYATT REGENCY TAMPA
AVANZARE DELI
CHECK: 32257
SERVER: 710 Katie
DATE: APR02'10 7:38AM
CARD TYPE: MASTERCARD
ACCT #: XXXXXXXXXXXXX7943
EXP DATE: XX/XX
AUTH CODE: 323001
RESEARCH: 000000000000

WAYNE B MASON

SUBTOTAL
TIP:
TOTAL: 3.68



CUSTOMER SIGNATURE
I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT
* YELLOW IS CUSTOMER COPY *

---

MASON/WAYNEBHR
2018915557
SEAT 1B
TAMPA
MEMPHIS
DL7341          02APR
Operated By:
DELTA AIR LINES INC

SPECIAL SERVICE
TICKET
PASSENGER RECEIPT
USD                75.00
MASON/WAYNEBHR
TAMPA
MEMPHIS
8067042544436
PAID UPG SAME DAY
IFA DL MEM
CA*************7943
444164

DL/'M      PJTSAS
8067228641471

**NOT VALID FOR**
**TRANSPORTATION**
NO PARTIAL
REFUNDS

---

SHELL V-POWER.
ACTIVELY CLEANS
AS YOU DRIVE.

SHELL
1002 N WEST SHORE BL
VD
TAMPA                    FL
KTW 575424-70503

04/02/10  14:26:41
MASON/WAYNE B
MASTERCARD XXXX XXXX XXXX 7943

RCPT# 4-6690
INV# 107819
AUTH# 072389

PUMP# 2
REGULAR
SELF
PRICE/GAL           $2.799

FUEL TOTAL           $4.97

SHELL V-POWER
OUR MOST ADVANCED
FUEL EVER.

---

ORDER # 62
closed to Cash
PITA'S REPUBLIC
210 Madison Ave.
TAMPA, FL. 33602
TEL:813.223-3288

INVOICE # 84662
DATE/TIME: 4/1/2010 12:01:05 PM
SERVER: moe
STATION: 01

We are pleased to serve you. Please
come again

1  GYROS (YEERAS)               $0.00
   After 100.00%
1  SIDE GREEK/SPINA PIE*        $1.99
1  SOFT DRINKS*                 $1.49
1  SIDE GREEK SALAD*            $2.69
   After 100.00%                $0.00
1  RPUBLIC.CHICKEN
   ONLY                         $0.00
1  LETTUCE                      $0.00
1  TOMATO                       $0.00
1  AS WHEAT WRAP                $0.00
1  TWOPITADEAL*                 $7.99
SUBTOTAL                       $14.16
Tax1                            $0.99
GRAND TOTAL                    $15.15

Amt Tendered                   $15.15
Change due                      $0.00

Thank you for visiting
Voted best gyro in Tampa Bay.

ORDER # 78
closed to Cash

PITA'S REPUBLIC
210 Madison Ave.
TAMPA, FL. 33612
TEL:813.223-3288

INVOICE # 8478
DATE/TIME: 4/2/2010 12:04:39 PM
SERVER: moe
STATION: 01

We are pleased to serve you. Please
come again

1  THE ACROPOLIS CHICKEN*          $6.45
   ONLY                            $0.00
1  LETTUCE                         $0.00
1  TOMATO                          $0.00
1  ONIONS                          $0.00
   NO                              $0.00
1  SAUCE                           $0.00
1  GYROS (YEERAS)                  $0.00
   After 100.00%                   $0.00
1  EXTRA FETA*                     $0.50
1  SOFT DRINKS*                    $2.98
2  GREECK ISLAND FISH              $0.00
   After 100.00%
1  SIDE GREEK /SPINA PIE*          $1.99
1  TWOPITADEAL*                    $7.99
   SUBTOTAL                       $19.91
   Taxi                            $1.39
   GRAND TOTAL                    $21.30

   Amt Tendered                   $21.30
   Charge due                      $0.00

Thank you for visiting
Voted best gyro in Tampa Bay.

---

TAMPA INTL. APO

RENTAL RECORD:                      CC111B132
COMPLETED BY:      WAYNE-B
RENTAL: TAMPA INTL APO    FCH101
RENTAL: 03-31-10   1764
RETURN: 04-02-10   1449
MILES IN:   2261  OUT:  2216
MILES DRIVEN:    45
PLAN IN/OUT:           SPC
CLS: IDAR                         /OFBS

          2 DAYS         43.00
SUBTOT                          86.00
TAXABLE TOT                     86.00
SALES TAX    INCLUDED
TAG REC                          1.18
FL SURCHG                        4.04
ERF                               .90
CONCFEEREC                       9.25
FLATAX                           7.10
NET DUE                        108.47
PAYMENTS                      -108.47
PAID BY: NC
CREDIT CARD #:       ************7943

---

100 NORTH TAMPA ST.
PARKING GARAGE
OPERATED BY CENTRAL PARKING SYSTEM

Rcpt# 32775
04/01/10 16:49  L# 1 AR  7   Txn#159163
04/01/10 08:24 In   04/01/10 16:49 Out
Tkt# 134191
Fee ......1     $    20.00
Total Fee       $    20.00
CASH PAID       $    20.00-
Cash Tender     $    20.00
Change Due      $     0.00
THANK YOU FOR PARKING WITH US
HAVE A GREAT DAY!
PARKING OFFICE - 813-222-1487

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Friday, March 26, 2010 11:48 AM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - Columbus 4/2/10 |

*ORBITZ*
*FOR BUSINESS*

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Columbus 4/2/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

---

## Your current trip information - Columbus 4/2/10
This trip includes **flights** .

## Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601PSW49C5U |
| **Airline record locator:** | Delta Air Lines - PJT5A8 |
| **Ticket numbers:** | 0067842544436 |
| **Total flight cost:** | $265.20 USD |
| **Traveler(s)** | **Frequent flier details** |

WAYNE MASON   Delta Air Lines SkyMiles
                         2010915557

**Friday, April 2, 2010**
**Delta Air Lines 7341** Economy  |  McDonnell Douglas DC-9-50 Passenger (D95)  |  2hr 12min  |  656 miles

Depart:   **5:35pm   Tampa, FL** Tampa International (TPA)
Arrive:   **6:47pm   Memphis, TN** Memphis International (MEM)

Your flight is confirmed. The airline will assign seats at check-in or you may <u>select seats.</u>

Change planes. Time between flights: **0hr 38min**

**Delta Air Lines 3229** Economy  |  Saab SF340A/ 340B (SF3)  |  56min  |  144 miles

Operated by: MESABA DBA DELTA CONNECTION . Please check in with the operating carrier.

Depart:   **7:25pm   Memphis, TN** Memphis International (MEM)
Arrive:   **8:21pm   Columbus, MS** Columbus Golden Triangle Reg. (GTR)

Your flight is confirmed. The airline will assign seats at check-in or you may <u>select seats.</u>

Total duration: 3hr 46min | Total miles: 800 miles

## Cost summary and billing information

Flight cost summary                         **Billing information**
                                                     **Card holder's Name:**

| | | Wayne B Mason | |
|---|---|---|---|
| Airfare, WAYNE MASON (Adult) | $258.20 | **Card type:** | |
| **Orbitz for Business fees** | | MasterCard | |
| Online transaction fee | $7.00 | **Card number:** | |
| Total | $265.20 USD | xxxxxxxxxxxx7943 | |

## Trip reference field information

## Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

### Great rates

Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

**Garner, Lavella**

| | |
|---|---|
| From: | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| Sent: | Tuesday, March 23, 2010 3:31 PM |
| To: | Mason, Wayne B. |
| Subject: | Your Trip Information - Tampa 3/31/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 3/31/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

**A car reservation has been added.**

## Your current trip information - Tampa 3/31/10
This trip includes **flights and car rental** .

### Flight reservation

Orbitz record locator:   AP270601NDD1CL5U
Airline record locator:   American Airlines - BXDMTK
Ticket numbers:   0017842540994
Total flight cost:   $393.40 USD
Traveler(s)   **Frequent flier details**

WAYNE MASON   American Airlines AAdvantage
M610686

**Leave Wednesday, March 31, 2010**
American Airlines **1246** Economy  |  McDonnell Douglas MD-80 (M80) |  2hr 15min |  920 miles

Depart:   **2:05pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **5:20pm   Tampa, FL**  Tampa International (TPA)
Seat: 9B | Your flight is confirmed. Seat is confirmed. You may review seats.

**Return Saturday, April 3, 2010**
American Airlines **459** Economy  |  McDonnell Douglas MD-80 (M80) |  2hr 55min |  920 miles

Depart:   **7:55am   Tampa, FL**  Tampa International (TPA)
Arrive:   **9:50am   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Seat: 20B | Your flight is confirmed. Seat is confirmed. You may review seats.

### Car rental reservation

**Confirmation number:** F55NRP
**Primary driver:** WAYNE MASON
**Daily rate:** $43.00*

1

Thrifty Car Rental Midsize

| | | |
|---|---|---|
| Pick-up | Wed, Mar 31, 2010 11:00 AM EDT | Tampa International (TPA) (in terminal)<br>**Phone: 877-283-0898**<br>**800-527-7075**<br>**Hours: Open 24 hours** |
| Drop-off | Sat, Apr 3, 2010 11:00 AM EDT | drop-off location same as pick-up location listed above |

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| | | **Card holder's Name:** |
| Airfare, WAYNE MASON (Adult) | $386.40 | Wayne B Mason |
| **Orbitz for Business fees** | | **Card type:** |
| Online transaction fee | $7.00 | MasterCard |
| Total | $393.40 USD | **Card number:** |
| | | xxxxxxxxxxxx7943 |

### Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---|
| Base rate | $129.00 |
| Taxes and fees | $33.69 |

10.50 PCT CONCESSION FEE REC @ 13.87 USD
1.35 ENERGY RECOVERY FEE @ 1.35 USD
6.06 STATE TRANSACT SRG @ 6.06 USD
7.00 PCT STATE TAX @ 10.64 USD
1.77 VEHICLE LICENSE FEE @ 1.77 USD

| | |
|---|---|
| **Total** | **$162.69 USD*** |
| Amount paid at reservation | $0.00 USD |
| Amount due upon rental | $162.69 USD |

*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

### Car

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**

Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee  Wayne Mason
1717 Main St Ste 5400
Dallas TX 752017367
United States

| | | |
|---|---|---|
| Room No. | 1007 | |
| Arrival | 03-31-10 | |
| Departure | 04-02-10 | |
| Page No. | 1 of 2 | |
| Folio | 51339 | |
| Invoice | | |

Membership     GP     G94604106N
Bonus Code
Confirmation No.  **3773900101**
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-31-10 | - In Room Dining Dinner Food | Room# 1007 : CHECK# 0295019 | 44.34 | |
| 03-31-10 | Valet Parking | | 16.00 | |
| 03-31-10 | Guest Room | | 99.00 | |
| 03-31-10 | State Sales Tax | | 6.93 | |
| 03-31-10 | Occupancy Tax | | 4.95 | |
| 04-01-10 | - In Room Dining Breakfast Food | Room# 1007 : CHECK# 0295080 | 29.32 | |
| 04-01-10 | - In Room Dining Dinner Food | Room# 1007 : CHECK# 0295099 | 72.40 | |
| 04-01-10 | Valet Parking | | 16.00 | |
| 04-01-10 | Guest Room | | 99.00 | |
| 04-01-10 | State Sales Tax | | 6.93 | |
| 04-01-10 | Occupancy Tax | | 4.95 | |
| 04-02-10 | - In Room Dining Breakfast Food | Room# 1007 : CHECK# 0295133 | 29.32 | |
| 04-02-10 | Master Card | XXXXXXXXXXXX7943     XX/XX | | 429.14 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee   Wayne Mason
        1717 Main St Ste 5400
        Dallas TX 752017367
        United States

| | | |
|---|---|---|
| Room No. | | 1007 |
| Arrival | | 03-31-10 |
| Departure | | 04-02-10 |
| Page No. | | 2 of 2 |

Membership    GP    G94604106N

| | |
|---|---|
| Folio | 51339 |
| Invoice | |

Bonus Code

Confirmation No.   **3773900101**

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | |
| | **Total** | 429.14 | 429.14 |
| | **Balance** | **0.00** | |

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

### Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.

## Expense Report - Transmittal Report



ER0000029852100065

Spender Wayne B. Mason        From Mar 18, 2010  To Mar 19, 2010        Reimbursement Amt 1,199.07 USD

Report name Tampa

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 7 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/18/10 | Group Meal | United St... | 168.98 USD | Jennifer M. Arevalo |
| 3/18/10 | Lodging | United St... | 346.08 USD | Jennifer M. Arevalo |
| 3/18/10 | Airfare | United St... | 637.40 USD | Jennifer M. Arevalo |
| 3/18/10 | Individual Meal | United St... | 6.21 USD | Jennifer M. Arevalo |
| 3/18/10 | Individual Meal | United St... | 2.30 USD | Jennifer M. Arevalo |
| 3/19/10 | Individual Meal | United St... | 21.10 USD | Jennifer M. Arevalo |

Paschals - A
404-305-8888
Hartsfield Jackson Airport
Date:       Mar18'10 06:24AM
Card Type:  Mastercard
Acct #:     XXXXXXXXXXXX7943
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  EIE002372531844
Auth Code:  190779
Check:      4141
Server:     2004 Avia C

Subtotal:          6.21

I agree to pay total according
to my card issuer agreement.

*** Customer Copy ***

---

12326 Bernice
------------------------------
CHK 3360 MAR18'10  6:47AM  GST 1
------------------------------

1 GRND COD G              2.15

    SUBTOTAL              2.15
    TAX                   0.15
    AMOUNT PAID           2.30

ATLANTA HARTSFIELD INT'L AIRPORT
    If we did exceed your
expectations or if we did not
  exceed your expectations, we
  would love to hear from you

       (404) 838  1026
   tim.slaney@hmshost.com

---

Paschals - A
404-305-8888
Hartsfield Jackson Airport

2004 Avia C
-------------------------------------
Chk 4141      Mar18'10 06:23AM  Gst 0
-------------------------------------
   DINE IN
  1 EGG/BAC BISC          4.20
  1 BOTTLE WATER          1.60

   Food                   5.80
   TAX                    0.41
06:24AM Total             6.21

   Thank you for visiting us,
   please come again.
   For Customer comments,
   Please call (877) 702-4685

---

BAY BREEZE CAFE
5426 BAY CENTER DR #125
TAMPA FL 33609
813-282-8100

Merchant ID: 4312270000143339
Term ID: 8888
Server ID: 1

### Sale

MASTERCARD
XXXXXXXXXXXX7943
Entry Method: Swiped
Apprvd: Online    Batch#: 000008
03/18/10             10:48:04

Inv#: 00000049 Appr Code: 879812

Amount:        $       19.68
Tip:
                 ----------------
Total:
                 ================

Customer Copy

THANK YOU
FOR VISITING!

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:        720
TABLE:        179/1
SERVER:       4031 Ellen
DATE:         MAR19'10 12:38PM
CARD TYPE:    MSTRCARD   A1 5*
ACCT #:       XXXXXXXXXXXX7943
EXP DATE:     XX/XX
AUTH CODE:    259179

TOTAL:              17.10
TIP:                 4
TOTAL:              21.10
X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT

4031 Ellen
--------------------------------
179/1      720       GST 1
    MAR19'10 11:54AM
--------------------------------

      **** SEAT 1 ****
  1 FAJITA CHIX        13.49
    86 MIXED CHEESE
    86 SOUR CREAM
  1 SODA BAR 14         2.49
    FIRST ROUND SBEV
    SUBTOTAL           15.98
TAX   1.12  AMOUNT     17.10
*******  *******

    SUBTOTAL           15.98
    TAX                 1.12
    AMOUNT          $17.10

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

  TIM JUUL 813-396-3983
    GENERAL MANAGER
  TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM



**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Payee | Wayne Mason | Room No. | 1040 |
| | 1717 Main St Ste 5400 | Arrival | 03-18-10 |
| | Dallas TX 752017367 | Departure | 03-19-10 |
| | United States | Page No. | 1 of 1 |
| Membership | GP  G94604106N | Folio | |
| Bonus Code | | Invoice | |
| Confirmation No. | 3744368301 | | |
| Group Name | | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| Misc Personal Charge | | ⟨168.98⟩ | |
| 03-18-10 | Valet Parking | 16.00 | |
| 03-18-10 | Guest Room | 309.00 | |
| 03-18-10 | State Sales Tax | 21.63 | |
| 03-18-10 | Occupancy Tax | 15.45 | |
| 03-19-10 | - In Room Dining Breakfast Food    Room# 1040 : CHECK# 0295049 | 29.32 | |
| 03-19-10 | Master Card    XXXXXXXXXXXX7943    XX/XX | | 560.38 |

Your Gold Passport account will be credited for this stay.

| | | | |
|---|---|---|---|
| **Total** | | **560.38** | **560.38** |
| **Balance** | | **0.00** | |

Thank you for choosing Grand Hyatt Tampa Bay

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

We hope to welcome you back to Grand Hyatt Tampa Bay

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Wednesday, March 17, 2010 3:53 PM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - SLC - TPA 3/18/10 |

**ORBITZ**
*FOR BUSINESS*

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **SLC - TPA 3/18/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - SLC - TPA 3/18/10

This trip includes **flights** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601JDKJQW32 |
| **Airline record locator:** | Delta Air Lines - PZ2SV8 |
| **Ticket numbers:** | 0067842023801 |
| **Traveler(s)** | **Frequent flier details** |

| | | |
|---|---|---|
| WAYNE MASON | Delta Air Lines SkyMiles | |
| | 2010915557 | |

**Thursday, March 18, 2010**
Delta Air Lines 2055 First Class | Boeing 757 Passenger (757) | Refreshments | 3hr 26min | 1587 miles

Depart: **12:50am Salt Lake City, UT** Salt Lake City International (SLC)
Arrive: **6:16am Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)
Your flight is confirmed. The airline will assign seats at check-in or you may select seats.

No plane change. Time between flights: **1hr 19min**
Delta Air Lines 2055 First Class | Boeing 757 Passenger (757) | 1hr 25min | 408 miles

Depart: **7:35am Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)
Arrive: **9:00am Tampa, FL** Tampa International (TPA)
Your flight is confirmed. The airline will assign seats at check-in or you may select seats.
Total duration: 6hr 10min | Total miles: 1995 miles

## Cost summary and billing information

| Flight cost summary | Billing information |
|---|---|
| **Flight cost - 2/26/10** | **Card holder's Name:** Wayne B Mason |
| | **Card type:** |

1

| | | |
|---|---|---|
| Airfare #0067840595634 | $465.40 | MasterCard |
| **Orbitz for Business fees** | | Card number: |
| Offline transaction fee | $22.00 | xxxxxxxxxxxx7943 |
| **Flight cost** | **$487.40** | |
| | | |
| **Exchange cost - 3/17/10** | | |
| Airfare #0067842023801 | $1044.40 | |
| Previous airfare | -$465.40 | |
| **Airfare difference** | **$579.00** | |
| Airline change fee | $150.00 | |
| **Orbitz for Business fees** | | |
| Offline transaction fee | $22.00 | |
| **Total exchange cost** | **$751.00  USD** | |
| **Grand total itinerary cost to-date** | $1,238.40 USD | |

---

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update
to get real-time travel tips and airport status. You can also look up your itinerary and flight
status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

### Great rates


Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US.
Our Customer Service Center is open 24 hours a day, 7 days a week.**

## Expense Report - Transmittal Report



ER00000029852100067

Spender Wayne B. Mason             From Mar 23, 2010  To Mar 25, 2010          Reimbursement Amt 1,909.39 USD

Report name Tampa 3/23-3/24

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | Yes |
| Number of receipts to submit | 8 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/22/10 | Airfare | United St... | 729.70 USD | Jennifer M. Arevalo |
| 3/22/10 | Airfare | United St... | 687.90 USD | Jennifer M. Arevalo |
| 3/23/10 | Individual Meal | United St... | 9.91 USD | Jennifer M. Arevalo |
| 3/23/10 | Lodging | United St... | 232.88 USD | Jennifer M. Arevalo |
| 3/23/10 | Individual Meal | United St... | 96.52 USD | Jennifer M. Arevalo |
| 3/24/10 | Individual Meal | United St... | 22.10 USD | Jennifer M. Arevalo |
| 3/25/10 | Taxi, Trains, o... | United St... | 62.15 USD | Jennifer M. Arevalo |
| 3/25/10 | Car Rental | United St... | 54.23 USD | Jennifer M. Arevalo |

**The Palm-Tampa Bay**
205 Westshore Plaza Drive
Tampa, FL
813-849-7256
www.ThePalm.com

* * * * Restaurant * * * *

614 HUGO

Tbl 71/1      Chk 1421           Gst 1
        Mar23'10 07:12PM

1 Iced Tea                          3.25
1 Mixed Green                      10.00
1 Filet 9oz                        40.50
1 Baked Potato                      8.50
1 Coffee                            3.50
1 Spinach                           9.50

Subtotal                           75.25
Tax                                 5.27
Total                          **80.52**

Food Tax                            5.27

837 Club members earned
75 points.
Not a member?
Ask your server for details.

Lunch at The Palm is
TWICE as rewarding!
From Feb 1 - March 15,
837 Club members will
earn DOUBLE points during
lunch at The Palm in Tampa.
Ask your server for details!

---

5528 3200 3953 7943

IMPRINTED DATA ONLY ABOVE THIS LINE — DO NOT CIRCLE EXPIRATION DATE
09      08/12
WAYNE B MASON

EXPIRATION
[X] DATA
CHECKED

DATE | SERVER/CASHIER
AUTHORIZATION NO. | REFERENCE NO.

5802854

QTY. | DESCRIPTION | AMOUNT

TAX
SALES
SLIP
TIP
MISC.
TOTAL

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount of
the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

---

* * * * Restaurant * * * *
Date:        Mar23'10 08:08PM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXXX7943
Trans Key:   CIC002406174686
Exp Date:    XX/XX
Auth Code:   706243
Check:       1421
Table:       71/1
Server:      614 HUGO

Subtotal:                         80.52
Tip:

Total:

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

Bay Breeze Cafe
5420 Bay Center Drive
Tampa, Florida
DATE 03/24/2010 WED    TIME 12:33

Misc.                             $2.15
Misc.                             $5.75
TAX1                              $0.55
TOTAL                             $8.45
CASH                              $8.45
Let us cater your next event
(813) 282-8100
No.063371      00000

0

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:        3161
TABLE:        184/1
SERVER:       4031 Ellen
DATE:         MAR24'10  5:07PM
CARD TYPE:    MSTRCARD  A1 5*
ACCT #:       XXXXXXXXXXXXX7943
EXP DATE:     XX/XX
AUTH CODE:    734075
              WAYNE B MASON

TOTAL:        17.10

TIP:  _____

TOTAL:  _____

X  _____

I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---

HMS HOS
CHILI'S
TAMPA INTERNATIONAL AIRPORT
184/1        3161
MAR24'10  4:58PM      GST 1

1 SODA BAR 14
  **** SEAT 1 ****
  FIRST ROUND SBEV         2.49
1 FAJITA CHIX
  86 GUACAMOLE            13.49
  86 SOUR CREAM
SUBTOTAL                  15.98
TAX                        1.12
TAX AMOUNT                17.10
********  *******
SUBTOTAL                  15.98
TAX                        1.12
AMOUNT                  $17.10

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
GENERAL MANAGER
TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM

---

TAMPA INTL APO
RENTAL RECORD:              OC1100422
MASON           WAYNE       JHLL21
COMPLETED BY: TAMPA INTL APO
RENTED:  03-23-10    1728
RETURN:  03-24-10    1617
RENTAL:  03-23-10    42052
MILES IN: 42066  OUT:
MILES DRIVEN:        36
PLAN IN/OUT:    SPC   /OPRS
CLS: ICAR

1 DAYS              43.00
SUBTOTAL            43.00     43.00
TAXABLE TOT                   43.00
SALES TAX INCLUDED
TAG REC                         .59
FL SURCHG                      2.02
ERF                             .45
CONCFEEREC                     4.62
FLATAX                         3.55
NET DUE                       54.23
PAYMENTS                      54.23
PAID BY: MC
CREDIT CARD #:         **********7943



MASON, WAYNE

**Room Number:** 08305
**Daily Rate:** 199.00
**Room Type:** TRIPLE
**No. of Guests:** 1 / 0

FILL IN AT CHECK IN, ** ** **

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 3/23/2010 | 3/24/2010 | XXXXXXXXXXXX7943 | BAR L | TRANS | 43000177840 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 3/23/2010 | 08305 | ROOM CHARGE | #08305 MASON, WAYNE | $199.00 |
| 3/23/2010 | 08305 | OCCUPANCY TAX 5% | OCCUPANCY TAX 5% | $9.95 |
| 3/23/2010 | 08305 | STATE TAX 7% | STATE TAX 7% | $13.93 |
| 3/24/2010 | 08305 | LATITUDES FOOD | 08305/1441/08:25/LATITUDES FOOD | $9.91 |
| 3/24/2010 | 08305 | MASTERCARD | MASTERCARD | ($232.79) |

**TOTAL DUE:** $0.00

Guest Signature:_____

I agree to remain personally liable for the payment of this account if the
corporation or third party fails to pay part or all of these charges

| | |
|---|---|
| From: | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| Sent: | Monday, March 22, 2010 4:06 PM |
| To: | Mason, Wayne B. |
| Subject: | Your Trip Information - Tampa 3/23/10 |

**ORBITZ** FOR BUSINESS

**Sedgwick** DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 3/23/10**:

**A car reservation has been added.**

## Your current trip information - Tampa 3/23/10

This trip includes **flights and car rental** .

### Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601WQ5MNW5U |
| Airline record locator: | United Airlines - WQ5MNW |
| Ticket numbers: | 0167842028027 |
| Total flight cost: | $751.70 USD |
| Traveler(s) | **Frequent flier details** |

WAYNE MASON    United Airlines Mileage Plus
                            00122183343

**Tuesday, March 23, 2010**
**United Airlines 188 First Class | Boeing 757-200 Passenger (752) | 2hr 42min | 1007 miles**

Depart:  **1:23pm**  **Chicago, IL**  Chicago O'Hare International (ORD)
Arrive:  **5:05pm**  **Tampa, FL**  Tampa International (TPA)
Seat: 2C | Your flight is confirmed. Seat is confirmed. You may **review seats.**

### Car rental reservation

**Confirmation number:** F54W5H
**Primary driver:** WAYNE MASON
**Daily rate:** $43.00*

  **Thrifty Car Rental Midsize**

| | | |
|---|---|---|
| Pick-up | **Tue, Mar 23, 2010 5:00 PM EDT** | Tampa International (TPA) (in terminal) **Phone:** 877-283-0898 800-527-7075 **Hours:** Open 24 hours |
| Drop-off | **Fri, Mar 26, 2010 8:00 AM EDT** | drop-off location same as pick-up location listed above |

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $729.70 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| Total | $751.70 USD |

### Billing information
**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

### Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---|
| Base rate | $129.00 |
| Taxes and fees | $33.69 |
| 10.50 PCT CONCESSION FEE REC @ 13.87 USD | |
| 1.35 ENERGY RECOVERY FEE @ 1.35 USD | |
| 6.06 STATE TRANSACT SRG @ 6.06 USD | |
| 7.00 PCT STATE TAX @ 10.64 USD | |
| 1.77 VEHICLE LICENSE FEE @ 1.77 USD | |
| **Total** | **$162.69 USD*** |
| Amount paid at reservation | $0.00 USD |
| Amount due upon rental | $162.69 USD |

*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight
Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000

### Car
Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**
Add a Flight
Add a Car
Add a Hotel

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

**Garner, Lavella**

**ORBITZ**
*FOR BUSINESS*

Sedgwick
ORTEGA, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Dallas/Fort Worth 3/25/10**:

An air reservation has been added.

This air reservation has now been ticketed.

## Your current trip information - Dallas/Fort Worth 3/25/10
This trip includes **flights** .

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601X4N5L85U |
| Airline record locator: | Delta Air Lines - 3EA990 |
| Ticket numbers: | 0067842028128 |
| Total flight cost: | $694.90 USD |
| Traveler(s) | **Frequent flier details** |

WAYNE MASON      Delta Air Lines SkyMiles
                 2010915557

**Thursday, March 25, 2010**
Delta Air Lines 7341 First Class | McDonnell Douglas DC-9-50 Passenger (D95) | 2hr 12min | 656 miles

Depart:   5:35pm  **Tampa, FL**  Tampa International (TPA)
Arrive:   6:47pm  **Memphis, TN**  Memphis International (MEM)

Seat: 3D | Your flight is confirmed. Seat is confirmed. You may **review seats.**
Change planes. Time between flights: **1hr 3min**
Delta Air Lines 4047 Economy | Canadair Regional Jet (CRJ) | 1hr 44min | 427 miles
Operated by: PINNACLE DBA DELTA CONNECTION . Please check in with the operating carrier.

Depart:   7:50pm  **Memphis, TN**  Memphis International (MEM)
Arrive:   9:34pm  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

Seat: 5B | Your flight is confirmed. Seat is confirmed. You may **review seats.**
Total duration: 4hr 59min | Total miles: 1083 miles

## Cost summary and billing information

| Flight cost summary | Billing information |
|---|---|
| | Card holder's Name: |

1

| | | | Wayne B Mason | |
|---|---|---|---|---|
| **Airfare, WAYNE MASON (Adult)** | $687.90 | Card type: | | |
| **Orbitz for Business fees** | | | MasterCard | |
| Online transaction fee | $7.00 | Card number: | | |
| **Total** | $694.90 USD | | xxxxxxxxxxxx7943 | |

## Trip reference field information

## Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

### Great rates


Add a Flight
Add a Car
Add a Hotel

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.



Tracking ID: 793421654918 continued

| | | | |
|---|---|---|---|
| Delivered | Apr 07, 2010 09:27 | Transportation Charge | 97.65 |
| Svc Area | A1 | Fuel Surcharge | 2.94 |
| Signed by | A.VARNADO | Discount | -55.66 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** USD | **$44.93** |

**Picked up:** Apr 06, 2010    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 793422128913 | Lavella Garner | Wayne Mason c/o Katie Duty |
| Service Type | FedEx Priority Overnight | SDMA | HDR, Inc. |
| Package Type | FedEx Envelope | 1717 Main Street | 5426 BAY CENTER DR STE 400 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33609 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Apr 07, 2010 09:00 | Transportation Charge | 24.70 |
| Svc Area | A1 | Discount | -14.08 |
| Signed by | N.CAYURA | Fuel Surcharge | 0.74 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** USD | **$11.36** |

**Picked up:** Apr 06, 2010    **Cust. Ref.:** 00571.133211    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 798542568535 | Ruth Scott | Margaret G. Montemayer |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Bexar County District Clerk |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | 100 DOLOROSA STE 109 |
| Zone | 03 | DALLAS TX 75201 US | SAN ANTONIO TX 78205 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 17.50 |
| Delivered | Apr 07, 2010 09:20 | Discount | -9.98 |
| Svc Area | A1 | Residential Delivery | 2.50 |
| Signed by | M.GARCIA | Fuel Surcharge | 0.70 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** USD | **$10.72** |

| **Shipper Subtotal** | **USD** | **$512.06** |
|---|---|---|

**Picked up:** Apr 06, 2010    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Third Party    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 4

10775.000001

| Automation | USAB | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 872293479123 | JOHNNIE EADS | ANGIE SOTELO |
| Service Type | FedEx Standard Overnight | 1804 E 52ND | SPECIAL DELIVERY |
| Package Type | FedEx Envelope | ODESSA TX 79762 US | 5470 L B J FWY 100 |
| Zone | 04 | | DALLAS TX 75240 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 21.30 |
| Delivered | Apr 07, 2010 08:21 | Fuel Surcharge | 0.64 |
| Svc Area | A1 | Discount | -12.14 |
| Signed by | G.PALOS | Courier Pickup Charge | 0.00 |
| FedEx Use | 009605966/0000222/_ | **Total Charge** USD | **$9.80** |

| **Third Party Subtotal** | **USD** | **$9.80** |
|---|---|---|

## Expense Report - Transmittal Report



ER00000029852100069

Spender Wayne B. Mason        From Apr 27, 2010  To Apr 29, 2010        Reimbursement Amt 1,723.90 USD

Report name Tampa 4/27/10

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 16 | Audit required | Yes |
| Number of receipts to submit | 15 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/27/10 | Individual Meal | United St... | 44.98 USD | Jennifer M. Arevalo |
| 4/27/10 | Lodging | United St... | 256.48 USD | Jennifer M. Arevalo |
| 4/27/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 4/27/10 | Individual Meal | United St... | 3.63 USD | Jennifer M. Arevalo |
| 4/27/10 | Airfare | United St... | 60.00 USD | Jennifer M. Arevalo |
| 4/28/10 | Lodging | United St... | 256.48 USD | Jennifer M. Arevalo |
| 4/28/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 4/28/10 | Other Travel - ... | United St... | 15.00 USD | Jennifer M. Arevalo |
| 4/28/10 | Airfare | United St... | 268.40 USD | Jennifer M. Arevalo |
| 4/28/10 | Group Meal | United St... | 59.49 USD | Jennifer M. Arevalo |
| 4/28/10 | Group Meal | United St... | 393.84 USD | Jennifer M. Arevalo |
| 4/29/10 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |
| 4/29/10 | Individual Meal | United St... | 37.16 USD | Jennifer M. Arevalo |
| 4/29/10 | Car Rental | United St... | 127.67 USD | Jennifer M. Arevalo |
| 4/29/10 | Airfare | United St... | 70.00 USD | Jennifer M. Arevalo |

```
          Malio's
        Tampa, Florida
       813-223-7746

2024 Dina K
-------------------------------
Tbl 32/1     Chk 8339      Gst 2
          Apr28'10 11:56AM
-------------------------------
                             5.25
1 Bass                       7.00
1 Gorgonzola Salad          24.00
2 $12 Catch                  2.50
1 Iced Tea                   7.50
2 Coffee

Food                        41.00
Beer                         5.25
Tax                          3.24
12:45PM Total               49.49


     Thank you for joining us.
     Please Come Again.
```

```
          Malio's
        Tampa, Florida
       813-223-7746
Date:        Apr28'10 12:55PM
Card Type:   M.C.
Acct #:      XXXXXXXXXXXX7943
Exp Date:    XX-XX
Auth Code:   729965
Check:       8339
Table:       32/1
Server:      2024 Dina K

Subtotal:              49.49

Tip:                   10

Total:                 59.49

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *
```

```
   STARBUCKS COFFEE A13
DALLAS FT WORTH INT'L AIRPORT

11135 KYINDRA
-------------------------------
CHK 2887 APR27'10  5:08PM  GST 1
-------------------------------
      S u b t o t a l

1 TALL LATTE VANIL          3.35
  NO CHOICE

SUBTOTAL                    3.35
TAX                         0.28
AMOUNT PAID            3 . 63
XXXXXXXXXXXXXXX3        XX/XX
MSTRCARD   A1               3.63
```

```
AVIS
We try       Thank you for renting from Avis.
harder

RENTAL NUMBER    CAR NUMBER    CAR GROUP
                 41680844        E
714849063

MASON,WAYNE          AWD = A984200
WIZ = HE408Y
CV - CMXXXXXXXXXXXXX7943      T5
FTN AD/M610686

OUT TPA 27APR10/2145 MI = 13589
IN  TPA 29APR10/1532 MI = 13618
      29 MI@       .45 =
          HR@    33.76 =           90.00
       2 DY@    45.00 =              .94
$.47/DY ERF              =          9.55
**10.40% FEE            =         13.99
FUEL SERVICE            =           .12
7.5% TX FF MIDY         =          4.00
$   2.00 /DY SSU        =           .02
$   0.01 /DY TBS        =           .70
$   0.35 /DY VLF        =        119.32
TAXABLE SUBTOT          =          8.35
TAX  7.000%
                        =        127.67
TOTAL CHARGES
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE        .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
```

Please check your car for personal effects.

Please check your car for personal effects.

Receive rental receipts by email every time you
And get access to special offers & more. See rev



```
* * * * Restaurant * * * *
Date:        Apr28'10 08:09PM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXXX7943
Trans Key:   AIA003145711002
Exp Date:    XX/XX
Auth Code:   135827
Check:       1800
Table:       28/1
Server:      519 CHERYL

Subtotal:        333.84
Tip: _____

Total: _____

Signature _____

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *
```

The Palm-Tampa Bay
205 Westshore Plaza Drive
Tampa, FL
**813-849-7256**
www.ThePalm.com

\* \* \* \* Restaurant \* \* \* \*

519 CHERYL
------------------------------------
Tbl 28/1        Chk 1800           Gst 2
           Apr28'10 06:31PM
------------------------------------
| | | |
|---|---|---:|
| 1 | Colossal Cktl 2 Shrimp ($) | 25.00 |
| 1 | Mixed Green | 10.00 |
| 1 | Caesar Salad | 10.50 |
| 1 | Filet 14oz | 44.50 |
| 1 | Filet 9oz | 40.50 |
| 2 | Baked Potato | 17.00 |
| 2 | Coffee | 7.00 |
| | Misc Personal Charge | 〈148.00〉 |
| 1 | Spinach | 9.50 |

```
   Subtotal           312.00
   Tax                 21.84
   Total           333.84

   Food Tax            11.48
   Alcohol             10.36
```

837 Club members earned
312 points.
Not a member?
Ask your server for details.


Restaurant Week at The Palm!

For only $39.95 per person,
you can enjoy a classic Palm
Dinner — choice of starter,
entree and two personal sides.

**AmericanAirlines** oneworld

**AADVANTAGE UPGRADE PURCHASE**
**PASSENGER RECEIPT**

**AmericanAirlines**

NOT VALID FOR
TRANSPORTATION
NON-REFUNDABLE

PURCHASER NAME
**MASON/WAYNE B**

E-Upgrade Purchase                2    AADV NUMBER
MASON/WAYNE B MR                        **M610686**

**PASSENGER TICKET**
**0017843891139**

Credit Card   MC XXXXXXXXXXX7943

| Fare | 55.82 USD | PNR: MNNHKZ | DATE OF ISSUE |
|------|-----------|-------------|----------------|
| TFC | 4.18 US | Agent: DFW-SSM | APRIL 27, 2010 |
| TFC | | | |
| TFC | | 001 | 0751682422 | 5 |
| Total | 60.00 USD | | |

**NOT VALID FOR TRAVEL**

**TFC=TAXES,FEES & CHARGES**

SSI-1 CPN 1109928

---

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT      AADVANTAGE UPGRADE PURCHASE   1

**AmericanAirlines** oneworld      PASSENGER RECEIPT  01 OF 01

**AmericanAirlines**

*********************
NAME OF PASSENGER
NOT VALID
FOR TRANSPORTATION
*********************
NON-REFUNDABLE *

ISS. AGENT ID   29APR2010   10103100
                TPA 41B     /TAMPA

NAME OF PASSENGER NOT TRANSFERABLE
MASON/WAYNE
AADV M610686  PLATINUM   EXPIRATION DATE 29APR2011      6

** AADV UPGRADE DEPOSITED **
   PURCHASED TOP TIER UPGRADES

*********************
*********************
*********************
NOT VALID
FOR TRANSPORTATION
*********************
* * * * *
*********************

| | FARE | | | |
|---|------|---|---|---|
| USD | 65.12 | | FP IKXXXXXXXXXXXX7943 359792 | |
| US TAX | 4.88 | | ************* | |
| TAX | NA | | | |
| TOTAL | NA | 00114563117026 | 0 001 0751686703 2 | |
| USD | 70.00 | | | |

NOT VALID FOR TRAVEL
0 001 0751686703 2

STAPLE HERE

Do not expose to excessive heat or direct sunlight.

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Thursday, April 15, 2010 10:04 AM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - Tampa 4/27/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
ORTLEY, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 4/27/10**:

**A car reservation has been added.**

## Your current trip information - Tampa 4/27/10
This trip includes **flights and car rental** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601XHX8S68M |
| **Airline record locator:** | American Airlines - MNNHKZ |
| **Ticket numbers:** | Will be sent via e-mail within 24 hours |
| **Total flight cost:** | $283.40 USD |
| **Traveler(s)** | **Frequent flier details** |
| WAYNE MASON | American Airlines AAdvantage |
| | M610686 |

**Leave Tuesday, April 27, 2010**
**American Airlines 1482** Economy | McDonnell Douglas MD-80 (M80) | 2hr 20min | 920 miles

Depart: **6:00pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive: **9:20pm  Tampa, FL**  Tampa International (TPA)

Seat: 11B | Your flight is confirmed. Seat is confirmed. You may review seats.

**Return Thursday, April 29, 2010**
**American Airlines 1657** Economy | McDonnell Douglas MD-83 (M83) | 2hr 45min | 920 miles

Depart: **6:40pm  Tampa, FL**  Tampa International (TPA)
Arrive: **8:25pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

Seat: 17B | Your flight is confirmed. Seat is confirmed. You may review seats.

### Car rental reservation

**Confirmation number:** 09863555US2
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y
**Daily rate:** $45.00*

Avis Midsize

1

| | | | |
|---|---|---|---|
| Pick-up | Tue, Apr 27, 2010 9:00 PM EDT | Tampa International (TPA) (in terminal) <br> **Phone:** 813-396-3500 <br> 800-331-1212 <br> **Hours:** Open 24 hours | |
| Drop-off | Thu, Apr 29, 2010 6:00 PM EDT | drop-off location same as pick-up location listed above | |

## Cost summary and billing information

### Flight cost summary

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $268.40 |
| Total service fee: | $15.00 |
| **Total** | **$283.40 USD** |

### Billing information
**Card holder's Name:**
    Wayne B Mason

**Card type:**
    MasterCard

**Card number:**
    xxxxxxxxxxxx7943

### Car rental cost summary

This is an alternate corporate rate. Your corporate discount number has been applied. Corporate benefits and/or insurance may or may not apply. Contact your Travel Manager for additional information.

| | |
|---|---|
| Total | $112.55 USD |
| Amount paid at reservation | $0.00 US |
| Amount due upon rental <br> Car rental estimate including taxes and fees | $112.55 US |

*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000

### Car

Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**

Add a Flight
Add a Car
Add a Hotel

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

2



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| | |
|---|---|
| Payee | Wayne Mason |
| | 1717 Main St Ste 5400 |
| | Dallas TX 752017367 |
| | United States |

| | | |
|---|---|---|
| Room No. | | 0410 |
| Arrival | | 04-27-10 |
| Departure | | 04-29-10 |
| Page No. | | 1 of 2 |
| Folio | | 58543 |
| Invoice | | |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | **3880118401** | |
| Group Name | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-27-10 | Valet Parking | 16.00 | |
| 04-27-10 | Guest Room | 229.00 | |
| 04-27-10 | State Sales Tax | 16.03 | |
| 04-27-10 | Occupancy Tax | 11.45 | |
| 04-28-10 | - In Room Dining Breakfast Food    Room# 0410 : CHECK# 0295956 | 44.98 | |
| 04-28-10 | Valet Parking | 16.00 | |
| 04-28-10 | Guest Room | 229.00 | |
| 04-28-10 | State Sales Tax | 16.03 | |
| 04-28-10 | Occupancy Tax | 11.45 | |
| 04-29-10 | - In Room Dining Breakfast Food    Room# 0410 : CHECK# 0295010 | 37.16 | |
| 04-29-10 | Master Card    XXXXXXXXXXXX7943    XX/XX | | 627.10 |



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee  Wayne Mason
1717 Main St Ste 5400
Dallas TX 752017367
United States

| | | |
|---|---|---|
| Room No. | | 0410 |
| Arrival | | 04-27-10 |
| Departure | | 04-29-10 |
| Page No. | | 2 of 2 |
| Folio | | 58543 |
| Invoice | | |

Membership      GP      G94604106N
Bonus Code
Confirmation No.  **3880118401**
Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | **Total** | **627.10** | **627.10** |
| | **Balance** | **0.00** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

Thank you for choosing Grand Hyatt Tampa Bay

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

We hope to welcome you back to Grand Hyatt Tampa Bay

**From:**       Mason, Wayne B.
**Sent:**       Thursday, April 29, 2010 10:54 PM
**To:**         Garner, Lavella
**Subject:**    FW: Airport Parking Receipt-Wayne Mason
**Attachments:** Mason, Wayne B..vcf


Wayne

Wayne B. Mason
wayne.mason@sdma.com   |   469.227.4602 direct

Sedgwick, Detert, Moran & Arnold LLP, Detert, Moran & Arnold LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 ph   |   469.227.8004 fx   |   www.sdma.com


-----Original Message-----
From: FreedomPark Reservations [mailto:reservations@freedomparkdfw.com]
Sent: Thursday, April 29, 2010 10:51 PM
To: Mason, Wayne B.; Garner, Lavella
Cc: Sent Reservations
Subject: Airport Parking Receipt-Wayne Mason


FreedomPark
Airport Parking Receipt

***Summary of Charges************************************************************
* Control#  Customer Name  Departure Date Return Date  Total Charge *
* 1175925   Wayne Mason    4/27/2010      4/29/2010        $78.77 *
********************************************************************************


Charges for MasterCard ending in 7943 - primary

                                   Sales  Airport
Description  Qty   Rate   PreTax    Tax     Fee    Total
---------------------------------------------------------
Parking       3  $22.00  $66.00   $5.45   $7.33  $78.77
                                 Parking Subtotal  $78.77

Your charges have been billed to your credit card(s) noted above. Should you have any
questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

Thanks for using FreedomPark

FreedomPark, L.P.



HDR, Inc.                                                      June 30, 2010
8404 Indian Hills Dr.                                  Invoice No. 969138
Omaha, NE 68114


For Professional Services Through May 31, 2010:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 05/01/10 | M. Melle | 1.00 | Review, analyze and code documents for privilege, responsiveness and issues |
| 05/01/10 | C. Steinmann | 1.00 | Collect documents in Relativity for preparation for the depositions of Menzies and Mohylian |
| 05/01/10 | C. Alm | 9.00 | Review and analyze batches HDRESI-PRESP00100982, 100983, 100984, 100985, 100986, 100987 and 100988 for issues related to litigation |
| 05/01/10 | R. Zarate | 6.50 | Review and analyze batches HDRESI-PRESP100816, 100817, 100820, 100821 and 100824 for issues related to litigation |
| 05/01/10 | E. Cornelius | 13.10 | Review and analysis of HDR Batch PRESP00100810, PRESP00100811, PRESP00100812, PRESP00100814, PRESP00100819, PRESP00100829, documents in Relativity Database, documents CON00243838 - CON00243989, CON0024399 - CON00244139, CON00244140 - CON00244290, CON00244441 - CON00244592, CON00245201 - CON00245350, CON00246707 - CON00246856 reviewed issues related to litigation |
| 05/01/10 | S. Crosby | 4.00 | Review and analysis of HDR documents in Relativity Database, documents HDR_C0N00246557 - HDR_C0N00246706, |



|          |              |       | HDR_C0N00245655 - HDR_C0N00245805 and HDR_C0N00245806 - HDR_C0N00245955 for issues related to litigation |
|----------|--------------|-------|---|
| 05/01/10 | L. Primas    | 4.00  | Review and analysis of batch HDRESI-PRESP00100813, documents 1 - NNN, and Batch HDRESI-PRESP00100818, documents 1 - 71, for potential privilege |
| 05/01/10 | L. Primas    | 3.00  | Review and analysis of batch HDRESI-PRESP00100809 in Relativity Database, documents 54 - 150, for potential privilege |
| 05/01/10 | B. Rogers    | 2.00  | Review and analysis of PRESPOO100735 and PRESPOO100_ batch documents in Relativity Database, documents HDR_ESI-CON00232465 - 232542 and 233232 - 233306 for responsiveness, privilege, and issues related to litigation |
| 05/01/10 | K. Schwartz  | 8.50  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100737 docs 41-150, HDRESI-PRESP00100100738 docs 1-150, HDRESI-PRESP00100100739 docs 1-150, HDRESI-PRESP00100100741 docs 1-150, and HDRESI-PRESP00100100742 docs 1-75 for issues related to litigation |
| 05/01/10 | H. Webster   | 3.50  | Review and analysis of HDRESI-PRESP00100922 documents 74 - 160, and HDRESI-PRESP00100923 documents 1 - 71 issues related to litigation |
| 05/02/10 | W. Mason     | 0.10  | Receive and review e-mail from Richard Harrison regarding local middle district rule with respect to deposing Maxwell and Commissioner Sharpe |
| 05/02/10 | K. Meaders   | 2.80  | Draft and revise detailed document protocol and information and protocol for collection and direction of discovery, documents, depositions, deposition exhibits, etc. and forwarding to all interested contacts, experts, relativity and Xerdict databases |



| | | | |
|---|---|---|---|
| 05/02/10 | K. Meaders | 1.70 | Prepare for deposition of TBW Menzies and begin collection of documents for questioning |
| 05/02/10 | L. Henderson | 2.00 | Review insurance policies and related documents produced by co-defendants in order to prepare memorandum regarding potentially available coverage |
| 05/02/10 | M. Melle | 10.00 | Review and analyze batches HDRESI-AoL 00099-00106 for privileged information |
| 05/02/10 | E. Knight | 4.60 | Review and analyze voluminous client documents for privilege and responsiveness |
| 05/02/10 | W. Richmond | 7.00 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 05/02/10 | C. Alm | 8.00 | Review and analyze batches HDRESI-PRESP00100989, 100994, 101001, 101003, 101006, 101008, 101009 and 101053 for issues related to litigation |
| 05/02/10 | M. Stringer | 5.10 | Review and analyze HDRESI-CON00231755 thru HDRESI-CON00231784 of batch HDRESI-CON00100730 and batches HDRESI-CON00100743 thru HDRESI-CON00100745 for issues related to litigation |
| 05/02/10 | R. Zarate | 8.00 | Review and analyze batches HDRESI-PRESP100825, 100842, 100843, 100844, 100845 and 100846 for issues related to litigation |
| 05/02/10 | E. Cornelius | 11.00 | Review and analysis of HDR Batch PRESP00100830, PRESP00100831, PRESP00100833, PRESP00100834, PRE00100835, PRE00100836 in Relativity Database, documents CON00246857 - CON0024701, CON00247012 - CON00247161, CON00247312- CON00247461, CON00247462 - CON00247611, CON00247612 - CON00247761, CON00247830 - CON00247762 for, issues related to litigation |
| 05/02/10 | L. Primas | 5.00 | Review and analyze batches HDRESI- |



|            |              |       | PRESP00100818, HDRESI-PRESP00100818, HDRESI-PRESP00100832 for issues related to litigation |
|------------|--------------|-------|----------------------------------------------------------------------------------------|
| 05/02/10   | K. Schwartz  | 2.00  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100742 docs 76-150 and HDRESI-PRESP00100100747 docs 1-50, to Issues related to litigation |
| 05/02/10   | H. Webster   | 4.50  | Review and analysis of HDRESI-PRESP00100923 and HDRESI-PRESP00100888 for issues related to litigation |
| 05/03/10   | W. Mason     | 0.10  | Receive and review e-mail from Jim Hickman to all counsel of record advising Todd Betanzos no longer on case and satisfying conference requirement for Verified Motion for Admission Pro Hac Vice of Kurt Meaders |
| 05/03/10   | W. Mason     | 0.10  | Review e-mail from █████████████████ |
| 05/03/10   | W. Mason     | 0.10  | Prepare e-mail to ████████████████ ███████████████████████████████ |
| 05/03/10   | W. Mason     | 2.10  | Multiple intrafirm conferences regarding █ █████████████████ |
| 05/03/10   | K. Meaders   | 1.00  | Preparation for TBW Menzies deposition |
| 05/03/10   | K. Meaders   | 0.30  | Telephone call from attorney Mason regarding ██████████████ |
| 05/03/10   | K. Meaders   | 0.50  | Meeting with attorney Gamble and legal assistant Rogers for ███████████ ████ |
| 05/03/10   | K. Meaders   | 0.60  | Work on ██████████████ |
| 05/03/10   | K. Meaders   | 2.50  | Review ██████████████ |



| | | | |
|---|---|---|---|
| | | | ██████████████ |
| 05/03/10 | K. Meaders | 0.70 | Review supplemental Golder Report |
| 05/03/10 | K. Meaders | 1.00 | Telephone conference with attorney Mason regarding ████████████████ |
| 05/03/10 | K. Meaders | 0.90 | Draft preliminary subject matter for 30(b)(6) deposition and email to attorney Steinmann for more subject matters |
| 05/03/10 | K. Meaders | 0.80 | Revise ████████████ telephone call with attorney Mason regarding same and forwarding draft via email |
| 05/03/10 | T. Gamble | 4.40 | Continue work on substance and format ████████████████ |
| 05/03/10 | L. Henderson | 7.10 | Continue reviewing ████████████████ |
| 05/03/10 | M. Melle | 4.60 | Review and analyze batches HDRESI-AoL 00107-00109 for privileged information |
| 05/03/10 | E. Weathers | 6.00 | Review and analyze batches HDRESI-AoL200037, HDRESI-AoL200039, HDRESI-AoL200040, HDRESI-AoL200041, HDRESI-AoL200042, HDRESI-AoL200045, HDRESI-AoL200050 for privileged information |
| 05/03/10 | E. Knight | 10.00 | Review and analyze voluminous client documents for privilege and responsiveness |
| 05/03/10 | W. Richmond | 1.60 | Research ████████████████ |
| 05/03/10 | W. Richmond | 8.00 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 05/03/10 | R. Altamirano | 3.20 | Review and analyze batches PRESP00100760 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 6

|  |  |  | and PRESP00100770 for issues relating to litigation |
|---|---|---|---|
| 05/03/10 | M. Axel | 3.60 | Review and analze batches HDRESI-PRESP 00100891, HDRESI-PRESP 00100892, HDRESI-PRESP 00100896, HDRESI-PRESP 00100718 for issues related to litigation |
| 05/03/10 | L. Chavez | 1.60 | Review and analysis of HDRESI-PRESP00101261 documents in Relativity Database, documents HDRESI-CON00327355 - HDRESI CON00327515, for issues related to litigation |
| 05/03/10 | G. Fountain | 6.10 | Review and analyze batches HDRESI-Con 235409-235665 for issues related to litigation |
| 05/03/10 | T. Rogers | 9.30 | Aid attorneys in preparing presentation ████ |
| 05/03/10 | S. Stephens | 3.30 | Review and analysis of Batch HDRESI_PRESP 100867-868, 881-887 in Relativity database, documents HDRESI-CON252493-252949, 254810-255891 for l privilege |
| 05/03/10 | M. Stringer | 7.20 | Review and analyze batches HDRESI-PRESP00100746, HDRESI-PRESP00100875, HDRESI-PRESP00100876, HDRESI-PRESP00100880, and HDRESI-PRESP00100893 for issues related to litigation |
| 05/03/10 | J. Tracey | 2.30 | Review and analysis of HDRESI-PRESP00100712 documents in Relativity Database, documents HDRESI-CON00228939 - HDRESI-CON00229004 for issues related to litigation |
| 05/03/10 E. | Wheeler | 4.60 | Review and analysis of HDR Batch HDRESI-PRESP 00100954 and Batch number HDRESI-PRESP 00101033 for isses related to litigation |
| 05/03/10 | R. Zarate | 4.00 | Review and analyze of Batches HDRESI-PRESP100847, 100955 and partial of 100956 for issues related to litigation |
| 05/03/10 | K. Jones | 5.50 | Configuration of additional queries and menu |


options for the HDR extranet

| 05/03/10 | E. Cornelius | 10.80 | Review and analysis of HDR Batch PRESP00100836, PRESP00100837, PRESP00100838, PRESP00100839, PRE00100840, PRE00100877, PRESP00100903 in Relativity Database, documents CON00247831 - CON00247911, CON00247912 - CON00248061, CON00248062-CON00248260, CON00248261 - CON00248410, CON00248411 - CON002478560, CON00254185 - CON00254339, CON00402387 - CON00402450 for, issues related to litigation |
| --- | --- | --- | --- |
| 05/03/10 | S. Crosby | 10.00 | Review and analyze batches CON00245806-00245955, CON00248561-00248710, CON00252950-00253099, CON00253100-00253250, CON00253251-00253401, CON00253702-00253855, CON00383111-00383261, CON00383262-00417161, CON00417162-00417311, CON00417312-00417324, CON00382903-00383052, CON00383053-00383110, and CON00383336-00383485 for issues related to litigation |
| 05/03/10 | L. Primas | 13.00 | Review and analyze batches HDRESI-PRESP00100832, HDRESI-PRESP00100848, HDRESI-PRESP00100848, HDRESI-PRESP00100898 for issues related to litigation |
| 05/03/10 | B. Rogers | 12.70 | Review and analysis of PRESPOO100740, 100768, 100849, 100873, 100879, and 100897 batch documents in Relativity Database, documents HDRESI-CON00233307 - 233381, 237403 - 237556, 249765 - 249918, 253552 - 253701, 254495 - 254658, and 257254 -257392, for responsiveness, privilege, and issues related to litigation |
| 05/03/10 | K. Schwartz | 13.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100100747 docs 51-150, HDRESI-PRESP00100100769 docs 1-150, HDRESI- |



|            |               |       |                                                                                                                                                                 |
|------------|---------------|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |               |       | PRESP00100100872 docs 1-150, HDRESI-PRESP00100100878 docs 1-151, HDRESI-PRESP00100100894 docs 1-150, HDRESI-PRESP00100100900 docs 1-150, and HDRESI-PRESP00100100902 docs 1-50, for issues related to litigation |
| 05/03/10   | H. Webster    | 12.00 | Review and analysis of HDRESI-PRESP00100888, HDRESI-PRESP00100889 , HDRESI-PRESP00100890 , HDRESI-PRESP00100895 , HDRESI-PRESP00100899 for issues related to litigation |
| 05/04/10   | W. Mason      | 1.10  | Conference call with ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ |
| 05/04/10   | K. Meaders    | 0.20  | Conference with attorney Gamble and work on ▇▇▇▇▇▇▇▇▇▇ |
| 05/04/10   | K. Meaders    | 1.60  | Initial preparation for deposition of Menzies, TBW Construction Project Manager |
| 05/04/10   | K. Meaders    | 0.30  | Telephone conference with attorney Mason ▇▇▇▇▇▇▇ |
| 05/04/10   | K. Meaders    | 6.30  | Work on changes to ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 05/04/10   | K. Meaders    | 0.70  | Work on and revision to Motion for Special Admission to Florida Federal Court |
| 05/04/10   | K. Meaders    | 0.50  | Draft and revision of Notice of Corporate Representative Deposition |
| 05/04/10   | K. Meaders    | 0.20  | Telephone conference with Equivalent Data regarding relativity database issues |
| 05/04/10   | T. Gamble     | 5.60  | Finish work on ▇▇▇▇▇▇▇▇▇ |
| 05/04/10   | L. Henderson  | 7.70  | Prepare memorandum ▇▇▇▇▇▇▇▇ |
| 05/04/10   | M. Melle      | 6.00  | Review and analyze batches HDRESI-AoL |



| | | | |
|---|---|---|---|
| | | | 00110-00113 for privileged information |
| 05/04/10 | E. Weathers | 5.50 | Review and analyze batches HDRESI-AoL200027, HDRESI-AoL200028, HDRESI-AoL200029, HDRESI-AoL200031, HDRESI-AoL200032, HDRESI-AoL200033, HDRESI-AoL200034, HDRESI-AoL200035 for privileged information |
| 05/04/10 | E. Knight | 9.50 | Review and analyze voluminous client documents for privilege and responsiveness |
| 05/04/10 | W. Richmond | 3.10 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 05/04/10 | C. Alm | 3.00 | Review and analyze batches HDRESI-PRESP00101056, 1010655 and 101068 for issues related to litigation |
| 05/04/10 | R. Altamirano | 2.50 | Review and analyze batches PRESP00100758 and PRESP00100759 for issues related to litigation |
| 05/04/10 | M. Axel | 4.80 | Review and analyze batches HDRESI-PRESP 00100950, HDRESI-PRESP 00100952, HDRESI-PRESP 00100967, HDRESI-PRESP 00100896 for issues related to litigation |
| 05/04/10 | L. Chavez | 3.50 | Review and analysis of HDRESI-PRESP00100736 documents in Relativity Database, documents HDRESI-CON00232610 - HDRESI CON00232749 |
| 05/04/10 | G. Fountain | 6.20 | Review and analyze batches HDRESI-Con 187203-188050, 235666-235775, 236078-236228 for issues related to litigation |
| 05/04/10 | T. Rogers | 11.30 | Aid attorneys in preparing presentation for meeting with client and mediator to discuss case details |
| 05/04/10 | S. Stephens | 4.00 | Review and analysis of HDRESI_PRESP 100941-948, 968-972 documents in Relativity database, documents HDRESI-CON178769-179996, 182987-183977 reviewed for potential privilege |


| 05/04/10 | M. Stringer | 9.60 | Complete review and analysis of documents HDRESI-CON00256716 thru HDRESI-CON00256795 of batch HDRESI-PRESP0010893, and batches HDRESI-PRESP00100913, HDRESI-PRESP00100914, HDRESI-PRESP00100932, HEDRESI-PRESP00100933, HDRESI-PRESP00100935, HDRESI-PRESP00100939, HDRESI-PRESP00100957, HDRESI-PRESP00100964 and HDRESI-PRESP00100965 for issues related to litigation |
|---|---|---|---|
| 05/04/10 | J. Tracey | 0.90 | Review and analysis of HDRESI-PRESP00100712 documents in Relativity Database, documents HDRESI-CON00228973 - HDRESI-CON00229049 for issues related to litigation |
| 05/04/10 | J. Tracey | 0.30 | Review and analysis of HDRESI-PRESP00100916 documents in Relativity Database, documents HDRESI-CON00404340 - HDRESI-CON00404357 for issues related to litigation |
| 05/04/10 | J. Tracey | 0.80 | Review and analysis of HDRESI-PRESP00100926 documents in Relativity Database, documents HDRESI-CON00176242 - HDRESI-CON00176403 for issues related to litigation |
| 05/04/10 | J. Tracey | 0.30 | Review and analysis of HDRESI-PRESP00100960 documents in Relativity Database, documents HDRESI-CON00181769 - HDRESI-CON00181920 for issues related to litigation |
| 05/04/10 | J. Tracey | 0.30 | Review and analysis of HDRESI-PRESP00100961 documents in Relativity Database, documents HDRESI-CON00181921 - HDRESI-CON00182070 for issues related to litigation |
| 05/04/10 | J. Tracey | 0.30 | Review and analysis of HDRESI-PRESP00100963 documents in Relativity |



|            |              |       | Database, documents HDRESI-CON0018224 - HDRESI-CON00182373 for issues related to litigation |
|------------|--------------|-------|--------------------------------------------------------------------------------------------------|
| 05/04/10   | E. Wheeler   | 6.40  | Review and complete scanned document set for HDR Batch HDRESI-PRESP00100757 commence and complete review of Batch number HDRESI-PRESP00100917 and HDRESI-PRESP00100954 |
| 05/04/10   | R. Zarate    | 4.50  | Review and analyze of batches HDRESI-PRESP100956, 100992 and 101004 for issues related to litigation |
| 05/04/10   | K. Jones     | 2.00  | Configuration of additional queries and menu options for the HDR extranet |
| 05/04/10   | E. Cornelius | 9.30  | Review and analysis of HDR Batch PRESP00100903, PRESP00100904, PRESP00100910, PRESP00100924, PRE00100930, PRE00101010 documents in Relativity Database, documents CON00402387 - CON00402450,  CON00402451 - CON00402537, CON00402538- CON004026875, CON00403438 - CON00403587, CON00175925 - CON00176074, CON00176868 - CON00177041, CON00188724 - CON00188874, and CON00189619 - CON00189771 for, issues related to litigation |
| 05/04/10   | S. Crosby    | 11.50 | Review and analyze batches CON00402688- 00402837, CON00402988-00403137, CON00403288-00403437, CON00403588- 00403737, CON00403738-00403888, CON00176404-00176555, CON00177042- 00177192, CON00177494-00177645, CON00178061-00178211, CON00179997- 00180146, CON00180297-00180452, CON00180610-00180759, CON00184433- 00184437 and CON00186586-00186740 for issues related to litigation |
| 05/04/10   | L. Primas    | 13.00 | Review and analyze HDRESI-PRESP00100898, |


|          |              |       |                                                                                                                                                                                                                                             |
|----------|--------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | HDRESI-PRESP00100928, HDRESI-PRESP00100928, HDRESI-PRESP00100966, HDRESI-PRESP00100966 for issues related to litigation                                                                                                                       |
| 05/04/10 | B. Rogers    | 8.80  | Review and analysis of PRESPOO100897, 906, 915, 959, and 990 batch documents in Relativity Database, documents HDRESI-CON00257393 - 257405, 402838 - 402987, 404189 - 404339, 181522 - 181768, 186436 - 186555, for responsiveness, privilege, and issues related to litigation |
| 05/04/10 | K. Schwartz  | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100902 docs 51-150, HDRESI-PRESP00100908 docs 1-150, HDRESI-PRESP00100929 docs 1-150, HDRESI-PRESP00100938 docs 1-151, HDRESI-PRESP00100962 docs 1-150, and HDRESI-PRESP00100974 docs 1-41, for issues related to litigation |
| 05/04/10 | H. Webster   | 10.80 | Review and analysis of HDRESI-PRESP00100899, HDRESI-PRESP00100958 , HDRESI-PRESP00101108 , HDRESI-PRESP00101109 for issues related to litigation                                                                                              |
| 05/05/10 | W. Mason     | 0.10  | E-mail to █████████████████████████                                                                                                                                                                                                          |
| 05/05/10 | W.  Mason    | 10.20 | Preparation for ████████████████████████████████████████████████████                                                                                                                                                                        |
| 05/05/10 | W. Mason     | 0.30  | Telephone conference with ████████████████████████████                                                                                                                                                                                       |
| 05/05/10 | K. Meaders   | 3.10  | Work on ████████████████████████                                                                                                                                                                                                             |
| 05/05/10 | K. Meaders   | 2.90  | Revise ████████████████████                                                                                                                                                                                                                  |
| 05/05/10 | K. Meaders   | 2.00  | Telephone conference with Tim Woodward and Jim Hickman to develop plan and initial outline                                                                                                                                                    |



|          |              |      | of issues for deposition and begin draft of outline for Menzies and Moynihan depositions |
|----------|--------------|------|-----|
| 05/05/10 | K.   Meaders | 0.60 | Preparation for deposition of Menzies and review of documents in relativity |
| 05/05/10 | K. Meaders   | 1.20 | Work subject matter areas for deposition of 30(b)(6) and draft subject matters |
| 05/05/10 | T. Gamble    | 3.20 | Final work on ██████████████████ |
| 05/05/10 | L. Henderson | 0.50 | Review correspondence regarding ████ ████████████ |
| 05/05/10 | E.   Weathers | 8.00 | Review and analyze batches HDRESI-AoL00301, HDRESI-AoL00302, HDRESI-AoL00303, HDRESI-AoL00304, HDRESI-AoL00305, HDRESI-AoL00306, HDRESI-AoL00307, HDRESI-AoL00308, HDRESI-AoL00309, HDRESI-AoL00310, HDRESI-AoL00311, HDRESI-AoL00312, HDRESI-AoL00313, HDRESI-AoL00229, HDRESI-AoL00230, HDRESI-AoL00HDRESI-AoL00231, HDRESI-AoL00232, HDRESI-AoL00233, HDRESI-AoL00234 for privileged information |
| 05/05/10 | E. Knight    | 3.50 | Review and analyze voluminous client documents for privilege and responsiveness |
| 05/05/10 | W. Richmond  | 0.70 | Draft various correspondence with local counsel regarding admission pro hac vice |
| 05/05/10 | W.   Richmond | 1.40 | Draft motion and order regarding withdrawal of counsel |
| 05/05/10 | W.   Richmond | 7.50 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 05/05/10 | W. Richmond  | 0.50 | Review pleadings in preparation for drafting of corporate representative deposition notice |
| 05/05/10 | C. Alm       | 2.80 | Review and analyze batches HDRESI-PRESP00101069, 101070 and 101072 for issues related to litigation |


| 05/05/10 | R. Altamirano | 4.30 | Review and analyze batches PRESP00101075, PRESP00101076, PRESP00101077, PRES00101078, PRESP00101079 and PRESP00101080 for issues related to litigation |
|---|---|---|---|
| 05/05/10 | M. Axel | 3.80 | Review and analze batches HDRESI-PRESP 00101034, HDRESI-PRESP 00101044, HDRESI-PRESP 00101049, HDRESI-PRESP 00101067 for issues related to litigation |
| 05/05/10 | L. Chavez | 6.20 | Review and analysis of HDRESI-PRESP00101996, documents HDRESI-CON00328742 - HDRESI CON00328894, HDRESI-PRESP0010127, documents HDRESI-CON00192185 - HDRESI CON00192342, and HDRESI-PRESP00101043, documents HDRESI-CON00194600 - HDRESI CON000194753, for issues related to litigation |
| 05/05/10 | G. Fountain | 5.30 | Review and analyze batches HDRESI-Con 188051-188111, 236229-236385, 384863-384962, 416680-416935 for issues related to litigation |
| 05/05/10 | S. Quintanar | 6.00 | Review and analysis of HDRESI-CON00258621-00258775 for issues related to litigation |
| 05/05/10 | T. Rogers | 8.50 | Aid attorneys in  preparing ███████████ ███████████████████ |
| 05/05/10 | S. Stephens | 0.50 | Strategize regarding document review and analyze privileged documents which do not contain enough details relating to date/time of document creation |
| 05/05/10 | M. Stringer | 9.80 | Review and analyze batches HDRESI-PRESP00100975, HDRESI-PRESP00101019, HDRESI-PRESP00101025, HDRESI-PRESP00101031, HDRESI-PRESP00101039 and HDRESI-PRESP00101046 for issues related to litigation |
| 05/05/10 | J. Tracey | 0.20 | Review and analysis of HDRESI-PRESP00101035 documents in Relativity |



|            |              |       |                                                                                                                                                                                                                                                                                                                                                      |
|------------|--------------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | Database, documents HDRESI-CON00193398 - HDRESI-CON00193419 for issues related to litigation                                                                                                                                                                                                                                                         |
| 05/05/10   | J. Tracey    | 0.70  | Review and analysis of HDRESI-PRESP00101018 documents in Relativity Database, documents HDRESI-CON00190825 - HDRESI-CON00190977 for issues related to litigation                                                                                                                                                                                      |
| 05/05/10   | J. Tracey    | 0.80  | Review and analysis of HDRESI-PRESP00101015 documents in Relativity Database, documents HDRESI-CON00190375 - HDRESI-CON00190524 for issues related to litigation                                                                                                                                                                                      |
| 05/05/10   | E. Wheeler   | 6.40  | Review and analyze HDR Batch HDRESI-PRESP 001010033 Batch HDRESI-PRESP 00101040, and HDRESI-PRESP 00101045 for issues related to litigation                                                                                                                                                                                                           |
| 05/05/10   | R. Zarate    | 5.50  | Review and analyze batches HDRESI-PRESP101007, 101052 and 101054 and 101063 for issues related to litigation                                                                                                                                                                                                                                         |
| 05/05/10   | E. Cornelius | 7.80  | Review and analysis of HDR Batch PRESP00101011, PRESP00101055, PRESP00101064 documents in Relativity Database, documents CON00189772 - CON00189921, CON00196417 - CON00196574, CON00197816 - CON00197892, for issues related to litigation                                                                                                            |
| 05/05/10   | S. Crosby    | 14.00 | Review and analyze batches CON00186898-00187052, CON00190223-00190374, CON00190525-00190674, CON00191131-00191280, CON00191281-00191433, CON00191584-00191733, CON00192034-00192184, CON00192493-00192643, CON00192948-00193097, CON00193548-00193697, CON00193698-00193847, CON00194450-00194599, CON00195208-00195357, CON00195358-00195508, CON00195659-00195808, CON00195809- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 16

|          |             |       |                                                                                                                                                                                                                                                                                  |
|----------|-------------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |             |       | 00195960, CON00196882-00197036, CON00267065-00267214, CON00267215-00267365, and CON00267366-00267515 for issues related to litigation                                                                                                                                            |
| 05/05/10 | L. Primas   | 13.00 | Review and analyze HDRESI-PRESP00100966, HDRESI-PRESP00101060, HDRESI-PRESP00101061, HDRESI-PRESP00101062 for issues related to litigation                                                                                                                                        |
| 05/05/10 | B. Rogers   | 12.20 | Review and analysis of PRESPOO100990, 1012, 1013, 1022, 1028, 1038, and 1057 batch documents in Relativity Database, documents HDR_ESI-CON00186556 - 186585, 189922 - 190222, 191434 - 191583, 192343 - 192492, 193848 - 193997, and 196727 - 196821, for responsiveness, privilege, and issues related to litigation |
| 05/05/10 | K. Schwartz | 13.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00100974 docs 42-151, HDRESI-PRESP00101017 docs 1-150, HDRESI-PRESP00101024 docs 1-150, HDRESI-PRESP00101030 docs 1-151, HDRESI-PRESP00101041 docs 1-150, HDRESI-PRESP00101059 docs 1-137, and HDRESI-PRESP00101067 docs 1-101, for issues related to litigation |
| 05/05/10 | H. Webster  | 12.50 | Review and analysis of HDRESI-PRESP00101109, HDRESI-PRESP00101110, HDRESI-PRESP00101111, HDRESI-PRESP00101112, HDRESI-PRESP00101113, HDRESI-PRESP00101114 for issues related to litigation |
| 05/06/10 | W. Mason    | 12.90 | Attend meeting with mediators, attend meeting with client, and return to Dallas                                                                                                                                                                                                  |
| 05/06/10 | W. Mason    | 0.10  | E-mail to Kurt Meaders regarding ▇▇▇ ▇▇▇▇▇                                                                                                                                                                                                                                        |
| 05/06/10 | W. Mason    | 0.10  | Review update from Kurt Meaders regarding telephone conference with all counsel regarding                                                                                                                                                                                         |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 17

|  |  |  |  |
|---|---|---|---|
|  |  |  | deposition scheduling and Notice to take 30(b)(6) deposition |
| 05/06/10 | W. Mason | 0.20 | Review and respond to e-mail from Jim Hickman regarding █████████████ |
| 05/06/10 | W. Mason | 0.20 | Review and respond to e-mail from Richard Harrison inquiring about whether HDR will join them in a motion to extend the discovery schedule |
| 05/06/10 | W. Mason | 0.10 | Receive and review amended notice of Maxwell deposition and amended notice of 30(b)(6) Corporate Representative deposition |
| 05/06/10 | W. Mason | 0.10 | Receive and review proposed areas for 30(b)(6) corporate rep deposition |
| 05/06/10 | W. Mason | 0.20 | Receive and respond to e-mail from Kurt Meaders regarding documents subpoenaed from PRWA being available for review and staffing of that review |
| 05/06/10 | K. Meaders | 0.20 | Telephone conference with attorney Mason regarding 30(b)(6) deposition and conference call coverage |
| 05/06/10 | K. Meaders | 0.50 | Telephone conference with Tim Woodward and emails regarding issues of potential extension; Barnard's initial notice and HDR position |
| 05/06/10 | K. Meaders | 0.50 | Review email correspondence regarding deposition disputes |
| 05/06/10 | K. Meaders | 6.80 | Preparation for Menzies deposition and review of Menzies emails on relativity |
| 05/06/10 | K. Meaders | 0.20 | Email with Richard Harrison to set up call to discuss deposition issues |
| 05/06/10 | K. Meaders | 0.80 | Conference call with attorney Harrison and Woodward regarding deposition disputes |
| 05/06/10 | K. Meaders | 1.00 | Preparation for deposition of Moynihan, CDG |



| 05/06/10 | K. Meaders | 1.60 | Telephone conference between counsel on discovery, and depositions; follow up call with Woodward and work on immediate notice of deposition for 30(b)(6) corporate deposition of TBW |
| 05/06/10 | K. Meaders | 0.30 | Office conference with attorney Steinmann regarding ███████████████ ████████ |
| 05/06/10 | K. Meaders | 0.40 | Attention to issues ████████████ ███████████ |
| 05/06/10 | E. Weathers | 9.20 | Review and analyze batches HDRESI-AoL00242, HDRESI-AoL00244, HDRESI-AoL00245, HDRESI-AoL00246, HDRESI-AoL00247, HDRESI-AoL00248, HDRESI-AoL00249, HDRESI-AoL002450, HDRESI-AoL00251, HDRESI-AoL00253 for privileged information |
| 05/06/10 | E. Knight | 2.70 | Review and analyze voluminous client documents for privilege and responsiveness |
| 05/06/10 | W. Richmond | 0.70 | Draft correspondences regarding document review and admission pro hac vice |
| 05/06/10 | W. Richmond | 1.20 | Analyze and tag client's documents for production potential regarding privilege and responsiveness |
| 05/06/10 | C. Alm | 6.80 | Review and analyze batches HDRESI-PRESP00101072, 101121, 101123, 101125, 101135, 101139, 101140 and 101141 for issues related to litigation |
| 05/06/10 | R. Altamirano | 5.60 | Review and analyze batches PRESP00101099, PRESP00101100, PRESP00101101, PRESP00101126, PRESP00101127 and PRESP00101128 for issues related to litigation |
| 05/06/10 | L. Chavez | 3.90 | Review and analysis of Batch HDRESI-PRESP00101043, documents HDRESI-CON00194695 - HDRESI CON00194753,HDRESI-PRESP00101102 documents in Relativity Database, documents |


|            |              |       |                                                                                                                                                                                                                                                                                                                   |
|------------|--------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |       | HDRESI-CON00203673 - HDRESI CON00203821, HDRESI-PRESP00101124, documents HDRESI-CON00306420 - HDRESI CON00306572, for issues related to litigation                                                                                                                                                                 |
| 05/06/10   | G. Fountain  | 4.80  | Review and analyze batches HDRESI-Con 384963-385573 for issues related to litigation                                                                                                                                                                                                                               |
| 05/06/10   | S. Quintanar | 5.00  | Review and analyze batch HDRESI-CON00258776-00258878 for issues related to litigation                                                                                                                                                                                                                              |
| 05/06/10   | T. Rogers    | 5.90  | Begin preparing and dowloading case deposition exhibits into Xerdict database                                                                                                                                                                                                                                      |
| 05/06/10   | M. Stringer  | 9.60  | Review and analyze batches HDRESI-PRESP00101046, HDRESI-PRESP00101085, HDRESI-PRESP00101086, HDRESI-PRESP00101087, HDRESI-PRESP00101089, HDRESI-PRESP00101092, and documents HDRESI-CCON00202753 thru HDRESI-CON00202853 of batch HDRESI-PRESP00101096 for issues related to litigation |
| 05/06/10   | J. Tracey    | 0.20  | Review and analysis of HDRESI-PRESP00101097 documents in Relativity Database, documents HDRESI-CON00202904 - HDRESI-CON00202912 for issues related to litigation                                                                                                                                                   |
| 05/06/10   | J. Tracey    | 2.00  | Review and analysis of HDRESI-PRESP00101090 documents in Relativity Database, documents HDRESI-CON00201781 - HDRESI-CON00201930 for issues related to litigation                                                                                                                                                   |
| 05/06/10   | J. Tracey    | 1.00  | Review and analysis of HDRESI-PRESP00101035 documents in Relativity Database, documents HDRESI-CON001932420 - HDRESI-CON00193547 for issues related to litigation                                                                                                                                                  |
| 05/06/10   | E. Wheeler   | 6.80  | Review and analyze HDR Batch HDRESI-PRESP00101093, HDRESI-PRESP00101733, HDRESI-PRESP00101731 and commence Batch HDRESI-PRESP001014736 for issues                                                                                                                                                                   |


| | | | related to litigation |
|---|---|---|---|
| 05/06/10 | R. Zarate | 5.00 | Review and analyze batches HDRESI-PRESP101066, 101130, 101131 and 101133 for issues related to litigation |
| 05/06/10 | E. Cornelius | 11.00 | Review and analysis of HDR Batch PRESP00101064, PRESP00101071, PRESP00101074, PRESP00101083, PRESP00101119, PRESP00101136 documents in Relativity Database, documents CON00197893 - CON00197965, CON0019881 - CON00199035, CON00199382 - CON00199531, CON00200722 - CON00200871, CON00305662 - CON00305812 and CON00308230 - CON00308319 for, issues related to litigation |
| 05/06/10 | S. Crosby | 14.00 | Review and analyze batches CON00267516-00267712, CON00267713-00267862, CON00267873-00268012, CON00268013-00268162, CON00268163-00268313, CON00268314-00268463, CON00268464-00268613, CON00268766-00268915, CON00269066-00269216, CON00269217-00269372, CON00269523-00269672, CON00269673-00269822, CON00269823-00269972, CON00269973-00270123, CON00270124-00270273, CON00270274-00270423, and CON00270424-00270578 for issues related to litigation |
| 05/06/10 | L. Primas | 10.00 | Review and analyze batches HDRESI-PRESP00101062, HDRESI-PRESP00101073, HDRESI-PRESP00101095 for issues related to litigation |
| 05/06/10 | B. Rogers | 12.00 | Review and analysis of PRESPOO101057, 1082, 1088, 1094, 1098, and 1122 batch documents in Relativity Database, documents HDR_ESI-CON00196822 - 196881, 200571 - 200721, 201481 - 201630, 202444 - 202599, 203054 - 203207, and 306119 - 306128, for responsiveness, privilege, and issues related to |


|            |              |        | litigation |
|------------|--------------|--------|------------|
| 05/06/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101067 docs 102-151, HDRESI-PRESP00101081 docs 1-150, HDRESI-PRESP00101084 docs 1-150, HDRESI-PRESP00101091 docs 1-151, HDRESI-PRESP00101132 docs 1-150, and HDRESI-PRESP00101138 docs 1-50, for issues related to litigation |
| 05/06/10 | H. Webster | 13.00 | Review and analysis of HDRESI-PRESP00101115 , HDRESI-PRESP00101116 , HDRESI-PRESP00101117 , HDRESI-PRESP00101118 , HDRESI-PRESP00101120 , HDRESI-PRESP00101134 for issues related to litigation |
| 05/07/10 | W. Mason | 3.90 | Meetings and review of information ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05/07/10 | K. Meaders | 4.40 | Preparation for deposition of Menzies, TBW, with review of documents, meeting minutes and emails within Relativity and preparation of outline for deposition |
| 05/07/10 | K. Meaders | 1.10 | Telephone conference with attorney Jim Hickman regarding Menzies and Moynihan deposition issues; protective order regarding Bromwell documents and Black & Veatch privilege log |
| 05/07/10 | K. Meaders | 2.00 | Preparation for deposition of Moynihan, CDG |
| 05/07/10 | K. Meaders | 0.50 | Email with attorney Mason regarding issues of ▮▮▮▮▮▮▮▮▮▮ |
| 05/07/10 | K. Meaders | 0.50 | Office conference with attorney Mason regarding ▮▮▮▮▮▮▮▮▮▮ |
| 05/07/10 | K. Meaders | 0.60 | Conference with attorney Knight to begin preparation of research for ▮▮▮▮▮▮ |



| | | | |
|---|---|---|---|
| 05/07/10 | K. Meaders | 0.40 | █████████████████████<br>Email to attorney Gamble with instructions█<br>██████████████████████ |
| 05/07/10 | K. Meaders | 0.30 | Review Hornsburg report to prepare for<br>Moynihan deposition |
| 05/07/10 | C. Steinmann | 3.30 | Conduct different search protocols for Menzies<br>documents, communicate with teach regarding<br>privilege issues; ███████████████████<br>███████ |
| 05/07/10 | E. Weathers | 7.00 | Review and analyze batches HDRESI-<br>AoL00254, HDRESI-AoL00255, HDRESI-<br>AoL00256, HDRESI-AoL00257, HDRESI-<br>AoL00258, HDRESI-AoL00259, HDRESI-<br>AoL00260, HDRESI-AoL00261, HDRESI-<br>AoL00262, HDRESI-AoL00263 for privileged<br>information |
| 05/07/10 | E. Knight | 0.60 | Research ████████████████████<br>████████████████████████████<br>████████████████████████████<br>████████████████████████████ |
| 05/07/10 | E. Knight | 3.90 | Review and analyze batch HDRESI-AoL00160<br>and beginning of HDRESI-AoL00161 for<br>privileged information |
| 05/07/10 | W. Richmond | 3.10 | Analyze and tag client's electronically stored<br>information for production potential regarding<br>privilege and responsiveness |
| 05/07/10 | R. Altamirano | 5.40 | Review and analyze batches PRESP00101129,<br>PRESP00101151, PRESP00101153,<br>PRESP00101155, PRESP00101158,<br>PRESP00101159, PRESP00101161, and<br>PRESP00101167 for issues related to litigation |
| 05/07/10 | M. Axel | 6.20 | Review and analyze batches HDRESI-PRESP<br>0010101144, HDRESI-PRESP 0010101149,<br>HDRESI-PRESP 0010101148, HDRESI- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 23

| | | | |
|---|---|---|---|
| | | | PRESP 0010101152, HDRESI-PRESP 0010101160, HDRESI-PRESP 0010101164 and partial HDRESI-PRESP 0010101166 for issues related to litigation |
| 05/07/10 | L. Chavez | 3.60 | Review and analysis of Batch HDRESI-PRESP00101146, documents HDRESI-CON00309738 - HDRESI CON00309908, HDRESI-PRESP00101154, documents HDRESI-CON00310968 - HDRESI CON00311118, and HDRESI-PRESP00101262 documents in Relativity Database, documents HDRESI-CON00327516 - HDRESI CON00327671, for issues related to litigation |
| 05/07/10 | G. Fountain | 2.00 | Review and analyze batches HDRESI-Con 385574-385775 for issues related to litigation |
| 05/07/10 | G. Fountain | 1.40 | Generate and prepare documents to introduce as exhibits at the deposition of Robert Menzies |
| 05/07/10 | S. Quintanar | 6.00 | Review and analyze batch HDRESI-CON00258879-00259082 for issues related to litigation |
| 05/07/10 | T. Rogers | 1.30 | Review and analysis of BCI/Bromwell Supplement to 11/2009 production, addtional BCI/Bromwell priviledged documents and material referenced in plaintiff expert reply to Defense reports; coordinate same for inclusion into Relativity database |
| 05/07/10 | T. Rogers | 6.20 | Aid in preparation for upcoming deposition of Rick Menzies |
| 05/07/10 | M. Stringer | 9.40 | Completed review and analysis of documents HDRESI-CON00202854 thru HDRESI-CON00202903 of batch HDRESI-PRESP00101096, and batches HDRESI-PRESP00101760 thru HDRESI-PRESP00101766 for issues related to litigation |
| 05/07/10 | J. Tracey | 1.80 | Review and analyze batch HDRESI-PRESP00101097 for issues related to litigation |
| 05/07/10 | E. Wheeler | 6.70 | Review and analyze batches |


|          |              |       |                                                                                                                                                                                                                                                                                                                                                                                                                    |
|----------|--------------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | HDRESIPRESP00101736, HDRESIPRESP00101746, HDRESIPRESP00101747, HDRESIPRESP00101748 and commence review of batch HDRESIPRESP00101749 for issues relatd to litigation |
| 05/07/10 | R. Zarate    | 3.60  | Assist in preparation of upcoming deposition of Rick Menzies and Jim Moyniha |
| 05/07/10 | R. Zarate    | 6.00  | Review and analyze batches HDRESI-PRESP101137, 101169, 101174 and 101178 for issues related to litigation |
| 05/07/10 | E. Cornelius | 3.00  | Review and analysis of HDR Batch PRESP00101136, PRESP00101172, PRESP00101176, PRESP001011811 documents in Relativity Database, documents CON00308320 - CON00308379, CON00313746 - CON00313895, CON00314350 - CON00314500, and CON00315104 - CON00315253 for issues related to litigation |
| 05/07/10 | S. Crosby    | 4.00  | Review and analyze batches CON00270579-00270728, CON00270729-00270878, CON00271480-00271635, CON00271636-00271785, CON00271786-00271935, CON00271936-00272085, and CON00272086-00272237 for issues related to litigation |
| 05/07/10 | L. Primas    | 13.00 | Review and analyze batches HDRESI-PRESP00101095, HDRESI-PRESP00101147, HDRESI-PRESP00101171 for issues related to litigation |
| 05/07/10 | B. Rogers    | 9.00  | Review and analysis of PRESPOO101122, 1143, 1150, and 1156 batch documents in Relativity Database, documents HDR_ESI-CON00306123 - 306269, 309280 - 309437, 310364 - 310517, and 311269 - 311418, for responsiveness, privilege, and issues related to litigation |
| 05/07/10 | K. Schwartz  | 11.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101138 docs 51-150, HDRESI- |



| | | | |
|---|---|---|---|
| | | | PRESP00101142 docs 1-150, HDRESI-PRESP00101157 docs 1-150, HDRESI-PRESP00101163 docs 1-152, HDRESI-PRESP00101173 docs 1-154, HDRESI-PRESP00101177 docs 1-150, HDRESI-PRESP00101180 docs 1-151, and HDRESI-PRESP00101182 docs 1-15, for issues related to litigation |
| 05/07/10 | H. Webster | 12.00 | Review and analysis of  HDRESI-PRESP00101134 , HDRESI-PRESP00101145, HDRESI-PRESP00101149 , HDRESI-PRESP00101162 , HDRESI-PRESP00101168 , HDRESI-PRESP00101170 , HDRESI-PRESP00101175 for issues related to litigation |
| 05/08/10 | K.    Meaders | 6.40 | Preparation for Moynihan deposition █████ ████████████████████████ |
| 05/08/10 | K.    Meaders | 0.70 | Preparation for Menzies, TBW, deposition with review of emails |
| 05/08/10 | W. Richmond | 4.40 | Analyze and tag client's electronically stored information for production potential regarding privilege and responsiveness |
| 05/08/10 | C. Alm | 9.00 | Review and analyze batchs HDRESI-PRESP00101141, 101202, 101203, 101206, 101207, and 101209-101211 for issues related to litigation |
| 05/08/10 | R. Zarate | 7.00 | Review and analyze batches HDRESI-PRESP101179, 101186, 101191, 101199 and 101204 for issues related to litigation |
| 05/08/10 | E. Cornelius | 10.00 | Review and analysis of HDR Batch PRESP00101183, PRESP00101184 PRESP00101185, PRESP00101196, PRESP00101198 documents in Relativity Database, documents CON00315464 - CON00315617, CON00315618 - CON00315767, CON00315768 - CON00315921, CON00315812 - CON00315921, and CON00317439 - |


|          |             |        | CON00317591, issues related to litigation |
|----------|-------------|--------|-------------------------------------------|
| 05/08/10 | S. Crosby   | 8.50   | Review and analyze batches CON00272238-00272387, CON00272388-00272547, CON00272548-00272697, CON00272698-00272847, CON00272848-00272997, CON00274200-00274351, CON00274352-00274501, and CON00274502-00274651 for issues related to litigation |
| 05/08/10 | L. Primas   | 9.00   | Review and analyze batches HDRESI-PRESP00101171, HDRESI-PRESP00101189, HDRESI-PRESP00101200 for issues related to litigation |
| 05/08/10 | B. Rogers   | 8.00   | Review and analysis of PRESPOO101165, 1192, and 1194 batch documents in Relativity Database, documents HDR_ESI-CON00212632 - 312843, 316835 - 316985, and 317136 - 317272, for responsiveness, privilege, and issues related to litigation |
| 05/08/10 | K. Schwartz | 10.50  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101182 docs 16-210, HDRESI-PRESP00101187 docs 1- 150, HDRESI-PRESP00101190 docs 1-151, HDRESI-PRESP00101193 docs 1-150, HDRESI-PRESP00101195 docs 1-153, and HDRESI-PRESP00101197 docs 1-130, for issues related to litigation |
| 05/08/10 | H. Webster  | 3.00   | Review and analysis of  HDRESI-PRESP00101175 , HDRESI-PRESP00101201 for issues related to litigation |
| 05/09/10 | K.   Meaders | 2.70  | Preparation and review of meetings and daily reports for Jim Moynihan deposition |
| 05/09/10 | K.   Meaders | 4.00  | Travel to Tampa, Florida for Moynihan deposition with review of Menzies' deposition preparation materials and documents while enroute |
| 05/09/10 | K. Meaders  | 4.30   | Late evening - preparation for Rick Menzies' deposition |



| 05/09/10 | E. Knight | 13.00 | Complete Review and analysis of remaining batch SI-AoL00161, and review and analyze batches SI-AoL00162, SI-AoL00163, SI-AoL00164, SI-AoL00165 for privileged information |
| 05/09/10 | W. Richmond | 0.90 | Analyze and tag client's electronically stored information for production potential regarding privilege and responsiveness |
| 05/09/10 | C. Alm | 12.00 | Review and analyze batchs HDRESI-PRESP00101216, 101218, 101220-101221, 101223, 101226-101227, 101229-101231 and 101239-010240 for issues related to litigation |
| 05/09/10 | M. Stringer | 6.60 | Review and analyze batches HDRESI-PRESP00101767 thru HDRESI-PRESP00101783 for issues related to litigation |
| 05/09/10 | R. Zarate | 10.50 | Review and analyze batches HDRESI-PRESP101205, 101213, 101214, 101217, 101219, 101222, 101224, 101233, and 101235 for issues related to litigation |
| 05/09/10 | E. Cornelius | 9.00 | Review and analysis of HDR Batch PRESP00101198, PRESP00101225, PRESP00101228, PRESP00101236, PRE001001242, CON00317784 - CON00317891, CON00321835 - CON00321984, CON00323506 - CON00323655, CON00324432 - CON00324501 for issues related to litigation |
| 05/09/10 | L. Primas | 4.00 | Review and analyze batches HDRESI-PRESP00101200, HDRESI-PRESP00101234 for issues related to litigation |
| 05/09/10 | B. Rogers | 2.00 | Review and analysis of PRESPOO1001194 and 101208, documents HDRESI-CON00317273 - 317285 and 319275 - 319394 reviewed for responsiveness, privilege, and issues related to litigation |
| 05/09/10 | K. Schwartz | 2.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI- |



|            |               |       |                                                                                                                          |
|------------|---------------|-------|--------------------------------------------------------------------------------------------------------------------------|
|            |               |       | PRESP00101197 docs 131-150 and HDRESI-PRESP00101212 docs 1-110, issues related to litigation                            |
| 05/09/10   | H. Webster    | 6.80  | Review and analysis of batches  HDRESI-PRESP00101201, HDRESI-PRESP00101215, HDRESI-PRESP00101232, HDRESI-PRESP00101238 in Relativity Database, for Issues related to litigation |
| 05/10/10   | W. Mason      | 10.70 | Travel to Tampa for meeting ███████████ ████████████████████████                                                        |
| 05/10/10   | K.    Meaders | 1.50  | Pre-deposition meeting with attorney Jim Hickman regarding deposition of Rick Menzies of TBW                             |
| 05/10/10   | K. Meaders    | 8.70  | Attended the deposition of Rick Menzies of TBW                                                                           |
| 05/10/10   | K. Meaders    | 0.60  | Post deposition day one review of deposition with Jim Hickman                                                            |
| 05/10/10   | K. Meaders    | 0.50  | Receipt and review of subpoena issued to Les Bromwell for documents; ████████████ ████████████████████████████████████ |
| 05/10/10   | K. Meaders    | 0.30  | Email to attorney Steinmann to ████████ ████████████████                                                                |
| 05/10/10   | K.    Meaders | 3.90  | Preparation for day 2 of Menzies and review of document to identify Golder personnel and meeting referenced in deposition |
| 05/10/10   | T. Gamble     | 2.10  | Begin preparation for, and work on, ████ ████████████████████████████████                                               |
| 05/10/10   | M. Melle      | 6.40  | Review and analyze batches HDRESI-AoL 00114-00118 for privileged information                                            |
| 05/10/10   | E.    Weathers| 3.60  | Review and analyze batches HDRESI-AoL00264, HDRESI-AoL00265, HDRESI-AoL00266, HDRESI-AoL00267 for privileged information |



| Date | Name | Hours | Description |
|---|---|---|---|
| 05/10/10 | E. Knight | 3.30 | Begin research of ████████████████████ |
| 05/10/10 | E. Knight | 4.90 | Review and analyze batches HDRESI-AoL00166 and HDRESI-AoL00167 for privileged information |
| 05/10/10 | W. Richmond | 3.50 | Review and analyze batches HDRESI-AoL00294 - HDRESI-AoL00296 for issues related to litigation |
| 05/10/10 | C. Alm | 5.00 | Review and analyze batch HDRESI-PRESP00101241, 101275, 101278, 101280, 101282, and 101284 for issues related to litigation |
| 05/10/10 | R. Altamirano | 2.60 | Review and analyze batch nos. PRESP00101254, PRESP00101267, PRESP00101272 and PRESP00101274 for issues related to litigation |
| 05/10/10 | M. Axel | 6.00 | Review and analyze batches HDRESI-PRESP 00101166, HDRESI-PRESP 00101253, HDRESI-PRESP 00101256, HDRESI-PRESP 00101259, HDRESI-PRESP 00101263 and HDRESI-PRESP 00101266 for issues related to litigation |
| 05/10/10 | G. Fountain | 6.00 | Review and analyze batches HDRESI-Con 385776-358974, 418002-418866 for issues related to litigation |
| 05/10/10 | T. Rogers | 2.30 | Aid in determining and preparation of possible exhbiits for upcoming deposition of Jim Moynihan |
| 05/10/10 | T. Rogers | 5.20 | Database search and document review for information related to certification of substantial completion |
| 05/10/10 | M. Stringer | 8.80 | Review and analyze  batches HDRESI-PRESP00101784 thru HDRESI-CON00101787, HDRESI-PRESP00101795 thru HDRESI- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 30

|  |  |  |  |
|---|---|---|---|
|  |  |  | PRESP00101798, and documents HDRESI-CON00278893 thru HDRESI-CON00279023 of batch HDRESI-PRESP00101799 for issues related to litigation |
| 05/10/10 | J. Tracey | 2.50 | Review and analyze batch HDRESI-PRESP00101097 for issues related to litigation |
| 05/10/10 | E. Wheeler | 4.20 | Review and analyze batch HDRESI-PRESP00101749, HDRESI-PRESP00101792 AND HDRESI-PRESP00101794 for issues related to litigation |
| 05/10/10 | R. Zarate | 5.20 | Review and analyze batches HDRESI-PRESP101237, 101243, 101279 and 101281 for issues related to litigation |
| 05/10/10 | E. Cornelius | 8.00 | Review and analysis of HDR Batch PRESP00101242, PRESP00101244, PRESP00101247, PRESP00101250, PRE00100101276, CON00324502 - CON00324581, CON00324732 - CON00324885, CON00325186 - CON00325335, CON00325659 - CON00325809, CON00329818 - CON00329876 for issues related to litigation |
| 05/10/10 | S. Crosby | 9.80 | Review and analyze batches CON00274502-00274651, CON00274652-00274809, CON00274810-00274960, CON00274961-00275110, CON00275111-00275260, CON00275261-00275410, CON00275411-00275561, CON00277216-00277366, CON00277367-00277517, CON00277518-00277671, CON00277672-00277821, CON00277973-00278141, CON0027 9043-00279195, CON00279196-00279346, and CON00279347-00279496 for issues related to litigation |
| 05/10/10 | L. Primas | 12.50 | Review and analyze batches HDRESI-PRESP00101234, HDRESI-PRESP00101246, HDRESI-PRESP00101273 for issues related to litigation |


| 05/10/10 | B. Rogers | 12.00 | Review and analysis of PRESPOO101208, 101245, 101255, 101258, and 101268, documents HDRESI-CON00319395 - 319424, 324886 - 325035, 325486 - 325658, 326452 - 326601, 326903 - 327053, and 328429 - 328558 for responsiveness, privilege, and issues related to litigation |
| --- | --- | --- | --- |
| 05/10/10 | K. Schwartz | 12.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101212 docs 111-150, HDRESI-PRESP00101248 docs 1-150, HDRESI-PRESP00101252 docs 1-183, HDRESI-PRESP00101264 docs 1-151, and HDRESI-PRESP00101271 docs 1-120, for issues related to litigation |
| 05/10/10 | H. Webster | 12.80 | Review and analysis of batches HDRESI-PRESP00101238, HDRESI-PRESP00101251, HDRESI-PRESP00101257, HDRESI-PRESP00101270, HDRESI-PRESP00101277 in Relativity Database, for Issues related to litigation |
| 05/11/10 | W. Mason | 10.10 | Meeting with █████████████████████ |
| 05/11/10 | W. Mason | 0.10 | Review e-mail from Richard Harrison regarding production of plaintiff's ESI |
| 05/11/10 | W. Mason | 0.10 | Review e-mail from Kurt Meaders reporting on Menzies deposition |
| 05/11/10 | K. Meaders | 2.10 | Morning preparation for continuation of Menzies' deposition |
| 05/11/10 | K. Meaders | 8.80 | Attended the continuation of Rick Menzies', TBW Project Supervisor, deposition |
| 05/11/10 | K. Meaders | 0.60 | Debrief session with attorney Hickman regarding Menzies' testimony |
| 05/11/10 | K. Meaders | 3.20 | Meeting with █████████████████████ |
| 05/11/10 | K. Meaders | 2.70 | Late evening - preparation for the continuation of Menzies' deposition and Moynihan's |


|            |                |      |                                                                                                                                                                |
|------------|----------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |                |      | deposition                                                                                                                                                     |
| 05/11/10   | T. Gamble      | 2.80 | Continue preparation for ███████ ████████████████████ ████████                                                                                               |
| 05/11/10   | M. Melle       | 6.80 | Review and analyze batches HDRESI-AoL 00119-00125 for privileged information                                                                                   |
| 05/11/10   | E. Knight      | 0.70 | Review and analyze batch HDRESI-AoL00168 for privileged information                                                                                            |
| 05/11/10   | W. Richmond    | 6.60 | Analyze batches HDRESI-AoL00296 - HDRESI-AoL00300 and HDRESI-AoL00188 - HDRESI-AoL00189 for litigation review                                                  |
| 05/11/10   | C. Alm         | 4.50 | Review and analyze batchs HDRESI-PRESP00101284, 101316, 101320, 101323 and 101324 for issues related to litigation                                             |
| 05/11/10   | R. Altamirano  | 3.50 | Review and analyze batch nos. PRESP00101274, PRESP00101300, PRESP00101302, PRESP00101303, PRESP00101310 and PRESP00101313 for issues related to litigation      |
| 05/11/10   | M. Axel        | 3.80 | Review and analyze batches HDRESI-PRESP 00101269, HDRESI-PRESP 00101296, HDRESI-PRESP 00101297, HDRESI-PRESP 00101306 for issues related to litigation          |
| 05/11/10   | L. Chavez      | 1.30 | Review and analysis of HDRESI-PRESP00101260 documents in Relativity Database, documents HDRESI-CON00327205 - HDRESI CON00327354                                 |
| 05/11/10   | L. Chavez      | 1.00 | Review and analysis of HDRESI-PRESP00101295 documents in Relativity Database, documents HDRESI-CON00332703 - HDRESI CON00332853                                 |
| 05/11/10   | G. Fountain    | 6.20 | Review and analyze batches HDRESI-Con 418867-420209 for issues related to litigation                                                                            |
| 05/11/10   | S. Quintanar   | 6.50 | Review and analysis of HDRESI-CON00259083-00259232 for issues related to litigation                                                                            |


| 05/11/10 | T. Rogers | 0.30 | Litigation management related to processing materials related to deposition testimony of Amanda Rice and inclusion into HDR/TBW Xerdict database |
| 05/11/10 | T. Rogers | 2.80 | Begin creating links and bookmarks of exhbiits to David Carrier deposition summary |
| 05/11/10 | T. Rogers | 4.20 | Database search and document review for correspondence from ████████ ███████████████████████████████ |
| 05/11/10 | S. Stephens | 0.50 | Review and analysis of batch 973 in Relativity database, documents 183997-184128 reviewed for potential privilege |
| 05/11/10 | M. Stringer | 9.70 | Review and analyze documents HDRESI-CON00279024 thru HDRESI-CON00279042 of batch HDRESI-PRESP00101799, and batches HDRESI-PRESP00101808 thru HDRESI-CON00101817 for issues related to litigation |
| 05/11/10 | J. Tracey | 1.30 | Review and analyze batches HDRESI-PRESP00101265 and HDRESI-PRESP00101304 for issues related to litigation |
| 05/11/10 | E. Wheeler | 3.10 | Review and analyze batch HDRESI-PRESP00101794 and HDRESI-PRESP00101804 for issues related to litigation |
| 05/11/10 | R. Zarate | 4.50 | Review and analyze batches HDRESI-PRESP101283, 101318, 101319, and 101322 for issues related to litigation |
| 05/11/10 | K. Jones | 0.30 | Review of system data and reports |
| 05/11/10 | E. Cornelius | 10.10 | Review and analysis of HDR Batch PRESP00101276, PRESP00101290, PRESP00101292, PRESP00101305, PRE00100101311, PRESP0101321, CON00329877 - CON00329968, CON00331952 - CON00332101, CON00332252 - CON00332401, CON00334219 - CON00334370, CON00335121 - CON00335274, CON00336628 - CON00336719 |


|       |               |       | for issues related to litigation |
|-------|---------------|-------|----------------------------------|
| 05/11/10 | S. Crosby | 3.50 | Review and analyze batches CON00279347-00279496, CON00279647-00279805, CON00279806-00279955, and CON00279956-00280109 for issues related to litigation |
| 05/11/10 | L. Primas | 11.00 | Review and analyze batches HDRESI-PRESP00101273, HDRESI-PRESP00101286, HDRESI-PRESP00101312, HDRESI-PRESP00101314 for issues related to litigation |
| 05/11/10 | B. Rogers | 12.50 | Review and analysis of PRESPOO101268, 1285, 1287, 1294, 1301, 1309, and 1315 batch documents HDR_ESI-CON00328559 - 328578, 331191 - 331341, 331502 - 331651, 332552 - 332702, 333618 - 333767, 334821 - 334970, and 335725 - 335799 for responsiveness, privilege, and issues related to litigation |
| 05/11/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101271 docs 121-330, HDRESI-PRESP00101289 docs 1-150, HDRESI-PRESP00101293 docs 1-150, HDRESI-PRESP00101299 docs 1-151, and HDRESI-PRESP00101325 docs 1-101, for issues related to litigation |
| 05/11/10 | H. Webster | 13.20 | Review and analysis of batches HDRESI-PRESP00101277, HDRESI-PRESP00101288, HDRESI-PRESP00101291, HDRESI-PRESP00101298, HDRESI-PRESP00101308, HDRESI-PRESP00101317, HDRESI-PRESP00101327 in Relativity Database, for Issues related to litigation |
| 05/12/10 | W. Mason | 8.10 | Meeting with ███████████████ |
| 05/12/10 | W. Mason | 1.10 | Conference call with ███████████ ███████████ |
| 05/12/10 | W. Mason | 0.10 | Review e-mail from ███████████ ███████████ |
| 05/12/10 | K. Meaders | 1.50 | Morning meeting with ███████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 35

| 05/12/10 | K. Meaders | 7.90 | Attended the continuation of Rick Menzies' deposition, Project Supervisor |
| 05/12/10 | K. Meaders | 0.90 | Meeting with attorneys Rick Harrison, David Forziano, and Jim Hickman discussing deposition scheduling, subpoenas and privilege logs |
| 05/12/10 | K. Meaders | 0.40 | Telephone conference with attorney Mason regarding depositions, discovery issues and planning issues |
| 05/12/10 | K. Meaders | 2.00 | Travel from Tampa Bay to Orlando, Florida for deposition of Jim Moynihan |
| 05/12/10 | K. Meaders | 0.40 | Emails to attorneys Steinmann, Gillman, and Gamble regarding Peace River document review |
| 05/12/10 | K. Meaders | 0.40 | Email to attorney Steinmann regarding ███████ |
| 05/12/10 | K. Meaders | 0.40 | Email to Jim Hickman regarding ██████ |
| 05/12/10 | K. Meaders | 3.70 | Preparation for the deposition of Jim Moynihan |
| 05/12/10 | T. Gamble | 3.80 | Begin drafting ███████ |
| 05/12/10 | E. Knight | 4.20 | Continue research of ███████ |
| 05/12/10 | E. Knight | 4.80 | Review and analyze batches HDRESI-AoL00168 and HDRESI-AoL00169 for privileged information |
| 05/12/10 | E. Knight | 3.00 | Research ███████ |



| | | | |
|---|---|---|---|
| 05/12/10 | R. Altamirano | 5.10 | Review and analyze batch nos. PRESP00101313, PRESP00101335, PRESP00101340, PRESP00101343, PRESP00101346, PRESP00101352, PRESP00101355 and PRESP00101356 for issues related to litigation |
| 05/12/10 | M. Axel | 6.00 | Review and analyze batches HDRESI-PRESP 00101306, HDRESI-PRESP 00101333, HDRESI-PRESP 00101338, HDRESI-PRESP 00101341, HDRESI-PRESP 00101345, HDRESI-PRESP 00101351, HDRESI-PRESP 00101353 for issues related to litigation |
| 05/12/10 | G. Fountain | 6.00 | Review and analyze batches HDRESI-Con 420210-421378 for issues related to litigation |
| 05/12/10 | S. Quintanar | 5.50 | Review and analysis of HDRESI-CON00259233-00259382 for issues related to litigation |
| 05/12/10 | T. Rogers | 7.90 | Database search and document review for |
| 05/12/10 | M. Stringer | 4.20 | Review and analyze batches HDRESI-PRESP00101827 thru HDRESI-PRESP00101831 for issues related to litigation |
| 05/12/10 | E. Wheeler | 6.90 | Review and analyze batch HDRESI-PRESP0010184, HDRESI-PRESP00101803, HDRESI-PRESP00101822, HDRESI-PRESP0010184, DRESI-PRESP00101825 and HDRESI-PRESP00101826 for issues related to litigation |
| 05/12/10 | E. Cornelius | 10.50 | Review and analysis of HDR Batch PRESP00101321, PRESP00101339, PRESP00101348, PRESP00101359, PRE00101361, PRESP00101363, CON00336720 - CON00336777, CON00339344 - CON00339492, CON00340707 - CON00340860, CON00342373 - CON00342523, CON00342674 - |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 37

|  |  |  | CON00342824, CON00342981 - CON00342992 for issues related to litigation |
|---|---|---|---|
| 05/12/10 | S. Crosby | 6.00 | Review and analyze batches CON00279956-00280109, CON00280110-00280259, CON00281767-00281916, CON00281917-00282067, CON00282068-00282218, CON00282219-00282369, and CON00282520-00282669 for issues related to litigation |
| 05/12/10 | L. Primas | 10.00 | Review and analyze batches HDRESI-PRESP00101314, HDRESI-PRESP00101328, HDRESI-PRESP00101331, HDRESI-PRESP00101344 for issues related to litigation |
| 05/12/10 | B. Rogers | 12.50 | Review and analysis of PRESPOO101315, 1329, 1332, 1336, 1347, and 1354 batch documents HDR_ESI-CON00335800 - 335874, 337841 - 337990, 338293 - 338443, 338894 - 339043, 340547 - 340706, and 341616 - 341746 reviewed reviewed for responsiveness, privilege, and issues related to litigation |
| 05/12/10 | K. Schwartz | 10.50 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101325 docs 102-150, HDRESI-PRESP00101330 docs 1-151, HDRESI-PRESP00101337 docs 1-150, HDRESI-PRESP00101350 docs 1-150, and HDRESI-PRESP00101358 docs 1-115, for issues related to litigation |
| 05/12/10 | H. Webster | 13.40 | Review and analysis of batches HDRESI-PRESP00101327, HDRESI-PRESP00101334, PRESP00101342, PRESP00101349, PRESP00101357, PRESP00101360 in Relativity Database, for Issues related to litigation |
| 05/13/10 | W. Mason | 4.90 | Return from Tampa |
| 05/13/10 | W. Mason | 1.10 | Conference call with ▮▮▮▮▮▮▮▮▮▮ |
| 05/13/10 | W. Mason | 0.30 | Telephone conference with K. Meaders regading CDG deposition and review of documents |



| 05/13/10 | W. Mason | 0.10 | Review e-mail from Kurt Meaders with brief synopsis of today's deposition of Moynihan |
| 05/13/10 | W. Mason | 0.10 | Review e-mail from ███████████████ ██████████████████████████████ ██████████████████████████████ ████████████████ |
| 05/13/10 | K. Meaders | 9.20 | Preparation for the taking of and attended the deposition of Jim Moynihan, CDG's Chief Resident Inspector on site at reservoir |
| 05/13/10 | K. Meaders | 4.00 | Return travel to Dallas, TX with report to attorney Mason and review of deposition notes for follow up agenda while enroute |
| 05/13/10 | T. Gamble | 2.40 | Continue drafting ███████████████ |
| 05/13/10 | L. Henderson | 0.90 | Work on obtaining ███████████ ███████████████████ |
| 05/13/10 | E. Weathers | 3.30 | Review and analyze batches HDRESI-AoL00268, HDRESI-AoL00269, HDRESI-AoL00270, HDRESI-AoL00271, HDRESI-AoL00272 for privileged documents |
| 05/13/10 | E. Knight | 7.70 | Review and analyze batches HDRESI-AoL00170, HDRESI-AoL00171, and HDRESI-AoL00172 for privileged information |
| 05/13/10 | W. Richmond | 9.10 | Review batches HDRESI-AoL00190 - HDRESI-AoL00193 and HDRESI-AoL00183 - HDRESI-AoL 00187 for litigation purposes |
| 05/13/10 | C. Alm | 2.00 | Review and analyze batch HDRESI-PRESP00101324, 101398 and 101400 for issues related to litigation |
| 05/13/10 | R. Altamirano | 4.00 | Review and analyze batch nos. PRESP00101356, PRESP00101373, PRESP00101375, PRESP00101377, PRESP00101379 and PRESP00101387 for issues related to litigation |
| 05/13/10 | M. Axel | 6.20 | Review and analyze batches HDRESI-PRESP 00101353, HDRESI-PRESP 00101369, |


|   |   |   |   |
|---|---|---|---|
| | | | HDRESI-PRESP 00101374, HDRESI-PRESP 00101376, HDRESI-PRESP 00101378, HDRESI-PRESP 00101380, HDRESI-PRESP 00101385, and HDRESI-PRESP 00101389 for issues related to litigation |
| 05/13/10 | G. Fountain | 5.90 | Review and analyze batches HDRESI-Con 421379-422691 for issues related to litigation |
| 05/13/10 | T. Rogers | 4.90 | Begin search and document review for ███████████████████████ |
| 05/13/10 | M. Stringer | 7.80 | Review and analyze batches HDRESI-PRESP00101832 thru HDRESI-PRESP00101838 and documents HDRESI-CON00284944 thru HDRESI-CON00285018 of batch HDRESI-PRESP00101839 for issues related to litigation |
| 05/13/10 | E. Wheeler | 3.80 | Review and analyze bath HDRESIPRESP0010826, HDRESIPRESP00101840, HDRESIPRESP00101841 and HDRESIPRESP00101842 for issues related to litigation |
| 05/13/10 | E. Cornelius | 10.00 | Review and analysis of HDR Batch PRESP0010136, PRESP00101384, PRESP00101392, PRESP00101395, PRE0010101401, CON003342993 - CON00343158, CON00346184 - CON00346333, CON00347392 - CON00347541, CON00347842 - CON00347994, CON00348748 - CON00348749 for issues related to litigation |
| 05/13/10 | S. Crosby | 14.00 | Review and analyze batches CON00286889-00287038, CON00287039-00287188, CON00287189-00287339, CON00287340-00287489, CON00287490-00287639, CON00287640-00287791, CON00287792-00287941, CON00287942-00288091, CON00288092-00288242, CON00288243- |



|          |              |        |                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|----------|--------------|--------|------|
|          |              |        | 00288394, CON00288395-00288553, CON00288554-00288704, CON00288705-00288854, and CON00288855-00289007 for issues related to litigation |
| 05/13/10 | L. Primas    | 10.00  | Review and analyze batches HDRESI-PRESP00101344, HDRESI-PRESP00101365, HDRESI-PRESP00101368 for issues related to litigation |
| 05/13/10 | B. Rogers    | 10.20  | Review and analysis of PRESPOO101354, 1364, 1367, 1383, 1388, and 1397 batch documents HDR_ESI-CON00341747 - 341766, 343159 - 343308, 343611 - 343780, 346033 - 346183, 346784 -346937, and 348147 - 348168 for responsiveness, privilege, and issues related to litigation |
| 05/13/10 | K. Schwartz  | 13.00  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101358 docs 116-155, HDRESI-PRESP00101366 docs 1-150, HDRESI-PRESP00101371 docs 1-150, HDRESI-PRESP00101381 docs 1-150, HDRESI-PRESP00101386 docs 1-150, HDRESI-PRESP00101393 docs 1-150, and  HDRESI-PRESP00101396 docs 1-112 for, issues related to litigation |
| 05/13/10 | H. Webster   | 11.90  | Review and analysis of batches PRESP00101360, PRESP00101370, PRESP00101372, PRESP00101382, PRESP00101390, PRESP00101394 in Relativity Database, for Issues related to litigation |
| 05/14/10 | W. Mason     | 0.10   | E-mail to Cori Steinmann regarding status of ████████████████████████████████ |
| 05/14/10 | W. Mason     | 0.10   | Prepare e-mail to trial team regarding ████████████████████████████████ |
| 05/14/10 | W. Mason     | 0.10   | Receive and review e-mail from ████████████████████████████████ |



| 05/14/10 | K. Meaders | 0.70 | Office conference with attorney Gamble regarding issues to ███████████████ |
| 05/14/10 | K. Meaders | 2.60 | Work on issues related to ███████ |
| 05/14/10 | K. Meaders | 0.40 | Work on ██████████████ |
| 05/14/10 | K. Meaders | 0.70 | Receipt and review of ███████████ |
| 05/14/10 | K. Meaders | 0.30 | Telephone conference with ███████ |
| 05/14/10 | K. Meaders | 0.50 | Telephone conference with Plaintiff's counsel on privilege assertion and joint position to protect settlement discussions |
| 05/14/10 | K. Meaders | 0.50 | Follow up telephone conference with attorney Hickman regarding ████████ |
| 05/14/10 | K. Meaders | 0.40 | Telephone conference with ███████ |
| 05/14/10 | K. Meaders | 0.50 | Telephone conference with attorney Steinmann ████████ |
| 05/14/10 | K. Meaders | 0.40 | Review and analysis of ESI Privilege Log |
| 05/14/10 | T. Gamble | 1.80 | Begin ██████████████ |
| 05/14/10 | C. Steinmann | 5.20 | Telephone conference with Kurt Meaders regarding ████████ |