

| 05/14/10 | E. Knight | 1.50 | Follow-up case law research for ■■■■ |
|---|---|---|---|
| 05/14/10 | E. Knight | 2.80 | Review and analyze batch HDRESI-AoL00169 for privileged information |
| 05/14/10 | W. Richmond | 2.20 | Review batches HDRESI-AoL00181 - HDRESI-AoL00183 for privileged information |
| 05/14/10 | C. Alm | 4.50 | Review and analyze batch HDRESI-PRESP00101402, 101430, 101432, 101434, 101436 and 101437 for issues related to litigation |
| 05/14/10 | R. Altamirano | 3.50 | Review and analyze batch nos. PRESP00101387, PRESP00101409, PRESP00101419, PRESP00101422, PRESP00101425 and PRESP00101426 for issues related to litigation |
| 05/14/10 | M. Axel | 4.80 | Review and analyze batches HDRESI-PRESP 00101391, HDRESI-PRESP 001011414, HDRESI-PRESP 00101415, HDRESI-PRESP 00101418, HDRESI-PRESP 00101421, and partial HDRESI-PRESP 00101424 for issues related to litigation |
| 05/14/10 | G. Fountain | 2.10 | Review and analyze batches HDRESI-Con 385975-386137, 422692-422855 for issues related to litigation |
| 05/14/10 | S. Quintanar | 6.50 | Review and analysis of HDRESI-CON00259383-00259532 for issues related to litigation |
| 05/14/10 | T. Rogers | 3.10 | Continue document review for ■■■■ |
| 05/14/10 | S. Stephens | 0.50 | Review and analysis of documents 354793-354979 in Relativity database for potential privilege |
| 05/14/10 | M. Stringer | 8.30 | Review and analyze documents HDRESI-CON00285019 thru HDRESI-CON00285093 of batch HDRESI-PRESP00101839, batches |



|          |              |        | HDRESI-PRESP00101845 thru HDRESI-PRESP00101850, batch HDRESI-PRESP0010185, and documents HDRESI-CON00290868 thru HDRESI-CON00290989 of batch HDRESI-PRESP00101876 for issues related to litigation |
|----------|--------------|--------|---|
| 05/14/10 | E. Wheeler   | 1.80   | Review and analyze batch HDRESI-PRESP00101842 and HDRESI-PRESP101843 for issues related to litigation |
| 05/14/10 | R. Zarate    | 3.50   | Review and analyze batches HDRESI-PRESP101399, 101429 and 101431 for issues related to litigation |
| 05/14/10 | S. Crosby    | 13.50  | Review and analyze batches CON00289008-00289157 CON00289158-00289313, CON00289314-00289463, CON00289464-00289613, CON00289614-00289763, CON00289764-00289913, CON00289914-00290063, CON00290064-00290213, CON00290214-00290363, and CON00290364-00290717 for issues related to litigation |
| 05/14/10 | L. Primas    | 10.00  | Review and analyze batches HDRESI-PRESP00101368, HDRESI-PRESP00101403, HDRESI-PRESP00101407, HDRESI-PRESP00101417 for issues related to litigation |
| 05/14/10 | B. Rogers    | 10.80  | Review and analysis of PRESPOO101397, 1405, 1410, 1416, and 1427 batch documents HDR_ESI-CON00348169 - 348296, 349374 - 349523, 350127 - 350276, 351028 - 351179, and 352687 - 352808 for responsiveness, privilege, and issues related to litigation |
| 05/14/10 | K. Schwartz  | 10.00  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101396 docs 113-152, HDRESI-PRESP00101404 docs 1-150, HDRESI-PRESP00101408 docs 1-150, HDRESI-PRESP00101412 docs 1-150, HDRESI-PRESP0010120 docs 1- 150, and HDRESI-PRESP00101435 docs 1-25, for issues related to |



|            |              |       | litigation |
|------------|--------------|-------|------------|
| 05/14/10   | H. Webster   | 10.90 | Review and analysis of batches PRESP00101394, PRESP00101406, PRESP00101413, PRESP00101423, PRESP00101428, PRESP00101433 in Relativity Database, for Issues related to litigation |
| 05/15/10   | M. Melle     | 6.80  | Review and analyze batches HDRESI-AoL 00126, 00275-00279 for privileged information |
| 05/15/10   | C. Steinmann | 4.00  | Analyze case law regarding ███████████ ████████████████████████ |
| 05/15/10   | W. Richmond  | 2.80  | Research and analyze federal case law for ████████████████████████ |
| 05/15/10   | C. Alm       | 11.80 | Review and analyze batch HDRESI-PRESP00 101437, 101443, 101445, 101447, 101449-101451, 101453-101457 and 101459 for issues related to litigation |
| 05/15/10   | T. Rogers    | 5.00  | Continue page/line deposition summary of Michael Milhorn |
| 05/15/10   | M. Stringer  | 6.60  | Review and analyze documents HDRESI-CON00290990 thru HDRESI-CON00291017 of batch  HDRESI-PRESP00101876,  batches HDRESI-PRESP00101877 thru HDRESI-PRESP00101881, and documents HDRESI-CON00291777 thru HDRESI-CON00291874 of batch HDRESI-PRESP00101882 for issues related to litigation |
| 05/15/10   | R. Zarate    | 7.70  | Review and analyze batches HDRESI-PRESP101326, 101362, 101438, 101439, 101440, 101462 and 101463 for issues related to litigation |
| 05/15/10   | S. Crosby    | 13.30 | Review and analyze batches CON00290364-00290717 CON00292897-00293095, CON00293096-00293245, CON00293246-00293396, CON00293397-00293421, |


|          |              |       | CON00294784-00294934, CON00294935-00295222, CON00295223-00295374, CON00295375-00295524, CON00295525-00295703, and CON00295704-00295859 for issues related to litigation |
| 05/15/10 | L. Primas    | 4.00  | Review and analyze batches HDRESI-PRESP00101417, HDRESI-PRESP00101444 for issues related to litigation |
| 05/15/10 | K. Schwartz  | 9.50  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101435 docs 26-150, HDRESI-PRESP00101446 docs 1-150, HDRESI-PRESP00101448 docs 1-150, HDRESI-PRESP00101452 docs 1-152, HDRESI-PRESP00101460 docs 1-151, and HDRESI-PRESP00101461 docs 1- 27, for issues related to litigation |
| 05/15/10 | H. Webster   | 4.80  | Review and analysis of batches PRESP00101433, PRESP00101458 in Relativity Database, for Issues related to litigation |
| 05/16/10 | W. Mason     | 0.30  | Receive and review ██████████████ |
| 05/16/10 | K. Meaders   | 0.50  | ██████████████ |
| 05/16/10 | K. Meaders   | 0.50  | Review and ██████████ |
| 05/16/10 | K. Meaders   | 0.90  | Work on ██████████████ |
| 05/16/10 | K. Meaders   | 0.50  | Research ██████ |
| 05/16/10 | K. Meaders   | 0.40  | Review of ESI privilege log |
| 05/16/10 C. | Steinmann | 6.00  | Review ██████████████ |
| 05/16/10 | E. Knight    | 11.10 | Review and analyze batches HDRESI-AoL00175, HDRESI-AoL00176, HDRESI-AoL00177, and HDRESI-AoL00178 for |


|          |              |        | privileged information |
|----------|--------------|--------|------------------------|
| 05/16/10 | C. Alm       | 10.50  | Review and analyze batch HDRESI-PRESP00101459, 101470, 101472-101475, 101478, 101480, 101482 and 101484 for issues related to litigation |
| 05/16/10 | M. Stringer  | 3.90   | Review and analyze documents HDRESI-CON00291875 thru HDRESI-CON00291927 of batch   HDRESI-PRESP00101882, and  batches HDRESI-PRESP00101883 thru HDRESI-PRESP00101884 for issues related to litigation |
| 05/16/10 | R. Zarate    | 11.50  | Review and analyze batches HDRESI-PRESP101464, 101465, 101466, 101467, 101468, 101471, 101476, 101477 and 101481 for issues related to litigation |
| 05/16/10 | S. Crosby    | 3.80   | Review and analyze batches CON00295860-00296011, CON00296012-00296163, CON00296164-00296313 and CON00296314-00296471 for issues related to litigation |
| 05/16/10 | K. Schwartz  | 6.00   | Review and analysis of HDR documents in Relativity Database, Batch HDRESI-PRESP00101461 docs 28-157, HDRESI-PRESP00101469 docs 1-151, and HDRESI-PRESP00101483 docs 1-127 for issues related to litigation |
| 05/16/10 | H. Webster   | 3.50   | Review and analysis of batches  HDRESI-PRESP00101458, HDRESI-PRESP00101479  in Relativity Database, for Issues related to litigation |
| 05/17/10 | W. Mason     | 1.10   | Telephone conference with |
| 05/17/10 | W. Mason     | 0.50   | Extended telephone conference with |
| 05/17/10 | W. Mason     | 0.10   | Review e-mails between |



| | | | |
|---|---|---|---|
| 05/17/10 | W. Mason | 0.10 | Review e-mail from Harrison to Hickman regarding mediation week depositions and ███████████████████ |
| 05/17/10 | W. Mason | 0.10 | Review e-mail from Richard Harrison designating Jon Kennedy and Dr. Alison Adams as their witnesses to testify regarding HDR's notice for Rule 30(b)(6) witness depositions |
| 05/17/10 | W. Mason | 0.10 | Review multiple e-mails between Miles Stanislaus and Richard Harrison  regarding 30b6 depositions |
| 05/17/10 | W. Mason | 0.10 | Review e-mail from Richard Harrison regarding HDR's Sixth Affirmative Defense, requesting that HDR provide authority for the proposition that the Slavin Doctrine has any applicability to Tampa Bay Water's claims against HDRor stipulate to an order striking this affirmative defense and prepare response |
| 05/17/10 | W. Mason | 5.90 | Work on preparation for Maxwell, Kennedy and Adams depositions and ██████████ |
| 05/17/10 | K. Meaders | 0.30 | Receipt and review of correspondence from James Hickman ███████████ |
| 05/17/10 | K. Meaders | 0.50 | Telephone conference with attorney Harrison regarding 30(h)(6) deposition of TBW |
| 05/17/10 | K. Meaders | 0.70 | Receipt and review of TBW Remedy expert reports |
| 05/17/10 | K. Meaders | 0.50 | Meeting with attorney Mason regarding ███████████████ |
| 05/17/10 | K. Meaders | 0.40 | Telephone conference with James Hickman and Tim Woodward regarding ███████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 48

| 05/17/10 | K. Meaders | 0.80 | Conference with attorney David Kent to advise ████████████████████ |
| 05/17/10 | K. Meaders | 0.50 | Work on letters and discovery to Barnard, McDonald and CDG for insurance information |
| 05/17/10 | K. Meaders | 0.30 | Emails regarding deposition scheduling during mediation week |
| 05/17/10 | K. Meaders | 0.50 | Telephone conference with ████████████ |
| 05/17/10 | K. Meaders | 0.70 | Review of documents on ██████████ █ |
| 05/17/10 | T. Gamble | 1.00 | Continue revising ████████████ |
| 05/17/10 | L. Henderson | 0.20 | Work on obtaining ██████████ |
| 05/17/10 | M. Melle | 6.60 | Review and analyze batches HDRESI-AoL 00281-00286 for privileged information |
| 05/17/10 | C. Steinmann | 11.00 | Attend document review of Peaceriver Reservoir in Arcadia, FL |
| 05/17/10 | E. Knight | 5.40 | Review and analyze batches HDRESI-AoL00178, HDRESI-AoL00179, and HDRESI-AoL00243 for privileged information |
| 05/17/10 | W. Richmond | 2.20 | Review batches HDRESI-AoL00180 - HDRESI-AoL00181 and HDRESI-AoL280 for privileged information |
| 05/17/10 | C. Alm | 5.00 | Review and analyze batch HDRESI-PRESP00101484, 101486, 101515, 101517 and 101523 for issues related to litigation |
| 05/17/10 | R. Altamirano | 4.00 | Review and analyze batch nos. PRESP00101426, PRESP00101500, PRESP00101504, PRESP00101505, PRESP00101507, PRESP00101509 and PRESP00101512 for issues related to litigation |
| 05/17/10 | M. Axel | 1.80 | Review and analyze batches HDRESI-PRESP 00101424 and HDRESI-PRESP 00101501 for issues related to litigation |
| 05/17/10 | T. Rogers | 0.90 | Analysis of Plaintiff's expert damages reports |


and inclusion into HDR/Xerdict database

| 05/17/10 | S. Stephens | 4.10 | Review and analysis of documents 354980-355104, 373227-375447 in Relativity database for potential privilege |
| 05/17/10 | M. Stringer | 5.70 | Review and analyze documents HDRESI-CON00292260 thru HDRESI-CON00292411 of batch  HDRESI-PRESP00101885,  batches HDRESI-PRESP00101886 thru HDRESI-PRESP00101888, batch HDRESI-PRESP00101844, and documents HDRESI-CON00381688 thru HDRESI-CON00381730 of batch HDRESI-PRESP00101989  for issues related to litigation |
| 05/17/10 | R. Zarate | 4.50 | Review and analyze batches HDRESI-PRESP101485, 101487 and 101489 for issues related to litigation |
| 05/17/10 | E. Cornelius | 12.00 | Review and analysis of HDR Batch PRESP00101401, PRESP00101497, PRESP00101513, PRESP00101521 documents CON00348748 - CON00348903, CON00363323 - CON00363472, CON00365789 - CON00365938, CON00366997 - CON0036709 for issues related to litigation |
| 05/17/10 | S. Crosby | 4.50 | Review and analyze batches CON00296472-00404461, CON00294634-00294783, CON00294462-00294633, CON00294307-00294461, CON00294157-00294306, CON00294007-00294156, and CON00293850-00294006 for issues related to litigation |
| 05/17/10 | L. Primas | 13.00 | Review and analyze batches HDRESI-PRESP0010144, HDRESI-PRESP00101491, HDRESI-PRESP00101498, HDRESI-PRESP00101514 for issues related to litigation |
| 05/17/10 | B. Rogers | 13.00 | Review and analysis of documents in Relativity Database, batch PRESPOO1001427, 1490, 1493, 1495, 1502, 1506 and 1518, documents HDRESI-CON00352809 - 352836, 362273 - 362422, 362723 - 362872, 363023 - 363172, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 50

|          |              |       |                                                                                                                                                                                                                                                                                                                                                                                   |
|----------|--------------|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | 364075 - 364240, 364718 - 364868, and 366540 - 366594, for responsiveness, privilege, and issues related to litigation                                                                                                                                                                                                                                                            |
| 05/17/10 | K. Schwartz  | 11.00 | Review and analysis of HDR documents in Relativity Database, Batch HDRESI-PRESP00101483 docs 128-152, HDRESI-PRESP00101492 docs 1-150, HDRESI-PRESP00101494 docs 1-150, HDRESI-PRESP00101499 docs 1-150, HDRESI-PRESP00101508 docs 1-151, HDRESI-PRESP00101511 docs 1-150, and HDRESI-PRESP00101524 docs 1- 11, for issues related to litigation                                  |
| 05/17/10 | H. Webster   | 13.30 | Review and analysis of batches HDRESI-PRESP00101479 , HDRESI-PRESP00101488 , HDRESI-PRESP00101496 , HDRESI-PRESP00101503 , HDRESI-PRESP00101510 , HDRESI-PRESP00101520 , HDRESI-PRESP00101522 in Relativity Database, for Issues related to litigation                                                                                                                            |
| 05/18/10 | W. Mason     | 1.20  | Review damage reports and conference call regarding same                                                                                                                                                                                                                                                                                                                          |
| 05/18/10 | W. Mason     | 1.20  | Multiple intrafirm meetings regarding strategy, depositions and discovery                                                                                                                                                                                                                                                                                                         |
| 05/18/10 | W. Mason     | 2.40  | Continue reviewing documents regarding █████████████████████                                                                                                                                                                                                                                                                                                                      |
| 05/18/10 | W. Mason     | 0.60  | Meeting with David Kent regarding ████ ███████████                                                                                                                                                                                                                                                                                                                                |
| 05/18/10 | W. Mason     | 0.90  | Meeting with trial team regarding ████████                                                                                                                                                                                                                                                                                                                                        |
| 05/18/10 | W. Mason     | 0.10  | Review and respond to e-mail from Kurt Meaders regarding ████████████ ██████████                                                                                                                                                                                                                                                                                                  |
| 05/18/10 | W. Mason     | 0.10  | Review e-mail from Tim Woodward regarding ██████████████                                                                                                                                                                                                                                                                                                                          |
| 05/18/10 | W. Mason     | 0.10  | Review documents forwarded by Kurt Meaders                                                                                                                                                                                                                                                                                                                                        |


| 05/18/10 | W. Mason | 0.30 | Review e-mail from Richard Harrison to all counsel reiterating that plaintiff will refuse to attend mediation if depositions are to be held that same week, and review multiple e-mails from counsel regardign rescheduling of depositions noticed for that week |
| 05/18/10 | W. Mason | 0.10 | Review e-mail from Miles Stanislaw to Richard Harrison asking whether TBW is making a monetary claim for loss of use of the reservoir and review e-mail from Tm Woodward regarding same |
| 05/18/10 | K. Meaders | 0.40 | Telephone conference with ███████████ |
| 05/18/10 | K. Meaders | 1.30 | Collect contract documents and coordinate organization into comprehensive set of contracts for all parties |
| 05/18/10 | K. Meaders | 3.60 | Review documents ███████████ |
| 05/18/10 | K. Meaders | 0.50 | Telephone conference with attorney Steinmann regarding ███████████ |
| 05/18/10 | K. Meaders | 0.70 | Receipt and return of Emails from various parties to work - issues of scheduling of mediation, and Kenneth O'Connell and William Brumund depositions |
| 05/18/10 | K. Meaders | 0.40 | Work on issues and emails on scheduling Adams and Kennedy as TBW corporate representatives |
| 05/18/10 | K. Meaders | 0.70 | Telephone conference with ███████████ |
| 05/18/10 | K. Meaders | 0.50 | Telephone conference with ███████████ |
| 05/18/10 | K. Meaders | 0.30 | Preparation for Black & Veatch, Dick Veatch's deposition |
| 05/18/10 | K. Meaders | 0.50 | Meeting with attorney Mason on privileges and additional work on HDR case |



| 05/18/10 | K. Meaders | 0.30 | Conference with legal assistant Rogers to obtain depositions and provide video cuts |
| 05/18/10 | T. Gamble | 1.90 | Finish initial revisions to ███████████ ██████ |
| 05/18/10 | L. Henderson | 4.20 | Review Barnard ██████████████ ██████ |
| 05/18/10 | D. Kent | 0.30 | Analysis and planning with Kurt Meaders regarding ████████████ |
| 05/18/10 | D. Kent | 0.20 | Analysis and planning with Travis Gamble regarding ███████████ |
| 05/18/10 | D. Kent | 1.80 | ██████████████████████ ██████████████ |
| 05/18/10 | M. Melle | 5.30 | Review and analyze batches HDRESI-AoL 00287-00290 for privileged information |
| 05/18/10 | C. Steinmann | 8.00 | Attend document review of Peaceriver Reservoir in Aracadia, FL and analyze documents requested for immediate copying |
| 05/18/10 | E. Knight | 2.40 | Review and analyze batch HDRESI-AoL00236 for privileged information |
| 05/18/10 | E. Knight | 2.50 | Review and analyze batch HDRESI-AoL00235 for privilege information |
| 05/18/10 | W. Richmond | 1.90 | Review batches HDRES-AOL300011 and HDRESI-AoL000280 for privileged information |
| 05/18/10 | W. Richmond | 2.10 | Review batch HDRESI-AOL300001 for litigation purposes |
| 05/18/10 | C. Alm | 4.50 | Review and analyze batch HDRESI-PRESP00101523, 101550, 101552 and 101554 for issues related to litigation |
| 05/18/10 | R. Altamirano | 4.50 | Review and analyze batch nos. PRESP00101512, PRESP00101531, PRESP00101535, PRESP00101536, PRESP00101539, PRESP00101541 and PRESP00101543 for issues related to litigation |


| 05/18/10 | G. Fountain | 4.00 | Review and analyze batches HDRESI-Con 390571-391307, 422856-423155 for issues related to litigation |
| 05/18/10 | T. Rogers | 5.30 | Complete determination and preparation of materials for 5/19/10 meeting with fire department personnel |
| 05/18/10 | T.  Rogers | 1.10 | Several telephone conferences with court reporter and co-counsel regarding deposition testimony/video for recent depositions; update deposition log with information pertainng to recent depositions |
| 05/18/10 | T. Rogers | 2.80 | Finalize creation of links and bookmarks of David Carrier deposition exhbiits and inclusion into deposition summary |
| 05/18/10 | M.  Stringer | 6.80 | Review and analyze documents HDRESI-CON00381731 thru HDRESI-CON00381838 of batch  HDRESI-PRESP00101989,  batches HDRESI-PRESP00101990 thru HDRESI-PRESP00101995, and batch HDRESI-PRESP00101997 for issues related to litigation |
| 05/18/10 | R. Zarate | 4.00 | Review and analyze batches HDRESI-PRESP101516, 101519, 101547 for issues related to litigation |
| 05/18/10 | L. Garner | 1.00 | Begin page/line summary of deopsition of Lewis Link, Jr., Ph.D. |
| 05/18/10 | E. Cornelius | 5.50 | Review and analysis of HDR Batch PRESP0010152, PRESP00101544, PRESP00101549 documents CON00367091 - CON00367146, CON00370477 - CON00370627, CON00371233 - CON00371384 for issues related to litigation |
| 05/18/10 | S. Crosby | 4.80 | Review and analyze batches CON00293850-00294006, CON00293700-00293849, CON00386138-00386313, CON00386314-00386463, CON00379863-00380012 and CON00263874-00264028 for issues related to litigation |


| 05/18/10 | L. Primas | 11.00 | Review and analyze batches HDRESI-PRESP00101514, HDRESI-PRESP00101525, HDRESI-PRESP00101540, HDRESI-PRESP00101546 for issues related to litigatio |
| 05/18/10 | B. Rogers | 13.00 | Review and analysis of documents in Relativity Database, Batch PRESPOO101518, 1526, 1528, 1533, 1537, documents HDRESI-CON00366595 - 366695, 367748 - 367897, 368049 - 368198, 368804 - 368953, 369414 - 369563, and 370166, for responsiveness, privilege, and issues related to litigation |
| 05/18/10 | K. Schwartz | 10.00 | Review and analysis of HDR documents in Relativity Database, Batch HDRESI-PRESP00101524 docs 12-151, HDRESI-PRESP00101527 docs 1-151, HDRESI-PRESP00101530 docs 1-150, HDRESI-PRESP00101534 docs 1-158, HDRESI-PRESP00101538 docs 1- 151, for issues related to litigation |
| 05/18/10 | H. Webster | 10.00 | Review and analysis of batches HDRESI-PRESP00101522 , HDRESI-PRESP00101529 , HDRESI-PRESP00101532 , HDRESI-PRESP00101545 , HDRESI-PRESP00101548 , HDRESI-PRESP00101553 , in Relativity Database, for Issues related to litigation |
| 05/19/10 | W. Mason | 4.20 | Work on ███████████████████ |
| 05/19/10 | W. Mason | 0.10 | Review and respond to e-mail from Tim Woodward regadring ███████████ |
| 05/19/10 | W. Mason | 0.30 | Intrafirm conference with Cori Steinmann regarding document inspection; |
| 05/19/10 | W. Mason | 0.10 | Review e-mail from ███████████████ |
| 05/19/10 | W. Mason | 0.10 | Review e-mail from Kurt Meaders regarding |



| | | | |
|---|---|---|---|
| 05/19/10 | K. Meaders | 0.60 | Telephone conference with Tim Woodward |
| 05/19/10 | K. Meaders | 0.40 | Telephone conference with |
| 05/19/10 | K. Meaders | 1.10 | Review of documents held back on privilege assertion for possible production |
| 05/19/10 | T. Gamble | 2.80 | Identification and evaluation o |
| 05/19/10 | L. Henderson | 0.10 | Prepare correspondence to local counsel regarding need for additional insurance information |
| 05/19/10 | L. Henderson | 2.10 | Continue reviewing |
| 05/19/10 | D. Kent | 2.00 | Study/analysis of |
| 05/19/10 | W. Richmond | 1.10 | Review batch HDRESI-AOL30003 for work product issues |
| 05/19/10 | C. Alm | 4.50 | Review and analyze batch HDRESI-PRESP00101556, 101660, 101604, 101607 and 101609 for issues related to litigation |
| 05/19/10 | R. Altamirano | 3.50 | Review and analyze batch nos. PRESP00101581, PRESP00101584, PRESP00101587, PRESP00101588 and PRESP00101593 for issues related to litigation |
| 05/19/10 | G. Fountain | 2.10 | Review and analyze batches HDRESI-Con 391308-392254 for issues related to litigation |
| 05/19/10 | T. Rogers | 1.30 | Determine documents for review by SDMA Florida counsel for use in drafting Jury Charge |
| 05/19/10 | T. Rogers | 5.30 | Continue deposition summary of Michael Milhorn |
| 05/19/10 | S. Stephens | 1.10 | Begin to review and summarize deposition of |



Lamar Colvin

| 05/19/10 | M. Stringer | 5.80 | Review and analyze  batches HDRESI-PRESP00101998 thru HDRESI-PRESP001012000 and batches HDRESI-PRESP00101595 thru HDRESI-PRESP00101998 for issues related to litigation |
|---|---|---|---|
| 05/19/10 | R. Zarate | 4.50 | Review and analyze batches HDRESI-PRESP101551, 101589 and 101594 for issues related to litigation |
| 05/19/10 | L. Garner | 2.40 | Work on summary of deposition of Lewis Link, Jr., Ph.D. |
| 05/19/10 | E. Cornelius | 14.00 | Review and analysis of HDR Batch PRESP00101555, PRESP00101558, PRESP00101578, PRESP00101583, PRESP00101590, PRESP00101605  documents CON00372145 - CON00372294, CON00372595 - CON00372774, CON00375648 - CON00375797, CON00376399 - CON00376552, CON00377456 - CON00377605,  CON00379711 - CON00379761 regarding issues related to litigation |
| 05/19/10 | S. Crosby | 13.00 | Review and analyze batches CON00264029-00264183, CON00264184-00264371 (partial batch), CON00261693-00261842, CON00261843-00261995, CON00261996-00262145, CON00262146-00262297, CON00262298-00262447, CON00262448-00262597, CON00262598-00262753, CON00262958-00263116, CON00263117-00263266, CON00263267-00263416, CON00263417-00263566, CON00263567-00263718, and CON00263719-00263873 for issues related to litigation |
| 05/19/10 | L. Primas | 12.00 | Review and analyze batches HDRESI-PRESP00101546, HDRESI-PRESP00101559, HDRESI-PRESP00101585 for issues related to litigation |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 57

| 05/19/10 | B. Rogers | 11.30 | Review and analysis of documents in Relativity Database, Batch PRESPOO101542, 1557, 1560, 1580, 1582, and 1586, documents HDR_ESI-CON00370286 - 370315, 372445 - 372594, 372925 - 373074, 375949 - 376098, 376249 - 376398, and 376853 - 376967 for responsiveness, privilege, and issues related to litigation |
| --- | --- | --- | --- |
| 05/19/10 | K. Schwartz | 4.50 | Review and analysis of HDR documents in Relativity Database, Batch HDRESI-PRESP00101591 docs 1- 152, HDRESI-PRESP00101602 docs 1-151, and HDRESI-PRESP00101608 docs 1-150 for issues related to litigation |
| 05/19/10 | H. Webster | 1.00 | Review and analysis of batches HDRESI-PRESP00101553 , HDRESI- HDRESI-PRESP00101561, HDRESI-PRESP00101579, HDRESI-PRESP00101592, HDRESI-PRESP00101601, HDRESI-PRESP00101610 in Relativity Database, for Issues related to litigation |
| 05/20/10 | K. Meaders | 0.40 | Review additional documents on ▮▮▮▮▮ |
| 05/20/10 | K. Meaders | 2.30 | ▮▮▮▮▮▮▮▮▮▮▮ email ▮▮▮▮▮▮ Woodward draft of objections |
| 05/20/10 | K. Meaders | 0.30 | Telephone conference with expert ▮▮▮▮ |
| 05/20/10 | K. Meaders | 1.10 | Telephone conference with ▮▮▮▮▮ |
| 05/20/10 | K. Meaders | 0.60 | Emails with Richard Harrison regarding decision of withdrawal of privilege over Black & Veatch documents in Bromwell files |
| 05/20/10 | K. Meaders | 1.50 | Review of privilege documents in ▮▮▮ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 58

| 05/20/10 | K. Meaders | 0.20 | Response to counsel regarding failure to agree on expert production protocol |
| 05/20/10 | T. Gamble | 1.60 | Continue identification of ███████ |
| 05/20/10 | L. Henderson | 0.30 | Revise letters to counsel for Barnard, CDG and McDonald seeking ███████ |
| 05/20/10 | L. Henderson | 0.10 | Review correspondence from Jim Hickman regarding efforts to obtain additional insurance documents |
| 05/20/10 | L. Henderson | 1.60 | Draft letters to counsel for Barnard, CDG and McDonald seeking additional insurance information |
| 05/20/10 | D. Kent | 2.00 | Study/analysis of ███████ |
| 05/20/10 | M. Melle | 1.00 | Review and analyze batch AOL300054 for privileged information |
| 05/20/10 | C. Steinmann | 9.20 | Analyze ███████ communicate with EQD regarding TBW ESI; review and analyze documents to assist in preparation for Maxwell deposition |
| 05/20/10 | C. Steinmann | 1.50 | Prepare objections and responses to subpoena duces tecum |
| 05/20/10 | E. Knight | 8.30 | Review voluminous documents related to Jerry Maxwell for certain key issues in litigation |
| 05/20/10 | W. Richmond | 1.50 | Research federal case law ███████ |
| 05/20/10 | W. Richmond | 0.50 | Begin reviewing batch HDRESI-AOL300004 for work product withholding |
| 05/20/10 | C. Alm | 7.10 | Review of documents in Relativity database for determination of probable exhibits for use during |


|            |               |       |                                                                                                                                                                                                                                                                                                                   |
|------------|---------------|-------|---|
|            |               |       | upcoming deposition of Jerry Maxwell |
| 05/20/10   | R. Altamirano | 3.40  | Review and analyze batch nos. PRESP00101593, PRESP00101626, PRESP00101627, PRESP00101628, and PRESP00101629 for issues related to litigation |
| 05/20/10   | G. Fountain   | 1.00  | Review and analyze documents related to Jerry Maxwell for issues related to litigation |
| 05/20/10   | S. Quintanar  | 6.50  | Review and analysis of HDRESI-CON00259533 - HDRESI-CON00259727 for issues related to litigation |
| 05/20/10   | T. Rogers     | 2.00  | Continue deposition summary of Michael Milhorn |
| 05/20/10   | T. Rogers     | 7.30  | Analysis of documents in Relativity database for determination of possible exhibits for use during upcoming deposition of Jerry Maxwell |
| 05/20/10   | J. Tracey     | 2.90  | Review and analyze batches HDRESI-PRESP00101307, HDRESI-PRESP00101613,HDRESI-PRESP00101619, and HDRESI-PRESP00101622 for issues related to litigation |
| 05/20/10   | R. Zarate     | 9.00  | Review of documents in Relativity database for determination of probable exhibits for use during upcoming deposition of Jerry Maxwell |
| 05/20/10   | L. Garner     | 2.50  | Work on summary of deposition of Lewis Link, Jr., Ph.D. |
| 05/20/10   | E. Cornelius  | 6.00  | Review and analysis of HDR Batch PRESP00101605, PRESP00101611, PRESP00101630, PRESP00101631, PRESP00101632 documents CON00379762 - CON00379860, CON00407656 - CON00407805, CON00410569 - CON00410718, CON00410719 - CON00410869, CON0041870 - CON00410929 regarding issues related to litigation |
| 05/20/10   | S. Crosby     | 9.00  | Review and analyze batches CON00263719-00263873, CON00260181-00260331, CON00260332-00260481, CON00260482- |


|            |              |        |                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|------------|--------------|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |        | 00260631, Jerry Maxwell 2006-2507, and Max 600-999 for issues related to litigation                                                                                                                                                                                                                                                                                                                                                      |
| 05/20/10   | L. Primas    | 17.00  | Review and analyze batches HDRESI-PRESP00101585, HDRESI-PRESP00101612, HDRESI-PRESP00101618 for issues related to litigation "Jerry Maxwell" Special project: Documents: 2508-3000                                                                                                                                                                                                                                                         |
| 05/20/10   | B. Rogers    | 13.20  | Review and analysis of documents in Relativity Database, Batch PRESPOO101586, 1614, 1616, 1621, and 1623, documents HDR_ESI-CON00376968 - 377003, 408123 - 408272, 408423 - 408572, 409181 - 409331, and 409484 - 409568, for responsiveness, privilege, and issues related to litigation. Review and analysis of 200 documents in "Max" search collection for litigation issues specific to Tampa Bay Water, David Carrier, and Black & Veatch |
| 05/20/10   | K. Schwartz  | 4.00   | Review and analysis of HDR documents in Relativity Database, Batch HDRESI-PRESP00101624 docs 1-150 and HDRESI-PRESP00101625 docs 1-151, for issues related to litigation                                                                                                                                                                                                                                                                  |
| 05/20/10   | H. Webster   | 12.70  | Review and analysis of batches HDRESI-PRESP00101610 , HDRESI-PRESP00101615 , HDRESI-PRESP00101620 , HDRESI-PRESP00101633 , Special Project re: Jerry Maxwell (CCS-Max) Documents 3200-3422 in Relativity Database, for Issues related to litigation                                                                                                                                                                                         |
| 05/21/10   | W. Mason     | 1.10   | Conference call ████████████                                                                                                                                                                                                                                                                                                                                                                                                             |
| 05/21/10   | K. Meaders   | 2.80   | Revise objections to Third Party Subpoenas for ████████████████████████████                                                                                                                                                                                                                                                                                                                                                              |
| 05/21/10   | K. Meaders   | 0.30   | Receipt and review email from attorney Woodward on ███████████████                                                                                                                                                                                                                                                                                                                                                                       |
| 05/21/10   | K. Meaders   | 0.20   | Receipt and review email from Harrison                                                                                                                                                                                                                                                                                                                                                                                                   |



|          |               |      | releasing Black & Veatch documents, emal to Tim Woodward on ESI from experts |
|----------|---------------|------|------|
| 05/21/10 | K. Meaders    | 0.80 | Continued review of documents on privilege log for possible production on continued protection |
| 05/21/10 | T. Gamble     | 1.90 | Continue review and evaluation of ▇▇▇▇▇▇ |
| 05/21/10 | D. Kent       | 2.00 | Study/analysis of ▇▇▇▇▇▇ |
| 05/21/10 | R. Sacks      | 1.60 | Begin review and analysis of ▇▇▇▇▇▇ |
| 05/21/10 | C. Steinmann  | 3.00 | Begin search of database for documents to use in ▇▇▇▇▇▇ |
| 05/21/10 | E. Knight     | 4.00 | Review voluminous documents related to Jerry Maxwell for certain key issues in litigation |
| 05/21/10 | W. Richmond   | 1.60 | Review batches HDRESI-AOL300004 - HDRESI-AOL300006 for work product withholdings |
| 05/21/10 | C. Alm        | 2.30 | Review and analyze batch HDRESI-PRESP00101609, 101712 and 101720 issues related to litigation |
| 05/21/10 | R. Altamirano | 4.10 | Review and analyze batch nos. PRESO00101666, PRESP00101703, PRESP00101704, PRESP00102176, PRESP00102177, PRESP00102178, and PRESP00102179 for issues related to litigation |
| 05/21/10 | G. Fountain   | 6.30 | Review and analyze batches HDRESI-Con 392255-394700 for issues related to litigation |
| 05/21/10 | S. Quintanar  | 7.00 | Review and analysis of HDRESI-CON00259728 - HDRESI-CON00259902 for issues related to litigation |
| 05/21/10 | T. Rogers     | 2.30 | Analysis of Third Party subpoenas and Requests for Copies issues/served to date and draft |



| | | | document detailing specifics regarding same |
|---|---|---|---|
| 05/21/10 | T. Rogers | 2.30 | Analysis of synched depositions of David Carrier and Michael Milhorn; work with litigation support to determine correct method to work with synched videos within system allowances |
| 05/21/10 | T. Rogers | 0.50 | Litigation management related to deposition testimony of Lamar Colvin and inclusion of materials initially received into HDR/Xerdict database |
| 05/21/10 | S. Stephens | 2.10 | Continue to review and summarize deposition of Lamar Colvin |
| 05/21/10 | M. Stringer | 8.20 | Review and analyze batches HDRESI-PRESP00101599, HDRESI-PRESP001011641 thru HDRESI-PRESP00101644, HDRESI101650 thru HDRESI-PRESP00101653, HDRESI-PRESP00101658 thru HDRESI-PRESP00101659, and documents HDRESI-CON0041527 thru HDRESI-CON00415248 of batch HDRESI-PRESP00101660 for issues related to litigation |
| 05/21/10 | J. Tracey | 1.60 | Review and analyze batches HDRESI-PRESP00101640, HDRESI-PRESP00101645,HDRESI-PRESP00101646, and HDRESI-PRESP00101649 for issues related to litigation |
| 05/21/10 | E. Wheeler | 5.10 | Review and analyze batches HDRRSIPRESP00101843, HDRRSIPRESP00101892, HDRRSIPRESP00101676 and HDRRSIPRESP00102070 for issue related to litigation |
| 05/21/10 | R. Zarate | 3.00 | Review and analyze batches HDRESI-PRESP101603 and 101606 for issues related to litigation |
| 05/21/10 | E. Cornelius | 9.50 | Review and analysis of HDR Batch PRESP00101632, PRESP00101634, PRESP00101635, PRESP00101636, |


|  |  |  | PRESP00101637, PRESP010661 documents CON00410929 - CON00411019, CON00411170 - CON00411319, CON00411320 - CON00411469, CON0041622 - CON00411771, CON0041579 - CON00415428 for issues related to litigation |
|--|--|--|--|
| 05/21/10 | S. Crosby | 15.00 | Review and analyze batches Max 600-99, CON00260632-00260781, CON00260785-00260936, CON00260937-00261090, CON00261091-00261240, CON00261241-00261392, CON00261393-00261542, CON00261543-00261692, CON00398494-00398649, CON00398650-00398803, CON00398804-00398954, CON00398967-00399132, CON00399133-00399291, CON00399292-00399441, CON00399442-00399592, CON00399593-00399742, CON00399743-00399893, CON00399894-00400043, CON00400044-00400194, CON00400195-00400344, CON00400345-00400498, and CON00400499-00400648 for issues related to litigation |
| 05/21/10 | L. Primas | 13.00 | Review and analyze batches HDRESI-PRESP00101618, HDRESI-PRESP00101639, HDRESI-PRESP00101629, HDRESI-PRESP00101705 for issues related to litigation |
| 05/21/10 | B. Rogers | 9.70 | Review and analysis of 150 documents in "Max" search collection for litigation issues specific to Tampa Bay Water, David Carrier, and Black & Veatch. Review and analysis of PRESPOO101623, 1638, 1648, 1656, and 1664 batch documents in Relativity Database, documents HDR_ESI-CON00409569 - 409636, 411772 - 411921, 413278 - 413428, 414515 - 414664, and 415729 – 415743, for responsiveness, privilege, and issues related to litigation |
| 05/21/10 | K. Schwartz | 5.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 64

|  |  |  |  |
|---|---|---|---|
|  |  |  | PRESP00101662 docs 1-150, HDRESI-PRESP00101665 docs 1-150, and HDRESI-PRESP00101707 docs 1-15, for issues related to litigation |
| 05/21/10 | H. Webster | 15.30 | Review and analysis of batches HDRESI-PRESP00101633 , HDRESI-PRESP00101647 , HDRESI-PRESP00101654, HDRESI-PRESP00101657 , HDRESI-PRESP00101663 in Relativity Database, for Issues related to litigation |
| 05/22/10 | W. Mason | 0.90 | Extended conference call with plaintiff's counsel regarding loss of use damages and mediation as well as discovery strategy |
| 05/22/10 | K. Meaders | 0.50 | Review ███████████████████ |
| 05/22/10 | K. Meaders | 1.30 | Review ███████████████████████ |
| 05/22/10 | K. Meaders | 1.70 | Preparation for Dick Veath deposition, review of Black & Veatch materials |
| 05/22/10 | K. Meaders | 0.50 | Work on collection of information for Bromwell, BCI and Johnson document production in response to Third Party Subpoenas |
| 05/22/10 | C. Alm | 11.80 | Review and analyze batch HDRESI-PRESP00101720, 101913, 101918-101920, 101922-101924 and 101926-101928 for issues related to litigation |
| 05/22/10 | M. Stringer | 4.00 | Completed review and analysis of documents HDRESI-CON00415249 thru HDRESI-CON00414278 of batch 1660 and batches 1717, 1719, 1915 and begin batch 1916  documents HDRESI-CON00297528 thru 297441 for issues related to litigation |
| 05/22/10 | R. Zarate | 7.50 | Review and analyze batches HDRESI-PRESP, 101711, 101716, 101929 and 101932 for issues related to litigation |
| 05/22/10 | E. Cornelius | 14.50 | Review and analysis of HDR Batch PRESP00101704, PRESP00101709, PRESP00101713, PRESP00101718, PRESP00101914, documents CON00264990 - |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 65

|  |  |  |  |
|---|---|---|---|
|  |  |  | CON00265142, CON00265143 - CON00265292, CON00265835 - CON00265985, CON00266590 - CON00266739, CON00296958 - CON00297107 for issues related to litigation |
| 05/22/10 | S. Crosby | 4.80 | Review and analyze batches CON00400499-00400648, CON00400649-00400798, CON00400799-00401095, CON00401096-00401245, CON00401246-00401396, and CON00401397-00401546 for issues related to litigation |
| 05/22/10 | L. Primas | 7.00 | Review and analyze batches HDRESI-PRESP00101705, HDRESI-PRESP00101715 for issues related to litigation |
| 05/22/10 | K. Schwartz | 9.50 | Review and analysis of HDR documents in Relativity Database, Batch HDRESI-PRESP00101707 docs 16-162, HDRESI-PRESP00101710 docs 1- 235, HDRESI-PRESP00101714 docs 1-150, and HDRESI-PRESP00101921 docs 1-33, for issues related to litigation |
| 05/22/10 | H. Webster | 5.30 | Review and analysis of batches HDRESI-PRESP00101663 , HDRESI-PRESP00101912 , HDRESI-PRESP00102011 in Relativity Database, for Issues related to litigation |
| 05/23/10 | K. Meaders | 3.30 | Preparation for Dick Veath deposition and review of Black & Veatch documents |
| 05/23/10 | K. Meaders | 4.50 | Travel to Kansas City, MO and review of ██████████████████ |
| 05/23/10 | K. Meaders | 1.70 | Meeting with Tim Woodward in outlining deposition issues for Dick Veath deposition |
| 05/23/10 | W. Richmond | 1.80 | Review batches HDRESI-AOL300005 - HDRESI-AOL300007 for work product withholdings |
| 05/23/10 | C. Alm | 11.50 | Review and analyze batch HDRESI-PRESP00101931, 101933, 101935, and 101968-101975  for issues related to litigation |


| Date | Name | Hours | Description |
|---|---|---|---|
| 05/23/10 | M. Stringer | 6.80 | Review and analyze batches 1917, 1938 - 1942 and 1946 thru 1950 for issues related to litigation |
| 05/23/10 | R. Zarate | 9.50 | Review and analyze batches HDRRESI-PRESP101934, 101936, 101937, 101951, 101952, 101953, 101954 and 101956 for issues related to litigation |
| 05/23/10 | E. Cornelius | 2.50 | Review and analysis of HDR Batch PRESP00101925 documents CON00298626 - CON00298775 for issues related to litigation |
| 05/23/10 | S. Crosby | 2.50 | Review and analyze batches CON00401547-00401696, CON00401697-00401846, and CON00401847-00401998 for issues related to litigation |
| 05/23/10 | K. Schwartz | 7.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101921 docs 34-150, HDRESI-PRESP00101943 docs 1-150, and HDRESI-PRESP00101944 docs 1- 40, for issues related to litigation |
| 05/23/10 | H. Webster | 7.00 | Review and analysis of batches HDRESI-PRESP00102011, HDRESI-PRESP00101945 for issues related to litigation |
| 05/24/10 | W. Mason | 10.90 | Continue preparing demonstratives and reviewing hundreds of documents, including Maxwell documents, in preparation for ██████████████ |
| 05/24/10 | K. Meaders | 0.30 | Telephone conference with attorney Woodward for morning preparation for Dick Veath's deposition |
| 05/24/10 | K. Meaders | 9.10 | Attendance and assistance at deposition of Dick Veath |
| 05/24/10 | K. Meaders | 1.10 | Meeting with Tim Woodward on potential cross-examination to follow up on Dick Veath |
| 05/24/10 | K. Meaders | 0.50 | Telephone conference with Osage Court Reporting and coordinate presentation of using digital exhibits for deposition |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 67

| 05/24/10 | K. Meaders | 2.20 | Review |
| 05/24/10 | K. Meaders | 0.80 | Telephone conference with |
| 05/24/10 | T. Gamble | 6.80 | Continue review and evaluation of |
| 05/24/10 | D. Kent | 1.60 | Prepare memorandum |
| 05/24/10 | R. Sacks | 6.80 | Continued review of |
| 05/24/10 | C. Steinmann | 3.00 | Review documents in preparation for meeting with Ed Copeland |
| 05/24/10 | C. Alm | 1.00 | Review and analyze batch HDRESI-PRESP00101976 for issues related to litigation |
| 05/24/10 | G. Fountain | 4.00 | Review and analyze batches HDRESI-Con 394701-395309, 423245-423253, 423884-423973 for issues related to litigation |
| 05/24/10 | G. Fountain | 3.50 | Gather and organize key documents for attorney use in meeting with client in preparation for Jerry Maxwell deposition |
| 05/24/10 | S. Quintanar | 6.50 | Review and analysis of HDRESI-CON00387373 - HDRESI-CON00387547, HDRESI-CON00387548 - HDRESI-CPN00387708 for issues related to litigation |
| 05/24/10 | T. Rogers | 5.20 | Further analysis and identification of documents realted to |



| | | | |
|---|---|---|---|
| 05/24/10 | T. Rogers | 1.50 | Continue deposition summary of Mike Milhorn |
| 05/24/10 | S. Stephens | 2.50 | Continue to review and summarize deposition of Lamar Colvin |
| 05/24/10 | S. Stephens | 1.00 | Review and analysis of documents 390310-390548 in Relativity database for potential privilege |
| 05/24/10 | M. Stringer | 7.60 | Review and analysis of batches 1995, 1960, 1963 1965, and 2073 thru 2075 for issues related to litigation |
| 05/24/10 | R. Zarate | 3.20 | Review and analyze batch HDRESI-PRESP101957 and 101984 for issues related to litigation |
| 05/24/10 | E. Cornelius | 11.00 | Review and analysis of HDR Batches PRESP00101950, PRESP00101962, PRESP0010178, PRESP00101983, PRESP00101987 documents CON00301848 - CON00301963 , CON00303620 - CON00303769, CON00380013 - CON00380163, CON00380811 - CON00380960, CON00381415 - CON00381603 for issues related to litigation |
| 05/24/10 | S. Crosby | 9.00 | Review and analyze batches CON00401999-00402151, CON00402152-00402182, CON00395462-00395612, CON00613-00395766, CON00395767-00395937, CON00395938-00396089, CON00396090-00396240, CON00395310-00395461, and CON00396241-00396390 for issues related to litigation |
| 05/24/10 | L. Primas | 10.00 | Review and analyze batches HDRESI-PRESP00101715, HDRESI-PRESP00101958, HDRESI-PRESP00102013 for issues related to litigation |
| 05/24/10 | B. Rogers | 12.50 | Review and analysis of Batches PRESPOO1001664, 1959, 1966, 1979, and 1982 in Relativity Database, documents HDRESI-CON00415744 - 415878, 303169 - 303319, 405156 - 405305, 380164 - 380339, and 380661 |



|          |              |       |                                                                                                                                                                         |
|----------|--------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |       | – 380810 for responsiveness, privilege, and issues related to litigation                                                                                                |
| 05/24/10 | K. Schwartz  | 4.30  | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101944 docs 41-150 and HDRESI-PRESP00101985 docs 1-102, for issues related to litigation |
| 05/24/10 | H. Webster   | 12.30 | Review and analysis of batches HDRESI-PRESP00101945, HDRESI-PRESP00101961, HDRESI-PRESP00101964, HDRESI-PRESP00101980 documents for issues related to litigation         |
| 05/25/10 | W. Mason     | 9.20  | Meet with Ed Copeland and return from Tampa                                                                                                                              |
| 05/25/10 | K. Meaders   | 5.50  | Deposition of Dick Veath, Black & Veatch                                                                                                                                 |
| 05/25/10 | K. Meaders   | 3.20  | Return travel to Dallas, TX with review of notes for collection of hot documents from depositions                                                                       |
| 05/25/10 | K. Meaders   | 0.30  | Meeting with Steve Pickert and work out extension on response to CDG Motion to Compel                                                                                    |
| 05/25/10 | K. Meaders   | 0.30  | Letter agreement on extension of Motion to Compel                                                                                                                        |
| 05/25/10 | K. Meaders   | 0.40  | Conference with David Forziano regarding potential release and review by TBW of Bromwell documents which were part of settlement discussions                             |
| 05/25/10 | K. Meaders   | 0.30  | Conference with Mike Stanislaw regarding production of Bromwell documents                                                                                                |
| 05/25/10 | K. Meaders   | 0.30  | Emails with attorney Steinmann regarding ███████████████████████████                                                                                                    |
| 05/25/10 | T. Gamble    | 1.80  | Begin preparing ████████████████                                                                                                                                         |
| 05/25/10 | T. Gamble    | 5.50  | Finish review and evaluation of ████████                                                                                                                                 |



| 05/25/10 | D. Kent | 1.50 | Study/analysis of ████████████ |
| 05/25/10 | M. Melle | 1.70 | Review and analyze ████████████ |
| 05/25/10 | M. Melle | 1.30 | Review and analyze batch AOL30008 for privileged information |
| 05/25/10 | R. Sacks | 6.10 | Continued review of ████████████ |
| 05/25/10 | C. Steinmann | 2.00 | Review materials gathered for meeting with Copeland and determine Maxwell's involvement or knowledge of the same |
| 05/25/10 | C. Steinmann | 0.50 | Prepare Rule 11 regarding HDR's Response to CDG's Motion to Compel |
| 05/25/10 | C. Steinmann | 5.00 | Review ████████████ |
| 05/25/10 | W. Richmond | 0.70 | Review batch HDRESI-AOL300009 for work product withholdings |
| 05/25/10 | R. Altamirano | 5.10 | Review and analyze batch nos. PRESP00101981, PRESP00102018, PRESP00102019, PRESP00102021, PRESP00102071 for issues related to litigation; review email responses from Steinman re coding queries and update document records re same |
| 05/25/10 | G. Fountain | 7.20 | Review and analyze batches HDRESI-Con 423974-426133 for issues related to litigation |
| 05/25/10 | S. Quintanar | 5.50 | Review and analysis of HDRESI-CON00387709 - HDRESI-CON00387812;HDRESI-CON00387698 - HDRESI-CON00387812 for issues related to litigation |
| 05/25/10 | T. Rogers | 8.10 | Continue deposition summary of Mike Milhorn |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 71

| | | | |
|---|---|---|---|
| 05/25/10 | S. Stephens | 2.20 | Review and analysis of documents 389844-390309, 390548-390570, 423180-423231, 433240-433568 in Relativity database for potential privilege |
| 05/25/10 | L. Garner | 2.30 | Work on summary of deposition of Lewis Link, Jr., Ph.D. |
| 05/25/10 | E. Cornelius | 12.10 | Review and analysis of HDR Batches PRESP00101987, PRESP00101988, PRESP00102016, PRESP00102020, PRESP00102023, PRESP00102073, PRESP00102079, PRESP0010284 documents CON00381545 - CON00381603, CON00381604 - CON00381687, CON00384239 - CON00384389, CON00384845 - CON00417456, CON00417757 - CON00417907, CON00386960 - CON0038660, CON00387848 - CON00387997, CON00388621 - CON00388747 for issues related to litigation |
| 05/25/10 | S. Crosby | 12.00 | Review and analyze batches CON00396241-00396390, CON00396391-00396540, CON00396541-00396698, CON00396699-00396849, CON00396850-00397018, CON00397019-00397190, CON00397191-00397340, CON00397341-00397490, CON00397491-00397643, CON00397644-00397793, CON00397794-00398036, CON00398037-00398186, CON00398187-00398341, CON00398342-00398493, and CON00388773-00388927 for issues related to litigation |
| 05/25/10 | L. Primas | 10.00 | Review and analyze batches HDRESI-PRESP00102013, HDRESI-PRESP00102080 for issues related to litigation |
| 05/25/10 | B. Rogers | 10.20 | Review and analysis of Batches PRESPOO1002012, 2015, 2017, and 2022 in Relativity Database, documents HDRESI-CON00383637 - 383786, 384088 - 384238, 384390 - 384541, and 417607 - 417756 for responsiveness, privilege, and issues related to |



litigation

| 05/25/10 | K. Schwartz | 4.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00101985 docs 103-150 and HDRESI-PRESP00102082 docs 1-155, and HDRESI-PRESP00102088 docs 1-51, for issues related to litigation |
|---|---|---|---|
| 05/25/10 | H. Webster | 13.20 | Review and analysis of batches HDRESI-PRESP00101980 , HDRESI-PRESP00102014 , HDRESI-PRESP00102024 , HDRESI-PRESP00102072 , HDRESI-PRESP00102081 , HDRESI-PRESP00102086 for issues related to litigation |
| 05/26/10 | K. Meaders | 0.40 | Attention to review and determination of ███████████████████████ |
| 05/26/10 | K. Meaders | 0.80 | Review ████████ |
| 05/26/10 | K. Meaders | 0.60 | Telephone conference with Barnard attorney Michael Candes regarding extension of response date |
| 05/26/10 | K. Meaders | 0.30 | Email extension of subpoena to attorney Michael Candes |
| 05/26/10 | K. Meaders | 0.90 | Office conference and work with attorney Gamble o ████████████████████████ |
| 05/26/10 | K. Meaders | 0.20 | Email to attorney Steinmann regarding TBW ESI and deposition preparation |
| 05/26/10 | K. Meaders | 0.50 | Draft agreement to Richard Harrison of outstanding subpoenas |
| 05/26/10 | K. Meaders | 0.20 | Emails on decision on ████████████████████ |
| 05/26/10 | K. Meaders | 0.70 | Draft Motion for Extension of response date |
| 05/26/10 | K. Meaders | 0.10 | Draft Order of extension of response date |
| 05/26/10 | K. Meaders | 0.20 | Receipt and review from Plaintiff on extending Golder response date |
| 05/26/10 | K. Meaders | 0.20 | Return email regarding same and request |



| | | | reciprocal extension |
|---|---|---|---|
| 05/26/10 | K. Meaders | 0.80 | Receipt and review and revise jury charge draft |
| 05/26/10 | K. Meaders | 0.30 | Reach agreement on outstanding subpoenas |
| 05/26/10 | T. Gamble | 4.90 | Finish search and identification for documents ███████████████████ |
| 05/26/10 | L. Henderson | 0.10 | Prepare correspondence to Jim Hickman to determine status of efforts to obtain additional insurance documents |
| 05/26/10 | D. Kent | 1.90 | Prepare memorandum regarding ██████ ██████████████ |
| 05/26/10 | M. Melle | 1.70 | Continue review and analysis of batch AOL30008 and AOL 300074 for privileged information |
| 05/26/10 | R. Sacks | 2.20 | Revise/finalize jury instructions for HDR |
| 05/26/10 | E. Knight | 5.40 | Review and analyze batches AOL300064 and AOL300065 for privileged information |
| 05/26/10 | W. Richmond | 2.00 | Review batches HDRESI-AOL300010 and HDRESI-AOL300011 for work product withholdings |
| 05/26/10 | W. Richmond | 1.40 | Review batch HDRESI-AOL3000010 for work product withholdings |
| 05/26/10 | R. Altamirano | 4.20 | Review and analyze batch nos. PRESP00102071, PRESP00102226, PRESP00102227 for issues related to litigation |
| 05/26/10 | G. Fountain | 7.00 | Review and analyze batches HDRESI-Con 426134-426283, 426435-426585, 426886-427035, 427336-427485, 427636-427785, 427936-428085 for issues related to litigation |
| 05/26/10 | S. Quintanar | 7.00 | Review and analysis of HDRESI-CON00387813 - HDRESI-CON00387847;HDRESI-CON00427036 - HDRESI-CON00427185; HDRESI-CON00430487 - HDRESI-CON00430561 for issues related to litigation |
| 05/26/10 | T. Rogers | 6.30 | Continue deposition summary of Mike Milhorn |
| 05/26/10 | T. Rogers | 3.20 | Litigation management related to deposition |



|  |  |  | testimony of Les King and exhbits for deposition of Lamar Colvon and inclusion of said materials into HDR/Xerdict database and firmwide system; updating of related spreadsheets |
|---|---|---|---|
| 05/26/10 | S. Stephens | 2.60 | Review and analysis of documents 432440-432682 in Relativity database for potential privilege |
| 05/26/10 | S. Stephens | 1.00 | Continue to review and summarize deposition of Lamar Colvin |
| 05/26/10 | E. Cornelius | 12.60 | Review and analysis of  HDR Batches PRESP00102084, PRESP00102089, PRESP00102090, PRESP00102091, PRESP00102205, PRESP00102212,  documents CON003888748 - CON00388772, CON00389381 - CON00389530, CON00389531 - CON00389693, CON00389694 - CON00389843, CON00427486 - CON00427635, CON00428537 - CON00428686 for issues related to litigation |
| 05/26/10 | S. Crosby | 11.30 | Review and analyze batches CON00389078-00389229, CON00433569-00433718, CON00433719-00433824, Manual 001-002, CON00428086-00428235, and CON00429437-00429586 for issues related to litigation |
| 05/26/10 | L. Primas | 9.00 | Review and analyze batches HDRESI-PRESP00102080, HDRESI-PRESP00102197 for issues related to litigation |
| 05/26/10 | B. Rogers | 11.80 | Review and analysis of Batches PRESPOO1002083, 2199, 2203, 2210, and 2214 in Relativity Database, documents HDRESI-CON00388458 - 388620, 426586 - 426735, 427186 - 427335, 428236 - 428385, and 428837 - 428841 for responsiveness, privilege, and issues related to litigation |
| 05/26/10 | K. Schwartz | 4.00 | Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00102088 docs 52-151, HDRESI-PRESP00102213 docs 1-18, for issues related to |



litigation

| 05/26/10 | H. Webster | 11.70 | Review and analysis of batches HDRESI-PRESP00102086, HDRESI-PRESP00102200, HDRESI-PRESP00102211, HDRESI-PRESP00102215 for issues related to litigation |
|---|---|---|---|
| 05/27/10 | W. Mason | 4.40 | Multiple conference calls with ███████ ████████████████████████████ |
| 05/27/10 | W. Mason | 5.40 | Continue prepararing for depositions of Maxwell, Adams and Kennedy |
| 05/27/10 | K. Meaders | 0.40 | Telephone conference with attorney Mason regarding preparation for upcoming TBW representative depositions |
| 05/27/10 | K. Meaders | 0.60 | Office conference with attorney Steinmann regarding ████████ |
| 05/27/10 | K. Meaders | 0.60 | Emails to attorney Mason regarding ████ ██████████████████████████ |
| 05/27/10 | K. Meaders | 0.50 | Email to attorneys Gamble and Kent to add █████████████████████████ |
| 05/27/10 | K. Meaders | 0.80 | Final review of ████████████████████ ████████████████████████████ |
| 05/27/10 | K. Meaders | 1.40 | Review ████████████████ |
| 05/27/10 | T. Gamble | 2.80 | Finish drafting ████████████████ |
| 05/27/10 | L. Henderson | 0.30 | Review multiple correspondence from local counsel regarding insurance documents and respond to same |
| 05/27/10 | D. Kent | 0.70 | Review, revise and finalize ████████ |



| | | | |
|---|---|---|---|
| | | | [redacted] |
| 05/27/10 | D. Kent | 1.20 | Study/analysis of [redacted] |
| 05/27/10 | M. Melle | 2.60 | Review and analyze batches AOL300073 and AOL300075 for privileged information |
| 05/27/10 | M. Melle | 0.60 | Strategy meeting with defense team regarding privilege document review |
| 05/27/10 | R. Sacks | 7.10 | Begin legal research based on [redacted] |
| 05/27/10 | C. Steinmann | 2.60 | Run searches in preparation for Maxwell and TW depositions and prepare emails to team regarding directions for special issue review |
| 05/27/10 | C. Steinmann | 0.50 | Strategy meeting regarding privilege determinations and anticipation of litigation documents |
| 05/27/10 | E. Knight | 0.60 | Strategy meeting to discuss issues regarding [redacted] |
| 05/27/10 | E. Knight | 6.20 | Re-review batches AOL300064 and AOL300065 in light of information discovered in subsequent documents, and review batches AOL300066 and AOL300067 for privileged information |
| 05/27/10 | E. Knight | 1.50 | [redacted] |
| 05/27/10 | W. Richmond | 0.30 | [redacted] |
| 05/27/10 | W. Richmond | 0.60 | [redacted] |
| 05/27/10 | C. Alm | 2.00 | Review and analyze batch HDRESI-PRESP00101967 and 102232 for issues related to litigation |


| 05/27/10 | G. Fountain | 7.00 | Review and analyze batches HDRESI-Con 429137-429436, 429887-430036, 430337-430486, 431840-432289 for issues related to litigation |
| 05/27/10 | P. Olshan | 2.00 | Begin deposition summary of Helen Bennett |
| 05/27/10 | S. Quintanar | 7.00 | Review and analysis of HDRESI-CON00430562 - HDRESI-CON00430636;HDRESI-CON00433040 - HDRESI-CON00433188 for issues related to litigation |
| 05/27/10 | T. Rogers | 1.10 | Litigation management related to deposition testimony of Jim Moynihan and Dan Marple and inclusion of said materials into HDR/Xerdict database and firmwide system; updating of related spreadsheets |
| 05/27/10 | T. Rogers | 1.60 | Coordinate, instruct and distribute information/materials to other firm personnel related to review of deposition testimony |
| 05/27/10 | T. Rogers | 5.90 | Continue deposition summary of Mike Milhorn |
| 05/27/10 | S. Stephens | 1.00 | Continue to review and summarize deposition of Lamar Colvin |
| 05/27/10 | S. Stephens | 2.30 | Review and analysis of 432683-433008 documents in Relativity database for potential privilege |
| 05/27/10 | T. Wise | 2.80 | Begin deposition summary of James Moynihan |
| 05/27/10 | R. Zarate | 2.50 | Review and analyze batches HDRESI-PRESP101986 and 102232 for issues related to litigation |
| 05/27/10 | L. Garner | 3.00 | Continue summarizing deposition of Lewis Link |
| 05/27/10 | E. Cornelius | 4.50 | Review and analysis of HDR Batches PRESP00100171, PRESP00102212, documents CON00877613 - CON00387762, CON00428537 - CON00428686 regarding issues related to litigation |
| 05/27/10 | S. Crosby | 12.00 | Review and analyze batches CON00429587-00429736, CON00184829, CON00430938-00431087, CON00431163-00431237, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 78

CON00431238-00431387, CON00184661, CON00184677, CON00184662, CON00185059-00185074, CON00185213-00185214, CON00185324, CON00185689,, CON00187318, CON0090519-0090520, CON0091358-0091359, CON0091600-0091606, CON00101389, CON00101713, CON00101986, CON00102524, CON00104537-00104539, CON00104736-00104783, CON00104928, CON00104933, CON00105041, CON00105133-00105134, CON00105137-00105138, CON00105344, CON00106046, CON00106097-00106101, CON00106195-00106218, CON00106885, CON00107261-00107265, CON00107759-00107760, CON00107864, CON00108063-CON00108064, CON00108192-00108194, CON00108509-00108515, CON00108619, CON00109380, CON00110223, CON00110280, CON00110226-00110228, CON00110262, CON00110234, CON00110339, CON 00110348, CON00110351, CON00110353, CON00110363, CON00110443, CON00110681-00110682, CON00110699, CON00110815, CON00110903, CON00110978, CON00110984-0000110985 and CON00110997 for issues related to litigation

05/27/10  L. Primas       9.00    Review and analyze batches HDRESI-PRESP00102197, HDRESI-PRESP00102222 for issues related to litigation

05/27/10  B. Rogers      10.70    Review and analysis of Batches PRESPOO1002214, 4718, 4721, and rebatched 157 in Relativity Database, documents HDRESI-CON00428842 - 428986, 429737 - 429886, 430187 - 430336, and 138478 - 138627 for responsiveness, privilege, and issues related to litigation

05/27/10  K. Schwartz     4.50    Review and analysis of HDR documents in Relativity Database Batch HDRESI-PRESP00102213 docs 19-150, HDRESI-PRESP00201605 docs 33-44, and HDRESI-


|           |               |       |                                                                                                                                          |
|-----------|---------------|-------|------------------------------------------------------------------------------------------------------------------------------------------|
|           |               |       | PRESP00201604 128 - 144 for issues related to litigation                                                                                 |
| 05/27/10  | H. Webster    | 12.20 | Review and analysis of batches HDRESI-PRESP00102215, HDRESI-PRESP00202129, HDRESI-PRESP00202133, HDRESI-PRESP00202137 regarding issues related to litigation |
| 05/28/10  | W. Mason      | 7.40  | Continue preparing for depositions of fact and expert witnesses, including review of hundreds of documents                               |
| 05/28/10  | W. Mason      | 0.90  | Weekly conference call with ████████████ ██████████                                                                                      |
| 05/28/10  | K. Meaders    | 0.50  | Telephone conference with ███████████ ████████████████                                                                                   |
| 05/28/10  | K. Meaders    | 0.30  | Obtain agreement from plaintiff's counsel regarding subpoena dates                                                                       |
| 05/28/10  | K. Meaders    | 0.70  | Review TBW ESI and develop and implement plan for review of 80,000 documents for deposition in one week                                  |
| 05/28/10  | K. Meaders    | 0.70  | Meeting with contract attorneys to develop information and train for ESI review                                                          |
| 05/28/10  | K. Meaders    | 0.60  | Review ████████                                                                                                                          |
| 05/28/10  | K. Meaders    | 0.50  | Begin work on ████████                                                                                                                   |
| 05/28/10  | L. Henderson  | 1.50  | Review ██████████████████████                                                                                                            |
| 05/28/10  | L. Henderson  | 4.70  | Review McDonald insurance policies                                                                                                       |
| 05/28/10  | D. Kent       | 0.90  | ████████████████████████                                                                                                                 |
| 05/28/10  | C. Steinmann  | 2.00  | Conference call with EQD regarding ██████ ████████████████████████████                                                                   |
| 05/28/10  | E. Knight     | 0.70  | Review batch AOL300063 for privileged information                                                                                        |
| 05/28/10  | R. Altamirano | 1.00  | Analysis and identification of documents related to specified issues as potential exhibits for use                                       |



|            |               |      | during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
|------------|---------------|------|---|
| 05/28/10   | G. Fountain   | 1.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/28/10   | S. Quintanar  | 7.50 | Review and analysis of HDRESI-CON00140129 - HDRESI-CON00140163 for issues related to litigation; analysis and identification of documents related to specified items as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/28/10   | T. Rogers     | 3.60 | Continue, revise and finalize deposition summary of Mike Milhorn |
| 05/28/10   | T. Rogers     | 4.60 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/28/10   | M. Stringer   | 2.70 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/28/10   | K. Burns      | 5.50 | Training and review of materials;. review and analysis of TBW Depo Review documents in Relativity Database, documents HDR_COPELAND000900 - HDR_PO005603 (Batch TBWDR00014) reviewed issues related to litigation |
| 05/28/10   | E. Cornelius  | 3.00 | Review and analysis of HDR Batch TBWDR00010, for issues related to litigation |
| 05/28/10   | S. Crosby     | 1.00 | Review and analyze batches CON00111078, CON00111133, CON00111291-00111292, CON00111345-00111346, CON00111565, CON00111588-00111589, CON00111604-00111605, CON00111674, CON00111742-00111743, CON00111762, CON00111837, CON00111842, CON00112019, CON00112026, CON00112030, CON00112084, CON00112180- |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 81

|          |               |        |                                                                                                                                                                                                                                                                                                                                                                                                                   |
|----------|---------------|--------|---|
|          |               |        | 00112181, CON00112203, CON00112211, CON00112278, and CON00112395 for issues related to litigation |
| 05/28/10 | M. Lerman     | 3.00   | Project training; set up of email account and relativity; review of project binder |
| 05/28/10 | L. Primas     | 5.00   | Review and analyze batches HDRESI-PRESP00102222 for issues related to litigation |
| 05/28/10 | B. Rogers     | 11.00  | Review and analysis of Batches PRESPOO1000166 and 169 in Relativity Database, documents HDRESI-CON00139829 - 139978 and 140279 – 140428, for responsiveness, privilege, and issues related to litigation;<br>Review and analysis of TBW Deposition Review batches TBWDR00006 - TBWDR00008, for specific issues related to Tampa Bay Water in preparation for depositions |
| 05/28/10 | K. Schwartz   | 5.00   | Review and analysis of HDR documents in Relativity Database Batch TBWDR00005 docs 1-95 for issues related to litigation |
| 05/28/10 | H. Webster    | 10.20  | Review and analysis of batches HDRESI-PRESP00202137, HDRESI-PRESP00200170, TBWDR00207, TBWDR00208 documents for issues related to litigation |
| 05/29/10 | W. Mason      | 0.40   | Telephone conference with ███████████ |
| 05/29/10 | C. Alm        | 5.00   | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/29/10 | R. Altamirano | 4.70   | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/29/10 | M. Axel       | 5.00   | Analysis and identificaton of documents related to specified issues as potention exhibits for use during upcoming depositions of Jerry Maxwell, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 82

| | | | |
|---|---|---|---|
| | | | Jon Kennedy and Alison Adams |
| 05/29/10 | T. Rogers | 5.60 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/29/10 | M. Stringer | 10.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/29/10 | R. Zarate | 9.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/29/10 | K. Burns | 12.80 | Review and analysis of TBW Depo Review documents in Relativity Database, documents: HDR_PO011011 - RICE_EM000788 (Batch TBWDR00015); RICE_EM000790 - RICE_EM003733 (Batch TBWDR00016); RICE_EM003746 - RICE_EM008806 (Batch TBWDR00017); RICE_EM008812 - RICE_EM010053 (Batch TBWDR00018); RICE_EM010062 - RICE_EM014753 (Batch TBWDR00019); RICE_EM056514 - RICE_EM060926 (Batch TBWDR00024); RICE_EM060934 - RICE_EM063296 (Batch TBWDR00025) ;RICE_EM025152 - RICE_EM038020 (Batch TBWDR00031) ;RICE_EM026445 - RICE_EM039151 (Batch TBWDR00032) ;RICE_EM027977 - RICE_EM041338 (Batch TBWDR00033) ;RICE_EM041352 - RICE_EM043638 (Batch TBWDR00034) ;RICE_EM029736 - RICE_EM045104 (Batch TBWDR00035) ;RICE_EM030338 - RICE_EM045410 (Batch TBWDR00036) ;RICE_EM045494 - RICE_EM046574 (Batch TBWDR00037) ;RICE_EM066865 - RICE_EM069487 (Batch TBWDR00040) ;RICE_EM077201 - RICE_EM078534 (Batch TBWDR00047) |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 83

|          |             |       |                                                                                                                                                                                                                                                        |
|----------|-------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |             |       | ;RICE_EM079964 - RICE_EM081370 (Batch TBWDR00049) ;RICE_EM083996 - RICE_EM087453 (Batch TBWDR00052) ;RICE_EM091938 - RICE_EM093376 (Batch TBWDR00054) ; RICE_EM093622 - RICE_EM096967 (Batch TBWDR00055) for issues related to litigation |
| 05/29/10 | S. Crosby   | 5.80  | Review and analyze batches Rice-Em-063318 – Rice-Em-064716, Rice-Em-018800 – Rice-Em-021493, Rice-Em-021496 – Rice-Em023957, Rice-Em-023960 – Rice-Em-036526, and Rice-Em-070838 – Rice-Em-072062 for issues related to litigation |
| 05/29/10 | A. Porter   | 2.30  | Review and analysis of TBW Depo Review Batch TBWDR00023 documents  Rice-EM-055111 - Rice-EM-056512 for issues related to litigation |
| 05/29/10 | L. Primas   | 5.00  | Review and analyze batches TBWDR00027, TBWDR00076 for issues related to litigation |
| 05/29/10 | B. Rogers   | 6.30  | Review and analysis of TBW Deposition Review batches TBWDR00008, 9, 45, 53, and 56, for specific issues related to Tampa Bay Water in preparation for depositions |
| 05/29/10 | K. Schwartz | 11.30 | Review and analysis of HDR documents in Relativity Database Batch TBWDR00005 docs 96-150 and TBWDR00011 docs 1-152 for issues related to litigation |
| 05/29/10 | H.    Webster | 4.00 | Review and analysis of batches TBWDR00208, TBWDR00204 for issues related to litigation |
| 05/30/10 | W. Mason    | 0.50  | Conference call with Kurt Meaders, Travis Gamble, Cori Steinmann and David Kent |
| 05/30/10 | K. Meaders  | 0.50  | Telephone conference meeting with attorneys Mason, Steinmann, Kent and Gamble regarding █████████████ |
| 05/30/10 | K. Meaders  | 0.60  | Follow up meeting with attorneys Mason, Steinmann, Kent and Gamble regarding To Do item |



| 05/30/10 | K. Meaders | 0.30 | Emails with instructions to legal assistant Rogers with item to do regarding exhibits |
| 05/30/10 | T. Gamble | 1.00 | Update status of action items to be completed in preparation for depositions ███████ ████████ |
| 05/30/10 | D. Kent | 0.70 | Prepare for and participate in team strategy meeting regarding preparation for ████ ██████████████ |
| 05/30/10 | D. Kent | 2.50 | Study/analysis of ██████████ ██████████████████ |
| 05/30/10 | C. Steinmann | 0.80 | Strategy meeting with Wayne Mason, Kurt Meaders, David Kent, and Travis Gamble regarding ██████████████████ |
| 05/30/10 | M. Axel | 3.60 | Analysis and identificaton of documents related to specified issues as potention exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | G. Fountain | 3.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | T. Rogers | 6.10 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | M. Stringer | 10.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | R. Zarate | 4.80 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | K. Burns | 5.00 | Analysis and identification of documents related |



to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams (Batches TBWDR00062-63, 65-67, 70, 88, 89 & 91)

| 05/30/10 | S. Crosby | 4.80 | Analysis and identification of documents (RICE-EM-070838—RICE-EM-072062; TBW-EM0193949—TBW-EM0197406; TBW-EM0200851—TBW-EM0203619; TBW-EM0203629—TBW-EM0207867; TBW-EM0207871—TBW-EM0209553; TBW-EM0209554—TBW-EM0210565; TBW-EM0210570—TBW-EM0211252; TBW-EM0211255—TBW-EM0212490; TBW-EM0212492—TBW-EM0214176) related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | A. Porter | 2.30 | Analysis and identification of batches TBWDR00058 and TBWDR00069 in Relativity Database related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | L. Primas | 2.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/30/10 | B. Rogers | 7.50 | Analysis and identification of documents in TBW Deposition Review batches TBWDR00056, 64, 68, 73, and 84 related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams, for specific issues related to Tampa Bay Water in preparation for depositions |
| 05/30/10 | K. Schwartz | 4.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 86

|            |                |       | Jon Kennedy and Alison Adams TBWDR00061 docs 1-141 |
|------------|----------------|-------|----------------|
| 05/30/10   | H.   Webster   | 4.50  | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams. Batches: TBWDR00204, TBWDR00203 |
| 05/31/10   | W. Mason       | 1.40  | Review reports and deposition summaries in preparation for meeting with insurers |
| 05/31/10   | K. Meaders     | 0.30  | Emails on ███████████████████ ████████ |
| 05/31/10   | K. Meaders     | 0.20  | Email to Travis Gamble regarding draft Settlement Agreement |
| 05/31/10   | K.   Meaders   | 0.60  | ███████████████████████ █████ |
| 05/31/10   | K. Meaders     | 0.30  | Emails with attorney Mason and document retrieval service on Golder production |
| 05/31/10   | K. Meaders     | 0.30  | Emails with legal assistant Rogers regarding exhibits and hot documents |
| 05/31/10   | K. Meaders     | 0.40  | Receipt and review of ████████████ ███████ |
| 05/31/10   | K. Meaders     | 0.50  | Emails to Tim Connelly, Katie Duty, and Tim Woodward regarding Bromwell privilege log documents |
| 05/31/10   | K. Meaders     | 0.50  | Work on identification of ███████████ |
| 05/31/10   | K. Meaders     | 0.50  | Emails to attorneys Steinmann, Gamble, and Kent to follow up on To Do items |
| 05/31/10   | T. Gamble      | 3.20  | Begin work on ████████████████████ ██████████████████████ |
| 05/31/10   | T. Gamble      | 1.10  | Begin work on █████████████████ █████████ |
| 05/31/10   | L. Henderson   | 1.00  | Prepare brief memorandum regarding █████ ████████████████████████ |
| 05/31/10   | D. Kent        | 3.00  | Study/analysis of ██████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 87

| 05/31/10 | C. Steinmann | 2.00 | Begin review of ███████ |
| 05/31/10 | W. Richmond | 5.00 | Review batches HDRESI-AOL300014 - HDRESI-AOL300017 for work product withholdings |
| 05/31/10 | C. Alm | 11.00 | Analysis and identificaton of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | M. Axel | 3.90 | Analysis and identificaton of documents related to specified issues as potention exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | G. Fountain | 5.50 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | T. Rogers | 4.30 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | M. Stringer | 11.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | R. Zarate | 12.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | K. Burns | 5.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams (Batches TBWDR00133, 135-136, 138-140, 142-143, 146, 148) |



| 05/31/10 | S. Crosby | 5.00 | Analysis and identification of documents (TBW-EM0212492—TBW-EM0214176; TBW-EM0326530—TBW-EM0328072; TBW-EM0335380—TBW-EM0335817; CON00384107; CON00384208; CON00417423; CON00388866-CON00388867; CON00389182-CON00389184; CON00392878-CON00392879; CON00394935-CON00394937; CON00394949-CON00394950; CON00012398-CON00053547; CON00053548; CON00239736; CON00239737; CON00438304; CON0043805; CON00438328) related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
|---|---|---|---|
| 05/31/10 | A. Porter | 9.20 | Analysis and identification of batches TBWDR00128, TBWDR00134, TBWDR00141, TBWDR00145, TBWDR00149, TBWDR00156, in Relativity Database related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | L. Primas | 7.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams |
| 05/31/10 | B. Rogers | 5.00 | Analysis and identification of documents in TBW Deposition Review batches TBWDR00084, 125, 144, 151, and 154 related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams, for specific issues related to Tampa Bay Water in preparation for depositions |
| 05/31/10 | K. Schwartz | 6.50 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams TBWDR00061 docs 142-169, TBWDR00100 docs 1-152, and TBWDR00152 docs 1-100 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 89

| | | | |
|---|---|---|---|
| 05/31/10 | H. Webster | 5.00 | Analysis and identification of documents related to specified issues as potential exhibits for use during upcoming depositions of Jerry Maxwell, Jon Kennedy and Alison Adams. Batches: TBWDR00203, TBWDR00202 |

Total Hours    3,624.40
**Total Fee Amount    $512,804.00**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 131.70 | 455.00 | $59,923.50 |
| K. Meaders | 229.70 | 330.00 | 75,801.00 |
| T. Gamble | 62.40 | 280.00 | 17,472.00 |
| L. Henderson | 34.40 | 260.00 | 8,944.00 |
| D. Kent | 22.30 | 395.00 | 8,808.50 |
| M. Melle | 62.40 | 185.00 | 11,544.00 |
| R. Sacks | 23.80 | 260.00 | 6,188.00 |
| C. Steinmann | 70.60 | 225.00 | 15,885.00 |
| E. Weathers | 42.60 | 185.00 | 7,881.00 |
| E. Knight | 128.80 | 165.00 | 21,252.00 |
| W. Richmond | 87.00 | 165.00 | 14,355.00 |
| C. Alm | 154.60 | 115.00 | 17,779.00 |
| R. Altamirano | 74.20 | 115.00 | 8,533.00 |
| M. Axel | 59.50 | 115.00 | 6,842.50 |
| L. Chavez | 21.10 | 115.00 | 2,426.50 |
| G. Fountain | 103.60 | 115.00 | 11,914.00 |
| P. Olshan | 2.00 | 115.00 | 230.00 |
| S. Quintanar | 82.50 | 115.00 | 9,487.50 |
| T. Rogers | 166.40 | 115.00 | 19,136.00 |
| S. Stephens | 28.70 | 115.00 | 3,300.50 |
| M. Stringer | 185.20 | 125.00 | 23,150.00 |
| J. Tracey | 20.20 | 115.00 | 2,323.00 |
| E. Wheeler | 55.80 | 115.00 | 6,417.00 |
| T. Wise | 2.80 | 115.00 | 322.00 |
| R. Zarate | 166.50 | 90.00 | 14,985.00 |
| K. Jones | 7.80 | 225.00 | 1,755.00 |
| L. Garner | 11.20 | 115.00 | 1,288.00 |
| K. Burns | 28.30 | 85.00 | 2,405.50 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 90

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| E. Cornelius | 230.80 | 85.00 | 19,618.00 |
| S. Crosby | 244.40 | 85.00 | 20,774.00 |
| M. Lerman | 3.00 | 85.00 | 255.00 |
| A. Porter | 13.80 | 85.00 | 1,173.00 |
| L. Primas | 274.50 | 85.00 | 23,332.50 |
| B. Rogers | 259.90 | 85.00 | 22,091.50 |
| K. Schwartz | 245.60 | 85.00 | 20,876.00 |
| H. Webster | 286.30 | 85.00 | 24,335.50 |
| Total | **3,624.40** | | **$512,804.00** |

**Disbursements:**

| | | |
|---|---|---|
| 02/16/10 | Other On Line Research | 3.52 |
| 03/15/10 | Other On Line Research | 0.32 |
| 03/17/10 | Other On Line Research | 10.72 |
| 03/22/10 | Other On Line Research | 5.68 |
| 03/26/10 | Travel/Air Fare Mason, Wayne B. / DA- | 159.70 |
| 03/31/10 | Meals Tower Club of Dallas, Inc. | 35.78 |
| 04/05/10 | Travel/Air Fare Mason, Wayne B. / DA- | 275.70 |
| 04/06/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 04/06/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 44.34 |
| 04/06/10 | Travel/Air Fare Mason, Wayne B. / DA- | 60.00 |
| 04/06/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 04/07/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 04/07/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 29.83 |
| 04/07/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 47.13 |
| 04/07/10 | Travel/Group Meals Mason, Wayne B. / DA- | 173.29 |
| 04/08/10 | Travel/Mileage Mason, Wayne B. / DA- | 10.00 |
| 04/08/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 20.60 |
| 04/08/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 37.16 |
| 04/08/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 2.29 |
| 04/08/10 | Travel/Car Rental Mason, Wayne B. / DA- | 112.70 |
| 04/08/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 32.00 |
| 04/08/10 | Travel/Air Fare Mason, Wayne B. / DA- | 285.70 |
| 04/08/10 | Travel/Air Fare Mason, Wayne B. / DA- | 70.00 |
| 04/08/10 | Parking/Tolls Mason, Wayne B. / DA- | 78.77 |
| 04/10/10 | Travel/Air Fare Mason, Wayne B. / DA- | 224.70 |
| 04/10/10 | Travel/Air Fare Mason, Wayne B. / DA- | 610.40 |
| 04/11/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 04/11/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 50.86 |



HDR, Inc.                                        June 30, 2010
Tampa Bay Water Authority v. HDR, Inc., et al        Invoice No. 969138
10711-000001                                          Page 91

| Date | Description | Amount |
|---|---|---|
| 04/11/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 22.00 |
| 04/11/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 22.00 |
| 04/11/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 9.99 |
| 04/11/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 04/12/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 04/12/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 6.42 |
| 04/12/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 43.03 |
| 04/13/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 28.02 |
| 04/13/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 7.81 |
| 04/13/10 | Travel/Group Meals Mason, Wayne B. / DA- | 491.32 |
| 04/14/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 04/14/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 18.88 |
| 04/14/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 15.80 |
| 04/14/10 | Travel/Group Meals Mason, Wayne B. / DA- | 186.11 |
| 04/14/10 | Travel/Air Fare Mason, Wayne B. / DA- | 149.70 |
| 04/14/10 | Travel/Air Fare Mason, Wayne B. / DA- | 94.70 |
| 04/15/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 46.29 |
| 04/15/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 20.10 |
| 04/15/10 | Travel/Car   Rental Mason, Wayne B. / DA- | 225.40 |
| 04/15/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 33.00 |
| 04/15/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 24.24 |
| 04/15/10 | Parking/Tolls Mason, Wayne B. / DA- | 105.03 |
| 04/16/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 7.00 |
| 04/20/10 | Travel/Air Fare Mason, Wayne B. / DA- | 76.00 |
| 04/21/10 | Travel/Lodging Mason, Wayne B. / DA- | 423.02 |
| 04/21/10 | Travel/Lodging Mason, Wayne B. / DA- | 150.12 |
| 04/21/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 4.96 |
| 04/21/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 7.13 |
| 04/21/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 9.00 |
| 04/21/10 | Travel/Car   Rental Mason, Wayne B. / DA- | 78.01 |
| 04/21/10 | Parking/Tolls Mason, Wayne B. / DA- | 131.29 |
| 04/22/10 | Travel/Lodging Mason, Wayne B. / DA- | (199.69) |
| 04/22/10 | Travel/Car   Rental Mason, Wayne B. / DA- | 100.32 |
| 04/22/10 | Travel/Air Fare Mason, Wayne B. / DA- | 456.20 |
| 04/22/10 | Parking/Tolls Mason, Wayne B. / DA- | 15.00 |
| 04/23/10 | Delivery/Messenger   Service Federal Express Corporation | 15.44 |
| 04/25/10 | Taxi/Trains/Local Trans. Mason, Wayne B. / DA- | 56.00 |
| 04/30/10 | Travel/Air Fare Mason, Wayne B. / DA- | 233.70 |
| 05/01/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 7.00 |
| 05/03/10 | Telephone TAMPA    FL (181)330-1540 | 0.32 |
| 05/03/10 | Telephone TAMPA    FL (181)328-9070 | 0.48 |


| | | |
|---|---|---|
| 05/03/10 | Telephone TAMPA FL (181)330-1540 | 0.16 |
| 05/03/10 | Telephone TAMPA FL (181)330-1540 | 0.32 |
| 05/03/10 | Telephone FORT MYERS FL (123)946-1200 | 0.32 |
| 05/03/10 | Telephone TAMPA FL (181)330-1588 | 0.24 |
| 05/03/10 | Photocopy (1 @ $0.15) | 0.15 |
| 05/03/10 | Photocopy (8 @ $0.15) | 1.20 |
| 05/03/10 | Photocopy (1 @ $0.15) | 0.15 |
| 05/03/10 | Photocopy (11 @ $0.15) | 1.65 |
| 05/03/10 | Photocopy (30 @ $0.15) | 4.50 |
| 05/03/10 | Photocopy (1 @ $0.15) | 0.15 |
| 05/04/10 | Telephone TAMPA FL (181)330-1588 | 0.32 |
| 05/04/10 | Telephone TAMPA FL (181)328-9070 | 0.24 |
| 05/04/10 | Telephone TAMPA FL (181)330-1540 | 0.24 |
| 05/04/10 | Telephone TAMPA FL (181)328-9070 | 0.16 |
| 05/04/10 | Telephone TAMPA FL (181)328-9070 | 0.08 |
| 05/04/10 | Photocopy (120 @ $0.15) | 18.00 |
| 05/05/10 | Telephone TAMPA FL (181)328-9070 | 0.16 |
| 05/05/10 | Telephone TAMPA FL (181)330-1588 | 0.08 |
| 05/05/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 05/05/10 | Photocopy (380 @ $0.15) | 57.00 |
| 05/05/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 49.56 |
| 05/05/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 10.77 |
| 05/05/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 25.00 |
| 05/05/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 17.00 |
| 05/05/10 | Travel/Group Meals Mason, Wayne B. / DA- | 371.91 |
| 05/05/10 | Travel/Air Fare Mason, Wayne B. / DA- | 40.00 |
| 05/05/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 05/06/10 | Telephone TAMPA FL (181)330-1588 | 0.08 |
| 05/06/10 | Travel/Car Rental Mason, Wayne B. / DA- | 83.13 |
| 05/07/10 | Photocopy (6 @ $0.15) | 0.90 |
| 05/07/10 | Photocopy (1 @ $0.15) | 0.15 |
| 05/07/10 | Photocopy (4 @ $0.15) | 0.60 |
| 05/07/10 | Photocopy (624 @ $0.15) | 93.60 |
| 05/07/10 | Photocopy (228 @ $0.15) | 34.20 |
| 05/07/10 | Photocopy (252 @ $0.15) | 37.80 |
| 05/07/10 | Delivery/Messenger Service Federal Express Corporation | 11.52 |
| 05/09/10 | Photocopy (43 @ $0.15) | 6.45 |
| 05/09/10 | Photocopy (384 @ $0.15) | 57.60 |
| 05/09/10 | Photocopy (114 @ $0.15) | 17.10 |
| 05/10/10 | Telephone HOUSTON TX (171)393-9450 | 0.16 |
| 05/10/10 | Telephone TAMPA FL (181)328-2103 | 0.24 |



| Date | Description | Amount |
|---|---|---|
| 05/10/10 | Taxi/Trains/Local Trans. Premier Transportation Services, LLC | 94.32 |
| 05/10/10 | Lexis | 99.49 |
| 05/10/10 | Lexis | 10.19 |
| 05/10/10 | Lexis | 5.92 |
| 05/10/10 | Lexis | 47.57 |
| 05/10/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 05/10/10 | Photocopy (7 @ $0.15) | 1.05 |
| 05/10/10 | Travel/Individual Meals Meaders, Kurt W. / DA | 11.42 |
| 05/10/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 11.07 |
| 05/10/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 18.00 |
| 05/10/10 | Travel/Group Meals Mason, Wayne B. / DA- | 607.72 |
| 05/10/10 | Travel/Group Meals Meaders, Kurt W. / DA | 17.01 |
| 05/10/10 | Travel/Air Fare Mason, Wayne B. / DA- | 240.70 |
| 05/10/10 | Travel/Air Fare Mason, Wayne B. / DA- | 101.70 |
| 05/10/10 | Travel/Air Fare Meaders, Kurt W. / DA | 597.40 |
| 05/10/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 05/11/10 | Telephone HOUSTON TX (171)393-9452 | 0.16 |
| 05/11/10 | Telephone HOUSTON TX (171)393-9452 | 0.16 |
| 05/11/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 05/11/10 | Photocopy (98 @ $0.15) | 14.70 |
| 05/11/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 41.16 |
| 05/11/10 | Travel/Group Meals Mason, Wayne B. / DA- | 537.74 |
| 05/11/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 05/12/10 | Lexis | 5.90 |
| 05/12/10 | Lexis | 3.39 |
| 05/12/10 | Lexis | 290.62 |
| 05/12/10 | Lexis | 67.99 |
| 05/12/10 | Lexis | 38.88 |
| 05/12/10 | Travel/Lodging Meaders, Kurt W. / DA | 341.88 |
| 05/12/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 05/12/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 52.82 |
| 05/12/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 48.98 |
| 05/12/10 | Travel/Group Meals Meaders, Kurt W. / DA | 18.47 |
| 05/12/10 | Travel/Group Meals Mason, Wayne B. / DA- | 141.52 |
| 05/12/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 05/13/10 | Telephone TAMPA FL (181)328-9077 | 0.08 |
| 05/13/10 | Telephone TAMPA FL (181)328-9070 | 0.16 |
| 05/13/10 | Travel/Lodging Meaders, Kurt W. / DA | 416.64 |
| 05/13/10 | Travel/Lodging Mason, Wayne B. / DA- | 110.88 |
| 05/13/10 | Copy Service Meaders, Kurt W. / DA | 12.46 |
| 05/13/10 | Travel/Car Rental Mason, Wayne B. / DA- | 184.02 |


| Date | Description | Amount |
|------|-------------|-------:|
| 05/13/10 | Travel/Air Fare Meaders, Kurt W. / DA | 22.00 |
| 05/13/10 | Parking/Tolls Meaders, Kurt W. / DA | 52.00 |
| 05/14/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 05/14/10 | Telephone PUNTAGORDA FL (194)163-7677 | 0.40 |
| 05/14/10 | Lexis | 27.17 |
| 05/14/10 | Lexis | 3.94 |
| 05/14/10 | Lexis | 20.41 |
| 05/14/10 | Delivery/Messenger    Service Federal Express Corporation | 131.12 |
| 05/14/10 | Delivery/Messenger    Service Federal Express Corporation | 131.12 |
| 05/14/10 | Delivery/Messenger    Service Federal Express Corporation | 8.16 |
| 05/14/10 | Delivery/Messenger    Service Federal Express Corporation | 87.34 |
| 05/15/10 | Westlaw | 168.25 |
| 05/16/10 | Travel/Lodging Steinmann, Cori / DA | 138.88 |
| 05/17/10 | Telephone TAMPA     FL (181)328-9070 | 0.24 |
| 05/17/10 | Travel/Lodging Steinmann, Cori / DA | 110.88 |
| 05/17/10 | Photocopy (358 @ $0.15) | 53.70 |
| 05/17/10 | Travel/Individual    Meals Steinmann, Cori / DA | 8.00 |
| 05/17/10 | Travel/Group Meals Steinmann, Cori / DA | 27.22 |
| 05/18/10 | Telephone LAREDO     TX (195)671-8213 | 0.16 |
| 05/18/10 | Telephone TAMPA     FL (181)328-2103 | 0.32 |
| 05/18/10 | Telephone KANSASCITY MO (181)647-4440 | 0.56 |
| 05/18/10 | Telephone TAMPA     FL (181)387-4323 | 0.40 |
| 05/18/10 | Telephone HOUSTON    TX (171)393-9450 | 0.08 |
| 05/18/10 | Telephone ORLANDO    FL (140)789-8420 | 0.48 |
| 05/18/10 | Telephone ORLANDO    FL (140)789-8420 | 0.64 |
| 05/18/10 | Telephone TAMPA     FL (181)328-9070 | 0.32 |
| 05/18/10 | Photocopy (132 @ $0.15) | 19.80 |
| 05/18/10 | Photocopy (58 @ $0.15) | 8.70 |
| 05/18/10 | Photocopy (6 @ $0.15) | 0.90 |
| 05/18/10 | Travel/Car    Rental Steinmann, Cori / DA | 196.39 |
| 05/18/10 | Other Travel-related expenses Steinmann, Cori / DA | 5.00 |
| 05/18/10 | Travel/Group Meals Steinmann, Cori / DA | 23.26 |
| 05/18/10 | Travel/Air Fare Steinmann, Cori / DA | 150.00 |
| 05/18/10 | Travel/Air Fare Steinmann, Cori / DA | 7.00 |
| 05/18/10 | Travel/Air Fare Steinmann, Cori / DA | 22.00 |
| 05/18/10 | Travel/Air Fare Steinmann, Cori / DA | 962.40 |
| 05/18/10 | Travel/Air Fare Steinmann, Cori / DA | 50.00 |
| 05/18/10 | Parking/Tolls Steinmann, Cori / DA | 52.52 |
| 05/19/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 05/19/10 | Telephone FTLAUDERDL FL (195)435-1488 | 0.08 |
| 05/20/10 | Westlaw | 11.22 |



| | | |
|---|---|---:|
| 05/21/10 | Telephone TAMPA     FL (181)328-9070 | 0.48 |
| 05/21/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 05/21/10 | OBJ TO SUBPOENAS (6 @ $0.15) | 0.90 |
| 05/21/10 | OBJ TO SUBPOENAS (6 @ $0.15) | 0.90 |
| 05/21/10 | OBJ TO SUBPOENAS (5 @ $0.15) | 0.75 |
| 05/21/10 | OBJ TO SUBPOENAS (2 @ $0.15) | 0.30 |
| 05/21/10 | OBJ TO SUBPOENAS (6 @ $0.15) | 0.90 |
| 05/21/10 | OBJ TO SUBPOENAS (6 @ $0.15) | 0.90 |
| 05/21/10 | OBJ TO SUBPOENAS (6 @ $0.15) | 0.90 |
| 05/21/10 | Photocopy (37 @ $0.15) | 5.55 |
| 05/21/10 | OBJ TO SUBPOENAS (289 @ $0.15) | 43.35 |
| 05/21/10 | Delivery/Messenger   Service Federal Express Corporation | 11.85 |
| 05/21/10 | Postage | 13.30 |
| 05/23/10 | Photocopy (1 @ $0.15) | 0.15 |
| 05/23/10 | Travel/Air Fare Meaders, Kurt W. / DA | 567.40 |
| 05/24/10 | Travel/Mileage   Mason, Wayne B. / DA- | 20.00 |
| 05/24/10 | Photocopy (6 @ $0.15) | 0.90 |
| 05/24/10 | Photocopy (8 @ $0.15) | 1.20 |
| 05/24/10 | Photocopy (7 @ $0.15) | 1.05 |
| 05/24/10 | Travel/Individual Meals Mason, Wayne B. / DA- | 63.92 |
| 05/24/10 | Other Travel-related expenses Mason, Wayne B. / DA- | 12.00 |
| 05/24/10 | Travel/Group Meals Meaders, Kurt W. / DA | 27.01 |
| 05/24/10 | Travel/Group Meals Meaders, Kurt W. / DA | 155.41 |
| 05/24/10 | Travel/Air Fare Mason, Wayne B. / DA- | 591.70 |
| 05/24/10 | Parking/Tolls Mason, Wayne B. / DA- | 16.00 |
| 05/24/10 | Parking/Tolls Meaders, Kurt W. / DA | 10.00 |
| 05/25/10 | Telephone   OMAHA     NE (140)239-2862 | 0.40 |
| 05/25/10 | Travel/Lodging Meaders, Kurt W. / DA | 469.15 |
| 05/25/10 | Copy Service Lone Star Litigation Support 752497473 | 80.28 |
| 05/25/10 | Travel/Car   Rental Meaders, Kurt W. / DA | 112.30 |
| 05/25/10 | Travel/Car   Rental Mason, Wayne B. / DA- | 83.58 |
| 05/25/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 4.10 |
| 05/25/10 | Parking/Tolls Meaders, Kurt W. / DA | 24.00 |
| 05/25/10 | Parking/Tolls Meaders, Kurt W. / DA | 10.00 |
| 05/25/10 | Parking/Tolls Mason, Wayne B. / DA- | 26.26 |
| 05/26/10 | Telephone TAMPA     FL (181)330-1556 | 0.16 |
| 05/26/10 | Westlaw | 39.45 |
| 05/27/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 05/27/10 | Telephone TAMPA     FL (181)378-6619 | 1.28 |
| 05/27/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 05/27/10 | Telephone   OMAHA     NE (140)263-0579 | 0.16 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

June 30, 2010
Invoice No. 969138
Page 96

| | | |
|---|---|---:|
| 05/27/10 | Telephone HOUSTON    TX (171)393-9452 | 2.00 |
| 05/27/10 | Photocopy (97 @ $0.15) | 14.55 |
| 05/28/10 | Telephone HOUSTON    TX (171)393-9452 | 0.16 |
| 05/28/10 | Telephone HOUSTON    TX (171)393-9452 | 0.08 |
| 05/28/10 | Telephone LAKELAND   FL (186)366-7234 | 0.48 |
| 05/28/10 | Photocopy (339 @ $0.15) | 50.85 |
| 05/28/10 | Delivery/Messenger   Service Federal Express Corporation | 10.55 |
| 05/28/10 | Delivery/Messenger   Service Federal Express Corporation | 11.52 |

**Total Disbursements**    **$16,723.06**

**Total Due**    **$529,527.06**

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick, Detert, Moran & Arnold LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sdma.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick, Detert, Moran and Arnold LLP<br>CITIUS33<br>File Number & Invoice Number |

# INVOICE SUMMARY



**Tower Club Dallas**
1601 Elm Street 48th Floor
Dallas TX 75201
214-220-0403
www.tower-dallas.com

| ACCOUNT NUMBER | INVOICE SUMMARY DATE | PAGE NUMBER |
|---|---|---|
| M0486 | 03/31/2010 | 1 of 1 |
| **BALANCE DUE** | **CHECK NUMBER** | **AMOUNT PAID** |
| 465.88 | | |

Make Checks Payable and Send to:

Tower Club Dallas
1601 Elm Street 48th Floor
Dallas TX 75201-7209

230321  12  656-1-1

 

WAYNE MASON
SEDGWICK DETERT MORAN & ARNOLD
1717 MAIN STREET, SUITE 5400
DALLAS TX 75201

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

To avoid late charges on your account, payment must be received no later than the 25th of each month.  Please call Accounting @ 214.220.2776 if you have questions.

Please contact Acctg. with any questions at:
214-220-0403
teresa.mcmanus@ourclub.com

| DATE OF TICKET | TICKET # | DESCRIPTION | BASIC CHARGE OR CREDIT | SERVICE CHARGE | SALES TAX | GROSS AMOUNT DUE |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | **187.54** — Pd |
| 03/11/2010 | 090004 | Main Dining Room | 42.90 | 8.58 | 3.54 | 55.02 |
| 03/29/2010 | 090006 | Main Dining Room | 27.90 | 5.58 | 2.30 | 35.78 |
| 03/31/2010 | 387286 | Home Club Dues | 173.25 | | 14.29 | 187.54 |
| | | **Home Club Subtotal** | | | | **278.34** |
| | | **Balance Due** | | | | **465.88** |

938-00-209 = 55.02
930-08 = 187.54
10711.1 = 35.78

'10 APR 15 AM 8:38

* A P 1 3 2 9 6 2 6 *

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | DATE | BALANCE DUE >>>> | 465.88 |
|---|---|---|---|---|---|---|
| 278.34 | 187.54 | 0.00 | 0.00 | 03/31/2010 | | |
| **NAME** | | **ACCOUNT NUMBER** | **MEMBER TYPE** | | *PAYMENT DUE UPON RECEIPT* | |
| WAYNE MASON | | M0486 | 02 | | | |

According to Federal Reserve Board guidelines, receipt of your check authorizes us to convert your check to a one-time electronic funds transfer.  Funds may be drawn from your account the same day as your payment is received.   You will not receive your check back.

The Club account of each member shall be due and payable upon receipt of the monthly statement.  Any account which remains unpaid for a period of thirty (30) days after the billing date shall be considered delinquent and the Club will assess a late charge as established by the Club from time to time  in it's sole discretion, but in no event more than the maximum allowed by law for handling past due accounts for each billing period on an amount that is delinquent.  Members' accounts unpaid thirty (30) days after the billing date are considered delinquent and a one-time late charge equal to 15.0% of the past due amount (maximum of $30.00) shall be added to the members' next statement.

To: Keri Woot

3/11 - firm mentoring
lunch w/ Travis Gamble

3/29 - HDR [illegible] 10711.000001
Lunch w/ Tim Connolly

# FedEx.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-067-42279 | Apr 23, 2010 | 2323-3788-5 | 9 of 13 |

**Picked up:** Apr 16, 2010    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 798577781440 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick, Detert, Moran & Arno | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 919 CONGRESS AVE STE 1250 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 22.75 |
| Delivered | Apr 19, 2010 10:25 | Discount | | -12.97 |
| Svc Area | A1 | Fuel Surcharge | | 0.68 |
| Signed by | B.MILLER | **Total Charge** | **USD** | **$10.46** |
| FedEx Use | 000000000/0001305/_ | | | |

**Picked up:** Apr 16, 2010    **Cust. Ref.:** 02279.103304    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Lavella Garner | Wayne B. Mason (hold for guest | |
| Tracking ID | 798578743961 | SDMA | Marriott-Tampa Waterside | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 700 S FLORIDA AVE | |
| Package Type | FedEx Box | DALLAS TX 75201 US | TAMPA FL 33602 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 46.35 |
| Delivered | Apr 17, 2010 10:50 | Fuel Surcharge | | 2.45 |
| Svc Area | A1 | Saturday Delivery | | 15.00 |
| Signed by | J.SMITH | Discount | | -26.42 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$37.38** |

**Picked up:** Apr 16, 2010    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 3

*886.08*

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | GLEN RODDY | KAREN SANDERS | |
| Tracking ID | 869677150098 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | 1111 BAGBY ST STE 2300 | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | HOUSTON TX 77002 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | 27.55 |
| Declared Value | USD 1,000.00 | Direct Signature | | 0.00 |
| Delivered | Apr 19, 2010 08:29 | Fuel Surcharge | | 0.83 |
| Svc Area | A1 | Declared Value Charge | | 7.00 |
| Signed by | C.ROGERS | Discount | | -15.70 |
| FedEx Use | 010615566/0001305/_ | **Total Charge** | **USD** | **$19.68** |

**Picked up:** Apr 19, 2010    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Lavella Garner | Wayne B. Mason (hold for guest | |
| Tracking ID | 798583487891 | SDMA | Hilton Garden Inn Casper | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1150 N POPLAR ST | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | CASPER WY 82601 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 33.55 |
| Delivered | Apr 20, 2010 08:57 | Discount | | -19.12 |
| Svc Area | A2 | Fuel Surcharge | | 1.01 |
| Signed by | .SMITH | **Total Charge** | **USD** | **$15.44** |
| FedEx Use | 000000000/0001349/_ | | | |

Expense Report - Transmittal Report



ER00000029852100070

**Spender** Wayne B. Mason      **From** Apr 6, 2010    **To** Apr 8, 2010      **Reimbursement Amt** 1,517.27 USD

**Report name** Tampa

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 18 | Audit required | Yes |
| Number of receipts to submit | 16 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/5/10 | Airfare | United St... | 275.70 USD | Jennifer M. Arevalo |
| 4/6/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 4/6/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 4/6/10 | Individual Meal | United St... | 44.34 USD | Jennifer M. Arevalo |
| 4/6/10 | Airfare | United St... | 60.00 USD | Jennifer M. Arevalo |
| 4/7/10 | Group Meal | United St... | 173.29 USD | Jennifer M. Arevalo |
| 4/7/10 | Individual Meal | United St... | 47.13 USD | Jennifer M. Arevalo |
| 4/7/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 4/7/10 | Individual Meal | United St... | 29.83 USD | Jennifer M. Arevalo |
| 4/8/10 | Airfare | United St... | 285.70 USD | Jennifer M. Arevalo |
| 4/8/10 | Parking or Tolls | United St... | 78.77 USD | Jennifer M. Arevalo |
| 4/8/10 | Individual Meal | United St... | 37.16 USD | Jennifer M. Arevalo |
| 4/8/10 | Individual Meal | United St... | 2.29 USD | Jennifer M. Arevalo |
| 4/8/10 | Individual Meal | United St... | 20.60 USD | Jennifer M. Arevalo |
| 4/8/10 | Car Rental | United St... | 112.70 USD | Jennifer M. Arevalo |
| 4/8/10 | Airfare | United St... | 70.00 USD | Jennifer M. Arevalo |

BAY BREEZE CAFE
5426 BAY CENTER DR #125
TAMPA FL 33609
813-282-8100

Merchant ID: 431227000014330
Term ID: 0088
Server ID: 1

## Sale

MASTERCARD
XXXXXXXXXXXX7943
Entry Method: Swiped
Apprvd: Online    Batch#: 000001
04/07/10              10:36:03

Inv#: 00000043 Appr Code: 517770

Amount:          $        29.83

Tip:             -------------------

Total:           -------------------

                 =================

Customer Copy

THANK YOU
FOR VISITING!

---

HMSHost
Airside "F" Gifts
Tampa Int'l Airport
TRANS:        2230
SERVER:       9141 JORGE
DATE:         APR08'10  5:43PM
CARD TYPE:    MSTRCARD A1 5*
ACCT #:       XXXXXXXXXXXXX7943
EXP DATE:     XX/XX
AUTH CODE:    966330
        WAYNE B MASON

TOTAL:              2.29


Total _____

X _____
 I agree to pay above
 amount according to card
 issuer agreement.

PH: 813-396-3977

---

THIS IS NOT YOUR RENTAL

# AVIS

(We try harder.)  **Thank you for renting from Avis.**

RENTAL NUMBER    CAR NUMBER    CAR GROUP
714710393        41939553        C

**MASON,WAYNE**
WIZ = HE408Y       AWD = A984200
CV - CMXXXXXXXXXXXX7943
FTN AD/M610686          T5

OUT TPA 06APR10/1916 MI = 12205
IN  TPA 08APR10/1633 MI = 12230
      25 MI@     .46 =
      HR@     33.76 =
       2 DY@   45.00 =      90.00
$ .47/DY ERF          =        .94
**10.40% FEE          =       9.55
7.5% TX FF MIDY       =        .12
$  2.00 /DY SSU       =       4.00
$  0.01 /DY TBS       =        .02
$  0.36 /DY VLF       =        .70
TAXABLE SUBTOT        =     105.33
TAX 7.000%            =       7.37
FUEL SERVICE          =

TOTAL CHARGES         =     112.70
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE    .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.

*Please check your car for personal effects.*

---

HMSHost
Airside "F" Gifts
Tampa Int'l Airport

9141 JORGE
----------------------------------------
TRN 2230 APR08'10  5:43PM
----------------------------------------

 1 VASA 250Z1WATER         2.29

   Subtotal                2.29
   Amt Paid             2.29
   XXXXXXXXXXXXXXX3        XX/XX
   MSTRCARD A1 5*          2.29

>:00?ǎµµfˌˢǎµf>>ⱼ6HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT
CHECK:
TABLE:          9144
SERVER:         34 / 1
DATE:           4104 Julius
CARD TYPE:      APR08'10   5:37PM
ACCT #:         MSTRCARD   A1 5*
EXP DATE:       XXXXXXXXXXXX7943
AUTH CODE:      XX/XX
                560691
       WAYNE B MASON

TOTAL:
                        17.10
TIP: ------------------  3 50
TOTAL ---------------   20.60

X
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---

>:0F0>>:>:2>ǎµµf>>
        HMS HOST
        CHILI'S
TAMPA INTERNATIONAL AIRPORT

4104 Julius
---------------------------------
34/1        9144        GST 1
      APR08'10  5:08PM
---------------------------------

        **** SEAT 1 ****
1 SODA BAR 14              2.49
   FIRST ROUND SBEV
1 FAJITA CHIX             13.49
   SUBTOTAL               15.98
TAX   1.12  AMOUNT        17.10
   *******  *******

   SUBTOTAL               15.98
   TAX                     1.12
   AMOUNT              $17.10

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

  TIM JUUL 813-396-3983
    GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM



American Airlines

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
AADVANTAGE UPGRADE PURCHASE  2
PASSENGER RECEIPT  01 OF 01
ISS. AGENT ID.  08APR2010  ISSUING OFFICE CODE 10103100
PLACE OF ISSUE
TPA 41B  /TAMPA
FARE BASIS  TOUR CODE

NAME OF PASSENGER (NOT TRANSFERABLE)
MASON/WAYNE
AADV M610686  PLATINUM  EXPIRATION DATE 08APR2011

ENDORSEMENTS/RESTRICTIONS
** AADV UPGRADE DEPOSITED **
02  PURCHASED-TOP TIER UPGRADES

FARE CALCULATION

FARE
USD  65.12
TAX  4.88
TAX  NA
TAX  NA
TOTAL
USD  70.00

FORM OF PAYMENT
EP IKXXXXXXXXXXXX7943 937425

STOCK CONTROL NUMBER TX
00114330680070

0 001 0751642480 5

NOT VALID
FOR TRANSPORTATION
NON-REFUNDABLE

NOT VALID
FOR TRANSPORTATION

NOT VALID FOR TRAVEL
0  001 0751642480 5

---

American Airlines



AADVANTAGE UPGRADE
PURCHASE
PASSENGER RECEIPT

PURCHASER NAME
MASON/WAYNE B

E-Upgrade Purchase
MASON/WAYNE B MR

2  AADV NUMBER
M610686

American Airlines

NOT VALID FOR
TRANSPORTATION
NON-REFUNDABLE

PASSENGER TICKET
0017843002545

Credit Card  MC XXXXXXXXXXXX7943

Fare  55.82 USD
TFC  4.18 US
TFC
TFC
Total  60.00 USD

PNR: JD3WPI
Agent: DFW SSM

DATE OF ISSUE
APRIL 06, 2010

001  0751637905  1

NOT VALID FOR TRAVEL

TFC=TAXES, FEES & CHARGES

SSL-1 CPN 1109928



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

Payee   Wayne Mason
        1717 Main St Ste 5400
        Dallas TX 752017367
        United States

Membership      GP    G94604106N
Bonus Code
Confirmation No.   **3788259101**
Group Name

| | |
|---|---|
| Room No. | 0622 |
| Arrival | 04-06-10 |
| Departure | 04-08-10 |
| Page No. | 1 of 2 |
| Folio | 53382 |
| Invoice | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-06-10 | - In Room Dining Dinner Food | Room# 0622 : CHECK# 0295410 | 44.34 | |
| 04-06-10 | Gift Shop | 2672307 | 7.98 | |
| 04-06-10 | Valet Parking | | 16.00 | |
| 04-06-10 | Guest Room | | 99.00 | |
| 04-06-10 | State Sales Tax | | 6.93 | |
| 04-06-10 | Occupancy Tax | | 4.95 | |
| 04-07-10 | - Petey Brown's Breakfast Food | Room# 0622 : CHECK# 0211093 | 47.13 | |
| 04-07-10 | Misc Personal Charge | | ⟨21.69⟩ | |
| 04-07-10 | Misc Personal Charge | | ⟨151.60⟩ | |
| 04-07-10 | Guest Room | | 99.00 | |
| 04-07-10 | State Sales Tax | | 6.93 | |
| 04-07-10 | Occupancy Tax | | 4.95 | |
| 04-08-10 | - In Room Dining Breakfast Food | Room# 0622 : CHECK# 0295539 | 37.16 | |
| 04-08-10 | Master Card | XXXXXXXXXXXX7943        XX/XX | | 547.66 |



GRAND
HYATT
TAMPA BAY ®

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

Payee   Wayne Mason
        1717 Main St Ste 5400
        Dallas TX 752017367
        United States

| | |
|---|---|
| Room No. | 0622 |
| Arrival | 04-06-10 |
| Departure | 04-08-10 |
| Page No. | 2 of 2 |
| Folio | 53382 |
| Invoice | |

Membership    GP    G94604106N
Bonus Code
Confirmation No.   **3788259101**
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| Your Gold Passport account will be credited for this stay. | | | | |
| | **Total** | | 547.66 | 547.66 |
| | **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

Thank you for choosing Grand Hyatt Tampa Bay

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953

We hope to welcome you back to Grand Hyatt Tampa Bay

**Garner, Lavella**

From:        FreedomPark Reservations [reservations@freedomparkdfw.com]
Sent:        Thursday, April 08, 2010 10:02 PM
To:          Mason, Wayne B.; Garner, Lavella
Cc:          Sent Reservations
Subject:     Airport Parking Receipt-Wayne Mason

```
FreedomPark
Airport Parking Receipt

***Summary of Charges*******************************************************
* Control#  Customer Name  Departure Date Return Date  Total Discount Total Charge *
* 1166847   Wayne Mason    3/31/2010      4/8/2010        ($21.48)     $214.83 *
****************************************************************************


Charges for MasterCard ending in 7943 - primary

                                 Sales  Airport
Description  Qty   Rate   PreTax   Tax    Fee    Total
--------------------------------------------------------------
Parking       9  $22.00  $198.00  $16.34  $21.98  $236.31
Parking       4  ($4.50) ($18.00) ($1.49) ($2.00) ($21.48) Extended Stay Discount
                                 Parking Subtotal  $214.83

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

Thanks for using FreedomPark

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com
```

3 nights — $78.77

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Monday, April 05, 2010 3:34 PM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - Tampa 4/6/10 |

---

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 4/6/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

**A hotel reservation has been added.**
**A car reservation has been added.**

---

## Your current trip information - Tampa 4/6/10
This trip includes **flights, hotel and car rental** .

### Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601J16NDW8M |
| Airline record locator: | American Airlines - JDJWPF |
| Ticket numbers: | 0017843002545 |
| Total flight cost: | $282.70 USD |
| Traveler(s) | **Frequent flier details** |

WAYNE MASON     American Airlines AAdvantage
                M610686

**Tuesday, April 6, 2010**
**American Airlines 1142** Economy | McDonnell Douglas MD-83 (M83) | 2hr 25min | 920 miles

Depart:   **2:30pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **5:55pm   Tampa, FL**  Tampa International (TPA)

Seat: 20D | Your flight is confirmed. Seat is confirmed. You may **review seats.**

### Hotel reservation

Orbitz Record Locator: J66TPW
Hotel Confirmation number: 90172062
Reservation made for: Wayne Mason
Loyalty programs: Marriott Rewards  911634095
Total charges : 149.00 USD (taxes not included)

| | | |
|---|---|---|
| **Residence Inn by Marriott Gulfport-Biloxi** | 14100 Airport Road | Phone: 1 228 867-1722 |

1

**Airport**                       Gulfport, MS  39503                       Fax: 1 228 867-1723

| | | |
|---|---|---|
| Check-in: | **Wed, Apr 14, 2010** | 4:00 PM |
| Check-out: | **Thu, Apr 15, 2010** | 11:00 AM |

**Room description:** Best available rate studio suite, studio, 1 king, sofabed
1 King, sofabed, fully equipped kitchen, microwave, living sitting area, dining area, coffee tea maker max occupancy- 3 guests
1 King, sofabed, fully equipped kitchen, microwave, living sitting area, dining area, coffee tea maker max occupancy- 3 guests

## Car rental reservation

**Confirmation number:** 08705393US4
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y
**Daily rate:** $45.00*

**Avis Midsize**

| | | |
|---|---|---|
| Pick-up | **Tue, Apr 6, 2010 6:00 PM EDT** | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212<br>**Hours:** Open 24 hours |
| Drop-off | **Fri, Apr 9, 2010 6:00 PM EDT** | drop-off location same as pick-up location listed above |

## Cost summary and billing information

**Flight cost summary**

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $275.70 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Total** | **$282.70 USD** |

**Billing information**
**Card holder's Name:**
    Wayne B Mason
**Card type:**
    MasterCard
**Card number:**
    xxxxxxxxxxxx7943

**Hotel cost summary**

| Room rate | Wed |
|---|---|
| Apr 14 | $149 |
| **Applicable taxes:** | TAXES: 17.88 USD (not included) |
| **Total room cost:** | $149.00 |
| **Total charges\*** | $149.00 |
| **Amount payable at hotel:** | $149.00 (taxes not included) |
| **Amount charged to your credit card:** | $0.00 USD |

**Billing information**
**Card holder's Name:**
    Wayne B Mason
**Card type:**
    MasterCard
**Card number:**
    xxxxxxxxxxxx7943

**\*\*Taxes not included. TAXES: 17.88 USD**

**\*Note: Hotel cost displayed above does not include hotel taxes and fees.**
Car rental cost summary

This is an alternate corporate rate. Your corporate discount number has been applied. Corporate benefits and/or insurance may or may not apply. Contact your Travel Manager for additional information.

| | |
|---|---|
| **Total** | $168.84 USD |
| Amount paid at reservation | $0.00 US |
| **Amount due upon rental** | |
| Car rental estimate including taxes and fees | $168.84 US |

\*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you



Record Locator: HMIXWK

## Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---------|---------------|----------------|-------------|---------------|------|--------------|
| AA American Airlines | 1657 | TAMPA | THU 08APR 6:40 PM | DALLAS FT WORTH | 8:25 PM | L |
| | Wayne Mason | | FF#: M610686 PLT | Economy | | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|-----------|---------------|----------|-----|--------------|
| WAYNE MASON | 0012317975757 | 255.81 | 29.89 | 285.70 |

| Payment Type: Master Card XXXXXXXXXXXX7943 | Total: $285.70 |
|---|---|

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

  

  member of **one**world

We know why you fly'
**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 48231964332108115149353000

## Expense Report - Transmittal Report



ER00000029852100071

Spender Wayne B. Mason          From Apr 11, 2010  To Apr 15, 2010          Reimbursement Amt 2,081.22 USD

Report name Tampa 4/11-4/15

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 23 | Audit required | Yes |
| Number of receipts to submit | 22 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 1 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 3/26/10 | Airfare | United St... | 159.70 USD | Jennifer M. Arevalo |
| 4/11/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 4/11/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 4/11/10 | Individual Meal | United St... | 50.86 USD | Jennifer M. Arevalo |
| 4/11/10 | Other Travel - ... | United St... | 9.99 USD | Jennifer M. Arevalo |
| 4/12/10 | Individual Meal | United St... | 43.03 USD | Jennifer M. Arevalo |
| 4/12/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 4/12/10 | Individual Meal | United St... | 6.42 USD | Jennifer M. Arevalo |
| 4/13/10 | Individual Meal | United St... | 28.02 USD | Jennifer M. Arevalo |
| 4/13/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 4/13/10 | Group Meal | United St... | 491.32 USD | Jennifer M. Arevalo |
| 4/13/10 | Individual Meal | United St... | 7.81 USD | Jennifer M. Arevalo |
| 4/14/10 | Airfare | United St... | 149.70 USD | Jennifer M. Arevalo |
| 4/14/10 | Individual Meal | United St... | 18.88 USD | Jennifer M. Arevalo |
| 4/14/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 4/14/10 | Group Meal | United St... | 186.11 USD | Jennifer M. Arevalo |
| 4/14/10 | Individual Meal | United St... | 15.80 USD | Jennifer M. Arevalo |
| 4/15/10 | Individual Meal | United St... | 20.10 USD | Jennifer M. Arevalo |
| 4/15/10 | Other Travel - ... | United St... | 24.24 USD | Jennifer M. Arevalo |
| 4/15/10 | Parking or Tolls | United St... | 105.03 USD | Jennifer M. Arevalo |
| 4/15/10 | Individual Meal | United St... | 46.29 USD | Jennifer M. Arevalo |
| 4/15/10 | Car Rental | United St... | 225.40 USD | Jennifer M. Arevalo |

HMS HOST
CHILI'S A/S C
TAMPA INTERNATIONAL AIRPORT
CHECK:       7827
TABLE:       127/1
SERVER:      5875 Laritza
DATE:        APR15'10  1:04PM
CARD TYPE:   MSTRCARD  A1
ACCT #:      XXXXXXXXXXXX7943
EXP DATE:    XX/XX
AUTH CODE:   '3753
             B MASON

TOTAL:                17.10

TIP:                  3 —

TOTAL:                20.10

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---

HMS HOST
CHILI'S A/S C
TAMPA INTERNATIONAL AIRPORT

5875 Laritza
------------------------------
127/1        7827      GST 1
     APR15'10 12:49PM
------------------------------

     **** SEAT 1 ****
1 SODA BAR 14            2.49
  FIRST ROUND SBEV
1 FAJITA CHIX           13.49
  ONLY GREEN PEPER
  SEE SERVER
  ONLY ONION&PICO
  SEE SERVER
  SUBTOTAL             15.98
TAX   1.12   AMOUNT    17.10
  ******* *******

  SUBTOTAL             15.98
  TAX                   1.12
  AMOUNT           $17.10

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
GENERAL MANAGER
TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM

---

UESTSHORE CITGO    , 00d3853884-09
301 N UESTSHORE BL
TAHPA      , FL

04/15/2010 11:22:54 AH 5502

7943 H/C

INVOICE 112123
AUTH 00-943790 REF 9600864010B

PUHP#6
PREHIUH                  7.347G
PRICE/GAL              $ 3.299
FUEL TOTAL            $24.24
                      ---------
            Total = $24.24

CRIND Credit          $24.24

---

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount of
the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

7943

| DATE | | SERVER/CASHER |
|------|------|------|
| AUTHORIZATION NO. | REFERENCE NO. | |

5264635

| QTY | DESCRIPTION | AMOUNT |
|-----|-------------|--------|
|  |  | 52 6 |
|  | TAX | 10 |
| SALES SLIP | TIP MISC. | |
|  | TOTAL | 63 65 |

TRUNCATING SALES DRAFT PATENT 7581675
CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

## Receipt 1 (Credit Card Slip)

**The Capital Grille**
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433
Check # :11813-8022

Table 51
Kenneth                                Gst 3
09:30 PM  04/13/2010
Transaction #:1728156581

---

Card Number                    Auth Code
xxxxxxxxxxxx 7943                  578246
mason/wayne b                 Master Card

**Check Amount        421.32**

                          70 —

Tip ..                    421.32

Total

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

---

## Receipt 2 (Itemized)

**The Capital Grille**
2223 N Westshore Blvd Ste B228
Tampa, FL 33607
813-830-9433

Check # :11813-8022

Table 51
Kenneth
08:03:02 04/13/2010            Gst 3

---

Misc Personal Charge            ⟨13.00⟩
Misc Personal Charge            ⟨10.00⟩
Misc Personal Charge
Misc Personal Charge           ⟨185.00⟩
1 Field Greens Salad              9.00
2 Bone In Kona Sirloin           84.00
3 Coffee                          9.75
2 Caesar Salad                   18.00
1 Porcini Delmonico              43.00
1 SC Baked Potato                 7.00
1 Sauteed Spinach                 9.00
1 Small Au Gratin Potatoes        6.00

---

**Duplicate Receipt
Stored Order**

            Subtotal        393.75
            Sales Tax        27.57

**Total    421.32**

Host your next event in one of our
private rooms. Ask your server for
details.

Adam Taylor
Managing Partner

---

## Receipt 3 (Avis)

**AVIS**
We try harder!        Thank you for renting from Avis.

RENTAL NUMBER    CAR NUMBER    CAR GROUP
714740132        42013145      K

**MASON,WAYNE**
WIZ = HE408Y      AWD = A984200
CV - CMXXXXXXXXXXXX7943
FTN AD/M610686                 DD

* OUT TPA 11APR10/2014 MI = 7914
  IN  TPA 15APR10/1134 MI = 8051
        137 MI@    .45 =
            HR@  33.76 =
         4 DY@  45.00 =        180.00
$ .47/DY ERF              =      1.88
**10.40% FEE             =     19.09
7.5% TX FF MIDY          =       .24
$  2.00 /DY SSU          =      8.00
$  0.01 /DY TBS          =       .04
$  0.35 /DY VLF          =      1.40
TAXABLE SUBTOT           =    210.65
TAX  7.000%              =     14.75
FUEL SERVICE             =

**TOTAL CHARGES          =    225.40**
**CONCESSION RECOVERY FEE**
**ENERGY RECOVERY FEE     .47/DY**
**STATE SURCHARGE**
**TIRE BATT. SURCH.**
**VEH LIC. REC. FEE**

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

*Please check your car for personal effects.*

ORDER # 55
closed to Cash

PITA'S REPUBLIC
210 Madison Ave.
TAMPA, FL. 33612
TEL:813.223-3288

INVOICE # 86255
DATE/TIME: 4/13/2010 12:26:43 PM
SERVER: moe
STATION: 01

We are pleased to serve you. Please
come again

1   RPUBLIC CHICKEN*              $5.45
    HONEY DIJON
1   AS WHEAT WRAP               $0.00
    ADD CHIX*                   $1.85
SUBTOTAL                        $7.30
Tax1                            $0.51
GRAND TOTAL                     $7.81

Amt Tendered                    $7.81
Change due                      $0.00

Thank you for visiting.
Voted Best gyro in Tampa Bay.

---

HYATT REGENCY TAMPA
AVANZARE DELI

CHECK:          3 7 1 4
SERVER:         710 Katie
DATE:           APR12'10 7:54PM
CARD TYPE:      MASTERCARD
ACCT #:         XXXXXXXXXXXX7743
EXP DATE:       XX/XX
AUTH CODE:      218762
RESEARCH:       0000000000097
                WAYNE B MASON

SUBTOTAL

TIP

TOTAL

CUSTOMER SIGNATURE

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT
* YELLOW IS CUSTOMER COPY *

---

THE BLACK PEARL
315 MAIN STREET
DUNEDIN, FL. 34698

BATCH 037
SALES DRAFT
001
0000005162

SERVER 1

REF.      #001
CU TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:     APR 14, 16 2010:55

AMOUNT                $156.11
TIP                   $30 ___
                     186.11
TOTAL

ACCT 11987Z        7543   EXP: XX/XX
NAME: WAYNE B MASON
GO01
TAX

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDHOLDER'S AGREEMENT WITH THE ISSUER

TIP FOR RESEARCH, BOTTOM COPY=CUSTOMER

CUSTOMER COPY

---

BAY BREEZE CAFE
5426 BAY CENTER DR SUI
TAMPA, FL 33609
8132828100

TERMINAL ID:              7458015
MERCHANT #:            000080803459

MASTERCARD                     SWIPED
xxxxxxxxxxxx7543 EXP:XX/XX
SALE
BATCH 000005        INV: 000055
Apr 14.. 10          13:11
RRN: 010417200319 AUTH:362353
TRAN SEQ #: 0003349

APPROVAL 362353

BASE                          $15.80

TIP                          $_____

TOTAL                        $_____

WAYNE B MASON

NO REFUNDS

CUSTOMER COPY



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 1717 Main St Ste 5400 | |
| | Dallas TX 752017367 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0627 | |
| Arrival | 04-11-10 | |
| Departure | 04-15-10 | |
| Page No. | 1 of 2 | |
| Folio | 55217 | |
| Invoice | | |

Membership   GP   G94604106N
Bonus Code
Confirmation No.  **3843561001**
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-11-10 | T-Mobile Wireless Internet | Room# 0627 : | 9.99 | |
| 04-11-10 | - In Room Dining Dinner Food | Room# 0627 : CHECK# 0295810 | 50.86 | |
| 04-11-10 | Valet Parking | | 16.00 | |
| 04-11-10 | Guest Room | | 99.00 | |
| 04-11-10 | State Sales Tax | | 6.93 | |
| 04-11-10 | Occupancy Tax | | 4.95 | |
| 04-12-10 | - In Room Dining Dinner Food | Room# 0627 : CHECK# 0295872 | 43.03 | |
| 04-12-10 | Guest Room | | 99.00 | |
| 04-12-10 | State Sales Tax | | 6.93 | |
| 04-12-10 | Occupancy Tax | | 4.95 | |
| 04-13-10 | - In Room Dining Breakfast Food | Room# 0627 : CHECK# 0295916 | 28.02 | |
| 04-13-10 | Guest Room | | 99.00 | |
| 04-13-10 | State Sales Tax | | 6.93 | |
| 04-13-10 | Occupancy Tax | | 4.95 | |
| 04-14-10 | - In Room Dining Breakfast Food | Room# 0627 : CHECK# 0295002 | 18.88 | |
| 04-14-10 | Guest Laundry | 642777 | 17.12 | |
| 04-14-10 | Bottled Water | | 4.00 | |
| 04-14-10 | Guest Room | | 99.00 | |
| 04-14-10 | State Sales Tax | | 6.93 | |
| 04-14-10 | Occupancy Tax | | 4.95 | |
| 04-15-10 | - In Room Dining Breakfast Food | Room# 0627 : CHECK# 0295082 | 46.29 | |
| 04-15-10 | Master Card | XXXXXXXXXXXX7943    XX/XX | | 677.71 |



## INVOICE

| | |
|---|---|
| Payee | Wayne Mason |
| | 1717 Main St Ste 5400 |
| | Dallas TX 752017367 |
| | United States |

| | | |
|---|---|---|
| Room No. | 0627 |
| Arrival | 04-11-10 |
| Departure | 04-15-10 |
| Page No. | 2 of 2 |
| Folio | 55217 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G94604106N |
| Bonus Code | | |
| Confirmation No. | **3843561001** | |
| Group Name | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |
| | **Total** | **677.71** | **677.71** |
| | **Balance** | **0.00** | |

Thank you for choosing Grand Hyatt Tampa Bay

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill? Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.

| From: | FreedomPark Reservations [reservations@freedomparkdfw.com] |
|---|---|
| Sent: | Wednesday, April 14, 2010 10:08 PM |
| To: | Mason, Wayne B.; Garner, Lavella |
| Cc: | Sent Reservations |
| Subject: | Airport Parking Receipt-Wayne Mason |

```
FreedomPark
Airport Parking Receipt

***Summary of Charges**************************************************************
* Control#  Customer Name  Departure Date Return Date  Total Charge *
* 1169364   Wayne Mason    4/11/2010      4/14/2010        $105.03 *
**********************************************************************************


Charges for MasterCard ending in 7943 - primary


                                   Sales  Airport
Description  Qty  Rate   PreTax     Tax     Fee    Total
--------------------------------------------------------------
Parking       4  $22.00  $88.00   $7.26   $9.77  $105.03
                                  Parking Subtotal  $105.03

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

Thanks for using FreedomPark

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com
```



# Sedgwick
DETERT, MORAN & ARNOLD LLP

Welcome Sedgwick,Detert,Moran Arnold LLP
Sign out

## Past Trips

Travel Arranger: Lavella Garner
Accessing profile for: Wayne Mason (wayne.mason@sdma.com) - Dallas

My Travel Arrangers

My Account

My Trips

DCA to Tampa 5/5/10
Tampa HDR 5/9/10
Gulfport 6/1/10
Gulfport 06/01/10
Prague 7/18/10
Past trips
Canceled trips
Redeem ticket value
Trip templates
Ticket terms and
conditions

### Tampa 4/11/10                                    Back

Rename trip
This trip includes flights.
Reservation Made: 03/26/10

Expand all | Collapse

**Trip tools**
Print itinerary/receip
E-mail itinerary/rec
Save to template

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601R8L8L45U |
| Airline record locator: | American Airlines - GQAXOL |
| Ticket numbers: | 0017842544861 |
| **Total flight cost:** | **$166.70 USD** |

**Traveler(s)    Frequent flier details**
WAYNE MASON    American Airlines AAdvantage
                       M610686



LIVE CHAT

How may we
help you?

Chat now!

### Sunday, April 11, 2010

**American Airlines 1316**    Economy | McDonnell Douglas MD-80 (M80) | 2hr 25min | 920 miles
Depart:  **4:40pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:   **8:05pm   Tampa, FL** Tampa International (TPA)

**Upgrade requested.**
About upgrades

**Additional flight information**

## Travel Alerts

**No flight status alerts set up for this trip.** Learn more about Orbitz Care Alerts
Go to trip details to set up alerts for this trip

No alerts set up.

## Cost summary and billing information



**SOUTHWEST.COM**

# Thank you!
# Your Confirmation is QKB47K



**Continue to Book Your Car**
Our fares are low, and so are our car rental rates.
Search cars using the travel dates and destination from
your air reservation.



Book a Hotel

Book a Flight

Book a Cruise

## Air

**Adult 1:** WAYNE MASON          Acct#: 00000000551202          Confirmation # QKB47K

AIR ITINERARY

| | | | | |
|---|---|---|---|---|
| DEPART<br>APR<br>**14** | **Tampa, FL to Jacksonville, FL**<br>Wednesday, April 14, 2010<br>Travel Time 0 h 55 m<br>(Nonstop) | #159 | Depart Tampa Bay, FL (TPA)<br>Arrive in Jacksonville, FL (JAX) | **1:30 PM**<br>**2:25 PM** |

## YOU JUST SAVED UP TO $120 ROUNDTRIP!



## BAG FEES = $0.00
Bags Fly Free on Southwest.
First and second checked bags. Weight and size limits apply.

BILLING

| Purchaser Name | Billing Address | City, State & Zip |
|---|---|---|
| Wayne Mason | 1717 Main Street, Suite 5400 | Dallas, TX 75201-7367 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| MasterCard | XXXXXXXXXXXX-7943 | $149.70 | N/A |

AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | TPA-JAX | Business Select | $129.30 | $20.40 | 1 | $149.70 |
| Please read the fare rules associated with this purchase. | | | | $129.30 | $20.40 | 1 | $149.70 |

## TRIP GRAND TOTAL: $149.70








Search All Cars          Search All Hotels          Earn Rapid Rewards

## Garner, Lavella

From:        Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
Sent:        Saturday, April 10, 2010 10:16 PM
To:          Mason, Wayne B.
Subject:     Your Trip Information - Gulfport 4/14/10

**ORBITZ**
*FOR BUSINESS*

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Gulfport 4/14/10**:

**A car reservation has been added.**

## Your current trip information - Gulfport 4/14/10
This trip includes **flights, hotel and car rental** .

### Flight reservation

**Orbitz record locator:**   AP270601J542HY8M
**Airline record locator:**  Delta Air Lines - RS62VS
**Ticket numbers:**          0067843002607
**Total flight cost:**       $209.40 USD
**Traveler(s)**              **Frequent flier details**

WAYNE MASON        Delta Air Lines SkyMiles
                   2010915557

**Wednesday, April 14, 2010**
**Delta Air Lines 2072** Economy | Boeing 757 Passenger (757) | 1hr 41min | 408 miles

Depart:   **5:30pm  Tampa, FL**  Tampa International (TPA)
Arrive:   **7:11pm  Atlanta, GA**  Atlanta Hartsfield-Jackson ATL (ATL)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**
**Change planes.** Time between flights: **2hr 44min**
**Delta Air Lines 5481** Economy | Canadair Regional Jet (CRJ) | 1hr 31min | 352 miles
Operated by: ASA DBA DELTA CONNECTION . Please check in with the operating carrier.

Depart:   **9:55pm  Atlanta, GA**  Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   **10:26pm Gulfport, MS**  Gulfport Biloxi Regional (GPT)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**
Total duration: 5hr 56min | Total miles: 760 miles

### Hotel reservation

**Orbitz Record Locator:** J66TPW
**Hotel Confirmation number:** 90172062
**Reservation made for:** Wayne Mason
**Loyalty programs:** Marriott Rewards  911634095
**Total charges :** 149.00 USD (taxes not included)

1

**Residence Inn by Marriott Gulfport-Biloxi**
**Airport**

14100 Airport Road
Gulfport, MS  39503

Phone: 1 228 867-1722
Fax: 1 228 867-1723

| | | | |
|---|---|---|---|
| Check-in: | **Wed, Apr 14, 2010** | 4:00 PM | |
| Check-out: | **Thu, Apr 15, 2010** | 11:00 AM | |

**Room description:** Best available rate studio suite, studio, 1 king, sofabed
1 King, sofabed, fully equipped kitchen, microwave, living sitting area, dining area, coffee tea maker max occupancy- 3 guests
1 King, sofabed, fully equipped kitchen, microwave, living sitting area, dining area, coffee tea maker max occupancy- 3 guests

**Additional hotel information**

**Total guests:** 1

**Total rooms:** 1

**Special requests:** Non-smoking

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** MUST GUARANTEE LATE ARRIVAL

**Cancellation:**  166.88 USD CXL FEE PER ROOM CANCELLATION PERMITTED -BEFORE 1600 DAY
OF ARRIVAL

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Car rental reservation

**Confirmation number:** 09335151US0
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y
**Daily rate:** $58.00*

**Avis Midsize**

| | | | |
|---|---|---|---|
| Pick-up | **Wed, Apr 14, 2010 10:00 PM** **CDT** | Gulfport Biloxi Regional (GPT) (in terminal) **Phone:** 228-864-7182 800-331-1212 **Hours:** 8:00 am - 11:00 pm | |
| Drop-off | **Thu, Apr 15, 2010 11:00 AM CDT** | drop-off location same as pick-up location listed above | |

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| | | Card holder's Name: |
| Airfare, WAYNE MASON (Adult) | $202.40 | Wayne B Mason |
| **Orbitz for Business fees** | | Card type: |
| Online transaction fee | $7.00 | MasterCard |
| Total | $209.40 USD | Card number: |
| | | xxxxxxxxxxxx7943 |

| Hotel cost summary | | Billing information |
|---|---|---|
| Room rate       Wed | | Card holder's Name: |
| Apr 14       $149 | | Wayne B Mason |
| **Applicable taxes:** | TAXES: 17.88 USD (not included) | Card type: |
| | | MasterCard |
| **Total room cost:** | $149.00 | Card number: |
| | | xxxxxxxxxxxx7943 |
| **Total charges*** | $149.00 | |

| | |
|---|---|
| **Amount payable at hotel:** | $149.00 (taxes not included) |
| **Amount charged to your credit card:** | $0.00 USD |

**\*\*Taxes not included. TAXES: 17.88 USD**

**\*Note: Hotel cost displayed above does not include hotel taxes and fees.**

**Car rental cost summary**

This is an alternate corporate rate. Your corporate discount number has been applied. Corporate benefits and/or insurance may or may not apply. Contact your Travel Manager for additional information.

| | |
|---|---|
| **Total** | $75.01 USD |
| Amount paid at reservation | $0.00 US |
| Amount due upon rental<br>Car rental estimate including taxes and fees | $75.01 US |

\*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

### Hotel

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

### Car

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**

Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

## Expense Report - Transmittal Report



ER0000029852100072

Spender Wayne B. Mason          From Apr 20, 2010  To Apr 21, 2010          Reimbursement Amt 2,186.46 USD

Report name Casper/Omaha

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 17 | Audit required | Yes |
| Number of receipts to submit | 17 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/10/10 | Airfare | United St... | 610.40 USD | Jennifer M. Arevalo |
| 4/10/10 | Airfare | United St... | 224.70 USD | Jennifer M. Arevalo |
| 4/11/10 | Other Travel - ... | United St... | 22.00 USD | Jennifer M. Arevalo |
| 4/11/10 | Other Travel - ... | United St... | 22.00 USD | Jennifer M. Arevalo |
| 4/20/10 | Airfare | United St... | 76.00 USD | Jennifer M. Arevalo |
| 4/21/10 | Individual Meal | United St... | 9.00 USD | Jennifer M. Arevalo |
| 4/21/10 | Parking or Tolls | United St... | 131.29 USD | Jennifer M. Arevalo |
| 4/21/10 | Lodging | United St... | 150.12 USD | Jennifer M. Arevalo |
| 4/21/10 | Lodging | United St... | 423.02 USD | Jennifer M. Arevalo |
| 4/21/10 | Individual Meal | United St... | 4.96 USD | Jennifer M. Arevalo |
| 4/21/10 | Individual Meal | United St... | 7.13 USD | Jennifer M. Arevalo |
| 4/21/10 | Car Rental | United St... | 78.01 USD | Jennifer M. Arevalo |
| 4/22/10 | Airfare | United St... | 456.20 USD | Jennifer M. Arevalo |
| 4/22/10 | Lodging | United St... | -199.69 USD | Jennifer M. Arevalo |
| 4/22/10 | Parking or Tolls | United St... | 15.00 USD | Jennifer M. Arevalo |
| 4/22/10 | Car Rental | United St... | 100.32 USD | Jennifer M. Arevalo |
| 4/25/10 | Taxi, Trains, o... | United St... | 56.00 USD | Jennifer M. Arevalo |

CHARLIE TS, LLC
8500 AIRPORT PARKWAY
CASPER, WY 82604

TERMINAL I.D.:        008330847
MERCHANT #:          953200894889

MC
#xxxxxxxxxxxxx7943
SUR: 1
**SALE**
BATCH: 000449        INVOICE: 049937
DATE: APR 21, 10     TIME: 12:15
SQ: 013              AUTH NO: 559170

PRE-TIP AMT          **$7.13**

TIP                  ------------

TOTAL                ------------

        CUSTOMER COPY

---

TRUNCATING SALES DRAFT PATENT 7881675
CUSTOMER COPY

5866183

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount of
the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

| QTY | DESCRIPTION | AMOUNT |
|-----|-------------|--------|
|     |            |        |
|     | TAX        |        |
|     | SALES SLIP |        |
|     | TOTAL      |        |

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

---

UNITED

04/20/2010
UA923 IAD DEN
Device ID GLX000806/9

Receipt #: 105G
Transaction: 100040101011/1G08/9

Product          Sale

Hani Chx Wrap    Price Qty   Amt.
Total            9.00   1    9.00
                 USD
                        9.00

---

HMSHOST
STARBUCKS COFFEE UL
DENVER INT'L AIRPORT

8029 PATT
-----------------------------------
CHK 6001  APR21'10  2:20PM  GST 1
-----------------------------------

  1 GRND VAN LATTE        4.59

  SUBTOTAL                4.59
  TAX                     0.37
  AMOUNT PAID           4.96
  XXXXXXXXXXXXXXX3       XX/XX
  MSTRCARD  A1            4.96

HMS_HOST DENVER INT'L AIRPORT
 IF WE DID NOT EXCEED YOUR
EXPECTATIONS, WE WOULD LOVE TO
       HEAR FROM YOU!

         CONTACT
   (303) 215-7100 x1492
 mervin.cruz@hmshost.com

### ))) UNITED

20APR10 JAXT1

AGENT ID:    RJAXL01        CONFIRMATION NBR: LGGGCA

016 4062687057

CUSTOMER: MASON/WAYNE
TKT NBR:  016 7843450640
NUMBER OF ITEMS PURCHASED:   1
MASON/WAYN UA00122183343

20APR JAXIAD UA7314
          ECONOMY PLUS
20APR IADDEN UA0923
          ECONOMY PLUS
20APR DENCPR UA7235

ITEM: PREMIER TRAVEL - ECONOMY PLUS/PREMIER LINE/
      402 BONUS MILES/2 BAGS

FORM OF PAYMENT:    CAXXXXXXXXXXXX7943
PRICE
TAX1
TAX2

TOTAL     USD76.00

| CPN | DOCUMENT NUMBER | CK |
|-----|-----------------|----|
| 0 016 4062687057 | 3 |

1 OF 1

---

## AVIS

We try harder!

**Thank you for renting from Avis.**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---------------|------------|-----------|
| 457942730 | 50127980 | E |

MASON,WAYNE
WIZ = HE408Y          AWD = A984200
CV - CMXXXXXXXXXXX7943
FTN AD/M610686                    T5

*Please check your car for personal effects.*

```
OUT OMA 21APR10/1845 MI =   2022
IN  OMA 22APR10/1420 MI =   2060
     38 MI@    .45 =
     20 HR@  40.84 =
        DY@  60.00 =
MINIMUM CHARGE
$.47/DY ERF              =        60.00
**11.11% FEE            =          .47
FUEL SERVICE            =         8.28
7.5% TX FF MIDY         =        13.99
TAXABLE SUBTOT          =          .06
TAX 7.000%              =        82.80
* 4.5% STATE FEE        =         5.80
#$8/RENTAL              =         3.72
                        =         8.00

TOTAL CHARGES           =       100.32
**CONCESSION RECOVERY FEE
* 4.5% NEBRASKA RENTAL FEE
# OMA CITY SURCHARGE
ENERGY RECOVRY FEE      4//DY
90 $47/DY.WKD  1 DY RNTL
```

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

# MAGNOLIA HOTELS

1615 Howard Street Omaha, NE 68102
Tel: (402) 341-2500 FAX: (402) 342-2569

www.magnoliahotels.com

**Mister Wayne Mason**

UNITED STATES

# Receipt

| | |
|---|---|
| Invoice date | 4/22/2010 |
| Our reference | OMA-F76737 /A |

| Guest | **Mister Wayne Mason** | | Arrival **4/21/2010** | Departure **4/22/2010** | Room | **2001** |
|---|---|---|---|---|---|---|

| Date | Description | Ref. | Quantity | Unit Price | Total (USD) |
|---|---|---|---|---|---|
| 4/21/2010 | Daily Parking | | 1 | 15.00 | 15.00 |
| | | | | **Total Invoice** | 15.00 |
| 4/22/2010 | MC ****7943 Auth: 185716 | | | | -15.00 |

| **Mister Wayne Mason** | **Nights: 1** | **Total:** | **0.00** |
|---|---|---|---|
| | | **Total Paid** | -15.00 |
| | | **Total Due** | 0.00 |

Be sure to visit all of our hotels in Denver, Dallas, Houston, Omaha and our newest managed hotel in Bryan-College Station, Texas. The LaSalle Hotel by Magnolia Hotels is now open in another terrific Texas city.
MagnoliaHotels.com

I agree that my liability for any charges incurred by me is not waived and agree
to be held personally liable in the event that the indicated person, company or
association fails to pay for any part of the full amount of these charges. Interest will be
charged on any overdue balance.
Invoice

**Signature X** _____



## Hilton Garden Inn®
### Casper

1150 N Poplar Street • Casper, WY 82601
Phone (307) 266-1300 • Fax (307) 266-2200
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

MASON, WAYNE
1717 Main Street, Ste. 5400

Dallas, TX 75201
US

Room 131/K1RZC
Arrival Date 4/20/2010
Departure Date 4/21/2010     5:39:00PM

Adult/Child 1/0
Room Rate 139.00

RATE PLAN          LV3

HH#  422115705 GOLD
AL:
BONUS AL:              CAR:

CONFIRMATION NUMBER : 3382014949

4/21/2010     PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/20/2010 | GUEST ROOM | IVEETH | 171344 | $139.00 | | |
| 4/20/2010 | RM - STATE TAX | IVEETH | 171344 | $6.95 | | |
| 4/20/2010 | RM - LODGING TAX | IVEETH | 171344 | $4.17 | | |
| | WILL BE SETTLED TO MC *7943 | | | | | $150.12 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

|  | 12:00:00AM | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $150.12 | $150.12 |
| DAILY TOTAL | $150.12 | $150.12 |

*You have earned approximately 1737 HHonors points and approximately 139 miles with American Airlines for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hil*

*Hilton Garden Inn is opening locations all over the world. Look for us in Canada, Costa Rica, Germany, India, Italy, Mexico, Saudi Arabia, Turkey, United Kingdom and throughout the USA. www.hgi.com*

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 61018 A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

T
H
A
N
K

Y
O
U

# AVIS.

Avis Rent A Car System, LLC

CMXXXXXXXXXXXX7943          8500 AIRPORT PARKWAY          CASPER,WY,82604,US                    01319

))RETURN(( RA DOCUMENT 435632256     RENTED: 20APR10/1700F AT: CASPER APO   WY   PHONE: 307-237-2634          49036G
CAR# 4 3 1 0 9 5 7 0  GRP C          RETURN: 21APR10/1211  AT: CASPER APO   WY   RATE: 2A/C   TIME:    0 DY  19 HR
                                     DUE IN: 21APR10/1300  AT: CASPER APO   WY   MIN    1 DAY
MI OUT: 4826        MI IN: 4864                                                  MAX   98 HRS
TOTAL MILES DRIVEN:  38               ********OPTIONAL SERVICES******               0 MI @      .00
PLATE# CO 864UVP      FUEL OUT: 8/8                                                 0 HR @    51.00
WHI NISS ALTI 4DR     FUEL IN: 0/8    LDW:      27.99/DAY DECLINED                  0 DY @    67.99
                                      PAI:       4.00/DAY DECLINED                  0 WK @   339.95
METHOD OF PAYMENT: MASTER      7943   PEP:       2.95/DAY DECLINED                  0 MO @
AUTH: 891482/15 L                     ALI:      14.49/DAY DECLINED               MIN   10Y/2A/C    38FM +      67.99
DRIVERS LIC# USTXXXXX6533                                                        DISCOUNT   5.0%         -       3.40
WIZARD# HE408Y                                                                   TIME & MILEAGE         =      64.59
FREQ TRVL# AD/M610686                                                            FUEL SERVICE:   .3043/MI
AWD# A984200                                                                                  6.999/GAL
REMARKS:AVIS FIRST MEMBER                                                        ##$ 0.47/DY ERF        +       0.47
                                                                                **10.00% FEE           +       6.51
                                                                                SUBTOTAL                      71.57
                                                                                TAX   5.000%           +       3.58
                                                                                * 4% WY SURCHARGE      +       2.86
                                                                                TOTAL CHARGES                 78.01
                                                                                AMOUNT DUE   CV   USD         78.01
                                                                                * WYOMING HIGHWAY USE
                                                                                  SURCHARGE (NON-TAXABLE)
                MASON,WAYNE                                                      ##ENERGY RECOVERY FEE
                SEDGWICK DETERT MORAN                                            **CONCESSION RECOVERY FEE

                                        AVIS FIRST
                                        PREFERRED
--------NOTICES------------AVIS----------NOTICES------------AVIS----------NOTICES ------------AVIS----------NOTICES
~~~THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN          ~~~FUEL SERVICES ADD'L IF CAR IS RETURNED WITH LESS
BILLED TO YOUR MASTER CARD.                                  FUEL THAN RENTED. 00-74 MILES $13.99 FUEL FEE ADDED.
~~~ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY        TO REMOVE SHOW RCPT. X_____
ERRORS ARE FOUND.                                           ~~~I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
~~~FOR LOCAL INQUIRIES CALL 307-237-2634, ALL OTHER         SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
INQUIRIES CALL 800-352-7900.                                RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
~~~THANK YOU FOR RENTING FROM AVIS.                          RENTAL DOCUMENT.
~~~MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.
Y967/83E2/10111/14:12/F                                     X SIGNATURE IS ON FILE.......... RENTAL #435632256
                                                                                             RES # 09335009-US-5E
                                                            RENTAL AGENT: 20342              RETURN AGENT: 53629

86102018547 ©2000, RR Donnelley. All rights reserved. -0667
F-19FF

**Garner, Lavella**

| | |
|---|---|
| From: | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| Sent: | Wednesday, April 21, 2010 10:50 AM |
| To: | Garner, Lavella |
| Subject: | Your Itinerary |

**ORBITZ** FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

This message has been sent from Orbitzforbusiness.net

## Omaha 4/21/10

This trip includes **flights, 1 hotel reservation and car rental** .
Reservation Made: 04/10/10

## Flight reservation

**Orbitz record locator:** AP270601LHBZLO8M
**Airline record locator:** United Airlines - LHBZLO
**Ticket numbers:** 0167843450648
**Total flight cost:** $246.70 USD
**Traveler(s)** **Frequent flier details**

WAYNE MASON     United Airlines Mileage Plus
                00122183343

**Wednesday, April 21, 2010**
**United Airlines 6377** Economy | Canadair Regional Jet (CRJ) | 1hr 3min | 233 miles
Operated by: UNITED EXPRESS/SKYWEST AIRLINES . Please check in with the operating carrier.

Depart:   **1:14pm  Casper, WY** Casper (CPR)
Arrive:   **2:17pm  Denver, CO** Denver International (DEN)
**Seat:** 2C | Your flight is confirmed. Seat is confirmed. You may
**Change planes.** Time between flights: **1hr 38min**
**United Airlines 6857** Economy | Canadair Regional Jet 700 (CR7) | 1hr 20min | 485 miles
Operated by: UNITED EXPRESS/SKYWEST AIRLINES . Please check in with the operating carrier.

Depart:   **3:55pm  Denver, CO** Denver International (DEN)
Arrive:   **6:15pm  Omaha, NE** Omaha Eppley Airfield (OMA)
**Seat:** 16A | Your flight is confirmed. Seat is confirmed. You may review seats.
Total duration: 4hr 1min | Total miles: 718 miles

## Hotel reservation

**Orbitz Record Locator:** LHX6BA
**Hotel Confirmation number:** 15916SY044198
**Reservation made for:** Wayne Mason
**Total charges :** 358.00 USD (taxes not included)

| | | |
|---|---|---|
| **Magnolia Hotel Omaha** | 1615 Howard Street<br>Omaha, NE  68102 | Phone: 1 402 341-2500<br>Fax: 1 402 3412383 |

| | | | |
|---|---|---|---|
| Check-in: | Wed, Apr 21, 2010 | 3:00 PM | |
| Check-out: | Fri, Apr 23, 2010 | 11:00 AM | |

Room description: Best available rate non-smoking queen room -200 sqft -hot brkfst buffet -high-speed internet
Non-smoking queen room -200 sqft -hot brkfst buffet -high-speed internet evening reception -bedtime cookies and milk hairdryer -iron and board...
Non-smoking queen room -200 sqft -hot brkfst buffet -high-speed internet evening reception -bedtime cookies and milk hairdryer -iron and board -coffeemaker. No rollaways allowed. Sleeps 2 people.

## Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:** Non-smoking, Late check in, after 4pm local time

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** GUAR TYPES - AX CB DC DS CA IK VI EC TA

**Cancellation:** CXL BY 1600 LOCAL HOTEL TIME ON20APR10 CXL FEE - 1 NIGHT CXL BY 12PM 1 DAY PRIOR TO AVOID A FEE OF 1 NIGHT PLUS TAX

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Car rental reservation

**Confirmation number:** 09334893US1
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y
**Daily rate:** $50.00*

**Avis Midsize**

| | | |
|---|---|---|
| Pick-up | Wed, Apr 21, 2010 6:00pm | Omaha Eppley Airfield (OMA) (in terminal) Phone: 402-422-6480 800-331-1212 |
| Drop-off | Fri, Apr 23, 2010 7:00am | drop-off location same as pick-up location listed above |

## Cost summary and billing information

**Flight cost summary**

| | | |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $224.70 | |
| **Orbitz for Business fees** | | |
| Offline transaction fee | $22.00 | |
| **Total** | $246.70 USD | |

**Billing information**
**Card holder's Name:**
    Wayne B Mason

**Card type:**
    MasterCard

**Card number:**
    xxxxxxxxxxxx7943

**Reservation made for:** Wayne Mason
**Hotel cost summary (1 guest - 2 nights)**

| Room rate | Wed | Thu |
|---|---|---|
| Apr 21-Apr 22 | $189 | $169 |

| | |
|---|---|
| **Applicable taxes:** | STATE TAX 5.80 PERCENT (not included) |
| **Total room cost:** | $358.00 |
| **Total charges*** | $358.00 |
| **Amount payable at hotel:** | $358.00 (taxes not included) |
| **Amount charged to your credit card:** | $0.00 USD |

\*\*Taxes not included. STATE TAX 5.80 PERCENT

\*Note: Hotel cost displayed above does not include hotel taxes and fees.

## Car rental cost summary

This is an alternate corporate rate. Your corporate discount number has been applied. Corporate benefits and/or insurance may or may not apply. Contact your Travel Manager for additional information.

| | |
|---|---|
| **Total** | $133.05 USD |
| Amount paid at reservation | $0.00 US |
| Amount due upon rental<br>Car rental estimate including taxes and fees | $133.05 US |

\*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

## Trip reference field information

**Office Location Number:** 8

**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

**Itinerary note**
The Magnolia Hotel Omaha is now confirmed for one night on 21April.

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

| | |
|---|---|
| From: | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| Sent: | Saturday, April 10, 2010 9:58 PM |
| To: | Mason, Wayne B. |
| Subject: | Your Trip Information - Casper 4/20/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Casper 4/20/10**:

**A hotel reservation has been added.**

---

## Your current trip information - Casper 4/20/10
This trip includes **flights and hotel** .

### Flight reservation

**Orbitz record locator:** AP270601LGGGGA8M
**Airline record locator:** United Airlines - LGGGGA
**Ticket numbers:** 0167843450640
**Total flight cost:** $632.40 USD
**Traveler(s)** **Frequent flier details**

WAYNE MASON     United Airlines Mileage Plus
                   00122183343

---

**Tuesday, April 20, 2010**
**United Airlines 7314** Economy | Canadair Regional Jet 700 (CR7) | 1hr 48min | 637 miles
Operated by: UNITED EXPRESS/MESA AIRLINES . Please check in with the operating carrier.

Depart:   **9:50am  Jacksonville, FL**  Jacksonville International (JAX)
Arrive:   **11:38am  Washington, DC**  Washington Dulles Intl (IAD)

Your flight is confirmed. The airline will assign seats at check-in or you may select seats.

**Change planes.** Time between flights: **0hr 45min**

**United Airlines 923** Economy | Boeing 757-200 Passenger (752) | 3hr 54min | 1473 miles

Depart:   **12:23pm  Washington, DC**  Washington Dulles Intl (IAD)
Arrive:   **2:17pm  Denver, CO**  Denver International (DEN)

**Seat: 17D** | Your flight is confirmed. Seat is confirmed. You may review seats.

**Change planes.** Time between flights: **1hr 20min**

**United Airlines 7235** Economy | De Havilland DHC-8 Dash 8-200 (DH2) | 1hr 18min | 233 miles
Operated by: UNITED EXPRESS/MESA AIRLINES . Please check in with the operating carrier.

Depart:   **3:37pm  Denver, CO**  Denver International (DEN)
Arrive:   **4:55pm  Casper, WY**  Casper (CPR)

**Seat: 9B** | Your flight is confirmed. Seat is confirmed. You may review seats.

Total duration: 9hr 5min | Total miles: 2343 miles

## Hotel reservation

**Orbitz Record Locator:** 3382014949
**Reservation made for:** Wayne Mason
**Loyalty programs:** Hilton HHonors  422115705
**Total charges :** 139.00 USD (taxes not included)

| | | |
|---|---|---|
| **Hilton Garden Inn Casper** | 1150 N. Poplar Street<br>Casper, WY  82601 | **Phone:** 1-307-266-1300<br>**Fax:** 1-307-266-2200 |

| | | |
|---|---|---|
| Check-in: | Tue, Apr 20, 2010 | 1500 |
| Check-out: | Wed, Apr 21, 2010 | 1200 |

**Room description:** Best available rate
1 king access evolution room adjust.Sleep system bed-crisp white duvet hi def.Tv-comp hi speed net-micrwv-refrig
1 king access evolution room adjust.Sleep system bed-crisp white duvet hi def.Tv-comp hi speed net-micrwv-refrig

## Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:** Non-smoking, Late check in, after 4pm local time

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** Guarantee: 09Dec2008 to 31Dec9999 - Guarantee may be required; check rate rules.

**Deposit:** DEP CREDIT CARDS: AX DC DS MC VI

**Cancellation:** 12AM 20APR10

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Cost summary and billing information

**Flight cost summary**

| | | **Billing information**<br>**Card holder's Name:** |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $610.40 | Wayne B Mason |
| **Orbitz for Business fees** | | **Card type:** |
| Offline transaction fee | $22.00 | MasterCard |
| Total | $632.40 USD | **Card number:**<br>xxxxxxxxxxx7943 |

**Hotel cost summary**

| Room rate | Tue | | **Billing information**<br>**Card holder's Name:** |
|---|---|---|---|
| Apr 20 | $139 | | Wayne B Mason |
| | | | **Card type:** |
| **Applicable taxes:** | | Tax: 5.00 Pct per room per night tax: 3.00 Pct per room per night (not included) | MasterCard |
| | | | **Card number:** |
| **Total room cost:** | | $139.00 | xxxxxxxxxxxx7943 |

| | |
|---|---|
| **Total charges*** | $139.00 |
| **Amount payable at hotel:** | $139.00 (taxes not included) |
| **Amount charged to your credit card:** | $0.00 USD |

**Taxes not included. Tax: 5.00 Pct per room per night tax: 3.00 Pct per room per night

*Note: Hotel cost displayed above does not include hotel taxes and fees.

## Trip reference field information

## Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

## Hotel

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

### Great rates



Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Thursday, April 15, 2010 11:28 AM |
| **To:** | Mason, Wayne B. |
| **Subject:** | Your Trip Information - Dallas/Fort Worth 4/22/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Dallas/Fort Worth 4/22/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Dallas/Fort Worth 4/22/10
This trip includes **flights** .

### Flight reservation

**Orbitz record locator:** AP270601LHVCPI8M
**Airline record locator:** American Airlines - EGAPQQ
**Ticket numbers:** 0017843890993
**Traveler(s)** **Frequent flier details**

WAYNE MASON American Airlines AAdvantage
M610686

**Thursday, April 22, 2010**
**American Airlines 1035** Economy | McDonnell Douglas MD-83 (M83) | 1hr 55min | 585 miles

Depart: **6:00pm Omaha, NE** Omaha Eppley Airfield (OMA)
Arrive: **7:55pm Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
**Seat:** 9E | Your flight is confirmed. Seat is confirmed. You may review seats.

### Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| | | Card holder's Name: |
| **Flight cost - 4/10/10** | | Wayne B Mason |
| | | Card type: |
| Airfare #0017843450650 | $259.20 | MasterCard |
| **Orbitz for Business fees** | | Card number: |
| Offline transaction fee | $22.00 | xxxxxxxxxxxx7943 |
| **Flight cost** | **$281.20** | |

1

**Exchange cost - 4/15/10**

| | |
|---|---|
| Airfare #0017843890993 | $262.20 |
| Previous airfare | - $259.20 |
| **Airfare difference** | **$3.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| Total exchange cost | $175.00  USD |

**Grand total itinerary cost to-date** $456.20 USD

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

**Great rates**


Add a Flight
Add a Car
Add a Hotel

## Expense Report - Transmittal Report



ER00000029852100073

Spender Wayne B. Mason          From May 5, 2010   To May 6, 2010          Reimbursement Amt 1,066.65 USD

Report name Tampa - 5/5-5/6

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 12 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 4/14/10 | Airfare | United St... | 94.70 USD | Jennifer M. Arevalo |
| 4/16/10 | Other Travel - ... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 4/30/10 | Airfare | United St... | 233.70 USD | Jennifer M. Arevalo |
| 5/1/10 | Other Travel - ... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 5/5/10 | Group Meal | United St... | 371.91 USD | Jennifer M. Arevalo |
| 5/5/10 | Individual Meal | United St... | 49.56 USD | Jennifer M. Arevalo |
| 5/5/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 5/5/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 5/5/10 | Individual Meal | United St... | 10.77 USD | Jennifer M. Arevalo |
| 5/5/10 | Other Travel - ... | United St... | 25.00 USD | Jennifer M. Arevalo |
| 5/5/10 | Airfare | United St... | 40.00 USD | Jennifer M. Arevalo |
| 5/6/10 | Car Rental | United St... | 83.13 USD | Jennifer M. Arevalo |

# U·S AIRWAYS

E-TICKET RECEIPT
ARRIVAL

DR7S5P/US 5MAY10 BEBE58HD

MASON/WAYNE

200A PROCESSING FFP US 9956 Y 05MAY 230A FEE FEE

FP CA************7943/****/846021 /FC ONE DAY PASS USD40.00END

FARE USD 40.00
TAX US .00
TAX
TOTALUSD 40.00

DOCUMENT NUMBER 0372387636193

NO CASH VALUE
NOT VALID FOR TRAVEL

---

PASSENGER TICKET AND BAGGAGE CHECK

E-TICKET RECEIPT
ARRIVAL

DO34F5/US 5MAY10 BEBD1152

MASON/WAYNEBMK

1000A EXCESS BAG EBC US 9957 Y 05MAY 1130A FEE FEE

FP CA************7943/****/282914 /FC BAGGAGE FEE (1B) 01 0025 (2B) 00 0000 (3B) 00 0000 (OW) 00 0000 (OZ) 00 0000 (SE) 00 0000 USD25.00END

FARE USD 25.00
TAX US .00
TAX
TOTALUSD 25.00

DOCUMENT NUMBER 0372387631458

0370593773805 2

NO CASH VALUE
NOT VALID FOR TRAVEL

FROM EBC FEE
TO

THANK YOU FOR FLYING
US AIRWAYS

INSERT F56
STAPLE HERE ATB2

Do not expose to excessive heat or direct sunlight

---

# AVIS

We try harder.

Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 714893292 | 42155315 | E |

MASON,WAYNE
WIZ = HE408Y AWD = A984200
CV - CMXXXXXXXXXXX7943
FTN AD/M610686 T5

| | | |
|---|---|---|
| OUT TPA 05MAY10/1815 MI = | | 9330 |
| IN TPA 06MAY10/1504 MI = | | 9341 |
| 11 MI@ .45 = | | |
| 21 HR@ 37.09 = | | |
| DY@ 55.00 = | | |
| MINIMUM CHARGE | = | 55.00 |
| $.47/DY ERF | = | .47 |
| **10.40% FEE | = | 5.81 |
| FUEL SERVICE | = | 13.99 |
| 7.5% TX FF MIDY | = | .06 |
| $ 2.00 /DY SSU | = | 2.00 |
| $ 0.01 /DY TBS | = | .01 |
| $ 0.35 /DY VLF | = | .35 |
| TAXABLE SUBTOT | = | 77.69 |
| *TAX 7.000% | = | 5.44 |
| TOTAL CHARGES | = | 83.13 |

*CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.

* Please check your car for personal effects.

* Please check your car for personal effects.

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

```
          C  O  S  I
         Ronald Reagan
        National Airport
       Washington D.C. 20001

  105 Camille
  --------------------------------------
  Chk 5920      May05'10 01:57PM  Gst 0
  --------------------------------------
     Take Out
  1 **To Go**
    197                        0.00
       Ticket #
  1 Cosi Cobb                  7.89
  1 Dasani                     1.99
  XXXXXXXXXXXXX7943
  Mastercard                  10.77

    Subtotal                   9.88
    Tax                        0.89
    Payment                   10.77

  If we did or did not exceed your
  expectations, we would like to
  hear from you. Please call
  800-426-5971 x1021 or email
  wecare@mindspring.com


  ORDER # 5920
```

```
          C  O  S  I
         Ronald Reagan
        National Airport
       Washington D.C. 20001
  Date:      May05'10 01:57PM
  Card Type: Mastercard
  Acct #:    XXXXXXXXXXXXX7943
  Card Entry: SWIPED
  Trans Type: PURCHASE
  Trans Key: CIC002583468414
  Auth Code: 107950
  Check:     5920
  Server:    105 Camille

  Subtotal:        10.77

  Tip              _____

  Total            _____


  Signature:_____

  I agree to pay above total
  according to my card issuer
  agreement.

  *** Customer Copy ***
```



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INVOICE

| | | | | |
|---|---|---|---|---|
| Payee | Wayne Mason | | Room No. | 1044 |
| | 1717 Main St Ste 5400 | | Arrival | 05-05-10 |
| | Dallas TX 752017367 | | Departure | 05-06-10 |
| | United States | | Page No. | 1 of 1 |
| | | | Folio | 60707 |
| Membership | GP    G94604106N | | Invoice | |
| Bonus Code | | | | |
| Confirmation No. | **3937927201** | | | |
| Group Name | | | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-05-10 | <span style="color:red">Misc Personal Charge</span> | ⟨371.91⟩ | |
| 05-05-10 | Valet Parking | 16.00 | |
| 05-05-10 | Package Room | 99.00 | |
| 05-05-10 | State Sales Tax | 6.93 | |
| 05-05-10 | Occupancy Tax | 4.95 | |
| 05-06-10 | - In Room Dining Breakfast Food   Room# 1044 : CHECK# 0295407 | 49.56 | |
| 05-06-10 | Master Card          XXXXXXXXXXXX7943        XX/XX | | 548.35 |

Your Gold Passport account will be credited for this stay.

| | Total | 548.35 | 548.35 |
|---|---|---|---|
| | **Balance** | | **0.00** |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

I accept delivery of the Wall Street Journal M-F (Gold Passport and VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953

We hope to welcome you back to Grand Hyatt Tampa Bay

**Garner, Lavella**

From:      Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
Sent:      Friday, April 30, 2010 11:22 AM
To:        Mason, Wayne B.
Subject:   Your Trip Information - DCA to Tampa 5/5/10

*ORBITZ*
*FOR BUSINESS*

Sedgwick
GETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **DCA to Tampa 5/5/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

**A car reservation has been added.**

## Your current trip information - DCA to Tampa 5/5/10
This trip includes **flights and car rental** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601T3K7LG8M |
| **Airline record locator:** | US Airways - C8KW8P |
| **Ticket numbers:** | 0377843890373 |
| **Total flight cost:** | $101.70 USD |
| **Traveler(s)** | **Frequent flier details** |

WAYNE MASON      United Airlines Mileage Plus
                 00122183343

**Wednesday, May 5, 2010**
**US Airways 1741** Economy | Boeing 737-400 Passenger (734) | 2hr 21min | 818 miles

Depart:   **3:10pm  Washington, DC**  Washington Ronald Reagan National (DCA)
Arrive:   **5:31pm  Tampa, FL**  Tampa International (TPA)

Seat: 15C | Your flight is confirmed. Seat is confirmed. You may <u>review seats.</u>

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** At least one airline in this trip charges an additional fee for checked baggage. This fee is not included in your total trip cost.
<u>See details</u>

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur <u>change fees</u>.
Please read the <u>fare rules</u> and the ticket for more information.

1

## Flight reservation

Orbitz record locator:     AP270601X838TY8M
Airline record locator:    American Airlines - KPHSQO
Ticket numbers:            0017844884680
Total flight cost:         $240.70 USD
Traveler(s)                **Frequent flier details**

WAYNE MASON     American Airlines AAdvantage
                M610686

**Friday, May 7, 2010**
**American Airlines 819** Economy | McDonnell Douglas MD-80 (M80) | 2hr 50min | 920 miles

Depart:     **8:05am   Tampa, FL**  Tampa International (TPA)
Arrive:     **9:55am   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

Seat: 11B | Your flight is confirmed. Seat is confirmed. You may review seats.

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for checked baggage.The fee is not included in your total trip cost.See details

### Important fare notes
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket for more information.

## Car rental reservation

**Confirmation number:** 11560194US2
**Primary driver:** WAYNE MASON
**Loyalty program HE408Y**
**Daily rate:** $45.00*

### Avis Midsize

| | | |
|---|---|---|
| **Pick-up** | **Wed, May 5, 2010 5:30 PM EDT** | Tampa International (TPA) (in terminal) **Phone:** 813-396-3500  800-331-1212  **Hours:** Open 24 hours |
| **Drop-off** | **Fri, May 7, 2010 8:00 AM EDT** | drop-off location same as pick-up location listed above |

### Additional car information

**Note:** When you pick up your car, you must have a valid credit card in the driver's name

**Car details:** Pontiac G6(or similar), Midsize Car Air Conditioning, Automatic Transmission

**Arriving on flight:** American Airlines flight 1741

**Shuttle information** SHUTTLE SERVICE IS NOT AVAILABLE AT THIS LOCATION.

**Car Tax Information:** TAX AND FEES ARE ADDITIONAL..NOT INCLUDED IN RATES..AND STATED SEPARATELY ON THE RENTAL AGREEMENT.

7.00 PERCENT STATE AND LOCAL TAX.
10.40 PERCENT CONCESSION RECOVERY FEE.
2.01 USD PER DAY FLORIDA SURCHARGE AND WASTE TIRE AND BATTERY FEE.
0.35 USD PER DAY VEHICLE LICENSE FEE.
0.52 USD PER DAY ENERGY RECOVERY FEE.

FREQUENT TRAVELER PARTNER SURCHARGE -
FOR RENTALS IN THE UNITED STATES PUERTO RICO

ST. THOMAS ST. CROIX AND CANADA WHEN THE RENTER
CHOOSES TO RECEIVE FREQUENT TRAVELER POINTS/MILES
FROM THE FOLLOWING TRAVEL PARTNERS AVIS WILL ASSESS
A FREQUENT TRAVELER SURCHARGE EQUIVALENT TO USD .75
PER DAY (EXCEPT 1.00 PER DAY FOR SOUTHWEST). THE
AMOUNT ASSESSED IS COLLECTED BY AVIS TO OFFSET A
PORTION OF AVIS*S ANNUAL COST OF PARTICIPATION IN
FREQUENT TRAVELER PROGRAMS.

* ALASKA AIRLINES * CHOICE HOTELS
* CONTINENTAL AIRLINES * DELTA AIRLINES
* HAWAIIAN AIRLINES * MIDWEST AIRLINES
* NORTHWEST AIRLINES * SOUTHWEST AIRLINES
* UNITED AIRLINES * US AIRWAYS
* VIRGIN AMERICA

FREQUENT FLYER TAX RECOVERY SURCHARGE *FTP*
FOR RENTALS IN THE UNITED STATES PUERTO RICO
ST. THOMAS ST. CROIX AND CANADA WHEN THE RENTER
CHOOSES TO RECEIVE MILES IN THE AMERICAN AIRLINES
AADVANTAGE PROGRAM THE FREQUENT FLYER SURCHARGE WILL
BE CALCULATED BASED ON THE FEDERAL EXCISE TAX EXPENSE
INCURRED BY AVIS WHEN IT PURCHASES MILES FROM
AMERICAN AIRLINES. UNDER THE TAX RELIEF ACT OF 1997
ALL COMPANIES THAT PURCHASE FREQUENT FLYER MILES FROM
AIRLINES MUST PAY A 7.5 PERCENT EXCISE TAX ON THE COST
OF THOSE MILES (APPROXIMATELY .06 CENTS PER RENTAL
DAY). THE 7.5 PERCENT FREQUENT FLYER TAX RECOVERY
SURCHARGE *FTP* APPLIES TO ALL U.S. STATES EXCEPT
ARIZONA CALIFORNIA MISSOURI OREGON AND WYOMING.

**Mileage and rates\*\***

Unlimited

Daily rate:  $45.00*

extra hour:  $33.76

extra day:  $45.00

\*\* Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional
charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional
weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays.
Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in
local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

**Flight cost summary**

| | | |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $94.70 | |
| **Orbitz for Business fees** | | |
| Online transaction fee | $7.00 | |
| **Total** | **$101.70 USD** | |

**Billing information**
Card holder's Name:
    Wayne B Mason
Card type:
    MasterCard
Card number:
    xxxxxxxxxxxx7943

**Flight cost summary**

| | | |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $233.70 | |
| **Orbitz for Business fees** | | |
| Online transaction fee | $7.00 | |
| **Total** | **$240.70 USD** | |

**Billing information**
Card holder's Name:
    Wayne B Mason
Card type:
    MasterCard
Card number:
    xxxxxxxxxxxx7943

**Car rental cost summary**

This is an alternate corporate rate. Your corporate discount number has been applied. Corporate benefits and/or insurance may or may
not apply. Contact your Travel Manager for additional information.

| Total | $112.55 USD* |
|---|---|
| **Amount paid at reservation** | $0.00 USD |
| **Amount due upon rental** | |
| Car rental estimate including taxes and fees | $112.55 USD |

*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Car

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**

Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**



## Sedgwick
DETTER, MORAN & ARNOLD LLP

**DCA to Tampa 5/5/10**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 04/14/10

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601T3K7LG8M |
| Airline record locator: | US Airways - C8KW8P |
| Ticket numbers: | 0377843890373 |
| Total flight cost: | $101.70 USD |

**Traveler(s)** **Frequent flier details**
WAYNE MASON   United Airlines Mileage Plus
00122183343

---

**Wednesday, May 5, 2010**

**US Airways 1741**   Economy | Boeing 737-400 Passenger (734) | 2hr 21min | 818 miles
Depart:  **3:10pm   Washington, DC** Washington Ronald Reagan National (DCA)
Arrive:  **5:31pm   Tampa, FL** Tampa International (TPA)
Seat: 15C |    Your flight is confirmed. Seat is confirmed. You may review seats.

---

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601X838TY8M |
| Airline record locator: | American Airlines - KPHSQO |
| Ticket numbers: | 0017844884680 |
| Total flight cost: | $240.70 USD |

**Traveler(s)** **Frequent flier details**
WAYNE MASON   American Airlines AAdvantage
M610686

---

**Friday, May 7, 2010**

**American Airlines 819**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 50min | 920 miles
Depart:  **8:05am   Tampa, FL** Tampa International (TPA)
Arrive:  **9:55am   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Seat: 11B |    Your flight is confirmed. Seat is confirmed. You may review seats.
   Upgrade requested.
About upgrades

---

## Hotel reservation

| | |
|---|---|
| Orbitz Record Locator: | WLHMBS |
| Hotel Confirmation number: | 3390595123NONMKINGCONF |
| Reservation made for: | Wayne Mason |
| | (Must check in for this reservation) |
| Loyalty programs: | Hilton HHonors  422115705 |
| | |
| Total charges : | 129.00 USD (taxes not included) |

---

| Hilton Garden Inn Gulfport Airport | 14108 Airport Rd | Phone: 1-228-863-4996 |
|---|---|---|
| | Gulfport, MS 39503 | Fax: 1-228-863-4997 |

Check-in:    Tue, Jun 1, 2010    1500
Check-out:   Wed, Jun 2, 2010    1100
Room description: Best available rate 1 king bed evolution room adjust.Sleep system bed-crisp white duvet

---

## Car rental reservation

**Confirmation number:** 11560194US2
**Primary driver:** WAYNE MASON
**Loyalty program** HE408Y
**Daily rate:** $45.00*

| Avis | Midsize | |
|---|---|---|
| **Pick-up** | **Wed, May 5, 2010 5:30pm** | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212 |
| **Drop-off** | **Fri, May 7, 2010 8:00am** | drop-off location same as pick-up location listed above |

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

Expense Report - Transmittal Report



ER00000030212100043

**Spender** Kurt W. Meaders          **From** May 10, 2010  **To** May 13, 2010          **Reimbursement Amt** 1,476.82 USD

**Report name** Tampa/Bay Depositions

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 5/10/10 | Airfare | United St... | 597.40 USD | Jennifer M. Arevalo |
| 5/10/10 | Individual Meal | United St... | 11.42 USD | Jennifer M. Arevalo |
| 5/12/10 | Lodging | United St... | 341.88 USD | Jennifer M. Arevalo |
| 5/13/10 | Parking or Tolls | United St... | 52.00 USD | Jennifer M. Arevalo |
| 5/13/10 | Lodging | United St... | 416.64 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Thursday, May 13, 2010 4:08 PM |
| **To:** | Meaders, Kurt |
| **Subject:** | Your Trip Information - Tampa 5/9/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Kurt,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 5/9/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa 5/9/10
This trip includes **flights and hotel** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601WGS2NOBE |
| **Airline record locator:** | American Airlines - KTGSDT |
| **Ticket numbers:** | 0017845919685 |
| **Traveler(s)** | **Frequent flier details** |

KURT MEADERS     American Airlines AAdvantage
                           XRH0486

**Flight 1: Sunday, May 9, 2010**
American Airlines 1482 Economy | McDonnell Douglas MD-80 (M80) | 2hr 20min | 920 miles

| | | | |
|---|---|---|---|
| Depart: | 6:00pm | **Dallas/Fort Worth, TX** | Dallas/Fort Worth International (DFW) |
| Arrive: | 9:20pm | **Tampa, FL** | Tampa International (TPA) |

**Flight 2: Thursday, May 13, 2010**
American Airlines 499 Economy | McDonnell Douglas MD-80 (M80) | 2hr 50min | 974 miles

| | | | |
|---|---|---|---|
| Depart: | 7:20pm | **Orlando, FL** | Orlando International (MCO) |
| Arrive: | 9:10pm | **Dallas/Fort Worth, TX** | Dallas/Fort Worth International (DFW) |

**This flight departs from a different airport.**

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. See details

**Important fare notes**
There is a change of airports at the destination.*

1

This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

## Hotel reservation

**Orbitz Record Locator:** WHRXNI
**Hotel Confirmation number:** HY0039586178
**Reservation made for:** Kurt Meaders
**Total charges :** 372.00 USD (taxes not included)

| | | |
|---|---|---|
| **Hyatt Place Tampa Airport/Westshore** | 4811 West Main Street<br>Tampa, FL 33607 | **Phone:** 1 813 2821037<br>**Fax:** 1 813 282-1148 |

| | | |
|---|---|---|
| **Check-in:** | **Sun, May 9, 2010** | 3:00 PM |
| **Check-out:** | **Wed, May 12, 2010** | 12:00 PM |

**Room description:** King bed free wifi:42in tv:wet/dry bar:contl breakfast
King bed free wifi:42in tv:wet/dry bar:contl breakfast hyatt grand bed:cozy corner sofa-sleeper
King bed free wifi:42in tv:wet/dry bar:contl breakfast hyatt grand bed:cozy corner sofa-sleeper

### Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:**

This property has a smoke-free policy

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** GUARANTEE: 4PM CC CD NBR GUARANTEE CREDIT CARDS: AX CB DC DS JB CA VI

**Cancellation:** CANCEL BY 4 PM DAY OF ARRIVAL

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Hotel reservation

**Orbitz Record Locator:** WKJ35Q
**Hotel Confirmation number:** C894620869
**Reservation made for:** Kurt Meaders
**Total charges :** 278.00 USD (taxes not included)

| | | |
|---|---|---|
| **Sheraton Orlando North Hotel** | 600 North Lake Destiny Drive<br>Maitland, FL 32751 | **Phone:** 1 407 660-9000<br>**Fax:** 1 407-660-9008 |

| | | |
|---|---|---|
| **Check-in:** | **Wed, May 12, 2010** | 3:00 PM |
| **Check-out:** | **Fri, May 14, 2010** | 12:00 PM |

**Room description:** 1K bed : breakfast package - includes full american breakfast for 2 in restaurant 4pm late check out subject to availability:
333 Sqft contemporary styled room with complimentary accessto business and fitness center most rooms w/balcony.
333 Sqft contemporary styled room with complimentary accessto business and fitness center most rooms w/balcony.

### Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:** Non-smoking

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** GUARANTEE REQRD- MAJOR CREDIT CARDS. GUARANTEE CREDIT CARDS: AX CB DC DI JC CA VI

**Deposit:** Accepted Credit Cards: American Express, MasterCard, Carte Blanche, Diners Club, Discover, JCB, Visa

**Cancellation:**  CANCEL BY 1 DAYS PRIOR TO AVOID 1 NIGHTS PENALTY

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Cost summary and billing information

### Flight cost summary

**Flight cost - 5/5/10**

| | |
|---|---|
| Airfare #0017845406307 | $382.40 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Flight cost** | **$404.40** |

**Exchange cost - 5/13/10**

| | |
|---|---|
| Airfare #0017845919685 | $403.40 |
| Previous airfare | -$382.40 |
| **Airfare difference** | **$21.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$193.00  USD** |

**Grand total itinerary cost to-date** $597.40 USD

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx5374

*597.40*

### Hotel cost summary

| Room rate | Sun | Mon | Tue |
|---|---|---|---|
| May 9-May 11 | $124 | $124 | $124 |

| | |
|---|---|
| **Applicable taxes:** | TAX: 7.000 PERCENT (not included) |
| **Total room cost:** | $372.00 |
| **Total charges*** | $372.00 |

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx5374

****Taxes not included. TAX: 7.000 PERCENT**

*Note: Hotel cost displayed above does not include hotel taxes and fees.

### Hotel cost summary

| Room rate | Wed | Thu |
|---|---|---|
| May 12-May 13 | $139 | $139 |

| | |
|---|---|
| **Total room cost:** | $278.00 |
| **Total charges*** | $278.00 |

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx5374

**\*Note:** Hotel cost displayed above does not include hotel taxes and fees.

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Hotel

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Hotel

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

---

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

### Great rates


Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

May '13

Parking Airport
)FW INTERNATIONAL AIRPORT
DFW AIRPORT, TX 75261
(972) 973-4840

2010-05-13    TIME: 21:50
th        NO 44
.. hier      569
2C1005132150115374
T: XXXXXXXXX5374      / 1207

AL:                  $52.00

ROVED 595856
:URT WOOD MEADERS

THANK YOU FOR CHOOSING
DFW INTERNATIONAL AIRPORT

CUSTOMER COPY

ORLANDO INTL AIRPORT
RENTAL RECORD:            DC1202331
MEADERS          KURT
COMPLETED BY:             LSAN1T
RENTED:   TAMPA INTL APO
RENTAL:   05-09-10   2128
RETURN:   05-13-10   )753
MILES IN: 34232  OUT:  34077
MILES DRIVEN:    155
PLAN IN/OUT:       SPC   /RCW55
CLS: ICAR

4 DAYS         31.25      125.00
SUBTOT                    125.00
TAXABLE TOT               125.00
SALES TAX   INCLUDED
PPFUEL                     61.09
TAG REC                     2.36
FL SURCHG                   8.08
ERF                         1.80
CONCFEEREC                 15.14
FLATAX                     15.99
EARLY RTN                  15.00
NET DUE                   244.46
PAYMENTS                 -244.46
PAID BY:  MC
CREDIT CARD #:     ************5374

HMSHOST
NATHANS/CARVEL FOOD COURT
ORLANDO AIRPORT

13266 JARON
- - - - - - - - - - -  - - - - - - - - - - - - - - - -
CHK 7573 MAY13 10  6:12PM
- - - - - - - - - - - - - - - - - - - - - - - - - - -

1 CMB CHI CHS    R      7.69
   CHSE FRIES REG
   SODA FTN 21

   SUBTOTAL              7.69
   TAX                   0.50
   AMOUNT PAID       8 . 1 9
   XXXXXXXXXXXXXXX4     XX/XX
   MSTRCARD  A1          8.19

Customer Comments call or email
       (407) 851-1334 x145
MCOCustomerService@HMSHost.com

Your order number is: 7573

Dinner

Return Flght

*Dinner*

FIVE GUYS
BURGERS AND FRIES
STORE # FL-0125
3841 WEST KENNEDY BLVD
TAMPA FL 33609
(P) 813-879-0300
(F) 813-879-0322

5/10/2010  7:46:08 PM
**FIVE GUYS**

Order Number:  **61**

| BC | 5.79 |
| ->\|BACON | |
| MAYO | |
| LETTUCE | |
| PICKLE | |
| TOMATO | |
| Cajun | 2.89 |
| Reg. Drink | 1.99 |

| Sub. Total: | $10.67 |
| Tax: | $0.75 |
| Total: | $11.42 |

| Master Card: | $11.42 |
| Change | $0.00 |
| Register:1    Tran Seq No: | 113061 |
Cashier:Jason E.
**********************************
Don't throw away your receipt!!!

Help Five Guys and you could Win!
Log online to www.fiveguys.com/survey
and fill out a brief survey!

10 lucky people will win a
Five Guys Gift Card each month
Worth $25 each!

No purchase necessary
Sweepstakes ends 12/31/10.
Must be at least 18 years old to enter.
Please visit www.fiveguys.com/survey
for Official Rules and how to enter
without making a purchase or
completing a survey.
Void where prohibited.

**********************************

Master Card
Card Num : XXXXXXXXXXXX5374
Terminal : 000803353499
Approval : 835775

*may 10*

*Lunch w/ Amy & Tim Hickmans*

Customer Receipt (Customer Copy)
*******************************************
Lenny's Subshop #34
4050 W Kennedy Blvd
Tampa, Florida 33609
Phone: (813) 281-0700
Fax  : (813) 281-0710
*****************************************
Comments? Visit www.lennys.com\comments

Printed: Mon 05/10/2010 12:47 PM

# Ticket # 102

Employee: Martin

*******************************************
To Go
| #4 Tky Sub  White Reg | $6.35 |
| Any Chips  Any | $1.05 |
| #2 Itl Sub  White Reg | $6.35 |
| Reg Combo  Any | $2.15 |
*******************************************
| Sub Total: | $15.90 |
| Discounts: | $0.00 |
| Taxes: | $1.17 |
| Charges: | $0.00 |
| Total: | $17.07 |
*******************************************

Charge Sale
Payment Amount:                        $17.07
Card Type: Mastercard
Card Num : ****-****-****-5374
Auth Num : 640257

5\12

Lunch with
Jim Hickman

TIJUANA FLATS
1617 W Platt ST
813-868-3388

Server: Cashier
12:07 PM
KURT/1

DOB: 05/12/2011
05/12/2011
1/11033

MASTERCARD                    1048601
Card #XXXXXXXXXXXXX5374
Magnetic card present: MEADERS KURT WOOD
Approval: 965787

Amount:        $ 15.47

Tip: 3

= Total:  19.47

X

CUSTOMER COPY

TIJUANA FLATS
1617 W Platt ST
813-868-3388
Host: Cashier                05/12/2011
KURT                         12:07 PM
                             10033

Taco TuesDaze                      4.99
 Taco TuesDaze
 H/ Beef Taco
  B-JOLTS
 H/ Beef Taco
  B-JOLTS
 Med Soda
 Small Guacamole                   1.49
 Chk Quesadilla                    5.99
 Med Soda                          1.99

Subtotal                          14.46
Tax                                1.01

EAT IN Total                 15.47

MASTERCARD #XXXXXXXXXXXXX5374      15.47
  Auth:965787

Tip        :_____

Total      :_____
                        TOTAL    :

SIGNATURE :_____

Check Closed ---

# TAMPA AIRPORT WESTSHORE

May 12, 2010
2:24 am

4811 West Main Street
Tampa, FL 33607-4501
Telephone: (813)282-1037   Fax: (813)282-1148

KURT MEADERS

Folio #: 151466
Room Number: 423
Rate: $124.00
Pay Method: BC5374

Arrival Date: Sunday, May 09, 2010
Departure Date: Wednesday, May 12, 2010

Member #: None Entered

Information: 051847;IA;  1V-     1V   1V WHRXN

| Date | Department | Reference | Voucher | Room | Debit | Credit |
|------|-----------|-----------|---------|------|-------|--------|
| 5/9/2010 | Room postings | Auto Posted | | 423 | $124.00 | |
| 5/9/2010 | State Sales Tax | Auto Posted | | 423 | $8.68 | |
| 5/9/2010 | Occ Tax - County | Auto Posted | | 423 | $6.20 | |
| 5/10/2010 | Room postings | Auto Posted | | 423 | $124.00 | |
| 5/10/2010 | State Sales Tax | Auto Posted | | 423 | $8.68 | |
| 5/10/2010 | Occ Tax - County | Auto Posted | | 423 | $6.20 | |
| 5/11/2010 | Room postings | Auto Posted | | 423 | $124.00 | |
| 5/11/2010 | State Sales Tax | Auto Posted | | 423 | $8.68 | |
| 5/11/2010 | Occ Tax - County | Auto Posted | | 423 | $6.20 | |

I agree that my liability for all charges is not waived...
I accept delivery of The Wall Street Journal M-F (Gold Passport and VIP rooms only).
If refused, a refund of $1.00 will be provided.

Signature _____

| Tax Summary | |
|-------------|------|
| State Sales | $26.04 |
| Occ Tax - C | $18.60 |

Balance: $416.64

SHERATON ORLANDO NORTH
600 N Lake Destiny Dr
Maitland, FL 32751-4124
t — 407 660 9000
f — 407 660 9008



**Sheraton**

| GUEST / CLIENT | | | | TRAVEL AGENT / CHARGE TO | |
|---|---|---|---|---|---|
| | | ROOM | 541 | Travelport Corp Solution | |
| Kurt Meaders | | RATE | 139.00 | Suite 300 | |
| | | # PERS. | 1 | 801 Royal Parkway | |
| | | FOLIO | 232659      A | Nashville, TN 37214-3746 | |
| , | | PAGE | 1 | | |
| | | ARRIVE | 12-MAY-10   18:20 | | |
| | | DEPART | 13-MAY-10   16:58 | | |
| | | PAYMENT | MC | | |

| DATE | REFERENCE | DESCRIPTION | CHARGES / CREDITS |
|---|---|---|---|
| 12-MAY-10 | R1541 | Room Revenue | 154.50 |
| 12-MAY-10 | 1579 | Room Service | 31.00 |
| 13-MAY-10 | 5/13 | RTR Room Chrg Retail | 139.00 |
| 13-MAY-10 | 5/13 | Sales Tax 6.5% | 9.04 |
| 13-MAY-10 | 5/13 | Occupancy Tax 6% | 8.34 |
| 13-MAY-10 | MC | MasterCard/Euro/Diners Intl | 341.88- |

Balance Due            0.00

EXPENSE REPORT SUMMARY

| Date | Room Chrg | Room tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 12-MAY-10 | 139.00 | 15.50 | 24.90 | 0.00 | 6.10 | 185.50 | 0.00 |
| 13-MAY-10 | 139.00 | 17.38 | 0.00 | 0.00 | 0.00 | 156.38 | 341.88- |
| Total | 278.00 | 32.88 | 24.90 | 0.00 | 6.10 | 341.88 | 341.88- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

Have a good sleep? Enjoy great sleep every night with a Sweet Sleeper Bed in
your own home. Sleep soundly on luxurious sheets, a selection of feather
down and hypoallergenic pillows, and our signature mattress, just like the
bed you slept in last night. Order your Sweet Sleeper Bed at
www.sheraton-hotelsathome.com

As a Starwood Preferred Guest, you could have earned 606
Starpoints for this visit. Please provide your member number
or enroll today.

| Kurt Meaders | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  232659 | 12-MAY-10 | 541 | 13-MAY-10 | SVETWIT |

SIGNATURE  I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-082-73962 | May 07, 2010 | 2323-3788-5 | 6 of 8 |

Tracking ID: 798624040429 continued

| | | | | |
|---|---|---|---|---|
| Signed by | D.JANNER | Discount | | -9.98 |
| FedEx Use | 000000000/0000211/_ | Total Charge | USD | $8.05 |

**Picked up: May 03, 2010**    **Cust. Ref.: 10148.000018**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:** 0 0003

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 6
- 1st attempt May 04, 2010 at 09:36 AM.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793505318734 | Arron Fox | Reena Khanna |
| Service Type | FedEx Priority Overnight | SEDGWICK, DETERT, MORAN & ARNO | Sedgwick Detert Moran & Arnold |
| Package Type | FedEx Envelope | 1717 MAIN STREET, SUITE 5400 | 3 GATEWAY CTR FL 12 |
| Zone | 06 | DALLAS TX 75201 US | NEWARK NJ 07102 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | May 04, 2010 09:44 | Transportation Charge | 25.40 |
| Svc Area | A1 | Fuel Surcharge | 0.93 |
| Signed by | A.VARNADO | Discount | -14.48 |
| FedEx Use | 000000000/0000230/_ | Total Charge    USD | $11.85 |

**Picked up: May 03, 2010**    **Cust. Ref.: 886-08**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793506177572 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | One Market Plaza Stewart Tower |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | May 04, 2010 09:32 | Transportation Charge | 38.80 |
| Svc Area | A1 | Discount | -22.12 |
| Signed by | J.VISAN | Fuel Surcharge | 1.42 |
| FedEx Use | 000000000/0001393/_ | Total Charge    USD | $18.10 |

**Picked up: May 03, 2010**    **Cust. Ref.: 10711-000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793506666914 | William S. Richmond | Clerk, Attorney Admissions |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | U.S. District Court - Florida |
| Package Type | FedEx Envelope | 1717 Main Street | 801 N FLORIDA AVE |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33602 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | May 04, 2010 09:32 | Transportation Charge | 24.70 |
| Svc Area | A1 | Discount | -14.08 |
| Signed by | C.HODGES | Fuel Surcharge | 0.90 |
| FedEx Use | 000000000/0000219/_ | Total Charge    USD | $11.52 |

**Picked up: May 03, 2010**    **Cust. Ref.: 00571.000108**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798625473840 | Ruth Scott | Mark S. Dugan |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Decker Jones |
| Package Type | FedEx Envelope | 1717 Main Street #5400 | Burnett Plaza, Suite 2000 |
| Zone | 02 | DALLAS TX 75201 US | FORT WORTH TX 76102 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | May 04, 2010 10:20 | Transportation Charge | 17.00 |

Continued on next page

## Expense Report - Transmittal Report



ER0000034262100017

| | | |
|---|---|---|
| **Spender** Cori Steinmann | **From** May 16, 2010 **To** May 18, 2010 | **Reimbursement Amt** 1,753.55 USD |

**Report name** Depositions - HDR/Tampa Bay Water Authority

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 13 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/16/10 | Lodging | United St... | 138.88 USD | Jennifer M. Arevalo |
| 5/17/10 | Group Meal | United St... | 27.22 USD | Jennifer M. Arevalo |
| 5/17/10 | Individual Meal | United St... | 8.00 USD | Jennifer M. Arevalo |
| 5/17/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 5/18/10 | Airfare | United St... | 22.00 USD | Jennifer M. Arevalo |
| 5/18/10 | Airfare | United St... | 150.00 USD | Jennifer M. Arevalo |
| 5/18/10 | Airfare | United St... | 7.00 USD | Jennifer M. Arevalo |
| 5/18/10 | Other Travel - ... | United St... | 5.00 USD | Jennifer M. Arevalo |
| 5/18/10 | Airfare | United St... | 50.00 USD | Jennifer M. Arevalo |
| 5/18/10 | Car Rental | United St... | 196.39 USD | Jennifer M. Arevalo |
| 5/18/10 | Group Meal | United St... | 23.26 USD | Jennifer M. Arevalo |
| 5/18/10 | Parking or Tolls | United St... | 52.52 USD | Jennifer M. Arevalo |
| 5/18/10 | Airfare | United St... | 962.40 USD | Jennifer M. Arevalo |

# FOUR ✕ POINTS
## BY SHERATON

FOUR POINTS BY SHERATON FOUR POINTS BY SHERATON PUNTA GORDA HARBORSIDE · 33 TAMIAMI TRAIL · PUNTA GORDA FL 33950
FOURPOINTSPUNTAGORDA.COM/PUNTAGORDAHARBORSIDE · TEL (941) 637 6770 · FAX (941) 637 6775

| | | |
|---|---|---|
| GUEST | ROOM | 422 |
| Cori Steinmann | RATE | 99.00 |
| | # PERSONS | 2 |
| 2835 Coteau Way | FOLIO | 49943   EX-A |
| Dallas, TX 75227 | PAGE | 1 |
| | ARRIVE | 17-MAY-10  17:50 |
| | DEPART | 18-MAY-10 |
| | PAYMENT | MC |

TRAVEL AGENT

CHARGE TO

| DATE | REFERENCE | DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|
| 17-MAY-10 | RT422 | Room Charge | *110.88* | 99.00 |
| 17-MAY-10 | RT422 | Room Tax | | 11.88 |
| 17-MAY-10 | 2077 | Dockside Grill | | 8.00  *Food* |
| 18-MAY-10 | MC | MasterCard / Dinners Int | 118.88- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room | Room Tax | Food/Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 17-MAY-10 | 99.00 | 11.88 | 8.00 | 0.00 | 0.00 | 118.88 | 0.00 |
| Total | 99.00 | 11.88 | 8.00 | 0.00 | 0.00 | 118.88 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

As a Starwood Preferred Guest, you could have earned 214
Starpoints for this visit. Please provide your member number
or enroll today.
Cori Steinmann
FOLIO  49943   17-MAY-10

SIGNATURE

FOR RESERVATIONS DIAL **(800) 368 7764** IN THE UNITED STATES AND CANADA



# TAMPA AIRPORT WESTSHORE

May 17, 2010
2:25 am

4811 West Main Street
Tampa, FL 33607-4501
Telephone: (813)282-1037   Fax: (813)282-1148

CORI STEINMANN
2835 COTEAU WAY
DALLAS, TX 752271320

Folio #: 152079
Room Number: 211
Rate: $124.00
Pay Method: BC0233

Arrival Date: Sunday, May 16, 2010
Departure Date: Monday, May 17, 2010

Member #: None Entered

Information:  CANCEL BY 4 PM DAY OF ARRIVAL

| Date | Department | Reference | Voucher | Room | Debit | Credit |
|------|-----------|-----------|---------|------|-------|--------|
| 5/16/2010 | Room postings | Auto Posted | | 211 | $124.00 | |
| 5/16/2010 | State Sales Tax | Auto Posted | | 211 | $8.68 | |
| 5/16/2010 | Occ Tax - County | Auto Posted | | 211 | $6.20 | |

I agree that my liability for all charges is not waived...
I accept delivery of The Wall Street Journal M-F (Gold Passport and VIP rooms only).
If refused, a refund of $1.00 will be provided.

Signature _____

| Tax Summary | |
|-------------|------|
| State Sales | $8.68 |
| Occ Tax - C | $6.20 |
| Balance: | $138.88 |

**Bassi, Nancy**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Tuesday, May 18, 2010 11:59 AM |
| **To:** | Steinmann, Cori |
| **Subject:** | Your Trip Information - Tampa 5/16/10 |

**ORBITZ**
FOR BUSINESS

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

Hello Cori,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 5/16/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

---

## Your current trip information - Tampa 5/16/10
This trip includes **flights** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601J4VKWEBE |
| **Airline record locator:** | American Airlines - NAHZTC |
| **Ticket numbers:** | 0017846429739 |
| **Traveler(s)** | **Frequent flier details** |
| CORI STEINMANN | American Airlines AAdvantage |
| | 644MVF6 |

**Leave Sunday, May 16, 2010**
**American Airlines 1799** Economy | McDonnell Douglas MD-80 (M80) | 2hr 20min | 920 miles

| | |
|---|---|
| Depart: | **8:35pm** Dallas/Fort Worth, TX Dallas/Fort Worth International (DFW) |
| Arrive: | **11:55pm** Tampa, FL Tampa International (TPA) |

**Return Tuesday, May 18, 2010**
**American Airlines 1599** Economy | McDonnell Douglas MD-80 (M80) | 2hr 45min | 920 miles

| | |
|---|---|
| Depart: | **4:30pm** Tampa, FL Tampa International (TPA) |
| Arrive: | **6:15pm** Dallas/Fort Worth, TX Dallas/Fort Worth International (DFW) |

**Seat:** 28D | Your flight is confirmed. Seat is confirmed. You may

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

Please note: American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. **See details**

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

### Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| | | **Card holder's Name:** |
| **Flight cost - 5/14/10** | | William H. Steinmann III |
| | | **Card type:** |
| Airfare #0017845921010 | $962.40 | MasterCard |
| | | **Card number:** |

1

| Orbitz for Business fees | |
|---|---|
| Online transaction fee | $7.00 |
| **Flight cost** | **$969.40** |
| | |
| **Exchange cost - 5/18/10** | |
| Airfare #0017846429739 | $962.40 |
| Previous airfare | $962.40 |
| **Airfare difference** | **$0.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$172.00 USD** |
| **Grand total itinerary cost to-date** | **$1,141.40 USD** |

XXXXXXXXXXXXX1170

**Trip reference field information**

**Flight**

Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 10711.000001

Visit "**My Trips**" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and
airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.
Thank you for choosing Orbitz for Business.
Orbitz for Business Team
Enjoy your trip!

**Great rates**


Add a Flight
Add a Car
Add a Hotel

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is
open 24 hours a day, 7 days a week.

| | |
|---|---|
| **From:** | Steinmann, Cori |
| **Sent:** | Wednesday, May 19, 2010 6:44 AM |
| **To:** | Bassi, Nancy |
| **Subject:** | Fwd: The Airport Valet Parking Receipt |

Cori Steinmann
Attorney at Law

Sedgwick, Detert, Moran & Arnold LLP

Begin forwarded message:

> **From:** <AutomatedService@theairportvalet.com>
> **Date:** May 18, 2010 9:44:25 PM CDT
> **To:** "Steinmann, Cori" <cori.steinmann@sdma.com>
> **Subject: The Airport Valet Parking Receipt**



5/18/2010

Dear Cori Steinmann,

Thank you for choosing **The Airport Valet** for your parking needs at DFW Airport.

Your charges have been billed to your MasterCard card that ends with 0233. Should you have any questions about these charges, please call us at 972-313-2500.

Please help us improve our service to you, by completing our on-line survey. The questions have been custom tailored specifically for this reservation, and there is no need for you to login or provide a password to complete the survey. It is quick and easy and will only take about two minutes of your time to complete. Please click here to complete the on-line survey. Your satisfaction is our priority and we look forward to reviewing your feedback.

## Summary of Charges for Reservation #136466

| **Parking Duration:** |
|---|
| Departure: 5/16/2010 7:35 PM |

```
Arrival: 5/18/2010 4:34 PM

Parking Charges:
        5/16/2010 - 5/17/2010: $22.00
     5/17/2010 - 5/18/2010 4:34 PM: $22.00
                          ----------
              Parking Total: $44.00

Additional Service Charges:
                    None

Total Charges to Credit Card:
              Sub Total: $44.00
              DFW Fee: $4.89  (see explanation below)
                  Tax: $3.63
                          ----------
                 Total: $52.52
```

**Tell Us About Your Experience With The Airport Valet:**
Please help us improve our service to you, by completing our on-line survey.
The questions have been custom tailored specifically for this reservation, and
there is no need for you to login or provide a password to complete the survey.
It is quick and easy and will only take about two minutes of your time to
complete. Please click here to complete the on-line survey. Your satisfaction is
our priority and we look forward to reviewing your feedback.

**DFW Fee Explanation:**
The DFW Airport Board levies an 11.11% fee on every transaction as a
privilege fee for operating at DFW Airport.

If you have any questions regarding our service, you can always check out our
FAQs online. And remember, you can view, print or edit your reservation
anytime via your login of 'ccs1' at www.theairportvalet.com.

Thanks again for choosing **The Airport Valet**. We hope you enjoyed the time
saving convenience of our services. Please take a few minutes to share your
feedback with us via our simple on-line survey. We look forward to serving
you on your next trip.

**FOUR POINTS**
**BY SHERATON**
33 TAMIAMI TRAIL
PUNTA GORDA, FL 33950

**(941) 637-6770**

10025 CRYSTAL
----------------------------------------
Check: 1616                    Guests: 2
Table: 10-1
         05/18/2010 07:42AM
----------------------------------------
### DINING ROOM
1   CUP COFFEE              2.00
1   BREAKFAST PIE          9.00
1   GREEK CROISSANT        7.00

    Subtotal              18.00
    Tax                    1.26
**Total Due**           **$19.26**

                        _4.00_

TIP _____

TOTAL _____ _23.26_


ROOM NUMBER _____


PRINT NAME_____


SIGNATURE _____

         SEE YOU SOON!
         THANK YOU!

_Breakfast for Cori_
_and Kattie Duty_

---

TAMPA INTL AP

## RR 171254646          #01
## CORI
## STEINMANN
VEHICLE: 01489/8687725
10C2BN    LIC: LA N249981
FUEL: 8/8 OUT 3/8 IN
CDP: 1106960 -USAA AUTO DISC

RES: E744317930 / JLWED / B
COMPLETED BY: 7662 /FLTAM11
RENTED:  TAMPA INTL AIRPORT
RENTAL:  05/17/10  00:12
RETURN:  05/18/10  14:05

PLAN IN:   GOV1   RATE CLASS: B
**PLAN OUT:  JLWED**

MILES IN:   3962   TR-X MILES
MILES OUT:  3687   MILES ALLOWED
MILES DRIVEN: 275  MILES CHARGED

DAYS      2 @ $  46.00 / DAY  $  92.00
SUBTOTAL                  T$   92.00
CONCESSION FEE RECOVERY   T$    9.68
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
FUEL & SVC $8.99GL/TANK CAP 13.5 T$  75.85
FLA SURCHG                T$    4.98
ENERGY SURCHARGE          T$    1.03
TAX 7.000% ON    183.54   $   12.85
NET DUE                   $  196.39
PAID BY   MC  XXXXXXXXXXXX9709

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code:  01310

3) Take Brief 4 Question Survey


THANK YOU FOR RENTING FROM
**HERTZ**



** PASSENGER TICKET AND BAGGAGE CHECK **
SUBJECT TO CONDITIONS OF CONTRACT

**American**Airlines®

MISCELLANEOUS SALES RECEIPT 0
PURCHASER RECEIPT
DATE OF ISSUE          ISSUING OFFICE CODE   ISS
18MAY10     10103100
ISS. AGENT ID.     PLACE OF ISSUE                    US
TPA 47B          /TAMPA

**American**Airlines®

** ALL MISCELLANEOUS **
** CHARGES ARE *
*******************

NAME OF PASSENGER (NOT TRANSFERABLE)
STEINMANN/CORI
XO FROM
**NOT VALID FOR**
XO TO
**TRANSPORTATION**

CARR   FLIGHT   CLASS DATE   TIME   STATUS NOT VALID BEFORE NOT VALID AFTER
PSGR TICKET 0017846429739

NAME OF PASSENGER
XO FROM
XO TO

**********THIS IS YOUR RECEIPT*******

ORIGINAL ISSUE
01 CONFIRMED FLT CHANGE         50 00    TPA
FARE CALCULATION

PNR CODE
NAHZTC/AA
CONJ. TKT. NO.

CARRIER   FLIGHT   CLASS   DATE   TIME
AA  0443A   18MAY

FARE
USD     50 00
TAX          NA
TAX          NA
TAX          NA
TOTAL
USD     50 00

EQUIV. FARE PAID
FORM OF PAYMENT
FP IKXXXXXXXXXXX0233 469145

PCS   CK. WT   UNCK. WT
*************
STOCK CONTROL NUMBER TK
00114562782986

COUPON   AIRLINE   FORM SERIAL NO.
0 001 0611810341 6

CK

GATE   BOARDING TIME   SEAT   SMOKE

ADDITIONAL SEAT INFORMATION

PCS   CK. WT   SEQ NO   PCS   CK. WT   UNCK. WT

NOT VALID FOR TRAVEL
COUPON   AIRLINE   FORM SERIAL NO.
001 0611810341 6

---

Cracker Barrel Store #225
Port Charlotte, FL
709556 CHERYL A                    1
-------------------------------
TBL 232/2    6289     GST 2
    MAY17'10 12:43PM
-------------------------------
1 RASPBERRY LEMON      1.99
1 CKN SAL PLT          7.39
   FRENCH FRIES
1 ICED TEA UNSWEET     1.89
1 HADDOCK GR           9.49
   Subtotal           20.76
   Tip                 5.00
   State&Local Tax     1.46
   Total              27.22
   Charged Tip $       5.00
   REF:011274116534
   AUTHCODE:474306
   TRACE#:00878671
   XXXXXXXXXXXX0233
   DEBIT CARD          27.22
--293291 CLOSED MAY17  1:15PM---

      Thank You
   Please Come Back

   www.CrackerBarrel.com

*Tips: $5.00 Airport Valet*

*Lunch for Cori & Katie Duty*



# Invoice

★ Tele.: 214.742.1113 ★ Fax: 214.745.1718
★ Web Site: www.lonestarlit.com
★ Email.: copy@lonestarlit.com

| DATE | INVOICE # |
|---|---|
| 5/25/2010 | 109766 |

**BILL TO:**
Sedgwick Detert Moran & Arnold
1717 Main Street – Suite 5400
Dallas, Texas 75201

**SHIP TO:**
JOB#C201005112

| CLIENT MATTER # | TERMS | REP | ORDER DATE | SHIP VIA | ORDERED BY | ORIGINALS BY |
|---|---|---|---|---|---|---|
| 10711.000001 | 2% 10 Net 30 | GM | 5/25/2010 | Del | KURT M. | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 618 | COPY12 | Copies | 0.12 | 74.16 |
| | | Sales Taxes | 8.25% | 6.12 |

Paid via P. Card
Date: 6/23/10
#
By

10711-1
TR/WBM
2985

'10 MAY 26 PM 2:34

```
* A P 1 3 3 3 2 3 2 *
```

**CUSTOMER COPY**

**PLEASE PAY FROM THIS INVOICE.**

REMIT PAYMENT TO: P.O. BOX 501074
TAX ID # 75-2497473     DALLAS, TEXAS 75250-1074

RECEIVED BY          5/25/10  DATE

## TOTAL          $80.28

    



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-090-75352 | May 14, 2010 | 2323-3788-5 | 5 of 11 |

Tracking ID: 793515236065 continued

| | | | |
|---|---|---|---|
| Svc Area | A1 | Transportation Charge | 120.85 |
| Signed by | M.MASON | Fuel Surcharge | 10.27 |
| FedEx Use | 000000000/0000012/_ | **Total Charge**                                USD | **$131.12** |

**Picked up: May 05, 2010**    **Cust. Ref: 10711.000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 793515236113 | Lavella Garner | Wayne Mason c/o Katie Duty |
| Service Type | FedEx First Overnight | SDMA | HDR, Inc. |
| Package Type | Customer Packaging | 1717 Main Street | 5426 BAY CENTER DR STE 400 |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33609 US |
| Packages | 1 | | |
| Rated Weight | 15.0 lbs, 6.8 kgs | | |
| Delivered | May 06, 2010 07:58 | | |
| Svc Area | A1 | Transportation Charge | 120.85 |
| Signed by | M.MASON | Fuel Surcharge | 10.27 |
| FedEx Use | 000000000/0000012/_ | **Total Charge**                                USD | **$131.12** |

**Picked up: May 06, 2010**    **Cust. Ref: 886-08**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798640584862 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick Detert Moran & Arnold |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | 919 CONGRESS AVE STE 1250 |
| Zone | 03 | DALLAS TX 75201 US | AUSTIN TX 78701 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | May 07, 2010 10:44 | Transportation Charge | 22.75 |
| Svc Area | A1 | Fuel Surcharge | 0.83 |
| Signed by | B.MILLER | Discount | -12.97 |
| FedEx Use | 000000000/0001305/_ | **Total Charge**                                USD | **$10.61** |

**Picked up: May 06, 2010**    **Cust. Ref: 886-08**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798640593570 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | FedEx Pak | 1717 Main Street, #5400 | One Market Plaza Stewart Tower |
| Zone | 07 | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | May 07, 2010 09:56 | Transportation Charge | 38.80 |
| Svc Area | A1 | Discount | -22.12 |
| Signed by | J.VISAN | Fuel Surcharge | 1.42 |
| FedEx Use | 000000000/0001393/_ | **Total Charge**                                USD | **$18.10** |



**Picked up:** May 07, 2010     **Cust. Ref.:** 886-08     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 10.0 lbs., 18" x 12" x 9", divided by 194.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Office Services | Vickie Berry |
| Tracking ID | 793523294397 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 3 PARK PLZ FL 17 |
| Package Type | Customer Packaging | DALLAS TX 75201 US | IRVINE CA 92614 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Actual Weight | 2.0 lbs, 0.9 kgs | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | | |
| Delivered | May 10, 2010 11:31 | Transportation Charge | 73.90 |
| Svc Area | A1 | Fuel Surcharge | 2.70 |
| Signed by | C.DELAPORTE | Discount | -42.12 |
| FedEx Use | 000000000/0001371/_ | **Total Charge**    USD | **$34.48** |

**Picked up:** May 07, 2010     **Cust. Ref.:** 886-08     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Office Services | Office Services |
| Tracking ID | 793523335232 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick Detert Moran & Arnold |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 919 CONGRESS AVE STE 1250 |
| Package Type | FedEx Pak | DALLAS TX 75201 US | AUSTIN TX 78701 US |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | May 10, 2010 10:28 | Transportation Charge | 22.75 |
| Svc Area | A1 | Discount | -12.97 |
| Signed by | B.MILER | Fuel Surcharge | 0.83 |
| FedEx Use | 000000000/0001305/_ | **Total Charge**    USD | **$10.61** |

**Picked up:** May 07, 2010     **Cust. Ref.:** 10711-1     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 3
- 1st attempt May 10, 2010 at 12:46 PM.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Tiffiney Rogers | Michael Barry |
| Tracking ID | 798643361420 | SEDGWICK,DETERT,MORAN | Equivalent DATA |
| Service Type | FedEx Standard Overnight | 1717 Main | 4809 Westway Park Blvd. |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | HOUSTON TX 77041 US |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | May 11, 2010 12:44 | Transportation Charge | 17.50 |
| Svc Area | A1 | Fuel Surcharge | 0.64 |
| Signed by | T.JULIE | Discount | -9.98 |
| FedEx Use | 000000000/0000211/_ | **Total Charge**    USD | **$8.16** |

**Picked up:** May 07, 2010     **Cust. Ref.:** 886-08     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Office Services | Office Services |
| Tracking ID | 798645226820 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | One Market Plaza Stewart Tower |
| Package Type | FedEx Pak | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US |
| Zone | 07 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | May 10, 2010 09:34 | Transportation Charge | 38.80 |
| Svc Area | A1 | Fuel Surcharge | 1.42 |

Continued on next page



**Picked up: May 10, 2010**    Cust. Ref.: 10711-000001    Ref.#2:
**Payor: Shipper**    Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | RITA STATEN | GUEST KURT MEADERS | |
| Tracking ID | 863407491913 | SEDGWICK,DETERT,MORAN & ARNOLD | HYATT PLACE TAMPA | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | AIRPORT /WESTSHORE 4811 WEST M | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | TAMPA FL 33607 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | May 11, 2010 07:07 | | | |
| Svc Area | A1 | Transportation Charge | | 80.50 |
| Signed by | S.ACEUEDO | Fuel Surcharge | | 6.84 |
| FedEx Use | 013014562/0000012/_ | **Total Charge** | **USD** | **$87.34** |

**Picked up: May 11, 2010**    Cust. Ref.: 02175.034448    Ref.#2:
**Payor: Shipper**    Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Ruth Scott | Ms. Judy Halsey | |
| Tracking ID | 793532381681 | SEDGWICK,DETERT,MORAN & ARNOLD | A Space Place | |
| Service Type | FedEx Priority Overnight | 1717 Main Street #5400 | 20 FM 1791 RD | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | HUNTSVILLE TX 77340 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 12, 2010 10:25 | Transportation Charge | | 20.20 |
| Svc Area | A2 | Discount | | -11.51 |
| Signed by | L.HALSEY | Fuel Surcharge | | 0.74 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$9.43** |

**Picked up: May 11, 2010**    Cust. Ref.: 886-08    Ref.#2:
**Payor: Shipper**    Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pek was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 798652961329 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | One Market Plaza Stewart Tower | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | | | |
| Delivered | May 12, 2010 09:45 | Transportation Charge | | 75.85 |
| Svc Area | A1 | Fuel Surcharge | | 2.77 |
| Signed by | J.VISAN | Discount | | -43.23 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$35.39** |

**Picked up: May 11, 2010**    Cust. Ref.: NO REFERENCE INFORMATION    Ref.#2:
**Payor: Shipper**    Ref.#3:

886.000
07

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 21.0 lbs., 23" x 19" x 9", divided by 194.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | GLEN RODDY | EMMETT P CAREY | |
| Tracking ID | 870680581992 | SEDGWICK,DETERT,MORAN & ARNOLD | SDMA LLP | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | THREE GATEWAY CTR 12TH FL | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | NEWARK NJ 07102 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Actual Weight | 20.0 lbs, 9.1 kgs | | | |
| Rated Weight | 21.0 lbs, 9.5 kgs | Transportation Charge | | 112.95 |
| Declared Value | USD 1,000.00 | Direct Signature | | 0.00 |
| Delivered | May 12, 2010 09:28 | Discount | | -64.38 |

Continued on next page



## Expense Report - Transmittal Report



ER0000003021 2100045

| Spender Kurt W. Meaders | From May 23, 2010  To May 25, 2010 | Reimbursement Amt 1,379.37 USD |

*Kansas City MO.*

Report name Deposition in HDR matter

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | No |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/23/10 | Airfare | United St... | 567.40 USD | Jennifer M. Arevalo |
| 5/24/10 | Parking or Tolls | United St... | 10.00 USD | Jennifer M. Arevalo |
| 5/24/10 | Group Meal | United St... | 27.01 USD | Jennifer M. Arevalo |
| 5/24/10 | Group Meal | United St... | 155.41 USD | Jennifer M. Arevalo |
| 5/25/10 | Lodging | United St... | 469.15 USD | Jennifer M. Arevalo |
| 5/25/10 | Other Travel - ... | United St... | 4.10 USD | Jennifer M. Arevalo |
| 5/25/10 | Car Rental | United St... | 112.30 USD | Jennifer M. Arevalo |
| 5/25/10 | Parking or Tolls | United St... | 24.00 USD | Jennifer M. Arevalo |
| 5/25/10 | Parking or Tolls | United St... | 10.00 USD | Jennifer M. Arevalo |



**Grand total itinerary cost to-date    $567.40 USD**

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.





**Kansas City 5/23/10**
This trip includes flights.
Reservation Made: 05/18/10

## Flight reservation

| | | Traveler(s) | Frequent flier details |
|---|---|---|---|
| Orbitz record locator: | AP270601NRFFBSBE | KURT MEADERS | American Airlines AAdvantage |
| Airline record locator: | American Airlines - PTIQDK | | XRH0486 |
| Ticket numbers: | 0017846911404 | | |

---

**Leave Sunday, May 23, 2010**

**American Airlines 1810**   Economy  |  McDonnell Douglas MD-80 (M80) |  1hr 30min |  461 miles
Depart:   7:05pm   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:   8:35pm   **Kansas City, MO** Kansas City International (MCI)
    Your flight is confirmed. The airline will assign seats at check-in.

---

**Return Tuesday, May 25, 2010**

**American Airlines 1069**   Economy  |  McDonnell Douglas MD-80 (M80) |  1hr 35min |  461 miles
Depart:   7:15pm   **Kansas City, MO** Kansas City International (MCI)
Arrive:   8:50pm   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Seat: 25B |    Your flight is confirmed. Seat is confirmed. You may

---

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

**CUSTOMER RECEIPT**

# Central
**Parking Corporation**

Date: _5-25-10_

Amount: _10.00_

Location: _Kessler_

Signature _____

CPS 24 _Parking for deposition of Dick Veath_

---

Contract No. 02002612    Veh. 11075186
KURT MEADERS
In:  MCI  05/25/10 13:23       19598
Out: MCI  05/23/10 21:00 Miles: 19550
Days  1  Hrs  16      Driven:    48
Rate1: BO      IC      T&M     $73.98
  0 Mls    0.00    0.00 Dis     $0.00
 16 Hrs   27.75   36.99 LDW     $0.00
  1 Dys   36.99   36.99 Gas     $0.00
  0 Prd  258.93    0.00 Age     $0.00
  0 Spl    0.00    0.00 Adl     $0.00
                   CFC Fee      $6.00
                   ARENA $4/    $8.00
                   TFC $2.10    $4.20
                   ENG .70/D    $1.40
         7.97% Sales Tax =      $8.29
        11.10% 11.1%Apfe =      $8.57
                   MPT Fee      $1.86
                   PAI          $0.00
                   SLI          $0.00
                   Seat         $0.00
                   Drop         $0.00
                   Other        $0.00
Less    $0.00  Amount Due   $112.30
Paid by MV 552832******5374   07/12

    THANK YOU for Renting from
Budget Rent A Car, Kansas City, MO

---

DFW INTERNATIONAL AIRPORT
DFW AIRPORT, TX 75261
(972) 973-4840

Airport Parking

DATE: 2010-05-25    TIME: 16
Booth     NP 51
Cashier   557
XID 33100525164633S374
ACCT: XXXXX*****5374    / 1

TOTAL:            $24

APPROVED 153158
KURT WOOD MEADERS

    THANK YOU FOR CHOOSING
    DFW INTERNATIONAL AIRPORT

       CUSTOMER COPY

---

    WELCOME TO
      SINCLAIR
   5905 NW 72ND ST
 KANSAS CITY,MO 64151
1D29616377-001

Gas For Rental Car

  DUPLICATE OUTDOOR RECEIPT

DATE    05/25/10
TIME    1:13 PM
AUTH# 345815

MASTERCARD
MEADERS/KURT WOOD

PUMP  PRODUCT  PPG
 03    UNLD   $2.449

GALLONS    TOTAL
 1.673     $4.10

   THANKS,COME AGAIN

the westin crown center
1 e pershing rd. kansas city, mo 64108-2503  us
phone 816.474.4400   fax 816.391.4438
westin.com/kansascity

| guest | | | | travel agent/charge to |
|---|---|---|---|---|

Mr Kurt Wood Meaders
American Bar Association/gp
3925 Hanover St
Dallas, TX 75225-7119
USA

| | | |
|---|---|---|
| room | 1647 | |
| rate | 179.00 | |
| no. pers. | 2 | |
| folio | 1493108 | EX-A |
| page | 1 | |
| arrive | 23-MAY-10 | 21:50 |
| depart | 25-MAY-10 | |
| payment | VM | |

| date | reference | description | charges/credits |
|---|---|---|---|
| 23-MAY-10 | RT1647 | Room Chrg Corp Volumn LRA | 179.00 |
| 23-MAY-10 | RT1647 | State Tax | 13.83 |
| 23-MAY-10 | RT1647 | KC Development Fee | 1.73 |
| 23-MAY-10 | RT1647 | City Tax | 13.43 |
| 23-MAY-10 | RT1647 | Valet Parking | 18.00 |
| 24-MAY-10 | RT1647 | Room Chrg Corp Volumn LRA | 179.00 |
| 24-MAY-10 | RT1647 | State Tax | 13.83 |
| 24-MAY-10 | RT1647 | KC Development Fee | 1.73 |
| 24-MAY-10 | RT1647 | City Tax | 13.43 |
| 24-MAY-10 | RT1647 | Valet Parking | 18.00 |
| 24-MAY-10 | 4750 | Brasserie | 7.22 |
| 24-MAY-10 | G245 | Internet/Phone | 9.95 |
| 25-MAY-10 | VM | Visa/Mastercard | 469.15 |
| | | Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.
                    ** continued on the next page **

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.

signature ............................................

Mr Kurt Wood Meaders              ROOM    DEPART      AGENT
FOLIO  1493108  23-MAY-10         1647

WESTIN
HOTELS & RESORTS

the westin crown center
1 e pershing rd   kansas city, mo 64108-2503   us
phone 816.474.4400   fax 816.391.4438
westin.com/kansascity

guest                                                    travel agent/charge to

Mr Kurt Wood Meaders          room      1647
American Bar Association/gp    rate      179.00
3925 Hanover St               no. pers. 2
Dallas, TX 75225-7119         folio     1493108    EX-A
USA                           page      2
                              arrive    23-MAY-10   21:50
                              depart    25-MAY-10
                              payment   VM

| date | reference | description | charges/credits |
|---|---|---|---|

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 23-MAY-10 | 207.99 | 0.00 | 0.00 | 18.00 | 225.99 | 0.00 |
| 24-MAY-10 | 207.99 | 7.22 | 0.00 | 27.95 | 243.16 | 0.00 |
| Total | 415.98 | 7.22 | 0.00 | 45.95 | 469.15 | 0.00 |

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.          signature_____

As a Starwood Preferred Guest you have earned at least 1116
Starpoints for this visit G50444143042

| | ROOM | DEPART | AGENT |
|---|---|---|---|
| Mr Kurt Wood Meaders | | | |
| FOLIO  1493108  23-MAY-10 | 1647 | | |



Pierpont's Union Station
30 West Pershing # 900
KC, MO 64108
816-221-5111
CORP-816-842-8718

203 BREANNE

---

Tbl 30/1          Chk 273          Gst
        May24'10 06:40PM

---

**Main Dining**
Misc Personal Charge                  ‹8.00›
Misc Personal Charge                 ‹19.50›
1 70Z FILET Saut Mush         29.95
1 70Z FILET Spinach           29.95
Misc Personal Charge                  ‹8.00›
1 CALAMARI                     8.95
1 SP BUTTER                    4.50

Food&NA Bev                   83.35
Liquor                        35.50
Sales Tax                     11.56
08:02PM Amt Due              130.41

Online reservations at
www.pierponts.com

---

*Dinner w/ Tim Woodward*

Pierpont's Union Station
30 West Pershing # 900
KC, MO 64108
816-221-5111
CORP-816-842-8718
Date:      May24'10 08:04PM
Card Type: MasterCard
Acct #:    XXXXXXXXXXXX5374
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  EIE002655284665
Auth Code:  506761
Check:      273
Table:      30/1
Server:     203 BREANNE

Subtotal:        130.41

TIP:             25--

TOTAL:          155.41

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

Pierpont's Union Station
30 West Pershing # 900
KC, MO 64108
816-221-5111
CORP-816-842-8718

203 BREANNE

Tbl 30/1          Chk 273          Gst
        May24'10 06:40PM

Main Dining
1 Makrmark $Rocks                     8.00
3 Jack Daniels                       19.50
1 70Z FILET Saut Mush                29.95
1 70Z FILET Spinach                  29.95
1 Makrmark                            8.00
1 CALAMARI                            8.95
1 SP BUTTER                           4.50

Food&NA Bev                          83.35
Liquor                               35.50
Sales Tax                            11.56
08:03PM Amt Due                     130.41

Online reservations at
www.pierponts.com

*Lunch w/ Tim Woodward*

JOHNNY'S TAVERN
1300 Grand Blvd
Kansas City, MO 64106
816-

| | |
|---|---|
| ver: Lynz | 05/24/2010 |
| 1 | 12:58 PM |
| sts: 1 | 10044 |
| rint #: 1 | |

| | |
|---|---|
| et Pepsi | 1. |
| RKEY CLUB | 8. |
| ed Tea | 1. |
| ASSIC EDGE | 7 |

4 Items

| | |
|---|---|
| ubtotal | 2( |
| ax | |
| Total | 2 .0 |

**Balance Due        23.01**

SERVING UP TRADITION
SINCE 1953
LAWRENCE * KANSAS CITY
JOHNNYSTAVERN.COM

JOHNNY'S TAVERN
1300 Grand Blvd
Kansas City, MO 64106
816-

| | |
|---|---|
| erver: Lynz | DOB: 05/24/201 |
| 1:02 PM | 05/24/201 |
| 5/1 | 1/1004 |
| M/C | 10486 |

Card #XXXXXXXXXXXXX5374
Magnetic card present: Yes
Approval: 669974

Amount:        23.

+ Tip: ___4___

= Total: __27°1__

---

CUSTOMER RECEIPT

**Central**
Parking Corporation

Date: *5-24-10*

Amount: *10.00*

Location: *Kessler*

Signature _____

CPS 24   *Parking for Dealership of Dick Vooth*

## Expense Report - Transmittal Report



ER00000029852100076

Spender Wayne B. Mason     From May 24, 2010  To May 25, 2010     Reimbursement Amt 924.34 USD

Report name Tampa 5/24/10

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/24/10 | Airfare | United St... | 591.70 USD | Jennifer M. Arevalo |
| 5/24/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 5/24/10 | Individual Meal | United St... | 63.92 USD | Jennifer M. Arevalo |
| 5/25/10 | Parking or Tolls | United St... | 26.26 USD | Jennifer M. Arevalo |
| 5/25/10 | Car Rental | United St... | 83.58 USD | Jennifer M. Arevalo |
| 6/2/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |

| From: | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
|---|---|
| Sent: | Saturday, May 22, 2010 9:07 AM |
| To: | Mason, Wayne B. |
| Subject: | A Change to Your Flight Itinerary - Tampa 5/24/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
CLAIMS, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 5/24/10**:

The airline has notified us of a schedule change to your itinerary. If the updated itinerary below is acceptable, no further action is necessary. We will continue to monitor your itinerary and make every effort to alert you to any major changes.

## Your current trip information - Tampa 5/24/10
This trip includes **flights** .

### Flight reservation

| Orbitz record locator: | AP270601PHR2JOBE |
|---|---|
| Airline record locator: | American Airlines - LKUFDK |
| Ticket numbers: | 0017846433069 |
| Traveler(s) | **Frequent flier details** |

WAYNE MASON    American Airlines AAdvantage
                        M610686

### Updated itinerary
**Monday, May 24, 2010**
American Airlines 1316 First Class | McDonnell Douglas MD-80 (M80) | 2hr 25min | 920 miles

Depart:  **4:40pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:  **8:05pm  Tampa, FL**  Tampa International (TPA)

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

Upgrade confirmed.

### Previous itinerary
**Monday, May 24, 2010**
American Airlines 1316 Economy | McDonnell Douglas MD-80 (M80) | 2hr 25min | 920 miles

Depart:  4:40pm  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:  8:05pm  **Tampa, FL**  Tampa International (TPA)

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

### Important fare notes
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees.**

1

Please read the fare rules and the ticket for more information.

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| | | Card holder's Name: |
| **Flight cost - 5/20/10** | | Wayne B Mason |
| | | Card type: |
| Airfare #0017842999988 | $277.70 | MasterCard |
| **Flight cost** | **$277.70** | Card number: |
| | | xxxxxxxxxxxx7943 |

Exchange cost - 5/20/10

| | |
|---|---|
| Airfare #0017846433069 | $135.70 |
| Previous airfare | $277.70 - |
| **Airfare difference** | **$142.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$30.00 USD** |

Grand total itinerary cost to-date $307.70 USD

*(handwritten)*
277.70
142.00
150.00
22.00
$591.70

## Trip reference field information

### Flight

**Office Location Number:** 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**


Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

# Garner, Lavella

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Saturday, May 22, 2010 9:07 AM |
| **To:** | Mason, Wayne B. |
| **Subject:** | A Change to Your Flight Itinerary - Tampa 5/24/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 5/24/10**:

The airline has notified us of a schedule change to your itinerary. If the updated itinerary below is acceptable, no further action is necessary. We will continue to monitor your itinerary and make every effort to alert you to any major changes.

## Your current trip information - Tampa 5/24/10

This trip includes **flights** .

### Flight reservation

**Orbitz record locator:**  AP270601PHR2JOBE
**Airline record locator:**  American Airlines - LKUFDK
**Ticket numbers:**  0017846433069
**Traveler(s)**  **Frequent flier details**

WAYNE MASON     American Airlines AAdvantage
                              M610686

### Updated itinerary
Monday, May 24, 2010
**American Airlines 1316** First Class  |  McDonnell Douglas MD-80 (M80) | 2hr 25min |  920 miles

Depart:   **4:40pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **8:05pm  Tampa, FL**  Tampa International (TPA)

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

Upgrade confirmed.

### Previous itinerary
Monday, May 24, 2010
**American Airlines 1316** Economy  |  McDonnell Douglas MD-80 (M80) | 2hr 25min |  920 miles

Depart:   **4:40pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **8:05pm  Tampa, FL**  Tampa International (TPA)

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

### Important fare notes
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees.**

1

Please read the fare rules and the ticket for more information.

## Cost summary and billing information

### Flight cost summary

**Flight cost - 5/20/10**

| | |
|---|---|
| Airfare #0017842999988 | $277.70 |
| **Flight cost** | **$277.70** |

**Exchange cost - 5/20/10**

| | |
|---|---|
| Airfare #0017846433069 | $135.70 |
| Previous airfare | $277.70 - |
| **Airfare difference** | **$142.00 -** |
| Airline change fee | $150.00 |

**Orbitz for Business fees**

| | |
|---|---|
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$30.00 USD** |

**Grand total itinerary cost to-date** $307.70 USD

### Billing information

**Card holder's Name:**
Wayne B Mason

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx7943

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

### Great rates



Add a Flight
Add a Car
Add a Hotel

**Garner, Lavella**

**From:** Mason, Wayne B.
**Sent:** Tuesday, May 25, 2010 3:22 PM
**To:** Garner, Lavella
**Subject:** Fwd: UPDATED: E-Receipt for Avis Rental # 169283590
**Attachments:** E-Receipt.pdf; ATT1688117.htm

Wayne

Wayne B. Mason
Sedgwick, Detert, Moran & Arnold LLP
wayne.mason@sdma.com | 469.227.4602 direct

1717 Main Street, Suite 5400
Dallas, TX 75201

Begin forwarded message:

**From:** Avis.RentACar@avis.com
**Date:** May 25, 2010 3:47:02 PM EDT
**To:** WAYNE.MASON@SDMA.COM
**Subject:** UPDATED: E-Receipt for Avis Rental # 169283590
**Reply-To:** Avis Rent A Car <e.receipts@avis.com>

# Thank you for renting with Avis

**Avis Car Rental E-Receipt**

**Rental Agreement Number:169283590**



| Customer Information: | | Vehicle Information | |
|---|---|---|---|
| Customer Name: | **WAYNE MASON** | Car Group Rented: | INTERMEDIATE |
| Wizard Number: | **\*\*\*08Y** | Car Group Charged: | INTERMEDIATE |
| Avis Worldwide Discount Number: | **A984200** | Car Make Model: | WHI KIA FORT 4DR |
| Customer Status: | **AVIS FIRST** | Plate Number | FL720LAJ |
| Method of Payment: | **MASTER** | Car Number: | 41908580 |
| Credit Card #: | **CMXXXXXXXXXXXX7943** | Mileage Out: 12005 | Fuel Out: 8/8 |
| | | Mileage In: 12016 | Fuel In: 0/8 |
| Freq Traveler: | | Mileage Driven: 11 | |

1

## Rental Information

| | | | | |
|---|---|---|---|---|
| Pickup Date/Time: | **24MAY10/2004** | | Return Date/Time: | **25MAY10/1516** |
| Pickup Location: | **TAMPA INT"L AIRPORT** | | Return Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PARKWAY** | | | **4030 GEORGE J BEAN PARKWAY** |
| | **SUITE 1107** | | | **SUITE 1107** |
| | **TAMPA, FL 33607 US** | | | **TAMPA, FL 33607 US** |
| | **813-396-3500** | | | **813-396-3500** |

## Vehicle Charges

| | | | | |
|---|---|---|---|---|
| Time: | 0 miles @ .45 | 0.00 | TAX 7.000% | 5.47 |
| | 19 hours @ 41.26 | 0.00 | LDW | 0.00 |
| | 0 days @ 55.00 | 0.00 | Total Charges | 83.58 |
| | 0 weeks @ 315.00 | 0.00 | | |
| | 0 months @ 1260.00 | 0.00 | | |
| Minimum Charge | | 55.00 | | |
| Time & Mileage | | 55.00 | | |
| $.47/DY ERF | | .47 | | |
| **10.40% FEE | | 5.85 | | |
| Fuel Service | | 13.99 | | |
| $ 2.00 /DY SSU | | 2.00 | | |
| $ 0.02 /DY TBS | | .02 | | |
| $ 0.78 /DY VLF | | .78 | | |
| **SUBTOTAL** | | **78.11** | **Amount Due** | **83.58** |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE .47/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
99~$10/DY:MON 1 DY RNTL

## Avis Car Rental E-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to receive electronic receipts, please e-mail e.receipts@avis.com for assistance. If you have a question regarding this bill, please call us at 1-800-352-7900.
Attached is your receipt in Portable Document Format(PDF).

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.



GRAND
HYATT
TAMPA BAY ®

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 1717 Main St Ste 5400 | |
| | Dallas TX 752017367 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 1002 |
| Arrival | 05-24-10 |
| Departure | 05-25-10 |
| Page No. | 1 of 1 |
| Folio | 66034 |
| Invoice | |

Membership   GP   G94604106N
Bonus Code
Confirmation No.  **4030630501**
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-24-10 | - In Room Dining Dinner Food | Room# 1002 : CHECK# 0295564 | 63.92 | |
| 05-24-10 | Valet Parking | | 16.00 | |
| 05-24-10 | Package Room | | 99.00 | |
| 05-24-10 | State Sales Tax | | 6.93 | |
| 05-24-10 | Occupancy Tax | | 4.95 | |
| 05-25-10 | Master Card | XXXXXXXXXXXX7943    XX/XX | | 190.80 |

Your Gold Passport account will be credited for this stay.

| | | | |
|---|---|---|---|
| **Total** | | **190.80** | **190.80** |

| | | |
|---|---|---|
| **Balance** | | **0.00** |

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

**Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

**Garner, Lavella**

| | |
|---|---|
| From: | FreedomPark Reservations [reservations@freedomparkdfw.com] |
| Sent: | Thursday, May 27, 2010 10:22 PM |
| To: | Mason, Wayne B.; Garner, Lavella |
| Cc: | Sent Reservations |
| Subject: | Airport Parking Receipt-Wayne Mason |

```
FreedomPark
Airport Parking Receipt

***Summary of Charges*************************************************************
* Control#  Customer Name  Departure Date Return Date  Total Charge *
* 1186446   Wayne Mason    5/24/2010      5/27/2010        $78.77   *
*********************************************************************************


Charges for MasterCard ending in 7943 - primary

                                       Sales  Airport
Description  Qty  Rate    PreTax        Tax     Fee    Total
-------------------------------------------------------------
Parking       3  $22.00  $66.00       $5.45   $7.33  $78.77
                                 Parking Subtotal   $78.77

Your charges have been billed to your credit card(s) noted above.
Should you have any questions about these charges, please call us at 972-252-2500.

THANK YOU FOR USING FREEDOMPARK

Thanks for using FreedomPark

FreedomPark, L.P.
7501 Esters Blvd.
Suite 130
Irving, TX  75063
Reservations: (972) 252-2500
Toll Free: 866-parkDFW
Fax: (972) 894-0009
http://www.freedomparkdfw.com
```

Expense Report - Transmittal Report



ER00000029852100079

Spender Wayne B. Mason     From May 10, 2010 To May 13, 2010     Reimbursement Amt 2,366.07 USD

Report name Tampa 5/10-13

## Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 17 | Audit required | Yes |
| Number of receipts to submit | 16 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/10/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 5/10/10 | Airfare | United St... | 240.70 USD | Jennifer M. Arevalo |
| 5/10/10 | Airfare | United St... | 101.70 USD | Jennifer M. Arevalo |
| 5/10/10 | Individual Meal | United St... | 11.07 USD | Jennifer M. Arevalo |
| 5/10/10 | Group Meal | United St... | 607.72 USD | Jennifer M. Arevalo |
| 5/10/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 5/11/10 | Individual Meal | United St... | 41.16 USD | Jennifer M. Arevalo |
| 5/11/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 5/11/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 5/11/10 | Group Meal | United St... | 537.74 USD | Jennifer M. Arevalo |
| 5/12/10 | Individual Meal | United St... | 52.82 USD | Jennifer M. Arevalo |
| 5/12/10 | Individual Meal | United St... | 48.98 USD | Jennifer M. Arevalo |
| 5/12/10 | Parking or Tolls | United St... | 16.00 USD | Jennifer M. Arevalo |
| 5/12/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 5/12/10 | Group Meal | United St... | 141.52 USD | Jennifer M. Arevalo |
| 5/13/10 | Car Rental | United St... | 184.02 USD | Jennifer M. Arevalo |



**INVOICE**

| | | | | |
|---|---|---|---|---|
| Payee | Wayne Mason | | Room No. | 0950 |
| | 1717 Main St Ste 5400 | | Arrival | 05-10-10 |
| | Dallas TX 752017367 | | Departure | 05-13-10 |
| | United States | | Page No. | 1 of 2 |
| | | | Folio | 62623 |
| Membership | GP | G94604106N | Invoice | |
| Bonus Code | | | | |
| Confirmation No. | **3952004901** | | | |
| Group Name | | | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-10-10 | Valet Parking | 16.00 | |
| 05-10-10 | Package Room | 99.00 | |
| 05-10-10 | State Sales Tax | 6.93 | |
| 05-10-10 | Occupancy Tax | 4.95 | |
| 05-11-10 | - In Room Dining Breakfast Food   Room# 0950 : CHECK# 0295723 | 37.16 | |
| 05-11-10 | Valet Parking | 16.00 | |
| 05-11-10 | Bottled Water | 4.00 | |
| 05-11-10 | Bottled Water | 4.00 | |
| 05-11-10 | Bottled Water | -4.00 | |
| 05-11-10 | Package Room | 99.00 | |
| 05-11-10 | State Sales Tax | 6.93 | |
| 05-11-10 | Occupancy Tax | 4.95 | |
| 05-12-10 | - In Room Dining Breakfast Food   Room# 0950 : CHECK# 0295774 | 44.98 | |
| 05-12-10 | Bottled Water | 4.00 | |
| 05-12-10 | Valet Parking | 16.00 | |
| 05-12-10 | Package Room | 99.00 | |
| 05-12-10 | State Sales Tax | 6.93 | |
| 05-12-10 | Occupancy Tax | 4.95 | |
| 05-13-10 | - In Room Dining Breakfast Food   Room# 0950 : CHECK# 0295842 | 52.82 | |
| 05-13-10 | Master Card          XXXXXXXXXXXX7943        XX/XX | | 523.60 |



GRAND
HYATT
TAMPA BAY ®

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INVOICE**

| | | |
|---|---|---|
| Payee | Wayne Mason | |
| | 1717 Main St Ste 5400 | |
| | Dallas TX 752017367 | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 0950 |
| Arrival | 05-10-10 |
| Departure | 05-13-10 |
| Page No. | 2 of 2 |

Membership    GP    G94604106N
Bonus Code
Confirmation No.  **3952004901**
Group Name

Folio        62623
Invoice

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |
| | **Total** | **523.60** | **523.60** |
| | **Balance** | **0.00** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

**I accept delivery of the Wall Street Journal M-F (Gold Passport and
VIP Rooms Only). If refused, a credit of $1.00 a day will be applied.**

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

**Please forward all invoice payments to:**

**Grand Hyatt Tampa Bay
P.O. Box 840935
Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**



## DONATELLO

*232 N. Dale Mabry, Tampa, Florida 33609*    *(813) 875-6660*

| Date | Table | Waiter's Name | Guests | Meal |
|------|-------|---------------|--------|------|
| 5/11/10 | 62 | Pagani | 3 | Dinner |

| | | | |
|---|---|---|---|
| 1 | Salmone Di Scozia Affumicato | $16.95 | $16.95 |
| 2 | Ostriche Fiorentina With Crab | $21.95 | $43.90 |
| 3 | Sea Bass | $35.95 | $107.85 |
| 1 | Capelli D'angelo Amalfi | $23.95 | $23.95 |
| 1 | Tortellini In Brodo Di Pollo | $10.95 | $10.95 |
| | Misc Personal Charge | $11.50 | ⟨$23.00⟩ |
| | Misc Personal Charge | $142.00 | ⟨$142.00⟩ |
| 2 | Frutta | $13.95 | $27.90 |
| 1 | Dolce  (Dessert) | $11.95 | $11.95 |
| 1 | Espresso | $4.00 | $4.00 |
| 2 | Coffee | $3.00 | $6.00 |

| | |
|---|---|
| SubTotal | $418.45 |
| Tax | $29.29 |
| Total | $447.74 |

**Columbia Restaurant**
**Ybor City**
**********************

```
0289b  Table 373  #Party 3
ALBERTO R   SvrCk: 2 18:38 05/12/10
```

Misc Personal Charge          〈17.90〉
Misc Personal Charge          〈13.00〉
1 ICED TEA                       2.50
1 "1905" SALAD                   8.95
1 POLLO RIOJANA                 18.95
1 FILET "SALTEADO"              19.95
1 SNAPPER ADELITA-DINNER        22.95
3 DECAF COFFEE                   7.50

```
              Sub Total:  111.70
        Tax   :             7.82
              Sub Total:  119.52
05/12 20:22 TOTAL:       119.52
```

********************
Visit The Columbia
Cigar Factory & Gift
Store.

(813) 248-4961
(813) 247-2469
www.columbiarestaurant.com

---

```
0289
Server: ALBERTO R              Rec:256
05/12/10 20:30, Swiped  T: 373 Term: 8

Columbia Restaurant
2117 E. 7th Avenue
Tampa, Fl  33605
(813)248-4961
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
MASTER CARD    XXXXXXXXXXXX7943
Name: WAYNE B MASON
00 TRANSACTION APPROVED
AUTHORIZATION #: 505286
Reference: 0512010000289
TRANS TYPE: Credit Card SALE
```

CHECK:                    119.52
TIP:                      22.—
TOTAL:                    141.52

X_____

PHONE: (   )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Please give signed copy to your server.

---



★ Please check your car for personal effects. ★

```
AVIS
We try harder®        Thank you for renting from Avis.

RENTAL NUMBER   CAR NUMBER   CAR GROUP
71491780 3      4195747 3    E

MASON, WAYNE
WIZ = HE408Y      AWD = A984200
CV - CMXXXXXXXXXXXXX7943
FTN AD/M610686              T5

OUT TPA 10MAY10/1149 MI = 10853
 IN TPA 13MAY10/1028 MI = 10916
     63 MI@           45.00 =
      3 DY@ HR@ 33.76 =
$ .47/DY ERF              135.00
 **10 40% FEE              1.41
 7.5% TX FF MIDY          14.32
FUEL SERVICE             13.99
$ 2.00 /DY SSU             .18
$ 0.01 /DY TBS            6.00
$ 0.35 /DY VLF             .03
TAXABLE SUBTOT           1.05
TAX 7.000%              171.98
                        12.04

TOTAL CHARGES =        184.02
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE        .47/DY
TIRE BATT. SURCH.
```

★ Please check your car for personal effects. ★

The Palm-Tampa Bay
205 Westshore Plaza Drive
Tampa, FL
813-849-7256
www.ThePalm.com

* * * * Restaurant * * * *

679 DANIEL B
-----------------------------------
Tbl 43/1        Chk 696           Gst 4
          May10'10 06:41PM
-----------------------------------
1 Hrts Palm                    11.50
2 Mixed Green                  20.00
2 Filet 9oz                    81.00
1 N.Y. 12oz                    40.50
1 837-4#Lob                    66.50
3 Baked Potato                 25.50
2 Decaf Coffee                  7.00
1 Espresso                      4.00
2 Berries                      22.00
2 Mac 12                       25.50
Misc Personal Charge         ⟨160.00⟩
1 Asparagus                    11.50
1 Spinach                       9.50
  Comp$ Disc                   10.00-

  Subtotal                    474.50
  Tax                          33.22
  Total                       507.72

  Food Tax                     20.93
  Alcohol                      12.29


837 Club members earned
484 points.
Not a member?
Ask your server for details.


Restaurant Week at The Palm!

For only $39.95 per person,
you can enjoy a classic Palm
Dinnerr -- choice of starter,
entree and two personal sides.

The Palm-Tampa Bay
205 Westshore Plaza Drive
Tampa, FL
813-849-7256
www.ThePalm.com

* * * * Restaurant * * * *
Date:        May10'10 08:36PM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXXX7943
Trans Key:   AIA003207143615
Exp Date:    XX/XX
Auth Code:   412850
Check:       696
Table:       43/1
Server:      679 DANIEL B

Subtotal:        507.72
Tip:             1.00

Total:           607.72

Signature

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

DONATELLO, INC
232 N DALE MABRY HWY
TAMPA, FL 33609
813-875-6660

BATCH: 487
S-A-L-E-S O-R-A-F-T
73522720
907850000001

REF:      0006
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:    MAY 11, 10   20:28:12

**AMOUNT**                    $447.74

**TIP**                       _____

**TOTAL**                     $37.26

ACCT: ************7943        EXP: **/**
AP: 789468
NAME: WAYNE B MASON
CUST. 0
TAX                           $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

Bay Breeze Cafe
5426 Bay Center Drive
Tampa, Florida
DATE 05/10/2010 MON   TIME 12:05

Misc.                         $6.25
Misc.                         $1.50
Misc.                         $1.30
Misc.                         $1.30
TAX1                          $0.72
TOTAL                         $11.07
CASH                          $11.07
Let us cater your next event
          (813) 28° 8'00
0                   No        00000

# Garner, Lavella

**From:**     Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:**     Friday, April 30, 2010 11:22 AM
**To:**       Mason, Wayne B.
**Subject:**  Your Trip Information - DCA to Tampa 5/5/10

**ORBITZ**
**FOR BUSINESS**

Sedgwick
CLAIMS MANAGEMENT SERVICES

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **DCA to Tampa 5/5/10**:

An air reservation has been added.

This air reservation has now been ticketed.

A car reservation has been added.

## Your current trip information - DCA to Tampa 5/5/10
This trip includes **flights and car rental** .

## Flight reservation

**Orbitz record locator:**  AP270601T3K7LG8M
**Airline record locator:**  US Airways - C8KW8P
**Ticket numbers:**  0377843890373
**Total flight cost:**  $101.70 USD
**Traveler(s)**       **Frequent flier details**

WAYNE MASON    United Airlines Mileage Plus
               00122183343

**Wednesday, May 5, 2010**
**US Airways 1741** Economy  |  Boeing 737-400 Passenger (734) | 2hr 21min | 818 miles

Depart:  **3:10pm  Washington, DC** Washington Ronald Reagan National (DCA)
Arrive:  **5:31pm  Tampa, FL** Tampa International (TPA)

Seat: 15C | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** At least one airline in this trip charges an additional fee for checked baggage. This fee is not included in your total trip cost.
**See details**

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

1

## Flight reservation

Orbitz record locator:     AP270601X838TY8M
Airline record locator:    American Airlines - KPHSQO
Ticket numbers:            0017844884680
Total flight cost:         $240.70 USD
Traveler(s)                **Frequent flier details**

WAYNE MASON      American Airlines AAdvantage
                 M610686

**Friday, May 7, 2010**
**American Airlines 819** Economy | McDonnell Douglas MD-80 (M80) | 2hr 50min | 920 miles

Depart:  **8:05am  Tampa, FL** Tampa International (TPA)
Arrive:  **9:55am  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Seat: 11B | Your flight is confirmed. Seat is confirmed. You may **review seats.**

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

Please note: American Airlines charges an additional fee for checked baggage. The fee is not included in your total trip cost. See details

### Important fare notes
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket for more information.

## Car rental reservation

Confirmation number: 11560194US2
Primary driver: WAYNE MASON
Loyalty program HE408Y
Daily rate: $45.00*

Avis Midsize

| | | |
|---|---|---|
| Pick-up | **Wed, May 5, 2010 5:30 PM EDT** | Tampa International (TPA) (in terminal)<br>**Phone: 813-396-3500**<br>800-331-1212<br>**Hours: Open 24 hours** |
| Drop-off | **Fri, May 7, 2010 8:00 AM EDT** | drop-off location same as pick-up location listed above |

### Additional car information

Note: When you pick up your car, you must have a valid credit card in the driver's name

Car details: Pontiac G6(or similar), Midsize Car Air Conditioning, Automatic Transmission

Arriving on flight: American Airlines flight 1741

Shuttle information SHUTTLE SERVICE IS NOT AVAILABLE AT THIS LOCATION.

Car Tax Information: TAX AND FEES ARE ADDITIONAL..NOT INCLUDED IN RATES..AND STATED SEPARATELY ON THE RENTAL AGREEMENT.

7.00 PERCENT STATE AND LOCAL TAX.
10.40 PERCENT CONCESSION RECOVERY FEE.
2.01 USD PER DAY FLORIDA SURCHARGE AND WASTE TIRE
AND BATTERY FEE.
0.35 USD PER DAY VEHICLE LICENSE FEE.
0.52 USD PER DAY ENERGY RECOVERY FEE.

FREQUENT TRAVELER PARTNER SURCHARGE -
FOR RENTALS IN THE UNITED STATES PUERTO RICO

ST. THOMAS ST. CROIX AND CANADA WHEN THE RENTER
CHOOSES TO RECEIVE FREQUENT TRAVELER POINTS/MILES
FROM THE FOLLOWING TRAVEL PARTNERS AVIS WILL ASSESS
A FREQUENT TRAVELER SURCHARGE EQUIVALENT TO USD .75
PER DAY (EXCEPT 1.00 PER DAY FOR SOUTHWEST). THE
AMOUNT ASSESSED IS COLLECTED BY AVIS TO OFFSET A
PORTION OF AVIS*S ANNUAL COST OF PARTICIPATION IN
FREQUENT TRAVELER PROGRAMS.

* ALASKA AIRLINES * CHOICE HOTELS
* CONTINENTAL AIRLINES * DELTA AIRLINES
* HAWAIIAN AIRLINES * MIDWEST AIRLINES
* NORTHWEST AIRLINES * SOUTHWEST AIRLINES
* UNITED AIRLINES * US AIRWAYS
* VIRGIN AMERICA

FREQUENT FLYER TAX RECOVERY SURCHARGE *FTP*
FOR RENTALS IN THE UNITED STATES PUERTO RICO
ST. THOMAS ST. CROIX AND CANADA WHEN THE RENTER
CHOOSES TO RECEIVE MILES IN THE AMERICAN AIRLINES
AADVANTAGE PROGRAM THE FREQUENT FLYER SURCHARGE WILL
BE CALCULATED BASED ON THE FEDERAL EXCISE TAX EXPENSE
INCURRED BY AVIS WHEN IT PURCHASES MILES FROM
AMERICAN AIRLINES. UNDER THE TAX RELIEF ACT OF 1997
ALL COMPANIES THAT PURCHASE FREQUENT FLYER MILES FROM
AIRLINES MUST PAY A 7.5 PERCENT EXCISE TAX ON THE COST
OF THOSE MILES (APPROXIMATELY .06 CENTS PER RENTAL
DAY). THE 7.5 PERCENT FREQUENT FLYER TAX RECOVERY
SURCHARGE *FTP* APPLIES TO ALL U.S. STATES EXCEPT
ARIZONA CALIFORNIA MISSOURI OREGON AND WYOMING.

**Mileage and rates\*\***

Unlimited

Daily rate:  $45.00*

extra hour: $33.76

extra day:  $45.00

** Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional
charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional
weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays.
Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in
local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

**Flight cost summary**

| | | |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $94.70 | |
| **Orbitz for Business fees** | | |
| Online transaction fee | $7.00 | |
| Total | $101.70 USD | |

**Billing information**
Card holder's Name:
    Wayne B Mason
Card type:
    MasterCard
Card number:
    xxxxxxxxxxx7943

**Flight cost summary**

| | | |
|---|---|---|
| Airfare, WAYNE MASON (Adult) | $233.70 | |
| **Orbitz for Business fees** | | |
| Online transaction fee | $7.00 | |
| Total | $240.70 USD | |

**Billing information**
Card holder's Name:
    Wayne B Mason
Card type:
    MasterCard
Card number:
    xxxxxxxxxxx7943

**Car rental cost summary**

This is an alternate corporate rate. Your corporate discount number has been applied. Corporate benefits and/or insurance may or may
not apply. Contact your Travel Manager for additional information.

|  | Total | $112.55 USD* |
|---|---|---|
| Amount paid at reservation | | $0.00 USD |
| Amount due upon rental | | |
| Car rental estimate including taxes and fees | | $112.55 USD |

*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

### Flight

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

### Car

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00000-000000**

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**



Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-106-65182 | May 28, 2010 | 2323-3788-5 | 4 of 13 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** May 19, 2010  **Cust. Ref.:** 07000.013351  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Ruth Scott | Lee Russell | |
| Tracking ID | 793555752757 | SEDGWICK,DETERT,MORAN & ARNOLD | CPS Companies | |
| Service Type | FedEx Priority Overnight | 1717 Main Street.#5400 | 9528 LOMA VISTA DR | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | DALLAS TX 75243 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 17.00 |
| Delivered | May 20, 2010 08:49 | Fuel Surcharge | | 0.83 |
| Svc Area | A2 | Discount | | -9.69 |
| Signed by | see above | Residential Delivery | | 2.50 |
| FedEx Use | 000000000/0000186/02 | **Total Charge** | **USD** | **$10.64** |

**Picked up:** May 19, 2010  **Cust. Ref.:** 10711-1  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Tiffiney Rogers | Robert Sacks | |
| Tracking ID | 793557479015 | SEDGWICK,DETERT,MORAN | SDMA | |
| Service Type | FedEx Standard Overnight | 1717 Main | 2400 E COMMERCIAL BLVD STE 110 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | FORT LAUDERDALE FL 33308 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 20, 2010 09:44 | Transportation Charge | | 22.60 |
| Svc Area | A1 | Discount | | -12.88 |
| Signed by | L.HERRING | Fuel Surcharge | | 0.83 |
| FedEx Use | 000000000/0000244/_ | **Total Charge** | **USD** | **$10.55** |

**Picked up:** May 19, 2010  **Cust. Ref.:** 00999-000028  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 22.0 lbs., 23" x 20" x 9", divided by 194.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Charlton Craig | Monique DeLeon :) | |
| Tracking ID | 793558144008 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 1111 BAGBY ST STE 2300 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | HOUSTON TX 77002 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Actual Weight | 20.0 lbs, 9.1 kgs | | | |
| Rated Weight | 22.0 lbs, 10.0 kgs | Transportation Charge | | 52.60 |
| Declared Value | USD 1,500.00 | Discount | | -29.98 |
| Delivered | May 20, 2010 08:44 | Direct Signature | | 0.00 |
| Svc Area | A1 | Declared Value Charge | | 10.50 |
| Signed by | C.ROGERS | Fuel Surcharge | | 1.92 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$35.04** |



**Picked up: May 19, 2010**  **Cust. Ref.: 10711.000001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
• Distance Based Pricing, Zone 5

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Wayne B. Mason | Dennis Frostic | |
| Tracking ID | 793558150080 | SDMA | McCullough, Campbell & Lane LL | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 205 N MICHIGAN AVE STE 4100 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | CHICAGO IL 60601 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 20, 2010 09:48 | Transportation Charge | | 24.70 |
| Svc Area | A1 | Fuel Surcharge | | 0.90 |
| Signed by | D.PARKER | Discount | | -14.08 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$11.52** |

**Dropped off: May 19, 2010**  **Cust. Ref.: 02060.060021**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
• Distance Based Pricing, Zone 6
• Package sent from: 22101 zip code

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Ruth Scott | Nina S. McDonald | |
| Tracking ID | 799674955486 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick Detert Moran & Arnold | |
| Service Type | FedEx Priority Overnight | 1717 Main Street #5400 | 1717 MAIN ST STE 5400 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | DALLAS TX 75201 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 20, 2010 09:04 | Transportation Charge | | 25.40 |
| Svc Area | A1 | Fuel Surcharge | | 0.93 |
| Signed by | C.KIRCHENBAUER | Discount | | -14.48 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$11.85** |

**Picked up: May 19, 2010**  **Cust. Ref.: GSM Personal/Sarah's Apt**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment. 009lle · 004532
• Distance Based Pricing, Zone 6

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Angela Lansford | ATTN: GUEST GEORGE MCCALL | |
| Tracking ID | 799678329661 | SEDGWICK,DETERT,MORAN | Embassy Suites | |
| Service Type | FedEx First Overnight | 1717 Main Street | 102 N END AVE | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | NEW YORK NY 10282 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | May 20, 2010 07:26 | | | |
| Svc Area | A1 | Transportation Charge | | 66.05 |
| Signed by | R.SANDS | Fuel Surcharge | | 5.61 |
| FedEx Use | 000000000/0000014/_ | **Total Charge** | **USD** | **$71.66** |

**Picked up: May 19, 2010**  **Cust. Ref.: 0886.08**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
• Distance Based Pricing, Zone 7
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
• Minimum Billable Weight was applied.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 799678856100 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 1 MARKET PLZ | |
| Package Type | FedEx Box | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | May 20, 2010 09:27 | Transportation Charge | | 42.75 |
| Svc Area | A1 | Discount | | -24.37 |
| Signed by | J.VISAN | Fuel Surcharge | | 1.56 |

Continued on next page



013037 3/7

# Premier Transportation

**Invoice**

1341 W. Mockingbird Lane, Suite 201E
Dallas, TX 75247



**PREMIER**
TRANSPORTATION

| Bill To |
|---|
| Sedgwick, Detert, Moran & Arnold |
| Keri Wood |
| 1717 Main Street |
| Suite 5400 |
| Dallas, TX 75201 |

| Date | Due Date | | Phone # | Fax # | | P.O. No. | Invoice # |
|---|---|---|---|---|---|---|---|
| 5/10/2010 | 6/9/2010 | | 214-351-7000 | 214-351-7020 | | | 344102 |

| Description | Rate |
|---|---|
| Contact: Garner, Lavella [344102] | 0.00 |
| Pass.   : Wayne B. Mason | 0.00 |
| Rate: Fixed rate $64 [Sedan] | 0.00 |
| From 5/10/2010 6:45AM to 5/10/2010 8:00AM | 0.00 |
| Pick Up: Mason Residence - 8722 Sanshire Ave , Dallas, TX | 0.00 |
| Drop Off: Dallas-Ft Worth Intl - AA # 614@08:20 To TPA | 0.00 |
| Trip Charges | 64.00 |
| Gratuity at 20.00% | 12.80 |
| Fuel Surcharge | 5.12 |
| Airport Tolls | 6.00 |
| Administrative Fee | 6.40 |

OK TO PAY
DATE: 6/7/10
INITIAL: WBM #2985
C/M NO: 10711.000001

'10 JUN 11 PM 8:39

*AP1335850*

| | Total | $94.32 |
|---|---|---|



Tracking ID: 798673018826 continued

| | | | | |
|---|---|---|---|---|
| FedEx Use | 000000000/0000014/_ | **Total Charge** | USD | $119.08 |

**Picked up:** May 18, 2010    **Cust. Ref.:** 886-08    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Office Services | |
| Tracking ID | 798675501022 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick Detert Moran & Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 919 CONGRESS AVE STE 1250 | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 22.75 |
| Delivered | May 19, 2010 12:54 | Fuel Surcharge | | 0.83 |
| Svc Area | A1 | Discount | | -12.97 |
| Signed by | C.RABB | **Total Charge** | USD | **$10.61** |
| FedEx Use | 000000000/0001305/_ | | | |

**Picked up:** May 18, 2010    **Cust. Ref.:** 10711.000001    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Wayne B. Mason | Devon G. Coughlan | |
| Tracking ID | 798675905330 | SDMA | Conflict Solutions | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | 1880 N CONGRESS AVE STE 214 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | BOYNTON BEACH FL 33426 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 25.40 |
| Delivered | May 19, 2010 09:04 | Discount | | -14.48 |
| Svc Area | A2 | Fuel Surcharge | | 0.93 |
| Signed by | E.SILBERSTEIN | **Total Charge** | USD | **$11.85** |
| FedEx Use | 000000000/0000230/_ | | | |

**Picked up:** May 18, 2010    **Cust. Ref.:** 4256    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | SONJI G WILLIAMS | MARCIA ARMSTRONG | |
| Tracking ID | 870680581959 | SEDGWICK,DETERT,MORAN & ARNOLD | 608 N E 16TH ST | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | OKLAHOMA CITY OK 73105 US | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 17.50 |
| Delivered | May 19, 2010 12:05 | Fuel Surcharge | | 0.85 |
| Svc Area | A1 | Residential Delivery | | 2.50 |
| Signed by | see above | Discount | | -9.98 |
| FedEx Use | 013814541/0000211/02 | **Total Charge** | USD | **$10.87** |

| | | |
|---|---|---|
| **Shipper Subtotal** | USD | **$998.18** |
| **Total FedEx Express** | USD | **$998.18** |

