**AmericanAirlines**

06 Oct 2010 12:52 EST
AA2524 DFW-PBI
098215
Device ID GLX00030330
Transaction: 10053121976

Sale

| Product | Price | Qty | Amt. |
|---|---|---|---|
| CLIZ CRACKERS | 4.49 | 1 | 4.49 |
| Total | USD | | 4.49 |
| MC 5541 | USD | | 4.49 |

AmericanAirlines®
We Know Why You Fly℠

---

STARBUCKS COFFEE A37
DALLAS FT WORTH INT'L AIRPORT

4875 Irene
---------------------------------
CHK 7971 OCT06'10 12:20PM  GST 2
---------------------------------
## Subtotal

| 1 GRND LATTE G | 3.70 |
|---|---|
| 1 SCONES CINNAMON | 2.39 |

SUBTOTAL          6.09
TAX               0.50
AMOUNT PAID     6.59
Stbk Card         6.59
        Amount 6.59
     TerminalID Z0051158
        RefrNbr 86385623
Redemption Approved for $6.59
     Card Balance 48.31
     Gift Card Charge 6.59

Your order number is 7978

---

HMSHOST/TARRA ENTERPRISES
STARBUCKS COFFEE C
PALM BEACH INT'L AIRPORT

213654 Edna
---------------------------------
CHK 5154                    GST 1
     OCT08'10  1:43PM
---------------------------------
     TO GO

1 LATTE          G      3.55

   SUBTOTAL            3.55
   TAX                 0.24
   AMOUNT PAID       3.79
   6046041791563384
   60460417914551
   Bal: 44.52
   STBK CARD            3.79

THANK YOU FOR YOUR BUSINESS!

Morton's The Steakhouse
777 S. Flager Dr.
West Palm Beach, FL 33401
(561) 835-9664

Server: Mike                    10/07/2010
Table 45/1                        8:43 PM
Guests: 2                          30003
Area: Dining Room

Misc Personal Charge              ⟨10.25⟩
Misc Personal Charge
S&S Salad for 1                     0.00
  Iceberg Wedge, Promo
Steak & Seafood For 1              54.99
  Filet & Sea Scallops
Sides for 1 (2 @0.00)               0.00
  Baked Potato, Promo
Desserts for 1 (2 @0.00)            0.00
  Creme Brulee, Promo
Misc Personal Charge               ⟨8.95⟩
Misc Personal Charge              ⟨11.00⟩
Misc Personal Charge
Cappuccino                          5.95
No Beverage                         0.00
Misc Personal Charge               ⟨8.95⟩
S&S Salad for 1                     0.00
  Caesar Salad, Promo
Steak & Seafood For 1              54.99
  Filet & Crab Cake

Subtotal                          155.08
Tax                                10.08

Total                             165.16

Balance Due                    $ 165.16

          Celebrate your holidays    25.00
               at Morton's!
            Learn more about        190.16
            Group Dining and
            our Gift Card Offer
         at mortons.com/holidays.

DCK plus local
counsel
Tim Woodward





**West Palm Beach 10/6/10**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 10/04/10

## Flight reservation

Orbitz record locator:    AP270601N990GXPA          **Traveler(s)**    **Frequent flier details**
Airline record locator:   American Airlines - MVKNLD   DAVID KENT       American Airlines AAdvantage
Reservation made by:     david:kent@sdma.com                           H106810
Ticket numbers:          0017854901513
**Total flight cost:**    **$592.40 USD**

---

### Leave Wednesday, October 6, 2010

**American Airlines 2524**   Economy | Boeing 737-800 Passenger (738) | 2hr 35min | 1096 miles

Depart:  **12:55pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:  **4:30pm    West Palm Beach, FL** West Palm Beach International (PBI)

   **Your flight is confirmed. The airline will assign seats at check-in.**
   **Upgrade requested.**

About upgrades

---

### Return Friday, October 8, 2010

**American Airlines 1486**   Economy | Boeing 737-800 Passenger (738) | 2hr 55min | 1096 miles

Depart:  **5:20pm    West Palm Beach, FL** West Palm Beach International (PBI)

Arrive:  **7:15pm    Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Seat: 17E |   **Your flight is confirmed. Seat is confirmed. You may**
   **Upgrade requested.**

About upgrades

---

## Hotel reservation

Orbitz Record Locator:      N87JCB
Hotel Confirmation number:  3398899741NONMKINGCONF
Reservation made for:       David Kent
                            (Must check in for this reservation)
Reservation made by:        david.kent@sdma.com
Loyalty programs:           Hilton HHonors   427205835

**Total charges :**         218.00 USD (taxes not included)

---

**Hilton Garden Inn West Palm**      1611 Worthington Road            **Phone:** 1-561-472-5956
**Beach Airport**                    West Palm Beach, FL  33409        **Fax:** 1-561-472-5957

Check-in:   **Wed, Oct 6, 2010**     1500
Check-out:  **Fri, Oct 8, 2010**     1200

**Room description:** Best available rate 1 king bed 1 bedroom suite separate living area-sofabed-duvet

---

## Car rental reservation



| Name and Address |
|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201

Confirmation # 3398899741

10/08/10  PAGE  1

**HILTON GARDEN INN WEST PALM BEACH**

| | |
|---|---|
| Room | 323//K1RRU1 |
| Arrival Date | 10/06/10 |
| Departure Date | 10/08/10 |
| Adult/Child | 1/0 |
| Room Rate | $109.00 |
| Rate Plan | V-LV7 |
| HHonors # | 427205835 |
| Airline: | |

| Hotel Address |
|---|

1611 WORTHINGTON ROAD
WEST PALM BEACH, FL 33409

Reservations
www.hiltongardeninn.com or
1-877-STAY-HGI

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/06/10 | 378581 | GUEST ROOM | $109.00 |
| 10/06/10 | 378581 | STATE TAX | $7.09 |
| 10/06/10 | 378581 | RM OCCUPANCY TAX | $5.45 |
| 10/07/10 | 378789 | GUEST ROOM | $109.00 |
| 10/07/10 | 378789 | STATE TAX | $7.09 |
| 10/07/10 | 378789 | RM OCCUPANCY TAX | $5.45 |
| 10/08/10 | 378835 | ***************5541 | ($243.08) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.

          

**From:** TollTag Store [customernotifications@ntta.org]
**Sent:** Saturday, October 09, 2010 3:07 AM
**To:** Kent, David
**Subject:** Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | October 08, 2010 18:31 | **Lane:** | DFW-NORTH-11 |
| **Exit :** | October 08, 2010 19:34 | **Lane:** | DFW-NORTH-57 |

**Tag Number:** DNT.01470988  **License Plate:** 15KWS3  **License State:** TX

**Parking Fee:** $2.00

**NTTA Tag Charged:** $2.00

Taxes included.

Thank you for parking at DFW Airport.

**From:** FreedomPark Reservations [reservations@freedomparkdfw.com]
**Sent:** Friday, October 08, 2010 9:06 PM
**To:** Kent, David
**Subject:** Airport Parking Receipt - David Kent

# Freedom**Park**                    **Airport Parking Receipt**

*Curbside Parking at DFW Airport*

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1230530
Date: 10/6/2010 8:29:33 AM

SOLD        David Kent
TO          214-535-6703
            david.kent@sdma.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|----------------|-------------|----------------|--------------|
| 1230530 | 10/6/2010 | 10/8/2010 | | $78.77 |

Charges for MasterCard ending in 1496 - Personal

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|--|
| Parking | 3 | $22.00 | $66.00 | $5.45 | $7.33 | | $78.77 | |
| | | | | | | Credit Card Total $78.77 | | |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

### DFW AIRPORT RAISES PARKING RATES
Effective October 1st 2010 **DFW AIRPORT TERMINAL PARKING** will increase from $17 per day to $19 per day.
Effective immediately **DFW AIRPORT VALET PARKING** is now $22 per day plus tax. **FreedomPark's rates will remain unchanged.**

### Thanks for using FreedomPark!

## Expense Report - Transmittal Report



ER00000029852100102

| | | | |
|---|---|---|---|
| Spender Wayne B. Mason | From Oct 3, 2010  To Oct 5, 2010 | Reimbursement Amt 1,413.34 USD |

Report name Tampa

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 13 | Audit required | Yes |
| Number of receipts to submit | 11 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 10/3/10 | Individual Meal | United St... | 54.78 USD | Jennifer M. Arevalo |
| 10/3/10 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 10/3/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 10/4/10 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 10/4/10 | Individual Meal | United St... | 52.82 USD | Jennifer M. Arevalo |
| 10/4/10 | Lodging | United St... | 110.88 USD | Jennifer M. Arevalo |
| 10/4/10 | Group Meal | United St... | 376.51 USD | Jennifer M. Arevalo |
| 10/5/10 | Airfare | United St... | 454.85 USD | Jennifer M. Arevalo |
| 10/5/10 | Car Rental | United St... | 116.73 USD | Jennifer M. Arevalo |
| 10/5/10 | Individual Meal | United St... | 44.98 USD | Jennifer M. Arevalo |
| 10/5/10 | Group Meal | United St... | 28.91 USD | Jennifer M. Arevalo |

**0051**                          Rec: 46
Server: SANDRA S (#469)
10/04/10 20:42, Swiped   T: 42 Term: 1

CAFE DUFRAIN
707 Harbour Post Drive
TAMPA, FL
(813)275-9701
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX5580
Name: WAYNE B MASON
00 TRANSACTION APPROVED
AUTHORIZATION #: 680483
Reference: 1004010000051
TRANS TYPE: Credit Card SALE

CHECK:              316.51

TIP:                 60.—

TOTAL:              376.51

X _____

PHONE: (    )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Please give signed copy to your server.

---

# CAFE DUFRAIN
# HARBOUR ISLAND
# 813/275-9701
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

0051  Table 42  #Party 3
SANDRA S    SvrCk: 24  6:41p 10/04/10

Misc Personal Charge           <78.00>
1 CONFIT OF MUSHROOMS            8.50
1 PORK CHEEKS                    7.50
1 CRISP THAI CALAMARI            8.50
1 XTRA FOCACCIA                  0.00
Misc Personal Charge           <85.00>
1 DIVER SCALLOPS                24.00
1 WOOD GRILLED-MEATS
  bone-in rib eye-gr  (26.00    26.00
1 WOOD GRILLED-MEATS,
  veal porterhouse-gr    27.00  27.00
1 SIDE BRAISED COLLARDS          5.00
1 SIDE CORN PUDDING              5.00
2 CARROT CAKE                   14.00
1 ICE CREAM/SORBE                4.00
2 COFFEE REG                     3.30

                  Sub Total: 295.80
           Tax   :   20.71
                  Sub Total: 316.51
10/04  8:36p TOTAL:    316.51

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Thank you for thinking of us.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Today's Parking Validation Code is: 3418
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

**INFORMATION INVOICE**

Payee  Wayne Mason
        1717 Main St Ste 5400
        Dallas TX 752017367
        United States

Membership
Bonus Code
Confirmation No.  4538914501
Group Name

Room No.    1142
Arrival      10-03-10
Departure   10-06-10
Page No.    1 of 2
Folio Window  1
Folio
Invoice

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 10-03-10 | - In Room Dining Dinner Food | Room# 1142 : CHECK# 0295648 | 54.78 | |
| 10-03-10 | Valet Parking | | 12.00 | |
| 10-03-10 | Package Room | | 99.00 | |
| 10-03-10 | State Sales Tax | | 6.93 | |
| 10-03-10 | Occupancy Tax | | 4.95 | |
| 10-04-10 | - In Room Dining Breakfast Food | Room# 1142 : CHECK# 0295898 | 52.82 | |
| 10-04-10 | Valet Parking | | 12.00 | |
| 10-04-10 | Package Room | | 99.00 | |
| 10-04-10 | State Sales Tax | | 6.93 | |
| 10-04-10 | Occupancy Tax | | 4.95 | |
| 10-05-10 | - In Room Dining Breakfast Food | Room# 1142 : CHECK# 0295781 | 44.98 | |
| 10-05-10 | Valet Parking | | 12.00 | |
| 10-05-10 | Package Room | | 99.00 | |
| 10-05-10 | State Sales Tax | | 6.93 | |
| 10-05-10 | Occupancy Tax | | 4.95 | |
| 10-06-10 | Master Card | XXXXXXXXXXXX5580    XX/XX | | 521.22 |



GRAND HYATT TAMPA BAY

Grand Hyatt Tampa Bay
2900 Bayport Drive
Tampa, FL 33607
Tel: 813-874-1234
Fax: 813-207-6790

## INFORMATION INVOICE

| Payee | Wayne Mason |
| | 1717 Main St Ste 5400 |
| | Dallas TX 752017367 |
| | United States |

| Room No. | 1142 |
| Arrival | 10-03-10 |
| Departure | 10-06-10 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | |
| Invoice | |

Membership

Bonus Code

Confirmation No.   4530314501

Group Name

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | No frequent traveler account has been credited for this stay. To enroll in Gold Passport, call 1-800-51-HYATT, or visit www.GoldPassport.com. | | |
| | **Total** | 521.22 | 521.22 |
| | **Balance** | 0.00 | |

**Guest Signature**

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Thank you for choosing Grand Hyatt Tampa Bay**

"HOW WAS YOUR STAY AT THE GRAND HYATT TAMPA BAY?"

If you can not rate your visit as "EXCELLENT" please let us know.
We want you to leave satisfied! Simply contact us at:
tparw.quality@hyatt.com
Thank you for staying with us.
Paul Joseph
General Manager

Question regarding your bill?  Please contact 888-472-2860 or email
na.tparwaccounting@hyatt.com

Please forward all invoice payments to:

**Grand Hyatt Tampa Bay**
**P.O. Box 840935**
**Dallas, TX 75284 - 0953**

**We hope to welcome you back to Grand Hyatt Tampa Bay**

BAY BREEZE CAFE
5426 BAY CENTER DR SUI
TAMPA, FL 33609
8132828100

TERMINAL ID.:                74580915
MERCHANT #:              000000859459

MASTERCARD
XXXXXXXXXX5580 EXP:XX/XX     SWIPED
SALE
BATCH: 000127      INV: 000048
Oct 05, 10              12:36
RRN: 027816401470   AUTH:776784
TRAN SEQ #: 015020

APPROVAL 776784

BASE                   $28.91

TIP          $----------------

TOTAL        $----------------

WAYNE B MASON

NO REFUNDS

CUSTOMER COPY

---

RENTAL NUMBER    CAR NUMBER     CAR GROUP

721991701        51348345        E

**MASON,WAYNE**
WIZ = HE408Y       AWD = A984200
CV - CMXXXXXXXXXXX5580
FTN AD/M610686               PO

OUT TPA 03OCT10/2037 MI =  6664
IN  TPA 06OCT10/1215 MI =  6712
       48 MI@     .40 =
          HR@   31.51 =
        3 DY@   42.00 =    126.00
$.50/DY ERF             =      1.50
**10.40% FEE            =     13.53
FUEL SERVICE            =     13.99
7.5% TX FF MIDY         =       .19
$  2.00 /DY SSU         =      6.00
$  0.02 /DY TBS         =       .06
$  0.78 /DY VLF         =      2.34
TAXABLE SUBTOT          =    163.61
TAX 7.000%              =     11.45

TOTAL CHARGES      =    175.06
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE    .50/DY
STATE SURCHARGE
TIRE BATT. SURCH.

        Go to Avis.com to
        Receive E-Receipts.

---

RENTAL NUMBER    CAR NUMBER     CAR GROUP

721991701        51348345        E

**MASON,WAYNE**
WIZ = HE408Y       AWD = A984200
CV - CMXXXXXXXXXXX5580
FTN AD/M610686               PO

VEH LIC. REC. FEE
FF MLS/PNTS EARNED    150

*Please check your car for personal effects.*

**Garner, Lavella**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Thursday, September 23, 2010 3:09 PM |
| **To:** | Mason, Wayne B. |
| **Subject:** | A Change to Your Flight Itinerary - San Francisco/Columbus MS/Tampa 9/27/10 |

**ORBITZ**
FOR BUSINESS

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

Hello Wayne,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **San Francisco/Columbus MS/Tampa 9/27/10**:

The airline has notified us of a schedule change to your itinerary. If the updated itinerary below is acceptable, no further action is necessary. We will continue to monitor your itinerary and make every effort to alert you to any major changes.

---

## Your current trip information - San Francisco/Columbus MS/Tampa 9/27/10
This trip includes **flights** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601J4RP7QMI |
| **Airline record locator:** | American Airlines - IQNPWW |
| **Reservation made by:** | wayne.mason@sdma.com |
| **Ticket numbers:** | 0017854074181 |
| **Traveler(s)** | **Frequent flier details** |
| WAYNE MASON | American Airlines AAdvantage |
| | M610686 |

### Updated itinerary

**Flight 1: Monday, September 27, 2010**
**American Airlines 1185** First Class | McDonnell Douglas MD-83 (M83) | 4hr 0min | 1619 miles

Depart: **9:25am Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive: **11:25am Portland, OR** Portland International (PDX)

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

Change planes. Time between flights: **6hr 30min**

**American Airlines 7596** Economy | Canadair Regional Jet 700 (CR7) | 1hr 43min | 550 miles
Operated by: HORIZON AIR -- QX 7596. Please check in with the operating carrier.

Depart: **5:55pm Portland, OR** Portland International (PDX)
Arrive: **7:38pm San Francisco, CA** San Francisco International (SFO)

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

Total duration: 12hr 13min | Total miles: 2169 miles

**Flight 2: Thursday, October 7, 2010**
**American Airlines 1363** Boeing 737-800 Passenger (738) | 2hr 35min | 920 miles

Depart: **8:25am Tampa, FL** Tampa International (TPA)
Arrive: **10:00am Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

**Seat:** 6B | Your flight is confirmed. Seat is confirmed. You may **review seats.**

1

This flight departs from a different airport.

## Previous itinerary

**Flight 1: Monday, September 27, 2010**
**American Airlines 399** First Class | Boeing 767-300 Passenger (763) | 3hr 35min | 1468 miles

Depart: **3:55pm** **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive: **5:30pm** **San Francisco, CA** San Francisco International (SFO)

**Flight 2: Thursday, October 7, 2010**
**American Airlines 1363** First Class | Boeing 737-800 Passenger (738) | 2hr 35min | 920 miles

Depart: **8:25am** **Tampa, FL** Tampa International (TPA)
Arrive: **10:00am** **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

This flight departs from a different airport.

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

### Important fare notes
There is a change of airports at the destination.*
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601J5K8FEMI |
| Airline record locator: | Delta Air Lines - GT75XZ |
| Reservation made by: | wayne.mason@sdma.com |
| Ticket numbers: | 0067854075362 |
| Total flight cost: | $1,667.40 USD |
| Traveler(s) | **Frequent flier details** |

WAYNE MASON    Delta Air Lines SkyMiles
                            2010915557

**Flight 1: Thursday, September 30, 2010**
**Delta Air Lines 1480** First Class | Boeing 757 Passenger (757) | 4hr 43min | 2135 miles

Depart: **7:15am** **San Francisco, CA** San Francisco International (SFO)
Arrive: **2:58pm** **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)

**Seat: 7B** | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Change planes.** Time between flights: **1hr 18min**
**Delta Air Lines 3190** Economy | Saab SF340A/ 340B (SF3) | 1hr 38min | 228 miles
Operated by: MESABA DBA DELTA CONNECTION . Please check in with the operating carrier.

Depart: **4:16pm** **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)
Arrive: **4:54pm** **Columbus, MS** Columbus Golden Triangle Reg. (GTR)

**Seat: 9C** | Your flight is confirmed. Seat is confirmed. You may **review seats.**
Total duration: 7hr 39min | Total miles: 2363 miles

**Flight 2: Sunday, October 3, 2010**
**Delta Air Lines 3189** Economy | Saab SF340A/ 340B (SF3) | 1hr 34min | 228 miles
Operated by: MESABA DBA DELTA CONNECTION . Please check in with the operating carrier.

Depart: **3:30pm** **Columbus, MS** Columbus Golden Triangle Reg. (GTR)
Arrive: **6:04pm** **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)

**Seat: 1C** | Your flight is confirmed. Seat is confirmed. You may **review seats.**

**Change planes.** Time between flights: **0hr 56min**
**Delta Air Lines 1491** First Class | Boeing 757 Passenger (757) | 1hr 34min | 408 miles

Depart: **7:00pm** **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL)
Arrive: **8:34pm** **Tampa, FL** Tampa International (TPA)

**Seat 1B** | Your flight is confirmed. Seat is confirmed. You may **review seats.**
**Seat 1B** | Your flight is confirmed. Seat is confirmed. You may **review seats.**
This trip starts and ends at different airports.*
Total duration: 4hr 4min | Total miles: 636 miles

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

### Important fare notes
This trip departs and arrives at different airports.*
The fare for GTR is an airport-restricted fare.*
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

## Cost summary and billing information

### Flight cost summary

**Flight cost - 9/17/10**

| | |
|---|---|
| Airfare #0017839252800 | $229.70 |
| **Flight cost** | **$229.70** |

**Exchange cost - 9/17/10**

| | |
|---|---|
| Airfare #0017854074181 | $1547.40 |
| Previous airfare | -$229.70 |
| **Airfare difference** | **$1317.70** |
| Airline change fee | $150.00 |

**Orbitz for Business fees**

| | |
|---|---|
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$1,489.70  USD** |
| **Grand total itinerary cost to-date** | **$1,719.40 USD** |

**Billing information**
Card holder's Name:
  Wayne B Mason
Card type:
  MasterCard
Card number:
  xxxxxxxxxxxx5580

### Flight cost summary

| | |
|---|---|
| Airfare, WAYNE MASON (Adult) | $1,645.40 |

**Orbitz for Business fees**

| | |
|---|---|
| Offline transaction fee | $22.00 |
| **Total** | **$1,667.40 USD** |

**Billing information**
Card holder's Name:
  Wayne B Mason
Card type:
  MasterCard
Card number:
  xxxxxxxxxxxx5580

*Handwritten notes:*

454.85

4 ) 1719.40
16
2
29
16
34
32
20

1/4 = $454.85
each to
#826
#900
02278.103315
10711.00000 1

## Trip reference field information

### Flight
Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00999-000040

### Flight
Office Location Number: 8
Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 00999-000040

Visit "**My Trips**" to view, update or cancel any segment of your trip or **Traveler Update** to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at **ofbmobile.net**.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team

### Great rates


Add a Flight
Add a Car

3

## Expense Report - Transmittal Report



ER0000003021210006 1

**Spender** Kurt W. Meaders     From Sep 21, 2010 **To** Sep 24, 2010     **Reimbursement Amt** 1,172.03 USD

Report name Donovan Deposition

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 8 | Audit required | Yes |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo ,

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 9/15/10 | Airfare | United St... | 443.40 USD | Jennifer M. Arevalo |
| 9/22/10 | Individual Meal | United St... | 10.54 USD | Jennifer M. Arevalo |
| 9/22/10 | Individual Meal | United St... | 14.42 USD | Jennifer M. Arevalo |
| 9/24/10 | Car Rental | United St... | 171.30 USD | Jennifer M. Arevalo |
| 9/25/10 | Lodging | United St... | 460.92 USD | Jennifer M. Arevalo |



## Sedgwick
DETERT, MORAN & ARNOLD LLP

**Tampa 9/21/10**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 09/15/10

## Flight reservation

| | | |
|---|---|---|
| Orbitz record locator: | AP270601TZMPGGMI | |
| Airline record locator: | American Airlines - GTNKGB | |
| Reservation made by: | rita.slaten@sdma.com | |
| Ticket numbers: | 0017853620226 | |
| Total flight cost: | $480.40 USD | |

| *Traveler(s) | Frequent flier details |
|---|---|
| KURT MEADERS | American Airlines AAdvantage |
| | XRH0486 |

---

**Leave Tuesday, September 21, 2010**

**American Airlines 1482**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles
Depart:  6:20pm  **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:  9:35pm  **Tampa, FL** Tampa International (TPA)
Seat: 10D |   Your flight is confirmed. Seat is confirmed. You may review seats.

---

**Return Friday, September 24, 2010**

**American Airlines 1271**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 40min | 920 miles
Depart:  6:35pm  **Tampa, FL** Tampa International (TPA)
Arrive:  8:15pm  **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Seat: 11D |   Your flight is confirmed. Seat is confirmed. You may review seats.

---

*[handwritten: Kim - Cancel - 9-21-10 10:48 a.m. conference Room]*

*[handwritten: Kim -- Small Conference Rm. 200.00 a day. Rock Point Rm. ext. 194]*

## Hotel reservation

| | |
|---|---|
| Orbitz Record Locator: | V1172M |
| Hotel Confirmation number: | 81785778 |
| Reservation made for: | Kurt Meaders |
| | (Must check in for this reservation) |
| Reservation made by: | rita.slaten@sdma.com |
| Loyalty programs: | Hilton HHonors  872575357 |
| | |
| Total charges : | 389.97 USD (taxes not included) |

---

**Doubletree Guest Suites Tampa Bay**     3050 North Rocky Point Drive West     **Phone:** 1-813-888-8800
                                          Tampa, FL  33607-5800                 **Fax:** 1 813 888-8743

Check-in:    **Tue, Sep 21, 2010**    1600
Check-out:   **Fri, Sep 24, 2010**    1202

**Room description:** Best available rate 1 king bed 2 room suite-sofabed-nonsmoking hi speed 9.95 Day-sweet dreams experience bed

---

## Car rental reservation

| | |
|---|---|
| Confirmation number: | 27544332US4 |
| Primary driver: | KURT MEADERS |
| Reservation made by: | kurt.meaders@sdma.com |
| Loyalty program | T8N93R |

**Daily rate:**              $41.00*

| **Avis**     Midsize | | |
|---|---|---|
| **Pick-up** | **Tue, Sep 21, 2010 10:00pm** | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212 |
| **Drop-off** | **Fri, Sep 24, 2010 5:30pm** | drop-off location same as pick-up location listed above |

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

9/21 – 9/23/10 – Donovan Deposition

Airport Parking – I used Airport Valet and they were to
send receipt to email – Not received a/o 9/27/10
I have emailed them – if not received call
972 313 2500   –   My tag # is FTK 35W

71.45

Hotel – 460.92
Avis – 171.30
Dinner & lunch – KWM – Sweetbay 14.42
Lunch                          10.54
Airport Parking   71.45

3X
*DFW Valet
972 574
2407

Freedom
972 252 2500

**From:** DFW VALET (dfwvalet1@pcidfw.com)
**To:** dfwreservation@yahoo.com;
**Date:** Thu, September 30, 2010 4:58:47 PM
**Cc:**
**Subject:** DFW Valet Parking Receipt

*Att. Rita*

**DFW**
**PO BOX 610347**
**DALLAS**
**972-574-2407**
**Thank you!**

**Ticket#:** 252559
**CheckIn D/T:** 09/21/10 22:36
**CheckOut D/T:** 09/24/10 20:21
**Duration Time:** 2d 21h 44m
**Plate#** FTK535 TX
**Make/Model:** GMC/YUKON
**Color:** BLACK

**Parking Charge:** $71.45
**Net Charge:** $66.00
**Tax:** $5.45
**Total:** $71.45

**Card Type:** MasterCard
**Account#** ******5374
**Card Holder:**
**Ref#** 652932
**Order#** 3202483800
**Total:** $71.45

© AVPM®

| From: | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
|---|---|
| Sent: | Wednesday, September 15, 2010 1:29 PM |
| To: | Meaders, Kurt |
| Subject: | Your Trip Information - Tampa 9/21/10 |

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

Hello Kurt,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 9/21/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

**A car reservation has been added.**

## Your current trip information - Tampa 9/21/10
This trip includes **flights, hotel and car rental** .

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601TZMPGGMI |
| **Airline record locator:** | American Airlines - GTNKGB |
| **Reservation made by:** | rita.slaten@sdma.com |
| **Ticket numbers:** | 0017853620226 |
| **Total flight cost:** | $480.40 USD |
| **Traveler(s)** | Frequent flier details |

KURT MEADERS      American Airlines AAdvantage
                  XRH0486

**Leave Tuesday, September 21, 2010**
**American Airlines 1482** Economy  |  McDonnell Douglas MD-80 (M80) |  2hr 15min |  920 miles

| Depart: | 6:20pm | Dallas/Fort Worth, TX  Dallas/Fort Worth International (DFW) |
|---|---|---|
| Arrive: | 9:35pm | Tampa, FL  Tampa International (TPA) |

**Seat:** 10D |  Your flight is confirmed. Seat is confirmed. You may review seats.

**Return Friday, September 24, 2010**
**American Airlines 1271** Economy  |  McDonnell Douglas MD-80 (M80) |  2hr 40min |  920 miles

| Depart: | 6:35pm | Tampa, FL  Tampa International (TPA) |
|---|---|---|
| Arrive: | 8:15pm | Dallas/Fort Worth, TX  Dallas/Fort Worth International (DFW) |

**Seat:** 11D |  Your flight is confirmed. Seat is confirmed. You may review seats.

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. See details

1

## Important fare notes
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the <u>fare rules</u> and the ticket for more information.

## Hotel reservation

**Orbitz Record Locator:** V1172M
**Hotel Confirmation number:** 81785778
**Reservation made for:** Kurt Meaders
**Reservation made by:** rita.slaten@sdma.com
**Loyalty programs:** Hilton HHonors   872575357
**Total charges :** 389.97 USD (taxes not included)

| | | |
|---|---|---|
| **Doubletree Guest Suites Tampa Bay** | 3050 North Rocky Point Drive West<br>Tampa, FL  33607-5800 | **Phone:** 1-813-888-8800<br>**Fax:** 1 813 888-8743 |

| | | |
|---|---|---|
| **Check-in:** | **Tue, Sep 21, 2010** | **1600** |
| **Check-out:** | **Fri, Sep 24, 2010** | **1202** |

**Room description:** Best available rate 1 king bed 2 room suite-sofabed-nonsmoking hi speed 9.95 Day-sweet dreams experience
bed

### Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:**

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** GUARANTEE: CREDIT CARD

**Cancellation:**  24 HR CANCELLATION REQUIRED OR PARTIAL PAYMENT MAY BE FORFEITED

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Car rental reservation

**Confirmation number:** 27544332US4
**Primary driver:** KURT MEADERS
**Reservation made by:** kurt.meaders@sdma.com
**Loyalty program** T8N93R
**Daily rate:** $41.00*

### Avis Midsize

| | | |
|---|---|---|
| **Pick-up** | **Tue, Sep 21, 2010 10:00 PM<br>EDT** | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212<br>**Hours:** Open 24 hours |
| **Drop-off** | **Fri, Sep 24, 2010 5:30 PM EDT** | drop-off location same as pick-up location listed above |

### Additional car information

**Note:** When you pick up your car, you must have a valid credit card in the driver's name

**Car details:** Pontiac G6(or similar), Midsize Car Air Conditioning, Automatic Transmission

**Shuttle information** SHUTTLE SERVICE IS NOT AVAILABLE AT THIS LOCATION.

**General Rules:** RATE GUARANTEED CITY ANY NO SRC
NO RETURN RESTRICTION
TO USE A DEBIT CARD AT A LOCATION THAT ACCEPTS
THEM YOU ARE SUBJECT TO ADDITIONAL CREDIT CHECKS
OR MUST PRESENT ADDITIONAL IDENTIFICATION.
MUST INCLUDE QUALIFYING AWD NUMBER IN /CD- FIELD
THE MINIMUM RENTAL PERIODIS 001 DAYS
MIN AGE 18. 18-20 UA SURCHARGE 27.00DY
OTHER RESTRICTIONS MAY APPLY.
CONTACT LOCAL REP FOR DETAILS
10.00 EXTENSION FEE MAY APPLY
10.00 LATE FEE MAY APPLY
10.40PCT CONCESSION RECOVERY FEE

**Mileage and rates\*\***

Unlimited

| | |
|---|---|
| Daily rate: | $41.00* |
| extra hour: | $30.76 |
| extra day: | $41.00 |

Minimum rental:1 day

\*\* Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays. Any additional days will be charged at the extra day date. All rates are shown in US Dollars on this page. Rates in local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

### Flight cost summary

Airfare, KURT MEADERS (Adult)               $443.40

### Orbitz for Business fees

Offline transaction fee                          $22.00

**Total**                                    **$465.40 USD**

**Billing information**
**Card holder's Name:**
    Kurt Wood Meaders

**Card type:**
    MasterCard

**Card number:**
    xxxxxxxxxxxx5374

### Post-booking charges

Agent assisted fee
(Date:09/15/2010; ID: 158006189)          $15.00

**Total**                                    **$15.00 USD**

**Grand total itinerary cost to-date** $480.40 USD

### Hotel cost summary

| Room rate | Tue | Wed | Thu |
|---|---|---|---|
| Sep 21–Sep 23 | $130 | $130 | $130 |

**Applicable taxes:**              TAX: 12.00 PCT (not included)

**Total room cost:**               $389.97

**Total charges\***               $389.97

**Billing information**
**Card holder's Name:**
    Kurt Wood Meaders

**Card type:**
    MasterCard

**Card number:**
    xxxxxxxxxxxx5374

\*\*Taxes not included. TAX: 12.00 PCT

\*Note: Hotel cost displayed above does not include hotel taxes and fees.

## Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---:|
| Base rate | $123.00 |
| Taxes and fees | $33.33 |
| ENERGY RECOVERY FEE @ 1.50 USD | |
| STATE SURCH. FEE PER DAY @ 6.00 USD | |
| TIRE BATTERY FEE PER DAY @ 0.06 USD | |
| VEHICLE LIC. FEE PER DAY @ 2.34 USD | |
| CONCESSION RECOVERY FEE @ 13.20 USD | |
| STATE TAX @ 10.23 USD | |

| | |
|---|---:|
| **Total** | **$156.33 USD\*** |
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental** | **$156.33 USD** |

\*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Hotel

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

### Car

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 00000-000000

Visit "<u>My Trips</u>" to view, update or cancel any segment of your trip or <u>Traveler Update</u> to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at <u>ofbmobile.net</u>.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

### Great rates



Add a Flight
Add a Car
Add a Hotel

**To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.**

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
| --- |

MEADERS, KURT
3925 HANOVER ST

DALLAS, TX 75225
US

| | |
| --- | --- |
| Room | 530/NK1SV |
| Arrival Date | 9/21/2010  10:07:00PM |
| Departure Date | 9/24/2010 |
| Adult/Child | 1/0 |
| Room Rate | $129.99 |

RATE PLAN                    LV4
HH#  872575357 BLUE
AL
BONUS AL                     CAR

Confirmation: 81785778

9/24/2010       PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 9/21/2010 | 2649445 | GUEST ROOM | | $129.99 | | |
| 9/21/2010 | 2649445 | STATE TAX | | $9.10 | | |
| 9/21/2010 | 2649445 | CITY TAX | | $6.50 | | |
| 9/22/2010 | 2649859 | HIGH SPEED INTERNET ACCESS | | $9.95 | | |
| 9/22/2010 | 2650069 | GUEST ROOM | | $129.99 | | |
| 9/22/2010 | 2650069 | STATE TAX | | $9.10 | | |
| 9/22/2010 | 2650069 | CITY TAX | | $6.50 | | |
| 9/23/2010 | 2650525 | WATER - ACQUA PANNA IN-ROOM | | $4.25 | | |
| 9/23/2010 | 2650531 | HIGH SPEED INTERNET ACCESS | | $9.95 | | |
| 9/23/2010 | 2650690 | GUEST ROOM | | $129.99 | | |
| 9/23/2010 | 2650690 | STATE TAX | | $9.10 | | |
| 9/23/2010 | 2650690 | CITY TAX | | $6.50 | | |
| | | WILL BE SETTLED TO MC *5374 | | | $460.92 | |
| | | EFFECTIVE BALANCE OF | | | $0.00 | |

ESTIMATED CURRENCY TOTAL

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

### EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| | |
| --- | --- |
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| 405657 | A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | 0.00 |

PAYMENT DUE UPON RECEIPT

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

T H A N K

Y O U



**Sweetbay**
SUPERMARKET

*- Live Fresh For Less -*

Sweetbay Supermarket
2525 North Dale Mabry

Tampa, FL 33607 - (813) 871-1888

www.sweetbaysupermarket.com



**Sweetbay**
SUPERMARKET

*- Live Fresh For Less -*

Sweetbay Supermarket
2525 North Dale Mabry

Tampa, FL 33607 - (813) 871-1888

www.sweetbaysupermarket.com

```
GROCERY
 2OZ DT COKE
      2 @      1.49          2.98 A *
 HRD FF VAN YOGURT
 1 @   2 FOR      1.00        0.50  *
 HRD LT NF STRW YGRT
 1 @   2 FOR      1.00        0.50  *
 HRD LT NF STW/BAN YG
 1 @   2 FOR      1.00        0.50  *

NATURE'S PLACE
 PWRBAR PERF PNUT BTR
 1 @   5 FOR      5.00        1.00  *
 PWRBAR PERF PNUT BTR
 1 @   5 FOR      5.00        1.00  *
 PWRBAR PERF PNUT BTR
 1 @   5 FOR      5.00        1.00  *

PRODUCE
 HONEY CRISP APPLES    W
 0.70 lb @     2.49/ lb       1.74  *
 ORG RASPBERRIES 1/2P W       4.99  *

Tax Paid
Sales Tax 7%      $2.98      $0.21
```

## 10 BALANCE DUE                 14.42
　MasterCard                     14.42
　[S] ************5374
　Auth= 499631   Ref=816278321

　CHANGE                          0.00

CASHIER NAME: Gabrielle
　STORE:01717 REGISTER:003 CASHIER:0102
　TICKET#:7670     22SEP2010  19:55:45

　Sweetbay.  Share the experience.

Customer Service
1-888-218-3890

|  | RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|--|---------------|------------|-----------|
|  | 721940413 | 51718181 | X |

MEADERS,KURT
WIZ = T8N93R    AWD = A984200
CV - CMXXXXXXXXXXXX5374

```
OUT TPA 21SEP10/2143 MI =        5
IN  TPA 24SEP10/1723 MI =       38
      33 MI@    .40 =
          HR@  30.76 =
       3 DY@  41.00 =          123.00
$ .50/DY ERF          =          1.50
**10.40% FEE          =         13.20
FUEL SERVICE          =         13.99
$  2.00 /DY SSU       =          6.00
$  0.02 /DY TBS       =           .06
$  0.78 /DY VLF       =          2.34
TAXABLE SUBTOT        =        160.09
TAX  7.000%           =         11.21

TOTAL CHARGES         =        171.30
```

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE    .50/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE

*Please check your car for personal effects.*

---

**AVIS** PREFERRED SERVICE RENTAL RECORD BUS #

FOR INQUIRES:
813-396-3500

RA#: 721940413    CAR#: 51718181    SPACE#: 330

RENTED:TPA   21SEP10/2143
DUE IN:TPA   24SEP10/1730
FT#:

METH OF PMT:MASTER
$  .50/DY ENERGY RECOV FEE
TAX RATE:  7.000%

BLK CHEV CAMA  FL 280XRN
MILES OUT:         5
FUEL SVC: .4138/MI 7.449/GAL
TAXABLE       FUEL OUT: G8
10.40% CONCESSION RECOVERY FEE

# K.MEADERS 330

RATE CODE:PO/C  AWD#:A984200
CAR GRP RESERVED:C
DAILY:   41.00 WKLY: 246.00
ADD DY:         HR: 30.76
MILEAGE CHARGE:   UNL
MISC CHARGES:

LDW:27.99/DY: DECLINE
ALI:14.43/DY: DECLINE
PAI: 4.00/DY: DECLINE
PEP: 2.95/DY: DECLINE

$ 2.00/DY SSU
$  .02/DY TBS
$  .78/DY VEH LIC FEE

*$10/DY FEE APPLIES TO  1 DAY RENTAL C/O ON TUE*

MERCHANT NAME
4341 EXETER ROAD TWO
TAMPA, FL 33634

TERMINAL ID:          000453665
MERCHANT #:           07720747666

AC .
Xxxxxxxxxxxxxxx5374
SALE
BATCH 000325        INVOICE: 000786
SEQ# 45 / 25 19      DATE : 12:24
SALE AMT            APPROVAL: 774R02

PRE-TIP AMT               $9.54

TIP                       1.00

TOTAL                    10.54

Lunch w/ Rick

CUSTOMER COPY

Fountain
Square
CAFe

9/22/10

$9.54
1.00 tip
10.54 TOTAL

# INVOICE SUMMARY



**Tower Club Dallas**
1601 Elm Street 48th Floor
Dallas TX 75201
214-220-0403
www.tower-dallas.com

TOWER CLUB dallas
a Member of the ClubCorp Family

Make Checks Payable and Send to:

Tower Club Dallas
1601 Elm Street 48th Floor
Dallas TX 75201-7209

257507  123  343-1-1

 

WAYNE MASON
SEDGWICK DETERT MORAN & ARNOLD
1717 MAIN STREET, SUITE 5400
DALLAS TX 75201

### PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| To avoid late charges, payment must be received no later than the 25th of each month. Did you know that you can now see your statement on line? Just go to www.tower-dallas.com / Member Log-In | Please contact Acctg. with any questions at: 214-220-0403 cindy.dement@ourclub.com |
|---|---|

| DATE OF TICKET | TICKET # | DESCRIPTION | BASIC CHARGE OR CREDIT | SERVICE CHARGE | SALES TAX | GROSS AMOUNT DUE |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 648.64 |
| 09/29/2010 | 936289 | Check Payment | | | | 648.64- |
| 09/15/2010 | 080009 | Main Dining Room | 78.05 | 15.61 | 6.44 | 100.10 |
| 09/16/2010 | 080009 | Main Dining Room | 86.00 | 17.20 | 7.10 | 110.30 |
| 09/20/2010 | 080009 | Main Dining Room | 39.90 | 7.98 | 3.29 | 51.17 |
| 09/30/2010 | 581420 | Home Club Dues | 173.25 | | 14.29 | 187.54 |
| | | Home Club Subtotal | | | | 449.11 |
| | | Balance Due | | | | 449.11 |

*Handwritten annotations:* 10711, 930-08 = 187.54, 10711.1 = 210.40, 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 = 51.17

*Watermark:* TOWER CLUB a Member of the Club...

**\* A P 1 3 2 2 3 5 0 \***

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | DATE | BALANCE DUE >>>> | 449.11 |
|---|---|---|---|---|---|---|
| 449.11 | 0.00 | 0.00 | 0.00 | 09/30/2010 | | |

| NAME | ACCOUNT NUMBER | MEMBER TYPE | |
|---|---|---|---|
| WAYNE MASON | M0486 | 02 | *PAYMENT DUE UPON RECEIPT* |

According to Federal Reserve Board guidelines, receipt of your check authorizes us to convert your check to a one-time electronic funds transfer. Funds may be drawn from your account the same day as your payment is received. You will not receive your check back.

The Club account of each member shall be due and payable upon receipt of the monthly statement. Any account which remains unpaid for a period of thirty (30) days after the billing date shall be considered delinquent and the Club will assess a late charge as established by the Club from time to time in it's sole discretion, but in no event more than the maximum allowed by law for handling past due accounts for each billing period on an amount that is delinquent. Members' accounts unpaid thirty (30) days after the billing date are considered delinquent and a one-time late charge equal to 15.0% of the past due amount (maximum of $30.00) shall be added to the members' next statement.

**Kirchenbauer, Christie**

| | |
|---|---|
| **From:** | Wood, Keri |
| **Sent:** | Thursday, October 21, 2010 10:20 AM |
| **To:** | Kirchenbauer, Christie |
| **Subject:** | FW: tower club |

In the stack of GL invoices, for Wayne's Tower Club bill, please charge both lunches on 9/15 and 9/16 to 10711.1...thanks!

**From:** Garner, Lavella
**Sent:** Thursday, October 21, 2010 10:12 AM
**To:** Wood, Keri
**Subject:** RE: tower club

Yes, please.

**From:** Wood, Keri
**Sent:** Wednesday, October 20, 2010 1:53 PM
**To:** Garner, Lavella
**Subject:** tower club

Should both lunches on 9/15 and 9/16 be charged to 10711.1 (noticed it was same people eating). The one for the 15t is noted to charge to this c/m#...thanks!

**Keri Y. Wood**
Accounting Coordinator
keri.wood@sdma.com | 469.227.4627 *direct*

Sedgwick
DETER.T, MORAN & ARNOLD LLP

1717 Main Street, Suite 5400
Dallas, TX 75201
469.227.8200 *ph* | 469.227.8004 *fx* | www.sdma.com

```
            Tower Dallas
       Thanksgiving Tower,48th F
            1601 Elm Street
            214-220-0403

Server: Michael A.          09/15/2010
Table 15/1                    1:11 PM
Guests: 3                      80009
Reprint #: 1
Area: MDR
Sales Type:  1 A la Carte


Iced Tea (3 @3.00)              9.00
Club Table (3 @16.95)         50.85
Coffee (2 @3.00)               6.00
Ice Cream                      6.25
Lunch Dessert                  5.95


       *************************
Should you like to give us feedback on
your dining experience, please visit the
Club's web page and select the F&B
Dining Feedback icon.
Or, Call (800) 680-2129 and when
prompted for Club location number, enter
90648
       *************************


Subtotal                      78.05
Tax                            6.44

Total                         84.49
Service Charge 20.00%         15.61
Total                        100.10


Member #M0486 00              100.10
X
Wayne Mason
Balance Due          0.00

              Food:   78.05

            Join us for
       Cocktails and Connections
         Tuesday through Sat

        --- Check Closed ---
```

*10711.00000 1*

Tower Dallas
Thanksgiving Tower,48th F
1601 Elm Street
214-220-0403

Server: Susana                  09/20/2010
Table 36/1                       12:56 PM
Guests: 2                          80009
Area: MDR
Sales Type:  1 A la Carte

Water                               0.00
Club Table                         16.95
Coffee                              3.00
Water                               0.00
Coffee                              3.00
Club Table                         16.95

***********************
Should you like to give us feedback on
your dining experience, please visit the
Club's web page and select the F&B
Dining Feedback icon.
Or, Call (800) 680-2129 and when
prompted for Club location number, enter
90648
***********************

Subtotal                           39.90
Tax                                 3.29

Total                              43.19
Service Charge 20.00%               7.98
Total                              51.17

Member #M0486 00                   51.17

X_____

Wayne Mason

Balance Due              0.00

                   Food:  39.90

Join us for
Cocktails and Connections
Tuesday through Sat

--- Check Closed ---

---

Tower Dallas
Thanksgiving Tower,48th F
1601 Elm Street
214-220-0403

Server: Elizabeth               09/16/2010
Table 15/1                        1:24 PM
Guests: 4                          80009
Reprint #: 1
Area: MDR
Sales Type:  1 A la Carte

Iced Tea (3 @3.00)                  9.00
Flavored Tea                        3.25
Club Table (4 @16.95)              67.80
Lunch Dessert                       5.95

***********************
Should you like to give us feedback on
your dining experience, please visit the
Club's web page and select the F&B
Dining Feedback icon.
Or, Call (800) 680-2129 and when
prompted for Club location number, enter
90648
***********************

Subtotal                           86.00
Tax                                 7.10

Total                              93.10
Service Charge 20.00%              17.20
Total                             110.30

Member #M0486 00                  110.30

X_____

Wayne Mason

Balance Due              0.00

                   Food:  86.00

Join us for
Cocktails and Connections
Tuesday through Sat

--- Check Closed ---

## Expense Report - Transmittal Report



ER0000003021 2100068

**Spender** Kurt W. Meaders          **From** Oct 20, 2010  **To** Oct 22, 2010          **Reimbursement Amt** 1,010.05 USD

**Report name** Deposition of Jon Kenney

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 4 | Audit required | No |
| Number of receipts to submit | 4 | InterAction report filed and | No |
| Number of VAT receipts | 0 | submitted to Marketing | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 10/20/10 | Airfare | United St... | 606.30 USD | Jennifer M. Arevalo |
| 10/21/10 | Parking or Tolls | United St... | 55.00 USD | Jennifer M. Arevalo |
| 10/21/10 | Car Rental | United St... | 108.47 USD | Jennifer M. Arevalo |
| 10/21/10 | Lodging | United St... | 240.28 USD | Jennifer M. Arevalo |

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Friday, October 15, 2010 11:10 AM |
| **To:** | Slaten, Rita |
| **Subject:** | Your Itinerary |

**ORBITZ**
FOR BUSINESS

Sedgwick
DETERT, MORAN & ARNOLD LLP

This message has been sent from Orbitzforbusiness.net

## Tampa 10/20/10

This trip includes **flights and car rental** .
Reservation Made: 10/14/10

## Flight reservation

**Orbitz record locator:** AP270601K0TH24PA
**Airline record locator:** American Airlines - KGABUX
**Reservation made by:** kurt.meaders@sdma.com
**Ticket numbers:** not yet available
**Traveler(s)** **Frequent flier details**

KURT MEADERS     American Airlines AAdvantage
                 XRH0486

**Leave Wednesday, October 20, 2010**
**American Airlines 642** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

Depart:   **8:50pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:   **12:05am Tampa, FL** Tampa International (TPA)
Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**
**This is an overnight flight.**

**Return Friday, October 22, 2010**
**American Airlines 1731** Economy | McDonnell Douglas MD-80 (M80) | 2hr 40min | 920 miles

Depart:   **4:25pm   Tampa, FL** Tampa International (TPA)
Arrive:   **6:05pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

**Seat: 31D** | Your flight is confirmed. Seat is confirmed. You may **review seats.**

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

### Important fare notes
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

## Car rental reservation

**Confirmation number:** F9M865
**Primary driver:** KURT MEADERS
**Reservation made by:** kurt.meaders@sdma.com
**Daily rate:** $43.00*

1

### Thrifty Car Rental Midsize

| | | |
|---|---|---|
| **Pick-up** | **Wed, Oct 20, 2010 11:30pm** | Tampa International (TPA) (in terminal)<br>Phone: 877-283-0898<br>800-527-7075<br>**Hours:** Open 24 hours |
| **Drop-off** | **Fri, Oct 22, 2010 3:30pm** | drop-off location same as pick-up location listed above |

### Additional car information

**Note:** When you pick up your car, you must have a valid credit card in the driver's name

**Car details:** Chrysler Sebring(or similar), Midsize 4 Door Air Conditioning, Automatic Transmission

**Arriving on flight:** American Airlines flight 642

**Arrival information** EXCEPT FOR MAJOR HOLIDAYS - RESERVATIONS ARE ACCEPTED AT ANY TIME AND VEHICLES MAY BE RETURNED AT ANY TIME 24 HOURS DAILY. RESERVATIONS ARE HELD FOR TWO HOURS AFTER THE SCHEDULED ARRIVAL TIME. IF A VEHICLE THAT REQUIRES **A** CREDIT CARD IS NOT PICKED UP BY TWO HOURS AFTER THE SCHEDULED ARRIVAL TIME - THE RENTAL LOCATION IS AUTHORIZED TO BILL THE CREDIT CARD FOR APPROPRIATE AMOUNT.

**Shuttle information** RENTAL COUNTER IS LOCATED IN THE BAGGAGE CLAIM AREA ON RED SIDE AND BLUE SIDE. VEHICLES LOCATED ON AIRPORT GROUNDS.

**General Rules:** 0 ADV BOOKING REQUIRED MAY REQUIRE RETURN TO RENTAL LOCATION.
SEE LOCAL DROP POLICY
OR CALL THE HELP DESK AT 1 800 800 5774

#### Mileage and rates**

Unlimited

Daily rate:     $43.00*

Minimum rental: 1 day

Maximum rental:28 days

** Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays. Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| **Flight cost - 10/14/10** | | Card holder's Name:<br>   Kurt Wood Meaders |
| Airfare #0017855298567 | $584.30 | Card type:<br>   MasterCard |
| **Flight cost** | $584.30 | Card number:<br>   xxxxxxxxxxxx5374 |
| **Exchange cost - 10/14/10** | | |
| Airfare #0017855708281 | $246.40 | |
| Previous airfare | -$584.30 | |
| **Airfare difference** | **-$337.90** | |
| This airline allows you to apply the fare difference to its change fees. | | |
| Airfare difference | -$337.90 | |
| Airline change fee | $150.00 | |
| **Voucher issued** | **$187.89** | |
| Voucher #0018159317921 in the amount of $187.89 has been issued to this traveler. | | |

_(handwritten: 606.30)_

### Orbitz for Business fees

| | |
|---|---|
| Offline transaction fee | $22.00 |

Total exchange cost      $22.00    USD

**Grand total itinerary cost to-date $606.30 USD**

## Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---:|
| Base rate | $86.00 |
| Taxes and fees | $22.47 |

10.50 PCT CONCESSION FEE REC @ 9.25 USD
.90 ENERGY RECOVERY FEE @ 0.90 USD
4.04 STATE TRANSACT SRG @ 4.04 USD
7.00 PCT STATE TAX @ 7.10 USD
1.18 VEHICLE LICENSE FEE @ 1.18 USD

| | |
|---|---:|
| **Total** | **$108.47 USD\*** |
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental** | **$108.47 USD** |

\*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight

**Office Location Number: 8**

**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 02278-103307**

### Car

**Office Location Number: 8**

**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits: 02278-103307**

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

```
          LOBBY BAR
     GRAND HYATT TAMPA BAY
625 JEREMY F                    1
- - - - - - - - - - - - - - - - - - - - - - - - - -
CHK 8030 OCT21'10 5:36GST 1
- - - - - - - - - - - - - - - - - - - - - - - - - -
  1 Soda               3.50
  1 Arugula Salad     11.00
    SUBTOTAL          14.50
    TAX                1.02
    PAYMENT DUE      15.52
*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY:_____  3 —

TOTAL:_____ 18.52

ROOM#_____

SIGNATURE:_____

PRINT NAME:_____
  * * GRATUITY NOT INCLUDED * *
```

Dinner
Kurt Meaders



Kurt Meaders
3925 Hanover St
Dallas
TX                    752257119

Resv #: 2636157

You have Checked Out of Room 0805

| Date   | Description             | Amount    |
|--------|-------------------------|-----------|
| Oct 20 | Package Room            | $99.00    |
| Oct 20 | State Sales Tax         | $6.93     |
| Oct 20 | Occupancy Tax           | $4.95     |
| Oct 21 | - Lobby Bar Dinner Food | $18.52    |
| Oct 21 | Package Room            | $99.00    |
| Oct 21 | State Sales Tax         | $6.93     |
| Oct 21 | Occupancy Tax           | $4.95     |
| Oct 22 | Master Card             | $240.28CR |

Balance: $0.00

Card: ***********5374

Was our staff quick and efficient and did we
offer assistance? Was everything in your
room in working order? If you are unable to
provide the most favorable feedback to these
questions, please let us know.

For comments regarding your stay please
e-mail michelle.logel@hyatt.com

For questions regarding your guestroom
account please call 888-472-2870,
or e-mail na.customerservice@hyatt.com.

Thank you for staying with us at
Grand Hyatt Tampa Bay!

10/22/2010 7:35:43 AM

```
57 542 494585
SHELL
2220 W KENNEDY BLVD
TAMPA
FL 33606
Invoice # 617944
Date        10/22/10
Time        08:23AM
Auth #      530305

MASTERCARD Acct #
XXXX XXXX XXXX 5374
MEADERS/KURT WOOD

Pump    Gallons   Price
86       4.711    $2.739

Product           Amount
  UNL REG 87      $12.98
Total Sale        $12.98
```

```
THRIFTY CAR RENTAL
   TAMPA INTL APO
RENTAL RECORD:
MEADERS,KURT           OC1489622
COMPLETED BY:
RENTED:                     HDANIT
RENTAL:          TAMPA INTL APO
RETURN:           10-21-10  0023
MILES IN: 19085   10-22-10  1738
MILES DRIVEN:           OUT:19054
                              31
CHECK IN FUEL LEVEL: 8  OUT:8
PLAN IN/OUT:                 OFBS
CLS:                         FDAR
  2 DAYS @   $43.00       $86.00
SUBTOT                    $86.00
TAXABLE TOT:              $86.00
TIME                      $86.00
TAG REC
  2 DAYS @   $0.59        $1.18
FL SURCHG
  2 DAYS @   $2.02        $4.04
ERF
  2 DAYS @   $0.45        $0.90
CONCFEEREC
FLATAX                    $9.25
TOTAL CHARGE              $7.10
NET DUE                  $108.47
PAYMENTS                   $0.00
PAID BY:  MC            -$108.47
CREDIT CARD#: ************5374
```

**Meaders, Kurt**



10/22/2010

Dear Kurt Meaders,

Thank you for choosing **The Airport Valet** for your parking needs at DFW Airport.

Your charges have been billed to your MasterCard card that ends with 5374. Should you have any questions about these charges, please call us at 972-313-2500.

Please help us improve our service to you, by completing our on-line survey. The questions have been custom tailored specifically for this reservation, and there is no need for you to login or provide a password to complete the survey. It is quick and easy and will only take about two minutes of your time to complete. Please click here to complete the on-line survey. Your satisfaction is our priority and we look forward to reviewing your feedback.

## Summary of Charges for Reservation #154031

**Parking Duration:**

Departure: 10/20/2010 7:00 PM

Arrival: 10/22/2010 8:07 PM

**Parking Charges:**

10/20/2010 - 10/21/2010: $22.00

10/21/2010 - 10/22/2010: $22.00

10/22/2010 - 10/22/2010 8:07 PM: $2.75

----------

Parking Total: $46.75

**Additional Service Charges:**

None

**Total Charges to Credit Card:**

Sub Total: $46.75

DFW Fee: $5.19  (see explanation below)

Tax: $3.86

----------

Total: $55.80

**Tell Us About Your Experience With The Airport Valet:**

Please help us improve our service to you, by completing our on-line survey. The questions have been custom tailored specifically for this reservation, and there is no need for you to login or provide a password to complete the survey. It is quick and easy and will only take about two minutes of your time to complete. Please click here to complete the on-line survey. Your satisfaction is our priority and we look forward to reviewing your feedback.

**DFW Fee Explanation:**
The DFW Airport Board levies an 11.11% fee on every transaction as a privilege fee for operating at DFW Airport.

If you have any questions regarding our service, you can always check out our FAQs online. And remember, you can view, print or edit your reservation anytime via your login of 'kurtmeaders' at www.theairportvalet.com.

Thanks again for choosing **The Airport Valet**. We hope you enjoyed the time saving convenience of our services. Please take a few minutes to share your feedback with us via our simple on-line survey. We look forward to serving you on your next trip.



HDR, Inc.                                          December 13, 2010
8404 Indian Hills Dr.                              Invoice No. 993820
Omaha, NE 68114


For Professional Services Through November 30, 2010:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| 11/01/10 | K. Meaders | 1.10 | Preparation for continuation of deposition of Alison Adams |
|---|---|---|---|
| 11/01/10 | K. Meaders | 0.60 | Receipt and review of Plaintiff's Motion to Extend Time for Meyer deposition |
| 11/01/10 | K. Meaders | 1.60 | Review Meyer deposition for response support |
| 11/01/10 | K. Meaders | 0.50 | Conference with attorney Richmond for research on draft response |
| 11/01/10 | K. Meaders | 0.90 | Email to attorney Richmond with evidentiary support, Court order of scheduling support and other arguments to incorporate into response for extension of Meyer deposition |
| 11/01/10 | K. Meaders | 0.70 | Emails with Tim Woodward regarding issues of protective layer modeling raised at Bromwell deposition |
| 11/01/10 | K. Meaders | 0.20 | Emails ██████████████ |
| 11/01/10 | K. Meaders | 0.20 | Attention to Scheduling of Lumen and Williams deposition |
| 11/01/10 | K. Meaders | 0.30 | Telephone conference ████████████ |
| 11/01/10 | C. Batchelor | 3.50 | Read and analyze client documents in preparation for upcoming depositions |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 13, 2010
Invoice No. 993820
Page 2

| 11/01/10 | M. Melle | 1.50 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 11/01/10 | C. Steinmann | 3.60 | Review chart from Kathy Gillman regarding production of documents, send email regarding status of review, prepare log of not produced documents, conference call with David Kent regarding supplemental production |
| 11/01/10 | W. Richmond | 2.10 | Analyze plaintiff's motion for extension of deposition time for BMeyer in preparation for drafting response to same |
| 11/02/10 | W. Mason | 0.10 | Review e-mail from Tim Woodward ███ ████████ |
| 11/02/10 | K. Meaders | 0.30 | Emails with Tim Woodward ██████ ██████████ |
| 11/02/10 | K. Meaders | 1.90 | Preparation for continuation of the deposition of Alison Adams |
| 11/02/10 | C. Batchelor | 3.40 | Read and analyze client documents in preparation for upcoming depositions Copeland and Donovan |
| 11/02/10 | G. Fountain | 1.60 | Load deposition transcripts and exhibits into electronic database and generate same for attorney notebooks |
| 11/03/10 | K. Meaders | 0.30 | Attention and work on finalization of work product privilege log over additional HDR ESI |
| 11/03/10 | K. Meaders | 2.40 | Preparation for deposition of Alison Adams |
| 11/03/10 | K. Meaders | 0.20 | Receipt and review of email from Tim Woodward ███████████ |
| 11/03/10 | K. Meaders | 1.50 | Draft letter agreement ████████ ████████ |
| 11/03/10 | K. Meaders | 0.30 | Conference with legal assistant Fountain ████████ ██ ██ |
| 11/03/10 | D. Kent | 0.90 | Analysis and planning ████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 13, 2010
Invoice No. 993820
Page 3

███████████████████████

| 11/03/10 | D. Kent | 0.40 | Study/analysis of TBW's Motion to Extend Time for Barry Meyer Deposition and related documents |
| 11/03/10 | C. Batchelor | 4.00 | Review and analyze client documents in preparation for upcoming depositions of Copeland |
| 11/04/10 | K. Meaders | 3.10 | Travel to Tampa, Florida for the continuation of the deposition of Alison Adams with preparation for deposition while in route |
| 11/04/10 | D. Kent | 6.50 | Prepare Response to TBW's Motion for Additional Time to Depose Barry Meyers |
| 11/04/10 | D. Kent | 0.30 | Telephone conferences and correspondence with ████████████████████████████ |
| 11/04/10 | D. Kent | 0.20 | Telephone conference ████████████████████████████ |
| 11/04/10 | D. Kent | 0.50 | Study/analysis of Lee Wooten expert report ██ ████████████████ |
| 11/04/10 | C. Batchelor | 6.40 | Read and analyze client documents in preparation for potential upcoming depositions of Donovan and Copeland |
| 11/04/10 | C. Steinmann | 0.20 | Review email from Kurt Meaders requesting document challenged by Miles and forward requested information |
| 11/04/10 | G. Fountain | 1.50 | Prepare expert witness notebook for attorney use ████████████ |
| 11/04/10 | G. Fountain | 1.20 | Assist with response to Motion for extension of time to conclude Barry Meyer deposition |
| 11/05/10 | W. Mason | 0.10 | Review e-mail from Kurt Meaders reporting on Adams deposition |
| 11/05/10 | W. Mason | 0.20 | Review and respond to e-mail from Tim Woodward ████████████████ |


| 11/05/10 | K. Meaders | 0.40 | Telephone conference with Tim Woodward regarding outcome of Bromwell deposition for potential issues which may arise |
| 11/05/10 | K. Meaders | 9.20 | Attendance and taking of deposition of Alison Adams |
| 11/05/10 | K. Meaders | 3.10 | Travel return to Dallas, TX with preparation of email summary of Alison Adams' deposition and full summary while in route |
| 11/05/10 | K. Meaders | 0.50 | Emails with Tim Woodward regarding ████████████████ |
| 11/05/10 | D. Kent | 1.30 | Review and revise HDR's Response to TBW's Motion for Additional Time to Depose Barry Meyer |
| 11/05/10 | C. Batchelor | 6.90 | Read and analyze client documents in preparation for upcoming depositions |
| 11/05/10 | G. Fountain | 1.50 | Assist in preparation of exhibits to Response to Motion for extension of time |
| 11/06/10 | K. Meaders | 1.10 | Research into issues regarding Bromwell production of electronic documents |
| 11/06/10 | K. Meaders | 0.60 | Revise letter agreement ████████ ████████ |
| 11/06/10 | K. Meaders | 0.60 | Revise and forward summary of deposition of Alison Adams |
| 11/07/10 | D. Kent | 8.00 | ████████████████████████ ██████████████ study/analysis of expert witness report and background documents, and travel from Dallas to Tampa ████████████ |
| 11/08/10 | K. Meaders | 0.30 | Revise letter ██████████████ ████████ |
| 11/08/10 | K. Meaders | 0.80 | Telephone conference with Tim Woodward regarding Bromwell document production issues |
| 11/08/10 | K. Meaders | 1.10 | Research CD of Bromwell production for piezometer data produced |
| 11/08/10 | K. Meaders | 0.30 | Telephone conference with attorney Woodward |


|          |              |      |                                                                                                                         |
|----------|--------------|------|-------------------------------------------------------------------------------------------------------------------------|
|          |              |      | regarding duplication and pdf documents from Bromwell files                                                             |
| 11/08/10 | K. Meaders   | 3.80 | Revise Response in Opposition of TBW's Motion to Extend Barry Meyer deposition                                          |
| 11/08/10 | D. Kent      | 9.00 | ███████████████████████████████████                                                                                     |
| 11/08/10 | D. Kent      | 3.50 | Review and revise HDR's Response to TBW's Motion for Additional Time to Depose Barry Meyer                              |
| 11/08/10 | C. Batchelor | 3.80 | Read and analyze client documents in preparation for upcoming depositions of Donovan and Copeland                       |
| 11/08/10 | G. Fountain  | 0.70 | Receipt and review of documents provided by co-counsel, update production log and expert notebooks regarding same       |
| 11/09/10 | K. Meaders   | 1.70 | Response to Motion for Extension of Time regarding merger and obtain relevant case law on already extended depositions   |
| 11/09/10 | K. Meaders   | 0.50 | Telephone conference ███████████████████                                                                                |
| 11/09/10 | K. Meaders   | 0.20 | Telephone conference with attorney Woodward regarding additional document production issues                             |
| 11/09/10 | K. Meaders   | 0.20 | Telephone conference with attorney Kent coordinating response to Motion to Extend Meyer's deposition                    |
| 11/09/10 | K. Meaders   | 1.50 | Preparation for continuation of Kenneth O'Connell                                                                        |
| 11/09/10 | K. Meaders   | 0.30 | Revise proposed joint retention of expert Wade letter                                                                    |
| 11/09/10 | K. Meaders   | 0.70 | Receipt and review of letter and emails for counsel requesting cost reimbursement related to deletion of inadvertently produced documents |
| 11/09/10 | K. Meaders   | 0.70 | Research potential cost of deletion within                                                                               |



database

| 11/09/10 | K. Meaders | 1.00 | Draft of letter response on redaction of documents from databases |
| 11/09/10 | D. Kent | 10.00 | Prepare for and meet with ██████████████████████ |
| 11/09/10 | D. Kent | 2.20 | Review and revise HDR's Response to TBW's Motion for Additional Time to Depose Barry Meyer |
| 11/09/10 | D. Kent | 0.30 | Analysis and planning with team members regarding response to Barnard's and TBW's request for payment of expenses for removal of inadvertently produced privileged documents |
| 11/09/10 | S. Wittie | 1.00 | Consultation regarding inadvertent disclosure of privileged information and public records issue |
| 11/09/10 | C. Steinmann | 0.80 | Research case law regarding inadvertent production and privilege |
| 11/09/10 | C. Steinmann | 3.40 | Continue work on clawback documents and ensuring that all versions are captured, prepare breakdown of emails, documents, attachments, and duplicates for Kurt Meaders |
| 11/09/10 | G. Fountain | 0.40 | Assist with exhibit to HDR's response to Motion for extension of time to conclude Barry Meyer deposition |
| 11/10/10 | K. Meaders | 1.00 | Revisions to draft letter responding to payment of cost request with information received from EQD on deletion of files in databases |
| 11/10/10 | D. Kent | 0.50 | Study/analysis of corrections to Jim Brittain's deposition |
| 11/10/10 | D. Kent | 9.00 | Prepare for and meet with ████████████████████ |
| 11/10/10 | D. Kent | 0.50 | Revise and finalize for filing HDR's Response to |



|            |              |       | TBW's Motion for Additional Time for Deposition of Barry Meyer |
|------------|--------------|-------|---------------------------------------------------------------|
| 11/10/10   | C. Steinmann | 1.00  | Telephone conference with EQD regarding process and cost associated with purging the clawback documents from any system and follow-up email regarding the same |
| 11/11/10   | W. Mason     | 2.10  | Numerous conference calls ███████████ |
| 11/11/10   | K. Meaders   | 0.30  | Revise and convert draft letter response to issues regarding cost of claw back |
| 11/11/10   | K. Meaders   | 0.60  | Conference call ██████████ |
| 11/11/10   | D. Kent      | 9.50  | Prepare for and participate in meeting ██████████ |
| 11/11/10   | C. Steinmann | 2.10  | Search database for PowerPoint presentations ██████████ |
| 11/11/10   | G. Fountain  | 1.50  | Review and update expert files in preparation for upcoming depositions |
| 11/11/10   | M. Stringer  | 2.50  | Continue summary of the oral deposition of Devo Seereeram, Ph.D., P.E. |
| 11/12/10   | W. Mason     | 0.80  | Conference call ██████████ |
| 11/12/10   | K. Meaders   | 0.30  | Revise letter response regarding inadvertent documents |
| 11/12/10   | K. Meaders   | 0.70  | Draft Request for Production to TBW on design criteria for renovation |
| 11/12/10   | K. Meaders   | 0.50  | Revise privilege logs over confidential work product documents |
| 11/12/10   | D. Kent      | 8.00  | Study/analysis of evidence, depositions and related documentation to prepare for deposition |



|          |              |      |                                                                                                                                                                    |
|----------|--------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |              |      | of HDR expert Lee Wooten, including during return travel from Florida to Texas                                                                                      |
| 11/12/10 | M. Stringer  | 5.00 | Continued summary of the oral deposition of Devo Seereeram, Ph.D., P.E.                                                                                             |
| 11/13/10 | D. Kent      | 1.50 | Prepare 2nd Request for Production to TBW concerning Reservoir Renovation Project documents and memoranda to team members regarding same                            |
| 11/13/10 | D.   Kent    | 3.90 | Study/analysis of Bromwell documents withheld from production of HDR's ESI documents for possible supplemental production and exchange memoranda with team members regarding same |
| 11/14/10 | K. Meaders   | 0.40 | Revise Request for Production to TBW on design and build criteria for reservoir renovation                                                                          |
| 11/14/10 | K. Meaders   | 3.40 | Work on review of documents privilege logs for anticipated supplemental production                                                                                  |
| 11/14/10 | K. Meaders   | 0.70 | Prepare for continuation of deposition of Kenneth O'Connell                                                                                                         |
| 11/14/10 | D. Kent      | 4.00 | Prepare for deposition of HDR expert witness Lee Wooten, ████████████████████ and travel from Texas to Florida for deposition                                       |
| 11/15/10 | K. Meaders   | 0.40 | Work on Request for Production to Tampa Bay Water ████████████████████ ████████████                                                                                 |
| 11/15/10 | K. Meaders   | 0.30 | Emails to attorney Woodward regarding supplemental production, preparation of additional documents for potential supplementation of production                      |
| 11/15/10 | K. Meaders   | 0.20 | Telephone conference with Kathy Gilman regarding Bromwell and HDR supplemental production                                                                           |
| 11/15/10 | K. Meaders   | 0.60 | Review and revise privilege logs to address supplemental production                                                                                                |
| 11/15/10 | K. Meaders   | 0.40 | Office conference with attorney Steinmann regarding production of documents                                                                                         |



| 11/15/10 | K. Meaders | 4.50 | Preparation for continued deposition of Kenneth O'Connell |
| 11/15/10 | K. Meaders | 1.60 | Discovery Team telephone conference with attorneys Hickman, Woodward and Steinmann to coordinate supplemental production |
| 11/15/10 | K. Meaders | 0.30 | Follow up instructions with attorney Steinmann regarding supplemental disclosures |
| 11/15/10 | K. Meaders | 0.30 | Receipt and review of court Order denying additional Meyer deposition |
| 11/15/10 | K. Meaders | 0.40 | Draft language to include in discovery supplementation letters |
| 11/15/10 | K. Meaders | 0.30 | Document positions on supplementing discovery in attorney memo |
| 11/15/10 | K. Meaders | 0.30 | Receipt, review revise language proposed by Tim Woodward for discovery letter |
| 11/15/10 | D. Kent | 12.00 | Prepare for, attend and defend deposition of HDR expert witness Lee Wooten ██████████████ |
| 11/15/10 | M. Melle | 6.10 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 11/15/10 | C. Steinmann | 5.50 | Continue analysis of privilege documents, testifying expert documents, and settlement documents for determination of supplemental production |
| 11/15/10 | G. Fountain | 3.20 | Retrieval of deposition transcripts and exhibits from online respository, generate and organize same for attorney review |
| 11/15/10 | M. Stringer | 5.70 | Continue summary of the oral deposition of Devo Seereeram, Ph.D., P.E. Volumes III-IV |
| 11/16/10 | K. Meaders | 0.20 | Attention to review of deposition calendar and confirm scheduling and other issues with Woodward |
| 11/16/10 | K. Meaders | 0.30 | Receipt and review ████████████████ |



| | | | |
|---|---|---|---|
| 11/16/10 | K. Meaders | 7.50 | Continued preparation for O'Connell deposition with focus on new supplemental reports by Brumund and O'Connell |
| 11/16/10 | K. Meaders | 0.50 | Emails to Kathy Gilman and to Plaintiffs to attempt to obtain Golder's supplemental design report |
| 11/16/10 | K. Meaders | 1.00 | Review of supplemental document production |
| 11/16/10 | K. Meaders | 0.50 | Emails with Tim Woodward regarding HDR potential deposition continuation of Rizzo and Devo and strategy |
| 11/16/10 | K. Meaders | 0.50 | Analysis of public record position taken by TBW on inadvertently produced documents |
| 11/16/10 | D. Kent | 9.50 | Prepare for, attend and defend second day of deposition of HDR expert Lee Wooten |
| 11/16/10 | D. Kent | 1.50 | ███████████████████████ |
| 11/16/10 | D. Kent | 0.50 | Analysis and planning with team members ███████████████████████ |
| 11/16/10 | C. Batchelor | 4.00 | Read and analyze client documents in preparation for upcoming potential depositions of Copeland |
| 11/16/10 | M. Melle | 0.60 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 11/16/10 | C. Steinmann | 4.50 | Work on identifying documents on privilege log that are duplicative or should be produced and communicate with Kurt Meaders regarding scope of documents and analysis for production |
| 11/16/10 | G. Fountain | 3.10 | Work on expert witness notebooks for attorney use in preparation for upcoming depositions of Bruce McKellar and Michael Gillespie |



| 11/16/10 | G. Fountain | 1.30 | Work on exhibits for use at deposition of Plaintiff's expert, Kenneth O'Connell |
| 11/16/10 | M. Stringer | 6.20 | Continue summary of the oral deposition of Devo Seereeram Volumes III-IV |
| 11/17/10 | W. Mason | 0.10 | Review e-mail from David Kent ███████ ███████████████████████ |
| 11/17/10 | K. Meaders | 2.80 | Continued preparation for the deposition of Plaintiff's expert O'Connell |
| 11/17/10 | K. Meaders | 0.20 | Emails with Richard Harrison and counsel regarding Wm. Brumund's supplemental report |
| 11/17/10 | K. Meaders | 0.60 | Work on draft letter regarding supplemental production and documents to produce; QC supplemental production |
| 11/17/10 | K. Meaders | 0.70 | Work on Bromwell's supplemental production and new subpoena to BCI |
| 11/17/10 | K. Meaders | 1.10 | Work on revisions to privilege log and letter regarding potential exchange of same |
| 11/17/10 | K. Meaders | 0.50 | Email and discussion regarding strategy ███ ██████████ |
| 11/17/10 | K.   Meaders | 3.70 | Travel to Tampa and preparation for the deposition of O'Connell while in route |
| 11/17/10 | D. Kent | 9.50 | Prepare for, attend and defend third day of deposition of HDR expert witness Lee Wooten |
| 11/17/10 | D. Kent | 0.50 | Analysis and planning with team members and local counsel regarding privilege log, ████████ ████████████████████████ and related matters |
| 11/17/10 | C. Batchelor | 3.70 | Read and analyze client documents in preparation for upcoming depositions of Copeland |
| 11/17/10 | C. Steinmann | 6.20 | Continue review of documents withheld as privileged to determine if production is required, prepare emails to team regarding certain documents which should be produced, prepare |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 13, 2010
Invoice No. 993820
Page 12

|          |              |      |                                                                                                          |
|----------|--------------|------|----------------------------------------------------------------------------------------------------------|
|          |              |      | final list of supplemental production and send to EQD                                                    |
| 11/17/10 | G. Fountain  | 0.50 | Prepare material ███████████████                                                                         |
| 11/17/10 | M. Stringer  | 6.00 | Continued summary of the oral deposition of Devo Seereeram, Ph.E., PE                                     |
| 11/18/10 | K. Meaders   | 9.20 | Continuation of deposition of Ken O'Connell, TBW's expert with printing of electronic documents over lunch break to question O'Connell |
| 11/18/10 | K. Meaders   | 0.30 | Telephone conference ██████████████                                                                      |
| 11/18/10 | K. Meaders   | 1.00 | Telephone conference with attorney Tim Woodward regarding strategy ████████████                           |
| 11/18/10 | K. Meaders   | 0.30 | Telephone conference with attorney Wayne Mason regarding strategy ██████████                              |
| 11/18/10 | K. Meaders   | 5.50 | Continued preparation for day two of O'Connell's deposition                                               |
| 11/18/10 | D. Kent      | 6.00 | Follow-up on deposition of HDR expert witness Lee Wooten and preparation for deposition of HDR expert McKellar, including return travel from Florida to Dallas |
| 11/18/10 | C. Batchelor | 1.80 | Read and analyze client documents in preparation for upcoming depositions of Copeland                     |
| 11/18/10 | M. Melle     | 3.50 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition         |
| 11/18/10 | C. Steinmann | 1.10 | Prepare email to all counsel notifying them of additional production available at EQD, correspond with EQD regarding status of |


|          |               |      | production and storage fees |
|----------|---------------|------|-----------------------------|
| 11/18/10 | C. Steinmann  | 1.50 | Per Kurt Meaders, search exhibits, database, and hardcopy files for the Geomembrane spec. and the New Lining Solutions QA and QC manual |
| 11/18/10 | C. Steinmann  | 2.30 | Update protocol with decisions regarding documents selected/not selected for supplemental production and add section regarding clawback documents |
| 11/18/10 | C. Alm        | 0.50 | Review emails from K. Meaders and C. Steinmann and assist in locating deposition exhibits. |
| 11/18/10 | M. Stringer   | 5.00 | Continued summary of the oral deposition of Devo Seereeram, Ph.D., P.E. Volumes III-IV |
| 11/18/10 | R. Zarate     | 1.30 | Review several emails from K. Meaders and C. Steinmann regarding deposition exhibits and locate same for K. Meaders to review |
| 11/19/10 | K. Meaders    | 4.50 | Continued the deposition of Kenneth O'Connell |
| 11/19/10 | K. Meaders    | 0.80 | Telephone conference with Tim Woodward ██████████████████████████ |
| 11/19/10 | K. Meaders    | 0.40 | Email for Kathy Gilman regarding HDR ESI non-duplicate BCI documents in HDR files |
| 11/19/10 | K. Meaders    | 0.50 | Emails with attorney Steinmann regarding QC check of HDR ESI of BCI documents not produced by BCI |
| 11/19/10 | K. Meaders    | 3.70 | Return travel to Dallas with drafting of summary of the continuation of O'Connell's deposition while in route |
| 11/19/10 | K. Meaders    | 0.30 | Emails from attorney Mason regarding ████████ deposition of Bromwell; emails to court reporter and videographer to obtain video of Bromwell deposition for continuation of Bromwell testimony |



| 11/19/10 | C. Batchelor | 5.20 | Read and analyze client documents in preparation for upcoming depositions |
| 11/19/10 | C. Steinmann | 3.00 | Review Kathy Gilman's notes regarding Bromwell documents in HDR ESI, prepare email to Kurt Meaders regarding quantity and process for verification of non-production, and begin review of database for duplicate documents |
| 11/19/10 | M. Stringer | 5.30 | Continued summary of the oral deposition of Devo Seereeram, Ph.E., P.E. |
| 11/20/10 | K. Meaders | 0.50 | Continued review of HDR ESI and Bromwell documents |
| 11/20/10 | D. Kent | 1.30 | ████████████████████████ |
| 11/21/10 | D. Kent | 5.50 | ████████████████████████ travel from Texas to Florida |
| 11/22/10 | K. Meaders | 0.70 | Work on discovery issues related to subpoenas and potential objections on behalf of BCI, SGH and Navigant |
| 11/22/10 | K. Meaders | 0.90 | Revise and complete O'Connell summary of deposition |
| 11/22/10 | K. Meaders | 0.40 | Email with Kathy Gilman ████████ ████████ |
| 11/22/10 | K. Meaders | 1.60 | Review potential supplemental production of HDR |
| 11/22/10 | K. Meaders | 1.60 | Review ESI and Bromwell and GEI documents; emails with attorney Woodward and David Kent coordinating same |
| 11/22/10 | K. Meaders | 0.70 | Update and supplement expert report binders and coordination of electronic copies within file supplementation |
| 11/22/10 | K. Meaders | 0.50 | Attention to deadlines for objection to subpoenas to experts and grounds for same |



| 11/22/10 | D. Kent | 8.00 | ████████████████████████ |
| 11/22/10 | D. Kent | 1.00 | Analysis and planning ██████████████ |
| 11/22/10 | D. Kent | 0.40 | Analysis and planning with Kurt Meaders and team members regarding supplemental production of Bromwell documents from HDR's ESI, response to Barnard's request for reimbursement of expenses for redacting inadvertently produced HDR privileged documents and related pre-trial discovery items |
| 11/22/10 | D. Kent | 0.20 | Analysis and planning with Tim Woodward ██████████████ |
| 11/22/10 | C. Batchelor | 4.10 | Read and analyze client documents in preparation for upcoming depositions of Copeland and Donovan |
| 11/22/10 | M. Melle | 6.90 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 11/22/10 | C. Steinmann | 9.20 | Review documents identified as "not produced" by Kathy Gilman and search database to locate and identify previous productions and identify a and review documents to remove duplicative documents from production in an effort to narrow the number of documents to be produced |
| 11/22/10 | G. Fountain | 0.50 | Review documents provided by co-counsel and update inventory log regarding same |
| 11/22/10 | G. Fountain | 0.60 | Work on TBW expert witness notebooks |
| 11/22/10 | M. Stringer | 2.10 | Continue summary of the oral deposition of Devo Seereeram, Ph.D., P.E. |


| 11/23/10 | W. Mason | 0.30 | Review and respond to multiple e-mails regarding Golder expert supplemental report-Assessment of the Cause(s) of Distress to the Upstream Facing at the TBW Storage Reservoir in Hillsborough County, FL ████ ████ |
| 11/23/10 | K. Meaders | 0.20 | Instruction to attorney Cori Steinmann regarding supplemental production of HDR ESI |
| 11/23/10 | K. Meaders | 0.20 | Letter from Stanislaw regarding cost of retrieval of inadvertently produced documents |
| 11/23/10 | K. Meaders | 0.30 | Review of rules and case law regarding switching of cost of destruction of inadvertently produced documents |
| 11/23/10 | K. Meaders | 0.50 | Draft FOIA and public record request to TBW on reservoir recommendation design criteria |
| 11/23/10 | K. Meaders | 1.10 | Review Bromwell documents for potential litigation consulting and possible production; email regarding certain documents |
| 11/23/10 | K. Meaders | 1.10 | Receipt and review of Golder two supplemental expert reports |
| 11/23/10 | K. Meaders | 0.40 | Work with Tim Woodward regarding issues concerning continuation of Bromwell deposition |
| 11/23/10 | D. Kent | 8.50 | Prepare for and meet in Tampa ████ ████ |
| 11/23/10 | D. Kent | 0.50 | Analysis and planning with ████ ████ |
| 11/23/10 | D. Kent | 0.80 | Follow-up meeting ████ ████ |


| 11/23/10 | D. Kent | 0.30 | Analysis and planning with local counsel Tim Woodward regarding strategy for responding to and contents of response to TBW's Motion to Compel Continued Deposition of HDR expert witness Les Bromwell |
| 11/23/10 | D. Kent | 0.80 | Analysis and planning with local counsel Tim Woodward and Jim Hickman regarding response to Barnard's request for payment of expenses related to returning or sequestering inadvertently produced privileged HDR documents, response to TBW's request for stipulation to extend discovery deadline, and other pre-trial discovery issues |
| 11/23/10 | M. Melle | 7.90 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 11/23/10 | C. Steinmann | 8.60 | Continue review and verification of production of Bromwell documents within HDR ESI and prepare email to team regarding the 56 documents contained within HDRESI that were (1) not located in Bromwell's files, (2) not privileged, and (3) not duplicative of documents already produced by HDR or other experts in this litigation |
| 11/24/10 | W. Mason | 0.30 | Receive and review Kurt Meaders' summary of November 2010 O'Connell Deposition |
| 11/24/10 | W. Mason | 0.20 | Receive and review █████████████ |
| 11/24/10 | D. Kent | 0.20 | Exchange memoranda with Wayne Mason and team members ██████████ |
| 11/24/10 | D. Kent | 5.00 | ██████████████ travel from Tampa to Texas ████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 13, 2010
Invoice No. 993820
Page 18

███████████

| | | | |
|---|---|---|---|
| 11/24/10 | C. Steinmann | 0.20 | Prepare email to team regarding approval of supplemental Bromwell/GEI production |
| 11/26/10 | C. Batchelor | 5.60 | Read and analyze client documents in preparation for upcoming depositions |
| 11/27/10 | C. Batchelor | 2.10 | Read and analyze client documents in preparation for upcoming depositions |
| 11/28/10 | C. Batchelor | 5.40 | Read and analyze client documents in preparation for upcoming depositions |
| 11/29/10 | K. Meaders | 0.40 | Finalize supplemental production of HDR ESI of BCI and GEI materials |
| 11/29/10 | K. Meaders | 0.80 | Telephone call with Attorney Kent and Woodward regarding outstanding discovery issues, subpoenas, deposition schedule and other issues |
| 11/29/10 | K. Meaders | 0.40 | Receipt and review of Barnard's Motion for Sanctions |
| 11/29/10 | K. Meaders | 0.20 | Email to Michael Candes ██████████████ ██████████ |
| 11/29/10 | K. Meaders | 0.30 | Receipt, review and amend objections to subpoena to SGH |
| 11/29/10 | D. Kent | 0.40 | Study/analysis of documents to be included in Bromwell's supplemental production (from HDR's ESI documents) and exchange memoranda and conference with team members regarding same |
| 11/29/10 | D. Kent | 0.80 | Extended analysis and planning with Tim Woodward and Kurt Meaders regarding various pre-trial discovery issues, including review of and response to supplemental reports from TBW's expert witnesses Brummund and O'Connell, depositions of HDR witnesses, supplemental production of Bromwell documents, and other items |
| 11/29/10 | D. Kent | 0.20 | Telephone conference ████████████████ |


███████████████████████████

| 11/29/10 | D. Kent | 0.40 | Analysis and planning ███████████ |

| 11/29/10 | D.   Kent | 0.90 | Study/analysis of background materials for use in depositions of Ardaman fact witnesses |

| 11/29/10 | D.   Kent | 0.40 | Study/analysis of supplemental reports from TBW's expert witnesses O'Connell and Brumund |

| 11/29/10 | D. Kent | 0.10 | Prepare memorandum to team member regarding identification and selection of documents for use in deposition ███████████ |

| 11/29/10 | C. Batchelor | 6.20 | Read and analyze client documents in preparation for upcoming depositions |

| 11/29/10 | M. Melle | 7.00 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |

| 11/29/10 | C. Steinmann | 6.00 | Finalize list of supplemental production for Bromwell and GEI production; communicate with EQD regarding production, and send notice to all parties regarding the supplement; continue working on privilege log to identify and remove duplicate documents |

| 11/29/10 | G. Fountain | 2.40 | Work on deposition exhibit and expert witness notebooks |

| 11/29/10 | M. Stringer | 5.60 | Continue summary of the oral deposition of Devo Seereeram, Ph.D., P.E., Volumes III-IV |

| 11/30/10 | K. Meaders | 0.50 | Receipt of emails cancelling deposition of McKellar and setting of depositions of Bromwell and SGH depositions |

| 11/30/10 | D. Kent | 0.20 | Analysis and planning with local counsel and with team members regarding response to TBW's notice of deposition for HDR expert witness Paul Kelly |



| | | | |
|---|---|---|---|
| 11/30/10 D. Kent | 2.60 | | Study/analysis of supplemental reports from TBW's expert witnesses Brumund and O'Connell |
| 11/30/10 D. Kent | 0.30 | | Study/analysis of Barnard's Motion for Sanctions regarding TBW's damages claim for loss of water |
| 11/30/10 C. Batchelor | 6.50 | | Read and analyze client documents in preparation for upcoming depositions |
| 11/30/10 M. Melle | 4.60 | | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 11/30/10 G. Fountain | 1.70 | | Search database for documents relevant to Ardaman employees in preparation for upcoming depositions |
| 11/30/10 G. Fountain | 0.50 | | Retrieval of electronic filings and generate and organize same for attorney review |
| 11/30/10 M. Stringer | 6.50 | | Continue summary of the oral deposition of Devo Seereeram, Ph.D., P.E., Volumes III-IV |

Total Hours       531.50
**Total Fee Amount    $154,001.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 4.20 | 455.00 | $1,911.00 |
| K. Meaders | 122.10 | 330.00 | 40,293.00 |
| D. Kent | 158.30 | 395.00 | 62,528.50 |
| S. Wittie | 1.00 | 350.00 | 350.00 |
| C. Batchelor | 72.60 | 265.00 | 19,239.00 |
| M. Melle | 38.10 | 185.00 | 7,048.50 |
| C. Steinmann | 59.20 | 225.00 | 13,320.00 |
| W. Richmond | 2.10 | 165.00 | 346.50 |
| C. Alm | 0.50 | 115.00 | 57.50 |
| G. Fountain | 22.20 | 115.00 | 2,553.00 |
| M. Stringer | 49.90 | 125.00 | 6,237.50 |
| R. Zarate | 1.30 | 90|00 | 117.00 |
| Total | **531.50** | | **$154,001.50** |



**Disbursements:**

| | | |
|---|---|--:|
| 05/25/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 179.00 |
| 07/16/10 | Travel/Individual    Meals Meaders, Kurt W. / DA | 10.42 |
| 08/25/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 4.00 |
| 10/07/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 7.00 |
| 10/07/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 7.00 |
| 10/07/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 7.00 |
| 10/08/10 | Delivery/Messenger    Service Federal Express Corporation | 1,631.10 |
| 10/08/10 | Delivery/Messenger    Service Federal Express Corporation | 437.07 |
| 10/15/10 | Delivery/Messenger    Service Federal Express Corporation | 23.60 |
| 10/15/10 | Delivery/Messenger    Service Federal Express Corporation | 18.53 |
| 10/19/10 | Copy Service Lone Star Litigation Support 752497473 | 772.97 |
| 10/19/10 | Travel/Air Fare Meaders, Kurt W. / DA | 167.70 |
| 10/22/10 | Delivery/Messenger    Service Federal Express Corporation | 118.63 |
| 10/22/10 | Copy Service Lone Star Litigation Support 752497473 | 386.48 |
| 10/22/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 12.90 |
| 10/25/10 | Travel/Group Meals Meaders, Kurt W. / DA | 187.57 |
| 10/27/10 | Travel/Individual    Meals Meaders, Kurt W. / DA | 15.80 |
| 10/29/10 | Taxi/Trains/Local Trans. Meaders, Kurt W. / DA | 50.00 |
| 10/29/10 | Travel/Lodging Meaders, Kurt W. / DA | 596.37 |
| 10/29/10 | Travel/Car    Rental Meaders, Kurt W. / DA | 275.51 |
| 10/29/10 | Travel/Air Fare Meaders, Kurt W. / DA | 533.40 |
| 11/01/10 | Overtime HVAC charge 1717 Dallas Partners, LLC | 540.00 |
| 11/02/10 | Photocopy (18 @ $0.15) | 2.70 |
| 11/02/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 15.00 |
| 11/02/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 22.00 |
| 11/03/10 | Telephone TAMPA       FL (181)387-4123 | 0.40 |
| 11/03/10 | Telephone TAMPA       FL (181)387-4123 | 0.24 |
| 11/04/10 | Telephone    DELRAY BCH FL (156)154-2859 | 0.72 |
| 11/04/10 | Telephone TAMPA       FL (181)328-9070 | 0.32 |
| 11/04/10 | Telephone TAMPA       FL (181)387-4123 | 0.24 |
| 11/04/10 | Telephone    WINCHESTER MA (178)172-1403 | 0.16 |
| 11/04/10 | Telephone TAMPA       FL (181)387-4123 | 0.56 |
| 11/04/10 | Photocopy (854 @ $0.15) | 128.10 |
| 11/05/10 | Delivery/Messenger    Service Federal Express Corporation | 23.62 |
| 11/05/10 | Travel/Individual    Meals Meaders, Kurt W. / DA | 11.61 |
| 11/05/10 | Travel/Car    Rental Meaders, Kurt W. / DA | 89.59 |
| 11/05/10 | Travel/Air Fare Meaders, Kurt W. / DA | 523.65 |
| 11/05/10 | Parking/Tolls Meaders, Kurt W. / DA | 30.85 |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

December 13, 2010  
Invoice No. 993820  
Page 22

| | |
|---|---:|
| 11/06/10   Travel/Lodging Meaders, Kurt W. / DA | 110.88 |
| 11/07/10 Travel/Individual    Meals Kent, David, C. / DA | 8.98 |
| 11/07/10 Travel/Individual    Meals Kent, David, C. / DA | 20.96 |
| 11/07/10 Travel/Individual    Meals Kent, David, C. / DA | 6.71 |
| 11/07/10 Travel/Car    Rental Kent, David, C. / DA | 267.50 |
| 11/07/10   Travel/Air Fare Kent, David, C. / DA | 467.40 |
| 11/07/10   Parking/Tolls Kent, David, C. / DA | 1.00 |
| 11/08/10 Lexis | 3.59 |
| 11/08/10 Lexis | 176.04 |
| 11/08/10 Lexis | 7.17 |
| 11/08/10 Lexis | 9.31 |
| 11/08/10 Westlaw | 8.65 |
| 11/08/10 Travel/Individual    Meals Kent, David, C. / DA | 1.50 |
| 11/08/10 Travel/Individual    Meals Kent, David, C. / DA | 49.46 |
| 11/08/10   Travel/Group Meals Kent, David, C. / DA | 31.20 |
| 11/09/10   Telephone TAMPA    FL (181)387-4123 | 0.72 |
| 11/09/10 Lexis | 14.35 |
| 11/09/10 Lexis | 164.10 |
| 11/09/10 Travel/Individual    Meals Kent, David, C. / DA | 9.26 |
| 11/09/10 Travel/Individual    Meals Kent, David, C. / DA | 56.81 |
| 11/09/10 Travel/Individual    Meals Kent, David, C. / DA | 4.02 |
| 11/09/10   Travel/Group Meals Kent, David, C. / DA | 50.61 |
| 11/10/10 Travel/Individual    Meals Kent, David, C. / DA | 20.00 |
| 11/10/10   Other Travel-related expenses Kent, David, C. / DA | 20.00 |
| 11/11/10 Travel/Individual    Meals Kent, David, C. / DA | 9.26 |
| 11/11/10 Travel/Individual    Meals Kent, David, C. / DA | 23.75 |
| 11/12/10   Travel/Lodging Kent, David, C. / DA | 839.95 |
| 11/12/10   Photocopy (5 @ $0.15) | 0.75 |
| 11/12/10 Delivery/Messenger    Service Federal Express Corporation | 73.88 |
| 11/12/10 Delivery/Messenger    Service Federal Express Corporation | 73.88 |
| 11/12/10 Delivery/Messenger    Service Federal Express Corporation | 20.99 |
| 11/12/10   Telefax (4 @ $1.00) | 4.00 |
| 11/12/10   Telefax (4 @ $1.00) | 4.00 |
| 11/12/10   Telefax (4 @ $1.00) | 4.00 |
| 11/12/10   Telefax (4 @ $1.00) | 4.00 |
| 11/12/10 Travel/Individual    Meals Kent, David, C. / DA | 5.97 |
| 11/12/10 Travel/Individual    Meals Kent, David, C. / DA | 1.34 |
| 11/12/10 Travel/Individual    Meals Kent, David, C. / DA | 3.91 |
| 11/12/10 Travel/Individual    Meals Kent, David, C. / DA | 8.98 |
| 11/12/10 Travel/Individual    Meals Kent, David, C. / DA | 2.00 |
| 11/12/10   Other Travel-related expenses Kent, David, C. / DA | 9.16 |



| | | |
|---|---|---:|
| 11/12/10 | Travel/Air Fare Kent, David, C. / DA | 50.00 |
| 11/12/10 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 11/13/10 | Photocopy (3 @ $0.15) | 0.45 |
| 11/15/10 | Telephone TAMPA     FL (181)387-4123 | 0.24 |
| 11/15/10 | Telephone TAMPA     FL (181)328-9070 | 0.64 |
| 11/15/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 11/15/10 | Photocopy (11 @ $0.15) | 1.65 |
| 11/15/10 | Photocopy (4 @ $0.15) | 0.60 |
| 11/16/10 | Telephone TAMPA     FL (181)387-4123 | 0.16 |
| 11/16/10 | Photocopy (186 @ $0.15) | 27.90 |
| 11/16/10 | Photocopy (14 @ $0.15) | 2.10 |
| 11/16/10 | Photocopy (245 @ $0.15) | 36.75 |
| 11/17/10 | Photocopy (1 @ $0.15) | 0.15 |
| 11/17/10 | Photocopy (1 @ $0.15) | 0.15 |
| 11/17/10 | Parking/Tolls Meaders, Kurt W. / DA | 71.45 |
| 11/18/10 | Telephone WALTHAM    MA (178)190-7933 | 0.16 |
| 11/19/10 | Travel/Lodging Meaders, Kurt W. / DA | 276.66 |
| 11/19/10 | Travel/Individual    Meals Meaders, Kurt W. / DA | 50.90 |
| 11/19/10 | Travel/Individual    Meals Meaders, Kurt W. / DA | 19.45 |
| 11/19/10 | Travel/Car    Rental Meaders, Kurt W. / DA | 104.36 |
| 11/19/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 50.00 |
| 11/19/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 7.00 |
| 11/19/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 23.12 |
| 11/22/10 | Telephone TAMPA     FL (181)328-9070 | 0.16 |
| 11/23/10 | Photocopy (6 @ $0.15) | 0.90 |
| 11/23/10 | Postage | 0.44 |
| 11/29/10 | Telephone NORWELL    MA (178)142-4992 | 0.40 |
| 11/29/10 | Photocopy (76 @ $0.15) | 11.40 |

**Total Disbursements**     **$10,170.20**



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

December 13, 2010
Invoice No. 993820
Page 24

**Total Due**   $\underline{\$164,171.70}$

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick, Detert, Moran & Arnold LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sdma.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick, Detert, Moran and Arnold LLP<br>CITIUS33<br>File Number & Invoice Number |

## Expense Report - Transmittal Report



ER00000030212100070

**Spender** Kurt W. Meaders          From Oct 20, 2010   To Oct 22, 2010          Reimbursement Amt 12.90 USD

**Report name** Deposition of Jon Kennedy

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

# METROPOLITAN REAL ESTATE INVESTORS
## AFTER HOURS AIR CONDITIONING REQUEST
## COMERICA BANK TOWER

**During regular business hours:** Fax your request to 214-658-1605

**After 5pm weekdays/weekends/holidays:** Submit your request by calling 214-658-1621.

**COMPANY NAME:** Sedgwick      **SUITE:** 5400

**YOUR NAME:** Christie Kirchenbauer      **DATE:** 10/8/10

| DATE REQUESTED | DAY | FLOOR | ON TIME* | | OFF TIME* |
|---|---|---|---|---|---|
| 10/9/10 | Sat. | 55 | 9 (am)/pm | TO | 5 am/(pm) 4 |
| 10/10/10 | Sun. | 55 | 9 (am)/pm | TO | 5 am/(pm) 8 |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |
| | | | am/pm | TO | am/pm |

*Note: Always indicate AM or PM. When applicable, please indicate "noon" or "midnight".*

**START TIME AND OFF TIME ARE REQUIRED BEFORE CONTACTING DUTY ENGINEER**

**TENANT SIGNATURE:** Christie Kuchik    **TITLE:** Accounting & Receptionist

**PRINT NAME:** Christie Kirchenbauer    **CC:**

**COMMENTS:** Please reference 10711.00001

| ENGINEERIN... | | **SECURITY:** Ph: 214-658-1621 |

12x45 = 540 x 15% = 81

540 + 81 = 621

**AFTER REGULA...**      ...FFICE USE ONLY:

Date/Time Rec...      ...l By:

Security Officer...      ...me Received:

Engineer Called...      ...me Programmed:

Date/Time Call...

'10 NOV 1 AM 11:50



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-268-20582 | Oct 22, 2010 | 2323-3788-5 | 7 of 10 |

**Picked up: Oct 15, 2010**   Cust. Ref.: 999-28   Ref.#2:
**Payor: Shipper**   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 874445671960 | MAILROOM | B MILLER | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK,DETERT,MORAN & ARNOLD | |
| Package Type | FedEx Envelope | 1717 MAIN ST STE 5400 | 919 CONGRESS AVE STE 1250 | |
| Zone | 03 | DALLAS TX 75201-7367 US | AUSTIN TX 78701 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 18, 2010 11:19 | Transportation Charge | | 17.50 |
| Svc Area | A1 | Discount | | -9.98 |
| Signed by | B.MILLER | Fuel Surcharge | | 0.60 |
| FedEx Use | 028806488/0000211/_ | **Total Charge** | **USD** | **$8.12** |

**Picked up: Oct 18, 2010**   Cust. Ref.: 02059-060128   Ref.#2:
**Payor: Shipper**   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794022694556 | Ryan C Brown | Victor Otero | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | 5902 Horizon | |
| Package Type | FedEx Envelope | 1717 Main Street | CORPUS CHRISTI TX 78408 US | |
| Zone | 04 | DALLAS TX 75201 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 21.30 |
| Delivered | Oct 19, 2010 13:06 | Fuel Surcharge | | 0.93 |
| Svc Area | AA | Discount | | -12.14 |
| Signed by | see above | Residential Delivery | | 2.50 |
| FedEx Use | 000000000/0000222/02 | **Total Charge** | **USD** | **$12.59** |

**Picked up: Oct 18, 2010**   Cust. Ref.: 10711.000001   Ref.#2:
**Payor: Shipper**   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 796345630860 | Cori Steinmann | Katie Duty | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | 6817 STONESTHROW CIR N APT 172 | |
| Package Type | Customer Packaging | 1717 Main Street #5400 | ST PETERSBURG FL 33710 US | |
| Zone | 05 | DALLAS TX 75201 US | | |
| Packages | 1 | | | |
| Rated Weight | 27.0 lbs, 12.2 kgs | Transportation Charge | | 129.75 |
| Delivered | Oct 19, 2010 10:07 | Residential Delivery | | 2.50 |
| Svc Area | A1 | Discount | | -73.96 |
| Signed by | K.DUTY | Fuel Surcharge | | 4.66 |
| FedEx Use | 000000000/0001552/_ | **Total Charge** | **USD** | **$62.95** |

**Picked up: Oct 18, 2010**   Cust. Ref.: 10711.000001   Ref.#2:
**Payor: Shipper**   Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 796354878920 | Kurt Meaders | Tim Connolly | |
| Service Type | FedEx Priority Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HDR Engineering, Inc. | |
| Package Type | Customer Packaging | 1717 Main Street #5400 | 8404 INDIAN HILLS DR | |
| Zone | 04 | DALLAS TX 75201 US | OMAHA NE 68114 US | |
| Packages | 1 | | | |
| Rated Weight | 27.0 lbs, 12.2 kgs | | | |
| Delivered | Oct 19, 2010 09:16 | Transportation Charge | | 119.90 |
| Svc Area | A1 | Discount | | -68.34 |
| Signed by | L.FREDERICKSEN | Fuel Surcharge | | 4.12 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** | **USD** | **$55.68** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-260-02228 | Oct 15, 2010 | 2323-3788-5 | 6 of 12 |

**Picked up:** Oct 07, 2010    **Cust. Ref.:** 0999-000078    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 42.0lbs, 21" x 20" x 19", divided by 194.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services / Glen Roddy | Office Services | |
| Tracking ID | 796322552672 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 919 CONGRESS AVE STE 1250 | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Actual Weight | 25.0 lbs, 11.3 kgs | | | |
| Rated Weight | 42.0 lbs, 19.1 kgs | Transportation Charge | | 77.20 |
| Declared Value | USO 1,500.00 | Discount | | -44.00 |
| Oelivered | Oct 08, 2010 11:47 | Direct Signature | | 0.00 |
| Svc Area | A1 | Fuel Surcharge | | 2.66 |
| Signed by | B.MILLER | Declared Value Charge | | 10.50 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$46.36** |

**Picked up:** Oct 07, 2010    **Cust. Ref.:** 10711-1    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Tiffiney Rogers | James Brittain | |
| Tracking ID | 796322963902 | SEDGWICK,DETERT,MORAN | 2916 TIMBER KNOLL OR | |
| Service Type | FedEx Standard Overnight | 1717 Main | VALRICO FL 33596 US | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 45.00 |
| Oelivered | Oct 08, 2010 10:19 | Fuel Surcharge | | 1.75 |
| Svc Area | A2 | Residential Delivery | | 2.50 |
| Signed by | see above | Discount | | -25.65 |
| FedEx Use | 000000000/0001349/02 | **Total Charge** | **USD** | **$23.60** |

**Picked up:** Oct 07, 2010    **Cust. Ref.:** 00996-003743    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | CLAUDIA DWYER | L.S. McGUIRE | |
| Tracking IO | 796323447585 | SOMA | AMCO WELDING SERVICE | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 6330 W PORT ARTHUR RD | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | BEAUMONT TX 77705 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Oelivered | Oct 08, 2010 14:13 | Transportation Charge | | 24.10 |
| Svc Area | A4 | Discount | | -13.74 |
| Signed by | B.MCGUIRE | Fuel Surcharge | | 0.83 |
| FedEx Use | 000000000/0001305/_ | **Total Charge** | **USD** | **$11.19** |



**Picked up: Oct 11, 2010**  Cust. Ref.: 10711-1  Ref.#2:
**Payor: Shipper**  Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 4
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Tiffiney Rogers | Richard Donovan | |
| Tracking ID | 796331548803 | SEDGWICK,DETERT,MORAN | 13513 LARIMORE AVE | |
| Service Type | FedEx Standard Overnight | 1717 Main | OMAHA NE 68164 US | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 34.10 |
| Delivered | Oct 12, 2010 13:38 | Fuel Surcharge | | 1.37 |
| Svc Area | A1 | Residential Delivery | | 2.50 |
| Signed by | see above | Discount | | -19.44 |
| FedEx Use | 000000000/0001327/02 | **Total Charge** | **USD** | **$18.53** |

**Picked up: Oct 11, 2010**  Cust. Ref.: 0999-000028  Ref.#2:
**Payor: Shipper**  Ref.#3:  886.08
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | OFFICE SERVICES | |
| Tracking ID | 796331690225 | SEDGWICK,DETERT, MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | One Market Plaza, Steuart Towe | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | | | |
| Delivered | Oct 12, 2010 09:31 | Transportation Charge | | 51.20 |
| Svc Area | A1 | Discount | | -29.18 |
| Signed by | J.VISAN | Fuel Surcharge | | 1.76 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | **USD** | **$23.78** |

**Picked up: Oct 11, 2010**  Cust. Ref.: 02060-060017  Ref.#2:
**Payor: Shipper**  Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 4

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | NINA S MCDONALD | MS CAROL SALINAS | |
| Tracking ID | 873167454906 | SEDGWICK,DETERT,MORAN & ARNOLD | NISSAN NORTH AMERICA INC | |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | ONE NISSAN WAY 5TH FL | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | FRANKLIN TN 37067 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 12, 2010 07:43 | | | |
| Svc Area | A2 | Transportation Charge | | 48.40 |
| Signed by | C.JACKSON | Fuel Surcharge | | 3.87 |
| FedEx Use | 028409234/0000005/_ | **Total Charge** | **USD** | **$52.27** |

**Picked up: Oct 11, 2010**  Cust. Ref.: 02039-060040  Ref.#2:
**Payor: Shipper**  Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 5
- Original address - 901 LAKESIDE AVE-N POINT/, 44144

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | S STEPHENS | MARK ANDREINI | |
| Tracking ID | 873167454917 | SEDGWICK,DETERT,MORAN & ARNOLD | JONES DAY | |
| Service Type | FedEx Standard Overnight | 1717 MAIN ST STE 5400 | 901 LAKESIDE AVE-N POINT | |
| Package Type | FedEx Envelope | DALLAS TX 75201-7367 US | CLEVELAND OH 44114 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 22.45 |
| Delivered | Oct 12, 2010 14:43 | Discount | | -12.80 |
| Svc Area | A1 | Address Correction | | 11.00 |
| Signed by | J.FRYE | Fuel Surcharge | | 0.77 |

Continued on next page



Tracking ID: 796294542829 continued

| | | | |
|---|---|---|---|
| Delivered | Sep 30, 2010 09:25 | Transportation Charge | 38.80 |
| Svc Area | A1 | Discount | -22.12 |
| Signed by | J.VISAN | Fuel Surcharge | 1.17 |
| FedEx Use | 000000000/0001393/_ | Total Charge        USD | $17.85 |

**Picked up: Sep 29, 2010**　　　　**Cust. Ref.: 886-08**　　　**Ref.#2:**
**Payor: Shipper**　　　　**Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 796294564179 | Office Services | Office Services |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold |
| Package Type | FedEx Envelope | 1717 Main Street, #5400 | 919 CONGRESS AVE STE 1250 |
| Zone | 03 | DALLAS TX 75201 US | AUSTIN TX 78701 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Sep 30, 2010 12:05 | Transportation Charge | 17.50 |
| Svc Area | A1 | Discount | -9.98 |
| Signed by | D.J | Fuel Surcharge | 0.53 |
| FedEx Use | 000000000/0000211/_ | Total Charge        USD | $8.05 |

**Picked up: Sep 29, 2010**　　　　**Cust. Ref.: 2278.103315**　　　**Ref.#2:**
**Payor: Shipper**　　　　**Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Temporary local disruption.
- Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 796294869070 | Lavella Garner | Christopher Carroll |
| Service Type | FedEx Priority Overnight | SDMA | Carroll, McNulty & Kull LLC |
| Package Type | FedEx Envelope | 1717 Main Street | 120 MOUNTAINVIEW BLVD |
| Zone | 06 | DALLAS TX 75201 US | BASKING RIDGE NJ 07920 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Sep 30, 2010 10:39 | Transportation Charge | 25.40 |
| Svc Area | A2 | Fuel Surcharge | 0.76 |
| Signed by | C.BENEVENTO | Discount | -14.48 |
| FedEx Use | 000000000/0000230/_ | Total Charge        USD | $11.68 |

**Picked up: Sep 29, 2010**　　　　**Cust. Ref.: 10711-000001**　　　**Ref.#2:**
**Payor: Shipper**　　　　**Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 867040959219 | KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 1400 CENTREPARK BLVD STE 1000 |
| Zone | 06 | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Packages | 1 | | |
| Rated Weight | 35.0 lbs, 15.9 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 190.45 |
| Signed by | E.KADOCHE | Fuel Surcharge | 13.33 |
| FedEx Use | 027207895/0000014/_ | Total Charge        USD | $203.78 |

**Picked up: Sep 29, 2010**　　　　**Cust. Ref.: 10711-000001**　　　**Ref.#2:**
**Payor: Shipper**　　　　**Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 867040959220 | KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Service Type | FedEx First Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 1400 CENTREPARK BLVD STE 1000 |
| Zone | 06 | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Packages | 1 | | |

Continued on next page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-252-15797 | Oct 08, 2010 | 2323-3788-5 | 6 of 11 |

Tracking ID: 867040959220 continued

| | | | |
|---|---|---|---|
| Rated Weight | 25.0 lbs, 11.3 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 158.45 |
| Signed by | E.KADOCHE | Fuel Surcharge | 11.09 |
| FedEx Use | 027207895/0000014/_ | **Total Charge**          USD | **$169.54** |

**Picked up: Sep 29, 2010**    **Cust. Ref.: 10711-00001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Tracking ID | 872102951701 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 1400 CENTREPARK BLVD STE 1000 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | 40.0 lbs, 18.1 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 206.85 |
| Signed by | E.KADOCHE | Fuel Surcharge | 14.48 |
| FedEx Use | 027207895/0000014/_ | **Total Charge**          USD | **$221.33** |

**Picked up: Sep 29, 2010**    **Cust. Ref.: 1711-00001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | PAT KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Tracking ID | 872102951712 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 1400 CENTERPARK BLVD STE 1000 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | 35.0 lbs, 15.9 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 190.45 |
| Signed by | E.KADOCHE | Fuel Surcharge | 13.33 |
| FedEx Use | 027208489/0000014/_ | **Total Charge**          USD | **$203.78** |

**Picked up: Sep 29, 2010**    **Cust. Ref.: 10701-000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Tracking ID | 872102951723 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 1400 CENTREPARK BLVD STE 1000 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | 35.0 lbs, 15.9 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 190.45 |
| Signed by | E.KADOCHE | Fuel Surcharge | 13.33 |
| FedEx Use | 027207895/0000014/_ | **Total Charge**          USD | **$203.78** |

**Picked up: Sep 29, 2010**    **Cust. Ref.: 10711-000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Tracking ID | 872102951734 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 1400 CENTREPARK BLVD STE 1000 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Zone | 06 | | |
| Packages | 1 | | |

Continued on next page





Tracking ID: 872102951734 continued

| | | | |
|---|---|---|---|
| Rated Weight | 35.0 lbs, 15.9 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 190.45 |
| Signed by | E.KADOCHE | Fuel Surcharge | 13.33 |
| FedEx Use | 027207895/0000014/_ | **Total Charge** USD | **$203.78** |

**Picked up: Sep 29, 2010**    **Cust. Ref.: 1071H 000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
• Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Tracking ID | 872102951745 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 1400 CENTREPARK BLVD STE 1000 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | 40.0 lbs, 18.1 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 206.85 |
| Signed by | E.KADOCHE | Fuel Surcharge | 14.48 |
| FedEx Use | 027207895/0000014/_ | **Total Charge** USD | **$221.33** |

**Picked up: Sep 29, 2010**    **Cust. Ref.: 10711-000001**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
• Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | KURT MEADERS | KURT MEADERS C/O ED COPELAND |
| Tracking ID | 872102951756 | SEDGWICK,DETERT,MORAN & ARNOLD | HDR ENGINEERING INC |
| Service Type | FedEx First Overnight | 1717 MAIN ST STE 5400 | 1400 CENTREPARK BLVD STE 1000 |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | WEST PALM BEACH FL 33401 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | 35.0 lbs, 15.9 kgs | | |
| Delivered | Sep 30, 2010 07:52 | | |
| Svc Area | A2 | Transportation Charge | 190.45 |
| Signed by | E.KADOCHE | Fuel Surcharge | 13.33 |
| FedEx Use | 027207895/0000014/_ | **Total Charge** USD | **$203.78** |

**Picked up: Sep 30, 2010**    **Cust. Ref.: 2060.060021**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
• Distance Based Pricing, Zone 4

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Suzette Henke | Carol Salinas |
| Tracking ID | 793965249299 | SDMA | Nissan North America |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 1 NISSAN WAY |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | FRANKLIN TN 37067 US |
| Zone | 04 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Oct 01, 2010 09:43 | Transportation Charge | 21.30 |
| Svc Area | A2 | Fuel Surcharge | 0.64 |
| Signed by | B.CCJACKSDN | Discount | -12.14 |
| FedEx Use | 000000000/0000222/_ | **Total Charge** USD | **$9.80** |

**Picked up: Sep 30, 2010**    **Cust. Ref.: 00999-000028**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
• Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Office Services | Tanya Lawson |
| Tracking ID | 796300164247 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran & Arnold |
| Service Type | FedEx Standard Overnight | 1717 Main Street, #5400 | 2400 E COMMERCIAL BLVD STE 110 |
| Package Type | Customer Packaging | DALLAS TX 75201 US | FORT LAUDERDALE FL 33308 US |
| Zone | 06 | | |
| Packages | 1 | | |

Continued on next page



# Lone Star
## Litigation Support

# Invoice

★ Tele.: 214.742.1113  ★  Fax: 214.745.1718
★ Web Site: www.lonestarlit.com
★ Email.: copy@lonestarlit.com

| DATE | INVOICE # |
|---|---|
| 10/19/2010 | 110732 |

**BILL TO:**
Sedgwick Detert Moran & Arnold
1717 Main Street - Suite 5400
Dallas, Texas 75201

**SHIP TO:**
JOB # C201010045

3426
Cori C. S.

| CLIENT MATTER # | TERMS | REP | ORDER DATE | SHIP VIA | ORDERED BY | ORIGINALS BY |
|---|---|---|---|---|---|---|
| 10711.00001 | 2% 10 Net 30 | GM | 10/19/2010 | Del | Cori S. | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 3,808 | COPY12 | Copies | 0.12 | 456.96 T |
| 78 | COL125 | Color Copies | 1.25 | 97.50 T |
| 8 | BIND | 3" Binders | 19.95 | 159.60 T |
| | | Sales Taxes | 8.25% | 53.91 |

PAID P CARD
NOV 12 2010
JORGE MOLINA

'10 NOV 2 PM 2:22

* A P 1 3 5 1 3 2 4 *

**CUSTOMER COPY**

**PLEASE PAY FROM THIS INVOICE.**
REMIT PAYMENT TO: P.O. BOX 501074
TAX ID # 75-2497473     DALLAS, TEXAS 75250-1074

N Bassi        10-20-10
RECEIVED BY    DATE

# TOTAL

$772.97

    



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/22/2010 | 110773 |

★ Tele.: 214.742.1113 ★ Fax: 214.745.1718
★ Web Site: www.lonestarlit.com
★ Email.: copy@lonestarlit.com

**BILL TO:**

Sedgwick Detert Moran & Arnold
1717 Main Street - Suite 5400
Dallas, Texas 75201

**SHIP TO:**

JOB # C201010058

*Cori C. S...*

*3426*

| CLIENT MATTER # | TERMS | REP | ORDER DATE | SHIP VIA | ORDERED BY | ORIGINALS BY |
|-----------------|-------|-----|------------|----------|------------|--------------|
| 10711.00001 | 2% 10 Net 30 | GM | 10/22/2010 | Del | Cori S. | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 1,904 | COPY12 | Copies | 0.12 | 228.48 T |
| 39 | COL125 | Color Copies | 1.25 | 48.75 T |
| 4 | BIND | 3" Binders | 19.95 | 79.80 T |
| | | Sales Taxes | 8.25% | 29.45 |

PAID P CARD
NOV 17 2010
JORGE MOLINA

'10 NOV 2 PM 2:22

```
*  A P 1 3 5 1 3 2 7  *
```

**CUSTOMER COPY**

**PLEASE PAY FROM THIS INVOICE.**
REMIT PAYMENT TO: P.O. BOX 501074
TAX ID # 75-2497473     DALLAS, TEXAS 75250-1074

*N. Bassi*
RECEIVED BY

10-25-10
DATE

# TOTAL

$386.48

    

## Expense Report - Transmittal Report



ER0000003021 2100069

**Spender** Kurt W. Meaders          **From** Oct 24, 2010  **To** Oct 29, 2010          **Reimbursement Amt** 1,658.65 USD

**Report name** Preparation of Les Bromwell's deposition

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 6 | Audit required | No |
| Number of receipts to submit | 6 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 10/25/10 | Group Meal | United St... | 187.57  USD | Jennifer M. Arevalo |
| 10/27/10 | Individual Meal | United St... | 15.80  USD | Jennifer M. Arevalo |
| 10/29/10 | Airfare | United St... | 533.40  USD | Jennifer M. Arevalo |
| 10/29/10 | Lodging | United St... | 596.37  USD | Jennifer M. Arevalo |
| 10/29/10 | Car Rental | United St... | 275.51  USD | Jennifer M. Arevalo |
| 10/29/10 | Taxi, Trains, o... | United St... | 50.00  USD | Jennifer M. Arevalo |

- Air travel —
- Lodging 783.94 includes $187.57 Dinner w/ expert
  cc                                    Les Bromwell
- Car 275.51    cc
- Cab DFW to home $50 — cash
- Firehouse Subs  15.80  cc

**Slaten, Rita**

**ORBITZ**
FOR BUSINESS

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

Hello Kurt,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 10/24/10 10/24/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

## Your current trip information - Tampa 10/24/10 10/24/10
This trip includes flights and car rental .

### Flight reservation

Orbitz record locator:    AP270601M43NLSPA
Airline record locator:   American Airlines - IGOMYA
Reservation made by:      rita.slaten@sdma.com
Ticket numbers:           0017856160393
Total flight cost:        $533.40 USD
Traveler(s)               **Frequent flier details**

KURT MEADERS        American Airlines AAdvantage
                    XRH0486

---

Leave Sunday, October 24, 2010
American Airlines 642 Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

Depart:   **8:50pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **12:05am Tampa, FL**  Tampa International (TPA)
Your flight is confirmed. The airline will assign seats at check-in or you may select seats.
**This is an overnight flight.**

---

Return Friday, October 29, 2010
American Airlines 1731 Economy | McDonnell Douglas MD-80 (M80) | 2hr 40min | 920 miles

Depart:   **4:25pm  Tampa, FL**  Tampa International (TPA)
Arrive:   **6:05pm  Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Your flight is confirmed. The airline will assign seats at check-in or you may select seats.

---

Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

Please note: American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. See details

1

**Important fare notes** purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur **change fees**.
Please read the **fare rules** and the ticket for more information.

## Car rental reservation

**Confirmation number:** 31494018US3
**Primary driver:** KURT MEADERS
**Reservation made by:** kurt.meaders@sdma.com
**Loyalty program** T8N93R
**Daily rate:** $41.00*

### Avis Midsize

| | | |
|---|---|---|
| **Pick-up** | Mon, Oct 25, 2010 12:30 AM EDT | Tampa International (TPA) (in terminal)<br>Phone: 813-396-3500<br>800-331-1212<br>**Hours:** Open 24 hours |
| **Drop-off** | Fri, Oct 29, 2010 3:30 PM EDT | drop-off location same as pick-up location listed above |

### Additional car information

**Note:** When you pick up your car, you must have a valid credit card in the driver's name

**Car details:** Pontiac G6(or similar), Midsize Car Air Conditioning, Automatic Transmission

**Arriving on flight:** American Airlines flight 642

**Shuttle information** SHUTTLE SERVICE IS NOT AVAILABLE AT THIS LOCATION.

**General Rules:** RATE GUARANTEED CITY ANY NO SRC
NO RETURN RESTRICTION
TO USE A DEBIT CARD AT A LOCATION THAT ACCEPTS
THEM YOU ARE SUBJECT TO ADDITIONAL CREDIT CHECKS
OR MUST PRESENT ADDITIONAL IDENTIFICATION.
MUST INCLUDE QUALIFYING AWD NUMBER IN /CD- FIELD
THE MINIMUM RENTAL PERIODIS 001 DAYS
MIN AGE 18. 18-20 UA SURCHARGE 27.00DY
OTHER RESTRICTIONS MAY APPLY.
CONTACT LOCAL REP FOR DETAILS
10.00 EXTENSION FEE MAY APPLY
10.00 LATE FEE MAY APPLY
10.40PCT CONCESSION RECOVERY FEE

**Car Tax Information:** TAX AND FEES ARE ADDITIONAL..NOT INCLUDED IN RATES..AND STATED
SEPARATELY ON THE RENTAL AGREEMENT.

7.00 PERCENT STATE AND LOCAL TAX.
10.40 PERCENT CONCESSION RECOVERY FEE.
2.02 USD PER DAY FLORIDA SURCHARGE AND WASTE TIRE
AND BATTERY FEE.
0.78 USD PER DAY VEHICLE LICENSE FEE.
0.50 USD PER DAY ENERGY RECOVERY FEE.

FREQUENT TRAVELER PARTNER SURCHARGE -
FOR RENTALS IN THE UNITED STATES PUERTO RICO
ST. THOMAS ST. CROIX AND CANADA WHEN THE RENTER
CHOOSES TO RECEIVE FREQUENT TRAVELER POINTS/MILES
FROM THE FOLLOWING TRAVEL PARTNERS AVIS WILL ASSESS
A FREQUENT TRAVELER SURCHARGE EQUIVALENT TO USD .75
PER DAY (EXCEPT 1.00 PER DAY FOR SOUTHWEST). THE
AMOUNT ASSESSED IS COLLECTED BY AVIS TO OFFSET A
PORTION OF AVIS*S ANNUAL COST OF PARTICIPATION IN
FREQUENT TRAVELER PROGRAMS.

* ALASKA AIRLINES * CHOICE HOTELS

* CONTINENTAL AIRLINES * DELTA AIRLINES
* HAWAIIAN AIRLINES * MIDWEST AIRLINES
* NORTHWEST AIRLINES * SOUTHWEST AIRLINES
* UNITED AIRLINES * US AIRWAYS
* VIRGIN AMERICA

FREQUENT FLYER TAX RECOVERY SURCHARGE *FTP*
FOR RENTALS IN THE UNITED STATES PUERTO RICO
ST. THOMAS ST. CROIX AND CANADA WHEN THE RENTER
CHOOSES TO RECEIVE MILES IN THE AMERICAN AIRLINES
AADVANTAGE PROGRAM THE FREQUENT FLYER SURCHARGE WILL
BE CALCULATED BASED ON THE FEDERAL EXCISE TAX EXPENSE
INCURRED BY AVIS WHEN IT PURCHASES MILES FROM
AMERICAN AIRLINES. UNDER THE TAX RELIEF ACT OF 1997
ALL COMPANIES THAT PURCHASE FREQUENT FLYER MILES FROM
AIRLINES MUST PAY A 7.5 PERCENT EXCISE TAX ON THE COST
OF THOSE MILES (APPROXIMATELY .06 CENTS PER RENTAL
DAY). THE 7.5 PERCENT FREQUENT FLYER TAX RECOVERY
SURCHARGE *FTP* APPLIES TO ALL U.S. STATES EXCEPT
ARIZONA CALIFORNIA MISSOURI OREGON AND WYOMING.

**Mileage and rates\*\***

Unlimited

Daily rate:     $41.00*

extra hour:     $30.76

extra day:      $41.00

Minimum rental:1 day

** Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays. Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Cost summary and billing information

### Flight cost summary

Airfare, KURT MEADERS (Adult)      $526.40

**Orbitz for Business fees**

Online transaction fee      $7.00

Total      $533.40 USD

### Billing information
**Card holder's Name:**
Kurt Wood Meaders

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx5374

### Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | Total | |
|---|---|---|
| | | $260.55 USD |
| Amount paid at reservation | | $0.00 US |
| Amount due upon rental | | $260.55 US |
| Car rental estimate including taxes and fees | | |

*This amount is based on information available at the time of reservation. It includes other taxes and fees. Rental fees are due when you drop-off your vehicle.

## Trip reference field information

## Flight

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

## Car

**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

3

```
          OYSTERCATCHERS
      *JOIN US FOR OUR AMAZING
           SUNDAY BRUNCH*
280 CHARLES                      1
----------------------------------
 43/1        2884         GST 2
      OCT25'10  6:41PM
----------------------------------
Misc Personal Charge    ⟨50.00⟩
  1 D-Caesar            11.00
  1 D-Arugula           10.00
  2 D-Colassal APP      80.00
    SUBTOTAL           151.00
    TAX                 10.57
    PAYMENT DUE  161.57
*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY:_____ 26 ⎯

TOTAL:_____ 18757

ROOM #_____ 634

SIGNATURE:___/_____

PRINT NAME:_____
 * * GRATUITY NOT INCLUDED * *

  Meeders
  Bromwell
```



Kurt Meaders
3925 Hanover St
Dallas
TX                    752257119

Resv #: 2709574

You have Checked Out of Room 0636

| Date | Description | Amount |
|------|-------------|--------|
| Oct 24 | Package Room | $99.00 |
| Oct 24 | State Sales Tax | $6.93 |
| Oct 24 | Occupancy Tax | $4.95 |
| Oct 25 | T-Mobile Wireless Intern | $29.97 |
| Oct 25 | - Oystercatcher's Dinner | $187.57 |
| Oct 25 | Package Room | $99.00 |
| Oct 25 | State Sales Tax | $6.93 |
| Oct 25 | Occupancy Tax | $4.95 |
| Oct 26 | Bottled Water | $4.00 |
| Oct 26 | Package Room | $99.00 |
| Oct 26 | State Sales Tax | $6.93 |
| Oct 26 | Occupancy Tax | $4.95 |
| Oct 27 | Package Room | $99.00 |
| Oct 27 | State Sales Tax | $6.93 |
| Oct 27 | Occupancy Tax | $4.95 |
| Oct 28 | Bottled Water | $8.00 |
| Oct 28 | Package Room | $99.00 |
| Oct 28 | State Sales Tax | $6.93 |
| Oct 28 | Occupancy Tax | $4.95 |
| Oct 29 | Master Card | $783.94CR |

Balance: $0.00

Card: ************5374

Was our staff quick and efficient and did we
  offer assistance?  Was everything in your
  room in working order?  If you are unable to
provide the most favorable feedback to these
        questions, please let us know.

   For comments regarding your stay please
        e-mail michelle.logel@hyatt.com

   For questions regarding your guestroom
    account please call 888-472-2870,
  or e-mail na.customerservice@hyatt.com.

     Thank you for staying with us at
        Grand Hyatt Tampa Bay!

         10/29/2010 7:52:55 AM

Date: 10/29/10

Name: Kurt Meaders

Amount Paid: $50.00

Shuttle Driver: Dest to Home

Shuttle Number:

BOOK YOUR RESERVATION ONLINE AT
WWW.CITYSHUTTLE.NET

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 722095091 | 50519770 | F |

**MEADERS, KURT**
WIZ = T8N93R    AWD = A984200
CV -
OUT TPA 25OCT10/0115 MI = 17179
IN  TPA 29OCT10/1531 MI = 17231

| | | |
|---|---|---|
| 52 MI@   .40 = | | |
| HR@  30.76 = | | |
| 5 DY@  41.00 = | | 205.00 |
| $.50/DY ERF    = | | 2.50 |
| **10.40% FEE    = | | 13.99 |
| FUEL SERVICE    = | | 22.00 |
| $ 2.00 /DY SSU  = | | 10.00 |
| $ 0.02 /DY TBS  = | | .10 |
| $ 0.78 /DY VLF  = | | 3.90 |
| TAXABLE SUBTOT  = | | 267.49 |
| TAX 7.000%      = | | 18.02 |
| **TOTAL CHARGES** = | | **275.51** |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE     .50/DY
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE

*Please check your car for personal effects.*

Go to Avis.com to
Receive E-Receipts.

---

# FIREHOUSE SUBS

8428 WEST HILLSBOROUGH AVENUE
TAMPA, FL 33615
(P) 813-882-0600
(F) 813-882-0667
STORE # 00206

DINE IN        10/27/10      12:46:31 PM
Order # 3455       Cashier: Ichamara S

| | | |
|---|---|---|
| 1 . Salad ChkSal | | 5.69 |
| 1 Balsamic Vinaigrette | | |
| 1 Medium Drink* | | 1.79 |
| 1 . MD CK   wheat | | 5.49 |
| 1 Mayo NO | | |
| 1 Onion NO | | |
| wheat bread | | |
| 1 Medium Drink* | | 1.79 |

Sub. Total:              $14.76
Tax:                      $1.04
Total:                   $15.80
Discount Total:           $0.00

Master Card:             $15.80

Change                    $0.00

Master Card
Card Num : XXXXXXXXXXXX5374
Terminal : 000602724625
Approval : 139972

FOR ONLINE ORDERING
WWW.FIREHOUSESUBS.COM

## Expense Report - Transmittal Report



ER00000030212100074

**Spender** Kurt W. Meaders　　**From** Oct 19, 2010　**To** Nov 19, 2010　　**Reimbursement Amt** 167.70 USD

**Report name** Deposition of Jon Kennedy

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 10/19/10 | Airfare | United St... | 167.70 USD | - |

**Slaten, Rita**

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Tuesday, November 02, 2010 6:03 PM |
| **To:** | Slaten, Rita |
| **Subject:** | Your Itinerary |

**ORBITZ**
*FOR BUSINESS*



This message has been sent from Orbitzforbusiness.net

## Tampa 10/20/10

This trip includes **flights and car rental** .
Reservation Made: 10/07/10

This reservation has been canceled.

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601WB1HJKPA |
| **Airline record locator:** | American Airlines - DBNEVJ |
| **Reservation made by:** | rita.slaten@sdma.com |
| **Ticket numbers:** | 0017855298046 |
| **Total flight cost:** | $245.40 USD |
| **Traveler(s)** | **Frequent flier details** |

KURT MEADERS     American Airlines AAdvantage
                 XRH0486

**Leave Tuesday, October 19, 2010**
**American Airlines 642** Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

Depart:   8:50pm  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   12:05am **Tampa, FL**  Tampa International (TPA)
**Seat:** 10B | Your flight is confirmed. Seat is confirmed. You may
This is an overnight flight.

**Return Friday, October 22, 2010**
**American Airlines 1731** Economy | McDonnell Douglas MD-80 (M80) | 2hr 40min | 920 miles

Depart:   4:25pm  **Tampa, FL**  Tampa International (TPA)
Arrive:   6:05pm  **Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
**Seat:** 10D | Your flight is confirmed. Seat is confirmed. You may

### Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601K0TH24PA |
| **Airline record locator:** | American Airlines - KGABUX |
| **Reservation made by:** | kurt.meaders@sdma.com |
| **Ticket numbers:** | 0017856164246 |
| **Traveler(s)** | **Frequent flier details** |

KURT MEADERS     American Airlines AAdvantage
                 XRH0486

**Leave Wednesday, October 20, 2010**

**American Airlines 642** Economy  |  McDonnell Douglas MD-80 (M80) | 2hr 15min |  920 miles
Depart:    **8:50pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:    **12:05am Tampa, FL**  Tampa International (TPA)

**This is an overnight flight.**

**Return Friday, October 22, 2010**
**American Airlines 1271** Economy  |  McDonnell Douglas MD-80 (M80) | 2hr 40min |  920 miles

Depart:    **6:35pm   Tampa, FL**  Tampa International (TPA)
Arrive:    **8:15pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
**Seat:** 11D | Your flight is confirmed. Seat is confirmed. You may

This reservation has been canceled.

## Car rental reservation

**Confirmation number:** 30114626US3
**Primary driver:** KURT MEADERS
**Reservation made by:** rita.slaten@sdma.com
**Daily rate:** $41.00*

### Avis Midsize

| | | |
|---|---|---|
| **Pick-up** | **Tue, Oct 19, 2010 9:30pm** | Tampa International (TPA) (in terminal) **Phone:** 813-396-3500 800-331-1212 |
| **Drop-off** | **Fri, Oct 22, 2010 3:30pm** | drop-off location same as pick-up location listed above |

## Car rental reservation

**Confirmation number:** F9M865
**Primary driver:** KURT MEADERS
**Reservation made by:** kurt.meaders@sdma.com
**Daily rate:** $43.00*

### Thrifty Car Rental Midsize

| | | |
|---|---|---|
| **Pick-up** | **Wed, Oct 20, 2010 11:30pm** | Tampa International (TPA) (in terminal) **Phone:** 877-283-0898 800-527-7075 |
| **Drop-off** | **Fri, Oct 22, 2010 3:30pm** | drop-off location same as pick-up location listed above |

## Cost summary and billing information

**Flight cost summary**

| | |
|---|---|
| Airfare, KURT MEADERS (Adult) | $223.40 |

**Orbitz for Business fees**

| | |
|---|---|
| Online transaction fee | $7.00 |
| **Total** | **$230.40 USD** |

**Post-booking charges**

| | |
|---|---|
| Agent assisted fee (Date:10/07/2010; ID: 159382015) | $15.00 |
| Total | **$15.00 USD** |

**Billing information**
**Card holder's Name:**
  Kurt Wood Meaders

**Card type:**
  MasterCard

**Card number:**
  xxxxxxxxxxxx5374

**Grand total itinerary cost to-date** $245.40 USD

### Flight cost summary

#### Flight cost - 10/14/10

| | |
|---|---|
| Airfare #0017855298567 | $584.30 |
| **Flight cost** | **$584.30** |

#### Exchange cost - 10/14/10

| | |
|---|---|
| Airfare #0017855708281 | $246.40 |
| Previous airfare | -$584.30 |
| **Airfare difference** | **-$337.90** |

This airline allows you to apply the fare difference to its change fees.

| | |
|---|---|
| Airfare difference | -$337.90 |
| Airline change fee | $150.00 |
| **Voucher issued** | **$187.89** |

Voucher #0018159317921 in the amount of $187.89 has been issued to this traveler.

**Orbitz for Business fees**

| | | |
|---|---|---|
| Offline transaction fee | $22.00 | |
| **Total exchange cost** | **$22.00** | **USD** |

#### Exchange cost - 10/15/10

| | | |
|---|---|---|
| Airfare #0017855708992 | $870.40 | |
| Previous airfare | -$246.40 | |
| **Airfare difference** | **$624.00** | |
| Airline change fee | $150.00 | |
| **Total exchange cost** | **$774.00** | **USD** |

Billing information — handwritten: $$p^k \cdot -606.30 = 167.70$$ to be reimbursed

#### Exchange cost - 10/22/10

| | | |
|---|---|---|
| Airfare #0017856164246 | $870.40 | |
| Previous airfare | -$870.40 | |
| **Airfare difference** | **$0.00** | |
| Airline change fee | $150.00 | |

**Orbitz for Business fees**

| | | |
|---|---|---|
| Offline transaction fee | $22.00 | |
| Offline transaction fee | $22.00 | |
| **Total exchange cost** | **$194.00** | **USD** |

#### Post-booking charges

| | |
|---|---|
| Agent assisted fee (Date:10/20/2010; ID: 160144948) | $15.00 |
| **Total** | **$15.00 USD** |

### Grand total itinerary cost to-date $1,589.30 USD

---

### Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---|
| Base rate | $123.00 |
| Taxes and fees | $33.33 |

**Billing information**
Card holder's Name:
Kurt Wood Meaders
Card type:
MasterCard
Card number:
xxxxxxxxxxxxx5374

ENERGY RECOVERY FEE @ 1.50 USD
STATE SURCH. FEE PER DAY @ 6.00 USD
TIRE BATTERY FEE PER DAY @ 0.06 USD
VEHICLE LIC. FEE PER DAY @ 2.34 USD
CONCESSION RECOVERY FEE @ 13.20 USD
STATE TAX @ 10.23 USD

| | |
|---|---|
| **Total** | **$156.33 USD\*** |
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental** | **$156.33 USD** |

\*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

### Car rental cost summary

This is a negotiated rate. Your corporate discount number has been applied. Corporate benefits apply.

| | |
|---|---|
| Base rate | $86.00 |
| Taxes and fees | $22.47 |

10.50 PCT CONCESSION FEE REC @ 9.25 USD
.90 ENERGY RECOVERY FEE @ 0.90 USD
4.04 STATE TRANSACT SRG @ 4.04 USD
7.00 PCT STATE TAX @ 7.10 USD
1.18 VEHICLE LICENSE FEE @ 1.18 USD

| | |
|---|---|
| **Total** | **$108.47 USD\*** |
| **Amount paid at reservation** | **$0.00 USD** |
| **Amount due upon rental** | **$108.47 USD** |

\*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

## Trip reference field information

### Flight
**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 02278-103307

### Flight
**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 02278-103307

### Car
**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10711-000001

### Car
**Office Location Number: 8**
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 02278-103307

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

## Expense Report - Transmittal Report



ER0000003021210075

**Spender** Kurt W. Meaders          **From** Oct 19, 2010  **To** Oct 22, 2010          Reimbursement Amt 21.00 USD

**Report name** Orbtiz Tansaction Fee

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 4 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

## Expense Report - Transmittal Report



ER00000030212100078

**Spender** Kurt W. Meaders          **From** Jul 25, 2010   **To** Nov 30, 2010          **Reimbursement Amt** 10.34 USD

Report name depositions of Rizzo and Kerkes

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

## Expense Report - Transmittal Report



ER00000030212100079

**Spender** Kurt W. Meaders          **From** Jul 11, 2010   **To** Jul 16, 2010          **Reimbursement Amt** 10.42 USD

**Report name** deposition of Jack Lemley

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

## Expense Report - Transmittal Report



ER000000030212100082

**Spender** Kurt W. Meaders

From Nov 3, 2010   **To** Nov 5, 2010

Reimbursement Amt 74.00 USD

Report name Santiago and HDR trip

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 4 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

## Expense Report - Transmittal Report



ER00000030212100084

**Spender** Kurt W. Meaders     From Nov 4, 2010   To Nov 5, 2010     Reimbursement Amt 766.58 USD

**Report name** HDR - Deposition of Les G. Bromwell, ScD, P.E., BC

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 5 | Audit required | No |
| Number of receipts to submit | 5 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 11/5/10 | Airfare | United St... | 523.65 USD | - |
| 11/5/10 | Parking or Tolls | United St... | 30.85 USD | - |
| 11/5/10 | Car Rental | United St... | 89.59 USD | - |
| 11/5/10 | Individual Meal | United St... | 11.61 USD | - |
| 11/6/10 | Lodging | United St... | 110.88 USD | - |

Kurt MEADERS Expenses for 11/3/10 - 11/5/10

Culp. 02278. 103307

Travel - Portion of Airlines from DFW to McAllen 11/03
            and McAllen to DFW 11/04
    (Rita - Please make sure airline flights are expensed
      separately to file as stated)
Lodging - Embassy Suites    157.07  CC
CAR  - AVIS - No receipt please contact AVIS for email
      receipt
Parking see below - 1/2 of below


HDR
    Travel - Portion of Airline ticket from DFW to TPA on 11/
            and return on 11/05
    (Rita - Again tickets need to be separately expens
            b/w Culp al HDR)
Lodging - Hyatt $110.88
Car     - Avis $89.59
Lunch - Tijana Flats  11.61
DFW Parking - $61.70 [If you can, this should
                    be split 1/2 w/ Culp]

*ORBITZ*
FOR BUSINESS

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

**Mcallen/Mission 11/3/10**
This trip includes flights, 6 hotel reservations and car rental.
Reservation Made: 11/02/10

*959.30 split between 2 clients* (handwritten)

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601R29MR0S2 |
| Airline record locator: | American Airlines - GUEPNA |
| Reservation made by: | kurt.meaders@sdma.com |
| Ticket numbers: | 0017857093362 |
| Total flight cost: | $959.30 USD |

**\*Traveler(s)**
KURT MEADERS

**Frequent flier details**
American Airlines AAdvantage
XRH0486

*523.65* (handwritten)

---

**Flight 1: Wednesday, November 3, 2010**

**American Airlines 1837**  Economy | McDonnell Douglas MD-80 (M80) | 1hr 30min | 470 miles
Depart: **8:50pm  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive: **10:20pm  Mcallen/Mission, TX** Mcallen Miller International/Mission (MFE)
Seat: 11D |  **Your flight is confirmed. Seat is confirmed. You may** review seats.

---

**Flight 2: Thursday, November 4, 2010**

**American Airlines 1300**  Economy | McDonnell Douglas MD-80 (M80) | 1hr 35min | 470 miles
Depart: **6:05pm  Mcallen/Mission, TX** Mcallen Miller International/Mission (MFE)
Arrive: **7:40pm  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Seat: 14B |    **Your flight is confirmed. Seat is confirmed. You may** review seats.

  **Change planes. Time between flights: 1hr 10min**

**American Airlines 642**  Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles
Depart: **8:50pm  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive: **12:05am  Tampa, FL** Tampa International (TPA)
Seat: 14B |  **Your flight is confirmed. Seat is confirmed. You may** review seats.

  **This is an overnight flight.**
Total duration: 5hr 0min | Total miles: 1390 miles

---

**Flight 3: Friday, November 5, 2010**

**American Airlines 1271** | Economy | McDonnell Douglas MD-80 (M80) | 2hr 40min | 920 miles
Depart: **6:35pm  Tampa, FL** Tampa International (TPA)
Arrive: **8:15pm  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Seat: 20D |    **Your flight is confirmed. Seat is confirmed. You may** review seats.

---

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets
**Important fare notes**
This ticket has advance-purchase restrictions.*
Please read the fare rules and the ticket terms and conditions for more information.

## Hotel reservation

THEM YOU ARE SUBJECT TO ADDITIONAL CREDIT CHECKS

OR MUST PRESENT ADDITIONAL IDENTIFICATION.

THE MINIMUM RENTAL PERIOD IS 001 DAYS

MIN AGE 18. 18-20 UA SURCHARGE 27.00DY

OTHER RESTRICTIONS MAY APPLY.

CONTACT LOCAL REP FOR DETAILS

11.10PCT CONCESSION RECOVERY FEE

**Mileage and rates\*\***
Unlimited then

| | |
|---|---|
| Daily rate: | $60.45* |
| extra hour: | $19.95 |
| extra day: | $60.45 |
| Minimum rental: | 1 day |
| Maximum rental: | 4 days |

\*\* Rates listed here only reflect standard rate plan periods (daily, weekly, or monthly) and do not include additional charges, taxes, or fees. Additional days beyond this period may be charged at a different rate or with additional weekly, daily or hourly charges. Weekend daily rates applies to Fridays, Saturdays, Sundays, and often Mondays. Any additional days will be charged at the extra day rate. All rates are shown in US Dollars on this page. Rates in local currencies may be displayed by selecting a rate from this page and then viewing the details of that rate.

## Hotel reservation

| | |
|---|---|
| **Confirmation number:** | SARAH |
| **Reservation made for:** | Kurt Meaders |
| | (Must check in for this reservation) |
| **Reservation made by:** | kurt.meaders@sdma.com |
| **Total charges:** | 0.00 USD |

| | | |
|---|---|---|
| **grand hyatt** | 2900 bayport dr<br>tampa, fl 33607 | Phone: 813-874-1234 |
| Check-in: | **Thu, Nov 4, 2010** | 3pm |
| Check-out: | **Fri, Nov 5, 2010** | 11am |
| **Room description:** at checkin | | |

## Cost summary and billing information

| Flight cost summary | | Billing information |
|---|---|---|
| Airfare, KURT MEADERS (Adult) | $937.30 | **Card holder's Name:**<br>Kurt Wood Meaders |
| **Orbitz for Business fees** | | **Card type:**<br>MasterCard |
| Offline transaction fee | $22.00 | **Card number:**<br>xxxxxxxxxxxx5374 |
| **Total** | **$959.30 USD** | |

# HYATT ®

Kert Meaders

You have Checked Out of Room 1214

| Date | Description | Amount |
|------|-------------|--------|
| Nov 4 | No Show Room | $99.00 |
| Nov 5 | Guest Room | $99.00 |
| Nov 5 | State Sales Tax | $6.93 |
| Nov 5 | Occupancy Tax | $4.95 |
| Nov 5 | No Show Adj. | $99.00CR |

Balance: $110.88

Card: \*\*\*\*\*\*\*\*\*\*\*\*5374

11/5/2010 7:50:48 AM

½ = 30.85

**DFW AIRPORT VALET**

Amount $ 61.70

Date 11/5/10

Cash _____ Credit _____

By DFW Parking

---

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---------------|------------|-----------|
| 722152583 | 43200382 | X |

**MEADERS,KURT**
WIZ = T8N93R    AWD = A984200
CV -
OUT TPA 05NOV10/0045 MI = 15866
IN  TPA 05NOV10/1735 MI = 15883
```
     17 MI@   .40 =
     17 HR@ 45.01 =
        DY@ 60.00 =
MINIMUM CHARGE     =    60.00
**10.40% FEE        =     6.38
FUEL SERVICE       =    13.99
$ 0.56 /DY ERF     =      .56
$ 2.00 /DY SSU     =     2.00
$ 0.02 /DY TBS     =      .02
$ 0.78 /DY VLF     =      .78
TAXABLE SUBTOT     =    83.73
TAX 7.000%         =     5.86
TOTAL CHARGES           89.59
```
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
99~$10/DY:FRI  1 DY RNTL

AVIS

**Go to Avis.com to
Receive E-Receipts.**

---

TIJUANA FLATS
1617 W Platt ST
813-868-3388

Server:                DOB: 11/05/2010
12:26 PM                    11/05/2010
KIRT/1                       2/20041

                                 2097191
MASTERCARD
Card #XXXXXXXXXXXX5374
Magnetic card present: MEADERS KURT WOOD
Approval: 525043

Amount:      $ 9.61

Tip: ___2___

= Total: __11.61__

X_____

CUSTOMER COPY

## Expense Report - Transmittal Report



ER0000003021 2100086

**Spender** Kurt W. Meaders         From May 23, 2010  To May 25, 2010         **Reimbursement Amt** 179.00 USD

**Report name** Deposition of Dick Vaeth

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 5/25/10 | Other Travel - ... | United St... | 179.00  USD | - |





**Kansas City 5/23/10**
This trip includes flights.
Reservation Made: 05/18/10

## Flight reservation

| | | | |
|---|---|---|---|
| Orbitz record locator: | AP270601NRFFBSBE | **Traveler(s)** | **Frequent flier details** |
| Airline record locator: | American Airlines - PTIQDK | KURT MEADERS | American Airlines AAdvantage |
| Ticket numbers: | 0017846911404 | | XRH0486 |

---

**Leave Sunday, May 23, 2010**

American Airlines 1810   Economy | McDonnell Douglas MD-80 (M80) | 1hr 30min | 461 miles
Depart:  7:05pm  Dallas/Fort Worth, TX Dallas/Fort Worth International (DFW)
Arrive:  8:35pm  Kansas City, MO Kansas City International (MCI)
    **Your flight is confirmed. The airline will assign seats at check-in.**

---

**Return Tuesday, May 25, 2010**

American Airlines 1069   Economy | McDonnell Douglas MD-80 (M80) | 1hr 35min | 461 miles
Depart:  7:15pm  Kansas City, MO Kansas City International (MCI)
Arrive:  8:50pm  Dallas/Fort Worth, TX Dallas/Fort Worth International (DFW)
Seat: 25B |   **Your flight is confirmed. Seat is confirmed. You may**

---

## Cost summary and billing information

**Flight cost summary**

**Flight cost - 5/18/10**

| | |
|---|---|
| Airfare #0017846429913 | $344.40 |
| **Orbitz for Business fees** | |
| Online transaction fee | $7.00 |
| **Flight cost** | **$351.40** |
| **Exchange cost - 5/25/10** | |
| Airfare #0017846911404 | $373.40 |
| Previous airfare | -$344.40 |
| **Airfare difference** | **$29.00** |
| Airline change fee | $150.00 |
| **Orbitz for Business fees** | |
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$201.00 USD** |
| **Post-booking charges** | |
| Agent assisted fee (Date:05/25/2010; ID: 150348930) | $15.00 |
| **Total** | **$15.00 USD** |

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders
**Card type:**
MasterCard
**Card number:**
xxxxxxxxxxxx5374

*179.00*
*owen*

**Slaten, Rita**

| | |
|---|---|
| **From:** | Perez, Orlena |
| **Sent:** | Friday, June 04, 2010 5:38 PM |
| **To:** | Meaders, Kurt |
| **Cc:** | Slaten, Rita |
| **Subject:** | ACH Payment Advice |

An ACH payment has been processed for Meaders, Kurt W. on 06/04/2010 in the amount of $1,379.37 for expense report(s)

ER00000030212100045    $1,379.37  Deposition in HDR matter



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-283-85652 | Nov 05, 2010 | 2323-3788-5 | 5 of 10 |

**Picked up:** Oct 26, 2010    **Cust. Ref:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.     *03272.000214*
- Distance Based Pricing, Zone 6
- Package sent from: 08837 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | CHRISTOPHER ROBERSON | MARIA KAROS | |
| Tracking ID | 864733839922 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK DEFERT MORAN | |
| Service Type | FedEx Express Saver | 1717 MAIN ST STE 5400 | 1717 MAIN ST STE 5400 | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | DALLAS TX 75201 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 16.0 lbs, 7.3 kgs | | | |
| Delivered | Oct 29, 2010 09:29 | Transportation Charge | | 39.55 |
| Svc Area | A1 | Fuel Surcharge | | 1.71 |
| Signed by | M.HAYES | Discount | | -18.19 |
| FedEx Use | 029910394/0007175/_ | Total Charge | USD | $23.07 |

**Picked up:** Oct 26, 2010    **Cust. Ref:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.     *03272.000214*
- Distance Based Pricing, Zone 6
- Package sent from: 08837 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | CHRISTOPHER ROBERSON | MARIA KARUS | |
| Tracking ID | 864733839933 | SEDGWICK,DETERT,MORAN & ARNOLD | SEDGWICK DETERT MORAN | |
| Service Type | FedEx Express Saver | 1717 MAIN ST STE 5400 | 1717 MAIN ST STE 5400 | |
| Package Type | Customer Packaging | DALLAS TX 75201-7367 US | DALLAS TX 75201 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 29.0 lbs, 13.2 kgs | | | |
| Delivered | Oct 29, 2010 09:29 | Transportation Charge | | 61.65 |
| Svc Area | A1 | Discount | | -28.36 |
| Signed by | M.HAYES | Fuel Surcharge | | 2.66 |
| FedEx Use | 029910394/0007175/_ | Total Charge | USD | $35.95 |

**Picked up:** Oct 28, 2010    **Cust. Ref:** 0999-000028    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**     *Oct 08*
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Michael Clerkley Office Servic | Office Services | |
| Tracking ID | 794061155346 | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | 919 CONGRESS AVE STE 1250 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | AUSTIN TX 78701 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 29, 2010 11:42 | Transportation Charge | | 17.50 |
| Svc Area | A1 | Discount | | -9.98 |
| Signed by | J.MAYES | Fuel Surcharge | | 0.60 |
| FedEx Use | 000000000/0000211/_ | Total Charge | USD | $8.12 |

**Picked up:** Oct 28, 2010    **Cust. Ref:** 10711-1    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Tiffiney Rogers | Stuart Simon | |
| Tracking ID | 794061376133 | SEDGWICK,DETERT,MORAN | Americn Jury Centers | |
| Service Type | FedEx Standard Overnight | 1717 Main | 840 BARCELONA DR | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | BOCA RATON FL 33432 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 29, 2010 12:02 | Transportation Charge | | 22.60 |
| Svc Area | A2 | Discount | | -12.88 |
| Signed by | S.SIMDN | Residential Delivery | | 2.50 |
| FedEx Use | 000000000/0000244/_ | Fuel Surcharge | | 0.98 |
| | | Total Charge | USD | $13.20 |



**Picked up: Oct 28, 2010**  **Cust. Ref.: 10711-1**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 796393599206 | Tiffiney Rogers | Kathy Gilman | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN | Forizs Dogali | |
| Package Type | FedEx Envelope | 1717 Main | 4301 ANCHOR PLAZA PKWY STE 300 | |
| Zone | 05 | DALLAS TX 75201 US | TAMPA FL 33634 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 29, 2010 13:41 | Transportation Charge | | 22.45 |
| Svc Area | A1 | Fuel Surcharge | | 0.77 |
| Signed by | T.JDSSI | Discount | | -12.80 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$10.42** |

**Picked up: Oct 28, 2010**  **Cust. Ref.: NO REFERENCE INFORMATION**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 4.0lbs, 12" x 9" x 7", divided by 194.

| Automation | USAB | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 874440652712 | GLEN RODDY | BRIAN CHASE | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLO | SEDGWICK,DETERT,MORAN & ARNOLO | |
| Package Type | Customer Packaging | 1717 MAIN ST STE 5400 | 1111 BAGBY ST STE 2300 | |
| Zone | 03 | DALLAS TX 75201-7367 US | HOUSTON TX 77002 US | |
| Packages | 1 | | | |
| Actual Weight | 3.0 lbs, 1.4 kgs | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 27.20 |
| Delivered | Oct 29, 2010 08:51 | Discount | | -15.50 |
| Svc Area | A1 | Direct Signature | | 3.00 |
| Signed by | M.SINGLETON | Fuel Surcharge | | 0.94 |
| FedEx Use | 030114126/0001305/_ | **Total Charge** | **USD** | **$15.64** |

**Picked up: Oct 29, 2010**  **Cust. Ref.: 03272-132127**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 794063450735 | Rosa Zarate | Ian P. Cloud | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Heard, Robins, Cloud, Black & | |
| Package Type | FedEx Envelope | 1717 Main Street, #5400 | 9 GREENWAY PLZ STE 2300 | |
| Zone | 03 | DALLAS TX 75201 US | HOUSTON TX 77046 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Nov 01, 2010 09:21 | Transportation Charge | | 17.50 |
| Svc Area | A1 | Fuel Surcharge | | 0.60 |
| Signed by | C.DUARTE | Discount | | -9.98 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$8.12** |

**Picked up: Oct 29, 2010**  **Cust. Ref.: 0999-000028**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.00% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 794066231402 | Michael Clerkley Office Servic | Office Services | |
| Service Type | FedEx Standard Overnight | SEDGWICK,DETERT,MORAN & ARNOLD | Sedgwick,Detert,Moran&Arnold | |
| Package Type | FedEx Envelope | 1717 Main Street | 1111 BAGBY ST STE 2300 | |
| Zone | 03 | DALLAS TX 75201 US | HOUSTON TX 77002 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Nov 01, 2010 08:49 | Transportation Charge | | 17.50 |
| Svc Area | A1 | Discount | | -9.98 |
| Signed by | M.SINGLETON | Fuel Surcharge | | 0.60 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$8.12** |

## Expense Report - Transmittal Report



ER00000035062100083

**Spender** David C. Kent      **From** Nov 10, 2010   **To** Nov 10, 2010      **Reimbursement Amt** 20.00 USD

**Report name** Addendum to Report for Wooten Depo Prep

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

# Expense voucher

## HDR - Depo Prep with expert witness Lee Wooten

| | | |
|---|---|---|
| Hotel | — | 839.95 |
| Airfare | — | 467.40 |
| | | 50.00 (change fee) |
| Rental Car | | 267.50 |
| Gas | — | 9.16 |
| Tolls | — | 2.00 |
| Meals | | |

Nov. 7 — 36.65
Nov. 8 — 82.16
Nov. 9 — 120.70
Nov. 10 — 20.00*
Nov. 11 — 33.01
Nov. 12 — 22.20

→ 314.72

Addendum Report

Tips — 20⁰⁰ *

Total — $1,970 ⁷³/xx

* = No receipts

## Expense Report - Transmittal Report



ER00000035062100082

| Spender David C. Kent | From Nov 7, 2010 To Nov 12, 2010 | Reimbursement Amt 1,950.73 USD |
|---|---|---|

**Report name** HDR: Deposition Preparation w/ Expert, Lee Wooten

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 25 | Audit required | Yes |
| Number of receipts to submit | 24 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 11/7/10 | Airfare | United St... | 467.40 USD | Jennifer M. Arevalo |
| 11/7/10 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 11/7/10 | Individual Meal | United St... | 8.98 USD | Jennifer M. Arevalo |
| 11/7/10 | Individual Meal | United St... | 6.71 USD | Jennifer M. Arevalo |
| 11/7/10 | Individual Meal | United St... | 20.96 USD | Jennifer M. Arevalo |
| 11/7/10 | Car Rental | United St... | 267.50 USD | Jennifer M. Arevalo |
| 11/8/10 | Individual Meal | United St... | 49.46 USD | Jennifer M. Arevalo |
| 11/8/10 | Individual Meal | United St... | 1.50 USD | Jennifer M. Arevalo |
| 11/8/10 | Group Meal | United St... | 31.20 USD | Jennifer M. Arevalo |
| 11/9/10 | Individual Meal | United St... | 56.81 USD | Jennifer M. Arevalo |
| 11/9/10 | Group Meal | United St... | 50.61 USD | Jennifer M. Arevalo |
| 11/9/10 | Individual Meal | United St... | 9.26 USD | Jennifer M. Arevalo |
| 11/9/10 | Individual Meal | United St... | 4.02 USD | Jennifer M. Arevalo |
| 11/11/10 | Individual Meal | United St... | 23.75 USD | Jennifer M. Arevalo |
| 11/11/10 | Individual Meal | United St... | 9.26 USD | Jennifer M. Arevalo |
| 11/12/10 | Lodging | United St... | 839.95 USD | Jennifer M. Arevalo |
| 11/12/10 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 11/12/10 | Individual Meal | United St... | 2.00 USD | Jennifer M. Arevalo |
| 11/12/10 | Individual Meal | United St... | 3.91 USD | Jennifer M. Arevalo |
| 11/12/10 | Individual Meal | United St... | 5.97 USD | Jennifer M. Arevalo |
| 11/12/10 | Individual Meal | United St... | 1.34 USD | Jennifer M. Arevalo |
| 11/12/10 | Individual Meal | United St... | 8.98 USD | Jennifer M. Arevalo |
| 11/12/10 | Airfare | United St... | 50.00 USD | Jennifer M. Arevalo |
| 11/12/10 | Other Travel - ... | United St... | 9.16 USD | Jennifer M. Arevalo |

# Expense voucher

## HDR - Depo Prep with expert witness Lee Wooten

| | | |
|---|---|---|
| Hotel | — | 839.95 |
| Airfare | — | 467.40 |
| | | 50.00 (change fee) |
| Rental Car | | 267.50 |
| Gas | — | 9.16 |
| Tolls | — | 2.00 |
| Meals | | |

Nov. 7 — 36.65
Nov. 8 — 82.16
Nov. 9 — 120.70
Nov. 10 — 20.00*
Nov. 11 — 33.01
Nov. 12 — 22.20

} → 314.72 addendum Report

Tips — 20.00 *

Total — $1,970.73

*= No receipts

Double Tree
@ Rocky Point

104 CHRISTOP
-------------------------------------
Chk 6274        Nov07'10 09:35PM  Gst 0
-------------------------------------
1 Chkn Wings              10.00
Misc Personal Charge       7.25

    Subtotal             17.25
    Tax                   1.21
10:11PM Total            **18.46**

Thank you for joining us.

Tip Amt_____ 2.50

Total _____ 20.96

Rm # _____

Print Name_____

Sign _____


STARBUCKS COFFEE D
DALLAS FT WORTH INT'L AIRPORT

11277 KAYTRYN
---------------------------------
CHK 8739 NOV07'10  4:05PM  GST 2
---------------------------------
     S u b t o t a l

1 GRND LATTE G          3.70
1 CASHEW ALMON 2oz      2.50

  SUBTOTAL              6.20
  TAX                   0.51
  AMOUNT PAID           6.71
  Stbk Card             6.71
     Amount 6.71
     TerminalID Z0051164
     RefrNbr 89167544
  Redemption Approved for $6.71
     Card Balance 22.41
     Gift Card Charge 6.71


American Airlines

07 Nov 2010 17:54 EST
AA1110 DFW-TPA
441167
Device ID GLX00031444
Transaction: 1005465640B

          Sale

Product      Price Qty  Amt.
FRUIT-NUTS    4.49  1   4.49
CHZ CRACKERS  4.49  1   4.49
----------------------------
Total        USD        8.98
MC 5541      USD        8.98

     American Airlines®
     We Know Why We Fly℠


Double Tree
@ Rocky Point

111 JEWANLAL
-------------------------------------
Chk 2347         1            Gst 1
          Nov08'10 05:21PM
-------------------------------------
      Pool
Misc Personal Charge       〈7.25〉
Misc Personal Charge       〈7.25〉
Misc Personal Charge       〈7.25〉
Misc Personal Charge       〈3.92〉
Misc Personal Charge

    Subtotal             21.75
    Tax                   1.53
    Service Chrg          3.92
05:40PM Total            **27.20**

Thank you for joining us.

Tip Amt_____ 4.00

Total _____ 31.20

Rm # _____

Print Name_____

Sign _____

DCK          Stuart Simn
               (consultant)
Lee Wooten (witness)

Double Tree
@ Rocky Point

108 George G

--------------------------------------
Tbl 16/1       Chk 5053        Gst 1
            Nov08'10 08:04AM
--------------------------------------
  1 HH Cont B/F                 9.95
  100 %
    Hilton Honor                9.95-

08:04AM Total               0.00

  Thank you for joining us.

  Tip Amt_____ $1.50

  Total _____

  Rm # _____

  Print Name_____

  Sign        _____


Double Tree
@ Rocky Point

108 ALEXIS
--------------------------------------
Chk 6514      .09'10 09:25PM  Gst 0
--------------------------------------
  Misc Personal Charge        ⟨7.25⟩

  Subtotal                     7.25
  Tax                          0.51
09:25PM Total               7.76

  Thank you for joining us.

  Tip Amt_____ 1.50

  Total _____ ⟨9.26⟩

  Rm # _____

  Print Name_____

  Sign _____


Double Tree
@ Rocky Point

111 JEWANLAL
--------------------------------------
Chk 8407      605             Gst 2
       Nov08'10 06:24PM
--------------------------------------
  1 Cuban Pull Mojo           17.00
  1 Key Lime Pie               7.00
  Misc Personal Charge        ⟨7.25⟩
  1 Delivery Charge            2.00
  22 %
    ROOM SVC 22%              6.88

  Subtotal                    33.25
  Tax                          2.33
  Service Chrg                 6.88
06:25PM Total              42.46

  Thank you for joining us.

  Tip Amt_____ 7.00

  Total _____ 49.46

  Rm # _____

  Print Name_____

  Sign        _____

        STARBUCKS Store #8438
        2223 N.Westshore Blvd.
        Tampa, FL  (813) 353-1840
     1654779 Melissa
--------------------------------------
CHK 721304
          11/09/2010 01:49PM
--------------------------------------
   Icd Tea Refill              0.50
     SCR FREE REFILL          -0.50
   Vt Latte                    3.75
     Nonfat
   Cash                       20.00

   Subtotal                    3.75
   Tax 7.0%                     0.27
   Total                       4.02
 Change Due              $15.98

  ----------- Check Closed -----------
       11/09/2010 01:50:05PM


Your Savings Today is: $0.50

DCK Lee Wooten
Tim Woodward
Stuart Simon
Katie Duty (client)

**GALLERY ECLECTIC BISTRO – TAMPA**
2223 N West Shore Plaza
(813)353-3838

(Person# 1,2)
Chk No  Tab  Cov  Server  Time  Date
412766  31  1  293   1:46:06 PM 11/9/2010
--------------------------------------------
1   Iced Tea                    2.75
1   Add Bread                   1.00
1   + House Salad               1.00
      Balsamic Vinegar          0.00
1   Cobb Wrap                   8.00
1   Add Fries                   1.00
1   Any G Wrap                  7.00
1   Add House Salad             1.00
      Balsamic Vinegar          0.00
1   L Chix Spinach Salad        8.00
1   L Paella                   11.00
1   Water                       0.00

SUB TOTAL          40.75
Sales Tax           2.86

## TOTAL
                   **43.61**
**THANK YOU**
**Aluydas**  Tip 7.00
_____
     Total  50.61


FRUIT-NUTS   4.49   1   4.49
CHZ CRACKERS 4.49   1   4.49

12 Nov 2010 14:48 EST
AA823 IPA DFW
034102
Device ID GLX00003041
Transaction: 10052984212

          Sale

Product      Price  Qty   Amt
FRUIT-NUTS    4.49   1    4.49
CHZ CRACKERS  4.49   1    4.49
Total                    

---

Double Tree
@ Rocky Point

104 CHRISTOP

Chk 8423        605         Gst 1
         Nov09'10 C6:17PM
-----------------------------------------
1 Med P Chicken             23.00
1 Carrot Cake                6.00
Misc Personal Charge       ⟨9.50⟩
1 Delivery Charge            2.00
  22 %
  ROOM SVC 22%               8.47

  Subtotal                  40.50
  Tax                        2.84
  Service Chrg               8.47
06:17PM Total              **51.81**

Thank you for joining us.

Tip Amt_____  5.00

Total  _____  56.81

Rm #


Double Tree
@ Rocky Point

103 ALEXIS

Chk 6374      Nov11'10 10:03PM  Gst 0
-----------------------------------------
Misc Personal Charge        ⟨7.25⟩

  Subtotal                   7.25
  Tax                        0.51
10:03PM Total               **7.76**

Thank you for joining us.

Tip Amt_____  1.50

Total  _____  9.26

Rm # _____

Print Name_____

Sign  _____

Save $1 when you buy
—select Coca-Cola
products and
any roller grill
item!

TP12684703-002
RACETRAC165
6056 W. WATER AVENUE
TAMPA     FL 3360

DATE        11/12/10
TIME        11:34 AM
AUTH# 074824
PIN USED

DEBIT
   ACCOUNT NUMBER
XXXXXXXXXXXX4364

PUMP  PRODUCT  PPG
 22     REG   $2.739

 GALLONS    TOTAL
 3.344      $9.16

          â
For guest experience
  comments, please
  call 888.636.5589
          â

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 448639133 | 51273515 | E |

**KENT,DAVID**
BCN = EL292J      BCD = X773400
CV -
OUT TPA 07NOV10/2115 MI = 7542
IN  TPA 12NOV10/1303 MI = 7612
      70 MI@    .00  =
          HR@ 58.51  =
          DY@ 46.80  =
     1 WK@ 233.99  =      233.99
DISCOUNT  10.0    =       23.40
**10.40% FEE      =       22.61
$  0.02 /DY TBS   =         .10
$  0.78 /DY VLF   =        3.90
$  0.56 /DY ERF   =        2.80
$  2.00 /DY SSU   =       10.00
TAXABLE SUBTOT    =      250.00
TAX 7.000%        =       17.50
FUEL SERVICE      =
TOTAL CHARGES     =      267.50
**CONCESSION RECOVERY FEE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
ENERGY RECOVERY FEE
STATE SURCHARGE

*Please check your car for personal effects.*

Go to Budget.com to
Receive E-Receipts.

---

**American**Airlines® oneworld

American**Airlines®

MISCELLANEOUS
SALES RECEIPT

PASSENGER NAME
**KENT/DAVID**

Confirmed Flight Change      1      50.00 USD

ALL MISCELLANEOUS
CHARGES ARE
NON-REFUNDABLE

PASSENGER TICKET
001 7857094412

|  | | |
|---|---|---|
| Total with Applicable TFC | | 50.00 USD |
| Credit Card  MC XXXXXXXXXXXX5541 | | |

| Fare | 50.00 USD | FLIGHT | DATE |
|---|---|---|---|
| TFC | | | NOVEMBER 12, 2010 |
| TFC | | PNR: GOWNRT | |
| TFC | | Agent: TPA-SSM  001  0614620221  2 | |
| Total | 50.00 USD | | |

SSL-1 CPN 1109928

TFC=TAXES,FEES & CHARGES

NOT VALID FOR TRAVEL

```
                Veterans 24 Unit0273
                9302 Anderson Rd
                Tampa, FL 33634-

        Thursday, November 11, 2010  6:12pm

             S-A-L-E-S   D-R-A-F-T

    CASHIER: 1017
    STATION: 112

    01 M&M Peanut 6.0 oz       $4.25
    01 Hot Dog                 $4.50
    01 Pretzel / Gourmet       $4.50
    01 Medium Drink 44 oz      $4.75
    01 Small Popcorn 85 oz     $5.75

       Total:                 $23.75

    TENDERED:
       Credit Card            $23.75
       MC: xxxx5541
       AUTH: 01525Z

    Credit Card               $23.75

       MC: xxxx5541
       NAME: KENT/DAVID C
       AUTH: 01525Z

                  TAMP INT'L AIRPORT

    9357 CRISTINA

    CHK 7636 NOV12'10  1:33PM  GST

      1 SAHALE HNY ALMND        1.25

        SUBTOTAL                1.25
        TAX                     0.09
        AMOUNT PAID             1.34
        CASH                    1.50
        CHANGE DUE              0.16

    THANK YOU FOR YOUR BUSINESS!
    TELL US ABOUT YOUR EXPERIENCE

            TIM HULL 813-396-3983
              GENERAL MANAGER
```

```
             STARBUCKS Store #8437
              9222 Anderson Road
             Tampa, FL  (813) 890-8718
    1589352 Johanna
    ------------------------------------
    CHK 695204
              11/12/2010 11:57AM
    ------------------------------------
             Drive Thru
      Vt Latte                    3.75
        Nonfat
      Scone Cranberry Or          1.95
      SBUX Card                   5.97

      Subtotal                    5.70
      Tax 7.0%                    0.27
      Total                       5.97
    Change Due                  $0.00

    -------- Check Closed --------
        11/12/2010 11:59:21AM


            STARBUCKS
          TAMP INT'L AIRPORT

    9357 CRISTINA
    ------------------------------------
    CHK 7635 NOV12'10  1:32PM  GST 1
    ------------------------------------

      1 GRND LATTE G            3.65

        SUBTOTAL                3.65
        TAX                     0.26
        AMOUNT PAID             3.91
        Stbk Card               3.91
            Amount  3.91
          AUTH ID 70019154

              Double Tree
              @ Rocky Point

    102 Maurice
    ------------------------------------
    Tbl 23/1        Chk 5387        Gst 1
                  Nov12'10 06:43AM
    ------------------------------------
                                    9.95
      1 HH Cont B/F
      100 %                        9.95-
      Hilton Honor

    06:43AM Total               0.00

      Thank you for joining us.

      Tip Amt _____  2.00

      Total            2.00
```

**Kent, David**

From:        TollTag Store [customernotifications@ntta.org]
Sent:        Saturday, November 13, 2010 3:05 AM
To:           Kent, David
Subject:     Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | November 12, 2010 16:59 | **Lane:** | DFW-NORTH-11 |
| **Exit :** | November 12, 2010 17:13 | **Lane:** | DFW-NORTH-56 |

| | | | | | |
|---|---|---|---|---|---|
| **Tag Number:** | DNT.01470988 | **License Plate:** 15KWS3 | **License State:** | TX |
| **Parking Fee:** | $1.00 | | | |
| **NTTA Tag Charged:** | $1.00 | | | |

Taxes included.

Thank you for parking at DFW Airport.

**From:** TollTag Store [customernotifications@ntta.org]
**Sent:** Monday, November 08, 2010 3:03 AM
**To:** Kent, David
**Subject:** Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | November 07, 2010 15:50 | **Lane:** | DFW-NORTH-10 |
| **Exit :** | November 07, 2010 16:01 | **Lane:** | DFW-NORTH-56 |

| | | | |
|---|---|---|---|
| **Tag Number:** | DNT.01470988 | **License Plate:** 15KWS3 | **License State:** TX |

**Parking Fee:** $1.00
**NTTA Tag Charged:** $1.00

Taxes included.

Thank you for parking at DFW Airport.

| | |
|---|---|
| **From:** | Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net] |
| **Sent:** | Wednesday, November 03, 2010 2:43 PM |
| **To:** | Kent, David |
| **Subject:** | Your Trip Information - Tampa 11/7/10 |

**ORBITZ**
*FOR BUSINESS*

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 11/7/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

---

## Your current trip information - Tampa 11/7/10
This trip includes **flights, hotel and car rental** .

### Flight reservation

**Orbitz record locator:**  AP270601JFB9ZOS2
**Airline record locator:**  American Airlines - GOWNRT
**Reservation made by:**  david.kent@sdma.com
**Ticket numbers:**  0017857094412
**Total flight cost:**  $467.40 USD
**Traveler(s)**       **Frequent flier details**

DAVID KENT    American Airlines AAdvantage
              H106810

**Leave Sunday, November 7, 2010**
**American Airlines 1110** Economy  |  Boeing 737-800 Passenger (738) | 2hr 15min | 920 miles

Depart:   **4:55pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)
Arrive:   **8:10pm   Tampa, FL**  Tampa International (TPA)

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

Upgrade requested.

**Return Friday, November 12, 2010**
**American Airlines 1731** Economy  |  McDonnell Douglas MD-80 (M80) | 2hr 40min | 920 miles

Depart:   **4:25pm   Tampa, FL**  Tampa International (TPA)
Arrive:   **6:05pm   Dallas/Fort Worth, TX**  Dallas/Fort Worth International (DFW)

Your flight is confirmed. The airline will assign seats at check-in or you may **select seats.**

Upgrade requested.

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage.The fee is not included in your total trip cost.**See details**

1



## DOUBLETREE
### GUEST SUITES
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

Name & Address

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 605/NK1SV |
| Arrival Date | 11/7/2010 | 9:12:00PM |
| Departure Date | 11/12/2010 |
| Adult/Child | 1/0 |
| Room Rate | 149.99 |
| RATE PLAN | LV4 |
| HH# 427205835 GOLD | |
| AL: | |
| CAR: | |

*Folio*

CONFIRMATION NUMBER : 86680789

11/12/2010     PAGE        1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 11/7/2010 | 2678958 | GUEST ROOM | $149.99 |
| 11/7/2010 | 2678958 | STATE TAX | $10.50 |
| 11/7/2010 | 2678958 | CITY TAX | $7.50 |
| 11/8/2010 | 2679504 | GUEST ROOM | $149.99 |
| 11/8/2010 | 2679504 | STATE TAX | $10.50 |
| 11/8/2010 | 2679504 | CITY TAX | $7.50 |
| 11/9/2010 | 2680217 | GUEST ROOM | $149.99 |
| 11/9/2010 | 2680217 | STATE TAX | $10.50 |
| 11/9/2010 | 2680217 | CITY TAX | $7.50 |
| 11/10/2010 | 2680920 | GUEST ROOM | $149.99 |
| 11/10/2010 | 2680920 | STATE TAX | $10.50 |
| 11/10/2010 | 2680920 | CITY TAX | $7.50 |
| 11/11/2010 | 2681642 | GUEST ROOM | $149.99 |
| 11/11/2010 | 2681642 | STATE TAX | $10.50 |
| 11/11/2010 | 2681642 | CITY TAX | $7.50 |
| 11/12/2010 | 2682001 | MC *5541 | ($839.95) |
| | | * * BALANCE * * | $0.00 |

You have earned approximately 17532 HHonors points for this stay. To check your earnings for this
stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHHonors.co

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and
relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

| ACCOUNT NO. | | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|---|
| MC *5541 | | | 11/10/10 07:06:00 | 410104 | A |
| CARD MEMBER NAME | | | AUTHORIZATION | | INITIAL |
| KENT, DAVID | | | 01517Z | | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | | |
| THANK YOU AND WE WISH YOU SAFE TRAVELS! | | | | | |
| | | | TAXES | | |
| | | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | | | TOTAL AMOUNT | -839.95 | |
| X | | | | | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | | | PAYMENT DUE UPON RECEIPT | | |

The Hilton Family

Hilton

CONRAD HOTELS

DOUBLETREE

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES Hilton

USA

Official Sponsor

## Expense Report - Transmittal Report



ER00000030212100090

**Spender** Kurt W. Meaders                   **From** Nov 17, 2010 **To** Nov 19, 2010                   **Reimbursement Amt** 1,358.34 USD

**Report name** HDR Deposition of Kenneth J. O'Connell (TBW Expert

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | No |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 11/17/10 | Parking or Tolls | United St... | 71.45 USD | Jennifer M. Arevalo |
| 11/17/10 | Airfare | United St... | 755.40 USD | Jennifer M. Arevalo |
| 11/19/10 | Other Travel - ... | United St... | 50.00 USD | Jennifer M. Arevalo |
| 11/19/10 | Individual Meal | United St... | 19.45 USD | Jennifer M. Arevalo |
| 11/19/10 | Car Rental | United St... | 104.36 USD | Jennifer M. Arevalo |
| 11/19/10 | Other Travel - ... | United St... | 7.00 USD | Jennifer M. Arevalo |
| 11/19/10 | Other Travel - ... | United St... | 23.12 USD | Jennifer M. Arevalo |
| 11/19/10 | Individual Meal | United St... | 50.90 USD | Jennifer M. Arevalo |
| 11/19/10 | Lodging | United St... | 276.66 USD | Jennifer M. Arevalo |



Kurt Meaders
3925 Hanover St
Dallas
TX                          752257119

Resv #: 2818595

You have Checked Out of Room 1107

| Date | Description | Amount |
|------|-------------|--------|
| Nov 17 | Package Room | $99.00 |
| Nov 17 | State Sales Tax | $6.93 |
| Nov 17 | Occupancy Tax | $4.95 |
| Nov 18 | - In Room Dining Dinner | $50.90 |
| Nov 18 | Bottled Water | $4.00 |
| Nov 18 | Package Room | $99.00 |
| Nov 18 | State Sales Tax | $6.93 |
| Nov 18 | Occupancy Tax | $4.95 |
| Nov 19 | Master Card | ($276.66CR) |

Balance: $0.00

Card: ***********5374

Was our staff quick and efficient and did we
offer assistance? Was everything in your
room in working order? If you are unable to
provide the most favorable feedback to these
questions, please let us know.

For comments regarding your stay please
e-mail michelle.logel@hyatt.com

For questions regarding your guestroom
account please call 888-472-2870,
or e-mail na.customerservice@hyatt.com.

Thank you for staying with us at
Grand Hyatt Tampa Bay!

11/19/2010 7:16:45 AM

---

ROOM SERVICE
GRAND HYATT TAMPA BAY
111 MITCH

1107/1        5234     GST
1
       NOV18'10  6:08PM

1 Seared Tuna          12.00
1 Stir Fry             17.00
2 Diet Pepsi            6.00
1 DELIVERY CHARGE       3.00
   SUBTOTAL            38.00
   22% SERVICE CHG      7.70
   TAX                  3.20
   PAYMENT DUE   48.90
SERVICE CHARGE INCLUDES GRATUITY

ADDITIONAL GRATUITY: 2

TOTAL:  50 90

SIGNATURE:

PRINT NAME: Meaders

ROOM NUMBER: 1107

**FedEx Office** �֎

*Copies for O'Connell Deposition*

FedEx Office is your destination
for printing and shipping.

101 S DALE MABRY HWY
Tampa, FL 33609
Tel: (813) 876-7011

11/18/2010          12:59:07 PM EST
Team Member: Rudolph A.

SALE

| ES BW SS Standard | 240 @ | 0.0900 Y |
| 0159 Regular Price | 0.09 | |

| Regular Total | 21.60 |
| Discounts | 0.00 |

| **Total** | **21.60** |

| Sub-Total | 21.60 |
| Tax | 1.52 |
| Deposit | 0.00 |
| Total | 23.12 |

| MasterCard (S) | 23.12 |
| Account:  5374 | |
| Auth: 203743 (A) | |

| Total Tender | 23.12 |
| Change Due | 0.00 |

---

**WELCOME TO
KENNEDY CHEVRON**

Stn# 208044
MASTERCARD
MEADERS/KURT WOOD
INV # 4479671

AUTH # 056309
DATE 11/19/10   12:42
PUMP # 04
PRODUCT: REGUNL
GALLONS:       2.464
PRICE/G:    $   2.839
FUEL  SALE  $   7.88
See application
about how to EARN
REWARDS with a
Chevron and Texaco
Personal
Credit Card'

**THANK YOU
HAVE A NICE DAY**

7.60

---

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 722224193 | 42329324 | X |

**MEADERS,KURT**
WIZ = T8N93R       AWD = A984200
CV -
OUT TPA 17NOV10/2345 MI = 25912
IN  TPA 19NOV10/1251 MI = 25946

|  | 34 MI@ | .40 | = | |
|  | | HR@  30.76 | = | |
|  | 2 DY@ | 41.00 | = | 82.00 |
| **10.40% FEE | | | = | 8.81 |
| $  0.56 /DY ERF | | = | 1.12 |
| $  2.00 /DY SSU | | = | 4.00 |
| $  0.02 /DY TBS | | = | .04 |
| $  0.78 /DY VLF | | = | 1.56 |
| TAXABLE SUBTOT | | = | 97.53 |
| TAX  7.000% | | = | 6.83 |
| FUEL SERVICE | | = | |
| **TOTAL CHARGES** | | = | **104.36** |

**CONCESSION RECOVERY FEE

* Please check your car for personal effects. *

★ ENERGY RECOVERY FEE
   STATE SURCHARGE
   TIRE BATT. SURCH.
   VEH LIC. REC. FEE

```
            HMS HOST
             CHILI'S
     TAMPA INTERNATIONAL AIRPORT

    Lee
    -------------------------------
    4 /1        876        GST
        NOV19'10  2:26PM
    -------------------------------

        **** SEAT 1 ****
    SODA BAR 14          2.49
      FIRST ROUND SBEV
    CHIPS & SALSA        3.29
    QUESO EXPLOSION      9.59
    SUBTOTAL            15.37
        1.08  AMOUNT    16.45
        *******  *******

    SUBTOTAL            15.37
    TAX                  1.08
    AMOUNT      $16.45

    THANK YOU FOR YOUR BUSINESS!
    TELL US ABOUT YOUR EXPERIENCE

      TIM JUUL 813-396-3983
         GENERAL MANAGER
        TIM.JUUL@HMSHOST.COM
    OR EMAIL US AT CHILI'S.COM
```

```
        HMS HOST
         CHILI'S
     TAMPA INTERNATIONAL AIRPORT
    CHECK:      876
    TABLE:      104/1
    SERVER:     4101 Lee
    DATE:       NOV19'10  2:50PM
    CARD TYPE:  MSTRCARD  A1
    ACCT #:     XXXXXXXXXXXX5374
    EXP DATE:   XX/XX
    AUTH CODE:  016031
         KURT WOOD MEADERS

    TOTAL:          16.45

    TIP:              3

    TOTAL:          19.45

      AGREE TO PAY THE ABOVE AMOUNT
      IN ACCORDANCE WITH THE CARD
      ISSUER'S AGREEMENT.
```

19.45

**Meaders, Kurt**

**From:** American Airlines@aa.com [notify@aa.globalnotifications.com]
**Sent:** Friday, November 19, 2010 12:43 PM
**To:** Meaders, Kurt
**Subject:** AA eTDS Notification-NAZGSS





Date of Issue: 19NOV10

Kurt Wood Meaders:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.

This receipt is for services advised to you by reservations.

If you have any questions regarding your reservations, please call 1-800-433-7300 or visit www.aa.com.

**Record Locator: NAZGSS**

 Book a hotel        Book a car        Buy trip insurance
for as low as $16.50



Record Locator: NAZGSS



### Receipt

| PASSENGER | DOCUMENT NUMBER | FEE-USD | TAX | TRANS TOTAL |
|-----------|-----------------|---------|-----|-------------|
| KURT MEADERS | 0010614732600 | 50.00 | 0 | 50.00 |



**Sedgwick** DETERT, MORAN & ARNOLD LLP

**Tampa 11/17/10**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 11/08/10

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP270601JG88ZIS2 |
| Airline record locator: | US Airways - D4RWJ8 |
| | American Airlines - NAZGSS |
| Reservation made by: | rita.slaten@sdma.com |
| Ticket numbers: | 0017857575549 |

**Traveler(s)**     **Frequent flier details**
KURT MEADERS     American Airlines AAdvantage
XRH0486

---

**Leave Wednesday, November 17, 2010**

**American Airlines 1482**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

Depart:   **6:20pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **9:35pm**   **Tampa, FL** Tampa International (TPA)

    **Your flight is confirmed. The airline will assign seats at check-in.**

---

**Return Friday, November 19, 2010**

**American Airlines 1415**   Economy | McDonnell Douglas MD-83 (M83) | 2hr 50min | 920 miles

Depart:   **4:30pm**   **Tampa, FL** Tampa International (TPA)

Arrive:   **6:20pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

    **Your flight is confirmed. The airline will assign seats at check-in.**

---

## Car rental reservation

| | |
|---|---|
| Confirmation number: | 34328796US5 |
| Primary driver: | KURT MEADERS |
| Reservation made by: | kurt.meaders@sdma.com |
| Loyalty program | T8N93R |
| Daily rate: | $41.00* |

---

**Avis**     Midsize

| | | |
|---|---|---|
| **Pick-up** | **Wed, Nov 17, 2010 10:00pm** | Tampa International (TPA) (in terminal) |
| | | **Phone:** 813-396-3500 |
| | | 800-331-1212 |
| **Drop-off** | **Fri, Nov 19, 2010 5:30pm** | drop-off location same as pick-up location listed above |

---

## Hotel reservation

| | |
|---|---|
| Confirmation number: | 47479059 |
| Reservation made for: | Kurt Meaders |
| | (Must check in for this reservation) |
| Reservation made by: | kurt.meaders@sdma.com |
| Total charges: | 198.00 USD |

1071

| GRAND HYATT TAMPA BAY | 2900 BAYPORT DRIVE | Phone: 813-874-1234 |
| | Tampa, FL, USA 33607 | |

Check-in:     **Wed, Nov 17, 2010**    3pm
Check-out:    **Fri, Nov 19, 2010**    12noon
**Room description:** 2 QUEEN BEDS

## Cost summary and billing information

**Flight cost summary**

**Flight cost - 11/8/10**
  Airfare #0017857570392          $530.80

   **Orbitz for Business fees**
    Offline transaction fee          $22.00
**Flight cost**                          **$552.80**
**Exchange cost - 11/15/10**
  Airfare #0017857575549          $546.40
  Previous airfare               -$530.80
**Airfare difference**                   $15.60
Airline change fee                      $150.00

   **Orbitz for Business fees**
    Offline transaction fee          $22.00
**Total exchange cost**                  **$187.60 USD**

   **Post-booking charges**
    Agent assisted fee (Date:11/19/2010;   $15.00
    ID: 162003931)
**Total**                        **$15.00 USD**

**Grand total itinerary cost to-date   $755.40 USD**

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders
**Card type:**
MasterCard
**Card number:**
xxxxxxxxxxxxx5374

*[handwritten: 552.80 / 187.60 / 15.00 / 755.40]*

**Car cost summary**

  **This is a negotiated rate.**

Base rate                        $82.00
Taxes and fees                   $22.36
  ENERGY RECOVERY FEE @ 1.12 USD
  STATE SURCH. FEE PER DAY @ 4.00 USD
  TIRE BATTERY FEE PER DAY @ 0.04 USD
  VEHICLE LIC. FEE PER DAY @ 1.56 USD
  CONCESSION RECOVERY FEE @ 8.81 USD
  STATE TAX @ 6.83 USD

**Total**                        **$104.36 USD***

**Amount paid at reservation**          **$0.00 USD**

**Amount due upon rental**             **$104.36 USD**

*This amount is based on information available at the time of reservation. Other rental fees are due when you drop-off your vehicle.

Print this receipt

# DFW

## PO BOX 610347

## DALLAS

## 972-574-2407

Thank you!

| | |
|---:|:---|
| Ticket# | 269467 |
| CheckIn D/T: | 11/17/10 17:17 |
| CheckOut D/T: | 11/19/10 18:33 |
| Duration Time: | 2d 01h 16m |
| Plate# | FTK535 TX |
| Make/Model: | GMC/YUKON |
| Color: | BLACK |
| | |
| Parking Charge: | $71.45 |
| Net Charge: | $66.00 |
| Tax: | $5.45 |
| Total: | $71.45 |
| | |
| Card Type: | MasterCard |
| Account# | ******5374 |
| Card Holder: | Kurt Meaders |
| Ref# | 800302 |
| Order# | 3300042231 |
| Amount: | $71.45 |
| Rewards: | Meaders, Kurt-DEFAULT |
| Collected: | 7,145 |
| Total Points: | 13,315-$1.33 |

**(C) AVPM(R)**

Close this window



HDR, Inc.                                          January 24, 2011
8404 Indian Hills Dr.                          Invoice No. 998572
Omaha, NE 68114


For Professional Services Through December 31, 2010:

Re:  Our File No.: 10711-000001/WBM
     Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 12/01/10 | K. Meaders | 0.60 | Telephone call with Attorney Kent and Woodward regarding deposition preparation and deposition schedule; motion to strike and allow Defendant expert supplementation, joinder in Barnard Motion to Stirke Cost Model by TBW |
| 12/01/10 | K. Meaders | 0.30 | Receipt and review of letter from Barnard regarding complaints on inadvertent production costs |
| 12/01/10 | K. Meaders | 0.30 | Draft potential letter response to Barnard regarding cost associated with clawback of production |
| 12/01/10 | D. Kent | 0.60 | Analysis and planning with Kurt Meaders and Tim Woodward regarding logistics of deposition preparation and presentation, preparation of discovery motions, response to subpoena to HDR expert witness Paul Kelly, joinder in Barnard's Motion for Sanctions against TBW, and other pre-trial matters |
| 12/01/10 | D. Kent | 1.40 | Legal research ████████████████ and prepare memoranda regarding same |
| 12/01/10 | D. Kent | 0.10 | Exchange memoranda with local counsel regarding preparation for ████████ depositions ████████████ |



HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

January 24, 2011  
Invoice No. 998572  
Page 2

███████

| 12/01/10 | D. Kent | 0.70 | Prepare Joinder in Barnard's Motion for Sanctions against TBW for untimely disclosure of damage claims regarding lost water |
| 12/01/10 | D. Kent | 1.20 | Study/analysis of evidence for use in Ardaman fact witness depositions |
| 12/01/10 | C. Batchelor | 5.50 | Read and analyze client documents in preparation for upcoming depositions |
| 12/01/10 | C. Steinmann | 3.30 | Prepare spreadsheets █████████ to assist in deposition preparation; review privileged documents to confirm withholding |
| 12/01/10 | W. Richmond | 1.60 | Research nationwide federal case law regarding client's ability to disregard co-defendant demands for discovery clawback reimbursement |
| 12/01/10 | C. Alm | 4.10 | Update deposition log; begin summarizing the deposition of L. Bromwell |
| 12/01/10 | G. Fountain | 1.50 | Prepare summary of documents related to Dwayne Williams and Frank Luman for attorney review in preparation for upcoming depositions |
| 12/01/10 | G. Fountain | 3.80 | Work on deposition exhibit notebooks and fact/expert witness notebooks |
| 12/01/10 | M. Stringer | 2.40 | Continue summary of the oral deposition of Devo Seereeram, Ph.D., P.E. |
| 12/01/10 | R. Zarate | 1.00 | Prepare page/line summary of deposition of Les Bromwell, Volume 2 |
| 12/02/10 | D. Kent | 0.50 | Analysis and planning, including exchange of memoranda, with local counsel Jim Hickman and team members regarding response to TBW's inquiry concerning Bromwell's compliance with new subpoena for documents |
| 12/02/10 | D. Kent | 0.20 | Analysis and planning with local counsel and Wayne Mason ████████████ ██████████████████████ |
| 12/02/10 | D. Kent | 1.00 | Prepare response to Barnard's request for payment of expenses for complying with |


|            |              |       | "clawback" request and exchange memoranda with team members regarding same |
|------------|--------------|-------|------|
| 12/02/10 D. | Kent | 2.50 | Study/analysis of documents, deposition transcripts and background information for use in depositions of Ardaman witnesses Luman and Williams |
| 12/02/10 | D. Kent | 0.60 | Prepare Motion to Strike or for Sanctions against TBW related to late designation of supplemental expert opinions from Golder and O'Connell |
| 12/02/10 | C. Batchelor | 6.70 | Read analyze client documents in preparation for upcoming depositions |
| 12/02/10 | M. Melle | 6.40 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 12/02/10 C. | Steinmann | 4.20 | Review TBW documents and C2M documents for specifications or design criteria above 130 mgd or original design specifications; review draft letter regarding clawbac and revise |
| 12/02/10 | C. Alm | 6.30 | Continue summarizing the deposition of L. Bromwell and update deposition log |
| 12/02/10 | G. Fountain | 4.80 | Work on deposition exhibit notebooks and fact/expert witness notebooks |
| 12/02/10 | G. Fountain | 0.30 | Review documents provided by co-counsel and update inventory log regarding same |
| 12/02/10 | P. Olshan | 2.00 | Begin deposition summary of Les Bromwell, Volume 7 |
| 12/02/10 | M. Stringer | 7.20 | Continue summary of the oral deposition of Devo Seereeram, Ph.D., P.E. Volumes III-IV |
| 12/02/10 | R. Zarate | 6.00 | Continue to prepare page/line summary of deposition of Les Bromwell, Volume 2 |
| 12/03/10 | D. Kent | 3.10 | Review, revise and finalize for filing HDR's joinder in Barnard's Motion for Sanctions against TBW relating to untimely designation of damages claim for loss of water use |
| 12/03/10 D. | Kent | 0.20 | Analysis and planning █████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 4

| | | | |
|---|---|---|---|
| 12/03/10 | D. Kent | 1.10 | Study/analysis of evidence for use in Ardaman fact witness depositions |
| 12/03/10 | C. Batchelor | 4.20 | Read and analyze client documents in preparation for upcoming depositions |
| 12/03/10 | M. Melle | 5.30 | Continue reviewing and analyzing voluminous documents in preparation for Ed Copeland's deposition |
| 12/03/10 | C. Steinmann | 2.10 | Exchange emails with Kent regarding document searches and access and recommend strategy for reviewing key documents; begin working on clawback communications notebook |
| 12/03/10 | G. Fountain | 0.40 | Prepare material for transmittal to jury consultant for review |
| 12/03/10 | G. Fountain | 0.90 | Prepare documents for attorney use █████ |
| 12/03/10 | P. Olshan | 1.00 | Continue deposition summary of Les Bromwell Volume 7 |
| 12/03/10 | T. Wise | 2.80 | Begin preparation of L. Bromwell deposition summary, Volume 3 |
| 12/03/10 | R. Zarate | 1.50 | Finalize the page/line summary of deposition of Les Bromwell, Volume 2 |
| 12/04/10 | D. Kent | 0.50 | Analysis and planning █████ |
| 12/04/10 | P. Olshan | 4.50 | Complete deposition summary of Les Bromwell Volume 7; begin deposition summary of Les Bromwell Volume 8 |
| 12/04/10 | R. Zarate | 5.00 | Prepare page/line summary of deposition of Les Bromwell, Volume 4 |
| 12/05/10 | D. Kent | 6.00 | Prepare for Ardaman fact witness depositions, including travel from Dallas to Florida |
| 12/06/10 | K. Meaders | 1.90 | Preparation for deposition of Rick Donovan; review of prior deposition and additional file materials |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 5

| 12/06/10 | K. Meaders | 0.60 | Telephone conference ███████████████ |
| 12/06/10 | K. Meaders | 0.20 | Emails to attorney Cori Steinmann regarding supplementing ████████████ materials |
| 12/06/10 | K. Meaders | 0.40 | Review of Donovan claw back documents for potential issue documents |
| 12/06/10 | K. Meaders | 1.00 | Receipt and review of discovery supplementation by Barnard of Devo Seereeram ████████████████ |
| 12/06/10 | D. Kent | 9.00 | ████████████████████████ |
| 12/06/10 | M. Melle | 9.00 | Review and analyze voluminous documents provided by opposing experts |
| 12/06/10 | C. Steinmann | 4.00 | Locate all clawback documents and organize the same with clawback list and clawback correspondence; discuss review of KPMG, TBW, and C2M documents for information regarding the planned renovation is actually increasing capacity with Kurt Meaders; review TBW's supplemental responses to disclosure and supporting damage documentation |
| 12/06/10 | C. Alm | 0.30 | Update deposition chart; emails with R. Zarate, T. Wise, P. Olshan and M. Stringer regarding completion of the summaries of the L. Bromwell depositions |
| 12/06/10 | G. Fountain | 0.30 | Review documents provided by co-counsel and update inventory log regarding same |
| 12/06/10 | P. Olshan | 8.00 | Complete deposition summary of Les Bromwell Volume 8 |
| 12/06/10 | M. Stringer | 7.20 | Continue summary of the oral deposition of Les Bromwell, ScD, P.E., Volumes V-VI |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 6

| 12/06/10 | T. Wise | 5.30 | Continue preparation of L. Bromwell deposition summary, Volume 3 |
| 12/06/10 | R. Zarate | 1.00 | Continue to prepare page/line summary of deposition of Les Bromwell, Volume 4 |
| 12/07/10 | W. Mason | 0.20 | Review e-mail report from Tim Woodward summarizing Brumund deposition |
| 12/07/10 | K. Meaders | 2.50 | Review and analysis of Rick Donovan and Barry Meyer depositions ███████████ |
| 12/07/10 | K. Meaders | 6.20 | ████████████████████████ |
| 12/07/10 | D. Kent | 8.00 | Prepare for, attend and defend deposition of Ardaman fact witness Dwayne Williams |
| 12/07/10 | D. Kent | 0.50 | Analysis and planning with team member Kurt Meaders regarding continued deposition of Rick Donovan |
| 12/07/10 | D. Kent | 1.00 | Study/analysis of documents and evidence for use in deposition of Ardaman fact witness Frank Luman |
| 12/07/10 | M. Melle | 8.10 | Continue reviewing and analyzing voluminous documents provided by opposing experts |
| 12/07/10 | C. Steinmann | 3.80 | Search database for documents withheld that are to/from or reference Donovan in preparation for Donovan's deposition |
| 12/07/10 | C. Alm | 0.50 | Emails with T. Wise and P. Olshan regarding deposition summaries; review and revise deposition summaries of L. Bromwell and forward to W. Mason |
| 12/07/10 | G. Fountain | 1.40 | Review and gather deposition testimony related to transient seepage for attorney use in preparation for Rick Donovan's deposition |
| 12/07/10 | M. Stringer | 7.30 | Complete summary of the oral deposition of Les Bromwell Volumes V-VI |
| 12/07/10 | T. Wise | 4.60 | Continue preparation of L. Bromwell deposition summary, Volume 3 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 7

| 12/07/10 | R. Zarate | 2.40 | Finalize the page/line summary of deposition of Les Bromwell, Volume 4 |
| 12/08/10 | K. Meaders | 8.00 | ███████████████████████████████ |
| 12/08/10 | K. Meaders | 4.50 | Travel to Tampa, Florida for deposition defense of Rick Donovan with continued review of prior deposition of Rick Donovan and documents for preparation |
| 12/08/10 | D. Kent | 4.00 | Prepare for, attend and defend deposition of HDR fact witness Frank Luman |
| 12/08/10 | D. Kent | 0.30 | Analysis and planning with Kurt Meaders regarding continued deposition of Rick Donovan |
| 12/08/10 | D. Kent | 0.40 | Analysis and planning with Tim Woodward ███████████████████████████████ |
| 12/08/10 | D. Kent | 3.60 | Study/analysis of evidence, expert reports and other material ███████████████████████ |
| 12/08/10 | M. Melle | 3.50 | Continue reviewing and analyzing voluminous documents provided by plaintiff's experts |
| 12/08/10 | C. Alm | 3.30 | Summarize the deposition of L. Bromwell, Volume 3 |
| 12/08/10 | G. Fountain | 0.30 | Gather pleadings for use at hearing on Barnard's Motion for Determination of HDR's Privilege Claim |
| 12/08/10 | M. Stringer | 3.30 | Begin summary of the oral deposition of Jon Kennedy Volumes I-II |
| 12/08/10 | T. Wise | 1.20 | Continue preparation of L. Bromwell deposition summary |
| 12/08/10 | R. Zarate | 2.00 | Assist with the completion of the page/line summary of deposition of Les Bromwell, Volume 3 |
| 12/09/10 | K. Meaders | 7.00 | Defense of deposition of Rick Donovan |


| 12/09/10 | K. Meaders | 1.50 | ████████████████████████ |
| 12/09/10 | K. Meaders | 3.60 | Return travel to Dallas, TX with preparation of deposition summary while in route |
| 12/09/10 | D. Kent | 10.00 | ████████████████████████ |
| 12/09/10 | D. Kent | 0.50 | Analysis and planning ████████████████████████ |
| 12/09/10 | M. Stringer | 5.30 | Continue summary of the oral deposition of Jon Kennedy Volumes I-II |
| 12/10/10 | W. Mason | 2.70 | Begin reviewing Bromwell deposition videos and summaries |
| 12/10/10 | K. Meaders | 0.80 | Revise summary of deposition of Rick Donovan ████████████████████████ |
| 12/10/10 | K. Meaders | 0.30 | Attention to issues regarding objections to subpoena to BCI and SGH and processing of production of documents |
| 12/10/10 | D. Kent | 8.00 | Prepare for depositions ████████████████████████ |
| 12/10/10 | G. Fountain | 0.50 | Review documents provided by co-counsel and update inventory log regarding same |
| 12/10/10 | M. Stringer | 4.20 | Continue summary of the oral deposition of Jon Kennedy Volumes I-II |
| 12/12/10 | W. Mason | 4.90 | Continue reviewing Bromwell depositions (8 volumes), videos and summaries in preparation for deposition prep session with him this week and his final deposition |
| 12/12/10 | D. Kent | 0.70 | Prepare memorandum regarding depositions of Ardaman fact witnesses Dwayne Williams and |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 9

Frank Luman

| | | | |
|---|---|---|---|
| 12/12/10 | D. Kent | 4.00 | Prepare for deposition of HDR expert witnesses Paul Kelley and Bill Konicki (SGH), including travel from Dallas to Tampa |
| 12/13/10 | W. Mason | 10.30 | Travel to Tampa ███████████████████ ████████████████████████████ |
| 12/13/10 | K. Meaders | 0.20 | Complete deposition summary of Rick Donovan |
| 12/13/10 | K. Meaders | 0.30 | Receipt and review of summary from deposition of Ardaman inspectors |
| 12/13/10 | K. Meaders | 0.40 | Emails with Jim Hickman regarding SGH responses to subpoena |
| 12/13/10 | D. Kent | 7.00 | Prepare for, attend and defend deposition of HDR expert witness Bill Konicki (SGH) |
| 12/13/10 | D. Kent | 0.40 | Telephone conference ████████████ ████████████████████ and study/analysis and exchange memoranda with Tim Woodward regarding same |
| 12/13/10 | D. Kent | 2.00 | Draft Motion to Exclude or Strike late-filed expert reports from TBW's experts Brumund and O'Connell, including preparation of memorandum to team members regarding same |
| 12/13/10 | D. Kent | 1.30 | Prepare for deposition of HDR expert witness Paul Kelley, ████████████████████ ████████████████████████████ |
| 12/13/10 | C. Steinmann | 6.10 | Review documents produced by TBW bates labeled TBW317987-TBW318461 |
| 12/13/10 | G. Fountain | 0.80 | Retrieval of deposition transcripts and exhibits from online repository, generate and organize same for attorney review |
| 12/13/10 | G. Fountain | 1.00 | Review volume one deposition testimony of Alison Adams and work on page line summary |


|            |                |      | in preparation for attorney review |
|------------|----------------|------|------------------------------------|
| 12/13/10   | M. Stringer    | 4.00 | Continue summary of the oral deposition of Jon Kennedy Volumes I-II |
| 12/14/10   | W. Mason       | 7.80 | Attend meeting ██████████████████ |
| 12/14/10   | D. Kent        | 7.00 | Prepare for, attend and defend deposition of HDR expert witness Paul Kelley (SGH) |
| 12/14/10   | M. Melle       | 4.50 | Continue reviewing and analyzing voluminous documents provided by opposing experts |
| 12/14/10   | C. Steinmann   | 3.60 | Review email from Plaintiff's counsel regarding status of HDR's supplemental production, follow-up with vendor regarding the same, and cross check produced documents with list of supplemental production sent to vendor |
| 12/14/10   | C. Steinmann   | 1.30 | Review and analyze TBW's responses to request for production |
| 12/14/10 G.| Fountain       | 6.80 | Continue review of volume one deposition testimony of Alison Adams and work on page line summary in preparation for attorney review |
| 12/14/10   | M. Stringer    | 5.00 | Continue summary of the oral deposition of Jon Kennedy Volumes I-II |
| 12/15/10   | W. Mason       | 9.20 | Attend Bromwell deposition |
| 12/15/10   | W. Mason       | 0.30 | Telephone conference ██████████████ |
| 12/15/10   | W. Mason       | 0.10 | Will not agree to extend the deadline for dispositive motions |
| 12/15/10 D.| Kent           | 5.00 | Study/analysis of deposition transcripts, evidence and related materials to use in Motion to Exclude or Strike TBW's tardy disclosure of expert opinions, including return travel from Tampa to Texas |
| 12/15/10   | D. Kent        | 0.20 | Analysis and planning with Kathy Gilman regarding errata sheets for Jim Brittain deposition |
| 12/15/10   | D. Kent        | 0.20 | Analysis and planning with team members |


|          |              |      | regarding TBW's request for extension of time for filing dispositive motions and HDR's response thereto |
|----------|--------------|------|---------|
| 12/15/10 | G. Fountain  | 0.50 | Retrieval of deposition transcripts and exhibits from online repository, generate and organize same for attorney review |
| 12/15/10 | G. Fountain  | 2.10 | Continue review of volume one deposition testimony of Alison Adams and work on page line summary in preparation for attorney review |
| 12/15/10 | M. Stringer  | 5.70 | Continue summary of the oral deposition of Jon Kennedy Volumes I-II |
| 12/16/10 | W. Mason     | 3.90 | Return travel from deposition and work on list of strategy items for next six months during flight |
| 12/16/10 | W. Mason     | 0.30 | Telephone conference with client regarding meeting on trial preparation |
| 12/16/10 | K. Meaders   | 0.40 | Receipt and review of emails from Kathy Gillman regarding new production of emails by TBW; responses to same |
| 12/16/10 | K. Meaders   | 0.50 | Receipt and review of Motion to Compel BCI documents; coordinate response |
| 12/16/10 | K. Meaders   | 1.10 | Review and revise Motion to Exclude new TBW expert opinions |
| 12/16/10 | K. Meaders   | 0.30 | Meeting with attorney David Kent regarding Motion to Exclude |
| 12/16/10 | D. Kent      | 0.40 | Study/analysis of TBW's Motion to Compel production of Bromwell documents, including analysis and planning with Kurt Meaders regarding response to same |
| 12/16/10 | D. Kent      | 0.40 | Analysis and planning with Kurt Meaders regarding Motion to Strike TBW's late-filed expert reports |
| 12/16/10 | D. Kent      | 2.80 | Prepare Motion to Strike or Exclude TBW's Untimely Disclosure of Experts' Opinions |
| 12/16/10 | P. Olshan    | 3.50 | Begin deposition summary of James Brittain |
| 12/16/10 | M. Stringer  | 5.50 | Continue summary of the oral deposition of Jon |



Kennedy Volumes I-II

| 12/17/10 | W. Mason | 0.80 | Conference call ███████████████████████████ |
|---|---|---|---|
| 12/17/10 | K. Meaders | 0.50 | Receipt and review of TBW's response to Motion for Sanctions |
| 12/17/10 | D. Kent | 3.20 | Study/analysis of evidence, pleadings, deposition transcripts, expert reports for use in HDR's Motion to Strike or Exclude TBW's Untimely Disclosure of Experts' Opinions |
| 12/17/10 | C. Steinmann | 1.10 | Telephone conference with Micheal Barry and Kathy Gilman regarding SGH production and TBW recent document production and cost associated with loading and producing the same; review emails regarding procedure for designating and withholding SGH materials as privileged |
| 12/17/10 | C. Alm | 0.30 | Review Expert Report received from Devo Seereeram and upload the report and video |
| 12/17/10 | G. Fountain | 0.70 | Review documents provided by co-counsel and update inventory log regarding same |
| 12/17/10 | G. Fountain | 1.40 | Retrieval of deposition transcripts and exhibits from online repository, generate and organize same for attorney review |
| 12/17/10 | M. Stringer | 2.50 | Complete summary of the oral deposition of Jon Kennedy Volumes I-II and begin summary of Volumes III-IV |
| 12/19/10 | D. Kent | 3.00 | Prepare Motion to Strike or Exclude TBW's Untimely Disclosure of Expert Opinions |
| 12/20/10 | D. Kent | 6.70 | Prepare HDR's Motion to Strike or Exclude TBW's untimely disclosure of expert options, including review and selection of exhibits and exchange of memoranda with team members regarding same |
| 12/20/10 | G. Fountain | 2.70 | Gather material related to TBW's loss of use claim ███████████████████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 13

| | | | |
|---|---|---|---|
| 12/20/10 | M. Stringer | 1.50 | Continue summary of the oral deposition of Jon Kennedy Volumes III-IV |
| 12/21/10 | K. Meaders | 0.50 | Revise HDR's Motion to Exclude late filed reports by TBW and Barnard |
| 12/21/10 | K. Meaders | 0.50 | Emails with Attorneys Kent and Woodward regarding strategy of responding with supplemental reports rather than moving to strike Brummund and other reports |
| 12/21/10 | D. Kent | 0.60 | Telephone conferences ███████████ |
| 12/21/10 | D. Kent | 7.00 | Review and revise HDR's Motion to Strike, Exclude or for Other Sanctions for TBW's Untimely Disclosure of Expert Opinions |
| 12/21/10 | D. Kent | 0.20 | Analysis and planning with team member regarding legal authorities for citation in Motion to Strike or Exclude TBW's Untimely Disclosure of Expert Opinions |
| 12/21/10 | D. Kent | 0.60 | Analysis and planning with Tim Woodward regarding revisions to Motion to Strike or Exclude TBW's Untimely Disclosure of Expert Opinions, strategy for filing or withholding same, strategy for use of Barnard's expert witness on loss of water use, and related pre-trial discovery and per-trial preparation topics |
| 12/21/10 | D. Kent | 0.40 | Prepare memorandum to team members regarding draft version of Motion to Strike or Exclude TBW's Untimely Disclosure of Expert Opinions |
| 12/21/10 | D. Kent | 1.20 | Study/analysis of deposition transcripts, case management order, and expert reports for use in Motion to Strike or Exclude TBW's Untimely Disclosure of Expert Opinions |
| 12/21/10 | D. Kent | 0.30 | Telephone conference ████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 14

| | | | |
|---|---|---|---|
| 12/21/10 | D. Kent | 0.80 | Study/analysis of Joint Motion for Extension of Time to File Dispositive Motions and begin preparation of draft Response to same |
| 12/21/10 | D. Kent | 0.20 | Study/analysis of Barnard's Request for Pretrial Conference |
| 12/21/10 | C. Steinmann | 2.10 | Continue review of documents produced by TBW bates labeled TBW317987-TBW318461; send email to vendor requesting update on additional TBW documents and SGH |
| 12/21/10 | W. Richmond | 1.40 | Analyze client's draft motion to strike and arguments therein regarding best legal strategy and veracity of legal citations |
| 12/21/10 | G. Fountain | 1.00 | Retrieval of deposition transcripts and exhibits from online repository, generate and organize same for attorney review |
| 12/21/10 | G. Fountain | 0.40 | Gather material related to TBW's loss of use claim ███████████████████████ |
| 12/21/10 | M. Stringer | 4.10 | Continue summary of the oral deposition of Jon Kennedy Volumes III-IV |
| 12/22/10 | W. Mason | 0.50 | Conference call regarding strategy of responding to motions and supplemental expert reports |
| 12/22/10 | K. Meaders | 0.50 | Conference call ██████████████ discussing outstanding issues and strategy for motions and follow up conference ████████████ on details of motions |
| 12/22/10 | K. Meaders | 0.50 | Revisions to response to Motion for extension of time to file Motions for summary judgment |
| 12/22/10 | D. Kent | 1.80 | Prepare HDR's Response to Barnard's Request for Pretrial Conference and exchange memoranda with team members regarding same |



| 12/22/10 | D. Kent | 3.90 | Prepare HDR's Response to Joint Motion to Extend Time for Filing Dispositive Motions and exchange memoranda with team members regarding revisions to same |
| 12/22/10 | D. Kent | 0.60 | Prepare for and participate in conference call ███████████████████ regarding strategy for filing supplemental expert reports, responses to Joint Motion for Extension of Time for Filing Dispositive Motions and Barnard's Request for Pretrial Conference, potential dispositive motions to file, and related pre-trial preparation items |
| 12/22/10 | D. Kent | 0.20 | Exchange memoranda with Tim Woodward regarding revisions to HDR's Response to Joint Motion for Extension of Time for Filing Dispositive Motions |
| 12/22/10 | G. Fountain | 2.30 | Prepare exhibits to motion to strike expert opinions |
| 12/22/10 | P. Olshan | 1.00 | Continue working on deposition summary of James Brittain |
| 12/22/10 | M. Stringer | 1.30 | Continue summary of the oral deposition of Jon Kennedy Volumes III-IV |
| 12/23/10 | D. Kent | 1.20 | Review, revise and finalize for filing HDR's Partial Joinder in Barnard's Request for Pretrial Conference |
| 12/23/10 | D. Kent | 2.30 | Review, revise and finalize for filing HDR's Response to Joint Motion for Extension of Time for filing Dispositive Motions |
| 12/27/10 | K. Meaders | 0.80 | Receipt and review of corrections and changes to Affidavits ███████████████████ |
| 12/28/10 | K. Meaders | 0.30 | Receipt and review of Plaintiff's Motion for Leave to Amend Pleadings |
| 12/28/10 | K. Meaders | 0.40 | Revise and suggest changes via email to Jim Hickman on BCI's Response to Motion to |


Compel

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/28/10 | K. Meaders | 1.50 | Review pleadings and expert summaries to consider and suggest issues for potential summary judgment |
| 12/28/10 | G. Fountain | 2.10 | Prepare exhibits to HDR's motion to strike expert opinions |
| 12/28/10 | M. Stringer | 1.30 | Continue summary of the oral deposition of Jon Kennedy Volumes III-IV |
| 12/29/10 | K. Meaders | 0.40 | Receipt and review of emails and responses regarding production costs of SGH materials in response to subpoena |
| 12/29/10 | K. Meaders | 0.30 | Receipt and review of emails from attorney Mason regarding expert issues and respond to same |
| 12/29/10 | K. Meaders | 1.20 | Research ██████████████████████ |
| 12/29/10 | K. Meaders | 0.40 | Email exchanges with attorney Woodward ██████████████████████ |
| 12/29/10 | K. Meaders | 0.30 | Emails with attorney Kent ████████████ |
| 12/29/10 | K. Meaders | 0.30 | Email with attorney Woodward ████████ |
| 12/29/10 | K. Meaders | 2.40 | Review and support changes to BCI's response to Motion to Compel by TBW and email to attorney Hickman with changes |
| 12/29/10 | K. Meaders | 0.20 | Emails to Kathy Gilman to make sure of Donovan supplemental deposition transcript is presented to Donovan for review |
| 12/29/10 | G. Fountain | 1.60 | Retrieval of deposition transcripts and exhibits from online repository, generate and organize same for attorney review |
| 12/29/10 | P. Olshan | 1.90 | Continue deposition summary of James Brittain |
| 12/30/10 | K. Meaders | 1.20 | Amend and revise response by BCI to Motion to Compel |
| 12/30/10 | K. Meaders | 0.60 | ████████████████████████ |


████████████████

| 12/30/10 | K. Meaders | 0.80 | Review deposition excerpts for changes to response to Motion to Compel |
| 12/30/10 | K. Meaders | 0.50 | Research new discovery rule changes to determine potential additions to response to Motion to Compel |
| 12/30/10 | G. Fountain | 1.90 | Retrieval of deposition transcripts and exhibits from online repository, generate and organize same for attorney review |
| 12/30/10 | G. Fountain | 0.60 | Review documents provided by co-counsel and update inventory log regarding same |
| 12/30/10 | G. Fountain | 1.50 | Organize expert witness files in preparation for trial |
| 12/30/10 | P. Olshan | 1.90 | Complete deposition summary of James Brittain, volume 1 |
| 12/30/10 | M. Stringer | 1.00 | Continue summary of the oral deposition of Jon Kennedy Volumes III-IV |

Total Hours        498.20
**Total Fee Amount    $128,933.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|------------|-------------:|-------------:|-----------:|
| W. Mason | 41.00 | 455.00 | $18,655.00 |
| K. Meaders | 57.00 | 330.00 | 18,810.00 |
| D. Kent | 130.60 | 395.00 | 51,587.00 |
| C. Batchelor | 16.40 | 265.00 | 4,346.00 |
| M. Melle | 36.80 | 185.00 | 6,808.00 |
| C. Steinmann | 31.60 | 225.00 | 7,110.00 |
| W. Richmond | 3.00 | 165.00 | 495.00 |
| C. Alm | 14.80 | 115.00 | 1,702.00 |
| G. Fountain | 41.60 | 115.00 | 4,784.00 |
| P. Olshan | 23.80 | 115.00 | 2,737.00 |
| M. Stringer | 68.80 | 125.00 | 8,600.00 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

January 24, 2011
Invoice No. 998572
Page 18

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|------------|-------------:|-------------:|-----------:|
| T. Wise | 13.90 | 115.00 | 1,598.50 |
| R. Zarate | 18.90 | 90.00 | 1,701.00 |
| **Total** | **498.20** | | **$128,933.50** |

**Disbursements:**

| | | |
|---|---|---:|
| 03/28/10 | Copy Service Meaders, Kurt W. / DA | 204.52 |
| 03/28/10 | Copy Service Meaders, Kurt W. / DA | 39.16 |
| 07/14/10 | Travel/Individual    Meals Meaders, Kurt W. / DA | 12.00 |
| 10/30/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 9.95 |
| 10/31/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 7.00 |
| 11/14/10 | Travel/Individual    Meals Kent, David, C. / DA | 7.03 |
| 11/14/10 | Travel/Individual    Meals Kent, David, C. / DA | 10.00 |
| 11/14/10 | Travel/Car    Rental Kent, David, C. / DA | 218.46 |
| 11/14/10 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 11/14/10 | Travel/Air Fare Kent, David, C. / DA | 768.40 |
| 11/14/10 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 11/15/10 | Travel/Individual    Meals Kent, David, C. / DA | 17.50 |
| 11/15/10 | Travel/Group Meals Kent, David, C. / DA | 51.68 |
| 11/16/10 | Other Travel-related expenses Kent, David, C. / DA | 2.00 |
| 11/17/10 | Travel/Individual    Meals Kent, David, C. / DA | 9.76 |
| 11/17/10 | Travel/Individual    Meals Kent, David, C. / DA | 45.86 |
| 11/17/10 | Other Travel-related expenses Kent, David, C. / DA | 2.00 |
| 11/18/10 | Travel/Lodging Kent, David, C. / DA | 627.16 |
| 11/18/10 | Travel/Individual    Meals Kent, David, C. / DA | 11.56 |
| 11/18/10 | Travel/Individual    Meals Kent, David, C. / DA | 8.98 |
| 11/18/10 | Travel/Individual    Meals Kent, David, C. / DA | 5.97 |
| 11/18/10 | Other Travel-related expenses Kent, David, C. / DA | 14.65 |
| 11/18/10 | Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 11/18/10 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 11/20/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 9.95 |
| 11/21/10 | Travel/Individual    Meals Kent, David, C. / DA | 8.98 |
| 11/21/10 | Travel/Individual    Meals Kent, David, C. / DA | 7.95 |
| 11/21/10 | Travel/Group Meals Kent, David, C. / DA | 18.02 |
| 11/21/10 | Travel/Air Fare Kent, David, C. / DA | 489.40 |
| 11/21/10 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 11/22/10 | Travel/Group Meals Kent, David, C. / DA | 54.00 |
| 11/24/10 | Travel/Lodging Kent, David, C. / DA | 369.57 |
| 11/24/10 | Travel/Individual    Meals Kent, David, C. / DA | 8.98 |



| | | |
|---|---|---:|
| 11/24/10 Travel/Individual | Meals Kent, David, C. / DA | 1.34 |
| 11/24/10 Travel/Individual | Meals Kent, David, C. / DA | 8.51 |
| 11/24/10 Travel/Individual | Meals Kent, David, C. / DA | 6.26 |
| 11/24/10 Travel/Car | Rental Kent, David, C. / DA | 191.33 |
| 11/24/10 | Other Travel-related expenses Kent, David, C. / DA | 8.21 |
| 11/24/10 | Parking/Tolls Kent, David, C. / DA | 1.00 |
| 11/26/10 Delivery/Messenger | Service Federal Express Corporation | 21.88 |
| 12/01/10 | Telephone TAMPA        FL (181)328-9070 | 0.08 |
| 12/01/10 | Telephone TAMPA        FL (181)328-9090 | 0.08 |
| 12/01/10 | Telephone TAMPA        FL (181)328-9070 | 0.16 |
| 12/01/10 | Telephone TAMPA        FL (181)378-6619 | 0.16 |
| 12/01/10 Westlaw | | 401.34 |
| 12/02/10 | Photocopy (1 @ $0.15) | 0.15 |
| 12/02/10 | Telefax (3 @ $1.00) | 3.00 |
| 12/02/10 | Telefax (3 @ $1.00) | 3.00 |
| 12/02/10 | Telefax (3 @ $1.00) | 3.00 |
| 12/02/10 | Telefax (3 @ $1.00) | 3.00 |
| 12/02/10 | Telefax (3 @ $1.00) | 3.00 |
| 12/02/10 | Telefax (3 @ $1.00) | 3.00 |
| 12/02/10 | CD/DVD Duplication Lone Star Litigation Support 752497473 | 644.09 |
| 12/02/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 150.00 |
| 12/02/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 22.00 |
| 12/02/10 | Travel/Air Fare Meaders, Kurt W. / DA | 341.40 |
| 12/03/10 | Photocopy (674 @ $0.15) | 101.10 |
| 12/03/10 | Photocopy (1 @ $0.15) | 0.15 |
| 12/05/10 Travel/Individual | Meals Kent, David, C. / DA | 2.75 |
| 12/05/10 Travel/Individual | Meals Kent, David, C. / DA | 31.29 |
| 12/05/10 Travel/Individual | Meals Kent, David, C. / DA | 6.81 |
| 12/05/10 | Other Travel-related expenses Kent, David, C. / DA | 15.00 |
| 12/05/10 | Travel/Air Fare Kent, David, C. / DA | 1,108.40 |
| 12/06/10 | Photocopy (7 @ $0.15) | 1.05 |
| 12/06/10 Travel/Individual | Meals Kent, David, C. / DA | 4.02 |
| 12/06/10 Travel/Individual | Meals Kent, David, C. / DA | 46.63 |
| 12/06/10 Travel/Individual | Meals Kent, David, C. / DA | 2.00 |
| 12/06/10 Travel/Individual | Meals Kent, David, C. / DA | 4.90 |
| 12/06/10 | Other Travel-related expenses Meaders, Kurt W. / DA | 22.00 |
| 12/07/10 Travel/Individual | Meals Kent, David, C. / DA | 2.00 |
| 12/07/10 Travel/Individual | Meals Kent, David, C. / DA | 4.02 |
| 12/07/10 Travel/Individual | Meals Kent, David, C. / DA | 36.57 |
| 12/07/10 | Parking/Tolls Kent, David, C. / DA | 20.00 |
| 12/08/10 | Travel/Lodging Kent, David, C. / DA | 582.36 |


| 12/08/10 Travel/Individual    Meals Kent, David, C. / DA | 4.02 |
| 12/08/10 Travel/Individual    Meals Meaders, Kurt W. / DA | 13.51 |
| 12/08/10 Travel/Individual    Meals Kent, David, C. / DA | 44.40 |
| 12/08/10 Travel/Individual    Meals Kent, David, C. / DA | 10.00 |
| 12/08/10   Other Travel-related expenses Kent, David, C. / DA | 23.49 |
| 12/08/10   Travel/Group Meals Meaders, Kurt W. / DA | 11.03 |
| 12/08/10   Parking/Tolls Kent, David, C. / DA | 12.00 |
| 12/09/10   Taxi/Trains/Local Trans. Kent, David, C. / DA | 37.00 |
| 12/09/10   Taxi/Trains/Local Trans. Kent, David, C. / DA | 22.00 |
| 12/09/10 Travel/Individual    Meals Kent, David, C. / DA | 7.70 |
| 12/09/10 Travel/Individual    Meals Kent, David, C. / DA | 4.01 |
| 12/09/10 Travel/Car    Rental Meaders, Kurt W. / DA | 64.00 |
| 12/09/10 Travel/Car    Rental Kent, David, C. / DA | 130.28 |
| 12/09/10   Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 12/09/10   Travel/Group Meals Meaders, Kurt W. / DA | 32.02 |
| 12/09/10   Travel/Air Fare Kent, David, C. / DA | 215.70 |
| 12/09/10   Travel/Air Fare Kent, David, C. / DA | 40.00 |
| 12/10/10   Taxi/Trains/Local Trans. Kent, David, C. / DA | 50.00 |
| 12/10/10   Travel/Lodging Kent, David, C. / DA | 239.20 |
| 12/10/10   Travel/Lodging Meaders, Kurt W. / DA | 156.79 |
| 12/10/10   Photocopy (75 @ $0.15) | 11.25 |
| 12/10/10 Delivery/Messenger    Service Federal Express Corporation | 71.50 |
| 12/10/10 Travel/Individual    Meals Kent, David, C. / DA | 4.17 |
| 12/10/10   Parking/Tolls Meaders, Kurt W. / DA | 47.63 |
| 12/12/10   Taxi/Trains/Local Trans. Kent, David, C. / DA | 86.14 |
| 12/12/10 Travel/Individual    Meals Kent, David, C. / DA | 57.39 |
| 12/12/10 Travel/Individual    Meals Kent, David, C. / DA | 2.95 |
| 12/12/10 Travel/Individual    Meals Kent, David, C. / DA | 7.03 |
| 12/12/10 Travel/Car    Rental Kent, David, C. / DA | 142.51 |
| 12/12/10   Other Travel-related expenses Kent, David, C. / DA | 10.00 |
| 12/12/10   Travel/Air Fare Kent, David, C. / DA | 276.40 |
| 12/13/10   Telephone TAMPA       FL (181)388-8880 | 0.16 |
| 12/13/10   Photocopy (3 @ $0.15) | 0.45 |
| 12/13/10   Travel/Group Meals Kent, David, C. / DA | 44.42 |
| 12/14/10   Travel/Group Meals Kent, David, C. / DA | 354.45 |
| 12/15/10   Taxi/Trains/Local Trans. Kent, David, C. / DA | 80.00 |
| 12/15/10   Travel/Lodging Kent, David, C. / DA | 503.97 |
| 12/15/10 Travel/Individual    Meals Kent, David, C. / DA | 7.26 |
| 12/15/10 Travel/Individual    Meals Kent, David, C. / DA | 4.39 |
| 12/15/10   Other Travel-related expenses Kent, David, C. / DA | 11.24 |
| 12/15/10   Other Travel-related expenses Kent, David, C. / DA | 10.00 |



| | | |
|---|---|---:|
| 12/15/10 | Travel/Air Fare Kent, David, C. / DA | 50.00 |
| 12/16/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 12/20/10 | Telephone TAMPA     FL (181)378-6619 | 0.08 |
| 12/21/10 | Telephone TAMPA     FL (181)328-9070 | 0.08 |
| 12/21/10 | Telephone   WINCHESTER MA (178)172-1403 | 0.08 |
| 12/21/10 | Telephone TAMPA     FL (181)328-9070 | 0.72 |
| 12/21/10 | Westlaw | 38.27 |
| 12/21/10 | Photocopy (2 @ $0.15) | 0.30 |
| 12/22/10 | Telephone NORWELL    MA (178)142-4992 | 0.08 |
| 12/22/10 | Taxi/Trains/Local Trans. Kent, David, C. / DA | 86.14 |

**Total Disbursements**    **$9,906.82**

**Total Due**    <u>**$138,840.32**</u>

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick, Detert, Moran & Arnold LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sdma.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick, Detert, Moran and Arnold LLP<br>CITIUS33<br>File Number & Invoice Number |

## Expense Report - Transmittal Report



ER00000035062100084

**Spender** David C. Kent          **From** Nov 21, 2010 **To** Nov 24, 2010          **Reimbursement Amt** 1,174.55 USD

**Report name** Deposition Preparation (Bruce McKellar)

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 14 | Audit required | No |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 11/21/10 | Airfare | United St... | 489.40 USD | Jennifer M. Arevalo |
| 11/21/10 | Individual Meal | United St... | 8.98 USD | Jennifer M. Arevalo |
| 11/21/10 | Individual Meal | United St... | 7.95 USD | Jennifer M. Arevalo |
| 11/21/10 | Group Meal | United St... | 18.02 USD | Jennifer M. Arevalo |
| 11/21/10 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 11/22/10 | Group Meal | United St... | 54.00 USD | Jennifer M. Arevalo |
| 11/24/10 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 11/24/10 | Lodging | United St... | 369.57 USD | Jennifer M. Arevalo |
| 11/24/10 | Individual Meal | United St... | 1.34 USD | Jennifer M. Arevalo |
| 11/24/10 | Individual Meal | United St... | 6.26 USD | Jennifer M. Arevalo |
| 11/24/10 | Individual Meal | United St... | 8.51 USD | Jennifer M. Arevalo |
| 11/24/10 | Individual Meal | United St... | 8.98 USD | Jennifer M. Arevalo |
| 11/24/10 | Car Rental | United St... | 191.33 USD | Jennifer M. Arevalo |
| 11/24/10 | Other Travel - ... | United St... | 8.21 USD | Jennifer M. Arevalo |

HDR- Depo Prep w/ expert
Bruce McKeller

Airfare - $ 489.40
Hotel - $ 369.57
Rental Car - $ 191.33
Gas - $ 8.21
Meals - $ 114.04
Tolls - $ 1,1 2.00

21 = 34.95
22 - 54.00     Total =
23 - 0.00      $ 1,174 55/XX
24 - 25.09
_____
114.04

```
                    E N T E R P R I S E

WELCOME                 RA 112277712        Inv 0
                        Rental   21-NOV-2010 08:36 PM
                        ER TAMPA AIRPORT IN TERM 42F1
00000096214-01          Return   24-NOV-2010 12:32 PM
GK 16                   ER TAMPA AIRPORT IN TERM 42F1
4138 W CYPRESS AVE
TAMPA           FL      DAVID KENT
                        Vehicle # BG607663
                        Model    MKS
VISA                    Class Driven GXAR    Class Charged LCAR
KENT/DAVID C            License# 3181WE      State/Province FL
AUTH# 00 DOC# 64031     M/Kms Driven  66
DATE 11/24/10  13:18    M/Kms Out    617
PUMP # 01               M/Kms In     683
PRODUCT: UNLD
APPROVAL # 082412       Billing Ref 5090002D
GALLONS:     2.891      Charges     No Unit   Price   Amount
PRICE/G:   $ 2.839      T & M        3 Days   36.56  109.68*
FUEL  SALE $ 8.21       UNLIM M/KM   0 M/Kms           0.00*
                        CAR CLS CH   3 Days   15.00   45.00*
                        SC REC                         6.00*
                        AIRPORT ACCESS FEE            16.27*
                        TIRE/BATTERY FEE              0.06*
                        VEHICLE LICENSE FEE          1.80*
                        @7.000 %                     12.52
SAVE $ WHEN USING
CASH,MARATHON CASH,     Total Charges        USD  191.33
CHASE MARATHON OR
MARATHON CREDIT         Deposit      AMEX 1572

                        Amount Due           USD  191.33

                        * Taxable Items
                        Subject to Audit
                        Your loyalty number is 95PTTYB
                        For Reservatons: 1-800-RENT-A-CAR
```

```
        Double Tree
        @ Rocky Point                STARBUCKS COFFEE A13
                                 DALLAS FT WORTH INT'L AIRPORT
106 CABREJA
--------------------------        11441 CAROLINE
                                  -----------------------------
Chk 6276   Nov21'10 10:11PM  Gst 0
                                  CHK 6523 NOV21'10  4:05PM  GST 3
Misc Personal Charge   <14.50>    -----------------------------
                                       S u b t o t a l
   Subtotal          14.50
   Tax                1.02        1 GRND LATTE G       3.70
10:11PM Total        15.52        1 SCONES BLUEBERRY   2.39
                                  1 CASHEW ALMON 1oz   1.25
Thank you for joining us.
                                  SUBTOTAL             7.34
Tip Amt_____ 2.50                TAX                  0.61
                                  AMOUNT PAID          7.95
Total _____ <18.02>             Stbk Card            7.95
                                      Amount  7.95
Rm # _____       TerminalID Z0051153
                                     RefrNbr 90377135
Print Name_____

Sign _____
     DCK & Stuart
   Simon (jury consultant)
```

**mericanAirlines**

Nov 2010 17:54 EST
56 DFW-TPA
846
ice ID GLX00030231
nsaction: 10053330994

Sale

| F duct | Price | Qty | Amt. |
|---|---|---|---|
| F IT-NUTS | 4.49 | 1 | 4.49 |
| C CRACKERS | 4.49 | 1 | 4.49 |
| 1 al | USD | | 8.98 |
| X 1572 | USD | | 8.98 |

AmericanAirlines®
We Know Why You Fly℠

**AmericanAirlines**

24 Nov 2010 14:19 EST
AA1395 TPA-DFW
175947
Device ID GLX00031325
Transaction: 10054139469

Sale

| Product | Price | Qty | Amt. |
|---|---|---|---|
| FRUIT-NUTS | 4.49 | 1 | 4.49 |
| CHZ CRACKERS | 4.49 | 1 | 4.49 |
| Total | USD | | 8.98 |
| AMEX 1572 | USD | | 8.98 |

AmericanAirlines®
We Know Why You Fly℠

---

*DCK*
*Tim Woodward*
*Stuart Simon*
*Katie Duty (HDR)*
**Chili's** *Bruce*
Hillsborough *McKellar*
#209 SAMMY          T044
11/22/10 12:41:00      #00247
**CHECK    #0038** *(expert witness)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**YOUR OPINION MATTERS**

We invite you to complete our
GUEST EXPERIENCE SURVEY

   YOU COULD WIN $1,000
   A WINNER EVERY DAY!

Te inv
encur
Fro

**Save This Receipt -
Daily $1,000 Winner!!**
Tell us how we did within 4 days at
www.chilis-survey.com
for your chance to win!

**Your personal code:**
   01EY 2SEC KY9F

**Please enter within
the next 4 days**

No purchase necessary.
Must be 18 or older.
Void where prohibited.
See website for rules/details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHICKEN SANDWICH | 8.59 |
| OLDTIMER | 6.99 |
| CHIPS AND SALSA | 2.99 |
| 2 BEVERAGE | 4.58 |
| LC-CALIFORNIACLU | 8.00 |
| LC-CHK BAC QUESA | 7.00 |
| BWL GRN CHILI CK | 3.99 |
| SLICED AVOCADO | 0.75 |
| Subtotal | 42.89 |
| Sales Tax | 3.01 |
| **TOTAL** | **45.90** |

THANK YOU!!!
We welcome your comments.
(800) 983-4637
www.chilis.com

*Tip 8.10*
*$ 54.00*

*SAME RECEIPT (1)*

```
STARBUCKS Store #8437
   9222 Anderson Road
Tampa, FL  (813) 890-8718
1649618 Daniel
-----------------------------
CHK 731125
        11/24/2010 07:18AM
-----------------------------
Naked Mango 10 Oz      2.25
Vt Latte               3.75
  Nonfat
Scone Cranberry Or     1.95
SBUX Card              8.51

Subtotal               7.95
Tax 7.0%               0.56
Total                  8.51
Change  Due          $0.00

---------- Check Closed ----------
     11/24/2010 07:19:13AM
```

```
        HMSHOST
     STARBUCKS COFFEE
     TAMP INT'L AIRPORT

9490 AMANDA
-----------------------------
CHK 8170 NOV24'10 12:51PM  GST 2
-----------------------------

 1 GRND LATTE G        3.75
 1 SCONE               2.10

   SUBTOTAL            5.85
   TAX                 0.41
   AMOUNT PAID       6.26
   Stbk Card           6.26
       Amount 6.26
     TerminalID Z0019154
      RefrNbr 90621094
Redemption Approved for $6.26
    Card Balance 27.53
   Gift Card Charge 6.26
```

```
        HMSHOST
     STARBUCKS COFFEE
     TAMP INT'L AIRPORT

9490 AMANDA
-----------------------------
CHK 8171 NOV24'10 12:52PM  GST 1
-----------------------------

 1 SAHALE SW CASHWS    1.25

   SUBTOTAL            1.25
   TAX                 0.09
   AMOUNT PAID       1.34
   CASH                5.50
   CHANGE DUE          4.16

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE
```

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

725/NK1SV
11/21/2010          9:00:00PM
11/24/2010

1/0
109.99

RATE PLAN                    LV6
HH#  427205835 GOLD
AL:
CAR:

CONFIRMATION NUMBER : 83055080

11/24/2010     PAGE          1

| 11/21/2010 | 2688221 | GUEST ROOM | $109.99 |
| 11/21/2010 | 2688221 | STATE TAX | $7.70 |
| 11/21/2010 | 2688221 | CITY TAX | $5.50 |
| 11/22/2010 | 2688612 | GUEST ROOM | $109.99 |
| 11/22/2010 | 2688612 | STATE TAX | $7.70 |
| 11/22/2010 | 2688612 | CITY TAX | $5.50 |
| 11/23/2010 | 2689115 | GUEST ROOM | $109.99 |
| 11/23/2010 | 2689115 | STATE TAX | $7.70 |
| 11/23/2010 | 2689115 | CITY TAX | $5.50 |
| 11/24/2010 | 2689350 | AX *1572 | ($369.57) |

                          * * BALANCE * *        $0.00

*You have earned approximately 7316 HHonors points for this stay. To check your earnings for this
stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit
HiltonHHonors.com*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and
relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

AX  *1572                              11/22/10  08:30:00      410989    A

KENT, DAVID                            541380

THANK YOU AND WE WISH YOU SAFE TRAVELS!

                                                    -369.57





**Tampa 11/21/10**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 11/13/10

## Flight reservation

| | | |
|---|---|---|
| **Orbitz record locator:** | AP270601QRQ1HUS2 | |
| **Airline record locator:** | American Airlines - ERYYWF | **\*Traveler(s)**    **Frequent flier details** |
| **Reservation made by:** | david.kent@sdma.com | DAVID KENT    American Airlines AAdvantage |
| **Ticket numbers:** | 0017857574804 | H106810 |
| **Total flight cost:** | $489.40 USD | |

---

**Leave Sunday, November 21, 2010**

**American Airlines 456**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles

Depart:   **4:55pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **8:10pm**   **Tampa, FL** Tampa International (TPA)

Seat: 14D |   **Your flight is confirmed. Seat is confirmed. You may** review seats.
     **Upgrade requested.**
About upgrades

---

**Return Wednesday, November 24, 2010**

**American Airlines 1415**   Economy | McDonnell Douglas MD-83 (M83) | 2hr 50min | 920 miles

Depart:   **4:30pm**   **Tampa, FL** Tampa International (TPA)

Arrive:   **6:20pm**   **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Seat: 10B |   **Your flight is confirmed. Seat is confirmed. You may** review seats.
     **Upgrade requested.**
About upgrades

## Hotel reservation

| | |
|---|---|
| **Orbitz Record Locator:** | QS586W |
| **Hotel Confirmation number:** | 83055080 |
| **Reservation made for:** | David Kent |
| | (Must check in for this reservation) |
| **Reservation made by:** | david.kent@sdma.com |
| **Loyalty programs:** | Hilton HHonors   427205835 |

**Total charges :**      329.97 USD (taxes not included)

---

| **Doubletree Guest Suites Tampa Bay** | 3050 North Rocky Point Drive West Tampa, FL 33607-5800 | **Phone:** 1-813-888-8800 **Fax:** 1 813 888-8743 |
|---|---|---|
| **Check-in:**   **Sun, Nov 21, 2010** | 1600 | |
| **Check-out:**   **Wed, Nov 24, 2010** | 1202 | |

**Room description:** Best available rate 1 king bed 2 room suite with sofabed-smoking hi speed 9.95 Day-sweet dreams experience bed

## Car rental reservation

| | |
|---|---|
| **From:** | TollTag Store [customernotifications@ntta.org] |
| **Sent:** | Monday, November 22, 2010 3:03 AM |
| **To:** | Kent, David |
| **Subject:** | Parking Receipt |

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | November 21, 2010 15:47 | **Lane:** | DFW-NORTH-10 |
| **Exit :** | November 21, 2010 15:58 | **Lane:** | DFW-NORTH-57 |

**Tag Number:** DNT.01470988    **License Plate:** 15KWS3    **License State:** TX

**Parking Fee:** $1.00

**NTTA Tag Charged:** $1.00

Taxes included.

Thank you for parking at DFW Airport.

## Expense Report - Transmittal Report



ER00000035062100085

**Spender** David C. Kent　　　　**From** Nov 10, 2010 **To** Nov 18, 2010　　　　**Reimbursement Amt** 1,823.01 USD

**Report name** Deposition of Expert Lee Wooten

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 19 | Audit required | Yes |
| Number of receipts to submit | 16 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 1 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 11/14/10 | Car Rental | United St... | 218.46 USD | Jennifer M. Arevalo |
| 11/14/10 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 11/14/10 | Airfare | United St... | 768.40 USD | Jennifer M. Arevalo |
| 11/14/10 | Individual Meal | United St... | 7.03 USD | Jennifer M. Arevalo |
| 11/15/10 | Group Meal | United St... | 51.68 USD | Jennifer M. Arevalo |
| 11/15/10 | Individual Meal | United St... | 17.50 USD | Jennifer M. Arevalo |
| 11/16/10 | Other Travel - ... | United St... | 2.00 USD | Jennifer M. Arevalo |
| 11/17/10 | Individual Meal | United St... | 45.86 USD | Jennifer M. Arevalo |
| 11/17/10 | Other Travel - ... | United St... | 2.00 USD | Jennifer M. Arevalo |
| 11/17/10 | Individual Meal | United St... | 9.76 USD | Jennifer M. Arevalo |
| 11/18/10 | Parking or Tolls | United St... | 1.00 USD | Jennifer M. Arevalo |
| 11/18/10 | Lodging | United St... | 627.16 USD | Jennifer M. Arevalo |
| 11/18/10 | Individual Meal | United St... | 5.97 USD | Jennifer M. Arevalo |
| 11/18/10 | Individual Meal | United St... | 11.56 USD | Jennifer M. Arevalo |
| 11/18/10 | Other Travel - ... | United St... | 14.65 USD | Jennifer M. Arevalo |
| 11/18/10 | Individual Meal | United St... | 8.98 USD | Jennifer M. Arevalo |

## Avis Rental Receipt

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 722201465 | 51300292 | S |

**KENT,DAVID**
WIZ = DZ684K    AWD = A984200
CV -
FTN AD/H106810              PO
OUT  TPA 14NOV10/1751  MI = 18102
IN   TPA 18NOV10/1310  MI = 18176

```
         74 MI@    .40 =
            HR@  32.26 =
          4 DY@  43.00 =        172.00
**10.40% FEE            =         18.48
7.5% TX FF MIDY         =           .25
$  0.56 /DY ERF         =          2.24
$  2.00 /DY SSU         =          8.00
$  0.02 /DY TBS         =           .08
$  0.78 /DY VLF         =          3.12
TAXABLE SUBTOT          =
   204.17
TAX  7.000%             =         14.29
FUEL SERVICE            =
TOTAL CHARGES           =        218.46
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
FF MLS/PNTS EARNED      200
```

*(left margin, vertical)* Please check your car for personal effects.
*(right margin, vertical)* Please check your car for personal effects.

            Go to Avis.com to
            Receive E-Receipts.

---

## Starbucks Receipt

       STARBUCKS COFFEE A13
   DALLAS FT WORTH INT'L AIRPORT

11057 LEONARDO
---------------------------------
CHK 2654 NOV14'10  1:59PM  GST 2
---------------------------------
          S u b t o t a l

```
1 VNTI LATTE V           3.90
1 BROWNIE                2.59

  SUBTOTAL               6.49
  TAX                    0.54
  AMOUNT PAID         7.03
  Stbk Card              7.03
       Amount 7.03
     TerminalID Z0051153
     RefrNbr 89764734
 Redemption Approved for $7.03
      Card Balance 41.11
      Gift Card Charge 7.03
```

---

## American Airlines Receipt

# AmericanAirlines

18 Nov 2010 14:17 EST
AA1395 TPA-DFW
131805
Device ID GLX00000646
Transaction: 10051453746

              Sale

| Product | Price | Qty | Amt. |
|---|---|---|---|
| FRUIT-NUTS | 4.49 | 1 | 4.49 |
| CHZ CRACKERS | 4.49 | 1 | 4.49 |
| Total | USD | | 8.98 |
| AMEX 1572 | USD | | 8.98 |

      AmericanAirlines®
    We Know Why You Fly℠

---

## Double Tree Receipt

        Double Tree
      @ Rocky Point

111 JEWANLAL
------------------------------------
Tbl 25/1      Chk 5743        Gst 1
         Nov15'10 08:54PM
------------------------------------
```
1 Key Lime Pie               7.00
Misc Personal Charge        〈7.25〉

  Subtotal                  14.25
  Tax                        1.00
09:39PM Total              15.25
```
Thank you for joining us.

Tip Amt_____ 2.25

Total _____ 17.50

Rm # _____

Print Name_____

Sign _____

---

## Marathon / Debit Receipt

              WELCOME

00000096214-01
GK 16
4138 W CYPRESS AVE
TAMPA                    FL

DEBIT
KENT/DAVID C
AUTH#  00 DOC# 18027
DATE 11/18/10  13:54
AUTH: Interlink

      974882

PUMP # 05
PRODUCT: UNLD
APPROVAL # 030013
GALLONS:      5.125
PRICE/G:   $  2.859
FUEL  SALE $ 14.65

        SAVE $ WHEN USING
        CASH,MARATHON CASH,
        CHASE MARATHON OR
         MARATHON CREDIT

```
        Double Tree                        Double Tree
       @ Rocky Point                       @ Rocky Point

  111 JEWANLAL                        108 George G
-------------------------------      -------------------------------
Tbl 31/1      Chk 5731     Gst 2     Tbl 14/1      Chk 5786     Gst 1
       Nov15'10 06:04PM                     Nov16'10 08:12AM
-------------------------------      -------------------------------
 1 Chkn Quesa          9.00           1 HH Cont B/F          9.95
 1 Shrimp Skewer      11.00             100 %
 Misc Personal Charge <14.50>           Hilton Honor         9.95-
 1 Gl Cny Rd Chard     7.25
                                     08:12AM Total          0.00
   Subtotal           41.75
   Tax                 2.93           Thank you for joining us.
06:32PM Total         44.68
                                      Tip Amt_____2.00
 Thank you for joining us.
                                      Total _____2.00 ✓
 Tip Amt_____7.00
                                      Rm #_____731
 Total _____51.68 ✓
                                      Print Name_____
 Rm #_____
                                      Sign _____
 Print Name_____

 Sign _____

   DCK & Lee
 Wooten (expert witness)


                                             Double Tree
                                            @ Rocky Point

                                       102 Maurice
                                     -------------------------------
                                     Tbl 23/1      Chk 5845     Gst 1
        Double Tree                         Nov17'10 07:46AM
       @ Rocky Point                 -------------------------------
                                       1 HH Cont B/F          9.95
  103 ALEXIS                            100 %
-------------------------------          Hilton Honor         9.95-
Chk 6538   Nov17'10 03:40PM  Gst 0
-------------------------------      07:47AM Total          0.00
 Misc Personal Charge  <7.25>
                                      Thank you for joining us. ✓
   Subtotal            7.25
   Tax                 0.51           Tip Amt_____2.00
09:07PM Total          7.76
                                      Total _____2.00
 Thank you for joining us.

 Tip Amt_____2.00

 Total _____<9.76> ✓
```

```
        Double Tree
        @ Rocky Point

100 Efrain V
----------------------------------------
Tbl 13/1     Chk 5870          Gst 1
          Nov17'10 05:43PM
----------------------------------------
  1 Carib Grouper            23.00
  1 Bananas Foster            7.00
  Misc Personal Charge      〈7.25〉

  Subtotal                  37.25
  Tax                        2.61
06:45PM Total              39.86

  Thank you for joining us.

  Tip Amt_____   6.00

  Total _____   45.86

  Rm # _____

  Print Name_____

  Sign _____
```

```
        STARBUCKS Store #8437
          9222 Anderson Road
        Tampa, FL  (813) 890-8718
1692287 Mark
------------------------------------------
CHK 691931
          11/18/2010 07:26AM
------------------------------------------
        Drive Thru
  Vt Latte                   3.75
  Scone Cranberry Or         1.95
  SBUX Card                  5.97

  Subtotal                   5.70
  Tax 7.0%                   0.27
  Total                      5.97
Change  Due               $0.00

  ---------- Check Closed -----------
       11/18/2010 07:28:40AM

SBUX Card x3384 New Balance:  35.14
Card is not registered.
Sign up at www.starbucks.com
```

```
        STARBUCKS Store #8437
          9222 Anderson Road
        Tampa, FL  (813) 890-8718
1351117 Shaniequa
------------------------------------------
CHK 728302
          11/18/2010 11:44AM
------------------------------------------
  Sand Egg Salad             5.25
  Gr Latte                   3.45
    Nonfat
  Peppermnt Brownie          2.25
  SBUX Card                 11.56

  Subtotal                  10.95
  Tax 7.0%                   0.61
  Total                     11.56
Change  Due               $0.00

  ------------ Check Closed -----------
       11/18/2010 11:45:30AM

SBUX Card x3384 New Balance:  23.58
Card is not registered.
Sign up at www.starbucks.com


        New VIA Flavored Coffee
       Available in vanilla, mocha,
        caramel and cinnamon spice
        100 percent Arabica coffee
       natural flavors & cane sugar.
```



# DOUBLETREE
## GUEST SUITES®
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

*Folio*

Name & Address

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

| | |
|---|---|
| Room | 731/NK1SV |
| Arrival Date | 11/14/2010  6:11:00PM |
| Departure Date | 11/18/2010  12:47:00PM |
| | |
| Adult/Child | 1/0 |
| Room Rate | 139.99 |
| | |
| RATE PLAN | LV3 |
| HH#  427205835 GOLD | |
| AL: | |
| CAR: | |

CONFIRMATION NUMBER : 88254912

11/18/2010     PAGE          1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/14/2010 | 2683564 | GUEST ROOM | $139.99 |
| 11/14/2010 | 2683564 | STATE TAX | $9.80 |
| 11/14/2010 | 2683564 | CITY TAX | $7.00 |
| 11/15/2010 | 2684335 | GUEST ROOM | $139.99 |
| 11/15/2010 | 2684335 | STATE TAX | $9.80 |
| 11/15/2010 | 2684335 | CITY TAX | $7.00 |
| 11/16/2010 | 2685096 | GUEST ROOM | $139.99 |
| 11/16/2010 | 2685096 | STATE TAX | $9.80 |
| 11/16/2010 | 2685096 | CITY TAX | $7.00 |
| 11/17/2010 | 2685806 | GUEST ROOM | $139.99 |
| 11/17/2010 | 2685806 | STATE TAX | $9.80 |
| 11/17/2010 | 2685806 | CITY TAX | $7.00 |
| 11/18/2010 | 2686092 | AX *1572 | ($627.16) |
| | | * * BALANCE * * | $0.00 |

The Hilton Family

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| AX *1572 | | 11/18/10  07:45:00 | 410483        A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| KENT, DAVID | | 432923 | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| THANK YOU AND WE WISH YOU SAFE TRAVELS! | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | -627.16 |
| X | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.          PAYMENT DUE UPON RECEIPT

The Hilton Family

Hilton

CONRAD HOTELS

DOUBLETREE

E
EMBASSY SUITES HOTELS®

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES Hilton®

U S A
Official Sponsor





**Tampa 11/14/10**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 11/08/10

## Flight reservation

| | | |
|---|---|---|
| **Orbitz record locator:** | AP270601P36LCNS2 | |
| **Airline record locator:** | American Airlines - OMDSKL | **Traveler(s)** **Frequent flier details** |
| **Reservation made by:** | david.kent@sdma.com | DAVID KENT   American Airlines AAdvantage |
| **Ticket numbers:** | 0047857570551 | H106810 |
| **Total flight cost:** | $768.40 USD | |

---

**Leave Sunday, November 14, 2010**

**American Airlines 842**   Economy  |  McDonnell Douglas MD-80 (M80) |  2hr 20min |  920 miles

Depart:   **2:30pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **5:50pm   Tampa, FL** Tampa International (TPA)

   **Your flight is confirmed. The airline will assign seats at check-in.**

   **Upgrade requested.**

About upgrades

---

**Return Thursday, November 18, 2010**

**American Airlines 1415**   Economy  |  McDonnell Douglas MD-83 (M83) |  2hr 50min | 920 miles

Depart:   **4:30pm   Tampa, FL** Tampa International (TPA)

Arrive:   **6:20pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Seat: 19B |     **Your flight is confirmed. Seat is confirmed. You may**

   **Upgrade requested.**

About upgrades

---

## Hotel reservation

| | |
|---|---|
| **Orbitz Record Locator:** | P3N3RD |
| **Hotel Confirmation number:** | 88254912 |
| **Reservation made for:** | David Kent |
| | (Must check in for this reservation) |
| **Reservation made by:** | david.kent@sdma.com |
| **Loyalty programs:** | Hilton HHonors  427205835 |

**Total charges :**          559.96 USD (taxes not included)

---

| **Doubletree Guest Suites Tampa Bay** | 3050 North Rocky Point Drive West Tampa, FL  33607-5800 | **Phone:** 1-813-888-8800 **Fax:** 1 813 888-8743 |
|---|---|---|

Check-in:    **Sun, Nov 14, 2010**    1600
Check-out:   **Thu, Nov 18, 2010**    1202

**Room description:** Best available rate 1 king bed 2 room suite-sofabed-nonsmoking hi speed 9.95 Day-sweet dreams experience bed

---

## Car rental reservation

**Confirmation number:**    33668280US2
**Primary driver:**    DAVID KENT
**Reservation made by:**    david.kent@sdma.com
**Loyalty program**    DZ684K
**Daily rate:**    $43.00*

| Avis | Full Size | |
|------|-----------|---|
| **Pick-up** | Sun, Nov 14, 2010 6:30pm | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212 |
| **Drop-off** | Thu, Nov 18, 2010 3:30pm | drop-off location same as pick-up location listed above |

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.

**From:** TollTag Store [customernotifications@ntta.org]
**Sent:** Monday, November 15, 2010 3:04 AM
**To:** Kent, David
**Subject:** Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | November 14, 2010 13:15 | **Lane:** | DFW-NORTH-10 |
| **Exit :** | November 14, 2010 13:25 | **Lane:** | DFW-NORTH-57 |

**Tag Number:** DNT.01470988    **License Plate:** 15KWS3    **License State:** TX

**Parking Fee:** $1.00

**NTTA Tag Charged:** $1.00

Taxes included.

Thank you for parking at DFW Airport.

**From:** TollTag Store [customernotifications@ntta.org]
**Sent:** Friday, November 19, 2010 3:05 AM
**To:** Kent, David
**Subject:** Parking Receipt

# DFW Airport Parking Receipt

| | | | |
|---|---|---|---|
| **Entry :** | November 18, 2010 16:38 | **Lane:** | DFW-NORTH-10 |
| **Exit :** | November 18, 2010 16:46 | **Lane:** | DFW-NORTH-54 |

**Tag Number:** DNT.01470968   **License Plate:** R99GKS   **License State:**   TX
**Parking Fee:** $1.00
**NTTA Tag Charged:** $1.00

Taxes included.

Thank you for parking at DFW Airport.

## Expense Report - Transmittal Report



ER00000030212100092

**Spender** Kurt W. Meaders     From Oct 25, 2010   To Oct 30, 2010       Reimbursement Amt 16.95 USD

**Report name** Les Bromwell's deposition

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

## Expense Report - Transmittal Report



ER00000030212100098

**Spender** Kurt W. Meaders          From Nov 17, 2010  **To** Nov 20, 2010          **Reimbursement Amt** 9.95 USD

**Report name** HDR Deposition of Kenneth J. O'Connell

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |