## Expense Report - Transmittal Report



ER000000302121001 00

**Spender** Kurt W. Meaders     **From** Dec 8, 2010   **To** Dec 8, 2010     **Reimbursement Amt** 11.03 USD

**Report name** Lunch w/Rick Donovan

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|------|-------------|---------|-----------|----------|
| 12/8/10 | Group Meal | United St... | 11.03 USD | - |

*HDR* - Preparation of Rick Donovan

lunch w/ Rick Donovan

SALE RECEIPT
Store #31498      tko 12/08/10 14:20:23
Subway Sandwiches & Salads
1700 PACIFIC AVE
DALLAS                    TX 75201
(214) 965 9499
Trans# 169 Clerk 0404 Herman
Dwr1 TRDT 120810 Reg-ID Secondary
                    Receipt # 0000205501
--- ITEM --- QTY         PRICE MEMO  PLU
TURKEY     6r  1   TD$   2.79 2.79S0T10123
CHIPS          1   TD$   0.90$220FVM10020
DRK-21oz       1   TO$   1.01PRICEOV10002
VEG&CHEESE6r   1   T $   3.00$220FVM10127
DRK-21oz       1   TD$   1.30$220FVM10002
CHIPS          1   T $   1.19      10020
                        --------
        SUBTOTAL $      10.19
        Sales Tx $       0.84
                        --------
TAKE-OUT **TOTAL $      11.03
Cash    AMT TEND $      20.03
                        --------
     CHANGE DUE$        9.00

THANK YOU!



# Invoice

★ Tele.: 214.742.1113   ★   Fax: 214.745.1718
★ Web Site: www.lonestarlit.com
★ Email.: copy@lonestarlit.com

| DATE | INVOICE # |
|------|-----------|
| 12/2/2010 | 111053 |

**BILL TO:**

Sedgwick Detert Moran & Arnold
1717 Main Street - Suite 5400
Dallas, Texas 75201

**SHIP TO:**

| CLIENT MATTER # | TERMS | REP | ORDER DATE | SHIP VIA | ORDERED BY | ORIGINALS BY |
|-----------------|-------|-----|------------|----------|------------|--------------|
| 10711.000001 | 2% 10 Net 30 | GM | 12/2/2010 | Del | Gail | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 17 | DVD | DVD Copy | 35.00 | 595.00T |
| | | CM: 10711.000001 | | |
| | | Sales Taxes | 8.25% | 49.09 |

PAID P CARD
DEC 23 2010
JORGE MOLINA

oK
wBm #2985
12/2/10

'10 DEC 14 PM 12:26

★ A P 1 3 5 4 3 9 9 ★

**CUSTOMER COPY**

| PLEASE PAY FROM THIS INVOICE. | REMIT PAYMENT TO: P.O. BOX 501074 | |
|---|---|---|
| | TAX ID # 75-2497473    DALLAS, TEXAS 75250-1074 | |

RECEIVED BY          DATE

# TOTAL          $644.09

    

**Ralph Rogers**

**From:** Molina, Jorge [jorge.molina@sdma.com]
**Sent:** Thursday, December 23, 2010 4:04 PM
**To:** rrogers@lonestarlit.com
**Cc:** PurchasingCardPayments
**Subject:** Payment process request
**Attachments:** image001.gif

Hi Ralph- Can you please process our card on file to pay for invoice # 111053, in the amount of $ 644.09   If you could send me a copy of the receipt or confirmation number that would be greatly appreciated.

Thanks,

Jorge.

**Jorge E. Molina**
Senior Accounts Payable Specialist
jorge.molina@sdma.com  |  415.537.3078 direct

# Sedgwick
### DETERT, MORAN & ARNOLD LLP

135 Main Street, 14th Floor
San Francisco, CA 94105
415.789 7900 ext, 3078 ph  |  415.781.2635 fx  |  www.sdma.com

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

```
            440216725885
       LONE STAR LITIGATION
        1201 MAIN ST 1700
         DALLAS,TX 75202
           2147421113

TERMINAL ID.:                    003

MASTERCARD
xxxxxxxxxxxx9950 N
MAIL ORDER
BATCH: 000195      INV: 000001
DATE: Dec 28, 10        TIME: 10:45

                    AUTH:001456
AVS: Y
CVC2: M

TOTAL             $644.09


       THANK YOU FOR
       YOUR BUSINESS!

        CUSTOMER COPY
```

## Expense Report - Transmittal Report



ER000000302121001 03

| **Spender** Kurt W. Meaders | **From** Dec 8, 2010 **To** Dec 9, 2010 | **Reimbursement Amt** 849.35 USD |
|---|---|---|

**Report name** Rick Donovan Deposition

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 9 | Audit required | No |
| Number of receipts to submit | 9 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 12/2/10 | Other Travel - ... | United St... | 150.00 USD | Jennifer M. Arevalo |
| 12/2/10 | Airfare | United St... | 341.40 USD | Jennifer M. Arevalo |
| 12/2/10 | Other Travel - ... | United St... | 22.00 USD | Jennifer M. Arevalo |
| 12/6/10 | Other Travel - ... | United St... | 22.00 USD | Jennifer M. Arevalo |
| 12/8/10 | Individual Meal | United St... | 13.51 USD | Jennifer M. Arevalo |
| 12/9/10 | Group Meal | United St... | 32.02 USD | Jennifer M. Arevalo |
| 12/9/10 | Car Rental | United St... | 64.00 USD | Jennifer M. Arevalo |
| 12/10/10 | Parking or Tolls | United St... | 47.63 USD | Jennifer M. Arevalo |
| 12/10/10 | Lodging | United St... | 156.79 USD | Jennifer M. Arevalo |

# DOUBLETREE
## GUEST SUITES®
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
| --- |

MEADERS, KURT
3925 HANOVER ST

DALLAS, TX 75225
US

Room          624/NK1S
Arrival Date   12/8/2010
Departure Date 12/9/2010     10:03:00PM

Adult/Child    1/0
Room Rate      $139.99

RATE PLAN      S-VPB
HH# 872575357 SILVER
AL
BONUS AL              CAR

Confirmation: 84249029

12/9/2010      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 12/8/2010 | 2697819 | GUEST ROOM | | | $139.99 | |
| 12/8/2010 | 2697819 | STATE TAX | | | $9.80 | |
| 12/8/2010 | 2697819 | CITY TAX | | | $7.00 | |
| | | WILL BE SETTLED TO MC *5374 | | | $156.79 | |
| | | EFFECTIVE BALANCE OF | | | $0.00 | |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or
any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and
relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

## EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. |
| --- | --- | --- |
| 412519 | A | |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | 0.00 |

PAYMENT DUE UPON RECEIPT

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.



THANK YOU

Print this receipt

# DFW

## PO BOX 610347

## DALLAS

## 972-574-2407

Thank you!

| | |
|---|---|
| Ticket# | 274935 |
| CheckIn D/T: | 12/08/10 15:50 |
| CheckOut D/T: | 12/09/10 20:40 |
| Duration Time: | 1d 04h 49m |
| Plate# | FTK535 TX |
| Make/Model: | GMC/YUKON |
| Color: | BLACK |
| | |
| Parking Charge: | $47.63 |
| Net Charge: | $44.00 |
| Tax: | $3.63 |
| Total: | $47.63 |
| | |
| Card Type: | MasterCard |
| Account# | ******5374 |
| Card Holder: | Kurt Meaders |
| Ref# | 339637 |
| Order# | 3337984721 |
| Amount: | $47.63 |
| Rewards: | Meaders, Kurt-DEFAULT |
| Collected: | 4,763 |
| Total Points: | 32,366-$3.23 |

## DFW AIRPORT VALET

Amount $ _47.63_

Date _12/09/10_

Cash _____ Credit _✓_

By _DFW Airport Valet_

RENTAL NUMBER    CAR NUMBER    CAR GROUP

722318273    51610532    E

```
MEADERS,KURT
WIZ = T8N93R      AWD = A984200
CV - CMXXXXXXXXXXXXX5374
OUT TPA 08DEC10/2215 MI =  9385
IN  TPA 09DEC10/1610 MI =  9396
       11 MI@   .40 =
       18 HR@ 38.26 =
          DY@ 51.00 =
MINIMUM CHARGE        =   51.00
**10.40% FEE          =    5.45
$  0.56 /DY ERF       =     .56
$  2.00 /DY SSU       =    2.00
$  0.02 /DY TBS       =     .02
$  0.78 /DY VLF       =     .78
TAXABLE SUBTOT        =   59.81
TAX  7.000%           =    4.19
FUEL SERVICE          =
TOTAL CHARGES         =   64.00
**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
99~$10/DY:WED  1 DY RNTL
```

Please check your car for personal effects. ✱ ✱ ✱ ✱ Please check your car for personal effects.

Go to Avis.com to
Receive E-Receipts.

**Slaten, Rita**

| | |
|---|---|
| **From:** | Meaders, Kurt |
| **Sent:** | Thursday, December 09, 2010 3:46 PM |
| **To:** | 'rita.slaten@sdma.com.' |
| **Subject:** | Fw: UPDATED: E-Receipt for Avis Rental # 722318273 |
| **Attachments:** | E-Receipt.pdf |

For expenses

-------------------------

Please excuse any Qwerty Spelling errors.
Sent from my BlackBerry Wireless Handheld

---

**From:** Avis.RentACar@avis.com <Avis.RentACar@avis.com>
**To:** Meaders, Kurt
**Sent:** Thu Dec 09 15:41:10 2010
**Subject:** UPDATED: E-Receipt for Avis Rental # 722318273

# Thank you for renting with Avis

### Avis Car Rental e-Receipt

### Rental Agreement Number: 722318273



| Customer Information: | | Vehicle Information | |
|---|---|---|---|
| Customer Name: | **KURT MEADERS** | Car Group Rented: | FULL SIZE 4 DOOR |
| Wizard Number: | **\*\*\*93R** | Car Group Charged: | INTERMEDIATE |
| Avis Worldwide Discount Number: | **A984200** | Car Make Model: | WHI CHEV MALI 4DR |
| Customer Status: | **AVIS FIRST** | Plate Number | FLR421LL |
| Method of Payment: | **MASTER** | Car Number: | 51610532 |
| Credit Card #: | **CMXXXXXXXXXXXX5374** | Mileage Out: 9385 | Fuel Out: 8/8 |
| | | Mileage In: 9396 | Fuel In: 0/8 |
| Freq Traveler: | | Mileage Driven: 11 | |

| Rental Information | | | |
|---|---|---|---|
| Pickup Date/Time: | **08DEC10/2215** | Return Date/Time: | **09DEC10/1610** |
| Pickup Location: | **TAMPA INT"L AIRPORT** | Return Location: | **TAMPA INT"L AIRPORT** |
| | **4030 GEORGE J BEAN PARKWAY** | | **4030 GEORGE J BEAN PARKWAY** |
| | **TAMPA INTERNATIONAL AIRPORT** | | **TAMPA INTERNATIONAL AIRPORT** |
| | **TAMPA, FL 33607 US** | | **TAMPA, FL 33607 US** |
| | **813-396-3500** | | **813-396-3500** |

## Vehicle Charges

| Time: | 0 miles @ .40 | 0.00 | TAX 7.000% | 4.19 |
|---|---|---|---|---|
| | 18 hours @ 38.26 | 0.00 | Fuel Service | 0.00 |
| | 0 days @ 51.00 | 0.00 | LDW | 0.00 |
| | 0 weeks @ 246.00 | 0.00 | Total Charges | 64.00 |
| | 0 months @ 984.00 | 0.00 | | |
| Minimum Charge | | 51.00 | | |
| Time & Mileage | | 51.00 | | |
| **10.40% FEE | | 5.45 | | |
| $ 0.56 /DY ERF | | .56 | | |
| $ 2.00 /DY SSU | | 2.00 | | |
| $ 0.02 /DY TBS | | .02 | | |
| $ 0.78 /DY VLF | | .78 | | |
| **SUBTOTAL** | | **59.81** | **Amount Due** | **64.00** |

**CONCESSION RECOVERY FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
99~$10/DY:WED 1 DY RNTL

### Avis e-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to unsubscribe from e-Receipt, please e-mail e.receipts@avis.com..
Attached is your receipt in Portable Document Format(PDF).

Thank you for not smoking. Avis maintains a 100% smoke-free fleet

Avis, 6 Sylvan Way, Parsippany, NJ 07054.

© 2010 Avis Rent A Car System, LLC. Avis features GM vehicles.
The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

*Dinner meeting w/ Rick Donovan*

MS HOST
LI'S
PA INTERNATIONAL AIRPORT
CK:          8651
LE:          115/1
VER:         6462 Heather
E:           DEC09'10  5:55PM
D TYPE:      "STRCARD  A1
T #:         XXXXXXXXXXXX5374
DATE:        XX/XX
H CODE:      055400

AL:                    27.02
                   5
                 32.02

AGREE TO PAY THE ABOVE AMOU
 ACCORDANCE WITH THE CARD
 SUER'S AGREEMENT.

---

HMS HOST
CHILI'S
TAMPA INTERNATIONAL AIRPORT

Heather
-------------------------------
5/1         8651       GS
   DEC09'10  5:01PM
-------------------------------

**** SEAT 1 ****
Misc Personal Charge        ⟨5.99⟩
  Misc Personal Charge
Misc Personal Charge        ⟨5.99⟩
  Misc Personal Charge
CHIPS & SALSA                3.29
  Misc Personal Charge      ⟨4.99⟩
  Misc Personal Charge
Misc Personal Charge        ⟨4.99⟩
  Misc Personal Charge
SUBTOTAL                    25.25
    1.77  AMOUNT            27.02
    *******  *******

SUBTOTAL                    25.25
TAX                          1.77
AMOUNT                   $27.02

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE

TIM JUUL 813-396-3983
   GENERAL MANAGER
   TIM.JUUL@HMSHOST.COM
OR EMAIL US AT CHILI'S.COM

Dinner
Lunch - airport

```
        Blimpie/Cereality
        Kahala Unit# 12046
       DFW Airport, Gate C6
         (972) 574-5755
Date:        Dec08'10 05:11PM
Card Type:  Mastercard
Acct #:     XXXXXXXXXXXX5374
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  CIC003537238671
Exp Date:   XX/XX
Auth Code:  015086
Check:      4623
Server:     1014 Manager


Total            13.51
Cardholder agrees to pay above
amount w/no signature required
for purchase of $15.00 or less.
CUSTOMER'S COPY
```



## Sedgwick


**Tampa 12/8/10**
This trip includes flights, 1 hotel reservation and car rental.
Reservation Made: 12/02/10

## Flight reservation

| | |
|---|---|
| **Orbitz record locator:** | AP270601XLWQVKUU |
| **Airline record locator:** | American Airlines - KBAKFL |
| **Reservation made by:** | rita.slaten@sdma.com |
| **Ticket numbers:** | 0017859185497 |

**Traveler(s)**
KURT MEADERS

**Frequent flier details**
American Airlines AAdvantage
XRH0486

---

### Leave Wednesday, December 8, 2010

**American Airlines 456**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 15min | 920 miles
Depart:  **4:55pm**  **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:  **8:10pm**  **Tampa, FL** Tampa International (TPA)
Seat: 14B |   Your flight is confirmed. Seat is confirmed. You may

---

### Return Thursday, December 9, 2010

**American Airlines 1427**   Economy | McDonnell Douglas MD-83 (M83) | 2hr 55min | 920 miles
Depart:  **6:30pm**  **Tampa, FL** Tampa International (TPA)
Arrive:  **8:25pm**  **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Seat: 17D |   Your flight is confirmed. Seat is confirmed. You may

---

## Hotel reservation

| | |
|---|---|
| **Orbitz Record Locator:** | XMC318 |
| **Hotel Confirmation number:** | 84249029 |
| **Reservation made for:** | Kurt Meaders |
| | (Must check in for this reservation) |
| **Reservation made by:** | rita.slaten@sdma.com |
| **Loyalty programs:** | Hilton HHonors  872575357 |

**Total charges :**   139.99 USD (taxes not included)

---

**Doubletree Guest Suites Tampa Bay**
3050 North Rocky Point Drive West
Tampa, FL  33607-5800

**Phone:** 1-813-888-8800
**Fax:** 1 813 888-8743

Check-in:   **Wed, Dec 8, 2010**   1600
Check-out:   **Thu, Dec 9, 2010**   1202

**Room description:** Visa 2011 pro bowl 1 king bed 2 room suite-sofabed-nonsmoking hi speed 9.95 Day-sweet dreams experience bed

---

## Car rental reservation

| | |
|---|---|
| **Confirmation number:** | 36024622US4 |
| **Primary driver:** | KURT MEADERS |
| **Reservation made by:** | rita.slaten@sdma.com |
| **Loyalty program** | T8N93R |
| **Daily rate:** | $51.00* |

| **Avis** | Midsize | |
|---|---|---|
| **Pick-up** | Wed, Dec 8, 2010 9:30pm | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-3500<br>800-331-1212 |
| **Drop-off** | Thu, Dec 9, 2010 5:30pm | drop-off location same as pick-up location listed above |

## Cost summary and billing information

### Flight cost summary

**Flight cost - 12/2/10**

| | |
|---|---|
| Airfare #0017858886214 | $341.40 |

**Orbitz for Business fees**

| | |
|---|---|
| Offline transaction fee | $22.00 |
| **Flight cost** | **$363.40** |

**Exchange cost - 12/6/10**

| | |
|---|---|
| Airfare #0017859185497 | $315.40 |
| Previous airfare | -$341.40 |
| **Airfare difference** | **-$26.00** |

This airline does not allow you to apply the fare difference to its change fees.

| | |
|---|---|
| Fare difference waived | $26.00 |

When you chose to exchange these tickets you agreed to waive the fare difference.

| | |
|---|---|
| Airline change fee | $150.00 |

**Orbitz for Business fees**

| | |
|---|---|
| Offline transaction fee | $22.00 |
| **Total exchange cost** | **$172.00 USD** |
| **Grand total itinerary cost to-date** | **$535.40 USD** |

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx5374

### Reservation made for: Kurt Meaders

**Hotel cost summary (1 guest - 1 night)**

| **Room rate** | **Wed** | |
|---|---|---|
| Dec 8 | $140 | |
| Applicable taxes: | TAX: 12.00<br>PCT (not included) | |
| Total room cost: | $139.99 | |
| **Total charges*** | **$139.99** | |

| | |
|---|---|
| Amount payable at hotel: | $139.99 (taxes not included) |
| Amount charged to your credit card: | $0.00 USD |

**Billing information**

**Card holder's Name:**
Kurt Wood Meaders

**Card type:**
MasterCard

**Card number:**
xxxxxxxxxxxx5374

| | |
|---|---|
| **From:** | Richard L Donovan [r.l.donovan@cox.net] |
| **Sent:** | Tuesday, November 16, 2010 9:15 AM |
| **To:** | Meaders, Kurt |
| **Subject:** | FW: E-Ticket Confirmation-NEUJCH 07DEC |

Kurt:

Travel ininerary attached.

I have finished reviewing my deposition and found a few a few corrections, mainly typos that are not significant. How do I handle?

rick
Richard L. Donovan, P.E.
13513 Larimore Avenue
Omaha, NE 68164

---

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Monday, November 15, 2010 11:54 AM
**To:** R.L.DONOVAN@COX.NET
**Subject:** E-Ticket Confirmation-NEUJCH 07DEC

Date of Issue: 15NOV10

Richard L Donovan:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: NEUJCH**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked

1

baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

**Record Locator: NEUJCH**

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---------|---------------|-----------|-------------|----------|------|--------------|
| | | City | Date & Time | City | Time | |
| 2545 | OMAHA | TUE 07DEC 8:10 AM | DALLAS FT WORTH | 10:20 AM | S |
| American Airlines | | Richard Donovan | FF#: 3A66L92 | Economy | Seat 24A | |
| American Airlines | 456 | DALLAS FT WORTH | WED 08DEC 4:55 PM | TAMPA | 8:10 PM | Q |
| | | Richard Donovan | FF#: 3A66L92 | Economy | Seat 24F | Food For Purchase |
| American Airlines | 1427 | TAMPA | THU 09DEC 6:30 PM | DALLAS FT WORTH | 8:25 PM | Q |
| | | Richard Donovan | FF#: 3A66L92 | Economy | Seat 25F | Food For Purchase |
| American Airlines | 880 | DALLAS FT WORTH | THU 09DEC 9:30 PM | OMAHA | 11:15 PM | Q |

| American Airlines | Richard Donovan | FF#: 3A66L92 | Economy | Seat 27A |

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|-----------|---------------|----------|-----|--------------|
| RICHARD DONOVAN | 0012328763786 | 386.97 | 67.33 | 454.30 |

Payment Type: Visa XXXXXXXXXXXX4307                    Total: $454.30

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

NRID: 5415315013481511520951500

3

## Expense Report - Transmittal Report



ER00000035062100086

**Spender** David C. Kent          **From** Dec 5, 2010  **To** Dec 11, 2010          **Reimbursement Amt** 2,806.86 USD

**Report name** Depositions in Tampa/Experts in Boston

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 31 | Audit required | Yes |
| Number of receipts to submit | 29 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

### Your Expense Report will be sent to the following approver(s):

Jennifer M. Arevalo

### Please print a transmittal sheet and submit receipts for the following expenses:

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 12/9/10 | Taxi, Trains, o... | United St... | 22.00 USD | Jennifer M. Arevalo |
| 12/9/10 | Taxi, Trains, o... | United St... | 37.00 USD | Jennifer M. Arevalo |
| 12/10/10 | Taxi, Trains, o... | United St... | 50.00 USD | Jennifer M. Arevalo |
| 12/5/10 | Taxi, Trains, o... | United St... | 86.14 USD | Jennifer M. Arevalo |
| 12/8/10 | Parking or Tolls | United St... | 12.00 USD | Jennifer M. Arevalo |
| 12/7/10 | Parking or Tolls | United St... | 20.00 USD | Jennifer M. Arevalo |
| 12/8/10 | Other Travel - ... | United St... | 23.49 USD | Jennifer M. Arevalo |
| 12/10/10 | Lodging | United St... | 239.20 USD | Jennifer M. Arevalo |
| 12/8/10 | Lodging | United St... | 582.36 USD | Jennifer M. Arevalo |
| 12/7/10 | Individual Meal | United St... | 2.00 USD | Jennifer M. Arevalo |
| 12/6/10 | Individual Meal | United St... | 2.00 USD | Jennifer M. Arevalo |
| 12/5/10 | Individual Meal | United St... | 2.75 USD | Jennifer M. Arevalo |
| 12/9/10 | Individual Meal | United St... | 4.01 USD | Jennifer M. Arevalo |
| 12/8/10 | Individual Meal | United St... | 4.02 USD | Jennifer M. Arevalo |
| 12/7/10 | Individual Meal | United St... | 4.02 USD | Jennifer M. Arevalo |
| 12/6/10 | Individual Meal | United St... | 4.02 USD | Jennifer M. Arevalo |
| 12/10/10 | Individual Meal | United St... | 4.17 USD | Jennifer M. Arevalo |
| 12/6/10 | Individual Meal | United St... | 4.90 USD | Jennifer M. Arevalo |
| 12/5/10 | Individual Meal | United St... | 6.81 USD | Jennifer M. Arevalo |
| 12/9/10 | Individual Meal | United St... | 7.70 USD | Jennifer M. Arevalo |
| 12/8/10 | Individual Meal | United St... | 10.00 USD | Jennifer M. Arevalo |
| 12/5/10 | Individual Meal | United St... | 31.29 USD | Jennifer M. Arevalo |
| 12/7/10 | Individual Meal | United St... | 36.57 USD | Jennifer M. Arevalo |
| 12/8/10 | Individual Meal | United St... | 44.40 USD | Jennifer M. Arevalo |
| 12/6/10 | Individual Meal | United St... | 46.63 USD | Jennifer M. Arevalo |
| 12/9/10 | Car Rental | United St... | 130.28 USD | Jennifer M. Arevalo |
| 12/9/10 | Airfare | United St... | 40.00 USD | Jennifer M. Arevalo |
| 12/9/10 | Airfare | United St... | 215.70 USD | Jennifer M. Arevalo |
| 12/5/10 | Airfare | United St... | 1,108.40 USD | Jennifer M. Arevalo |

```
          WELCOME  TO                       HMSHOST
    CITRUS PARK MARATHON                  STARBUCK COFFEE
    0000010867-01          415 MINAS   DALLAS FT WORTH INT'L AIRPORT
    8002 CITRUS PARK D       TAMPA FL
                                        11242 FATIMA
                                        --------------------------------
      DUPLICATE OUTDOOR RECEIPT         CHK 9684 DEC05'10  6:45AM  GST 2
                                        --------------------------------
    DEBIT
    AUTH# 00 DOC# 37004                   1 VNTI LATTE V        3.90
    DATE 12/08/10  19:20                  1 SCONES BLUEBERRY     2.39
    AUTH: Interlink
                                            Subtotal            6.29
      941059                                Tax                 0.52
                                            Amt Paid          6.81  ✓
    PUMP # 09                               Stbk Card           3.02
    PRODUCT: BLUE                           Cash               20.00
    APPROVAL # 082119                       Change Due         16.21
    GALLONS:    7.939
    PRICE/G:  $ 2.959                         STARBUCKS Store #8437
    FUEL SALE $ 23.49  ✓                        9222 Anderson Road
                                               Tampa, FL  (813) 890-8718
      THANKS, COME  AGAIN                   1685693 Marshall
                                          -------------------------------
                                          CHK 660003
           Double Tree                               12/05/2010 04:01PM
         @ Rocky Point                    -------------------------------
                                            T1 Latte              2.75 ✓
     104 CHRISTOP                           Starbucks Card       50.00
                                            AMEX                 52.95
    Chk 6845     Dec05'10 08:14PM Gst 0
    --------------------------------        Subtotal            52.75
     1 Shrimp Skewer        11.00           Tax 7.0%             0.20
     Misc Personal Charge  ⟨14.50⟩          Total               52.95
                                            Change  Due      $0.00
       Subtotal            25.50
       Tax                  1.79          ----------- Check Closed ----------
    08:53PM Total          27.29                 12/05/2010 04:02:24PM

    Thank you for joining us.            Activate 6061013394268657
                                         New Balance:  50.00
    Tip Amt_____  4.00
                                             Double Tree
    Total _____  31.29 ✓                @ Rocky Point

                                         108 George G
       HYATT REGENCY TAMPA
         AVANZARE DELI                   Tbl 28/1    Chk 7089      Gst 1
    708 TIEN                                     Dec06'10 07:26AM
    --------------------------------      -------------------------------
    CHK 3962 DEC07'10  8:31AM              1 HH Cont B/F          9.95
    --------------------------------        100 %
     1 Latte Venti         3.75            Hilton Honor          9.95-
       Food Sales          3.75
       TAX                 0.27          07:26AM Total          0.00
       TOTAL PAID          4.02 ✓
       CASH               10.00          Thank you for joining us.
       CHANGE DUE          5.98
    ----708 CLOSED DEC07  8:31AM----     Tip Amt_____  2.00

                                         Total _____  2.00 ✓
```

```
        STARBUCKS Store #2965
       1314 Town Center Drive S-102
        Lakeland, FL  (863) 683-4571
1689228 Natalie
-----------------------------------
CHK 718200
        12/06/2010 08:45AM
-----------------------------------
  Vt Latte                  3.75
    Nonfat
  SBUX Card                 4.02

  Subtotal                  3.75
  Tax 7.0%                  0.27
  Total                     4.02
Change  Due              $0.00

------- Check Closed --------
   12/06/2010 08:45:16AM

      Double Tree
    @ Rocky Point

 106 CABREJA
-----------------------------------
Tbl 22/1      Chk 7154      Gst 1
        Dec06'10 09:16PM
-----------------------------------
 1 Chkn Caesar             15.00
 1 Bundt Cake               8.00
 Misc Personal Charge    <14.50>

  Subtotal                 37.50
  Tax                       2.63
10:01PM Total             40.13

Thank you for joining us.

Tip Amt_____  6.50
            46.63
Total _____
```

```
        STARBUCKS Store #2965
       1314 Town Center Drive S-102
        Lakeland, FL  (863) 683-4571
1576836 Josh
-----------------------------------
CHK 723914
        12/06/2010 06:27PM
-----------------------------------
  T1 Latte                  2.75
    Nonfat
  Cheese Danish Ntl         1.95
  SBUX Card                 4.90

  Subtotal                  4.70
  Tax 7.0%                  0.20
  Total                     4.90
Change  Due              $0.00

----------- Check Closed -----------
   12/06/2010 06:27:56PM

      Double Tree
    @ Rocky Point

 108 George G
-----------------------------------
Tbl 22/1      Chk 7170      Gst 1
        Dec07'10 07:52AM
-----------------------------------
 1 HH Cont B/F              9.95
 100 %
 Hilton Honor              9.95-

07:52AM Total              0.00

Thank you for joining us.

Tip Amt_____  2.00

Total _____  2.00

      Double Tree
    @ Rocky Point

 104 CHRISTOP
-----------------------------------
Tbl 22/1      Chk 7233      Gst 1
        Dec07'10 09:12PM
-----------------------------------
 1 Chkn Caesar             15.00
 Misc Personal Charge    <14.50>

  Subtotal                 29.50
  Tax                       2.07
09:48PM Total             31.57

Thank you for joining us.

Tip Amt_____  5.00

Total _____  36.57
```

```
      Double Tree
    @ Rocky Point

 104 CHRISTOP
-----------------------------------
Chk 8865        732         Gst 1
        Dec08'10 08:03PM
-----------------------------------
 1 Cuban Pull Mojo         17.00
 1 Bundt Cake               8.00
 Misc Personal Charge     <7.75>
 1 Delivery Charge          2.00
 22 %
   ROOM SVC 22%             7.21

  Subtotal                 34.75
  Tax                       2.44
  Service Chrg              7.21
08:05PM Total             44.40
```

```
              Double Tree
              @ Rocky Point

  103 ALEXIS
  ------------------------------------
  Chk 6922    Dec08'10 10:02PM  Gst 0
  ------------------------------------

  Misc Personal Charge      〈7.75〉

    Subtotal              7.75
    Tax                   0.55
  10:02PM Total           8.30

  Thank you for joining us.

  Tip Amt_____1.70

  Total _____〈10.00〉
```

```
          STARBUCKS Store #7377
            1 Financial Center
          Boston, MA  (617) 428-0019
  257125 Anthony
  ------------------------------------
  CHK 678295
            12/09/2010 09:33AM
  ------------------------------------
    Vt Latte              3.75
    SBUX Card             4.01

    Subtotal             3.75
    Tax 6.25%            0.23
    Local Tax 0.75% - Meals  0.03
    Total                4.01
  Change Due          $0.00

  ----------- Check Closed -----------
          12/09/2010 09:33:54AM
```

```
        STARBUCKS COFFEE #75534
  LOGAN INT'L AIRPORT - BOSTON, MA
             (617) 634-6070

  10199 KETEMASH
  ------------------------------------
  CHK 6255 DEC10'10  7:56AM
  ------------------------------------

    1 Vnti LATTE CAFFE     3.90

    Subtotal             3.90
    Tax                  0.27
    Amt Paid             4.17
    Stbk Card            4.17
        Amount 4.17
     TerminalID Z0032221
       RefrNbr 91985767
  Redemption Approved for $4.17
       Card Balance 25.20
     Gift Card Charge 4.17
```

```
            HMSHOST
        STARBUCKS COFFEE
      TAMP INT'L AIRPORT

  1410 Beulah
  ------------------------------------
  CHK 206   DEC09'10  5:32AM   GST 3
  ------------------------------------

    1 VNTI LATTE V        4.10
    1 BANANA FRUIT        0.99
    1 SCONE               2.10

    SUBTOTAL             7.19
    TAX                  0.51
    AMOUNT PAID          7.70
    Stbk Card            7.70
        Amount 7.70
     TerminalID Z0019151
       RefrNbr 91890754
  Redemption Approved for $7.70
       Card Balance 33.38
     Gift Card Charge 7.70
```

```
  100 NORTH TAMPA ST.
  PARKING GARAGE
  OPERATED BY CENTRAL PARKING SYSTEM


  Rcpt# 36533
  12/07/10 15:45   L# 1 A# 7   Txn#179346
  12/07/10 09:21 In   12/07/10 15:45 Out
  Tkt# 147710
  Fee .....1    $   20.00
  Total Fee    $   20.00
  CASH PAID    $   20.00-
  Cash Tender  $   20.00
  Change Due   $    0.00
  THANK YOU FOR PARKING WITH US
  HAVE A GREAT DAY!
  PARKING OFFICE - 813-222-1487
```

```
  100 NORTH TAMPA ST.
  PARKING GARAGE
  OPERATED BY CENTRAL PARKING SYSTEM


  Rcpt# 36552
  12/08/10 12:09   L# 1 A# 2   Txn#178433
  12/08/10 08:14 In   12/08/10 12:09 Out
  Tkt# 147756
  Fee .....1    $   12.00
  Total Fee    $   12.00
  CASH PAID    $   12.00-
  Cash Tender  $   12.00
  Change Due   $    0.00
  THANK YOU FOR PARKING WITH US
  HAVE A GREAT DAY!
  PARKING OFFICE - 813-222-1487
```

Amount $ 37⁰⁰ ✓     Cab #. _____

## CAB COMPANY

Cab Fare     From *Airport*

To *695 Atlantic Ave*

Date *02-9-2018*

RECEIVED PAYMENT

---

Thanks For Your Patronage
## AMBASSADOR CAB
(214) 905-1111

Cab # _____ ✓ Date *12-10-2010*

Fare $ *50* ⁰⁰

Driver _____

Dispatch (214) 905-1111   1-800-TAXICAB

---

NEK FAB INC
CAB # 0885
12/09/10 TK 2660
START  END MILES
08:12 08:23  6.6
FARE:  $  14.20
EXTRA: $   0.00
TOLL:  $   2.75
SRCH:  $   0.00
TOTAL: $  16.95
TAXI HOTLINES.DIS
617-536-TAXI 22.00
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

22⁰⁰ total

---

HYATT REGENCY TAMPA
AVANZARE DELI

708 TIEN
------------------------------
CHK 3077 DEC08'10 8:24AM
------------------------------
 1 Latte Venti       3.75
   Food Sales        3.75
   TAX               0.27
   TOTAL PAID        4.02 ✓
   CASH              5.25
   CHANGE DUE        1.23
----708 CLOSED DEC08 8:25AM----

---

RENTAL NUMBER    CAR NUMBER    CAR GROUP

448739266        51911311       E

**KENT,DAVID**
BCN = EL292J    BCD = U072401
CV - CMXXXXXXXXXXXX1496
FTN AD/H106B10           MV
OUT TPA 05DEC10/1125 MI = 1409
IN  TPA 09DEC10/0455 MI = 1624
      215 MI@    .00 =
           HR@  18.12 =
        4 DY@  24.15 =     96.60
**10.40% FEE        =     10.72
7.5% TX FF MIDY     =      1.00
$  0.02 /DY TBS     =       .08
$  0.78 /DY VLF     =      3.12
$  0.56 /DY ERF     =      2.24
$  2.00 /DY SSU     =      8.00
SUBTOTAL            =    121.76
TAX  7.000%         =      8.52
FUEL SERVICE        =
**TOTAL CHARGES     =    130.28**
**CONCESSION RECOVERY FEE
TIRE BATT. SURCH.
VEH LIC. REC. FEE
ENERGY RECOVERY FEE
STATE SURCHARGE
FF MLS/PNTS EARNED    800

*(vertical text left margin)* Please check your car for personal effects.
*(vertical text right margin)* Please check your car for personal effects.

---

*************************MISCELLANEOUS SALES RECEIPT 2
PURCHASER RECEIPT
09DEC10  21031102          US
     TPA IKJ      / TAMPA
                                6
KENT/DAVID
  **NOT VALID FOR**    PSGR TICKET 2797858888000 TPA BOS
  **TRANSPORTATION*
  ******THIS IS YOUR RECEIPT******
                                MXMLDM/B6
  01 ANCILLARY SEAT FEE     40.00  TPA     B6 0442 V 09DEC

USD   40.00                 FP AXXXXXXXXXXXX1572 145448
      NA        *************
      NA                                    NOT VALID FOR TRAVEL
      NA              D 279 0613367639 6    279 0613367639 6
USD   40.00

**ALL MISCELLANEOUS*
**  CHARGES ARE    *
**  NON-REFUNDABLE *
********************

# ExecuCar Reservation Confirmation

Thank you David Kent.

Your reservation with ExecuCar has been saved.

**Confirmation Number**
To the Airport: **6468406**

## Itinerary

*If you are traveling with children we strongly recommend the use of child safety seats. If federal, state or local laws require your child(ren) to be secured in a child safety seat, please bring one. If a child seat is required and not provided by you, we may not be able to provide service.*
*If you have oversized luggage, like golf clubs or a surfboard, please contact 1800 Blue Van for special instructions.*

| | |
|---|---|
| Airport: | Dallas-Ft Worth DFW Airport - (DFW) |
| Guests (over 3 years): | 1 |
| Guests (under 3 years, ride free): | 0 |
| Group / Online Discount Program: | |
| Accessible Service | No |

### Departure (To the Airport) Itinerary

| | |
|---|---|
| Service: | ExecuCar Sedan Service (Up to 4 passengers) |
| Flight Time: | 12/5/10 7:55 AM |
| Airline: | American Airlines |
| Flight Number: | 1430 |
| Domestic / International: | Domestic |
| Pickup Time: | 12/5/10 6:15 AM |

## Location

| | |
|---|---|
| Phone Number | (214) 341-7122 |
| Contact Number | (214) 341-7122 |
| Address: | 6 TWIN BRIDGE CT |
| | DALLAS, TX 75243 |

## Billing

| | |
|---|---|
| Card Type: | MasterCard |
| Card Number: | ************1496 |
| Expiration: | 09/2013 |

| Total - To The Airport | |
|---|---|
| First Guest | $73.00 |
| Additional Guests (over 3 years) | N/A |
| Fuel Surcharge | N/A |
| Gratuity | $13.14 |
| Group Discount | N/A |
| Total | $86.14 |

## Kent, David

**From:** Orbitz For Business Traveler Care [customerservice@orbitzforbusiness.net]
**Sent:** Saturday, December 04, 2010 5:49 PM
**To:** Kent, David
**Subject:** Your Trip Information - Tampa 12/5/10

**ORBITZ**
FOR BUSINESS

Sedgwick
DETTERT, MORAN & ARNOLD LLP

Hello David,

Thanks for booking on Orbitz for Business. This e-mail confirms the following for **Tampa 12/5/10**:

**An air reservation has been added.**

**This air reservation has now been ticketed.**

---

## Your current trip information - Tampa 12/5/10
This trip includes **flights and hotel** .

### Flight reservation

**Orbitz record locator:** AP270601VPH78KUU
**Airline record locator:** JetBlue Airways - MXMLDM
**Reservation made by:** david.kent@sdma.com
**Ticket numbers:** 2797858888000
**Total flight cost:** $215.70 USD
**Traveler(s)** **Frequent flier details**

DAVID KENT

**Thursday, December 9, 2010**
JetBlue Airways 442 Economy | Airbus Industrie A320 (320) | 2hr 47min | 1191 miles

Depart: **6:00am** **Tampa, FL** Tampa International (TPA)
Arrive: **8:47am** **Boston, MA** Boston Logan International (BOS)

---

**Additional flight information**
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** JetBlue Airways charges an additional fee for baggage.The fee is not included in your total trip cost.See details

**Important fare notes**
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
No changes may be made to this ticket after departure.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket for more information.

---

### Flight reservation

1

**Orbitz record locator:** AP270601QTQQ0OS2
**Airline record locator:** American Airlines - FODFQL
**Reservation made by:** david.kent@sdma.com
**Ticket numbers:** Will be sent via e-mail within 24 hours
**Total flight cost:** $1,108.40 USD
**Traveler(s)** **Frequent flier details**

DAVID KENT    American Airlines AAdvantage
              H106810

## Flight 1: Sunday, December 5, 2010
**American Airlines 1430** Economy | McDonnell Douglas MD-83 (M83) | 2hr 15min | 920 miles

Depart:  **7:55am  Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)
Arrive:  **11:10am Tampa, FL** Tampa International (TPA)

**Seat:** 12B | Your flight is confirmed. Seat is confirmed. You may review seats.

**Upgrade confirmed.**

## Flight 2: Friday, December 10, 2010
**American Airlines 1365** Economy | Boeing 757 Passenger (757) | 4hr 35min | 1556 miles

Depart:  **8:40am  Boston, MA** Boston Logan International (BOS)
Arrive:  **12:15pm Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

**Seat:** 34F | Your flight is confirmed. Seat is confirmed. You may review seats.

**This flight departs from a different airport.**

### Additional flight information
The ticket type for this reservation is an e-ticket. No ticket will be mailed to you.

**Please note:** American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. See details

### Important fare notes
This ticket has advance-purchase restrictions.*
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket for more information.

## Hotel reservation

**Orbitz Record Locator:** QVSJRY
**Hotel Confirmation number:** 87911808
**Reservation made for:** David Kent
**Reservation made by:** david.kent@sdma.com
**Loyalty programs:** Hilton HHonors  427205835
**Total charges :** 519.96 USD (taxes not included)

| **Doubletree Guest Suites Tampa Bay** | 3050 North Rocky Point Drive West<br>Tampa, FL  33607-5800 | **Phone:** 1-813-888-8800<br>**Fax:** 1 813 888-8743 |
| --- | --- | --- |

| **Check-in:** | **Sun, Dec 5, 2010** | 1600 |
| --- | --- | --- |
| **Check-out:** | **Thu, Dec 9, 2010** | 1202 |

**Room description:** Best available rate 1 king bed 2 room suite-sofabed-nonsmoking hi speed 9.95 Day-sweet dreams experience bed

### Additional hotel information

**Total guests:** 1

**Total rooms:** 1

**Special requests:** Non-smoking

We recommend you contact the hotel to ensure your special requests can be accommodated.

**Guarantee:** GUARANTEE: CREDIT CARD

**Cancellation:** 24 HR CANCELLATION REQUIRED OR PARTIAL PAYMENT MAY BE FORFEITED

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. Rate may change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Incidental charges, such as room service, are not included in the rate.

## Cost summary and billing information

**Flight cost summary**

| | | **Billing information** |
|---|---|---|
| | | **Card holder's Name:** David C Kent |
| **Airfare, DAVID KENT (Adult)** | $193.70 | |
| **Orbitz for Business fees** | | **Card type:** MasterCard |
| Offline transaction fee | $22.00 | |
| **Total** | **$215.70 USD** | **Card number:** xxxxxxxxxxxx1496 |

**Flight cost summary**

| | | **Billing information** |
|---|---|---|
| | | **Card holder's Name:** David C Kent |
| **Airfare, DAVID KENT (Adult)** | $1,101.40 | |
| **Orbitz for Business fees** | | **Card type:** MasterCard |
| Online transaction fee | $7.00 | |
| **Total** | **$1,108.40 USD** | **Card number:** xxxxxxxxxxxx1496 |

**Hotel cost summary**

| Room rate | Sun | Mon | Tue | Wed | **Billing information** |
|---|---|---|---|---|---|
| | | | | | **Card holder's Name:** David C Kent |
| Dec 5-Dec 8 | $130 | $130 | $130 | $130 | |
| **Applicable taxes:** | | TAX: 12.00 PCT (not included) | | | **Card type:** MasterCard |
| **Total room cost:** | | $519.96 | | | **Card number:** xxxxxxxxxxxx1496 |
| | | | | | |
| **Total charges\*** | | $519.96 | | | |

**\*\*Taxes not included. TAX: 12.00 PCT**

**\*Note: Hotel cost displayed above does not include hotel taxes and fees.**

## Trip reference field information

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10771-000001

### Flight

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10771-000001

### Hotel

**Office Location Number:** 8
**Enter client matter reference number (required field) Client is 5 digits and matter is 6 digits:** 10771-000001

Visit "My Trips" to view, update or cancel any segment of your trip or Traveler Update to get real-time travel tips and airport status. You can also look up your itinerary and flight status on your mobile phone at ofbmobile.net.
Thank you for choosing Orbitz for Business,
Orbitz for Business Team
Enjoy your trip!

**Great rates**

Add a Flight
Add a Car
Add a Hotel



# Hilton
**Boston Logan Airport**

One Hotel Drive • Boston, MA 02128
Phone (617) 568-6700 • Fax (617) 568-6800
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address | |
|---|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

| | | |
|---|---|---|
| Room | 374/K1RC | |
| Arrival Date | 12/9/2010 | 8:26:00PM |
| Departure Date | 12/10/2010 | 7:15:00AM I |
| | | |
| Adult/Child | 1/0 | |
| Room Rate | 209.00 | |

RATE PLAN          LV4

*Folio*

HH# 427205835 GOLD
AL:
BONUS AL:          CAR:

**HHONORS**
HILTON WORLDWIDE

CONFIRMATION NUMBER : 3407224096

12/10/2010    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/9/2010 | GUEST ROOM | VRIVER | 6601120 | $209.00 | | |
| 12/9/2010 | STATE OCCUPANCY TAX 5.7% | VRIVER | 6601120 | $11.91 | | |
| 12/9/2010 | CITY OCCUPANCY TAX 6% | VRIVER | 6601120 | $12.54 | | |
| 12/9/2010 | CONVENTION CENTER OCC TAX | VRIVER | 6601120 | $5.75 | | |
| 12/10/2010 | AX *1572 | SCHAIB | 6602012 | | $239.20 | |
| | BALANCE | | | | | $0.00 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check
your earnings for this or any other stay at more than 3,000 Hilton Family
hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take
advantage of our internet-only Advance Purchase Rates and limited-time
special offers!*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| AX *1572 | | 12/9/2010 | 1549426  A |

| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
|---|---|---|---|
| KENT, DAVID | | 541105 | |

| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT |
|---|---|
| | PURCHASES & SERVICES |
| | TAXES |
| | TIPS & MISC. |
| | TOTAL AMOUNT |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

# DOUBLETREE
## GUEST SUITES®
### TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address |
|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Room               732/NK1SV
Arrival Date        12/5/2010          6:55:00PM
Departure Date   12/9/2010

Adult/Child        1/0
Room Rate         129.99

RATE PLAN                              LV4
HH#  427205835 GOLD
AL:
CAR:

*Folio*

CONFIRMATION NUMBER : 87911808

12/9/2010          PAGE          1

*The Hilton Family*

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/5/2010 | 2695718 | GUEST ROOM | $129.99 |
| 12/5/2010 | 2695718 | STATE TAX | $9.10 |
| 12/5/2010 | 2695718 | CITY TAX | $6.50 |
| 12/6/2010 | 2696407 | GUEST ROOM | $129.99 |
| 12/6/2010 | 2696407 | STATE TAX | $9.10 |
| 12/6/2010 | 2696407 | CITY TAX | $6.50 |
| 12/7/2010 | 2697169 | GUEST ROOM | $129.99 |
| 12/7/2010 | 2697169 | STATE TAX | $9.10 |
| 12/7/2010 | 2697169 | CITY TAX | $6.50 |
| 12/8/2010 | 2697859 | GUEST ROOM | $129.99 |
| 12/8/2010 | 2697859 | STATE TAX | $9.10 |
| 12/8/2010 | 2697859 | CITY TAX | $6.50 |
| | | **BALANCE** | $582.36 |

*You have earned approximately 13371 HHonors points for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHHonors.co*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| | | | 412182   B |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| THANK YOU AND WE WISH YOU SAFE TRAVELS! | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | |
| X | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.          PAYMENT DUE UPON RECEIPT

*The Hilton Family*
*Hilton*
*CONRAD Hotels*
*DOUBLETREE*
*EMBASSY SUITES HOTELS®*
*Hampton*
*Hilton Garden Inn*
*Hilton Grand Vacations Club*
*HOMEWOOD SUITES Hilton*
*USA Official Sponsor*

## Expense Report - Transmittal Report



ER00000035062100087

**Spender** David C. Kent     **From** Dec 12, 2010 **To** Dec 15, 2010     **Reimbursement Amt** 1,766.32 USD

**Report name** Expert Witnesses Depositions (Kelley and Konicki)

### Expense Report Information :

| | | | | |
|---|---|---|---|---|
| Number of expenses | 16 | Audit required | Yes | |
| Number of receipts to submit | 14 | InterAction report filed and submitted to Marketing | No | |
| Number of VAT receipts | 0 | | | |
| Number of lost receipts | 0 | | | |

**Your Expense Report will be sent to the following approver(s):**
Jennifer M. Arevalo

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| 12/12/10 | Taxi, Trains, o... | United St... | 86.14 USD | Jennifer M. Arevalo |
| 12/15/10 | Lodging | United St... | 503.97 USD | Jennifer M. Arevalo |
| 12/12/10 | Airfare | United St... | 276.40 USD | Jennifer M. Arevalo |
| 12/12/10 | Individual Meal | United St... | 7.03 USD | Jennifer M. Arevalo |
| 12/12/10 | Individual Meal | United St... | 2.95 USD | Jennifer M. Arevalo |
| 12/14/10 | Group Meal | United St... | 472.62 USD | Jennifer M. Arevalo |
| 12/15/10 | Individual Meal | United St... | 7.26 USD | Jennifer M. Arevalo |
| 12/12/10 | Individual Meal | United St... | 57.39 USD | Jennifer M. Arevalo |
| 12/13/10 | Group Meal | United St... | 44.42 USD | Jennifer M. Arevalo |
| 12/15/10 | Individual Meal | United St... | 4.39 USD | Jennifer M. Arevalo |
| 12/15/10 | Taxi, Trains, o... | United St... | 80.00 USD | Jennifer M. Arevalo |
| 12/15/10 | Airfare | United St... | 50.00 USD | Jennifer M. Arevalo |
| 12/15/10 | Other Travel - ... | United St... | 11.24 USD | Jennifer M. Arevalo |
| 12/12/10 | Car Rental | United St... | 142.51 USD | Jennifer M. Arevalo |

Expense voucher

HDR - Depositions of HDR
Expert witnesses Paul
Kelley and Bill Kanicki

Airplane — $326.40

276.40
+ 50.00
326.40

Hotel — 503.97

Rental Car — 142.51

Gas — 11.24

Taxi — 163.14

Meals — 477.89 *

Tips — 20.00 √ √(no receipts)

Total — $1,318 75/XX

Meals
Dec. 12 — 67.37
13 — 44.42
14 — 354.45 *
15 — 11.65

477.89

Bus Dev *
$118.17

* = 1 meal receipt will
be split between HDR and
Firm (bus. Dev.)

ENTERPRISE

RA 112703978    Inv 0
Rental  12-DEC-2010 11:34 AM
ER TAMPA AIRPORT IN TERM 42F1
Return  15-DEC-2010 08:01 AM
ER TAMPA AIRPORT IN TERM 42F1

DAVID KENT
Vehicle # AA015317
Model   ACRD 4DLX
Class Driven PCAR    Class Charged PCAR
License#  353HXQ    State/Province FL
M/Kms Driven 75
M/Kms Out   26444
M/Kms In    26519

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| REFUELING | 4 Gals | 4.37 | 17.46 |
| T & M | 3 Days | 32.31 | 96.93* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| SC REC | | | 6.00* |
| AIRPORT ACCESS FEE | | | 12.08* |
| TIRE/BATTERY FEE | | | 0.06* |
| VEHICLE LICENSE FEE | | | 1.80* |
| @7.000 % | | | 8.18 |

Total Charges       USD 142.51

Deposit   AMEX 1572

Amount Due        USD 142.51

* Taxable Items
Subject to Audit
Your loyalty number is 95PTTYB
For Reservatons: 1-800-RENT-A-CAR



---

WELCOME

00034666067-01
TIGER CITGO
4602 N LOIS AVE
TAMPA         FL

DEBIT
REF # 9200028014 6

DATE 12/15/10  07:39
PUMP # 01
PRODUCT: UNLD
APPROVAL # 004107
GALLONS:    3.824
PRICE/G:  $ 2.939
FUEL SALE $ 11.24
AUTH: Interlink

   925659

THANK YOU
HAVE A NICE DAY

---

# AmericanAirlines® oneworld

MISCELLANEOUS
SALES RECEIPT

PASSENGER NAME
KENT/DAVID

Confirmed Flight Change    1     50.00 USD

Total with Applicable TFC    50.00 USD
Credit Card  AX XXXXXXXXXX1572

| | | | |
|---|---|---|---|
| Fare | 50.00 USD | FLIGHT | DATE |
| TFC | | | DECEMBER 15, 2010 |
| TFC | | PNR: GFWBVC | |
| TFC | | Agent: TPA-SSM 001 | 06151083C2   1 |
| Total | 50.00 USD | | |

SSL-1 CPN 1109928

---

# AmericanAirlines®

ALL MISCELLANEOUS
CHARGES ARE
NON-REFUNDABLE

PASSENGER TICKET
0017858888001

TFC=TAXES,FEES & CHARGES

NOT VALID FOR TRAVEL

DATE Dec. 15, 2010   CAB #_____

FROM _____DFW_____

TO _Dallas_____

TIME_____ FARE $80⁰⁰ ✓✓

EXTRA_____ TIP_____

TOTAL_____

---

```
        HMSHOST
     STARBUCKS COFFEE
   TAMP INT'L AIRPORT

9590 AMY
- - - - - - - - - - - - - - - - - - - -
CHK 5465 DEC15'10  8:31AM  GST 1
- - - - - - - - - - - - - - - - - - - -

 1 VNTI LATTE V          4.10

   SUBTOTAL              4.10
   TAX                   0.29
   AMOUNT PAID         4.39 ✓
   Stbk Card             4.39 ✓
        Amount 4.39
     TerminalID Z0019154
       RefrNbr 92419847
 Redemption Approved for $4.39
      Card Balance 3.36
      Gift Card Charge 4.39
```

---

```
        HMSHOST
       FLATBREADZ
   TAMPA INT'l AIRPORT

1153 Ena
- - - - - - - - - - - - - - - - - - - -
CHK 3857 DEC15'10  8:37AM
- - - - - - - - - - - - - - - - - - - -

 1 EGG & CHDR POKET    4.29
 1 JUC ORANGE  16oz    2.49

   SUBTOTAL            6.78
   TAX                 0.48
   AMOUNT PAID       7.26 ✓
   XXXXXXXXXXXXXX4   XX/XX ✓
   VISA     AO         7.26
```

---

```
        PETEY BROWN'S
    GRAND HYATT TAMPA BAY
203 CHRISTINE
- - - - - - - - - - - - - - - - - - - -
36/3        1049      GST 2
      DEC13'10  7:34AM
- - - - - - - - - - - - - - - - - - - -
 2 Hot Buffet            35.90
   SUBTOTAL              35.90
   TAX                    2.52
   PAYMENT DUE        38.42
*FILL IN FOR ROOM CHARGES ONLY*

GRATUITY:_____ 6.00
TOTAL: ✓✓      44.42

ROOM#_____
           PLEASE PRINT
NAME CLEARLY:_____

SIGNATURE:_____
* * GRATUITY NOT INCLUDED * *
```

DCK
Bill Konicki
(expert witness)

---

```
        Double Tree
       @ Rocky Point

111 JEWANLAL
- - - - - - - - - - - - - - - - - - - -
Tbl 13/1    Chk 7570      Gst 1
      Dec12'10 07:30PM
- - - - - - - - - - - - - - - - - - - -
 1 Bowl Fr Onion          7.00
 1 Med P Chicken         23.00
 1 Chs Cake               7.00
 Misc Personal Charge    ⟨7.75⟩

   Subtotal             44.75
   Tax                   3.14
08:22PM Total         47.89

 Thank you for joining us

 Tip Amt_____  9.50

 Total _____ 57.39 ✓
```

The Palm-Tampa Bay
205 Westshore Plaza Drive
Tampa, FL
813-849-7256
www.ThePalm.com

* * * * Restaurant * * * *

614 HUGO

Tbl 11/1          Chk 1252          Gst 3
        Dec14'10 06:47PM

```
1 Colossal Ckt1            17.50
1 Clams Oreganata          10.80
1 Calamari Fritti          11.50
2 Yellow Fin Tuna          71.80
1 Chilean Sea Bass         34.90
2 Hrts Palm                23.80
1 Key Lime Pie              9.30
1 Creme Brulee              9.30
1 Carrot Cake LG           15.50
2 Capp                     11.00
1 Espresso                  4.50
Misc Personal Charge      <31.00>
Misc Personal Charge     <111.25>
1 Spinach                   9.50
1 Hash Browns               9.30

  Subtotal                380.95
  Tax                      26.67
  Total                   407.62

  Food Tax                 16.71
  Alcohol                   9.96
```

*Tip - 65.00*

837 Club members earned
381 points.               *Total - 472.62 XX*
Not a member?
Ask your server for details.

*DCK*          *Paul Kelley*
*Tim Woodward      (expent*
*(local      The Perfect Holiday Gift witness)*
*counsel)'ll receive a $50*
Thank You card for every
$250 spent on Gift Cards.

*Put*
*118.17 on ✓*
*Bus. Dev*
*&*
*354.45 on*
*HDR ✓*

```
            STARBUCKS Store #8437
              9222 Anderson Road
            Tampa, FL  (813) 890-8718
1712538 Keith
-------------------------------------------
CHK 782695
              12/12/2010 04:09PM
-------------------------------------------
              Drive Thru
    T1 Latte                      2.75
      Nonfat
      Alt Hand Off
    SBUX Card                     2.95

    Subtotal                      2.75
    Tax 7.0%                      0.20 ✓✓
    Total                         2.95
Change Due                     $0.00

    ----------- Check Closed -----------
          12/12/2010 04:14:00PM
```

```
            STARBUCKS COFFEE A13
          DALLAS FT WORTH INT'L AIRPORT

          9238 Demecia
          ---------------------------------
          CHK 8754 DEC12'10  7:06AM  GST 2
          ---------------------------------
                Subtotal

          1 VNTI LATTE V           3.90
          1 BAN WLNUT BREAD        2.59

            SUBTOTAL               6.49
            TAX                    0.54
            AMOUNT PAID         7.03 ✓
            Stbk Card              7.03
                Amount 7.03
             TerminalID Z0051153
               RefrNbr 92159166
        Redemption Approved for $7.03
              Card Balance 10.70
            Gift Card Charge 7.03
```





**Tampa 12/12/10**
This trip includes flights and car rental.
Reservation Made: 12/04/10

## Flight reservation

| | | | |
|---|---|---|---|
| Orbitz record locator: | AP270601VQNZG8UU | **\*Traveler(s)** | **Frequent flier details** |
| Airline record locator: | American Airlines - GFWBVC | DAVID KENT | American Airlines AAdvantage |
| Reservation made by: | david.kent@sdma.com | | H106810 |
| Ticket numbers: | 0017858888001 | | |
| Total flight cost: | $276.40 USD | | |

### Leave Sunday, December 12, 2010

**American Airlines 1430**   Economy | McDonnell Douglas MD-83 (M83) | 2hr 15min | 920 miles

Depart:  **7:55am    Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Arrive:   **11:10am   Tampa, FL** Tampa International (TPA)

Seat: 20D |    **Your flight is confirmed. Seat is confirmed. You may** review seats.
     **Upgrade requested.**
About upgrades

### Return Wednesday, December 15, 2010

**American Airlines 1395**   Economy | McDonnell Douglas MD-80 (M80) | 2hr 50min | 920 miles

Depart:  **2:25pm    Tampa, FL** Tampa International (TPA)

Arrive:   **4:15pm   Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW)

Seat: 13E |    **Your flight is confirmed. Seat is confirmed. You may** review seats.
     **Upgrade requested.**
About upgrades

## Car rental reservation

| | |
|---|---|
| **Confirmation number:** | 971348529COUNT |
| **Primary driver:** | DAVID KENT |
| **Reservation made by:** | david.kent@sdma.com |
| **Loyalty program** | 95PTTYB |
| **Daily rate:** | $32.31* |

| **Enterprise** | **Premium** | |
|---|---|---|
| **Pick-up** | **Sun, Dec 12, 2010 11:30am** | Tampa International (TPA) (in terminal)<br>**Phone:** 813-396-4000<br>800-736-8222 |
| **Drop-off** | **Wed, Dec 15, 2010 1:30pm** | drop-off location same as pick-up location listed above |

To contact Orbitz for Business Team immediately please call 1-877-672-4891, or 1-312-469-1956 from outside of the US. Our Customer Service Center is open 24 hours a day, 7 days a week.



# DOUBLETREE
## GUEST SUITES®
TAMPA BAY

3050 N. Rocky Point Drive West • Tampa, FL 33607
Phone (813) 888-8800 • Fax (813) 888-8743
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address | | |
|---|---|---|

KENT, DAVID
1717 MAIN ST.
SUITE 5400
DALLAS, TX 75201
US

Room 711/NK1SV
Arrival Date 12/12/2010 12:33:00PM
Departure Date 12/15/2010

Adult/Child 1/0
Room Rate 149.99

RATE PLAN LV4
HH# 427205835 GOLD
AL: AA #H106810
CAR:

*Folio*

CONFIRMATION NUMBER : 82508745

12/15/2010    PAGE    1

*The Hilton Family*

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/12/2010 | 2699898 | GUEST ROOM | $149.99 |
| 12/12/2010 | 2699898 | STATE TAX | $10.50 |
| 12/12/2010 | 2699898 | CITY TAX | $7.50 |
| 12/13/2010 | 2700515 | GUEST ROOM | $149.99 |
| 12/13/2010 | 2700515 | STATE TAX | $10.50 |
| 12/13/2010 | 2700515 | CITY TAX | $7.50 |
| 12/14/2010 | 2701294 | GUEST ROOM | $149.99 |
| 12/14/2010 | 2701294 | STATE TAX | $10.50 |
| 12/14/2010 | 2701294 | CITY TAX | $7.50 |
| 12/15/2010 | 2701355 | AX *1572 | ($503.97) |
| | | * * BALANCE * * | $0.00 |

Hilton
CONRAD
DoubleTree
EMBASSY SUITES HOTELS
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
Homewood Suites Hilton

*Hilton HHonors
Points & Miles*

*You have earned approximately 10084 HHonors points for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHHonors.co*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| AX *1572 | | 12/13/10 08:06:00 | 412791 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| KENT, DAVID | | 784587 | |
| ESTABLISHMENT NO. & LOCATION  ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| THANK YOU AND WE WISH YOU SAFE TRAVELS! | | | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | |
| X | | -503.97 | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.    PAYMENT DUE UPON RECEIPT

USA
*Official Sponsor*

**Kent, David**

   

Dear DAVID KENT,
The following information summarizes your confirmed service with ExecuCar.

## Guest Information:

| | |
|---|---|
| Address | 6 TWIN BRIDGE CT DALLAS, TX 75243 |
| | (214) 341-7122 |

## Departure Itinerary (To the Airport)

| | |
|---|---|
| Confirmation Number: | 6554223 |
| Pickup Date/Time: | 12/12/2010 6:30 AM |

| | |
|---|---|
| Adults | 1 |
| Children | 0 |
| Service Type | EXECUCAR SEDAN SERVICE (UP TO 4 PASSENGERS) |
| Airport | DFW - DALLAS-FT WORTH DFW AIRPORT. |
| Airline | AMERICAN AIRLINES |
| Flight # | 1430 |
| Fare | $73.00 |
| Tip | $13.14 |
| Fuel surcharge | $0.00 |
| Total | $86.14 |

## Billing

$86.14

| | |
|---|---|
| Payment Method: | PREPAID CREDIT CARD |
| Card type: | MC |
| Card number | XXXX-XXXX-XXXX-1496 |



This e-mail is intended only for use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, distribution or copying of this e-mail communication is strictly prohibited if you are not the addressee. If so, please notify us immediately by e-mail, and destroy the original. Thank you.



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-322-47712 | Dec 10, 2010 | 2323-3788-5 | 5 of 9 |

Tracking ID: 796512906109 continued

| | | | | |
|---|---|---|---|---|
| Delivered | Dec 04, 2010 08:36 | Residential Delivery | | 2.50 |
| Svc Area | A1 | Saturday Delivery | | 15.00 |
| Signed by | see above | Fuel Surcharge | | 5.33 |
| FedEx Use | 000000000/0000004/02 | **Total Charge** | **USD** | **$68.93** |

Picked up: Dec 03, 2010     Cust. Ref: 10711-000001     Ref.#2:
Payor: Shipper     Ref.#3:
* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
* Distance Based Pricing, Zone 4
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
* Package Delivered to Recipient Address - Release Authorized
* Minimum Billable Weight was applied.

| | | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Automation | INET | Gail Fountain | | Alan Campo | |
| Tracking ID | 796514222197 | SEDGWICK,DETERT,MORAN & ARNOLD | | AJC Consulting | |
| Service Type | FedEx First Overnight | 1717 Main Street #5400 | | 1257 DEERWOOD DR | |
| Package Type | FedEx Box | DALLAS TX 75201 US | | MIRAMAR BEACH FL 32550 US | |
| Zone | 04 | | | | |
| Packages | 1 | | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | | |
| Delivered | Dec 04, 2010 11:43 | Transportation Charge | | | 63.40 |
| Svc Area | A6 | Fuel Surcharge | | | 5.60 |
| Signed by | see above | Residential Delivery | | | 2.50 |
| FedEx Use | 000000000/0000010/02 | **Total Charge** | | **USD** | **$71.50** |

Picked up: Dec 03, 2010     Cust. Ref: 0999-000028     Ref.#2:
Payor: Shipper     Ref.#3:
* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
* Distance Based Pricing, Zone 7
* The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Automation | INET | Michael Clarkley/Office Service | | Office Services | |
| Tracking ID | 796516544181 | SEDGWICK,DETERT,MORAN & ARNOLD | | Sedgwick,Detert,Moran&Arnold | |
| Service Type | FedEx Standard Overnight | 1717 Main Street | | 1 MARKET PLZ #8TH | |
| Package Type | FedEx Pak | DALLAS TX 75201 US | | SAN FRANCISCO CA 94105 US | |
| Zone | 07 | | | | |
| Packages | 1 | | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | | |
| Delivered | Dec 06, 2010 09:49 | Transportation Charge | | | 38.80 |
| Svc Area | A1 | Fuel Surcharge | | | 1.42 |
| Signed by | R.PEGA | Discount | | | -22.12 |
| FedEx Use | 000000000/0001393/_ | **Total Charge** | | **USD** | **$18.10** |

Picked up: Dec 06, 2010     Cust. Ref: 00196-005761     Ref.#2:
Payor: Shipper     Ref.#3:
* Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
* Distance Based Pricing, Zone 6
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
* The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Automation | INET | Judy Farmer | | Alan Vickery - Guest | |
| Tracking ID | 790520167450 | SEDGWICK,DETERT,MORAN & ARNOLD | | The Chambers Hotel | |
| Service Type | FedEx Priority Overnight | 1717 Main Street | | 15 W 56TH ST | |
| Package Type | Customer Packaging | DALLAS TX 75201 US | | NEW YORK CITY NY 10019 US | |
| Zone | 06 | | | | |
| Packages | 1 | | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | | |
| Delivered | Dec 07, 2010 09:46 | Transportation Charge | | | 51.45 |
| Svc Area | A1 | Discount | | | -29.33 |
| Signed by | A.ANTHONY | Fuel Surcharge | | | 2.21 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | | **USD** | **$24.33** |

## Expense Report - Transmittal Report



ER000000302121001 08

**Spender** Kurt W. Meaders     From Mar 28, 2010  To Mar 29, 2010     Reimbursement Amt 243.68 USD

**Report name** Printing of Documents

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 2 | Audit required | No |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 2 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

Diners Club
International

# Statement

Close Window

## Quick Reference

| | | | |
|---|---|---|---|
| Account Name | KURT WOOD MEADERS | Past Due | $ 0.00 |
| Account Number | XXXX XXXX XXXX 5374 | | |
| Statement Date | Apr-23-2010 | | |
| Payment Due Date | May-18-2010 | Total Due | $ 2,009.07 |

## Account Summary

| | |
|---|---|
| Previous Balance | $ 733.77 |
| Payments, Credits and Adjustments | $ -735.77 |
| Purchases | $ 2,011.07 |
| Cash Advances | $ 0.00 |
| Fees | $ 0.00 |
| Total Due | $ 2,009.07 |

**Club Rewards Balance**          9,444

## Diners Club Account Activity

**Club Rewards Balance** :

| My Checkbox | Date | Description | Transaction Amount | Reference Number |
|---|---|---|---|---|
| | Mar-28-2010 | FEDEX KINKO'S #0178 DALLAS TX | $ 10.19 | 72G71FT5 |
| | Mar-28-2010 | FEDEX KINKO'S #0178 DALLAS TX | $ 39.16 | LZF71FT5 |
| | Mar-28-2010 | FEDEX KINKO'S #0178 DALLAS TX | $ 204.52 | 0XF71FT5 |
| | Apr-06-2010 | BELLAGIO - MICHAEL MIN LAS VEGAS NV<br>PHONE NUMBER: 8889877111<br>FOLIO NUMBER: 000005528<br>ARRIVE: 04/06/10 DEPART: 04/06/10 | $ 195.93 | FB1VFR30 |
| | Apr-07-2010 | IL FORNAIO - CANALETTO LAS VEGAS NV | $ 191.80 | 291TGKRF |
| | Apr-07-2010 | CUT LV LAS VEGAS NV | $ 272.42 | 4NJ0X132 |
| | Apr-09-2010 | DFW AIRPORT PARKING NP DFW AIRPORT TX | $ 48.00 | JYWS*8N8 |
| | Apr-09-2010 | AMERICAN00106112148943 AA.COM/AA RES TX<br>NAME: MEADERS/KURT<br>DEPART: 04/09/10<br>XAA TO XXX :2 | $ 50.00 | 6WHG63XG |
| | Apr-09-2010 | SW STEAKHOUSE REST/BAR LAS VEGAS NV | $ 142.72 | 1BNHJSRQ |
| | Apr-09-2010 | BAJA FRESH - MCCARRQPS LAS VEGAS NV | $ 10.12 | F3MR0*K4 |
| | Apr-09-2010 | DAL TORO LAS VEGAS NV | $ 22.37 | 3YJ07400 |
| | Apr-09-2010 | VENETIAN/PALAZZO F DSK LAS VEGAS NV<br>PHONE NUMBER: 7027335000<br>FOLIO NUMBER: 899817<br>ARRIVE: 04/06/10 DEPART: 04/09/10 | $ 482.26 | 1BZ152Q3 |
| | Apr-15-2010 | TX SECRETARY OF STATE AUSTIN TX | $ 1.00 | WXMQ6SYP |

## Expense Report - Transmittal Report



ER00000030212100110

**Spender** Kurt W. Meaders         **From** Jul 11, 2010  **To** Jul 16, 2010         **Reimbursement Amt** 12.00 USD

**Report name** Deposition of Jack Lemley

### Expense Report Information :

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 0 | InterAction report filed and submitted to Marketing | No |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Your Expense Report will be sent to the following approver(s):**

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Country | Spent Amt | Approver |
|---|---|---|---|---|
| | | No receipts required | | |

**Short Term Copier**
9590 Lynn Buff Court
Laurel, MD 20723
Ph: (301) 617-9696
Fax: (301) 617-0121



# Invoice 465

| Job #: | 1285-1 |

| INVOICE TO: | | DELIVERY ADDRESS: | | | |
|---|---|---|---|---|---|

**Order Status:** Confirmed Order
**Sales Person:** Erin M. Phillips

Sedgwick Detert Moran & Arnold
1 Market Street
San Francisco, CA

Hyatt Regency Tampa
211 N Tampa Street
Tampa, FL 33602

| | | | | **PO:** | |
| **ATTENTION:** | Ed Jackson | **JOB SITE:** | Hyatt Regency Tampa | **CUSTOMER #:** | |
| **PHONE:** | (415) 627-3573 | **ROOM:** | | **TERMS:** | In Advance |
| **FAX:** | | **CONTACT:** | Shannon Springer | | |
| **EMAIL:** | | **PHONE:** | (813) 222-4909 | | |

| **ORDER DATE & TIME:** | **Delivery DATE & TIME:** | **Pick Up DATE & TIME:** | **DELIVERY VIA:** |
|---|---|---|---|
| FEB 29 12 1:34PM | MAR 7 12 | APR 7 12 | |

## JOB DESCRIPTION:    Color Copier Tampa - Monthly

| Quantity | Description | Duration | Unit Price | Total |
|---|---|---|---|---|
| **RENTAL** | | | | |
| 1 | Color Copier 45/50PPM | 1.00  Month(s) | 1,675.00 | 1675.00 |
| | Allowance: 10,000 BW with charge of .04 in excess | | | |
| | 2500 Color with .15 in excess | | | |
| **LABOR** | | | | |
| **MAR 7 12** | | | | |
| 1 | IT Tech-Networking | 1.00  Hour(s) | 195.00 | 195.00 |

| | Delivery/Pickup | **$ 300.00** |
|---|---|---|
| | Subtotal: | **$ 2,170.00** |
| | Total Invoice: | **$ 2,170.00** |
| | Less Payments: | **$ ( 0.00 )** |
| | **TOTAL AMOUNT DUE:** | **$ 2,170.00** |

**Short Term Copier Rental**
**PO Box 102**
**Highland, MD 20777**
**Ph: (301) 617-9696**
**Fax: (301) 617-0121**



# Invoice 570

**Job #:  1285-2**

| INVOICE TO: | DELIVERY ADDRESS: | |
|---|---|---|
| | | **Order Status:** Confirmed Order |
| Sedgwick Detert Moran & Arnold | Hyatt Regency Tampa | **Sales Person:** Erin M. Phillips |
| 1 Market Street | 211 N Tampa Street | |
| San Francisco, CA | Tampa, FL 33602 | |

| | | | |
|---|---|---|---|
| **ATTENTION:** Ed Jackson | **JOB SITE:** | Hyatt Regency Tampa | **PO:** |
| **PHONE:** (415) 627-3573 | **ROOM:** | | **CUSTOMER #:** |
| **FAX:** | **CONTACT:** | Shannon Springer | **TERMS:** In Advance |
| **EMAIL:** | **PHONE:** | (813) 222-4909 | |

| ORDER DATE & TIME: | Delivery DATE & TIME: | Pick Up DATE & TIME: | DELIVERY VIA: |
|---|---|---|---|
| APR 11 12 3:53PM | APR 6 12 | APR 12 12 | |

## JOB DESCRIPTION:    Color Copier Tampa - Final

| Quantity | Description | Duration | Unit Price | Total |
|---|---|---|---|---|
| **RENTAL** | | | | |
| 1 | Color Copier 45/50PPM | 1.00  Month(s) | 500.00 | 500.00 |
| | Allowance: 10,000 BW with charge of .04 in excess | | | |
| | 2500 Color with .15 in excess | | | |
| 1 | BW Overages - 18,993 less 10K Allowance = 8993 x .04 | 1.00  Week(s) | 359.72 | 359.72 |
| 1 | Color Overages - 5572 less 2500 Allowance = 3072 x .15 | 1.00  Week(s) | 460.80 | 460.80 |

| | |
|---|---|
| Subtotal: | $ 1,320.52 |
| Total Invoice: | $ 1,320.52 |
| Less Payments: | $ ( 0.00 ) |
| **TOTAL AMOUNT DUE:** | **$ 1,320.52** |