UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER,

       Plaintiff,

vs.                                   Case No. 8:08-cv-2446-T-27TBM

HDR ENGINEERING, Inc.,

       Defendant.

_____/

## ORDER

**BEFORE THE COURT** is HDR's motion for leave to file reply (Dkt. 665), to which TBW

has responded in opposition (Dkt. 667). The motion is GRANTED *in part*, to the extent that HDR

may file a 10 page reply within 14 days of this order. The reply shall be limited to addressing the

specific issues raised in TBW's response. While HDR expresses an intent to file supplemental

exhibits and affidavits, it has not explained why any additional evidence is needed, other than to state

that TBW made several "incorrect factual statements." Any further evidence submitted by HDR shall

be limited to short affidavits which address these assertions. The motion is denied in all other

respects.

**DONE AND ORDERED** this _23rd_ day of July, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record