UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY WATER, a regional water
supply authority,

        Plaintiff,

v.                                        Case No.: 8:08-cv-02446-JDW-TBM

HDR ENGINEERING, INC.,

        Defendant.
_____/

**SECOND SUPPLEMENTAL EVIDENCE IN SUPPORT
OF HDR'S BILL OF COSTS [Dkt. 642],
MOTION FOR COSTS [Dkt. 643] AND
MOTION FOR ATTORNEY'S FEES, NONTAXABLE COSTS
AND EXPENSES OF SUIT [Dkt. 644]**

Defendant HDR Engineering, Inc. files this Second Supplemental Evidence in support of its Bill of Costs [Dkt. 642], Motion for Costs [Dkt. 643] and Motion for Attorney's Fees, Nontaxable Costs and Expenses of Suit [Dkt. 644].

**SUPPLEMENTAL ATTORNEY'S FEES, COSTS AND EXPENSES OF SUIT**

1. On June 4, 2012, HDR filed evidence supporting its claim for approximately $21.8 million in attorney's fees, costs and expenses of suit [Dkt. 653]. That evidence represented fees, costs and expenses incurred through April 2012. Work continued after April, however, and on June 24 HDR filed its (First) Supplemental Evidence documenting approximately another $232,000 of fees, costs and expenses.

2. By this supplementation, HDR seeks an additional $340,526 in fees, costs and expenses incurred since June 24. This is for work consisting of the following major activities:

---

**SECOND SUPPLEMENTAL EVIDENCE IN SUPPORT OF HDR'S BILL OF COSTS AND MOTIONS
FOR ATTORNEY'S FEES, COSTS & EXPENSES OF SUIT** – Page 1

- Receiving, reviewing and analyzing TBW's Responses to HDR's motions for costs and for attorneys' fees, nontaxable costs and expenses of suit [Dkts. 659 - 662].

- Preparing and filing HDR's Contested Motion for Leave to File Reply Brief in support of its motions for costs and fees [Dkt. 665]

- Preparing and filing HDR's Reply Brief in support of its motions for costs and fees, including supporting declarations from Wayne B. Mason and Benjamin H. Hill, III [Dkt. 672]

- Preparing a confidential mediation position paper

- Preparing for and attending court-ordered mediation of HDR's motions for costs and fees, including preparation of related documents, such as draft settlement agreements as directed by the mediator

- Preparation of HDR's Second Supplemental Evidence in support of its motions for costs and fees

- Preparation for response to TBW's planned appeal

- Conferences with client regarding all of the above activities

3. This supplemental filing seeks fees, costs and expenses incurred since HDR's June 24 Supplementation and brings the total amount of HDR's claim as of the present time to approximately $22.35 million. Details of this supplemental request are provided below.

4. HDR's costs are continuing, and HDR will file additional supplemental evidence at appropriate times or as directed by the Court.

**SUPPLEMENTAL ATTORNEY'S FEES (POST-JUNE 24)**

5. Since the June 24 Supplementation, HDR has incurred approximately $173,737 in additional attorney's fees (excluding law firm expenses, which are listed below in the section on costs and expenses of suit), broken down as follows:

| Law Firm Attorney's Fees | Total as of June 24 Supp. | August 31 Supplement | Grand Totals |
|---|---|---|---|
| **Sedgwick** | $ 8,300,276.00 | $ 162,200.00 | $ 8,462,476.00 |
| **Forizs & Dogali** | $ 2,000,278.00 | $ 11,537.50 | $ 2,011,815.50 |
| **Total** | $ 10,300,554.00 | $ 173,737.50 | $ 10,474,291.50 |

### SUPPLEMENTAL COSTS AND EXPENSES OF SUIT (POST-JUNE 24)

6. In addition to attorney's fees, HDR incurred costs and expenses of suit totaling approximately $167,000 since its June 24 Supplementation.

7. The largest component of those additional costs was $132,300 for maintenance of the electronic evidence database by Equivalent Data, HDR's ESI vendor, plus $1,770 from Digital Discovery for storage of electronic evidence. As noted in HDR's June 24 Supplementation, maintenance of the electronic evidence database has been a continuing expense because of the need to have access to the database for activities such as responding to TBW's Motion for New Trial and supplemental briefing and declarations regarding HDR's motions for fees and costs. With the case moving into the appellate stage, HDR will deactivate the database and transfer the data to "cold storage" at a reduced expense.

8. The other expenses were for (a) services by HDR's testifying experts (particularly Mr. Benjamin Hill) in preparing their declarations and invoices in support of HDR's motions for fees, costs and expenses, (b) costs of the court-ordered mediation of HDR's motions for fees, costs and expenses, (c) law firm expenses, and (d) costs of producing courtesy copy binders of evidence as requested by the Court [Dkt. 676].

9. HDR's supplemental costs and expenses of suit, including expenses billed on law firm invoices, are broken down as follows:

| Cost and Expense Category | Total as of June 24 Supp. | August 31 Supplement | Grand Totals |
|---|---|---|---|
| Law firm expenses | | | |
| Sedgwick | $ 383,684.16 | $ 3,519.37 | $ 387,203. |
| Forizs & Dogali | $ 137,419.23 | $ 781.20 | $ 138,200. |
| Document production & electronic discovery | $ 3,120,420.91 | $ 134,070.00 | $ 3,254,490. |
| Expert witnesses (testifying)[1] | $ 5,168,541.73 | $ 22,940.15 | $ 5,191,481. |
| Expert witnesses (consulting) | $ 1,610,451.25 | — | $ 1,610,451. |
| Fact witness reimbursement | $ 4,392.50 | — | $ 4,392. |
| Trial consultants | $ 597,805.89 | — | $ 597,805. |
| Jury venue consultants | $ 67,840.48 | — | $ 67,840. |
| Trial graphics | $ 262,527.06 | — | $ 262,527. |
| Depositions and trial transcripts and video | $ 197,592.75 | — | $ 197,592. |
| Mediation fees and expenses | $ 31,897.45 | $ 4,428.00 | $ 36,325. |
| Trial logistics expenses[2] | $ 128,472.57 | $ 1,050.25 | $ 129,522. |
| Process Server | $ 1,125.00 | — | $ 1,125. |
| **Totals** | $ 11,712,170.98 | $ 166,788.97 | $ 11,878,959. |

## SUPPLEMENTAL EVIDENCE

10.   HDR files the following supplemental evidence in support of this request:

---

[1]   Current expenses include invoices from Benjamin H. Hill, III's law firm.

[2]   Current expenses include cost of producing courtesy copy binders of evidentiary materials as requested by the Court.

### ATTORNEY EXPERT AFFIDAVIT

1. Supplemental Declaration of Benjamin H. Hill, III

### ATTORNEY INVOICES[3]

2. Law Firm Invoices – Sedgwick LLP (redacted)

- July 20, 2012     Inv. 1078460     $   58,940.75
- August 10, 2012   Inv. 1081267     $   52,569.01
- August 17, 2012   Inv. 1082391     $   54,209.61

3. Law Firm Invoices – Forizs & Dogali, P.A. (redacted)

- July 12, 2012     Inv. 32960       $   10,452.84
- August 6, 2012    Inv. 33050       $    3,119.88

### TESTIFYING EXPERT INVOICES

4. Invoice of R. Lee Wooten, P.E. (GEI Consultants, Inc.)

- August 2, 2012    Inv. 55555       $      585.00

5. Invoices of Benjamin H. Hill, III (Hill, Ward Henderson)

- July 10, 2012     Inv. 10394132    $    5,083.40
- August 17, 2012   Inv. 10395826    $   17,271.75

### VENDOR INVOICES

6. Equivalent Data

- June 30, 2012     Inv. DAL00167227 $   66,150.00
- July 31, 2012     Inv. DAL00167662 $   66,150.00

7. Digital Discovery

- July 18, 2012     Inv. 869         $    1,770.00

8. iSolutions Digital Litigation Services

- August 27, 2012   Inv. 561         $    1,050.25

9. Conflict Solutions (mediators)

- July 20, 2012     Inv. 72712       $    4,428.00

---

[3] If desired by the Court, unredacted invoices are available for *in camera* review.

**SECOND SUPPLEMENTAL EVIDENCE IN SUPPORT OF HDR'S BILL OF COSTS AND MOTIONS FOR ATTORNEY'S FEES, COSTS & EXPENSES OF SUIT** – Page 5

## CONCLUSION

11. The following table summarizes HDR's request for attorney's fees, costs and expenses of suit through the time of this filing:

### TOTAL LEGAL FEES, COSTS & EXPENSES[4]

| Category | Totals as of June 24 Supp. | August 31 Supplement | Grand Totals |
|---|---|---|---|
| Attorney's Fees | $ 10,300,554.00 | $ 173,737.50 | $ 10,474,291.50 |
| Law Firm Expenses and Direct-Billed Expenses | $ 11,712,170.98 | $ 166,788.97 | $ 11,878,959.95 |
| **Totals** | **$ 22,012,724.98** | **$ 340,526.47** | **$ 22,353,251.45** |

12. HDR's expert witness, Benjamin H. Hill, III, has analyzed HDR's supplemental request and supporting evidence and opined that an appropriate supplemental award under this submission would be $319,569.62, making the total award to HDR $20,876,078.50 at this time. *See* Third Supplemental Declaration of Benjamin H. Hill, III (Exhibit #1 filed herewith). The Court should award HDR an amount between the $20.88 million recommended by Mr. Hill and the $22.35 million submitted by HDR, with provision for continued supplemental awards as additional fees, costs and expenses are incurred.

---

[4] This table includes both taxable and nontaxable costs. The amount of any taxable costs awarded by the Court pursuant to HDR's Bill of Costs [Dkt. 642] and Motion for Costs [Dkt. 643] should be deducted from any costs and expenses awarded under HDR's Motion for Attorney's Fees, Nontaxable Costs and Expenses of Suit [Dkt. 644].

Respectfully submitted,

*s/ DAVID C. KENT*

| | |
|---|---|
| **SEDGWICK LLP** | **FORIZS & DOGALI, P.A.** |
| WAYNE B. MASON, ESQ. | TIMOTHY D. WOODWARD, ESQ. |
| wayne.mason@sedgwicklaw.com | Florida Bar No.: 0486868 |
| KURT W. MEADERS, ESQ. | twoodward@forizs-dogali.com |
| kurt.meaders@ sedgwicklaw.com | JAMES K. HICKMAN, ESQ. |
| DAVID C. KENT, ESQ. | Florida Bar No.: 0893020 |
| david.kent@ sedgwicklaw.com | jhickman@forizs-dogali.com |
| CORI C. STEINMANN | |
| cori.steinmann@sedgwicklaw.com | |
| All Admitted *Pro Hac Vice* | |
| | |
| 1717 Main Street, Suite 5400 | 4301 Anchor Plaza Pkwy., Suite 300 |
| Dallas, TX  75201-7367 | Tampa, FL  33634 |
| Telephone 469-227-8200 | Telephone 813-289-0700 |
| Facsimile 469-227-8004 | Facsimile 813-289-9435 |

**ATTORNEYS FOR HDR ENGINEERING, INC.**

## CERTIFICATE OF SERVICE

The foregoing instrument was electronically filed with the Clerk of Court through the CM/ECF system, which sent notice of electronic filing to all counsel of record on August 31, 2012.

*s/ DAVID C. KENT*
DAVID C. KENT