# EXHIBIT 2

## Law Firm Invoices – Sedgwick
## July 20
## August 10
## August 17

# Invoice
# July 20, 2012



# Sedgwick LLP

HDR, Inc.
8404 Indian Hills Dr.
Omaha, NE 68114

July 20, 2012
Invoice No. 1078460

For Professional Services Through June 30, 2012:

Re:  Our File No.: 10711-000001/WBM
     Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 06/01/12 | W. Mason | 3.40 | Numerous telephone conversations with ▮▮▮ ▮▮▮▮▮▮▮ |
| 06/01/12 | W. Mason | 2.40 | Review numerous fee bills of experts, attorneys and other vendors in support of fee claim |
| 06/01/12 | K. Meaders | 6.50 | Work on and revise response to Motion for New Trial; add transcript calculations; telephone conference with ▮▮▮▮ |
| 06/01/12 | K. Meaders | 3.70 | Work on evidentiary support of attorney fee application and various emails and telephone calls to coordinate same; telephone conference with ▮▮▮▮▮▮ telephone conference with court to determine possibility of hand filing support |
| 06/01/12 | D. Kent | 7.90 | Review and revise affidavit of Wayne Mason in support of HDR's Motion for fees and expenses, including exchange of memoranda with team members and incorporation of suggested revisions from team members concerning same |
| 06/01/12 | D. Kent | 0.40 | Review affidavit of Tim Woodward in support of HDR's Motion for Fees and Costs, including exchange of memoranda with Woodward concerning editorial revisions to same |
| 06/01/12 | D. Kent | 0.60 | Study/analysis of declaration of expert witness |

# Sedgwick LLP

HDR, Inc.                                                                    July 20, 2012
Tampa Bay Water Authority v. HDR, Inc., et al                      Invoice No. 1078460
10711-000001                                                                      Page 2

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Ben Hill in support of HDR's Motion for fees and expenses, including exchange of memoranda with team members and telephone conferences with Dave Luikart and Luikart's office regarding same |
| 06/01/12 | R. Brown | 1.10 | Review and revise summary of recent cases upholding substantial attorneys' fees awards in preparation for including same in filing Monday |
| 06/01/12 | C. Steinmann | 5.20 | Exchange emails with Luikart regarding timing and extent of last minute production by TBW; review and revise ███████ and verify accuracy of invoice costs; exchange emails with Meaders and Kent regarding costs and fees |
| 06/01/12 | G. Fountain | 2.90 | Prepare exhibits to HDR's response to TBW's motion for new trial |
| 06/02/12 | W. Mason | 1.60 | Continue reviewing fee bills to support fee claim |
| 06/02/12 | K. Meaders | 4.40 | Work on evidentiary support for application for attorneys' fees; conference with ███████ to coordinate support for attorneys' fees |
| 06/02/12 | K. Meaders | 1.00 | Work on and revise response to Motion for New Trial |
| 06/02/12 | D. Kent | 7.90 | Review and revise Affidavit of Wayne Mason in support of HDR's Motion for fees and expenses, including telephone conferences with Tim Woodward, Cori Steinmann, Kurt Meaders and exchange of correspondence and memoranda with all of same regarding updated affidavit |
| 06/02/12 | D. Kent | 0.80 | Telephone conference with ███████ |
| 06/02/12 | J. Scott | 2.20 | Research for brief in response to motion for new trial; verify that citations in brief in response to motion for new trial are accurate |
| 06/03/12 | K. Meaders | 2.50 | Work on changes to affidavits in support of application for attorney's fees; telephone conference with ███████ |

135 Main St.  ■  14th Floor  ■  San Francisco, California 94105
Telephone 415.537.3000  ■  Facsimile 415.781.2635  ■  Federal Tax ID 94-1033310  ■  AR@SEDGWICKLAW.COM  ■  WWW.SEDGWICKLAW.COM

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 3

| | | | |
|---|---|---|---|
| | | | ████ review changes to affidavits; revise and provide comments and questions on latest Mason Affidavit |
| 06/03/12 | K. Meaders | 5.20 | Work on and revise Response to Motion for New Trial |
| 06/03/12 | D. Kent | 1.70 | Prepare pleading of evidence in support of HDR's Motion for Costs and Motion for Attorney's Fees, Nontaxable Costs and Expenses of Suit, including exchange of memoranda with team members concerning same |
| 06/03/12 | D. Kent | 1.20 | Review revised Declaration of Ben Hill in support of HDR's Motion for Fees, Costs and Expenses, including exchange of memoranda with team members and with Dave Luikart concerning same |
| 06/03/12 | D. Kent | 3.10 | Review and revise HDR's Response to TBW's Motion for New Trial, including legal research and exchange of memoranda with team members concerning same |
| 06/03/12 | D. Kent | 8.00 | Review and revise Affidavit of Wayne Mason in support of HDR's Motion for fees, costs and expenses, including study/analysis of supporting documents, telephone conferences and exchange of memoranda with team members |
| 06/03/12 | D. Kent | 0.60 | Prepare Memorandum in Support of HDR's Motion for Fees, Costs and Expenses |
| 06/04/12 | K. Meaders | 4.70 | Work on and revise Response to Motion for New Trial, coordination and verification of exhibits; research additional case law and finalize response to Motion for New Trial; prepare for filing of same |
| 06/04/12 | K. Meaders | 0.30 | Email final response to Motion for New Trial to ████████████████ |
| 06/04/12 | K. Meaders | 0.70 | Research issue of voluminous support and options |
| 06/04/12 | K. Meaders | 2.60 | Work on and revise supporting evidence and |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 4

|          |               |       | documentation for application of attorneys' fees, costs and expenses |
|----------|---------------|-------|---|
| 06/04/12 | D. Kent       | 7.00  | Review, revise, finalize and file Memorandum of Law in Support of HDR's Motion for Fees, Costs and Expenses of Suit, including legal research and conference/planning with team members concerning same |
| 06/04/12 | D. Kent       | 4.00  | Review, revise, finalize and file Affidavit of Wayne Mason in Support of HDR's Motion for Fees, Costs and Expenses, including conference/analysis with Mason concerning same |
| 06/04/12 | D. Kent       | 3.00  | Review, analyze and prepare for filing evidence in support of HDR's Motion for Fees, Costs and Expenses, including telephone conferences and exchange of memoranda with Dave Luikart and Tim Woodward and office conferences with Kurt Meaders, Cori Steinmann and Gail Fountain concerning same |
| 06/04/12 | D. Kent       | 1.30  | Review and revise HDR's Response to TBW's Motion for New Trial |
| 06/04/12 | C. Steinmann  | 11.10 | Continue working on evidence in support of Motion for fees; analyze and revise Affidavit of Ben Hill and Affidavit of Wayne Mason; prepare and file Response to Motion for New Trial; prepare and file Evidence in Support of Costs |
| 06/04/12 | G. Fountain   | 3.00  | Assist with exhibits in support of HDR's motion for fees, costs and expenses and exhibits to HDR's response to TBW's motion for new trial |
| 06/05/12 | K. Meaders    | 0.70  | Early morning assistance with filing of evidentiary support; telephone conference with attorneys Steinmann and Kent regarding same |
| 06/05/12 | K. Meaders    | 2.70  | Research into possible notice of filing; motion for relief and affect of technical difficulties with court electronic filing system; research ECF website for procedures to remedy issue with electronic file being rejected by system |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 5

| 06/05/12 | K. Meaders | 0.20 | Telephone conference with attorney Kent regarding remedy and motion |
| 06/05/12 | K. Meaders | 0.30 | Telephone conference with attorney Mason regarding suggested remedy |
| 06/05/12 | K. Meaders | 0.30 | Certificate of Conference call to opposing counsel and obtain agreement and no objections to post midnight filing of materials |
| 06/05/12 | K. Meaders | 0.30 | Telephone conference with attorneys Mason and Kent on agreement and motion to file |
| 06/05/12 | D. Kent | 3.20 | Prepare HDR's Unopposed Motion to Accept Materials as Timely Filed, including exchange of memoranda with team members concerning same |
| 06/05/12 | D. Kent | 3.50 | Legal Research regarding effect of late filing due to technical failures of court clerk's electronic filing system |
| 06/05/12 | D. Kent | 0.50 | Analysis and planning with team members regarding course of action for obtaining relief from technical failures of court clerk's electronic filing system |
| 06/05/12 | C. Steinmann | 6.30 | Continue preparing and filing Evidence in Support of Motion for Fees; prepare Affidavit regarding filing errors; prepare and file Motion regarding timely exhibits |
| 06/06/12 | K. Meaders | 0.50 | Review and analysis of May prebills for purposes of redaction for supplementation of Fee Request |
| 06/06/12 | D. Kent | 2.90 | Study/analysis of law firm expense records for comparison and reconciliation with amounts contained in Request for Fees, Costs and Expenses of Suit |
| 06/06/12 | D. Kent | 0.20 | Study/analysis of correspondence from HDR ███████████████████████ |
| 06/06/12 | D. Kent | 1.20 | Review, revise and update spreadsheet of fees, costs and expenses for use in support of HDR's Motion for Fees, Costs and Expenses, including preparation of chart for Supplemental Motion |

# Sedgwick LLP

| 06/07/12 | D. Kent | 0.80 | Legal research regarding ███████████ |
| 06/07/12 | D. Kent | 0.70 | Legal research regarding ███████████ |
| 06/07/12 | D. Kent | 0.20 | Exchange correspondence with Dave Luikart regarding affidavits and legal memorandum in support of HDR's Motion for Fees, Costs and Expenses of Suit |
| 06/11/12 | K. Meaders | 1.10 | Office conference with attorney Mason requesting an update on status to be provided to HDR; draft and provide an update on status of post trial motions, appeals, attorney fees, costs and expenses |
| 06/11/12 | D. Kent | 0.60 | Legal research ███████████ |
| 06/11/12 | D. Kent | 0.70 | Prepare memoranda regarding appellate disposition timetables within 11th Circuit, including telephone conference with Court Clerk, online research and exchange of memoranda with team members concerning same |
| 06/11/12 | D. Kent | 1.00 | Review and revise case evaluation report regarding TBW's Motion for New Trial, HDR's Motion for Costs and Motion for Fees, Nontaxable Costs and Expenses of Suit, potential appeal by TBW and time lines for disposition of same |
| 06/11/12 | C. Steinmann | 1.10 | Review email from accounting and David Kent ███████████ |
| 06/12/12 | K. Meaders | 1.00 | Work on issues regarding supplementing Motion for Fees; emails to attorneys Kent and Mason regarding timing of update; begin process of collecting updated data for fee supplementation |
| 06/12/12 | D. Kent | 1.20 | Prepare supplemental request for attorneys fees, |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 7

costs and expenses, including exchange of correspondence ████████████████ ██████████ regarding submission of supplemental invoices and analysis and planning with team members and local counsel regarding filing of supplemental request

| 06/18/12 | K. Meaders | 0.30 | Receipt and review of email ████████ ████████ |
| 06/18/12 | K. Meaders | 0.30 | Supplementation of new invoices for request for fees and expenses |
| 06/18/12 | D. Kent | 0.50 | Prepare supplemental request for fees and expenses, including exchange of memoranda with team members and study/analysis of correspondence and invoices from expert witnesses and vendors related to same |
| 06/19/12 | K. Meaders | 0.50 | Work on supplementation of request for fees and expenses |
| 06/19/12 | D. Kent | 0.20 | Study/analysis of ████████████████ exchange of memoranda with team members concerning same |
| 06/19/12 | D. Kent | 0.20 | Telephone conference with Dave Luikart's office regarding supplemental declaration by Ben Hill |
| 06/19/12 | D. Kent | 0.20 | Prepare memoranda to team members regarding █████████████████████████████ |
| 06/19/12 | D. Kent | 0.50 | Study/analysis of ████████████ including exchange of memoranda with team members concerning same |
| 06/19/12 | D. Kent | 0.20 | Telephone conference with local counsel Tim Woodward regarding supplemental evidence in support of HDR's motion for attorney's fees, costs and expenses of suit |
| 06/19/12 | D. Kent | 2.40 | Prepare pleading of Supplemental Evidence in Support of HDR's Motion for Attorney's Fees, Costs and Expenses of Suit, including study/analysis of supporting evidence, |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 8

|            |               |      | comparison of redacted to unredacted documents, logistical planning for finalizing and filing same, and exchange of memoranda with team members concerning same |
|------------|---------------|------|---|
| 06/19/12   | C. Steinmann  | 1.00 | Redact Sedgwick invoices and receipts |
| 06/20/12   | K. Meaders    | 0.80 | Receipt and review of TBW Response to Open Records Act regarding fees and expenses; review comments on same; email to ███████ ██████████ |
| 06/20/12   | K. Meaders    | 0.60 | Supplementation of May /June time and expenses to fees and expense request; review of invoices to submit |
| 06/20/12   | K. Meaders    | 0.30 | Analysis and consideration of ██████████ ██████████ |
| 06/20/12   | D. Kent       | 1.00 | Review and revise Supplemental Evidence in support of HDR's Motion for fees, costs and expenses, including study/analysis of supporting invoices and exchange of memoranda with team members concerning same |
| 06/20/12   | C. Steinmann  | 2.00 | Redact Sedgwick invoices and receipts, review expert invoices, review F&D invoices and correspond with Dave Luikart regarding the same |
| 06/21/12   | K. Meaders    | 0.40 | Receipt, review and revise Supplemental Evidence in support of recent costs |
| 06/21/12   | D. Kent       | 0.20 | Analysis and planning with team members regarding ██████████ ██████████ |
| 06/21/12   | D. Kent       | 0.20 | Telephone conferences with Dave Luikart's office regarding supplemental declaration from Ben Hill |
| 06/21/12   | D. Kent       | 3.10 | Review and revise Supplemental Evidence in Support of HDR's Motion for attorney's fees, costs and expenses of suit, including legal research concerning elements of claim, review of supporting evidence, and exchange of |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 9

| | | | memoranda with team members concerning same |
|---|---|---|---|
| 06/21/12 | C. Steinmann | 0.60 | Review invoices and correspond with Kent and Meaders regarding the same |
| 06/22/12 | K. Meaders | 0.50 | Receipt and review of supplementation documents on motion for attorney fees and costs |
| 06/22/12 | D. Kent | 0.40 | Telephone conferences with Ben Hill regarding supplemental declaration in support of HDR's motions for costs, fees and expenses, including exchange of memoranda with team members concerning same |
| 06/22/12 | D. Kent | 0.20 | Telephone conference with Dave Luikart concerning Ben Hill's Supplemental Declaration in support of HDR's Motion for Costs and Motion for Attorney's Fees, Nontaxable Costs and Expenses of Suit, including follow-up correspondence to Luikart concerning same |
| 06/22/12 | D. Kent | 0.90 | Review and Revise HDR's Supplemental Evidence in Support of HDR's motions for taxable costs, attorney's fees, nontaxable costs and expenses of suit, including exchange of memoranda with team members concerning same |
| 06/22/12 | G. Fountain | 0.40 | Review witness Jon Kennedy's trial testimony to determine amount TBW paid Black & Veatch for its post-crack investigation work |
| 06/25/12 | K. Meaders | 0.50 | Work with attorney Kent on Supplemental Evidence and filings |
| 06/25/12 | D. Kent | 0.30 | Study/analysis of Supplemental Declaration of Ben Hill in support of HDR's Motion for Fee's, Costs and Expenses of Suit, including exchange of memoranda with Dave Luikart concerning same |
| 06/25/12 | D. Kent | 1.30 | Legal research regarding ███████████ |
| 06/25/12 | D. Kent | 2.30 | Review, revise and finalize for filing Supplemental Evidence in Support of HDR's Motion for Fee's, Costs and Expenses of Suit, |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 10

|  |  |  | including exchange of memoranda with team members concerning same |
|---|---|---|---|
| 06/25/12 | C. Steinmann | 0.70 | Review supplemental motion for expenses and exhibits |

|  |  |
|---|---|
| Total Hours | 166.20 |
| **Total Fee Amount** | **$57,416.50** |

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 7.40 | 455.00 | $3,367.00 |
| K. Meaders | 42.90 | 330.00 | 14,157.00 |
| D. Kent | 78.30 | 395.00 | 30,928.50 |
| R. Brown | 1.10 | 265.00 | 291.50 |
| J. Scott | 2.20 | 240.00 | 528.00 |
| C. Steinmann | 28.00 | 265.00 | 7,420.00 |
| G. Fountain | 6.30 | 115.00 | 724.50 |
| Total | **166.20** | | **$57,416.50** |

**Disbursements:**

| | | | |
|---|---|---|---|
| 05/30/12 | Westlaw | | 538.38 |
| 06/01/12 | Telephone TAMPA | FL (181)322-2850 | 0.16 |
| 06/01/12 | Telephone TAMPA | FL (181)322-2850 | 0.32 |
| 06/01/12 | Lexis | | 0.01 |
| 06/01/12 | Lexis | | 0.19 |
| 06/01/12 | Lexis | | 0.79 |
| 06/01/12 | Lexis | | 3.81 |
| 06/01/12 | Lexis | | 1.97 |
| 06/01/12 | Lexis | | 11.44 |
| 06/01/12 | Westlaw | | 48.94 |
| 06/01/12 | Westlaw | | 25.94 |
| 06/02/12 | Telephone TAMPA | FL (181)322-2850 | 0.16 |
| 06/02/12 | Telephone TAMPA | FL (181)378-6619 | 0.48 |
| 06/02/12 | Telephone TAMPA | FL (181)322-2850 | 0.40 |
| 06/02/12 | Westlaw | | 91.58 |
| 06/03/12 | Telephone TAMPA | FL (181)322-7842 | 1.28 |
| 06/03/12 | Telephone TAMPA | FL (181)378-6619 | 0.24 |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

July 20, 2012
Invoice No. 1078460
Page 11

| | | | |
|---|---|---|---|
| 06/03/12 | Telephone TAMPA | FL (181)328-9070 | 0.08 |
| 06/03/12 | Lexis | | 0.69 |
| 06/03/12 | Lexis | | 1.96 |
| 06/03/12 | Lexis | | 26.66 |
| 06/03/12 | Lexis | | 5.85 |
| 06/03/12 | Lexis | | 28.08 |
| 06/04/12 | Telephone TAMPA | FL (181)328-9070 | 0.24 |
| 06/04/12 | Telephone TAMPA | FL (181)328-9070 | 0.24 |
| 06/04/12 | Telephone TAMPA | FL (181)322-2850 | 0.24 |
| 06/04/12 | Telephone TAMPA | FL (181)328-9070 | 0.16 |
| 06/04/12 | Lexis | | 1.97 |
| 06/04/12 | Lexis | | 0.33 |
| 06/04/12 | Lexis | | 8.87 |
| 06/04/12 | Lexis | | 15.27 |
| 06/04/12 | Lexis | | 4.59 |
| 06/04/12 | Westlaw | | 84.82 |
| 06/04/12 | Photocopy (33 @ $0.15) | | 4.95 |
| 06/04/12 | Photocopy (160 @ $0.15) | | 24.00 |
| 06/04/12 | Photocopy (120 @ $0.15) | | 18.00 |
| 06/04/12 | Photocopy (160 @ $0.15) | | 24.00 |
| 06/04/12 | Photocopy (86 @ $0.15) | | 12.90 |
| 06/04/12 | Photocopy (137 @ $0.15) | | 20.55 |
| 06/04/12 | Photocopy (86 @ $0.15) | | 12.90 |
| 06/04/12 | Photocopy (101 @ $0.15) | | 15.15 |
| 06/04/12 | Photocopy (3 @ $0.15) | | 0.45 |
| 06/05/12 | Lexis | | 19.06 |
| 06/05/12 | Lexis | | 4.81 |
| 06/05/12 | Lexis | | 4.81 |
| 06/05/12 | Lexis | | 12.74 |
| 06/05/12 | Lexis | | 34.96 |
| 06/05/12 | Lexis | | 0.03 |
| 06/05/12 | Lexis | | 8.91 |
| 06/05/12 | Lexis | | 11.82 |
| 06/05/12 | Lexis | | 66.11 |
| 06/05/12 | Lexis | | 3.81 |
| 06/05/12 | Lexis | | 64.82 |
| 06/05/12 | Lexis | | 39.67 |
| 06/05/12 | Lexis | | 0.14 |
| 06/05/12 | Westlaw | | 97.15 |
| 06/07/12 | Telephone OMAHA | NE (140)239-9130 | 0.16 |



HDR, Inc.                                                July 20, 2012
Tampa Bay Water Authority v. HDR, Inc., et al            Invoice No. 1078460
10711-000001                                             Page 12

| | | |
|---|---|---:|
| 06/07/12 | Research Fees Kent, David, C. / DA | 85.00 |
| 06/11/12 | Telephone ATLANTA    GA (140)433-5610 | 1.04 |
| 06/11/12 | Lexis | 0.01 |
| 06/11/12 | Lexis | 2.62 |
| 06/11/12 | Lexis | 19.75 |
| 06/11/12 | Lexis | 6.36 |
| 06/20/12 | Photocopy (1 @ $0.15) | 0.15 |
| 06/21/12 | Telephone TAMPA    FL (181)322-2850 | 0.16 |
| 06/22/12 | Telephone TAMPA    FL (181)322-0009 | 0.80 |
| 06/22/12 | Telephone TAMPA    FL (181)322-2850 | 0.16 |
| 06/25/12 | Telephone TAMPA    FL (181)322-2850 | 0.16 |

**Total Disbursements**     **$1,524.25**

**Total Due**     **$58,940.75**

Balance Due and Payable Within Thirty Days of Receipt

| **Remittance Address** | **Wire Transfer/ACH Payments** | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Invoice
# August 10, 2012



**Sedgwick** LLP

HDR, Inc.
8404 Indian Hills Dr.
Omaha, NE 68114

August 10, 2012
Invoice No. 1081267

For Professional Services Through July 31, 2012:

Re:  Our File No.: 10711-000001/WBM
     Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/02/12 | K. Meaders | 1.90 | Receipt and review of Plaintiff's response to Motion for Costs; download and supply Response ▮▮▮▮▮▮ |
| 07/02/12 | K. Meaders | 2.20 | Receipt and review of Plaintiff's response and affidavits in responses to Motion for Fees; ▮▮▮▮▮▮ |
| 07/03/12 | K. Meaders | 1.00 | Review of Response to Motion for Costs and outline argument in reply; review local rules regarding ability to file replies |
| 07/03/12 | D. Kent | 1.50 | Study/analysis of TBW's Response (with supporting affidavits and exhibits) to HDR's Motion for Costs and Motion for Attorney's Fees, Nontaxable Costs and Expenses of Suit, including analysis and planning with team member concerning response to same |
| 07/05/12 | K. Meaders | 1.80 | Review TBW's response regarding bill of costs and outline potential reply points; telephone conference ▮▮▮▮▮▮ email to ▮▮▮▮▮▮ |
| 07/05/12 | D. Kent | 0.40 | Analysis and planning with team member regarding Motion for Leave to File Reply Brief in support of motions for costs and attorney fees |

# Sedgwick LLP

HDR, Inc.                                                                                   August 10, 2012
Tampa Bay Water Authority v. HDR, Inc., et al                              Invoice No. 1081267
10711-000001                                                                                          Page 2

| | | | |
|---|---|---|---|
| 07/06/12 | K. Meaders | 0.60 | Review Plaintiff's response regarding Bill of Costs; rought outline of potential reply points |
| 07/06/12 | K. Meaders | 0.20 | Emails to ███████ regarding discussion for potential reply |
| 07/09/12 | W. Mason | 2.80 | Receive and review plaintiff's opposition to HDR's attorney fee request and supporting documents |
| 07/09/12 | W. Mason | 0.30 | Intrafirm conference with Kurt Meaders regarding Reply to plaintiff's opposition to attorney fee request |
| 07/09/12 | K. Meaders | 0.80 | Telephone conference with ████████ ███████ on potential Motion for Leave to file a Reply |
| 07/09/12 | K. Meaders | 0.50 | Office conference with attorney Steinmann regarding Bill of Cost and potential reply |
| 07/09/12 | K. Meaders | 1.20 | Draft bullet point list of reply points and email to all counsel |
| 07/09/12 | K. Meaders | 0.30 | Email to ████████ |
| 07/09/12 | K. Meaders | 0.30 | Office conference with attorney Mason regarding Motion for Leave |
| 07/09/12 | K. Meaders | 0.30 | Emails regarding ████████ |
| 07/09/12 | D. Kent | 0.70 | Prepare for and participate in conference call with ████████ |
| 07/09/12 | D. Kent | 0.20 | Exchange memoranda with team members concerning Motion for Leave to File Reply Brief in support of motions for costs and fees and potential arguments and evidence to include in Reply Brief |
| 07/09/12 | D. Kent | 0.20 | Exchange memoranda and correspondence with ████████ |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 3

| 07/09/12 | C. Steinmann | 10.30 | Research case law regarding ███████ ███████████ review Plaintiff's Motion and prepare list of points to be challenged on reply; conference call with █████████████ regarding Reply; exchange correspondence with Meaders regarding Motion for Leave and topics for Reply |
|---|---|---|---|
| 07/09/12 | G. Fountain | 1.50 | Work on and assistance with factual support for Potential Motion for Leave to file a Reply regarding fees and costs, ██████████ |
| 07/10/12 | W. Mason | 2.10 | Continue reviewing briefing and multiple Intrafirm conferences regarding Reply |
| 07/10/12 | K. Meaders | 0.60 | Revise Motion for Leave and bullet point list of issues |
| 07/10/12 | D. Kent | 0.40 | Exchange memoranda with team members and ████████████████████concerning Motion for Leave to File Reply Brief in support of Motions for Fees and Costs and regarding potential arguments and evidence to use in Reply Brief |
| 07/10/12 | C. Steinmann | 5.00 | Prepare Motion for Leave and identify topics to address in Reply |
| 07/10/12 | G. Fountain | 2.00 | Continue to work on and assistance with factual support for Potential Motion for Leave to file a Reply regarding fees and costs, ████████ |
| 07/11/12 | W. Mason | 0.80 | Conference call with ████████████████████ |
| 07/11/12 | W. Mason | 0.40 | Intrafirm conference with Kurt Meaders regarding ████████████ |
| 07/11/12 | K. Meaders | 1.90 | Telephone conference with attorney Mason and revisions to Motion for Leave; emails with attorney Harrison regarding Motion for Leave |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 4

| 07/11/12 | K. Meaders | 0.50 | Additional points for Motion for Leave |
| 07/11/12 | K. Meaders | 0.70 | Telephone conference with ████████ ██████████ |
| 07/11/12 | D. Kent | 1.00 | Review and revise Motion for Leave to File Reply Brief, including exchange of memoranda with team members and legal research concerning same |
| 07/12/12 | W. Mason | 0.30 | Review and revise motion for leave to file reply |
| 07/12/12 | W. Mason | 0.20 | Intrafirm conference with Kurt Meaders regarding changes to Reply |
| 07/12/12 | K. Meaders | 1.30 | Revise Motion for Leave to reply to fees and costs issues |
| 07/12/12 | K. Meaders | 1.00 | ████████████████████ |
| 07/12/12 | K. Meaders | 0.70 | Telephone conferences with ████████ regarding issues to raise in Motion for Leave and Reply |
| 07/12/12 | K. Meaders | 0.70 | Gather additional materials to prepare for possible reply and evidence within prior exhibits which should be referenced in reply |
| 07/12/12 | K. Meaders | 0.40 | Receipt and review of Order to mediation and Harrison's email regarding mediation and respond to same |
| 07/12/12 | D. Kent | 0.30 | Review and revise Motion for Leave to File Reply Brief in support of motions for fees and costs, including exchange of memoranda with team members concerning same |
| 07/12/12 | D. Kent | 0.20 | Exchange memoranda with team members concerning ████████████████████ |
| 07/12/12 | C. Steinmann | 0.80 | Review and revise Motion for Leave |
| 07/13/12 | W. Mason | 0.30 | Telephone conference with ████████ regarding ████████████████████ |



| 07/13/12 | W. Mason | 0.30 | Intrafirm conference regarding mediation |
| 07/13/12 | W. Mason | 0.20 | Telephone call to plaintiff's counsel regarding mediation |
| 07/13/12 | K. Meaders | 0.50 | Telephone conference with ▮▮▮▮ regarding ▮▮▮▮ |
| 07/13/12 | K. Meaders | 0.90 | Obtain information and research ▮▮▮▮ and prepare outline ▮▮▮▮ |
| 07/13/12 | K. Meaders | 0.70 | Obtained and research information on ▮▮▮▮ |
| 07/13/12 | L. Smith | 1.00 | Emails with ▮▮▮▮ |
| 07/13/12 | R. Weill | 0.50 | Analysis of the approximate length of the appeal as well as the deadlines for filing the notice of appeal, the initial brief, the answer brief, and the reply brief after reviewing the Federal Rules of Appellate Procedure, the 11th Circuit Local Rules, and the 11th Circuit's internal operating rules |
| 07/16/12 | W. Mason | 0.30 | Telephone call with Richard Harrison regarding mediation expectations |
| 07/16/12 | W. Mason | 0.30 | Conference call with ▮▮▮▮ |
| 07/16/12 | W. Mason | 0.30 | Telephone conference with Kurt Meaders regarding mediation |
| 07/16/12 | K. Meaders | 0.50 | Work on research and ▮▮▮▮ |
| 07/16/12 | K. Meaders | 1.00 | Telephone conference with attorney Mason regarding ▮▮▮▮ telephone conference with mediators Peter Grilli and Neal Sivyer regarding mediating and |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 6

| | | | |
|---|---|---|---|
| | | | scheduling |
| 07/16/12 | K. Meaders | 0.60 | ██████████████ |
| 07/16/12 | K. Meaders | 0.40 | Telephone conferences ████ |
| 07/16/12 | K. Meaders | 0.40 | Telephone conference with mediator Coughlan's office regarding potential for mediation |
| 07/16/12 | K. Meaders | 0.50 | Telephone conference with ████ |
| 07/16/12 | K. Meaders | 0.50 | Telephone conference with ████ |
| 07/16/12 | K. Meaders | 0.70 | Various emails with Richard Harrison w/r/t difficulties in scheduling mediation and attempts to work into court's schedule |
| 07/17/12 | K. Meaders | 3.60 | Work on determining availability ████ |
| 07/17/12 | K. Meaders | 1.40 | Emails with Conflict Solutions regarding potential mediation; email to attorney Mason regarding mediator conflicts and possible resolution; telephone conferences with Conflict Solutions regarding potential mediation; emails to internal representatives regarding using Coughlan as mediation; emails to Richard Harrison regarding using Coughlan for mediation; confirm mediation date, time and |

135 Main St. ■ 14th Floor ■ San Francisco, California 94105
Telephone 415.537.3000 ■ Facsimile 415.781.2635 ■ Federal Tax ID 94-1033310 ■ AR@SEDGWICKLAW.COM ■ WWW.SEDGWICKLAW.COM



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 7

|  |  |  |  |
|---|---|---|---|
|  |  |  | location with Coughlan |
| 07/17/12 | K. Meaders | 0.30 | Telephone conference with ███████ |
| 07/17/12 | D. Kent | 0.20 | Exchange memoranda with team member concerning ███████ |
| 07/18/12 | K. Meaders | 0.30 | Work with and emails with mediator's office to confirm scheduling and location |
| 07/18/12 | K. Meaders | 1.00 | Receipt and review ███████ |
| 07/19/12 | W. Mason | 0.30 | Intrafirm conference with Vance Wittie regarding appeal and strategy in preparation for same |
| 07/19/12 | W. Mason | 0.30 | Intrafirm conference with Kurt Meaders regarding mediation |
| 07/19/12 | K. Meaders | 1.00 | Recommendation email to ███████ |
| 07/19/12 | K. Meaders | 1.20 | Office conference with attorney Mason regarding preparation for mediation; office conference with attorney Steinmann regarding preparing Mediation Statement; rough draft of Mediation Statement issues |
| 07/20/12 | K. Meaders | 0.30 | Mediation planning and emails with mediator's office |
| 07/20/12 | K. Meaders | 0.80 | Rough outline of issues for mediation position statement |
| 07/23/12 | K. Meaders | 0.40 | Receipt and review of TBW's Request to HDR's Motion for Leave to Reply to Response regarding fees and cost motions |
| 07/23/12 | K. Meaders | 0.60 | Draft outline of Mediation Position Statement |
| 07/23/12 | S. Wittie | 1.00 | Prepare for Eleventh Circuit appeal, attention to formal requirements |


**Sedgwick** LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 8

| 07/23/12 | C. Steinmann | 3.20 | Review TBW's Response regarding Reply, continue working on mediation paper; respond to requests regarding expert fees and costs |
| 07/24/12 | K. Meaders | 1.00 | Receipt and review Order allowing reply; telephone conference with attorney Mason ███████████████████ |
| 07/24/12 | K. Meaders | 0.30 | Office conference with attorney Steinmann regarding assistance needed on Reply and Mediation Position Statement |
| 07/24/12 | K. Meaders | 0.50 | Outline of Mediation Position Statement |
| 07/24/12 | K. Meaders | 0.30 | Telephone conference with mediator's office regarding mediation details |
| 07/24/12 | K. Meaders | 0.30 | Receipt and review of Mediation Agreement; email attorney Mason regarding briefing request |
| 07/24/12 | K. Meaders | 0.20 | Telephone conference with ███████████ |
| 07/24/12 | K. Meaders | 1.70 | Begin rough draft of Reply |
| 07/24/12 | D. Kent | 0.30 | Analysis and planning and exchange memoranda with team member concerning preparation of Reply Brief in Support of Motion for Fees and Costs and supporting affidavits |
| 07/24/12 | C. Steinmann | 3.70 | Begin working on mediator position paper; review order regarding reply |
| 07/25/12 | W. Mason | 0.40 | Conference call with ███████████ |
| 07/25/12 | K. Meaders | 1.20 | Telephone conference with ███████████ |
| 07/25/12 | K. Meaders | 0.20 | Telephone conference with attorney Kent regarding drafting of Reply Brief |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 9

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 07/25/12 | K. Meaders | 0.20 | Telephone conference with attorney Mason regarding ███████████ |
| 07/25/12 | K. Meaders | 0.20 | Telephone conference with mediator's office regarding location issues |
| 07/25/12 | K. Meaders | 0.60 | E-mail correspondence with attorney Steinmann regarding details of research needed for reply briefing |
| 07/25/12 | K. Meaders | 0.90 | Research regarding ███████████ |
| 07/25/12 | K. Meaders | 0.20 | Telephone conference with ███████████ |
| 07/25/12 | K. Meaders | 0.20 | Email correspondence with ███████████ |
| 07/25/12 | K. Meaders | 0.60 | Research ███████████ |
| 07/25/12 | D. Kent | 0.70 | Prepare draft Reply Brief in Support of Motions for Costs and Motion for Fees and Costs |
| 07/25/12 | D. Kent | 0.50 | Exchange memoranda with team members regarding points to research and include in Reply Brief |
| 07/25/12 | D. Kent | 1.20 | Prepare for and participate in conference call with ███████████ regarding Reply Brief in Support of Motion for Costs and Motion for Fees and Costs and regarding supporting affidavits for same, including follow-up conference with Kurt Meaders concerning same |
| 07/26/12 | K. Meaders | 1.00 | Review of ███████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 10

| | | | |
|---|---|---|---|
| | | | same |
| 07/26/12 | K. Meaders | 0.50 | Review ███████████████████ ███████████ |
| 07/26/12 | K. Meaders | 0.70 | Review Chart of Fees in TBW's response for reply |
| 07/26/12 | K. Meaders | 0.70 | Draft of portion of Reply Brief |
| 07/26/12 | K. Meaders | 1.50 | Telephone conferences with ██████ ████████ |
| 07/26/12 | K. Meaders | 0.30 | Receipt and review of email regarding ████████████████████████ |
| 07/26/12 | K. Meaders | 0.40 | Telephone conference with ██████ regarding ███████ |
| 07/26/12 | K. Meaders | 0.50 | Telephone conference with ██████ regarding ████████ |
| 07/26/12 | K. Meaders | 0.20 | Telephone conference with ██████ regarding ████████ |
| 07/26/12 | K. Meaders | 1.00 | Telephone conferences with ██████ regarding ███████ |
| 07/26/12 | K. Meaders | 1.20 | Research ██████████████████ |
| 07/26/12 | D. Kent | 1.60 | Prepare Reply Brief in Support of motions for fees and costs, including exchange of memoranda with team members concerning points and arguments to include in Reply Brief |
| 07/26/12 | C. Steinmann | 5.50 | Continue working with Meaders and Kent regarding Reply; review ██████████████████████████████████████ |
| 07/27/12 | K. Meaders | 0.80 | Review TBW's Responses and Affidavits to ██████████████████████ |

# Sedgwick LLP

HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 11

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/27/12 | K. Meaders | 1.00 | Begin outline of issues to add to ███ ██ |
| 07/27/12 | K. Meaders | 1.30 | Research regarding ████████ ███ |
| 07/27/12 | K. Meaders | 0.40 | Receipt and review of mediation agreement; ████ |
| 07/27/12 | K. Meaders | 0.70 | Telephone conference with ████ ███ |
| 07/27/12 | K. Meaders | 1.30 | Work on initial draft of issues for Reply Brief |
| 07/27/12 | D. Kent | 1.80 | Prepare Reply Brief in Support of Motions for Fees, Costs and Expenses, including analysis and planning with team members, legal research, and review of supporting documents and exhibits |
| 07/27/12 | C. Steinmann | 8.70 | Search web and Lexis for ████ ███ |
| 07/28/12 | K. Meaders | 1.80 | Review and provide comments on ████ |
| 07/28/12 | K. Meaders | 0.20 | Telephone conference with with ████ |
| 07/28/12 | K. Meaders | 0.60 | Review TBW's Response to determine additional issues to cover in Reply |
| 07/28/12 | D. Kent | 0.70 | Review and revise ████ in support of Motions for Fees and Costs, including exchange of memoranda and telephone conferences with team members concerning same |
| 07/29/12 | W. Mason | 0.30 | Telephone conference with ████ |
| 07/30/12 | K. Meaders | 0.40 | Email to attorney Wayne Mason ████ |


# Sedgwick LLP

HDR, Inc.                                                      August 10, 2012
Tampa Bay Water Authority v. HDR, Inc., et al          Invoice No. 1081267
10711-000001                                                       Page 12

| 07/30/12 | K. Meaders | 0.20 | Emails with attorney Mason regarding Reply Brief |
| 07/30/12 | K. Meaders | 0.40 | Telephone conference with █████████████ |
| 07/30/12 | K. Meaders | 0.60 | Review and work on Affidavit in support of Reply |
| 07/30/12 | K. Meaders | 0.30 | Telephone conference with ███████████ |
| 07/30/12 | D. Kent | 8.50 | Prepare Reply Brief, including legal research, exchange of memoranda with team members, and study/analysis of pleadings, exhibits and supporting evidence |
| 07/30/12 | C. Steinmann | 6.20 | Continue analyzing TBW's response and identifying inaccuracies and preparing comments to Meaders and Kent regarding rebuttal points; ████████████ |
| 07/31/12 | K. Meaders | 1.30 | Work on Affidavit and issues with ███████ |
| 07/31/12 | K. Meaders | 0.30 | Telephone conference with ███████████ |
| 07/31/12 | K. Meaders | 0.40 | E-mail correspondence with █████████ |
| 07/31/12 | K. Meaders | 2.50 | Revise Reply Brief |
| 07/31/12 | K. Meaders | 0.60 | Telephone conferences with ███████ |
| 07/31/12 | D. Kent | 0.70 | Review and revise ██████████ |
| 07/31/12 | D. Kent | 3.70 | Review and revise Reply Brief in Support of HDR's Motions for Taxable Costs and for Attorneys Fees, Nontaxable Costs and Expenses of Suit |
| 07/31/12 | C. Steinmann | 4.70 | Review and revise reply, ████████ |

135 Main St.   ■   14th Floor   ■   San Francisco, California 94105
Telephone 415.537.3000   ■   Facsimile 415.781.2635   ■   Federal Tax ID 94-1033310   ■   AR@SEDGWICKLAW.COM   ■   WWW.SEDGWICKLAW.COM



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 13

Total Hours     157.00
**Total Fee Amount**     **$50,825.50**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 9.90 | 455.00 | $4,504.50 |
| K. Meaders | 68.20 | 330.00 | 22,506.00 |
| D. Kent | 24.80 | 395.00 | 9,796.00 |
| L. Smith | 1.00 | 360.00 | 360.00 |
| R. Weill | 0.50 | 320.00 | 160.00 |
| S. Wittie | 1.00 | 350.00 | 350.00 |
| C. Steinmann | 48.10 | 265.00 | 12,746.50 |
| G. Fountain | 3.50 | 115.00 | 402.50 |
| Total | **157.00** | | **$50,825.50** |

**Disbursements:**

| | | |
|---|---|---|
| 07/11/12 | Lexis | 67.05 |
| 07/11/12 | Lexis | 3.47 |
| 07/13/12 | Telephone TAMPA     FL (181)322-3535 | 0.08 |
| 07/13/12 | Telephone TAMPA     FL (181)322-7842 | 0.16 |
| 07/23/12 | Postage | 1.10 |
| 07/25/12 | Telephone ATLANTA   GA (140)433-5610 | 0.40 |
| 07/26/12 | Telephone MONTGOMERY AL (133)495-4360 | 0.16 |
| 07/27/12 | Lexis | 13.78 |
| 07/27/12 | Lexis | 1,460.74 |
| 07/28/12 | Westlaw | 30.36 |
| 07/30/12 | Telephone TAMPA     FL (181)387-4123 | 0.32 |
| 07/30/12 | Lexis | 1.50 |
| 07/30/12 | Lexis | 12.66 |
| 07/30/12 | Lexis | 13.69 |
| 07/30/12 | Lexis | 27.96 |
| 07/30/12 | Lexis | 55.91 |
| 07/30/12 | Lexis | 49.24 |
| 07/30/12 | Lexis | 1.88 |
| 07/30/12 | MEDIATION AGRMNT SIGNATURE PG (1 @ $0.15) | 0.15 |
| 07/31/12 | Photocopy (12 @ $0.15) | 1.80 |
| 07/31/12 | Postage | 1.10 |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 10, 2012
Invoice No. 1081267
Page 14

**Total Disbursements**   **$1,743.51**

**Total Due**   <u>**$52,569.01**</u>

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |

# Invoice
# August 17, 2012



HDR, Inc.                                                              August 17, 2012
8404 Indian Hills Dr.                                         Invoice No. 1082391
Omaha, NE 68114

For Professional Services Through August 10, 2012:

Re:   Our File No.: 10711-000001/WBM
      Tampa Bay Water Authority v. HDR, Inc.

**Fees:**

| | | | |
|---|---|---|---|
| 08/01/12 | K. Meaders | 0.30 | E-mail correspondence with potential appellate counsel regarding scheduling potential meeting |
| 08/01/12 | K. Meaders | 0.40 | Meeting with legal assistant Fountain to detail chart of costs |
| 08/01/12 | K. Meaders | 2.50 | Work on additional points to raise in reply brief and language to include in affidavits |
| 08/01/12 | K. Meaders | 0.30 | Conference with attorney Steinmann regarding document production, etc. |
| 08/01/12 | K. Meaders | 0.40 | Telephone conferences with attorney Kent regarding issues to add to Reply |
| 08/01/12 | K. Meaders | 0.30 | Work on issues to include in Mason Declaration and e-mail text to David Kent |
| 08/01/12 | K. Meaders | 0.50 | Work on draft of proposed Settlement Agreement |
| 08/01/12 | K. Meaders | 0.60 | work on Mediation Statement and e-mail correspondence with attorney Steinmann with issues to include |
| 08/01/12 | C. Steinmann | 6.00 | Continue working on Reply, including drafting sections regarding ████████████ |
| 08/01/12 | G. Fountain | 4.00 | Work on and assistance with factual support for HDR's Reply Brief in Support of Motions for Taxable Costs, Attorney's Fees, Nontaxable Costs and Expenses |
| 08/02/12 | K. Meaders | 3.40 | Work on Reply Brief especially issues related to |

**SEDGWICK** LLP

---

HDR, Inc.                                                                                    August 17, 2012
Tampa Bay Water Authority v. HDR, Inc., et al                                Invoice No. 1082391
10711-000001                                                                                        Page 2

| 08/02/12 | K. Meaders | 0.50 | E-mail correspondence and telephone conference with ████████████████████████████ |
| 08/02/12 | K. Meaders | 0.60 | Work on additional text to included in attorney Mason affidavit |
| 08/02/12 | D. Kent | 8.80 | Review and revise Reply Brief in Support of Motions for Fees and Costs, including legal research, analysis and planning with team members, and exchange of memoranda and correspondence with team members and client representatives |
| 08/02/12 | C. Steinmann | 2.80 | Continue to work on Reply in Support of Costs and fees Motion; exchange emails with Meaders and Kent regarding █████████████████, ████████████ |
| 08/02/12 | G. Fountain | 2.20 | Work on and assistance with factual support for HDR's Reply Brief in Support of Motions for Taxable Costs, Attorney's Fees, Nontaxable Costs and Expenses |
| 08/03/12 | K.   Meaders | 2.30 | Revisions to reply brief |
| 08/03/12 | K. Meaders | 0.40 | Telephone conference with ████████ regarding reply brief |
| 08/03/12 | K. Meaders | 0.20 | Telephone conference with ████████████ |
| 08/03/12 | K. Meaders | 0.70 | Research arguments ██████████████ ███████ |
| 08/03/12 | K. Meaders | 0.90 | Receipt and review of Order from Court denying Motion for New Trial; calculate date of Notice of Appeal |
| 08/03/12 | D. Kent | 0.30 | Exchange memoranda and telephone conference with Tim Woodward regarding revisions to Reply Brief |
| 08/03/12 | D. Kent | 6.20 | Review and revise Reply Brief in support of |

135 Main St.   ■   14th Floor   ■   San Francisco, California 94105
Telephone 415.537.3000   ■   Facsimile 415.781.2635   ■   Federal Tax ID 94-1033310   ■   AR@SEDGWICKLAW.COM   ■   WWW.SEDGWICKLAW.COM

**SEDGWICK** LLP

|          |              |      | Motions for Fees and Costs, including study/analysis of TBW briefs, legal research, and exchange of memoranda with team members and client representatives regarding same |
|----------|--------------|------|---|
| 08/03/12 | D. Kent      | 0.70 | Prepare Declaration of Wayne Mason as exhibit to Reply Brief in support of HDR Motions for Fees and Costs |
| 08/03/12 | C. Steinmann | 7.30 | Continue working on Reply, including revisions, ████████████████████████████ |
| 08/04/12 | K. Meaders   | 1.00 | Work on Affidavit in Support of Reply Brief |
| 08/04/12 | K. Meaders   | 0.30 | Telephone conference with ████████ ████████ |
| 08/04/12 | K. Meaders   | 0.20 | Email Order denying Motion for New trial to ████████ |
| 08/04/12 | D. Kent      | 3.00 | Review and revise HDR Reply Brief in Support of motions for fees and costs, including study/analysis of motions, briefs, responses and supporting documents |
| 08/05/12 | K. Meaders   | 0.90 | Work on Reply Brief |
| 08/05/12 | D. Kent      | 3.70 | Review and Revise HDR's Reply Brief in support of motions for fees and costs, with draft Declaration of Wayne Mason in support thereof, including study/analysis of pleadings, briefs and documents, legal research, exchange of memoranda with team members and telephone conference with Wayne Mason concerning same |
| 08/06/12 | W. Mason     | 0.80 | Review and revise multiple drafts of declaration of Wayne Mason to be signed in support of motion for attorney fees; |
| 08/06/12 | W. Mason     | 0.10 | Review e-mail from Kurt Meaders regarding ████████████ |
| 08/06/12 | W. Mason     | 0.40 | Review latest draft of HDR's Reply Brief in Support of Motions for Fees and Costs; |

# Sedgwick LLP

| 08/06/12 | K. Meaders | 2.00 | Revise ███████ |
| 08/06/12 | K. Meaders | 1.30 | Review and revise Wayne Mason Declaration |
| 08/06/12 | K. Meaders | 0.30 | Telephone conference with ██████████ |
| 08/06/12 | K. Meaders | 2.10 | Review and revise of Brief in Reply on Fees and Costs |
| 08/06/12 | K. Meaders | 0.40 | Telephone conference with ██████████ |
| 08/06/12 | K. Meaders | 1.00 | Draft proposed Settlement Agreement as required by mediation agreement |
| 08/06/12 | D. Kent | 8.00 | Review, revise and finalize for filing HDR's Reply Brief in Support of Motions for Fees and Costs, with supporting Declarations of Wayne Mason and Ben Hill, including legal research, analysis and planning with team members, study/analysis of supporting documents, and review, revision and final editing of legal instruments |
| 08/06/12 | C. Steinmann | 7.00 | Prepare mediation statement |
| 08/06/12 | G. Fountain | 1.70 | Work on and assistance with factual support for HDR's Reply Brief in Support of Motions for Taxable Costs, Attorney's Fees, Nontaxable Costs and Expenses |
| 08/07/12 | K. Meaders | 7.00 | Revise mediation position statement and organize and include all separating evidence, motions, pleadings, update and supplement fee request |
| 08/07/12 | K. Meaders | 0.20 | Receipt and review of substitution of counsel |
| 08/07/12 | K. Meaders | 0.90 | Draft Settlement Agreement and separate stipulation as required by mediation agreement |
| 08/07/12 | D. Kent | 1.70 | Prepare updated spreadsheet of fees, costs and expenses of suit for use with supplemental fee requests and for mediation of fee request, including study/analysis of new vendor invoices and exchange of memoranda with team members concerning same |

# SEDGWICK LLP

| | | | |
|---|---|---|---|
| 08/07/12 | D. Kent | 2.60 | Review and revise mediation position paper |
| 08/07/12 | D. Kent | 0.40 | Analysis and planning with Kurt Meaders regarding ███████ ████████████████ |
| 08/08/12 | K. Meaders | 4.20 | Revise Mediation Position Statement and revision of dollar claimed to supplement post June 25th submission |
| 08/08/12 | K. Meaders | 0.40 | Office conference with attorney Mason regarding position paper |
| 08/08/12 | K. Meaders | 3.20 | Draft proposed settlement agreement as required by mediator in mediation agreement; draft proposed stipulations |
| 08/08/12 | D. Kent | 0.30 | Update spreadsheet of fees, costs and expenses of suit for use in supplemental fee request and in mediation of fee request |
| 08/08/12 | D. Kent | 0.30 | Review and revise mediation position paper |
| 08/08/12 | D. Kent | 1.40 | Review and revise proposed mediation settlement agreement and stipulation as to attorneys fees, including exchange of memoranda with team member concerning same |
| 08/09/12 | W. Mason | 9.20 | Travel to Tampa for mediation and meeting; ████████████████████████████ |
| 08/09/12 | K. Meaders | 4.80 | Travel to Tampa, FL for mediation and work on proposed agreements while in route |
| 08/09/12 | K. Meaders | 4.40 | Meeting and ███████████████ |
| 08/09/12 | K. Meaders | 0.80 | ████████████████████ |
| 08/09/12 | D. Kent | 5.00 | Review and revise draft settlement agreements (full settlement, conditional stipulation, and settlement of HDR's motion for fees and costs), including study/analysis of background documents and ████████████ |



HDR, Inc.
Tampa Bay Water Authority v. HDR, Inc., et al
10711-000001

August 17, 2012
Invoice No. 1082391
Page 6

| | | | |
|---|---|---|---|
| 08/09/12 | S. Wittie | 0.80 | Review of order denying motion for new trial, assessment of effect upon potential appeal |
| 08/10/12 | W. Mason | 10.90 | Attend mediation and return to Dallas; |
| 08/10/12 | K. Meaders | 10.90 | Attend court ordered mediation in Tampa, FL and return travel to Dallas, TX with review of ███████ |
| 08/10/12 | K. Meaders | 0.50 | Telephone conference with ███████ |

Total Hours 156.70
**Total Fee Amount** **$53,958.00**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| W. Mason | 21.40 | 455.00 | $9,737.00 |
| K. Meaders | 61.10 | 330.00 | 20,163.00 |
| D. Kent | 42.40 | 395.00 | 16,748.00 |
| S. Wittie | 0.80 | 350.00 | 280.00 |
| C. Steinmann | 23.10 | 265.00 | 6,121.50 |
| G. Fountain | 7.90 | 115.00 | 908.50 |
| Total | **156.70** | | **$53,958.00** |

**Disbursements:**

| | | | |
|---|---|---|---|
| 08/01/12 | Telephone TAMPA | FL (181)387-4123 | 0.24 |
| 08/02/12 Lexis | | | 1.70 |
| 08/02/12 Lexis | | | 14.90 |
| 08/02/12 Lexis | | | 9.24 |
| 08/02/12 Lexis | | | 7.95 |
| 08/02/12 Lexis | | | 126.75 |
| 08/03/12 | Telephone TAMPA | FL (181)328-9070 | 0.08 |
| 08/06/12 Lexis | | | 6.69 |
| 08/06/12 Lexis | | | 17.89 |

# Sedgwick LLP

HDR, Inc.  
Tampa Bay Water Authority v. HDR, Inc., et al  
10711-000001

August 17, 2012  
Invoice No. 1082391  
Page 7

| | |
|---|---|
| 08/06/12 Lexis | 3.09 |
| 08/06/12 Lexis | 58.88 |
| 08/06/12 Lexis | 0.37 |
| 08/08/12 Telephone   RAYMOND   ME (120)765-5667 | 0.08 |
| 08/09/12   Photocopy (25 @ $0.15) | 3.75 |

**Total Disbursements** **$251.61**

**Total Due** **$54,209.61**

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick LLP<br>Attention: Accounting Department<br>135 Main St.<br>14th Floor<br>San Francisco, CA 94105<br>Reference: File Number & Invoice Number<br><br>E-mail: ar@sedgwicklaw.com | Bank:<br><br>ABA/Routing Number:<br>Account Number:<br>Account Name:<br>SWIFT Code:<br>Reference: | Citibank, NA<br>One Sansome St., 24th Floor<br>San Francisco, CA 94104<br>321 171 184<br>200112936<br>Sedgwick LLP<br>CITIUS33<br>File Number & Invoice Number |