# EXHIBIT 3

## Law Firm Invoices – Forizs & Dogali

## July 12

## August 6

# Invoice
# July 12, 2012



4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida  33634
Phone (813) 289-0700
Facsimile (813) 289-9435
Federal Tax ID 90-0443305

Bruce R. Gerhardt, Esq.
HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE  68114-4049

July 12, 2012
Invoice:   32960
Billed through:  06/30/2012

Our File:    00312    0014
HDR Engineering, Inc. Re: Tampa Bay Water
Responsible Attorney:     TDW


**PROFESSIONAL SERVICES RENDERED**

| **DATE** | **ATTY** | **DESCRIPTION** | **RATE** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|---|
| 06/01/12 | TDW | Receive and review Tampa Bay's Request for Oral Argument. | 180.00 | 0.10 | 18.00 |
| 06/01/12 | TDW | Receive and review Order denying Tampa Bay's Motion for Extension of Time. | 180.00 | 0.10 | 18.00 |
| 06/01/12 | TDW | Prepare affidavit, draft potential Mason affidavit changes for his consideration, telephone conferences with co-counsel, prepare information for Luikart/Hill re reasons for expert retention, phases of case, and analyze back up information for motion. | 180.00 | 10.50 | 1,890.00 |
| 06/01/12 | JKH | Review near final version of response to TBW's motion for new trial; review various charts and spreadsheets related to attorney's fees and costs; review invoices regarding costs and fees in preparation for motion for attorney's fees and prevailing party fees | 180.00 | 4.60 | 828.00 |
| 06/01/12 | KRG | Telephone conference with T. Woodward regarding status of fee / | 80.00 | 0.50 | 40.00 |

Client ID  00312                                    Matter ID  0014                    Bill No.   32960                              Page  2

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | costs charts and affidavits. | | | |
| 06/01/12 | KRG | Telephone conference with V. Tolisano regarding breakdown of fees. | 80.00 | 0.20 | 16.00 |
| 06/01/12 | KRG | Received and reviewed multiple e-mails regarding fee/costs affidavits, etc. and compose responses as necessary. | 80.00 | 1.00 | 80.00 |
| 06/01/12 | PJK | Conference with Tim Woodward re redacted prevailing party costs; conference with Tyler Watford regarding same | 80.00 | 0.10 | 8.00 |
| 06/01/12 | PJK | Review and revise redacted invoices; upload and email links to Kurt Meaders and David Kent to review documents from dropbox | 80.00 | 0.30 | 24.00 |
| 06/02/12 | TDW | Review and revise affidavit for fees, review voluminous collections of supporting invoices and back up data, comment on revised Mason affidavit and draft correspondence to and receive from co-counsel re suggested revisions to same. | 180.00 | 4.40 | 792.00 |
| 06/03/12 | TDW | Telephone conference with David Kent, exchange correspondence with Kent, Meaders and Luikart, revise Woodward Affidavit and verify accuracy of fees and expenses. | 180.00 | 1.50 | 270.00 |
| 06/03/12 | KRG | Received and reviewed multiple e-mails and attachments throughout day. | 80.00 | 1.80 | 144.00 |
| 06/04/12 | TDW | Draft correspondence to and receive responses from co-counsel re submission of motions and memoranda. | 180.00 | 0.50 | 90.00 |
| 06/04/12 | TDW | Receive, review, and analyze Hill's affidavit and support. | 180.00 | 1.00 | 180.00 |
| 06/04/12 | TDW | Receive and review Memorandum of Law in Support of HDR's Motion for Fees & Costs. | 180.00 | 0.50 | 90.00 |
| 06/04/12 | TDW | Receive and review Evidence in Support of HDR's Motion for Costs and Fees. | 180.00 | 0.20 | 36.00 |
| 06/04/12 | TDW | Prepare revisions to Memorandum in Opposition to New Trial and correspond to/from co-counsel re same. | 180.00 | 3.00 | 540.00 |
| 06/04/12 | TDW | Review and revise Affidavit of fees and expenses and review and comment on updated version of Wayne Mason affidavit. | 180.00 | 2.10 | 378.00 |
| 06/04/12 | TDW | Receive and review correspondence from Luikart re submissions in support of attorney's fee award and telephone conference re same. | 180.00 | 0.50 | 90.00 |

Client ID  00312        Matter ID  0014        Bill No.  32960        Page  3

| Date | Init. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/12 | JKH | Review attorney fees invoices and charts for accuracy; assist with preparation of attorney's fee affidavit and confer with T. Woodward regarding attorney's fee invoices | 180.00 | 5.20 | 936.00 |
| 06/04/12 | KRG | Received and reviewed multiple e-mails and attachments throughout day. | 80.00 | 0.80 | 64.00 |
| 06/04/12 | PJK | Review and revise prevailing costs spreadsheet and write-offs; conferences with Tyler Watford and Tim Woodward regarding revision and update | 80.00 | 0.70 | 56.00 |
| 06/05/12 | TDW | Receive and review Motion to Accept Materials as Timely Filed. | 180.00 | 0.10 | 18.00 |
| 06/05/12 | JKH | Review motion and memorandum of law of attorney's fees; back-up documentation to support motion; response in opposition to TBW's motion for new trial; confer with T> woodward regarding attorney fee invoices and breakdown of fees and costs in the event he is required to testify to support reasonableness of fees | 180.00 | 2.00 | 360.00 |
| 06/05/12 | KRG | Composed e-mail to ███████ ████████████████████ ███ | 80.00 | 0.10 | 8.00 |
| 06/06/12 | TDW | Prepare for discovery re fees and costs -- further review of court filings, which include multiple attachments by Hill and invoices and back up by Sedgwick not previously reviewed. | 180.00 | 1.20 | 216.00 |
| 06/12/12 | TDW | Review and respond to correspondence from co-counsel re submission of fees application supplements and further analyze and consider probable schedule and logistics for mediation, filing of supplementations and what may be stayed/not stayed pending appeal and prepare plan for preparation of supplemental support and delegate tasks accordingly. | 180.00 | 1.50 | 270.00 |
| 06/13/12 | TDW | Prepare supplementation to attorney's fee and costs request. | 180.00 | 0.80 | 144.00 |
| 06/13/12 | KRG | Conferences with T. Woodward, V. Tolisano and T. Watford regarding additional invoices and back-up to supplement fee claim; review redacted invoices provided by T. Watford. | 80.00 | 1.80 | 144.00 |
| 06/14/12 | KRG | Conferences with T. Woodward and V. Tolisano regarding additional invoices | 80.00 | 5.50 | 440.00 |

|  |  | and back-up to supplement fee claim; prepare redactions to invoices; prepare chart of supplemental attorneys fees and sub-sheet of same sorted by employee, perform additional redacted to redacted invoices provided by T. Watford; compose e-mail to T. Woodward transmitting copies of all redacted invoices and receipts and supplemental spreadsheet for review prior to transmittal to co-counsel and fee expert. |  |  |  |
|---|---|---|---|---|---|
| 06/18/12 | JKH | Draft and dictate correspondence to K. Meaders regarding status of ▮▮▮▮▮ previous emails regarding same | 180.00 | 0.20 | 36.00 |
| 06/18/12 | KRG | Received and reviewed e-mail from K. Duty and compose response to same. | 80.00 | 0.10 | 8.00 |
| 06/19/12 | TDW | Receive, review, and analyze various newspaper articles and blogs re TBW's apparent desire to appeal decision and plans for the Authority to retain appellate counsel going forward and communicate with co-counsel, client and insurer re same. | 180.00 | 1.40 | 252.00 |
| 06/19/12 | TDW | Receive, review, and analyze correspondence from R Harrison responding to public records request relative to TBW's incurred fees and costs and discussions with co-counsel re same and several emails from W Mason, K Meaders and D Kent. | 180.00 | 0.70 | 126.00 |
| 06/19/12 | KRG | Received and reviewed e-mail from P. Avis transmitting various media articles and review same. | 80.00 | 0.20 | 16.00 |
| 06/19/12 | KRG | Assemble updated spreadsheet, additional cost back-up,. etc. for transmittal to co-counsel and expert fee witness. | 80.00 | 0.30 | 24.00 |
| 06/19/12 | KRG | Internet research regarding media articles referencing results of 6/18/12 TBW board meeting and anticipation of appeal. | 80.00 | 1.00 | 80.00 |
| 06/20/12 | JKH | Review email and matter status report in response from R. Harrison in response to public records request and draft email to K. Meaders advising ▮▮▮▮▮ | 180.00 | 0.30 | 54.00 |

Client ID  00312                Matter ID  0014                Bill No.   32960                Page  5

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/20/12 | JKH | Review several emails from K. Meaders and D. Kent regarding ███████ ███████████████ and review and edit request for additional information | 180.00 | 0.40 | 72.00 |
| 06/20/12 | JKH | Draft email to R. Harrison requesting confirmation regarding amounts paid for fees and costs associated with litigation | 180.00 | 0.10 | 18.00 |
| 06/20/12 | KRG | Received and reviewed e-mails from K. Meaders and response to same; review e-mail to R. Harrison regarding additional information per public records request. | 80.00 | 0.20 | 16.00 |
| 06/21/12 | KRG | Received and reviewed e-mail from R. Harrison responding to additional questions relating to response to public records request. | 80.00 | 0.20 | 16.00 |
| 06/25/12 | TDW | Receive and review Supplemental Evidence in Support of HDR's Motion for Costs and Fees. | 180.00 | 0.30 | 54.00 |
| 06/26/12 | JKH | Review HDR's supplemental motion for attorney's fees and costs | 180.00 | 0.10 | 18.00 |

**TOTAL FEES**                                                                 **$8,978.00**

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| ████████ | ██████████████████ | ████ |
| ████████ | ██████████████████ | ██ |
| ████████ | ██████████████████ | ███ |
| ████████ | ██████████████████ | ███ |
| ████████ | ██████████████████ | ██ |
| ████████ | ██████████████████ | ███ |
| ████████ | ██████████████████ | ███ |
| ████████ | ██████████████████ | ████ |
| ████████ | ██████████████████ | ███ |
| 06/01/12 | Document Scans | 0.10 |
| 06/01/12 | Document Scans | 0.20 |
| 06/04/12 | Photocopy Charge | 2.25 |
| 06/04/12 | Photocopy Charge | 2.25 |

Client ID  00312                    Matter ID  0014                    Bill No.    32960                    Page  6

| 06/04/12 | Photocopy Charge | 3.00 |
|----------|------------------|------|
| 06/04/12 | Photocopy Charge | 2.00 |
| 06/04/12 | Photocopy Charge | 1.75 |
| 06/04/12 | Photocopy Charge | 0.25 |
| 06/04/12 | Photocopy Charge | 0.25 |
| 06/04/12 | Photocopy Charge | 1.25 |
| 06/04/12 | Photocopy Charge | 3.00 |
| 06/04/12 | Photocopy Charge | 2.25 |
| 06/04/12 | Photocopy Charge | 0.25 |
| 06/04/12 | Photocopy Charge | 0.25 |
| 06/04/12 | Photocopy Charge | 2.00 |
| 06/04/12 | Photocopy Charge | 2.25 |
| 06/04/12 | Document Scans | 0.25 |
| 06/04/12 | Westlaw computer research | 33.52 |
| 06/05/12 | Photocopy Charge | 2.25 |
| 06/05/12 | Photocopy Charge | 2.75 |
| 06/05/12 | Photocopy Charge | 4.25 |
| 06/05/12 | Photocopy Charge | 3.75 |
| 06/05/12 | Photocopy Charge | 9.75 |
| 06/05/12 | Photocopy Charge | 4.75 |
| 06/05/12 | Photocopy Charge | 1.50 |
| 06/05/12 | Photocopy Charge | 6.50 |
| 06/05/12 | Photocopy Charge | 3.25 |
| 06/05/12 | Photocopy Charge | 2.25 |
| 06/05/12 | Photocopy Charge | 9.00 |
| 06/05/12 | Photocopy Charge | 3.75 |
| 06/05/12 | Photocopy Charge | 7.75 |
| 06/05/12 | Photocopy Charge | 1.25 |
| 06/05/12 | Photocopy Charge | 1.00 |
| 06/05/12 | Photocopy Charge | 5.00 |
| 06/05/12 | Photocopy Charge | 0.25 |
| 06/05/12 | Photocopy Charge | 0.25 |
| 06/05/12 | Photocopy Charge | 1.25 |
| 06/05/12 | Photocopy Charge | 4.50 |
| 06/05/12 | Photocopy Charge | 5.00 |
| 06/05/12 | Photocopy Charge | 1.50 |
| 06/05/12 | Photocopy Charge | 2.25 |
| 06/05/12 | Photocopy Charge | 1.50 |
| 06/05/12 | Document Scans | 15.85 |
| 06/06/12 | Photocopy Charge | 1.25 |
| 06/06/12 | Photocopy Charge | 0.75 |
| 06/06/12 | Photocopy Charge | 1.25 |
| 06/07/12 | Photocopy Charge | 0.50 |
| 06/12/12 | Photocopy Charge | 0.50 |
| 06/12/12 | Photocopy Charge | 0.25 |
| 06/12/12 | Photocopy Charge | 0.25 |
| 06/13/12 | Photocopy Charge | 4.25 |

Client ID  00312                                    Matter ID  0014                                    Bill No.   32960                                    Page  7

| 06/13/12 | Photocopy Charge | 1.00 |
| 06/13/12 | Photocopy Charge | 0.25 |
| 06/14/12 | Photocopy Charge | 0.25 |
| 06/14/12 | Photocopy Charge | 1.00 |
| 06/14/12 | Photocopy Charge | 4.50 |
| 06/19/12 | Photocopy Charge | 0.75 |
| 06/19/12 | Photocopy Charge | 1.25 |
| 06/19/12 | Photocopy Charge | 0.25 |
| 06/19/12 | Photocopy Charge | 0.25 |
| 06/19/12 | Photocopy Charge | 0.25 |
| 06/19/12 | Photocopy Charge | 0.25 |
| 06/19/12 | Photocopy Charge | 0.50 |
| 06/21/12 | Photocopy Charge | 0.25 |
| 06/21/12 | Photocopy Charge | 0.75 |
| 06/25/12 | Photocopy Charge | 0.75 |
| 06/26/12 | Photocopy Charge | 1.75 |
| 06/27/12 | Photocopy Charge | 8.75 |
| 06/27/12 | Photocopy Charge | 19.50 |
| 06/27/12 | Photocopy Charge | 1.50 |
| 06/27/12 | Photocopy Charge | 0.75 |
| 06/27/12 | Photocopy Charge | 0.75 |
| 06/27/12 | Photocopy Charge | 0.50 |
| 06/27/12 | Photocopy Charge | 1.00 |
| 06/27/12 | Document Scans | 6.90 |

**TOTAL COSTS ADVANCED**                                                **$1,474.84**

**BILLING SUMMARY**

|  |  |
|---|---|
| TOTAL FEES | $8,978.00 |
| TOTAL COSTS ADVANCED | $1,474.84 |
|  | ---------------- |
| TOTAL CHARGES FOR THIS BILL | $10,452.84 |
| PREVIOUS BALANCE | $62,995.50 |
|  | ---------------- |
| **TOTAL BALANCE NOW DUE** | **$73,448.34** |

**ATTORNEY SUMMARY**

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Hickman, James K | 12.90 | 180.00 | $2,322.00 |
| Gilman, Kathleen R | 13.70 | 80.00 | $1,096.00 |
| Keeney, Pam J | 1.10 | 80.00 | $88.00 |
| Woodward, Tim D | 30.40 | 180.00 | $5,472.00 |

Client ID  00312                    Matter ID   0014                    Bill No.   32960                    Page   8

TOTAL                          58.10              $8,978.00

**PAYMENT DUE UPON RECEIPT**
**PLEASE INCLUDE INVOICE NUMBER ON ALL PAYMENTS**

**VISA AND MASTERCARD ACCEPTED.**
**PLEASE CALL 813-289-0700 TO**
**PROCESS YOUR PAYMENT.**

# Invoice
# August 6, 2012



4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida  33634
Phone (813) 289-0700
Facsimile (813) 289-9435
Federal Tax ID 90-0443305

Bruce R. Gerhardt, Esq.
HDR Engineering, Inc.
8404 Indian Hills Drive
Omaha, NE  68114-4049

August 6, 2012
Invoice:   33050
Billed through:  07/31/2012

Our File:    00312    0014
HDR Engineering, Inc. Re: Tampa Bay Water
Responsible Attorney:      TDW

## PROFESSIONAL SERVICES RENDERED

| **DATE** | **ATTY** | **DESCRIPTION** | **RATE** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|---|
| 07/02/12 | TDW | Review and analyze TBW's Response to Motion for Attorney's Fees and Costs. | 180.00 | 1.20 | 216.00 |
| 07/02/12 | TDW | Review and analyze TBW's Response to HDR's Motion for Costs and Bill of Costs. | 180.00 | 0.80 | 144.00 |
| 07/02/12 | TDW | Review and analyze Affidavit of John S. Vento. | 180.00 | 0.70 | 126.00 |
| 07/02/12 | TDW | Review and analyze Affidavit of Richard Harrison. | 180.00 | 0.60 | 108.00 |
| 07/02/12 | JKH | Review TBW's response to Motion to Tax Costs | 180.00 | 0.40 | 72.00 |
| 07/02/12 | KRG | Received and reviewed e-mail ██████ ███████████████ and compose e-mail transmitting same to client. | 80.00 | 0.20 | 16.00 |
| 07/02/12 | KRG | Receive and review TBW's response to HDR's Motion re: Bill of Costs/Costs. | 80.00 | 0.40 | 32.00 |
| 07/03/12 | JKH | Review Affidavit of John Vento; TBW's Response and Memo of Law in Opposition to HDR's Motion for Fees and Costs; review cases related to | 180.00 | 3.20 | 576.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | redacting fees cited in Vento's affidavit and prepare memo regarding my thoughts and opinions related to arguments raised by Vento; confer with KG regarding billing redactions | | | |
| 07/03/12 | KRG | Receive and review TBW's Response and Memorandum in Opposition to HDR's Motion for Attorneys Fees, Non-Taxable Costs, and Expenses of Suit; Affidavit of John Vento and Affidavit of Richard Harrison and attached exhibits to same. | 80.00 | 1.00 | 80.00 |
| 07/04/12 | KRG | Received and reviewed e-mail from J. Hickman containing extensive analysis of TBW's recent filings. | 80.00 | 0.20 | 16.00 |
| 07/09/12 | TDW | Receive and review Clerk's Notice of filing Official Transcript. | 180.00 | 0.10 | 18.00 |
| 07/09/12 | TDW | Receive and review notice of availability of transcript of 2/16/12 motion hearing. | 180.00 | 0.10 | 18.00 |
| 07/09/12 | KRG | Receive and review Notice regarding filing of Feburary 2012 hearing transcript with the Court. | 80.00 | 0.10 | 8.00 |
| 07/09/12 | KRG | Received and reviewed e-mail from C. Steinmann with 8/09 Default Link invoice; attempt to identify by "defendant" number; compose e-mail to Default Link for assistance, review response to initial inquiry and advise C. Steinmann of status. | 80.00 | 0.40 | 32.00 |
| 07/10/12 | KRG | Received and reviewed e-mail from Default Link; review file and compose e-mail to co-counsel. | 80.00 | 0.20 | 16.00 |
| 07/12/12 | TDW | Receive and review HDR's Motion for Leave to File Reply in Support of Motion for Costs, Fees, Expenses of Suit. | 180.00 | 0.20 | 36.00 |
| 07/12/12 | TDW | Receive and review Court's Order to mediate issue of fees, nontaxable costs and expenses of suit. | 180.00 | 0.20 | 36.00 |
| 07/12/12 | JKH | Review motion of HDR for leave to file a reply brief and comment upon same; review order directing parties to mediation and review and consider ███████████ | 180.00 | 0.40 | 72.00 |
| 07/12/12 | KRG | Receive and review Order Directing Parties to Mediation. | 0.00 | 0.10 | No Charge |
| 07/12/12 | KRG | Receive and review Motion for Leave to File Reply to Response to Motion for Fees and Costs. | 80.00 | 0.10 | 8.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/12 | JKH | Review emails related to mediation, mediators and whether experts should attend | 180.00 | 0.10 | 18.00 |
| 07/16/12 | JKH | Receive and review several emails related to mediation, including possible need to extend the mediation deadline and choice of mediator | 180.00 | 0.20 | 36.00 |
| 07/17/12 | TDW | Research and prepare correspondence to co-counsel re: ███████████████ | 180.00 | 0.80 | 144.00 |
| 07/17/12 | JKH | Review emails from K. Meaders and T. Woodward regarding ███████████ and provide response to same | 180.00 | 0.30 | 54.00 |
| 07/22/12 | TDW | Receive and review TBW's Memorandum of Law in Response to HDR's Motion for Leave to File Reply. | 180.00 | 0.30 | 54.00 |
| 07/23/12 | JKH | Receive and review TBW's opposition to HDR's Motion to file a reply | 180.00 | 0.20 | 36.00 |
| 07/23/12 | KRG | Received and reviewed e-mail w/ TBW ECF filing of Response in Opposition to Motion to File Reply. | 0.00 | 0.10 | No Charge |
| 07/24/12 | TDW | Receive and review Judge Whittemore's Order on HDR's motion for leave to file reply to TBW's opposition. | 180.00 | 0.10 | 18.00 |
| 07/24/12 | JKH | Review order granting in part only HDR's request to file a reply to TBW's opposition to award of attorney's fees | 180.00 | 0.10 | 18.00 |
| 07/24/12 | KRG | Receive and review Order granting in part and denying in part Motion to File Reply. | 80.00 | 0.10 | No Charge |
| 07/27/12 | JHP | Analysis of pertinent ███████████ ███████ rules. | 155.00 | 1.70 | 263.50 |
| 07/27/12 | TDW | Receive and review TBW's Motion for Withdrawal of Certain Counsel. | 180.00 | 0.10 | 18.00 |
| 07/27/12 | JKH | Review email from K. Meaders regarding ███████████████ | 180.00 | 0.20 | 36.00 |
| 07/27/12 | KRG | Receive and review Unopposed Motion to Withdraw Certain Record of Counsel and subsequent e-mails regarding same. | 0.00 | 0.20 | No Charge |
| 07/30/12 | TDW | Telephone conference with T Connolly and preparation for mediation session next week. | 180.00 | 1.00 | 180.00 |
| 07/30/12 | JKH | Analysis regarding impact of ████████████████ and mediation and appellate strategy | 180.00 | 0.20 | 36.00 |

| Client ID  00312 | | | Matter ID  0014 | Bill No.   33050 | | Page  4 |
|---|---|---|---|---|---|---|

| 07/31/12 | TDW | Receive and review Court's Order granting motion to withdraw certain counsel. | 180.00 | 0.10 | 18.00 |
|---|---|---|---|---|---|

**TOTAL FEES**                                                                  **$2,559.50**

### COSTS ADVANCED

| 07/03/12 | Westlaw computer research | 17.52 |
|---|---|---|
| 07/09/12 | Photocopy Charge | 3.50 |
| 07/09/12 | Photocopy Charge | 0.75 |
| 07/09/12 | Photocopy Charge | 0.50 |
| 07/09/12 | Photocopy Charge | 4.75 |
| 07/09/12 | Photocopy Charge | 5.25 |
| 07/09/12 | Photocopy Charge | 6.75 |
| 07/09/12 | Photocopy Charge | 6.00 |
| 07/09/12 | Photocopy Charge | 0.25 |
| 07/12/12 | Photocopy Charge | 0.75 |
| 07/12/12 | Photocopy Charge | 0.25 |
| 07/20/12 | Ricoh USA, Inc.; CD Master, E-Labels, OCR and color copies | 485.47 |
| 07/23/12 | Photocopy Charge | 3.00 |
| 07/23/12 | Telephone Expense - 402-399-1000 | 0.06 |
| 07/23/12 | Pacer Court Records Search.  Second Quarter 2012 | 22.10 |
| 07/24/12 | Photocopy Charge | 0.25 |
| 07/24/12 | Photocopy Charge | 0.25 |
| 07/27/12 | Photocopy Charge | 1.00 |
| 07/27/12 | Photocopy Charge | 0.25 |
| 07/27/12 | Document Scans | 0.10 |
| 07/30/12 | Telephone Expense - 402-630-5795 | 1.38 |
| 07/31/12 | Photocopy Charge | 0.25 |

**TOTAL COSTS ADVANCED**                                                 **$560.38**

### BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | $2,559.50 |
| TOTAL COSTS ADVANCED | $560.38 |
|  | ---------------- |
| TOTAL CHARGES FOR THIS BILL | $3,119.88 |
| PREVIOUS BALANCE | $10,452.84 |
|  | ---------------- |
| **TOTAL BALANCE NOW DUE** | **$13,572.72** |

### ATTORNEY SUMMARY

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Palik, Jacqueline H | 1.70 | 155.00 | $263.50 |

| | | | |
|---|---|---|---|
| Hickman, James K | 5.30 | 180.00 | $954.00 |
| Gilman, Kathleen R | 0.40 | 80.00 | No Charge |
| Gilman, Kathleen R | 2.70 | 80.00 | $208.00 |
| Woodward, Tim D | 6.30 | 180.00 | $1,134.00 |
| TOTAL | 16.40 | | $2,559.50 |

## PAYMENT DUE UPON RECEIPT
## PLEASE INCLUDE INVOICE NUMBER ON ALL PAYMENTS

**VISA AND MASTERCARD ACCEPTED.
PLEASE CALL 813-289-0700 TO
PROCESS YOUR PAYMENT.**